IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. No. _____ |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  On or about July 25, 2023

Date of Expiration of Patent:  May 14, 2027

Thirty Month Stay Deadline:  January 25, 2026

*/s/ Michael J. Flynn*

Attorney(s) for Plaintiff

September 5, 2023