# EXHIBIT C



**HIGHLY CONFIDENTIAL**

**Via Email and/or Fed Ex, Certified Mail Return Receipt Requested to:**

United Therapeutics Corporation
Attn: General Counsel
Attn: Shaun Snader, Vice Presidenti and Associate General Counsel (ssnader@unither.com)
1040 Spring Street
Silver Spring, MD 20910

The Corporation Trust, Incorporated
Attn: United Therapeutics Corporation
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

Goodwin Procter LLP, via email
Attn: William C. Jackson (WJackson@goodwinlaw.com)
1900 N Street NW
Washington, DC 20036

July 24, 2023

    Re:    Notification Pursuant to § 505(b)(3)(B) of the Federal Food, Drug, & Cosmetic Act (21 U.S.C. § 355(b)(3)(B)(i)) and 21 C.F.R. §314.52)

Dear Sir or Madam:

Liquidia Technologies, Inc. ("LIQUIDIA") hereby provides notice to the NDA holder and listed patent owner for currently available strengths of TYVASO® Treprostinil Inhalation Solution 0.6mg/ml (Product 001) Reference Listed Drug (the "RLD") pursuant to § 505(b)(3)(D) of the Federal Food, Drug and Cosmetic Act ("the Act") and §§ 314.50, 314.52 and 314.54 of Title 21 of the Code of Federal Regulations.  This letter is provided to United Therapeutics Corporation ("UTC") as the holder of New Drug Application ("NDA") No. N022387 for the RLD (as listed in FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book"))