IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-975-RGA ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Liquidia Technologies, Inc. is a wholly-owned subsidiary of Liquidia Corporation, which is a publicly-held corporation.

| | |
|---|---|
| OF COUNSEL:<br>Sanya Sukduang<br>Jonathan Davies<br>Adam Pivovar<br>Brittany Cazakoff<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>Ivor Elrifi<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>(212) 479-6000<br><br>Lauren Strosnick<br>Kyung Taeck Minn<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000<br><br>Dated: December 8, 2023 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Defendant* |