# EXHIBIT 13



# Stephen B. Maebius

### Partner

[smaebius@foley.com](mailto:smaebius@foley.com)

Washington, D.C.
202.672.5569

Drawing upon over 30 years of experience, Stephen (Steve) Maebius helps clients protect their innovation and transact business involving intellectual property assets.

Steve is a partner with Foley & Lardner LLP and leads teams handling a variety of IP work, including IP due diligence reviews, opinions, patent portfolio creation and management, licensing, inter partes proceedings involving patents and litigation, and pharmaceutical patent term extensions. He is a former member of the firm's Management Committee and past chair of the IP Practice. Prior to becoming a lawyer, he was a patent examiner in the Biotechnology Group of the U.S. Patent and Trademark Office, gaining experience examining small molecule drugs as well as biologics.

# Representative Experience

- Assisted biotech client with building patent portfolio and presenting IP strategy to VC investors during fundraising, followed by successful IPO.
- Co-counsel in the successful defense of a Post-Grant Review filed against a CRISPR Cpf1 patent (PGR2018-00072).
- Lead counsel in the successful defense of six inter partes reviews filed by generic petitioners against a family of Orange Book-listed pharmaceutical patents covering a US $1bn controlled release product with parallel Hatch-Waxman litigation (IPR2013-00368, IPR2013-00371, and IPR2013-00372 — all claims found patentable in final written decision; IPR2015-01777, IPR2015-01778, and IPR2015-01782 — not instituted).
- Prosecuted a portfolio of product-by-process patents listed in the Orange Book and upheld as valid in subsequent litigation.
- *Takeda Pharmaceutical Co. Ltd. v. John Doll* (Fed. Cir. 2009) — co-counsel in a precedential 2-1 decision remanding a double patenting rejection arising from patent reexamination (all claims confirmed to be patentable upon remand).
- Licensing of a biotechnology drug with an up-front payment of US $100m — represented the acquiring company in IP diligence and drafting transaction agreements.

# Awards and Recognition

- *IAM Patent 1000 – The World's Leading Patent Practitioners*
  - Post-Grant Patent Procedures (2012-2013, 2020)
  - Prosecution and Transactions (2014-2016, 2020-2021)
- *Chambers Global* Intellectual Property – USA and Japan (2012-2015)
- *Chambers USA* for the District of Columbia – Intellectual Property and Patent Prosecution (2012-2014)
- *Washington, D.C. Super Lawyers*® – Intellectual Property (2014-2020, 2022-2023)
- *The Legal 500*
  - Patent Licensing and Patent Prosecution (2010-2013)
  - Patent Licensing and Transactional (2014 and 2015)
  - Intellectual Property – Patent Prosecution – Utility and Design Patents (2015 and 2016)
  - Healthcare – Life Sciences (2015 and 2016)
- The Best Lawyers in America®
  - Biotechnology and Life Sciences (2007-2024)
  - Litigation – Patent (2012-2024)
  - Patent Law (2012-2024)
  - Intellectual Property (2007-2010)
- *Washingtonian*'s Best Lawyers in Washington for Intellectual Property (2013-2014)
- Peer review rated as AV Preeminent®, the highest performance rating in the Martindale-Hubbell® Peer Review Ratings™ system
- *Managing Intellectual Property* – IP Star (2015)
- Two IP transactions in which Steve participated received Licensing Executives Society's "Deal of Distinction"

# Presentations and Publications

- Co-author, "Next-Generation Bioprinted Products: Products of Nature or Patentable Innovation?" *IEEE Pulse* (March 28, 2023)
- Co-author, "PTAB's Motion to Amend Pilot Program: Review of Initial Results," *PTAB Trial Insights Blog* (Aug. 19, 2020)
- Co-author, "PTAB – 2019 Year in Review," *PTAB Trial Insights Blog* (Jan. 23, 2020)
- Author, "District Court Sheds Light on Scope of IPR Estoppel," *PTAB Trial Insights Blog* (Sept. 12, 2019)
- Author, "Revamped PTAB Trial Practice Guide Holds Surprises," *PTAB Trial Insights Blog* (Aug. 13, 2018)

# Thought Leadership

- Principal author, *Due Diligence for Intellectual Property: Valuing Assets in a Transaction*, published by Law Journal Press
- Visiting associate professor of intellectual property law, Tokyo University's Research Center for Advanced Science and Technology
- Faculty adjunct professor of comparative and international patent law, George Washington University Law School Testified about post-grant patent proceedings during the FTC/DOJ hearings on the "Implications of Competition and Patent Law and Policy," which preceded the landmark patent legislation known as the America Invents Act
- Co-founder, NanoBusiness Commercialization Association
- Co-founder and associate editor, *Nanotechnology Law & Business* journal

## Sectors

Health Care & Life Sciences

Pharmaceuticals

## Practice Areas

Business Method & Software Patents

Chemical, Biotechnology & Pharmaceutical

China

Government Solutions

IP Asset Management

IP Due Diligence

Intellectual Property

Japan

PTAB Trials

Private Equity

Transactions

Venture & Growth Capital

## Education

The George Washington University Law
School (J.D., 1994)

Cornell University (B.S., 1989)
Biology

# Admissions

District of Columbia

Virginia

U.S. Court of Appeals for the Federal Circuit

U.S. Supreme Court

U.S. Patent and Trademark Office