# Exhibit 15

         



# Shaun Snader · 3rd

Vice President, Associate General Counsel, Intellectual Property at United Therapeutics

 United Therapeutics

The George Washington University Law School

Washington, District of Columbia, United States · Contact info

500+ connections

Message    + Follow    More

## About

I am responsible for managing the intellectual property portfolio, including supervising patent litigation, for a growing pharmaceutical and biotechnology company. My responsibilities include developing the company's intellectual property strategy, conducting IP-related due diligence for licensing and collaboratio ...see more

## Activity

815 followers

**Shaun hasn't posted yet**
Recent posts Shaun shares will be displayed here.

Show all activity →

## Experience



**Vice President & Associate General Counsel, Intellectual Property**
United Therapeutics
Jan 2015 - Present · 9 yrs
Washington, DC

**Vacation**
Vacation
Dec 2014 · 1 mo

**Associate**
Wilson Sonsini Goodrich and Rosati
Jul 2010 - Dec 2014 · 4 yrs 6 mos



**Associate**
Foley & Lardner LLP
Aug 2004 - Jul 2010 · 6 yrs

## Education

**The George Washington University Law School**
J.D., Law
2001 - 2004

**Case Western Reserve University**
B.S., Biomedical Engineering
1997 - 2001

## Skills

**Patent Litigation**
- Endorsed by Nicole Stafford and 3 others who are highly skilled at this
- Endorsed by 3 colleagues at Wilson Sonsini Goodrich & Rosati
- 23 endorsements

**Litigation**
- Endorsed by 2 colleagues at Wilson Sonsini Goodrich & Rosati
- 14 endorsements

Show all 15 skills →

## Interests

**Companies**   Groups   Schools

**United Therapeutics Corporation**
25,610 followers
+ Follow

**Case Western Reserve University**
109,487 followers
+ Follow

Show all companies →

Ad ···
Get the latest jobs and industry news

Rachel, explore relevant opportunities
with **Kiernan Trebach LLP**

Follow

**People also viewed**

**Laura Fisher** · 3rd
Vice President & Associate General Counsel Employment and Litigation at United Therapeutics

View profile

**John Wynn** · 3rd
VP, Associate General Counsel & Government Affairs at World Fuel Services

View profile



**Daniel Shearer** · 3rd
Senior Patent Counsel at Zimmer Biomet

View profile



**Rebecca McCarty** · 3rd
Senior Vice President, Associate General Counsel at United Therapeutics

View profile



**Jessica Cardon** · 3rd
General Counsel and Strategic Business Partner supporting Brand-Focused Enterprises; INTA Board of Directors 2022-2024

View profile

Show all

### People you may know
From Shaun's school



**Tyler Breeden**
2ndLt in the United States Marine Corps

+ Connect



**Parris P.**
J.D. Candidate | The George Washington University Law School | Air Force Veteran

+ Connect



**Zach Clouse**
Law Clerk

+ Connect



**Paul Weeks**
King & Spalding

+ Connect



**Ronald Oakes-Cunningham**
The George Washington University Law School

+ Connect

Show all

### You might like
Groups for you



**Artificial Intelligence, Machine Learning, Data Science & Robotics**
2,360,738 members

Join

**Artificial Intelligence, Deep Learning, Machine Learning**
1,252,966 members

Join

Show all

