# EXHIBIT 17

PTO/SB/08 (modified)

| | Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: May 12, 2021 *(use as many sheets as necessary)* | | | ***Complete if Known*** | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Unassigned |
| Sheet | 1 | of | 5 | Attorney Docket Number | 080618-2002 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 4,306,075-A | 12-15-1981 | ARISTOFF, PAUL A. | |
| | A2 | 5,153,222-A | 10-06-1992 | TADEPALLI ET AL. | |
| | A3 | 5,234,953-A | 08-10-1993 | CROW ET AL. | |
| | A4 | 6,054,486-A | 04-25-2000 | CROW ET AL. | |
| | A5 | 6,441,245-B1 | 08-27-2002 | MORIARTY ET AL. | |
| | A6 | 6,521,212-B1 | 02-18-2003 | CLOUTIER ET AL. | |
| | A7 | 6,528,688-B2 | 03-04-2003 | MORIARTY ET AL. | |
| | A8 | 6,700,025-B2 | 03-02-2004 | MORIARTY ET AL. | |
| | A9 | 6,756,033-B2 | 06-29-2004 | CLOUTIER ET AL. | |
| | A10 | 6,756,117-B1 | 06-29-2004 | BARNES, MICHAEL D. | |
| | A11 | 6,803,386-B2 | 10-12-2004 | SHORR ET AL. | |
| | A12 | 6,809,223-B2 | 10-26-2004 | MORIARTY ET AL. | |
| | A13 | 7,199,157-B2 | 04-03-2007 | WADE ET AL. | |
| | A14 | 7,384,978-B2 | 06-10-2008 | PHARES ET AL. | |
| | A15 | 7,417,070-B2 | 08-26-2008 | PHARES ET AL. | |
| | A16 | 7,544,713-B2 | 06-09-2009 | PHARES ET AL. | |
| | A17 | 7,879,909-B2 | 02-01-2011 | WADE ET AL. | |
| | A18 | 7,999,007-B2 | 08-16-2011 | JEFFS ET AL. | |
| | A19 | 8,232,316-B2 | 07-31-2012 | PHARES ET AL. | |
| | A20 | 8,242,305-B2 | 08-14-2012 | BATRA ET AL. | |
| | A21 | 8,252,839-B2 | 08-28-2012 | PHARES ET AL. | |
| | A22 | 8,349,892-B2 | 01-08-2013 | PHARES, KENNETH R. | |
| | A23 | 8,350,079-B2 | 01-08-2013 | WALSH, DAVID A. | |
| | A24 | 8,410,169-B2 | 04-02-2013 | PHARES ET AL. | |
| | A25 | 8,461,393-B2 | 06-11-2013 | SHARMA, VIJAY | |
| | A26 | 8,481,782-B2 | 07-09-2013 | BATRA ET AL. | |
| | A27 | 8,497,393-B2 | 07-30-2013 | BATRA ET AL. | |
| | A28 | 8,536,363-B2 | 09-17-2013 | PHARES ET AL. | |
| | A29 | 8,563,614-B2 | 10-22-2013 | WADE ET AL. | |
| | A30 | 8,609,728-B2 | 12-17-2013 | ROTHBLATT ET AL. | |
| | A31 | 8,653,137-B2 | 02-18-2014 | JEFFS ET AL. | |
| | A32 | 8,658,694-B2 | 02-25-2014 | JEFFS ET AL. | |
| | A33 | 8,747,897-B2 | 06-10-2014 | KIDANE ET AL. | |
| | A34 | 8,765,813-B2 | 07-01-2014 | WADE ET AL. | |
| | A35 | 8,940,930-B2 | 01-27-2015 | BATRA ET AL. | |
| | A36 | 9,029,607-B2 | 05-12-2015 | MCGOWAN ET AL. | |
| | A37 | 9,050,311-B2 | 06-09-2015 | PHARES ET AL. | |
| | A38 | 9,156,786-B2 | 10-13-2015 | BATRA ET AL. | |
| | A39 | 9,199,908-B2 | 12-01-2015 | PHARES ET AL. | |
| | A40 | 9,255,064-B2 | 02-09-2016 | INSMED INCORPORATION | |
| | A41 | 9,278,901-B2 | 03-08-2016 | PHARES ET AL. | |
| | A42 | 9,278,902-B2 | 03-08-2016 | TANG ET AL. | |
| | A43 | 9,278,903-B2 | 03-08-2016 | TANG ET AL. | |
| | A44 | 9,339,507-B2 | 05-17-2016 | OLSCHEWSKI ET AL. | |
| | A45 | 9,346,738-B2 | 05-24-2016 | JAIN ET AL. | |
| | A46 | 9,358,240-B2 | 06-07-2016 | OLSCHEWSKI ET AL. | |
| | A47 | 9,371,264-B2 | 06-21-2016 | BECKER ET AL. | |
