# Exhibit 18

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: September 21, 2021 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet 1 of 1 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | WO-2008/098196-A1 | 08-14-2008 | UNITED THERAPEUTICS CORPORATION | | |
| | B2 | WO-2012/009097-A1 | 01-19-2012 | CYTOKINETICS INC | | |
| | B3 | WO-2015/138423-A1 | 09-17-2015 | INSMED INC | | |
| | B4 | WO-2016/176399-A1 | 11-03-2016 | STC UNM | | |
| | B5 | WO-2016/205202-A1 | 12-22-2016 | CORSAIR PHARMA, INC. | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | B6 | Osterweil, Neil, "Inhaled treprostinil improves walk distance in patients with ILD-associated pulmonary hypertension," Chest Physician, July 6, 2020, 1-5. | |
| | B7 | Steven et al., "Pulmonary hypertension in chronic lung disease and hypoxia," Eur. Respir. J., December 13, 2018, https://doi: 10.1183/13993003.01914-2018, 15 pages. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4851-4027-4684.1