# EXHIBIT 19

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 1 of 17 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C1 | 3,664,337 | 05-23-1972 | LINDSEY ET AL. | |
| | C2 | 4,001,650-A | 01-04-1977 | ROMAIN, JACK | |
| | C3 | 4,007,238-A | 02-08-1977 | GLENN, JOSEPH G. | |
| | C4 | 4,281,113-A | 07-28-1981 | AXEN ET AL. | |
| | C5 | 4,306,075-A | 12-15-1981 | ARISTOFF, PAUL A. | |
| | C6 | 4,306,076-A | 12-15-1981 | NELSON, NORMAN A. | |
| | C7 | 4,349,689-A | 09-14-1982 | ARISTOFF, PAUL A. | |
| | C8 | 4,473,296 | 09-25-1984 | SHOFNER ET AL. | |
| | C9 | 4,486,598-A | 12-04-1984 | ARISTOFF, PAUL A. | |
| | C10 | 4,495,944 | 01-29-1985 | BRISSON ET AL. | |
| | C11 | 4,635,647-A | 01-13-1987 | CHOKSI, PRADIP V. | |
| | C12 | 4,668,814-A | 05-26-1987 | ARISTOFF, PAUL A. | |
| | C13 | 4,677,975-A | 07-07-1987 | EDGAR ET AL. | |
| | C14 | 4,683,330-A | 07-28-1987 | ARISTOFF, PAUL A. | |
| | C15 | 4,692,464-A | 09-08-1987 | SKUBALLA ET AL. | |
| | C16 | 4,708,963-A | 11-24-1987 | SKUBALLA ET AL. | |
| | C17 | 4,976,259 | 12-11-1990 | HIGSON ET AL. | |
| | C18 | 4,984,158 | 01-08-1991 | HILLSMAN | |
| | C19 | 5,063,922 | 11-12-1991 | HAEKKINEN | |
| | C20 | 5,080,093-A | 01-14-1992 | RAABE ET AL. | |
| | C21 | 5,153,222-A | 10-06-1992 | TADEPALLI ET AL. | |
| | C22 | 5,234,953-A | 08-10-1993 | CROW ET AL. | |
| | C23 | 5,322,057-A | 06-21-1994 | RAABE ET AL. | |
| | C24 | 5,361,989-A | 11-08-1994 | MERCHAT ET AL. | |
| | C25 | 5,363,842-A | 11-15-1994 | MISHELEVICH ET AL. | |
| | C26 | 5,497,763-A | 03-12-1996 | LLOYD ET AL. | |
| | C27 | 5,551,416-A | 09-03-1996 | STIMPSON ET AL. | |
| | C28 | 5,727,542-A | 03-17-1998 | KING, RUSSELL WAYNE | |
| | C29 | 5,865,171-A | 02-02-1999 | CINQUIN, GERARD | |
| | C30 | 5,881,715-A | 03-16-1999 | SHIBASAKI, MASAE | |
| | C31 | 5,908,158-A | 06-01-1999 | CHEIMAN, VLADIMIR | |
| | C32 | 6,054,486-A | 04-25-2000 | CROW ET AL. | |
| | C33 | 6,123,068-A | 09-26-2000 | LLOYD ET AL. | |
| | C34 | 6,242,482-B1 | 06-05-2001 | SHORR ET AL. | |
| | C35 | 6,357,671-B1 | 03-19-2002 | CEWERS, GORAN | |
| | C36 | 6,521,212-B1 | 02-18-2003 | CLOUTIER ET AL. | |
| | C37 | 6,626,843-B2 | 09-30-2003 | HILLSMAN, DEANE | |
| | C38 | 6,756,033-B2 | 06-29-2004 | CLOUTIER ET AL. | |
| | C39 | 6,765,117-B2 | 07-20-2004 | MORIARTY ET AL. | |
| | C40 | 6,803,386-B2 | 10-12-2004 | SHORR ET AL. | |
| | C41 | 6,809,223-B2 | 10-26-2004 | MORIARTY ET AL. | |
| | C42 | 7,172,557-B1 | 02-06-2007 | PARKER ET AL. | |
| | C43 | 7,199,157-B2 | 04-03-2007 | WADE ET AL. | |
| | C44 | 7,261,102-B2 | 08-28-2007 | BARNEY ET AL. | |
| | C45 | 7,384,978-B2 | 06-10-2008 | PHARES ET AL. | |
| | C46 | 7,417,070-B2 | 08-26-2008 | PHARES ET AL. | |
| | C47 | 7,544,713-B2 | 06-09-2009 | PHARES ET AL. | |
| | C48 | 7,726,303-B2 | 06-01-2010 | TYVOLL ET AL. | |
| | C49 | 9,155,846-B2 | 10-13-2015 | KERN, JOACHIM | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet 2 of 17 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C50 | 9,358,240-B2 | 06-07-2016 | OLSCHEWSKI ET AL. | |
| | C51 | 9,713,599- | 07-25-2017 | WADE, MICHAEL | |
| | C52 | 10,076,505-B2 | 09-18-2018 | WADE, MICHAEL | |
| | C53 | 10,695,308- | 06-30-2020 | WADE, MICHAEL | |
| | C54 | 10,716,793-B2 | 07-21-2020 | OLSCHEWSKI ET AL. | |
| | C55 | 2003/0192532-A1 | 10-16-2003 | HOPKINS, ANDREW DAVID | |
| | C56 | 2004/0063912-A1 | 04-01-2004 | BLUMBERG ET AL. | |
| | C57 | 2004/0105819-A1 | 06-03-2004 | HALE ET AL. | |
| | C58 | 2004/0149282-A1 | 08-05-2004 | HICKLE | |
| | C59 | 2004/0265238-A1 | 12-30-2004 | CHAUDRY, LMTIAZ | |
| | C60 | 2005/0080140-A1 | 04-14-2005 | HATAE ET AL. | |
| | C61 | 2005/0165111-A1 | 07-28-2005 | WADE ET AL. | |
| | C62 | 2005/0166913-A1 | 08-04-2005 | SEXTON ET AL. | |
| | C63 | 2005/0183719-A1 | 08-25-2005 | WUTTKE ET AL. | |
| | C64 | 2005/0282901-A1 | 12-22-2005 | PHARES ET AL. | |
| | C65 | 2006/0147520-A1 | 07-06-2006 | RUEGG, CURTIS | |
| | C66 | 2006/0201500-A1 | 09-14-2006 | VON HOLLEN ET AL. | |
| | C67 | 2008/0200449-A1 | 08-21-2008 | OLSCHEWSKI ET AL. | |
| | C68 | 2008/0280986-A1 | 11-13-2008 | WADE ET AL. | |
| | C69 | 2009/0036465-A1 | 02-05-2009 | ROSCIGNO ET AL. | |
| | C70 | 2010/0076083-A1 | 03-25-2010 | OLSCHEWSKI ET AL. | |
| | C71 | 2010/0236545-A1 | 09-23-2010 | KERN, JOACHIM | |
| | C72 | 2010/0282622-A1 | 11-11-2010 | PHARES, KENNETH R. | |
| | C73 | 2012/0129941-A1 | 05-24-2012 | WADE ET AL. | |
| | C74 | 2012/0177693-A1 | 07-12-2012 | CIPOLLA ET AL. | |
| | C75 | 2012/0216801-A1 | 08-30-2012 | OLSCHEWSKI ET AL. | |
| | C76 | 2013/0096200-A1 | 04-18-2013 | WADE ET AL. | |
| | C77 | 2014/0018431-A1 | 01-16-2014 | WADE ET AL. | |
| | C78 | 2019/0365778- | 12-05-2019 | OLSCHEWSKI ET AL. | |
| | C79 | 2021/0177787- | 06-17-2021 | WADE, MICHAEL | |

## UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Application Document — Serial Number-Kind Code² (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C80 | 17/486721 | 09-27-2021 | OLSCHEWSKI ET AL. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | C81 | AU-1999959533-B2 | 02-03-2000 | TORAY INDUSTRIES, INC. | | |
| | C82 | DE-19838711.1-C1 | 06-21-2000 | OTTO SCHILL GMBH & CO KG | | ✓ |
