# EXHIBIT 21



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/233,061 | 04/16/2021 | Leigh Peterson | 080618-2002 | 8404 |

166905          7590          03/06/2023
Foley & Lardner LLP
3000 K Street N.W.
Suite 600
Washington, DC 20007-5109

| EXAMINER |
|---|
| WARD, PAUL V |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1624 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/06/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipdocketing@foley.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 17/233,061 | Peterson et al. |
| | Examiner | Art Unit | AIA (FITF) Status |
| | PAUL V WARD | 1624 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☑ Responsive to communication(s) filed on <u>2/16/22</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.
2a) ☐ This action is **FINAL.**    2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>1-16 and 18-26</u> is/are pending in the application.
    5a) Of the above claim(s) ____ is/are withdrawn from consideration.
6) ☐ Claim(s) ____ is/are allowed.
7) ☑ Claim(s) <u>1-16 and 18-26</u> is/are rejected.
8) ☐ Claim(s) ____ is/are objected to.
9) ☐ Claim(s) ____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on ____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All    b) ☐ Some**    c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. ____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>3/16/22 9/21/21 5/12/21</u>
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ____.
4) ☐ Other: ____.

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## DETAILED ACTION

**STATUS OF THE CLAIMS**: Claims 1-16 and 18-26 are pending in this application.

## *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

1. Claims 1-16 and 18-26 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Malinin et al. (WO2015/138423).

Applicant claims methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil.

This reference discloses methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil. (See Abstract and pages 3-10, 74-78, and Tables). These methods read on the instant claim. Since this reference teaches the exact methods, Applicant's claims are anticipated, and thus, rejected under 35 U.S.C. 102.

2. Claims 1-16 and 18-26 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Zhang et al. (WO2016/205202).

Applicant claims methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil.

This reference discloses methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil. (See Abstract and pages 1-3, 35-39 and 83). These methods read on the instant claim. Since this reference teaches the exact methods, Applicant's claims are anticipated, and thus, rejected under 35 U.S.C. 102.

3.  Claims 1-16 and 18-26 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Morgans et al. (WO2012/009097).

Applicant claims methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil.

This reference discloses methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil. (See Abstract and pages 1-3, 53-60, Figures and Examples). These methods read on the instant claim. Since this reference teaches the exact methods, Applicant's claims are anticipated, and thus, rejected under 35 U.S.C. 102.

4.  Claims 1-16 and 18-26 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Wade et al. (WO2008/098196).

Applicant claims methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil.

This reference discloses methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil. (See Abstract and pages 3-10, 21-22 and Examples). These methods read on the instant claim. Since this reference teaches the exact methods, Applicant's claims are anticipated, and thus, rejected under 35 U.S.C. 102.

5. Claims 1-16 and 18-26 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Bosc et al. (WO2016/176399).

Applicant claims methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil.

This reference discloses methods for treating pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof with treprostinil. (See Abstract and pages 2-12 and 43-50, and Examples). These methods read on the instant claim. Since this reference teaches the exact methods, Applicant's claims are anticipated, and thus, rejected under 35 U.S.C. 102.

## Conclusion

Claims 1-16 and 18-26 are pending. Claims 1-16 and 18-26 are rejected. No claims are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to PAUL V WARD whose telephone number is (571)272-2909. The examiner can normally be reached M-F 9am to 5pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mark Shibuya can be reached on (571)272-0806. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

**/PAUL V WARD/**
**Primary Examiner, Art Unit 1624**