# Exhibit 27

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

LIQUIDIA TECHNOLOGIES, INC.,

Petitioner

v.

UNITED THERAPEUTICS CORPORATION,

Patent Owner.

_____

Case IPR2021-00406
U.S. Patent No. 10,716,793 B2
Issue Date: July 21, 2020

_____

_____

**Patent Owner's Mandatory Notices
Under 37 C.F.R. § 42.8**

Pursuant to 37 C.F.R. § 42.8, United Therapeutics Corporation ("United Therapeutics") provides this Mandatory Notice.

## I.    Real Party-in-Interest Pursuant to 37 C.F.R. § 42.8 (b)(1):

United Therapeutics is the sole owner of U.S. Patent No. 10,716,793 (the "'793 patent").

## II.    Related Matters Pursuant to 37 C.F.R. § 42.8 (b)(2):

On June 4, 2020, United Therapeutics filed a lawsuit in the U.S. District Court for the District of Delaware against Liquidia Technologies for infringement of the '793 patent and other patents: *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, Case No. 1:20-cv-00755-RGA (D. Del.). In addition, US Ser. No. 16/536,954 is pending, which is a continuation of the application that issued as U.S. Patent No. 10,716,793.

United Therapeutics is not aware of any other related matters involving the '793 patent.

## III.    Lead and Back-Up Counsel Pursuant to 37 C.F.R. §§ 42.8(b)(3):

United Therapeutics designates the following Lead and Back-up Counsel:

| IPR2021-00406 | Patent Owner Mandatory Notices |
|---|---|
| U.S. Patent No. 10,716,793 | |

Lead Counsel:

Stephen B. Maebius
Foley & Lardner LLP
3000 K St., NW, Suite 600
Washington, DC 20007
Direct Line: 202-672-5569
Email: smaebius@foley.com
Fax: 202-672-5399
USPTO Reg. No. 35,264

Backup Counsel:

George Quillin
Foley & Lardner LLP
3000 K St., NW, Suite 600
Washington, DC 20007
Direct Line: 202-672-5413
Email: gquillin@foley.com
Fax: 202-672-5399
USPTO Reg. No. 32,792

Daniel R. Shelton
Foley & Lardner LLP
975 Page Mill Rd.
Palo Alto, CA 94304
Direct Line: 650-251-1119
Email: dshelton@foley.com
Fax: 650-856-3710
USPTO Reg. No. 68,519

| IPR2021-00406 | Patent Owner Mandatory Notices |
|---|---|
| U.S. Patent No. 10,716,793 | |

Shaun R. Snader
United Therapeutics Corp.
1735 Connecticut Ave., NW, 2nd Floor
Washington, DC  20009
Direct Line:  202-304-1701
Email:  ssnader@unither.com
USPTO Reg. No. 59,987

Douglas Carsten
Wilson, Sonsini, Goodrich & Rosati
12235 El Camino Real
Suite 200
San Diego, CA  92130
Direct Line:  858-350-2305
Email:  dcarsten@wsgr.com
Fax:  858-350-2399
USPTO Reg. No. 43,534

Richard Torczon
Wilson, Sonsini, Goodrich & Rosati
1700 K St. NW, Floor 5
Washington, DC  20006
Direct Line:  202-973-8811
Email:  rtorczon@wsgr.com
Fax:  202-973-8899
USPTO Reg. No. 34,448

Grace A. Winschel
Wilson, Sonsini, Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98014-7036
Direct Line:  206-883-2570
Email:  gwinschel@wsgr.com
Fax:  206-883-2699
USPTO Reg. No. 74,947

| IPR2021-00406 | Patent Owner Mandatory Notices |
| U.S. Patent No. 10,716,793 | |

IV. **Service Information Pursuant to 37 C.F.R. §§ 42.8(b)(4):**

Please address all correspondence to the lead counsel at the address shown above. Patent Owner consents to electronic service by e-mail at:

smaebius@foley.com and UT-793@foley.com

Any questions concerning this paper may be directed to lead counsel.

Dated: January 25, 2021               Respectfully submitted,

/Stephen B. Maebius/
Stephen B. Maebius
Registration No. 35,264
Counsel for Patent Owner

4821-3353-1094.1

| IPR2021-00406 | Patent Owner Mandatory Notices |
| --- | --- |
| U.S. Patent No. 10,716,793 | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **United Therapeutics Corporation's Mandatory Notices Under 37 C.F.R. § 42.8** was served on January 25, 2021, by email directed to the attorneys of record for the Petitioner at the following addresses:

>ielrifi@cooley.com
>emilch@cooley.com
>dkannappan@cooley.com
>zLiquidiaIPR@cooley.com
>zpatdocketing@cooley.com

Dated: January 25, 2021              By:  /Stephen B. Maebius/
                                          Stephen B. Maebius
                                          Registration No. 35,264
                                          Counsel for Patent Owner