# Exhibit 37

```
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   UNITED THERAPEUTICS CORPORATION,)
                                     )
 5             Plaintiff,            )
                                     ) C.A. No. 20-755-RGA-JLH
 6   v.                              )
                                     ) Volume II
 7   LIQUIDIA TECHNOLOGIES, INC.,    )
                                     )
 8             Defendant.            )
 9
                                     J. Caleb Boggs Courthouse
10                                   844 North King Street
                                     Wilmington, Delaware
11
                                     Tuesday, March 29, 2022
12                                   8:30 a.m.
                                     Bench Trial
13
14   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.
15   APPEARANCES:
16
17        MORRIS NICHOLS ARSHT & TUNNELL LLP
          BY:  JACK B. BLUMENFELD, ESQUIRE
18        BY:  MICHAEL J. FLYNN, ESQUIRE
          BY:  SARAH E. SIMONETTI, ESQUIRE
19
               -and-
20
          GOODWIN PROCTER LLP
21        BY:  WILLIAM C. JACKSON, ESQUIRE
          BY:  HUIYA WU, ESQUIRE
22        BY:  IAN B. BROOKS, ESQUIRE
          BY:  JOEL BROUSSARD, ESQUIRE
23        BY:  HARRISON GUNN, ESQUIRE
          BY:  ERIC LEVI, ESQUIRE
24
25                  - and -
```

```
 1   APPEARANCES CONTINUED:
 2
 3        McDERMOTT WILL & EMERY LLP
          BY:  DOUGLAS H. CARSTEN, ESQUIRE
 4        BY:  ADAM W. BURROWBRIDGE, ESQUIRE
          BY:  KATHERINE PAPPAS, ESQUIRE
 5        BY:  TIMOTHY M. DUNKER, ESQUIRE
          BY:  ART P. DYKHUIS, ESQUIRE
 6        BY:  AMY MAHAN, ESQUIRE
          BY:  JOSHUA REVILLA, ESQUIRE
 7        BY:  JIAXIAO ZHANG, ESQUIRE
 8                For the Plaintiffs
 9
10        SHAW KELLER LLP
          BY:  KAREN E. KELLER, ESQUIRE
11        BY:  NATHAN R. HOESCHEN, ESQUIRE
          BY:  EMILY DiBENEDETTO, ESQUIRE
12
               -and-
13
          COOLEY LLP
14        BY:  SANYA SUKDUANG, ESQUIRE
          BY:  ADAM M. PIVOVAR, ESQUIRE
15        BY:  BRITTANY CAZAKOFF, ESQUIRE
          BY:  DOUGLAS W. CHEEK, ESQUIRE
16        BY:  JONATHAN R. DAVIES, ESQUIRE
          BY:  IVOR ELRIFI, ESQUIRE
17        BY:  DEEPA KANNAPPAN, ESQUIRE
          BY:  LAUREN KRICKL, ESQUIRE
18        BY:  ERIK B. MILCH, ESQUIRE
          BY:  KYUNG TAECK MINN, ESQUIRE
19
                 For the Defendants
20
21          *** PROCEEDINGS ***
22          DEPUTY CLERK:  All rise.  Court is now in
23   session.  The Honorable Richard G. Andrews presiding.
24          THE COURT:  Good morning, everyone.
25          (Everyone said good morning.)
```

1  THE COURT: All right. Let's be seated. And I
2  take it, Defendant, you're ready to go.
3  MR. CARSTEN: Your Honor, I have an evidentiary
4  issue with respect to one of the witnesses today that I'd
5  like to raise with the Court, if I might.
6  THE COURT: All right.
7  MR. CARSTEN: Thank you. This is -- pertains to
8  Dr. Winkler.
9  THE COURT: Okay.
10  MR. CARSTEN: He'll be testifying later today.
11  We received his demonstratives, and he's got three
12  demonstratives that pertain to Dr. Toste's opinions, and the
13  man never issued any opinions pertaining to Dr. -- rebutting
14  Dr. Toste's opinions. So we've got these three
15  demonstratives, DDX 2.6, 2.7, and 2.8. The sum total of the
16  disclosures are contained in two paragraphs of Dr. Winkler's
17  rebuttal expert report, paragraphs 53 and 54. In pertinent
18  part, they say, "Thus, Dr. Toste's discussion of HPLC
19  sensitivities as it relates to this 15-epi compound is not
20  relevant to the claim limitation." That's essentially all
21  the man said in his expert reports. I have a copy of the
22  expert reports here to show you as well, Your Honor. And
23  this would be --
24  Oh, I apologize, Your Honor. Apparently, I am
25  so persuasive that they decided to withdraw those three.

