# EXHIBIT 41

PTO/SB/08 (modified)

| Substitute for form 1449/PTO  INFORMATION DISCLOSURE STATEMENT BY APPLICANT  (use as many sheets as necessary) | | | Complete if Known | |
|---|---|---|---|---|
| | | | Application Number | Unassigned |
| | | | Filing Date | Herewith |
| | | | First Named Inventor | Hitesh BATRA |
| | | | Art Unit | Unassigned |
| | | | Examiner Name | Unassigned |
| Sheet | 1 | of 6 | Attorney Docket Number | 080618-1892 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number  Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2001/0038855 A1 | 11/08/2001 | Desjardin et al. | |
| | A2 | 2001/0056095 A1 | 12/27/2001 | Mylari | |
| | A3 | 2002/0173672 A1 | 11/21/2002 | Moriarty et al. | |
| | A4 | 2004/0176645 A1 | 09/09/2004 | Moriarty et al. | |
| | A5 | 2005/0085540 A1 | 04/21/2005 | Phares et al. | |
| | A6 | 2005/0101608 A1 | 05/12/2005 | Santel, Donald J. | |
| | A7 | 2005/0165111 A1 | 07/28/2005 | Wade et al. | |
| | A8 | 2005/0282903 A1 | 12/22/2005 | Wade et al. | |
| | A9 | 2005/0282901 A1 | 12/22/2005 | Phares et al. | |
| | A10 | 2007/0078182 A1 | 04/05/2007 | Phares et al. | |
| | A11 | 2007/0078095 A1 | 04/05/2007 | Phares et al. | |
| | A12 | 2008/0200449 A1 | 08/21/2008 | Olschewski et al. | |
| | A13 | 2008/0249167 A1 | 10/09/2008 | Phares et al. | |
| | A14 | 2008/0280986 A1 | 11/13/2008 | Wade et al. | |
| | A15 | 2009/0036465 A1 | 02/05/2009 | Roscigno et al. | |
| | A16 | 2009/0163738 A1 | 06/25/2009 | Batra et al. | |
| | A17 | 3,703,544 | 11/21/1972 | Morozowich | |
| | A18 | 3,888,916 | 06/10/1975 | Sinkula | |
| | A19 | 4,306,075 A | 12/15/1981 | Aristoff, Paul A. | |
| | A20 | 4,306,076 | 12/15/1981 | Nelson | |
| | A21 | 4,424,376 A | 01/03/1984 | Moniot et al. | |
| | A22 | 4,434,164 A | 02/28/1984 | Lombardino | |
| | A23 | 4,463,183 A | 07/31/1984 | Haslanger, Martin F. | |
| | A24 | 4,486,598 A | 12/04/1984 | Aristoff, Paul A. | |
| | A25 | 4,544,764 A | 10/01/1985 | Aristoff, Paul A. | |
| | A26 | 4,668,814 | 05/26/1987 | Aristoff | |
| | A27 | 4,668,814 A | 05/26/1987 | Aristoff, Paul A. | |
| | A28 | 4,683,330 A | 07/28/1987 | Aristoff, Paul A. | |
| | A29 | 5,153,222 A | 10/06/1992 | Tadepalli et al. | |
| | A30 | 5,466,713 A | 11/14/1995 | Blitstein-Willinger et al. | |
| | A31 | 5,506,265 A | 04/09/1996 | Blitstein-Willinger | |
| | A32 | 6,054,486 A | 04/25/2000 | Crow et al. | |
| | A33 | 6,441,245 B1 | 08/27/2002 | Moriarty et al. | |
| | A34 | 6,521,212 B1 | 02/18/2003 | Cloutier et al. | |
| | A35 | 6,528,688 B2 | 03/04/2003 | Moriarty et al. | |
| | A36 | 6,700,025 B2 | 03/02/2004 | Moriarty et al. | |
| | A37 | 6,706,283 B1 | 03/16/2004 | Appel et al. | |
| | A38 | 6,756,033 B2 | 06/29/2004 | Cloutier et al. | |
| | A39 | 6,765,117 B2 | 07/20/2004 | Moriarty et al. | |
| | A40 | 6,803,386 B2 | 10/12/2004 | Shorr et al. | |
| | A41 | 6,809,223 B2 | 10/26/2004 | Moriarty et al. | |
| | A42 | 7,199,157 B2 | 04/03/2007 | Wade et al. | |
| | A43 | 7,384,978 B2 | 06/10/2008 | Phares et al. | |
| | A44 | 7,417,070 B2 | 08/26/2008 | Phares et al. | |
| | A45 | 8,242,305 | 08/2012 | Batra | |
| | A46 | 8,497,393 | 07/30/2013 | Batra | |

