# EXHIBIT 42

| From: | Sukduang, Sanya |
|---|---|
| Sent: | Thursday, December 7, 2023 1:00 PM |
| To: | z/Liquidia v UTC 308970-201 |
| Subject: | FW: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.) |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**From:** Jackson, William C <WJackson@goodwinlaw.com>
**Sent:** Thursday, December 7, 2023 10:18 AM
**To:** Sukduang, Sanya <ssukduang@cooley.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@mnat.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

**[External]**

Sanya:

We have filed the Amended Complaint because we believed we had a good faith basis to assert the patents in that complaint. To the degree we determine we have a good faith basis to assert other patents against Liquidia, we will do so. We decline your attempt to seek additional information about our litigation strategy and decision-making.

**William C Jackson**



Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
o  +1 202 346 4216
m +1 202 270 6622
f   +1 202 478 0819
WJackson@goodwinlaw.com



**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Wednesday, December 6, 2023 7:15 PM
**To:** Jackson, William C <WJackson@goodwinlaw.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@mnat.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** Re: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

***EXTERNAL***
Thank you for the extension.

Please confirm whether UTC intends to file a Second Amended Complaint adding these patents, several of which on their face UTC does not have a Rule 11 basis to assert. This will inform what we tell the Court in our responsive pleadings.

Thanks
Sanya

> On Dec 6, 2023, at 5:21 PM, Jackson, William C <WJackson@goodwinlaw.com> wrote:
>
> **[External]**
>
> Sanya:
>
> We agree to the extension until January 15, 2024.
> UTC will not agree to a covenant not to sue on the other patents identified in your email.
>
> **William C Jackson**
>
> <image001.png>
>
> Goodwin Procter LLP
> 1900 N Street, NW
> Washington, DC 20036
> o +1 202 346 4216
> m +1 202 270 6622
> f +1 202 478 0819
> WJackson@goodwinlaw.com
>
> <image002.png>
>
> <image003.png>
>
> <image004.png>
>
> <image005.png>
>
> <image006.png>
>
> ---
>
> **From:** Sukduang, Sanya <ssukduang@cooley.com>
> **Sent:** Wednesday, December 6, 2023 2:22 PM
> **To:** Jackson, William C <WJackson@goodwinlaw.com>; Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>
> **Cc:** Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>; Sukduang, Sanya <ssukduang@cooley.com>
> **Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)
>
> ***EXTERNAL***
> William,
>
> Liquidia seeks an extension, until January 15, 2023, to respond to UTC's First Amended Complaint filed November 30, 2023. Please let us know if we have UTC's consent.
>
> Additionally, please confirm that UTC will provide a covenant not to sue on the following Orange Book listed patents:

9,339,507
9,358,240
10,376,525
11,723,887

I look forward to your response.
Sanya

**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Thursday, November 2, 2023 9:24 AM
**To:** Jackson, William C <WJackson@goodwinlaw.com>; Carsten, Douglas <Dcarsten@mwe.com>; Flynn, Michael J. <michael.flynn@MNAT.com>
**Cc:** Davies, Jonathan <jdavies@cooley.com>; Sukduang, Sanya <ssukduang@cooley.com>; Karen E. Keller - Shaw Keller LLP (kkeller@shawkeller.com) <kkeller@shawkeller.com>; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

William,

What is UTC's intention with the respect to the 793 suit it filed two months ago, and UTC's delay in providing a covenant not to sue with respect to the following Orange Book listed patents?

9,339,507
9,358,240
10,376,525
11,723,887

If you' like to discuss, or need a draft covenant not to sue, please let me know.

Thanks
Sanya

**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Tuesday, October 17, 2023 8:53 AM
**To:** Jackson, William C <WJackson@goodwinlaw.com>
**Cc:** Davies, Jonathan <jdavies@cooley.com>; Sukduang, Sanya <ssukduang@cooley.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

William,

Please see the attached.

Sanya

**Sanya Sukduang**
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC  20004-2400
+1 202 776-2982 office
+1 202 251-3936 mobile
ssukduang@cooley.com
www.cooley.com
Pronouns: he, him, his

**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Monday, October 2, 2023 5:10 PM
**To:** Jackson, William C <WJackson@goodwinlaw.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>; Sukduang, Sanya <ssukduang@cooley.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

Hello William,

It does not appear that UTC has served Liquidia. Please let us know UTC's intent with this case. Moreover, please confirm UTC will provide a covenant not to sue on the below listed patents.

Thanks
Sanya

**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Monday, September 11, 2023 4:01 PM
**To:** Jackson, William C <WJackson@goodwinlaw.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>; Sukduang, Sanya <ssukduang@cooley.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

William,

Liquidia seeks an extension to answer or otherwise respond to UTC's complaint until November 6, 2023. Please confirm this is acceptable.

Additionally, with respect to Liquidia's NDA No. 213005, please provide a covenant not to sue with respect to following non-asserted Tyvaso Orange Book listed patents:
9,339,507
9,358,240
10,376,525
11,723,887

Please let me know if you would like to discuss.

Thanks
Sanya

### Sanya Sukduang
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC 20004-2400
+1 202 776-2982 office
+1 202 251-3936 mobile
ssukduang@cooley.com
www.cooley.com
Pronouns: he, him, his

**From:** Sukduang, Sanya
**Sent:** Wednesday, September 6, 2023 11:47 AM
**To:** 'Jackson, William C' <WJackson@goodwinlaw.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

Thanks. I'll revert on Friday.

Sanya

**From:** Jackson, William C <WJackson@goodwinlaw.com>
**Sent:** Wednesday, September 6, 2023 11:45 AM
**To:** Sukduang, Sanya <ssukduang@cooley.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

**[External]**

Sure. As I indicated, regardless of service, we are happy to work with you on scheduling issues – which is the principal point of waiving service in any event.

**William C Jackson**

<image001.png>

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
o +1 202 346 4216
m +1 202 270 6622
f +1 202 478 0819
WJackson@goodwinlaw.com

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>

**From:** Sukduang, Sanya <ssukduang@cooley.com>
**Sent:** Wednesday, September 6, 2023 11:39 AM
**To:** Jackson, William C <WJackson@goodwinlaw.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>; kkeller@shawkeller.com; Nate Hoeschen <nhoeschen@shawkeller.com>
**Subject:** RE: UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

***EXTERNAL***
William,

Received.  Service might not be needed as Liquidia may waive service.  I'm traveling today, can I get back to you by Friday on waiver?

Thanks

**From:** Jackson, William C <WJackson@goodwinlaw.com>
**Sent:** Wednesday, September 6, 2023 11:01 AM
**To:** Sukduang, Sanya <ssukduang@cooley.com>
**Cc:** Dcarsten@mwe.com; Flynn, Michael J. <michael.flynn@MNAT.com>; Davies, Jonathan <jdavies@cooley.com>
**Subject:** UTC v. Liquidia, Civ. A. No. 23-cv-975 (D. Del.)

**[External]**

Sanya:

Enclosed please find a complaint and associated papers that were filed in Delaware yesterday.  We are also in the process of serving Liquidia's registered agent, but are happy to discuss the schedule for Liquidia to answer or otherwise respond to the complaint.  Thanks.

**William C Jackson**

<image001.png>

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
o  +1 202 346 4216
m +1 202 270 6622
f   +1 202 478 0819
WJackson@goodwinlaw.com

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>

*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.