# EXHIBIT A



An official website of the United States government  Here's how you know ⌄

**uspto**

Patents ▾   Trademarks ▾   Fees and payment ▾   Contact Us ▾   MyUSPTO   **Sign in**

## Patent Center

Home   New submission ▾   Existing submissions ▾   Petitions ▾   Post grant ▾   Search          Patent Center Help

Back to home          🖶 Pay maintenance fees   🛒 Order certified copies   🌐 Global Dossier   ⬇ Download   🖶 Print

### 17/233,061 | 080618-2002: TREATMENT FOR INTERSTITIAL LUNG DISEASE   [ PUBLIC VIEW ]

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 17/233,061 | 8404 | 080618-2002 | 11,826,327☑<br>Download PDF ⬇<br>Issued - 11/28/2023 | 04/16/2021 | Patented Case<br>11/08/2023 |

Application Data

Documents & Transactions

Continuity

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

**Supplemental Content**

Assignments

Display References

eGrant

### Supplemental Content

**File type** ❶

| Design Drawings (1) |
| Search Results (1) |

#### Search Results (1)

Showing 1 to 1 of 1 entries

| Version Number ↑↓ | Item Name ↑↓ | Item Size (kb) ↑↓ | Filing/Load Date ↑↓ | Preview ↑↓ | Download ↑↓ |
|---|---|---|---|---|---|
| 1 | 20220823-17233061-txt.docx | 384 | 08/24/2022 | No Preview | ⬇ |

Show [ 25 ▾ ] entries

First   Previous   **1**   Next   Last

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Receive updates from the USPTO

Enter your email to subscribe or update your preferences

[ your@email.com ]   **Subscribe**

# EXHIBIT B

17/233,061

**STIC Accession No. 677115**

| | |
|---|---|
| **Application Number** | 17233061 |
| **Original STIC Org** | EIC1600/2900 |
| **Requester Org Code** | P/1624 |
| **Status** | Assigned |
| **Rush Requested:** | No |
| **Date Created:** | 21-AUG-22 |
| **Effective Filing Date:** | 3/1/21 |
| **Has an Appeal been filed?** | No |
| **Description** | 1. Please search the method of claim 1.<br>2. Please conduct an inventor search. |

1.      (Currently Amended) A method of treating a pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof, comprising administering <u>by inhalation</u> to a subject having the pulmonary hypertension due to the condition selected from a chronic lung disease, hypoxia and a combination thereof an effective amount of treprostinil~~, a prodrug thereof~~ or a pharmaceutically acceptable salt thereof <u>in an amount of at least 6 micrograms per breath</u>.

**Inventor search: 42 refs**

**Text search: 52 refs**

1

17/233,061

# Inventor Search History

file hcaplus

FILE 'HCAPLUS' ENTERED AT 12:53:48 ON 23 AUG 2022
USE IS SUBJECT TO THE TERMS OF YOUR STN CUSTOMER AGREEMENT.
COPYRIGHT (C) 2022 AMERICAN CHEMICAL SOCIETY (ACS)


Copyright of the articles to which records in this database refer is
held by the publishers listed in the PUBLISHER (PB) field (available
for records published or updated in Chemical Abstracts after December
26, 1996), unless otherwise indicated in the original publications.

The CA Lexicon is the copyrighted intellectual property of the
American Chemical Society and is provided to assist you in searching
databases on STN.  Any dissemination, distribution, copying, or storing
of this information, without the prior written consent of CAS, is
strictly prohibited.

FILE COVERS 1907 - 23 Aug 2022 VOL 179 ISS 11
FILE LAST UPDATED: 22 Aug 2022 (20220822/ED)

CAS Information Use Policies apply and are available at:

http://www.cas.org/legal/infopolicy

Tags for Claimed substances now available in selected patents.
See NEWS for details.

This file contains CAS Registry Numbers for easy and accurate
substance identification.

=> d que L46

```
L2          1 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L3         38 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  81846-19-7/CRN
L4        720 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L2 OR L3)
L5        700 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CT OR
              TREPROSTINIL SODIUM/CT
L6        756 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR
              15AU81 OR RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR
              ORENITRAM OR UT15 OR UT 15 OR TREPULMIX
L7     714258 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  LUNG+OLD/CT OR LUNG
              DISEASE+OLD,NT/CT
L8      46518 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  CHRONIC LUNG DISEASE+O
              LD,NT/CT
L9      20788 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMONARY HYPERTENSION
              +OLD,NT/CT
L10      3333 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMONARY ANTIHYPERTEN
              SIVES+OLD/CT
L11     12516 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INTERSTITIAL LUNG
              DISEASE+OLD,NT/CT
L12     34893 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  "HYPOXIA, ANIMAL"/CT
L13    219121 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  BRONCHIOLITIS+OLD,NT/C
              T OR PULMONARY EMPHYSEMA+OLD/CT OR PULMONARY FIBROSIS+OLD,NT/CT
```

```
                     OR INTERSTITIAL PNEUMONIA+OLD/CT OR PNEUMONIA+NT/CT OR
                     CHRONIC OBSTRUCTIVE PULMONARY DISEASE+OLD/CT
L14      461386 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR
                     LUNG OR BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?)
                     (2A) (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE
                     OR DISORDER)
L15       86966 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS
                     ? OR PAH
L16       26884 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  "BREATHING (ANIMAL)"/CT
L17       27754 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INHALATION DRUG
                     DELIVERY SYSTEMS+OLD,NT/CT OR MEDICAL INHALERS+OLD,NT/CT
L18      380794 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR
                     ATOMIZ? OR NEBULIZ?
L38        1701 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L39       12655 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L40       16044 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L41         280 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/P
                     A,CS
L42          64 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                     L41) AND (L4 OR L5 OR L6)
L43         958 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                     L41) AND (L7 OR L8 OR L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15)
L44         217 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                     L41) AND (L16 OR L17 OR L18)
L46          13 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L42 AND L43 AND L44


=> file wpix

FILE 'WPIX' ENTERED AT 12:54:00 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE LAST UPDATED:        23 AUG 2022   <20220823/UP>
MOST RECENT UPDATE:       2022066       <2022066/DW>
DERWENT WORLD PATENTS INDEX SUBSCRIBER FILE, COVERS 1963 TO DATE


>>> FOR THE LATEST DERWENT WORLD PATENTS INDEX (DWPI), DCR AND DWPIM
    STN USER DOCUMENTATION, PLEASE VISIT:
https://www.stn-international.com/reference_information_dwpi

===================================================================
+++ A new and enhanced version of the Derwent World Patents Index
    is now available including citations.
    If you run DCR structure searches or if you like to learn more,
    please see
    https://www.stn-international.com/en/DWPIRelease.pdf
    or contact your STN customer support.  +++
===================================================================


=> d que L70

L48           1 SEA FILE=DCR SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L49          34 SEA FILE=DCR SPE=ON  ABB=ON  PLU=ON  86001/DCSE
L50         229 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L48 OR L49)
```

```
L51        305 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR 15AU81
               OR RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR ORENITRAM OR
               UT15 OR UT 15 OR TREPULMIX
L52     114351 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR
               LUNG OR BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?)
               (2A) (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE
               OR DISORDER)
L53       8916 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS?
               OR PAH
L54     400670 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR
               ATOMIZ? OR NEBULIZ?
L62        539 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L63       3354 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L64      21629 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L65        121 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/PA,CS
L66         57 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
               L65) AND (L50 OR L51)
L67        121 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
               L65) AND (L52 OR L53)
L68        292 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
               L65) AND L54
L70         14 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L66 AND L67 AND L68


=> file medline drugu biosis embase

FILE 'MEDLINE' ENTERED AT 12:54:15 ON 23 AUG 2022

FILE 'DRUGU' ENTERED AT 12:54:15 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE 'BIOSIS' ENTERED AT 12:54:15 ON 23 AUG 2022
Copyright (c) 2022 Clarivate Analytics

FILE 'EMBASE' ENTERED AT 12:54:15 ON 23 AUG 2022
Copyright (c) 2022 Elsevier B.V. All rights reserved.

=> d que L96

L2            1 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L3           38 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  81846-19-7/CRN
L72        3307 SEA (L2 OR L3)
L73        5229 SEA TREPROSTINIL? OR 15AU81 OR RUMODOLIN OR TREVYENT OR TYVASO
               OR UNIPROST OR ORENITRAM OR UT15 OR UT 15 OR TREPULMIX
L74     2957023 SEA (RESP? OR PULMON? OR LUNG OR BRONCH? OR ALVEOL? OR INHAL?
               OR BREATH? OR AIRWAY?) (2A) (CHRONIC OR HYPERTENS? OR INFLAM?
               OR CONDITION OR DISEASE OR DISORDER)
L75      332964 SEA PULMON? (2A) HYPERTENS? OR PAH
L76     1257984 SEA INHAL? OR BREATH? OR ATOMIZ? OR NEBULIZ?
L79        1436 SEA L73 (10A) L75
L81         619 SEA L73 (10A) L76
L83         707 SEA L73 (5A) (BREATH# OR DOSE OR AMOUNT OR CONC?)
L87        8527 SEA PETERSON L?/AU,AUTH
L88       41133 SEA SMITH P?/AU,AUTH
L89       13265 SEA DENG C?/AU,AUTH
L90        7566 SEA UNITED THERAPEUTICS?/PA,CS
```

```
L91          320 SEA (L87 OR L88 OR L89 OR L90) AND (L72 OR L73)
L92         2971 SEA (L87 OR L88 OR L89 OR L90) AND (L74 OR L75)
L93         1004 SEA (L87 OR L88 OR L89 OR L90) AND L76
L95           99 SEA L91 AND L92 AND L93
L96           29 SEA L95 AND L79 AND L81 AND L83


=> dup rem L46 L70 L96

FILE 'HCAPLUS' ENTERED AT 12:54:40 ON 23 AUG 2022
USE IS SUBJECT TO THE TERMS OF YOUR STN CUSTOMER AGREEMENT.
COPYRIGHT (C) 2022 AMERICAN CHEMICAL SOCIETY (ACS)

FILE 'WPIX' ENTERED AT 12:54:40 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE 'MEDLINE' ENTERED AT 12:54:40 ON 23 AUG 2022

FILE 'BIOSIS' ENTERED AT 12:54:40 ON 23 AUG 2022
Copyright (c) 2022 Clarivate Analytics

FILE 'EMBASE' ENTERED AT 12:54:40 ON 23 AUG 2022
Copyright (c) 2022 Elsevier B.V. All rights reserved.
PROCESSING COMPLETED FOR L46
PROCESSING COMPLETED FOR L70
PROCESSING COMPLETED FOR L96
L98           42 DUP REM L46 L70 L96 (14 DUPLICATES REMOVED)
                 ANSWERS '1-13' FROM FILE HCAPLUS
                 ANSWERS '14-21' FROM FILE WPIX
                 ANSWERS '22-27' FROM FILE MEDLINE
                 ANSWER '28' FROM FILE BIOSIS
                 ANSWERS '29-42' FROM FILE EMBASE
```

# Inventor Search Results

```
=> d 1-13 ibib abs hitind; d 14-21 ibib ab; d 22-42 iall


L98  ANSWER 1 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 4
ACCESSION NUMBER:     2021:2272969  HCAPLUS Full-text
DOCUMENT NUMBER:      176:397125
TITLE:                Treprostinil for use in the treatment of
                      interstitial lung disease
INVENTOR(S):          Peterson, Leigh; Smith, Peter; Deng, Chunqin
PATENT ASSIGNEE(S):   United Therapeutics Corporation, USA
SOURCE:               PCT Int. Appl., 96pp.
                      CODEN: PIXXD2
DOCUMENT TYPE:        Patent
LANGUAGE:             English
FAMILY ACC. NUM. COUNT:  1
PATENT INFORMATION:
     PATENT NO.         KIND  DATE      APPLICATION NO.        DATE
     ---------------    ----  --------  --------------------   --------
     WO 2021211916      A1    20211021  WO 2021-US27588        20210416
     US 20210330621     A1    20211028  US 2021-17233061       20210416
PRIORITY APPLN. INFO.:                  US 2020-63011810    P  20200417
                                        US 2021-63160611    P  20210312
PATENT STATUS PATENT INFORMATION:
     PATENT NO.         KIND  STATUS        STATUS DATE
     ---------------    ----  ------------  -----------
     WO 2021211916      A1    Alive         20211028
     US 20210330621     A1    Alive         20211111
AB   Methods of treating of interstitial lung disease, reducing pulmonary
     function decline in a subject with interstitial lung disease (ILD),
     and increasing forced vital capacity (FVC) in a subject suffering from ILD
     are provided, wherein the methods include administration of treprostinil.
IPCI A61K0031-5575 [I]; A61K0009-00 [I]; A61P0011-00 [I]
IPCR A61K0031-5575 [I]; A61K0009-00 [I]; A61P0011-00 [I]
CC   1-5 (Pharmacology)
ST   Treprostinil treatment interstitial lung disease COVID19
IT   Atomizers, physical
     Blood plasma
        Breathing (animal)
        Bronchiolitis
        COVID-19
        Chronic lung disease
     Homo sapiens
     Human
     Hypoxia
        Inhalation drug delivery systems
        Interstitial lung disease
     Prodrugs
        Pulmonary emphysema
        Pulmonary fibrosis
        Pulmonary hypertension
           (Treprostinil for use in the treatment of interstitial lung disease)
IT   Interstitial pneumonia
        (desquamative; Treprostinil for use in the treatment of
         interstitial lung disease)
```

```
IT   Pneumonia
         (idiopathic interstitial; Treprostinil for use in
         the treatment of interstitial lung disease)
IT   Pharmaceutical powders
         (inhalers; Treprostinil for use in the treatment of interstitial lung disease)
IT   Medical inhalers
         (pulsed; Treprostinil for use in the treatment of interstitial lung disease)
IT   81846-19-7, Treprostinil   686719-75-5, NT-probnp
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
         (Treprostinil for use in the treatment of interstitial lung disease)


REFERENCE COUNT:        7    THERE ARE 7 CITED REFERENCES AVAILABLE FOR THIS
                             RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 2 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 6
ACCESSION NUMBER:       2020:2672875  HCAPLUS  Full-text
DOCUMENT NUMBER:        174:258835
TITLE:                  Mitochondrial treatment of organs for transplantation
INVENTOR(S):            Petersen, Thomas; Hogan, Sarah; Ilagan, Roger; Cloer,
                        Caryn
PATENT ASSIGNEE(S):     United Therapeutics Corporation, USA
SOURCE:                 PCT Int. Appl., 289pp.
                        CODEN: PIXXD2
DOCUMENT TYPE:          Patent
LANGUAGE:               English
FAMILY ACC. NUM. COUNT: 1
PATENT INFORMATION:
     PATENT NO.         KIND  DATE        APPLICATION NO.         DATE
     ---------------    ----  --------    ---------------------   --------
     WO 2020257281      A1    20201224    WO 2020-US38133         20200617
     CA 3144252         A1    20201224    CA 2020-3144252         20200617
     US 20210008106     A1    20210114    US 2020-16903975        20200617
     KR 2022037435      A     20220324    KR 2022-7000848         20200617
     CN 114269154       A     20220401    CN 2020-80058469        20200617
     EP 3986425         A1    20220427    EP 2020-739497          20200617
     JP 2022536964      T     20220822    JP 2021-575381          20200617
     IN 202247002864    A     20220304    IN 2022-47002864        20220118
PRIORITY APPLN. INFO.:                    US 2019-62863034  P     20190618
                                          WO 2020-US38133   W     20200617

PATENT STATUS PATENT INFORMATION:
     PATENT NO.         KIND  STATUS        STATUS DATE
     ---------------    ----  ------------- -----------
     WO 2020257281      A1    Alive         20210122
     CA 3144252         A1    Alive         20220203
     US 20210008106     A1    Alive         20210122
     KR 2022037435      A     Alive         20220414
     CN 114269154       A     Alive         20220407
ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT
AB   Methods and compns. relating to isolated mitochondria are disclosed.  For
     example, cells, tissues, or organs can be treated with isolated
     mitochondria, such as porcine mitochondria, to improve mitochondrial
     function in the cell, tissue, or organ.  The improvements to mitochondrial
     function include increased oxygen consumption and increased ATP synthesis.
     Such methods and compns. are useful for cell therapy; organ and tissue
     transplantation; organ and tissue engineering; and cold storage or
```

```
         shipment of harvested organs, tissues, and cells.
IPCI A61K0035-12 [I]; A61P0011-00 [I]; A61P0013-12 [I]; A61P0009-10 [I];
     A61K0035-34 [I]; A01N0001-02 [I]
IPCR A61K0035-12 [I]; A01N0001-02 [I]; A61K0035-34 [I]; A61P0009-10 [I];
     A61P0011-00 [I]; A61P0013-12 [I]
CC   15-8 (Immunochemistry)
     Section cross-reference(s): 9, 13, 63
IT   Acute kidney injury
     Angiogenesis
     Anti-inflammatory agents
     Antioxidants
     Artificial organ
     Balanced salt solutions
     Bioprinting
     Bioreactors
     Blood
     Blood substitutes
     Blood vessel transplantation
     Cardiomyocyte
     Cell death
     Cellular processes
     Cellular therapy
     Circulation
     Cold stress, animal
     Cryopreservation
     Cryoprotectants
     Decellularization
     Epithelium
     Erythrocyte
     Exhalation breathing
     Exosome (exocytotic granule)
     Extracellular matrix
     Fibroblast
     Flow cytometry
     Fluorescence-activated cell sorting
     Gap junction
     Heart
     Heart transplantation
     Hematopoietic precursor cell
     Hepatocyte
     Homo sapiens
        Hypoxia, animal
     Immune cell
     Injury
     Intraarterial injections
     Ischemia
     Kidney transplantation
        Lung
     Lung transplantation
     Macrophage
     Mesenchymal stem cell
     Microcarriers
     Mitochondrial membrane potential
     Mitochondrial respiration
     Monocyte
     Myeloid cell
```

8

```
          Myocyte
          Neuron
          Neutrophil
          Pericyte
          Peripheral blood
          Pharmaceutical carriers
          Pharmaceutical excipients
          Pharmaceutical intravenous injections
          Phosphate-buffered saline solutions
          Preservation
          Preservation solutions (tissue)
          Pulmonary drug delivery systems
             Pulmonary edema
          Respiration, animal
          Respiratory system epithelium
          Signal transduction
          Skeletal muscle
          Skin transplantation
          Smooth muscle
          Stability
          Stem cell
          Tissue engineering
          Transcriptional regulation
          Transplantation
          Vasodilators
          pH
             (mitochondrial treatment of organs for transplantation)
IT        Chronic obstructive pulmonary disease
             (pulmonary veno-occlusive disease, transplantation
             for the patients with; mitochondrial treatment of organs for
             transplantation)
IT        Arterial occlusion
             Asthma
             Bronchopulmonary dysplasia
          Chronic hypoxia
             Chronic thromboembolic pulmonary hypertension
          Kidney disease
             Lung disease
             Pulmonary fibrosis
             Pulmonary hypertension
          Sleep disorders
             (transplantation for the patients with; mitochondrial treatment of
             organs for transplantation)
IT        Lung
             (type I cell; mitochondrial treatment of organs for transplantation)
IT        Lung
             (type II cell; mitochondrial treatment of organs for transplantation)
IT        501-36-0, Resveratrol   616-91-1, n-Acetylcysteine   2226-96-2, Tempol
          35121-78-9, Epoprostenol   78919-13-8, Iloprost   80295-42-7, Complement
          C3a   80295-54-1, Complement C5a   81846-19-7,
          Treprostinil   139755-83-2, Sildenafil   147536-97-8, Bosentan
          177036-94-1, Ambrisentan   441798-33-0, Macitentan
          RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
             (mitochondrial treatment of organs for transplantation)
```

```
L98  ANSWER 3 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 9
ACCESSION NUMBER:         2011:1168056  HCAPLUS  Full-text
DOCUMENT NUMBER:          155:399270
TITLE:                    Treatment for pulmonary hypertension
INVENTOR(S):              Rothblatt, Martine A.; Rubin, Lewis J.
PATENT ASSIGNEE(S):       United Therapeutics Corporation, USA
SOURCE:                   U.S. Pat. Appl. Publ., 6pp.
                          CODEN: USXXCO
DOCUMENT TYPE:            Patent
LANGUAGE:                 English
FAMILY ACC. NUM. COUNT:   1
PATENT INFORMATION:
       PATENT NO.           KIND  DATE        APPLICATION NO.          DATE
       ---------------      ----  --------    ---------------------    --------
       US 20110224236       A1    20110915    US 2011-13047033         20110314
       US 8609728           B2    20131217
       CA 2791081           A1    20110922    CA 2011-2791081          20110314
       CA 2791081           C     20150825
       CA 2892104           A1    20110922    CA 2011-2892104          20110314
       CA 2892104           C     20160830
       WO 2011115922        A1    20110922    WO 2011-US28390          20110314
       CN 102883722         A     20130116    CN 2011-80023177         20110314
       CN 102883722         B     20141105
       EP 2547341           A1    20130123    EP 2011-711190           20110314
       EP 2547341           B1    20160914
       KR 2013038835        A     20130418    KR 2012-7026242          20110314
       KR 1508047           B1    20150406
       JP 2013522303        T     20130613    JP 2013-500129           20110314
       JP 5681276           B2    20150304
       KR 2015027846        A     20150312    KR 2015-7004406          20110314
       KR 2016132501        A     20161118    KR 2016-7031528          20110314
       EP 3108888           A1    20161228    EP 2016-182514           20110314
       EP 3108888           B1    20200212
       ES 2611187           T3    20170505    ES 2011-711190           20110314
       ES 2790859           T3    20201029    ES 2016-182514           20110314
       IN 2012CN08659        A     20150102    IN 2012-CN8659           20121010
       US 20130253049       A1    20130926    US 2013-13899734         20130522
       US 8969409           B2    20150303
       JP 2015129129        A     20150716    JP 2015-2312             20150108
       JP 2016153413        A     20160825    JP 2016-52406            20160316
       JP 2018135383        A     20180830    JP 2018-89769            20180508
PRIORITY APPLN. INFO.:                        US 2010-61282659   P  20100315
                                              CA 2011-2791081    A3 20110314
                                              EP 2011-711190     A3 20110314
                                              JP 2013-500129     A3 20110314
                                              KR 2012-7026242    A3 20110314
                                              KR 2015-7004406    A3 20110314
                                              US 2011-13047033   A1 20110314
                                              WO 2011-US28390    W  20110314
                                              JP 2015-2312       A3 20150108
                                              JP 2016-52406      A3 20160316

PATENT STATUS PATENT INFORMATION:
       PATENT NO.           KIND  STATUS        STATUS DATE
       ---------------      ----  ------------  -----------
       US 20110224236       A1    Alive         20201121
       US 8609728           B2    Alive         20201120
```

```
CA 2791081       A1    Alive          20201121
CA 2791081       C     Alive          20201121
CA 2892104       A1    Alive          20201121
CA 2892104       C     Alive          20201121
WO 2011115922    A1    Dead           20201201
CN 102883722     A     Alive          20201120
CN 102883722     B     Alive          20201121
EP 2547341       A1    Indeterminate  20201107
EP 2547341       B1    Indeterminate  20201106
KR 2013038835    A     Alive          20201120
KR 1508047       B1    Alive          20201120
JP 5681276       B2    Alive          20201121
KR 2015027846    A     Dead           20201120
KR 2016132501    A     Dead           20201121
EP 3108888       A1    Indeterminate  20201106
EP 3108888       B1    Indeterminate  20201106
ES 2611187       T3    Alive          20201120
ES 2790859       T3    Alive          20201121
US 20130253049   A1    Alive          20201121
US 8969409       B2    Alive          20201121
JP 2015129129    A     Alive          20201121
JP 2016153413    A     Dead           20201120
JP 2018135383    A     Alive          20201121
```

ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT

AB     One embodiment relates to a method of treating **pulmonary hypertension**
       based upon co-administering to a subject in need thereof a
       pharmaceutically effective amt. of an oral therapeutic agent for treating
       **pulmonary hypertension** and a pharmaceutically effective amt. of an
       **inhaled** therapeutic agent for treating **pulmonary hypertension**.  The
       benefit of the co-administration of these agents is to eliminate or reduce
       one or more side effects assocd. with mono-therapy of either agent, as
       well as one or more side effects assocd. with other administration routes
       such as s.c. or i.v. administration.

INCL   514262100; 514569000; 514269000

IPCI   A61K0031-519 [I]; A61K0031-192 [I]; A61K0031-506 [I]; A61P0009-12 [I];
       A61K0031-19 [I]

IPCR   A61K0031-519 [I]; A61K0031-192 [I]; A61K0031-506 [I]; A61P0009-12 [I];
       A61K0031-19 [I]

NCL    514/262.100; 514/269.000; 514/569.000

CC     1-8 (Pharmacology)
       Section cross-reference(s): 63

ST     **pulmonary hypertension treprostinil** bosentan sildenafil beraprost
       combination

IT     Leg
           (pain; treatment for **pulmonary hypertension**)

IT     Pain
           (site infusion; treatment for **pulmonary hypertension**)

IT     Combination chemotherapy
       Death
       Human
       Hypotension
       Infection
         **Inhalation drug delivery systems**
       Oral drug delivery systems
       Parenteral drug delivery systems
         **Pulmonary antihypertensives**

11

**Pulmonary hypertension**
Thrombosis
    (treatment for **pulmonary hypertension**)
IT   **81846-19-7, Treprostinil**   88430-50-6, Beraprost
    139755-83-2, Sildenafil   147536-97-8, Bosentan   **289480-64-4**,
    Remodulin
    RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
    activity); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
      (treatment for **pulmonary hypertension**)
OS.CITING REF COUNT:      1      THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                          (1 CITINGS)


L98  ANSWER 4 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 10
ACCESSION NUMBER:      2008:978407  HCAPLUS  Full-text
DOCUMENT NUMBER:      149:239348
TITLE:              **Treprostinil**  treatment for interstitial **lung
                    disease**  and asthma
INVENTOR(S):        Wade, Michael; Rich, Stuart; Sullivan, Eugene;
                    Roscigno, Robert; Jeffs, Roger
PATENT ASSIGNEE(S):  **United  Therapeutics**  Corporation, USA
SOURCE:             PCT Int. Appl., 28pp.
                    CODEN: PIXXD2
DOCUMENT TYPE:      Patent
LANGUAGE:           English
FAMILY ACC. NUM. COUNT: 1
PATENT INFORMATION:
     PATENT NO.            KIND   DATE        APPLICATION NO.          DATE
     ---------------       ----   --------    ---------------------    --------
     WO 2008098196         A1     20080814    WO 2008-US53467          20080208
     CA 2678258            A1     20080814    CA 2008-2678258          20080208
     US 20080280986        A1     20081113    US 2008-28471            20080208
     KR 2009117781         A      20091112    KR 2009-7018462          20080208
     EP 2120961            A1     20091125    EP 2008-729432           20080208
     CN 101678033          A      20100324    CN 2008-80004381         20080208
     JP 2010518122         T      20100527    JP 2009-549268           20080208
     CN 102648916          A      20120829    CN 2012-10059997         20080208
     EP 2491932            A2     20120829    EP 2012-162497           20080208
     EP 2491932            A3     20121212
     US 20120129941        A1     20120524    US 2012-13360961         20120130
     US 20130096200        A1     20130418    US 2012-13709270         20121210
     JP 2013189459         A      20130926    JP 2013-116923           20130603
     US 20140018431        A1     20140116    US 2013-14030500         20130918
PRIORITY APPLN. INFO.:                        US 2007-60900320    P    20070209
                                              US 2007-60940218    P    20070525
                                              CN 2008-80004381    A3   20080208
                                              EP 2008-729432      A3   20080208
                                              JP 2009-549268      A3   20080208
                                              US 2008-28471       A3   20080208
                                              WO 2008-US53467     W    20080208
                                              US 2012-13360961    B1   20120130
                                              US 2012-13709270    A1   20121210

PATENT STATUS PATENT INFORMATION:
     PATENT NO.            KIND   STATUS         STATUS DATE
     ---------------       ----   -------------  -----------
     WO 2008098196         A1     Dead           20201202
     CA 2678258            A1     Dead           20201121

12

```
US 20080280986   A1   Dead    20201120
KR 2009117781    A    Dead    20201121
EP 2120961       A1   Dead    20201202
CN 101678033     A    Dead    20201121
CN 102648916     A    Dead    20201121
EP 2491932       A2   Dead    20201203
EP 2491932       A3   Dead    20201203
US 20120129941   A1   Dead    20201121
US 20130096200   A1   Dead    20201121
JP 2013189459    A    Alive   20201121
US 20140018431   A1   Dead    20201120
```

ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT
OTHER SOURCE(S):       CASFORMULTNS 2008:978407
AB    The invention discloses methods for using **Treprostinil**  or a deriv. or
      pharmaceutically acceptable salt thereof, for the treatment and/or
      prevention of interstitial **lung   disease**  or asthma, or a **condition** ,
      such as **pulmonary**  fibrosis, assocd. with interstitial **lung   disease**
      or a condition assocd. with asthma.  The invention also discloses kits for
      treatment and/or prevention of such conditions that include an effective
      amt. of **Treprostinil**  or a deriv. or pharmaceutically acceptable salt
      thereof.
IPCI  A61K0031-557 [I]; A61P0011-06 [I]; A61P0011-00 [I]
IPCR  A61P0011-00 [I]; A61P0011-06 [I]
CC    1-9 (Pharmacology)
ST    **treprostinil**    compd interstitial **lung   disease**   asthma **pulmonary**
      fibrosis treatment
IT    **Asthma**
          (and asthma-assocd. conditions; **treprostinil**  for treatment of
          interstitial **lung disease, pulmonary**
          fibrosis, and asthma)
IT    **Pulmonary fibrosis**
          (idiopathic; **treprostinil**  for treatment of interstitial
          **lung disease, pulmonary** fibrosis, and
          asthma)
IT    Collagens
      RL: ADV (Adverse effect, including toxicity); BSU (Biological study,
      unclassified); BIOL (Biological study)
          (pulmonary fibrosis from collagen disease; **treprostinil**  for
          treatment of interstitial **lung disease,**
          **pulmonary** fibrosis, and asthma)
IT    Drug toxicity
          (pulmonary fibrosis from drug side effects; **treprostinil**  for
          treatment of interstitial **lung disease,**
          **pulmonary** fibrosis, and asthma)
IT    Environment
          (pulmonary fibrosis from environmental exposure; **treprostinil**
          for treatment of interstitial **lung disease,**
          **pulmonary** fibrosis, and asthma)
IT    Genetic **disorders**
          (**pulmonary** fibrosis from genetic/familial diseases;
          **treprostinil** for treatment of interstitial **lung**
          **disease, pulmonary** fibrosis, and asthma)
IT    Occupational **diseases**
          (**pulmonary** fibrosis from occupational exposure;
          **treprostinil** for treatment of interstitial **lung**
          **disease, pulmonary** fibrosis, and asthma)
```

```
IT   Radiation damage
          (pulmonary fibrosis from radiation; treprostinil for
          treatment of interstitial lung disease,
          pulmonary fibrosis, and asthma)
IT   Connective tissue disease
          (pulmonary fibrosis from; treprostinil for
          treatment of interstitial lung disease,
          pulmonary fibrosis, and asthma)
IT   Antiasthmatics
     Antifibrotic agents
     Biomarkers
     Controlled-release drug delivery systems
     Human
       Inhalation drug delivery systems
       Lung disease
     Oral drug delivery systems
     Pharmaceutical capsules
     Pharmaceutical intravenous injections
     Pharmaceutical tablets
     Prodrugs
     Prophylaxis
       Pulmonary fibrosis
       Pulmonary hypertension
     Respiratory system agents
     Therapy monitoring
          (treprostinil for treatment of interstitial lung
          disease, pulmonary fibrosis, and asthma)
IT   Platelet-derived growth factors
     RL: ADV (Adverse effect, including toxicity); BSU (Biological study,
     unclassified); BIOL (Biological study)
          (treprostinil for treatment of interstitial lung
          disease, pulmonary fibrosis, and asthma)
IT   11056-06-7, Bleomycin
     RL: ADV (Adverse effect, including toxicity); PRPH (Prophetic); BIOL
     (Biological study)
          (fibrosis induced by; treprostinil for treatment of
          interstitial lung disease, pulmonary
          fibrosis, and asthma)
IT   127464-60-2, VEGF   146480-36-6, Matrix metalloproteinase 9   194368-66-6,
     Angiopoietin 2
     RL: ADV (Adverse effect, including toxicity); BSU (Biological study,
     unclassified); BIOL (Biological study)
          (treprostinil for treatment of interstitial lung
          disease, pulmonary fibrosis, and asthma)
IT   81846-19-7, Treprostinil   81846-19-7D,
     Treprostinil, derivs., isomers, and polymorphs
     289480-64-4, Remodulin
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
          (treprostinil for treatment of interstitial lung
          disease, pulmonary fibrosis, and asthma)
OS.CITING REF COUNT:    6     THERE ARE 6 CAPLUS RECORDS THAT CITE THIS RECORD
                              (10 CITINGS)
REFERENCE COUNT:        5     THERE ARE 5 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT
```

14

```
L98  ANSWER 5 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 11
ACCESSION NUMBER:        2008:505397  HCAPLUS  Full-text
DOCUMENT NUMBER:         148:463242
TITLE:                   Treprostinil -Rho kinase inhibitor combination
                         therapy for pulmonary  arterial hypertension
INVENTOR(S):             Roscigno, Robert; Sullivan, Eugene
PATENT ASSIGNEE(S):      United  Therapeutics  Corporation, USA
SOURCE:                  PCT Int. Appl., 51pp.
                         CODEN: PIXXD2
DOCUMENT TYPE:           Patent
LANGUAGE:                English
FAMILY ACC. NUM. COUNT:  1
PATENT INFORMATION:
     PATENT NO.          KIND  DATE      APPLICATION NO.         DATE
     ---------------     ----  --------  ---------------------   --------
     WO 2008049000       A2    20080424  WO 2007-US81629         20071017
     WO 2008049000       A3    20090409
     US 20090036465      A1    20090205  US 2007-873645          20071017
PRIORITY APPLN. INFO.:                   US 2006-60852395    P  20061018
PATENT STATUS PATENT INFORMATION:
     PATENT NO.          KIND  STATUS        STATUS DATE
     ---------------     ----  ------------  -----------
     WO 2008049000       A2    Dead          20201202
     WO 2008049000       A3    Dead          20201201
     US 20090036465      A1    Dead          20201121
ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT
OTHER SOURCE(S):         CASFORMULTNS 2008:505397
AB   Methods for treatment of pulmonary   hypertension  include administration
     of a first amt. of treprostinil  and administration of a second amt. of a
     Rho kinase inhibitor such that the first amt. and the second amt. form
     together an amt. effective for pulmonary   hypertension   treatment. Kits
     for treatment pulmonary   hypertension  are also disclosed.
IPCI A61K0031-00 [I]; A61K0031-00 [I]; A61K0031-4709 [I]; A61K0031-4709 [I];
     A61P0011-00 [N]; A61P0011-00 [N]
IPCR A61K0031-4709 [I]; A61K0031-00 [I]; A61P0011-00 [N]
CC   1-8 (Pharmacology)
     Section cross-reference(s): 2, 63
ST   rho kinase inhibitor treprostinil   combination pulmonary   hypertension
     treatment
IT   Medical inhalers
          (metered-dose; treprostinil-Rho kinase inhibitor combination
          therapy for pulmonary arterial hypertension)
IT   Medical inhalers
          (soft-mist; treprostinil-Rho kinase inhibitor combination
          therapy for pulmonary arterial hypertension)
IT   Antihypertensives
     Combination chemotherapy
     Controlled-release drug delivery systems
     Human
       Inhalation drug delivery systems
       Medical inhalers
     Oral drug delivery systems
     Parenteral drug delivery systems
     Pharmaceutical intravenous injections
     Prodrugs
       Pulmonary hypertension
```

15

```
          Subcutaneous injections
               (treprostinil-Rho kinase inhibitor combination therapy for
               pulmonary arterial hypertension)
IT    182372-13-0, Rho kinase
          RL: ADV (Adverse effect, including toxicity); BSU (Biological study,
          unclassified); BIOL (Biological study)
               (treprostinil-Rho kinase inhibitor combination therapy for
               pulmonary arterial hypertension)
IT    81846-19-7, Treprostinil  81846-19-7D,
          Treprostinil, derivs., isomers, and polymorphs  103745-39-7
          103745-39-7D, salts  105628-72-6  105628-72-6D, salts  129758-26-5
          129758-26-5D, salts
          RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
          (Biological study); USES (Uses)
               (treprostinil-Rho kinase inhibitor combination therapy for
               pulmonary arterial hypertension)
OS.CITING REF COUNT:      4      THERE ARE 4 CAPLUS RECORDS THAT CITE THIS RECORD
                                      (6 CITINGS)


L98  ANSWER 6 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 12
ACCESSION NUMBER:        2000:666586  HCAPLUS  Full-text
DOCUMENT NUMBER:         133:242677
TITLE:                   Method for delivering benzidine prostaglandins by
                         inhalation
INVENTOR(S):             Cloutier, Gilles; Crow, James; Wade, Michael; Parker,
                         Richard E.; Loyd, James E.
PATENT ASSIGNEE(S):      United  Therapeutics  Corp., USA
SOURCE:                  PCT Int. Appl., 51 pp.
                         CODEN: PIXXD2
DOCUMENT TYPE:           Patent
LANGUAGE:                English
FAMILY ACC. NUM. COUNT:  1
PATENT INFORMATION:
```

| PATENT NO. | KIND | DATE | APPLICATION NO. | | DATE |
|------------|------|------|-----------------|---|------|
| WO 2000054758 | A2 | 20000921 | WO 2000-US40040 | | 20000317 |
| WO 2000054758 | A3 | 20010208 | | | |
| US 6521212 | B1 | 20030218 | US 2000-525471 | | 20000315 |
| CA 2365890 | A1 | 20000921 | CA 2000-2365890 | | 20000317 |
| CA 2365890 | C | 20100921 | | | |
| AU 2000040827 | A | 20001004 | AU 2000-40827 | | 20000317 |
| EP 1161234 | A2 | 20011212 | EP 2000-920253 | | 20000317 |
| EP 1161234 | B1 | 20030730 | | | |
| JP 2002539154 | T | 20021119 | JP 2000-604834 | | 20000317 |
| JP 4819224 | B2 | 20111124 | | | |
| AT 245979 | T | 20030815 | AT 2000-920253 | | 20000317 |
| EP 1354588 | A1 | 20031022 | EP 2003-14903 | | 20000317 |
| PT 1161234 | E | 20031231 | PT 2000-920253 | | 20000317 |
| ES 2203449 | T3 | 20040416 | ES 2000-920253 | | 20000317 |
| CN 1196479 | C | 20050413 | CN 2000-805108 | | 20000317 |
| KR 750384 | B1 | 20070817 | KR 2001-7011610 | | 20010912 |
| US 20030053958 | A1 | 20030320 | US 2002-212149 | | 20020806 |
| US 6756033 | B2 | 20040629 | | | |
| JP 2011201907 | A | 20111013 | JP 2011-119894 | | 20110530 |

```
PRIORITY APPLN. INFO.:                         US 1999-60124999  P  19990318
                                               US 2000-525471    A1 20000315
```

```
                                    EP 2000-920253    A3 20000317
                                    JP 2000-604834     A3 20000317
                                    WO 2000-US40040    W  20000317
PATENT STATUS PATENT INFORMATION:
      PATENT NO.          KIND  STATUS        STATUS DATE
      ---------------     ----  ----------    -----------
      WO 2000054758       A2    Dead          20201106
      WO 2000054758       A3    Dead          20201107
      US 6521212          B1    Dead          20201106
      CA 2365890          A1    Dead          20201106
      CA 2365890          C     Dead          20201107
      AU 2000040827       A     Dead          20201107
      EP 1161234          A2    Dead          20201107
      EP 1161234          B1    Dead          20201106
      JP 4819224          B2    Dead          20201106
      AT 245979           T     Dead          20201107
      EP 1354588          A1    Dead          20201106
      PT 1161234          E     Dead          20201106
      ES 2203449          T3    Dead          20201107
      CN 1196479          C     Dead          20201107
      KR 750384           B1    Dead          20201205
      US 20030053958      A1    Dead          20201106
      US 6756033          B2    Dead          20201107
      JP 2011201907       A     Alive         20201121
OTHER SOURCE(S):        CASFORMULTNS 2000:666586
GI
```



```
AB   A method of delivering benzidene prostaglandins to a patient by
     inhalation  is discussed.  A benzidene prostaglandin known as UT -15
     (I) has unexpectedly superior results when administered by inhalation
     compared to parenterally administered UT -15  in sheep with induced
     pulmonary  hypertension .
IPCI A61K0031-00 [ICM,7]
IPCR A61K0009-12 [I]; A61K0009-00 [I]; A61K0031-00 [I];
     A61K0031-19 [I]; A61K0031-192 [I]; A61K0031-5578 [I]; A61L0009-04 [I];
     A61P0009-00 [I]; A61P0009-12 [I]; A61P0011-00 [I]; A61P0029-00 [I]
CC   63-6 (Pharmaceuticals)
     Section cross-reference(s): 1
ST   benzidine prostaglandin delivery inhalation
IT   Drug delivery systems
         (aerosols; delivering benzidine prostaglandins by inhalation)
IT   Antihypertensives
     Controlled-release drug delivery systems
         (delivering benzidine prostaglandins by inhalation)
```

17

```
IT   Prostaglandins
     RL: BAC (Biological activity or effector, except adverse); BSU (Biological
     study, unclassified); THU (Therapeutic use); BIOL (Biological study); USES
     (Uses)
         (delivering benzidine prostaglandins by inhalation)
IT   Drug delivery systems
         (inhalants; delivering benzidine prostaglandins by inhalation)
IT   Hypertension
         (pulmonary; delivering benzidine prostaglandins by inhalation)
IT   289480-64-4, UT 15
     RL: BAC (Biological activity or effector, except adverse); BSU (Biological
     study, unclassified); THU (Therapeutic use); BIOL (Biological study); USES
     (Uses)
         (pharmaceutical; delivering benzidine prostaglandins by inhalation)


OS.CITING REF COUNT:    1      THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                               (1 CITINGS)
REFERENCE COUNT:        4      THERE ARE 4 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 7 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2021:2500121  HCAPLUS  Full-text
TITLE:                  Inhaled treprostinil and forced vital capacity in
                        patients with interstitial lung disease and
                        associated pulmonary hypertension: a post-hoc
                        analysis of the INCREASE study
AUTHOR(S):              Nathan, Steven D.; Waxman, Aaron; Rajagopal,
                        Sudarshan; Case, Amy; Johri, Shilpa; DuBrock, Hilary;
                        De La Zerda, David J.; Sahay, Sandeep; King,
                        Christopher; Melendres-Groves, Lana; Smith, Peter;
                        Shen, Eric; Edwards, Lisa D.; Nelsen, Andrew; Tapson,
                        Victor F.
CORPORATE SOURCE:       Advanced Lung Disease and Transplant Program, Inova
                        Fairfax Hospital, Falls Church, VA, USA
SOURCE:                 Lancet Respiratory Medicine (2021), 9(11), 1266-1274
                        CODEN: LRMAAU; ISSN: 2213-2600
DIGITAL OBJECT ID:      10.1016/s2213-2600(21)00165-x
PUBLISHER:              Elsevier Ltd.
DOCUMENT TYPE:          Journal; (online computer file)
LANGUAGE:               English
AB   INCREASE was a randomised, placebo-controlled, phase 3 trial that
     evaluated inhaled treprostinil in patients with interstitial lung
     disease (ILD) and assocd. pulmonary hypertension. Treprostinil
     improved exercise capacity from baseline to week 16, assessed with the use
     of a 6-min walk test, compared with placebo.  Improvements in forced vital
     capacity (FVC) were also reported.  The aim of this post-hoc anal. was to
     further characterize the effects of inhaled treprostinil on FVC in the
     overall study population and in various subgroups of interest.  In this
     post-hoc anal., we evaluated FVC changes in the overall study population
     and in various subgroups defined by cause of disease or baseline clin.
     parameters.  The study population included patients aged 18 years and
     older who had a diagnosis of ILD based on evidence of diffuse parenchymal
     lung disease on chest CT done within 6 mo before random assignment
     (not centrally adjudicated).  All analyses were done on the
     intention-to-treat population, defined as individuals who were randomly
     assigned and received at least one dose of study drug.  The INCREASE study
```

is registered with ClinicalTrials.gov, NCT02630316.  Between Feb 3, 2017, and Aug 30, 2019, 326 patients were enrolled in the INCREASE trial.  **Inhaled treprostinil** was assocd. with a placebo-cor. least squares mean improvement in FVC of 28·5 mL (SE 30·1; 95CI -30·8 to 87·7; p=0·35) at week 8 and 44·4 mL (35·4; -25·2 to 114·0; p=0·21) at week 16, with assocd. percentage of predicted FVC improvements of 1·8(0·7; 0·4 to 3·2; p=0·014) and 1·8(0·8; 0·2 to 3·4; p=0·028).  Subgroup anal. of patients with idiopathic interstitial pneumonia showed FVC differences of 46·5 mL (SE 39·9; 95CI -32·5 to 125·5; p=0·25) at week 8 and 108·2 mL (46·9; 15·3 to 201·1; p=0·023) at week 16.  Anal. of patients with idiopathic pulmonary fibrosis showed FVC differences of 84·5 mL (52·7; -20·4 to 189·5; p=0·11) at week 8 and 168·5 mL (64·5; 40·1 to 297·0; p=0·011) at week 16.  The most frequent adverse events included cough, headache, dyspnoea, dizziness, nausea, fatigue, and diarrhoea.  In patients with ILD and assocd. **pulmonary hypertension**, **inhaled treprostinil** was assocd. with improvements in FVC vs. placebo at 16 wk.  This difference was most evident in patients with idiopathic interstitial pneumonia, particularly idiopathic pulmonary fibrosis.  **Inhaled treprostinil** appears to be a promising therapy for idiopathic pulmonary fibrosis that warrants further investigation in a prospective, randomised, placebo-controlled study.United Therapeutics Corporation.

```
CC    1-9 (Pharmacology)
ST    pulmonary hypertension interstitial lung disease treprostinil
      forced vital capacity
IT    INDEXING IN PROGRESS
IT    Cough
      Diarrhea
      Dizziness
      Fatigue, biological
      Headache
      Homo sapiens
      Human
        Interstitial pneumonia
      Nausea
      Paroxysmal dyspnea
        Pulmonary fibrosis
        Pulmonary hypertension
        (effect of treprostinil inhalation on forced vital
        capacity in outcome of patients assocd. with interstitial lung
        disease and pulmonary hypertension)
IT    Interstitial lung disease
        (forced vital capacity; effect of treprostinil
        inhalation on forced vital capacity in outcome of patients
        assocd. with interstitial lung disease and pulmonary hypertension)
IT    81846-19-7
      RL: ADV (Adverse effect, including toxicity); AMX (Analytical matrix); PRP
      (Properties); ANST (Analytical study); BIOL (Biological study)
        (effect of treprostinil inhalation on forced vital
        capacity in outcome of patients assocd. with interstitial lung
        disease and pulmonary hypertension)
OS.CITING REF COUNT:    1    THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                             (1 CITINGS)
```

```
REFERENCE COUNT:        23    THERE ARE 23 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT

L98  ANSWER 8 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2021:361538  HCAPLUS  Full-text
DOCUMENT NUMBER:        174:683189
TITLE:                  Inhaled treprostinil in pulmonary hypertension
                        due to interstitial lung disease
AUTHOR(S):              Waxman, Aaron; Restrepo-Jaramillo, Ricardo; Thenappan,
                        Thenappan; Ravichandran, Ashwin; Engel, Peter; Bajwa,
                        Abubakr; Allen, Roblee; Feldman, Jeremy; Argula,
                        Rahul; Smith, Peter; Rollins, Kristan; Deng,
                        Chunqin; Peterson, Leigh; Bell, Heidi; Tapson,
                        Victor; Nathan, Steven D.
CORPORATE SOURCE:       Brigham and Women's Hospital, Boston, USA
SOURCE:                 New England Journal of Medicine (2021), 384(4),
                        325-334
                        CODEN: NEJMAG; ISSN: 1533-4406
                        URL: http://www.nejm.org/medical-index
DIGITAL OBJECT ID:      10.1056/nejmoa2008470
PUBLISHER:              Massachusetts Medical Society
DOCUMENT TYPE:          Journal; (online computer file)
LANGUAGE:               English
```

AB  The safety and efficacy of **inhaled treprostinil** for patients with this condition are unclear. methods We enrolled patients with interstitial **lung disease** and **pulmonary hypertension** (documented by right heart catheterization) in a multicenter, randomized, double-blind, placebo-controlled, 16-wk trial. Secondary end points included the change in N-terminal pro-B-type natriuretic peptide (NT-proBNP) level at week 16 and the time to clin. worsening. results A total of 326 patients underwent randomization, with 163 assigned to **inhaled treprostinil** and 163 to placebo.  Baseline characteristics were similar in the two groups.  At week 16, the least-squares mean difference between the **treprostinil** group and the placebo group in the change from baseline in the 6-min walk distance was 31.12 m (95% confidence interval [CI], 16.85 to 45.39; P<0.001).  Clin. worsening occurred in 37 patients (22.7%) in the **treprostinil** group as compared with 54 patients (33.1%) in the placebo group (hazard ratio, 0.61; 95% CI, 0.40 to 0.92; P = 0.04 by the log-rank test).  The most frequently reported adverse events were cough, headache, dyspnea, dizziness, nausea, fatigue, and diarrhea. conclusions In patients with **pulmonary hypertension** due to interstitial **lung disease**, **inhaled treprostinil** improved exercise capacity from baseline, assessed with the use of a 6-min walk test, as compared with placebo.

CC  14-4 (Mammalian Pathological Biochemistry)

ST  **pulmonary hypertension** interstitial **lung disease treprostinil** safety **inhalation**

IT  **Breathing (animal)**
    Cardiovascular system
    Cough
    Diarrhea
    Dizziness
    Drug delivery systems
    Drug toxicity
    Dyspnea
    Exercise
    Fatigue, biological

```
            Headache
            Homo sapiens
            Human
               Inhalation breathing
               Interstitial lung disease
            Nausea
            Pharyngeal irritation
               Pulmonary hypertension
            Safety
               (evaluation of safety and efficacy of inhaled
               treprostinil in patients with pulmonary
               hypertension due to interstitial lung disease)
IT     Pain
               (oropharyngeal pain; evaluation of safety and efficacy of
               inhaled treprostinil in patients with
               pulmonary hypertension due to interstitial lung disease)
IT     81846-19-7
               RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
               activity); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
               (evaluation of safety and efficacy of inhaled
               treprostinil in patients with pulmonary
               hypertension due to interstitial lung disease)
IT     7782-44-7, Oxygen, biological studies   686719-75-5
               RL: BSU (Biological study, unclassified); BIOL (Biological study)
               (evaluation of safety and efficacy of inhaled
               treprostinil in patients with pulmonary
               hypertension due to interstitial lung disease)


OS.CITING REF COUNT:       27     THERE ARE 27 CAPLUS RECORDS THAT CITE THIS
                                  RECORD (27 CITINGS)
REFERENCE COUNT:           16     THERE ARE 16 CITED REFERENCES AVAILABLE FOR THIS
                                  RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 9 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:          2020:1825276  HCAPLUS  Full-text
DOCUMENT NUMBER:           173:852490
TITLE:                     Combination therapy with oral treprostinil for
                           pulmonary arterial hypertension: a double-blind
                           placebo-controlled clinical trial
AUTHOR(S):                 White, R. James; Jerjes-Sanchez, Carlos; Meyer, Gisela
                           Martina Bohns; Pulo, Tomas; Sepulveda, Pablo; Wang,
                           Kuo Yang; Grunig, Ekkehard; Hiremath, Shirish; Yu,
                           Zaixin; Gangcheng, Zhang; Yip, Wei Luen James; Zhang,
                           Shuyang; Khan, Akram; Deng, C. Q.; Grover, Rob;
                           Tapson, Victor F.
CORPORATE SOURCE:          FREEDOM-EV Investigators, Division of Pulmonary and
                           Critical Care Medicine and the Mary M. Parkes Center,
                           University of Rochester Medical Center, Rochester, NY,
                           USA
SOURCE:                    American Journal of Respiratory and Critical Care
                           Medicine (2020), 201(6), 707-717
                           CODEN: AJCMED; ISSN: 1073-449X
                           URL: http://www.atsjournals.org/toc/ajrccm/current
DIGITAL OBJECT ID:         10.1164/rccm.201908-1640oc
PUBLISHER:                 American Thoracic Society
DOCUMENT TYPE:             Journal; (online computer file)
```

17/233,061

LANGUAGE:              English

AB    Oral **treprostinil** improves exercise capacity in patients with
      **pulmonary** arterial **hypertension** (**PAH**), but the effect on clin.
      outcomes was unknown.  To evaluate the effect of oral **treprostinil**
      compared with placebo on time to first adjudicated clin. worsening event
      in participants with **PAH** who recently began approved oral monotherapy.
      In this event-driven, double-blind study, we randomly allocated 690
      participants (1:1 ratio) with **PAH** to receive placebo or oral
      **treprostinil** extended-release tablets three times daily.  Eligible
      participants were using approved oral monotherapy for over 30 days before
      randomization and had a 6-min-walk distance 150 m or greater.  The primary
      endpoint was the time to first adjudicated clin. worsening event: death;
      hospitalization due to worsening **PAH**; initiation of **inhaled** or
      parenteral prostacyclin therapy; disease progression; or unsatisfactory
      long-term clin. response.  Clin. worsening occurred in 26% of the oral
      **treprostinil** group compared with 36% of placebo participants (hazard
      ratio, 0.74; 95% confidence interval, 0.56-0.97; P = 0.028).  Key measures
      of disease status, including functional class, Borg dyspnea score, and
      N-terminal pro-brain natriuretic peptide, all favored oral **treprostinil**
      treatment at Week 24 and beyond.  A noninvasive risk stratification anal.
      demonstrated that oral **treprostinil**-assigned participants had a
      substantially higher mortality risk at baseline but achieved a lower risk
      profile from Study Weeks 12-60.  The most common adverse events in the
      oral **treprostinil** group were headache, diarrhea, flushing, nausea, and
      vomiting.  In participants with **PAH**, addn. of oral **treprostinil** to
      approved oral monotherapy reduced the risk of clin. worsening.
CC    1-4 (Pharmacology)
ST    **pulmonary** arterial **hypertension** combination therapy **treprostinil**
IT    Congenital heart disease
      Connective tissue disease
      Death
      Diarrhea
      Dizziness
      Endothelin receptor antagonists
      Exercise
      Flushing
      HIV infection
      Headache
      Homo sapiens
      Mortality rate
      Myalgia
      Natriuretics
      Nausea
      Placebos
        **Pulmonary hypertension**
      Safety
      Therapy
      Vomiting
         (combination therapy with oral **treprostinil** for
         **pulmonary** arterial **hypertension**)
IT    Atrial natriuretic peptide receptors
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
         (combination therapy with oral **treprostinil** for
         **pulmonary** arterial **hypertension**)
IT    **81846-19-7**
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)

22

```
                (combination therapy with oral treprostinil for
           pulmonary arterial hypertension)
OS.CITING REF COUNT:     19    THERE ARE 19 CAPLUS RECORDS THAT CITE THIS
                               RECORD (19 CITINGS)
REFERENCE COUNT:         24    THERE ARE 24 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 10 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:        2020:1323178  HCAPLUS  Full-text
DOCUMENT NUMBER:         177:250247
TITLE:                   Pharmacokinetics of Oral Treprostinil in Children
                         With Pulmonary Arterial Hypertension
AUTHOR(S):               Hopper, Rachel K.; Ivy, D. Dunbar; Yung, Delphine;
                         Mullen, Mary P.; Hanna, Brian D.; Kirkpatrick, Edward;
                         Hirsch, Russel; Austin, Eric D.; Fineman, Jeffrey;
                         Solum, Derek; Deng, C. Q.; Feinstein, Jeffrey A.
CORPORATE SOURCE:        Department of Pediatrics, Lucile Packard Children's
                         Hospital Stanford, Palo Alto, CA, USA
SOURCE:                  Journal of Cardiovascular Pharmacology (2020), 76(1),
                         94-100
                         CODEN: JCPCDT; ISSN: 0160-2446
DIGITAL OBJECT ID:       10.1097/FJC.0000000000000842
PUBLISHER:               Lippincott Williams & Wilkins
DOCUMENT TYPE:           Journal; (online computer file)
LANGUAGE:                English
```

AB  As part of a clin. trial, this study examd. the pharmacokinetics (PK) of
    oral treprostinil (TRE) in children with pulmonary arterial
    hypertension.  The trial consisted of the following 3 cohorts:
    transition from parenteral (cohort 1) or inhaled (cohort 2) TRE, or de
    novo addn. (cohort 3).  Oral TRE was dosed 3 times daily.  PK samples were
    obtained before an oral TRE dose, and at 2, 4, 6, and 8 h thereafter.  The
    PK parameters were calcd. using noncompartmental anal.  Thirty-two
    children (n = 10 in cohorts 1 and 2, n = 12 in cohort 3) were enrolled;
    the median age was 12 years (range 7-17 years), and the median wt. was
    42.2 kg (range 19.3-78 kg).  The median oral TRE dose for all subjects was
    3.8 mg (5.9, 3.5, and 4.0 mg for cohorts 1, 2, and 3, resp.).  The TRE
    concn. vs. time profile demonstrated a peak concn. at a median of 3.8 h
    with wide variability.  In cohort 1, oral dosing led to higher peak (5.9
    ng/mL) and lower trough (1 ng/mL) concns. than parenteral (peak 5.4 ng/mL
    and trough 4.2 ng/mL), but a lower mean concn. (3.61 vs. 4.46 ng/mL),
    likely due to variable metab. and noncomparable dosing.  Both the area
    under the curve and av. concn. were linearly correlated with oral TRE dose
    and dose normalized to body wt., but not with wt. or age alone.  In
    pediatric patients, an increased oral TRE dose or dose frequency may be
    required to minimize PK variability and achieve greater correlation with
    parenteral dosing.

```
CC  1-8 (Pharmacology)
ST  pulmonary arterial hypertension pharmacokinetic treprostinil
IT  Analysis
    Clinical trials
    Homo sapiens
    Human
    Metabolism
    Oral drug delivery systems
    Parenteral drug delivery systems
    Pharmacokinetics
```

23

       **Pulmonary artery hypertension**
        (pharmacokinetics of oral **treprostinil** in children with
       **pulmonary** arterial **hypertension**)
IT   **81846-19-7**
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
       (pharmacokinetics of oral **treprostinil** in children with
       **pulmonary** arterial **hypertension**)
OS.CITING REF COUNT:    1    THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                   (1 CITINGS)
REFERENCE COUNT:      21   THERE ARE 21 CITED REFERENCES AVAILABLE FOR THIS
                  RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 11 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2020:116607  HCAPLUS  Full-text
DOCUMENT NUMBER:        172:511204
TITLE:                  Oral **treprostinil** in transition or as add-on therapy
                      in pediatric **pulmonary** arterial **hypertension**
AUTHOR(S):           Ivy, D. Dunbar; Feinstein, Jeffrey A.; Yung, Delphine;
                      Mullen, Mary P.; Kirkpatrick, Edward C.; Hirsch,
                      Russel; Austin, Eric D.; Fineman, Jeffrey; Truong,
                      Uyen; Solum, Derek; **Deng, C. Q.**; Hopper, Rachel K.
CORPORATE SOURCE:       Children's Hospital of Colorado, Aurora, CO, USA
SOURCE:               Pulmonary Circulation (2019), 9(3), 1-8
                      CODEN: PCUIAX; ISSN: 2045-8940
                      URL: http://www.press.uchicago.edu/ucp/journals/journal/pc.html
DIGITAL OBJECT ID:      10.1177/2045894019856471
PUBLISHER:           Sage Publications
DOCUMENT TYPE:         Journal; (online computer file)
LANGUAGE:             English

AB  In this multicenter study, pediatric patients treated with parenteral or
    **inhaled treprostinil** were transitioned to oral **treprostinil.**
    Prostacyclin-naive individuals on background oral **PAH** therapy received
    oral **treprostinil** as add-on therapy.  Successful transition was oral
    **treprostinil** dose maintenance through week 24.  Patients were monitored
    for adverse events, 6-min walk distance, **PAH** symptoms, World Health
    Organization Functional Class, cardiac magnetic resonance imaging,
    cardiopulmonary exercise testing and quality of life through 24 wk.  A
    total of 32 patients were enrolled in the study; 23 were girls.  All
    patients were on background oral **PAH** therapy.  Overall, patients
    maintained transition to oral **treprostinil**; one patient transitioned to
    oral **treprostinil,** then back to parenteral after experiencing syncope
    and WHO FC change from II to III.  Cohorts 1, 2, and 3 received a final
    mean oral **treprostinil** dose of 5.6, 3.3, and 4.5 mg t.i.d., resp.  All
    cohorts had variable changes in 6MWD, cMRI, and CPET.  Overall, 12 serious
    AEs were reported.  All patients had drug-related AEs including headache,
    diarrhea, nausea, vomiting and flushing.  Pediatric patients maintained
    transition to oral **treprostinil** with preservation of exercise capacity
    and WHO FC.  Prostanoid-related AEs were most common and similar to those
    reported in adults.
CC  1-9 (Pharmacology)
ST  **treprostinil pulmonary** arterial **hypertension** pediatrics oral therapy
IT  Diarrhea
    Gas sparging
    Headache

```
        Homo sapiens
        Human
        Nausea
        Oral drug delivery systems
        Pediatrics
          Pulmonary hypertension
        Therapy
        Toxicity
        Vomiting
            (assessment of safety and tolerability of oral treprostinil
            transition in pediatric pulmonary arterial hypertension)
IT  81846-19-7
        RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
            (assessment of safety and tolerability of oral treprostinil
            transition in pediatric pulmonary arterial hypertension)


REFERENCE COUNT:           18    THERE ARE 18 CITED REFERENCES AVAILABLE FOR THIS
                                 RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 12 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:          2016:989456  HCAPLUS  Full-text
DOCUMENT NUMBER:           168:174575
TITLE:                     A Comprehensive Review of Treprostinil
                           Pharmacokinetics via Four Routes of Administration
AUTHOR(S):                 Kumar, Parag; Thudium, Emily; Laliberte, Kevin;
                           Zaccardelli, David; Nelsen, Andrew
CORPORATE SOURCE:          Research Triangle Park, United Therapeutics
                           Corporation, NC, 27709, USA
SOURCE:                    Clinical Pharmacokinetics (2016), 55(12), 1495-1505
                           CODEN: CPKNDH; ISSN: 0312-5963
DIGITAL OBJECT ID:         10.1007/s40262-016-0409-0
PUBLISHER:                 Springer International Publishing AG
DOCUMENT TYPE:             Journal; General Review; (online computer file)
LANGUAGE:                  English
AB  Treprostinil is available in three different formulations and four
    different routes of administration: Remodulin (treprostinil sodium, i.v.
    and s.c. administration), Tyvaso (treprostinil sodium, inhaled
    administration), and Orenitram (treprostinil diolamine, oral
    administration) for the treatment of pulmonary arterial hypertension
    (PAH). Pharmacokinetic studies have been performed in healthy
    volunteers and patients with PAH. The intent of this review is to
    outline pharmacokinetic considerations of the three treprostinil
    formulations and provide clinicians with a resource that may support clin.
    decisions in treating patients with PAH.
CC  1-0 (Pharmacology)
ST  review treprostinil pharmacokinetics
IT  Homo sapiens
    Human
    Pharmacokinetics
      Pulmonary hypertension
        (comprehensive review of treprostinil pharmacokinetics
        through four routes of administration)
IT  81846-19-7, Treprostinil
    RL: PAC (Pharmacological activity); PKT (Pharmacokinetics); THU
    (Therapeutic use); BIOL (Biological study); USES (Uses)
        (comprehensive review of treprostinil pharmacokinetics
```

```
                 through four routes of administration)
OS.CITING REF COUNT:      18    THERE ARE 18 CAPLUS RECORDS THAT CITE THIS
                                RECORD (19 CITINGS)
REFERENCE COUNT:          39    THERE ARE 39 CITED REFERENCES AVAILABLE FOR THIS
                                RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L98  ANSWER 13 OF 42  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2009:587769  HCAPLUS  Full-text
DOCUMENT NUMBER:          150:523712
TITLE:                    Inhalation  formulations of treprostinil
INVENTOR(S):              Cloutier, Gilles; Crow, James; Wade, Michael; Parker,
                          Richard E.; Loyd, James E.
PATENT ASSIGNEE(S):       United  Therapeutics  Corp., USA
SOURCE:                   U.S. Pat. Appl. Publ., 43pp.
                          CODEN: USXXCO
DOCUMENT TYPE:            Patent
LANGUAGE:                 English
FAMILY ACC. NUM. COUNT:   2
PATENT INFORMATION:
       PATENT NO.         KIND  DATE       APPLICATION NO.        DATE
       --------------     ----  --------   --------------------   --------
       US 20090124697     A1    20090514   US 2008-232611         20080919
       US 20050165111     A1    20050728   US 2004-12723          20041216
       US 8765813         B2    20140701
       CN 101647792       A     20100217   CN 2009-10164568       20041216
       CN 101647792       B     20121128
       JP 2013047235      A     20130307   JP 2012-217695         20120928
       US 20150164834     A1    20150618   US 2015-14629938       20150224
       US 9713599         B2    20170725
       US 20180042876     A1    20180215   US 2017-15657933       20170724
       US 10076505        B2    20180918
       US 20190231722     A1    20190801   US 2018-16131248       20180914
       US 10695308        B2    20200630
       US 20200230089     A1    20200723   US 2020-16842000       20200407
       US 20210177787     A1    20210617   US 2021-17185370       20210225
PRIORITY APPLN. INFO.:                     US 2003-60529622   P   20031216
                                           US 2004-12723      A2  20041216
                                           CN 2004-80041780   A3  20041216
                                           JP 2006-545436     A3  20041216
                                           US 2008-232611     A1  20080919
                                           US 2015-14629938   A1  20150224
                                           US 2017-15657933   A1  20170724
                                           US 2018-16131248   A1  20180914
                                           US 2020-16842000   A1  20200407

PATENT STATUS PATENT INFORMATION:
       PATENT NO.         KIND  STATUS        STATUS DATE
       --------------     ----  ------------  -----------
       US 20090124697     A1    Dead          20201121
       US 20050165111     A1    Alive         20201121
       US 8765813         B2    Alive         20201121
       CN 101647792       A     Dead          20201121
       CN 101647792       B     Dead          20201121
       JP 2013047235      A     Alive         20201120
       US 20150164834     A1    Alive         20201120
       US 9713599         B2    Alive         20201121
       US 20180042876     A1    Alive         20201121
```

```
      US 10076505        B2    Alive         20201121
      US 20190231722     A1    Alive         20201120
      US 10695308        B2    Alive         20201121
      US 20200230089     A1    Dead          20210624
      US 20210177787     A1    Alive         20220317
```
ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT
OTHER SOURCE(S):      CASFORMULTNS 2009:587769
AB    The present invention describes novel methods for using **treprostinil**  or
      its deriv., or a pharmaceutically acceptable salt thereof, for the
      treatment and/or prevention of ischemic lesions, such as digital ulcers,
      in subjects with scleroderma (including systemic sclerosis), Buerger's
      disease, Raynaud's disease, Raynaud's phenomenon and/or other conditions
      that cause such lesions.  The invention also relates to kits for treatment
      and/or prevention of ischemic lesions, comprising an effective amt. of
      **treprostinil** .  **Inhalation**  solns. were prepd. by combining 1.25 g
      sodium citrate, 0.125 citric acid, 0.05 g NaOH, 0.125 g of **UT  -15** , and
      approx. 250 mL water for injection.
INCL  514569000
IPCI  A61K0031-192 [I]
IPCR  A61K0031-192 [I]
NCL   514/569.000
CC    63-6 (Pharmaceuticals)
      Section cross-reference(s): 1
ST    **inhalation**  formulation **treprostinil**
IT    Human
          **Inhalation drug delivery systems**
      Ischemia
          **Medical inhalers**
      Pharmaceutical aerosols
      Physiological saline solutions
          **Pulmonary hypertension**
      Raynaud **disease**
      Scleroderma
      Thromboangiitis obliterans
          (**inhalation** formulations of **treprostinil**)
IT    **81846-19-7, Treprostinil   289480-64-4,**
      Remodulin
      RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
      (Biological study); USES (Uses)
          (**inhalation** formulations of **treprostinil**)
IT    68-04-2, Sodium citrate   77-92-9, Citric acid, biological studies
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
          (**inhalation** formulations of **treprostinil**)
OS.CITING REF COUNT:     1      THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                                (1 CITINGS)



L98  ANSWER 14 OF 42  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2022-68814U [2022052]   WPIX Full-text
CROSS REFERENCE:      2014-T51252; 2015-57313Q; 2017-18608G; 2017-64800U;
                      2019-373075; 2019-717772; 2021-68301C
TITLE:                Composition useful for treating **pulmonary** arterial
                      **hypertension** comprises potassium salt of **treprostinil**
                      in a chemically-stable crystalline solid form
```

17/233,061

```
DERWENT CLASS:          B05; B07
INVENTOR:               BATRA H; SHARMA V; YANG S; ZHANG Y
PATENT ASSIGNEE:        (UNED-C) UNITED THERAPEUTICS CORP
COUNTRY COUNT:          1
```

PATENT INFORMATION:

```
    PATENT NO       KIND DATE      WEEK     LA  PG
    ---------------------------------------------------------
    US 20220153675  A1 20220519 (2022052)* EN
```

APPLICATION DETAILS:

```
    PATENT NO       KIND                 APPLICATION     DATE
    ----------------------------------------------------------------
    US 20220153675 A1                    US 2022-588968 20220131
    US 20220153675 A1 Provisional        US 2013-791015P 20130315
    US 20220153675 A1 Cont of            US 2020-107643 20201130
    US 20220153675 A1 Cont of            US 2019-399682 20190430
    US 20220153675 A1 Cont of            US 2018-995372 20180601
    US 20220153675 A1 Cont of            US 2017-614801 20170606
    US 20220153675 A1 Cont of            US 2016-359941 20161123
    US 20220153675 A1 Cont of            US 2015-634131 20150227
    US 20220153675 A1 Cont of            US 2014-202618 20140310
```

FILING DETAILS:

```
    PATENT NO       KIND                 PATENT NO
    -------------------------------------------------------
    US 20220153675 A1      Cont of       US 9701611 B
    US 20220153675 A1      Cont of       US 9988334 B
    US 20220153675 A1      Cont of       US 11236035 B
```

```
PRIORITY APPLN. INFO: US 2022-588968     20220131
                      US 2020-107643     20201130
                      US 2019-399682     20190430
                      US 2018-995372     20180601
                      US 2017-614801     20170606
                      US 2016-359941     20161123
                      US 2015-634131     20150227
                      US 2014-202618     20140310
                      US 2013-791015P    20130315
```

```
AB   US 20220153675 A1       UPAB 20220701
     NOVELTY - Composition comprises at least 30 g of a potassium salt of
     treprostinil in a chemically-stable crystalline solid form.
         ACTIVITY - Hypotensive; Respiratory-Gen.
         MECHANISM OF ACTION - None given.
         USE - The composition is useful for treating pulmonary arterial
     hypertension.
     Test details are described but no results given.
         ADVANTAGE - The composition: is economical, efficient and
     simplified.
```

```
L98  ANSWER 15 OF 42  WPIX COPYRIGHT 2022  CLARIVATE on STN
ACCESSION NUMBER:    2021-B8234A [2022016]   WPIX Full-text
CROSS REFERENCE:     2014-U16344; 2018-000283; 2020-18899Y
```

17/233,061

```
TITLE:                  Composition used as medicament for injection such as
                        subcutaneous or intramuscular injection, and used for
                        treating pulmonary hypertension, comprises polymer,
                        where backbone of polymer comprises drug moieties that
                        are covalently bonded to each other, and drug moieties
                        comprise treprostinil moieties
DERWENT CLASS:          A96; B05; B07; D21; D22
INVENTOR:               LAING P
PATENT ASSIGNEE:        (UNED-C) UNITED THERAPEUTICS CORP
COUNTRY COUNT:          1
```

PATENT INFORMATION:

```
    PATENT NO      KIND DATE      WEEK      LA  PG
    --------------------------------------------------------
    US 20210317066  A1 20211014 (2022016)* EN
```

APPLICATION DETAILS:

```
    PATENT NO       KIND               APPLICATION      DATE
    ----------------------------------------------------------------
    US 20210317066 A1                  US 2021-17316094 20210510
    US 20210317066 A1 Provisional      US 2013-817462P 20130430
    US 20210317066 A1 Cont of          US 2019-667159 20191029
    US 20210317066 A1 Div Ex           US 2017-698852 20170908
    US 20210317066 A1 Div Ex           US 2014-264392 20140429
```

FILING DETAILS:

```
    PATENT NO       KIND           PATENT NO
    ------------------------------------------------------
    US 20210317066 A1     Div Ex       US 9758465 B
    US 20210317066 A1     Div Ex       US 10494327 B
    US 20210317066 A1     Cont of      US 11001551 B
```

```
PRIORITY APPLN. INFO: US 2021-17316094    20210510
                      US 2019-667159      20191029
                      US 2017-698852      20170908
                      US 2014-264392      20140429
                      US 2013-817462P     20130430
AB   US 20210317066 A1       UPAB 20220225
    NOVELTY - Composition comprises a polymer, where a backbone of the polymer
    comprises a drug moieties that are covalently bonded to each other, and
    the drug moieties comprise treprostinil moieties.
         ACTIVITY - Hypotensive; Respiratory-Gen.; Cardiovascular-Gen.;
    Vasotropic; Dermatological; Cardiant; Cerebroprotective; Nephrotropic;
    Antiulcer; Antiinflammatory; Thrombolytic; Anticoagulant;
    Antiarteriosclerotic; Antipsoriatic; Gynecological; Cytostatic.
         MECHANISM OF ACTION - No biological data given.
         USE - The composition is useful as medicament for injection such as
    subcutaneous or intramuscular injection, and for implant, and used for
    treating pulmonary hypertension, schemic diseases e.g., peripheral
    vascular disease including peripheral arterial disease, Raynaud's
    phenomenon including Raynaud's disease and Raynaud's syndrome, scleroderma
    including systemic sclerosis, myocardial ischemia, ischemic stroke, renal
    insufficiency), ischemic ulcers including digital ulcers, heart failure
```

(including congestive heart failure), portopulmonary **hypertension**, interstitial **lung disease**, idiopathic **pulmonary** fibrosis, **conditions** requiring anticoagulation (e.g., post myocardial infarction, post cardiac surgery), thrombotic microangiopathy, extracorporeal circulation, central retinal vein occlusion, atherosclerosis, inflammatory diseases, psoriasis, hypertension (e.g., preeclampsia), reproduction and parturition, cancer or other conditions of unregulated cell growth, cell/tissue preservation.
No biological data given.
          ADVANTAGE - The composition is safe and non-toxic.


L98  ANSWER 16 OF 42  WPIX COPYRIGHT 2022    CLARIVATE on STN
ACCESSION NUMBER:     2020-18899Y [2020022]   WPIX Full-text
CROSS REFERENCE:      2014-U16344; 2018-000283; 2021-B8234A
TITLE:                Treating **pulmonary hypertension**, comprises
                      administering composition comprising many releasable
                      **treprostinil** moieties
DERWENT CLASS:        A96; B05; B07
INVENTOR:             LAING P
PATENT ASSIGNEE:      (UNED-C) **UNITED THERAPEUTICS CORP**
COUNTRY COUNT:        1

PATENT INFORMATION:

    PATENT NO       KIND DATE      WEEK      LA PG
    ------------------------------------------------------
    US 20200062691  A1 20200227 (2020022)* EN 22[7]
    US 11001551     B2 20210511 (2021041)  EN

APPLICATION DETAILS:

    PATENT NO        KIND                 APPLICATION    DATE
    ---------------------------------------------------------------
    US 20200062691 A1                     US 2019-16667159 20191029
    US 20200062691 A1 Provisional         US 2013-817462P 20130430
    US 20200062691 A1 Div Ex              US 2017-698852 20170908
    US 20200062691 A1 Div Ex              US 2014-264392 20140429
    US 11001551 B2 Provisional            US 2013-817462P 20130430
    US 11001551 B2 Div Ex                 US 2014-264392 20140429
    US 11001551 B2 Div Ex                 US 2017-698852 20170908
    US 11001551 B2                        US 2019-16667159 20191029

FILING DETAILS:

    PATENT NO      KIND             PATENT NO
    ------------------------------------------------------
    US 20200062691 A1     Div Ex       US 9758465 B
    US 20200062691 A1     Div Ex       US 10494327 B
    US 11001551 B2        Previous Publ US 2020062691 A
    US 11001551 B2        Div Ex       US 10494327 B
    US 11001551 B2        Div Ex       US 9758465 B

PRIORITY APPLN. INFO: US 2019-16667159    20191029
                      US 2017-698852      20170908
                      US 2014-264392      20140429
                      US 2013-817462P     20130430

AB   US 20200062691 A1      UPAB 20200317
     NOVELTY - Treating **pulmonary hypertension** in a patient, comprises
administering a composition comprising many releasable **treprostinil**
moieties, where at least some **treprostinil** moieties are covalently
attached to each other through at least one hydroxy group of one
**treprostinil** moiety and at least one carboxylic acid group of another
**treprostinil** moiety, thus forming a polymer.
          ACTIVITY - Hypotensive; Respiratory-Gen.
          MECHANISM OF ACTION - None given.
          USE - The method is useful for treating **pulmonary hypertension**
in a patient. No biological data given.
          ADVANTAGE - The method utilizes the composition which: exhibits
accelerating release of the drug moiety; is stable; achieves favorable
pharmacokinetics with minimal peak-to-trough variation of drug
concentration in the blood; and is non-toxic.

L98  ANSWER 17 OF 42  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2018-000283 [201804]   WPIX Full-text
CROSS REFERENCE:      2014-U16344; 2020-18899Y; 2021-B8234A
TITLE:                Producing drug release polymer for treating **conditions**
                      e.g. **pulmonary hypertension** in mammalian patient,
                      involves esterifying drug moiety comprising carboxylic
                      acid group and hydroxyl group in presence of coupling
                      agent and catalyst
DERWENT CLASS:        A25; A96; B02; B05; B07
INVENTOR:             LAING P
PATENT ASSIGNEE:      (UNED-C) **UNITED THERAPEUTICS CORP**
COUNTRY COUNT:        1

PATENT INFORMATION:

     PATENT NO      KIND DATE     WEEK     LA  PG
     ---------------------------------------------------------
     US 20170369416 A1 20171228 (201804) * EN 23[7]
     US 10494327    B2 20191203 (201998)   EN

APPLICATION DETAILS:

     PATENT NO      KIND              APPLICATION     DATE
     -------------------------------------------------------------
     US 20170369416 A1                US 2017-15698852 20170908
     US 20170369416 A1 Provisional    US 2013-817462P 20130430
     US 20170369416 A1 Div Ex         US 2014-264392 20140429
     US 10494327 B2 Provisional       US 2013-817462P 20130430
     US 10494327 B2 Div Ex            US 2014-264392 20140429
     US 10494327 B2                   US 2017-698852 20170908

FILING DETAILS:

     PATENT NO      KIND              PATENT NO
     ----------------------------------------------------
     US 20170369416 A1    Div Ex      US 9758465 B
     US 10494327 B2       Previous Publ  US 2017369416 A
     US 10494327 B2       Div Ex      US 9758465 B

PRIORITY APPLN. INFO: US 2017-15698852     20170908

```
                  US 2014-264392        20140429
                  US 2013-817462P       20130430
AB  US 20170369416 A1      UPAB 20180626
```
NOVELTY - Method (M1) for producing a drug release polymer, involves esterifying a drug moiety comprising at least one carboxylic acid group and hydroxyl group in presence of a coupling agent and a catalyst.

DETAILED DESCRIPTION - An INDEPENDENT CLAIM is included for method (M2) of treating, controlling, delaying or preventing one or more conditions in a mammalian patient, which involves administering a pharmaceutical composition comprising releasable drug moieties to the patient, where at least some drug moieties are covalently attached to each other through at least one hydroxyl group of one drug moiety and carboxylic acid group of another drug moiety, thus forming the polymer.

ACTIVITY - Hypotensive; Respiratory-Gen.; Vasotropic; Antiulcer; Cardiant; Cardiovascular-Gen.; Antiinflammatory; Thrombolytic; Anticoagulant; Ophthalmological; Antiarteriosclerotic. No biological data given.

MECHANISM OF ACTION - None given.

USE - The method is useful for producing a drug release polymer, which is used for treating, controlling, delaying or preventing one or more conditions in a mammalian patient (all claimed). The conditions are chosen from **pulmonary hypertension**, ischemic **diseases**, ischemic ulcers including digital ulcers, heart failure (including congestive heart failure), portopulmonary **hypertension**, interstitial **lung disease**, idiopathic **pulmonary** fibrosis, and **conditions** requiring thrombotic microangiopathy, extracorporeal circulation, central retinal vein occlusion, atherosclerosis, and inflammatory diseases.

```
L98  ANSWER 18 OF 42  WPIX COPYRIGHT 2022  CLARIVATE on STN
ACCESSION NUMBER:     2014-U16344 [201474]  WPIX Full-text
CROSS REFERENCE:      2018-000283; 2020-18899Y; 2021-B8234A
TITLE:                Composition, useful for treating e.g. cancer, comprises
                      set of releasable drug moieties that are covalently
                      attached to each other through hydroxyl group of one drug
                      moiety and carboxylic acid group of another drug moiety
                      to form polymer
DERWENT CLASS:        A96; B02; B05; B07
INVENTOR:             LAING P
PATENT ASSIGNEE:      (UNED-C) UNITED THERAPEUTICS CORP; (UNTH-N) UNITED
                      THERAPEUTICS CORP
COUNTRY COUNT:        130
```

PATENT INFORMATION:

```
     PATENT NO     KIND DATE     WEEK      LA  PG
     -----------------------------------------------------------
     US 20140323567  A1 20141030 (201474) * EN 23[7]
     WO 2014179295   A1 20141106 (201474)   EN
     CA 2911172      A1 20141106 (201576)   EN
     IN 2015DN10258  A  20160205 (201613)   EN
     EP 2991639      A1 20160309 (201618)   EN
     CN 105407883    A  20160316 (201623)   EN
     JP 2016518390   T  20160623 (201642)   JA 31
     EP 2991639      A4 20161130 (201679)   EN
     US 9758465      B2 20170912 (201761)   EN
     JP 6594857      B2 20191023 (201983)   JA 30
```

```
      CA 2911172     C  20211019 (2021088)  EN
      IN 202018055975 A  20211022 (2021095)  EN

PRIORITY APPLN. INFO: US 2014-14264392     20140429
                      US 2013-817462P      20130430
                      WO 2014-US35849      20140429
```

AB   US 20140323567 A1      UPAB 20180320
     NOVELTY - Composition comprises a set of releasable drug moieties each
     comprising at least one carboxylic acid group and at least one hydroxyl
     group, where at least some drug moieties are covalently attached to each
     other through the hydroxyl group of one drug moiety and the carboxylic
     acid group of another drug moiety to form a polymer.
          DETAILED DESCRIPTION - INDEPENDENT CLAIMS are included for:
          (1) producing a drug release polymer comprising esterifying the drug
     moiety in the presence of a coupling agent and a catalyst; and
          (2) treating, controlling, delaying or preventing one or more
     conditions in a mammalian patient in need of the treatment comprising
     administering a diagnostically and/or therapeutically effective amount of
     the composition to the patient.
          ACTIVITY - Cytostatic; Antiarthritic; Antirheumatic;
     Antiinflammatory; Gastrointestinal-Gen.; Neuroprotective; Nootropic;
     Antiparkinsonian; Hypotensive; Respiratory-Gen.; Vasotropic;
     Dermatological; Cardiant; Cerebroprotective; Nephrotropic;
     Cardiovascular-Gen.; Thrombolytic; Anticoagulant; Ophthalmological;
     Antiarteriosclerotic; Antipsoriatic; Gynecological.
          MECHANISM OF ACTION - None given.
          USE - The composition is useful for treating cancer, inflammatory
     disease such as rheumatoid arthritis, inflammatory bowel disease such as
     Crohn's disease, neurological disease such as Alzheimers disease and
     Parkinsons **disease**, **pulmonary hypertension**, ischemic **diseases** e.g.
     peripheral arterial disease, Raynauds syndrome, scleroderma e.g. systemic
     sclerosis, myocardial ischemia, ischemic stroke, renal insufficiency,
     congestive heart failure, portopulmonary **hypertension**, interstitial
     **lung disease**, idiopathic **pulmonary** fibrosis, thrombotic
     microangiopathy, central retinal vein occlusion, atherosclerosis,
     inflammatory diseases e.g. **chronic** obstructive **pulmonary disease**,
     psoriasis, and hypertension e.g. preeclampsia. No biological data given.
          ADVANTAGE - The composition has no toxicity.

```
L98  ANSWER 19 OF 42  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:    2014-T51252 [201469]   WPIX Full-text
CROSS REFERENCE:     2015-57313Q; 2017-18608G; 2017-64800U; 2019-373075;
                     2019-717772; 2021-68301C; 2022-68814U
TITLE:               New treprostinil salts, useful for the treatment of
                     pulmonary arterial hypertension in patients
DERWENT CLASS:       B05
INVENTOR:            BATRA H; SHARMA V; YANG S; ZHANG Y
PATENT ASSIGNEE:     (UNED-C) UNITED THERAPEUTICS CORP; (UNTH-N) UNITED
                     THERAPEUTICS CORP
COUNTRY COUNT:       130

PATENT INFORMATION:

     PATENT NO     KIND DATE     WEEK    LA PG
     ----------------------------------------------------------
     US 20140275616  A1 20140918 (201469) * EN 24[3]
```

33

```
WO 2014150203  A1 20140925 (201470)   EN
CA 2904598     A1 20140925 (201569)   EN
KR 2015128903  A  20151118 (201581)   EN
CN 105189434   A  20151223 (201605)   EN
EP 2970081     A1 20160120 (201607)   EN
IN 2015DN07540 A  20160115 (201613)   EN
JP 2016516693  T  20160609 (201639)   JA 44
JP 2019052152  A  20190404 (201926)   JA 48
CN 109608326   A  20190412 (201929)   ZH
KR 2021063453  A  20210601 (2021046)  KO
CA 2904598     C  20211005 (2021084)  EN
KR 2405650     B1 20220603 (2022047)  KO
```

PRIORITY APPLN. INFO: US 2014-14202618      20140310
                      US 2013-791015P       20130315
AB   US 20140275616 A1      UPAB 20141028
     NOVELTY - **Treprostinil** salts (I) are new.
          DETAILED DESCRIPTION - **Treprostinil** salts of formula (I) are new.
          X = salt counterion.
          An INDEPENDENT CLAIM is included for a method for preparing (I).
          ACTIVITY - Hypotensive.
          MECHANISM OF ACTION - None given.
          USE - (I) are useful for the treatment of **pulmonary** arterial
     **hypertension** in patients with New York heart association Class II, III
     and IV symptoms to diminish symptoms associated with exercise. No
     biological data given.
          ADVANTAGE - (I) can be simply, economically and efficiently prepared
     with high purity, yield of greater than 90% and melting point and improved
     storage stability and aqueous solubility and without using excessive
     amounts of reagents and catalyst and tedious chromatographic purification
     techniques in a feasible and robust manner.


L98  ANSWER 20 OF 42  WPIX COPYRIGHT 2022  CLARIVATE on STN
ACCESSION NUMBER:     2013-P28834 [201365]   WPIX Full-text
CROSS REFERENCE:      2011-L73280
TITLE:                Treating **pulmonary hypertension** and reducing side
                      effect of **pulmonary hypertension** treatment, comprises
                      co-administering oral therapeutic agent (beraprost) and
                      **inhaled** therapeutic agent (**treprostinil**) to subject
DERWENT CLASS:        B02
INVENTOR:             ROTHBLATT M A; RUBIN L J
PATENT ASSIGNEE:      (UNED-C) **UNITED THERAPEUTICS CORP**
COUNTRY COUNT:        1

PATENT INFORMATION:

     PATENT NO      KIND DATE      WEEK      LA  PG
     --------------------------------------------------------
     US 20130253049 A1 20130926 (201365) * EN 6[0]
     US 8969409     B2 20150303 (201517)   EN

APPLICATION DETAILS:

     PATENT NO      KIND          APPLICATION     DATE
     ----------------------------------------------------------------
     US 20130253049 A1                US 2013-13899734 20130522

34

```
US 20130253049 A1 Provisional          US 2010-282659P 20100315
US 20130253049 A1 Cont of              US 2011-47033 20110314
US 8969409 B2 Provisional              US 2010-282659P 20100315
US 8969409 B2 Cont of                  US 2011-47033 20110314
US 8969409 B2                          US 2013-13899734 20130522
```

FILING DETAILS:

```
    PATENT NO       KIND              PATENT NO
    ------------------------------------------------------
    US 8969409 B2        Cont of      US 8609728 B
```

PRIORITY APPLN. INFO: US 2013-13899734     20130522
                      US 2011-47033        20110314
                      US 2010-282659P      20100315

AB   US 20130253049 A1     UPAB 20131011
     NOVELTY - Treating **pulmonary hypertension** and reducing side effect of
     **pulmonary hypertension** treatment administered by subcutaneous or
     intravenous delivery, comprises co-administering an oral therapeutic agent
     and an **inhaled** therapeutic agent to a subject, where the oral
     therapeutic agent comprises beraprost or its salt and the **inhaled**
     therapeutic agent comprises **treprostinil** or its salt.
          ACTIVITY - Hypotensive; **Respiratory**-Gen.; **Hypertensive**;
     Antimicrobial; Anticoagulant; Analgesic.
          MECHANISM OF ACTION - None given.
          USE - The method is useful for treating **pulmonary hypertension**
     and reducing a side effect of the **pulmonary hypertension** treatment in
     a subject such as human being, where the side effect includes systemic
     hypotension, infection, thrombosis, site infusion pain, sudden infusion
     interruption resulting in death and leg pain (all claimed). Tests details
     are described but no results given.

L98  ANSWER 21 OF 42  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:      2008-A78187 [200805]    WPIX Full-text
TITLE:                 Treating **pulmonary hypertension** comprises
                       administering to a subject **treprostinil** by a metered
                       dose **inhaler**
DERWENT CLASS:         B05; B07
INVENTOR:              CARL S; HORST O; LEWIS; OLSCHEWSKI H; ROBERT R; ROBERT V;
                       ROSCIGNO R; RUBIN L; RUBIN L J; SCHIMMEL T; SCHMEHL T;
                       SEEGER W; STERRITT C; THOMAS S; VOSWINCKEL R; WERNER S
PATENT ASSIGNEE:       (UNED-C) **UNITED THERAPEUTICS CORP**
COUNTRY COUNT:         120

PATENT INFORMATION:

    PATENT NO       KIND DATE     WEEK      LA  PG
    ----------------------------------------------------------
    WO 2007134292   A2 20071122 (200805)  * EN 49[12]
    WO 2007134292   A3 20080110 (200805)    EN
    US 20080200449  A1 20080821 (200857)    EN
    EP 2026816      A2 20090225 (200916)    EN
    KR 2009007797   A  20090120 (200929)    KO
    IN 2008DN10147  A  20090515 (200951)    EN
    CA 2654492      A1 20071122 (200952)    EN
    CN 101495122    A  20090729 (200952)    ZH
```

```
       JP 2009537246    T  20091029 (200971)    JA 39
       US 20100076083  A1  20100325 (201022)    EN
       CN 101495122     B  20111005 (201178)    ZH
       US 20120216801  A1  20120830 (201257)    EN
       KR 1390579      B1  20140519 (201435)    KO
       JP 2014114269    A  20140626 (201458)    JA 39
       JP 5797376      B2  20151021 (201570)    JA 34
       JP 2016006066    A  20160114 (201606)    JA 42
       US 9339507      B2  20160517 (201633)    EN
       US 20160143868  A1  20160526 (201636)    EN
       US 9358240      B2  20160607 (201638)    EN
       CA 2654492       C  20170627 (201747)    EN
       EP 2026816      B1  20181024 (201871)    EN
       JP 2019112434    A  20190711 (201953)    JA 27
       US 10376525     B2  20190813 (201961)    EN
       ES 2707548      T3  20190404 (201963)    ES
       US 20190365778  A1  20191205 (201994)    EN
       US 20200171044  A1  20200604 (2020047)   EN
       US 10716793     B2  20200721 (2020060)   EN
       US 20220008436  A1  20220113 (2022007)   EN
       US 11357782     B2  20220614 (2022051)   EN
       US 20220218720  A1  20220714 (2022059)   EN


PRIORITY APPLN. INFO: US 2006-800016P      20060515
                      US 2007-748205       20070514
                      US 2009-591200       20091112
                      US 2012-469854       20120511
                      US 2016-11999        20160201
                      US 2019-536954       20190809
                      US 2020-16778662     20200131
                      US 2021-486721       20210927
                      US 2022-707651       20220329
AB  WO 2007134292 A2        UPAB 20200731
```

NOVELTY - Treating **pulmonary hypertension** comprises administering to a subject **treprostinil** or **treprostinil** derivative, or its pharmaceutical salt by a metered dose **inhaler**.

DETAILED DESCRIPTION - INDEPENDENT CLAIMS are:

(1) a method of delivering to a subject a therapeutic amount of **treprostinil**, or **treprostinil** derivative or its pharmaceutical salt;

(2) a kit, for treating **pulmonary hypertension**, comprising (i) a metered dose **inhaler** containing a pharmaceutical formulation comprising **treprostinil** or **treprostinil** derivative, or its pharmaceutical salt, and (ii) instructions for use of in treating **pulmonary hypertension**; and

(3) a kit comprising a metered dose **inhaler** containing a pharmaceutical formulation comprising **treprostinil** or treprosfinil derivative, or its pharmaceutical salt.

ACTIVITY - Respiratory-Gen. No biological data given.

MECHANISM OF ACTION - None Given.

USE - The method, composition, and kit are useful for treating **pulmonary hypertension** (claimed).

```
L98  ANSWER 22 OF 42     MEDLINE ® on STN           DUPLICATE 1
ACCESSION NUMBER:   2025565800     MEDLINE  Full-text
DOCUMENT NUMBER:     PubMed ID: 35514770
```

```
TITLE:                  BREEZE: Open-label clinical study to evaluate the safety
                        and tolerability of treprostinil inhalation powder as
                        Tyvaso DPI® in patients with pulmonary arterial
                        hypertension.
AUTHORS IN PUB ORD:     Spikes Leslie A; Bajwa Abubakr A; Burger Charles D; Desai
                        Sapna V; Eggert Michael S; El-Kersh Karim A; Fisher Micah
                        R; Johri Shilpa; Joly Joanna M; Mehta Jinesh; Palevsky
                        Harold I; Ramani Gautam V; Restrepo-Jaramillo Ricardo;
                        Sahay Sandeep; Shah Trushil G; Deng Chunqin; Miceli
                        Melissa; Smith Peter; Shapiro Shelley M
AUTHOR:                 Spikes Leslie A
AUTHOR IDENTIFIERS:     ORCID: https://orcid.org/0000-0002-0782-9730
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine University of Kansas
                        Medical Center Kansas City Kansas USA.
AUTHOR:                 Bajwa Abubakr A
CORPORATE SOURCE:       Pulmonary Medicine Ascension St. Vincent's Hospital
                        Southside Jacksonville Florida USA.
AUTHOR:                 Burger Charles D
CORPORATE SOURCE:       Pulmonary Medicine Mayo Clinic Jacksonville Florida USA.
AUTHOR:                 Desai Sapna V
CORPORATE SOURCE:       Heart Failure and Transplantation Cardiology Ochsner
                        Medical Center New Orleans Louisiana USA.
AUTHOR:                 Eggert Michael S
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine Sentara Heart Hospital
                        Norfolk Virginia USA.
AUTHOR:                 El-Kersh Karim A
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine University of Nebraska
                        Medical Center Omaha Nebraska USA.
AUTHOR:                 Fisher Micah R
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine Emory University
                        School of Medicine Atlanta Georgia USA.
AUTHOR:                 Johri Shilpa
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine Henrico Doctors'
                        Hospital and Bon Secours St. Francis Medical Center
                        Richmond Virginia USA.
AUTHOR:                 Joly Joanna M
CORPORATE SOURCE:       Cardiology, Heart Failure and Transplantation Cardiology
                        University of Alabama at Birmingham Birmingham Alabama USA.
AUTHOR:                 Mehta Jinesh
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine The Cleveland Clinic
                        Weston Florida USA.
AUTHOR:                 Palevsky Harold I
CORPORATE SOURCE:       Pulmonary Medicine University of Pennsylvania Philadelphia
                        Pennsylvania USA.
AUTHOR:                 Ramani Gautam V
CORPORATE SOURCE:       Cardiology University of Maryland School of Medicine
                        Baltimore Maryland USA.
AUTHOR:                 Restrepo-Jaramillo Ricardo
CORPORATE SOURCE:       Pulmonology and Critical Care Medicine University of South
                        Florida College of Medicine Tampa Florida USA.
AUTHOR:                 Sahay Sandeep
AUTHOR IDENTIFIERS:     ORCID: https://orcid.org/0000-0002-0672-1680
CORPORATE SOURCE:       Pulmonary Hypertension and Pulmonary Critical Care Houston
                        Methodist Hospital Houston Texas USA.
AUTHOR:                 Shah Trushil G
CORPORATE SOURCE:       Pulmonary and Critical Care Medicine University of Texas
```

Southwestern Medical Center Dallas Texas USA.
AUTHOR:              **Deng Chunqin**; **Smith Peter**
CORPORATE SOURCE:    Clinical Product Development **United Therapeutics**
                     Corporation Research Triangle Park North Carolina USA.
AUTHOR:              Miceli Melissa
CORPORATE SOURCE:    Global Medical Affairs **United Therapeutics** Corporation
                     North Carolina Research Triangle Park USA.
AUTHOR:              Shapiro Shelley M
CORPORATE SOURCE:    Pulmonology, Greater Los Angeles VA Healthcare System
                     Cardiology Section, and David Geffen UCLA School of
                     Medicine Los Angeles California USA.

SOURCE:              Pulmonary circulation, (2022 Apr) Vol. 12, No. 2, pp.
                     e12063.  Electronic Publication Date: 7 Apr 2022
                     Journal code: 101557243. ISSN: 2045-8932. L-ISSN:
                     2045-8932.
                     Report No.: PMC-PMC9063953.
DIGITAL OBJECT ID:   http://dx.doi.org/10.1002/pul2.12063
PUB. COUNTRY:        United States
DOCUMENT TYPE:       Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:            English
FILE SEGMENT:        NONMEDLINE; PUBMED-NOT-MEDLINE
FILE SEGMENT:        Electronic; eCollection
FILE SEGMENT:        CLINICALTRIALS.GOV
CLINICAL TRIAL NO.:  NCT03950739
ENTRY DATE:          Entered STN: 6 May 2022
                     Last Updated on STN: 6 May 2022
                     Indexing Added: 6 May 2022

ABSTRACT:
**Inhaled treprostinil** is an approved therapy for **pulmonary** arterial
**hypertension** (**PAH**) and **pulmonary hypertension** associated with
interstitial **lung disease** in the United States.  Studies have confirmed the
robust benefits and safety of **nebulized inhaled treprostinil**, but it
requires a time investment for **nebulizer** preparation, maintenance, and
treatment.  A small, portable **treprostinil** dry powder **inhaler** has been
developed for the treatment of **PAH**.  The primary objective of this study was
to evaluate the safety and tolerability of **treprostinil inhalation** powder
(TreT) in patients currently treated with **treprostinil inhalation** solution.
Fifty-one patients on a stable **dose** of **treprostinil inhalation** solution
enrolled and transitioned to TreT at a corresponding dose.  Six-minute walk
distance (6MWD), device preference and satisfaction (Preference Questionnaire
for **Inhaled Treprostinil** Devices [PQ-ITD]), **PAH** Symptoms and Impact
(**PAH**-SYMPACT®) questionnaire, and systemic exposure and pharmacokinetics
for up to 5 h were assessed at baseline for **treprostinil inhalation**
solution and at Week 3 for TreT.  Adverse events (AEs) were consistent with
studies of **inhaled treprostinil** in patients with **PAH**, and there were no
study drug-related serious AEs.  Statistically significant improvements
occurred in 6MWD, PQ-ITD, and **PAH**-SYMPACT.  Forty-nine patients completed the
3-week treatment phase and all elected to participate in an optional extension
phase.  These results demonstrate that, in patients with **PAH**, transition from
**treprostinil inhalation** solution to TreT is safe, well-tolerated, and
accompanied by statistically significant improvements in key clinical
assessments and patient-reported outcomes with comparable systemic exposure
between the two formulations at evaluated doses (trial registration:
clinicaltrials.gov identifier: NCT03950739).
© 2022 United Therapeutics Corporation. United Therapeutics Corporation
published by John Wiley & Sons Ltd on behalf of Pulmonary Vascular Research

Institute.

SUPPLEMENTARY TERM: **PAH-SYMPACT; dry powder inhaler; pharmacokinetics; quality of life; treprostinil**

OS.CITING REF COUNT: 1    There are 1 MEDLINE records that cite this record

DATE LAST CITED:    Date last citing reference entered STN: 18 Jul 2022

OS.CITING.REFS:    MEDLINE 2025565800

MEDLINE REFERENCE COUNT:    24    There are 24 cited references available in MEDLINE for this document.

REFERENCE(S):    CITED REFERENCES AVAILABLE IN MEDLINE FILE

(1) Benza, Raymond L; J Heart Lung Transplant. 2011 Sep, V30(9), P982-9. MEDLINE

(2) Channick, Richard N; Drug Des Devel Ther. 2012, V6, P19-28. MEDLINE

(3) Chin, Kelly M; Chest. 20181000, V154(4), P848-861. MEDLINE

(4) Dolovich, Myrna B; Lancet. 2011 Mar 19, V377(9770), P1032-45. MEDLINE

(5) Farber, Harrison W; Eur Respir Rev. 2016 Dec, V25(142), P418-430. MEDLINE

(6) Hill, Nicholas S; Respir Care. 2015 Jun, V60(6), P794-802; discussion 802-5. MEDLINE

(7) Ivy, D Dunbar; Pediatr Crit Care Med. 2010 Mar, V11(2 Suppl), PS41-5. MEDLINE

(8) McCollister, Deborah; Respir Res. 20160614, V17(1), P72. MEDLINE

(9) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22. MEDLINE

(10) Parker, Donna K; Pediatr Crit Care Med. 2017 Jun, V18(6), Pe253-e260. MEDLINE

(11) Patton, John S; J Aerosol Med Pulm Drug Deliv. 2010 Dec, V23 Suppl 2, PS71-87. MEDLINE

(12) Phares, Kenneth R; Am J Health Syst Pharm. 2003 May 01, V60(9), P916-22. MEDLINE

(13) Ramani, Gautam; Pulm Circ. 2020 Jul-Sep, V10(3), P2045894020923956. MEDLINE

(14) Roscigno, Robert; Pulm Circ. 2020 Oct-Dec, V10(4), P2045894020971509. MEDLINE

(15) Ruan, Cheng-Huai; Tex Heart Inst J. 2010, V37(4), P391-9. MEDLINE

(16) Rubin, L J; N Engl J Med. 1997 Jan 09, V336(2), P111-7. MEDLINE

(17) Shapiro, Shelley; Pulm Circ. 2021 Oct-Dec, V11(4), P20458940211052228. MEDLINE

(18) Simonneau, Gerald; Am J Respir Crit Care Med. 2002 Mar 15, V165(6), P800-4. MEDLINE

(19) Simonneau, Gerald; Eur Respir J. 20190100, V53(1), . MEDLINE

(20) Smyth, Emer M; J Lipid Res. 2009 Apr, V50 Suppl, PS423-8. MEDLINE

(21) Spikes, Leslie A; Pulm Circ. 2022 Apr, V12(2), Pe12063. MEDLINE

(22) Tapson, Victor F; Chest. 2006 Mar, V129(3), P683-8. MEDLINE

(23) Wang, Qiyue; Biomaterials. 20200100, V228, P119575. MEDLINE

(24) Waxman, Aaron; N Engl J Med. 20210128, V384(4), P325-334. MEDLINE

L98  ANSWER 23 OF 42    MEDLINE ® on STN          DUPLICATE 2

ACCESSION NUMBER:    2024820235    MEDLINE Full-text

DOCUMENT NUMBER:    PubMed ID: 34767495

TITLE:                Efficacy of **Inhaled Treprostinil** on Multiple Disease Progression Events in Patients with **Pulmonary Hypertension** due to Parenchymal **Lung Disease** in the INCREASE Trial.

AUTHORS IN PUB ORD: Nathan Steven D; Tapson Victor F; Elwing Jean; Rischard Franz; Mehta Jinesh; Shapiro Shelley; Shen Eric; Deng Chunqin; Smith Peter; Waxman Aaron

39

17/233,061

```
AUTHOR:              Nathan Steven D
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0002-6270-1617
CORPORATE SOURCE:    Advanced Lung Disease and Lung Transplant Program, Inova
                     Fairfax Hospital, Falls Church, Virginia.
AUTHOR:              Tapson Victor F
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-9708-1457
CORPORATE SOURCE:    Department of Medicine, Cedars-Sinai Medical Center, Los
                     Angeles, California.
AUTHOR:              Elwing Jean
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-6199-1707
CORPORATE SOURCE:    Department of Pulmonary and Critical Care Medicine, College
                     of Medicine, University of Cincinnati, Cincinnati, Ohio.
AUTHOR:              Rischard Franz
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0002-6861-8304
CORPORATE SOURCE:    Division of Pulmonary and Critical Care Medicine,
                     Department of Medicine, University of Arizona, Tucson,
                     Arizona.
AUTHOR:              Mehta Jinesh
CORPORATE SOURCE:    Pulmonary Medicine, Cleveland Clinic, Cleveland, Ohio.
AUTHOR:              Shapiro Shelley
CORPORATE SOURCE:    Cardiology Section, University of California Los Angeles
                     David Geffen School of Medicine, Los Angeles, California.
AUTHOR:              Shapiro Shelley
CORPORATE SOURCE:    Division of Pulmonary Critical Care, VA Greater Los Angeles
                     Healthcare System.
AUTHOR:              Shen Eric; Deng Chunqin; Smith Peter
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-5621-6570;
                     https://orcid.org/0000-0002-2051-7774;
                     https://orcid.org/0000-0002-5641-4101
CORPORATE SOURCE:    United Therapeutics Corporation, Research Triangle
                     Park, North Carolina, and.
AUTHOR:              Waxman Aaron
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-7797-0361
CORPORATE SOURCE:    Pulmonary and Critical Care Medicine, Brigham and Women's
                     Hospital, Boston, Massachusetts.
```
```
SOURCE:              American journal of respiratory and critical care medicine,
                     (20220115) Vol. 205, No. 2, pp. 198-207.
                     Journal code: 9421642. E-ISSN: 1535-4970. L-ISSN:
                     1073-449X.
                     Report No.: PMC-PMC8787243.
DIGITAL OBJECT ID:  http://dx.doi.org/10.1164/rccm.202107-1766OC
COMMENT:             Comment in: Am J Respir Crit Care Med. 2022 Jan
                     15;205(2):144-145. MEDLINE 2024908733
                     Comment in: Am J Respir Crit Care Med. 2022 May
                     15;205(10):1251-1252. MEDLINE 2025404362
                     Comment in: Am J Respir Crit Care Med. 2022 May
                     15;205(10):1250-1251. MEDLINE 2025404390
PUB. COUNTRY:        United States
DOCUMENT TYPE:       (COMPARATIVE STUDY)
                     Journal; Article; (JOURNAL ARTICLE)
                     (RESEARCH SUPPORT, NON-U.S. GOV'T)
LANGUAGE:            English
FILE SEGMENT:        MEDLINE; Priority Journals
FILE SEGMENT:        Print
ENTRY MONTH:         202201
ENTRY DATE:          Entered STN: 14 Nov 2021
```

40

Last Updated on STN: 1 Feb 2022
Indexing Added: 1 Feb 2022
Entered Medline: 31 Jan 2022

ABSTRACT:
Rationale: The INCREASE study of **inhaled treprostinil** met its primary endpoint of change in 6-minute-walk distance at Week 16. In addition, there were significantly fewer clinical worsening events in patients receiving **inhaled treprostinil**. However, the incidence of multiple events in the same patient is unknown. Objectives: This post hoc analysis evaluated the effect of continued treatment with **inhaled treprostinil** on the frequency and impact of multiple disease progression events. Methods: Patients enrolled in INCREASE were analyzed for disease progression events, defined as at least 15% decline in 6-minute-walk distance, exacerbation of underlying **lung disease**, cardiopulmonary hospitalization, **lung** transplantation, at least 10% decline in forced vital capacity, or death during the duration of the 16-week study. Measurements and Main Results: In total, 147 disease progression events occurred in the **inhaled treprostinil** group (89/163 patients, 55%) compared with 215 events (109/163 patients, 67%) in the placebo group (P = 0.018). There was a lower incidence of each disease progression component in the **inhaled treprostinil** group: 6-minute-walk distance decline (45 vs. 64 events), **lung disease** exacerbation (48 vs. 72 events), FVC decline (19 vs. 33), cardiopulmonary hospitalization (23 vs. 33 events), and death (10 vs. 12). Fewer patients receiving **inhaled treprostinil** had multiple progression events compared with those receiving the placebo (35 vs. 58, 22% vs. 36%; P = 0.005). **Conclusions:** Patients who received **inhaled treprostinil** were significantly less likely to experience further disease progression events after an initial event compared with patients receiving placebo. These results support the continuation of **inhaled treprostinil** despite the occurrence of disease progression in clinical practice.
SUPPLEMENTARY TERM: **interstitial lung disease; prostacyclin; pulmonary hypertension**
CONTROLLED TERM:      Check Tags: Female; Male
                     **Administration, Inhalation**
                      Aged
                     *Antihypertensive Agents: TU, therapeutic use
                     *Disease Progression
                      Epoprostenol: AD, administration & dosage
                     *Epoprostenol: AA, analogs & derivatives
                     *Epoprostenol: TU, therapeutic use
                      Healthy Volunteers
                      Humans
                     **\*Hypertension, Pulmonary: DT, drug therapy**
                     **\*Hypertension, Pulmonary: ET, etiology**
                     **Hypertension, Pulmonary: PP, physiopathology**
                      Longitudinal Studies
                     **\*Lung Diseases, Interstitial: CO, complications**
                      Middle Aged
                      Treatment Outcome
CAS REGISTRY NO.:     35121-78-9 (Epoprostenol)
CHEMICAL NAME:        Antihypertensive Agents
UNIQ INGREDIENT ID: DCR9Z582X0
OS.CITING REF COUNT: 3    There are 3 MEDLINE records that cite this record
DATE LAST CITED:     Date last citing reference entered STN: 17 Jul 2022
OS.CITING.REFS:      MEDLINE 2025533936; 2024908733; 2024820235
MEDLINE REFERENCE COUNT:  17    There are 17 cited references available in MEDLINE for this document.

41

REFERENCE(S):   CITED REFERENCES AVAILABLE IN MEDLINE FILE
(1) Ahmad, Kareem; Expert Rev Respir Med. 20181000, V12(10), P831-842. MEDLINE
(2) Albera, Carlo; Eur Respir J. 20160900, V48(3), P843-51. MEDLINE
(3) Brown, A Whitney; Chest. 2015 Jan, V147(1), P173-179. MEDLINE
(4) Collard, Harold R; Am J Respir Crit Care Med. 20160801, V194(3), P265-75. MEDLINE
(5) Cottin, Vincent; Respir Res. 2021 Mar 16, V22(1), P84. MEDLINE
(6) Durheim, Michael T; Lancet Respir Med. 2015 May, V3(5), P388-96. MEDLINE
(7) Guenther, Andreas; Respir Res. 20180728, V19(1), P141. MEDLINE
(8) Heresi, Gustavo A; BMC Pulm Med. 20170411, V17(1), P58. MEDLINE
(9) Lettieri, Christopher J; Chest. 2006 Mar, V129(3), P746-52. MEDLINE
(10) Lynch, David A; Lancet Respir Med. 20180200, V6(2), P138-153. MEDLINE
(11) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22. MEDLINE
(12) Nathan, Steven D; Chest. 20190400, V155(4), P712-719. MEDLINE
(13) Nathan, Steven D; Eur Respir J. 20190100, V53(1), . MEDLINE
(14) Nathan, Steven D; Am J Respir Crit Care Med. 20220115, V205(2), P198-207. MEDLINE
(15) Paterniti, Miya O; Ann Am Thorac Soc. 2017 Sep, V14(9), P1395-1402. MEDLINE
(16) Waxman, Aaron; N Engl J Med. 20210128, V384(4), P325-334. MEDLINE
(17) Whittle, Brendan J; Biochem Pharmacol. 2012 Jul 01, V84(1), P68-75. MEDLINE

L98  ANSWER 24 OF 42    MEDLINE ® on STN          DUPLICATE 3
ACCESSION NUMBER:   2025831584    MEDLINE (EPUB AHEAD OF PRINT) Full-text
DOCUMENT NUMBER:    PubMed ID: 35781186
TITLE:              The Antifibrotic Effects of Inhaled Treprostinil: An
                    Emerging Option for ILD.
AUTHORS IN PUB ORD: Kolb Martin; Orfanos Stylianos E; Lambers Chris; Flaherty
                    Kevin; Masters Alison; Lancaster Lisa; Silverstein Adam;
                    Nathan Steven D
AUTHOR:             Kolb Martin
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0003-3837-1467
CORPORATE SOURCE:   Firestone Institute for Respiratory Health, Hamilton, ON,
                    Canada.
AUTHOR:             Kolb Martin
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0003-3837-1467
CORPORATE SOURCE:   McMaster University, St. Joseph's Healthcare, Hamilton, ON,
                    Canada.
AUTHOR:             Orfanos Stylianos E
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-6186-6199
CORPORATE SOURCE:   1st Department of Critical Care, National and Kapodistrian
                    University of Athens Medical School, Athens, Greece.
AUTHOR:             Orfanos Stylianos E
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-6186-6199
CORPORATE SOURCE:   Pulmonary Hypertension Center Evangelismos Hospital,
                    Athens, Greece.
AUTHOR:             Lambers Chris
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-5866-5417
CORPORATE SOURCE:   Department of Thoracic Surgery, Medical University Vienna,
                    Vienna, Austria.
AUTHOR:             Lambers Chris
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-5866-5417
CORPORATE SOURCE:   Department of Pneumology, Ordensklinikum

                          Linz/Elisabethinen, Linz, Austria.
AUTHOR:              Flaherty Kevin
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-7686-0291
CORPORATE SOURCE:   University of Michigan, Ann Arbor, MI, USA.
AUTHOR:              Masters Alison; Silverstein Adam
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0002-4572-4323;
                          https://orcid.org/0000-0002-8366-7294
CORPORATE SOURCE:   United Therapeutics Corporation, Research Triangle
                          Park, NC, USA.
AUTHOR:              Lancaster Lisa
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-8465-7357
CORPORATE SOURCE:   Vanderbilt University Medical Center, Nashville, TN, USA.
AUTHOR:              Nathan Steven D
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0002-6270-1617
CORPORATE SOURCE:   Advanced Lung Disease and Transplant Program, Inova Fairfax
                          Hospital, Falls Church, VA, USA. Steven.Nathan@inova.org
SOURCE:              Advances in therapy, (2022 Jul 03) . Electronic
                          Publication Date: 3 Jul 2022
                          Journal code: 8611864. E-ISSN: 1865-8652. L-ISSN:
                          0741-238X.
DIGITAL OBJECT ID:  http://dx.doi.org/10.1007/s12325-022-02229-8
PUB. COUNTRY:       United States
DOCUMENT TYPE:      Journal; Article; (JOURNAL ARTICLE)
                          General Review; (REVIEW)
LANGUAGE:            English
FILE SEGMENT:       EPUB AHEAD OF PRINT; NONMEDLINE; NONINDEXED
FILE SEGMENT:       Print; Electronic
ENTRY DATE:          Entered STN: 6 Jul 2022
                          Last Updated on STN: 6 Jul 2022

ABSTRACT:
Interstitial lung diseases (ILD) encompasses a heterogeneous group of
parenchymal lung diseases characterized by variable amounts of inflammation
and fibrosis.  The targeting of fibroblasts and myofibroblasts with
antifibrotic treatments is a potential therapeutic target for these potentially
fatal diseases.  Treprostinil is unique among the prostacyclin mimetics in
that it has distinct actions at additional prostaglandin receptors.
Preclinical and clinical evidence suggests that treprostinil has antifibrotic
effects through the activation of the prostaglandin E receptor 2 (EP2), the
prostaglandin D receptor 1 (DP1), and peroxisome proliferator-activated
receptors (PPAR).  In vivo studies of EP2 and the DP1 have found that
administration of treprostinil resulted in a reduction in cell proliferation,
reduced collagen secretion and synthesis, and reduced lung inflammation and
fibrosis.  In vitro and in vivo studies of PPARβ and PPARγ
demonstrated that treprostinil inhibited fibroblast proliferation in a
dose-dependent manner.  Clinical data from a post hoc analysis of the
INCREASE trial found that inhaled treprostinil improved forced vital
capacity in the overall population as well as in idiopathic interstitial
pneumonia and idiopathic pulmonary fibrosis subgroups.  These preclinical and
clinical findings suggest a dual benefit of treprostinil through the
amelioration of both lung fibrosis and pulmonary hypertension.
© 2022. The Author(s).
SUPPLEMENTARY TERM: Antifibrotic; Idiopathic pulmonary fibrosis; Interstitial
                          lung diseases; Pulmonary fibrosis
MEDLINE REFERENCE COUNT:   57    There are 57 cited references available in
                                      MEDLINE for this document.

REFERENCE(S):   CITED REFERENCES AVAILABLE IN MEDLINE FILE
(6) Ali, Ferhana Y; FASEB J. 2006 Feb, V20(2), P326-8. MEDLINE
(7) Ali, Ferhana Y; Am J Respir Cell Mol Biol. 2006 Feb, V34(2), P242-6.
    MEDLINE
(8) Ayabe, Shinya; J Pharmacol Sci. 2013, V121(4), P312-7. MEDLINE
(9) Behr, J; Eur Respir J. 2008 Jun, V31(6), P1357-67. MEDLINE
(10) Behr, J; Eur Respir J. 2008 Jun, V31(6), P1357-67. MEDLINE
(11) Bellaye, Pierre-Simon; Eur Respir J. 20180800, V52(2), . MEDLINE
(12) Benyahia, C; Pulm Pharmacol Ther. 2012 Feb, V25(1), P115-8. MEDLINE
(13) Blumer, Sabrina; Cells. 20211021, V10(11), . MEDLINE
(14) Burgess, Janette K; J Allergy Clin Immunol. 2004 May, V113(5), P876-81.
    MEDLINE
(15) Burgess, Janette K; J Allergy Clin Immunol. 2004 May, V113(5), P876-81.
    MEDLINE
(16) Burgess, Janette K; J Allergy Clin Immunol. 2004 May, V113(5), P876-81.
    MEDLINE
(17) Clapp, Lucie H; Prostaglandins Other Lipid Mediat. 2015 Jul, V120, P56-71.
    MEDLINE
(18) Conte, Enrico; Eur J Pharm Sci. 2014 Jul 16, V58, P13-9. MEDLINE
(19) Corboz, Michel R; Pulm Pharmacol Ther. 20180400, V49, P95-103. MEDLINE
(20) Corboz, Michel R; Pulm Pharmacol Ther. 20180400, V49, P95-103. MEDLINE
(21) Dagouassat, Maylis; Am J Respir Crit Care Med. 2013 Apr 01, V187(7),
    P703-14. MEDLINE
(22) Falcetti, Emilia; Biochem Biophys Res Commun. 2007 Sep 07, V360(4),
    P821-7. MEDLINE
(23) Falcetti, Emilia; Biochem Biophys Res Commun. 2007 Sep 07, V360(4),
    P821-7. MEDLINE
(24) Farkas, Laszlo; Am J Respir Cell Mol Biol. 2011 Jul, V45(1), P1-15.
    MEDLINE
(25) Ghumman, Moez; Eur J Pharm Biopharm. 2021 Jul, V164, P1-12. MEDLINE
(26) Hassoun, Paul M; J Am Coll Cardiol. 2009 Jun 30, V54(1 Suppl), PS10-S19.
    MEDLINE
(27) Horikiri, Tsugumi; Respir Med. 20170100, V122, P43-50. MEDLINE
(28) Huang, Steven; Am J Physiol Lung Cell Mol Physiol. 2007 Feb, V292(2),
    PL405-13. MEDLINE
(29) Hubertus, Katharina; Eur J Pharmacol. 2014 Oct 05, V740, P15-27. MEDLINE
(30) Kolb, Martin; N Engl J Med. 20181101, V379(18), P1722-1731. MEDLINE
(31) Kolodsick, Jill E; Am J Respir Cell Mol Biol. 2003 Nov, V29(5), P537-44.
    MEDLINE
(32) Lambers, Christopher; PLoS One. 2018, V13(11), Pe0205195. MEDLINE
(33) Lambers, Christopher; Sci Rep. 20180118, V8(1), P1087. MEDLINE
(34) Luzina, Irina G; Cytokine. 2015 Jul, V74(1), P88-100. MEDLINE
(35) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22.
    MEDLINE
(36) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22.
    MEDLINE
(37) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22.
    MEDLINE
(38) Mitchell, Jane A; Glob Cardiol Sci Pract. 2014, V2014(4), P382-93. MEDLINE
(39) Moore, Bethany B; J Immunol. 2005 May 01, V174(9), P5644-9. MEDLINE
(40) Mori, Akemi; Eur J Pharmacol. 2011 May 20, V659(1), P72-8. MEDLINE
(41) Nathan, Steven D; Lancet Respir Med. 20211100, V9(11), P1266-1274. MEDLINE
(42) Norel, X; Br J Pharmacol. 1999 Feb, V126(4), P867-72. MEDLINE
(43) Panagiotou, Marios; Eur Respir Rev. 2017 Jan, V26(143), . MEDLINE
(44) Park, S H; Am J Respir Crit Care Med. 1997 Aug, V156(2 Pt 1), P600-8.
    MEDLINE

(45) Patel, Nina M; Chest. 2007 Sep, V132(3), P998-1006. MEDLINE
(46) Petrucci, Giovanna; J Pharmacol Exp Ther. 2011 Feb, V336(2), P391-402. MEDLINE
(47) Safholm, Jesper; J Allergy Clin Immunol. 2015 Nov, V136(5), P1232-9.e1. MEDLINE
(48) Seeger, Werner; J Am Coll Cardiol. 2013 Dec 24, V62(25 Suppl), PD109-16. MEDLINE
(49) Travis, William D; Am J Respir Crit Care Med. 2013 Sep 15, V188(6), P733-48. MEDLINE
(50) van den Brule, Sybille; J Pharmacol Exp Ther. 2010 Nov, V335(2), P472-9. MEDLINE
(51) Waxman, Aaron; N Engl J Med. 20210128, V384(4), P325-334. MEDLINE
(52) Wells, Athol U; Eur Respir J. 20180500, V51(5), . MEDLINE
(53) White, Eric S; Am J Respir Cell Mol Biol. 2005 Feb, V32(2), P135-41. MEDLINE
(54) Wilborn, J; J Clin Invest. 1995 Apr, V95(4), P1861-8. MEDLINE
(55) Williamson, James D; Exp Lung Res. 2015 Mar, V41(2), P57-73. MEDLINE
(56) Wollin, Lutz; Eur Respir J. 20190900, V54(3), . MEDLINE
(57) Zafrani, Lara; PLoS One. 2014, V9(8), Pe104897. MEDLINE

L98  ANSWER 25 OF 42    MEDLINE ® on STN              DUPLICATE 5
ACCESSION NUMBER:  2024786284      MEDLINE  Full-text
DOCUMENT NUMBER:  PubMed ID: 34733493
TITLE:            Survival and drug persistence in patients receiving
                  **inhaled treprostinil** at **doses** greater than 54 µg
                  (nine **breaths**) four times daily.
AUTHORS IN PUB ORD: Shapiro Shelley; Mandras Stacy; Restrepo-Jaramillo Ricardo;
                  Shen Eric; Broderick Meredith; Rao Youlan; Lee Dasom;
                  Nelsen Andrew C
AUTHOR:           Shapiro Shelley
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-5621-6570
CORPORATE SOURCE: Division of Pulmonary Critical Care - VAGLAHS, Cardiology
                  Section - UCLA David Geffen School of Medicine.
AUTHOR:           Mandras Stacy
CORPORATE SOURCE: Advent Health, Orlando, FL, USA.
AUTHOR:           Restrepo-Jaramillo Ricardo
CORPORATE SOURCE: Division of Pulmonary, Critical Care & Sleep Medicine,
                  University of South Florida, Tampa, FL, USA.
AUTHOR:           Shen Eric; Broderick Meredith; Rao Youlan; Lee Dasom;
                  Nelsen Andrew C
AUTHOR IDENTIFIERS: ORCID: https://orcid.org/0000-0001-5621-6570
CORPORATE SOURCE: **United Therapeutics** Corporation, Research Triangle
                  Park, NC, USA.
SOURCE:           Pulmonary circulation, (2021 Oct-Dec) Vol. 11, No. 4, pp.
                  20458940211052228.  Electronic Publication Date: 29 Oct
                  2021
                  Journal code: 101557243. ISSN: 2045-8932. L-ISSN:
                  2045-8932.
                  Report No.: PMC-PMC8558813.
DIGITAL OBJECT ID: http://dx.doi.org/10.1177/20458940211052228
PUB. COUNTRY:     United States
DOCUMENT TYPE:    Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:         English
FILE SEGMENT:     NONMEDLINE; PUBMED-NOT-MEDLINE
FILE SEGMENT:     Electronic; eCollection
ENTRY DATE:       Entered STN: 4 Nov 2021

Last Updated on STN: 4 Nov 2021
Indexing Added: 4 Nov 2021

ABSTRACT:

**Treprostinil** is a prostacyclin approved for the treatment of **pulmonary** arterial **hypertension**.  Commercial data sets indicate that approximately 20-25% of patients are prescribed a higher dose than the maximum recommended dosage of nine **breaths** per treatment session (bps) (54 μg), four times a day (QID) and numerous studies have demonstrated the safety of doses >9 bps QID.  This phase 4, retrospective analysis of specialty pharmacy records assessed the effects of **inhaled treprostinil** at **doses** >9 bps QID. Patients receiving **inhaled treprostinil** between September 2009 and June 2018 were included, and a random sampling of 5000 patients was selected for further analysis.  Subjects were grouped based on the highest dose reached for ≥2 months within a rolling six-month window and were followed for up to three years.  Of the total of 5000 patients analyzed, 28.5% received >9 bps QID.  Survival rates were significantly higher in the >9 bps QID dosing group for years one, two, and three (P < 0.001).  The time to transition to parenteral therapy was significantly longer for those at doses >9 bps (17.5 months) compared to doses ≤9 bps (9.5 moths; P < 0.0001).  Drug persistence was also significantly higher for those taking >9 bps at years 1, 2, and 3 (P < 0.0001).  Patients receiving **inhaled treprostinil** at **doses** >9 bps QID had a higher rate of survival and drug persistence over a three-year period, suggesting that higher doses may provide clinically relevant benefits while remaining tolerable.
© The Author(s) 2021.

SUPPLEMENTARY TERM: **Tyvaso; prostacyclins; pulmonary arterial hypertension**
OS.CITING REF COUNT: 1    There are 1 MEDLINE records that cite this record
DATE LAST CITED:    Date last citing reference entered STN: 18 Jul 2022
OS.CITING.REFS:    MEDLINE 2025565800
MEDLINE REFERENCE COUNT:    16    There are 16 cited references available in
MEDLINE for this document.

REFERENCE(S):    CITED REFERENCES AVAILABLE IN MEDLINE FILE
(1) Benza, Raymond L; Circulation. 2010 Jul 13, V122(2), P164-72. MEDLINE
(2) Benza, Raymond L; J Heart Lung Transplant. 2011 Dec, V30(12), P1327-33. MEDLINE
(3) Benza, Raymond L; J Heart Lung Transplant. 2011 Sep, V30(9), P982-9. MEDLINE
(4) Galie, Nazzareno; N Engl J Med. 2015 Aug 27, V373(9), P834-44. MEDLINE
(5) Humbert, Marc; J Am Coll Cardiol. 2004 Jun 16, V43(12 Suppl S), P13S-24S. MEDLINE
(6) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22. MEDLINE
(7) Mubarak, Kamal K; Respir Med. 2010 Jan, V104(1), P9-21. MEDLINE
(8) Parikh, Kishan S; J Cardiovasc Pharmacol. 2016 Apr, V67(4), P322-5. MEDLINE
(9) Pulido, Tomas; N Engl J Med. 2013 Aug 29, V369(9), P809-18. MEDLINE
(10) Sitbon, Olivier; N Engl J Med. 2015 Dec 24, V373(26), P2522-33. MEDLINE
(11) Thenappan, Thenappan; BMJ. 20180314, V360, Pj5492. MEDLINE
(12) Tonelli, Adriano R; Pulm Circ. 2020 Oct-Dec, V10(4), P2045894020977025. MEDLINE
(13) Voswinckel, Robert; J Am Coll Cardiol. 2006 Oct 17, V48(8), P1672-81. MEDLINE
(14) Waxman, Aaron; N Engl J Med. 20210128, V384(4), P325-334. MEDLINE
(15) White, R James; Am J Respir Crit Care Med. 20200315, V201(6), P707-717. MEDLINE
(16) Whittle, Brendan J; Biochem Pharmacol. 2012 Jul 01, V84(1), P68-75.

MEDLINE

L98  ANSWER 26 OF 42     MEDLINE ® on STN            DUPLICATE 7
ACCESSION NUMBER:     2021283590     MEDLINE Full-text
DOCUMENT NUMBER:      PubMed ID: 31215336
TITLE:                Oral **treprostinil** in transition or as add-on therapy in
                      pediatric **pulmonary** arterial **hypertension**.
AUTHORS IN PUB ORD:   Ivy D Dunbar; Feinstein Jeffrey A; Yung Delphine; Mullen
                      Mary P; Kirkpatrick Edward C; Hirsch Russel; Austin Eric D;
                      Fineman Jeffrey; Truong Uyen; Solum Derek; Deng C Q; Hopper
                      Rachel K
AUTHOR:               Ivy D Dunbar; Truong Uyen
CORPORATE SOURCE:     1 Children's Hospital of Colorado, Aurora, CO, USA.
AUTHOR:               Feinstein Jeffrey A; Hopper Rachel K
CORPORATE SOURCE:     2 Lucile Packard Children's Hospital Stanford and Stanford
                      University School of Medicine, Palo Alto, CA, USA.
AUTHOR:               Yung Delphine
CORPORATE SOURCE:     3 Seattle Children's Hospital, Seattle, WA, USA.
AUTHOR:               Mullen Mary P
CORPORATE SOURCE:     4 Boston Children's Hospital, Boston, MA, USA.
AUTHOR:               Kirkpatrick Edward C
CORPORATE SOURCE:     5 Children's Hospital of Wisconsin, Milwaukee, WI, USA.
AUTHOR:               Hirsch Russel
CORPORATE SOURCE:     6 Cincinnati Children's Hospital, Cincinnati, OH, USA.
AUTHOR:               Austin Eric D
CORPORATE SOURCE:     7 Monroe Carell Jr. Children's Hospital at Vanderbilt,
                      Nashville, TN, USA.
AUTHOR:               Fineman Jeffrey
CORPORATE SOURCE:     8 University of California San Francisco, San Francisco,
                      CA, USA.
AUTHOR:               Solum Derek; **Deng C Q**
CORPORATE SOURCE:     9 **United Therapeutics**, Research Triangle Park, NC, USA.
AUTHOR:               Hopper Rachel K
CORPORATE SOURCE:     10 Children's Hospital of Philadelphia, Philadelphia, PA,
                      USA.
SOURCE:               Pulmonary circulation, (2019 Jul-Sep) Vol. 9, No. 3, pp.
                      2045894019856471.
                      Journal code: 101557243. ISSN: 2045-8932. L-ISSN:
                      2045-8932.
                      Report No.: PMC-PMC6628532.
DIGITAL OBJECT ID:    http://dx.doi.org/10.1177/2045894019856471
PUB. COUNTRY:         United States
DOCUMENT TYPE:        Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:             English
FILE SEGMENT:         NONMEDLINE; PUBMED-NOT-MEDLINE
FILE SEGMENT:         Print
ENTRY DATE:           Entered STN: 19 Jun 2019
                      Last Updated on STN: 12 Jul 2019
                      Indexing Added: 12 Jul 2019
ABSTRACT:
**Treprostinil**, a prostacyclin analogue, is approved for the treatment of
**pulmonary** arterial **hypertension** (**PAH**) in adults.  Transition from
parenteral to oral **treprostinil** has been successfully accomplished in adults
with **PAH** but not in children.  In this multicenter study, pediatric patients
treated with parenteral (Cohort 1) or **inhaled** (Cohort 2) **treprostinil** were
transitioned to oral **treprostinil**.  Prostacyclin-naive individuals on

background oral **PAH** therapy received oral **treprostinil** as add-on therapy (Cohort 3). Successful transition was oral **treprostinil dose** maintenance through week 24. Patients were monitored for adverse events (AEs), 6-min walk distance (6MWD), **PAH** symptoms, World Health Organization (WHO) Functional Class (FC), cardiac magnetic resonance imaging (cMRI), cardiopulmonary exercise testing (CPET), and quality of life through 24 weeks. A total of 32 patients were enrolled in the study; 23 (72%) were girls (mean age = 12.2 years). All patients were on background oral **PAH** therapy. Overall, patients (96.9%) maintained transition to oral **treprostinil**; one patient (Cohort 1) transitioned to oral **treprostinil**, then back to parenteral after experiencing syncope and WHO FC change from II to III. Cohorts 1, 2, and 3 received a final mean oral **treprostinil dose** of 5.6, 3.3, and 4.5 mg t.i.d., respectively. All cohorts had variable changes in 6MWD, cMRI, and CPET. Overall, 12 serious AEs were reported. All patients had drug-related AEs including headache (81%), diarrhea (69%), nausea (66%), vomiting (66%), and flushing (56%). Pediatric patients maintained transition to oral **treprostinil** with preservation of exercise capacity and WHO FC. Prostanoid-related AEs were most common and similar to those reported in adults.

SUPPLEMENTARY TERM: **pediatric; prostacyclin; pulmonary arterial hypertension; treprostinil**

OS.CITING REF COUNT: 3     There are 3 MEDLINE records that cite this record
DATE LAST CITED:  Date last citing reference entered STN: 25 Feb 2022
OS.CITING.REFS:   MEDLINE 2024580830; 2024236231; 2022023805
MEDLINE REFERENCE COUNT:  16     There are 16 cited references available in MEDLINE for this document.

REFERENCE(S):  CITED REFERENCES AVAILABLE IN MEDLINE FILE
(1) Abman, Steven H; Circulation. 2015 Nov 24, V132(21), P2037-99. MEDLINE
(2) Adatia, Ian; Pulm Circ. 2013 Jan, V3(1), P252-66. MEDLINE
(3) Barst, R J; N Engl J Med. 1996 Feb 01, V334(5), P296-301. MEDLINE
(4) Barst, Robyn J; Clin Pharmacol Ther. 2003 Apr, V73(4), P372-82. MEDLINE
(5) Barst, R J; Eur Respir J. 2011 Mar, V37(3), P665-77. MEDLINE
(6) Chakinala, Murali M; J Heart Lung Transplant. 2017 Feb, V36(2), P193-201. MEDLINE
(7) Galie, Nazzareno; Eur Respir J. 2015 Oct, V46(4), P903-75. MEDLINE
(8) Hiremath, Jagdish; J Heart Lung Transplant. 2010 Feb, V29(2), P137-49. MEDLINE
(9) Humbert, Marc; Circulation. 2014 Dec 09, V130(24), P2189-208. MEDLINE
(10) Ivy, D Dunbar; J Am Coll Cardiol. 2013 Dec 24, V62(25 Suppl), PD117-26. MEDLINE
(11) James, Susan H; Can Assoc Radiol J. 2013 Aug, V64(3), P213-9. MEDLINE
(12) Mathier, Michael A; J Heart Lung Transplant. 2010 Nov, V29(11), P1210-7. MEDLINE
(13) Steiner, M Kathryn; Chest. 2006 Nov, V130(5), P1471-80. MEDLINE
(14) Suleman, Nizar; Chest. 2004 Sep, V126(3), P808-15. MEDLINE
(15) Tissot, Cecile; Expert Rev Respir Med. 2009 Jun, V3(3), P265-82. MEDLINE
(16) White, R James; Pulm Circ. 2013 Sep, V3(3), P611-21. MEDLINE

L98  ANSWER 27 OF 42    MEDLINE ® on STN          DUPLICATE 8
ACCESSION NUMBER:   2012661596    MEDLINE Full-text
DOCUMENT NUMBER:    PubMed ID: 22628490
TITLE:              Oral **treprostinil** for the treatment of **pulmonary** arterial **hypertension** in patients on background endothelin receptor antagonist and/or phosphodiesterase type 5 inhibitor therapy (the FREEDOM-C study): a randomized controlled trial.

```
AUTHORS IN PUB ORD: Tapson Victor F; Torres Fernando; Kermeen Fiona; Keogh Anne
                    M; Allen Roblee P; Frantz Robert P; Badesch David B; Frost
                    Adaani E; Shapiro Shelley M; Laliberte Kevin; Sigman
                    Jeffrey; Arneson Carl; Galie Nazzareno
AUTHOR:             Tapson Victor F
CORPORATE SOURCE:   Division of Pulmonary, Allergy, and Critical Care Medicine,
                    Duke University Medical Center, Durham, NC.
                    victor.tapson@dm.duke.edu
AUTHOR:             Torres Fernando
CORPORATE SOURCE:   Division of Pulmonary and Critical Care Medicine,
                    University of Texas Southwestern Medical Center, Dallas,
                    TX.
AUTHOR:             Kermeen Fiona
CORPORATE SOURCE:   Prince Charles Hospital, Brisbane, QLD, Australia.
AUTHOR:             Keogh Anne M
CORPORATE SOURCE:   St. Vincent's Hospital, Sydney, NSW, Australia.
AUTHOR:             Allen Roblee P
CORPORATE SOURCE:   UC Davis Medical Center, Sacramento, CA.
AUTHOR:             Frantz Robert P
CORPORATE SOURCE:   Division of Cardiovascular Disease, Mayo Clinic, Rochester,
                    MN.
AUTHOR:             Badesch David B
CORPORATE SOURCE:   Divisions of Pulmonary Sciences and Critical Care Medicine
                    and Cardiology, University of Colorado Denver, Denver, CO.
AUTHOR:             Frost Adaani E
CORPORATE SOURCE:   Section of Pulmonary and Critical Care Medicine, Baylor
                    College of Medicine, Houston, TX.
AUTHOR:             Shapiro Shelley M
CORPORATE SOURCE:   West Los Angeles Veterans Administration Healthcare Center,
                    Los Angeles, CA.
AUTHOR:             Laliberte Kevin; Sigman Jeffrey; Arneson Carl
CORPORATE SOURCE:   United Therapeutics Corporation, Research Triangle
                    Park, NC.
AUTHOR:             Galie Nazzareno
CORPORATE SOURCE:   Department of Medicine, Institute of Cardiology, Bologna,
                    Italy.
```

```
SOURCE:             Chest, (2012 Dec) Vol. 142, No. 6, pp. 1383-1390.
                    Journal code: 0231335. E-ISSN: 1931-3543. L-ISSN:
                    0012-3692.
DIGITAL OBJECT ID:  http://dx.doi.org/10.1378/chest.11-2212
COMMENT:            Comment in: Chest. 2012 Dec;142(6):1363-4. MEDLINE
                    2013188279
PUB. COUNTRY:       United States
DOCUMENT TYPE:      Journal; Article; (JOURNAL ARTICLE)
                    (MULTICENTER STUDY)
                    (RANDOMIZED CONTROLLED TRIAL)
                    (RESEARCH SUPPORT, NON-U.S. GOV'T)
                    (CONTROLLED CLINICAL TRIAL)
                    (CLINICAL TRIAL)
LANGUAGE:           English
FILE SEGMENT:       MEDLINE; Priority Journals
FILE SEGMENT:       Print
FILE SEGMENT:       CLINICALTRIALS.GOV
CLINICAL TRIAL NO.: NCT00325442
ENTRY MONTH:        201304
ENTRY DATE:         Entered STN: 26 May 2012
```

Last Updated on STN: 4 Apr 2013
Entered Medline: 3 Apr 2013

ABSTRACT:

BACKGROUND:  Infused and **inhaled treprostinil** are effective for treatment of **pulmonary** arterial **hypertension** (**PAH**), although their administration routes have limitations.  This study assessed the efficacy and safety of bid oral sustained-release **treprostinil** in the treatment of **PAH** with a concomitant endothelin receptor antagonist (ERA) and/or phosphodiesterase type 5 inhibitor.

METHODS:  A 16-week, multicenter, double-blind, placebo-controlled study was conducted in 350 patients with **PAH** randomized to placebo or oral **treprostinil**.  All patients were stable on background ERA, PDE-5 inhibitor, or both.  Primary end point was Hodges-Lehmann placebo-corrected median difference in change from baseline 6-min walk distance (6MWD) at week 16. Secondary end points included time to clinical worsening, change in World Health Organization functional class, Borg dyspnea score, and dyspnea fatigue index score.

RESULTS:  Thirty-nine patients (22%) receiving oral **treprostinil** and 24 patients (14%) receiving placebo discontinued the study.  Placebo-corrected median difference in change from baseline 6MWD at week 16 was 11 m (P = .07). Improvements in dyspnea fatigue index score (P = .01) and combined 6MWD and Borg dyspnea score (P = .01) were observed with oral **treprostinil** vs placebo treatment.  Patients who achieved a week-16 bid oral **treprostinil dose** of 1.25 to 3.25 mg and 3.5 to 16 mg experienced a greater change in 6MWD (18 m and 34 m, respectively) than patients who achieved a bid dose of < 1 mg or discontinued because of adverse events (4 m).

CONCLUSIONS:  The primary end point of improvement in 6MWD at week 16 did not achieve significance.  This study enhanced understanding of oral **treprostinil** titration and dosing, which has set the stage for additional studies.

TRIAL REGISTRY:  ClinicalTrials.gov; No.: NCT00325442; URL:
www.clinicaltrials.gov.

CONTROLLED TERM:    Check Tags: Female; Male
                    Administration, Oral
                    Adolescent
                    Adult
                    Aged
                    Antihypertensive Agents: AD, administration & dosage
                    Antihypertensive Agents: AE, adverse effects
                   *Antihypertensive Agents: TU, therapeutic use
                    Bosentan
                    Dose-Response Relationship, Drug
                    Double-Blind Method
                    Drug Therapy, Combination
                   *Endothelin Receptor Antagonists
                    Epoprostenol: AD, administration & dosage
                    Epoprostenol: AE, adverse effects
                   *Epoprostenol: AA, analogs & derivatives
                    Epoprostenol: TU, therapeutic use
                    Exercise Tolerance: PH, physiology
                    **Familial Primary Pulmonary Hypertension**
                    Humans
                   ***Hypertension, Pulmonary: DT, drug therapy**

**Hypertension, Pulmonary: PP, physiopathology**
 Middle Aged
*Phosphodiesterase 5 Inhibitors: TU, therapeutic use
 Piperazines: TU, therapeutic use
 Purines: TU, therapeutic use
 Sildenafil Citrate
*Sulfonamides: TU, therapeutic use
 Sulfones: TU, therapeutic use
 Treatment Outcome
 Walking: PH, physiology
 Young Adult

| | |
|---|---|
| CAS REGISTRY NO.: | 171599-83-0 (Sildenafil Citrate); 35121-78-9 (Epoprostenol); 147536-97-8 (Bosentan); **81846-19-7 (treprostinil)** |
| CHEMICAL NAME: | Antihypertensive Agents; Endothelin Receptor Antagonists; Phosphodiesterase 5 Inhibitors; Piperazines; Purines; Sulfonamides; Sulfones |
| UNIQ INGREDIENT ID: | BW9B0ZE037; DCR9Z582X0; Q326023R30; RUM6K67ESG |
| OS.CITING REF COUNT: | 96    There are 96 MEDLINE records that cite this record |
| DATE LAST CITED: | Date last citing reference entered STN: 21 Aug 2022 |
| OS.CITING.REFS: | MEDLINE 2026034965; 2025729272; 2025273649; 2024843059; 2024340175; 2024115036; 2023985089; 2023892054; 2023793850; 2023411190; 2023339501; 2023297852; 2023282007; 2022916932; 2022358607; 2022354497; 2022342269; 2022207101; 2021968499; 2021863009; 2021829970; 2021822714; 2021766585; 2021698838; 2021451383; 2021451382; 2021358395; 2021340237; 2021283600; 2021250551; 2021168109; 2021111118; 2021040050; 2020873778; 2020800455; 2020616487; 2020616483; 2020513688; 2020197350; 2020168938; 2019843852; 2019681329; 2019654586; 2019353736; 2019274199; 2019250956; 2019146287; 2018927048; 2018894385; 2018748610 |

L98  ANSWER 28 OF 42  BIOSIS  COPYRIGHT (c) 2022 Clarivate Analytics  on STN

| | |
|---|---|
| ACCESSION NUMBER: | 2022:361717  BIOSIS Full-text |
| DOCUMENT NUMBER: | PREV202200361717 |
| TITLE: | BREEZE: Open-label clinical study to evaluate the safety and tolerability of **treprostinil inhalation** powder as **Tyvaso** DPI (TM) in patients with **pulmonary** arterial **hypertension.** |
| AUTHOR(S): | Spikes, Leslie A. [Reprint Author]; Bajwa, Abubakr A.; Burger, Charles D.; Desai, Sapna V; Eggert, Michael S.; El-Kersh, Karim A.; Fisher, Micah R.; Johri, Shilpa; Joly, Joanna M.; Mehta, Jinesh; Palevsky, Harold I; Ramani, Gautam V; Restrepo-Jaramillo, Ricardo; Sahay, Sandeep; Shah, Trushil G.; **Deng, Chunqin**; Miceli, Melissa; **Smith, Peter**; Shapiro, Shelley M. |
| CORPORATE SOURCE: | Univ Kansas, Med Ctr, Pulm and Crit Care Med, 3901 Rainbow Blvd, Kansas City, KS 66160 USA LSpikes@kumc.edu |
| SOURCE: | Pulmonary Circulation, (APR 2022) Vol. 12, No. 2, pp. Article No.: e12063. https://onlinelibrary.wiley.com/journal/20458940. ISSN: 2045-8932. E-ISSN: 2045-8940. |
| DIGITAL OBJECT ID: | 10.1002/pul2.12063 |
| DOCUMENT TYPE: | Article |
| LANGUAGE: | English |

```
ENTRY DATE:          Entered STN: 27 Apr 2022
                     Last Updated on STN: 27 Apr 2022
```

ABSTRACT: **Inhaled treprostinil** is an approved therapy for **pulmonary** arterial **hypertension** (**PAH**) and **pulmonary hypertension** associated with interstitial **lung disease** in the United States.  Studies have confirmed the robust benefits and safety of **nebulized inhaled treprostinil**, but it requires a time investment for **nebulizer** preparation, maintenance, and treatment.  A small, portable **treprostinil** dry powder **inhaler** has been developed for the treatment of **PAH**.  The primary objective of this study was to evaluate the safety and tolerability of **treprostinil inhalation** powder (TreT) in patients currently treated with **treprostinil inhalation** solution.  Fifty-one patients on a stable **dose** of **treprostinil inhalation** solution enrolled and transitioned to TreT at a corresponding dose.  Six-minute walk distance (6MWD), device preference and satisfaction (Preference Questionnaire for **Inhaled Treprostinil** Devices [PQ-ITD]), **PAH** Symptoms and Impact (**PAH**-SYMPACT (R)) questionnaire, and systemic exposure and pharmacokinetics for up to 5 h were assessed at baseline for **treprostinil inhalation** solution and at Week 3 for TreT.  Adverse events (AEs) were consistent with studies of **inhaled treprostinil** in patients with **PAH**, and there were no study drug-related serious AEs.  Statistically significant improvements occurred in 6MWD, PQ-ITD, and **PAH**-SYMPACT.  Forty-nine patients completed the 3-week treatment phase and all elected to participate in an optional extension phase.  These results demonstrate that, in patients with **PAH**, transition from **treprostinil inhalation** solution to TreT is safe, well-tolerated, and accompanied by statistically significant improvements in key clinical assessments and patient-reported outcomes with comparable systemic exposure between the two formulations at evaluated doses (trial registration: identifier: NCT03950739).

```
CONCEPT CODE:        Pathology - Therapy   12512
                     Cardiovascular system - Heart pathology   14506
                     Cardiovascular system - Blood vessel pathology   14508
                     Pharmacology - General   22002
                     Pharmacology - Clinical pharmacology   22005
                     Pharmacology - Respiratory system   22030
                     Toxicology - Pharmacology   22504
                     Gerontology   24500
                     Pediatrics   25000
INDEX TERMS:         Major Concepts
                         Pharmacology; Cardiovascular Medicine (Human Medicine,
                         Medical Sciences); Equipment Apparatus Devices and
                         Instrumentation
INDEX TERMS:         Diseases
                         pulmonary arterial aneurysm: vascular disease, drug
                         therapy
INDEX TERMS:         Chemicals & Biochemicals
                         treprostinil: respiratory stimulant-drug,
                         pharmacodynamics, safety, efficacy, adverse effects,
                         tolerance, inhalation administration
INDEX TERMS:         Methods & Equipment
                         Six-minute walk distance test: clinical techniques,
                         diagnostic techniques; Preference Questionnaire for
                         Inhaled Treprostinil Device: clinical techniques,
                         diagnostic techniques; PAH Symptoms and Impact
                         questionnaire: clinical techniques, diagnostic
                         techniques; Tyvaso DPI system: drug delivery device
GEOGRAPHICAL TERMS: USA (North America, Nearctic region)
```

```
ORGANISM:              Classifier
                         Hominidae    86215
                       Super Taxa
                         Primates; Mammalia; Vertebrata; Chordata; Animalia
                       Organism Name
                         human (common): child, aged, middle age, preadolescent
                         child, adult, adolescent, female, male
                       Taxa Notes
                         Animals, Chordates, Humans, Mammals, Primates,
                         Vertebrates
REGISTRY NUMBER:       81846-19-7 (treprostinil)


L98  ANSWER 29 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:      0054526843  EMBASE    Full-text
DOCUMENT NUMBER:       638406825
TITLE:                 Long-Term Effects of Inhaled Treprostinil in Patients
                       with Pulmonary Hypertension Due to Interstitial Lung
                       Disease: The INCREASE Study Open-Label Extension.
AUTHORS IN PUB ORD: Waxman, A.B. (correspondence); Restrepo Jaramillo, R.;
                       Thenappan, T.; Engel, P.; Bajwa, A.A.; Ravichandran, A.K.;
                       Feldman, J.P.; Hajari Case, A.; Tapson, V.F.; Smith, P.;
                       Deng, C.; Shen, E.; Nathan, S.D.
AUTHOR:                Waxman, A.B. (correspondence)
CORPORATE SOURCE:      Brigham and Woman's Hosp, Boston, MA, United States.
                       abwaxman@bwh.harvard.edu
AUTHOR:                Restrepo Jaramillo, R.
CORPORATE SOURCE:      University of South Florida, Tampa, FL, United States.
AUTHOR:                Thenappan, T.
CORPORATE SOURCE:      University of Minnesota, Minneapolis, MN, United States.
AUTHOR:                Engel, P.
CORPORATE SOURCE:      Christ Hospital, Cincinnati, OH, United States.
AUTHOR:                Bajwa, A.A.
CORPORATE SOURCE:      Ascension Medical Group, Jacksonville, FL, United States.
AUTHOR:                Ravichandran, A.K.
CORPORATE SOURCE:      Ascension Medical Group, Indianapolis, IN, United States.
AUTHOR:                Feldman, J.P.
CORPORATE SOURCE:      Arizona Pulmonary Specialists, Phoenix, AZ, United States.
AUTHOR:                Hajari Case, A.
CORPORATE SOURCE:      Piedmont Healthcare, Atlanta, GA, United States.
AUTHOR:                Tapson, V.F.
CORPORATE SOURCE:      Cedars-Sinai, West Hollywood, CA, United States.
AUTHOR:                Smith, P.; Deng, C.; Shen, E.
CORPORATE SOURCE:      United Therapeutics, Research Triangle Park, NC, United
                       States.
AUTHOR:                Nathan, S.D.
CORPORATE SOURCE:      Inova Fairfax Hospital, Falls Church, VA, United States.
SOURCE:                American Journal of Respiratory and Critical Care Medicine,
                       (May 2022) Vol. 205, No. 1. Abstract Number: A5671.
                       Meeting Info: International Conferenceof the American
                       Thoracic Society, ATS 2022. San Francisco, CA, United
                       States. 13 May 2022-18 May 2022
                       ISSN: 1535-4970
DIGITAL OBJECT ID:     10.1164/ajrccm-conference.2022.205.1_MeetingAbstracts.A5671
PUBLISHER:             American Thoracic Society.
COUNTRY:               Netherlands
```

```
DOCUMENT TYPE:        Journal; Conference; (Conference Abstract)
FILE SEGMENT:         CONF
FILE SEGMENT:         Intellectual Indexing
LANGUAGE:             English
SUMMARY LANGUAGE:     English
ENTRY DATE:           Entered Embase: 12 Jul 2022
                      Last Updated on Embase: 12 Jul 2022
                      Indexing Added: 12 Jul 2022
                      First Entered Embase or Embase Alert: 12 Jul 2022
```

ABSTRACT:  Rationale: **Inhaled treprostinil** improved exercise capacity as measured by 6-minute walk distance (6MWD) in the INCREASE study, a 16-week randomized, placebo-controlled trial in patients with **pulmonary hypertension** due to interstitial **lung disease** (PH-ILD).  Based on INCREASE, the US FDA approved **inhaled treprostinil** as the first and only treatment for PH-ILD.  This open-label extension (OLE) investigated the long-term effects of **inhaled treprostinil** in patients with PH-ILD (NCT02633293).  Methods: Patients completing the randomized phase of the INCREASE study were eligible for the OLE.  To preserve blinding, all patients initiated **inhaled treprostinil** at 3 **breaths** per session (bps) 4 times a day (QID) and titrated to a maximum dose of 15 bps QID as clinically tolerated. Patients were assessed at Week 4, Week 12, and then every 12 weeks up to Week 108 for safety and efficacy parameters.  This present analysis includes 6MWD, forced vital capacity (FVC), and adverse events (AEs).  Results: A total of 240 subjects who completed the INCREASE study and received at least 1 dose of study drug enrolled in the OLE (119 and 121 subjects previously assigned to **inhaled treprostinil** and placebo, respectively).  The median age was 70 and 52% were male.  Median time since PH-ILD diagnosis was 0.51 years.  ILD subtypes were similar in proportion to the parent study.  Figures 1 shows 6MWD and FVC results.  Long-term therapy demonstrated durable 6MWD benefits for up to 52 weeks, with no further decline in the parent active arm and slower rate of decline in the placebo arm once treated with drug.  FVC improvements were encouraging with sustained improvements from the randomized parent study in patients formerly assigned to treatment and marked improvements in those formerly assigned to placebo once starting **inhaled treprostinil**.  Adverse events in the OLE were consistent with previous results.  Conclusions: Data from the INCREASE OLE support the long-term safety and efficacy of **inhaled treprostinil** for patients with PH-ILD.  The differential response in 6MWD between the former placebo group and active group suggests a benefit to early initiation of therapy with **inhaled treprostinil**.  The increase in FVC in the former placebo arm supports further investigation of the antifibrotic properties of **inhaled treprostinil** and the TETON trial in patients with idiopathic pulmonary fibrosis is currently underway (NCT04708782).  Further research is needed to understand why FVC improvements did not translate to improved 6MWD.  These data should be interpreted cautiously in the context of the open-label design of the study. (Figure Presented).

```
CONTROLLED TERM:      Medical Descriptors:
                      aged
                      antifibrotic activity
                      breathing
                      clinical trial
                      conference abstract
                      controlled study
                      drug dose titration
                      drug efficacy
                      drug safety
```

```
                         drug therapy
                         efficacy parameters
                         female
                         fibrosing alveolitis
                         forced vital capacity
                         human
                         *interstitial lung disease
                         long term care
                         major clinical study
                         male
                         maximum permissible dose
                         *pulmonary hypertension
                         randomized controlled trial
                         six minute walk test
CONTROLLED TERM:         Drug Descriptors:
                         placebo
                         *treprostinil
CAS REGISTRY NO.:        (treprostinil) 81846-19-7, 289480-64-4,
                         830354-48-8, 1706528-83-7


L98  ANSWER 30 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:        0054524541  EMBASE   Full-text
DOCUMENT NUMBER:         638404231
TITLE:                   Comparative Effectiveness of Inhaled Treprostinil vs
                         Iloprost in Patients with Pulmonary Arterial
                         Hypertension: An Analysis of U.S. Administrative Claims
                         Data.
AUTHORS IN PUB ORD:      Burger, C.D. (correspondence); Wu, B.; Classi, P.; Morland,
                         K.
AUTHOR:                  Burger, C.D. (correspondence)
CORPORATE SOURCE:        Pulmonary, Critical Care and Sleep Medicine, Mayo Clinic
                         Florida, Jacksonville, FL, United States.
AUTHOR:                  Wu, B.
CORPORATE SOURCE:        Health Economics and Outcomes Research, United
                         Therapeutics Corporation, Research Triangle Park, NC,
                         United States.
AUTHOR:                  Classi, P.
CORPORATE SOURCE:        United Therapeutics, Durham, NC, United States.
AUTHOR:                  Morland, K.
CORPORATE SOURCE:        United Therapeutics, Research Triangle Park, NC, United
                         States.
SOURCE:                  American Journal of Respiratory and Critical Care Medicine,
                         (May 2022) Vol. 205, No. 1. Abstract Number: A4912.
                         Meeting Info: International Conferenceof the American
                         Thoracic Society, ATS 2022. San Francisco, CA, United
                         States. 13 May 2022-18 May 2022
                         ISSN: 1535-4970
DIGITAL OBJECT ID:       10.1164/ajrccm-conference.2022.205.1_MeetingAbstracts.A4912
PUBLISHER:               American Thoracic Society.
COUNTRY:                 Netherlands
DOCUMENT TYPE:           Journal; Conference; (Conference Abstract)
FILE SEGMENT:            CONF
FILE SEGMENT:            Intellectual Indexing
LANGUAGE:                English
SUMMARY LANGUAGE:        English
```

```
ENTRY DATE:           Entered Embase: 12 Jul 2022
                      Last Updated on Embase: 12 Jul 2022
                      Indexing Added: 12 Jul 2022
                      First Entered Embase or Embase Alert: 12 Jul 2022
```

ABSTRACT: RATIONALE: **Inhaled treprostinil** (I-TRE) and iloprost (ILO) are **inhaled** prostacyclins for the treatment of **pulmonary** arterial **hypertension**. I-TRE is administered four times daily where ILO is administered six to nine times daily. No study has compared ITRE to ILO to understand the impact of real-world dosing schedules on persistence and clinical outcomes. METHODS: A retrospective cohort study of patients initiating I-TRE and ILO was conducted using the Optum® De-identified Clinformatics® Data Mart. Patients were identified from pharmacy or medical claims for I-TRE or ILO and indexed on date of first claim between 01-JUL-2010 through 30-SEP-2019. Patients were required to be ≥18 years of age at index, have ≥1 inpatient or ≥2 outpatient medical claims separated by ≥30 days with a diagnosis of **pulmonary hypertension** in the 6-months pre-index, continuous enrollment from the 6-months pre-index through 12-months post-index, and no claim for I-TRE or ILO in the pre-index. Hospitalizations, emergency room visits, adherence and persistence (therapy gap >60 days) were assessed and compared in the 12-months post-index. Categorical variables were compared using Chi-square test and continuous variables using student's ttest. A multivariable log binomial regression model was used to calculate relative risk of experiencing any all-cause hospitalization. A multivariable cox proportional hazards model was constructed to estimate hazard ratios for time to nonpersistence of index therapy. RESULTS: 467 patients (405 I-TRE; 62 ILO) met full selection criteria. Baseline characteristics were similar between the two cohorts with a mean(standard deviation [SD]) age at index of 65.5(13.5) vs 64.0(13.2), percent female (67.2% vs 69.4%), and insurance coverage by Medicare (66.4% vs 69.4%) for I-TRE vs ILO, respectively. Mean (SD) Quan Charlson-Comorbidity Index was slightly higher with 2.92 (1.82) for I-TRE vs 2.47 (1.61) for ILO and higher proportion of patients on bosentan for ILO (46.8%) than I-TRE (15.6%). I-TRE patients had significantly higher persistence through 12-months than ILO patients (Figure 1). After adjusting for baseline characteristics, I-TRE was associated with a 59% lower hazard of non-persistence compared to ILO (HR: 0.41; 95%CI: 0.30 to 0.56; p<0.0001). In the 12-months post-index, 54.8% of ILO patients experienced a hospitalization compared to 39.3% of i-TRE patients (p=0.0203). In multivariate analysis, I-TRE patients had 29% lower risk of experiencing a hospitalization compared to ILO patients (RR: 0.71; 95%CI: 0.54 to 0.92; p=0.0103). **CONCLUSIONS:** In a realworld analysis, **inhaled treprostinil** initiators was associated with improved persistence and lower risk of experiencing a hospitalization compared to iloprost initiators. (Figure Presented).

```
CONTROLLED TERM:      Medical Descriptors:
                      adult
                      Charlson Comorbidity Index
                      cohort analysis
                      *comparative effectiveness
                      conference abstract
                      controlled study
                      data warehouse
                      drug therapy
                      emergency ward
                      female
                      hospital patient
```

```
                               hospitalization
                               human
                               major clinical study
                               medicare
                               outpatient
                               *pulmonary hypertension
                               retrospective study
                               risk factor
CONTROLLED TERM:               Drug Descriptors:
                               bosentan
                               *iloprost
                               *treprostinil
CAS REGISTRY NO.:              (bosentan) 147536-97-8, 157212-55-0; (iloprost) 78919-13-8,
                               82889-99-4; (treprostinil) 81846-19-7, 289480-64-4,
                               830354-48-8, 1706528-83-7


L98  ANSWER 31 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:    0054285354  EMBASE   Full-text
DOCUMENT NUMBER:     2014927320
TITLE:               BREEZE: CLINICAL OUTCOMES AND PHARMACOKINETICS OF
                     TREPROSTINIL INHALATION POWDER (TYVASO DPI).
AUTHORS IN PUB ORD:  Shapiro, Shelley; Spikes, Leslie; Restrepo, Ricardo; Joly,
                     Joanna; Shah, Trushil; Scoggin, Jason; Edwards, Lisa;
                     Smith, Peter; Micelli, Melissa
AUTHOR:              Shapiro, Shelley; Spikes, Leslie; Restrepo, Ricardo; Joly,
                     Joanna; Shah, Trushil; Scoggin, Jason; Edwards, Lisa;
                     Smith, Peter; Micelli, Melissa
SOURCE:              Chest, (October 2021) Vol. 160, No. 4, Supp. Supplement,
                     pp. A2328-A2329.
                     Meeting Info: CHEST 2021 Annual Meeting. Virtual, Online.
                     17 Oct 2021-20 Oct 2021
                     ISSN: 0012-3692; E-ISSN: 1931-3543
DIGITAL OBJECT ID:   10.1016/j.chest.2021.07.2021
PUBLISHER:           Elsevier Inc..
PUBLISHER IDENT.:    S 0012-3692(21)03472-3
COUNTRY:             Netherlands
DOCUMENT TYPE:       Journal; Conference; (Conference Abstract)
FILE SEGMENT:        CONF
FILE SEGMENT:        Intellectual Indexing
LANGUAGE:            English
SUMMARY LANGUAGE:    English
ENTRY DATE:          Entered Embase: 12 Oct 2021
                     Last Updated on Embase: 12 Oct 2021
                     Indexing Added: 12 Oct 2021
                     First Entered Embase or Embase Alert: 12 Oct 2021
```

ABSTRACT:  TOPIC: Pulmonary Vascular Disease TYPE: Original Investigations
PURPOSE: Inhaled treprostinil is currently delivered via a handheld
ultrasonic nebulizer (Tyvaso® Inhalation System).  A dry powder
formulation of treprostinil and a small, portable, inhaler (Tyvaso DPITM)
is in development for pulmonary arterial hypertension (PAH).  METHODS:
Patients on a stable dose of Tyvaso transitioned to Tyvaso DPI at a
corresponding dose.  The primary objective was to evaluate the safety and
tolerability of Tyvaso DPI in patients previously treated with Tyvaso.
Safety evaluations, 6-Minute Walk Distance (6MWD), device preference and
satisfaction (PQ-ITD), and PAH symptoms and impact (PAH-SYMPACT) from

Baseline to Week 3 were evaluated.  Pharmacokinetic (PK) samples were also collected at Baseline and Week 3.  Plasma concentrations were used to derive PK parameters using noncompartmental methods and were compared between **Tyvaso** and **Tyvaso** DPI across all **dose** levels.  RESULTS: Fifty-one patients enrolled and transitioned from **Tyvaso** to **Tyvaso** DPI.  Adverse events (AEs) were consistent with other **inhaled treprostinil** studies in patients with **PAH** [cough (25.5%), headache (15.7%)]; there were no study drug related serious AEs.  Significant improvements were seen in 6MWD (11.5 m; p=0.0217), PQ-ITD (p≤0.0003) and **PAH**-SYMPACT scores (physical impacts (range: -1.1 to 1.0; p=0.0438); cognitive/emotional impacts (range: -1.3 to 0.5; p=0.0048) after 3 weeks.  The majority of patients 49/51 (96%) completed the study and elected to participate in an optional extension phase.  When comparing exposures of **Tyvaso** DPI versus **Tyvaso** following pooling of **doses** for each treatment, geometric mean AUC was 13% greater for **Tyvaso** DPI compared to **Tyvaso** and geometric mean Cmax was 33% greater for **Tyvaso** DPI compared to **Tyvaso**.  Overall, systemic exposure between **Tyvaso** DPI and **Tyvaso** was similar in this study and time of maximum plasma **concentration** occurred rapidly for **Tyvaso** DPI and **Tyvaso** at all **doses**.  Between-subject variability for AUC and Cmax parameters was similar within treatment (**Tyvaso** DPI or **Tyvaso**); however, variability in these parameters was approximately 2- to 3-fold lower for **Tyvaso** DPI compared to **Tyvaso**.  CONCLUSIONS: In patients with **PAH**, transition from **Tyvaso** to **Tyvaso** DPI was safe and well tolerated with significant improvements in 6MWD, device preference and satisfaction, and patient reported outcomes.  Improvement in 6MWD was significant but should be viewed in the context that patients were not blinded and all patients received the study device and drug.  Despite a 33% higher Cmax observed for **Tyvaso** DPI vs. **Tyvaso**, the AE profiles were similar.  Between-subject variability for AUC and Cmax parameters was similar within treatment.  CLINICAL IMPLICATIONS: These findings suggest **Tyvaso** DPI can be safely used in **PAH** patients previously treated with **Tyvaso**.  DISCLOSURES: Employee relationship with United Therapeutics Please note: >$100000 by Lisa Edwards, source=Web Response, value=Salary No relevant relationships by Joanna Joly, source=Web Response Employee relationship with United Therapeutics Corporation Please note: 11/2018 - present Added 04/29/2021 by Melissa Micelli, source=Web Response, value=Salary Speaker/Speaker's Bureau relationship with United Therapeutics Please note: $5001-10000 Added 04/29/2021 by Ricardo Restrepo, source=Web Response, value=Honoraria Scientific Medical Advisor relationship with United Therapeutics Please note: $1001 - $5000 by Ricardo Restrepo, source=Web Response, value=Honoraria Research grant relationship with United Therapeutics Please note: $5001 - $20000 by Ricardo Restrepo, source=Web Response, value=Grant/Research Support Speaker/Speaker's Bureau relationship with Actelion Please note: $1001 - $5000 by Ricardo Restrepo, source=Web Response, value=Honoraria Speaker/Speaker's Bureau relationship with Bayer Please note: $1001 - $5000 by Ricardo Restrepo, source=Web Response, value=Honoraria Employee relationship with United Therapeutics Corp.  Please note: Current Added 04/29/2021 by Jason Scoggin, source=Web Response, value=Salary Advisory Committee Member relationship with Bayer Pharmaceuticals Please note: 2020-2021 Added 05/03/2021 by Trushil Shah, source=Web Response, value=Consulting fee Research support relationship with United Therapeutics Corporation Please note: 2020-2021 Added 05/03/2021 by Trushil Shah, source=Web Response, value=Grant/Research Support Research support relationship with Janssen research Please note: 2016-2021 Added 05/03/2021 by Trushil Shah, source=Web Response, value=Grant/Research Support Research support relationship with Regeneron pharmaceuticals Please note: 2020-2021 Added 05/03/2021 by Trushil Shah, source=Web Response, value=Grant/Research Support Research support relationship with Bayer Pharmaceuticals Please note: 2019-2021 Added

05/03/2021 by Trushil Shah, source=Web Response, value=Grant/Research Research support relationship with liquidia pharmaceuticals Please note: 2019-2020 Added 05/03/2021 by Trushil Shah, source=Web Response, value=Grant/Research Research grant relationship with Actelion Please note: >$100000 by Shelley Shapiro, source=Web Response, value=Grant/Research Removed 04/29/2021 by Shelley Shapiro, source=Web Response Research grant relationship with Medtronic Please note: >$100000 by Shelley Shapiro, source=Web Response, value=Grant/Research Support Research grant relationship with United therapeutics Please note: $20001 - $100000 by Shelley Shapiro, source=Web Response, value=Grant/Research Support Research grant relationship with Liquidia Please note: $20001 - $100000 by Shelley Shapiro, source=Web Response, value=Grant/Research Support Employee relationship with United Therapeutics Please note: >$100000 by Peter Smith, source=Web Response, value=Salary No relevant relationships by Leslie Spikes, source=Web Response

```
CONTROLLED TERM:     Medical Descriptors:
                     adult
                     advisory committee
                     *area under the curve
                     *clinical outcome
                     conference abstract
                     coughing
                     drug safety
                     drug therapy
                     *drug tolerability
                     employee
                     female
                     headache
                     human
                     human tissue
                     *inhalation
                     major clinical study
                     male
                     maximum plasma concentration
                     Melissa officinalis
                     nonhuman
                     *outcome assessment
                     patient-reported outcome
                     pharmacokinetics
                     *powder
                     pulmonary hypertension
                     salary
                     satisfaction
                     single blind procedure
                     six minute walk test
                     spike
CONTROLLED TERM:     Drug Descriptors:
                     *treprostinil
CAS REGISTRY NO.:    (treprostinil) 81846-19-7, 289480-64-4,
                     830354-48-8, 1706528-83-7
```

L98  ANSWER 32 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
```
ACCESSION NUMBER:    0054182125  EMBASE   Full-text
DOCUMENT NUMBER:     635309012
TITLE:               Economic burden of patients with pulmonary arterial
```

         **hypertension** prior to initiation of **treprostinil**: A retrospective analysis of us claims.
AUTHORS IN PUB ORD: Wu, B. (correspondence); Morland, K.; Classi, P.; Sketch, M.R.; Nelsen, A.; Goyal, R.K.; Davis, K.L.; Oudiz, R.J.
AUTHOR:     Wu, B. (correspondence); Morland, K.; Classi, P.; Sketch, M.R.; Nelsen, A.
CORPORATE SOURCE:  **United Therapeutics** Corporation, Research Triangle Park, NC, United States. bwu@unither.com
AUTHOR:     Goyal, R.K.; Davis, K.L.
CORPORATE SOURCE:  RTI Health Solutions, Research Triangle Park, NC, United States.
AUTHOR:     Oudiz, R.J.
CORPORATE SOURCE:  Harbor UCLA Med Ctr, Torrance, CA, United States.

SOURCE:     American Journal of Respiratory and Critical Care Medicine, (May 2021) Vol. 203, No. 9. Abstract Number: A1571. Meeting Info: American Thoracic Society International Conference, ATS 2021. Virtual. 14 May 2021-19 May 2021 ISSN: 1535-4970
DIGITAL OBJECT ID: 10.1164/ajrccm-conference.2021.203.1_MeetingAbstracts.A1571
PUBLISHER:    American Thoracic Society.
COUNTRY:     Netherlands
DOCUMENT TYPE:   Journal; Conference; (Conference Abstract)
FILE SEGMENT:   CONF
FILE SEGMENT:   Intellectual Indexing
LANGUAGE:    English
SUMMARY LANGUAGE:  English
ENTRY DATE:    Entered Embase: 22 Jun 2021
        Last Updated on Embase: 22 Jun 2021
        Indexing Added: 22 Jun 2021
        First Entered Embase or Embase Alert: 22 Jun 2021

ABSTRACT: Background: Prostacyclin class therapy plays an important role for patients with **pulmonary** arterial **hypertension** (**PAH**). **Treprostinil** (TRE) offers three routes of administration for **PAH** patients, but its place in therapeutic strategies varies depending on disease severity. There is limited data on real-world management of **PAH** leading up to the initiation of TRE. Objective: To characterize clinical and economic outcomes prior to the initiation of TRE for **PAH** patients. Methods: A retrospective cohort study was conducted using the US-based IQVIA PharMetrics Plus® claims database. Patients initiating TRE between 01-Oct-2013 and 30-Sep-2018 were identified. Patients were indexed to the date of their earliest claim with a PH diagnosis or **PAH**-specific therapy, up to 10 years prior (01-Oct-2008). Patients were required to be ≥18 years of age at index (earliest claim), have ≥1 diagnosis for PH before or within 7 days of TRE initiation, no prior PH diagnosis or **PAH**-specific therapy in the 4-months prior to index, and had to be continuously enrolled in the database from 4-months prior to index through the initiation of TRE. Cohorts were delineated by route of administration of first observed TRE claim: parenteral[PAR], **inhaled**[INH], or oral[PO]. Demographics and clinical characteristics are described prior to index; per-person permonth (PPPM) healthcare resource utilization and costs between index date to initiation of TRE are shown with descriptive statistics. Results: A total of 409 patients that initiated TRE and met selection criteria were identified. Of these, 125, 218 and 66 patients received TRE via PAR, INH and PO routes, respectively. Most patients were female (range: 67%-73%). Patients initiating PAR were younger, with a mean age (standard deviation[SD]) of 47.4(12.9) years, relative to 57.0(11.2) years for the INH and 51.8(13.6) years for the PO cohorts. Mean(SD) allcause PPPM hospitalizations prior to

initiation of TRE was 0.8(1.5) for PAR, 0.2(0.4) for INH, and 0.2(0.5) for PO patients.  Mean(SD) all-cause PPPM costs prior to initiation of TRE were $33,675(50,711) for PAR, $11,664(16,082) for INH, and $16,507(31,140) for PO initiators.  Similarly, prior to initiation of TRE, PPPM PAHrelated healthcare resource utilization and costs were highest for PAR initiators.  **Conclusions:** Patients initiating parenteral **treprostinil** tended to be younger and had the highest utilization of healthcare resources and costs prior to initiation, compared to patients initiating **inhaled** or oral **treprostinil**.  Further research should focus on timely identification of **PAH** and earlier initiation of parenteral prostacyclin class therapy.

```
CONTROLLED TERM:     Medical Descriptors:
                     adult
                     clinical feature
                     cohort analysis
                     conference abstract
                     controlled study
                     demography
                     drug therapy
                     female
                     hospitalization
                     human
                     hypertensive patient
                     major clinical study
                     *pulmonary hypertension
                     *retrospective study
CONTROLLED TERM:     Drug Descriptors:
                     prostacyclin
                     *treprostinil
CAS REGISTRY NO.:    (prostacyclin) 35121-78-9, 61849-14-7; (treprostinil)
                     81846-19-7, 289480-64-4, 830354-48-8
```

L98  ANSWER 33 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights reserved on STN

```
ACCESSION NUMBER:    0054498661  EMBASE   Full-text
DOCUMENT NUMBER:     638193740
TITLE:               BREEZE: Open-label, Clinical Study to Evaluate the Safety
                     and Tolerability of a Treprostinil Dry Powder Inhaler
                     in Patients with Pulmonary Arterial Hypertension Currently.
AUTHORS IN PUB ORD:  Spikes, Leslie (correspondence); Shapiro, Shelley;
                     Restrepo-Jaramillo, Ricardo; Joly, Joanna; Shah, Trushil;
                     Scoggin, Jason; Edwards, Lisa; Smith, Peter
AUTHOR:              Spikes, Leslie (correspondence)
CORPORATE SOURCE:    University of Kansas Medical Center, Kansas City, United
                     States. LSpikes@kumc.edu
AUTHOR:              Shapiro, Shelley
CORPORATE SOURCE:    UCLA Medical Center, Los Angeles, United States.
AUTHOR:              Restrepo-Jaramillo, Ricardo
CORPORATE SOURCE:    University of South Florida, Tampa, United States.
AUTHOR:              Joly, Joanna
CORPORATE SOURCE:    University of Alabama at Birmingham, Birmingham, United
                     States.
AUTHOR:              Shah, Trushil
CORPORATE SOURCE:    UT Southwestern Medical Center, Dallas, United States.
AUTHOR:              Scoggin, Jason; Edwards, Lisa; Smith, Peter
CORPORATE SOURCE:    United Therapeutics Corporation, RTP, United States.
```

```
SOURCE:               European Respiratory Journal, (September 2021) Vol. 58, No.
                      SUPPL 65. Abstract Number: PA1928.
                      Meeting Info: International Congress of the European
                      Respiratory Society, ERS 2021. Virtual. 05 Sep 2021-08 Sep
                      2021
                      ISSN: 1399-3003
DIGITAL OBJECT ID:    10.1183/13993003.congress-2021.PA1928
PUBLISHER:            European Respiratory Society.
COUNTRY:              Netherlands
DOCUMENT TYPE:        Journal; Conference; (Conference Abstract)
FILE SEGMENT:         CONF
FILE SEGMENT:         Intellectual Indexing
LANGUAGE:             English
SUMMARY LANGUAGE:     English
ENTRY DATE:           Entered Embase: 14 Jun 2022
                      Last Updated on Embase: 14 Jun 2022
                      Indexing Added: 14 Jun 2022
                      First Entered Embase or Embase Alert: 14 Jun 2022
```

ABSTRACT:  Background: **Inhaled treprostinil** is currently delivered via a handheld ultrasonic **nebulizer** (**Tyvaso Inhalation** System).  A dry powder formulation of **treprostinil** and a small, portable, **inhaler** (**Tyvaso** DPI ) is in development for **pulmonary** arterial **hypertension** (**PAH**).  Objectives: The primary objective was to evaluate the safety and tolerability of **Tyvaso** DPI in patients previously treated with **Tyvaso**.  Changes in 6-Minute Walk Distance (6MWD), device preference and satisfaction (PQ-ITD), and **PAH** symptoms and impact (**PAH**-SYMPACT) from Baseline to Week 3 were evaluated. Methods: Patients on a stable **dose** of **Tyvaso** transitioned to **Tyvaso** DPI at a corresponding **dose**.  After 3 weeks, patients underwent safety evaluations and completed a 6MWD test, and PQ-ITD and **PAH**-SYMPACT questionnaires.  Results: Fifty-one patients enrolled and transitioned from **Tyvaso** to **Tyvaso** DPI.  Adverse events (AEs) were consistent with other **inhaled treprostinil** studies in patients with **PAH** [cough (25.5%), headache (15.7%)]; there were no study drug related serious AEs.  Significant improvements were seen in 6MWD (11.5 m; p=0.0217), PQ-ITD (p≤0.0003) and **PAH**-SYMPACT scores (physical impacts [range: -1.1 to 1.0; p=0.0438]); cognitive/emotional impacts (range: -1.3 to 0.5; p=0.0048) after 3 weeks.  The majority of patients 49/51 (96%) completed the study and elected to participate in an optional extension phase.  Conclusions: In patients with **PAH**, transition from **Tyvaso** to **Tyvaso** DPI was safe and well tolerated with significant improvements in 6MWD, device preference and satisfaction, and patient reported outcomes.

```
CONTROLLED TERM:      Medical Descriptors:
                      adult
                      conference abstract
                      coughing
                      *drug safety
                      drug therapy
                      *drug tolerability
                      *dry powder inhaler
                      female
                      headache
                      human
                      major clinical study
                      male
                      *open study
```

```
                            outcome assessment
                            patient-reported outcome
                            *pulmonary hypertension
                            questionnaire
                            satisfaction
                            six minute walk test
CONTROLLED TERM:            Drug Descriptors:
                            *treprostinil
CAS REGISTRY NO.:           (treprostinil) 81846-19-7, 289480-64-4,
                            830354-48-8, 1706528-83-7


L98  ANSWER 34 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:           0053249279  EMBASE   Full-text
DOCUMENT NUMBER:            624693741
TITLE:                      Pharmacokinetics of oral treprostinil in children with
                            pulmonary arterial hypertension.
AUTHORS IN PUB ORD: Hopper, R. (correspondence); Ivy, D.; Yung, D.; Mullen, M.;
                            Kirkpatrick, E.; Hirsch, R.; Austin, E.; Fineman, J.;
                            Hanna, B.; Doran, A.; Solum, D.; Deng, C.; Feinstein, J.
AUTHOR:                     Hopper, R. (correspondence); Ivy, D.; Yung, D.; Mullen, M.;
                            Kirkpatrick, E.; Hirsch, R.; Austin, E.; Fineman, J.;
                            Hanna, B.; Doran, A.; Solum, D.; Deng, C.; Feinstein, J.
CORPORATE SOURCE:           Lucile Packard Children's Hospital Stanford, CA, USA,
                            Children's Hospital of Philadelphia, PA, USA; Children's
                            Hospital of Colorado, CO, USA; Seattle Children's Hospital,
                            WA, USA; Boston Children's Hospital, MA, USA; Children's
                            Hospital of Wisconsin, WI, USA; Cincinnati Children's
                            Hospital, OH, USA; Monroe Carell Jr. Children's Hospital at
                            Vanderbilt, TN, USA; University of California San
                            Francisco, CA, USA; United Therapeutics Corporation,
                            MD, USA.
SOURCE:                     Pulmonary Circulation, (July-September 2018) Vol. 8, No. 3,
                            pp. 7.
                            Meeting Info: 11th International Conference on Neonatal and
                            Childhood Pulmonary Vascular Disease. San Francisco, CA,
                            United States. 19 Apr 2018-20 Apr 2018
                            ISSN: 2045-8940
DIGITAL OBJECT ID:          10.1177/2045894018782405
PUBLISHER:                  SAGE Publications Ltd.
COUNTRY:                    Netherlands
DOCUMENT TYPE:              Journal; Conference; (Conference Abstract)
FILE SEGMENT:               CONF
FILE SEGMENT:               Intellectual Indexing
LANGUAGE:                   English
SUMMARY LANGUAGE:           English
ENTRY DATE:                 Entered Embase: 5 Nov 2018
                            Last Updated on Embase: 5 Nov 2018
                            Indexing Added: 5 Nov 2018
                            First Entered Embase or Embase Alert: 5 Nov 2018
```

ABSTRACT: Background: Orenitram® (treprostinil) is an FDA-approved, oral prostacyclin analogue for treatment of pulmonary arterial hypertension (PAH) in adults.  In this open-label study, we examined the pharmacokinetics (PK) of oral treprostinil in children (NCT02276872).  Materials and Methods: Oral treprostinil was given to individuals in one of three groups: parenteral treprostinil transition (cohort 1); inhaled treprostinil transition

(cohort 2); and de novo (cohort 3).  Oral **treprostinil** was dosed three times daily (TID); one individual in cohort 3 transitioned to four times daily (QID) dosing.  PK samples were obtained before and at 2 h, 4 h, 6 h, and 8 h after a **dose** of oral **treprostinil**.  For cohort 1, baseline parenteral PK samples were obtained.  PK parameters were calculated using noncompartmental analysis. Results: Thirty-two children (n=10 in cohorts 1 and 2, n=12 in cohort 3) were enrolled; median age 12.0 years (range 7-17 years) and weight 42.2 kg (range 19.3-78 kg).  Median oral **treprostinil dose** was 3.81 mg; 5.88, 3.50, and 4.00 mg for cohorts 1, 2, and 3, respectively.  Following oral administration, the **treprostinil concentration** vs. time profile demonstrated a peak concentration at a median of 3.87 h (range 0-6 h).  In cohort 1, peak **concentrations** after oral **treprostinil** were higher (7.39 ng/mL) and trough concentrations were lower (1.17 ng/ mL) compared with parenteral (Cmax 5.44, Cmin 3.75 ng/mL).  Parenteral Cavg was 4.51 ng/mL, while Cavg after oral **treprostinil** was 4.09, 2.34, and 3.09 ng/mL, respectively.  **Dose**- and weightnormalized parameters for **treprostinil** exposure (Cmax and AUC) were similar among cohorts but significant fluctuations were noted without clear relationship to age or body weight.  Conclusions: In this study, Cavg after oral dosing of oral **treprostinil** was lower when compared with parenteral **treprostinil**, likely due to non-comparable dosing.  Time to Cmax and individual PK curves were found to be highly variable; QID dosing was given in one patient.  Additional study is required to determine the optimal dose and dosing strategy in pediatric patients.

CONTROLLED TERM:     Medical Descriptors:
                     adolescent
                     age
                     body weight
                     child
                     clinical article
                     cohort analysis
                     conference abstract
                     controlled study
                     drug therapy
                     female
                     human
                     low drug dose
                     male
                     minimum concentration
                     open study
                     oral drug administration
                     pediatric patient
                     pharmacokinetics
                     **\*pulmonary hypertension**
                     time to maximum plasma concentration
                     trough concentration
CONTROLLED TERM:     Drug Descriptors:
                     **\*treprostinil**
CAS REGISTRY NO.:    (**treprostinil**) **81846-19-7, 289480-64-4, 830354-48-8**

L98  ANSWER 35 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:    0053112920  EMBASE  Full-text
DOCUMENT NUMBER:     622965866
TITLE:               A multicenter, randomized, double-blinded,
                     placebo-controlled trial to evaluate the safety and

efficacy of **inhaled treprostinil** in subjects with **pulmonary hypertension** due to parenchymal **lung disease** (study RIN-PH-201).

AUTHORS IN PUB ORD: Waxman, A.B. (correspondence); Tapson, V.F.; Smith, P.M.; Deng, C.; Nathan, S.D.
AUTHOR:             Waxman, A.B. (correspondence)
CORPORATE SOURCE:   Center for Pulmonary Heart Disease, Brigham and Woman's Hosp, Boston, MA, United States. abwaxman@bwh.harvard.edu
AUTHOR:             Tapson, V.F.
CORPORATE SOURCE:   Pulmonary, Cedars- Sinai, West Hollywood, CA, United States.
AUTHOR:             **Smith, P.M.**
CORPORATE SOURCE:   **United Therapeutics**, Research Triangle Park, NC, United States.
AUTHOR:             **Deng, C.**
CORPORATE SOURCE:   **United Therapeutics**, Durham, NC, United States.
AUTHOR:             Nathan, S.D.
CORPORATE SOURCE:   Inova Fairfax Hosp, Falls Church, VA, United States.
SOURCE:             American Journal of Respiratory and Critical Care Medicine, (2018) Vol. 197, No. MeetingAbstracts. Abstract Number: A5688.
                    Meeting Info: American Thoracic Society International Conference, ATS 2018. San Diego, CA, United States. 18 May 2018-23 May 2018
                    ISSN: 1535-4970
PUBLISHER:          American Thoracic Society.
COUNTRY:            Netherlands
DOCUMENT TYPE:      Journal; Conference; (Conference Abstract)
FILE SEGMENT:       CONF
FILE SEGMENT:       Intellectual Indexing
LANGUAGE:           English
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered Embase: 16 Jul 2018
                    Last Updated on Embase: 16 Jul 2018
                    Indexing Added: 16 Jul 2018
                    First Entered Embase or Embase Alert: 16 Jul 2018

ABSTRACT:  RATIONALE: **Pulmonary hypertension** (PH) due to **lung diseases** and/or hypoxemia is classified by the World Health Organization (WHO) as WHO Group 3 PH.  This classification includes PH due to interstitial **lung disease** (ILD) as well as combined pulmonary fibrosis and emphysema (CPFE). PH occurs in up to 80% of these patients and there are currently no approved treatments for PH in patients with ILD or CPFE.  **Inhaled treprostinil** has shown clinical improvements in exercise capacity after 12 weeks of therapy in patients with WHO Group 1 PH and directly targets the more ventilated portion of the lungs in patients with WHO Group 3 PH, minimizing the risk of ventilation perfusion mismatch, which may allow for improvements in exercise capacity.  METHODS: The INCREASE study (RIN-PH-201) is a multicenter, randomized (1:1 **inhaled treprostinil**: placebo), double-blinded, placebo-controlled trial to evaluate the safety and efficacy of **inhaled treprostinil** in subjects with PH associated with ILD including CPFE. The study will include about 314 patients at approximately 120 clinical trial centers.  The treatment phase of the study will last approximately 16 weeks. The primary efficacy endpoint of the study is the change in 6-minute walk distance (6MWD) at Week 16.  Additional key assessments during the study include change in peak 6MWD at Week 12, trough 6MWD at Week 15, and change in plasma concentration of N-terminal probrain natriuretic peptide (NT-proBNP).

17/233,061

Exploratory assessments will evaluate changes in 6MWD at other time points during the study, Quality of Life as measured by the St George's Respiratory Questionnaire, time to clinical worsening, and distance saturation product. Optional blood samples for evaluation of biomarkers and pharmacogenomics will also be drawn in subjects providing consent.Patient safety will be evaluated throughout the study by capturing adverse events, hospitalizations, oxygenation (pulse oximetry and supplemental oxygen use), pulmonary function tests, and clinical laboratory parameters.  Patients who complete all required assessments will be eligible to enter an open-label, extension study (RIN-PH-202). RESULTS: Enrollment is ongoing at approximately 120 sites in the United States and is anticipated to continue through 2018 or until all 314 subjects have been enrolled into the doubleblind phase of the trial.  **CONCLUSIONS**: INCREASE will assess whether **inhaled treprostinil** will improve exercise capacity as measured by 6MWD and other clinical outcomes in subjects with PH associated with ILD including CPFE. <!-EndFragment->.

CONTROLLED TERM:     Medical Descriptors:
                     adult
                     adverse event
                     artificial ventilation
                     blood oxygenation
                     clinical laboratory
                     clinical outcome
                     conference abstract
                     controlled study
                     double blind procedure
                     *drug safety
                     drug therapy
                     emphysema
                     exercise
                     exploratory research
                     female
                     hospitalization
                     human
                     human tissue
                     **\*interstitial lung disease**
                     lung fibrosis
                     lung function test
                     major clinical study
                     male
                     multicenter study
                     outcome assessment
                     patient safety
                     perfusion
                     pharmacogenomics
                     pharmacokinetics
                     plasma
                     **\*pulmonary hypertension**
                     pulse oximetry
                     quality of life
                     randomized controlled trial
                     St. George Respiratory Questionnaire
                     United States
                     world health organization
CONTROLLED TERM:     Drug Descriptors:
                     amino terminal pro brain natriuretic peptide

```
                          biological marker
                          oxygen
                          *placebo
                          *treprostinil
CAS REGISTRY NO.:    (oxygen) 7782-44-7; (treprostinil) 81846-19-7,
                          289480-64-4, 830354-48-8


L98  ANSWER 36 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:   0053111487  EMBASE   Full-text
DOCUMENT NUMBER:    622964422
TITLE:              Transition to oral treprostinil from parenteral or
                          inhaled treprostinil or as add-on therapy in pediatric
                          subjects with pulmonary arterial hypertension.
AUTHORS IN PUB ORD: Ivy, D. (correspondence); Feinstein, J.; Yung, D.; Mullen,
                          M.; Kirkpatrick, E.; Hirsch, R.; Austin, E.D.; Fineman, J.;
                          Doran, A.; Solum, D.; Deng, C.; Hopper, R.K.
AUTHOR:             Ivy, D. (correspondence)
CORPORATE SOURCE:   Pediatric Cardiology, Univ. of Colorado, Aurora, CO, United
                          States.
AUTHOR:             Feinstein, J.
CORPORATE SOURCE:   Ped Cardiology, Stanford Univ., Palo Alto, CA, United
                          States.
AUTHOR:             Yung, D.
CORPORATE SOURCE:   Pediatric Cardiology, Seattle Childrens Hospital, Seattle,
                          WA, United States.
AUTHOR:             Mullen, M.
CORPORATE SOURCE:   Pediatric Cardiology, Boston Childrens Hospital, Boston,
                          MA, United States.
AUTHOR:             Kirkpatrick, E.
CORPORATE SOURCE:   Pediatric Cardiology, Childrens Hospital Wisconsin,
                          Milwaukee, WI, United States.
AUTHOR:             Hirsch, R.
CORPORATE SOURCE:   Pediatric Cardiology, Cincinnati Childrens Hospital,
                          Cincinnati, OH, United States.
AUTHOR:             Austin, E.D.
CORPORATE SOURCE:   Vanderbilt Univ., Nashville, TN, United States.
AUTHOR:             Fineman, J.
CORPORATE SOURCE:   University of California, San Francisco, CA, United States.
AUTHOR:             Doran, A.
CORPORATE SOURCE:   United Therapeutics, Santa Barbara, CA, United States.
AUTHOR:             Solum, D.
CORPORATE SOURCE:   United Therapeutics, Chapel Hill, NC, United States.
AUTHOR:             Deng, C.
CORPORATE SOURCE:   United Therapeutics, Durham, NC, United States.
AUTHOR:             Hopper, R.K.
CORPORATE SOURCE:   Childrens Hospital of Philadelphia, Philadelphia, PA,
                          United States.
SOURCE:             American Journal of Respiratory and Critical Care Medicine,
                          (2018) Vol. 197, No. MeetingAbstracts. Abstract Number:
                          A6312.
                          Meeting Info: American Thoracic Society International
                          Conference, ATS 2018. San Diego, CA, United States. 18 May
                          2018-23 May 2018
                          ISSN: 1535-4970
PUBLISHER:          American Thoracic Society.
```

```
COUNTRY:              Netherlands
DOCUMENT TYPE:        Journal; Conference; (Conference Abstract)
FILE SEGMENT:         CONF
FILE SEGMENT:         Intellectual Indexing
LANGUAGE:             English
SUMMARY LANGUAGE:     English
ENTRY DATE:           Entered Embase: 16 Jul 2018
                      Last Updated on Embase: 16 Jul 2018
                      Indexing Added: 16 Jul 2018
                      First Entered Embase or Embase Alert: 16 Jul 2018
```

ABSTRACT: Rationale: Transition from parenteral to oral **treprostinil** has been successfully accomplished in adults with **pulmonary** artery **hypertension** (**PAH**) but data in pediatric patients are lacking. Methods: In Study TDE-PH-206, pediatric subjects treated with parenteral (Cohort 1) or **inhaled** (Cohort 2) **treprostinil** were transitioned to oral **treprostinil**. Prostacyclin-naive subjects on background oral **PAH** therapy were given oral **treprostinil** as add-on therapy (Cohort 3). Successful transition was defined as cessation of parenteral or **inhaled** prostacyclin at Week 4 (Cohorts 1 and 2) and oral **treprostinil dose** maintenance through Week 24 (Cohorts 1, 2, and 3). Subjects were monitored for adverse events (AEs), 6-Minute Walk Distance (6MWD), **PAH** symptoms, WHO Functional Class (FC), cardiac magnetic resonance imaging (cMRI), and cardiopulmonary exercise testing (CPET) through 24 weeks. Results: A total of 32 subjects (10 subjects each, Cohorts 1 and 2; 12 subjects Cohort 3) were enrolled. The mean age was 12.2 years (7 to 17 years) and 23 subjects (72%) were female. Most subjects had idiopathic **PAH** (75.0%) or **PAH** due to congenital heart disease (15.6%). All subjects were on background oral **PAH** therapy and 19%, 75%, and 6% were classified as WHO FC 1, 2, and 3, respectively. Cohort 1 subjects were receiving parenteral **treprostinil** at a median **dose** of 57.0 ng/kg/min (25.0-72.0 ng/kg/min) for 5.4 years (2.0-6.1 years). Cohort 2 subjects were receiving 4 **inhaled** **treprostinil** treatments per day (average 9 **breaths** per session) for 3.9 years (0.5-5.3 years). In total, 31 subjects (96.9%) successfully transitioned to oral **treprostinil**; 1 subject (Cohort 1) transitioned to oral **treprostinil**, then back to parenteral after experiencing syncope and WHO FC change from 2 to 3. Cohorts 1, 2, and 3 received a final mean oral **treprostinil dose** of 5.6, 3.3, and 4.5 mg TID, respectively, which is substantially higher by weight compared with doses achieved in adult studies. 1 subject (Cohort 3) was uptitrated from TID to QID dosing based upon clinical impression. All cohorts had variable changes in 6MWD, cMRI, and CPET. 1 subject (Cohort 3) required background therapy adjustment. Overall, 12 serious AEs were reported. Common drug-related AEs included headache (81%), diarrhea (69%), nausea (66%), vomiting (66%), and flushing (56%). Conclusions: Most pediatric subjects successfully transitioned to oral **treprostinil** with preservation of exercise capacity and WHO FC. Prostanoid-related AEs were most common, and were similar to those reported in adults.

```
CONTROLLED TERM:      Medical Descriptors:
                      adult
                      adverse drug reaction
                      breathing
                      cardiovascular magnetic resonance
                      child
                      clinical article
                      cohort analysis
                      conference abstract
                      congenital heart disease
```

17/233,061

```
                        controlled study
                        diarrhea
                        drug dose titration
                        drug therapy
                        exercise test
                        faintness
                        female
                        flushing
                        headache
                        human
                        male
                        nausea
                        *pulmonary hypertension
                        school child
                        side effect
                        vomiting
CONTROLLED TERM:        Drug Descriptors:
                        prostacyclin
                        *treprostinil
CAS REGISTRY NO.:       (prostacyclin) 35121-78-9, 61849-14-7; (treprostinil)
                        81846-19-7, 289480-64-4, 830354-48-8


L98  ANSWER 37 OF 42   EMBASE   COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:  0052671754  EMBASE   Full-text
DOCUMENT NUMBER:   617705716
TITLE:             Real-world transitions from oral to inhaled treprostinil.
AUTHORS IN PUB ORD: Migliore, C.; D'Albini, L.; Messick, C.R.; Gordon, K.W.
                    (correspondence)
AUTHOR:             Migliore, C.
CORPORATE SOURCE:   Newark Beth Israel, Newark, NJ, United States.
AUTHOR:             D'Albini, L.
CORPORATE SOURCE:   Accredo Specialty Pharmacy, Memphis, TN, United States.
AUTHOR:             Messick, C.R.; Gordon, K.W. (correspondence)
CORPORATE SOURCE:   United Therapeutics, Durham, NC, United States.
                    kgordon@unither.com
SOURCE:             American Journal of Respiratory and Critical Care Medicine,
                    (2017) Vol. 195. Abstract Number: A2280.
                    Meeting Info: American Thoracic Society International
                    Conference, ATS 2017. Washington, DC, United States. 19 May
                    2017-24 May 2017
                    ISSN: 1535-4970
DIGITAL OBJECT ID:  10.1164/ajrccm-conference.2017.A68
PUBLISHER:          American Thoracic Society.
COUNTRY:            Netherlands
DOCUMENT TYPE:      Journal; Conference; (Conference Abstract)
FILE SEGMENT:       CONF
FILE SEGMENT:       Intellectual Indexing
LANGUAGE:           English
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered Embase: 15 Aug 2017
                    Last Updated on Embase: 15 Aug 2017
                    Indexing Added: 15 Aug 2017
                    First Entered Embase or Embase Alert: 15 Aug 2017
ABSTRACT:  The prostacyclin analogue, treprostinil, is available in
parenteral, inhaled, and oral formulations.  Since approval of oral
```

69

**treprostinil** in 2013, no studies have been conducted to evaluate the feasibility of transitions from oral to **inhaled treprostinil** in patients with **pulmonary** arterial **hypertension**.  The aim of this analysis is to characterize transitions from oral to **inhaled treprostinil** in a real-world population.  Data was retrospectively collected from specialty pharmacy service prescription dispensing information and detailed chart review to evaluate transitions from oral **treprostinil** to **inhaled treprostinil**.  Patients were included if both oral and **inhaled treprostinil** were dispensed by the specialty pharmacy and oral **treprostinil** was prescribed prior to prescription of **inhaled treprostinil** between 6/2014 and 9/2016.  Patients were excluded if receiving intentional dual therapy or more than 5 days had elapsed since discontinuation of oral **treprostinil** before initiating **inhaled treprostinil**.  Cross-titration was defined as a decrease in **dose** of oral **treprostinil** while increasing **dose** of **inhaled treprostinil**.  Transition failure was defined as discontinuation of **inhaled treprostinil** within 12 weeks of initiation.  Analysis was completed using descriptive statistics.  Fifteen of 23 patients identified met eligibility criteria and were included. Reasons for transition included: Adverse events (AE), disease progression or physician/patient preference.  Patients received a mean total daily dose (TDD) of 3.7 (0.4-10.5) mg oral **treprostinil** prior to transition and a mean starting **dose** of **inhaled treprostinil** of 3 (1-6) **breaths** per session (bps).  Patients reached an average **inhaled** dose of 9 (6-12) bps at 12 weeks and 10 (8-12) bps 24 weeks post-transition.  Transition strategies employed included: cross-titration (n=6), down-titration and discontinuation of oral therapy prior to initiating **inhaled** (n=1), and abrupt discontinuation of oral therapy the day prior to initiating **inhaled** therapy (n=6).  Transition details were unavailable for 3 patients.  Mean time to full transition was 5 (0-35) days.  Those cross-titrated had a higher mean TDD of oral **treprostinil** prior to transition compared to those that did not (5.56 vs. 3.15 mg, respectively).  Two patients failed transition from oral to **inhaled treprostinil**.  At 12 and 24 weeks, 87% (n=13) and 80% (n=12) of patients remained on **inhaled treprostinil**, respectively.  Transition from oral to **inhaled treprostinil** occurs in clinical practice despite limited knowledge regarding safety and efficacy of transitions.  Strategies employed in clinical practice to transition patients from oral to **inhaled treprostinil** were described.  Further studies are required to determine the most appropriate strategy to transition patients from oral to **inhaled treprostinil**. (Table Presented).

```
CONTROLLED TERM:    Medical Descriptors:
                    adverse drug reaction
                    breathing
                    clinical article
                    clinical practice
                    clinical trial
                    disease course
                    drug dose titration
                    drug megadose
                    drug therapy
                    drug withdrawal
                    *exposure
                    female
                    hospital department
                    human
                    inhalational drug administration
                    male
```

17/233,061

```
                        medical record review
                        patient preference
                        pharmacokinetics
                        prescription
                        pulmonary hypertension
                        safety
                        side effect
                        statistics
                        titrimetry
                        treatment failure
CONTROLLED TERM:        Drug Descriptors:
                        *treprostinil
CAS REGISTRY NO.:       (treprostinil) 81846-19-7, 289480-64-4, 830354-48-8


L98  ANSWER 38 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:       0052024909  EMBASE    Full-text
DOCUMENT NUMBER:        72052653
TITLE:                  Inhaled treprostinil dosing and titration evaluation
                        (tytrate).
AUTHORS IN PUB ORD:     Tonelli, A.R. (correspondence); Michaelson, J.; Tarver, J.;
                        Crawford, K.M.; Nelsen, A.C.
AUTHOR:                 Tonelli, A.R. (correspondence)
CORPORATE SOURCE:       Cleveland Clinic, Cleveland, OH, United States.
AUTHOR:                 Michaelson, J.
CORPORATE SOURCE:       Wellstar Health System, Atlanta, GA, United States.
AUTHOR:                 Tarver, J.
CORPORATE SOURCE:       Orlando Health System, Orlando, FL, United States.
AUTHOR:                 Tarver, J.; Crawford, K.M.; Nelsen, A.C.
CORPORATE SOURCE:       United Therapeutics, Durham, NC, United States.
SOURCE:                 American Journal of Respiratory and Critical Care Medicine,
                        (2015) Vol. 191, Supp. MeetingAbstracts. Abstract Number:
                        A4780.
                        Meeting Info: American Thoracic Society International
                        Conference, ATS 2015. Denver, CO, United States. 15 May
                        2015-20 May 2015
                        ISSN: 1073-449X
PUBLISHER:              American Thoracic Society.
DOCUMENT TYPE:          Journal; Conference; (Conference Abstract)
FILE SEGMENT:           CONF
FILE SEGMENT:           Intellectual Indexing
LANGUAGE:               English
SUMMARY LANGUAGE:       English
ENTRY DATE:             Entered Embase: 4 Nov 2015
                        Last Updated on Embase: 4 Nov 2015
```

ABSTRACT: Rationale: Inhaled treprostinil (Tyvaso) improves exercise ability in patients with PAH.  The method for up-titrating Tyvaso varies greatly and the titration time and total dose achieved may have an impact on the effect of treatment.  TyTRATE is a prospective, observational, multi-center, patient registry that followed patients newly initiated on inhaled treprostinil for the treatment of Pulmonary Arterial Hypertension (PAH).  The main objective was to better understand how physicians manage the dosing and titration of Tyvaso.  Methods: Patients with PAH met inclusion criteria if they were newly prescribed Tyvaso and were willing to be contacted by a call center.  Subjects that previously received Tyvaso or were part of an interventional (non-FDA approved) PAH trial were

71

not included.  Dose and titration were followed for the first 6 months of treatment with **Tyvaso**.  At baseline, demographic information was collected by the investigative site.  A call-center contacted the patients directly at weeks 1, 2, 3, 4, 8, 12, 16, 20, and 24 to review their dose and titration schedule. Results: Ninety-eight (98) patients were enrolled in the study.  The age (mean ± SD) was 56 ± 19 years, 71% were women and the 2 most common etiologies included: idiopathic **PAH** (49%) and **PAH** associated with connective tissue diseases (16%).  Of the 78 patients who received at least one **dose** of **Tyvaso**, 46 continued treatment up to the end of the 24-week study.  **Tyvaso** was discontinued in 29 patients and data is being collected in 3 patients. Reasons for discontinuation included side effects (n=10), lost to follow-up (n=10), withdrawal of consent (n=7), patient perceived lack of efficacy (n=2) and other (n=1).  At 4 weeks, only 49% of the patients were receiving 9 **breaths** 4 times a day, while the rest of the patients received lower doses. At 12 and 24 weeks, 76% of the patients received ≥ 9 **breaths** 4 times a day. (Table Presented) **Conclusions:** In real-world practice, **Tyvaso** is up-titrated somewhat slower, as compared to the titration regimen in the package insert.  After 4 weeks of treatment, less than half of the patients had reached 9 **breaths** 4 times a day and a quarter of them continued to be below the goal dose at 24 weeks.  These data demonstrate that many patients are able to achieve the recommended dose; however, further analysis should be performed to better understand the reason(s) for slower than expected dose titration and potential clinical implications.

```
CONTROLLED TERM:      Medical Descriptors:
                      *titrimetry
                      *American
                      *society
                      human
                      patient
                      breathing
                      pulmonary hypertension
                      recommended drug dose
                      drug dose titration
                      physician
                      register
                      follow up
                      side effect
                      connective tissue disease
                      etiology
                      female
                      exercise
                      food and drug administration
CONTROLLED TERM:      Drug Descriptors:
                      *treprostinil
```

L98  ANSWER 39 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights reserved on STN
ACCESSION NUMBER:    0052018997  EMBASE   <u>Full-text</u>
DOCUMENT NUMBER:     72046741
TITLE:               Long term safety of **inhaled treprostinil** in patients with **pulmonary** arterial **hypertension** (**PAH**): Interim analysis of the aspire registry.
AUTHORS IN PUB ORD:  Zamanian, R.T. (correspondence); Levine, D.J.; Rosenzweig, E.B.; Alnuaimat, H.; DeMarco, T.; Bourge, R.C.; Peterson, L.; Arneson, C.; Imm, J.K.

AUTHOR:              Zamanian, R.T. (correspondence)
CORPORATE SOURCE:    Stanford University, Stanford, CA, United States.
AUTHOR:              Levine, D.J.
CORPORATE SOURCE:    University of Texas, Health Science Center, San Antonio, TX, United States.
AUTHOR:              Rosenzweig, E.B.
CORPORATE SOURCE:    Columbia University Medical Center, New York, NY, United States.
AUTHOR:              Alnuaimat, H.
CORPORATE SOURCE:    University of Florida, Gainesville, FL, United States.
AUTHOR:              DeMarco, T.
CORPORATE SOURCE:    University of California - San Francisco, San Francisco, CA, United States.
AUTHOR:              Bourge, R.C.
CORPORATE SOURCE:    University of Alabama, Birmingham, AL, United States.
AUTHOR:              **Peterson, L.**; Arneson, C.; Imm, J.K.
CORPORATE SOURCE:    **United Therapeutics** Corporation, Research Triangle Park, NC, United States.

SOURCE:              American Journal of Respiratory and Critical Care Medicine, (2014) Vol. 189, Supp. MeetingAbstracts. Abstract Number: A4794.
                     Meeting Info: American Thoracic Society International Conference, ATS 2014. San Diego, CA, United States. 16 May 2014-21 May 2014
                     ISSN: 1073-449X
PUBLISHER:           American Thoracic Society.
DOCUMENT TYPE:       Journal; Conference; (Conference Abstract)
FILE SEGMENT:        CONF
FILE SEGMENT:        Intellectual Indexing
LANGUAGE:            English
SUMMARY LANGUAGE:    English
ENTRY DATE:          Entered Embase: 4 Nov 2015
                     Last Updated on Embase: 4 Nov 2015

ABSTRACT: Rationale: **Tyvaso**® (**treprostinil**) is an **inhaled** prostacyclin analog approved by the FDA for the treatment of **PAH** to improve exercise ability. This ongoing multi-center, prospective registry was designed to compare oro-nasopharyngeal and pulmonary adverse events (Respiratory AEs) in **PAH** patients receiving **Tyvaso** to those in a control group receiving other FDA-approved **PAH** therapies under long-term, real-world use Methods: This study is enrolling two cohorts; **Tyvaso** (**Tyvaso** alone or in combination with other FDA-approved **PAH** therapies) and control (FDA-approved **PAH** therapies other than **Tyvaso**). Patients are assessed for the incidence of Respiratory AEs every 3 months. The study will continue until 1000 patient-years of exposure in each cohort are observed Results: 956 patients (464 (49%) **Tyvaso**; 492 (51%) control) were enrolledthrough 21 May 2013, representing 451 and 479 patient-years of exposure in the **Tyvaso** and control cohorts, respectively. The majority of patients had idiopathic **PAH** (44% **Tyvaso**, 51% control). The average age was 55 years (3 - 97 years) and approximately 80% were female with no difference between groups. At baseline, 47% of **Tyvaso** patients were New York Heart Association Functional Class (NYHA FC) III/IV versus 33% of control patients, suggesting that the **Tyvaso** group had a more severe disease status. Within the control cohort, 41% patients were receiving a prostanoid, with 23% patients receiving infused **treprostinil**. To date, 95 (20%) **Tyvaso** and 83 (17%) control patients have discontinued the study. Death was the most common reason for discontinuation (n=38 **Tyvaso**; n=36 control), with no deaths attributable to **Tyvaso** Overall, 544 patients (57%) reported 1342 Respiratory

73

AEs with 281 (61%) patients in the **Tyvaso** cohort reporting 699 events and 263 (53%) patients in the control cohort reporting 643 events.  Respiratory AE reported in ≥3% patients in either treatment group are listed in Table 1. 88 serious Respiratory AEs were reported in 60 (13%) **Tyvaso** patients while 79 serious Respiratory AEs were reported in 48 (10%) control patients.  The most frequently reported were pneumonia (18 events in each cohort) dyspnea (5 events, **Tyvaso** vs. 3 events control). 7 and 6 events of hemoptysis occurred in the **Tyvaso** and control cohort, respectively **Conclusions** In this preliminary review of **Tyvaso** use, Respiratory AEs including throat irritation and oropharyngeal pain, are consistent with the known AE profile of **Tyvaso**. Approximately 80% of enrollment has been completed and 50% of patient-years have been accumulated and no new signals have been identified regarding the safety of **Tyvaso**. (Table presented).


```
CONTROLLED TERM:    Medical Descriptors:
                    *patient
                    *human
                    *pulmonary hypertension
                    *register
                    *American
                    *society
                    *safety
                    therapy
                    death
                    exposure
                    food and drug administration
                    exercise
                    hemoptysis
                    dyspnea
                    pneumonia
                    New York Heart Association class
                    throat irritation
                    oropharynx pain
                    control group
                    female
CONTROLLED TERM:    Drug Descriptors:
                    *treprostinil
                    prostacyclin derivative
                    prostanoid
```

L98  ANSWER 40 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
      reserved on STN
ACCESSION NUMBER:  2013404418  EMBASE  Full-text
DOCUMENT NUMBER:   52321952  PMID: 23184020
TITLE:             Acute pulmonary vasodilator testing with **inhaled
                   treprostinil** in children with **pulmonary** arterial
                   **hypertension**.
AUTHORS IN PUB ORD: Takatsuki, Shinichi; Parker, Donna K.; Doran, Aimee K.;
                   Friesen, Robert H.; Ivy, D. Dunbar (correspondence)
AUTHOR:            Takatsuki, Shinichi; Ivy, D. Dunbar (correspondence)
CORPORATE SOURCE:  Pediatric Cardiology, Children's Hospital Colorado,
                   University of Colorado School of Medicine, 13123 East 16th
                   Avenue, B100, Aurora, CO 80045, United States. dunbar.ivy@c
                   hildrenscolorado.org
AUTHOR:            Parker, Donna K.
CORPORATE SOURCE:  Respiratory Care, Children's Hospital Colorado, Aurora, CO,

```
                         United States.
AUTHOR:                  Doran, Aimee K.
CORPORATE SOURCE:        United Therapeutics Corporation, Research Triangle
                         Park, NC, United States.
AUTHOR:                  Friesen, Robert H.
CORPORATE SOURCE:        Pediatric Anesthesia, Children's Hospital Colorado,
                         University of Colorado School of Medicine, Aurora, CO,
                         United States.
SOURCE:                  Pediatric Cardiology, (April 2013) Vol. 34, No. 4, pp.
                         1006-1012.
                         Refs: 28
                         ISSN: 0172-0643; E-ISSN: 1432-1971  CODEN: PECAD4
DIGITAL OBJECT ID:       10.1007/s00246-012-0597-9
PUBLISHER:               Springer New York, 233 Spring Street, New York, NY
                         10013-1578, United States.
COUNTRY:                 United States
DOCUMENT TYPE:           Journal; Article
FILE SEGMENT:            Intellectual Indexing
                         007     Pediatrics and Pediatric Surgery
                         018     Cardiovascular Diseases and Cardiovascular Surgery
                         027     Biophysics, Bioengineering and Medical
                                 Instrumentation
                         037     Drug Literature Index
                         038     Adverse Reactions Titles
LANGUAGE:                English
SUMMARY LANGUAGE:        English
ENTRY DATE:              Entered Embase: 9 Jul 2013
                         Last Updated on Embase: 9 Jul 2013
                         First Entered Embase or Embase Alert: Apr 2013
```

ABSTRACT:  Acute pulmonary vasodilator testing (AVT) is essential to determining the initial therapy for children with **pulmonary** arterial **hypertension** (**PAH**).  This study aimed to report the initial experience with **inhaled treprostinil** used for AVT in children with **PAH** and to evaluate the hemodynamic change after **inhaled treprostinil** compared with **inhaled** nitric oxide.  This prospective cohort study was designed for 13 children who underwent AVT with **inhaled treprostinil** or oxygen plus **inhaled** nitric oxide (iNO) during catheterization.  **Inhaled treprostinil** was delivered during cardiac catheterization by adapting the Optineb ultrasonic **nebulizer** via either a flow-inflating bag or the manual mode of the anesthesia system. The median age of the patients was 10 years (range 4-17 years).  The etiologies of **PAH** included idiopathic **PAH** and associated **PAH**.  All the patients tolerated **inhaled treprostinil** without marked clinical worsening and received six or nine **breaths** (36 or 54 µg) of **treprostinil**.  The median of the total **treprostinil doses** was 1.53 µg/kg (range 0.71-2.89 µg/kg).  **Inhaled treprostinil** was administrated via an endotracheal tube (n = 8), anesthesia mask (n = 3), or laryngeal mask airway (n = 2).  **Inhaled** nitric oxide (iNO) and **inhaled treprostinil** significantly decreased the mean pulmonary artery pressure and the pulmonary vascular resistance index compared with baseline.  Three adverse events were reported after **inhaled treprostinil**, including cough and mild to moderate hypotension with higher doses.  All adverse events resolved without any intervention.  This study report is the first to describe the use of **inhaled treprostinil** for AVT in children with **PAH**.  In this small pediatric cohort, **inhaled treprostinil** was effectively delivered and well tolerated and may be useful for AVT.
© 2012 Springer Science+Business Media New York.

```
CONTROLLED TERM:     Medical Descriptors:
                     *acute pulmonary vasodilator testing
                     adolescent
                     article
                     breathing
                     child
                     *childhood disease
                     clinical article
                     clinical evaluation
                     cohort analysis
                     congenital heart disease
                     coughing: SI, side effect; treprostinil
                     disease association
                     dizziness: SI, side effect; treprostinil
                     endotracheal intubation
                     female
                     heart catheterization
                     hemodynamic parameters
                     human
                     hypotension: SI, side effect; treprostinil
                     idiopathic disease
                     interstitial lung disease
                     lung artery pressure
                     lung vascular resistance
                     male
                     *medical procedures
                     nebulizer
                     preschool child
                     prospective study
                     *pulmonary hypertension: ET, etiology
                     school child
CONTROLLED TERM:     Drug Descriptors:
                     nitric oxide
                     oxygen
                     *treprostinil: AE, adverse drug reaction; coughing
                     *treprostinil: AE, adverse drug reaction; dizziness
                     *treprostinil: AE, adverse drug reaction; hypotension
                     *treprostinil: IH, inhalational drug administration
SUPPLEMENTARY TERM:  Acute pulmonary vasodilator testing; Children; Iloprost;
                     Inhaled treprostinil; Nitric oxide; Pulmonary
                     arterial hypertension
CAS REGISTRY NO.:    (nitric oxide) 10102-43-9; (oxygen) 7782-44-7;
                     (treprostinil) 289480-64-4, 81846-19-7, 830354-48-8
NAME OF PRODUCT:     (1) OPTINEB-ir Model ON-100/7
COMPANY NAME:        (1) metropolitan medical (United States)


L98  ANSWER 41 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:    2013040519  EMBASE  Full-text
DOCUMENT NUMBER:     368118107  PMID: 22970909
TITLE:               Rapid Transition from Inhaled Iloprost to Inhaled
                     Treprostinil in Patients with Pulmonary Arterial
                     Hypertension.
AUTHORS IN PUB ORD:  Bourge, Robert C. (correspondence); Tapson, Victor F.;
                     Safdar, Zeenat; Benza, Raymond L.; Channick, Richard N.;
                     Rosenzweig, Erika B.; Shapiro, Shelley; White, Richard
```

76

James; Mcswain, Christopher Shane; Gotzkowsky, Stephen Karl; Nelsen, Andrew C.; Rubin, Lewis J.

AUTHOR:               Bourge, Robert C. (correspondence)
CORPORATE SOURCE:     University of Alabama at Birmingham, Birmingham, AL, United States. bbourge@uab.edu
AUTHOR:               Tapson, Victor F.
CORPORATE SOURCE:     Duke University Medical Center, Durham, NC, United States.
AUTHOR:               Safdar, Zeenat
CORPORATE SOURCE:     Baylor College of Medicine, Houston, TX, United States.
AUTHOR:               Benza, Raymond L.
CORPORATE SOURCE:     Allegheny General Hospital, Pittsburgh, PA, United States.
AUTHOR:               Channick, Richard N.
CORPORATE SOURCE:     Massachusetts General Hospital, Boston, MA, United States.
AUTHOR:               Rosenzweig, Erika B.
CORPORATE SOURCE:     Columbia Presbyterian Medical Center, New York, NY, United States.
AUTHOR:               Shapiro, Shelley
CORPORATE SOURCE:     David Geffen UCLA School of Medicine, Greater Los Angeles VA Healthcare System, Los Angeles, CA, United States.
AUTHOR:               White, Richard James
CORPORATE SOURCE:     University of Rochester Medical Center, Rochester, NY, United States.
AUTHOR:               Mcswain, Christopher Shane; Gotzkowsky, Stephen Karl; Nelsen, Andrew C.
CORPORATE SOURCE:     **United Therapeutics** Corp., Research Triangle Park, NC, United States.
AUTHOR:               Rubin, Lewis J.
CORPORATE SOURCE:     UCSD Medical Center, San Diego, CA, United States.
AUTHOR:               Bourge, Robert C. (correspondence)
CORPORATE SOURCE:     The University of Alabama at Birmingham, 311 THT, 1900 University Blvd, Birmingham, AL 35294, United States. bbourge@uab.edu

SOURCE:               Cardiovascular Therapeutics, (February 2013) Vol. 31, No. 1, pp. 38-44.
                      Refs: 28
                      ISSN: 1755-5914; E-ISSN: 1755-5922
DIGITAL OBJECT ID:    10.1111/1755-5922.12008
PUBLISHER:            Blackwell Publishing Ltd, 9600 Garsington Road, Oxford, OX4 2XG, United Kingdom.
COUNTRY:              United Kingdom
DOCUMENT TYPE:        Journal; Article
FILE SEGMENT:         Intellectual Indexing
                      015    Chest Diseases, Thoracic Surgery and Tuberculosis
                      030    Clinical and Experimental Pharmacology
                      037    Drug Literature Index
                      038    Adverse Reactions Titles
LANGUAGE:             English
SUMMARY LANGUAGE:     English
ENTRY DATE:           Entered Embase: 5 Feb 2013
                      Last Updated on Embase: 5 Feb 2013

ABSTRACT: Background: **Inhaled treprostinil** is a prostacyclin analog approved for the treatment of **pulmonary** arterial **hypertension** (**PAH**) that may provide a more convenient treatment option for patients receiving **inhaled** iloprost while maintaining the clinical benefit of **inhaled** prostacyclin therapy. Aims: In this open-label safety study, 73 **PAH** patients were enrolled with primarily World Health Organization Class II (56%) or III (42%)

symptoms.  At baseline, most patients (93%) were receiving 5 µg of iloprost per dose but 38% of patients reported a dosing frequency below the labeled rate of 6-9 times daily.  Patients initiated **inhaled treprostinil** at 3 **breaths** four times daily (qid) at the immediate next scheduled iloprost dose.  The primary objective was to assess the safety of rapid transition from iloprost to **inhaled treprostinil**; clinical status and quality of life were also assessed.
  Results: Most patients (84%) achieved the target **treprostinil dose** of 9 **breaths** qid and remained on study until transition to commercial therapy (89%).  The most frequent adverse events (AEs) were cough (74%), headache (44%), and nausea (30%), and five patients prematurely discontinued study drug due to AE (n = 3), disease progression (n = 1), or death (n = 1).  At week 12, the time spent on daily treatment activities was reduced compared to baseline, with a mean total savings of 1.4 h per day.  Improvements were also observed at week 12 for 6-min walk distance (+16.0; P < 0.001), N-terminal pro-B-type natriuretic peptide (-74 pg/mL; P = 0.001), and the Cambridge **Pulmonary Hypertension** Outcome Review (all domains P < 0.001).  Conclusions: **Pulmonary** arterial **hypertension** patients can be safely transitioned from **inhaled** iloprost to **inhaled treprostinil** while maintaining clinical status. © 2012 Blackwell Publishing Ltd.

```
CONTROLLED TERM:     Medical Descriptors:
                     adult
                     aged
                     area under the curve
                     article
                     coughing: SI, side effect; iloprost
                     death
                     demography
                     disease course
                     dizziness: SI, side effect; iloprost
                     drug efficacy
                     drug safety
                     drug substitution
                     drug tolerability
                     drug withdrawal
                     fatigue: SI, side effect; iloprost
                     female
                     flushing
                     headache: SI, side effect; iloprost
                     health status
                     heart palpitation: SI, side effect; iloprost
                     human
                     major clinical study
                     male
                     maximum plasma concentration
                     multicenter study
                     nausea: SI, side effect; iloprost
                     oropharynx pain: SI, side effect; iloprost
                     priority journal
                     productive cough: SI, side effect
                     productive cough: SI, side effect; iloprost
                     pulmonary hypertension: DT, drug therapy; iloprost
                     pulmonary hypertension: DT, drug therapy; treprostinil
                     *pulmonary hypertension: DM, disease management
                     *pulmonary hypertension: DT, drug therapy
                     quality of life
```

```
                          rhinopharyngitis: SI, side effect; iloprost
                          side effect: SI, side effect
                          thorax disease: SI, side effect; iloprost
                          throat irritation: SI, side effect; iloprost
                          upper respiratory tract infection: SI, side effect;
                          iloprost
                          walking
CONTROLLED TERM:          Drug Descriptors:
                          amino terminal pro brain natriuretic peptide: EC,
                          endogenous compound
                          *iloprost: AE, adverse drug reaction; coughing
                          *iloprost: AE, adverse drug reaction; dizziness
                          *iloprost: AE, adverse drug reaction; fatigue
                          *iloprost: AE, adverse drug reaction; headache
                          *iloprost: AE, adverse drug reaction; heart palpitation
                          *iloprost: AE, adverse drug reaction; nausea
                          *iloprost: AE, adverse drug reaction; oropharynx pain
                          *iloprost: AE, adverse drug reaction; productive cough
                          *iloprost: AE, adverse drug reaction; rhinopharyngitis
                          *iloprost: AE, adverse drug reaction; thorax disease
                          *iloprost: AE, adverse drug reaction; throat irritation
                          *iloprost: AE, adverse drug reaction; upper respiratory
                          tract infection
                          *iloprost: CT, clinical trial
                          *iloprost: DO, drug dose
                          *iloprost: DT, drug therapy; pulmonary hypertension
                          *iloprost: IH, inhalational drug administration
                          *treprostinil: CT, clinical trial
                          *treprostinil: DO, drug dose
                          *treprostinil: DT, drug therapy; pulmonary hypertension
                          *treprostinil: IH, inhalational drug administration
                          *treprostinil: PK, pharmacokinetics
SUPPLEMENTARY TERM: Iloprost; Inhaled; Pulmonary arterial hypertension;
                          Quality of life; Treprostinil
CAS REGISTRY NO.:         (iloprost) 78919-13-8, 82889-99-4; (treprostinil)
                          289480-64-4, 81846-19-7, 830354-48-8


L98  ANSWER 42 OF 42  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:    0050901490  EMBASE   Full-text
DOCUMENT NUMBER:     70917508
TITLE:               Preference and willingness to pay for a treatment of
                     pulmonary arterial hypertension.
AUTHORS IN PUB ORD: Iskedjian, M. (correspondence); Gafni, A.; McLean, A.;
                     White, J.; Provencher, S.; Farah, B.; Berbari, J.; Watson,
                     J.A.
AUTHOR:              Iskedjian, M. (correspondence); Farah, B.; Berbari, J.
CORPORATE SOURCE:    PharmIdeas Research and Consulting, Ottawa, ON, Canada.
AUTHOR:              Gafni, A.
CORPORATE SOURCE:    McMaster University, Hamilton, ON, Canada.
AUTHOR:              McLean, A.
CORPORATE SOURCE:    Unither Biotech Inc., Magog, QC, Canada.
AUTHOR:              White, J.
CORPORATE SOURCE:    University of Rochester Medical Center, Rochester, NY,
                     United States.
AUTHOR:              Provencher, S.
```

```
CORPORATE SOURCE:    Universite Laval, Quebec, QC, Canada.
AUTHOR:              Watson, J.A.
CORPORATE SOURCE:    United Therapeutics Corporation, Research Triangle
                     Park, NC, United States.
SOURCE:              Value in Health, (November 2012) Vol. 15, No. 7, pp. A566.
                     Abstract Number: PRS39.
                     Meeting Info: ISPOR 15th Annual European Congress. Berlin,
                     Germany. 03 Nov 2012-07 Nov 2012
                     ISSN: 1098-3015
DIGITAL OBJECT ID:   10.1016/j.jval.2012.08.2038
PUBLISHER:           Elsevier Ltd.
PUBLISHER IDENT.:    S 1098-3015(12)03751-5
DOCUMENT TYPE:       Journal; Conference; (Conference Abstract)
FILE SEGMENT:        CONF
FILE SEGMENT:        Intellectual Indexing
LANGUAGE:            English
SUMMARY LANGUAGE:    English
ENTRY DATE:          Entered Embase: 16 Nov 2012
                     Last Updated on Embase: 16 Nov 2012
```

ABSTRACT: OBJECTIVES: **Pulmonary** arterial **hypertension** (**PAH**) is a chronic, debilitating disease characterized by an increase in blood pressure in the pulmonary arteries and is associated with a burdensome low tolerance to exercise. **Treprostinil** is indicated in the treatment of **PAH** in patients with New York Heart Association Class II-IV symptoms and is available in one of two forms: infused or **inhaled.** The present study determined the preference among members of the general public for one treatment delivery option over the other, as well as the willingness-to-pay (WTP) for the **inhaled** option. METHODS: An online survey of members of the general public, 18 years of age or older, in the province Ontario, Canada, was conducted by presenting descriptive and clinical information on each treatment delivery option, ascertaining the participants' preference for one option over the other, and, by inviting participants who opted for the **inhaled** form to take part in a bidding game evaluating their WTP in terms of additional monthly insurance premiums to ensure that **inhaled treprostinil** would be covered by a hypothetical insurance scheme. Descriptive statistics and sub-group analyses based on demographic characteristics were calculated with regards to preference and WTP. RESULTS: The recruited population was more likely to be female, younger and with a higher yearly household income, when compared to the population of Ontario. Of the 386 survey participants, 85.8% preferred the **inhaled** treatment option, with no significant differences in terms of preference observed across age or gender. The observed median (minimum, maximum, mode) and mean (95% confidence interval) WTP in monthly insurance premiums were CAD21.50 (CAD0, CAD200, CAD50) and CAD37.25 (CAD32.51, CAD41.99), respectively; sub-group analyses based on gender, age or yearly household income yielded no significant differences. **CONCLUSIONS: Inhaled treprostinil** appears to be preferred over infused **treprostinil** and is associated with relatively high WTP for insurance premiums.

```
CONTROLLED TERM:     Medical Descriptors:
                     *pulmonary hypertension
                     human
                     insurance
                     Canada
                     population
                     household
                     gender
```

17/233,061

```
                    income
                    patient
                    female
                    blood pressure
                    demography
                    statistics
                    heart
                    United States
                    exercise
                    pulmonary artery
                    confidence interval
CONTROLLED TERM:    Drug Descriptors:
                    treprostinil
```

# Text Search History

```
=> file hcaplus

FILE 'HCAPLUS' ENTERED AT 12:55:17 ON 23 AUG 2022
USE IS SUBJECT TO THE TERMS OF YOUR STN CUSTOMER AGREEMENT.
COPYRIGHT (C) 2022 AMERICAN CHEMICAL SOCIETY (ACS)


Copyright of the articles to which records in this database refer is
held by the publishers listed in the PUBLISHER (PB) field (available
for records published or updated in Chemical Abstracts after December
26, 1996), unless otherwise indicated in the original publications.

The CA Lexicon is the copyrighted intellectual property of the
American Chemical Society and is provided to assist you in searching
databases on STN.  Any dissemination, distribution, copying, or storing
of this information, without the prior written consent of CAS, is
strictly prohibited.

FILE COVERS 1907 - 23 Aug 2022 VOL 179 ISS 11
FILE LAST UPDATED: 22 Aug 2022 (20220822/ED)

CAS Information Use Policies apply and are available at:

http://www.cas.org/legal/infopolicy

Tags for Claimed substances now available in selected patents.
See NEWS for details.

This file contains CAS Registry Numbers for easy and accurate
substance identification.

=> d que L47

L2           1 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L3          38 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  81846-19-7/CRN
L4         720 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L2 OR L3)
L5         700 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CT OR
                 TREPROSTINIL SODIUM/CT
L6         756 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR
                 15AU81 OR RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR
                 ORENITRAM OR UT15 OR UT 15 OR TREPULMIX
L7      714258 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  LUNG+OLD/CT OR LUNG
                 DISEASE+OLD,NT/CT
L8       46518 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  CHRONIC LUNG DISEASE+O
                 LD,NT/CT
L9       20788 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMONARY HYPERTENSION
                 +OLD,NT/CT
L10       3333 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMONARY ANTIHYPERTEN
                 SIVES+OLD/CT
L11      12516 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INTERSTITIAL LUNG
                 DISEASE+OLD,NT/CT
L12      34893 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  "HYPOXIA, ANIMAL"/CT
L13     219121 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  BRONCHIOLITIS+OLD,NT/C
                 T OR PULMONARY EMPHYSEMA+OLD/CT OR PULMONARY FIBROSIS+OLD,NT/CT
```

```
                  OR INTERSTITIAL PNEUMONIA+OLD/CT OR PNEUMONIA+NT/CT OR
                  CHRONIC OBSTRUCTIVE PULMONARY DISEASE+OLD/CT
L14      461386 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR
                  LUNG OR BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?)
                  (2A) (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE
                  OR DISORDER)
L15       86966 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS
                  ? OR PAH
L16       26884 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  "BREATHING (ANIMAL)"/CT
L17       27754 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INHALATION DRUG
                  DELIVERY SYSTEMS+OLD,NT/CT OR MEDICAL INHALERS+OLD,NT/CT
L18      380794 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR
                  ATOMIZ? OR NEBULIZ?
L20         187 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L4 OR L5 OR L6) AND
                  (L7 OR L8 OR L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15) AND
                  (L16 OR L17 OR L18)
L21         311 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L4 OR L5) (L) (L14
                  OR L15)
L22         196 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L7 OR L8 OR L9 OR
                  L10 OR L11 OR L12 OR L13) (L) L6
L23         281 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L6 (5A) (L14 OR L15)
L24         137 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L20 AND (L21 OR L22
                  OR L23)
L26         126 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L24 AND (L8 OR L9 OR
                  L10 OR L11 OR L12) AND (L15 OR L16)
L27         126 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L26 AND (L9 OR L15)
L28          58 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L4 OR L5) (L) L18
L29          50 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L16 OR L17) (L) L6
L30          95 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L6 (5A) L18
L31          79 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L27 AND (L28 OR L29
                  OR L30)
L32       14621 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L7 OR L8 OR L9 OR
                  L10 OR L11 OR L12 OR L13) (L) L18
L33        3508 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L16 OR L17) (L) (L14
                  OR L15)
L34       16301 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L14 OR L15) (5A) L18
L35          62 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L31 AND (L32 OR L33
                  OR L34)
L36          55 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L35 AND (PY<2021 OR
                  PRY<2021 OR AY<2021 OR REVIEW/DT)
L37          31 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L36 AND (BREATH# OR
                  DOSE OR AMOUNT OR CONC?)
L38        1701 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L39       12655 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L40       16044 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L41         280 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/P
                  A,CS
L42          64 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                  L41) AND (L4 OR L5 OR L6)
L43         958 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                  L41) AND (L7 OR L8 OR L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR
                  L15)
L44         217 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR
                  L41) AND (L16 OR L17 OR L18)
L46          13 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L42 AND L43 AND L44
L47          28 SEA FILE=HCAPLUS SPE=ON  ABB=ON  PLU=ON  L37 NOT L46
```

```
=> d que L71

L48           1 SEA FILE=DCR SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L49          34 SEA FILE=DCR SPE=ON  ABB=ON  PLU=ON  86001/DCSE
L50         229 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L48 OR L49)
L51         305 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR 15AU81
                  OR RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR ORENITRAM OR
                  UT15 OR UT 15 OR TREPULMIX
L52      114351 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR
                  LUNG OR BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?)
                  (2A) (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE
                  OR DISORDER)
L53        8916 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS?
                  OR PAH
L54      400670 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR
                  ATOMIZ? OR NEBULIZ?
L56          85 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L50 OR L51) AND (L52 OR
                  L53) AND L54
L57          73 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L56 AND L53
L58          71 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L57 AND (PY<2021 OR
                  PRY<2021 OR AY<2021)
L59          44 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L58 AND (BREATH# OR DOSE
                  OR AMOUNT OR CONC?)
L60          73 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L51 (10A) (L52 OR L53)
L61          21 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L59 AND L60
L62         539 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L63        3354 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L64       21629 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L65         121 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/PA,CS
L66          57 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
                  L65) AND (L50 OR L51)
L67         121 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
                  L65) AND (L52 OR L53)
L68         292 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR
                  L65) AND L54
L70          14 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L66 AND L67 AND L68
L71          15 SEA FILE=WPIX SPE=ON  ABB=ON  PLU=ON  L61 NOT L70


=> file medline drugu biosis embase

FILE 'MEDLINE' ENTERED AT 12:55:30 ON 23 AUG 2022

FILE 'DRUGU' ENTERED AT 12:55:30 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE 'BIOSIS' ENTERED AT 12:55:30 ON 23 AUG 2022
Copyright (c) 2022 Clarivate Analytics

FILE 'EMBASE' ENTERED AT 12:55:30 ON 23 AUG 2022
Copyright (c) 2022 Elsevier B.V. All rights reserved.

=> d que L97
```

```
L2             1 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
L3            38 SEA FILE=REGISTRY SPE=ON  ABB=ON  PLU=ON  81846-19-7/CRN
L72        3307 SEA (L2 OR L3)
L73        5229 SEA TREPROSTINIL? OR 15AU81 OR RUMODOLIN OR TREVYENT OR TYVASO
                   OR UNIPROST OR ORENITRAM OR UT15 OR UT 15 OR TREPULMIX
L74     2957023 SEA (RESP? OR PULMON? OR LUNG OR BRONCH? OR ALVEOL? OR INHAL?
                   OR BREATH? OR AIRWAY?) (2A) (CHRONIC OR HYPERTENS? OR INFLAM?
                   OR CONDITION OR DISEASE OR DISORDER)
L75      332964 SEA PULMON? (2A) HYPERTENS? OR PAH
L76     1257984 SEA INHAL? OR BREATH? OR ATOMIZ? OR NEBULIZ?
L78        1850 SEA (L72 OR L73) AND (L74 OR L75) AND L76
L79        1436 SEA L73 (10A) L75
L80         496 SEA L78 AND L79
L81         619 SEA L73 (10A) L76
L82         340 SEA L80 AND L81
L83         707 SEA L73 (5A) (BREATH# OR DOSE OR AMOUNT OR CONC?)
L84         123 SEA L82 AND L83
L85          95 SEA L84 AND (PY<2021 OR PRY<2021 OR AY<2021 OR MY<2021 OR
                   REVIEW/DT)
L86          30 SEA L85 AND BREATH# AND INHAL?
L87        8527 SEA PETERSON L?/AU,AUTH
L88       41133 SEA SMITH P?/AU,AUTH
L89       13265 SEA DENG C?/AU,AUTH
L90        7566 SEA UNITED THERAPEUTICS?/PA,CS
L91         320 SEA (L87 OR L88 OR L89 OR L90) AND (L72 OR L73)
L92        2971 SEA (L87 OR L88 OR L89 OR L90) AND (L74 OR L75)
L93        1004 SEA (L87 OR L88 OR L89 OR L90) AND L76
L95          99 SEA L91 AND L92 AND L93
L96          29 SEA L95 AND L79 AND L81 AND L83
L97          25 SEA L86 NOT L96


=> dup rem L47 L71 L97


FILE 'HCAPLUS' ENTERED AT 12:55:52 ON 23 AUG 2022
USE IS SUBJECT TO THE TERMS OF YOUR STN CUSTOMER AGREEMENT.
COPYRIGHT (C) 2022 AMERICAN CHEMICAL SOCIETY (ACS)

FILE 'WPIX' ENTERED AT 12:55:52 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE 'MEDLINE' ENTERED AT 12:55:52 ON 23 AUG 2022

FILE 'DRUGU' ENTERED AT 12:55:52 ON 23 AUG 2022
COPYRIGHT (C) 2022 CLARIVATE

FILE 'BIOSIS' ENTERED AT 12:55:52 ON 23 AUG 2022
Copyright (c) 2022 Clarivate Analytics

FILE 'EMBASE' ENTERED AT 12:55:52 ON 23 AUG 2022
Copyright (c) 2022 Elsevier B.V. All rights reserved.
PROCESSING COMPLETED FOR L47
PROCESSING COMPLETED FOR L71
PROCESSING COMPLETED FOR L97
L99          52 DUP REM L47 L71 L97 (16 DUPLICATES REMOVED)
                ANSWERS '1-28' FROM FILE HCAPLUS
```

17/233,061

```
ANSWERS '29-42' FROM FILE WPIX
ANSWERS '43-44' FROM FILE MEDLINE
ANSWERS '45-46' FROM FILE DRUGU
ANSWERS '47-52' FROM FILE EMBASE
```

# Text Search Results

```
=> d 1-28 ibib abs hitind; d 29-42 ibib ab; d 43-52 iall
```

L99  ANSWER 1 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 1

| | |
|---|---|
| ACCESSION NUMBER: | 2018:16467  HCAPLUS  Full-text |
| DOCUMENT NUMBER: | 173:30452 |
| TITLE: | **Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease** |
| AUTHOR(S): | Faria-Urbina, Mariana; Oliveira, Rudolf K. F.; Agarwal, Manyoo; Waxman, Aaron B. |
| CORPORATE SOURCE: | Pulmonary and Critical Care Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA |
| SOURCE: | Lung (**2018**), 196(2), 139-146 CODEN: LUNGD9; ISSN: 0341-2040 |
| DIGITAL OBJECT ID: | 10.1007/s00408-017-0081-7 |
| PUBLISHER: | Springer |
| DOCUMENT TYPE: | Journal; (online computer file) |
| LANGUAGE: | English |

AB    Purpose: **Pulmonary hypertension** (PH) in the setting of parenchymal **lung disease** adversely affects quality of life and survival.  However, PH-specific drugs may result in ventilation/perfusion imbalance and currently, there are no approved PH treatments for this patient population.  In the present retrospective study, data from 22 patients with PH assocd. with **lung disease** treated with **inhaled treprostinil** (iTre) and followed up clin. for at least 3 mo are presented.  Methods: PH was defined by resting right heart catheterization as a mean pulmonary artery pressure (mPAP) $\geq$ 35 mmHg, or mPAP $\geq$ 25 mmHg assocd. with pulmonary vascular resistance $\geq$ 4 Woods Units.  Follow-up evaluation was performed at the discretion of the attending physician.  Results: From baseline to follow-up, we obsd. significant improvement in functional class (n = 22, functional class III-IV 82 vs. 59%, p = 0.041) and 6-min walk distance (n = 11, 243 $\pm$ 106 vs. 308 $\pm$ 109; p = 0.022), without a deleterious effect on resting peripheral oxygen satn. (n = 22, 92 $\pm$ 6 vs. 94 $\pm$ 4; p = 0.014). Most of the patients (86%, n = 19/22) were using long-term nasal supplemental oxygen at baseline.  During follow-up, only one patient had increased supplemental oxygen requirement.  The most common adverse events were cough, headache, and diarrhea.  No severe adverse event was reported. **Conclusions**: The results suggest that iTre is safe in patients with Group 3 PH and evidence of pulmonary vascular remodeling in terms of functional class, gas exchange, and exercise capacity.  Addnl., iTre was well tolerated.  The potential role of PH-specific drugs in Group 3 PH should be further assessed in larger prospective studies.

CC    1-8 (Pharmacology)

ST    **treprostinil** vasodilator **pulmonary hypertension lung disease**

IT    Blood pressure
  **Breathing (animal)**
 Homo sapiens
 Human
  **Lung disease**
  **Pulmonary hypertension**
 Remodeling (biological)
 Vascular resistance

```
        Vasodilators
            (inhaled treprostinil in pulmonary
            hypertension assocd. with lung disease)
IT    81846-19-7
        RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
        (Biological study); USES (Uses)
            (inhaled treprostinil in pulmonary
            hypertension assocd. with lung disease)
OS.CITING REF COUNT:        4      THERE ARE 4 CAPLUS RECORDS THAT CITE THIS RECORD
                                   (4 CITINGS)
REFERENCE COUNT:           35      THERE ARE 35 CITED REFERENCES AVAILABLE FOR THIS
                                   RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 2 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 2
ACCESSION NUMBER:        2017:1775826  HCAPLUS Full-text
DOCUMENT NUMBER:         167:557832
TITLE:                   Dry powder treprostinil  for the treatment of
                         pulmonary   hypertension
INVENTOR(S):             Roscigno, Robert Frank; Farrer, Brian T.; Sprague,
                         Jacob J.; Maynor, Benjamin
PATENT ASSIGNEE(S):      Liquidia Technologies, Inc., USA
SOURCE:                  PCT Int. Appl., 144pp.
                         CODEN: PIXXD2
DOCUMENT TYPE:           Patent
LANGUAGE:                English
FAMILY ACC. NUM. COUNT:  1
PATENT INFORMATION:
      PATENT NO.          KIND  DATE        APPLICATION NO.          DATE
      --------------      ----  --------    --------------------     --------
      WO 2017192993       A1    20171109    WO 2017-US31301          20170505
      CA 3023257          A1    20171109    CA 2017-3023257          20170505
      AU 2017261317       A1    20181213    AU 2017-261317           20170505
      IL 262720           A     20181231    IL 2017-262720           20170505
      EP 3452170          A1    20190313    EP 2017-793448           20170505
      JP 2019519489       T     20190711    JP 2018-558275           20170505
      US 20190151332      A1    20190523    US 2018-16099135         20181105
      US 10898494         B2    20210126
      US 20210077504      A1    20210318    US 2020-17104348         20201125
      US 20210353640      A1    20211118    US 2021-17390476         20210730
      US 20210353641      A1    20211118    US 2021-17390514         20210730
      US 20220257608      A1    20220818    US 2022-17719439         20220413
PRIORITY APPLN. INFO.:                      US 2016-62332013    P  20160505
                                            US 2016-62404960    P  20161006
                                            US 2016-62440078    P  20161229
                                            US 2017-62472204    P  20170316
                                            WO 2017-US31301     W  20170505
                                            US 2018-16099135    A1 20181105
                                            US 2020-17104348    A1 20201125

PATENT STATUS PATENT INFORMATION:
      PATENT NO.          KIND  STATUS         STATUS DATE
      --------------      ----  -------------  -----------
      WO 2017192993       A1    Dead           20210202
      CA 3023257          A1    Alive          20201121
      AU 2017261317       A1    Alive          20201121
      IL 262720           A     Alive          20220721
      EP 3452170          A1    Alive          20201203
```

88

```
        US 20190151332      A1   Alive          20201121
        US 10898494         B2   Alive          20210204
        US 20210077504      A1   Alive          20210325
        US 20210353640      A1   Transitional   20220616
        US 20210353641      A1   Transitional   20220616
```
ASSIGNMENT HISTORY FOR US PATENT AVAILABLE IN LSUS DISPLAY FORMAT
OTHER SOURCE(S):       CASFORMULTNS 2017:1775826
AB   A dry powder **inhalation**  treatment for **pulmonary**   arterial
     **hypertension**   includes a **dose**   of dry particles comprising greater than
     25 µg of **treprostinil**   enclosed in a capsule.  The dry particles can
     include **treprostinil**  , a wetting agent, a hydrophobicity modifying agent,
     a pH modifying agent and a buffer.  A method of treating a patient having
     **pulmonary**   arterial **hypertension**   includes providing a patient a dry
     powder **inhaler**  , providing the patient at least one capsule for use in
     the dry powder **inhaler**  , the capsule including at least 25 µg of
     **treprostinil**  .
IPCI A61P0009-12 [I]; A61K0009-72 [I]; A61K0031-00 [I]; A61K0031-192 [I];
     A61K0031-557 [I]; A61P0009-00 [I]
IPCR A61P0009-12 [I]; A61K0009-72 [I]; A61K0031-00 [I]; A61K0031-192 [I];
     A61K0031-557 [I]; A61P0009-00 [I]
CC   63-6 (Pharmaceuticals)
ST   dry powder **treprostinil**   treatment **pulmonary**    **hypertension**
IT   Buffers
     Homo sapiens
     Human
       **Medical inhalers**
       **Pharmaceutical powder inhalants**
       **Pulmonary hypertension**
     Wetting agents
        (dry powder **treprostinil**  for treatment of **pulmonary hypertension**)
IT   Nonreducing carbohydrates
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (dry powder **treprostinil**  for treatment of **pulmonary hypertension**)
IT   Hydrophobicity
     pH
        (modifying agent; dry powder **treprostinil**  for treatment of
        **pulmonary hypertension**)
IT   **81846-19-7, Treprostinil**
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
        (dry powder **treprostinil**  for treatment of **pulmonary hypertension**)
IT   61-90-5, L-Leucine, biological studies   6132-04-3, Sodium citrate
     dihydrate   6138-23-4, Trehalose dihydrate   7647-14-5, Sodium chloride,
     biological studies   9005-65-6, Polysorbate 80  **289480-64-4,**
     **Treprostinil** sodium
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (dry powder **treprostinil**  for treatment of **pulmonary**
        **hypertension**)
REFERENCE COUNT:           5     THERE ARE 5 CITED REFERENCES AVAILABLE FOR THIS
                                 RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 3 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 3
ACCESSION NUMBER:      2016:565933  HCAPLUS Full-text
DOCUMENT NUMBER:       165:268009
TITLE:                 Safety and Tolerability of High-**dose Inhaled**
                       **Treprostinil** in **Pulmonary Hypertension**
```

```
AUTHOR(S):            Parikh, Kishan S.; Rajagopal, Sudarshan; Fortin,
                      Terry; Tapson, Victor F.; Poms, Abby D.
CORPORATE SOURCE:     Department of Medicine, Duke University Medical
                      Center, Durham, USA
SOURCE:               Journal of Cardiovascular Pharmacology (2016),
                      67(4), 322-325
                      CODEN: JCPCDT; ISSN: 0160-2446
DIGITAL OBJECT ID:    10.1097/FJC.0000000000000357
PUBLISHER:            Lippincott Williams & Wilkins
DOCUMENT TYPE:        Journal; (online computer file)
LANGUAGE:             English
```

AB    **Pulmonary** arterial **hypertension** (**PAH**) has emerging therapeutic
      options including prostacyclin analogs.  **Inhaled** therapy offers
      advantages compared with alternative routes of administration.  We aimed
      to det. the safety and tolerability of **inhaled treprostinil** (iTRE)
      titrated to target maintenance **dose** higher than the labeled **dose** for
      **PAH**.  Our study included 80 consecutive patients (69% female, 70% White)
      followed at the Duke University Medical Center prescribed iTRE at **dose**
      >9 **breaths** (54 µg).  Etiol. of **pulmonary hypertension** was most
      frequently **PAH** (51%) or secondary to **lung disease** (35%).  Median
      follow-up was 20.3 mo (interquartile range 14.2-33.2).  Most patients
      (91%) had titrated iTRE **dose** to 12 **breaths** (72 µg) four times
      daily.  Common side effects reported with drug initiation were cough
      (41%), headache (28%), and throat irritation (8%); most of the side
      effects improved at follow-up.  Overall, 25% patients discontinued iTRE: 9
      transitioned to parenteral therapy, 4 had untolerable side effects, 3
      died, and 4 had other reasons.  Overall, iTRE taken at a higher **dose**
      than approved for use in **PAH** was safe and well-tolerated in our cohort
      of **pulmonary hypertension** patients.
```
CC    1-8 (Pharmacology)
ST    pulmonary hypertension treprostinil antihypertensive
IT    Antihypertensives
      Cough
      Drug toxicity
      Headache
      Homo sapiens
      Human
        Inhalation drug delivery systems
      Pharyngeal irritation
        Pulmonary hypertension
         (safety and Tolerability of High-dose Inhaled
         Treprostinil in Pulmonary Hypertension)
IT    81846-19-7, Treprostinil
      RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
      activity); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
         (safety and Tolerability of High-dose Inhaled
         Treprostinil in Pulmonary Hypertension)
OS.CITING REF COUNT:   7    THERE ARE 7 CAPLUS RECORDS THAT CITE THIS RECORD
                            (7 CITINGS)
REFERENCE COUNT:       23   THERE ARE 23 CITED REFERENCES AVAILABLE FOR THIS
                            RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 4 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 6
ACCESSION NUMBER:      2013:332224  HCAPLUS  Full-text
DOCUMENT NUMBER:       158:723374
```

TITLE:                    Rapid transition from **inhaled** iloprost to **inhaled treprostinil** in patients with **pulmonary** arterial **hypertension**

AUTHOR(S):                Bourge, Robert C.; Tapson, Victor F.; Safdar, Zeenat; Benza, Raymond L.; Channick, Richard N.; Rosenzweig, Erika B.; Shapiro, Shelley; White, Richard James; McSwain, Christopher Shane; Gotzkowsky, Stephen Karl; Nelsen, Andrew C.; Rubin, Lewis J.

CORPORATE SOURCE:         University of Alabama at Birmingham, Birmingham, AL, USA

SOURCE:                   Cardiovascular Therapeutics (**2013**), 31(1), 38-44 CODEN: CTAHCA; ISSN: 1755-5914

DIGITAL OBJECT ID:        10.1111/1755-5922.12008

PUBLISHER:                Wiley-Blackwell

DOCUMENT TYPE:            Journal

LANGUAGE:                 English

AB   Background: **Inhaled treprostinil** is a prostacyclin analog approved for the treatment of **pulmonary** arterial **hypertension** (**PAH**) that may provide a more convenient treatment option for patients receiving **inhaled** iloprost while maintaining the clin. benefit of **inhaled** prostacyclin therapy. Aims: In this open-label safety study, 73 **PAH** patients were enrolled with primarily World Health Organization Class II (56%) or III (42%) symptoms. At baseline, most patients (93%) were receiving 5 μg of iloprost per **dose** but 38% of patients reported a dosing frequency below the labeled rate of 6-9 times daily. Patients initiated **inhaled treprostinil** at 3 **breaths** four times daily (qid) at the immediate next scheduled iloprost **dose**. The primary objective was to assess the safety of rapid transition from iloprost to **inhaled treprostinil**; clin. status and quality of life were also assessed. Results: Most patients (84%) achieved the target **treprostinil dose** of 9 **breaths** qid and remained on study until transition to com. therapy (89%). The most frequent adverse events (AEs) were cough (74%), headache (44%), and nausea (30%), and five patients prematurely discontinued study drug due to AE (n = 3), disease progression (n =1), or death (n = 1). At week 12, the time spent on daily treatment activities was reduced compared to baseline, with a mean total savings of 1.4 h per day. Improvements were also obsd. at week 12 for 6-min walk distance (+16.0; P < 0.001), N-terminal pro-B-type natriuretic peptide (-74 pg/mL; P = 0.001), and the Cambridge **Pulmonary Hypertension** Outcome Review (all domains P < 0.001). **Conclusions: Pulmonary** arterial **hypertension** patients can be safely transitioned from **inhaled** iloprost to **inhaled treprostinil** while maintaining clin. status.

CC   1-8 (Pharmacology)

ST   Ventavis **Tyvaso** antihypertensive **pulmonary** arterial **hypertension**

IT   **Antihypertensives**
     Human
       **Inhalation drug delivery systems**
     Pharmacokinetics
       **Pulmonary hypertension**
         (rapid transition from **inhaled** iloprost to **inhaled treprostinil** in patients with **pulmonary** arterial **hypertension**)

IT   78919-13-8, Iloprost    **81846-19-7, Treprostinil**
     RL: PAC (Pharmacological activity); PKT (Pharmacokinetics); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
         (rapid transition from **inhaled** iloprost to **inhaled treprostinil** in patients with **pulmonary** arterial **hypertension**)

```
OS.CITING REF COUNT:    14    THERE ARE 14 CAPLUS RECORDS THAT CITE THIS
                              RECORD (14 CITINGS)
REFERENCE COUNT:        28    THERE ARE 28 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 5 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 7
ACCESSION NUMBER:      2012:1235767  HCAPLUS Full-text
DOCUMENT NUMBER:       159:221877
TITLE:                 Effectiveness and Safety of Inhaled Treprostinil
                       for the Treatment of Pulmonary Arterial
                       Hypertension in Children
AUTHOR(S):             Krishnan, Usha; Takatsuki, Shinichi; Ivy, Dunbar D.;
                       Kerstein, Jason; Calderbank, Michelle; Coleman,
                       Elizabeth; Rosenzweig, Erika B.
CORPORATE SOURCE:      College of Physicians and Surgeons of Columbia
                       University Medical Center, New York, NY, USA
SOURCE:                American Journal of Cardiology (2012), 110(11),
                       1704-1709
                       CODEN: AJCDAG; ISSN: 0002-9149
DIGITAL OBJECT ID:     10.1016/j.amjcard.2012.07.037
PUBLISHER:             Elsevier
DOCUMENT TYPE:         Journal; (online computer file)
LANGUAGE:              English
```

AB   The introduction of prostanoid therapy has revolutionized the treatment of **pulmonary** arterial **hypertension** (**PAH**).  However, continuous i.v. prostacyclin infusion poses significant risks and challenges, particularly in children.  **Inhaled treprostinil** has been shown to be safe and efficacious in adults.  This study describes the safety and efficacy of **inhaled treprostinil** in children with **PAH**.  A retrospective anal. of 29 children treated with **inhaled treprostinil** for ≥6 wk was performed.  Effects of **inhaled treprostinil** on exercise capacity, functional class, and echocardiog. and hemodynamic data were evaluated.  Adverse events were documented.  Patients received 3 to 9 **breaths** (6 µg/**breath**) of **inhaled treprostinil** 4 times/day.  All were receiving background **PAH** therapy; 12 had previously received parenteral prostanoid.  **Inhaled treprostinil** was discontinued in 4 patients because of symptoms including cough and bronchospasm (n = 3) and progression of **PAH** (n = 1).  Mild side effects including cough (n = 9) and sore throat (n = 6) did not require discontinuation of therapy.  World Health Organization functional class improved in 19 and was unchanged in 10; exercise capacity significantly improved with the 6-min walk distance, improving on follow-up from 455.7 ± 71.5 to 498 ± 70 m (p = 0.01) and peak oxygen consumption increasing from 25.5 ± 10.2 to 27.4 ± 10 (p = 0.04).  In **conclusion**, **inhaled treprostinil** was assocd. with improvement in exercise capacity and World Health Organization functional class when added to background targeted **PAH** therapy in children and had an acceptable safety profile.  Based on these early data, further study of **inhaled treprostinil** appears warranted in pediatric patients with **PAH**.

CC   1-8 (Pharmacology)
ST   **treprostinil** child **pulmonary** arterial **hypertension** antihypertensive
IT   **Antihypertensives**
     Blood pressure
     Child development
     Human
        **Inhalation drug delivery systems**
        **Pulmonary hypertension**

```
        Respiration, animal
            (inhaled treprostinil was safe and effective for
            treatment of child with pulmonary arterial hypertension)
IT      Exercise
            (inhaled treprostinil was safe and improved
            exercise capacity in child with pulmonary arterial hypertension)
IT      81846-19-7, Treprostinil
            RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
            activity); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
            (inhaled treprostinil was safe and effective for
            treatment of child with pulmonary arterial hypertension)


OS.CITING REF COUNT:       11    THERE ARE 11 CAPLUS RECORDS THAT CITE THIS
                                 RECORD (11 CITINGS)
REFERENCE COUNT:           23    THERE ARE 23 CITED REFERENCES AVAILABLE FOR THIS
                                 RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 6 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN DUPLICATE 8
ACCESSION NUMBER:          2006:1081563  HCAPLUS Full-text
DOCUMENT NUMBER:           147:23150
TITLE:                     Favorable effects of inhaled treprostinil in
                           severe pulmonary hypertension. Results from
                           randomized controlled pilot studies
AUTHOR(S):                 Voswinckel, Robert; Enke, Beate; Reichenberger, Frank;
                           Kohstall, Markus; Kreckel, Andree; Krick, Stefanie;
                           Gall, Henning; Gessler, Tobias; Schmehl, Thomas;
                           Ghofrani, Hossein A.; Schermuly, Ralph Theo;
                           Grimminger, Friedrich; Rubin, Lewis J.; Seeger,
                           Werner; Olschewski, Horst
CORPORATE SOURCE:          Department of Internal Medicine, University Hospital
                           Giessen, Giessen, Germany
SOURCE:                    Journal of the American College of Cardiology
                           (2006), 48(8), 1672-1681
                           CODEN: JACCDI; ISSN: 0735-1097
DIGITAL OBJECT ID:         10.1016/j.jacc.2006.06.062
PUBLISHER:                 Elsevier Inc.
DOCUMENT TYPE:             Journal
LANGUAGE:                  English
AB   This study sought to investigate the effects of inhaled treprostinil
     on pulmonary hemodynamics and gas exchange in severe pulmonary
     hypertension.  Inhaled iloprost therapy has a proven clin. efficacy in
     pulmonary arterial hypertension, but this therapy necessitates 6 to 9
     inhalation sessions per day.  Treprostinil has a longer plasma
     half-life and might provide favorable properties when applied by
     inhalation.  Three different studies were conducted on a total of 123
     patients by means of right heart catheterization: (1) a randomized
     crossover-design study (44 patients), (2) a dose escalation study (31
     patients), and (3) a study of redn. of inhalation time while keeping the
     dose fixed (48 patients).  The primary end point was the change in
     pulmonary vascular resistance (PVR).  The mean pulmonary arterial pressure
     of the enrolled patients was approx. 50 mm Hg in all studies.  In study 1,
     both treprostinil and iloprost at an inhaled dose of 7.5 µg
     displayed a comparable PVR decrease, with a significantly different time
     course (p < 0.001), treprostinil showing a more sustained effect on PVR
     (p < 0.0001) and fewer systemic side effects.  In study 2, effects of
     inhalation were obsd. for 3 h.  A near-maximal acute PVR decrease was
```

93

17/233,061

obsd. at 30 µg **treprostinil**.  In study 3, **treprostinil** was
**inhaled** at increasing **concns**. with a pulsed ultrasonic **nebulizer**,
mimicking a metered **dose inhaler**.  A **dose** of 15 µg **treprostinil**
was **inhaled** with 18, 9, 3, 2 pulses, or 1 pulse, each mode achieving
comparable, sustained pulmonary vasodilation without significant side
effects.  **Inhaled treprostinil** exerts sustained pulmonary vasodilation
with excellent tolerability at relatively low **doses** and may be **inhaled**
in a few **breaths**.

CC    1-8 (Pharmacology)
ST    **treprostinil** iloprost **pulmonary hypertension** pharmacokinetics
      vasodilator antihypertensive
IT    Blood pressure
          (**inhaled treprostinil** and iloprost were comparable
          in their ability to decrease pulmonary arterial pressure in severe
          **pulmonary hypertension** patient)
IT    Vascular resistance
          (**inhaled treprostinil** and iloprost were comparable
          in their ability to decrease pulmonary vascular resistance in severe
          **pulmonary hypertension** patient)
IT    **Antihypertensives**
      Human
        **Pulmonary hypertension**
      Vasodilators
          (**inhaled treprostinil** exerted sustained
          **pulmonary** vasodilation compared to iloprost and was well
          tolerated at low **dose** with reduced **inhalation** time
          in severe **pulmonary hypertension** patient)
IT    Pharmacokinetics
          (**inhaled treprostinil** revealed acceptable
          pharmacokinetics characteristic in severe **pulmonary**
          **hypertension** patient)
IT    Cardiac contraction
          (systemic arterial pressure was unaffected by **treprostinil**
          while it was decreased by iloprost in severe **pulmonary**
          **hypertension** patient)
IT    **81846-19-7, Treprostinil**
      RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
      activity); PKT (Pharmacokinetics); THU (Therapeutic use); BIOL (Biological
      study); USES (Uses)
          (**inhaled treprostinil** exerted sustained pulmonary
          vasodilation compared to iloprost and was well tolerated at low
          **dose** with reduced **inhalation** time in severe
          **pulmonary hypertension** patient)
IT    78919-13-8, Iloprost
      RL: ADV (Adverse effect, including toxicity); PAC (Pharmacological
      activity); THU (Therapeutic use); BIOL (Biological study); USES (Uses)
          (**inhaled treprostinil** exerted sustained pulmonary
          vasodilation compared to iloprost and was well tolerated at low
          **dose** with reduced **inhalation** time in severe
          **pulmonary hypertension** patient)
IT    7782-44-7, Oxygen, biological studies
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (neither **treprostinil** nor iloprost affected pulmonary gas
          exchange in severe **pulmonary hypertension** patient)
OS.CITING REF COUNT:    67    THERE ARE 67 CAPLUS RECORDS THAT CITE THIS
                              RECORD (68 CITINGS)

```
REFERENCE COUNT:          14    THERE ARE 14 CITED REFERENCES AVAILABLE FOR THIS
                                RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 7 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2021:2128130  HCAPLUS  Full-text
DOCUMENT NUMBER:          176:325760
TITLE:                    Pharmaceutical formulations of treprostinil   prodrugs
                          and methods of use thereof for treating pulmonary
                          diseases
INVENTOR(S):              Malinin, Vladimir; Plaunt, Adam
PATENT ASSIGNEE(S):       Insmed Incorporated, USA
SOURCE:                   PCT Int. Appl., 115pp.
                          CODEN: PIXXD2
DOCUMENT TYPE:            Patent
LANGUAGE:                 English
FAMILY ACC. NUM. COUNT:   1
PATENT INFORMATION:
     PATENT NO.           KIND  DATE        APPLICATION NO.         DATE
     ---------------      ----  --------    ---------------------   --------
     WO 2021195328        A1    20210930    WO 2021-US24077         20210325
PRIORITY APPLN. INFO.:                      US 2020-62994596     P  20200325
PATENT STATUS PATENT INFORMATION:
     PATENT NO.           KIND  STATUS        STATUS DATE
     ---------------      ----  -------------  -----------
     WO 2021195328        A1    Alive          20211007
OTHER SOURCE(S):          MARPAT 176:325760; CASFORMULTNS 2021:2128130
AB   The present disclosure provides pharmaceutical formulations of
     treprostinil  prodrugs and methods for their prepn. and use in treating
     pulmonary   hypertension   (e.g., pulmonary   arterial  hypertension  ),
     portopulmonary hypertension  , and pulmonary   fibrosis by inhalation
     via a metered dose   inhaler  . The formulations can include (a) a
     treprostinil   prodrug, e.g., a treprostinil   alkyl ester or amide, (b)
     polyoxyethylene (20) cetylether or at least one polyethylene glycol-lipid
     (PEGylated lipid), (c) at least one surfactant selected from the group
     consisting of polyethylene glycol (PEG) and propylene glycol, (d) at least
     one hydrofluoroalkane propellant, and (e) at least one alc. cosolvent.
IPCI C07D0417-14 [I]; A61K0031-41 [I]
IPCR C07D0417-14 [I]; A61K0031-41 [I]
CC   63-6 (Pharmaceuticals)
     Section cross-reference(s): 1
ST   treprostinil   prodrug pharmaceutical formulation pulmonary    disease
     treatment
IT   Cardiolipins
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (-PEG2000; pharmaceutical formulations of treprostinil
        prodrugs and methods of use thereof for treating pulmonary
        diseases)
IT   Lipids
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (PEGylated; pharmaceutical formulations of treprostinil
        prodrugs and methods of use thereof for treating pulmonary
        diseases)
IT   Cosolvents
        (alc.; pharmaceutical formulations of treprostinil prodrugs
        and methods of use thereof for treating pulmonary
        diseases)
```

17/233,061

```
IT    Lacquers
            (aluminum cans coating with; pharmaceutical formulations of
            treprostinil prodrugs and methods of use thereof for treating
            pulmonary diseases)
IT    Fluoropolymers
      Plastics
      RL: TEM (Technical or engineered material use); THU (Therapeutic use);
      BIOL (Biological study); USES (Uses)
            (aluminum cans coating with; pharmaceutical formulations of
            treprostinil prodrugs and methods of use thereof for treating
            pulmonary diseases)
IT    Canisters
            (aluminum, medical inhalers comprising; pharmaceutical
            formulations of treprostinil prodrugs and methods of use
            thereof for treating pulmonary diseases)
IT    Alcohols
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
            (cosolvents; pharmaceutical formulations of treprostinil
            prodrugs and methods of use thereof for treating pulmonary
            diseases)
IT    Breathing (animal)
      Cough
            (effect on; pharmaceutical formulations of treprostinil
            prodrugs and methods of use thereof for treating pulmonary
            diseases)
IT    Alkanes
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
            (hydrofluoroalkanes propellants; pharmaceutical formulations of
            treprostinil prodrugs and methods of use thereof for treating
            pulmonary diseases)
IT    Propellants (sprays and foams)
            (hydrofluoroalkanes; pharmaceutical formulations of
            treprostinil prodrugs and methods of use thereof for treating
            pulmonary diseases)
IT    Anodization
            (of aluminum cans; pharmaceutical formulations of treprostinil
            prodrugs and methods of use thereof for treating pulmonary
            diseases)
IT    Antifibrotic agents
      Dissolution
      Drug bioavailability
      Homo sapiens
      Human
            Pharmaceutical inhalation aerosols
      Pharmaceutical surfactants
      Pharmacokinetics
            Portopulmonary hypertension
            Pulmonary antihypertensives
            Pulmonary artery hypertension
            Pulmonary fibrosis
            Pulmonary hypertension
      Stability
            (pharmaceutical formulations of treprostinil prodrugs and
            methods of use thereof for treating pulmonary diseases)
IT    Polyoxyalkylenes
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
```

```
        (pharmaceutical formulations of treprostinil prodrugs and
        methods of use thereof for treating pulmonary diseases)
IT  1706528-87-1
    RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
    (Biological study); USES (Uses)
        (C12TR; pharmaceutical formulations of treprostinil prodrugs
        and methods of use thereof for treating pulmonary diseases)
IT  9002-84-0, Polytetrafluoroethylene   25067-11-2
    RL: TEM (Technical or engineered material use); THU (Therapeutic use);
    BIOL (Biological study); USES (Uses)
        (aluminum cans coating with; pharmaceutical formulations of
        treprostinil prodrugs and methods of use thereof for treating
        pulmonary diseases)
IT  7429-90-5, Aluminum, biological studies
    RL: TEM (Technical or engineered material use); THU (Therapeutic use);
    BIOL (Biological study); USES (Uses)
        (can, medical inhalers comprising; pharmaceutical
        formulations of treprostinil prodrugs and methods of use
        thereof for treating pulmonary diseases)
IT  67-63-0, Isopropyl alcohol, biological studies
    RL: RCT (Reactant); THU (Therapeutic use); BIOL (Biological study); RACT
    (Reactant or reagent); USES (Uses)
        (cosolvent; pharmaceutical formulations of treprostinil
        prodrugs and methods of use thereof for treating pulmonary diseases)
IT  64-17-5, Ethanol, biological studies
    RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (cosolvent; pharmaceutical formulations of treprostinil
        prodrugs and methods of use thereof for treating pulmonary diseases)
IT  81846-19-7, Treprostinil
    RL: BSU (Biological study, unclassified); PKT (Pharmacokinetics); BIOL
    (Biological study)
        (metabolite; pharmaceutical formulations of treprostinil
        prodrugs and methods of use thereof for treating pulmonary diseases)
IT  36653-82-4, Cetyl alcohol   2714564-05-1
    RL: FMU (Formation, unclassified); FORM (Formation, nonpreparative)
        (pharmaceutical formulations of treprostinil prodrugs and
        methods of use thereof for treating pulmonary diseases)
IT  1706528-83-7, Treprostinil palmitil
    RL: PAC (Pharmacological activity); PKT (Pharmacokinetics); PRP
    (Properties); RCT (Reactant); THU (Therapeutic use); BIOL (Biological
    study); RACT (Reactant or reagent); USES (Uses)
        (pharmaceutical formulations of treprostinil prodrugs and
        methods of use thereof for treating pulmonary diseases)
IT  1706528-83-7
    RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
    (Biological study); USES (Uses)
        (pharmaceutical formulations of treprostinil prodrugs and
        methods of use thereof for treating pulmonary diseases)
IT  57-55-6, Propylene glycol, biological studies   75-37-6,
    1,1-Difluoroethane   431-89-0, 1,1,1,2,3,3,3-Heptafluoro-n-propane
    811-97-2, 1,1,1,2-Tetrafluoroethane   9004-95-9   25322-68-3, Polyethylene
    glycol   25322-68-3D, Polyethylene glycol, conjugates with lipids
    770748-16-8   1633932-26-9
    RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (pharmaceutical formulations of treprostinil prodrugs and
        methods of use thereof for treating pulmonary diseases)
```

97

17/233,061

```
L99  ANSWER 8 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:          2021:2500122  HCAPLUS Full-text
TITLE:                     Inhaled trepostinil for severe fibrotic interstitial
                           lung disease: grounds for cautious optimism
AUTHOR(S):                 Harari, Sergio; Wells, Athol
CORPORATE SOURCE:          Department of Clinical Sciences and Community Health,
                           University of Milan, Milan, Italy
SOURCE:                    Lancet Respiratory Medicine (2021), 9(11), 1209-1211
                           CODEN: LRMAAU; ISSN: 2213-2600
DIGITAL OBJECT ID:         10.1016/s2213-2600(21)00264-2
PUBLISHER:                 Elsevier Ltd.
DOCUMENT TYPE:             Journal; General Review; (online computer file)
LANGUAGE:                  English
AB    A review.  The INCREASE study was a multicentre, randomised, double-blind,
      placebo-controlled, 16-wk, parallelgroup study of patients with
      interstitial lung disease and pulmonary hypertension. Patients
      received inhaled treprostinil up to 12 breaths (72 µg) four times
      daily or placebo. The study met its primary endpoint (change in 6-min walk
      distance) and secondary endpoints, including change in N-terminal
      pro-brain natriuretic peptide and time to clin. worsening. INCREASE is the
      first randomised controlled trial to show a pos. effect of a vasoactive
      drug used for group 1 pulmonary arterial hypertension in patients with
      interstitial lung disease and assocd. pulmonary hypertension. In
      summary, post-hoc analyses from the INCREASE trial suggesting a major FVC
      treatment effect, esp. in patients with idiopathic pulmonary fibrosis,
      must be interpreted with caution, but the scale of the benefits is,
      nonetheless, striking.
CC    1-0 (Pharmacology)
ST    review trepostinil fibrotic interstitial lung disease
IT    INDEXING IN PROGRESS
IT    Homo sapiens
      Human
        Interstitial lung disease
        Pulmonary hypertension
      Vasoconstrictors
        (review on inhaled trepostinil in severe fibrotic
        interstitial lung disease patients)
IT    686719-75-5
        RL: BSU (Biological study, unclassified); BIOL (Biological study)
        (review on inhaled trepostinil in severe fibrotic
        interstitial lung disease patients)
IT    81846-19-7
        RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (review on inhaled trepostinil in severe fibrotic
        interstitial lung disease patients)
REFERENCE COUNT:          8      THERE ARE 8 CITED REFERENCES AVAILABLE FOR THIS
                                 RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 9 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:          2021:1340042  HCAPLUS Full-text
DOCUMENT NUMBER:           176:179338
TITLE:                     Inhaled pulmonary vasodilators: a narrative review
AUTHOR(S):                 Liu, Kai; Wang, Huan; Yu, Shen-Ji; Tu, Guo-Wei; Luo, Zhe
CORPORATE SOURCE:          Department of Critical Care Medicine, Zhongshan
                           Hospital, Fudan University, Shanghai, Peop. Rep. China
```

SOURCE:                     Annals of Translational Medicine (2021), 9(7), 597
                            CODEN: ATMNDX; ISSN: 2305-5847
                            URL: http://atm.amegroups.com/
DIGITAL OBJECT ID:          10.21037/atm-20-4895
PUBLISHER:                  AME Publishing Co.
DOCUMENT TYPE:              Journal; **General Review**; (online computer file)
LANGUAGE:                   English

AB    A review.  **Pulmonary hypertension** (PH) is a severe disease that
      affects people of all ages.  It can occur as an idiopathic disorder at
      birth or as part of a variety of cardiovascular and **pulmonary
      disorders.**  **Inhaled** pulmonary vasodilators (IPV) can reduce pulmonary
      vascular resistance (PVR) and improve RV function with minimal systemic
      effects.  IPV includes **inhaled** nitric oxide (iNO), **inhaled** aerosolized
      prostacyclin, or analogs, including epoprostenol, iloprost,
      **treprostinil**, and other vasodilators.  In addn. to pulmonary
      vasodilating effects, IPV can also be used to improve oxygenation, reduce
      inflammation, and protect cell.  Off-label use of IPV is common in daily
      clin. practice.  However, evidence supporting the **inhalational**
      administration of these medications is limited, inconclusive, and
      controversial regarding their safety and efficacy.  We conducted a search
      for relevant papers published up to May 2020 in four databases: PubMed,
      Google Scholar, EMBASE and Web of Science.  This review demonstrates that
      the clin. using and updated evidence of IPV. iNO is widely used in
      neonates, pediatrics, and adults with different cardiopulmonary diseases.
      The limitations of iNO include high cost, flat **dose**-response, risk of
      significant rebound PH after withdrawal, and the requirement of complex
      technol. for monitoring.  The literature suggests that **inhaled**
      aerosolized epoprostenol, iloprost, **treprostinil** and others such as
      milrinone and levosimendan may be similar to iNO.  More research of IPV is
      needed to det. acceptable inclusion criteria, long-term outcomes, and
      management strategies including time, **dose**, and duration.
CC    1-0 (Pharmacology)
      Section cross-reference(s): 14
ST    review nitric oxide epoprostenol iloprost **treprostinil** vasodilator
      **pulmonary hypertension**
IT    Vasodilators
          (pulmonary, **Inhaled**; review on **inhaled** pulmonary vasodilators)
IT    Child
      Heart **disease**
      Homo sapiens
      Human
       **Inflammation**
      Newborn
      Oxygenation
       **Pulmonary hypertension**
          (review on **inhaled** pulmonary vasodilators)
IT    10102-43-9, Nitrogen oxide (NO), biological studies   35121-78-9
      78415-72-2   78919-13-8   **81846-19-7**   141505-33-1
      RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
      (Biological study); USES (Uses)
          (review on **inhaled** pulmonary vasodilators)
OS.CITING REF COUNT:    1    THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                             (1 CITINGS)
REFERENCE COUNT:        196  THERE ARE 196 CITED REFERENCES AVAILABLE FOR
                             THIS RECORD. ALL CITATIONS AVAILABLE IN THE RE
                             FORMAT

L99  ANSWER 10 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:        2020:332730  HCAPLUS  Full-text
TITLE:                  Newer approaches and novel drugs for **inhalational**
                        therapy for **pulmonary** arterial **hypertension**
AUTHOR(S):              Keshavarz, Ali; Kadry, Hossam; Alobaida, Ahmed; Ahsan,
                        Fakhrul
CORPORATE SOURCE:       Department of Pharmaceutical Sciences, School of
                        Pharmacy, Texas Tech University Health Sciences
                        Center, Amarillo, TX, USA
SOURCE:                 Expert Opinion on Drug Delivery (**2020**), 17(4), 439-461
                        CODEN: EODDAW; ISSN: 1742-5247
DIGITAL OBJECT ID:      10.1080/17425247.2020.1729119
PUBLISHER:              Taylor & Francis Ltd.
DOCUMENT TYPE:          Journal; **General Review**; (online computer file)
LANGUAGE:               English
AB    A review.  : **Pulmonary** arterial **hypertension** (**PAH**) is a progressive
      disease characterized by remodeling of small pulmonary arteries leading to
      increased pulmonary arterial pressure.  Existing treatments acts to
      normalize vascular tone via three signaling pathways: the prostacyclin,
      the endothelin-1, and the nitric oxide.  Although over the past 20 years,
      there has been considerable progress in terms of treatments for **PAH**, the
      disease still remains incurable with a disappointing prognosis.: This
      review summarizes the pathophysiol. of **PAH**, the advantages and
      disadvantages of the **inhalation** route, and assess the relative
      advantages various **inhaled** therapies for **PAH**.  The recent studies
      **concerning** the development of controlled-release drug delivery systems
      loaded with available anti-**PAH** drugs have also been summarized.: The
      main obstacles of current pharmacotherapies of **PAH** are their short
      half-life, stability, and formulations, resulting in reducing the efficacy
      and increasing systemic side effects and unknown pathogenesis of **PAH**.
      The pulmonary route has been proposed for delivering anti-**PAH** drugs to
      overcome the shortcomings.  However, the application of approved **inhaled**
      anti-**PAH** drugs is limited.  **Inhalational** delivery of
      controlled-release nanoformulations can overcome these restrictions.
      Extensive studies are required to develop safe and effective drug delivery
      systems for **PAH** patients.
CC    1-0 (Pharmacology)
ST    **pulmonary** arterial **hypertension inhalational** therapy review
IT    INDEXING IN PROGRESS
IT    Chemotherapy
      Drug delivery systems
      Homo sapiens
      Human
        **Lung**
        **Lung disease**
      Oral drug delivery systems
      Pathology
      Pathophysiology
      Prognosis
        **Pulmonary hypertension**
      Signal transduction
          (discussion on newer approaches and novel drugs for
          **inhalational** therapy for **pulmonary** arterial
          **hypertension**)
IT    Calmodulins

```
         RL: BSU (Biological study, unclassified); BIOL (Biological study)
             (discussion on newer approaches and novel drugs for
             inhalational therapy for pulmonary arterial hypertension)
IT    85-32-5, Guanosine monophosphate   7440-70-2, Calcium   9012-42-4,
         Adenylate cyclase   9013-93-8, Phospholipase   9054-75-5, Guanylate
         cyclase   10102-43-9, Nitric oxide   51845-53-5, Myosin light chain kinase
         123626-67-5, Endothelin 1   1349742-11-5, PDE-5
         RL: BSU (Biological study, unclassified); BIOL (Biological study)
             (discussion on newer approaches and novel drugs for
             inhalational therapy for pulmonary arterial hypertension)
IT    35121-78-9, Epoprostenol   78919-13-6, Iloprost   81846-19-7,
         Treprostinil   139755-83-2, Sildenafil   147536-97-8, Bosentan
         171596-29-5, Tadalafil   177036-94-1, Ambrisentan   441798-33-0,
         Macitentan   475086-01-2, Selexipag   625115-55-1, Riociguat
         RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
             (discussion on newer approaches and novel drugs for
             inhalational therapy for pulmonary arterial hypertension)


OS.CITING REF COUNT:      7     THERE ARE 7 CAPLUS RECORDS THAT CITE THIS RECORD
                                (7 CITINGS)
REFERENCE COUNT:        208     THERE ARE 208 CITED REFERENCES AVAILABLE FOR
                                THIS RECORD. ALL CITATIONS AVAILABLE IN THE RE
                                FORMAT


L99  ANSWER 11 OF 52  HCAPLUS   COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:        2020:62190  HCAPLUS   Full-text
DOCUMENT NUMBER:         173:61127
TITLE:                   Ambulatory Transition from Parenteral Prostanoid to
                         Inhaled Treprostinil in Patients with Pulmonary
                         Arterial Hypertension
AUTHOR(S):               Kimmig, Lucas M.; Liao, Chuanhong; Bag, Remzi
CORPORATE SOURCE:        Section of Pulmonary and Critical Care Medicine, The
                         University of Chicago Medicine, Chicago, IL, 60637,
                         USA
SOURCE:                  Lung (2020), 198(1), 53-58
                         CODEN: LUNGD9; ISSN: 0341-2040
DIGITAL OBJECT ID:       10.1007/s00408-019-00306-4
PUBLISHER:               Springer
DOCUMENT TYPE:           Journal; (online computer file)
LANGUAGE:                English
```

AB    Purpose: The i.v. or s.c. delivery of prostanoid drugs for moderate to
         severe pulmonary arterial hypertension has been fraught with
         complications and patient dissatisfaction.  Combination therapy including
         inhaled treprostinil is an attractive alternative in clin. stable
         patients.  Uncertainties exist about the patient characteristics and the
         optimal setting (inpatient vs. office/home) for transition.  Methods:
         Sixteen stable patients with pulmonary arterial hypertension and
         favorable risk profile were transitioned from parenteral prostanoid to
         combination therapy including inhaled treprostinil in the home
         setting.  Nine patients were using i.v. treprostinil, two patients were
         using s.c. treprostinil, and five patients were using i.v. epoprostenol
         at a median dose of 80 (interquartile range, IQR 72-90), 76.5 (68 and
         85), and 28 (IQR 26-30) ng/kg/min resp.  Patients were followed up for a
         median of 732.5 days after transition (IQR 506.5-1294 days).  Results:
         Patients tolerated the transition to inhaled treprostinil well without
         significant change in functional class (81.25% FC I/II before transition

vs. 87.5% after), 6-min walk distance [349 m (IQR 226-461 m) to 364 m (IQR 238-565 m), p = 0.09] or NT-proBNP [149 pg/mL (IQR 71.5-383 pg/mL) to 186.5 pg/mL (IQR 83.5-444 pg/mL), p = 0.38]. Hemodynamic data, where available, showed significant improvements in mean pulmonary artery pressure and pulmonary vascular resistance from 36 mmHg (IQR 27-46.5 mmHg) and 5.2 Wood Units (WU) (IQR 3.1-5.6 WU) to 28.5 mmHg (IQR 22-35.5 mmHg) and 3.2 WU (IQR 2.4-4.2 WU) (p-values 0.022 and 0.003). More patients were on triple therapy after transition, and side effects reported were less severe. **Conclusion**: For select patients, transition from a parenteral prostanoid-based therapy to a combination regimen including **inhaled treprostinil** in the home setting appears safe and well tolerated.

```
CC   1-8 (Pharmacology)
ST   treprostinil prostanoid antihypertensive pulmonary arterial hypertension
IT   Antihypertensives
     Blood pressure
     Homo sapiens
     Human
       Pulmonary hypertension
     Vascular resistance
         (ambulatory transition from parenteral prostanoid to inhaled
         treprostinil in patients with pulmonary arterial hypertension)
IT   Prostanoids
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
         (ambulatory transition from parenteral prostanoid to inhaled
         treprostinil in patients with pulmonary arterial hypertension)
IT   35121-78-9  81846-19-7
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
         (ambulatory transition from parenteral prostanoid to inhaled
         treprostinil in patients with pulmonary arterial hypertension)


OS.CITING REF COUNT:    1    THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                             (1 CITINGS)
REFERENCE COUNT:       15    THERE ARE 15 CITED REFERENCES AVAILABLE FOR THIS
                             RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 12 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:      2021:401484  HCAPLUS Full-text
DOCUMENT NUMBER:       175:612439
TITLE:                 Pharmacokinetics and tolerability of LIQ861, a novel
                       dry-powder formulation of treprostinil
AUTHOR(S):             Roscigno, Robert; Vaughn, Toby; Anderson, Stephanie;
                       Wargin, William; Hunt, Thomas; Hill, Nicholas S.
CORPORATE SOURCE:      Liquidia Technologies, Research Triangle Park, NC, USA
SOURCE:                Pulmonary Circulation (2020), 10(4), 1-9
                       CODEN: PCUIAX; ISSN: 2045-8940
                       URL: http://www.press.uchicago.edu/ucp/journals/journa
                       l/pc.html
DIGITAL OBJECT ID:     10.1177/2045894020971509
PUBLISHER:             Sage Publications
DOCUMENT TYPE:         Journal; (online computer file)
LANGUAGE:              English
AB   A dry-powder inhaled formulation of treprostinil (LIQ861) produced
     using PRINT technol. offers a substantial advantage over current
     nebulized therapy. Treprostinil is a synthetic prostacyclin analog
     that is currently approved for inhalation administration to patients
     with pulmonary arterial hypertension via nebulized Tyvaso
```

17/233,061

**inhalation** soln.  LTI-101 was a phase 1, placebo-controlled, double-blind, randomized, single-center study that evaluated the ascending single-**dose** pharmacokinetics of LIQ861 in healthy subjects.  Six sequential, escalating **doses** (25, 50, 75, 100, 125, and 150 mcg) were studied to investigate **treprostinil** exposure from LIQ861 **inhalation**.  Subjects (n=57) were randomly assigned in a 3:1 ratio to receive a single **dose** of either LIQ861 (n=43) or placebo (n=14); 56 subjects completed all protocol-defined assessments.  Following singledose administration, **treprostinil** exposure from LIQ861 increased proportionally across the **dose** range studied, and the pharmacokinetics profile of **treprostinil** administered as LIQ861 was similar to prior reports of **inhaled treprostinil**.  All **doses** of LIQ861 were generally well-tolerated with no deaths, serious adverse events, or **dose**-limiting toxicities.  The most frequently reported treatment-emergent adverse events related to study drug administration were coughing and throat irritation, which are common to dry-powder formulations.  Treatment-related treatment-emergent adverse events were reported more frequently at higher **dose** levels; however, all were assessed as mild in severity.  We **conclude** that the pharmacokinetics profile of **treprostinil** using a dry-powder **inhaled** formulation increased in proportion to **dose** as anticipated and was similar to earlier reports of **inhaled, nebulized treprostinil** (**Tyvaso**).  Based on these results, a phase 3 study (INSPIRE; Clinicaltrials.gov Identifier NCT03399604) evaluating the long-term safety and tolerability of LIQ861 in patients with **pulmonary** arterial **hypertension** was initiated.

```
CC   1-4 (Pharmacology)
ST   treprostinil LIQ861 dry powder formulation pharmacokinetic
IT   Homo sapiens
     Human
     Pharmacokinetics
     Pharyngeal irritation
     Placebos
     Pulmonary hypertension
        (pharmacokinetics and tolerability of LIQ861 as novel dry-powder
        formulation of treprostinil)
IT   81846-19-7
     RL: BUU (Biological use, unclassified); PKT (Pharmacokinetics); THU
     (Therapeutic use); BIOL (Biological study); USES (Uses)
        (pharmacokinetics and tolerability of LIQ861 as novel dry-powder
        formulation of treprostinil)
OS.CITING REF COUNT:     3     THERE ARE 3 CAPLUS RECORDS THAT CITE THIS RECORD
                               (3 CITINGS)
REFERENCE COUNT:        46     THERE ARE 46 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 13 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2021:560623  HCAPLUS  Full-text
DOCUMENT NUMBER:        177:158840
TITLE:                  An overview of the biology of a long-acting inhaled
                        treprostinil prodrug
AUTHOR(S):              Chapman, Richard W.; Corboz, Michel R.; Malinin,
                        Vladimir S.; Plaunt, Adam J.; Konicek, Donna M.; Li,
                        Zhili; Perkins, Walter R.
CORPORATE SOURCE:       Insmed Incorporated, 202/206 North, Bridgewater, NJ,
                        08807, USA
SOURCE:                 Pulmonary Pharmacology & Therapeutics (2020), 65,
```

```
                              102002
                              CODEN: PPTHFJ; ISSN: 1094-5539
DIGITAL OBJECT ID:            10.1016/j.pupt.2021.102002
PUBLISHER:                    Elsevier Ltd.
DOCUMENT TYPE:                Journal; General Review; (online computer file)
LANGUAGE:                     English
```

AB    A review.  **Treprostinil** (TRE) is a prostanoid analog pulmonary
      vasodilator drug marketed with s.c., i.v. (i.v.), oral, and **inhaled**
      routes of administration for the treatment of **pulmonary** arterial
      **hypertension** (**PAH**).  Due to its short half-life, TRE requires either
      continuous infusion or multiple dosing, which exacerbates its side
      effects.  Therefore, a long-acting prostanoid analog that maintains the
      pos. attributes of TRE but has fewer TRE-related side effects could be of
      clin. benefit.  In this report, we describe the discovery, preclin.
      development, and biol. of the TRE ester prodrug, **treprostinil** palmitil
      (TP), which is formulated in a lipid nanoparticle (LNP) for administration
      as a **nebulized inhaled** suspension (TPIS).  In screening assays focused
      on the conversion of prodrug to TRE, TP (16 carbon alkyl chain) had the
      slowest rate of conversion compared with short-alkyl chain TRE prodrugs
      (i.e., 2-8 carbon alkyl chain).  Furthermore, TP is a pure prodrug and
      possesses no inherent binding to G-protein coupled receptors including
      prostanoid receptors.  Pharmacokinetic studies in rats and dogs
      demonstrated that TPIS maintained relatively high **concns.** of TP in the
      lungs yet had a low max. plasma **concns.** (Cmax) of both TP and, more
      importantly, the active product, TRE.  Efficacy studies in rats and dogs
      demonstrated inhibition of pulmonary vasoconstriction induced by exposure
      to hypoxic air or i.v.-infused U46619 (thromboxane mimetic) over 24 h with
      TPIS.  Cough was not obsd. with TPIS at an equiv. **dose** at which TRE
      caused cough in guinea pigs and dogs, and there was no evidence of
      desensitization to the inhibition of pulmonary vasoconstriction in rats
      with repeat **inhaled** dosing.  TPIS was also more efficacious than
      i.v.-infused TRE in a sugen/hypoxia rat model of **PAH** to inhibit
      pulmonary vascular remodeling, an effect likely driven by local activities
      of TRE within the lungs.  TPIS also demonstrated antifibrotic and
      anti-inflammatory activity in the lungs in rodent models of pulmonary
      fibrosis and asthma.  In a phase 1 study in healthy human participants,
      TPIS (referred to as INS1009) had a lower plasma TRE Cmaxand fewer
      respiratory-related side effects at equimolar **doses** compared with
      **inhaled** TRE.  We have now formulated TP as an aerosol powder for
      delivery by a dry powder **inhaler** (referred to as **treprostinil** palmitil
      **inhalation** powder-TPIP), and as an aerosol soln. in a fluorohydrocarbon
      solvent for delivery by a metered **dose inhaler**.  These options may
      reduce drug administration time and involve less device maintenance
      compared with delivery by **nebulization**.
CC    1-0 (Pharmacology)
ST    review **treprostinil** prodrug long acting **inhalation** pulmonary vasodilation
IT    Pharmaceutical suspensions
          (long-acting **inhalation**; review on biol. of long-acting
          **inhaled treprostinil** prodrug)
IT    Vasoconstriction
          (pulmonary; review on biol. of long-acting **inhaled**
          **treprostinil** prodrug)
IT    Anti-inflammatory agents
      Antifibrotic agents
          **Asthma**
      Blood plasma

```
                 Canis familiaris
                 Cough
                 Dog
                 Drug discovery
                 Drug screening
                   Hypoxia, animal
                   Inhalation breathing
                   Lung
                   Lung disease
                 Metabolic side effects of drugs
                 Pharmaceutical solid lipid nanoparticles
                 Pharmacokinetics
                 Prodrugs
                   Pulmonary fibrosis
                   Pulmonary hypertension
                 Sus scrofa domestica
                 Swine
                     (review on biol. of long-acting inhaled treprostinil
                     prodrug)
IT    Prostanoid receptors
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (review on biol. of long-acting inhaled treprostinil
          prodrug)
IT    Fluorocarbons
      RL: BUU (Biological use, unclassified); BIOL (Biological study); USES
      (Uses)
          (review on biol. of long-acting inhaled treprostinil
          prodrug)
IT    81846-19-7    1706528-83-7
      RL: ADV (Adverse effect, including toxicity); PKT (Pharmacokinetics); THU
      (Therapeutic use); BIOL (Biological study); USES (Uses)
          (review on biol. of long-acting inhaled treprostinil
          prodrug)
IT    56985-40-1
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (review on biol. of long-acting inhaled treprostinil
          prodrug)
OS.CITING REF COUNT:    3    THERE ARE 3 CAPLUS RECORDS THAT CITE THIS RECORD
                             (3 CITINGS)
REFERENCE COUNT:        104  THERE ARE 104 CITED REFERENCES AVAILABLE FOR
                             THIS RECORD. ALL CITATIONS AVAILABLE IN THE RE
                             FORMAT


L99  ANSWER 14 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2018:1614990  HCAPLUS  Full-text
DOCUMENT NUMBER:        172:198384
TITLE:                  Tolerability and clinical efficacy of inhaled
                        treprostinil in patients with group 1 pulmonary
                        arterial hypertension
AUTHOR(S):              Enderby, Cher Y.; Burger, Charles
CORPORATE SOURCE:       Mayo Clinic, Jacksonville, FL, 32224, USA
SOURCE:                 Therapeutic Advances in Chronic Disease (2018),
                        9(9), 171-177
                        CODEN: TACDCS; ISSN: 2040-6223
DIGITAL OBJECT ID:      10.1177/2040622318779749
PUBLISHER:              Sage Publications Ltd.
```

```
DOCUMENT TYPE:          Journal; (online computer file)
LANGUAGE:               English
```

AB   This study describes a single institutional experience with **inhaled treprostinil**. Methods:: This was a retrospective review of group 1 **pulmonary** arterial **hypertension** patients receiving **inhaled treprostinil** from July 2009 through Sept. 2015. Patient demographics, vital signs, prognostic indicators, **pulmonary** arterial **hypertension** assessments, **treprostinil** dosing, **pulmonary** arterial **hypertension** medications, and physician assessment were collected. Prognostic indicators and the physician assessment were used to assess treatment response. Results:: The mean time on **inhaled treprostinil** for the 16 patients was 21 ± 17 mo. A total of 31% discontinued treatment. The New York Heart Assocn. Functional Class, right ventricular size, and right ventricular function improved after **inhaled treprostinil**. Directional improvement in B-type natriuretic peptide, 6-min walk distance, right arterial pressure and mean pulmonary artery pressure were also obsd. The mean modified REVEAL risk score (RRS) was 7 ± 3 at baseline. The RRS decreased in 7 of the 11 patients that improved and remained stable in 2 patients. **Conclusion**:: The majority of patients in this consecutive series receiving **inhaled treprostinil** tolerated treatment. Most patients remained on therapy for over 12 mo. Clin. assessments of disease severity all changed directionally toward improvement and the overall risk assessment was improved or stable in 56% by the RRS.

```
CC   1-8 (Pharmacology)
ST   pulmonary arterial hypertension treprostinil tolerability efficacy
IT   Heart ventricle
         (right ventricle; tolerability and clin. efficacy of inhaled
         treprostinil in patients with pulmonary arterial
         hypertension)
IT   Blood pressure
     Drug tolerance
     Homo sapiens
     Human
     Pharmaceutical dosage forms
     Prognosis
        Pulmonary hypertension
         (tolerability and clin. efficacy of inhaled
         treprostinil in patients with pulmonary arterial
         hypertension)
IT   114471-18-0, Brain natriuretic peptide
     RL: BSU (Biological study, unclassified); BIOL (Biological study)
         (tolerability and clin. efficacy of inhaled
         treprostinil in patients with pulmonary arterial
         hypertension)
IT   81846-19-7
     RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
         (tolerability and clin. efficacy of inhaled
         treprostinil in patients with pulmonary arterial
         hypertension)
OS.CITING REF COUNT:    1    THERE ARE 1 CAPLUS RECORDS THAT CITE THIS RECORD
                             (1 CITINGS)
REFERENCE COUNT:        25   THERE ARE 25 CITED REFERENCES AVAILABLE FOR THIS
                             RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT

L99  ANSWER 15 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2016:1908276  HCAPLUS  Full-text
```

DOCUMENT NUMBER:           169:465367
TITLE:                     Oral **treprostinil** for the treatment of **pulmonary**
                           arterial **hypertension** in patients transitioned from
                           parenteral or **inhaled** prostacyclins: case series and
                           treatment protocol
AUTHOR(S):                 Coons, James C.; Miller, Taylor; Simon, Marc A.;
                           Ishizawar, David C.; Mathier, Michael A.
CORPORATE SOURCE:          University of Pittsburgh School of Pharmacy,
                           Pittsburgh, PA, USA
SOURCE:                    Pulmonary Circulation (**2016**), 6(1), 132-135
                           CODEN: PCUIAX; ISSN: 2045-8940
DIGITAL OBJECT ID:         10.1086/685111
PUBLISHER:                 University of Chicago Press
DOCUMENT TYPE:             Journal; (online computer file)
LANGUAGE:                  English

AB    Oral **treprostinil** (TRE) is a prostacylin approved for the management of
      **pulmonary** arterial **hypertension** (**PAH**).  Few data exist to guide the
      use of oral TRE as a replacement for parenteral or **inhaled**
      prostacyclins.  Therefore, the purpose of this report was to describe our
      experience with oral TRE to transition patients from parenteral or
      **inhaled** TRE.  We describe a case series of patients admitted for a 4-day
      hospital stay to transition from parenteral or **inhaled** TRE.  Appropriate
      criteria for transition included stable patients with improved
      symptoms/functional capacity, patients who could not tolerate i.v.
      prostacyclin due to infection or s.c. prostacyclin due to pain, and
      patient preference for transition.  The dosing protocol for transition is
      described.  A total of 9 patients generally representative of a typical
      **PAH** demog. and background medical therapy were included.  Patients were
      initiated at either 0.5 or 1 mg 3 times daily and discharged on a median
      **dose** of 8 mg 3 times daily.  Our protocol resulted in 6 of 9 patients
      who successfully transitioned at a median follow-up of 47 wk.  Two
      patients had to return to their previous prostacyclin therapy based on the
      presence of clin. worsening and adverse events (n = 1) and adverse events
      alone (n = 1).  Another patient discontinued therapy due to plans for
      hospice care.  Oral TRE may serve an important role in prostacyclin
      transitions in carefully selected, stable patients who receive background
      oral therapy for **PAH**.
CC    63-6 (Pharmaceuticals)
      Section cross-reference(s): 14
ST    **treprostinil** prostacyclin **Pulmonary** arterial **hypertension**
IT    Homo sapiens
      Human
      Oral drug delivery systems
        **Pulmonary hypertension**
          (oral **treprostinil** for treatment of **pulmonary**
          arterial **hypertension** in patients transitioned from
          parenteral or **inhaled** prostacyclins: case series and
          treatment protocol)
IT    Prostaglandins I
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (oral **treprostinil** for treatment of **pulmonary**
          arterial **hypertension** in patients transitioned from
          parenteral or **inhaled** prostacyclins: case series and
          treatment protocol)
IT    **81846-19-7, Treprostinil**
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)

                    (oral **treprostinil** for treatment of **pulmonary**
                    arterial **hypertension** in patients transitioned from
                    parenteral or **inhaled** prostacyclins: case series and
                    treatment protocol)
OS.CITING REF COUNT:       8      THERE ARE 8 CAPLUS RECORDS THAT CITE THIS RECORD
                                  (8 CITINGS)

REFERENCE COUNT:           6      THERE ARE 6 CITED REFERENCES AVAILABLE FOR THIS
                                  RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 16 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:          2014:1471371  HCAPLUS Full-text
DOCUMENT NUMBER:           162:468430
TITLE:                     Transition from intravenous or subcutaneous
                           prostacyclin therapy to **inhaled treprostinil** in
                           patients with **pulmonary** arterial **hypertension**: a
                           retrospective case series
AUTHOR(S):                 Enderby, C. Y.; Soukup, M.; Al Omari, M.; Zeiger, T.;
                           Burger, C.
CORPORATE SOURCE:          Department of Pharmacy, Mayo Clinic, Jacksonville, FL,
                           USA
SOURCE:                    Journal of Clinical Pharmacy and Therapeutics
                           (**2014**), 39(5), 496-500
                           CODEN: JCPTED; ISSN: 0269-4727
DIGITAL OBJECT ID:         10.1111/jcpt.12170
PUBLISHER:                 Wiley-Blackwell
DOCUMENT TYPE:             Journal
LANGUAGE:                  English
AB    Summary : What is known and objective : **Inhaled treprostinil**
      represents an attractive alternative to the other available prostacyclin
      formulations by obviating the use of continuous infusions and its assocd.
      risks.  Published evidence describing the process of transition from
      infusion prostacyclin therapy to **inhaled treprostinil** is limited.  The
      purpose of this report is to describe an inpatient protocol for
      transitioning patients with **pulmonary** arterial **hypertension** (**PAH**)
      from i.v. (IV) or s.c. (SQ) prostacyclin therapy to **inhaled**
      **treprostinil**.  Methods : A retrospective case cohort study was performed
      evaluating medical records of three patients undergoing transition from
      IV/SQ continuous infusion prostacyclin therapy to **inhaled**
      **treprostinil**.  The transition protocol and clin. data were collected
      prospectively.  Results and discussion : Haemodynamics, six-min walk
      distance (6MWD), World Health Organization (WHO) functional class,
      modified Borg Dyspnea Score and brain natriuretic peptide prior to and
      after transition remained similar.  All patients were receiving
      **concomitant** oral **PAH** medications prior to and after conversion.
      Adverse effects during the change were mild.  No patients discontinued
      **inhaled treprostinil** following transition.  At long-term follow-up,
      functional class remained stable at WHO functional class II or better.
      Patient 1 and Patient 3 demonstrated stable to modest improvement in 6MWD,
      whereas Patient 2 had a slight decrease in 6MWD.  The transition to
      **inhaled treprostinil** from IV/SQ infusion prostacyclin therapy appears
      to be safe in carefully selected patients.  What is new and **conclusion** :
      Our report describes a std. method used to transition patients from IV/SQ
      infusion prostacyclin to **inhaled treprostinil**.
CC    1-8 (Pharmacology)
      Section cross-reference(s): 63
ST    prostacyclin **Tyvaso** antihypertensive intravenous subcutaneous

            **inhalation** delivery arterial **hypertension**
IT    **Antihypertensives**
      Cardiac contraction
      Combination chemotherapy
      Dyspnea
      Homo sapiens
      Human
        **Inhalation drug delivery systems**
      Locomotor behavior
      Oral drug delivery systems
      Pharmaceutical intravenous injections
        **Pulmonary hypertension**
      Scleroderma
      Subcutaneous injections
          (transition from i.v. or s.c. prostacyclin therapy to **inhaled**
          **treprostinil** in patients with **pulmonary** arterial
          **hypertension**)
IT    471-34-1, Calcium carbonate, biological studies  7782-44-7, Oxygen,
      biological studies  114471-18-0, Brain natriuretic peptide
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (transition from i.v. or s.c. prostacyclin therapy to **inhaled**
          **treprostinil** in patients with **pulmonary** arterial
          **hypertension**)
IT    35121-78-9, Prostacyclin  42399-41-7, Diltiazem  139755-83-2, Sildenafil
      147536-97-8, Bosentan
      RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
      (Biological study); USES (Uses)
          (transition from i.v. or s.c. prostacyclin therapy to **inhaled**
          **treprostinil** in patients with **pulmonary** arterial
          **hypertension**)
OS.CITING REF COUNT:     3    THERE ARE 3 CAPLUS RECORDS THAT CITE THIS RECORD
                              (3 CITINGS)
REFERENCE COUNT:        26    THERE ARE 26 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 17 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:      2014:1891524  HCAPLUS Full-text
DOCUMENT NUMBER:       163:481389
TITLE:                 Safety and efficacy of transition from **inhaled**
                       **treprostinil** to parenteral **treprostinil** in
                       selected patients with **pulmonary** arterial **hypertension**
AUTHOR(S):             Preston, Ioana R.; Feldman, Jeremy; White, James;
                       Franco, Veronica; Ishizawar, David; Burger, Charles;
                       Waxman, Aaron B.; Hill, Nicholas S.
CORPORATE SOURCE:      Tufts Medical Center, Boston, MA, 02111, USA
SOURCE:                Pulmonary Circulation (**2014**), 4(3), 456-461, 7 pp.
                       CODEN: PCUIAX; ISSN: 2045-8940
DIGITAL OBJECT ID:     10.1086/677360
PUBLISHER:             University of Chicago Press
DOCUMENT TYPE:         Journal; (online computer file)
LANGUAGE:              English
AB   Guidelines for the treatment of **pulmonary** arterial **hypertension**
     (**PAH**) recommend sequential add-on therapy for patients who deteriorate
     or fail to improve clin.  However, it is not known whether these patients
     also benefit from transitioning from **inhaled** prostacyclins to parenteral
     prostacyclins.  We sought to characterize **PAH** patients receiving

**inhaled treprostinil** who were transitioned to parenteral
**treprostinil.** We conducted a multicenter retrospective study at 7 **PAH**
centers and collected reasons, methods, safety, and outcome of patients
transitioned from **inhaled treprostinil** to parenteral **treprostinil.**
Twenty-six patients with **pulmonary hypertension** in group 1, 4, or 5
transitioned from **inhaled treprostinil** to parenteral **treprostinil**
(10 i.v., 16 s.c.). Twenty-four patients were also on one or two oral
therapies. Reasons for transition were clin. deterioration, lack of clin.
improvement, and pregnancy (19, 6, and 1 patients, resp.). Transitions
occurred in hospital, clinic, or home (17, 7, and 2 patients, resp.).
Parenteral infusion was started after the last **inhaled** treatment at
maintenance **dose** (13 patients), after the **inhaled** therapy was
downtitrated to 18 μg (6 patients), or with an overlap of **inhaled**
downtitration with parenteral uptitration (7 patients). The transition
was safe; side effects included symptoms of prostacyclin over-**dose.**
Patients were followed for 3-18 mo. At 3 mo, 8 patients improved, 17
maintained their functional class, and 1 continued to deteriorate. In
**conclusion,** selected **PAH** patients can be safely transitioned from
**inhaled treprostinil** to parenteral **treprostinil** using a variety of
methodologies in different settings with the expectation that patients
will improve or at least remain clin. stable.
```
CC     1-8 (Pharmacology)
ST     inhaled treprostinil parenteral pulmonary arterial hypertension
       antihypertensive
IT     Antihypertensives
       Homo sapiens
       Human
         Inhalation drug delivery systems
       Parenteral drug delivery systems
         Pulmonary hypertension
          (safety and efficacy of transition from inhaled
          treprostinil to parenteral treprostinil in selected
          patients with pulmonary arterial hypertension)
IT     81846-19-7, Treprostinil
       RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
       (Biological study); USES (Uses)
          (safety and efficacy of transition from inhaled
          treprostinil to parenteral treprostinil in selected
          patients with pulmonary arterial hypertension)
OS.CITING REF COUNT:    3     THERE ARE 3 CAPLUS RECORDS THAT CITE THIS RECORD
                              (3 CITINGS)
REFERENCE COUNT:       10     THERE ARE 10 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 18 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2013:664788  HCAPLUS  Full-text
DOCUMENT NUMBER:        159:283041
TITLE:                  Transitioning from parenteral treprostinil to
                        inhaled treprostinil in patients with pulmonary
                        arterial hypertension
AUTHOR(S):              Raina, Amresh; Coons, James C.; Kanwar, Manreet;
                        Murali, Srinivas; Sokos, George; Benza, Raymond L.
CORPORATE SOURCE:       Allegheny General Hospital, West Penn Allegheny Health
                        System, Pittsburgh, PA, 15212, USA
SOURCE:                 Pulmonary Circulation (2013), 3, 116-120
                        CODEN: PCUIAX; ISSN: 2045-8940
```

DIGITAL OBJECT ID:        10.4103/2045-8932.109926
PUBLISHER:                Medknow Publications and Media Pvt. Ltd.
DOCUMENT TYPE:            Journal; (online computer file)
LANGUAGE:                 English
AB   **Treprostinil** is a potent prostacyclin vasodilator indicated for the
     treatment of **pulmonary** arterial **hypertension** (**PAH**, World Health
     Organization Group I). Previously, **treprostinil** was available only in
     s.c. (SC) or i.v. (IV) formulations. Availability of an **inhaled**
     formulation of **treprostinil** has provided clinicians with an alternative
     to continuous SC or IV **treprostinil** in appropriate patients. Stable
     **PAH** patients whose quality of life has been dramatically impacted by
     side effects of parenteral therapy or those who have had recurrent,
     life-threatening bloodstream infections but are otherwise responding well
     to treatment may be the candidates for continuing prostacyclin therapy
     with **inhaled treprostinil**. However, there is little clin. experience
     with transitioning patients from parenteral to **inhaled treprostinil**.
     We present the results of two cases that highlight important
     considerations in transitioning patients from parenteral to **inhaled**
     therapy, including the pharmacol. and clin. equivalence of formulations,
     **dose** titrn. of formulations and suggested criteria for patient selection.
CC   1-8 (Pharmacology)
ST   **treprostinil** vasodilator parenteral **inhalation** drug delivery
     **pulmonary** arterial **hypertension**
IT   Vasodilators
         (prostacyclin; transitioning from parenteral **treprostinil** to
         **inhaled treprostinil** in patients with
         **pulmonary** arterial **hypertension**)
IT   Analgesics
     Anesthetics
     Cardiovascular system
     Human
     **Inhalation drug delivery systems**
     Parenteral drug delivery systems
     **Pulmonary hypertension**
         (transitioning from parenteral **treprostinil** to
         **inhaled treprostinil** in patients with
         **pulmonary** arterial **hypertension**)
IT   **81846-19-7, Treprostinil** 139755-83-2, Sildenafil
     147536-97-8, Bosentan
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
         (transitioning from parenteral **treprostinil** to
         **inhaled treprostinil** in patients with
         **pulmonary** arterial **hypertension**)
OS.CITING REF COUNT:      3     THERE ARE 3 CAPLUS RECORDS THAT CITE THIS RECORD
                                (3 CITINGS)
REFERENCE COUNT:          19    THERE ARE 19 CITED REFERENCES AVAILABLE FOR THIS
                                RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 19 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2013:320376  HCAPLUS  Full-text
DOCUMENT NUMBER:          159:691934
TITLE:                    **Pulmonary** Arterial **Hypertension**: New Insights Into
                          the Optimal Role of Current and Emerging Prostacyclin
                          Therapies
AUTHOR(S):                Waxman, Aaron B.; Zamanian, Roham T.

```
CORPORATE SOURCE:        Department of Medicine, Harvard Medical School, and
                         Pulmonary Vascular Disease Program, Pulmonary and
                         Critical Care Medicine, Cardiovascular Medicine,
                         Brigham and Women's Hospital, Boston, MA, USA
SOURCE:                  American Journal of Cardiology (2013), 111(5,
                         Suppl.), 1A-16A
                         CODEN: AJCDAG; ISSN: 0002-9149
DIGITAL OBJECT ID:       10.1016/j.amjcard.2012.12.002
PUBLISHER:               Elsevier
DOCUMENT TYPE:           Journal; General Review; (online computer file)
LANGUAGE:                English
```

AB    A review. **Pulmonary** arterial **hypertension** (**PAH**), which is a subset
      of **pulmonary hypertension**, is a group of diseases distinguished by
      vascular remodeling of the small pulmonary arteries with assocd. elevated
      pulmonary arterial pressure and right ventricular failure. This
      progressive and sometimes fatal disease occurs as an idiopathic disease or
      as a component of other disease states. Ests. of the incidence of **PAH**
      have varied from 5 to 52 cases/1 million population. Symptoms begin with
      shortness of **breath** with exertion and progress to dyspnea with normal
      activities and, finally, dyspnea at rest. Untreated patients with **PAH**
      have a 1-, 3-, and 5-yr survival rate of 68%, 48%, and 34%, resp.
      Treated, the survival rates improve to 91% to 97% after 1 yr and 84% to
      91% after 2 years. The current definition of **PAH** consists of 3 specific
      hemodynamic assessments confirmed by right heart catheterization findings.
      One of several important pathophysiol. mechanisms involved in **PAH** is
      pulmonary vascular remodeling, which is caused by endothelial and smooth
      muscle cell hyperproliferation. This is coincident with overexpression of
      the vasoconstrictor endothelin-1 and a redn. in the vasodilators nitric
      oxide and prostacyclin, which further impedes proper vasomotor tone, among
      other effects. Prostacyclin therapies augment the decreased prostacyclin
      levels in patients with **PAH**. The currently approved prostacyclins for
      the treatment of **PAH** include epoprostenol, iloprost, and **treprostinil**.
      Among the 3 medications, the delivery options include i.v. infusion, s.c.
      infusion, and **inhaled** formulations. Epoprostenol has been shown to have
      a pos. effect on survival in patients with **PAH**. All prostacyclins have
      demonstrated improvements in functional class, exercise tolerance, and
      hemodynamics in patients with **PAH**. I.v. and s.c. administered
      formulations of prostacyclins require continuous infusion pump
      administration, which presents clin. challenges for both the patient and
      the care provider. Dosing must be individualized and also presents a
      clin. challenge. **Inhaled** formulations seem efficacious in moderately
      symptomatic patients with **PAH** and might be appropriate when combined
      with an oral medication. Combination therapies are commonly used in clin.
      practice, with the decision to do so based on randomized controlled trial
      data and case study evidence. The present report provides an overview of
      **PAH**, the scientific rationale for treatment with prostacyclin therapy,
      and the benefits and risks of prostacyclin therapy, both as monotherapy
      and combined with other medications approved for the treatment of **PAH**.
CC    2-0 (Mammalian Hormones)
      Section cross-reference(s): 1
ST    review prostacyclin epoprostenol iloprost **treprostinil pulmonary**
      arterial **hypertension**
IT    **Antihypertensives**
      Human
         **Pulmonary hypertension**
      Remodeling (biological)

```
               (prostacyclin therapy using epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)
IT   Pharmaceutical intravenous injections
               (prostacyclin therapy using i.v. epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)
IT   Inhalation drug delivery systems
               (prostacyclin therapy using inhalation epoprostenol, iloprost
          and treprostinil as monotherapy or in combination may be
          effective in treatment of patient with pulmonary arterial
          hypertension)
IT   Oral drug delivery systems
               (prostacyclin therapy using oral epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)
IT   Pulmonary artery
               (remodeling; prostacyclin therapy using epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)
IT   35121-78-9, Prostacyclin
     RL: BSU (Biological study, unclassified); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
               (prostacyclin therapy using epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)
IT   78919-13-8, Iloprost    81846-19-7, Treprostinil
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
               (prostacyclin therapy using epoprostenol, iloprost and
          treprostinil as monotherapy or in combination may be effective
          in treatment of patient with pulmonary arterial hypertension)


OS.CITING REF COUNT:      15    THERE ARE 15 CAPLUS RECORDS THAT CITE THIS
                                RECORD (15 CITINGS)
REFERENCE COUNT:          101   THERE ARE 101 CITED REFERENCES AVAILABLE FOR
                                THIS RECORD. ALL CITATIONS AVAILABLE IN THE RE
                                FORMAT


L99  ANSWER 20 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2013:221896  HCAPLUS  Full-text
DOCUMENT NUMBER:        159:20418
TITLE:                  Optimal use of treprostinil in pulmonary arterial
                        hypertension: A guide to the correct use of
                        different formulations
AUTHOR(S):              Skoro-Sajer, Nika
CORPORATE SOURCE:       Division of Cardiology, Department of Internal
                        Medicine II, Vienna General Hospital, Medical
                        University of Vienna, Austria
SOURCE:                 Drugs (2012), 72(18), 2351-2363
                        CODEN: DRUGAY; ISSN: 0012-6667
DIGITAL OBJECT ID:      10.2165/11638260-000000000-00000
PUBLISHER:              Adis Data Information BV
DOCUMENT TYPE:          Journal; General Review
LANGUAGE:               English
```

17/233,061

AB    A review.  **Treprostinil** is a synthetic prostacyclin analog with
antiplatelet and vasodilatory properties.  It is the only prostacyclin
analog with different options of delivery, i.e. s.c., i.v., **inhaled** or
oral.  S.c. **treprostinil** has been shown in short- and long-term studies
to improve exercise capacity, functional class, hemodynamics and survival
in patients with **pulmonary** arterial **hypertension** (**PAH**).  Pain at the
infusion site has been a major drawback of s.c. **treprostinil**, hampering
**dose** titrn., and ultimately leading to increased discontinuation rates.
The addnl. clin. interest in **treprostinil** as an alternative i.v.
prostacyclin has developed due to its favorable properties, including
longer half-life, chem. stability, the possibility of i.v. infusion
without the need for ice packs, and easy drug prepn.  I.v. **treprostinil**
improves exercise capacity, functional class and hemodynamics in patients
with **PAH**, over the period of 12 wk.  If patients are switched to i.v.
**treprostinil**, they usually need to double the **dose** to attain the same
efficacy.  Whether the effect of i.v. **treprostinil** remains clin.
relevant beyond 12 wk is not known, and a longer follow-up would be
required to investigate this.  **Inhaled treprostinil** is an efficacious
treatment in **PAH** patients who are moderately symptomatic on background
oral therapy.  Oral **treprostinil** on top of background therapy did not
lead to an improvement in 6-min walking distance after 16 wk of treatment.
CC    1-0 (Pharmacology)
ST    review **treprostinil** antihypertensive drug formulation **pulmonary**
arterial **hypertension**
IT    **Antihypertensives**
Behavior
Human
   **Inhalation drug delivery systems**
Oral drug delivery systems
Pharmaceutical intravenous injections
Pharmacokinetics
   **Pulmonary hypertension**
Subcutaneous injections
   (optimal use of **treprostinil** in **pulmonary** arterial **hypertension**)
IT    **81846-19-7, Treprostinil**
RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
(Biological study); USES (Uses)
   (optimal use of **treprostinil** in **pulmonary** arterial **hypertension**)

OS.CITING REF COUNT:    6    THERE ARE 6 CAPLUS RECORDS THAT CITE THIS RECORD
(6 CITINGS)
REFERENCE COUNT:    44    THERE ARE 44 CITED REFERENCES AVAILABLE FOR THIS
RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT

L99  ANSWER 21 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:    2012:1122671  HCAPLUS  Full-text
DOCUMENT NUMBER:    159:222945
TITLE:    Safety and Efficacy of Transition from Systemic
Prostanoids to **Inhaled Treprostinil** in **Pulmonary**
Arterial **Hypertension**
AUTHOR(S):    de Jesus Perez, Vinicio A.; Rosenzweig, Erica; Rubin,
Lewis J.; Poch, David; Bajwa, Abubakr; Park, Myung;
Jain, Mohit; Bourge, Robert C.; Kudelko, Kristina;
Spiekerkoetter, Edda; Liu, Juliana; Hsi, Andrew;
Zamanian, Roham T.
CORPORATE SOURCE:    Stanford University, Stanford, CA, USA

114

SOURCE:                    American Journal of Cardiology (**2012**), 110(10),
                           1546-1550
                           CODEN: AJCDAG; ISSN: 0002-9149
DIGITAL OBJECT ID:         10.1016/j.amjcard.2012.07.012
PUBLISHER:                 Elsevier
DOCUMENT TYPE:             Journal; (online computer file)
LANGUAGE:                  English

AB    **Pulmonary** arterial **hypertension** (**PAH**) is a disease characterized by
      increased **pulmonary** pressures and **chronic** right heart failure.
      Therapies for moderate and severe **PAH** include s.c. (SQ) and i.v. (IV)
      prostanoids that improve symptoms and quality of life.  However, treatment
      compliance can be limited by severe side effects and complications related
      to methods of drug administration.  **Inhaled** prostanoids, which offer the
      advantage of direct delivery of the drug to the pulmonary circulation
      without need for invasive approaches, may serve as an alternative for
      patients unable to tolerate SQ/IV therapy.  In this retrospective cohort
      study we collected clin., hemodynamic, and functional data from 18 clin.
      stable patients with World Health Organization group I **PAH** seen in 6
      large national **PAH** centers before and after transitioning to **inhaled**
      **treprostinil** from IV/SQ prostanoids.  Before transition 15 patients had
      been receiving IV or SQ **treprostinil** (mean **dose** 73 ng/kg/min) and 3
      patients had been on IV epoprostenol (mean **dose** 10 ng/kg/min) for an av.
      duration of 113 ± 80 mo.  Although most patients who transitioned to
      **inhaled treprostinil** demonstrated no statistically significant
      worsening of hemodynamics or 6-min walk distance, a minority demonstrated
      worsening of New York Heart Assocn. functional class over a 7-mo period.
      In **conclusion**, although transition of patients from IV/SQ prostanoids to
      **inhaled treprostinil** appears to be well tolerated in clin. stable
      patients, they should remain closely monitored for signs of clin.
      decompensation.
CC    2-10 (Mammalian Hormones)
ST    prostanoid **treprostinil pulmonary** arterial **hypertension** antihypertensive
IT    **Antihypertensives**
      Headache
      Human
        **Inhalation drug delivery systems**
      Myalgia
      Nausea
      Pharmaceutical intravenous injections
        **Pulmonary hypertension**
      Subcutaneous injections
      Vomiting
          (safety and efficacy of transition from systemic prostanoids to
          **inhaled treprostinil** in **pulmonary** arterial **hypertension**)
IT    Prostanoids
      RL: BSU (Biological study, unclassified); THU (Therapeutic use); BIOL
      (Biological study); USES (Uses)
          (safety and efficacy of transition from systemic prostanoids to
          **inhaled treprostinil** in **pulmonary** arterial **hypertension**)
IT    35121-78-9, Epoprostenol    **81846-19-7**, **Treprostinil**
      RL: BSU (Biological study, unclassified); THU (Therapeutic use); BIOL
      (Biological study); USES (Uses)
          (safety and efficacy of transition from systemic prostanoids to
          **inhaled treprostinil** in **pulmonary** arterial **hypertension**)

OS.CITING REF COUNT:     9      THERE ARE 9 CAPLUS RECORDS THAT CITE THIS RECORD

17/233,061

```
                              (9 CITINGS)
REFERENCE COUNT:          18    THERE ARE 18 CITED REFERENCES AVAILABLE FOR THIS
                                RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 22 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2012:249377  HCAPLUS  Full-text
DOCUMENT NUMBER:          157:651671
TITLE:                    Inhaled treprostinil: a therapeutic review
AUTHOR(S):                Channick, Richard N.; Voswinckel, Robert; Rubin, Lewis
                          J.
CORPORATE SOURCE:         Pulmonary Hypertension Program, Massachusetts General
                          Hospital, Boston, MA, USA
SOURCE:                   Drug Design, Development and Therapy (2012), 6, 19-28
                          CODEN: DDDTAQ; ISSN: 1177-8881
DIGITAL OBJECT ID:        10.2147/DDDT.S19281
PUBLISHER:                Dove Medical Press Ltd.
DOCUMENT TYPE:            Journal; General Review; (online computer file)
LANGUAGE:                 English
```

AB    A review.  **Pulmonary** arterial **hypertension** (**PAH**) is a
      life-threatening disease which, if untreated, leads to right ventricular
      failure and often death.  Several effective therapies are now available
      for **PAH**, including endothelin receptor antagonists, phosphodiesterase-5
      inhibitors and prostacyclin analogs.  The prostacyclin analog
      **treprostinil** has proven efficacious when delivered by s.c. or i.v.
      infusion and most recently by **inhalation**.  **Inhaled treprostinil** has
      been shown to be 64%-72% bioavailable in healthy volunteers.  Pilot clin.
      studies have elucidated the acute hemodynamic effects and relative
      pulmonary selectivity of this agent, as well as established target dosing
      in **PAH** and nonoperable chronic thromboembolic **PAH**.  Likewise,
      chronically administered **inhaled treprostinil** resulted in clin. and
      hemodynamic improvement.  Both pilot studies confirmed a satisfactory
      safety profile in patients with **PAH**.  The pivotal Phase III trial,
      TRIUMPH-I, demonstrated the efficacy and safety of **inhaled**
      **treprostinil** (target **dose** of 54 µg four times daily) in **PAH**
      patients added to background therapies of bosentan or sildenafil, as
      assessed by improvements in the primary endpoint, peak six-minute walk
      distance (median placebo-cor. treatment effect of 20 m), as well as select
      secondary endpoints.  **Inhaled treprostinil** is approved by the US Food
      and Drug Administration for patients with World Health Organization Group
      I **PAH** to improve exercise ability.  Studies establishing effectiveness
      included predominately patients with New York Heart Assocn. functional
      class III symptoms and etiologies of idiopathic or heritable **PAH** (56%)
      or **PAH** assocd. with connective tissue diseases (33%).

CC    1-0 (Pharmacology)

ST    review antihypertensive **inhaled treprostinil pulmonary** arterial
      **hypertension**

IT    Antihypertensives
      Bioavailability
      Cardiovascular system
      Human
          **Inhalation drug delivery systems**
          **Pulmonary hypertension**
          (therapeutic review of **inhaled treprostinil**)

IT    **81846-19-7, Treprostinil**
      RL: BSU (Biological study, unclassified); BIOL (Biological study)
          (therapeutic review of **inhaled treprostinil**)

```
OS.CITING REF COUNT:      20     THERE ARE 20 CAPLUS RECORDS THAT CITE THIS
                                 RECORD (21 CITINGS)
REFERENCE COUNT:          32     THERE ARE 32 CITED REFERENCES AVAILABLE FOR THIS
                                 RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 23 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2011:1066946  HCAPLUS Full-text
DOCUMENT NUMBER:          156:379010
TITLE:                    The potential for inhaled treprostinil in the
                          treatment of pulmonary arterial hypertension
AUTHOR(S):                Gessler, Tobias; Seeger, Werner; Schmehl, Thomas
CORPORATE SOURCE:         Germany
SOURCE:                   Therapeutic Advances in Respiratory Disease (2011),
                          5(3), 195-206
                          CODEN: TARDCZ; ISSN: 1753-4658
DIGITAL OBJECT ID:        10.1177/1753465810397693
PUBLISHER:                Sage Publications Ltd.
DOCUMENT TYPE:            Journal; General Review
LANGUAGE:                 English
AB   A review.  Inhaled treprostinil is a safe and well-tolerated approved
     pharmaceutical for the treatment of pulmonary arterial hypertension.
     In a series of open-label studies and in the pivotal trial with 253
     patients, this long-acting prostacyclin analog demonstrated pronounced
     pulmonary selectivity of vasodilatory effects, improved phys. capacity and
     excellent tolerability and safety following aerosol administration.  For
     efficient treatment, only four daily inhalations of treprostinil are
     necessary compared with six to nine in iloprost aerosol therapy.  This
     review describes in detail the development of inhaled treprostinil,
     starting with i.v. epoprostenol followed by inhaled iloprost and s.c.
     treprostinil, all three representing well-established and widely
     approved prostanoid therapies for pulmonary hypertension.  In order to
     circumvent the drawbacks of i.v. epoprostenol, stable prostacyclin analogs
     with similar pharmacol. properties have been investigated.  In addn.,
     alternative routes of administration have been proposed and evaluated,
     mainly inhaled and s.c. delivery.  The concept of inhaled
     treprostinil was to combine the pulmonary selectivity of an aerosolized
     vasodilator with the long-acting effects of a stable prostacyclin analog.
     Pulmonary arterial hypertension remains, however, a severe,
     life-threatening disease, in spite of the enormous progress in specific
     drug therapy over the last decade.  Therefore, further improvement of drug
     therapy will be essential, with clear potential for inhaled
     treprostinil: a redn. of inhalation frequency and duration would
     markedly improve quality of life and compliance, and a longer-lasting
     local prostanoid effect might further enhance the efficacy of inhaled
     treprostinil.  The advantageous pharmacol. properties of treprostinil
     offer the opportunity to establish a convenient metered dose inhaler
     as a delivery system, to combine inhaled treprostinil with available
     or future drugs for pulmonary arterial hypertension, or to develop
     sustained release formulations of treprostinil suitable for inhalation
     based on liposomes or biodegradable nanoparticles.
CC   1-0 (Pharmacology)
ST   review pulmonary arterial hypertension antihypertensive treprostinil
IT   Pharmaceutical intravenous injections
     Pharmaceutical liposomes
     Subcutaneous injections
          (i.v. epoprostenol, inhaled iloprost and s.c.
```

17/233,061

        **treprostinil** may be helpful in treatment of patient with
        **pulmonary** arterial **hypertension**)

IT    **Antihypertensives**
       Human
       **Inhalation drug delivery systems**
       **Pulmonary hypertension**
       Vasodilators
         (**inhaled treprostinil** was safe, tolerated and
        effective in treatment of patient with **pulmonary** arterial
        **hypertension**)
IT    Prostanoids
       RL: BSU (Biological study, unclassified); BIOL (Biological study)
        (longer-lasting local prostanoid effect may enhance efficacy of
        **inhaled treprostinil** in patient with
        **pulmonary** arterial **hypertension**)
IT    Biodegradable materials
       Pharmaceutical nanoparticles
        (sustained release formulations of **treprostinil** was suitable
        for **inhalation** based on liposomes or biodegradable
        nanoparticles in treatment of patient with **pulmonary** arterial
        **hypertension**)
IT    35121-78-9, Epoprostenol   78919-13-8, Iloprost
       RL: BSU (Biological study, unclassified); PAC (Pharmacological activity);
       THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (i.v. epoprostenol, **inhaled** iloprost and s.c.
        **treprostinil** may be helpful in treatment of patient with
        **pulmonary** arterial **hypertension**)
IT    **81846-19-7, Treprostinil**
       RL: BSU (Biological study, unclassified); PAC (Pharmacological activity);
       THU (Therapeutic use); BIOL (Biological study); USES (Uses)
        (**inhaled treprostinil** was safe, tolerated and
        effective in treatment of patient with **pulmonary** arterial
        **hypertension**)
OS.CITING REF COUNT:     12    THERE ARE 12 CAPLUS RECORDS THAT CITE THIS
                              RECORD (12 CITINGS)
REFERENCE COUNT:         78    THERE ARE 78 CITED REFERENCES AVAILABLE FOR THIS
                              RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 24 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:        2012:146128  HCAPLUS  Full-text
DOCUMENT NUMBER:         157:313842
TITLE:                   From **concept** to therapy alternative route of drug
                        application: **inhalation**
AUTHOR(S):               Olschewski, Horst
CORPORATE SOURCE:        LKH/Medical University Graz, Graz, A-8036, Austria
SOURCE:                  Solvay Pharmaceuticals Conferences (**2010**),
                        10(Pulmonary Arterial Hypertension), 93-100
                        CODEN: SPCOCJ; ISSN: 1566-7685
DIGITAL OBJECT ID:       10.3233/978-1-60750-609-6-93
PUBLISHER:               IOS Press
DOCUMENT TYPE:           Journal; **General Review**
LANGUAGE:                English
AB   A review. **Inhalation** of drugs for **pulmonary** arterial **hypertension**
    is a fascinating **concept**, combining powerful pharmacol. effects of
    targeted drugs with pulmonary and intrapulmonary selectivity.  Such
    effects are possible because the lung anatomy allows for application of

drugs to the small pulmonary arteries by diffusion from alveolar surfaces. All drugs that have been shown to be efficacious in **PAH** are strong vasodilators, however, they differ very much **concerning** their vasodilative mechanisms and **concerning** their physicochem. properties. Prostanoids are particularly strong vasodilators with anti-remodelling properties but their conventional application has two drawbacks: (i) they are prone to systemic side-effects and (ii) their application necessitates a continuous i.v. or s.c. infusion. **Inhaled** prostanoids avoid these drawbacks and have been shown to be efficacious in randomized controlled trials. **Inhaled** iloprost (Ventavis) has been approved in Europe, US, Australia and many other countries, **inhaled treprostinil** (**Tyvaso**) has been approved in the US. Despite this success there is further space for improvement, particularly **concerning** more convenient and reliable delivery systems via **inhalation**.

```
CC   1-0 (Pharmacology)
ST   review pulmonary arterial hypertension Ventavis Tyvaso antihypertensive
IT   Antihypertensives
     Chemotherapy
     Drug toxicity
     Human
        Inhalation drug delivery systems
        Pulmonary hypertension
     Vasodilators
        (inhaled prostanoid, Ventavis, Tyvaso were
        effective for treatment of patient with pulmonary arterial
        hypertension)
IT   Prostanoids
     RL: BSU (Biological study, unclassified); BIOL (Biological study)
        (inhaled prostanoid, Ventavis, Tyvaso were
        effective for treatment of patient with pulmonary arterial
        hypertension)
IT   81846-19-7, Treprostinil   697225-02-8, Ventavis
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
        (inhaled prostanoid, Ventavis, Tyvaso were
        effective for treatment of patient with pulmonary arterial
        hypertension)
REFERENCE COUNT:        44   THERE ARE 44 CITED REFERENCES AVAILABLE FOR THIS
                             RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 25 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:      2009:104886  HCAPLUS  Full-text
DOCUMENT NUMBER:       150:344978
TITLE:                 Metered dose inhaler delivery of treprostinil
                       for the treatment of pulmonary hypertension
AUTHOR(S):             Voswinckel, Robert; Reichenberger, Frank; Gall,
                       Henning; Schmehl, Thomas; Gessler, Tobias; Schermuly,
                       Ralph Theo; Grimminger, Friedrich; Rubin, Lewis J.;
                       Seeger, Werner; Ghofrani, Hossein A.; Olschewski,
                       Horst
CORPORATE SOURCE:      University of Giessen Lung Center, Department of
                       Internal Medicine, University Hospital Giessen,
                       Giessen, 35392, Germany
SOURCE:                Pulmonary Pharmacology & Therapeutics (2009), 22(1),
                       50-56
                       CODEN: PPTHFJ; ISSN: 1094-5539
```

```
DIGITAL OBJECT ID:       10.1016/j.pupt.2008.11.009
PUBLISHER:               Elsevier Ltd.
DOCUMENT TYPE:           Journal
LANGUAGE:                English
```

AB   Background: The stable prostanoid analog **treprostinil** is approved as
     continuous infusion for treatment of **pulmonary** arterial **hypertension**.
     Unique drug characteristics may render this prostanoid feasible for
     **inhalation** therapy with a metered **dose inhaler**.  Methods and
     results: Randomized open label investigation of acute hemodynamic effects,
     safety and tolerability of **inhaled treprostinil** delivered in seconds
     by a metered **dose inhaler** (MDI-TRE).  **Inhaled** nitric oxide (NO) and
     MDI-TRE were applied once during right heart catheter investigation to 39
     consecutive patients with pre-capillary **pulmonary hypertension**.
     **Doses** of 30 µg, 45 µg and 60 µg MDI-TRE were investigated in
     sep. groups of patients.  Hemodynamics and blood gases were measured for 2
     h following **treprostinil** application.  Acute hemodynamic responses to NO
     and MDI-TRE were comparable.  MDI-TRE significantly improved hemodynamics
     compared to placebo **inhalation**.  MDI-TRE induced effects were comparable
     to a historical control group that **inhaled treprostinil** from an
     ultrasonic **nebulizer**.  The 120 min area under the curve for PVR changes
     due to placebo, 30 µg, 45 µg or 60 µg MDI-TRE was 1114 ± 998,
     -870 ± 940, -2450 ± 2070 and -2000 ± 900 min*%.  Redn. of
     systemic vascular resistance and pressure were not clin. relevant.  No
     significant side effects were obsd.  No impact on ventilation/perfusion
     matching by **treprostinil** was demonstrated in 5 patients with
     pre-existing gas exchange limitations by use of the multiple inert gas
     elimination technique.  **Conclusions:** The application of **inhaled
     treprostinil** with a metered **dose inhaler** is feasible and well
     tolerated.  It induced a sustained pulmonary selective vasodilatation.
CC   1-9 (Pharmacology)
     Section cross-reference(s): 63
ST   metered **dose inhaler treprostinil** antihypertensive **pulmonary**
     vasodilator **lung hypertension**
IT   **Medical inhalers**
        (Respimat; metered **dose inhaler** delivery of
        **treprostinil** for treatment of **pulmonary hypertension**)
IT   Human
        **Inhalation drug delivery systems**
        **Pulmonary antihypertensives**
        **Pulmonary hypertension**
     Vascular resistance
        (metered **dose inhaler** delivery of
        **treprostinil** for treatment of **pulmonary hypertension**)
IT   Vasodilators
        (pulmonary; metered **dose inhaler** delivery of
        **treprostinil** for treatment of **pulmonary hypertension**)
IT   **289480-64-4, Treprostinil** sodium
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
        (Respimat; metered **dose inhaler** delivery of
        **treprostinil** for treatment of **pulmonary hypertension**)

OS.CITING REF COUNT:     21    THERE ARE 21 CAPLUS RECORDS THAT CITE THIS
                               RECORD (21 CITINGS)
REFERENCE COUNT:         16    THERE ARE 16 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT

17/233,061

```
L99  ANSWER 26 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:         2008:922078  HCAPLUS  Full-text
DOCUMENT NUMBER:          149:346471
TITLE:                    Treprostinil for pulmonary hypertension
AUTHOR(S):                Skoro-Sajer, Nika; Lang, Irene; Naeije, Robert
CORPORATE SOURCE:         Division of Cardiology, Department of Internal
                          Medicione II, Vienna General Hospital, Medical
                          University of Vienna, Austria
SOURCE:                   Vascular Health and Risk Management (2008), 4(3),
                          507-513
                          CODEN: VHRMAT; ISSN: 1176-6344
PUBLISHER:                Dove Medical Press (NZ) Ltd.
DOCUMENT TYPE:            Journal; General Review
LANGUAGE:                 English
AB   A review.  Treprostinil is a stable, long-acting prostacyclin analog
     which can be administered as a continuous s.c. infusion using a portable
     miniature delivery system.  S.c. treprostinil has been shown in a large
     multicenter randomized controlled trial to improve exercise capacity,
     clin. state, functional class, pulmonary hemodynamics, and quality of life
     in patients with pulmonary arterial hypertension, an uncommon disease
     of poor prognosis.  Side effects include facial flush, headache, jaw pain,
     abdominal cramping, and diarrhea, all typical of prostacyclin, and
     manageable by symptom-directed dose adjustments, and infusion site pain
     which may make further treatment impossible in 7%-10% of the patients.
     Long-term survival in pulmonary arterial hypertension patients treated
     with s.c. treprostinil is similar to that reported with i.v.
     epoprostenol.  There are uncontrolled data suggesting efficacy of s.c.
     treprostinil in chronic thromboembolic pulmonary hypertension.
     Treprostinil can also be administered i.v., although increased doses,
     up to 2-3 times those given s.c., appear to be needed to obtain the same
     efficacy.  Preliminary results of a randomized controlled trial of
     inhaled treprostinil on top of bosentan and sildenafil therapies have
     shown significance on the primary endpoint, which was exercise capacity as
     assessed by the distance walked in 6 min.  Trials of oral formulations of
     treprostinil have been initiated.
CC   1-0 (Pharmacology)
ST   review treprostinil pulmonary arterial hypertension antihypertensive
IT   Inhalation drug delivery systems
          (inhaled treprostinil with bosentan and sildenafil
          therapy increased exercise capacity and improved survival in patient
          with pulmonary arterial hypertension)
IT   Antihypertensives
     Human
        Pulmonary hypertension
     Subcutaneous injections
          (s.c. treprostinil improved exercise capacity, clin. state,
          pulmonary hemodynamics, quality of life and survival in patient
          with pulmonary arterial hypertension)
IT   Pharmaceutical intravenous injections
          (s.c. treprostinil improved long-term survival similar to
          i.v. epoprostenol effects and it can also be administered i.v. with
          increased dose in patient with pulmonary arterial
          hypertension)
IT   139755-83-2, Sildenafil   147536-97-8, Bosentan
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
```

17/233,061

```
        (Biological study); USES (Uses)
            (inhaled treprostinil with bosentan and sildenafil
            therapy increased exercise capacity and improved survival in patient
            with pulmonary arterial hypertension)
IT    81846-19-7, Treprostinil
        RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
        (Biological study); USES (Uses)
            (s.c. treprostinil improved exercise capacity, clin. state,
            pulmonary hemodynamics, quality of life and survival in patient with
            pulmonary arterial hypertension)
IT    35121-78-9, Epoprostenol
        RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
        (Biological study); USES (Uses)
            (s.c. treprostinil improved long-term survival similar to
            i.v. epoprostenol effect in patient with pulmonary arterial
            hypertension)
OS.CITING REF COUNT:        13      THERE ARE 13 CAPLUS RECORDS THAT CITE THIS
                                    RECORD (13 CITINGS)
REFERENCE COUNT:            38      THERE ARE 38 CITED REFERENCES AVAILABLE FOR THIS
                                    RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 27 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:           2007:1483420  HCAPLUS Full-text
DOCUMENT NUMBER:            148:276418
TITLE:                      Nebulized milrinone use in a pulmonary
                            hypertensive crisis
AUTHOR(S):                  Buckley, Mitchell S.; Feldman, Jeremy P.
CORPORATE SOURCE:           Department of Pharmacy, St. Joseph's Hospital and
                            Medical Center, Phoenix, AZ, USA
SOURCE:                     Pharmacotherapy (2007), 27(12), 1763-1766
                            CODEN: PHPYDQ; ISSN: 0277-0008
DIGITAL OBJECT ID:          10.1592/phco.27.12.1763
PUBLISHER:                  Pharmacotherapy Publications
DOCUMENT TYPE:              Journal
LANGUAGE:                   English
AB    Significant advances have been achieved over the past few decades
        regarding comprehension of the pathogenesis of pulmonary arterial
        hypertension (PAH).  The development of new agents and use of existing
        drug therapies have targeted the underlying abnormalities and pathways
        leading to progression of PAH.  Milrinone, a phosphodiesterase
        inhibitor, remains a therapeutic option.  Unfortunately, i.v.
        administration of the drug in patients with PAH may be limited by
        systemic hypotension, esp. in those already receiving prostanoid
        treatment.  We describe a 42-yr-old woman with acute decompensated
        idiopathic PAH who was given nebulized milrinone as a novel adjunctive
        therapy.  She was acutely treated with i.v. treprostinil 2 ng/kg/min and
        inhaled nitric oxide 20 ppm.  However, increasing the treprostinil
        infusion rate or adding other therapies such as i.v. milrinone for acute
        symptomatic relief was limited by her hemodynamic instability, which
        required treatment with dobutamine, vasopressin, and epinephrine.
        Nebulized milrinone was added as salvage therapy for her acute PAH
        crisis.  After 8 days of therapy, the patient's PAH symptoms improved
        without compromising her mean arterial pressure and heart rate.
        Nebulized milrinone in addn. to inhaled nitric oxide and low-dose
        i.v. treprostinil may have played a major role in the acute management
        of her PAH crisis.  Further studies are needed to assess the role of
```

17/233,061

```
                nebulized milrinone in patients with PAH.
CC       1-8 (Pharmacology)
ST       milrinone pulmonary arterial hypertension phosphodiesterase inhibitor
         nebulizer antihypertensive
IT       Heart rate
             (milrinone administration using MiniHeart nebulizer as
             adjunctive therapy to inhaled nitric oxide and low-
             dose i.v. treprostinil did not alter heart rate in
             patient with acute decompensated idiopathic pulmonary
             arterial hypertension)
IT       Antihypertensives
         Homo sapiens
         Human
             Medical inhalers
             Pulmonary hypertension
             (milrinone administration using MiniHeart nebulizer as
             adjunctive therapy to inhaled nitric oxide and low-
             dose i.v. treprostinil was useful in patient with
             acute decompensated idiopathic pulmonary arterial
             hypertension)
IT       Blood pressure
             (milrinone administration using MiniHeart nebulizer as
             adjunctive therapy to inhaled nitric oxide and
             treprostinil did not alter mean arterial pressure in patient
             with acute decompensated idiopathic pulmonary arterial
             hypertension)
IT       10102-43-9, Nitrogen oxide (NO), biological studies   78415-72-2
         81846-19-7
             RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
             (Biological study); USES (Uses)
             (milrinone administration using MiniHeart nebulizer as
             adjunctive therapy to inhaled nitric oxide and low-
             dose i.v. treprostinil was useful in patient with
             acute decompensated idiopathic pulmonary arterial
             hypertension)
IT       1349740-18-6, Phosphodiesterase PDE3
             RL: BSU (Biological study, unclassified); BIOL (Biological study)
             (milrinone administration using MiniHeart nebulizer as
             adjunctive therapy to inhaled nitric oxide and
             treprostinil was useful in patient with acute decompensated
             idiopathic pulmonary arterial hypertension)
OS.CITING REF COUNT:    8      THERE ARE 8 CAPLUS RECORDS THAT CITE THIS RECORD
                               (8 CITINGS)
REFERENCE COUNT:        8      THERE ARE 8 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT


L99  ANSWER 28 OF 52  HCAPLUS  COPYRIGHT 2022 ACS on STN
ACCESSION NUMBER:       2006:1023703  HCAPLUS  Full-text
DOCUMENT NUMBER:        146:55118
TITLE:                  Safety and Efficacy of Inhaled Treprostinil as
                        Add-On Therapy to Bosentan in Pulmonary Arterial
                        Hypertension
AUTHOR(S):              Channick, Richard N.; Olschewski, Horst; Seeger,
                        Werner; Staub, Ted; Voswinckel, Robert; Rubin, Lewis
                        J.
CORPORATE SOURCE:       UCSD Medical Center, La Jolla, CA, USA
```

17/233,061

SOURCE:              Journal of the American College of Cardiology
                     (2006), 48(7), 1433-1437
                     CODEN: JACCDI; ISSN: 0735-1097
DIGITAL OBJECT ID:   10.1016/j.jacc.2006.05.070
PUBLISHER:           Elsevier Inc.
DOCUMENT TYPE:       Journal
LANGUAGE:            English

AB   This study evaluated the safety and efficacy of **inhaled treprostinil**
     as add-on therapy to oral bosentan in patients with **pulmonary** arterial
     **hypertension** (**PAH**).  The addn. of a long-acting prostacyclin analog
     via the **inhaled** route might be a safe and effective strategy to optimize
     therapy in **PAH** patients on bosentan.  Twelve patients with symptomatic
     **PAH** despite bosentan received either 30 µg of **inhaled**
     **treprostinil** 4 times daily (n = 6) or 45 µg 4 times daily (n = 6),
     via an ultrasonic **nebulizer**.  Six-min walk distance (6MWD), functional
     class, and hemodynamics were assessed at baseline and 12 wk.  One patient
     was excluded from anal. due to the subsequent finding of pulmonary
     capillary hemangiomatosis.  In the remaining 11 patients, **inhaled**
     **treprostinil** was safe and well tolerated.  **Inhaled treprostinil** was
     assocd. with an increase in 6MWD at 12 wk (baseline 339 ± 86, 12 wk, 1
     h post-**inhalation** 406 ± 121 m, 67-m change, p = 0.01).  An
     improvement in 6MWD of 49 m from baseline was noted during the trough
     period, just before **inhalation** of **treprostinil** (p = 0.009).  The 6MWD
     improvement of at least 10% was noted in 1 of 6 patients receiving 30
     µg vs. 5 of 6 receiving 45 µg.  Over 12 wk, significant decreases
     were noted in mean pulmonary arterial pressure (-10%) and in pulmonary
     vascular resistance (-26%).  Functional class improved from III to II in 9
     of 11 patients.  This trial suggests that **inhaled treprostinil** is
     safe, well tolerated, and assocd. with significant improvements in
     exercise capacity, functional class, and pulmonary hemodynamics in
     symptomatic patients with **PAH** on bosentan.
CC   1-8 (Pharmacology)
ST   **pulmonary** arterial **hypertension** **treprostinil** bosentan pharmacokinetics
IT   Blood pressure
         (**inhaled treprostinil** as add-on therapy to bosentan
         decreased pulmonary arterial pressure in patient with **pulmonary**
         arterial **hypertension**)
IT   Vascular resistance
         (**inhaled treprostinil** as add-on therapy to bosentan
         decreased pulmonary vascular resistance in patient with
         **pulmonary** arterial **hypertension**)
IT   Exercise
         (**inhaled treprostinil** as add-on therapy to bosentan
         improved exercise capacity in patient with **pulmonary** arterial
         **hypertension**)
IT   **Antihypertensives**
     Human
         **Pulmonary hypertension**
         (**inhaled treprostinil** as add-on therapy to bosentan
         was safe, well tolerated and improved exercise capacity, functional
         class and **pulmonary** hemodynamics in patient with
         **pulmonary** arterial **hypertension**)
IT   Pharmacokinetics
         (**treprostinil** reached systemic circulation in **dose**
         -dependent fashion in **pulmonary** arterial **hypertension**
         patient already on bosentan)

124

```
IT   81846-19-7, Treprostinil
     RL: PAC (Pharmacological activity); PKT (Pharmacokinetics); THU
     (Therapeutic use); BIOL (Biological study); USES (Uses)
         (inhaled treprostinil as add-on therapy to bosentan
         was safe, well tolerated and improved exercise capacity, functional
         class and pulmonary hemodynamics in patient with pulmonary
         arterial hypertension)
IT   147536-97-8, Bosentan
     RL: PAC (Pharmacological activity); THU (Therapeutic use); BIOL
     (Biological study); USES (Uses)
         (inhaled treprostinil as add-on therapy to bosentan
         was safe, well tolerated and improved exercise capacity, functional
         class and pulmonary hemodynamics in patient with pulmonary
         arterial hypertension)
OS.CITING REF COUNT:     48    THERE ARE 48 CAPLUS RECORDS THAT CITE THIS
                               RECORD (48 CITINGS)
REFERENCE COUNT:         17    THERE ARE 17 CITED REFERENCES AVAILABLE FOR THIS
                               RECORD. ALL CITATIONS AVAILABLE IN THE RE FORMAT




L99  ANSWER 29 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2022-58794G [2022054]   WPIX Full-text
TITLE:                Dry powder composition useful for treating pulmonary
                      hypertension, comprises substituted treprostinil
                      compounds, leucine and sugar comprising trehalose or
                      mannitol
DERWENT CLASS:        B05; B07
INVENTOR:             AMIN H; DU J; MALININ V; PALWAI N; PARIKH M; PLAUNT A
PATENT ASSIGNEE:      (INSM-N) INSMED INC
COUNTRY COUNT:        135

PATENT INFORMATION:

     PATENT NO     KIND DATE     WEEK    LA  PG
     --------------------------------------------------------
     WO 2022094100  A1 20220505 (2022054)* EN 160[21]

APPLICATION DETAILS:

     PATENT NO     KIND             APPLICATION    DATE
     ----------------------------------------------------------------
     WO 2022094100 A1               WO 2021-US57078 20211028

PRIORITY APPLN. INFO: US 2020-106818P      20201028
AB   WO 2022094100 A1     UPAB 20220711
     NOVELTY - Dry powder composition comprises: (a) 0.5-5 wt.% substituted
     treprostinil compounds (I); (b) 10-61 wt.% leucine; and (c) a sugar
     comprising trehalose or mannitol.
         DETAILED DESCRIPTION - Dry powder composition comprises: (a) 0.5-5
     wt.% substituted treprostinil compounds of formula (I) or their
     stereoisomers or salts; (b) 10-61 wt.% leucine; and (c) a sugar comprising
     trehalose or mannitol.
         R1 = tetradecyl, pentadecyl, hexadecyl, heptadecyl, or octadecyl
     (all optionally linear).
```

17/233,061

An INDEPENDENT CLAIM is also included for treating **pulmonary hypertension** (PH) in a patient, comprising administering the composition to the lungs of the patient via **inhalation** with a dry powder **inhaler** (DPI), once daily during an administration period.

ACTIVITY - Antiinflammatory; Hypotensive; Respiratory-Gen.

MECHANISM OF ACTION - None given.

USE - The composition is useful for treating **pulmonary hypertension** (PH) in a patient, where the PH is group 1-5 PH, as classified by the World Health Organization, the PH is **pulmonary** arterial **hypertension** which is class I to IV **pulmonary** arterial **hypertension**, as characterized by the New York Heart Association, the PH is portopulmonary hypertension, and the PH is PH associated with interstitial **lung disease** comprising at least one **lung condition** comprising idiopathic **pulmonary** fibrosis, cryptogenic organizing pneumonia, desquamative interstitial pneumonitis, nonspecific interstitial pneumonitis, hypersensitivity pneumonitis, acute interstitial pneumonitis, interstitial pneumonia, connective tissue disease, sarcoidosis, asbestosis, idiopathic interstitial pneumonia or connective tissue **disease**-associated interstitial **lung disease** (all claimed). Test details are described but no results given.

ADVANTAGE - The composition exhibits improved pharmacokinetic profile.

```
L99  ANSWER 30 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:      2022-27533R [2022032]   WPIX Full-text
CROSS REFERENCE:       2016-44497L; 2016-80625F; 2016-80625G; 2017-70908Y;
                       2018-05281F; 2018-83214G; 2019-03487A; 2019-685380;
                       2020-192322; 2020-23129G; 2020-A7216Y; 2021-064898;
                       2021-D0371J
TITLE:                 New treprostinil derivatives, or their salt, solvate,
                       hydrate, clathrate, polymorph or stereoisomer useful in
                       pharmaceutical composition or transdermal patch for
                       treating medical condition responsive to treatment
                       with treprostinil e.g. pulmonary hypertension or
                       pulmonary arterial hypertension
DERWENT CLASS:         A96; B05; B07
INVENTOR:              BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:       (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:         1

PATENT INFORMATION:

      PATENT NO     KIND DATE     WEEK    LA  PG
      -------------------------------------------------------
      US 20220055980  A1 20220224 (2022032)* EN

APPLICATION DETAILS:

      PATENT NO     KIND              APPLICATION    DATE
      ----------------------------------------------------------------
      US 20220055980 A1               US 2021-207975 20210322
      US 20220055980 A1 Cont of       US 2020-880146 20200521
      US 20220055980 A1 Cont of       US 2019-270965 20190208
      US 20220055980 A1 Cont of       US 2017-735546 20171211
      US 20220055980 A1 Cont of       WO 2016-US37383 20160614
      US 20220055980 A1 CIP of        US 2015-829180 20150818
```

126

```
US 20220055980 A1 CIP of          US 2015-742579 20150617
US 20220055980 A1 CIP of          US 2015-742544 20150617
```

FILING DETAILS:

```
    PATENT NO      KIND              PATENT NO
    ----------------------------------------------------
    US 20220055980 A1    Cont of      US 10246403 B
    US 20220055980 A1    Cont of      US 10703706 B
    US 20220055980 A1    Cont of      US 10988435 B
    US 20220055980 A1    CIP of       US 9394227 B
    US 20220055980 A1    CIP of       US 9643911 B
```

```
PRIORITY APPLN. INFO: US 2021-207975     20210322
                      US 2020-880146     20200521
                      US 2019-270965     20190208
                      US 2017-735546     20171211
                      WO 2016-US37383    20160614
                      US 2015-829180     20150818
                      US 2015-742544     20150617
                      US 2015-742579     20150617
```

AB   US 20220055980 A1      UPAB 20220425

NOVELTY - **Treprostinil** derivatives (Ia-16)-(Ia-34) and (Ib-16)-(Ib-34), or their salt, solvate, hydrate, clathrate, polymorph or stereoisomer, are new.

DETAILED DESCRIPTION - **Treprostinil** derivatives of formulae (Ia-16)-(Ia-34) and (Ib-16)-(Ib-34), or their salt, solvate, hydrate, clathrate, polymorph or stereoisomer, are new.

An INDEPENDENT CLAIM is included for a transdermal patch, which comprises the derivatives (Ia-16)-(Ia-34) and (Ib-16)-(Ib-34), or their salt, solvate, hydrate, clathrate, polymorph or stereoisomer.

ACTIVITY - Respiratory-Gen.; Hypotensive; Antiinflammatory; Antiasthmatic; Cardiovascular-Gen.; Cardiant; Anticoagulant; Thrombolytic; Vasotropic; Antiarteriosclerotic; Antiulcer; Nephrotropic; Cytostatic. Test details are described but no results given.

MECHANISM OF ACTION - Phosphodiesterase type 5 (PDE5) inhibitor.

USE - The **treprostinil** derivatives are useful in pharmaceutical composition or transdermal patch for treating medical **condition responsive** to treatment with **treprostinil**. The medical condition is chosen from **pulmonary hypertension**, **pulmonary** arterial **hypertension**, portopulmonary **hypertension**, **pulmonary** fibrosis, interstitial **lung disease**, asthma, cardiovascular disease, heart failure, congestive heart failure, conditions requiring anticoagulation, thrombotic microangiopathy, vein occlusion, ischemic diseases, peripheral vascular disease, critical limb ischemia, severe intermittent claudication, atherogenesis, ischemic lesions, ischemic ulcers, neuropathic foot ulcers, kidney malfunction and failure, and proliferative **disorders**, preferably **pulmonary** arterial **hypertension** (all claimed).

ADVANTAGE - The **treprostinil** derivative as free acid has an absolute oral bioavailability of 10% or less and a very short systemic half-life, can act as prodrugs and provide increased systemic availability of **treprostinil**, has longer half-life, decreased **amount** of **dose** and/or decreased number of **doses** needed to achieve a desired effect, decreased variation between subjects in the blood or plasma level of the parent drug, increased efficacy, reduced side effects due to decreased **amount** of the parent drug administered and/or decreased production of

deleterious metabolites, and increased maximum tolerated **dose**.

```
L99  ANSWER 31 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:    2022-58196G [2022039]  WPIX Full-text
TITLE:               New crystalline treprostinil monohydrate form used to
                     treat pulmonary arterial hypertension
DERWENT CLASS:       B05
INVENTOR:            HSIEH C; JHENG J; SHECHUN; WEI S; XIE Q; ZHENG J
PATENT ASSIGNEE:     (CHIR-N) CHIROGATE INT INC
COUNTRY COUNT:       48
```

PATENT INFORMATION:

```
    PATENT NO       KIND DATE     WEEK     LA  PG
    -------------------------------------------------------
    EP 3992173      A1 20220504 (2022039)* EN 26[11]
    KR 2022057428   A  20220509 (2022040)  KO
    US 20220135511  A1 20220505 (2022040)  EN
    CN 114426482    A  20220503 (2022041)  ZH
    JP 2022074008   A  20220517 (2022042)  JA
```

APPLICATION DETAILS:

```
    PATENT NO       KIND              APPLICATION    DATE
    -------------------------------------------------------------
    EP 3992173 A1                     EP 2021-195495 20210908
    US 20220135511 A1                 US 2020-83673 20201029
    JP 2022074008 A                   JP 2021-166150 20211008
    KR 2022057428 A                   KR 2021-135824 20211013
    CN 114426482 A                    CN 2021-11259365 20211028
```

PRIORITY APPLN. INFO: **US 2020-83673          20201029**
AB   EP 3992173 A1       UPAB 20220519
     NOVELTY - Crystalline **treprostinil** monohydrate form (I) is new, which
has an X-ray powder diffraction (XRPD) pattern comprising its two
strongest characteristic peaks at the following 2θ reflection angles
5.43± 0.2° , and 10.87± 0.2° .
        DETAILED DESCRIPTION - INDEPENDENT CLAIMS are also included for:
        (1) (I) (M1) obtained by the process;
        (2) a crystalline **treprostinil** monohydrate form (II), having an
XRPD pattern comprising its two strongest characteristic peaks at the
following 2θ reflection angles 5.19± 0.2° , and 10.40±
0.2° ;
        (3) preparing (M2) (II) comprising providing a basic **treprostinil**
aqueous solution, adding phosphoric acid to the basic **treprostinil**
aqueous solution until the aqueous solution becomes acidic, having a pH
value of 2-6, where a decreasing rate of the pH value is more than 0.6 per
minute and stirring until a precipitate is formed; and
        (4) a mixture of (I) and (II), having an XRPD pattern comprising its
jointly characteristic peaks at 5.26± 0.2° , 13.20±
0.2° , and 16.25± 0.2° , and its separated characteristic
peaks at 10.65± 0.2° , and 12.20± 0.2° belonging to
form (I) and at 10.36± 0.2° , 11.61± 0.2° , and
12.60± 0.2° belonging to form (II), and comprising at least 10%
of form I or form II.
        ACTIVITY - Hypotensive.

                              128

17/233,061

```
        MECHANISM OF ACTION - None given.
        USE - The crystalline forms are useful for treating patients with
pulmonary arterial hypertension. No biological data given.
        ADVANTAGE - The crystalline forms: improve exercise capacity; and
are efficient and economical.

L99  ANSWER 32 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:    2021-114078 [2021012]   WPIX Full-text
TITLE:               Composition used to e.g. treat pulmonary arterial
                     hypertension, and treat lung condition e.g.
                     pulmonary fibrosis, interstitial lung disease and
                     asthma, comprises biocompatible, injectable,
                     sustained-release treprostinil compound particles
DERWENT CLASS:       A23; A96; B05; B07
INVENTOR:            FRANSSEN O; KOEKOEK E
PATENT ASSIGNEE:     (LUPI-N) LUPIN HOLDINGS BV; (NANO-N) NANOMI BV
COUNTRY COUNT:       135

PATENT INFORMATION:

      PATENT NO     KIND DATE      WEEK    LA  PG
      ---------------------------------------------------------
      WO 2021013861  A1 20210128 (2021012)* EN 134[3]
      US 20210022994  A1 20210128 (2021012)  EN
      WO 2021013861  A9 20210415 (2021032)  EN
      AU 2020316931  A1 20220224 (2022017)  EN
      CN 114401716   A  20220426 (2022039)  ZH

APPLICATION DETAILS:

      PATENT NO      KIND                 APPLICATION     DATE
      ---------------------------------------------------------------
      WO 2021013861 A1                    WO 2020-EP70609 20200722
      US 20210022994 A1 Provisional       US 2019-877302P 20190722
      AU 2020316931 A1                    AU 2020-316931 20200722
      CN 114401716 A                      CN 2020-80064331 20200722
      US 20210022994 A1                   US 2020-16936383 20200722
      WO 2021013861 A9                    WO 2020-EP70609 20200722
      AU 2020316931 A1 PCT Application    WO 2020-EP70609 20200722
      CN 114401716 A PCT Application      WO 2020-EP70609 20200722
      CN 114401716 A PCT Nat. Entry       CN 2020-80064331 20220314

FILING DETAILS:

      PATENT NO      KIND              PATENT NO
      ---------------------------------------------------
      AU 2020316931 A1     Based on     WO 2021013861 A
      CN 114401716 A       Based on     WO 2021013861 A

PRIORITY APPLN. INFO: US 2019-877302P       20190722
                      US 2020-16936383      20200722
AB   WO 2021013861 A1       UPAB 20210209
     NOVELTY - Composition comprises a biocompatible, injectable,
     sustained-release treprostinil compound particles, where at least 90% of
     the particles has a maximum diameter of 5-200 µ m, at least 65% of the
     particles having a maximum particle diameter within 35% of the average
```

129

17/233,061

particle diameter of the particles, and the particles releasing an efficient **amount** of **treprostinil** over a treatment period of at least one day when administered to patients.

DETAILED DESCRIPTION - An INDEPENDENT CLAIM is also included for treating **pulmonary** arterial **hypertension** in a patient, comprising administering an efficient **amount** of the composition to the patient notGreaterThan once per day.

ACTIVITY - Hypotensive; Respiratory-Gen; Antiinflammatory; Thrombolytic; Antiasthmatic; Cardiovascular-Gen; Vasotropic; Neuroprotective; Antiulcer; Dermatological; Gastrointestinal-Gen; Anticoagulant.

MECHANISM OF ACTION - None given.

USE - The composition is useful: for treating **pulmonary** arterial **hypertension** in a patient; as a medicament (all claimed); for preventing **treprostinil**-related conditions or treating **treprostinil**-treatable diseases; for promoting vasodilation; for treating a **lung condition** including **pulmonary** fibrosis, **chronic** thromboembolic **pulmonary hypertension**, interstitial **lung disease**, or asthma; for treating peripheral vascular disease; for preventing ischemic lesions, or neuropathic diabetic foot ulcer; for treating gastric hypersecretion, gastric ulcers, or duodenal ulcers; for treating inflammatory disorders; for treating conditions associated with low perfusion i.e. ischemia; for treating or preventing a thrombosis-related disease or condition; and for treating or modulating at least one microcirculatory system disorder. No biological data given.

ADVANTAGE - The composition: is biocompatible and inert; provides microparticles that exhibit sustained release or long acting release of at least one **treprostinil** compound when administered to mammalian subjects including human; lacks significant **amount** of toxicity (including carcinogenicity, genotoxicity and mutagenicity), irritation, immunogenicity, and allergenicity; promotes or enhances at least one physiological effect; results in increased oxygen flow or vasodilation; and results in reduced pro-inflammatory cytokine expression of tumor necrosis factor α , interleukin (IL) 1 β or interferon γ or upregulation/expression of IL-10.

L99  ANSWER 33 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2021-538624 [2021055]   WPIX Full-text
CROSS REFERENCE:      2017-523875; 2019-88109Y; 2020-12713B
TITLE:                Composition used as dry powder **inhaler** for treating
                      **pulmonary hypertension**, cardiovascular **disease**,
                      anaphylaxis, diabetes, obesity, cancer, comprises
                      microcrystalline particles of fumaryl diketopiperazine,
                      **treprostinil**
DERWENT CLASS:        A96; B05; B07; P34
INVENTOR:             ADAMO B; FREEMAN J J; GUARNERI J; KINSEY P S; LAURENZI B;
                      SMUTNEY C C
PATENT ASSIGNEE:      (MAKD-C) MANNKIND CORP
COUNTRY COUNT:        1

PATENT INFORMATION:

| PATENT NO | KIND | DATE | WEEK | LA | PG |
|-----------|------|------|------|----|----|
| US 20210146071 | A1 | 20210520 | (2021055)* | EN | |

17/233,061

APPLICATION DETAILS:

| PATENT NO | KIND | | APPLICATION | DATE |
|-----------|------|--|-------------|------|
| US 20210146071 A1 | | | US 2021-17158997 | 20210126 |
| US 20210146071 A1 | Provisional | | US 2016-289095P | 20160129 |
| US 20210146071 A1 | Cont of | | US 2019-601440 | 20191014 |
| US 20210146071 A1 | Cont of | | US 2017-418388 | 20170127 |

PRIORITY APPLN. INFO: US 2021-17158997    20210126
                      US 2019-601440      20191014
                      US 2017-418388      20170127
                      US 2016-289095P     20160129

AB   US 20210146071 A1    UPAB 20210709
     NOVELTY - Composition comprises microcrystalline particles of fumaryl
     diketopiperazine and 20 wt.% **treprostinil**.
          DETAILED DESCRIPTION - INDEPENDENT CLAIMS are included for the
     following: (1) a method for treating **pulmonary hypertension,** which
     involves administering dry powder composition, which comprises
     microcrystalline particles of fumaryl diketopiperazine, and 20 wt.%
     **treprostinil,** and treating **pulmonary hypertension**; (2) a dry powder,
     which comprises microcrystalline particles of fumaryl diketopiperazine,
     and **treprostinil**, where dry powder composition, which is formed by spray
     drying solution includes 0.2-1.0 wt.% **treprostinil** in ethyl alcohol, and
     suspension of fumaryl diketopiperazine (FDKP) microcrystallites.
          ACTIVITY - Cytostatic; Antiinflammatory; Analgesic; Antiemetic;
     Antidiabetic; Cardiovascular-Gen; Antiallergic; Immunosuppressive;
     Anorectic. No biological data given.
          MECHANISM OF ACTION - Phosphodiesterase inhibitors.
          USE - Composition used as dry powder **inhaler** for treating
     **pulmonary hypertension,** (all claimed), used for treating
     cardiovascular disease, anaphylaxis, diabetes, obesity, cancer, and other
     diseases, or symptoms associated with nausea, vomiting, pain and
     inflammation.
          ADVANTAGE - The composition helps in improving aerodynamic
     performance and improves drug adsorption, where **inhalers** have consistent
     improved powder delivery properties, easy to use, and have discrete
     configurations which allow for better patient compliance.

L99  ANSWER 34 OF 52  WPIX COPYRIGHT 2022    CLARIVATE on STN
ACCESSION NUMBER:     2020-B33343 [2020097]    WPIX Full-text
TITLE:                Pharmaceutical composition used for treating **pulmonary
                      hypertension,** includes liposomes comprising external
                      lipid bilayer comprising vesicle-forming phospholipid,
                      and internal aqueous medium comprising weak acid drug and
                      weak acid salt
DERWENT CLASS:        A96; B01; B05; B07
INVENTOR:             CHEN K; CHEN K C; GAN P; KAN P; LIN Y; LIN Y F
PATENT ASSIGNEE:      (PHAR-N) PHARMOSA BIOPHARM INC; (PHAR-N) PHARMOSA
                      THERAPEUTICS INC
COUNTRY COUNT:        137

PATENT INFORMATION:

| PATENT NO | KIND | DATE | WEEK | LA | PG |
|-----------|------|------|------|----|----|

```
US 20200360320  A1 20201119 (2020097)* EN 18[5]
WO 2020232046   A1 20201119 (2020097)  EN
TW 2021008145   A  20210301 (2021059)  ZH
AU 2020274094   A1 20211111 (2021092)  EN
CA 3139136      A1 20201119 (2021099)# EN
KR 2021149157   A  20211208 (2021100)  KO
CN 113811307    A  20211217 (2022004)  ZH
EP 3969002      A1 20220323 (2022025)  EN
BR 112021021875 A2 20211228 (2022026)  PT
IN 202117051716 A  20220325 (2022031)  EN
SG 11202112530  A  20211230 (2022034)  EN
TW I757739      B  20220311 (2022039)  EN
JP 2022532207   T  20220713 (2022063)  JA
```

PRIORITY APPLN. INFO: **US 2020-15930532      20200513**
                      **US 2019-847337P        20190514**
                      **CA 2020-3139136        20200513**

AB  US 20200360320 A1      UPAB 20201204
    NOVELTY - A pharmaceutical composition comprises liposomes suspended in
    external medium. The liposomes comprise external lipid bilayer comprising
    vesicle-forming phospholipid(s), and internal aqueous medium comprising
    weak acid drug with half-life of less than 2 hours and weak acid salt to
    provide pH gradient between the internal aqueous medium and the external
    medium. Following administration of pharmaceutical composition at least
    every 6 hours, the composition produces peak-to-trough drug plasma
    **concentration** ratio (P/T ratio) of 1-100.
        ACTIVITY - Hypotensive; Respiratory-Gen. The mean Pulmonary Arterial
    Pressure (PAP) reduction potency of liposomal **treprostinil** composition
    and free **treprostinil** solution were assessed in conscious rats with
    acute **pulmonary hypertension**. The liposomal **treprostinil** composition
    and the free **treprostinil** solution were administered at 6 mcg/kg,
    respectively. Results showed AUC of PAP reduction of 80.89 hour-%, AUC of
    plasma **concentration** of 1.17 hour-ng/mL, and potency of 69.1 after 3
    hours for liposomal **treprostinil** composition, as compared to AUC of PAP
    reduction of 49.15 hour-%, AUC of plasma **concentration** of 2.01
    hour-ng/mL, and potency of 24.5 after 3 hours for free **treprostinil**
    solution.
        MECHANISM OF ACTION - None given.
        USE - The pharmaceutical composition is used for treating
    **pulmonary hypertension** (claimed).
        ADVANTAGE - The therapeutic effect of weak acid drug is maintained
    for ≥ 6 hours after administration of the composition. The P/T
    ratio of 1-40 is maintained 1-12 hours after administration of the
    composition.

```
L99  ANSWER 35 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:      2020-23129G [2020030]   WPIX Full-text
CROSS REFERENCE:       2016-44497L; 2016-80625F; 2016-80625G; 2017-70908Y;
                       2018-05281F; 2018-83214G; 2019-03487A; 2019-685380;
                       2020-192322; 2020-A7216Y; 2021-064898; 2021-D0371J;
                       2022-27533R
TITLE:                 Transdermal patch used to treat e.g. pulmonary
                       hypertension, pulmonary fibrosis, ischemic
                       diseases, peripheral vascular disease, critical limb
                       ischemia, heart failure, inflammatory diseases and
                       cancers, comprises treprostinil derivatives
```

17/233,061

```
DERWENT CLASS:          B05; B07; D21
INVENTOR:               BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:        (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:          1
```

PATENT INFORMATION:

```
   PATENT NO      KIND DATE      WEEK     LA  PG
   ---------------------------------------------------------
   US 20200095186 A1 20200326 (2020030)* EN 57[0]
   US 10759733    B2 20200901 (2020073)  EN
```

APPLICATION DETAILS:

```
   PATENT NO      KIND              APPLICATION     DATE
   ----------------------------------------------------------------
   US 20200095186 A1                US 2019-16580828 20190924
   US 20200095186 A1 Cont of        US 2018-39566 20180719
   US 20200095186 A1 Cont of        US 2017-617243 20170608
   US 20200095186 A1 Cont of        US 2016-178637 20160610
   US 20200095186 A1 Cont of        US 2015-742544 20150617
   US 10759733 B2 Cont of           US 2015-742544 20150617
   US 10759733 B2 Cont of           US 2016-178637 20160610
   US 10759733 B2 Cont of           US 2017-617243 20170608
   US 10759733 B2 Cont of           US 2018-39566 20180719
   US 10759733 B2                   US 2019-16580828 20190924
```

FILING DETAILS:

```
   PATENT NO      KIND              PATENT NO
   -------------------------------------------------------
   US 20200095186 A1    Cont of     US 9701616 B
   US 20200095186 A1    Cont of     US 10053414 B
   US 20200095186 A1    Cont of     US 9394227 B
   US 20200095186 A1    Cont of     US 10464878 B
   US 10759733 B2       Previous Publ US 2020095186 A
   US 10759733 B2       Cont of     US 10053414 B
   US 10759733 B2       Cont of     US 10464878 B
   US 10759733 B2       Cont of     US 9394227 B
   US 10759733 B2       Cont of     US 9701616 B
```

```
PRIORITY APPLN. INFO: US 2019-16580828        20190924
                      US 2018-39566           20180719
                      US 2017-617243          20170608
                      US 2016-178637          20160610
                      US 2015-742544          20150617
```

AB  US 20200095186 A1      UPAB 20200415
    NOVELTY - Transdermal patch comprises **treprostinil** derivatives (I).
        DETAILED DESCRIPTION - Transdermal patch comprises **treprostinil**
    derivatives of formula (I) and their salts, solvates, hydrates,
    clathrates, polymorphs or stereoisomers.
        $O-Z-CO_2H = -O-(C(R7)(R8))n-CO_2H$, $-O$-heteroalkyl-$CO_2H$,
    $-O$-cyclyl-$CO_2H$, $-O-CH_2$-cyclyl-$CO_2H$, $-O$-cyclyl-$CH_2-CO_2H$ or
    $-O-CH_2$-cyclyl-$CH_2-CO_2H$ (all optionally substituted), where cyclyl- is
    -cycloalkyl-, -heterocyclyl-, -aryl- or -heteroaryl-; either
        R7, R8 = H, 1-6C alkyl or 3-6C cycloalkyl; or

133

17/233,061

R7R8C = 3-6C cycloalkyl ring; and
n = 1-10.
       Provided that -O-Z-CO2H is not -O-CH(CH3)-CH2-CO2H and -Z-CO2H does
not contain a sugar moiety. AN INDEPENDENT CLAIM is also included for a
kit comprising (I) and instructions for administering (I) to treat a
medical **condition responsive** to treatment with **treprostinil**.
       ACTIVITY - Hypotensive; Respiratory-Gen; Antiinflammatory;
Vasotropic; Cardiovascular-Gen; Dermatological; Cardiant;
Antiarteriosclerotic; Antiulcer; Nephrotropic; Cytostatic; Analgesic.
       MECHANISM OF ACTION - None given.
       USE - The patch and kit are useful for treating **pulmonary
hypertension**, **pulmonary** fibrosis, ischemic **diseases**, peripheral
vascular disease, peripheral ischemic lesions on the skin, critical limb
ischemia, heart failure, atherogenesis, inflammatory diseases, diabetic
neuropathic foot ulcer, kidney malfunction and failure, tumors, cancers or
pain associated with each of the **diseases**, or **pulmonary** arterial
**hypertension** (all claimed).
       ADVANTAGE - The patch and kit utilize (I) that are deuterated at
least one position having benefits of a longer half-life, decreased
**amount** of a **dose** and/or decreased number of **doses** needed to achieve
a desired effect, decreased variation between subjects in the blood or
plasma level of the parent drug, increased efficacy, reduced side effects
due to decreased quantity of the parent drug administered and/or decreased
production of deleterious metabolites, and increased maximum tolerated
**dose** and exhibit decreased half time. The ability of (I) to exhibit
decreased half time was tested in human liver by using human liver
microsomal stability assay. The results showed that
3-{2-[(1R,2R,3aS,9aS)-2-hydroxy-1-((S)-3-hydroxy-octyl)-2,3,3a,4,9,9a-
hexahydro-1H-cyclopenta[b]naphthalen-5-yloxy]-acetoxy}-propionic acid
exhibited half time of 15-30 minutes.

L99  ANSWER 36 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:      2020-192322 [2020022]   WPIX Full-text
CROSS REFERENCE:       2016-44497L; 2016-80625F; 2016-80625G; 2017-70908Y;
                       2018-05281F; 2018-83214G; 2019-03487A; 2019-685380;
                       2020-23129G; 2020-A7216Y; 2021-064898; 2021-D0371J;
                       2022-27533R
TITLE:                 Transdermal patch used to treat e.g. **pulmonary
                       hypertension**, **pulmonary** fibrosis, ischemic
                       **diseases**, heart failure, atherogenesis, inflammatory
                       diseases, kidney failure, tumors, cancers and pain
                       comprises **treprostinil** derivatives
DERWENT CLASS:         A96; B03; B05; B07; D22
INVENTOR:              BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:       (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:         1

PATENT INFORMATION:

      PATENT NO    KIND DATE      WEEK     LA  PG
      -------------------------------------------------------
      US 20200071257  A1 20200305 (2020022)* EN 62[0]
      US 11034645     B2 20200615 (2021049)  EN

PRIORITY APPLN. INFO: **US 2019-16574538        20190918**
                      **US 2018-927636          20180321**
                                       134

US  2017-473434        20170329
US  2015-829180        20150818
US  2015-742544        20150617
US  2015-742579        20150617

AB    US 20200071257 A1       UPAB 20200317
      NOVELTY - Transdermal patch comprises **treprostinil** derivatives (I).
          DETAILED DESCRIPTION - Transdermal patch comprises **treprostinil**
      derivatives of formula (I) and their salts, solvates, hydrates,
      clathrates, polymorphs or stereoisomers.
          R1, R2 = e.g. H, -C(=O)R3, -C(=O)-(CR4R5)m-O-R6,
      -C(=O)-C(R4R5)-O-(CH2CH2-O-)jR6 and -C(=O)-O-R3;
          R3 = alkyl, -alkylaryl, cycloalkyl, heterocyclyl, aryl or heteroaryl
      (all optionally be substituted); either
          R4, R5 = H, 1-6C alkyl or 3-6C cycloalkyl; and
          R6 = H, R3, -C(=O)R3, -C(=O)OR3 or -C(=O)NR9R10; or
          R4CR5 = 3-6C cycloalkyl ring; or
          R6R4, R6R5 = heterocyclyl; either
          R9, R10 = H, alkyl, -alkylaryl, cycloalkyl, heterocyclyl, aryl or
      heteroaryl; or
          R9NR10 = heterocyclyl or heteroaryl;
          j = 0-4; and
          m = 1-10.
          Provided that: both R1 and R2 are not H; neither -OR1 nor -OR2 forms
      an acetate; neither -OR1 nor -OR2 forms a substituted cyclohexane-ester;
      and neither -OR1 nor -OR2 forms an ester with or of an amino acid
      (optionally protected), a peptide or a protein. An INDEPENDENT CLAIM is
      also included for a kit comprising (I) and instructions for administering
      (I).
          ACTIVITY - Analgesic; Cytostatic; Nephrotropic; Antiulcer;
      Dermatological; Antiarteriosclerotic; Cardiant; Vasotropic;
      Cardiovascular-Gen; Antiinflammatory; Hypotensive; Respiratory-Gen.
          MECHANISM OF ACTION - None given.
          USE - The transdermal patch is useful for treating a medical
      **condition responsive** to treatment with **treprostinil**, where the
      medical **condition** comprises **pulmonary hypertension** (preferred),
      **pulmonary** fibrosis, ischemic **diseases**, peripheral vascular disease,
      peripheral ischemic lesions on the skin, critical limb ischemia, heart
      failure, atherogenesis, inflammatory diseases, diabetic neuropathic foot
      ulcer, kidney malfunction and failure, tumors, cancers, and pain
      associated with each of the preceding conditions (claimed).
          ADVANTAGE - The transdermal patch exhibits improved pharmacokinetic
      profile. The pharmacokinetic profile (half life) of (I) was tested
      heparinated human plasma using human plasma stability assay. The results
      showed that 0.5 µ M [1-(3-hydroxyoctyl)-2-(2-methoxyacetoxy)-
      2,3,3a,4,9,9a-hexahydro-1H-cyclopenta[b]naphthalen-5-yloxy]acetic acid
      exhibited half life of ≥ 60 minutes.


L99  ANSWER 37 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:       2019-88109Y [201985]    WPIX Full-text
CROSS REFERENCE:        2017-523875; 2020-12713B; 2021-538624
TITLE:                  Pharmaceutical dry powder composition used for treating
                        **pulmonary** arterial **hypertension**, cystic fibrosis,
                        **respiratory** infections, cancer, and systemic diseases,
                        comprises **treprostinil**, salt, and carrier and/or
                        excipients
DERWENT CLASS:          A96; B05; B07; P34

17/233,061

INVENTOR:                  AMIN N; FREEMAN J J; GRANT M L; GUARNERI J J; KRAFT K S
PATENT ASSIGNEE:           (MAKD-C) MANNKIND CORP
COUNTRY COUNT:             135

PATENT INFORMATION:

```
    PATENT NO     KIND DATE     WEEK     LA  PG
    --------------------------------------------------------
    US 20190321290 A1 20191024 (201985) * EN 11[0]
    WO 2019237028  A1 20191212 (201996)   EN
    CA 3102967     A1 20191212 (2021002)  EN
    AU 2019282808  A1 20210107 (2021004)  EN
    EP 3801552     A1 20210414 (2021032)  EN
    JP 2021527058  T  20211011 (2021083)  JA 25
    EP 3801552     A4 20220223 (2022018)  EN
```

PRIORITY APPLN. INFO: US 2019-16434938     20190607
                      US 2018-682109P      20180607
                      US 2017-418388       20170127
                      US 2016-289095P      20160129
                      WO 2019-US36095      20190607

AB  US 20190321290 A1     UPAB 20191108
    NOVELTY - A pharmaceutical dry powder composition comprises ≤ 200
    µ g treprostinil, salt, and carrier and/or excipients.
         DETAILED DESCRIPTION - An INDEPENDENT CLAIM is incuded for a dry
    powder inhaler, comprising a movable member to load an enclosure and
    configure a container to attain a dosing configuration, where the
    enclosure comprises the pharmaceutical dry powder composition. The
    enclosure comprises a cartridge consisting of a lid, and the container.
         ACTIVITY - Hypotensive; Respiratory-Gen; CNS-Gen; Antimicrobial;
    Cytostatic; Antidiabetic; Anorectic. Test details are described but no
    results given.
         MECHANISM OF ACTION - None given.
         USE - The pharmaceutical dry powder composition is used for treating
    pulmonary arterial hypertension (claimed), cystic fibrosis,
    respiratory infections, cancer, and systemic diseases including endocrine
    disease such as diabetes and obesity.
         ADVANTAGE - The pharmaceutical dry powder composition has improved
    powder delivery properties, easy to use, and has discrete configurations
    allowing better patient compliance.

L99  ANSWER 38 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2018-83214G [201875]   WPIX Full-text
CROSS REFERENCE:      2016-44497L; 2016-80625F; 2016-80625G; 2017-70908Y;
                      2018-05281F; 2019-03487A; 2019-685380; 2020-192322;
                      2020-23129G; 2020-A7216Y; 2021-064898; 2021-D0371J;
                      2022-27533R
TITLE:                Treating medical condition e.g. pulmonary
                      hypertension, responsive to treatment with
                      treprostinil by administering to subject in need of
                      treatment a therapeutically effective amount of
                      treprostinil compound
DERWENT CLASS:        B05
INVENTOR:             BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:      (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:        1

17/233,061

PATENT INFORMATION:

| PATENT NO | KIND DATE | WEEK | LA PG |
|---|---|---|---|
| US 20180305293 | A1 20181025 | (201875) * | EN 52[0] |
| US 10464877 | B2 20191105 | (201986) | EN |

PRIORITY APPLN. INFO: **US 2018-15927636      20180321**
                      **US 2017-473434        20170329**
                      **US 2015-829180        20150818**
                      **US 2015-742544        20150617**
                      **US 2015-742579        20150617**

AB    US 20180305293 A1      UPAB 20181114
      NOVELTY - A medical **condition responsive** to treatment with
      **treprostinil** is treated by administering to subject in need of treatment
      a therapeutically effective **amount** of **treprostinil** compound (I) or
      pharmaceutically acceptable salt, solvate, hydrate, clathrate, polymorph
      or stereoisomer.
          DETAILED DESCRIPTION - A medical **condition responsive** to
      treatment with **treprostinil** is treated by administering to subject in
      need of treatment a therapeutically effective **amount** of **treprostinil**
      compound of formula (I) or pharmaceutically acceptable salt, solvate,
      hydrate, clathrate, polymorph or stereoisomer.R1,R2=H and structure chosen
      from (Group R).
          R3 = optionally substituted alkyl, alkylaryl, cycloalkyl,
      heterocyclyl, aryl or heteroaryl;
          R4,R5 = H, 1-6C alkyl or 3-6C cycloalkyl, or R4R5C form a 3-6C
      cycloalkyl ring;
          R6 = H, R3, -C( O)R3, -C(=O)OR3or -C(=O)NR9R10or R4R6and R5R6form a
      heterocyclic ring;
          R9,R10 = H, alkyl, alkylaryl, cycloalkyl, heterocyclyl, aryl or
      heteroaryl or R9R10N form a heterocyclic or heteroaryl ring;
          j = 0-4; and
          m = 1-10 with the proviso that both R1and R2are not hydrogen,
      neither -OR1nor -OR2forms acetate, neither -OR1nor -OR2forms substituted
      cyclohexane-ester, and neither -OR1nor -OR2forms ester with or of amino
      acid (protected or unprotected), peptide or protein.
          ACTIVITY - Antiinflammatory; Antiarteriosclerotic; Antidiabetic;
      Analgesic; Cardiant; Cytostatic; Hypotensive; Nephrotropic;
      Respiratory-Gen; Vasotropic. No biological data given.
          MECHANISM OF ACTION - None given.
          USE - Treatment of medical **condition** e.g. **pulmonary
      hypertension**, **pulmonary** fibrosis, ischemic **diseases**, peripheral
      vascular disease, peripheral ischemic lesions on the skin, critical limb
      ischemia, heart failure, atherogenesis, inflammatory diseases, diabetic
      neuropathic foot ulcer, kidney malfunction and failure, tumors, cancers,
      and pain, preferably **pulmonary hypertension** or **pulmonary** arterial
      **hypertension** associated with each of the preceding **conditions**,
      **responsive** to treatment with **treprostinil** (all claimed).
          ADVANTAGE - **Treprostinil** derivatives can act as prodrugs and
      provides increased systemic availability of **treprostinil**.

L99  ANSWER 39 OF 52  WPIX COPYRIGHT 2022    CLARIVATE on STN
ACCESSION NUMBER:      2017-70908Y [201772]    WPIX Full-text
CROSS REFERENCE:       2016-44497L; 2016-80625F; 2016-80625G; 2018-05281F;

17/233,061

```
                          2018-83214G; 2019-03487A; 2019-685380; 2020-192322;
                          2020-23129G; 2020-A7216Y; 2021-064898; 2021-D0371J;
                          2022-27533R
TITLE:                    New substituted treprostinil compounds used to treat
                          e.g. pulmonary hypertension, pulmonary fibrosis,
                          ischemic diseases, peripheral vascular disease,
                          critical limb ischemia, heart failure, atherogenesis,
                          inflammatory diseases, and cancers
DERWENT CLASS:            B05; D22
INVENTOR:                 BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:          (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:            1


PATENT INFORMATION:


        PATENT NO       KIND DATE      WEEK      LA  PG
        -------------------------------------------------------
        US 20170298001  A1 20171019 (201772) * EN 57[0]
        US 9957220      B2 20180501 (201830)   EN


PRIORITY APPLN. INFO: US 2017-15473434        20170329
                      US 2015-829180          20150818
                      US 2015-742544          20150617
                      US 2015-742579          20150617
AB  US 20170298001 A1          UPAB 20180214
        NOVELTY - Substituted treprostinil compounds (I) are new.
          DETAILED DESCRIPTION - Substituted treprostinil compounds of
        formula (I) and their salts, solvates, hydrates, clathrates, polymorphs or
        stereoisomer are new.
          R1, R2 = H, -C(O)-CH2-CH3, -C(O)-(CH2)2-CH3, -C(O)-(CH2)3-CH3,
        -C(O)-(CH2)7-CH3, -C(O)-CH2-CH(CH3)-CH3, -C(O)-CH(CH3)-CH3,
        -C(O)-CH(CH3)-CH2-CH3, -C(O)-CH(CH3)-CH(CH3)-CH3, -cyclopropylcarbonyl,
        cyclobutylcarbonyl, cyclopentylcarbonyl, cyclohexylcarbonyl,
        -C(O)-C(CH2)-CH3, -C(O)-CH2-OH, -C(O)-CH(CH3)-OH, -C(O)-CH2-O-CH3,
        -C(O)-CH2-O-CH2-CH3, -C(O)-CH(CH3)-O-CH3, -C(O)-CH(CH(CH3)2)-O-CH3,
        cyclopentyl(methoxy)acetyl, -C(O)-C(CH3)2-O-CH3,
        cyclopropyl(methoxy)acetyl, oxiran-2-ylcarbonyl, oxetan-2-ylcarbonyl,
        oxetan-3-ylcarbonyl, tetrahydrofuran-2-ylcarbonyl,
        tetrahydrofuran-3-ylcarbonyl, tetrahydro-2H-pyran-2-ylcarbonyl,
        tetrahydro-2H-pyran-3-ylcarbonyl, tetrahydro-2H-pyran-4-ylcarbonyl,
        -C(O)-CH2-CH2-OH, -C(O)-CH(CH3)-CH2-OH, -C(O)-CH2-CH2-O-CH3,
        -C(O)-CH(CH3)-CH2-O-CH3, -C(O)-CH(CH3)2-OH,
        -C(O)-CH(CH3)-O-(CH-2)2-OH, -C(O)-CH2-O-(CH2)2-O-CH3,
        -C(O)-CH(CH3)-O-(CH2)2-CH3, -C(O)-(CH2)2-O-(CH2)2-OH,
        -C(O)-CH(CH3)-CH2-O-(CH2)2-OH, -C(O)-(CH2)2-O-(CH2)2-O-CH3,
        -C(O)-CH(CH3)-CH2-O-(CH2)2-O-CH3, -C(O)-O-CH3, -C(O)-O-CH2-F,
        -C(O)-O-CH2-CH3, -C(O)-O-CH2-CH2-F, -C(O)-O-CH2-CH-F2, -C(O)-O-CH2-CF3,
        -C(O)-O-CH2-CH2-OH, -C(O)-O-CH2-CH2-O-CH3,
        [(5-methyl-2-oxo-1,3-dioxol-4-yl)methoxy]carbonyl or
        (5-methyl-2-oxo-1,3-dioxol-4-yl)methyl, where each moiety that has a
        stereocenter adjacent to the carbonyl can have the (R)-stereochemistry or
        the (S)-stereochemistry or can be racemic at that stereocenter.
          Provided that, where both R1 and R2 are not H. INDEPENDENT CLAIMS
        are also included for:
          (1) a composition comprising at least one excipient or carrier, and
        (I); and
```

138

17/233,061

(2) treating a medical **condition responsive** to treatment with (I), comprising administering (I) to a subject.

ACTIVITY - Analgesic; Cytostatic; Nephrotropic; Antiulcer; Dermatologic; Antiinflammatory; Antiarteriosclerotic; Cardiant; Cardiovascular-Gen; Cerebroprotective; Vasotropic; Respiratory-Gen; Hypotensive.

MECHANISM OF ACTION - None given.

USE - (I) are useful for treating a medical condition in a subject, where the medical **condition** comprises **pulmonary hypertension** i.e. **pulmonary** arterial **hypertension** (preferred), **pulmonary** fibrosis, ischemic **diseases**, peripheral vascular disease, peripheral ischemic lesions on the skin, critical limb ischemia, heart failure, atherogenesis, inflammatory diseases, diabetic neuropathic foot ulcer, kidney malfunction and failure, tumors, cancers or pain associated with each of the preceding conditions (all claimed), where the ischemic diseases includes e.g. myocardial ischemia, ischemic stroke, peripheral vascular disease, scleroderma and renal insufficiency), heart failure includes congestive heart failure, and atherogenesis includes atherosclerosis.

ADVANTAGE - (I): provide increased systemic availability of **treprostinil**; and exhibit enhanced half-life. The pharmacokinetic profile (half life) of (I) was tested in human liver microsomal using stability assays. The results showed that the 2-((1R,2R,3aS,9aS)-1-((S)-3-hydroxyoctyl)-2-(propionyloxy)-2,3,3a,4,9,9a-hexahydro-1H-cyclopenta[b]naphthalen-5-yloxy)acetic acid exhibited a half life of less than 15 minutes.

```
L99  ANSWER 40 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:    2016-80625G [201709]   WPIX Full-text
CROSS REFERENCE:     2016-44497L; 2016-80625F; 2017-70908Y; 2018-05281F;
                     2018-83214G; 2019-03487A; 2019-685380; 2020-192322;
                     2020-23129G; 2020-A7216Y; 2021-064898; 2021-D0371J;
                     2022-27533R
TITLE:               New treprostinil derivative, s useful for preparing
                     pharmaceutical composition for treating medical
                     condition responsive to treatment with
                     treprostinil, e.g. pulmonary arterial hypertension,
                     pulmonary fibrosis, or critical limb ischemia
DERWENT CLASS:       B05
INVENTOR:            BECKER C K; VENKATRAMAN M S; ZHANG X
PATENT ASSIGNEE:     (CORS-N) CORSAIR PHARMA INC
COUNTRY COUNT:       1


PATENT INFORMATION:

     PATENT NO      KIND DATE      WEEK     LA  PG
     -------------------------------------------------------
     US 20160368854 A1 20161222 (201709) * EN 60[0]
     US 9701616     B2 20170711 (201747)   EN

APPLICATION DETAILS:

     PATENT NO      KIND                 APPLICATION     DATE
     -------------------------------------------------------------
     US 20160368854 A1                   US 2016-15178637 20160610
     US 20160368854 A1 Cont of           US 2015-742544 20150617
     US 9701616 B2 Cont of               US 2015-742544 20150617
```

139

US 9701616 B2                    US 2016-15178637 20160610

FILING DETAILS:

```
    PATENT NO    KIND              PATENT NO
    ----------------------------------------------------
    US 20160368854 A1    Cont of    US 9394227 A
    US 9701616 B2        Cont of    US 9394227 B
```

PRIORITY APPLN. INFO: US 2016-15178637      20160610
                      US 2015-742544        20150617

AB   US 20160368854 A1      UPAB 20180214
        NOVELTY - A treprostinil derivative is new.
            DETAILED DESCRIPTION - A treprostinil derivative selected from
        formula II-1 to II-26 and its salts, solvates, hydrates, clathrates,
        polymorphs and stereoisomers, is new. INDEPENDENT CLAIMS are included for:
            (1) a pharmaceutical composition comprising treprostinil
        derivative of formula (II) or its salt, solvate, hydrate, clathrate,
        polymorph or stereoisomer, and one or more excipients or carriers; and
            (2) a method of treating a medical condition responsive to
        treatment with treprostinil, comprising administering to a subject, a
        therapeutic amount of treprostinil derivative of formula (II) or its
        salt, solvate, hydrate, clathrate, polymorph or stereoisomer.
            -O-Z-CO2H = formula (i), -O-heteroalkyl-CO2H, -O-cyclyl-CO2H,
        -O-CH2-cyclyl-CO2H, -O-cyclyl-CH2-CO2H, or -O-CH2-cyclyl-CH2-CO2H, each of
        which may optionally be substituted, where -cyclyl- is -cycloalkyl-,
        -heterocyclyl-, -aryl- or -heteroaryl-;
            R7 and R8 = in each occurrence, independently H, 1-6C alkyl or 3-6C
        cycloalkyl, or R7 and R8 and the carbon atom to which they are connected
        form a 3-6C cycloalkyl ring; and
            n = 1-10; with the proviso that -O-Z-CO2H is not formula (ii) and
        does not contain a sugar moiety.
            ACTIVITY - Hypotensive; Respiratory-Gen; Antiinflammatory;
        Vasotropic; Antiulcer; Dermatological; Nephrotropic; Antiarteriosclerotic;
        Cardiant; Cytostatic; Analgesic. No biological data given.
        MECHANISM OF ACTION - None given.
            USE - The treprostinil derivative is useful for preparing
        pharmaceutical composition for treating medical condition responsive
        to treatment with treprostinil, where the medical condition is selected
        from pulmonary hypertension, pulmonary arterial hypertension,
        pulmonary fibrosis, peripheral ischemic lesions on the skin, critical
        limb ischemia, diabetic neuropathic foot ulcer, kidney malfunction and
        failure, peripheral vascular disease, atherogenesis, congestive heart
        failure, tumors, cancers, and pain associated with each of the preceding
        conditions (all claimed).
            ADVANTAGE - The treprostinil derivatives can act as prodrugs and
        provide increased systemic availability of treprostinil.

L99  ANSWER 41 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2014-K90918 [201443]   WPIX Full-text
TITLE:                Composition used to treat or prevent pulmonary
                      hypertension, protopulmonary hypertension or
                      chronic thromboembolic pulmonary hypertension,
                      comprises prostacyclin e.g. treprostinil, cationic
                      compound and surfactant
DERWENT CLASS:        A96; B05; B07

140

17/233,061

```
INVENTOR:                GUPTA R; LEIFER F; LI Z; MALININ V; OMIATEK D; OMIATEK D
                         A; OMIATEK D M; ONG J; PERKINS W; WONG J
PATENT ASSIGNEE:         (INSM-N) INSMED INC; (INSM-N) INSMEDIN CORP; (GUPT-I)
                         GUPTA R; (LEIF-I) LEIFER F; (LIZZ-I) LI Z; (MALI-I)
                         MALININ V; (OMIA-I) OMIATEK D M; (ONGJ-I) ONG J; (PERK-I)
                         PERKINS W
COUNTRY COUNT:           131
```

PATENT INFORMATION:

```
     PATENT NO       KIND DATE      WEEK      LA  PG
     ---------------------------------------------------------
     WO 2014085813   A1 20140605  (201443)  *  EN  107[14]
     CA 2890219      A1 20140605  (201533)     EN
     AU 2013351934   A1 20150521  (201539)     EN
     KR 2015089087   A  20150804  (201553)     KO
     CN 104822372    A  20150805  (201563)     ZH
     EP 2925303      A1 20151007  (201566)     EN
     US 20150328232  A1 20151119  (201578)     EN
     JP 2016501233   T  20160118  (201603)     JA  78
     HK 1216009      A0 20161007  (201683)     EN
     BR 112015012547 A2 20170711  (201752)     EN
     EP 2925303      A4 20160427  (201767)     EN
     AU 2013351934   B2 20180329  (201823)     EN
     JP 6357481      B2 20180711  (201847)     JA  59
     NZ 707551       A  20191025  (201984)     EN
```

PRIORITY APPLN. INFO: **US 2012-732223P        20121130**
                      **US 2015-14648632       20150529**
AB   WO 2014085813 A1       UPAB 20140709
     NOVELTY - Composition comprises: a prostacyclin or its analog; a cationic
     compound; and a surfactant.
          DETAILED DESCRIPTION - INDEPENDENT CLAIMS are also included for:
          (1) treating or preventing **pulmonary hypertension** or
     portopulmonary hypertension in a patient, comprising aerosolizing the
     composition and administering the aerosolized composition to the lungs of
     the patient; and
          (2) a system for treating or preventing **pulmonary hypertension**
     or portopulmonary hypertension, comprising the composition and an
     **inhalation** device.
          ACTIVITY - Hypotensive; Respiratory-Gen.
          MECHANISM OF ACTION - None given.
          USE - The composition is useful for treating or preventing
     **pulmonary hypertension**, protopulmonary **hypertension** or **chronic**
     thromboembolic **pulmonary hypertension** in a patient, where the
     **pulmonary hypertension** is **pulmonary** arterial **hypertension**, or
     group II, III, IV or V **pulmonary hypertension**, and the **pulmonary**
     arterial **hypertension** is class I, II, III or IV **pulmonary** arterial
     **hypertension** (all claimed). Test details are described but no results
     given.
          ADVANTAGE - The composition: upon administration to the lungs of the
     patient, releases prostacyclin (**treprostinil**) over a time period of
     12-48 hours, thus exhibiting improved bioavailability and reducing **dose**
     frequency and incidence of severe cough, throat irritability and pain,
     while providing improved patient tolerability and compliance; and reduces
     patient burden and discomfort caused by the conventional **pulmonary**

141

17/233,061

**hypertension** medications.

L99  ANSWER 42 OF 52  WPIX COPYRIGHT 2022   CLARIVATE on STN
ACCESSION NUMBER:     2013-C56566 [201320]   WPIX Full-text
TITLE:                New carrier-linked **treprostinil** prodrug useful treating
                      e.g. **pulmonary** arterial **hypertension**, ischemic
                      diseases, Raynaud's disease, systemic sclerosis,
                      myocardial ischemia, ischemic stroke, renal insufficiency
DERWENT CLASS:        A96; B05; B07
INVENTOR:             BISEK N; HERSE L U; HERSEL U; KEIL O; LEBMANN T; LESSMANN
                      T; MAITRO G; RAU H; SPROGOE K; SPROGOEE K; WEGGE T;
                      ZETTLER J
PATENT ASSIGNEE:      (ASCE-N) ASCENDIS PHARMA AS; (BISE-I) BISEK N; (HERS-I)
                      HERSEL U; (KEIL-I) KEIL O; (LESS-I) LESSMANN T; (MAIT-I)
                      MAITRO G; (RAUH-I) RAU H; (SPRO-I) SPROGOE K; (WEGG-I)
                      WEGGE T; (ZETT-I) ZETTLER J
COUNTRY COUNT:        129

PATENT INFORMATION:

| PATENT NO | KIND | DATE | WEEK | LA | PG |
|-----------|------|------|------|-----|-----|
| WO 2013024052 | A1 | 20130221 | (201320) | * EN | 203[5] |
| AU 2012296954 | A1 | 20140220 | (201416) | EN | |
| CA 2843883 | A1 | 20130221 | (201419) | EN | |
| EP 2741781 | A1 | 20140618 | (201440) | EN | |
| KR 2014070545 | A | 20140610 | (201440) | KO | |
| MX 2014001497 | A1 | 20140430 | (201448) | ES | |
| CN 103857413 | A | 20140611 | (201455) | ZH | |
| JP 2014527050 | T | 20141009 | (201466) | JA | 178 |
| US 20140296150 | A1 | 20141002 | (201470) | EN | |
| SG 2014000739 | A1 | 20140328 | (201482) | EN | |
| HK 1197731 | A0 | 20150213 | (201526) | EN | |
| IN 2014CN00989 | A | 20150410 | (201527) | EN | |
| AU 2012296954 | B2 | 20160915 | (201663) | EN | |
| US 9561287 | B2 | 20170207 | (201712) | EN | |
| JP 6092867 | B2 | 20170308 | (201719) | JA | 170 |
| BR 112014003225 | A2 | 20170301 | (201729) | EN | |
| IL 230712 | A | 20170831 | (201761) | EN | |
| MX 349950 | B | 20170822 | (201783) | ES | |
| ZA 2014000977 | A | 20171129 | (201783) | EN | |
| SG 2014000739 | B | 20190212 | (201927) | EN | |
| US 20190105400 | A1 | 20190411 | (201927) | EN | |
| KR 1997939 | B1 | 20190708 | (201954) | KO | |
| CA 2843883 | C | 20200428 | (2020038) | EN | |
| US 10729778 | B2 | 20200804 | (2020065) | EN | |

PRIORITY APPLN. INFO: **EP 2012-165508**        **20120425**
                      **EP 2011-195615**        **20111223**
                      **EP 2011-177409**        **20110812**
AB   WO 2013024052 A1     UPAB 20130322
     NOVELTY - A carrier-linked **treprostinil** prodrug (I) or its salt is new.
          DETAILED DESCRIPTION - A carrier-linked **treprostinil** prodrug of
     formula Z1 (X1 -T)y (I) or its salt is new.
          T = group of formula (i)-(v);
          y = 1-64, preferably 1-16, especially 8;

X1 = (Xa )m1 -(Xb )m2 ;
m1 and m2 = 0 or 1;
Xa = T1 ;
X1 = optionally branched 1-15C alkylene group (optionally substituted with R3 );
R3 = halogen; 1-6C alkyl; CN; C(O)R4 ; C(O)OR4 ; OR4 ; C(O)R4 ; C(O)N(R4 R4a ); S(O)2 N(R4 R4a ); S(O)N(R4 R4a ); S(O)2 R4 ; S(O)R4 ; N(R4 )S(O)2 N(R4a R4b ); SR4 ; N(R4 R4a ); NO2 ; OC(O)R4 ; N(R4 )C(O)R4a ; N(R4 )SO2 R4a ; N(R4 )S(O)R4a ; N(R4 )C(O)N(R4a R4b ); N(R4 )C(O)OR4a ; OC(O)N(R4 R4a ); or T1 ;
R4 , R4a , and R4b = 1-6C alkyl; 2-6C alkenyl; or 2-6C alkynyl, (all optionally substituted with R5 ), H, or T1 ;
R5 = halogen; CN; C(O)R6 ; C(O)OR6 ; OR6 ; C(O)R6 ; C(O)N(R6 R6a ); S(O)2 N(R6 R6a ); S(O)N(R6 R6a ); S(O)2 R6 ; S(O)R6 ; N(R6 )S(O)2 N(R6a R6b ); SR6 ; N(R6 R6a ); NO2 ; OC(O)R6 ; N(R6 )C(O)R6a ; N(R6 )SO2 R6a ; N(R6 )S(O)R6a ; N(R6 )C(O)N(R6a R6b ); N(R6 )C(O)OR6a ; or OC(O)N(R6 R6a );
R6 , R6a , and R6b = 1-6C alkyl; 2-6C alkenyl; or 2-6C alkynyl (all optionally substituted with halogen) or H;
T1 = phenyl; naphthyl; azulenyl; indenyl; indanyl; 3-7C cycloalkyl; 3-7 membered heterocyclyl; or 8-11 membered heterobicyclyl (all optionally substituted with R7 );
R7 = 1-6C alkyl; 2-6C alkenyl; or 2-6C alkynyl (all optionally substituted with R9 ), halogen; CN; COOR8 ; OR8 ; C(O)R8 ; C(O)N(R8 R8a ); S(O)2 N(R8 R8a ); S(O)N(R8 R8a ); S(O)2 R8 ; S(O)R8 ; N(R8 )S(O)2 N(R8a R8b ); SR8 ; N(R8 R8a ); NO2 ; OC(O)R8 ; N(R8 )C(O)R8a ; N(R8 )S(O)2 R8a ; N(R8 )S(O)R8a ; N(R8 )C(O)OR8a ; N(R8 )C(O)N(R8a R8b ); OC(O)N(R8 R8a ); oxo (=O), where the ring is at least partially saturated;
R8 , R8a , and R8b = H; 1-6C alkyl; 2-6C alkenyl; or 2-6C alkynyl (all optionally substituted with R10 ) or H;
R9 and R10 = halogen; CN; C(O)R11 ; C(O)OR11 ; OR11 ; C(O)R11 ; C(O)N(R11 R11a ); S(O)2 N(R11 R11a ); S(O)N(R11 R11a ); S(O)2 R11 ; S(O)R11 ; N(R11 )S(O)2 N(R11a R11b ); SR11 ; N(R11 R11a ); NO2 ; OC(O)R11 ; N(R11 )C(O)R11a ; N(R11 )SO2 R11a ; N(R11 )S(O)R11a ; N(R11 )C(O)N(R11a R11b ); N(R11 )C(O)OR11a ; or OC(O)N(R11 R11a );
R11 , R11a and R11b = 1-6C alkyl; 2-6C alkenyl; or 2-6C alkynyl (all optionally substituted with halogen) or H;
Z1 = carrier comprising covalently bound polymer, where the carrier is covalently attached to a moiety X1 .
Provided that: one of the m1 or m2 is 1. An INDEPENDENT CLAIM is included for a pharmaceutical composition comprising a carrier- linked **treprostinil** prodrug (I) optionally together with excipients.
ACTIVITY - Hypotensive; Vasotropic; Dermatological; Cardiant; Cerebroprotective; Nephrotropic; Antiulcer; Cardiovascular-Gen.; Antiinflammatory; Respiratory-Gen.; Thrombolytic; Anticoagulant; Antiarteriosclerotic; Psoriasis; Cytostatic. No biological data given.
MECHANISM OF ACTION - None given.
USE - For treating **pulmonary** arterial **hypertension** (claimed), ischemic diseases, Raynaud's disease, systemic sclerosis, myocardial ischemia, ischemic stroke, renal insufficiency, digital ulcers, heart failure, idiopathic pulmonary fibrosis, thrombotic microangiopathy, extracorporeal circulation, central retinal vein occlusion, atherosclerosis, inflammatory diseases, psoriasis, and cancer.
ADVANTAGE - The carrier-linked **treprostinil** prodrug provides **treprostinil** (2-6, preferably 4 mg) in single **dose** for at least 12 hours, preferably at least 1 day, especially seven days, particularly four weeks.

```
L99  ANSWER 43 OF 52    MEDLINE ® on STN          DUPLICATE 4
ACCESSION NUMBER:   2013165642    MEDLINE Full-text
DOCUMENT NUMBER:    PubMed ID: 23184020
TITLE:              Acute pulmonary vasodilator testing with inhaled
                    treprostinil in children with pulmonary arterial
                    hypertension.
AUTHORS IN PUB ORD: Takatsuki Shinichi; Parker Donna K; Doran Aimee K; Friesen
                    Robert H; Ivy D Dunbar
AUTHOR:             Takatsuki Shinichi
CORPORATE SOURCE:   Pediatric Cardiology, Children's Hospital Colorado,
                    University of Colorado School of Medicine, 13123 East 16th
                    Avenue, B100, Aurora, CO 80045, USA.
AUTHOR:             Parker Donna K; Doran Aimee K; Friesen Robert H; Ivy D
                    Dunbar
SOURCE:             Pediatric cardiology, (2013 Apr) Vol. 34, No. 4, pp.
                    1006-12.  Electronic Publication Date: 27 Nov 2012
                    Journal code: 8003849. E-ISSN: 1432-1971. L-ISSN:
                    0172-0643.
                    Report No.: PMC-PMC3608847; MID-NIHMS424478.
DIGITAL OBJECT ID:  http://dx.doi.org/10.1007/s00246-012-0597-9
PUB. COUNTRY:       United States
DOCUMENT TYPE:      Journal; Article; (JOURNAL ARTICLE)
                    (RESEARCH SUPPORT, N.I.H., EXTRAMURAL)
                    (RESEARCH SUPPORT, NON-U.S. GOV'T)
LANGUAGE:           English
FILE SEGMENT:       MEDLINE; Priority Journals
FILE SEGMENT:       Print; Electronic
ENTRY MONTH:        201309
ENTRY DATE:         Entered STN: 28 Nov 2012
                    Last Updated on STN: 26 Sep 2013
                    Entered Medline: 25 Sep 2013
```

ABSTRACT:
Acute pulmonary vasodilator testing (AVT) is essential to determining the
initial therapy for children with pulmonary arterial hypertension (PAH).
This study aimed to report the initial experience with inhaled treprostinil
used for AVT in children with PAH and to evaluate the hemodynamic change
after inhaled treprostinil compared with inhaled nitric oxide.  This
prospective cohort study was designed for 13 children who underwent AVT with
inhaled treprostinil or oxygen plus inhaled nitric oxide (iNO) during
catheterization.  Inhaled treprostinil was delivered during cardiac
catheterization by adapting the Optineb ultrasonic nebulizer via either a
flow-inflating bag or the manual mode of the anesthesia system.  The median age
of the patients was 10 years (range 4-17 years).  The etiologies of PAH
included idiopathic PAH and associated PAH.  All the patients tolerated
inhaled treprostinil without marked clinical worsening and received six or
nine breaths (36 or 54 µg) of treprostinil.  The median of the total
treprostinil doses was 1.53 µg/kg (range 0.71-2.89 µg/kg).  Inhaled
treprostinil was administrated via an endotracheal tube (n = 8), anesthesia
mask (n = 3), or laryngeal mask airway (n = 2).  Inhaled nitric oxide (iNO)
and inhaled treprostinil significantly decreased the mean pulmonary artery
pressure and the pulmonary vascular resistance index compared with baseline.
Three adverse events were reported after inhaled treprostinil, including
cough and mild to moderate hypotension with higher doses.  All adverse events
resolved without any intervention.  This study report is the first to describe

the use of **inhaled treprostinil** for AVT in children with **PAH**. In this
small pediatric cohort, **inhaled treprostinil** was effectively delivered and
well tolerated and may be useful for AVT.
CONTROLLED TERM:    Check Tags: Female; Male
                    **Administration, Inhalation**
                    Adolescent
                    *Antihypertensive Agents
                    Antihypertensive Agents: AD, administration & dosage
                    Child
                    Child, Preschool
                    Epoprostenol: AD, administration & dosage
                    *Epoprostenol: AA, analogs & derivatives
                    **Familial Primary Pulmonary Hypertension**
                    Humans
                    **Hypertension, Pulmonary: PP, physiopathology**
                    Nitric Oxide: AD, administration & dosage
                    Oxygen: AD, administration & dosage
                    Prospective Studies
                    Statistics, Nonparametric
CAS REGISTRY NO.:   10102-43-9 (Nitric Oxide); 35121-78-9 (Epoprostenol);
                    **81846-19-7 (treprostinil);** 7782-44-7 (Oxygen)
CHEMICAL NAME:      Antihypertensive Agents
UNIQ INGREDIENT ID: 31C4KY9ESH; DCR9Z582X0; RUM6K67ESG; S88TT14065
GRANT FUNDING ORG.: United States NCRR NIH HHS
GRANT FUNDING NUM.: UL1 RR025780
GRANT FUNDING ORG.: United States NHLBI NIH HHS
GRANT FUNDING NUM.: P50 HL084923; R01 HL114753
OS.CITING REF COUNT: 9     There are 9 MEDLINE records that cite this record
DATE LAST CITED:    Date last citing reference entered STN: 25 Mar 2020
OS.CITING.REFS:     MEDLINE 2022023805; 2018770706; 2018509853; 2017233339;
                    2016899673; 2016776940; 2016226061; 2015029912; 2014040820
MEDLINE REFERENCE COUNT:   28     There are 28 cited references available in
                           MEDLINE for this document.

REFERENCE(S):   CITED REFERENCES AVAILABLE IN MEDLINE FILE
(1) Atz, A M; J Am Coll Cardiol. 1999 Mar, V33(3), P813-9. MEDLINE
(2) Barst, R J; Chest. 1986 Apr, V89(4), P497-503. MEDLINE
(3) Barst, R J; Circulation. 1999 Mar 09, V99(9), P1197-208. MEDLINE
(4) Barst, Robyn J; Pediatr Cardiol. 2010 Jul, V31(5), P598-606. MEDLINE
(5) Barst, Robyn J; Circulation. 2012 Jan 03, V125(1), P113-22. MEDLINE
(6) Benza, Raymond L; J Heart Lung Transplant. 2011 Dec, V30(12), P1327-33.
    MEDLINE
(7) Bourge, Robert C; Cardiovasc Ther. 2013 Feb, V31(1), P38-44. MEDLINE
(8) Channick, Richard N; J Am Coll Cardiol. 2006 Oct 03, V48(7), P1433-7.
    MEDLINE
(9) Doran, A K; Int J Clin Pract Suppl. 2008 Jul, , P5-9. MEDLINE
(10) Douwes, Johannes M; Eur Heart J. 2011 Dec, V32(24), P3137-46. MEDLINE
(11) Hallioglu, Olgu; Am J Cardiol. 2003 Oct 15, V92(8), P1007-9. MEDLINE
(12) Ivy, D Dunbar; Am J Cardiol. 2007 Mar 01, V99(5), P696-8. MEDLINE
(13) Ivy, D Dunbar; J Am Coll Cardiol. 2008 Jan 15, V51(2), P161-9. MEDLINE
(14) Ivy, D Dunbar; Infect Control Hosp Epidemiol. 2009 Sep, V30(9), P823-9.
    MEDLINE
(15) Ivy, D Dunbar; Am J Cardiol. 2010 Nov 01, V106(9), P1332-8. MEDLINE
(16) Ivy, D Dunbar; Pediatr Crit Care Med. 2010 Mar, V11(2 Suppl), PS41-5.
    MEDLINE
(17) Ivy, Dunbar; Curr Opin Cardiol. 2012 Mar, V27(2), P70-81. MEDLINE

17/233,061

(18) Krishnan, Usha; Am J Cardiol. 2012 Dec 01, V110(11), P1704-9. MEDLINE
(19) Lammers, Astrid E; Heart. 2007 Jun, V93(6), P739-43. MEDLINE
(20) Levy, Marilyne; J Pediatr. 2011 Apr, V158(4), P584-8. MEDLINE
(21) Limsuwan, Alisa; Catheter Cardiovasc Interv. 2009 Jan 01, V73(1), P98-104. MEDLINE
(22) McLaughlin, Vallerie V; Am J Respir Crit Care Med. 2006 Dec 01, V174(11), P1257-63. MEDLINE
(23) McLaughlin, Vallerie V; J Am Coll Cardiol. 2009 Apr 28, V53(17), P1573-619. MEDLINE
(24) McLaughlin, Vallerie V; J Am Coll Cardiol. 2010 May 04, V55(18), P1915-22. MEDLINE
(25) Rimensberger, P C; Circulation. 2001 Jan 30, V103(4), P544-8. MEDLINE
(26) van Loon, Rosa Laura E; Am J Cardiol. 2010 Jul 01, V106(1), P117-24. MEDLINE
(27) Voswinckel, Robert; J Am Coll Cardiol. 2006 Oct 17, V48(8), P1672-81. MEDLINE
(28) Yung, Delphine; Circulation. 2004 Aug 10, V110(6), P660-5. MEDLINE

L99  ANSWER 44 OF 52    MEDLINE ® on STN              DUPLICATE 5
ACCESSION NUMBER:   2013631982    MEDLINE Full-text
DOCUMENT NUMBER:    PubMed ID: 23668545
TITLE:              In vitro delivery of aerosolized **treprostinil** via modern mechanical ventilation.
AUTHORS IN PUB ORD: Patel Rajeev B; Smaldone Gerald C; Cuccia Ann D; Strachan Paul
AUTHOR:             Patel Rajeev B
CORPORATE SOURCE:   Stony Brook University Medical Center, Pulmonary, Critical Care and Sleep Medicine, Stony Brook, NY 11794, USA.
AUTHOR:             Smaldone Gerald C; Cuccia Ann D; Strachan Paul
SOURCE:             Journal of aerosol medicine and pulmonary drug delivery, **(2013 Aug)** Vol. 26, No. 4, pp. 200-7. Electronic Publication Date: 13 May 2013
                    Journal code: 101475057. E-ISSN: 1941-2703. L-ISSN: 1941-2711.
DIGITAL OBJECT ID:  http://dx.doi.org/10.1089/jamp.2012.1013
PUB. COUNTRY:       United States
DOCUMENT TYPE:      Journal; Article; (JOURNAL ARTICLE) (RESEARCH SUPPORT, NON-U.S. GOV'T)
LANGUAGE:           English
FILE SEGMENT:       MEDLINE
FILE SEGMENT:       Print; Electronic
ENTRY MONTH:        201402
ENTRY DATE:         Entered STN: 15 May 2013
                    Last Updated on STN: 26 Feb 2014
                    Indexing Added: 26 Feb 2014
                    Entered Medline: 25 Feb 2014
ABSTRACT:

BACKGROUND:  The **Tyvaso Inhalation** System is a hand-held **nebulizer** system used to administer **treprostinil**, an approved therapy for **pulmonary** arterial **hypertension**.  Our goal was to establish an in vitro method for delivering a standard **dose** of **treprostinil** through a ventilator circuit and artificial airway.

METHODS:  An AeroTech II jet **nebulizer** (continuous air flow at 10 L/min; Biodex Medical Systems) was placed in the ventilator circuit with a test lung. Two ventilators were tested, the Drager Evita 2 Dura (Drager Medical GmbH) and

17/233,061

Avea (CareFusion), without humidity.  Delivered dose was defined by capturing
radiolabeled particles exiting the endotracheal tube with a filter (Pari) and
measuring radioactivity.  Particle distributions were measured distal to the
endotracheal tube by cascade impaction.  We hypothesized that drug delivery
would be determined by the number of **breaths** needed, such that the complete
time of inspiration totaled 29 sec (e.g., number of **breaths** needed=29 sec/TI,
where TI is the inspiratory time of an average **breath** read from the
ventilator display).

RESULTS:  **Nebulizer** output was linear for 6 min, and the standard prescribed
target dose of 54 µg (3.1% of full ampule) was delivered in 29 sec.  Using
our TI algorithm to control delivery, the mean **inhaled** dose±SD was
72.2±16.5 µg (range 47.2-98.6; n=23).  Drager delivered higher doses than
Avea.  Effects of mode, **breathing** pattern, and positive-end expiratory
pressures were not significant.  The mass median aerodynamic diameter and fine
particle fraction were 0.71±0.015 and 0.997±0.0006, respectively.

CONCLUSIONS:  Using the algorithm, it was possible to deliver aerosolized
**treprostinil**, at controlled **doses**, via mechanical ventilation over a wide
range of controlled **breathing** patterns.  The conditions of **nebulization**
must be precisely followed (one full ampule per treatment, use of the AeroTech
II **nebulizer**, continuous **nebulization** using an external flow of 10 L/min,
bypass of the humidifier or removal of in-line heat and moisture exchanger, and
treatment completed in 6 min or less).

CONTROLLED TERM:        **Administration, Inhalation**
                        Aerosols
                        Algorithms
                        *Antihypertensive Agents: AD, administration & dosage
                        *Drug Delivery Systems
                        Drug Delivery Systems: IS, instrumentation
                        Drug Dosage Calculations
                        Epoprostenol: AD, administration & dosage
                        *Epoprostenol: AA, analogs & derivatives
                        **Familial Primary Pulmonary Hypertension**
                        *Hypertension, Pulmonary: DT, drug therapy
                        **Inhalation**
                        Models, Anatomic
                        **Nebulizers and Vaporizers**
                        Positive-Pressure Respiration
                        *Respiration, Artificial
                        Respiration, Artificial: IS, instrumentation
                        Time Factors
                        Ventilators, Mechanical
CAS REGISTRY NO.:   35121-78-9 (Epoprostenol); **81846-19-7 (treprostinil)**
CHEMICAL NAME:      Aerosols; Antihypertensive Agents
UNIQ INGREDIENT ID: DCR9Z582X0; RUM6K67ESG
OS.CITING REF COUNT: 3    There are 3 MEDLINE records that cite this record
DATE LAST CITED:    Date last citing reference entered STN: 8 Apr 2020
OS.CITING.REFS:     MEDLINE 2021919352; 2018509853; 2015039164


L99   ANSWER 45 OF 52  DRUGU  COPYRIGHT 2022 CLARIVATE on STN
ACCESSION NUMBER: 2012-00683 DRUGU   T S  Full-text
TITLE:              Long-term effects of **inhaled treprostinil** in patients
                    with **pulmonary** arterial **hypertension**: The **TReprostinil**
                    sodium **Inhalation** Used in the Management of **Pulmonary**
                    arterial **Hypertension** (TRIUMPH) study open-label extension.

147

17/233,061

```
AUTHOR:            Benza R L; Seeger W; McLaughlin V V; Channick R N; Voswinckel
                   R; Tapson V F; Robbins I M; Olschewski H; Rubin L J
CORPORATE SOURCE: Univ.Graz-Med.; Univ.Michigan; Univ.California-San-Diego;
                   Univ.Giessen; Univ.Duke; Univ.Vanderbilt
LOCATION:          Pittsburgh, PA, USA
SOURCE:            J.Heart Lung Transplant. (30, No. 12, 1327-33, 2011) 5 Fig. 3
     Tab. 33 Ref.       ISSN: 1053-2498
AVAIL. OF DOC.:   Allegheny Gen Hosp, 320 E North Ave, Pittsburgh, PA, USA,
                   15212. (Benza R L, e-mail: rbenza@wpahs.org).
LANGUAGE:          English
DOCUMENT TYPE:     Journal
```

ABSTRACT:

This double-blind, placebo-controlled, open-label extension **Treprostinil**
Sodium **Inhalation** Used in the Management of **Pulmonary** Arterial
**Hypertension** (TRIUMPH) study investigated the long-term effects of **inhaled
treprostinil** in 206 patients with **pulmonary** arterial **hypertension** (**PAH**)
concurrently receiving p.o. background therapy (bosentan or sildenafil). The
addition of **treprostinil** to background therapy induced an improvement in the
6-min walking distance (6MWD), survival rates, dyspnea scores and QOL. A higher
percentage of patients maintained treatment benefit as evidenced by lack of
clinical worsening. The most common adverse events (AE) were known effects of
prostanoid therapy or were due to the route of administration. Thus, long-term
therapy with **inhaled treprostinil** demonstrated persistent benefit for **PAH**
patients who remained on therapy for up to 24 mth.

```
SECTION HEADING:   T Therapeutics
                   S Adverse Effects

CLASSIF. CODE:     35 Adverse Reactions
                   58 Vasoactive
                   64 Clinical Trials

CONTROLLED TERM:
                   PULMONARY *TR; PULMONARY *AE; HYPERTENSION *TR; HYPERTENSION
                   *AE; VASCULAR-DISEASE *TR; VASCULAR-DISEASE *AE; COUGH *AE;
                   HEADACHE *AE; NAUSEA *AE; DYSPNEA *AE; INFECTION,BACT. *AE;
                   UPPER *AE; RESPIRAT.TRACT *AE; PHARYNGITIS *AE; DIZZINESS
                   *AE; PHARYNGOLARYNGEAL *AE; PAIN *AE; GASTROENTEROPATHY *AE;
                   EMESIS *AE; BRONCHITIS *AE; PNEUMOPATHY *AE; CHEST *AE;
                   RESPIRATION-DISORDER *AE; ORL-DISEASE *AE; IN-VIVO *FT;
                   CASES *FT; CLIN.TRIAL *FT; BLIND-TEST *FT; DOUBLE *FT;
                   PLACEBO *FT; ARTERIAL *FT; COMB. *FT; ANTIHYPERTENSIVE *FT;
                   RANDOM *FT
        [01]       TREPROSTINIL SODIUM *TR; TREPROSTINIL SODIUM *AE;
                   15-AU-81 *RN; DR0002823 *RN; HYPOTENSIVES *FT; PROSTAGLANDINS
                   *FT; PROSTACYCLIN-AGONISTS *FT; INHALATION *FT;
                   LONG-TERM-THERAPY *FT; TR *FT; AE *FT
        [02]       BOSENTAN *TR; BOSENTAN *AE; RO-470203 *RN; CARDIANTS *FT;
                   ENDOTHELIN-ANTAGONISTS *FT; ENDOTHELIN-ET-A-ANTAGONISTS *FT;
                   ENDOTHELIN-ET-B-ANTAGONISTS *FT; P.O. *FT; HYPOTENSIVES *FT;
                   VASODILATORS *FT; TR *FT; AE *FT
        [03]       SILDENAFIL *TR; SILDENAFIL *AE; DR9509214 *RN; VASODILATORS
                   *FT; PHOSPHODIESTERASE-INHIBITORS *FT; PDE-5-INHIBITORS *FT;
                   P.O. *FT; TR *FT; AE *FT
```

FIELD AVAIL.:     AB; LA; CT
FILE SEGMENT:     Literature


L99   ANSWER 46 OF 52  DRUGU  COPYRIGHT 2022 CLARIVATE on STN
ACCESSION NUMBER: 2006-08588  DRUGU   T E  Full-text
TITLE:            **Inhaled** trepostinil for treatment of **chronic pulmonary**
                  arterial **hypertension**.
AUTHOR:           Voswinckel R; Ghofrani H A; Grimminger F; Seeger W; Olschwski
                  H
CORPORATE SOURCE: Univ.Giessen; Univ.Graz
LOCATION:         Giessen, Ger.; Graz, Austria
SOURCE:           Ann.Intern.Med. (144, No. 2, 149-50, 2006) 1 Fig. 2 Ref.
                  CODEN: AIMEAS     ISSN: 0003-4819
AVAIL. OF DOC.:   University Giessen, Lung Center 35392 Giessen, Germany.
LANGUAGE:         English
DOCUMENT TYPE:    Journal

ABSTRACT:

The safety, tolerability and efficacy of **inhaled treprostinil** were
determined in 3 patients with severe **pulmonary** arterial **hypertension.**
**Inhalation** of nitric oxide (NO) reduced pulmonary vascular resistance.
**Treprostinil** reduced pulmonary vascular resistance for a sustained period and
also reduced the ratio of pulmonary vascular resistance to systemic vascular
resistance.  One patient showed a favorable vascular response and was treated
with high-dose calcium-channel blocker therapy.  Long-term treatment with
**inhaled treprostinil** improved functional status.  No side effects were
observed.  Single **doses** of **treprostinil** were safe, well-tolerated and
induced pulmonary selective and sustained vasodilatation in patients with
severe **pulmonary** arterial **hypertension**.

SECTION HEADING:  T Therapeutics
                  E Endocrinology

CLASSIF. CODE:    48 Prostaglandins
                  58 Vasoactive

CONTROLLED TERM:
  [01]            **TREPROSTINIL** *TR; SEVERE *TR; PULMONARY *TR; HYPERTENSION
                  *TR; VASCULAR-DISEASE *TR; NITRIC-OXIDE *RC; 15-AU-81 *RN;
                  PROSTACYCLIN-AGONIST *FT; **INHALATION** *FT; IN-VIVO *FT;
                  CASES *FT; VASCULAR-RESISTANCE *FT; SIDE-EFFECT-ABSENT *FT;
                  VASODILATATION *FT; PROSTAGLANDIN *FT; HEMODYNAMICS *FT;
                  PROSTACYCLIN-AGONISTS *FT; PROSTAGLANDINS *FT; TR *FT
FIELD AVAIL.:     AB; LA; CT
FILE SEGMENT:     Literature


L99  ANSWER 47 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER: 0053922068  EMBASE   Full-text
DOCUMENT NUMBER:  2008025147
TITLE:            TRANSITIONING FROM **TYVASO** TO LIQ861 IN **PULMONARY**
                  ARTERIAL **HYPERTENSION**: A CASE STUDY.
AUTHORS IN PUB ORD: Sahay, Sandeep
AUTHOR:           Sahay, Sandeep
SOURCE:           Chest, (**October 2020**) Vol. 158, No. 4, Supp. Supplement,

```
                         pp. A2166.
                         Meeting Info: CHEST 2020 Annual Meeting. Virtual, Online.
                         18 Oct 2020-21 Oct 2020
                         ISSN: 0012-3692; E-ISSN: 1931-3543
DIGITAL OBJECT ID:       10.1016/j.chest.2020.08.1862
PUBLISHER:               Elsevier Inc..
PUBLISHER IDENT.:        S 0012-3692(20)34048-4
COUNTRY:                 Netherlands
DOCUMENT TYPE:           Journal; Conference; (Conference Abstract)
FILE SEGMENT:            CONF
FILE SEGMENT:            Intellectual Indexing
LANGUAGE:                English
SUMMARY LANGUAGE:        English
ENTRY DATE:              Entered Embase: 19 Oct 2020
                         Last Updated on Embase: 19 Oct 2020
                         Indexing Added: 19 Oct 2020
                         First Entered Embase or Embase Alert: 19 Oct 2020
```

ABSTRACT: SESSION TITLE: Pulmonary Vascular Disease Posters SESSION TYPE: Original Investigation Posters PRESENTED ON: October 18-21, 2020 PURPOSE: LIQ861 (Liquidia Technologies) is an investigational, dry-powder formulation of treprostinil designed using PRINT® technology to enhance deep-lung drug deposition and achieve higher dose levels over current nebulized prostacyclin therapies for pulmonary arterial hypertension (PAH) in 1-2 breaths per capsule. INSPIRE (Investigation of the Safety and Pharmacology of Dry Powder Inhalation of Treprostinil) is a Phase 3, open-label, multicenter study of the long-term safety and tolerability of LIQ861. This case evaluates the clinical impact of transitioning treprostinil administration from a Tyvaso® nebulized device to LIQ861 with a dry-powder inhaler. METHODS: A 42-year-old male with ALK1 mutation PAH (functional class [FC] II) and hereditary hemorrhagic telangiectasia was referred to a PAH comprehensive care center for evaluation. Diagnostic hemodynamics were consistent with precapillary PAH. The patient did not tolerate sildenafil or tadalafil due to worsening nosebleeds or macitentan due to fluid retention, and could only tolerate inhaled treprostinil using a Tyvaso® device. He initially titrated to 6 breaths QID but then decreased to 3 breaths QID due to worsening cough. He remained stable in FC II, with an N-terminal pro-brain natriuretic peptide (NT-proBNP) of 30 pg/ml and a 6-minute walk distance (6MWD) of 542 m with no desaturation. He was considered stable to enroll in the INSPIRE study. Assessments at baseline included pulmonary artery pressure of 71/34 mm Hg, mean pulmonary artery pressure of 46 mm Hg, wedge pressure of 13 mm Hg, and pulmonary vascular resistance of 4.6 Wood units. The ESC/ERS risk score was assessed as low with a 6MWD of 558 m, FC II, and NT-proBNP of 62 pg/ml. The total score of the Minnesota Living with Heart Failure Quality of Life (MLWHF) questionnaire was 70. RESULTS: The patient initiated LIQ861 at 26.5 mcg QID. The dose was increased to 53 mcg QID after 4 weeks but reduced to 26.5 mcg QID after 1 week due to worsening cough. An increase to 53 mcg QID was attempted again at Week 8 but immediately decreased to 26.5 mcg QID due to severe cough and desaturation while on oxygen. The dose remained stable at 26.5 mcg QID through Month 12 with no notable adverse events. Assessments at Month 12 showed a risk score maintained as low, including FC II, a 6MWD of 569 m, and NT-proBNP of 124 pg/ml. The MLWHF total score was stable at 69. The patient remained stable on the same dose throughout the duration of the study (2 months), continued to tolerate the same dose a year later, and maintained his low ESC/ERS risk status. CONCLUSIONS: Transition from monotherapy with Tyvaso® to LIQ861 in this patient was well-tolerated and the patient remained stable during the study. CLINICAL IMPLICATIONS: In low-risk PAH

17/233,061

patients monotherapy with **inhaled** prostacyclin LIQ861 is well-tolerated and
maintains clinical status.  DISCLOSURES: Speaker relationship with Actelion
Please note: $5001 - $20000 by Sandeep Sahay, source=Web Response,
value=honoraria Speaker relationship with United Therapeutics Please note:
$5001 - $20000 by Sandeep Sahay, source=Web Response, value=honoraria speaker
relationship with Bayer Please note: $5001 - $20000 by Sandeep Sahay,
source=Web Response, value=honoraria My spouse/partner as a Speaker
relationship with BTG Please note: $5001 - $20000 by Sandeep Sahay, source=Web
Response, value=honoraria brief interview relationship with Liquidia
Technologies Please note: $1-$1000 Added 05/26/2020 by Sandeep Sahay,
source=Web Response, value=Honoraria

CONTROLLED TERM:    Medical Descriptors:
                    adult
                    adverse drug reaction
                    clinical evaluation
                    conference abstract
                    coughing
                    drug safety
                    drug therapy
                    **dry powder inhaler**
                    epistaxis
                    female
                    fluid retention
                    heart failure
                    human
                    hypertensive patient
                    **inhalation**
                    interview
                    lung artery pressure
                    lung vascular resistance
                    major clinical study
                    male
                    Minnesota
                    monotherapy
                    multicenter study
                    pharmacokinetics
                    phase 3 clinical trial
                    **\*pulmonary hypertension**
                    quality of life
                    questionnaire
                    Rendu Osler Weber disease
                    risk assessment
                    side effect
                    six minute walk test
                    spouse
CONTROLLED TERM:    Drug Descriptors:
                    amino terminal pro brain natriuretic peptide
                    macitentan
                    oxygen
                    prostacyclin
                    sildenafil
                    tadalafil
                    **\*treprostinil**
CAS REGISTRY NO.:   (macitentan) 441798-33-0; (oxygen) 7782-44-7;
                    (prostacyclin) 35121-78-9, 61849-14-7; (sildenafil)

151

17/233,061

139755-83-2; (tadalafil) 171596-29-5; (**treprostinil**)
**81846-19-7, 289480-64-4, 830354-48-8**

L99  ANSWER 48 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
    reserved on STN
ACCESSION NUMBER:   0053609310  EMBASE  <u>Full-text</u>
DOCUMENT NUMBER:    2002982945
TITLE:              SURVIVAL AND DRUG PERSISTENCE IN PATIENTS WITH **PULMONARY**
                    **HYPERTENSION** RECEIVING **INHALED TREPROSTINIL** AT
                    **DOSES** GREATER THAN 54 MCG (9 **BREATHS**) 4 TIMES DAILY.
AUTHORS IN PUB ORD: Mandras, Stacy; Shapiro, Shelley; Shen, Eric; Chen, Luming;
                    Rao, Youlan; Nelsen, Andrew
AUTHOR:             Mandras, Stacy
CORPORATE SOURCE:   Ochsner Medical Center.
AUTHOR:             Shapiro, Shelley; Shen, Eric; Chen, Luming; Rao, Youlan;
                    Nelsen, Andrew
SOURCE:             Chest, (**October 2019**) Vol. 156, No. 4, Supp. Supplement,
                    pp. A283-A284.
                    Meeting Info: CHEST 2019 Annual Meeting. New Orleans,
                    Louisiana, United States. **19 Oct 2019-23 Oct 2019**
                    ISSN: 0012-3692; E-ISSN: 1931-3543
DIGITAL OBJECT ID:  10.1016/j.chest.2019.08.336
PUBLISHER:          Elsevier Inc..
PUBLISHER IDENT.:   S 0012-3692(19)31834-3
COUNTRY:            Netherlands
DOCUMENT TYPE:      Journal; Conference; (Conference Abstract)
FILE SEGMENT:       CONF
FILE SEGMENT:       Intellectual Indexing
LANGUAGE:           English
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered Embase: 2 Oct 2019
                    Last Updated on Embase: 2 Oct 2019
                    Indexing Added: 2 Oct 2019
                    First Entered Embase or Embase Alert: 2 Oct 2019
ABSTRACT:  SESSION TITLE: Monday Abstract Posters SESSION TYPE: Original
Investigation Posters PRESENTED ON: 10/21/2019 02:30 PM - 03:15 PM PURPOSE:
**Treprostinil** is a prostacyclin analog indicated for the treatment of
**pulmonary** arterial **hypertension** (**PAH**).  It is administered 4 times a day
(QID) with a maximum recommended dose of 54 mcg (9 **breaths**).  Past analyses
demonstrate that doses exceeding 9 **breaths** QID are safe and well-tolerated.
In this retrospective analysis, we assess the effects of **inhaled**
**treprostinil** at **doses** >9 **breaths** QID on survival and drug persistence.
METHODS: Specialty pharmacy data were collected for patients on **inhaled**
**treprostinil** for ≥3 months between Sep 2009 and Jun 2018, excluding
those with omitted data for dose or shipment date, transferred pharmacies, or
enrolled in a clinical study.  A random sample of 5000 patients was further
analyzed.  Patients were grouped by dose (≤9 vs. >9); RESULTS: Of the
5000 patients, 971, 2848, 906, and 275 were receiving 9 **breaths**, 1, 2, and
3-year persistence rates were significantly higher in the >9 **breaths** group
(p9 **breaths** group (p<0.0001, all), with a 3-year persistence rate of 53%
compared to 36% in the ≤9 **breaths** group. 1, 2, and 3-year survival
rates were significantly higher in the >9 **breaths** group (p<0.0001, all), with
a 3-year survival rate of 85% vs. 82% in the ≤9 **breaths** group.
Similarly, 1, 2, and 3-year persistence rates were significantly higher for
those on ≥12 compared to <12 **breaths** (p<0.0001, all) with a 3-year
persistence rate of 53% and 37%, respectively. 1-, 2-, and 3-year survival

rates were significantly higher in the ≥12 **breaths** group (p<0.0001, all) with an 85% 3-year survival rate compared to 82% in the <12 **breaths** group.  CONCLUSIONS: In this analysis, patients receiving higher **doses** of **inhaled treprostinil** had significantly higher rates of drug persistence and survival over 3 years.  While previous data support the tolerability and safety of **inhaled treprostinil** at **doses** greater than 9 **breaths** QID, these present data suggest highly relevant clinical benefits may also be evident. Prospective controlled studies are needed to verify these findings.  CLINICAL IMPLICATIONS: The improved persistence rates associated with higher **doses** of **inhaled treprostinil** may act as a surrogate for reduced disease progression.  Further analysis of drug discontinuations is warranted to confirm this finding.  This analysis is limited by a lack of blinding, placebo control, and the retrospective nature.  Also, it is possible that clinical differences between the dose groups led to bias.  Nonetheless, the results suggest that patients may benefit clinically from higher **doses** of **inhaled treprostinil** in the context of drug tolerability and adverse effect management. DISCLOSURES: No relevant relationships Added 03/15/2019 by Luming Chen, source=Web Response, value=Salary Removed 03/18/2019 by Luming Chen, source=Web Response Speaker/Speaker's Bureau relationship with United Therapeutics Please note: $5001 - $20000 Added 03/26/2019 by Stacy Mandras, source=Web Response, value=Honoraria Speaker/Speaker's Bureau relationship with Bayer Please note: $5001 - $20000 Added 03/26/2019 by Stacy Mandras, source=Web Response, value=Honoraria Employee relationship with United Therapeutics Please note: >$100000 Added 03/18/2019 by Andrew Nelsen, source=Web Response, value=Salary No relevant relationships Added by Youlan Rao, source=Web Response no disclosure on file for Shelley Shapiro; Employee relationship with United Therapeutics Please note: >$100000 Added 03/09/2019 by Eric Shen, source=Web Response, value=Salary

CONTROLLED TERM:    Medical Descriptors:
                    adult
                    **\*breathing**
                    conference abstract
                    controlled study
                    drug safety
                    drug therapy
                    drug tolerability
                    drug withdrawal
                    employee
                    human tissue
                    **inhalational drug administration**
                    major clinical study
                    pharmacokinetics
                    prospective study
                    **\*pulmonary hypertension**
                    random sample
                    retrospective study
                    salary
                    specialty pharmacy
                    \*survival rate
CONTROLLED TERM:    Drug Descriptors:
                    endogenous compound
                    placebo
                    protein c jun
                    **\*treprostinil**
CAS REGISTRY NO.:   (**treprostinil**) **81846-19-7, 289480-64-4, 830354-48-8**

17/233,061

L99  ANSWER 49 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:   0051814573  EMBASE  Full-text
DOCUMENT NUMBER:    71842323
TITLE:              Retrospective observational study of **pulmonary
                    hypertension** patients dosed with greater than 9 **breaths**
                    qid of **inhaled treprostinil**.
AUTHORS IN PUB ORD: Poms, Abby, Dr. (correspondence); McNeilly, Sandra; Fortin,
                    Terry; Tapson, Victor F.
AUTHOR:             Poms, Abby, Dr. (correspondence); McNeilly, Sandra; Fortin,
                    Terry; Tapson, Victor F.
CORPORATE SOURCE:   Pulmonary/Critical Care, Duke University, Durham, NC,
                    27710, United States. terry.fortin@duke.edu;
                    abby.poms@duke.edu; sandra.mcneilly@duke.edu;
                    victor.tapson@duke.edu
SOURCE:             European Respiratory Journal, (**1 Sep 2013**) Vol. 42, Supp.
                    SUPPL. 57. Abstract Number: 3803.
                    Meeting Info: European Respiratory Society Annual Congress
                    2013. Barcelona, Spain. **07 Sep 2013-11 Sep 2013**
                    ISSN: 0903-1936
PUBLISHER:          European Respiratory Society.
DOCUMENT TYPE:      Journal; Conference; (Conference Abstract)
FILE SEGMENT:       CONF
FILE SEGMENT:       Intellectual Indexing
LANGUAGE:           English
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered Embase: 20 Apr 2015
                    Last Updated on Embase: 20 Apr 2015

ABSTRACT:  Purpose: The objective of this retrospective cohort study was to
determine the tolerability and safety of **inhaled treprostinil** (iTRE) dosed
at a higher target maintenance dosage than previously studied in **pulmonary
hypertension** (PH).  Methods: World Health Organization (WHO) Group I-V PH
patients treated at Duke prior to 8/2012 that have been prescribed iTRE at
higher than target maintenance dose of 9 **breaths** qid (54mcg) were included in
this analysis.  Tolerability and safety parameters were assessed.  Data were
collected by chart abstraction and verified against source documents.  Baseline
data were collected at least 3 months prior to the increased dose.  Follow up
data were collected 3 to 6 months after the elevated dose.  Results: 75
patients were analyzed; 67% female, 67% Caucasian, 51% WHO Group I and 35%
Group III.  Of the 75 patients, 73 received 12 **breaths** qid (72 mcg) while 2
only reached 10-11 **breaths**.  Cough (41%) was the most common side effect at
baseline decreasing to 18% at follow-up.  Headache was present in 28% patients
and decreased over time.  Throat irritation was present in 8% patients and
disappeared subsequently.  One patient was hypotensive but did not discontinue.
Another had a syncopal episode at baseline and later discontinued.  Overall 20
of 75 (25%) patients discontinued iTRE; 9 transitioned to parenteral therapy, 4
stopped due to side effects, 3 died (worsening PH, post-op complications), and
4 had other reasons.  Conclusions: Overall, **inhaled** iTRE dosed at a higher
target maintenance dose than previously studied appeared safe and
well-tolerated.  These results warrant further investigation into the
risk/benefit of elevated dosages.

CONTROLLED TERM:    Medical Descriptors:
                    **\*pulmonary hypertension**
                    \*European
                    **\*breathing**

17/233,061

```
                    *patient
                    *society
                    *observational study
                    maintenance drug dose
                    pH
                    follow up
                    side effect
                    safety
                    world health organization
                    cohort analysis
                    Caucasian
                    parameters
                    coughing
                    parenteral drug administration
                    throat irritation
                    headache
                    female
CONTROLLED TERM:    Drug Descriptors:
                    *treprostinil
                    antihypertensive agent
SUPPLEMENTARY TERM: Pulmonary hypertension


L99  ANSWER 50 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:   0051961695  EMBASE   Full-text
DOCUMENT NUMBER:    71989439
TITLE:              Safety and feasibility of doses greater than 54 mcg QID of
                    inhaled treprostinil in pulmonary arterial hypertension.
AUTHORS IN PUB ORD: Shapiro, S. (correspondence); Traiger, G.; Hill, W.
AUTHOR:             Shapiro, S. (correspondence); Traiger, G.
CORPORATE SOURCE:   David Geffen UCLA, School of Medicine, Los Angeles, United
                    States.
AUTHOR:             Hill, W.
CORPORATE SOURCE:   Greater Los Angeles VA Medical Center, Los Angeles, United
                    States.
SOURCE:             American Journal of Respiratory and Critical Care Medicine,
                    (2012) Vol. 185, Supp. MeetingAbstracts. Abstract Number:
                    A4804.
                    Meeting Info: American Thoracic Society International
                    Conference, ATS 2012. San Francisco, CA, United States. 18
                    May 2012-23 May 2012
                    ISSN: 1073-449X
PUBLISHER:          American Thoracic Society.
DOCUMENT TYPE:      Journal; Conference; (Conference Abstract)
FILE SEGMENT:       CONF
FILE SEGMENT:       Intellectual Indexing
LANGUAGE:           English
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered Embase: 2 Sep 2015
                    Last Updated on Embase: 2 Sep 2015
```

ABSTRACT:  PURPOSE: Parenteral prostanoid therapy is efficacious in patients
with Pulmonary Arterial Hypertension (PAH).  The approach to patient
dosing with these agents involves increasing the dose as needed to improve
PAH symptoms while limiting prostanoid side effects.  This results in a wide
dosing range among patients.  In 2009, inhaled treprostinil was approved
for treatment of PAH at a dose of 54 mcg (9 breaths) QID.  The inhaled

155

17/233,061

**treprostinil** administration system provides an excess of medication in the reservoir, which allows for increased dose without increasing cost or administration burden.  However, the safety, tolerability, and efficacy of titrating patients beyond the dose studied in the pivotal clinical trial to achieve treatment goals is unknown.  Methods: This is a retrospective, non-randomized review of patients treated at a large **PAH** center with **doses** of **inhaled treprostinil** beyond the product labeling.  Patients treated with **inhaled treprostinil** who were not achieving treatment goals with regard to 6 MWD, or worsening **PAH** symptoms, were instructed to increase to a maximum of 15-18 **breaths** QID as tolerated.  In general, patients dose was increased by one to two **breaths** QID per week, and were instructed to contact the **PAH** center for any adverse events.  Retrospective chart review of these patients was conducted to evaluate outcomes including 6MWD, Functional Class, BNP, **PAH** symptoms, adverse events and prostanoid side effects.  Results: Thirteen NYHA FC III patients (mean age 50 years, range 30-78) with World Health Organization Group 1 **PAH** were evaluated; 4 patients had concomitant mild **lung disease**. Six patients had been transitioned from other prostanoid therapy; **inhaled** (4) and parenteral (3).  Concomitant medications included endothelin receptor antagonist (10) and PDE-5 inhibitor (12)..  Median **inhaled treprostinil dose** at the time of evaluation was 12 **breaths** QID (range 10-15).  Mean walk distance after approximately 3 months increased by 24 meters (range 3-72 meters) with doses beyond 9 **breaths** QID.  BNP and functional class were unchanged.  Adverse events reported included headache (1) and throat irritation (1).  Follow up data at 9 to 12 months will be presented.  Conclusion: Preliminary results suggest patients were able to tolerate increased **doses** of **inhaled treprostinil**, and in an uncontrolled and unblinded manner may improve.  This may afford increased efficacy by dosing at a higher number of **inhalations** per session, without increasing cost or administration complexity.  Based on these results, an open-label, prospective study to assess efficacy, safety and tolerability of high **dose inhaled treprostinil** should be considered.

CONTROLLED TERM:    Medical Descriptors:
                    **\*pulmonary hypertension**
                    \*American
                    \*society
                    \*safety
                    human
                    patient
                    **breathing**
                    side effect
                    drug therapy
                    therapy
                    follow up
                    throat irritation
                    headache
                    **lung disease**
                    world health organization
                    medical record review
                    **inhalation**
                    packaging
                    drug megadose
                    prospective study
                    clinical trial
                    New York Heart Association class
CONTROLLED TERM:    Drug Descriptors:

17/233,061

**\*treprostinil**
prostanoid
phosphodiesterase V inhibitor
endothelin receptor antagonist
phosphodiesterase V

L99  ANSWER 51 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:  0050435348  EMBASE  Full-text
DOCUMENT NUMBER:   70441610
TITLE:             Aerosol therapy for **pulmonary hypertension**: What's new?.
AUTHORS IN PUB ORD: Gessler, T. (correspondence)
AUTHOR:            Gessler, T. (correspondence)
CORPORATE SOURCE:  Justus-Liebig-Universitat Giessen, Giessen, Germany.
SOURCE:            Journal of Aerosol Medicine and Pulmonary Drug Delivery,
                   (**June 2011**) Vol. 24, No. 3, pp. 3. Abstract Number: O-005.
                   Meeting Info: 18th International Congress of the
                   International Society for Aerosols in Medicine, ISAM 2011.
                   Rotterdam, Netherlands. **18 Jun 2011-22 Jun 2011**
                   ISSN: 1941-2711
DIGITAL OBJECT ID: 10.1089/jamp.2011.00A1
PUBLISHER:         Mary Ann Liebert Inc..
DOCUMENT TYPE:     Journal; Conference; (Conference Abstract)
FILE SEGMENT:      CONF
FILE SEGMENT:      Intellectual Indexing
LANGUAGE:          English
SUMMARY LANGUAGE:  English
ENTRY DATE:        Entered Embase: Sep 2012
                   Last Updated on Embase: Sep 2012
ABSTRACT:  The presentation reviews the severe **disease pulmonary
hypertension** with emphasis on new developments in aerosolized drug therapy.
In spite of the significant progress in drug therapy over the past years,
**pulmonary hypertension** still is a severe disease with limited life
expectancy.  **Pulmonary hypertension** is defined as an increase in mean
pulmonary arterial pressure over 25 mmHg at rest and classified according to
the 4th world conference on **pulmonary hypertension**.  The development of
specific drugs for **pulmonary** arterial **hypertension**, including
prostacyclins, endothelin receptor antagonists and phophodiesterase-5
inhibitors, significantly improved life expectancy.  Prostacyclins play a major
role as being potent vasodilators with additional anti-throm- botic,
anti-proliferative and anti-inflammatory properties.  The stable prostacyclin
analogue iloprostwas thefirstdrug approved for aerosol therapy of **pulmonary
hypertension** followed by **inhaled treprostinil** with superior pharmaco-
kinetics.  The possibility to deliver **treprostinil** within a single **breath**
offers the possibility to introduce a convenient soft mist or metered dose
**inhaler**.  Combination of specific drugs was studied in several trials with
**inhaled** prostacyclinsaspreferredcombination partner.  New classes of drugs
have been developed, e.g. stimulators or activators of soluble guanylate
cyclase, tyrosine kinase in- hibitorsand rho kinase inhibitors, representing
candidates for aerosol therapies.  In addition, aerosolized controlled release
formulation may facilitate sustained local release of vasoactive drugs.
**Inhalation** of iloprost and **treprostinil** is a mainstay in the treatment pf
**pulmonary hypertension**.  These drugs may serve as preferred partners for
combination therapy; new **inhaled** drugs with longer-lasting pulmonary effects,
new devices for convenient aerosol delivery and sustained release formulations
designed for **inhalation** represent novel intriguing strategies for the

157

17/233,061

treatment of **pulmonary hypertension**.

```
CONTROLLED TERM:      Medical Descriptors:
                      *pulmonary hypertension
                      *inhalational drug administration
                      *aerosol
                      *society
                      life expectancy
                      inhalation
                      drug therapy
                      lung artery pressure
                      therapy
                      device
                      sustained release formulation
                      breathing
                      kinetics
                      metered dose inhaler
                      controlled release formulation
CONTROLLED TERM:      Drug Descriptors:
                      uniprost
                      prostacyclin
                      iloprost
                      endothelin receptor antagonist
                      guanylate cyclase
                      Rho kinase inhibitor
                      protein tyrosine kinase
                      vasoactive agent
                      vasodilator agent


L99  ANSWER 52 OF 52  EMBASE  COPYRIGHT (c) 2022 Elsevier B.V. All rights
     reserved on STN
ACCESSION NUMBER:     0050355380  EMBASE   Full-text
DOCUMENT NUMBER:      70361642
TITLE:                Safety and feasibility of transitioning stable patients
                      with pulmonary arterial hypertension from infused
                      treprostinil to inhaled treprostinil.
AUTHORS IN PUB ORD:   Singh, Madhurmeet (correspondence); Mathier, Michael;
                      Cadaret, Linda M.
AUTHOR:               Singh, Madhurmeet (correspondence); Mathier, Michael;
                      Cadaret, Linda M.
CORPORATE SOURCE:     University of Pittsburgh, Medical Center, Pittsburgh, PA,
                      United States.
SOURCE:               Chest, (October 2010) Vol. 138, No. 4.
                      Meeting Info: CHEST 2010 Annual Meeting. Vancouver, BC,
                      Canada. 30 Oct 2010-04 Nov 2010
                      ISSN: 0012-3692
DIGITAL OBJECT ID:    10.1378/chest.10496
PUBLISHER:            American College of Chest Physicians.
DOCUMENT TYPE:        Journal; Conference; (Conference Abstract)
FILE SEGMENT:         CONF
FILE SEGMENT:         Intellectual Indexing
LANGUAGE:             English
SUMMARY LANGUAGE:     English
ENTRY DATE:           Entered Embase: Sep 2012
                      Last Updated on Embase: Sep 2012
ABSTRACT:  PURPOSE:   Inhaled treprostinil may offer a safe and less
```

burdensome option for select patients with **pulmonary** arterial **hypertension** (**PAH**) who are receiving parenteral prostanoids.  In this case series, we report preliminary results on the safety and feasibility of a protocol to transition patients from continuously infused **treprostinil** to **inhaled treprostinil** (4 times daily [q.i.d.]).  METHODS: Two stable patients with **PAH** receiving intravenous and subcutaneous **treprostinil**, respectively, were transitioned to **inhaled treprostinil** at 3 **breaths** q.i.d. and up-titrated to a target dose of ≥ 9 **breaths** q.i.d. (54 µg per session) over a 4-day period.  Simultaneously, the parenteral **treprostinil dose** was down-titrated by 25% daily.  The patients had received parenteral **treprostinil** for 54 and 72 months, respectively, with no evidence of right heart failure.  Safety, functional status, hemodynamic parameters, and exercise capacity were assessed before and after transition to **inhaled treprostinil**. RESULTS: At the time of transition, both patients were NYHA functional class II idiopathic **PAH**.  Transition to **inhaled treprostinil** was performed because of a central line infection in 1 patient and subcutaneous infusion site discomfort in the other patient.  Both patients were also receiving oral **PAH** therapy.  Baseline **doses** of parenteral **treprostinil** were 46 and 50 ng/kg/min, respectively.  Both patients were transitioned off of parenteral **treprostinil** and achieved a target **inhaled treprostinil dose** of ≥ 9 **breaths** q.i.d. by day 4.  Neither patient deteriorated acutely after transitioning to **inhaled treprostinil**.  Follow-up hemodynamic and 6-minute walk distance results will be presented.  No significant adverse events requiring discontinuation were reported after transition to **inhaled treprostinil**.  **CONCLUSION:** Transition from parenteral **treprostinil** to **inhaled treprostinil** appears feasible in select patients, as neither patient experienced acute clinical deterioration nor clinically significant adverse events.  Follow-up safety and efficacy data will be presented. CLINICAL IMPLICATIONS: **Inhaled treprostinil** may have specific safety and convenience advantages compared with parenteral prostanoid treatment.  This study may provide guidance to physicians considering **inhalational** therapy for select patients receiving parenteral prostanoids.


CONTROLLED TERM:      Medical Descriptors:
                      *patient
                      *safety
                      ***pulmonary hypertension**
                      **breathing**
                      follow up
                      therapy
                      physician
                      functional status
                      case study
                      heart right ventricle failure
                      hemodynamic parameters
                      exercise
                      infection
                      subcutaneous drug administration
                      deterioration
                      **inhalational drug administration**
CONTROLLED TERM:      Drug Descriptors:
                      ***uniprost**
                      prostanoid

# Full Search History

```
=> d his nofile


        FILE 'HCAPLUS' ENTERED AT 11:39:30 ON 23 AUG 2022
L1            1 SEA SPE=ON  ABB=ON  PLU=ON  US2021-0330621/PN


        FILE 'REGISTRY' ENTERED AT 11:39:51 ON 23 AUG 2022
                E TREPROSTINIL/CN
L2            1 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
                D IDE
L3           38 SEA SPE=ON  ABB=ON  PLU=ON  81846-19-7/CRN


        FILE 'ZCAPLUS' ENTERED AT 11:40:22 ON 23 AUG 2022
                E TREPROSTINIL/CT
                E TREPROSTINIL+ALL/CT
                E TREPROSTINIL SODIUM+ALL/CT
                E "BREATHING (ANIMAL)"+ALL/CT
                E LUNG+ALL/CT
                E LUNG DISEASE/CT
                E LUNG DISEASE+ALL/CT
                E BRONCHIOLITIS+ALL/CT
                E CHRONIC LUNG DISEASE+ALL/CT
                E INTERSTITIAL LUNG DISEASE+ALL/CT
                E PULMONARY HYPERTENSION+ALL/CT
                E PULMONARY EMPHYSEMA+ALL/CT
                E PULMONARY FIBROSIS+ALL/CT
                E INTERSTITIAL PNEUMONIA+ALL/CT
                E MEDICAL INHALERS+ALL/CT
                E PNEUMONIA+ALL/CT


        FILE 'HCAPLUS' ENTERED AT 11:59:48 ON 23 AUG 2022
L4          720 SEA SPE=ON  ABB=ON  PLU=ON  (L2 OR L3)
L5          700 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CT OR TREPROSTINIL
                SODIUM/CT
L6          756 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR 15AU81 OR
                RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR ORENITRAM OR
                UT15 OR UT 15 OR TREPULMIX
L7       714258 SEA SPE=ON  ABB=ON  PLU=ON  LUNG+OLD/CT OR LUNG DISEASE+OLD,NT/CT
L8        46518 SEA SPE=ON  ABB=ON  PLU=ON  CHRONIC LUNG DISEASE+OLD,NT/CT
L9        20788 SEA SPE=ON  ABB=ON  PLU=ON  PULMONARY HYPERTENSION+OLD,NT/CT
L10        3333 SEA SPE=ON  ABB=ON  PLU=ON  PULMONARY ANTIHYPERTENSIVES+OLD/CT
L11       12516 SEA SPE=ON  ABB=ON  PLU=ON  INTERSTITIAL LUNG DISEASE+OLD,NT/CT
L12       34893 SEA SPE=ON  ABB=ON  PLU=ON  "HYPOXIA, ANIMAL"/CT
L13      219121 SEA SPE=ON  ABB=ON  PLU=ON  BRONCHIOLITIS+OLD,NT/CT OR
                PULMONARY EMPHYSEMA+OLD/CT OR PULMONARY FIBROSIS+OLD,NT/CT OR
                INTERSTITIAL PNEUMONIA+OLD/CT OR PNEUMONIA+NT/CT OR CHRONIC
                OBSTRUCTIVE PULMONARY DISEASE+OLD/CT
L14      461386 SEA SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR LUNG OR
                BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?) (2A)
                (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE OR
                DISORDER)
L15       86966 SEA SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS? OR PAH
L16       26884 SEA SPE=ON  ABB=ON  PLU=ON  "BREATHING (ANIMAL)"/CT
L17       27754 SEA SPE=ON  ABB=ON  PLU=ON  INHALATION DRUG DELIVERY SYSTEMS+OL
                D,NT/CT OR MEDICAL INHALERS+OLD,NT/CT
```

```
L18      380794 SEA SPE=ON  ABB=ON  PLU=ON   INHAL? OR BREATH? OR ATOMIZ? OR
                 NEBULIZ?
L19         591 SEA SPE=ON  ABB=ON  PLU=ON  (L4 OR L5 OR L6) AND (L7 OR L8 OR
                 L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15)
L20         187 SEA SPE=ON  ABB=ON  PLU=ON  (L4 OR L5 OR L6) AND (L7 OR L8 OR
                 L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15) AND (L16 OR L17
                 OR L18)
L21         311 SEA SPE=ON  ABB=ON  PLU=ON  (L4 OR L5) (L) (L14 OR L15)
L22         196 SEA SPE=ON  ABB=ON  PLU=ON  (L7 OR L8 OR L9 OR L10 OR L11 OR
                 L12 OR L13) (L) L6
L23         281 SEA SPE=ON  ABB=ON  PLU=ON  L6 (5A) (L14 OR L15)
L24         137 SEA SPE=ON  ABB=ON  PLU=ON  L20 AND (L21 OR L22 OR L23)
L25         135 SEA SPE=ON  ABB=ON  PLU=ON  L24 AND ((L8 OR L9 OR L10 OR L11
                 OR L12) OR (L15 OR L16))
L26         126 SEA SPE=ON  ABB=ON  PLU=ON  L24 AND (L8 OR L9 OR L10 OR L11 OR
                 L12) AND (L15 OR L16)
L27         126 SEA SPE=ON  ABB=ON  PLU=ON  L26 AND (L9 OR L15)
L28          58 SEA SPE=ON  ABB=ON  PLU=ON  (L4 OR L5) (L) L18
L29          50 SEA SPE=ON  ABB=ON  PLU=ON  (L16 OR L17) (L) L6
L30          95 SEA SPE=ON  ABB=ON  PLU=ON  L6 (5A) L18
L31          79 SEA SPE=ON  ABB=ON  PLU=ON  L27 AND (L28 OR L29 OR L30)
L32       14621 SEA SPE=ON  ABB=ON  PLU=ON  (L7 OR L8 OR L9 OR L10 OR L11 OR
                 L12 OR L13) (L) L18
L33        3508 SEA SPE=ON  ABB=ON  PLU=ON  (L16 OR L17) (L) (L14 OR L15)
L34       16301 SEA SPE=ON  ABB=ON  PLU=ON  (L14 OR L15) (5A) L18
L35          62 SEA SPE=ON  ABB=ON  PLU=ON  L31 AND (L32 OR L33 OR L34)
L36          55 SEA SPE=ON  ABB=ON  PLU=ON  L35 AND (PY<2021 OR PRY<2021 OR
                 AY<2021 OR REVIEW/DT)
L37          31 SEA SPE=ON  ABB=ON  PLU=ON  L36 AND (BREATH# OR DOSE OR AMOUNT
                 OR CONC?)
L38        1701 SEA SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L39       12655 SEA SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L40       16044 SEA SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L41         280 SEA SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/PA,CS
L42          64 SEA SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR L41) AND (L4
                 OR L5 OR L6)
L43         958 SEA SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR L41) AND (L7
                 OR L8 OR L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15)
L44         217 SEA SPE=ON  ABB=ON  PLU=ON  (L38 OR L39 OR L40 OR L41) AND
                 (L16 OR L17 OR L18)
L45          44 SEA SPE=ON  ABB=ON  PLU=ON  L42 AND L43
L46          13 SEA SPE=ON  ABB=ON  PLU=ON  L42 AND L43 AND L44
L47          28 SEA SPE=ON  ABB=ON  PLU=ON  L37 NOT L46

     FILE 'DCR' ENTERED AT 12:30:44 ON 23 AUG 2022
             E TREPROSTINIL/CN
L48           1 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL/CN
             D IDE
L49          34 SEA SPE=ON  ABB=ON  PLU=ON  86001/DCSE

     FILE 'WPIX' ENTERED AT 12:31:26 ON 23 AUG 2022
L50         229 SEA SPE=ON  ABB=ON  PLU=ON  (L48 OR L49)
L51         305 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR 15AU81 OR
                 RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR ORENITRAM OR
                 UT15 OR UT 15 OR TREPULMIX
L52      114351 SEA SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR LUNG OR
```

```
                    BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?) (2A)
                    (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE OR
                    DISORDER)
L53         8916 SEA SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS? OR PAH
L54       400670 SEA SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR ATOMIZ? OR
                    NEBULIZ?
L55          190 SEA SPE=ON  ABB=ON  PLU=ON  (L50 OR L51) AND (L52 OR L53)
L56           85 SEA SPE=ON  ABB=ON  PLU=ON  (L50 OR L51) AND (L52 OR L53) AND
                    L54
L57           73 SEA SPE=ON  ABB=ON  PLU=ON  L56 AND L53
L58           71 SEA SPE=ON  ABB=ON  PLU=ON  L57 AND (PY<2021 OR PRY<2021 OR
                    AY<2021)
L59           44 SEA SPE=ON  ABB=ON  PLU=ON  L58 AND (BREATH# OR DOSE OR AMOUNT
                    OR CONC?)
L60           73 SEA SPE=ON  ABB=ON  PLU=ON  L51 (10A) (L52 OR L53)
L61           21 SEA SPE=ON  ABB=ON  PLU=ON  L59 AND L60
L62          539 SEA SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU
L63         3354 SEA SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU
L64        21629 SEA SPE=ON  ABB=ON  PLU=ON  DENG C?/AU
L65          121 SEA SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/PA,CS
L66           57 SEA SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR L65) AND
                    (L50 OR L51)
L67          121 SEA SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR L65) AND
                    (L52 OR L53)
L68          292 SEA SPE=ON  ABB=ON  PLU=ON  (L62 OR L63 OR L64 OR L65) AND L54
L69           36 SEA SPE=ON  ABB=ON  PLU=ON  L66 AND L67
L70           14 SEA SPE=ON  ABB=ON  PLU=ON  L66 AND L67 AND L68
L71           15 SEA SPE=ON  ABB=ON  PLU=ON  L61 NOT L70


       FILE 'MEDLINE, DRUGU, BIOSIS, EMBASE' ENTERED AT 12:40:49 ON 23 AUG 2022
L72         3307 SEA SPE=ON  ABB=ON  PLU=ON  (L2 OR L3)
L73         5229 SEA SPE=ON  ABB=ON  PLU=ON  TREPROSTINIL? OR 15AU81 OR
                    RUMODOLIN OR TREVYENT OR TYVASO OR UNIPROST OR ORENITRAM OR
                    UT15 OR UT 15 OR TREPULMIX
L74      2957023 SEA SPE=ON  ABB=ON  PLU=ON  (RESP? OR PULMON? OR LUNG OR
                    BRONCH? OR ALVEOL? OR INHAL? OR BREATH? OR AIRWAY?) (2A)
                    (CHRONIC OR HYPERTENS? OR INFLAM? OR CONDITION OR DISEASE OR
                    DISORDER)
L75       332964 SEA SPE=ON  ABB=ON  PLU=ON  PULMON? (2A) HYPERTENS? OR PAH
L76      1257984 SEA SPE=ON  ABB=ON  PLU=ON  INHAL? OR BREATH? OR ATOMIZ? OR
                    NEBULIZ?
L77         4526 SEA SPE=ON  ABB=ON  PLU=ON  (L72 OR L73) AND (L74 OR L75)
L78         1850 SEA SPE=ON  ABB=ON  PLU=ON  (L72 OR L73) AND (L74 OR L75) AND
                    L76
L79         1436 SEA SPE=ON  ABB=ON  PLU=ON  L73 (10A) L75
L80          496 SEA SPE=ON  ABB=ON  PLU=ON  L78 AND L79
L81          619 SEA SPE=ON  ABB=ON  PLU=ON  L73 (10A) L76
L82          340 SEA SPE=ON  ABB=ON  PLU=ON  L80 AND L81
L83          707 SEA SPE=ON  ABB=ON  PLU=ON  L73 (5A) (BREATH# OR DOSE OR
                    AMOUNT OR CONC?)
L84          123 SEA SPE=ON  ABB=ON  PLU=ON  L82 AND L83
L85           95 SEA SPE=ON  ABB=ON  PLU=ON  L84 AND (PY<2021 OR PRY<2021 OR
                    AY<2021 OR MY<2021 OR REVIEW/DT)
L86           30 SEA SPE=ON  ABB=ON  PLU=ON  L85 AND BREATH# AND INHAL?
L87         8527 SEA SPE=ON  ABB=ON  PLU=ON  PETERSON L?/AU,AUTH
L88        41133 SEA SPE=ON  ABB=ON  PLU=ON  SMITH P?/AU,AUTH
```

17/233,061

```
L89        13265 SEA SPE=ON  ABB=ON  PLU=ON  DENG C?/AU,AUTH
L90         7566 SEA SPE=ON  ABB=ON  PLU=ON  UNITED THERAPEUTICS?/PA,CS
L91          320 SEA SPE=ON  ABB=ON  PLU=ON  (L87 OR L88 OR L89 OR L90) AND
                 (L72 OR L73)
L92         2971 SEA SPE=ON  ABB=ON  PLU=ON  (L87 OR L88 OR L89 OR L90) AND
                 (L74 OR L75)
L93         1004 SEA SPE=ON  ABB=ON  PLU=ON  (L87 OR L88 OR L89 OR L90) AND L76
L94          270 SEA SPE=ON  ABB=ON  PLU=ON  L91 AND L92
L95           99 SEA SPE=ON  ABB=ON  PLU=ON  L91 AND L92 AND L93
L96           29 SEA SPE=ON  ABB=ON  PLU=ON  L95 AND L79 AND L81 AND L83
L97           25 SEA SPE=ON  ABB=ON  PLU=ON  L86 NOT L96
                 SET COST OFF
                 D SET


       FILE 'HCAPLUS' ENTERED AT 12:53:48 ON 23 AUG 2022
                 D SET
                 D QUE L46


       FILE 'WPIX' ENTERED AT 12:54:00 ON 23 AUG 2022
                 D QUE L70


       FILE 'MEDLINE, DRUGU, BIOSIS, EMBASE' ENTERED AT 12:54:15 ON 23 AUG 2022
                 D QUE L96


       FILE 'HCAPLUS, WPIX, MEDLINE, BIOSIS, EMBASE' ENTERED AT 12:54:40 ON 23
       AUG 2022
L98           42 DUP REM L46 L70 L96 (14 DUPLICATES REMOVED)
                     ANSWERS '1-13' FROM FILE HCAPLUS
                     ANSWERS '14-21' FROM FILE WPIX
                     ANSWERS '22-27' FROM FILE MEDLINE
                     ANSWER '28' FROM FILE BIOSIS
                     ANSWERS '29-42' FROM FILE EMBASE
                 D 1-13 IBIB ABS HITIND
                 D 14-21 IBIB AB
                 D 22-42 IALL


       FILE 'HCAPLUS' ENTERED AT 12:55:17 ON 23 AUG 2022
                 D QUE L47
                 D QUE L71


       FILE 'MEDLINE, DRUGU, BIOSIS, EMBASE' ENTERED AT 12:55:30 ON 23 AUG 2022
                 D QUE L97


       FILE 'HCAPLUS, WPIX, MEDLINE, DRUGU, BIOSIS, EMBASE' ENTERED AT 12:55:52
       ON 23 AUG 2022
L99           52 DUP REM L47 L71 L97 (16 DUPLICATES REMOVED)
                     ANSWERS '1-28' FROM FILE HCAPLUS
                     ANSWERS '29-42' FROM FILE WPIX
                     ANSWERS '43-44' FROM FILE MEDLINE
                     ANSWERS '45-46' FROM FILE DRUGU
                     ANSWERS '47-52' FROM FILE EMBASE
                 D 1-28 IBIB ABS HITIND
                 D 29-42 IBIB AB
                 D 43-52 IALL
```

# EXHIBIT C

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: May 12, 2021 *(use as many sheets as necessary)* | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| | First Named Inventor | Leigh Peterson |
| | Art Unit | 1629 |
| | Examiner Name | Unassigned |
| Sheet | 1 | of | 5 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 4,306,075-A | 12-15-1981 | ARISTOFF, PAUL A. | |
| | A2 | 5,153,222-A | 10-06-1992 | TADEPALLI ET AL. | |
| | A3 | 5,234,953-A | 08-10-1993 | CROW ET AL. | |
| | A4 | 6,054,486-A | 04-25-2000 | CROW ET AL. | |
| | A5 | 6,441,245-B1 | 08-27-2002 | MORIARTY ET AL. | |
| | A6 | 6,521,212-B1 | 02-18-2003 | CLOUTIER ET AL. | |
| | A7 | 6,528,688-B2 | 03-04-2003 | MORIARTY ET AL. | |
| | A8 | 6,700,025-B2 | 03-02-2004 | MORIARTY ET AL. | |
| | A9 | 6,756,033-B2 | 06-29-2004 | CLOUTIER ET AL. | |
| | A10 | 6,756,117-B1 | 06-29-2004 | BARNES, MICHAEL D. | |
| | A11 | 6,803,386-B2 | 10-12-2004 | SHORR ET AL. | |
| | A12 | 6,809,223-B2 | 10-26-2004 | MORIARTY ET AL. | |
| | A13 | 7,199,157-B2 | 04-03-2007 | WADE ET AL. | |
| | A14 | 7,384,978-B2 | 06-10-2008 | PHARES ET AL. | |
| | A15 | 7,417,070-B2 | 08-26-2008 | PHARES ET AL. | |
| | A16 | 7,544,713-B2 | 06-09-2009 | PHARES ET AL. | |
| | A17 | 7,879,909-B2 | 02-01-2011 | WADE ET AL. | |
| | A18 | 7,999,007-B2 | 08-16-2011 | JEFFS ET AL. | |
| | A19 | 8,232,316-B2 | 07-31-2012 | PHARES ET AL. | |
| | A20 | 8,242,305-B2 | 08-14-2012 | BATRA ET AL. | |
| | A21 | 8,252,839-B2 | 08-28-2012 | PHARES ET AL. | |
| | A22 | 8,349,892-B2 | 01-08-2013 | PHARES, KENNETH R. | |
| | A23 | 8,350,079-B2 | 01-08-2013 | WALSH, DAVID A. | |
| | A24 | 8,410,169-B2 | 04-02-2013 | PHARES ET AL. | |
| | A25 | 8,461,393-B2 | 06-11-2013 | SHARMA, VIJAY | |
| | A26 | 8,481,782-B2 | 07-09-2013 | BATRA ET AL. | |
| | A27 | 8,497,393-B2 | 07-30-2013 | BATRA ET AL. | |
| | A28 | 8,536,363-B2 | 09-17-2013 | PHARES ET AL. | |
| | A29 | 8,563,614-B2 | 10-22-2013 | WADE ET AL. | |
| | A30 | 8,609,728-B2 | 12-17-2013 | ROTHBLATT ET AL. | |
| | A31 | 8,653,137-B2 | 02-18-2014 | JEFFS ET AL. | |
| | A32 | 8,658,694-B2 | 02-25-2014 | JEFFS ET AL. | |
| | A33 | 8,747,897-B2 | 06-10-2014 | KIDANE ET AL. | |
| | A34 | 8,765,813-B2 | 07-01-2014 | WADE ET AL. | |
| | A35 | 8,940,930-B2 | 01-27-2015 | BATRA ET AL. | |
| | A36 | 9,029,607-B2 | 05-12-2015 | MCGOWAN ET AL. | |
| | A37 | 9,050,311-B2 | 06-09-2015 | PHARES ET AL. | |
| | A38 | 9,156,786-B2 | 10-13-2015 | BATRA ET AL. | |
| | A39 | 9,199,908-B2 | 12-01-2015 | PHARES ET AL. | |
| | A40 | 9,255,064-B2 | 02-09-2016 | INSMED INCORPORATION | |
| | A41 | 9,278,901-B2 | 03-08-2016 | PHARES ET AL. | |
| | A42 | 9,278,902-B2 | 03-08-2016 | TANG ET AL. | |
| | A43 | 9,278,903-B2 | 03-08-2016 | TANG ET AL. | |
| | A44 | 9,339,507-B2 | 05-17-2016 | OLSCHEWSKI ET AL. | |
| | A45 | 9,346,738-B2 | 05-24-2016 | JAIN ET AL. | |
| | A46 | 9,358,240-B2 | 06-07-2016 | OLSCHEWSKI ET AL. | |
| | A47 | 9,371,264-B2 | 06-21-2016 | BECKER ET AL. | |
| | A48 | 9,388,154-B2 | 07-12-2016 | YIANNIKOUROS ET AL. | |
| | A49 | 9,394,227-B1 | 07-19-2016 | ZHANG ET AL. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | **Application Number** | 17/233061 |
| | **Filing Date** | 4/16/2021 |
| Date Submitted: May 12, 2021 | **First Named Inventor** | Leigh Peterson |
| | Art Unit | 1629 |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet \| 2 \| of \| 5 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A50 | 9,422,223-B2 | 08-23-2016 | PHARES ET AL. | |
| | A51 | 9,469,600- | 10-18-2016 | MALININ ET AL. | |
| | A52 | 9,505,737-B2 | 11-29-2016 | BECKER ET AL. | |
| | A53 | 9,624,156-B2 | 04-18-2017 | PHARES ET AL. | |
| | A54 | 9,643,911-B2 | 05-09-2017 | ZHANG ET AL. | |
| | A55 | 9,701,616-B2 | 07-11-2017 | ZHANG ET AL. | |
| | A56 | 9,758,465-B2 | 09-12-2017 | LAING, PETER | |
| | A57 | 9,776,982-B2 | 10-03-2017 | BECKER ET AL. | |
| | A58 | 9,845,305-B2 | 12-19-2017 | BECKER ET AL. | |
| | A59 | 9,878,972-B2 | 01-30-2018 | PHARES ET AL. | |
| | A60 | 9,957,200-B2 | 05-01-2018 | BEALL ET AL. | |
| | A61 | 10,010,518-B2 | 07-03-2018 | MALININ ET AL. | |
| | A62 | 10,053,414-B2 | 08-21-2018 | ZHANG ET AL. | |
| | A63 | 10,246,403-B2 | 04-02-2019 | ZHANG ET AL. | |
| | A64 | 10,343,979-B2 | 07-09-2019 | MALININ ET AL. | |
| | A65 | 10,344,012-B2 | 07-09-2019 | BECKER ET AL. | |
| | A66 | 10,376,525-B2 | 08-13-2019 | OLSCHEWSKI ET AL. | |
| | A67 | 10,450,290-B2 | 10-22-2019 | BECKER ET AL. | |
| | A68 | 10,464,877-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A69 | 10,464,878-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A70 | 10,494,327-B2 | 12-03-2019 | LAING, PETER | |
| | A71 | 10,526,274-B2 | 01-07-2020 | MALININ ET AL. | |
| | A72 | 10,703,706-B2 | 07-07-2020 | ZHANG ET AL. | |
| | A73 | 10,716,793-B2 | 07-21-2020 | OLSCHEWSKI ET AL. | |
| | A74 | 10,752,733-B2 | 08-25-2020 | ISHIHARA, YU | |
| | A75 | 2008/0200449-A1 | 08-21-2008 | OLSCHEWSKI ET AL. | |
| | A76 | 2008/0280986-A1 | 11-13-2008 | WADE ET AL. | |
| | A77 | 2009/0036465-A1 | 02-05-2009 | ROSCIGNO ET AL. | |
| | A78 | 2009/0124697-A1 | 05-14-2009 | CLOUTIER ET AL. | |
| | A79 | 2012/0197041-A1 | 08-02-2012 | BATRA ET AL. | |
| | A80 | 2013/0184295-A1 | 07-18-2013 | SPRAGUE ET AL. | |
| | A81 | 2013/0331593-A1 | 12-12-2013 | ALPHORA RESEARCH INC. | |
| | A82 | 2014/0024856-A1 | 01-23-2014 | GIUST ET AL. | |
| | A83 | 2014/0275262-A1 | 09-18-2014 | PHARES ET AL. | |
| | A84 | 2014/0275616-A1 | 09-18-2014 | BATRA ET AL. | |
| | A85 | 2014/0323567-A1 | 10-30-2014 | LAING, PETER | |
| | A86 | 2015/0148414-A1 | 05-28-2015 | INSMED INCORPORATION | |
| | A87 | 2015/0299091-A1 | 10-22-2015 | BATRA ET AL. | |
| | A88 | 2015/0315114-A1 | 11-05-2015 | CAYMAN CHEMICAL COMPANY INC. | |
| | A89 | 2015/0328232-A1 | 11-19-2015 | INSMED INCORPORATION | |
| | A90 | 2015/0376106-A1 | 12-31-2015 | BATRA ET AL. | |
| | A91 | 2016/0030355-A1 | 02-04-2016 | KIDANE ET AL. | |
| | A92 | 2016/0030371-A1 | 02-04-2016 | PHARES ET AL. | |
| | A93 | 2016/0045470-A1 | 02-18-2016 | DR. REDDY'S LABORATORIES LIMITED | |
| | A94 | 2016/0051505-A1 | 02-25-2016 | PHARES ET AL. | |
| | A95 | 2016/0107973-A1 | 04-21-2016 | BATRA ET AL. | |
| | A96 | 2016/0129087-A1 | 05-12-2016 | CHRISTE ET AL. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>Date Submitted: May 12, 2021<br><br>*(use as many sheets as necessary)* | | | | ***Complete if Known*** | |
|---|---|---|---|---|---|
| | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | Unassigned |
| Sheet | 3 | of | 5 | Attorney Docket Number | 080618-2002 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A97 | 2016/0143868-A1 | 05-26-2016 | OLSCHEWSKI ET AL. | |
| | A98 | 2016/0152548-A1 | 06-02-2016 | GAO ET AL. | |
| | A99 | 2016/0175319-A1 | 06-23-2016 | FREISSMUTH ET AL. | |
| | A100 | 2017/0095432-A1 | 04-06-2017 | PHARES ET AL. | |
| | A101 | 2018/0153847-A1 | 06-07-2018 | PHARES ET AL. | |
| | A102 | 2019/0321290-A1 | 10-24-2019 | GUARNERI ET AL. | |
| | A103 | 2021/0054009-A1 | 02-25-2021 | PHARES ET AL. | |

**UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A104 | 63/036,561 | 06-09-2020 | BATRA ET AL. | |
| | A105 | 63/125,145 | 12-14-2020 | PHARES ET AL. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[8] |
|---|---|---|---|---|---|---|
| | A106 | WO-00/57701-A1 | 10-05-2000 | UNITED THERAPEUTICS CORP | | |
| | A107 | WO-2005/007081-A3 | 01-27-2005 | UNITED THERAPEUTICS CORP | | |
| | A108 | WO-2014/085813-A1 | 06-05-2014 | INSMED INCORPORATED | | |
| | A109 | WO-2016/038532-A1 | 03-17-2016 | MYLAN LABORATORIWA LIMITED | | |
| | A110 | WO-2016/055819-A1 | 04-14-2016 | CHINOIN GYÓGYSZER ÉS VEGYÉSZETI TERMÉKEK GYÁRA ZRT | | |
| | A111 | WO-2016/081658-A1 | 05-26-2016 | INSMED INC | | |
| | A112 | WO-2016/105538-A1 | 06-30-2016 | SANDIA CORPORATION SANDIA NATIONAL LABORATORIES | | |
| | A113 | WO-2017/192993-A1 | 11-09-2017 | LIQUIDIA TECHNOLOGIES, INC. | | |
| | A114 | WO-2018/058124-A1 | 03-29-2018 | UNITED THERAPEUTICS CORPORATION | | |
| | A115 | WO-2019/237028-A1 | 12-12-2019 | MANNKIND CORPORATION | | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: May 12, 2021 *(use as many sheets as necessary)* | | Application Number | 17/233061 |
| | | Filing Date | 4/16/2021 |
| | | First Named Inventor | Leigh Peterson |
| | | Art Unit | 1629 |
| | | Examiner Name | Unassigned |
| Sheet | 4 | of | 5 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A116 | Agarwal et al., "Inhaled Treprostinil in Group-3 Pulmonary Hypertension," J. Heart Lung Transplant., 2015 34(Suppl S343):959, abstract. | |
| | A117 | Bajwa et al., "The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease," Pulmonary Circulation, 2017, 7(1):82-88. | |
| | A118 | Bonner et al., "Susceptibility of Cyclooxygenase-2-Deficient Mice to Pulmonary Fibrogenesis," American Journal of Pathology, August 2002, 161(2):459-470. | |
| | A119 | Collard et al., "Acute Exacerbation of Idiopathic Pulmonary Fibrosis: An International Working Group Report," Am. J. Respir. Crit. Care Med., August 1, 2016, 194(3):265-275. | |
| | A120 | Dernaika et al., "Iloprost Improves Gas Exchange and Exercise Tolerance in Patients with Pulmonary Hypertension and Chronic Obstructive Pulmonary Disease," Respiration, 2010, 79:377-382. | |
| | A121 | du Bois et al., "Six-Minute-Walk Test in Idiopathic Pulmonary Fibrosis," Am. J. Respir. Crit. Care Med., 2011, 183:1231-1237. | |
| | A122 | Faria-Urbina et al., "Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease," Lung, 2018, 196:139-146. | |
| | A123 | Keerthisingham et al., "Cyclooxygenase-2 Deficiency Results in a Loss of the Anti-Proliferative Response to Transforming Growth Factor-Beta in Human Fibrotic Lung Fibroblasts and Promotes Bleomycin-Induced Pulmonary Fibrosis in Mice," American Journal of Pathology, April 2001, 158(4):1411-1422. | |
| | A124 | King et al., "The Trouble With Group 3 Pulmonary Hypertension in Interstitial Lung Disease," Chest, 2020, 158(4):1651-1664. | |
| | A125 | Lettieri et al., "The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis," Respiratory Medicine, 2006, 100:1734-1741. | |
| | A126 | McLaughlin et al., "Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension," Journal of the American College of Cardiology, 2010, 55(18):1915-1922. | |
| | A127 | Meyer et al., "Role of pirfenidone in the management of pulmonary fibrosis," Therapeutics and Clinical Risk Management, 2017, 13:427-437. | |
| | A128 | Nathan et al., "Pulmonary Hypertension due to Lung Disease and/or Hypoxia," Clin. Chest Med., 2013, 34:695-705. | |
| | A129 | Nathan et al., "Pulmonary hypertension in interstitial lung disease," Int. J. Clin. Pract., July 2008, 62(Suppl. 160):21-28. | |
| | A130 | Nathan et al., "Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertesion (RISE-IIP): a randomised, placebo-controlled phase 2b study," Lancet Respir. Med., 2019, 7:780-790. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: May 12, 2021 *(use as many sheets as necessary)* | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Unassigned |
| Sheet | 5 | of 5 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A131 | Nathan et al., "Validation of test performance characteristics and minimal clinically important difference of the 6-minute walk test in patients with idiopathic pulmonary fibrosis," Respiratory Medicine, 2015, 109:914-922. | |
| | A132 | Simonneau et al., "Haemodynamic definitions and updated clinical classification of pulmonary hypertension," Eur. Respir. J., 2019, 53:1801913, 13 pages. | |
| | A133 | Sorbera et al.n "UT-15. Treatment of Pulmonary Hypertension Treatment of Peripheral Vascular Disease," Drug of the Future, 2001, 26(4):364-374. | |
| | A134 | Trammell et al., "Use of pulmonary arterial hypertension-approved therapy in the treatment of non-group 1 pulmonary hypertension at US referral centers," Pulm. Circ., 2015, 5(2):356-363. | |
| | A135 | Wang et al., "Hemodynamic and gas exchange effects of inhaled iloprost in patients with COPD and pulmonary hypertension," International Journal of COPD, 2017, 12:3353-3360. | |
| | A136 | Whittle et al., "Binding and activity of the prostacyclin receptor (IP) agonists, treprostinil and iloprost, at human prostanoid receptors: Treprostinil is a potent DP1 and EP2 agonist," Biochemical Pharmacology, 2012, 84:68-75. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

# EXHIBIT D

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| Date Submitted: May 12, 2021 | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | 1629 |
| *(use as many sheets as necessary)* | | | | Examiner Name | Unassigned |
| Sheet | 2 | of | 5 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A50 | 9,422,223-B2 | 08-23-2016 | PHARES ET AL. | |
| | A51 | 9,469,600- | 10-18-2016 | MALININ ET AL. | |
| | A52 | 9,505,737-B2 | 11-29-2016 | BECKER ET AL. | |
| | A53 | 9,624,156-B2 | 04-18-2017 | PHARES ET AL. | |
| | A54 | 9,643,911-B2 | 05-09-2017 | ZHANG ET AL. | |
| | A55 | 9,701,616-B2 | 07-11-2017 | ZHANG ET AL. | |
| | A56 | 9,758,465-B2 | 09-12-2017 | LAING, PETER | |
| | A57 | 9,776,982-B2 | 10-03-2017 | BECKER ET AL. | |
| | A58 | 9,845,305-B2 | 12-19-2017 | BECKER ET AL. | |
| | A59 | 9,878,972-B2 | 01-30-2018 | PHARES ET AL. | |
| | A60 | 9,957,200-B2 | 05-01-2018 | BEALL ET AL. | |
| | A61 | 10,010,518-B2 | 07-03-2018 | MALININ ET AL. | |
| | A62 | 10,053,414-B2 | 08-21-2018 | ZHANG ET AL. | |
| | A63 | 10,246,403-B2 | 04-02-2019 | ZHANG ET AL. | |
| | A64 | 10,343,979-B2 | 07-09-2019 | MALININ ET AL. | |
| | A65 | 10,344,012-B2 | 07-09-2019 | BECKER ET AL. | |
| | A66 | 10,376,525-B2 | 08-13-2019 | OLSCHEWSKI ET AL. | |
| | A67 | 10,450,290-B2 | 10-22-2019 | BECKER ET AL. | |
| | A68 | 10,464,877-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A69 | 10,464,878-B2 | 11-05-2019 | ZHANG ET AL. | |
| | A70 | 10,494,327-B2 | 12-03-2019 | LAING, PETER | |
| | A71 | 10,526,274-B2 | 01-07-2020 | MALININ ET AL. | |
| | A72 | 10,703,706-B2 | 07-07-2020 | ZHANG ET AL. | |
| | A73 | 10,716,793-B2 | 07-21-2020 | OLSCHEWSKI ET AL. | |
| | A74 | 10,752,733-B2 | 08-25-2020 | ISHIHARA, YU | |
| | A75 | 2008/0200449-A1 | 08-21-2008 | OLSCHEWSKI ET AL. | |
| | A76 | 2008/0280986-A1 | 11-13-2008 | WADE ET AL. | |
| | A77 | 2009/0036465-A1 | 02-05-2009 | ROSCIGNO ET AL. | |
| | A78 | 2009/0124697-A1 | 05-14-2009 | CLOUTIER ET AL. | |
| | A79 | 2012/0197041-A1 | 08-02-2012 | BATRA ET AL. | |
| | A80 | 2013/0184295-A1 | 07-18-2013 | SPRAGUE ET AL. | |
| | A81 | 2013/0331593-A1 | 12-12-2013 | ~~ALPHORA RESEARCH INC.~~ Mcgowan et al. | |
| | A82 | 2014/0024856-A1 | 01-23-2014 | GIUST ET AL. | |
| | A83 | 2014/0275262-A1 | 09-18-2014 | PHARES ET AL. | |
| | A84 | 2014/0275616-A1 | 09-18-2014 | BATRA ET AL. | |
| | A85 | 2014/0323567-A1 | 10-30-2014 | LAING, PETER | |
| | A86 | 2015/0148414-A1 | 05-28-2015 | ~~INSMED INCORPORATION~~ Malinin et al. | |
| | A87 | 2015/0299091-A1 | 10-22-2015 | BATRA ET AL. | |
| | A88 | 2015/0315114-A1 | 11-05-2015 | CAYMAN CHEMICAL COMPANY INC. Hering et al. | |
| | A89 | 2015/0328232-A1 | 11-19-2015 | ~~INSMED INCORPORATION~~ Malinin et al. | |
| | A90 | 2015/0376106-A1 | 12-31-2015 | BATRA ET AL. | |
| | A91 | 2016/0030355-A1 | 02-04-2016 | KIDANE ET AL. | |
| | A92 | 2016/0030371-A1 | 02-04-2016 | PHARES ET AL. | |
| | A93 | 2016/0045470-A1 | 02-18-2016 | DR. REDDY'S LABORATORIES LIMITED Reddy et al. | |
| | A94 | 2016/0051505-A1 | 02-25-2016 | PHARES ET AL. | |
| | A95 | 2016/0107973-A1 | 04-21-2016 | BATRA ET AL. | |
| | A96 | 2016/0129087-A1 | 05-12-2016 | CHRISTE ET AL. | |

Change(s) applied to document, /C.L./ 7/7/2023

| Examiner Signature | /PAUL V WARD/ (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| Date Submitted: May 12, 2021 | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | 1629 |
| *(use as many sheets as necessary)* | | | | Examiner Name | Unassigned |
| Sheet | 1 | of | 5 | Attorney Docket Number | 080618-2002 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 4,306,075-A | 12-15-1981 | ARISTOFF, PAUL A. | |
| | A2 | 5,153,222-A | 10-06-1992 | TADEPALLI ET AL. | |
| | A3 | 5,234,953-A | 08-10-1993 | CROW ET AL. | |
| | A4 | 6,054,486-A | 04-25-2000 | CROW ET AL. | |
| | A5 | 6,441,245-B1 | 08-27-2002 | MORIARTY ET AL. | |
| | A6 | 6,521,212-B1 | 02-18-2003 | CLOUTIER ET AL. | |
| | A7 | 6,528,688-B2 | 03-04-2003 | MORIARTY ET AL. | |
| | A8 | 6,700,025-B2 | 03-02-2004 | MORIARTY ET AL. | |
| | A9 | 6,756,033-B2 | 06-29-2004 | CLOUTIER ET AL. | |
| | A10 | 6,756,117-B1 | 06-29-2004 | BARNES, MICHAEL D. | |
| | A11 | 6,803,386-B2 | 10-12-2004 | SHORR ET AL. | |
| | A12 | 6,809,223-B2 | 10-26-2004 | MORIARTY ET AL. | |
| | A13 | 7,199,157-B2 | 04-03-2007 | WADE ET AL. | |
| | A14 | 7,384,978-B2 | 06-10-2008 | PHARES ET AL. | |
| | A15 | 7,417,070-B2 | 08-26-2008 | PHARES ET AL. | |
| | A16 | 7,544,713-B2 | 06-09-2009 | PHARES ET AL. | |
| | A17 | 7,879,909-B2 | 02-01-2011 | WADE ET AL. | |
| | A18 | 7,999,007-B2 | 08-16-2011 | JEFFS ET AL. | |
| | A19 | 8,232,316-B2 | 07-31-2012 | PHARES ET AL. | |
| | A20 | 8,242,305-B2 | 08-14-2012 | BATRA ET AL. | |
| | A21 | 8,252,839-B2 | 08-28-2012 | PHARES ET AL. | |
| | A22 | 8,349,892-B2 | 01-08-2013 | PHARES, KENNETH R. | |
| | A23 | 8,350,079-B2 | 01-08-2013 | WALSH, DAVID A. | |
| | A24 | 8,410,169-B2 | 04-02-2013 | PHARES ET AL. | |
| | A25 | 8,461,393-B2 | 06-11-2013 | SHARMA, VIJAY | |
| | A26 | 8,481,782-B2 | 07-09-2013 | BATRA ET AL. | |
| | A27 | 8,497,393-B2 | 07-30-2013 | BATRA ET AL. | |
| | A28 | 8,536,363-B2 | 09-17-2013 | PHARES ET AL. | |
| | A29 | 8,563,614-B2 | 10-22-2013 | WADE ET AL. | |
| | A30 | 8,609,728-B2 | 12-17-2013 | ROTHBLATT ET AL. | |
| | A31 | 8,653,137-B2 | 02-18-2014 | JEFFS ET AL. | |
| | A32 | 8,658,694-B2 | 02-25-2014 | JEFFS ET AL. | |
| | A33 | 8,747,897-B2 | 06-10-2014 | KIDANE ET AL. | |
| | A34 | 8,765,813-B2 | 07-01-2014 | WADE ET AL. | |
| | A35 | 8,940,930-B2 | 01-27-2015 | BATRA ET AL. | |
| | A36 | 9,029,607-B2 | 05-12-2015 | MCGOWAN ET AL. | |
| | A37 | 9,050,311-B2 | 06-09-2015 | PHARES ET AL. | |
| | A38 | 9,156,786-B2 | 10-13-2015 | BATRA ET AL. | |
| | A39 | 9,199,908-B2 | 12-01-2015 | PHARES ET AL. | |
| | A40 | 9,255,064-B2 | 02-09-2016 | ~~INSMED INCORPORATION~~ | Malinin et al. |
| | A41 | 9,278,901-B2 | 03-08-2016 | PHARES ET AL. | |
| | A42 | 9,278,902-B2 | 03-08-2016 | TANG ET AL. | |
| | A43 | 9,278,903-B2 | 03-08-2016 | TANG ET AL. | |
| | A44 | 9,339,507-B2 | 05-17-2016 | OLSCHEWSKI ET AL. | |
| | A45 | 9,346,738-B2 | 05-24-2016 | JAIN ET AL. | |
| | A46 | 9,358,240-B2 | 06-07-2016 | OLSCHEWSKI ET AL. | |
| | A47 | 9,371,264-B2 | 06-21-2016 | BECKER ET AL. | |
| | A48 | 9,388,154-B2 | 07-12-2016 | YIANNIKOUROS ET AL. | |
| | A49 | 9,394,227-B1 | 07-19-2016 | ZHANG ET AL. | |

Change(s) applied
to document,
/C.L./
7/7/2023

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

4828-5519-6905.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

# EXHIBIT E

PTO/SB/08 (modified)

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: September 21, 2021 *(use as many sheets as necessary)* | | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| | | | Examiner Name | Unassigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 080618-2002 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | B1 | WO-2008/098196-A1 | 08-14-2008 | UNITED THERAPEUTICS CORPORATION | | |
| | B2 | WO-2012/009097-A1 | 01-19-2012 | CYTOKINETICS INC | | |
| | B3 | WO-2015/138423-A1 | 09-17-2015 | INSMED INC | | |
| | B4 | WO-2016/176399-A1 | 11-03-2016 | STC UNM | | |
| | B5 | WO-2016/205202-A1 | 12-22-2016 | CORSAIR PHARMA, INC. | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | B6 | Osterweil, Neil, "Inhaled treprostinil improves walk distance in patients with ILD-associated pulmonary hypertension," Chest Physician, July 6, 2020, 1-5. | |
| | B7 | Steven et al., "Pulmonary hypertension in chronic lung disease and hypoxia," Eur. Respir. J., December 13, 2018, https://doi: 10.1183/13993003.01914-2018, 15 pages. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

4851-4027-4684.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

# EXHIBIT F

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | Examiner Name | Unassigned |
| Sheet | 1 | of | 17 | Attorney Docket Number | 080618-2002 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C1 | 3,664,337 | 05-23-1972 | LINDSEY ET AL. | |
| | C2 | 4,001,650-A | 01-04-1977 | ROMAIN, JACK | |
| | C3 | 4,007,238-A | 02-08-1977 | GLENN, JOSEPH G. | |
| | C4 | 4,281,113-A | 07-28-1981 | AXEN ET AL. | |
| | C5 | 4,306,075-A | 12-15-1981 | ARISTOFF, PAUL A. | |
| | C6 | 4,306,076-A | 12-15-1981 | NELSON, NORMAN A. | |
| | C7 | 4,349,689-A | 09-14-1982 | ARISTOFF, PAUL A. | |
| | C8 | 4,473,296 | 09-25-1984 | SHOFNER ET AL. | |
| | C9 | 4,486,598-A | 12-04-1984 | ARISTOFF, PAUL A. | |
| | C10 | 4,495,944 | 01-29-1985 | BRISSON ET AL. | |
| | C11 | 4,635,647-A | 01-13-1987 | CHOKSI, PRADIP V. | |
| | C12 | 4,668,814-A | 05-26-1987 | ARISTOFF, PAUL A. | |
| | C13 | 4,677,975-A | 07-07-1987 | EDGAR ET AL. | |
| | C14 | 4,683,330-A | 07-28-1987 | ARISTOFF, PAUL A. | |
| | C15 | 4,692,464-A | 09-08-1987 | SKUBALLA ET AL. | |
| | C16 | 4,708,963-A | 11-24-1987 | SKUBALLA ET AL. | |
| | C17 | 4,976,259 | 12-11-1990 | HIGSON ET AL. | |
| | C18 | 4,984,158 | 01-08-1991 | HILLSMAN | |
| | C19 | 5,063,922 | 11-12-1991 | HAEKKINEN | |
| | C20 | 5,080,093-A | 01-14-1992 | RAABE ET AL. | |
| | C21 | 5,153,222-A | 10-06-1992 | TADEPALLI ET AL. | |
| | C22 | 5,234,953-A | 08-10-1993 | CROW ET AL. | |
| | C23 | 5,322,057-A | 06-21-1994 | RAABE ET AL. | |
| | C24 | 5,361,989-A | 11-08-1994 | MERCHAT ET AL. | |
| | C25 | 5,363,842-A | 11-15-1994 | MISHELEVICH ET AL. | |
| | C26 | 5,497,763-A | 03-12-1996 | LLOYD ET AL. | |
| | C27 | 5,551,416-A | 09-03-1996 | STIMPSON ET AL. | |
| | C28 | 5,727,542-A | 03-17-1998 | KING, RUSSELL WAYNE | |
| | C29 | 5,865,171-A | 02-02-1999 | CINQUIN, GERARD | |
| | C30 | 5,881,715-A | 03-16-1999 | SHIBASAKI, MASAE | |
| | C31 | 5,908,158-A | 06-01-1999 | CHEIMAN, VLADIMIR | |
| | C32 | 6,054,486-A | 04-25-2000 | CROW ET AL. | |
| | C33 | 6,123,068-A | 09-26-2000 | LLOYD ET AL. | |
| | C34 | 6,242,482-B1 | 06-05-2001 | SHORR ET AL. | |
| | C35 | 6,357,671-B1 | 03-19-2002 | CEWERS, GORAN | |
| | C36 | 6,521,212-B1 | 02-18-2003 | CLOUTIER ET AL. | |
| | C37 | 6,626,843-B2 | 09-30-2003 | HILLSMAN, DEANE | |
| | C38 | 6,756,033-B2 | 06-29-2004 | CLOUTIER ET AL. | |
| | C39 | 6,765,117-B2 | 07-20-2004 | MORIARTY ET AL. | |
| | C40 | 6,803,386-B2 | 10-12-2004 | SHORR ET AL. | |
| | C41 | 6,809,223-B2 | 10-26-2004 | MORIARTY ET AL. | |
| | C42 | 7,172,557-B1 | 02-06-2007 | PARKER ET AL. | |
| | C43 | 7,199,157-B2 | 04-03-2007 | WADE ET AL. | |
| | C44 | 7,261,102-B2 | 08-28-2007 | BARNEY ET AL. | |
| | C45 | 7,384,978-B2 | 06-10-2008 | PHARES ET AL. | |
| | C46 | 7,417,070-B2 | 08-26-2008 | PHARES ET AL. | |
| | C47 | 7,544,713-B2 | 06-09-2009 | PHARES ET AL. | |
| | C48 | 7,726,303-B2 | 06-01-2010 | TYVOLL ET AL. | |
| | C49 | 9,155,846-B2 | 10-13-2015 | KERN, JOACHIM | |

| Examiner Signature | /PAUL V WARD/ (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| | | |
|---|---|---|
| Substitute for form 1449/PTO | **Complete if Known** | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet | 2 | of | 17 | Attorney Docket Number | 080618-2002 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C50 | 9,358,240-B2 | 06-07-2016 | OLSCHEWSKI ET AL. | |
| | C51 | 9,713,599- | 07-25-2017 | WADE, MICHAEL | |
| | C52 | 10,076,505-B2 | 09-18-2018 | WADE, MICHAEL | |
| | C53 | 10,695,308- | 06-30-2020 | WADE, MICHAEL | |
| | C54 | 10,716,793-B2 | 07-21-2020 | OLSCHEWSKI ET AL. | |
| | C55 | 2003/0192532-A1 | 10-16-2003 | HOPKINS, ANDREW DAVID | |
| | C56 | 2004/0063912-A1 | 04-01-2004 | BLUMBERG ET AL. | |
| | C57 | 2004/0105819-A1 | 06-03-2004 | HALE ET AL. | |
| | C58 | 2004/0149282-A1 | 08-05-2004 | HICKLE | |
| | C59 | 2004/0265238-A1 | 12-30-2004 | CHAUDRY, LMTIAZ | |
| | C60 | 2005/0080140-A1 | 04-14-2005 | HATAE ET AL. | |
| | C61 | 2005/0165111-A1 | 07-28-2005 | WADE ET AL. | |
| | C62 | 2005/0166913-A1 | 08-04-2005 | SEXTON ET AL. | |
| | C63 | 2005/0183719-A1 | 08-25-2005 | WUTTKE ET AL. | |
| | C64 | 2005/0282901-A1 | 12-22-2005 | PHARES ET AL. | |
| | C65 | 2006/0147520-A1 | 07-06-2006 | RUEGG, CURTIS | |
| | C66 | 2006/0201500-A1 | 09-14-2006 | VON HOLLEN ET AL. | |
| | C67 | 2008/0200449-A1 | 08-21-2008 | OLSCHEWSKI ET AL. | |
| | C68 | 2008/0280986-A1 | 11-13-2008 | WADE ET AL. | |
| | C69 | 2009/0036465-A1 | 02-05-2009 | ROSCIGNO ET AL. | |
| | C70 | 2010/0076083-A1 | 03-25-2010 | OLSCHEWSKI ET AL. | |
| | C71 | 2010/0236545-A1 | 09-23-2010 | KERN, JOACHIM | |
| | C72 | 2010/0282622-A1 | 11-11-2010 | PHARES, KENNETH R. | |
| | C73 | 2012/0129941-A1 | 05-24-2012 | WADE ET AL. | |
| | C74 | 2012/0177693-A1 | 07-12-2012 | CIPOLLA ET AL. | |
| | C75 | 2012/0216801-A1 | 08-30-2012 | OLSCHEWSKI ET AL. | |
| | C76 | 2013/0096200-A1 | 04-18-2013 | WADE ET AL. | |
| | C77 | 2014/0018431-A1 | 01-16-2014 | WADE ET AL. | |
| | C78 | 2019/0365778- | 12-05-2019 | OLSCHEWSKI ET AL. | |
| | C79 | 2021/0177787- | 06-17-2021 | WADE, MICHAEL | |

## UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | C80 | 17/486721 | 09-27-2021 | OLSCHEWSKI ET AL. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | C81 | AU-1999959533-B2 | 02-03-2000 | TORAY INDUSTRIES, INC. | | |
| | C82 | DE-19838711.1-C1 | 06-21-2000 | OTTO SCHILL GMBH & CO KG | | ✓ |
| | C83 | DE-19934582.2-C2 | 09-18-2003 | OTTO SCHILL GHMB & CO KG | | ✓ |

| Examiner Signature | /PAUL V WARD/   (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO<br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>Date Submitted: February 16, 2022<br>*(use as many sheets as necessary)* | | ***Complete if Known*** | |
|---|---|---|---|
| | | Application Number | 17/233061 |
| | | Filing Date | 4/16/2021 |
| | | First Named Inventor | Leigh Peterson |
| | | Art Unit | Unassigned |
| | | Examiner Name | Unassigned |
| Sheet | 3 | of | 17 | Attorney Docket Number | 080618-2002 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | C84 | FR-2783431-A1 | 03-24-2000 | SYSTEM ASSISTANCE MEDICAL | | A |
| | C85 | JP-2003-522003-A | 07-22-2003 | | | ✓ |
| | C86 | JP-2004-512101-A | 04-22-2004 | GLAXO GROUP LIMITED | | ✓ |
| | C87 | JP-2005-034341-A | 02-10-2005 | TEIJIN LTD. | | A |
| | C88 | WO-01/58514-A1 | 08-16-2001 | MEDIC-AID LTD | | |
| | C89 | WO-01/85241-A1 | 11-15-2001 | PARI GMBH | | |
| | C90 | WO-02/34318-A2 | 05-02-2002 | GLAXO GROUP LTD [GB] | | |
| | C91 | WO-93/00951-A1 | 01-21-1993 | INHALE INC | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | C92 | Abe et al., "Effects of inhaled prostacyclin analogue on chronic hypoxic pulmonary hypertension," J. Cardiovascular Pharmacology, 2001, 37, 239 251. | |
| | C93 | AccuNeb label, June 2005, 2 pages. | |
| | C94 | Agnew JE, Bateman RM, Pavia D, Clarke SW. (1984) Radionuclide demonstration of ventilatory abnormalities in mild asthma. Clinical Science; 66: 525-531. | |
| | C95 | Anderson, Paula J. M.D., "History of Aerosol Therapy: Liquid Nebulization to MDIs to DPIs," Respiratory Care, September 2005, 50(9):1139-1150. | |
| | C96 | Annals of the International Commission on Radiological Protection (ICRP) Vol 28, No. 3, 1998, Publication 80, Radiation Dose to Patients from Radiopharmaceuticals. | |
| | C97 | Aradigm Corporation Form 10-Q for the quarterly period ended June 30, 2009, 37 pages. | |
| | C98 | Aradigm Corporation news release October 24, 2005, "Aradigm and United Therapeutics Sign Development and Commercialization Agreement Targeting Pulmonary Hypertension," Red Orbit News, http://www.redorbit.com/modules/news/tools.php?tool=print&id=281787, 2 pages. | |
| | C99 | Aristoff et al., "Synthesis of benzopyran prostaglandins, potent stable prostacyclin analogs, via an intermolecular mitsunobu reaction," Tetrahedron Letters, 1984, 25(36):3955-3958. | |
| | C100 | Atkins, Paul J., Ph.D., "Dry Powder Inhalers: An Overview," Respiratory Care, October 2005, 50(10):1304-1312. | |
| | C101 | ATS 2020 Virtual Preview: Clinical Trials Session, June 24, 2020, conference.thoracic.org/program/session-information/virtual-clinical-trials.php. | |
| | C102 | AZMACORT label, May 2003, 16 pages. | |
| | C103 | BADESCH et al., "Prostanoid Therapy for Pulmonary Arterial Hypertension," Journal of the American College of Cardiology," 2004, 43(12:SupplS):56S-61S. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | Examiner Name | Unassigned |
| Sheet | 4 | of | 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C104 | Beasley et al., "Preservatives in Nebulizer Solutions: Risks without Benefit," Pharmacotherapy, 1998, 18(1):130-139. | |
| | C105 | Bein et al., "Cardiovascular and pulmonary effects of aerosolized prostacyclin administration in severe respiratory failure using a ventilator nebulization system," J. Cardiovascular Pharmacology, 1996, 27, 583-586. | |
| | C106 | Bender et al,. "Nonadherence in asthmatic patients: is there a solution to the problem?", Ann. Allergy Asthma Immunol., 1997, 79:177-186. | |
| | C107 | Benedict et al., "Evidence-based pharmacologic management of pulmonary arterial hypertension," Clinical Therapeutics, 2007, 29, 2134-2153. | |
| | C108 | Bindl et al., "Aerosolised prostacyclin for pulmonary hypertension in neonates," Archives of disease in childhood, Fetal and neonatal edition, 1994, 71(3), F214-6. | |
| | C109 | Blanchard, J.D., Cipolla, D., Liu, K., Morishige, R., Mudumba, S., Thipphawong, J., Taylor, G., Warren, S., Radhakrishnan, R., Van Vlasselaer, R., Visor , G. and Starko, K. (2003) Lung Deposition of Interferon Gamma-1b following Inhalation via AERx® System vs. Respirgard II™ Nebulizer Proc. ATS Annual Meeting (Abstract A373), Seattle. | |
| | C110 | Booke et al., "Prostaglandins in Patients with Pulmonary Hypertension: The Route of Administration," Anesth. Analg., 1998, 86:917, Letter to the Editor. | |
| | C111 | Boyd, B., Noymer, P., Liu, K., Okikawa, J., Hasegawa, D., Warren, S., Taylor, G., Ferguson, E., Schuster, J., Farr, S., and Gonda, I. (2004) Effect of Gender and Device Mouthpiece Shape on Bolus Insulin Aerosol Delivery Using the AERx Pulmonary Delivery System. Pharmaceutical Research. 21 (10) 1776-1782. | |
| | C112 | Boyle et al., "So Many Drugs, So Little Time: The Future Challenge of Cystic Fibrosis Care," Chest, January 2003, 123(1):3-5. | |
| | C113 | Byron, Peter R. "Drug Delivery Devices, Issues in Drug Development," Proc. Am. Thorac. Soc., 2004, 1:321-328. | |
| | C114 | Channick et al., "Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension," J. American College of Cardiology, 2006, 48, 1433-1437. | |
| | C115 | Chattaraj, Sarat C., "Treprostinil sodium Pharmacia," Current Opinion in Investigational Drugs, April 2002, 3(4):582-586. | |
| | C116 | Chew et al., "Pharmaceutical Dry Powder Aerosol Delivery," KONA, 2001, 19:46-56. | |
| | C117 | Clark, A.R., "Medical Aerosol Inhalers: Past, Present, and Future," Aerosol Science and Technology, June 12, 2007, 22(4):374-391. | |
| | C118 | Colthorpe P, Taylor G, Farr SJ. (1997) A comparison of two non-invasive methods for quantifying aerosol deposition in the lungs of rabbits. J. Aerosol Med.; 10:255 | |
| | C119 | Dalby et al., "A review of the development of Respimat Soft Mist Inhaler," International Journal of Pharmaceutics," 2004, 283:1-9. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | | Application Number | 17/233061 |
| | | Filing Date | 4/16/2021 |
| | | First Named Inventor | Leigh Peterson |
| | | Art Unit | Unassigned |
| | | Examiner Name | Unassigned |
| Sheet | 5 | of | 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C120 | De Wet et al., "Inhaled prostacyclin is safe, effective and affordable in patients with pulmonary hypertension, right heart dysfunction, and refractory hypoxemia after cardiothoracic surgery," J. Thoracic Cardiovasc. Surg., 2004, 127:1058-1067. | |
| | C121 | Defendant Watson Laboratories, Inc.'s Invalidity Contentions for U.S. Patent Nos. 9,339,507 and 9,358,240, in The United States District Court for the District of New Jersey, Civil Action 3.15:cv-05723-PGS-LHG, August 5, 2016, 56 pages. | |
| | C122 | Denyer et al., "The Adaptive Aerosol Delivery (AAD) Technology: Past, Present, and Future," Journal of Aerosol Medicine and Pulmonary Drug Delivery, 2010, 23(Supp1):S1-S10. | |
| | C123 | Dolovich et al., "Device Selection and Outcomes of Aerosol Therapy: Evidence-Based Guidelines," Chest, January 2005, 127(1):335-371. | |
| | C124 | Doyle et al., "Inhaled prostacyclin as a selective pulmonary vasodilator," Anaesthesia and Intensive Care, August 1996, 24(4):514-515. | |
| | C125 | Dumas et al,. "Hypoxic pulmonary vasoconstriction," General Pharmacology, 1999, 33, 289-297. | |
| | C126 | Dworetz et al., "Survival of infants with persistent pulmonary hypertension without extracorporeal membrane oxygenation," Pediatrics, 1989, 84, 1-6. | |
| | C127 | Eli Lilly Press Release, "Eli Lilly and Company Licenses U.S. Rights for Tadalafil PAH Indication to United Therapeutics Corporation," November 17, 2008, 4 pages. | |
| | C128 | English translation of OptiNeb User Manual, 2005, 33 pages. | |
| | C129 | EPA Integrated Risk Information System (IRIS): data sheet for 3-methylphenol (m-cresol). Accessed at http://www.epa.gov/iris/subst/0301/htm on 3/9/2014. | |
| | C130 | EU Community Register, Annexes to Commission Decision C(2005)3436, September 5, 2005, http://ec.europa.eu/health/documents/communityregister/2005/2005090510259/anx_10259_en.pdf (Annex III –Ventavis® Labelling and Package Leaflet), 30 pages. | |
| | C131 | Ewert et al., "Aerosolized iloprost for primary pulmonary hypertension," New England Journal of Medicine, 2000, 343, 1421-1422. | |
| | C132 | Ewert et al., "Iloprost als inhalative bzw. Intravenose langzeitbehandlung von patienten mit primarer pulmonaler hypertonie," Z. Kardiol., 2000, 89, 987-999, English summary on first page. | |
| | C133 | Farber et al., "Pulmonary Arterial Hypertension," The New England Journal of Medicine," 2004, 351:1655-1665. | |
| | C134 | Farr et al., "Comparison of in vitro and in vivo efficiencies of a novel unit-dose liquid aerosol generator and a pressurized metered dose inhaler," International Journal of Pharmaceutics, 2000, 198:63-70. | |
| | C135 | Findlay et al., "Radioimmunoassay for the Chemical Stable Prostacyclin Analog, 15AU81: a Preliminary Pharmacokinetics Study in the Dog," Prostaglandins Leukot. Essent. Fatty Acids, February 1993, 48(2):167-174. | |
| | C136 | Fink et al., "Use of Prostacyclin and its Analogues in the Treatment of Cardiovascular Disease," Heart Disease, 1999, 1:29-40. | |

| Examiner Signature | /PAUL V WARD/   (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO<br>**INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT**<br>Date Submitted: February 16, 2022<br>*(use as many sheets as necessary)* | | ***Complete if Known*** | |
|---|---|---|---|
| | | Application Number | 17/233061 |
| | | Filing Date | 4/16/2021 |
| | | First Named Inventor | Leigh Peterson |
| | | Art Unit | Unassigned |
| | | Examiner Name | Unassigned |
| Sheet | 6 | of | 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C137 | FLOLAN label, September 2002, 24 pages. | |
| | C138 | Frijlink et al., "Dry Powder inhalers for pulmonary drug delivery," Expert Opin. Drug Deliv., 2004, 1(1):67-86. | |
| | C139 | Geller et al., " Bolus Inhalation of rhDNase with the AERx System in Subjects with Cystic Fibrosis," Journal of Aerosol Medicine, 2003, 16(2):175-182. | |
| | C140 | Geller, David E., M.D., "Comparing Clinical Features of the Nebulizer, Metered-Dose Inhaler, and Dry Powder Inhaler," Respir. Care, 2005, 50(10):1313-1321. | |
| | C141 | Gessler et al., "Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," Eur. Respir. J., 2001, 17, 14-19. | |
| | C142 | Ghofrani et al., "New therapies in the treatment of pulmonary hypertension," HERZ (Heart), June 2005, 30(4):296-302, with English translation. | ✓ |
| | C143 | GHOFRANI et al., "Hypoxia- and non-hypoxia-related pulmonary hypertension -- Established and new therapies," Cardiovascular Research, 2006, 72:30-40. | |
| | C144 | Goldsmith et al., "Inhaled Iloprost In Primary Pulmonary Hypertension," Drugs, 2004, 64(7):763-773. | |
| | C145 | Gonda, Igor, "A semi-empirical model of aerosol deposition in the human respiratory tract for mouth inhalation," J. Pharm. Pharmacol., 1981, 33:692-696. | |
| | C146 | Gonda, Igor, "Study of the effects of polydispersity of aerosols on regional deposition in the respiratory tract," J. Pharm. Pharmacol., 1981, 33(Supp):52P. | |
| | C147 | Hache et al., "Inhaled epoprostenol (prostacyclin) and pulmonary hypertension before cardiac surgery," The Journal of Thoracic and Cardiovascular Surgery, March 2003, 125:642-649. | |
| | C148 | Hallioglu et al., "Comparison of Acute Hemodynamic Effects of Aerosolized and Intravenous Iloprost in Secondary Pulmonary Hypertension in Children With Congenital Heart Disease," Am. J. Cardiol., 2003, 92:1007-1009. | |
| | C149 | Haraldsson et al., "Comparison of inhaled nitric oxide and inhaled aerosolized prostacyclin in the evaluation of heart transplant candidates with elevated pulmonary vascular resistance," Chest, 1998, 114, 780-786. | |
| | C150 | Hill et al., "Inhaled Therapies for Pulmonary Hypertension," Respiratory Care, June 2015, 60(6):794-805. | |
| | C151 | Hoeper et al., "Long-term Treatment of Primary Pulmonary Hypertension with Aerosolized Iloprost, a Prostacyclin Analogue," The New England Journal of Medicine," June 22, 2000, 342:1866-1870. | |
| | C152 | Hoeper et al., "A comparison of the acute hemodynamic effects of inhaled nitric oxide and aerosolized iloprost in primary hypertension," J. American College of Cardiology, 2000, 35, 176-182. | |
| | C153 | Hoeper et al., "Effects of inhaled nitric oxide and aerosolized iloprost in pulmonary veno-occlusive disease," Respiratory Medicine, 1999, 93, 62-70. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | Examiner Name | Unassigned |
| Sheet | 7 | of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C154 | Horn et al., "Treprostinil therapy for pulmonary artery hypertension," Expert Opinion on Investigational Drugs, 2002, 11(11):1615-1622. | |
| | C155 | Howarth, P.H., "Why particle size should affect clinical response to inhaled therapy," Journal of Aerosol Medicine, 2001, 14 Supp. 1, S-27-S-34. | |
| | C156 | Ichida et al., "Additive effects of beraprost on pulmonary vasodilation by inhaled nitric oxide in children with pulmonary hypertension," American Journal of Cardiology, 1997, 80, 662-664. | |
| | C157 | Konorza et al., "Klinisch-pharmakologische Austestung bei pulmonaler Hypertonie zur Therapiefuehrung," Herz, 2005, 30:286-295, English abstract on first page. | A |
| | C158 | Krause et al., "Pharmacokinetics and pharmacodynamics of the prostacyclin analogue iloprost in man," Eur. J. Clin. Pharmacol., 1986, 30, 61-68. | |
| | C159 | Labiris et al., "Pulmonary drug delivery. Part II: The role of inhalant delivery devices and drug formulations in therapeutic effectiveness of aerosolized medications," Br. J. Clin. Pharmacol., 2003, 56(6):600-612. | |
| | C160 | Laliberte et al., "Pharmacokinetics and Steady-State Bioequivalence of Treprostinil Sodium (Remodulin) Administered by the Intravenous and Subcutaneous Route to Normal Volunteers," J. Cardiovasc. Pharmacol, August 2004, 44(2):209-214. | |
| | C161 | Lee et al., "Current strategies for pulmonary arterial hypertension," J. Internal Medicine, 2005, 258, 199- 215. | |
| | C162 | Liquidia Technologies Press Release, "Liquidia Announces FDA Acceptance of New Drug Application for LIQ861 (treprostinil) Inhalation Powder for the Treatment of Pulmonary Arterial Hypertension," April 8, 2020, 3 pages. | |
| | C163 | Liquidia Technologies Press Release, "Liquidia Submits New Drug Application for LIQ861 (treprostinil) Inhalation Powder to U.S. Food and Drug Administration for the Treatment of Pulmonary Arterial Hypertension (PAH)," January 27, 2020, 3 pages. | |
| | C164 | MARTIN, John C., "Inhaled Form of Remodulin in the Pipeline," http://www.phneighborhood.com/content/in_the_news/archive_2320,aspx, ph Neighborhood, October 28, 2005, 2 pages. | |
| | C165 | Max et al., "Inhaled prostacyclin in the treatment of pulmonary hypertension," Eur. J. Pediatr., 1999, 158 Suppl 1, S23-S26. | |
| | C166 | McNulty et al., "The Pharmacokinetics and Pharmacodynamics of the Prostacyclin Analog 15AU81 in the Anesthetized Beagle Dog," Prostaglandins Leukot. Essent. Fatty Acids, February 1993, 48(2):159- 166. | |
| | C167 | Miller et al., "Standardisation of spirometry. Series ATS/ERS Task Force: Standardisation of Lung Function Testing'' Eur Respir J 2005; 26: 319–338. | |
| | C168 | Mueller et al., "Inhaled iloprost in the management of pulmonary hypertension in infants undergoing congenital heart surgery," European Journal of Anaesthesiology, June 2004, 21(Suppl.33):3, Abstract No. 084. | |
| | C169 | National Radiological Protection Board. Doses to Patients from Medical Radiological Examinations in Great Britain. (1986) Radiological Protection Bulletin No. 77. | |
| | C170 | Nauser et al., "Pulmonary Hypertension: New Perspectives," CHF, 2003, 9:155-162. | |

| Examiner Signature | /PAUL V WARD/   (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| | | | Examiner Name | Unassigned |
| Sheet | 8 | of 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C171 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 10 pages, December 19, 2016. | |
| | C172 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 10 pages, December 7, 2016. | |
| | C173 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, February 1, 2017. | |
| | C174 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, January 12, 2017. | |
| | C175 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 1, 2017. | |
| | C176 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 17, 2017. | |
| | C177 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 11 pages, March 9, 2017. | |
| | C178 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, April 13, 2017. | |
| | C179 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, February 9, 2017. | |
| | C180 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 13, 2017. | |
| | C181 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 19, 2017. | |
| | C182 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 31, 2017. | |
| | C183 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, July 5, 2017. | |
| | C184 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, June 19, 2017. | |
| | C185 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, June 2, 2017. | |
| | C186 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, March 27, 2017. | |
| | C187 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 12 pages, May 19, 2017. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | Examiner Name | Unassigned |
| Sheet | 9 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T[6] |
| | C188 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, August 16, 2017. | | |
| | C189 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, October 13, 2017. | | |
| | C190 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 1, 2017. | | |
| | C191 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 12, 2017. | | |
| | C192 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 14, 2017. | | |
| | C193 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 20, 2017. | | |
| | C194 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 13 pages, September 8, 2017. | | |
| | C195 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 14 pages, November 14, 2017. | | |
| | C196 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 14 pages, October 25, 2017. | | |
| | C197 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, December 20, 2019. | | |
| | C198 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, March 6, 2018. | | |
| | C199 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 10, 2019. | | |
| | C200 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 23, 2019. | | |
| | C201 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 28, 2019. | | |
| | C202 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 15 pages, October 8, 2019. | | |
| | C203 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 15, 2019. | | |
| | C204 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 19, 2019. | | |

| Examiner Signature | /PAUL V WARD/ (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet | 10 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C205 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, April 24, 2018. | |
| | C206 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 13, 2018. | |
| | C207 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 14, 2018. | |
| | C208 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 17, 2018. | |
| | C209 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 3, 2018. | |
| | C210 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, August 7, 2019. | |
| | C211 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 13, 2018. | |
| | C212 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 17, 2018. | |
| | C213 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, December 20, 2018. | |
| | C214 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, February 14, 2019. | |
| | C215 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, February 4, 2019. | |
| | C216 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 24, 2019. | |
| | C217 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 8, 2019. | |
| | C218 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, January 9, 2019. | |
| | C219 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, July 11, 2018. | |
| | C220 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, July 20, 2018. | |
| | C221 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 14, 2018. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | Unassigned |
| | | | | Examiner Name | Unassigned |
| Sheet | 11 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C222 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 14, 2019. | |
| | C223 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 18, 2018. | |
| | C224 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 21, 2019. | |
| | C225 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, June 25, 2018. | |
| | C226 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, March 13, 2019. | |
| | C227 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, March 29 2019. | |
| | C228 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, May 16, 2018. | |
| | C229 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, May 24, 2019. | |
| | C230 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 2, 2018. | |
| | C231 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 21, 2018. | |
| | C232 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, November 7, 2018. | |
| | C233 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 1, 2018. | |
| | C234 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 11, 2018. | |
| | C235 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, October 22, 2018. | |
| | C236 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 16 pages, September 24, 2018. | |
| | C237 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, December 11, 2015 | |
| | C238 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, February 24, 2016. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Application Number | 17/233061 |
| | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | First Named Inventor | Leigh Peterson |
| | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | Examiner Name | Unassigned |
| Sheet | 12 | of  17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C239 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 5 pages, March 14, 2016. | |
| | C240 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, August 15, 2016. | |
| | C241 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 23, 2016. | |
| | C242 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 6, 2016. | |
| | C243 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, June 7, 2016. | |
| | C244 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 23, 2016. | |
| | C245 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 31, 2016. | |
| | C246 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 6 pages, May 5, 2016. | |
| | C247 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, August 26, 2016. | |
| | C248 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 12, 2016. | |
| | C249 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 21, 2016. | |
| | C250 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, July 5, 2016. | |
| | C251 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 7 pages, September 9, 2016. | |
| | C252 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, April 30, 2020. | |
| | C253 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, February 26, 2020. | |
| | C254 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, January 7, 2020. | |
| | C255 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, May 29, 2020. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | | **Application Number** | 17/233061 |
| | | **Filing Date** | 4/16/2021 |
| | | **First Named Inventor** | Leigh Peterson |
| | | Art Unit | Unassigned |
| | | Examiner Name | Unassigned |
| Sheet | 13 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C256 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 1, 2016. | |
| | C257 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 17, 2016. | |
| | C258 | NCT02630316, Safety and Efficacy of Inhaled Treprostinil in Adult PH with ILD Including CPFE, ClinicalTrials.gov, 9 pages, November 9, 2016. | |
| | C259 | Nebu-Tec med. Produkte Eike Kern GmbH, VENTA-NEB®-ir A-I-C-I® Operating Instrutions, Sep. 2005. | |
| | C260 | Newman, S.P., "Aerosols," Chapter from Encyclopedia of Respiratory Medicine, 2006, 58-64. | |
| | C261 | Notes for Guidance on the Clinical Administration of Radiopharmaceuticals and Use of Sealed Radioactive Sources. Administration of Radioactive Substances Advisory Committee (ARSAC) (March 2006). ARSAC Secretariat, Chilton, Didcot, Oxon. OX11 0RQ. | |
| | C262 | Olin, Jeffrey W., D.O., "Thromboangiitis Obliterans (Buerger's Disease)," N. Engl. J. Med., 2000, 343:864-869. | |
| | C263 | Olschewski et al. for the German PPH Study Group, "Inhaled iloprost to treat severe pulmonary hypertension – An uncontrolled trial," Annals of Internal Medicine, 2000, 132, 435-443. | |
| | C264 | Olschewski et al., "Inhaled Iloprost for Severe Pulmonary Hypertension," The New England Journal of Medicine," August 1, 2002, 347(5):322-329. | |
| | C265 | Olschewski et al., "Aerosolized prostacyclin and iloprost in severe pulmonary hypertension,: Annals of Internal Medicine, 1996, 124, 820 824. | |
| | C266 | Olschewski et al., "Inhaled Iloprost for Severe Pulmonary Hypertension," N. Eng. J. Med., August 1, 2002, 347(5):322-329. | |
| | C267 | Olschewski et al., "Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis," Am. Respir. Crit. Care Med., 1999, 160, 600-607. | |
| | C268 | Olschewski et al., "Pharmacodynamics and pharmacokinetics of inhaled iloprost, aerosolized by three different devices, in severe pulmonary hypertension," Chest, 2003, 124, 1294-1304. | |
| | C269 | Olschewski et al., "Prostacyclin and its analogues in the treatment of pulmonary hypertension," Pharmacology and Therapeutics, 2004, 102, 139-153. | |
| | C270 | Olschewski et al., "Recovery from circulatory shock in severe primary pulmonary hypertension (PPH) with aerosolization of iloprost," Intensive Care Med., 1998, 24, 631-634. | |
| | C271 | Olschewski, Horst, "Therapie der pulmonalen Hypertonie," Pneumologe, 2004, 1:95-101. | |
| | C272 | OPTINEB®-ir Operating Instructions, Unit Type ON-100/2-2.4 MHz, 2005, 33 pages, verified English translation. | |

| Examiner Signature | /PAUL V WARD/  (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | | | Complete if Known | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: February 16, 2022 *(use as many sheets as necessary)* | | | | Application Number | 17/233061 | |
| | | | | Filing Date | 4/16/2021 | |
| | | | | First Named Inventor | Leigh Peterson | |
| | | | | Art Unit | Unassigned | |
| | | | | Examiner Name | Unassigned | |
| Sheet | 14 | of | 17 | Attorney Docket Number | 080618-2002 | |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C273 | ORENITRAM label, October 2019, 17 pages. | |
| | C274 | Osterweil, Neil, "Treprostinil Improves Walk Distance in Pulmonary Hypertension," July 9, 2020, 9 pages, www.medscape.com/viewarticle/933674, | |
| | C275 | Pappert et al., "Aerosolized Prostacyclin Versus Inhaled Nitric Oxide in Children with Severe Acute Respiratory Distress Syndrome," Anesthesiology, June 1995, 82(6):1507-1511. | |
| | C276 | Petition for Inter Partes Review of U.S. Patent No. 10,716,793, Liquidia Technologies, Inc. (petitioner) v. United Therapeutics Corporation (patent owner), IPR2021-00406, and Exhibits 1002, 1003, 1004, 1005 and 1036. | |
| | C277 | Pitcairn et al., "Deposition of Corticosteroid Aerosol in the Human Lung by Respimat Soft Mist Inhaler Compared to Deposition by Metered Dose Inhaler or by Turbuhaler Dry Powder Inhaler," Journal of Aerosol Medicine, 2005, 18(3):264-272. | |
| | C278 | Prober et al., "Technical Report: Precautions Regarding the Use of Aerosolized Antibiotics," Pediatrics, December 2000, 106(6):1-6. | |
| | C279 | Publications of the International Commission on Radiological Protection (ICRP) (1977) Recommendations of the International Commission on Radiological Protection 26. | |
| | C280 | Pulmonary Delivery, ONdrugDelivery, 2006, 5 pages. | |
| | C281 | Pulmozyme label, April 2005, 2 pages. | |
| | C282 | Rau, Joseph L., "Determinants of Patient Adherence to an Aerosol Regimen," Respiratory Care, October 2005, 50(10):1346-1359. | |
| | C283 | REMODULIN label, November 2004, 11 pages. | |
| | C284 | RIGBY, Jonathan, Aradigm Corporation, "Technological advances for success: Product pipeline in targeted pulmonary delivery," Pulmonary Delivery Innovative Technologies Breathing New Life into Inhalable Therapeutics, ONdrugDelivery, http://www.ondrugdelivery.com/publications/Pulmonary.pdf, 2006, 17-19. | |
| | C285 | RUAN et al., "Prostacyclin therapy for pulmonary arterial hypertension," Texas Heart Institute Journal (2010) Vol. 37, No. 4, pages 391-399. | |
| | C286 | Rubin et al., "Evaluation and Management of the Patient with Pulmonary Arterial Hypertension," Ann. Intern. Med., 2005, 143:282-292. | |
| | C287 | Rubin et al., "Pulmonary Arterial Hypertension: A Look to the Future," Journal of the American College of Cardiology, June 18, 2004, 43(12,Suppl.S):89S-90S. | |
| | C288 | Saini et al., "Effect of Electrostatic Charge and Size Distributions on Respirable Aerosol Deposition in Lung Model," Industry Applications Conference, 2004, 39th IAS Annual Meeting, Conference Record of the 2004 IEEE Seattle, WA, October 3-7, 2004, 2:948-952. | |

| Examiner Signature | /PAUL V WARD/    (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>Date Submitted: February 16, 2022<br><br>*(use as many sheets as necessary)* | | **Complete if Known** | |
|---|---|---|---|
| | | Application Number | 17/233061 |
| | | Filing Date | 4/16/2021 |
| | | First Named Inventor | Leigh Peterson |
| | | Art Unit | Unassigned |
| | | Examiner Name | Unassigned |
| Sheet | 15 | of | 17 | Attorney Docket Number | 080618-2002 |

| | | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T[6] |
| | C289 | Sandifer et al., "Effects of Aerosol vs IV UT-15 on Prostaglandin H2 Analog-Induced Pulmonary Hypertension in Sheep," Chest, 2005, 128:616S. | | |
| | C290 | SANDIFER et al., "Potent effects of aerosol compared with intravenous treprostinil on the pulmonary circulation," J. Appl. Physiol., 2005, 99:2363-2368. | | |
| | C291 | Santak et al., "Prostacyclin aerosol in an infant with pulmonary hypertension," Eur. J. Pediatr., 1995, 154, 233-235. | | |
| | C292 | Scientific discussion for the approval of Ventavis, European Medicines Agency (EMEA), October 20, 2004, 30 pages. | | |
| | C293 | Soditt et al., "Improvement of oxygenation induced by aerosolized prostacyclin in a preterm infant with persistent pulmonary hypertension of the newborn," Intensive Care Med., 1997, 23, 1275-1278. | | |
| | C294 | Steffen et al., "The Effects of 15AU81, a Chemically Stable Prostacyclin Analog, on the Cardiovascular and Renin-Angiotensis Systems of Anesthetized Dogs," Prostaglandins, Leukotrienes and Essential Fatty Acids," 1991, 43:277-286. | | |
| | C295 | Stein et al., "The History of Therapeutic Aerosols: A Chronological Review," Journal of Aerosol Medicine and Pulmonary Drug Delivery, 2017, 30(1):20-41. | | |
| | C296 | Stricker et al., "Sustained improvement of performance and haemodynamics with long-term aerosolized prostacyclin therapy in severe pulmonary hypertension," Schweiz Med. Wochenschr., 1999, 129, 923- 927. | | |
| | C297 | Telko et al., "Dry Powder Inhalation Formulation," Respiratory Care, September 2005, 50(9):1209-1227. | | |
| | C298 | Tyvaso label, 2009, 49 pages. | | |
| | C299 | United Therapeutics Press Release," United Therapeutics Announces FDA Approval of Third Generation Nebulizer for the Tyvaso Inhalation System," October 23, 2017, 5 pages. | | |
| | C300 | Vachiery et al., "Transitioning From IV Epoprostenol to Subcutaneous Treprostinil in Pulmonary Arterial Hypertension," Chest, 2002, 121:1561-1565. | | |
| | C301 | Van Heerden et al., "Inhaled aerosolized prostacyclin as a selective pulmonary vasodilator for the treatment of severe hypertension," Anaesthesia and Intensive Care, 1996, 24, 87-90. | | |
| | C302 | Van Heerden et al., "Re: Delivery of inhaled aerosolized prostacyclin (IAP)," Anaesthesia and Intensive Care, 1996, 24, 624-625. | | |
| | C303 | VENTAVIS (iloprost) Inhalation Solution product information, December 2004, 15 pages. | | |
| | C304 | Voswinckel et al., "Acute effects of the combination of sildenafil and inhaled treprostinil on haemodynamics and gas exchange in pulmonary hypertension," Pulmonary Pharmacology & Therapeutics, 2008, 21, 824-832. | | |
| | C305 | Voswinckel et al., "Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension: Results from Randomized Controlled Pilot Studies" J. Am. Coll. Cardiol., 48(8):1672-1681 (2006) | | |

| Examiner Signature | /PAUL V WARD/ (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 17/233061 |
| | | | | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | | | | First Named Inventor | Leigh Peterson |
| | | | | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | | | | Examiner Name | Unassigned |
| Sheet | 16 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C306 | VOSWINCKEL et al., "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension," Annals of Internal Medicine, January 17, 2006, 144(2):149-150. | |
| | C307 | Voswinckel et al., "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal, Journal of the European Society of Cardiology, ESC Congress, August 28 - September 1, 2004, Munich, Germany, p. 22, abstract 218. | |
| | C308 | Voswinckel et al., "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Circulation, October 26, 2004, Supplement, 110(17):295, abstract 1414. | |
| | C309 | Voswinckel et al., Abstract 1414, "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, October 26, 2004, 110(17Supp):III-295. | |
| | C310 | Voswinckel et al., Abstract 218, "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal, 2004, 25:22. | |
| | C311 | Walmrath et al., "Aerosolized prostacyclin in adult respiratory distress syndrome," Lancet, 1993, 342:961-962. | |
| | C312 | Walmrath et al., "Direct Comparison of Inhaled Nitric Oxide and Aerosolized Prostacyclin in Acute Respiratory Distress Syndrome," Am. J. Respir. Crit. Care Med., 1996, 153:991-996. | |
| | C313 | Walmrath et al., "Effects of inhaled versus intravenous vasodilators in experimental pulmonary hypertension," Eur. Respir. J., 1997, 10, 1084-1092. | |
| | C314 | Wasserman et al., "Bronchodilator effects of prostacyclin (PGI2) in dogs and guinea pigs," European Journal of Pharmacology, 1980, 66, 53-63. | |
| | C315 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics Corp. (Patent Owner), Decision Granting Institute of Inter Partes Review 37 C.F.R. 42.108, IRP2017-01621, Patent No. 9,358,240, January 11, 2018. | |
| | C316 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics Corp. (Patent Owner), Decision Granting Institute of Inter Partes Review 37 C.F.R. 42.108, IRP2017-01622, Patent No. 9,339,507, January 11, 2018. | |
| | C317 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics, Inc. (Patent Owner), Petition for Inter Partes Review, IRP2017-01621, Patent No. 9,358,240, with only Exhibits 1002, 1059, 1161 and 1164 and not including exhibits already provide with C318. | |
| | C318 | Watson Laboratories, Inc. (Petitioner) v. United Therapeutics, Inc. (Patent Owner), Petition for Inter Partes Review, IRP2017-01622, Patent No. 9,339,507, with all Exhibits on exhibit list. | |
| | C319 | Waxman et al., "Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease," The New England Journal of Medicine, 2021, 284:325-334. | |
| | C320 | Webb et al., "The use of inhaled aerosolized prostacyclin (IAP) in the treatment of pulmonary hypertension secondary to pulmonary embolism," Intensive Care Med., 1996, 22, 353-355. | |
| | C321 | Welsh, Erin T., MA, "Inhaled treprostinil improves outcomes in ILD-associated pulmonary hypertension," June 30, 2020, 2 pages, www.healio.com/news/pulmonology/20200630/inhaled-treprostinil-improves-outcomes-in-ildassociated-pulmonary-hypertension. | |
| | C322 | Welsh, Erin T., MA., "FDA approves inhaled treprostinil for pulmonary hypertension associated with ILD, April 5, 2021, www.healio.com/news/pulmonology/20210405/fda-approves-inhaled-treprostinil-for-pulmonary-hypertension-associated-with-ild. | |

| Examiner Signature | /PAUL V WARD/   (02/27/2023) | Date Considered | |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

PTO/SB/08 (modified)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 17/233061 |
| | Filing Date | 4/16/2021 |
| Date Submitted: February 16, 2022 | First Named Inventor | Leigh Peterson |
| | Art Unit | Unassigned |
| *(use as many sheets as necessary)* | Examiner Name | Unassigned |
| Sheet | 17 | of | 17 | Attorney Docket Number | 080618-2002 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | C323 | Wensel et al., "Effects of iloprost inhalation on exercise capacity and ventilator efficiency in patients with primary pulmonary hypertension," Circulation, 2000, 101, 2388-2392. | |
| | C324 | Wetzel, R.C., "Aerosolized prostacyclin: in search of the ideal pulmonary vasodilator," Anesthesiology, 1995, 82, 1315-1317. | |
| | C325 | Wittwer et al., "Inhalative Pre-Treatment of Donor Lungs Using the Aerosolized Prostacyclin Analog Iliprost Ameliorates Reperfusion Injury," J. Heart Lung Transplant, 2005, 24:1673-1679. | |
| | C326 | Zanen et al., "Optimal particle size for beta 2 agonist and anticholinergic aerosols in patients with severe airflow obstruction," Thorax, 1996, 51, 977-980. | |
| | C327 | Zanen et al., "The optimal particle size for ß-adrenergic aerosols in mild asthmatics," International Journal of Pharmaceutics, 1994, 107, 211-217. | |
| | C328 | Ziegler et al., "Comparison of Cascade Impaction and Laser Diffraction for Particle Size Distribution Measurements," Journal of Aerosol Medicine, 2005, 18(3):311-324. | |
| | C329 | Zierenberg et al., "The Respimat, a New Soft Mist Inhaler for Delivering Drugs to the Lungs," Modified-Release Drug Delivery Technology, 2002, Chapter 78, 925-933. | |

| Examiner Signature | /PAUL V WARD/   (02/27/2023) | Date Considered | |
|---|---|---|---|

4866-5355-4446.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /P.V.W/

# EXHIBIT G



**958**

**A Comparative Study of Right Ventricular Strain to Established Echocardiographic Parameters in Pulmonary Hypertension**

*D. Seaton,[1] A. Yamada,[2] J. Chan,[3] B. Shearer,[1] K. Aldridge,[1] F. Kermeen.[4] [1]Queensland Nuclear Imaging, The Prince Charles Hospital, Brisbane, Australia; [2]Heart Foundation Research Centre, Griffith University, Gold Coast, Australia; [3]Cardiology Department, The Prince Charles Hospital, Brisbane, Australia; [4]Queensland Lung Transplant Unit, The Prince Charles Hospital, Brisbane, Australia.*

**Purpose:** Right ventricular (RV) function is a strong predictor of morbidity and mortality in pulmonary hypertension (PH). The measurement of right ventricular global strain (RVGS) is a developing quantitative, non-invasive parameter in the assessment of the RV. The aim of this study was to compare global RV longitudinal strain (RVLS) relative to established echocardiographic indices in the assessment RV dysfunction in a cohort of PH patients with pseudo-normalised tricuspid annular plane systolic excursion (TAPSE) and S' velocity.

**Methods:** 52 consecutive patients (mean age 56±2.2, mean NYHA-FC 3.2, 25 IPAH, 13 PAH-CVD, 3 PAH-CHD, 5 CTEPH, 5 out of proportion PHT & 1 Porto-pulmonary-PH) underwent 2D transthoracic speckle tracking echocardiography with modified apical 4 chamber view focused on RV. Global RVLS was measured offline using EchoPAC BT011 GE software. Global RVLS was compared to established RV echocardiographic parameters using Pearson's correlation.

**Results:** Global RVLS demonstrated modest correlation with RV dysfunction by visual estimation (r=0.458, p=0.001; r=0.512,p=0.001) and NYHA functional class (r=0.487,p<0.001; r=.0481,p<0.001) compared with other parameters of RV function, including TAPSE ( r=0.017; p=0.916), RV S' tissue Doppler (r=-0.273; p=0.069 ), PAEDP (r=0.063; p=0.71 ) and fractional area change (r=-0.337; p = 0.025).

**Conclusion:** Our study failed to show correlation of global RVLS to established echocardiographic parameters of RV dysfunction in a cohort of patients with severe PH. However, RVGS is a developing quantitative, non-invasive parameter that requires more study to define the relationship of RVGS to mortality and morbidity in PH.

**959**

**Inhaled Treprostinil in Group-3 Pulmonary Hypertension**

*M. Agarwal,[1] A.B. Waxman.[2] [1]Pulmonary Critical Care and Cardiovascular Medicine, Brigham & Women's Hospital, Boston, MA; [2]Center for Pulmonary Heart Disease, Brigham & Women's Hosp, Boston, MA.*

**Purpose:** WHO Group-3PH is frequently encountered and adversely affects patients' quality of life and survival. Treatment with systemic pulmonary vasodilators may result in V/Q imbalance. Inhaled prostanoid therapy is delivered directly to well ventilated lung units preserving V/Q, and reducing undesirable alterations in perfusion. We conducted a retrospective assessment of Group-3 PH patients (pts) receiving inhaled Treprostinil (iTre) to investigate the effects of iTre on dyspnea, 6MWD, BDI, and WHO FC.

**Methods:** We followed 35 WHO Group-3PH pts treated with iTre for 6 months (mo). 15 had obstructive, 15 restrictive disease and 5 were classified as mixed obstructive/restrictive. All pts had a diagnostic right heart cath prior to treatment. Baseline (BL) hemodynamics: mPAP 44.37 +/- 9.80, PAOP 9.68 +/- 4.71. In one patient CO and PVR was not reported. For the remaining 34 pts CO 4.7 +/- 1.34, and PVR 8.775WU +/- 4.7625. All pts started on 3-breaths (br) 4x daily and increased to goal of 9-12 br 4x daily as tolerated. 6-MWD, BDI, WHO FC, AE's, number of breaths and subjective improvement were assessed.

**Results:** All 35 pts started iTre, 16 women, 19 men, mean age of 68.77 +/- 9.77. There were no significant changes in WHO FC (p= 0.08), 30 pts had subjective improvement. The most common AE was cough. Of the 35 pts, 9 were on therapy less than 6 mo; 1 death unrelated to therapy, 2 stopped because of intolerance, 3 stopped for lack of efficacy, 2 lost to follow up, and 1 who entered hospice. 26 pts remained on therapy for at least 6 mo. Number of breaths at 6 months was 6 (n=2), 9 (n=15), 12 (n=3), and 15 (n=1). 24 of these pts reported subjective improvement and 21 had 6MWD available at BL and 6mos. Mean change in 6 MWD +60.85m +/- 92.60 (median change +45m, p = 0.0019). In patients with obstruction 6MWD improved by a mean of 71m +/- 120 (median +26m), and restriction by 50m +/- 57 (median +61m). There was no significant change in the Borg Dyspnea Index (p=0.8783).

**Conclusion:** Group-3 PH can be effectively and safely treated with iTre. Inhaled Treprostinil may offer a well-tolerated treatment in advanced lung disease patients complicated by pulmonary vascular remodeling. A prospective clinical trial is indicated.

# EXHIBIT H



*Research Article*

# Pulmonary Circulation

# The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease

**Abubakr A. Bajwa[1], Adil Shujaat[1], Minal Patel[1], Colleen Thomas[2], Franck Rahaghi[3] and Charles D. Burger[2]**

[1]University of Florida College of Medicine, Jacksonville, FL, USA; [2]Mayo Clinic, Jacksonville, FL, USA; [3]Cleveland Clinic, Weston, FL, USA

## Abstract

The primary aim was to explore the safety and tolerability of inhaled treprostinil when used in patients with pulmonary hypertension (PH) with concomitant chronic obstructive pulmonary disease (COPD). Patients with a diagnosis of pre-capillary PH (defined as pulmonary artery mean pressure of $\geq 25$ mmHg and pulmonary artery wedge pressure or left ventricular end diastolic pressure of $\leq 15$ mmHg) who were being initiated on inhaled treprostinil and had concomitant COPD (defined as FEV1/FVC ratio $\leq 70\%$ with FEV1 $\geq 40\%$ predicted) were considered for inclusion in this pilot study. Assessments included adverse events, physical exam, World Health Organization (WHO) functional class, 6-minute walk test (6MWT), modified Borg dyspnea score, and concomitant medication. At baseline and week 16 St. George's Respiratory Questionnaire (SGRQ), arterial blood gas (ABG), and pulmonary function test (PFT) were assessed. The median age was 65 years (age range, 56–80 years) and five patients (56%) were men. Among the nine patients, a majority had an increase in 6MWT from baseline to week 16 (median change, 19 m). Only three of the nine patients (33%) had an increase in A-a gradient at week 16 (median change, −7). There was no difference in any of the following: arterial blood gases, WHO functional class, 6MWT results, or SGRQ scores from baseline to week 16. There was a statistically significant decline in several of the PFT measures, including FEV1 (median change, −0.18 L; $P = 0.004$; median change, −7% of predicted; $P = 0.016$), FVC (median change, −0.23 L; $P = 0.027$), and diffusion capacity for carbon monoxide (DLCO) (median change, −5% of predicted; $P = 0.023$). The small number of patients limits firm conclusions; however, inhaled treprostinil did not seem to adversely impact oxygenation in the majority of the study patients with pre-capillary PH and COPD. While there may have an adverse impact on some pulmonary function parameters, the clinical significance is unclear.

### Keywords

pulmonary hypertension, chronic obstructive pulmonary disease (COPD), inhaled treprostinil, safety, tolerability

Date received: 7 June 2016; accepted: 29 August 2016

Pulmonary Circulation 2017; 7(1) 82–88
DOI: 10.1086/689291

## Introduction

Pulmonary hypertension (PH) secondary to chronic obstructive pulmonary disease (COPD) is classified as diagnostic group 3, otherwise known as PH associated with lung diseases and/or hypoxemia.[1] PH with COPD is defined by a pulmonary artery mean pressure (mPAP) $\geq 25$ mmHg and severe when the mPAP is $\geq 35$ mmHg. The presence of PH in COPD adversely impacts survival and exercise capacity.[2] Reports of the prevalence of PH in stable COPD are variable, in the range of 20–91% depending on the definition of

PH, the severity of COPD, and the method of measuring the PAP.[3–8] A number of mechanisms have been implicated in the development of PH in COPD and include pulmonary

Corresponding author:
Abubakr A Bajwa, Associate Professor of Medicine, Associate Chair of Operation, Department of Medicine, Division Chief, Pulmonary, Critical Care and Sleep Medicine, Medical Director Respiratory Therapy, Director Pulmonary Hypertension and Interstitial Lung Disease Clinic, University of Florida College of Medicine/Jacksonville, 655 W 8th Street, Jacksonville, FL 32209, USA.
Email: abubakr.bajwa@jax.ufl.edu

Creative Commons Non Commercial CC-BY-NC: This article is distributed under the terms of the Creative Commons Attribution-NonCommercial 3.0 License (http://www.creativecommons.org/licenses/by-nc/3.0/) which permits non-commercial use, reproduction and distribution of the work without further permission provided the original work is attributed as specified on the SAGE and Open Access pages (https://us.sagepub.com/en-us/nam/open-access-at-sage).

© 2017 by Pulmonary Vascular Research Institute.
Reprints and permissions: sagepub.co.uk/journalsPermissions.nav journals.sagepub.com/home/pul




**Pulmonary Circulation**   Volume 7   Number 1   |   83

**Table 1.** Patient demographics, co-morbidities, and results of the diagnostic right-heart catheterization.

| Characteristic | Summary (n = 9) |
|---|---|
| **Sex** | |
| Female | 4 (44%) |
| Male | 5 (56%) |
| Age (years) | 65 (56–80) |
| **Race** | |
| Black or African American | 2 (22%) |
| White or Caucasian | 7 (78%) |
| Weight (kg) | 75 (46–177) |
| Height (cm) | 170.2 (157.5–182.9) |
| BMI (kg/m²) | 23.1 (18.5–59.0) |
| **Smoking status** | |
| Never | 0 |
| Former | 9 (100%) |
| Current | 0 |
| Pack-years of smoking | 40 (10–48) |
| **Right heart catheterization** | |
| RAP (mmHg) | 10 (2–14) |
| PAS (mmHg) | 74 (36–93) |
| PAD (mmHg) | 30 (14–48) |
| PAM (mmHg) | 46 (26–58) |
| PAWP or LVEDP (mmHg) | 11 (7–18) |
| CO (L/min) | 3.9 (2.2–7.6) |
| CI (L/min/m²) | 2.4 (1.3–4.0) |
| PVR (dynes/s/cm-5) | 729 (211–1491) |

Data are reported as sample median (minimum–maximum) or n (%).
BMI: body mass index; CI: cardiac index; CO: cardiac output; CVP: central venous pressure; LVEDP: left ventricular end diastolic pressure; PAD: pulmonary artery diastolic; PAH: pulmonary arterial hypertension; PAM: pulmonary artery mean; PAS: pulmonary artery systolic; PAWP: pulmonary artery wedge pressure; PVR: pulmonary vascular resistance; RAP: right atrial pressure.



**Fig. 1** 6MWT at baseline and end of study.

vascular vasoconstriction, remodeling, endothelial dysfunction, and genetic predisposition.[7,9] It has also been shown that a mPAP > 18 mmHg is associated with an increased risk of severe acute exacerbation in patients with moderate to severe COPD.[10] During such an exacerbation, the systolic PAP may increase as much as 20 mmHg but returns to baseline after resolution.[11,12]

The adverse effect of PH on survival and exercise capacity, as well as the increased risk of severe acute exacerbations caused by PH, provide the rationale for treating PH in COPD. Hence, the goals of treatment are to improve exercise tolerance, quality of life, and survival as well as reduce exacerbations. While pulmonary vasodilators may improve hemodynamics, the benefit may be offset by an adverse effect on ventilation-perfusion matching with resultant hypoxemia at rest.[13–15]

The phenomenon of worsening gas exchange due to altered ventilation-perfusion matching has been observed with oral pulmonary vasodilators; however, there are limited data on inhaled pulmonary vasodilator therapy for PH in COPD. Delivery of the vasodilator to better ventilated lung units may help to avoid the undesired deterioration in gas exchange. Treprostinil sodium is a prostacyclin analogue, which is used to treat pulmonary arterial hypertension (PAH) and is available in intravenous, subcutaneous, oral, and inhaled formulations. To explore the safety and tolerability of inhaled treprostinil, we performed a pilot study of the impact on arterial gas tension, symptoms, exercise capacity, and lung function when used in patients with pre-capillary PH and COPD.

## Methods

Patients with a diagnosis of pre-capillary PH (defined as a pulmonary artery mean pressure of ≥ 25 mmHg and pulmonary artery wedge pressure or left ventricular end diastolic pressure of ≤ 15 mmHg) who were being initiated on inhaled treprostinil and had concomitant COPD (defined as forced expiratory volume in 1 s (FEV1)/forced vital capacity (FVC) ratio ≤ 70% with FEV1 ≥ 40% predicted) were considered for inclusion in this prospective, multi-center, open-label pilot study. The criteria were established using guidance from previous major efficacy trials in group 1 PAH that included patients with COPD. Inclusion criteria also included age range of 18–80 years and a baseline 6-minute walk test (6MWT) ≥ 150 m with no change in COPD treatment for at least 30 days prior to enrollment. Patients were excluded if they were treated with an endothelial receptor antagonist, phosphodiesterase inhibitor, or parenteral prostanoid within 3 months prior to enrollment. No change in COPD medications was permitted unless necessitated by exacerbation.

After enrollment, patients were assessed at baseline and weeks 4, 8, 12, and 16. Assessments included adverse events, physical examination, World Health Organization (WHO) functional class (FC) for PAH, 6MWT, modified Borg

**Table 2.** Arterial blood gas (ABG), WHO functional class, 6-minute walk test (6MWT), pulmonary function testing (PFT), and quality of life at baseline and week 16 (n = 9).

| Variable | Baseline | Week 16 | Difference, Week 16–Baseline | P |
|---|---|---|---|---|
| ABG | | | | |
| PaO2 (mmHg) | | | | 0.64 |
| Median (range) | 58 (50–80) | 61 (46–79) | 0 (–24 – 29) | |
| PaCO2 (mmHg) | | | | 0.44 |
| Median (range) | 35 (29–44) | 34 (32–62) | 2 (–4 – 23) | |
| Ph | | | | 0.38 |
| Median (range) | 7.44 (7.39–7.51) | 7.42 (7.36–7.49) | –0.02 (–0.05 – 0.05) | |
| SaO2 % | | | | 0.76 |
| Median (range) | 90.9 (86.7–95.6) | 91.7 (84.2–95.2) | –1.0 (–8.2 – 8.5) | |
| FiO2 (%) | | | | 1.00 |
| Median (range) | 21 (21–36) | 21 (21–36) | 0 (0–0) | |
| A-a gradient | | | | 0.73 |
| Median (range) | 43 (18–174) | 45 (26–135) | –7 (–39 – 25) | |
| WHO functional class | | | | 1.00 |
| II | 0 | 1 (11%) | Decrease, 1 (11%) | |
| III | 9 (100%) | 7 (78%) | No change, 7 (78%) | |
| IV | 0 | 1 (11%) | Increase, 1 (11%) | |
| 6MWT | | | | |
| Distance (m) | | | | 0.38 |
| Median (range) | 204 (180–258) | 270 (78–315) | 19 (–114 – 111) | |
| Borg dyspnea scale | | | | 0.67 |
| Median (range) | 3 (2–10) | 3 (1–10) | 0 (–7 – 6) | |
| PFT | | | | |
| TLC (L) | | | | 0.84 |
| Median (range) | 4.91 (3.64–6.37) | 5.07 (3.12–6.25) | –0.08 (–0.52 – 0.95) | |
| TLC (% of predicted) | | | | 0.82 |
| Median (range) | 82 (79–102) | 88 (68–106) | –4 (–12 – 19) | |
| FEV1 (L) | | | | 0.004 |
| Median (range) | 1.50 (0.97–2.45) | 1.32 (0.74–2.31) | –0.18 (–0.61 – –0.03) | |
| FEV1 (% of predicted) | | | | 0.016 |
| Median (range) | 54 (41–79) | 54 (25–75) | –7 (–16 – 4) | |
| FVC (L) | | | | 0.027 |
| Median (range) | 2.73 (1.45–4.26) | 2.46 (1.52–3.83) | –0.23 (–0.6 – 0.17) | |
| FVC (% of predicted) | | | | 0.090 |
| Median (range) | 66 (56–95) | 68 (53–83) | –8 (–15 – 12) | |
| FEV1/FVC (%) | | | | 0.16 |
| Median (range) | 67 (45–71) | 59 (33–71) | –4 (–16 – 3) | |
| RV/TLC (%) | | | | 0.65 |
| Median (range) | 118 (29–167) | 115 (35.65–181) | 8 (–51.35 – 24) | |
| DLCO (mL/min/mmHg) | | | | 0.074 |
| Median (range) | 8.60 (5.10–18.42) | 8.92 (5.20–14.01) | –1.20 (–4.93 – 1.18) | |
| DLCO (% of predicted) | | | | 0.023 |
| Median (range) | 38 (28–63) | 32 (23–60) | –5 (–16 – 4) | |
| SGRQ | | | | |
| Total score | | | | 0.20 |
| Median (range) | 61 (48–73) | 64 (27–71) | –4 (–22 – 18) | |
| Symptoms score | | | | 0.73 |

(continued)

**Table 2.** Continued

| Variable | Baseline | Week 16 | Difference, Week 16–Baseline | P |
|---|---|---|---|---|
| Median (range) | 65 (32–81) | 56 (34–79) | 2 (−29 – 32) | |
| Activity score | | | | 0.14 |
| Median (range) | 80 (64–93) | 73 (31–93) | −13 (−37 – 13) | |
| Impacts score | | | | 0.57 |
| Median (range) | 52 (28–68) | 60 (17–72) | −2 (−322 – 22) | |

$P$ values result from Wilcoxon signed rank tests.

6MWT: 6-minute-walk test; A-a: Alveolar–arterial; DLCO: diffusion capacity; FEV1: forced expiratory volume in 1 s; FiO2: fraction of inspired oxygen; FVC: forced vital capacity; PaCO2: partial pressure of carbon dioxide; PFT: pulmonary function testing; PaO2: partial pressure of oxygen; RV: residual volume; SaO2: oxygen saturation; SGRQ: St. George's Respiratory Questionnaire; TLC: total lung capacity; WHO: World Health Organization.



**Fig. 2** A-a gradient at baseline and end of study.

dyspnea score, and concomitant medication. At baseline and week 16, the following assessments were performed: St. George's Respiratory Questionnaire (SGRQ), arterial blood gas (ABG), and pulmonary function test (PFT).

The primary aim was to explore the impact of inhaled treprostinil sodium inhalation on gas exchange when used in PH with COPD patients by measuring ABG at both the beginning and end of study. Secondary aims included the effects of inhaled treprostinil sodium on COPD-related quality of life, 6MWT, PFT, WHO FC, and the modified Borg dyspnea score at the end of the 6MWT.

## Sample size

Originally it was determined that a sample size of 20 patients would be reasonable for the exploratory aims of this pilot study. However, the study was stopped early owing to lower than expected enrollment.

## Statistical analysis

Categorical variables were summarized using the number and percent while numeric variables were summarized by the sample median and range and/or mean and standard deviation (SD). The change from baseline to week 16 was explored using a Wilcoxon signed rank test. $P$ values $\leq 0.05$ were considered statistically significant without adjustment for multiple testing.

## Results

Nine patients were included in this prospective single-arm pilot study. The median age was 65 years (age range, 56–80 years) and five (56%) were men. Patient demographics, co-morbidities, and right heart catheterization results are summarized in Table 1.

Among the nine patients, six (67%) had an increase in 6MWT from baseline to week 16 with an overall median change of 19 m (Fig. 1, Table 2). There was no overall difference in the A-a gradient from baseline to week 16 with only three of the nine patients (33%) experiencing an increase in A-a gradient from baseline to week 16 (median change, –7; Fig. 2, Table 2). There was no evidence of a significant difference in any of the following: ABG, WHO FC, 6MWT results, or SGRQ scores from baseline to week 16 (all $P$ values $\geq 0.14$; Table 2). There was a statistically significant decline in several of the PFT measures, including FEV1 (median change, –0.18 L; $P = 0.004$; median change, –7% of predicted; $P = 0.016$), FVC (median change, –0.23 L; $P = 0.027$), and diffusion capacity for carbon monoxide (DLCO) (median change, –5% of predicted; $P = 0.023$). None of the other PFT measures showed a statistically significant change from baseline to week 16 (all $P$ values $\geq 0.074$; Table 2).

Concomitant COPD medications, WHO FC, and 6MWT results were obtained at baseline and every 4 weeks through the end of study. The data are summarized for each visit in Table 3. Although most of the patients maintained a stable FC, one patient declined to WHO FC 4 and one improved to WHO FC 2. Adverse events are summarized in Table 4 and are similar to reported data from previous trials in inhaled treprostinil.

## Discussion

The current study is the first to date to comprehensively assess the impact of inhaled treprostinil on several

**Table 3.** WHO functional class, concomitant COPD medications, and 6MWT results at each study visit.

| Characteristic | Baseline (n = 9) | Week 4 (n = 9) | Week 8 (n = 9) | Week 12 (n = 8) | Week 16 (n = 9) |
|---|---|---|---|---|---|
| WHO functional class | | | | | |
| II | 0 | 0 | 0 | 1 (13%) | 1 (11%) |
| III | 9 (100%) | 9 (100%) | 8 (89%) | 7 (88%) | 7 (78%) |
| IV | 0 | 0 | 0 | 0 | 1 (11%) |
| Not reported | 0 | 0 | 1 (11%) | 0 | 0 |
| Concomitant PAH therapy | | | | | |
| Diuretic | 5 (56%) | 4 (44%) | 5 (56%) | 4 (50%) | 6 (67%) |
| Digoxin | 0 | 0 | 0 | 0 | 0 |
| Oxygen | 5 (56%) | 4 (44%) | 3 (33%) | 4 (50%) | 6 (67%) |
| Calcium channel blocker | 0 | 1 (11%) | 1 (11%) | 0 | 2 (22%) |
| Other | 8 (89%) | 7 (78%) | 7 (78%) | 5 (63%) | 7 (78%) |
| On oxygen | | | | | |
| No | 3 (33%) | 4 (44%) | 4 (44.4%) | 3 (38%) | 4 (44%) |
| Yes | 5 (56%) | 5 (56%) | 5 (55.6%) | 5 (63%) | 5 (56%) |
| Not reported | 1 (11%) | | | | |
| Borg dyspnea scale | | | | | |
| Before 6MWT | 0.5 (0–5) | 0 (0–3) | 0 (0–3) | 1 (0–6) | 1 (0–7) |
| After 6MWT | 3 (2–10) | 3 (0–7) | 2 (0.5–9) | 3 (1–9) | 3 (1–10) |
| Oxygen saturation (%) | | | | | |
| Before 6MWT | 95 (92–98) | 95 (89–99) | 94 (88–99) | 95 (86–96) | 95 (79–98) |
| After 6MWT | 86 (82–95) | 84 (76–96) | 88 (77–95) | 84 (74–95) | 86 (71–98) |
| 6MWT distance (m) | 204 (180–258) | 231 (126–273) | 257 (135–360) | 230 (144–336) | 270 (78–315) |

Data for modified Borg dyspnea score (range 0–10) and oxygen saturation are reported as median (range) or n (%).
6MWT: 6-minute walk test; COPD: chronic obstructive pulmonary disease; WHO: World Health Organization.

parameters in patients with PH and COPD over the course of 16 weeks. Although the recruitment goals were not achieved, the results illustrate that a number of variables are important to consider while treating patients with PH and COPD. As a group, the A-a gradient remained stable which was the primary aim of the study. The result suggests that most patients with PH and COPD tolerate inhaled treprostinil from a gas exchange perspective. In addition, the WHO FC, SGRQ, and 6MWT were stable. In contrast, there was a statistically significant reduction in expiratory flows and volumes (FEV1 and FVC). Worsening underlying COPD and/or an adverse effect of the inhaled treprostinil are likely explanations. By comparison, a study by Dernaika et al. evaluated 10 men with FEV1 < 65% with arterial oxygen tension (Pa O2) 60–75 mmHg and PH (defined as systolic PAP > 35 mmHg plus RV dilatation and/or RV hypertrophy on echocardiography) before and after inhaling two doses of iloprost (2.5 μg). The treatment effect was examined by PFT, ABG, 6MWT, and ventilatory equivalents for O2 (VE/VO2) and CO2 (VE/VCO2) were performed at baseline, 30 min following each dose of iloprost, and 2 h after the second dose. Iloprost was associated with improved ventilation-perfusion matching and exercise tolerance reflected by an increase in 6MWT.[16] Dernaika's study was a short-term duration of only 2 h and therefore has limited comparative value to the current pilot.

Examining the patients on an individual basis is reasonable for a small pilot. The majority of patients maintained or improved their A-a gradient. Symptom burden by WHO FC remained unchanged in seven patients. A positive trend was seen in 6MWT as the majority of patients either maintained or improved, while two patients had worsening. One of the patients that experienced worsening of the 6MWT also had an exacerbation of COPD around the time of evaluation (patient 6).

The FEV1 in liters and percentage predicted was lower on inhaled treprostinil compare to baseline in all nine patients. The study design may have contributed as the PFT was done 1 h after treprostinil inhalation. Distinguishing an acute or chronic effect of inhaled treprostinil on airflow versus disease progression of COPD is impossible. Temporary airway irritation is suggested by the cough during administration and perhaps explains the stable SGRQ throughout the course of the study. There was also a trend for deterioration in absolute DLCO and a statistically positive result for worsening in DLCO as percentage predicted. The study was not designed to address why this occurred. The majority of the patients had a DLCO of 10 or less; therefore, small absolute changes translate into larger percentages. Regardless, the clinical impact of the DLCO seemed minimal to non-existent on both the PaO2 and A-a gradient. Overall, the impact of inhaled treprostinil on the

**Table 4.** Adverse events.

| Adverse events | Summary (n = 9) |
| --- | --- |
| Number of adverse events | |
| None | 1 (11%) |
| 1 | 0 |
| 2 | 1 (11%) |
| 3 | 3 (33%) |
| 4 or more | 4 (44%) |
| One of more of the following events | |
| Cough | 4 (44%) |
| Headache | 5 (56%) |
| Nausea | 1 (11%) |
| Dizziness | 0 |
| Flushing | 0 |
| Throat irritation | 3 (33%) |
| Pharyngeal discomfort | 0 |
| Diarrhea | 0 |
| $O_2$ saturation < 88% | 0 |
| Symptomatic systemic hypotension | 0 |
| Clinically significant bleeding | 0 |
| Death | 0 |
| Other* | 7 (78%) |
| Highest degree of severity | |
| No adverse events | 1 (11%) |
| Mild | 0 |
| Moderate | 4 (44%) |
| Severe | 4 (44%) |
| Life-threatening | 0 |
| Fatal | 0 |

*Other adverse events reported include: exacerbation of COPD (n = 2); shortness of breath (n = 2); decreased appetite or weight loss (n = 2); cold, rhinitis, productive cough, or pneumonia (n = 3); bloating (n = 1); blood in sputum (n = 1); urinary tract infection (n = 1); pulmonary embolism (n = 1); and suicidal ideation (n = 1).

disease-related quality of life was not significant but there was a decline seen in some patients while others reported improvement. The impact of inhaled treprostinil on PFT and SGRQ require further study in larger trials. All patients completed the study and the adverse event profile was in keeping with previously reported data in several trials. The detailed data on individual patients are shown in the supplemental tables. Nonetheless, the decline in expiratory flows and volumes and the one COPD exacerbation reinforce the safety concerns cannot be ignored in this setting.

There are a number of limitations to the study—in particular, the small sample size. The possibility of a type II error (i.e. false-negative finding) should be strongly considered. Also, a type I error (i.e. false-positive finding) cannot be ruled out given the number of statistical tests performed. Nonetheless, inhaled treprostinil may offer a potentially a safe and effective alternative to treat PH in this population. Larger studies are required to evaluate

thoroughly inhaled treprostinil as a potential safe and effective therapy for patients with pre-capillary PH and COPD.

## Conclusion

The small number of patients limits firm conclusions; however, inhaled treprostinil did not seem to impact oxygenation adversely in the majority of the study patients with concomitant PH and COPD. While there may have an adverse impact on some pulmonary function parameters, the clinical significance is unclear. The results in this small pilot merit further investigation in larger trials to determine if inhaled treprostinil is a potentially safe and effective option for patients with pre-capillary PH and COPD.

### Conflict of interest

Charles D. Burger: Research Grant for Multi-center Trials: United Therapeutics, Actelion, and Gilead; Advisory Board: Actelion and Gilead; Consulting work: Gilead. Abubakr A. Bajwa: Research Grant for Multi-center Trials: United Therapeutics, Actelion, Gilead, Bayer, GSK, Intermune; Advisory Board: Actelion, Gilead, United Therapeutics, Bayer; Consulting work: United Therapeutics. Franck Rahaghi: Research Grant for Multi-center Trials: United Therapeutics, Lung Rx, Actelion, Gilead, Bayer, Reata, Bellerophon; Speaker: Actelion, Gilead, United Therapeutics, Bayer, Lung Rx; Consulting work: United Therapeutics, Actelion, Lung Rx, Bayer, Gilead

### Funding

The study was funded by an investigator initiated grant from United Therapeutics.

### References

1. Galie N, Humbert M, Vachiery J-L, et al. 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension: The Joint Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): Endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). *Eur Heart J* 2016; 37: 67–119.
2. Oswald-Mammosser M, Weitzenblum E, Quoix E, et al. Prognostic factors in COPD patients receiving long-term oxygen therapy. Importance of pulmonary artery pressure. *Chest* 1995; 107: 1193–1198.
3. Burrows B, Kettel LJ, Niden AH, et al. Patterns of cardiovascular dysfunction in chronic obstructive lung disease. *N Engl J Med* 1972; 286: 912–918.
4. Weitzenblum E, Sautegeau A, Ehrhart M, et al. Long-term course of pulmonary arterial pressure in chronic obstructive pulmonary disease. *Am Rev Respir Dis* 1984; 130: 993–998.
5. Oswald-Mammosser M, Apprill M, Bachez P, et al. Pulmonary hemodynamics in chronic obstructive pulmonary disease of the emphysematous type. *Respiration* 1991; 58: 304–310.
6. Scharf SM, Iqbal M, Keller C, et al. Hemodynamic characterization of patients with severe emphysema. *Am J Respir Crit Care Med* 2002; 166: 314–322.

7. Burger CD. Pulmonary hypertension in COPD: A review and consideration of the role of arterial vasodilators. *COPD* 2009; 6: 137–144.

8. Cuttica MJ, Kalhan R, Shlobin OA, et al. Categorization and impact of pulmonary hypertension in patients with advanced COPD. *Respir Med* 2010; 104: 1877–1882.

9. Shujaat A, Bajwa AA and Cury JD. Pulmonary hypertension secondary to COPD. *Pulm Med* 2012; 2012: 203952.

10. Kubo K, Ge RL, Koizumi T, et al. Pulmonary artery remodeling modifies pulmonary hypertension during exercise in severe emphysema. *Respir Physiol* 2000; 120: 71–79.

11. Abraham AS, Cole RB, Green ID, et al. Factors contributing to the reversible pulmonary hypertension of patients with acute respiratory failure studies by serial observations during recovery. *Circ Res* 1969; 24: 51–60.

12. Weitzenblum E, Loiseau A, Hirth C, et al. Course of pulmonary hemodynamics in patients with chronic obstructive pulmonary disease. *Chest* 1979; 75: 656–662.

13. Blanco I, Gimeno E, Munoz PA, et al. Hemodynamic and gas exchange effects of sildenafil in patients with chronic obstructive pulmonary disease and pulmonary hypertension. *Am J Respir Crit Care Med* 2010; 181: 270–278.

14. Stolz D, Rasch H, Linka A, et al. A randomised, controlled trial of bosentan in severe COPD. *Eur Respir J* 2008; 32: 619–628.

15. Valerio G, Bracciale P and Grazia D'Agostino A. Effect of bosentan upon pulmonary hypertension in chronic obstructive pulmonary disease. *Ther Adv Respir Dis* 2009; 3: 15–21.

16. Dernaika TA, Beavin M and Kinasewitz GT. Iloprost improves gas exchange and exercise tolerance in patients with pulmonary hypertension and chronic obstructive pulmonary disease. *Respiration* 2010; 79: 377–382.

# EXHIBIT I

Lung (2018) 196:139–146
https://doi.org/10.1007/s00408-017-0081-7

**PULMONARY HYPERTENSION**



# Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease

Mariana Faria-Urbina[1,2] · Rudolf K. F. Oliveira[1,2,3] · Manyoo Agarwal[4] · Aaron B. Waxman[1,2,5]

Received: 7 August 2017 / Accepted: 15 December 2017 / Published online: 23 December 2017
© Springer Science+Business Media, LLC, part of Springer Nature 2017

## Abstract

**Purpose** Pulmonary hypertension (PH) in the setting of parenchymal lung disease adversely affects quality of life and survival. However, PH-specific drugs may result in ventilation/perfusion imbalance and currently, there are no approved PH treatments for this patient population. In the present retrospective study, data from 22 patients with PH associated with lung disease treated with inhaled treprostinil (iTre) and followed up clinically for at least 3 months are presented.

**Methods** PH was defined by resting right heart catheterization as a mean pulmonary artery pressure (mPAP) $\geq 35$ mmHg, or mPAP $\geq 25$ mmHg associated with pulmonary vascular resistance $\geq 4$ Woods Units. Follow-up evaluation was performed at the discretion of the attending physician.

**Results** From baseline to follow-up, we observed significant improvement in functional class ($n = 22$, functional class III-IV 82 vs. 59%, $p = 0.041$) and 6-min walk distance ($n = 11$, $243 \pm 106$ vs. $308 \pm 109$; $p = 0.022$), without a deleterious effect on resting peripheral oxygen saturation ($n = 22$, $92 \pm 6$ vs. $94 \pm 4$; $p = 0.014$). Most of the patients (86%, $n = 19/22$) were using long-term nasal supplemental oxygen at baseline. During follow-up, only one patient had increased supplemental oxygen requirement. The most common adverse events were cough, headache, and diarrhea. No severe adverse event was reported.

**Conclusions** The results suggest that iTre is safe in patients with Group 3 PH and evidence of pulmonary vascular remodeling in terms of functional class, gas exchange, and exercise capacity. Additionally, iTre was well tolerated. The potential role of PH-specific drugs in Group 3 PH should be further assessed in larger prospective studies.

**Keywords** Pulmonary hypertension · Lung disease · Treprostinil · Exercise capacity

---

Mariana Faria-Urbina, Rudolf K. F. Oliveira contributed equally to the study.

**Electronic supplementary material** The online version of this article (https://doi.org/10.1007/s00408-017-0081-7) contains supplementary material, which is available to authorized users.

✉ Aaron B. Waxman
abwaxman@bwh.harvard.edu

1    Pulmonary and Critical Care Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA

2    Center for Pulmonary Heart Disease, Heart & Vascular Center, Brigham and Women's Hospital, Boston, MA, USA

3    Division of Respiratory Diseases, Department of Medicine, Federal University of Sao Paulo (UNIFESP), Sao Paulo, Brazil

4    Department of Medicine, University of Tennessee Health Science Center, Memphis, TN, USA

5    Pulmonary and Critical Care Medicine, Department of Medicine, Brigham and Women's Hospital, 75 Francis Street, PBB Clinics-3, Boston, MA 02115, USA

## Introduction

Pulmonary hypertension (PH) in the setting of parenchymal lung disease, termed as World Health Organization (WHO) Group 3 PH, is frequently encountered and adversely affects patients' quality of life and survival [1–3]. Among Group 3 PH, the most common etiologies are chronic obstructive pulmonary disease (COPD), interstitial lung disease (ILD), and combined pulmonary fibrosis and emphysema (CPFE) [4].

It has been shown that pulmonary vascular remodeling is a major contributor to Group 3 PH [5], being mainly characterized by changes in the media, as opposed to Group 1 PH where intima and media remodeling predominate [6]. However, animal models of hypoxia-induced PH have shown heterogeneity of findings in intimal thickness with increasingly elevated mean pulmonary arterial pressure (mPAP) levels [7]. Additionally, in COPD with severe PH, medial and intimal fibrosis and even plexiform lesions have been described, findings similar to Group I PH [8].

Despite the poor survival, compromised functional capacity, and reduced quality of life in Group 3 PH, there are no approved PH treatments for this patient population [1]. This is mainly because in patients with parenchymal lung disease, PH-specific drugs may result in ventilation/perfusion (V/Q) imbalance, particularly in the setting of significant oxygen deficit [9]. However, previous studies have shown improvement in hemodynamics without deleterious effect on gas exchange in patients with Group 3 PH treated with endothelin receptor antagonists and phosphodiesterase-5 inhibitors [10, 11]. Conversely, previous clinical trials with ambrisentan [12] in idiopathic pulmonary fibrosis (IPF) and riociguat (NCT02138825) were terminated due to worse outcome when compared to placebo in Group 3 PH.

Among the available PH-specific drugs, prostacyclin is known to lower mPAP, increase cardiac output, and reduce pulmonary vascular remodeling through its effect on vascular smooth muscle proliferation [13]. Additionally, prostacyclin has demonstrated antiapoptotic properties in the pulmonary vasculature after chronic cigarette smoke exposure [14], and in an animal model of bleomycin-induced pulmonary fibrosis, prostacyclin prevented fibroblast proliferation and showed a protective effect against deterioration of lung function [15]. Furthermore, previous reports have suggested that Iloprost, a prostacyclin analogue, may represent a safe option in Group 3 PH as it is delivered directly to well-ventilated lung units, reducing undesirable alterations in perfusion and subsequently preserving V/Q matching [16].

Treprostinil, a chemically stable tricyclic analogue of prostacyclin, is approved for the treatment of Group 1 PH via subcutaneous, intravenous, inhaled (as treprostinil sodium), or oral (as treprostinil diolamine) routes of administration [1]. It provides sustained pulmonary vasodilation thanks to its longer plasma half-life [17] and specific tissue-binding characteristics [18]. In the present study, we present our experience with the use of inhaled treprostinil (iTre) in 22 WHO Group 3 PH patients who were followed up clinically for at least 3 months after initiation of therapy. We hypothesize that iTre vasodilates well-ventilated lung areas, preserving V/Q matching when administered in PH associated with lung disease.

## Methods

### Design and study population

In this single-center retrospective observational study, data from 72 patients evaluated at the Pulmonary Vascular Disease (PVD) Clinic at the Brigham and Women's Hospital (Boston, MA, USA) and treated with iTre from December 2009 to November 2016 were reviewed to identify patients with lung disease, based on pulmonary function test (PFT)

and high-resolution computed tomography (HRCT) scans of the lungs, and PH with evidence of pulmonary vascular remodeling as defined below. This retrospective analysis was approved by the Partners Human Research Committee.

Lung disease was defined by as follows: (1) COPD: post-bronchodilator FEV1/FVC < 0.7 [19] and/or evidence of emphysema on HRCT; (2) ILD: presence of fibrosis, defined as reticular septal thickening associated with architectural distortion with traction bronchiectasis, or honeycombing on HRCT [20, 21]; (3) CPFE: presence of emphysema and diffuse parenchymal lung disease with significant pulmonary fibrosis on HRCT [22].

PH was defined by resting right heart catheterization (RHC) as a mPAP ≥ 35 mmHg (severe PH) [23] or a mPAP ≥ 25 mmHg associated with pulmonary vascular resistance (PVR) ≥ 4 Woods Units (WU). No patients with isolated postcapillary PH (i.e., high PAWP and normal PVR) were included in the study.

Exclusion criteria included the following: identification of another known cause of PH (such as chronic thromboembolic disease); follow-up < 3 months; treatment with another PH-specific drug added in a period < 3 months from iTre initiation; lung transplantation during follow-up (< 3 months); recent hospitalization due to unstable lung disease (≤ 1 month), extemporaneous RHC, and/or inability to review baseline PFT or RHC data.

### Treatment regimen and follow-up

All patients consented to receive treatment based on medical judgment [23] after being informed of the potential risks and benefits of iTre. Patients received iTre at three breaths (18 μg) four times daily (72 μg/day). iTre doses were increased as tolerated by three additional breaths (18 μg) per dosing session every 3–7 days to achieve a dose of at least 9–12 breaths or more (≥ 54 μg) four times daily (≥ 216 μg/day) unless limited by side effects. If patients had dose-limiting side effects, then either a slower dose titration or a lower goal dose was prescribed. All patients were on optimized therapies for the treatment of baseline lung disease prior to consideration for iTre treatment, were followed for at least 3 months, and were compliant with the medication. Therapies related to the underlying lung disease were continued throughout the observation period.

Follow-up was performed at the discretion of the attending physician, using WHO functional class (WHO-FC), pulse oxygen saturation (SpO₂), and supplementary oxygen requirement, in addition to at least one of the following tests: resting echocardiography, 6-min walking test (6MWT), and/or 3-min step test with a portable metabolic cart (Shape Medical Systems, Inc., St. Paul, MN, USA), and/or resting RHC. Functional class was systematically estimated by the



treating physician at each visit. Adverse events and discontinuation of iTre were also assessed.

## Statistical analysis

Data are presented as mean ± standard deviation or as absolute numbers, unless otherwise stated. The distribution of continuous variables was evaluated using Shapiro–Wilk test. Comparisons between parameters obtained at baseline and during follow-up were performed using paired $t$ test or Wilcoxon signed-rank test, as appropriate. $p < 0.05$ was considered statistically significant. The statistical analyses were performed using SPSS software, version 19 (IBM Company, Armonk, NY, USA).

## Results

### Baseline characteristics

Out of 72 patients receiving iTre, 67 had PH with evidence of pulmonary vascular remodeling (per the criteria described above), of which 61 had lung disease. Thirty-nine patients were excluded due to recent hospitalization due to unstable lung disease ($n = 8$), lung transplantation during follow-up ($n = 1$), PH related to chronic thromboembolic pulmonary disease ($n = 1$), initiation of other PH-specific drug in a period < 3 months from iTre initiation ($n = 17$), extemporaneous and/or unretrievable RHC ($n = 7$), and missing clinical/functional data at baseline ($n = 5$). Therefore, the study population was constituted by 22 Group 3 PH patients (Fig. 1).

The mean age was $66 \pm 10$ years (14 males and 8 females). Eight patients (36%) had COPD, nine (41%) had ILD, and five (23%) were classified as having CPFE. Of

the nine ILD patients, two had associated connective tissue disease. Nineteen patients (86%) were using long-term nasal supplemental oxygen therapy at baseline. Eighteen patients (82%) were in WHO-FC III-IV. The mPAP, pulmonary arterial wedge pressure (PAWP), and PVR for the entire population were $44 \pm 10$ mmHg, $10 \pm 4$ mmHg, and $8.1 \pm 3.6$ WU, respectively. Sixteen (73%) of the subjects had severe PH (mPAP ≥ 35 mmHg). Twenty-two (100%) patients had PVR > 4 WU. Three patients had PAWP > 15 mmHg (16–18 mmHg), but they additionally had PVR > 4 WU and therefore, were considered to have PVD as the predominant physiopathologic mechanism for PH. At baseline, the mean 6MWT distance was $242 \pm 99$ m. Ventilatory efficiency was evaluated by the step test with a portable metabolic cart, showing a baseline VE/VCO$_2$ *slope* of $46.6 \pm 20.1$. The baseline characteristics of the 22 patients of the study are summarized in Table 1.

### Follow-up assessment

Follow-up information is presented in Fig. 1 and Table 2. The mean final dose of iTre for the entire study cohort was $274 \pm 103$ µg/day and 82% of the patients ($n = 18/22$) achieved a target dose > 216 µg/day. None of the patients were undergoing pulmonary rehabilitation during the assessment period.

There was significant improvement in WHO-FC (Fig. 2) and no deleterious effect on SpO$_2$ (Table 2). Only one patient had increased supplemental oxygen requirement after iTre was started. No significant differences were observed in PFT and resting echocardiography after treatment with iTre. Eleven patients with follow-up 6MWT showed significant improvement in the distance walked (Table 2), regardless of iTre being added as the first or second PH-specific drug (Fig. 3). There were no significant changes among the 13

**Fig. 1** Study flow diagram. *iTre* inhaled treprostinil sodium, *PH* pulmonary hypertension (mPAP ≥ 35 mmHg or mPAP ≥ 25 mmHg and PVR ≥ 3 Woods Units on resting RHC), *CTEPH* chronic thromboembolic pulmonary hypertension, *RHC* right heart catheterization, *WHO-FC* World Health Organization functional class, *SpO₂* pulse oxygen saturation, *PFT* pulmonary function test, *RHC* right heart catheterization





Lung (2018) 196:139–146

**Table 1** Baseline characteristics of group 3 pulmonary hypertension patients treated with inhaled treprostinil ($n = 22$)

| Variable | Value |
| --- | --- |
| Age, years | $66 \pm 10$ |
| Male/female ($n$) | 14/8 |
| Body mass index | $26.7 \pm 4.2$ |
| WHO functional class I/II/III/IV ($n$) | 0/4/15/3 |
| $SpO_2$ at rest (%) | $92 \pm 6$ |
| Lung disease n (%) | |
|   Chronic obstructive pulmonary disease | 8 (36) |
|   Interstitial lung disease | 9 (41) |
|   Combined pulmonary fibrosis and emphysema | 5 (23) |
| Pulmonary function test* | |
|   $FEV_1$ (L) | $1.7 \pm 0.8$ |
|   $FEV_1$ (% predicted) | $61 \pm 29$ |
|   FVC (L) | $2.4 \pm 1.0$ |
|   FVC (% predicted) | $64 \pm 28$ |
|   FEV1/FVC | $72 \pm 13$ |
|   FEV1/FVC (% predicted) | $93 \pm 17$ |
|   TLC (L) | $5.1 \pm 0.8$ |
|   TLC (% predicted) | $71 \pm 18$ |
|   $D_LCO$ (%) | $32 \pm 6$ |
| Echocardiography | |
|   LA AP diameter (mm) | $35 \pm 7$ |
|   LVEF (%) | $60 \pm 6$ |
|   TRV (m/s) | $3.7 \pm 0.5$ |
|   Estimated sPAP (mmHg) | $60 \pm 16$ |
| Right heart catheterization | |
|   RAP (mmHg) | $9 \pm 6$ |
|   mPAP (mmHg) | $44 \pm 10$ |
|   PAWP (mmHg) | $10 \pm 4$ |
|   TPG (mmHg) | $33 \pm 10$ |
|   CO (L/min) | $4.7 \pm 1.3$ |
|   CI (L/min/m$^2$) | $2.5 \pm 0.6$ |
|   PVR (WU) | $7.8 \pm 3.4$ |
| 6-min walk test† | |
|   Distance (m) | $242 \pm 99$ |
|   Final dyspnea Borg score | $6 \pm 2$ |
|   Final $SpO_2$ (%) | $83 \pm 8$ |
| 3-min step test with metabolic cart‡ | |
|   VE/VCO$_2$ slope | $46.6 \pm 20.1$ |
|   $\Delta$ $P_{ET}CO_2$ (mmHg) | $-0.7 \pm 2.6$ |
|   Final $SpO_2$ (%) | $80 \pm 8$ |

Data are presented as *n*, *n* (%) or mean $\pm$ SD.

*WHO* World Health Organization, *SpO₂* arterial oxygen saturation measured by pulse oximetry, *FEV₁* forced expiratory volume in 1 s, *FVC* forced vital capacity, *TLC* total lung capacity, *D_LCO* diffusing capacity of the lung for carbon monoxide, *LAAP* left atrial antero-posterior, *LVEF* left ventricular ejection fraction, *TRV* tricuspid regurgitant jet velocity, *sPAP* systolic pulmonary arterial pressure, *RAP* right atrial pressure, *mPAP* mean pulmonary arterial pressure, *PAWP* pulmonary arterial wedge pressure, *TPG* transpulmonary gradient, *CO* cardiac output, *CI* cardiac index, *PVR* pulmonary vascular

**Table 1** (continued)

resistance, *WU* Wood units *VE* minute ventilation, *VCO₂* carbon dioxide production, $\Delta$ change in, $P_{ET}CO_2$ end-tidal carbon dioxide tension

*$n = 10$ for TLC and $D_LCO$

†$n = 17$

‡$n = 15$

patients reevaluated with step test and a portable metabolic cart (Table 2).

Specifically, out of 22 patients included in our study, 21 improved (or maintained) functional class from baseline to follow-up, after treatment with iTre. Of these 21 patients: 19 improved $SpO_2$; 10 had follow-up with 6MWT—all of them showing improvement in the distance walked; 12 had follow-up with 3-min step test with metabolic data—6 of them reporting better VE/VCO₂ *slope*. Regarding echocardiographic parameters: 7 out of 11, showed improvement in sPAP.

Three patients with severe PH had follow-up RHC that demonstrated significant improvement in systolic PAP (baseline: $82 \pm 13$ mmHg; follow-up $57 \pm 19$ mmHg; $p = 0.042$), a trend toward decreased mPAP (baseline: $51 \pm 9$ mmHg; follow-up $36 \pm 13$ mmHg; $p = 0.14$) and a trend toward decreased PVR (baseline: $10.3 \pm 4.4$ WU; follow-up: $4.0 \pm 2.2$ WU $p = 0.160$). Individual RHC data are presented in the online supplementary material.

Adverse events were reported in ten patients, including cough ($n = 3$), headache ($n = 2$), diarrhea ($n = 2$), cyanosis ($n = 1$), dyspnea ($n = 1$), and pruritus ($n = 1$). None of the patients reported adverse events severe enough to cause cessation of the treatment.

## Discussion

In this retrospective study of patients with Group 3 PH treated with iTre at a specialized PVD center, therapy with iTre significantly improved WHO-FC and 6MWT distance, with no significant changes in resting $SpO_2$ and supplemental oxygen therapy requirement during follow-up. iTre was well tolerated, with cough being the most commonly reported adverse event. Taken together, the current findings suggest that iTre might be a therapeutic option in patients with Group 3 PH, since iTre may improve perfusion to areas where the ventilation is preserved, improving therefore V/Q matching.

The presence of PH in patients with lung disease has been shown to be correlated with poor prognosis [4, 24, 25]. In this context, the potential benefit of PH-specific drugs in subjects with lung disease has been assessed in several studies, with conflicting results. One critical question is whether PH-specific drugs may worsen hypoxia in patients with Group 3 PH.

Deleterious effect of inhaled nitric oxide (NO) on gas exchange has been reported in patients with lung disease



Lung (2018) 196:139–146

143

**Table 2** Changes in clinical indices from baseline to follow-up after treatment with inhaled treprostinil

|  | N | Baseline | Follow-up | p value |
|---|---|---|---|---|
| Clinical assessment | 22 |  |  |  |
| WHO functional class I/II/III/IV (n) |  | 0/4/15/3 | 2/7/12/1 | 0.041 |
| $SpO_2$ at rest (%) |  | 92 ± 6 | 94 ± 4 | 0.014 |
| Pulmonary function test | 16 |  |  |  |
| $FEV_1$ (% predicted) |  | 65 ± 27 | 60 ± 25 | 0.23 |
| FVC (% predicted) |  | 67 ± 26 | 59 ± 22 | 0.12 |
| $FEV_1$/FVC (% predicted) |  | 96 ± 15 | 96 ± 18 | 0.99 |
| Echocardiography | 13 |  |  |  |
| TRV (m/s) |  | 3.7 ± 0.5 | 3.6 ± 0.5 | 0.66 |
| Estimated sPAP (mmHg) |  | 62 ± 18 | 60 ± 22 | 0.68 |
| 6-min walk test | 11 |  |  |  |
| Distance (m) |  | 243 ± 106 | 308 ± 109 | 0.022 |
| Final dyspnea Borg score |  | 6 ± 2 | 4 ± 2 | 0.15 |
| Final $SpO_2$ (%) |  | 82 ± 8 | 76 ± 9 | 0.12 |
| 3-min step test with metabolic cart | 13 |  |  |  |
| VE/$VCO_2$ slope |  | 45.9 ± 19.7 | 47.8 ± 20.1 | 0.55 |
| Δ $P_{ET}CO_2$ (mmHg) |  | 0.0 ± 1.9 | -0.9 ± 2.6 | 0.081 |
| Final $SpO_2$ (%) |  | 81 ± 8 | 80 ± 7 | 0.76 |

Data are presented as *n* or mean ± SD

*WHO* World Health Organization, *SpO₂* arterial oxygen saturation measured by pulse oximetry, *FEV₁* forced expiratory volume in 1 s, *FVC* forced vital capacity, *TRV* tricuspid regurgitant jet velocity, *sPAP* systolic pulmonary arterial pressure, *VE* minute ventilation, *VCO₂* carbon dioxide production, Δ change in, *P_ET_CO₂* end-tidal carbon dioxide tension



**Fig. 2** New York Heart Association functional class class changes from baseline to follow-up after treatment with inhaled treprostinil. At baseline, 0, 18, 68, and 14% had functional class I, II, III, and IV, respectively. During follow-up, 9, 32, 55, and 4% had functional class I, II, III, and IV, respectively



**Fig. 3** 6-min walk distance changes from baseline to follow-up after treatment with inhaled treprostinil (*n* = 11). Bold lines indicate patients treated with treprostinil monotherapy (*n* = 7). Dotted lines indicate patients treated with dual therapy (treprostinil plus sildenafil or tadalafil, *n* = 4)

and hypoxemia [9]. The results suggest that NO led to dilation of vessels in poorly ventilated lung areas causing reversion of hypoxic vasoconstriction, interfering therefore in the physiologic mechanism by which V/Q matching is achieved in these subjects [9]. Previous studies have reported a negative impact of PH-specific drugs in gas

exchange [26, 27] and a clinical trial of ambrisentan in IPF was terminated due to increased risk of disease progression and respiratory hospitalization. However, it is important to mention that only 10% of patients enrolled in this trial had PH [12]. A trial of riociguat in idiopathic interstitial pneumonias was also terminated due to increased risk of death and other serious adverse events as compared to placebo. (NCT02138825). However, others have found

Lung (2018) 196:139–146

only mild worsening of arterial oxygen tension [28] or even the absence of deleterious effect in gas exchange [10, 11, 16, 29]. In our study, most of the patients (86%) were using supplementary oxygen at baseline, but only one subject experienced increased oxygen requirement after iTre. Additionally, we observed no significant change in resting $SpO_2$ at follow-up. These findings suggest that iTre might be well tolerated in Group 3 PH.

We also observed significant improvement in WHO-FC and 6MWD. Similar findings have been described previously in a population of ILD patients treated with epoprostenol or bosentan [30]. Additionally, Madden et al. reported the beneficial effect on 6MWD in 7 patients with parenchymal lung disease and PH after treatment with sildenafil [31]. In accordance with our findings, previous reports using parenteral treprostinil in ILD with PH have shown improvement in 6MWT distance and pulmonary hemodynamics without negative impact on systemic oxygen saturation [32]. Additionally, a long-term study in 27 COPD patients with PH treated with different PH-specific drugs supported our observations of significant improvement in functional class and 6MWD [33]. However, in contrast with our results, other reports have described no significant changes in 6MWT distance in lung disease patients after PH-specific treatment [10, 11].

We did not find significant changes in ventilatory efficiency (as measured by VE/$VCO_2$ *slope*) in a subgroup of 13 patients evaluated with a step test and a portable metabolic cart (a submaximum exercise test). This observation might be reflective of the severity of the lung disease of the studied sample. However, a previous study with inhaled iloprost in COPD and PH described significant improvement in VE/$VCO_2$ and narrowing of alveolar to arterial oxygen gradient (16), suggesting a better V/Q matching after iloprost inhalation. Therefore, more studies evaluating the effect of inhaled prostacyclin in different populations and in different intensities of exercise (submaximum vs. maximum) are needed to confirm our findings and those of others.

Three patients in our study had follow-up RHC. We observed significant improvement in systolic PAP, a trend toward decreased mPAP and a trend toward decrease in PVR. Previous studies have described significant improvement in hemodynamics when PH-specific drugs were used in Group 3 PH [10, 11, 28]. Others, however, have reported no hemodynamic improvement in severe ILD with PH treated with bosentan [34] and similar negative findings were reported in severe COPD [27].

iTre has been described to have a slow but sustained pulmonary vasodilatory effect, likely secondary to deposit of the drug in the lung after inhalation, followed by subsequent slow release to the pulmonary vascular smooth muscle cells [35]. Therefore, this pharmacodynamic characteristic of iTre might be correlated with our observations. Nevertheless, more studies are needed to evaluate

the use of iTre in patients with mild/moderate lung disease and hemodynamically proven severe PH and/or PH with elevated PVR and thus, predominant pulmonary vascular remodeling.

## Limitations

This study is limited by its retrospective, single-center, observational, uncontrolled design. Results should be interpreted carefully in view of the small sample size and the heterogeneity of the population (COPD, ILD, and CPFE). However, a subanalysis of each subgroup (Tables S2–S4) demonstrated that the tendency for improved functional class and 6-min walk distance, without significant deleterious effect on $SpO_2$ that was observed in the entire study population was maintained when analyzing each subcohort. Nonetheless, COPD patients tended to have greater benefit from iTre treatment by the aforementioned parameters. It is possible that our results favoring the potential use of iTre in Group 3-PH might have been influenced by the presence of pulmonary vascular disease (by study design). However, Group 3 PH with impaired circulatory reserve is of major clinical interest in regard to PH-specific treatment. Additionally, our findings might also be limited by the intrinsic subjective nature of FC assessment, and the lack of a control group. Finally, information about the timing of $SpO_2$ assessment in relation to the administration of iTre was not available, and therefore, we are not able to comment on the acute effect of iTre on $SpO_2$.

## Conclusion

In this retrospective analysis, we showed that inhaled treprostinil sodium (iTre) was safe in patients with Group 3 PH and evidence of pulmonary vascular remodeling. iTre improved WHO-FC and 6MWT distance, without deleterious effects on resting $SpO_2$. iTre was well tolerated, with no serious adverse events reported. The potential role of inhaled PH-specific drugs in Group 3 PH should be further assessed in larger prospective studies. Until then, its use in Group 3 PH should be cautiously evaluated in specialized PH Centers, after an individualized assessment and risk–benefit consideration.

**Acknowledgements** We thank Julie A. Tracy and Abbey L. Karin from the Heart & Vascular Centre, BWH, HMS for their technical expertise.

**Funding** RKFO received funds from the São Paulo Research Foundation (FAPESP, Grant #2014/12212-5) and from the Brazilian National Council for Scientific and Technological Development (CNPq, Grant #232643/2014-8). ABW is funded by NIH U01HL125215.


Springer

Lung (2018) 196:139–146

## Compliance with Ethical Standards

**Conflict of interest** The authors declare that they have no conflicts of interest.

**Ethical Approval** The study protocol was approved by the Partners Human Research Committee (2011P000272).

# References

1. Galiè N, Humbert M, Vachiery J-L, Gibbs S, Lang I, Torbicki A et al (2016) 2015 ESC/ERS guidelines for the diagnosis and treatment of pulmonary hypertension: the joint task force for the diagnosis and treatment of pulmonary hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). Eur Heart J 37(1):67–119

2. Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF (2006) Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. Chest 129(3):746–752

3. Weitzenblum E, Chaouat A, Canuet M, Kessler R (2009) Pulmonary hypertension in chronic obstructive pulmonary disease and interstitial lung diseases. Semin Respir Crit Care Med 30(4):458–470

4. Cottin V, Le Pavec J, Prévot G, Mal H, Humbert M, Simonneau G et al (2010) Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome. Eur Respir J 35(1):105–111

5. Ward JPT, McMurtry IF (2009) Mechanisms of hypoxic pulmonary vasoconstriction and their roles in pulmonary hypertension: new findings for an old problem. Curr Opin Pharmacol 9(3):287–296

6. Tuder RM (2017) Pulmonary vascular remodeling in pulmonary hypertension. Cell Tissue Res 367(3):643–649

7. Stenmark KR, Fagan KA, Frid MG (2006) Hypoxia-induced pulmonary vascular remodeling: cellular and molecular mechanisms. Circ Res 99(7):675–691

8. Carlsen J, Hasseriis Andersen K, Boesgaard S, Iversen M, Steinbrüchel D, Bøgelund Andersen C (2013) Pulmonary arterial lesions in explanted lungs after transplantation correlate with severity of pulmonary hypertension in chronic obstructive pulmonary disease. J Heart Lung Transplant 32(3):347–354

9. Barberà JA, Roger N, Roca J, Rovira I, Higenbottam TW, Rodriguez-Roisin R (1996) Worsening of pulmonary gas exchange with nitric oxide inhalation in chronic obstructive pulmonary disease. Lancet 347(8999):436–440

10. Girard A, Jouneau S, Chabanne C, Khouatra C, Lannes M, Traclet J et al (2015) Severe pulmonary hypertension associated with COPD: hemodynamic improvement with specific therapy. Respir Int Rev Thorac Dis 90(3):220–228

11. Vitulo P, Stanziola A, Confalonieri M, Libertucci D, Oggionni T, Rottoli P, Paciocco G, Tuzzolino F, Martino L, Beretta M, Callari A, Amaducci A, Badagliacca R, Poscia R, Meloni F, Refini RM, Geri P, Baldi S, Ghio S, D'Alto M, Argiento P, Sofia M, Guardamagna M, Pezzuto B, Vizza CD (2017) Sildenafil in severe pulmonary hypertension associated with chronic obstructive pulmonary disease: a randomized controlled multicenter clinical trial. J Heart Lung Transplant 36:166–174

12. Raghu G, Behr J, Brown KK, Egan JJ, Kawut SM, Flaherty KR et al (2013) Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. Ann Intern Med 158(9):641–649

13. Zhang H, Li X, Huang J, Li H, Su Z, Wang J (2016) Comparative efficacy and safety of prostacyclin analogs for pulmonary arterial hypertension: a network meta-analysis. Medicine 95(4):e2575

14. Nana-Sinkam SP, Lee JD, Sotto-Santiago S, Stearman RS, Keith RL, Choudhury Q et al (2007) Prostacyclin prevents pulmonary endothelial cell apoptosis induced by cigarette smoke. Am J Respir Crit Care Med 175(7):676–685

15. Lovgren AK, Jania LA, Hartney JM, Parsons KK, Audoly LP, Fitzgerald GA et al (2006) COX-2-derived prostacyclin protects against bleomycin-induced pulmonary fibrosis. Am J Physiol Lung Cell Mol Physiol 291(2):L144–L156

16. Dernaika TA, Beavin M, Kinasewitz GT (2010) Iloprost improves gas exchange and exercise tolerance in patients with pulmonary hypertension and chronic obstructive pulmonary disease. Respir Int Rev Thorac Dis 79(5):377–382

17. Laliberte K, Arneson C, Jeffs R, Hunt T, Wade M (2004) Pharmacokinetics and steady-state bioequivalence of treprostinil sodium (Remodulin) administered by the intravenous and subcutaneous route to normal volunteers. J Cardiovasc Pharmacol 44(2):209–214

18. Olschewski H, Rose F, Schermuly R, Ghofrani HA, Enke B, Olschewski A et al (2004) Prostacyclin and its analogues in the treatment of pulmonary hypertension. Pharmacol Ther 102(2):139–153

19. Vogelmeier CF, Criner GJ, Martinez FJ, Anzueto A, Barnes PJ, Bourbeau J et al (2017) Global strategy for the diagnosis, management, and prevention of chronic obstructive lung disease 2017 report: GOLD executive summary. Eur Respir J 49(3):1700214. https://doi.org/10.1183/13993003.00214-2017

20. Andreu J, Hidalgo A, Pallisa E, Majó J, Martinez-Rodriguez M, Cáceres J (2004) Septal thickening: HRCT findings and differential diagnosis. Curr Probl Diagn Radiol 33(5):226–237

21. Galvin JR, Frazier AA, Franks TJ (2010) Collaborative radiologic and histopathologic assessment of fibrotic lung disease. Radiology 255(3):692–706

22. Cottin V, Nunes H, Brillet P-Y, Delaval P, Devouassoux G, Tillie-Leblond I et al (2005) Combined pulmonary fibrosis and emphysema: a distinct underrecognised entity. Eur Respir J 26(4):586–593

23. Seeger W, Adir Y, Barberà JA, Champion H, Coghlan JG, Cottin V et al (2013) Pulmonary hypertension in chronic lung diseases. J Am Coll Cardiol 62(25 Supplement):D109–D116

24. Andersen KH, Iversen M, Kjaergaard J, Mortensen J, Nielsen-Kudsk JE, Bendstrup E, Videbaek R, Carlsen J (2012) Prevalence, predictors, and survival in pulmonary hypertension related to end-stage chronic obstructive pulmonary disease. J Heart Lung Transplant 31:373–380

25. Minai OA, Santacruz JF, Alster JM, Budev MM, McCarthy K (2012) Impact of pulmonary hemodynamics on 6-min walk test in idiopathic pulmonary fibrosis. Respir Med 106(11):1613–1621

26. Blanco I, Gimeno E, Munoz PA, Pizarro S, Gistau C, Rodriguez-Roisin R et al (2010) Hemodynamic and gas exchange effects of sildenafil in patients with chronic obstructive pulmonary disease and pulmonary hypertension. Am J Respir Crit Care Med 181(3):270–278

27. Stolz D, Rasch H, Linka A, Di Valentino M, Meyer A, Brutsche M et al (2008) A randomised, controlled trial of bosentan in severe COPD. Eur Respir J 32(3):619–628

28. Calcaianu G, Canuet M, Schuller A, Enache I, Chaouat A, Kessler R (2016) Pulmonary arterial hypertension-specific drug therapy in COPD patients with pulmonary hypertension and mild-to-moderate airflow limitation. Respir Int Rev Thorac Dis 91(1):9–17

29. Sato T, Tsujino I, Sugimoto A, Nakaya T, Watanabe T, Ohira H et al (2016) The effects of pulmonary vasodilating agents on right ventricular parameters in severe group 3 pulmonary hypertension: a pilot study. Pulm Circ 6(4):524–531

 Springer

Lung (2018) 196:139–146

30. Minai OA, Sahoo D, Chapman JT, Mehta AC (2008) Vaso-active therapy can improve 6-min walk distance in patients with pulmonary hypertension and fibrotic interstitial lung disease. Respir Med 102(7):1015–1020

31. Madden BP, Allenby M, Loke T-K, Sheth A (2006) A potential role for sildenafil in the management of pulmonary hypertension in patients with parenchymal lung disease. Vascul Pharmacol 44(5):372–376

32. Saggar R, Khanna D, Vaidya A, Derhovanessian A, Maranian P, Duffy E et al (2014) Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis. Thorax 69(2):123–129

33. Fossati L, Müller-Mottet S, Hasler E, Speich R, Bloch KE, Huber LC et al (2014) Long-term effect of vasodilator therapy in pulmonary hypertension due to COPD: a retrospective analysis. Lung 192(6):987–995

34. Corte TJ, Keir GJ, Dimopoulos K, Howard L, Corris PA, Parfitt L et al (2014) Bosentan in pulmonary hypertension associated with fibrotic idiopathic interstitial pneumonia. Am J Respir Crit Care Med 190(2):208–217

35. Voswinckel R, Enke B, Reichenberger F, Kohstall M, Kreckel A, Krick S et al (2006) Favorable effects of inhaled treprostinil in severe pulmonary hypertension: results from randomized controlled pilot studies. J Am Coll Cardiol 48(8):1672–1681

