IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 23-975 (RGA)<br>)<br>)  **REDACTED - PUBLIC VERSION**<br>)  Original filing date: February 26, 2024<br>)  Redacted filing date: March 4, 2024<br>) |

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELMINARY INJUNCTION**

I, Michael J. Flynn, declare as follows:

1. I am an attorney at Morris Nichols Arsht & Tunnell LLP in Wilmington, Delaware and one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Press Release, liquidia.com, "Liquidia Submits Amendment to Add PH-ILD Indication to Tentatively Approved NDA for YUTREPIA™ (treprostinil) Inhalation Powder," July 27, 2023 |
| 2 | Liquidia's Notification Pursuant to § 505(b)(3)(B) of the Federal Food, Drug, & Cosmetic Act (21 U.S.C. § 355(b)(3)(B)(i)) and 21 C.F.R. §314.52), Dec. 12, 2023 |
| 3 | Transcript from 42nd Annual J.P. Morgan Healthcare Conference, Jan. 10, 2024 |
| 4 | Press Release, liquidia.com, "Liquidia Corporation Provides Update on New Drug Application for YUTREPIA™ (treprostinil) inhalation powder," Jan. 25, 2024 |
| 5 | Information Disclosure Statement by Applicant in U.S. Patent Application No. 17/233,061 (listing references A1-A136), submitted May 12, 2021, initialed and signed by Examiner Feb. 27, 2023 |

| 6 | Information Disclosure Statement by Applicant in U.S. Patent Application No. 17/233,061 (listing references C1-C329), submitted Feb. 16, 2022, initialed and signed by Examiner Feb. 27, 2023 |
|---|---|
| 7 | Excerpts from Examiner Search Results for U.S. Patent Application No. 17/233,061, filename 20220823-17233061-txt.docx, undated |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 26th day of February, 2024, in Wilmington, Delaware

                                                */s/ Michael J. Flynn*
                                                Michael J. Flynn

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 26, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Brittany Cazakoff, Esquire<br>Rachel Preston, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)