| | A48 | 9,388,154-B2 | 07-12-2016 | YIANNIKOUROS ET AL. | |
| | A49 | 9,394,227-B1 | 07-19-2016 | ZHANG ET AL. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: May 12, 2021 | First Named Inventor | Leigh Peterson |
| | Art Unit | 1629 |
| (use as many sheets as necessary) | Examiner Name | Unassigned |
| Sheet 2 of 5 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A50 | 9,422,223-B2 | 08-23-2016 | PHARES ET AL. | |
| | A51 | 9,469,600- | 10-18-2016 | MALININ ET AL. | |
| | A52 | 9,505,737-B2 | 11-29-2016 | BECKER ET AL. | |
| | A53 | 9,624,156-B2 | 04-18-2017 | PHARES ET AL. | |
| | A54 | 9,643,911-B2 | 05-09-2017 | ZHANG ET AL. | |
| | A55 | 9,701,616-B2 | 07-11-2017 | ZHANG ET AL. | |
| | A56 | 9,758,465-B2 | 09-12-2017 | LAING, PETER | |
| | A57 | 9,776,982-B2 | 10-03-2017 | BECKER ET AL. | |
| | A58 | 9,845,305-B2 | 12-19-2017 | BECKER ET AL. | |
| | A59 | 9,878,972-B2 | 01-30-2018 | PHARES ET AL. | |
| | A60 | 9,957,200-B2 | 05-01-2018 | BEALL ET AL. | |
| | A61 | 10,010,518-B2 | 07-03-2018 | MALININ ET AL. | |
| | A62 | 10,053,414-B2 | 08-21-2018 | ZHANG ET AL. | |
| | A63 | 10,246,403-B2 | 04-02-2019 | ZHANG ET AL. | |
| | A64 | 10,343,979-B2 | 07-09-2019 | MALININ ET AL. | |
| | A65 | 10,344,012-B2 | 07-09-2019 | BECKER ET AL. | |
| | A66 | 10,376,525-B2 | 08-13-2019 | OLSCHEWSKI ET AL. | |
| | A67 | 10,450,290-B2 | 10-22-2019 | BECKER ET AL. | |
| | A68 | 10,464,877-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A69 | 10,464,878-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A70 | 10,494,327-B2 | 12-03-2019 | LAING, PETER | |
| | A71 | 10,526,274-B2 | 01-07-2020 | MALININ ET AL. | |
| | A72 | 10,703,706-B2 | 07-07-2020 | ZHANG ET AL. | |
| | A73 | 10,716,793-B2 | 07-21-2020 | OLSCHEWSKI ET AL. | |
| | A74 | 10,752,733-B2 | 08-25-2020 | ISHIHARA, YU | |
| | A75 | 2008/0200449-A1 | 08-21-2008 | OLSCHEWSKI ET AL. | |
| | A76 | 2008/0280986-A1 | 11-13-2008 | WADE ET AL. | |
| | A77 | 2009/0036465-A1 | 02-05-2009 | ROSCIGNO ET AL. | |
| | A78 | 2009/0124697-A1 | 05-14-2009 | CLOUTIER ET AL. | |
| | A79 | 2012/0197041-A1 | 08-02-2012 | BATRA ET AL. | |
| | A80 | 2013/0184295-A1 | 07-18-2013 | SPRAGUE ET AL. | |
| | A81 | 2013/0331593-A1 | 12-12-2013 | ALPHORA RESEARCH INC. | |
| | A82 | 2014/0024856-A1 | 01-23-2014 | GIUST ET AL. | |
| | A83 | 2014/0275262-A1 | 09-18-2014 | PHARES ET AL. | |
| | A84 | 2014/0275616-A1 | 09-18-2014 | BATRA ET AL. | |
| | A85 | 2014/0323567-A1 | 10-30-2014 | LAING, PETER | |
| | A86 | 2015/0148414-A1 | 05-28-2015 | INSMED INCORPORATION | |
| | A87 | 2015/0299091-A1 | 10-22-2015 | BATRA ET AL. | |
| | A88 | 2015/0315114-A1 | 11-05-2015 | CAYMAN CHEMICAL COMPANY INC. | |
| | A89 | 2015/0328232-A1 | 11-19-2015 | INSMED INCORPORATION | |
| | A90 | 2015/0376106-A1 | 12-31-2015 | BATRA ET AL. | |
| | A91 | 2016/0030355-A1 | 02-04-2016 | KIDANE ET AL. | |
| | A92 | 2016/0030371-A1 | 02-04-2016 | PHARES ET AL. | |
| | A93 | 2016/0045470-A1 | 02-18-2016 | DR. REDDY'S LABORATORIES LIMITED | |