| | C83 | DE-19934582.2-C2 | 09-18-2003 | OTTO SCHILL GHMB & CO KG | | ✓ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08 (modified)

Substitute for form 1449/PTO
**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
Date Submitted: February 16, 2022
*(use as many sheets as necessary)*
Sheet 3 of 17

**Complete if Known**

| Application Number | 17/233061 |
|---|---|
| Filing Date | 4/16/2021 |
| First Named Inventor | Leigh Peterson |
| Art Unit | Unassigned |
| Examiner Name | Unassigned |
| Attorney Docket Number | 080618-2002 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | C84 | FR-2783431-A1 | 03-24-2000 | SYSTEM ASSISTANCE MEDICAL | | A |
| | C85 | JP-2003-522003-A | 07-22-2003 | | | ✓ |
| | C86 | JP-2004-512101-A | 04-22-2004 | GLAXO GROUP LIMITED | | ✓ |
| | C87 | JP-2005-034341-A | 02-10-2005 | TEIJIN LTD. | | A |
| | C88 | WO-01/58514-A1 | 08-16-2001 | MEDIC-AID LTD | | |
| | C89 | WO-01/85241-A1 | 11-15-2001 | PARI GMBH | | |
| | C90 | WO-02/34318-A2 | 05-02-2002 | GLAXO GROUP LTD [GB] | | |
| | C91 | WO-93/00951-A1 | 01-21-1993 | INHALE INC | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | C92 | Abe et al., "Effects of inhaled prostacyclin analogue on chronic hypoxic pulmonary hypertension," J. Cardiovascular Pharmacology, 2001, 37, 239 251. | |
| | C93 | AccuNeb label, June 2005, 2 pages. | |
| | C94 | Agnew JE, Bateman RM, Pavia D, Clarke SW. (1984) Radionuclide demonstration of ventilatory abnormalities in mild asthma. Clinical Science; 66: 525-531. | |
| | C95 | Anderson, Paula J. M.D., "History of Aerosol Therapy: Liquid Nebulization to MDIs to DPIs," Respiratory Care, September 2005, 50(9):1139-1150. | |
| | C96 | Annals of the International Commission on Radiological Protection (ICRP) Vol 28, No. 3, 1998, Publication 80, Radiation Dose to Patients from Radiopharmaceuticals. | |
| | C97 | Aradigm Corporation Form 10-Q for the quarterly period ended June 30, 2009, 37 pages. | |
| | C98 | Aradigm Corporation news release October 24, 2005, "Aradigm and United Therapeutics Sign Development and Commercialization Agreement Targeting Pulmonary Hypertension," Red Orbit News, http://www.redorbit.com/modules/news/tools.php?tool=print&id=281787, 2 pages. | |
| | C99 | Aristoff et al., "Synthesis of benzopyran prostaglandins, potent stable prostacyclin analogs, via an intermolecular mitsunobu reaction," Tetrahedron Letters, 1984, 25(36):3955-3958. | |
| | C100 | Atkins, Paul J., Ph.D., "Dry Powder Inhalers: An Overview," Respiratory Care, October 2005, 50(10):1304-1312. | |
| | C101 | ATS 2020 Virtual Preview: Clinical Trials Session, June 24, 2020, conference.thoracic.org/program/session-information/virtual-clinical-trials.php. | |
| | C102 | AZMACORT label, May 2003, 16 pages. | |
| | C103 | BADESCH et al., "Prostanoid Therapy for Pulmonary Arterial Hypertension," Journal of the American College of Cardiology," 2004, 43(12:SupplS):56S-61S. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 4 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C104 | Beasley et al., "Preservatives in Nebulizer Solutions: Risks without Benefit," Pharmacotherapy, 1998, 18(1):130-139. | |
| | C105 | Bein et al., "Cardiovascular and pulmonary effects of aerosolized prostacyclin administration in severe respiratory failure using a ventilator nebulization system," J. Cardiovascular Pharmacology, 1996, 27, 583-586. | |
| | C106 | Bender et al,. "Nonadherence in asthmatic patients: is there a solution to the problem?", Ann. Allergy Asthma Immunol., 1997, 79:177-186. | |
| | C107 | Benedict et al., "Evidence-based pharmacologic management of pulmonary arterial hypertension," Clinical Therapeutics, 2007, 29, 2134-2153. | |
| | C108 | Bindl et al., "Aerosolised prostacyclin for pulmonary hypertension in neonates," Archives of disease in childhood, Fetal and neonatal edition, 1994, 71(3), F214-6. | |
| | C109 | Blanchard, J.D., Cipolla, D., Liu, K., Morishige, R., Mudumba, S., Thipphawong, J., Taylor, G., Warren, S., Radhakrishnan, R., Van Vlasselaer, R., Visor, G. and Starko, K. (2003) Lung Deposition of Interferon Gamma-1b following Inhalation via AERx® System vs. Respirgard II™ Nebulizer Proc. ATS Annual Meeting (Abstract A373), Seattle. | |
| | C110 | Booke et al., "Prostaglandins in Patients with Pulmonary Hypertension: The Route of Administration," Anesth. Analg., 1998, 86:917, Letter to the Editor. | |
| | C111 | Boyd, B., Noymer, P., Liu, K., Okikawa, J., Hasegawa, D., Warren, S., Taylor, G., Ferguson, E., Schuster, J., Farr, S., and Gonda, I. (2004) Effect of Gender and Device Mouthpiece Shape on Bolus Insulin Aerosol Delivery Using the AERx Pulmonary Delivery System. Pharmaceutical Research. 21 (10) 1776-1782. | |
| | C112 | Boyle et al., "So Many Drugs, So Little Time: The Future Challenge of Cystic Fibrosis Care," Chest, January 2003, 123(1):3-5. | |
| | C113 | Byron, Peter R. "Drug Delivery Devices, Issues in Drug Development," Proc. Am. Thorac. Soc., 2004, 1:321-328. | |
| | C114 | Channick et al., "Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension," J. American College of Cardiology, 2006, 48, 1433-1437. | |