1  And the second minor issue, which I'm not sure
2  and hopeful --
3  THE COURT: So want to check whether this is
4  withdrawn too?
5  MR. CARSTEN: Exactly. Let's try it. Maybe I
6  shouldn't say anything, Your Honor.
7  Your Honor had motion in limine number one,
8  which was granted pertaining to the products of the '393
9  patent. And Your Honor said in his order "Whether the same
10  product, Treprostinil, is the product of the claims of the
11  '393 patent is also irrelevant to obviousness."
12  We had a demonstrative yesterday -- two days
13  ago, I apologize, with respect to -- they intend to use with
14  Dr. Winkler, Demonstrative 14. And it says right there the
15  Treprostinil product of the '393 patent has an average
16  purity of 99.71 percent. It seems to me this is in direct
17  violation of the Court's motion in limine number one. It
18  may be they're trying to use it in a different way. I don't
19  quite understand that yet, Your Honor, and so perhaps it's
20  better served to hold off until they seek to -- seek to use
21  it in some sense. But, to talk about the product of the
22  '393 patent in view of that motion in limine order, I just
23  don't understand, Your Honor.
24  THE COURT: Well, just because you don't
25  understand doesn't mean they don't have a theory. Is this

| | | |
|---|---|---|
| 03:56:29 | 1 | Q. Can we go back to your demonstrative, DDX3.1? |
| 03:56:37 | 2 | And I want to focus on the group two patients |
| 03:56:42 | 3 | that you have on the chart. Do all group two patients |
| 03:56:45 | 4 | suffer solely from left-heart defects? |
| 03:56:48 | 5 | A. No, they don't. |
| 03:56:49 | 6 | Q. What is the group of group two patients called who |
| 03:56:54 | 7 | suffer from solely left-heart defects? |
| 03:56:56 | 8 | A. They are called isolated group two pulmonary |
| 03:57:01 | 9 | hypertension. |
| 03:57:03 | 10 | Q. And is there a term you use to refer to those |
| 03:57:06 | 11 | patients who have the defect in addition to a left-heart |
| 03:57:09 | 12 | defect that fall within group two? |
| 03:57:11 | 13 | A. Yes. That's referred to as combined pre- and |
| 03:57:15 | 14 | post-capillary pulmonary hypertension. |
| 03:57:17 | 15 | Q. And how do the combined pre- and post-capillary |
| 03:57:20 | 16 | patients differ from the isolated group two patients? |
| 03:57:24 | 17 | A. Well, as I mentioned with the isolated, the problem |
| 03:57:28 | 18 | is the left heart and the buildup of pressure in the |
| 03:57:32 | 19 | pulmonary veins that is reflected through the capillaries |
| 03:57:35 | 20 | and pulmonary arteries. And the increase in the pulmonary |
| 03:57:38 | 21 | artery pressure is roughly equivalent to the increase in the |
| 03:57:43 | 22 | left-heart filling pressure, so that is pretty much entirely |
| 03:57:47 | 23 | responsible for the increase in the pulmonary artery |
| 03:57:49 | 24 | pressure. |
| 03:57:50 | 25 | When you have pre and post, what happens is the |