### FOREIGN PATENT DOCUMENTS

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08 (modified)

| Substitute for form 1449/PTO INFORMATION DISCLOSURE STATEMENT BY APPLICANT (use as many sheets as necessary) | | | Complete if Known | |
|---|---|---|---|---|
| | | | Application Number | Unassigned |
| | | | Filing Date | Herewith |
| | | | First Named Inventor | Hitesh BATRA |
| | | | Art Unit | Unassigned |
| | | | Examiner Name | Unassigned |
| Sheet | 2 | of 6 | Attorney Docket Number | 080618-1892 |

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A47 | CA 2 710 726 A1 | 01/22/2012 | Alphora Research Inc., CA | | |
| | A48 | CN 101891596 A | 11/24/2010 | Shanghai Techwell Biopharmaceutical Co. Ltd. | | A ✓ |
| | A49 | CN 101891715 A | 11/24/2010 | Shanghai Techwell Biopharmaceutical Co. Ltd. | | A ✓ |
| | A50 | EP 0 004 335 A2 | 10/03/1979 | Hoechst AG | | A |
| | A51 | EP 0 087 237 B1 | 05/14/1986 | The Upjohn Company | | |
| | A52 | EP 0 159 784 B1 | 06/07/1989 | The Upjohn Company | | |
| | A53 | EP 0 175 450 B1 | 03/22/1989 | The Upjohn Company | | |
| | A54 | EP 0 496 548 A1 | 07/29/1992 | Purdue Research Foundation | | |
| | A55 | JP 56-122328 A | 09/25/1981 | Sumitomo Chem. Co. | | ✓ |
| | A56 | JP 59-044340 A | 03/12/1984 | Sankyo Co. Ltd. | | ✓ |
| | A57 | WO 98/18452 A1 | 05/07/1998 | Shire Laboratories, Inc. | | |
| | A58 | WO 98/39337 A1 | 09/11/1998 | Hoechst AG | | A |
| | A59 | WO 99/21830 A1 | 05/06/1999 | United Therapeutics Corporation | | |
| | A60 | WO 03/070163 A2 | 08/28/2003 | United Therapeutics Corporation | | |
| | A61 | WO 2005/007081 A2 | 01/27/2005 | United Therapeutics Corporation | | |
| | A62 | WO 2007/134292 A2 | 11/22/2007 | United Therapeutics Corporation | | |
| | A63 | WO 2008/100977 A2 | 08/21/2008 | N.V. Organon | | |
| | A64 | WO 2009/117095 A1 | 09/24/2009 | Arena Pharmaceuticals, Inc. | | |
| | A65 | WO 2012/009816 A1 | 01/26/2012 | Alphora Research Inc. | | |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A66 | ALEXANDER et al., "The Synthesis of Benzindene Prostacyclin Analogs as Potential Antiulcer Agents," Prostaglandins, 1986, 32(5):647-653. | |
| | A67 | ARISTOFF et al., "Synthesis and Structure-Activity Relationship of Novel Stable Prostacyclin Analogs," Advances in Prostaglandin, Thromboxane, and Leukotriene Research, Samuelsson et al., .Eds., 1983, 11:267-274 | |
| | A68 | ARISTOFF et al., "Synthesis of Benzopyran Prostaglandins, Potent Stable Prostacyclin Analogs, Via an Intramolecular Mistunobu Reaction," Tetrahedron Letters, 1984, 25(36):3955-3958. | |
| | A69 | ARISTOFF et al., "Total Synthesis of a Novel Antiulcer Agent via a Modification of the Intramolecular Wadsworth-Emons-Wittig Reaction," J. Am. Chem. Soc., 1985, 107:7967-7974. | |
| | A70 | Arumugan et al., "A New Purification Process for Pharmaceutical and Chemical Industries," Organic Process Research & Development, 2005, 9:319-320. | |
| | A71 | BATRA et al., "Crystallization Process Development for a Stable Polymorph of Treprostinil Diethanolamine (UT-15C) by Seeding," Organic Process Research & Development, 2009, 13:242-249. | |