| | A94 | 2016/0051505-A1 | 02-25-2016 | PHARES ET AL. | |
| | A95 | 2016/0107973-A1 | 04-21-2016 | BATRA ET AL. | |
| | A96 | 2016/0129087-A1 | 05-12-2016 | CHRISTE ET AL. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: May 12, 2021 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet 3 of 5 | Attorney Docket Number | 080618-2002 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A97 | 2016/0143868-A1 | 05-26-2016 | OLSCHEWSKI ET AL. | |
| | A98 | 2016/0152548-A1 | 06-02-2016 | GAO ET AL. | |
| | A99 | 2016/0175319-A1 | 06-23-2016 | FREISSMUTH ET AL. | |
| | A100 | 2017/0095432-A1 | 04-06-2017 | PHARES ET AL. | |
| | A101 | 2018/0153847-A1 | 06-07-2018 | PHARES ET AL. | |
| | A102 | 2019/0321290-A1 | 10-24-2019 | GUARNERI ET AL. | |
| | A103 | 2021/0054009-A1 | 02-25-2021 | PHARES ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A104 | 63/036,561 | 06-09-2020 | BATRA ET AL. | |
| | A105 | 63/125,145 | 12-14-2020 | PHARES ET AL. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A106 | WO-00/57701-A1 | 10-05-2000 | UNITED THERAPEUTICS CORP | | |
| | A107 | WO-2005/007081-A3 | 01-27-2005 | UNITED THERAPEUTICS CORP | | |
| | A108 | WO-2014/085813-A1 | 06-05-2014 | INSMED INCORPORATED | | |
| | A109 | WO-2016/038532-A1 | 03-17-2016 | MYLAN LABORATORIWA LIMITED | | |
| | A110 | WO-2016/055819-A1 | 04-14-2016 | CHINOIN GYÓGYSZER ÉS VEGYÉSZETI TERMÉKEK GYÁRA ZRT | | |
| | A111 | WO-2016/081658-A1 | 05-26-2016 | INSMED INC | | |
| | A112 | WO-2016/105538-A1 | 06-30-2016 | SANDIA CORPORATION SANDIA NATIONAL LABORATORIES | | |
| | A113 | WO-2017/192993-A1 | 11-09-2017 | LIQUIDIA TECHNOLOGIES, INC. | | |
| | A114 | WO-2018/058124-A1 | 03-29-2018 | UNITED THERAPEUTICS CORPORATION | | |
| | A115 | WO-2019/237028-A1 | 12-12-2019 | MANNKIND CORPORATION | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: May 12, 2021 | First Named Inventor | Leigh Peterson |
| | Art Unit | 1629 |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet 4 of 5 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A116 | Agarwal et al., "Inhaled Treprostinil in Group-3 Pulmonary Hypertension," J. Heart Lung Transplant., 2015 34(Suppl S343):959, abstract. | |
| | A117 | Bajwa et al., "The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease," Pulmonary Circulation, 2017, 7(1):82-88. | |
| | A118 | Bonner et al., "Susceptibility of Cyclooxygenase-2-Deficient Mice to Pulmonary Fibrogenesis," American Journal of Pathology, August 2002, 161(2):459-470. | |
| | A119 | Collard et al., "Acute Exacerbation of Idiopathic Pulmonary Fibrosis: An International Working Group Report," Am. J. Respir. Crit. Care Med., August 1, 2016, 194(3):265-275. | |
| | A120 | Dernaika et al., "Iloprost Improves Gas Exchange and Exercise Tolerance in Patients with Pulmonary Hypertension and Chronic Obstructive Pulmonary Disease," Respiration, 2010, 79:377-382. | |
| | A121 | du Bois et al., "Six-Minute-Walk Test in Idiopathic Pulmonary Fibrosis," Am. J. Respir. Crit. Care Med., 2011, 183:1231-1237. | |