| | C115 | Chattaraj, Sarat C., "Treprostinil sodium Pharmacia," Current Opinion in Investigational Drugs, April 2002, 3(4):582-586. | |
| | C116 | Chew et al., "Pharmaceutical Dry Powder Aerosol Delivery," KONA, 2001, 19:46-56. | |
| | C117 | Clark, A.R., "Medical Aerosol Inhalers: Past, Present, and Future," Aerosol Science and Technology, June 12, 2007, 22(4):374-391. | |
| | C118 | Colthorpe P, Taylor G, Farr SJ. (1997) A comparison of two non-invasive methods for quantifying aerosol deposition in the lungs of rabbits. J. Aerosol Med.; 10:255 | |
| | C119 | Dalby et al., "A review of the development of Respimat Soft Mist Inhaler," International Journal of Pharmaceutics," 2004, 283:1-9. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>Date Submitted: February 16, 2022<br>*(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 5 of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS |||||
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. || T[6] |
| | C120 | De Wet et al., "Inhaled prostacyclin is safe, effective and affordable in patients with pulmonary hypertension, right heart dysfunction, and refractory hypoxemia after cardiothoracic surgery," J. Thoracic Cardiovasc. Surg., 2004, 127:1058-1067. || |
| | C121 | Defendant Watson Laboratories, Inc.'s Invalidity Contentions for U.S. Patent Nos. 9,339,507 and 9,358,240, in The United States District Court for the District of New Jersey, Civil Action No. 3.15:cv-05723-PGS-LHG, August 5, 2016, 56 pages. || |
| | C122 | Denyer et al., "The Adaptive Aerosol Delivery (AAD) Technology: Past, Present, and Future," Journal of Aerosol Medicine and Pulmonary Drug Delivery, 2010, 23(Supp1):S1-S10. || |
| | C123 | Dolovich et al., "Device Selection and Outcomes of Aerosol Therapy: Evidence-Based Guidelines," Chest, January 2005, 127(1):335-371. || |
| | C124 | Doyle et al., "Inhaled prostacyclin as a selective pulmonary vasodilator," Anaesthesia and Intensive Care, August 1996, 24(4):514-515. || |
| | C125 | Dumas et al,. "Hypoxic pulmonary vasoconstriction," General Pharmacology, 1999, 33, 289-297. || |
| | C126 | Dworetz et al., "Survival of infants with persistent pulmonary hypertension without extracorporeal membrane oxygenation," Pediatrics, 1989, 84, 1-6. || |
| | C127 | Eli Lilly Press Release, "Eli Lilly and Company Licenses U.S. Rights for Tadalafil PAH Indication to United Therapeutics Corporation," November 17, 2008, 4 pages. || |
| | C128 | English translation of OptiNeb User Manual, 2005, 33 pages. || |
| | C129 | EPA Integrated Risk Information System (IRIS): data sheet for 3-methylphenol (m-cresol). Accessed at http://www.epa.gov/iris/subst/0301/htm on 3/9/2014. || |
| | C130 | EU Community Register, Annexes to Commission Decision C(2005)3436, September 5, 2005, http://ec.europa.eu/health/documents/communityregister/2005/2005090510259/anx_10259_en.pdf (Annex III –Ventavis® Labelling and Package Leaflet), 30 pages. || |
| | C131 | Ewert et al., "Aerosolized iloprost for primary pulmonary hypertension," New England Journal of Medicine, 2000, 343, 1421-1422. || |
| | C132 | Ewert et al., "Iloprost als inhalative bzw. Intravenose langzeitbehandlung von patienten mit primarer pulmonaler hypertonie," Z. Kardiol., 2000, 89, 987-999, English summary on first page. || |
| | C133 | Farber et al., "Pulmonary Arterial Hypertension," The New England Journal of Medicine," 2004, 351:1655-1665. || |
| | C134 | Farr et al., "Comparison of in vitro and in vivo efficiencies of a novel unit-dose liquid aerosol generator and a pressurized metered dose inhaler," International Journal of Pharmaceutics, 2000, 198:63-70. || |
| | C135 | Findlay et al., "Radioimmunoassay for the Chemical Stable Prostacyclin Analog, 15AU81: a Preliminary Pharmacokinetics Study in the Dog," Prostaglandins Leukot. Essent. Fatty Acids, February 1993, 48(2):167-174. || |
| | C136 | Fink et al., "Use of Prostacyclin and its Analogues in the Treatment of Cardiovascular Disease," Heart Disease, 1999, 1:29-40. || |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet 6 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C137 | FLOLAN label, September 2002, 24 pages. | |
| | C138 | Frijlink et al., "Dry Powder inhalers for pulmonary drug delivery," Expert Opin. Drug Deliv., 2004, 1(1):67-86. | |
| | C139 | Geller et al., " Bolus Inhalation of rhDNase with the AERx System in Subjects with Cystic Fibrosis," Journal of Aerosol Medicine, 2003, 16(2):175-182. | |
| | C140 | Geller, David E., M.D., "Comparing Clinical Features of the Nebulizer, Metered-Dose Inhaler, and Dry Powder Inhaler," Respir. Care, 2005, 50(10):1313-1321. | |
| | C141 | Gessler et al., "Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," Eur. Respir. J., 2001, 17, 14-19. | |
| | C142 | Ghofrani et al., "New therapies in the treatment of pulmonary hypertension," HERZ (Heart), June 2005, 30(4):296-302, with English translation. | ✓ |
| | C143 | GHOFRANI et al., "Hypoxia- and non-hypoxia-related pulmonary hypertension -- Established and new therapies," Cardiovascular Research, 2006, 72:30-40. | |
| | C144 | Goldsmith et al., "Inhaled Iloprost In Primary Pulmonary Hypertension," Drugs, 2004, 64(7):763-773. | |