| | | |
|---|---|---|
| 03:57:53 | 1 | these precapillary vessels undergo changes that are actually |
| 03:57:57 | 2 | similar to what I described for group one, which is that the |
| 03:58:01 | 3 | vessels constrict and the walls thicken and the channels |
| 03:58:05 | 4 | narrow, and they pose an additional resistance that |
| 03:58:08 | 5 | increases the pulmonary arterial pressure even more than |
| 03:58:12 | 6 | would be the case with isolated, and that high pressure is |
| 03:58:15 | 7 | associated with more morbidity and mortality because of |
| 03:58:19 | 8 | those higher pressures. |
| 03:58:20 | 9 | Q. What percent of the group two patients are isolated |
| 03:58:25 | 10 | group two patients? |
| 03:58:26 | 11 | A. The estimates vary, but they're generally in the |
| 03:58:29 | 12 | range of 25 percent to a third. |
| 03:58:32 | 13 | Q. I'm sorry. Was that the isolated? |
| 03:58:34 | 14 | A. Oh, I'm sorry. |
| 03:58:36 | 15 | Q. Yeah. I can ask the question again so it's clear. |
| 03:58:38 | 16 | A. Yeah. |
| 03:58:38 | 17 | Q. So in group two, what percent of group two patients |
| 03:58:42 | 18 | are isolated group two patients? |
| 03:58:44 | 19 | A. They are majority. Generally in the range of |
| 03:58:49 | 20 | two-thirds to 75 percent. |
| 03:58:51 | 21 | Q. And then would the remainder of those patients be the |
| 03:58:54 | 22 | pre and post combined patients in group two? |
| 03:58:56 | 23 | A. That's correct. |
| 03:58:57 | 24 | Q. Okay. So then across all pulmonary hypertension |
| 03:59:00 | 25 | patients, what percent are isolated group two patients? |

| | | |
|---|---|---|
| 03:59:03 | 1 | A. Roughly 50 percent or slightly more. |
| 03:59:08 | 2 | Q. I'd like to turn now to some of the available |
| 03:59:10 | 3 | treatments for pulmonary hypertension patients. Do you |
| 03:59:14 | 4 | recall what compound is used in Claim 1 of the '793 patent? |
| 03:59:18 | 5 | A. It's Treprostinil. |
| 03:59:21 | 6 | Q. In 2006, was Treprostinil an approved treatment for |
| 03:59:25 | 7 | any of the groups of pulmonary hypertension? |
| 03:59:27 | 8 | A. Yes, it was. |
| 03:59:27 | 9 | Q. And what was the name for that product? |
| 03:59:30 | 10 | A. Remodulin. |
| 03:59:32 | 11 | Q. And how was the Remodulin administered? |
| 03:59:34 | 12 | A. It could be administered subcutaneously. Approved by |
| 03:59:39 | 13 | the FDA by that route in, I believe, 2001. And it could |
| 03:59:45 | 14 | also be administered intravenously. That route of |
| 03:59:51 | 15 | administration approved in 2004. |
| 03:59:55 | 16 | Q. And in 2006, by 2006, what was Remodulin approved to |
| 04:00:00 | 17 | treat? |
| 04:00:00 | 18 | A. Group one pulmonary hypertension. |
| 04:00:03 | 19 | Q. Are you familiar with the term "prostacyclin"? |
| 04:00:06 | 20 | A. Yes, I am. |
| 04:00:07 | 21 | Q. And is Treprostinil a prostacyclin? |
| 04:00:11 | 22 | A. It is. |
| 04:00:11 | 23 | Q. Were there any other prostacyclins that were approved |
| 04:00:14 | 24 | for treatment of any of the PH groups in May of 2006? |
| 04:00:18 | 25 | A. Yes. |

| | | |
|---|---|---|
| 04:00:19 | 1 | Q. And what were they? |
| 04:00:21 | 2 | A. Well, there was epoprostenol administered |
| 04:00:26 | 3 | intravenously that had been approved in 1995. And then |
| 04:00:29 | 4 | there was iloprost, brand name Ventavis, which was approved |
| 04:00:36 | 5 | for inhalation in 2004. |
| 04:00:39 | 6 | Q. And those two products that you just mentioned, |
| 04:00:42 | 7 | iloprost and epoprostenol, what groups were they approved to |
| 04:00:45 | 8 | treat? |
| 04:00:46 | 9 | A. Group one. |
| 04:00:48 | 10 | Q. How were prostacyclins thought to work in pulmonary |
| 04:00:52 | 11 | hypertension patients? |
| 04:00:53 | 12 | A. Mainly by vasodilating the pulmonary vessels, and the |
| 04:01:00 | 13 | term "vasodilation," of course, the "vaso" refers to |
| 04:01:04 | 14 | vessels. The "dilation" refers to widening of the vessel |
| 04:01:09 | 15 | due to relaxation of the muscle in the vessel wall. |
| 04:01:15 | 16 | Q. I'd like to turn now to the definition you applied in |
| 04:01:18 | 17 | your opinions, and in offering your opinions, did you do so |
| 04:01:21 | 18 | from the perspective of a POSA? |
| 04:01:23 | 19 | A. Yes, I did. |
| 04:01:24 | 20 | Q. Okay. And have you prepared a demonstrative that |
| 04:01:26 | 21 | sets out the POSA you applied? |
| 04:01:28 | 22 | A. I have. |
| 04:01:29 | 23 | Q. Can we, please, bring up DDX 3.3. |
| 04:01:32 | 24 | A. Yes. A POSA would have a medical degree with a |
| 04:01:36 | 25 | specialty in pulmonology or cardiology plus at least two |