| | A72 | BELCH et al., "Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of AS-013, a Prostaglandin E1 Prodrug, in Patients with Intermittent Claudication," Circulation, May 6, 1997, 95(9):2298-2302. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4829-0862-8648.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | Unassigned |
| | Filing Date | Herewith |
| | First Named Inventor | Hitesh BATRA |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 3 of 6 | Attorney Docket Number | 080618-1892 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A73 | BIGHLEY et al., "Salt Forms of Drugs and Absorption," Encyclopedia of Pharmaceutical Technology, Swarbrick et al., Eds., 1995, 13:453-499. | |
| | A74 | Burk et al., "An Enantioselective Synthesis of (S)-(+)-3-Aminomethyl-5-methylhexanoic Acid via Asymmetric Hydrogenation," J. Org. Chem., 2003, 68:5731-5734. | |
| | A75 | CHEMBURKAR et al., "Dealing with the Impact of Ritonavir Polymorphs on the Late Stages of Bulk Drug Process Development," Organic Process Research & Development, 2000, 4:413-417. | |
| | A76 | CHUNG et al., "Promoters for the (Alkyne)hexacarbonyldicobalt-Based Cyclopentenone Synthesis," Organometallics, 1993, 12:220-223. | |
| | A77 | CLARK et al., "High-Performance Liquid Chromatographic Method for Determining the Enantiomeric Purity of a Benzindene Prostaglandin by a Diastereomeric Separation," Journal of Chromatography, 1987, 408:275-283. | |
| | A78 | Decision Redacted Institute of *Inter Partes* Review dated November 23, 2016, in *Steadymed Ltd. (Petitioner), v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, US Patent 8,497,393, 53 pages. | |
| | A79 | Defendant Actavis Laboratories FL, Inc. Preliminary Invalidity Contentions, dated August 30, 2016, *United Therapeutics Corporation, and Supernus Pharmaceuticals, Inc., (Plaintiff) v. Actavis Laboratories FL, Inc., (Defendant)*, In The United States District Court for the Distritc of New Jersey, Civil Action No. 3:16-cv-01816-PGS-LHG, Civil Action No. 3:16-cv-03642-PGS-LHG, 330 pages, (see particularly pages 18-20, 42-62 and 269-280). | |
| | A80 | Defendant Sandoz Inc.'s Invalidity Contention Chartss dated February 5, 2015, *United Therapeutics Corporation (Plaintiff) v. Sandoz Inc. (Defendant)*, In The United States District Court for the District of New Jersey, Civil Action No. 3:14-cv-5499(PGH)(LHG), 189 pages. | |
| | A81 | Defendant Teva Pharmaceuticals USA, Inc.'s Amended Non-Infringement and Invalidity Contentions, dated April 24, 2015, *United Therapeutics Corporation (Plaintiff) v. Teva Pharmaceuticals USA, Inc. (Defendant)*, In The United States District Court for the District of New Jersey, Civil Action No. 3:14-cv-05498(PGS)(LHG), 94 pages, (see particularly pages 22-54). | |
| | A82 | Ege, S., *Organic Chemistry Second Edition*, 1989, 541-547. | |
| | A83 | Eliel et al., Stereochemistry of Organic Compounds, 1994, 322-325. | |
| | A84 | Exhibit G, Invalidity Claim Chart for the '393 patent, January 12, 2015, 66 pages. | |
| | A85 | HARDINGER et al., "Triply-Convergent Syntheses of Two Homochiral Arene-Fused Prostacyclin Analogs Related to U68,215," Bioorganic & Medicinal Chemistry Letters, 1991, 1(1):79-82. | |
| | A86 | Harwood et al., Experimental organic chemistry: Principles and Practice, 1989, 127-134. | |