| | A122 | Faria-Urbina et al., "Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease," Lung, 2018, 196:139-146. | |
| | A123 | Keerthisingham et al., "Cyclooxygenase-2 Deficiency Results in a Loss of the Anti-Proliferative Response to Transforming Growth Factor-Beta in Human Fibrotic Lung Fibroblasts and Promotes Bleomycin-Induced Pulmonary Fibrosis in Mice," American Journal of Pathology, April 2001, 158(4):1411-1422. | |
| | A124 | King et al., "The Trouble With Group 3 Pulmonary Hypertension in Interstitial Lung Disease," Chest, 2020, 158(4):1651-1664. | |
| | A125 | Lettieri et al., "The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis," Respiratory Medicine, 2006, 100:1734-1741. | |
| | A126 | McLaughlin et al., "Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension," Journal of the American College of Cardiology, 2010, 55(18):1915-1922. | |
| | A127 | Meyer et al., "Role of pirfenidone in the management of pulmonary fibrosis," Therapeutics and Clinical Risk Management, 2017, 13:427-437. | |
| | A128 | Nathan et al., "Pulmonary Hypertension due to Lung Disease and/or Hypoxia," Clin. Chest Med., 2013, 34:695-705. | |
| | A129 | Nathan et al., "Pulmonary hypertension in interstitial lung disease," Int. J. Clin. Pract., July 2008, 62(Suppl. 160):21-28. | |
| | A130 | Nathan et al., "Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertesion (RISE-IIP): a randomised, placebo-controlled phase 2b study," Lancet Respir. Med., 2019, 7:780-790. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: May 12, 2021 | First Named Inventor | Leigh Peterson |
| | Art Unit | 1629 |
| (use as many sheets as necessary) | Examiner Name | Unassigned |
| Sheet 5 of 5 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A131 | Nathan et al., "Validation of test performance characteristics and minimal clinically important difference of the 6-minute walk test in patients with idiopathic pulmonary fibrosis," Respiratory Medicine, 2015, 109:914-922. | |
| | A132 | Simonneau et al., "Haemodynamic definitions and updated clinical classification of pulmonary hypertension," Eur. Respir. J., 2019, 53:1801913, 13 pages. | |
| | A133 | Sorbera et al.n "UT-15. Treatment of Pulmonary Hypertension Treatment of Peripheral Vascular Disease," Drug of the Future, 2001, 26(4):364-374. | |
| | A134 | Trammell et al., "Use of pulmonary arterial hypertension-approved therapy in the treatment of non-group 1 pulmonary hypertension at US referral centers," Pulm. Circ., 2015, 5(2):356-363. | |
| | A135 | Wang et al., "Hemodynamic and gas exchange effects of inhaled iloprost in patients with COPD and pulmonary hypertension," International Journal of COPD, 2017, 12:3353-3360. | |
| | A136 | Whittle et al., "Binding and activity of the prostacyclin receptor (IP) agonists, treprostinil and iloprost, at human prostanoid receptors: Treprostinil is a potent DP1 and EP2 agonist," Biochemical Pharmacology, 2012, 84:68-75. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4828-5519-6905.1