| | C145 | Gonda, Igor, "A semi-empirical model of aerosol deposition in the human respiratory tract for mouth inhalation," J. Pharm. Pharmacol., 1981, 33:692-696. | |
| | C146 | Gonda, Igor, "Study of the effects of polydispersity of aerosols on regional deposition in the respiratory tract," J. Pharm. Pharmacol., 1981, 33(Supp):52P. | |
| | C147 | Hache et al., "Inhaled epoprostenol (prostacyclin) and pulmonary hypertension before cardiac surgery," The Journal of Thoracic and Cardiovascular Surgery, March 2003, 125:642-649. | |
| | C148 | Hallioglu et al., "Comparison of Acute Hemodynamic Effects of Aerosolized and Intravenous Iloprost in Secondary Pulmonary Hypertension in Children With Congenital Heart Disease," Am. J. Cardiol., 2003, 92:1007-1009. | |
| | C149 | Haraldsson et al., "Comparison of inhaled nitric oxide and inhaled aerosolized prostacyclin in the evaluation of heart transplant candidates with elevated pulmonary vascular resistance," Chest, 1998, 114, 780-786. | |
| | C150 | Hill et al., "Inhaled Therapies for Pulmonary Hypertension," Respiratory Care, June 2015, 60(6):794-805. | |
| | C151 | Hoeper et al., "Long-term Treatment of Primary Pulmonary Hypertension with Aerosolized Iloprost, a Prostacyclin Analogue," The New England Journal of Medicine," June 22, 2000, 342:1866-1870. | |
| | C152 | Hoeper et al., "A comparison of the acute hemodynamic effects of inhaled nitric oxide and aerosolized iloprost in primary hypertension," J. American College of Cardiology, 2000, 35, 176-182. | |
| | C153 | Hoeper et al., "Effects of inhaled nitric oxide and aerosolized iloprost in pulmonary veno-occlusive disease," Respiratory Medicine, 1999, 93, 62-70. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 7 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C154 | Horn et al., "Treprostinil therapy for pulmonary artery hypertension," Expert Opinion on Investigational Drugs, 2002, 11(11):1615-1622. | |
| | C155 | Howarth, P.H., "Why particle size should affect clinical response to inhaled therapy," Journal of Aerosol Medicine, 2001, 14 Supp. 1, S-27-S-34. | |
| | C156 | Ichida et al., "Additive effects of beraprost on pulmonary vasodilation by inhaled nitric oxide in children with pulmonary hypertension," American Journal of Cardiology, 1997, 80, 662-664. | |
| | C157 | Konorza et al., "Klinisch-pharmakologische Austestung bei pulmonaler Hypertonie zur Therapiefuehrung," Herz, 2005, 30:286-295, English abstract on first page. | A |
| | C158 | Krause et al., "Pharmacokinetics and pharmacodynamics of the prostacyclin analogue iloprost in man," Eur. J. Clin. Pharmacol., 1986, 30, 61-68. | |
| | C159 | Labiris et al., "Pulmonary drug delivery. Part II: The role of inhalant delivery devices and drug formulations in therapeutic effectiveness of aerosolized medications," Br. J. Clin. Pharmacol., 2003, 56(6):600-612. | |
| | C160 | Laliberte et al., "Pharmacokinetics and Steady-State Bioequivalence of Treprostinil Sodium (Remodulin) Administered by the Intravenous and Subcutaneous Route to Normal Volunteers," J. Cardiovasc. Pharmacol, August 2004, 44(2):209-214. | |
| | C161 | Lee et al., "Current strategies for pulmonary arterial hypertension," J. Internal Medicine, 2005, 258, 199-215. | |
| | C162 | Liquidia Technologies Press Release, "Liquidia Announces FDA Acceptance of New Drug Application for LIQ861 (treprostinil) Inhalation Powder for the Treatment of Pulmonary Arterial Hypertension," April 8, 2020, 3 pages. | |
| | C163 | Liquidia Technologies Press Release, "Liquidia Submits New Drug Application for LIQ861 (treprostinil) Inhalation Powder to U.S. Food and Drug Administration for the Treatment of Pulmonary Arterial Hypertension (PAH)," January 27, 2020, 3 pages. | |
| | C164 | MARTIN, John C., "Inhaled Form of Remodulin in the Pipeline," http://www.phneighborhood.com/content/in_the_news/archive_2320,aspx, ph Neighborhood, October 28, 2005, 2 pages. | |
| | C165 | Max et al., "Inhaled prostacyclin in the treatment of pulmonary hypertension," Eur. J. Pediatr., 1999, 158 Suppl 1, S23-S26. | |
| | C166 | McNulty et al., "The Pharmacokinetics and Pharmacodynamics of the Prostacyclin Analog 15AU81 in the Anesthetized Beagle Dog," Prostaglandins Leukot. Essent. Fatty Acids, February 1993, 48(2):159-166. | |
| | C167 | Miller et al., "Standardisation of spirometry. Series ATS/ERS Task Force: Standardisation of Lung Function Testing" Eur Respir J 2005; 26: 319–338. | |
| | C168 | Mueller et al., "Inhaled iloprost in the management of pulmonary hypertension in infants undergoing congenital heart surgery," European Journal of Anaesthesiology, June 2004, 21(Suppl.33):3, Abstract No. 084. | |
| | C169 | National Radiological Protection Board. Doses to Patients from Medical Radiological Examinations in Great Britain. (1986) Radiological Protection Bulletin No. 77. | |
| | C170 | Nauser et al., "Pulmonary Hypertension: New Perspectives," CHF, 2003, 9:155-162. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 8 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C171 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 10 pages, December 19, 2016. | |
| | C172 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 10 pages, December 7, 2016. | |