1 years of experience treating patients with pulmonary
2 hypertension as an attending, including with inhaled
3 therapies or an equivalent degree or experience.
4 Q. And is that the definition of a POSA that you applied
5 in offering your opinions on the '793 patent?
6 A. Yes, it is.
7 Q. Are you aware that some of UTC's experts have offered
8 different definitions?
9 A. Yes, I am.
10 Q. Would your opinions be different if the Court adopted
11 one of UTC's experts proposed definitions?
12 A. They would not.
13 Q. I'd like to turn back now to the '793 patent, JTX 3.
14 And if we could go back to the claims and specifically
15 Claim 1.
16 Do you see Claim 1 refers to a method of
17 treating pulmonary hypertension?
18 A. Yes, I do.
19 Q. And have you formed an opinion on how a POSA would
20 understand the term "pulmonary hypertension" as it's used in
21 Claim 1 of the '793 patent?
22 A. "Pulmonary hypertension" as used, as far as I can
23 tell in the patent, and would be used as a general term by a
24 POSA comprises all the five different groups. It refers to
25 the -- any condition where the -- there's an elevation of

1 the pulmonary pressure, pulmonary pressures.
2 Q. And those five groups you referred to, those are the
3 five groups that we've been discussing earlier?
4 A. That's correct.
5 Q. Okay. Was there anything in the patent that informed
6 that opinion?
7 A. Yes.
8 Q. Can we turn to Column 1 at Line 41.
9 Go down. Yeah.
10 Can you blow that up a little, Derrick?
11 And how, if at all, did this portion of the
12 patent impact your opinion?
13 A. Well, as you can see, the first sentence says that
14 pulmonary hypertension may occur due to various reasons, and
15 the different entities of pulmonary hypertension were
16 classified, based on clinical and pathological grounds, in
17 five categories according to the latest WHO convention. And
18 they're referring to that Journal of American College of
19 Cardiology article from 2004 that we had shown earlier.
20 It's one of the exhibits.
21 Q. And that would have been DTX 358, the Simonneau
22 article that we looked at earlier that's referenced here?
23 A. That's right. And I think this demonstrates that
24 we're talking about pulmonary hypertension as a broad group,
25 including those five groupings.

1 Q. Dr. Hill, do you understand that Dr. Waxman has taken
2 the position that "pulmonary hypertension" as used in the
3 '793 patent is limited to just group one pulmonary
4 hypertension?
5 A. Yes, I'm aware of that.
6 Q. And do you agree with that opinion?
7 A. No, I don't.
8 Q. Did anywhere in the patent inform your decision that
9 pulmonary hypertension in the patent is not limited to just
10 group one PH?
11 A. Well, I think that the statement we were just looking
12 at here is one of those bits of evidence, but there also are
13 a couple of examples included in the patent.
14 Q. Can we start with Example 1 at Column 8, beginning at
15 line 58.
16 And what's described in Example 1, generally,
17 Doctor?
18 A. Example 1 is an open-label study on acute safety,
19 tolerability, and hemodynamic effects of inhaled
20 Treprostinil delivered in seconds.
21 Q. And can you turn later in the same example to
22 column 9, and let's start at line 36 through line 50.
23 And what's described here?
24 A. Well, in this paragraph, the authors give us the
25 total number of patients in this example, denote that they