| | A87 | HICKS et al., "A Practical Titanium-Catalyzed Synthesis of Bicyclic Cyclopentenones and Allylic Amines," J. Org. Chem., 1996, 61:2713-2718. | |
| | A88 | JEONG et al., "Catalytic Version of the Intramolecular Pauson-Khand Reaction," J. Am. Chem. Soc., 1994, 116:3159-3160. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4829-0862-8648.1

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | Unassigned |
| | Filing Date | Herewith |
| | First Named Inventor | Hitesh BATRA |
| | Art Unit | Unassigned |
| (use as many sheets as necessary) | Examiner Name | Unassigned |
| Sheet 4 of 6 | Attorney Docket Number | 080618-1892 |

| NON PATENT LITERATURE DOCUMENTS |||| 
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A89 | Jones, Maitland Jr., Organic Chemistry, 2nd Ed., 2000, 153-155. | |
| | A90 | KHAND et al., "Organocobalt Complexes. Part II. Reaction of Acetylenehexacarbonyl-dicobalt Complexes, $(R^1C_2R^2)Co_2(CO)_6$, with Norbornene and its Derivatives," J. Chem. Soc., J.C.S. Perkin I., 1973, 977-981. | |
| | A91 | Lin et al., "Benzindene Prostaglandins. Synthesis of Optically Pure 15-Deoxy-U-68,215 and Its Enantiomer via a Modified Intramolecular Wadsworth-Emmons-Wittig Reaction," J. Org. Chem., 1987, 52:5594-5601. | |
| | A92 | MATHRE et al., "A Practical Enantioselective Synthesis of α,α-Diaryl-2-pyrrolidinemethanol. Preparation and Chemistry of the Corresponding Oxazaborolidines," J. Org. Chem., 1991, 56:751-762. | |
| | A93 | McManus et al., "Tetrazole Analogs of Plant Auxins," J. Org. Chem., 1959, 24:1464-1467. | |
| | A94 | Monson, Richard S., Advanced Organic Synthesis, Methods and Techniques, 1971, 178-188. | |
| | A95 | Moriarty et al., "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)," J. Org. Chem. 2004, 69, 1890-1902. | |
| | A96 | MULZER et al., "Asymmetric Synthesis of Carbacyclin Precursors by Pauson-Khand Cyclization," Liebigs Ann. Chem., 1988, 891-897. | |
| | A97 | NELSON, Norman A., "Prostaglandin Nomenclature," J. Med. Chem., September 1974, 17(9):911-918. | |
| | A98 | Ohno et al., "Development of Dual-Acting Benzofurans for Thromboxane A2 Receptor Antagonist and Prostacyclin Receptor Agonist: Synthesis, Structure-Activity Relationship, and Evaluation of Benzofuran Derivatives," J. Med. Chem., 2005, 48:5279-5294. | |
| | A99 | Olmsted III et al., Chemistry, The Molecular Science, Mosby-Year Book, Inc., Chapter 10 "Effects of Intermolecular Forces," 1994, 428-486. | |
| | A100 | PAGENKOPF et al., "Photochemical Promotion of the Intramolecular Pauson-Khand Reaction. A New Experimental Protocol for Cobalt-Catalyzed [2 + 2 + 1] Cycloadditions," J. Am. Chem. Soc., 1996, 118:2285-2286. | |
| | A101 | PAGENKOPF, Brian L., "Substrate and Reagent Control of Diastereoselectivity in Transition Metal-Mediated Process: Development of a Catalytic Photo Promoted Pauson-Khand Reaction," Diss. Abstr. Int., 57(12):7535, 1977, Abstract. | |
| | A102 | Patent Owner Demonstratives filed November 23, 2016, in *Steadymed Ltd. (Petitioner), v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, US Patent 8,497,393, 62 pages. | |