| | C173 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, February 1, 2017. | |
| | C174 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, January 12, 2017. | |
| | C175 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 1, 2017. | |
| | C176 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 17, 2017. | |
| | C177 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 9, 2017. | |
| | C178 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, April 13, 2017. | |
| | C179 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, February 9, 2017. | |
| | C180 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 13, 2017. | |
| | C181 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 19, 2017. | |
| | C182 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 31, 2017. | |
| | C183 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 5, 2017. | |
| | C184 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, June 19, 2017. | |
| | C185 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, June 2, 2017. | |
| | C186 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, March 27, 2017. | |
| | C187 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, May 19, 2017. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 9 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C188 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, August 16, 2017. | |
| | C189 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, October 13, 2017. | |
| | C190 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 1, 2017. | |
| | C191 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 12, 2017. | |
| | C192 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 14, 2017. | |
| | C193 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 20, 2017. | |
| | C194 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 8, 2017. | |
| | C195 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 14 pages, November 14, 2017. | |
| | C196 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 14 pages, October 25, 2017. | |
| | C197 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, December 20, 2019. | |
| | C198 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, March 6, 2018. | |
| | C199 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 10, 2019. | |
| | C200 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 23, 2019. | |
| | C201 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 28, 2019. | |
| | C202 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 8, 2019. | |
| | C203 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 15, 2019. | |
| | C204 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 19, 2019. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

| | | Substitute for form 1449/PTO<br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>Date Submitted: February 16, 2022<br>*(use as many sheets as necessary)* | | **Complete if Known** | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | Unassigned |
| | | | | Examiner Name | Unassigned |
| Sheet | 10 | of | 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C205 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 24, 2018. | |
| | C206 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 13, 2018. | |
| | C207 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 14, 2018. | |
| | C208 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 17, 2018. | |
| | C209 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 3, 2018. | |
| | C210 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 7, 2019. | |
| | C211 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 13, 2018. | |
| | C212 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 17, 2018. | |
| | C213 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 20, 2018. | |
| | C214 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, February 14, 2019. | |
| | C215 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, February 4, 2019. | |
| | C216 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 24, 2019. | |
| | C217 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 8, 2019. | |
| | C218 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 9, 2019. | |
| | C219 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, July 11, 2018. | |
| | C220 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, July 20, 2018. | |
| | C221 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 14, 2018. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08 (modified)

| | | Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|---|---|
| | | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| | | Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| | | *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet | 11 | of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS |||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C222 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 14, 2019. | |
| | C223 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 18, 2018. | |
| | C224 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 21, 2019. | |
| | C225 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 25, 2018. | |