1 had moderate to severe precapillary pulmonary hypertension,
2 thus, pulmonary hypertension arising from the pulmonary
3 artery is damaged or thickened. And also, some of the
4 demographics and the hemodynamics, "hemodynamics," of
5 course, meaning "hemo" for blood and "dynamics" for
6 pressures and flow. So basically the blood pressure flows
7 in the pulmonary circulation and then we have the disease
8 etiologies in the last sentence.
9 Q. And what does disease etiology refer to?
10 A. Those are the causes of the types of precapillary
11 pulmonary hypertension in the patients included in the
12 study, and these included the idiopathic PAH, which is a
13 group one entity. And then chronic thromboembolic
14 hypertension or CTEPH, as it's commonly referred to, which
15 is the group four.
16 And then pulmonary fibrosis, which is a lung
17 condition, and hence that's a group three.
18 Q. So are there PH patients included in Example 1 other
19 than or in addition to group one PAH?
20 A. Yes, groups 3 and 4.
21 Q. And you pointed to the term, I think, Doctor,
22 precapillary pulmonary hypertension.
23 A. Yes, I did.
24 Q. Okay. If you go back to Claim 1 of the patent, does
25 Claim 1 of the patent refer to precapillary pulmonary

| | 579 | | 581 |
|---|---|---|---|
| 04:07:42 1 | hypertension? | 04:10:54 1 | five groups? |
| 04:07:43 2 | A.   No, it doesn't. It just gives a general term, | 04:10:54 2 | A.   Yes. |
| 04:07:46 3 | pulmonary hypertension. | 04:10:58 3 | Q.   I'd like, now, to turn to your opinions on invalidity |
| 04:07:47 4 | Q.   So is Claim 1 limited to precapillary pulmonary | 04:11:02 4 | in this case. And we'll turn first to enablement, Doctor. |
| 04:07:51 5 | hypertension? | 04:11:07 5 | A.   Yes. |
| 04:07:51 6 | A.   It doesn't appear so. | 04:11:07 6 | Q.   Have you formed an opinion as to whether the '793 |
| 04:07:53 7 | Q.   Can we now go to Example 2 in the patent. It should | 04:11:12 7 | patent enables a POSA to practice the claimed method for |
| 04:08:07 8 | be Column 12, line 1. Sorry, Derrick. | 04:11:14 8 | treating group two patients? |
| 04:08:10 9 | Let's go to Example 2, Column 12, line 1. | 04:11:15 9 | A.   I have formed an opinion. |
| 04:08:19 10 | And what is Example 2, Doctor? | 04:11:18 10 | Q.   And what is that opinion? |
| 04:08:22 11 | A.   This is three different investigations of the effects | 04:11:19 11 | A.   That it provides no enablement for treating patients |
| 04:08:26 12 | of inhaled Treprostinil on pulmonary hemodynamics and gas | 04:11:26 12 | with group two pulmonary hypertension. |
| 04:08:31 13 | exchange in severe pulmonary hypertension. | 04:11:27 13 | Q.   In 2006, was there any evidence that Treprostinil |
| 04:08:31 14 | Q.   And then if we continue on down in the same example, | 04:11:31 14 | would treat any group two patients? |
| 04:08:34 15 | there should be a Table 3 beginning at Column 13. | 04:11:33 15 | A.   No, there wasn't. |
| 04:08:41 16 | And, Doctor, what does Table 3 show? | 04:11:35 16 | Q.   In 2006, was there any evidence that any prostacyclin |
| 04:08:45 17 | A.   These are -- these are these three different studies | 04:11:39 17 | would work in group two patients? |
| 04:08:49 18 | looking at different conditions, and it gives the | 04:11:42 18 | A.   No, there wasn't. |
| 04:08:55 19 | demographics of these -- patients in them as well as the | 04:11:42 19 | Q.   In 2006, was there any evidence that any group one |
| 04:08:59 20 | hemodynamics. And these patients that we just highlighted | 04:11:46 20 | pulmonary hypertension treatment would work in group two |
| 04:09:07 21 | in yellow give the causes, which it turns out are the same | 04:11:49 21 | patients? |
| 04:09:11 22 | as in Example 1, specifically idiopathic PAH group one | 04:11:50 22 | A.   No, there wasn't. |
| 04:09:17 23 | entity, chronic thromboembolic pulmonary hypertension, group | 04:11:51 23 | Q.   And what's your basis for that opinion? |
| 04:09:22 24 | four, and pulmonary fibrosis, group three. | 04:11:53 24 | A.   Well, as I said, I've been practicing or caring for |