| | A103 | Patent Owner Response to Petition filed November 23, 2016, in *Steadymed Ltd. (Petitioner), v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, US Patent 8,497,393, with Redacted Exhibits 2006, 2020, 2022, 2058 and 2059 filed November 23, 2016, 1151 pages. | |
| | A104 | PATTERSON et al., "Acute Hemodynamic Effects of the Prostacyclin Analog 15AU81 in Severe Congestive Heart Failure," Am. J. Cardio., 1995, 75:26A-33A. | |
| | A105 | PAULSON, Peter L., "The Khand Reaction," Tetrahedron, 1985, 41(24):5855-5860. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT  (use as many sheets as necessary) | Application Number | Unassigned |
| | Filing Date | Herewith |
| | First Named Inventor | Hitesh BATRA |
| | Art Unit | Unassigned |
| | Examiner Name | Unassigned |
| Sheet 5 of 6 | Attorney Docket Number | 080618-1892 |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A106 | Pavia et al., Introduction to Organic Laboratory Techniques, First Edition, 1998, 648. | |
| | A107 | Petitioner's Demonstratives filed November 28, 2016, in *Steadymed Ltd. (Petitioner), v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, US Patent 8,497,393 | |
| | A108 | Physicians' Desk Reference, 59 Edition, 2005, for Bicillin® L-A (penicillin G benzathine suspension), 5 pages. | |
| | A109 | Priscinzano et al., "Piperidine Analogues of 1-[2-[Bis(4-fluorophenyl)methoxy]ethyl]-4-(3-phenylpropyl)piperazine (GBR 12909): High Affinity Ligands for the Dopamine Transporter," J. Med. Chem., 2002, 45:4371-4374. | |
| | A110 | Redacted Defendant Sandoz Inc.'s Invalidity Contentions dated February 5, 2015, *United Therapeutics Corporation (Plaintiff) v. Sandoz Inc. (Defendant)*, In The United States District Court for the District of New Jersey, Civil Action No. 3:14-cv-5499(PGH)(LHG), 90 pages. | |
| | A111 | Redacted Defendant Watson Laboratories, Inc.'s Invalidity Contentions dated December 11, 2015, *United Therapeutics Corporation (Plaintiff) v. Watson Laboratories, Inc. (Defendant)*, In The United States District Court for the District of New Jersey, Civil Action No. 3:15-cv-05723-PGS-LHG, 35 pages. | |
| | A112 | Redacted Petitioner's Reply to Patent Owner's Response to Petition filed on September 27, 2016 in *Steadymed Ltd. (Petitioner), v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, US Patent 8,497,393, with Exhibits 1022-1028. | |
| | A113 | REMODULIN® label, 2014, 17 pages. | |
| | A114 | Schoffstall et al., *Microscale and Miniscale Organic Chemistry Laboratory Experiments*, 2nd. Ed., 2004, 200-202. | |
| | A115 | Schoffstall, et al., Microscale and Miniscale Organic Chemistry Laboratory Experiments, 2004, 2nd Ed., 200-202. | |
| | A116 | SCHORE, Neil E., "Transition-Metal-Mediated Cycloaddition Reactions of Alkynes in Organic Synthesis," Chem. Rev., 1988, 88:1081-1119. | |
| | A117 | Service copy of Third Party Submission dated October 16, 2016, filed but not entered in US 14/849,981 on October 16, 2016, with 6 indicated attachments, 822 pages. | |
| | A118 | SHAMBAYATI et al., "N-Oxide Promjoted Pauson-Khand Cyclizations at Room Temperature," Tetrahedron Letters, 1990, 31(37):5289-5292. | |