| | C226 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, March 13, 2019. | |
| | C227 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, March 29 2019. | |
| | C228 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, May 16, 2018. | |
| | C229 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, May 24, 2019. | |
| | C230 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 2, 2018. | |
| | C231 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 21, 2018. | |
| | C232 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 7, 2018. | |
| | C233 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 1, 2018. | |
| | C234 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 11, 2018. | |
| | C235 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 22, 2018. | |
| | C236 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, September 24, 2018. | |
| | C237 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, December 11, 2015 | |
| | C238 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, February 24, 2016. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 12 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C239 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, March 14, 2016. | |
| | C240 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, August 15, 2016. | |
| | C241 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 23, 2016. | |
| | C242 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 6, 2016. | |
| | C243 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 7, 2016. | |
| | C244 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 23, 2016. | |
| | C245 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 31, 2016. | |
| | C246 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 5, 2016. | |
| | C247 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, August 26, 2016. | |
| | C248 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 12, 2016. | |
| | C249 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 21, 2016. | |
| | C250 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 5, 2016. | |
| | C251 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, September 9, 2016. | |
| | C252 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, April 30, 2020. | |
| | C253 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, February 26, 2020. | |
| | C254 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, January 7, 2020. | |
| | C255 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, May 29, 2020. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 13 of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS |||||
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T[6] |
| | C256 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 1, 2016. | | |
| | C257 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 17, 2016. | | |
| | C258 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 9, 2016. | | |
| | C259 | Nebu-Tec med. Produkte Eike Kern GmbH, VENTA-NEB®-ir A-I-C-I® Operating Instructions, Sep. 2005. | | |
| | C260 | Newman, S.P., "Aerosols," Chapter from Encyclopedia of Respiratory Medicine, 2006, 58-64. | | |
| | C261 | Notes for Guidance on the Clinical Administration of Radiopharmaceuticals and Use of Sealed Radioactive Sources. Administration of Radioactive Substances Advisory Committee (ARSAC) (March 2006). ARSAC Secretariat, Chilton, Didcot, Oxon. OX11 0RQ. | | |
| | C262 | Olin, Jeffrey W., D.O., "Thromboangiitis Obliterans (Buerger's Disease)," N. Engl. J. Med., 2000, 343:864-869. | | |
| | C263 | Olschewski et al. for the German PPH Study Group, "Inhaled iloprost to treat severe pulmonary hypertension – An uncontrolled trial," Annals of Internal Medicine, 2000, 132, 435-443. | | |
| | C264 | Olschewski et al., "Inhaled Iloprost for Severe Pulmonary Hypertension," The New England Journal of Medicine," August 1, 2002, 347(5):322-329. | | |
| | C265 | Olschewski et al., "Aerosolized prostacyclin and iloprost in severe pulmonary hypertension,: Annals of Internal Medicine, 1996, 124, 820 824. | | |
| | C266 | Olschewski et al., "Inhaled Iloprost for Severe Pulmonary Hypertension," N. Eng. J. Med., August 1, 2002, 347(5):322-329. | | |
| | C267 | Olschewski et al., "Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis," Am. Respir. Crit. Care Med., 1999, 160, 600-607. | | |
| | C268 | Olschewski et al., "Pharmacodynamics and pharmacokinetics of inhaled iloprost, aerosolized by three different devices, in severe pulmonary hypertension," Chest, 2003, 124, 1294-1304. | | |
| | C269 | Olschewski et al., "Prostacyclin and its analogues in the treatment of pulmonary hypertension," Pharmacology and Therapeutics, 2004, 102, 139-153. | | |
| | C270 | Olschewski et al., "Recovery from circulatory shock in severe primary pulmonary hypertension (PPH) with aerosolization of iloprost," Intensive Care Med., 1998, 24, 631-634. | | |
| | C271 | Olschewski, Horst, "Therapie der pulmonalen Hypertonie," Pneumologe, 2004, 1:95-101. | | |
| | C272 | OPTINEB®-ir Operating Instructions, Unit Type ON-100/2-2.4 MHz, 2005, 33 pages, verified English translation. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet 14 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C273 | ORENITRAM label, October 2019, 17 pages. | |