| 04:09:25 25 | Q.   Are any of the patients in this example group two | 04:12:01 25 | pulmonary hypertension patients for almost 40 years, so that |
| | 580 | | 582 |
| 04:09:27 1 | patients? | 04:12:04 1 | goes back to 1982, so I was around well before 2006. I long |
| 04:09:28 2 | A.   It -- no, they're -- there don't appear to be any. | 04:12:11 2 | had an interest in how you manage people with group two. |
| 04:09:32 3 | Q.   And how do you know that? | 04:12:15 3 | And I know that there were no reports that would have told a |
| 04:09:34 4 | A.   Well, in this case, we have hemodynamics, and the | 04:12:20 4 | POSA how to treat those patients using any PH -- |
| 04:09:41 5 | differentiation between group one and group two are made | 04:12:26 5 | PAH-specific medications. |
| 04:09:45 6 | partly on hemodynamic definitions. Now, it turns out -- | 04:12:27 6 | Q.   Can you turn to DTX 358 in your binder. |
| 04:09:50 7 | this PAWP stands for pulmonary artery wedge pressure, and | 04:12:31 7 | A.   Yes. |
| 04:09:56 8 | that's a measure of the filling pressure of the left | 04:12:32 8 | Q.   And is this one of those publications, Doctor, that |
| 04:09:58 9 | ventricle. And the accepted definition is if that wedge | 04:12:35 9 | you just referenced? |
| 04:10:02 10 | pressure is higher than 15 millimeters mercury, that's | 04:12:36 10 | A.   Yes. |
| 04:10:09 11 | considered elevated and places the patient into group two. | 04:12:37 11 | Q.   And what is this publication? |
| 04:10:12 12 | Now, if you look at the individual numbers here, | 04:12:38 12 | A.   This is a randomized control trial of epoprostenol |
| 04:10:16 13 | which are a little hard to make out in the figures, all of | 04:12:44 13 | therapy for congestive -- severe congestive heart failure, |
| 04:10:19 14 | them are well below that 15, and that means that these are | 04:12:47 14 | and the trade name of epoprostenol, which was used in this |
| 04:10:25 15 | all non-group two patients. Essentially, all of them. | 04:12:52 15 | study, was Flolan, so it was the Flolan International |
| 04:10:29 16 | Q.   Based on your review of the patent and other than the | 04:12:55 16 | Survival Trial. That's where they got the acronym FIRST. |
| 04:10:33 17 | general term "pulmonary hypertension," does the patent | 04:13:00 17 | Q.   And is this published in the Journal of the |
| 04:10:36 18 | include any specific reference to treatment of group two | 04:13:01 18 | American -- American Heart Journal? I'm sorry. |
| 04:10:39 19 | patients? | 04:13:03 19 | A.   That's correct. 1997. |
| 04:10:40 20 | A.   No, it doesn't. | 04:13:07 20 | MR. DAVIES: Your Honor, I'd like to offer DTX |
| 04:10:41 21 | Q.   Does it include any specific reference to | 04:13:09 21 | 358 into evidence. |
| 04:10:44 22 | administration of any drugs to group two patients? | 04:13:11 22 | MR. JACKSON: No objection. |
| 04:10:47 23 | A.   No, it doesn't. | 04:13:11 23 | THE COURT: Admitted without objection. |
| 04:10:48 24 | Q.   In 2006, would a POSA have understood the plain and | 04:13:12 24 | (DTX Exhibit No. 358 was admitted into |
| 04:10:52 25 | ordinary meaning of "pulmonary hypertension" to include all | 04:13:12 25 | evidence.) |


619

```
05:07:22  1              THE COURT:  All right.  Why don't you work that
05:07:24  2   out.
05:07:24  3              MR. JACKSON:  Thank you.  Thank you, Your Honor.
05:07:25  4              THE COURT:  All right.  Well, thank you.  We'll
05:07:27  5   be in recess.
05:07:28  6              DEPUTY CLERK:  All rise.
          7              (Court was recessed at 5:07 p.m.)
          8              I hereby certify the foregoing is a true and
          9   accurate transcript from my stenographic notes in the
         10   proceeding.
         11              /s/ Heather M. Triozzi
                         Certified Merit and Real-Time Reporter
         12              U.S. District Court.
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```