| | A119 | SIMONNEAU et al., "Continuous Subcutaneous Infusion of Treprostinil, a Prostacyclin Analogue, in Patients with Pulmonary Arterial Hypertension," Am. J. Respir. Crit. Care Med., 2002, 165:800-804. | |
| | A120 | SNELL et al., "Investigating the Effect of Impurities on Macromolecule Crystal Growth in Microgravity," Crystal Growth & Design, 2001, 1(2):151-158. | |
| | A121 | Sorbera et al. "UT-15. Treatment of Pulmonary Hypertension Treatment of Peripheral Vascular Disease," *Drug of the Future*, 2001, 26(4), 364-374. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4829-0862-8648.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PTO/SB/08 (modified) |
| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | **Complete if Known** | | |
| | | | Application Number | Unassigned | |
| | | | Filing Date | Herewith | |
| | | | First Named Inventor | Hitesh BATRA | |
| | | | Art Unit | Unassigned | |
| | | | Examiner Name | Unassigned | |
| Sheet | 6 | of 6 | Attorney Docket Number | 080618-1892 | |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A120 | SNELL et al., "Investigating the Effect of Impurities on Macromolecule Crystal Growth in Microgravity," Crystal Growth & Design, 2001, 1(2):151-158. | |
| | A121 | Sorbera et al. "UT-15. Treatment of Pulmonary Hypertension Treatment of Peripheral Vascular Disease," *Drug of the Future*, 2001, 26(4), 364-374. | |
| | A122 | Sorrell, Thomas N., Organic Chemistry, 1999, 755-758. | |
| | A123 | Steadymed Ltd., v. United Therapeutics Corporation, Petition for *Inter Partes* Review of U.S. Patent No. 8,497,393, under 37 CFR 42.100, dated October 1, 2015, with Exhibits 1009, 1010, 1017 and 1018. | |
| | A124 | TAKANO et al., "Enantiodivergent Synthesis of Both Enantiomers of Sulcatol and Matsutake Alcohol from (R)-Epichlorohydrin," Chemistry Letters, 1987, 2017-2020. | |
| | A125 | VIEDMA, Cristobal, "Selective Chiral Symmetry Breaking during Crystallization: Parity Violation of Cryptochiral Environment in Control?" Crystal Growth & Design, 2007, 7(3):553-556. | |
| | A126 | WHITTLE et al., "Antithrombotic Assessment and Clinical Potential of Prostacyclin Analogues," Progress in Medicinal Chemistry, Ellis et al. Eds., 1984, Chapter 6, Vol. 21, 238-279. | |
| | A127 | Wiberg, Kenneth, *Laboratory Technique in Organic Chemistry*, 1960, 112. | |
| | A128 | Yu et al., "Novel Synthetic Route of a Pivotal Intermediate for the Synthesis of 1β-Methyl Carbapenem Antibiotics," Organic Process Research & Development, 2006,10:829-832. | |
| | A129 | ZHANG et al., "A Nickel(0)-Catalyzed Process for the Transformation of Enynes to Bicyclic Cyclopentenones," J. Org. Chem., 1996, 61:4498-4499. | |
| | A130 | Final Written Decision dated March 31, 2017, in *Steadymed Ltd. (Petitioner) v. United Therapeutics Corporation (Patent Owner)*, Case IPR2016-00006, U.S. Patent 8,497,393, 91 pages. | |
| | A131 | Text of 37 CFR 42.73 concerning estoppel. | |
| | A132 | Notice of Final Rule of August 14, 2012, 77 Federal Register 48612.01. | |
| | A133 | Remodulin (Treprostinil Sodium Salt) Label dated May 21, 2002. | |
| | A134 | Li & Liu, "Synthetic Approaches to the 2002 New Drugs," Mini-Reviews in Medicinal Chemistry, 2004, 4, 207-233. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

4829-0862-8648.1