| | C274 | Osterweil, Neil, "Treprostinil Improves Walk Distance in Pulmonary Hypertension," July 9, 2020, 9 pages, www.medscape.com/viewarticle/933674, | |
| | C275 | Pappert et al., "Aerosolized Prostacyclin Versus Inhaled Nitric Oxide in Children with Severe Acute Respiratory Distress Syndrome," Anesthesiology, June 1995, 82(6):1507-1511. | |
| | C276 | Petition for Inter Partes Review of U.S. Patent No. 10,716,793, Liquidia Technologies, Inc. (petitioner) v. United Therapeutics Corporation (patent owner), IPR2021-00406, and Exhibits 1002, 1003, 1004, 1005 and 1036. | |
| | C277 | Pitcairn et al., "Deposition of Corticosteroid Aerosol in the Human Lung by Respimat Soft Mist Inhaler Compared to Deposition by Metered Dose Inhaler or by Turbuhaler Dry Powder Inhaler," Journal of Aerosol Medicine, 2005, 18(3):264-272. | |
| | C278 | Prober et al., "Technical Report: Precautions Regarding the Use of Aerosolized Antibiotics," Pediatrics, December 2000, 106(6):1-6. | |
| | C279 | Publications of the International Commission on Radiological Protection (ICRP) (1977) Recommendations of the International Commission on Radiological Protection 26. | |
| | C280 | Pulmonary Delivery, ONdrugDelivery, 2006, 5 pages. | |
| | C281 | Pulmozyme label, April 2005, 2 pages. | |
| | C282 | Rau, Joseph L., "Determinants of Patient Adherence to an Aerosol Regimen," Respiratory Care, October 2005, 50(10):1346-1359. | |
| | C283 | REMODULIN label, November 2004, 11 pages. | |
| | C284 | RIGBY, Jonathan, Aradigm Corporation, "Technological advances for success: Product pipeline in targeted pulmonary delivery," Pulmonary Delivery Innovative Technologies Breathing New Life into Inhalable Therapeutics, ONdrugDelivery, http://www.ondrugdelivery.com/publications/Pulmonary.pdf, 2006, 17-19. | |
| | C285 | RUAN et al., "Prostacyclin therapy for pulmonary arterial hypertension," Texas Heart Institute Journal (2010) Vol. 37, No. 4, pages 391-399. | |
| | C286 | Rubin et al., "Evaluation and Management of the Patient with Pulmonary Arterial Hypertension," Ann. Intern. Med., 2005, 143:282-292. | |
| | C287 | Rubin et al., "Pulmonary Arterial Hypertension: A Look to the Future," Journal of the American College of Cardiology, June 18, 2004, 43(12,Suppl.S):89S-90S. | |
| | C288 | Saini et al., "Effect of Electrostatic Charge and Size Distributions on Respirable Aerosol Deposition in Lung Model," Industry Applications Conference, 2004, 39th IAS Annual Meeting, Conference Record of the 2004 IEEE Seattle, WA, October 3-7, 2004, 2:948-952. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 15 of 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C289 | Sandifer et al., "Effects of Aerosol vs IV UT-15 on Prostaglandin H2 Analog-Induced Pulmonary Hypertension in Sheep," Chest, 2005, 128:616S. | |
| | C290 | SANDIFER et al., "Potent effects of aerosol compared with intravenous treprostinil on the pulmonary circulation," J. Appl. Physiol., 2005, 99:2363-2368. | |
| | C291 | Santak et al., "Prostacyclin aerosol in an infant with pulmonary hypertension," Eur. J. Pediatr., 1995, 154, 233-235. | |
| | C292 | Scientific discussion for the approval of Ventavis, European Medicines Agency (EMEA), October 20, 2004, 30 pages. | |
| | C293 | Soditt et al., "Improvement of oxygenation induced by aerosolized prostacyclin in a preterm infant with persistent pulmonary hypertension of the newborn," Intensive Care Med., 1997, 23, 1275-1278. | |
| | C294 | Steffen et al., "The Effects of 15AU81, a Chemically Stable Prostacyclin Analog, on the Cardiovascular and Renin-Angiotensis Systems of Anesthetized Dogs," Prostaglandins, Leukotrienes and Essential Fatty Acids," 1991, 43:277-286. | |
| | C295 | Stein et al., "The History of Therapeutic Aerosols: A Chronological Review," Journal of Aerosol Medicine and Pulmonary Drug Delivery, 2017, 30(1):20-41. | |
| | C296 | Stricker et al., "Sustained improvement of performance and haemodynamics with long-term aerosolized prostacyclin therapy in severe pulmonary hypertension," Schweiz Med. Wochenschr., 1999, 129, 923-927. | |
| | C297 | Telko et al., "Dry Powder Inhalation Formulation," Respiratory Care, September 2005, 50(9):1209-1227. | |
| | C298 | Tyvaso label, 2009, 49 pages. | |
| | C299 | United Therapeutics Press Release," United Therapeutics Announces FDA Approval of Third Generation Nebulizer for the Tyvaso Inhalation System," October 23, 2017, 5 pages. | |
| | C300 | Vachiery et al., "Transitioning From IV Epoprostenol to Subcutaneous Treprostinil in Pulmonary Arterial Hypertension," Chest, 2002, 121:1561-1565. | |
| | C301 | Van Heerden et al., "Inhaled aerosolized prostacyclin as a selective pulmonary vasodilator for the treatment of severe hypertension," Anaesthesia and Intensive Care, 1996, 24, 87-90. | |
| | C302 | Van Heerden et al., "Re: Delivery of inhaled aerosolized prostacyclin (IAP)," Anaesthesia and Intensive Care, 1996, 24, 624-625. | |
| | C303 | VENTAVIS (iloprost) Inhalation Solution product information, December 2004, 15 pages. | |
| | C304 | Voswinckel et al., "Acute effects of the combination of sildenafil and inhaled treprostinil on haemodynamics and gas exchange in pulmonary hypertension," Pulmonary Pharmacology & Therapeutics, 2008, 21, 824-832. | |
| | C305 | Voswinckel et al., "Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension: Results from Randomized Controlled Pilot Studies" J. Am. Coll. Cardiol., 48(8):1672-1681 (2006) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 16 of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS |||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C306 | VOSWINCKEL et al., "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension," Annals of Internal Medicine, January 17, 2006, 144(2):149-150. | |
| | C307 | Voswinckel et al., "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal, Journal of the European Society of Cardiology, ESC Congress, August 28 - September 1, 2004, Munich, Germany, p. 22, abstract 218. | |
| | C308 | Voswinckel et al., "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Circulation, October 26, 2004, Supplement, 110(17):295, abstract 1414. | |
| | C309 | Voswinckel et al., Abstract 1414, "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, October 26, 2004, 110(17Supp):III-295. | |
| | C310 | Voswinckel et al., Abstract 218, "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal, 2004, 25:22. | |
| | C311 | Walmrath et al., "Aerosolized prostacyclin in adult respiratory distress syndrome," Lancet, 1993, 342:961-962. | |
| | C312 | Walmrath et al., "Direct Comparison of Inhaled Nitric Oxide and Aerosolized Prostacyclin in Acute Respiratory Distress Syndrome," Am. J. Respir. Crit. Care Med., 1996, 153:991-996. | |
| | C313 | Walmrath et al., "Effects of inhaled versus intravenous vasodilators in experimental pulmonary hypertension," Eur. Respir. J., 1997, 10, 1084-1092. | |
| | C314 | Wasserman et al., "Bronchodilator effects of prostacyclin (PGI2) in dogs and guinea pigs," European Journal of Pharmacology, 1980, 66, 53-63. | |
| | C315 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics Corp. (Patent Owner), Decision Granting Institute of Inter Partes Review 37 C.F.R. 42.108, IRP2017-01621, Patent No. 9,358,240, January 11, 2018. | |
| | C316 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics Corp. (Patent Owner), Decision Granting Institute of Inter Partes Review 37 C.F.R. 42.108, IRP2017-01622, Patent No. 9,339,507, January 11, 2018. | |
| | C317 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics, Inc. (Patent Owner), Petition for Inter Partes Review, IRP2017-01621, Patent No. 9,358,240, with only Exhibits 1002, 1059, 1161 and 1164 and not including exhibits already provide with C318. | |
| | C318 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics, Inc. (Patent Owner), Petition for Inter Partes Review, IRP2017-01622, Patent No. 9,339,507, with all Exhibits on exhibit list. | |
| | C319 | Waxman et al., "Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease," The New England Journal of Medicine, 2021, 284:325-334. | |
| | C320 | Webb et al., "The use of inhaled aerosolized prostacyclin (IAP) in the treatment of pulmonary hypertension secondary to pulmonary embolism," Intensive Care Med., 1996, 22, 353-355. | |
| | C321 | Welsh, Erin T., MA, "Inhaled treprostinil improves outcomes in ILD-associated pulmonary hypertension," June 30, 2020, 2 pages, www.healio.com/news/pulmonology/20200630/inhaled-treprostinil-improves-outcomes-in-ildassociated-pulmonary-hypertension. | |
| | C322 | Welsh, Erin T., MA., "FDA approves inhaled treprostinil for pulmonary hypertension associated with ILD, April 5, 2021, www.healio.com/news/pulmonology/20210405/fda-approves-inhaled-treprostinil-for-pulmonary-hypertension-associated-with-ild. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 17 of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C323 | Wensel et al., "Effects of Iloprost inhalation on exercise capacity and ventilator efficiency in patients with primary pulmonary hypertension," Circulation, 2000, 101, 2388-2392. | |
| | C324 | Wetzel, R.C., "Aerosolized prostacyclin: in search of the ideal pulmonary vasodilator," Anesthesiology, 1995, 82, 1315-1317. | |
| | C325 | Wittwer et al., "Inhalative Pre-Treatment of Donor Lungs Using the Aerosolized Prostacyclin Analog Iloprost Ameliorates Reperfusion Injury," J. Heart Lung Transplant, 2005, 24:1673-1679. | |
| | C326 | Zanen et al., "Optimal particle size for beta 2 agonist and anticholinergic aerosols in patients with severe airflow obstruction," Thorax, 1996, 51, 977-980. | |
| | C327 | Zanen et al., "The optimal particle size for ß-adrenergic aerosols in mild asthmatics," International Journal of Pharmaceutics, 1994, 107, 211-217. | |
| | C328 | Ziegler et al., "Comparison of Cascade Impaction and Laser Diffraction for Particle Size Distribution Measurements," Journal of Aerosol Medicine, 2005, 18(3):311-324. | |
| | C329 | Zierenberg et al., "The Respimat, a New Soft Mist Inhaler for Delivering Drugs to the Lungs," Modified-Release Drug Delivery Technology, 2002, Chapter 78, 925-933. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4866-5355-4446.1