# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 1:23-cv-00975-RGA |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | **REDACTED - PUBLIC VERSION** |
| | ) | Original filing date: February 26, 2024 |
| Defendant. | ) | Redacted filing date: March 4, 2024 |
| | ) | |

**DECLARATION OF STEVEN D. NATHAN, M.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

# TABLE OF CONTENTS

I.     INTRODUCTION ................................................................................................. 1

II.    QUALIFICATIONS ............................................................................................. 2

III.   COMPENSATION ............................................................................................... 4

IV.    MATERIALS RELIED UPON AND BASES FOR MY OPINIONS ................. 4

V.     ASSIGNMENT AND SUMMARY OF MY OPINIONS ..................................... 4

VI.    LEGAL PRINCIPLES ......................................................................................... 5

       A.     Effective Filing Date of the '327 Patent ................................................. 6

       B.     Person of Ordinary Skill in the Art ........................................................ 6

       C.     Claim Construction .................................................................................. 7

       D.     Infringement ............................................................................................. 9

       E.     Validity ................................................................................................... 11

       F.     Inequitable Conduct and Materiality ..................................................... 14

VII.   SCIENTIFIC BACKGROUND ......................................................................... 15

       A.     Pulmonary Hypertension ....................................................................... 15

       B.     Types of Pulmonary Hypertension ........................................................ 18

       C.     Methods of Administration for Treating Pulmonary Hypertension ......... 20

       D.     Hemodynamic Parameters and Functional Tests .................................. 22

       E.     Previous Clinical Studies for Treating Group 3 PH Patients ................. 25

       F.     The INCREASE Study – Discovery That Tyvaso Can Treat PH-
              ILD ......................................................................................................... 31

VIII.  THE '327 PATENT ............................................................................................ 33

       A.     Overview ................................................................................................ 33

       B.     Prosecution History ................................................................................ 36

IX.    YUTREPIA ........................................................................................................ 39

X.     LIQUIDIA WILL INFRINGE THE ASSERTED CLAIMS OF THE '327
       PATENT ............................................................................................................. 43

       A.     Claim Construction ................................................................................ 43

       B.     Direct Infringement ................................................................................ 43

       C.     Induced Infringement ............................................................................. 55

XI.    THE CLAIMS OF THE '327 PATENT ARE NOT INVALID ......................... 57

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

XII.    THE CLAIMS OF THE '327 PATENT ARE NOT UNENFORCEABLE FOR INEQUITABLE CONDUCT ...................................................................... 82

XIII.   CONCLUSIONS.................................................................................................... 89

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

## I.    INTRODUCTION

1.    I have been retained by counsel for Plaintiff United Therapeutics Corporation ("UTC") in the above-captioned case. I understand that UTC has alleged that Defendant Liquidia Technologies, Inc. ("Liquidia") has engaged and will engage in patent infringement of UTC's U.S. Patent No. 11,826,327 ("the '327 patent") based on its submission to the U.S. Food and Drug Administration ("FDA") New Drug Application ("NDA") No. 213005 and an amendment thereto, filed under § 505(b)(2) of the Federal Food, Drug and Cosmetic Act ("Liquidia's § 505(b)(2) Application" or "§ 505(b)(2) Application"), seeking approval to engage in the sale of YUTREPIA® (treprostinil) for inhalation ("Yutrepia") indicated "for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability" before expiration of the '327 patent.

2.    I submit this declaration in support of UTC's Motion for a Preliminary Injunction. I understand that I may be expected to testify on these opinions, as set forth in this declaration, and in any supplemental declarations that I may prepare for this case in the future. I also understand that I may be expected to testify with respect to arguments raised by Liquidia or matters addressed by any expert testifying on behalf of Liquidia in response to this declaration.

3.    I reserve the right to supplement or modify the opinions expressed in this declaration, as well as the bases for the opinions, depending on the nature and content of the proofs presented by Liquidia and any other information subsequently provided by Liquidia, Liquidia's expert(s), and/or discovered by UTC. I further reserve the right to use animations, demonstratives, enlargements of actual exhibits, and other information in order to illustrate my opinions.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

## II.     QUALIFICATIONS

4.     I am board certified in pulmonary diseases and internal medicine. I am licensed to practice medicine in Virginia.

5.     I received my M.B.B.cH degree from the University of Witwatersrand Medical School in Johannesburg, South Africa in 1981. This degree is equivalent to an M.D. degree in the United States. I completed an internship in internal medicine at the Johannesburg Hospital in Johannesburg, South Africa, in 1982. From 1983 to 1985, I served in the South African Defense Force Medical Corps. I completed a residency in internal medicine at Long Island Jewish Hospital in New York, NY, in 1988. I completed fellowships in Pulmonary and Critical Care Medicine in 1991 and in Lung Transplantation in 1992 at Cedars-Sinai Medical Center in Los Angeles, CA.

6.     Following my fellowships, I served as a staff physician in pulmonary medicine and internal medicine at Cedars-Sinai Medical Center in Los Angeles, CA. I also served as the associate medical director of lung transplantation from 1992 to 1994.

7.     From 1994 to 1996, I served as a staff physician in pulmonary and internal medicine at the McGuire VA Medical Center in Richmond, VA.

8.     Since 1996, I have held various positions at Inova Fairfax Medical Center in Falls Church, VA, including Medical Director, lung transplantation/heart-lung transplantation; Director of thoracic immunology; Medical Director, advanced lung disease program; Interim Medical Director, heart transplant program; and my current role as Director of the Advanced Lung Disease and Lung Transplant Programs.

9.     I have simultaneously held several academic appointments. From 1994 to 1996, I served as an assistant professor in the Department of Medicine at the Medical College of Virginia in Richmond, VA. In 1997, I served as clinical assistant professor at Georgetown University

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Medical Center in Washington, DC. From 2007 to 2020, I served on the faculty at Virginia Commonwealth University School of Medicine at the Inova Campus in Falls Church, VA. I am currently a professor of medical education at the University of Virginia.

10. I have authored or co-authored more than 550 medical and scientific publications, including original research papers, case reports, reviews, consensus statements, letters, editorials, monographs, abstracts, book chapters, and books. More than 200 of these publications are related to interstitial lung disease.

11. I have served as a reviewer for more than 30 clinical journals including the New England Journal of Medicine, Lancet Respiratory Medicine, and the Journal of the American Medical Association. I am a member of the editorial board for the journal Thorax.

12. Since 2014, I have been the chair of the FDA Anesthesiology and Respiratory Therapy Devices Panel.

13. In addition to my clinical research, I actively treat patients with pulmonary hypertension ("PH"), including those with pulmonary hypertension associated with interstitial lung disease ("PH-ILD"). I treat approximately 50 patients per year with PH-ILD, with treatment options ranging from supportive care and therapies to lung transplantation. In addition, I see about 150 patients per year with other forms of pulmonary hypertension, including group 1 pulmonary arterial hypertension, Chronic Obstructive Pulmonary Disease (COPD)-associated pulmonary hypertension (group 3), group 4 (chronic thromboembolic disease pulmonary hypertension and group 5 (mostly sarcoidosis) patients. Due to this experience, I have regularly prescribed treprostinil and other medications for the treatment of pulmonary hypertension.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

14.     My qualifications for forming the opinions set forth in this declaration are explained in more detail in my *curriculum vitae*, which is attached as Attachment A. A list of my previous consultations and testimony is attached as Attachment B.

## III.    COMPENSATION

15.     I am being compensated at my normal rate of $850 per hour in connection with this case. My compensation is not contingent on the outcome of this case or on the substance of my opinions. I have no personal interest in the outcome of this case.

## IV.    MATERIALS RELIED UPON AND BASES FOR MY OPINIONS

16.     I have relied upon a number of materials in rendering the opinions in this declaration. A list of such materials is provided in Attachment C. I have also relied upon the materials cited in this declaration in rendering my opinions.

17.     I have further relied on my knowledge, education and training and my many years of experience in the field of treating PH and PH-ILD, as reflected in my qualifications and credentials set forth above and in my *curriculum vitae*.

18.     To the extent I cite to only certain portions of a reference, I reserve the right to rely on the entirety of that reference. Where I cite a particular figure or chart, the citation should be understood to encompass any text referring or relating to that figure or chart, in addition to the figure or chart itself. Similarly, where a cited portion of text refers to a figure or chart, the citation should be understood to include the figure or chart as well. I also rely on my knowledge to provide context, and to aid in understanding and interpreting the portions of the evidence that are cited.

## V.    ASSIGNMENT AND SUMMARY OF MY OPINIONS

19.     I have been provided with Liquidia's Notification Pursuant to § 505(b)(3)(B) of the Federal Food, Drug, & Cosmetic Act (21 U.S.C. § 355(b)(3)(B)(i)) and 21 C.F.R. §314.52)

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

including its Detailed Factual and Legal Statement Supporting Liquidia's Paragraph IV Certification Regarding U.S. Patent No. 11,826,327 ("Notice Letter"), Defendant's Answer to First Amended Complaint and Counterclaims ("Counterclaims"), the references included in the counterclaims, as well as information related to UTC's Tyvaso product including its label, package insert/prescribing instructions, and the '327 patent.

20.    I have been asked to provide an opinion as to whether Yutrepia infringes claims 1, 6, 9-11 and 14 (the "Asserted Claims") of the '327 patent.

21.    I have also been asked to provide an opinion as to whether the Asserted Claims of the '327 patent are, as asserted in Liquidia's Counterclaims, invalid as anticipated, obvious, and/or for obviousness-type double patenting.

22.    I have also been asked to provide an opinion as to whether certain documentation that according to Liquidia was not disclosed to the United States Patent and Trademark Office ("USPTO") during prosecution of the application that led to the '327 patent is material to patentability.

23.    As explained in more detail below, it is my opinion that, based on Liquidia's proposed label, Yutrepia when administered to treat PH-ILD in accordance with Liquidia's proposed label will infringe at least claims 1, 6, 9–11 and 14 of the '327 patent and further that the prior art Liquidia cites does not render any of the Asserted Claims of the '327 patent invalid. It is also my opinion that the Liquidia-identified documentation it contends was not disclosed to the USPTO is not material to patentability.

## VI.    LEGAL PRINCIPLES

24.    I am not an attorney and I will offer no opinions on the law. I have, however, been instructed by counsel regarding the following legal principles related to my opinions. Based on

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

these instructions, I have developed and applied the following understandings in arriving at my stated opinions and stated conclusions in this declaration.

### A.    Effective Filing Date of the '327 Patent

25.    For the purposes of this Declaration, I have been instructed by counsel to assume that the effective filing date of the '327 patent is April 17, 2020, which corresponds to the filing date of the earliest provisional application to which the '327 patent claims priority.[1] *Infra* ¶ 94.

### B.    Person of Ordinary Skill in the Art

26.    I understand that I am to evaluate infringement, validity, and materiality from the perspective of a hypothetical person of ordinary skill in the art ("POSA"). I understand that factors such as the education level of those working in the field, the sophistication of the technology, the types of problems encountered in the art, the prior art solutions to those problems, and the speed at which innovations are made inform the relevant level of skill in the art.

27.    The claims of the '327 patent cover a method of "improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease" by administering treprostinil via oral inhalation. I am personally acquainted with each of the three named inventors of the '327 patent, having co-authored publications with them related to UTC's INCREASE study.[2] I understand that each of these inventors has a post-graduate degree in the field of medicine or drug development and at least several years of research or clinical experience in the investigation and treatment of pulmonary hypertension including PH-ILD and in developing

---

[1] I have not at this point been asked by counsel to assess, nor have I formed any opinions regarding, the effective filing date of the '327 patent. Should Liquidia or its experts take a contrary position in the future, I reserve the right to respond.

[2] *See, e.g.*, Aaron Waxman et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, 384 New Eng. J. Med. 325 (2021) ("INCREASE study").

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

pharmaceutical products for the treatment of pulmonary hypertension.[3] Based on my experience, such qualifications are consistent with those of other scientists working in the PH-ILD field as of April 17, 2020. Regarding the sophistication of the technology, PH-ILD is a type of pulmonary hypertension but its underlying causes differ from other forms of PH. Thus, in my opinion the POSA would have experience with PH-ILD, not just PH generally. Based on the factors identified above, in my opinion, a POSA would have a graduate degree in medicine, such as an M.D., with at least two years' experience treating patients with interstitial lung disease, including PH-ILD.

28.    Based on my qualifications outlined above, I am able to provide opinions relating to infringement, validity, and materiality from the perspective of a hypothetical POSA. Further, I met and exceeded the level of skill of a POSA under this definition as of April 17, 2020, and meet and exceed that level today.

### C.    Claim Construction

29.    I understand that a determination of patent infringement requires two steps. First, the claims are construed. Second, the properly construed claims are compared to the accused method. Claim terms are generally given their ordinary and customary meaning to a POSA at the time of the invention. I have been asked to assume that the relevant time for conducting my analysis is the filing date of the application that later issued as the '327 patent, i.e., April 17, 2020.

30.    I understand that to determine the meaning of the claim language, a POSA first looks to the "intrinsic evidence," including the words of the claims themselves, the patent specification, and the prosecution history.

---

[3] *See, e.g.*, Press Release, UTC, United Therapeutics Announces Recent Milestones for its Heart and Kidney Xenotransplantation Programs (Sept. 22, 2023); LinkedIn Profile for Peter Smith; LinkedIn Profile for Chunquin Deng.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

31.     I understand that "extrinsic evidence," such as expert opinion and dictionaries, may also be considered in construing the claim terms, but they are less significant than intrinsic evidence in determining the meaning of claim language.

32.     I understand that for purposes of claim construction, a patent claim can be broken into three parts: (a) the "preamble", which provides context for the claim invention; (b) the "transitional phrase" which describes the degree to which the claim will be limited to its recited elements; and (c) the "claim body", which recites the limitations that are necessary to define the invention. For example, if a claim reads: "A stool comprising a seat and three legs, wherein the seat and legs are constructed from pine," then the preamble would be "A stool", the transitional phrase would be "comprising", and the claim body would be "a seat and three legs, wherein the seat and legs are constructed from pine."

33.     I understand that in certain circumstances, the preamble of a claim may be considered "limiting" and restrict its scope. I understand that a preamble is limiting if a POSA would understand the preamble to give life and meaning to the claim or provides antecedent basis for claim terms appearing in the body of the claim. I understand that in the context of a method claim, if the preamble is limiting, the method recited by the body of the claim must be carried out in accordance with the preamble.

34.     I understand that if "comprising" is used as the transition phrase, then the invention is not limited to only the elements identified in the claim body. For example, a claim directed to "a stool comprising a seat and three legs" would cover stools that contain a seat, three legs, and any other features (e.g., a fourth leg or a backrest).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

35.     I understand that in the context of a method claim an "independent" claim contains all the steps of a claimed method, while a "dependent" claim, which depends from another claim, contains all the steps in the claim as well as the steps set forth in the claim from which it depends.

**D.     Infringement**

36.     I understand that, as the patentee, UTC has the burden of proving infringement by a "preponderance of the evidence," i.e., that infringement is more likely than not. I also understand that in evaluating infringement, I should consider the product for which Liquidia is seeking FDA approval to market, which is primarily (but not exclusively) defined by the ANDA or NDA submitted to the FDA, and including but not limited to the product instructions for use and prescribing information or label.

37.     I understand that infringement is determined on a claim-by-claim basis. I further understand that a patent claim may be infringed "directly" or "indirectly."

38.     I understand that a party is liable for directly infringing a method claim if it practices each step of a patent claim in the United States.

39.     I am informed that courts have found that when a healthcare provider (e.g., a doctor) prescribes a drug to a patient in accordance with that drug's FDA-approved labeling instructions and the patient subsequently self-administers the drug, the healthcare provider is considered to have directed the manner and timing under which the patient takes the drug. In other words, taking a prescription drug in the manner specified is a condition of the patient's participation in that treatment method to receive the full benefit of the treatment. I therefore understand that if a patient self-administers a prescription drug in accordance with a patented method of treatment, the healthcare provider that prescribed the drug is liable for direct infringement because the

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

performance of all the claimed steps in the patented treatment can be attributed to the healthcare provider.

40.     I understand that, in order to prove infringement, the patent holder need not demonstrate that the accused method *always* meets the limitations of an asserted claim. Rather, I understand that infringement is proven if the accused method is shown to meet the limitations of the claim at least some of the time.

41.     I understand that a party can be liable for the direct infringement of another, called "indirect infringement." One type of indirect infringement is called "induced" infringement. Thus, I understand that a party can be liable for infringement of a method claim if it induces the direct infringement of the claim by another. I further understand from counsel that this can come up in the context of method of administration claims in the pharmaceutical context, where a drug company may market a drug that infringes when administered, but where that administration is performed by doctors or patients actually taking the drug. I also understand that induced infringement requires a threshold finding of direct infringement. In order to prove induced infringement, a patentee must show that: (a) an act of direct infringement was carried out by a third party, (b) the alleged infringer took action during the time the patent was in force that was intended to cause, and led to, the third party's infringing actions; and (c) the alleged infringer had intent to induce infringement, i.e., it was aware of the patent and knew that the third party's actions, if taken, would constitute infringement of the claimed method.

42.     I am informed that in order to establish intent to induce infringement, direct evidence is not required. The patentee may rely on circumstantial evidence, such as the accused infringer's drug label, marketing materials, and press releases. I am further informed that a drug

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

label may be evidence of intent if it encourages, recommends, or promotes infringement by a third party (e.g., a healthcare provider and/or patient).

### E.    Validity

43.    I understand that as a defense against infringement, an accused infringer may attempt to establish that the '327 patent is invalid.

44.    I understand that patents issued by the USPTO are presumed to be valid. I therefore understand that the accused infringer bears the burden of proving invalidity by "clear and convincing evidence." I am informed that the clear and convincing evidence standard required for invalidity carries a higher burden of proof than the preponderance of the evidence standard required for infringement, discussed above.[4] Specifically, I understand that the clear and convincing evidence standard is met when the fact finder is left with a clear conviction that invalidity is highly probable.

45.    I understand that determining the validity of a patent claim requires a two-step analysis. First, the claim language must be properly construed to determine its scope and meaning. Second, the claims, as properly construed, must be compared with the prior art. In general, I understand from counsel that "prior art" references are public references that pre-date the patent and qualify as prior art under certain statutes. Examples include publications available prior to the filing of the patent application an certain patents.

### 1.    Anticipation

46.    I understand that a patent claim is invalid as anticipated if a single prior art reference describes every element of the claim such that a POSA could practice the claimed method without undue experimentation.

---

[4] *Supra* ¶ 36.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

47.    I understand that anticipation may be by express disclosure in the prior art. I also understand that if the prior art reference does not expressly set forth a particular claim element, the reference may still anticipate a patent claim if that element is "inherent" in its disclosure. With respect to method claims, I understand that a result is inherent if it is a necessary and inevitable consequence of practicing the claimed method.

### 2.    Obviousness

48.    Unlike anticipation, I understand that an obviousness analysis can be based on more than a single prior art reference.

49.    I understand that a patent claim is invalid if the differences between the patented subject matter and the prior art are such that the subject matter, as a whole, would have been obvious at the time the invention was made. I also understand that the question of obviousness requires consideration of (a) the scope and content of the prior art; (b) the level of ordinary skill in the art; (c) the differences between the claimed invention and the prior art; and (d) secondary considerations of non-obviousness. I further understand that the scope and content of the prior art must be viewed through the perspective of a POSA at the time of the invention.

50.    I understand that analyses that rely on hindsight to establish obviousness are improper. I understand that one way to avoid hindsight reasoning is to demonstrate that a POSA would have been motivated to modify the prior art to arrive at the claimed invention. I also understand that a POSA must have had a reasonable expectation of success that modifying the prior art would have resulted in the claimed invention.

51.    I understand that in forming an opinion regarding obviousness, one must consider so-called "secondary considerations" or "objective indicia" of non-obviousness, which include, for example:

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

a.  Whether the invention was commercially successful as a result of the merits of the claimed invention (rather than the result of design needs or market-pressure advertising or similar activities);

b.  Whether the invention satisfied a long-felt need;

c.  Whether others had tried and failed to make the invention;

d.  Whether others invented the invention at roughly the same time;

e.  Whether others copied the invention;

f.  Whether there were changes or related technologies or market needs contemporaneous with the invention;

g.  Whether the invention achieved unexpected results;

h.  Whether others in the field praised the invention;

i.  Whether persons having ordinary skill in the art of the invention expressed surprise or disbelief regarding the invention;

j.  Whether others sought or obtained rights to the patent from the patent holder; and

k.  Whether the inventor proceeded contrary to accepted wisdom in the field.

The timeframe for evaluating these factors is not limited to the time of the invention, and post-invention evidence may be considered.

### 3.    Obviousness-Type Double Patenting

52.  I understand that a patentee may only obtain one patent for a given invention. Accordingly, I understand that if a patentee files new claims covering subject material that is not patentably distinct from an invention he or she has already patented, those new claims may be invalid. I understand that claimed subject material is not patentably distinct from an earlier

13

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

invention if it is either (1) the same as or (2) an obvious variation of the earlier invention. I understand that this second scenario is referred to as "obviousness-type double patenting."

53.     I understand that an obviousness-type double patenting analysis is done on a claim-by-claim basis in which a claim of the challenged patent is compared to a corresponding claim of the reference patent. I understand that the first step in this analysis is to determine the similarities and difference of the two claims at issue, and that the second step is to determine whether the differences between the claims are, in light of the available prior art, sufficient to render them patentably distinct, i.e., the subject matter covered by the challenged claim is not an obvious variation of the subject matter covered by the reference claim.

54.     I understand that when conducting an obviousness-type double patenting analysis, the specification of the reference patent may be consulted in order to determine the scope of the patent's claims. However, I also understand that to the extent the reference patent's specification is not itself part of the prior art, its contents cannot be relied on as substantive evidence of obviousness.

**F.     Inequitable Conduct and Materiality**

55.     I understand that if certain types of intentional misconduct occur during the prosecution of a patent application, the resulting patent can be declared unenforceable for "inequitable conduct."

56.     I understand that in order to establish inequitable conduct, the accused infringer must prove that a person who owed a duty of candor to the USPTO, e.g. an inventor or prosecuting attorney: (a) withheld or misrepresented "material" information from the USPTO during the prosecution, and (b) did so with the intent to mislead the patent examiner. I further understand that

14

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

both attributes of inequitable conduct—materiality and intent—must be proven by clear and convincing evidence.

57.    I understand that in the context of inequitable conduct, information is considered "material" if the application leading to the '327 patent would not have issued *but for* the alleged misconduct. I therefore understand that material information must either (a) by itself or in combination with other information, render at least one claim of the application unpatentable, or (b) refute or be inconsistent with a position taken by the patent applicant regarding patentability.

58.    I understand that information is not considered material if it is "cumulative" of other information that was before the USPTO during prosecution. I am informed that information is cumulative if it teaches no more than what is taught by the information already before the USPTO. In other words, a reference is cumulative if the allegedly material information it contains had already been disclosed to the USPTO as part of a different reference.

## VII.    SCIENTIFIC BACKGROUND

59.    If asked to testify, I may provide a tutorial on the background facts and scientific opinions that support my opinions, including, for example, pulmonary hypertension and PH-ILD; different methods of administering drugs to treat various forms of pulmonary hypertension; effects of drugs on pulmonary hypertension including hemodynamic effects and functional effects; and clinical studies on treating patients with pulmonary hypertension and PH-ILD. These and other background state-of-the-art concepts are described in detail below. I reserve the right to provide additional background information or detail as appropriate.

### A.    Pulmonary Hypertension

60.    In general, "hypertension" refers to blood pressure that is higher than normal. Hypertension can be further described based on whether it occurs in the blood vessels connected

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

to the lungs (pulmonary hypertension) or the blood vessels in the rest of the body (systemic hypertension). The reason for this distinction is that the body can be regarded as having two blood circulation systems: one circuit that connects the heart to the lungs (pulmonary circulation) and one that connects the heart to the rest of the body (systemic circulation). As shown in the figure below, these two circulations work together to gather oxygen from air in the lungs and pass it to the various tissues in the body.



61.    As shown above, the heart has two sides (right and left) and two chambers to each side (the atria and ventricles). Venous blood is returned to the right atrium from where it flows into the right ventricle which pumps the blood into the lungs through the pulmonary artery and its tributaries eventually ending in the capillaries which are in the air sacs (alveoli) of the lung, which is where gas exchange occurs. Carbon dioxide is eliminated at this interface while fresh oxygen is absorbed. The oxygenated blood is then carried through the venous side of the pulmonary circulation to the left atrium and then to the left ventricle which then pumps the blood out through the aorta to the rest of the body.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

62.      Pulmonary hypertension occurs when there is a build-up of blood pressure in the pulmonary artery—the major blood vessel that connects the right side of the heart with the lungs.[5] Conversely, systemic hypertension occurs when the pressure generated by the left side of the heart is too high. A normal systemic blood pressure is around 120 mmHg systolic, 80 mmHg diastolic—commonly written as "120/80 mmHg."[6] The systolic pressure is the pressure measured when the heart contracts while the diastolic pressure is the pressure measured when the heart relaxes. Because the left side of the heart has to pump blood to the whole body, the pressure generated by the left ventricle is about 6-fold higher than the pressure generated by the right ventricle which only has to pump blood to the lungs and is therefore a low-pressure circuit. A normal pulmonary artery pressure is about 25/10 mmHg. A normal mean pulmonary artery pressure refers to the average pressure through the cycle of contraction and relaxation is around 14 mmHg.

63.      Pulmonary hypertension is defined by a mean pulmonary artery pressure of greater than 20 mmHg.[7] Whereas systemic pressures can be measured with a simple blood pressure cuff, the only way to measure the pulmonary artery pressures is with a right heart catheterization, where a catheter is inserted into the right side of the heart and "floated" through the right atrium, the right ventricle and then into the pulmonary artery for direct pressure measurements. Other measurements are taken at the same time which enable other calculations such as the cardiac output (the amount of blood flow per minute) and the pulmonary vascular resistance (which is the resistance across the pulmonary circulation).

---

[5] *See, e.g.*, Simonneau G, et al., *Haemodynamic Definitions and Updated Clinical Classification of Pulmonary Hypertension*, 53 Eur. Respiratory J. 1801913, at 2 (2019).

[6] The abbreviation "mmHg" refers to "millimeter of mercury" and is a standard unit of measure for blood pressure.

[7] Simonneau, et al., at 2

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

B.    **Types of Pulmonary Hypertension**

64.    There are five groups of pulmonary hypertension.[8] Group 1 is referred to as pulmonary arterial hypertension ("PAH"), where the cause of the pressure build-up is from pathologic changes within the pulmonary artery and its tributaries, including the pulmonary arterioles which are further upstream and lead into the pulmonary capillaries.[9] There are a number of causes of Group 1 PAH, including idiopathic pulmonary arterial hypertension, a disease formerly referred to as primary pulmonary hypertension.[10] Various autoimmune diseases such as scleroderma can also result in Group 1 PAH, as can HIV.[11]

65.    Medications and treatment for pulmonary hypertension are typically initially studied and approved for Group 1 PAH. Safety and efficacy of medications for treating Group 1 PAH does not automatically translate to the other forms of pulmonary hypertension whose pathophysiology is entirely different. There are approximately 13 formulations of medications available to treat Group 1 PAH. Aside from inhaled Treprostinil which is approved for both Group 1 PAH and PH-ILD, the only other medication approved for any other form of pulmonary hypertension is riociguat which is approved for Group 1 PAH and Group 4 chronic thromboembolic pulmonary hypertension ("CTEPH").

66.    Group 2 pulmonary hypertension refers to causes of pulmonary hypertension due to left-sided heart disease where a pressure build-up on the left side of the heart causes a pressure build-up in the pulmonary venous circulation that is then transmitted across the pulmonary capillaries and affects the pulmonary arterial side of the circulation.[12] Examples include heart

---

[8] *Id.* at 6 tbl. 2.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

failure, cardiomyopathies, and diseases of the heart valves (e.g. mitral stenosis).[13] If the cause of

the PH is heart disease, treatment of this form of pulmonary hypertension often involves treatment

of that underlying heart disease. Treatment of the pulmonary hypertension with therapies approved

for group 1 PAH in these situations could in fact be harmful to the patient and therefore there are

no pulmonary hypertension medications approved for group 2.

      67.    Group 3 pulmonary hypertension refers to a buildup of pressure due to lung

disease.[14] Of the lung diseases, there are two broad groups, interstitial lung disease ("ILD") and

chronic obstructive lung disease ("COPD").[15] Common forms of ILD include idiopathic

pulmonary fibrosis ("IPF") which is the one of the idiopathic interstitial pneumonias ("IIP").[16]

With these diseases of the lung, there can be vessel destruction and distortion and other factors

related to the lung disease that can result in a pressure build-up in the pulmonary circulation leading

to pulmonary hypertension.[17] PH-ILD, which refers to pulmonary hypertension associated with

interstitial lung disease, has significant implications for morbidity and mortality with worse

functional impairment, a greater need for supplemental oxygen, greater health care resource

utilization, and a worse survival rate.[18] Additionally, both because of the similarity between the

symptoms of PH-ILD and the underlying lung disease there is a tendency in the field to under-

---

[13] *Id.*

[14] *Id.*

[15] Huston J, et al., *Pulmonary Hypertension in Patients Without Pulmonary Arterial Hypertension*, in *Pulmonary Hypertension: Basic Science to Clinical Medicine* 29, 29 (Bradley A. Maron et al. eds., 2016).

[16] Nunes H, et al., *Pathology of Vascular Changes in Interstitial Lung Diseases*, in *Pulmonary Hypertension and Interstitial Lung Disease* 45 (Baughman et al., eds., 2d. ed. 2017).

[17] *Id.* at 46.

[18] King C & Nathan SD*, Treatment of Pulmonary Hypertension in Interstitial Lung Disease*, in *Pulmonary Hypertension and Interstitial Lung Disease* 67, 67-68 (Baughman et al., eds., 2d. ed. 2017).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

diagnose PH-ILD. [19] Furthermore, in my clinical experience, the lack of available treatments for PH-ILD has been an additional contributing factor to the underdiagnosis of PH-ILD; in particular, in my clinical experience, physicians are less likely to develop the skills necessary to diagnose a condition for which there is not yet an approved treatment.

68.     Group 4 pulmonary hypertension refers mostly to conditions that result in mechanical obstruction of the pulmonary vessels mostly through blood clots (pulmonary emboli) that fail to fully resolve and result in obliteration and strictures (narrowing) of the pulmonary artery vessels. It is estimated that this occurs in about 1-3% of patients who have acute pulmonary emboli, but it can also occur in patients without a prior recognized pulmonary embolism event.

69.     Group 5 pulmonary hypertension encompasses various miscellaneous causes of pulmonary hypertension including some lung conditions like sarcoidosis, but also disparate entities such as kidney failure and various blood disorders.

**C.     Methods of Administration for Treating Pulmonary Hypertension**

70.     As mentioned previously, all (but two) of the drugs approved to treat pulmonary hypertension are approved for Group 1 PAH only. There are generally three classes of agents, each of which targets a different biological pathway in the body. All three drug classes, summarized in the table below, treat PAH by causing vasodilation of the pulmonary artery vessels. As shown in the table, treprostinil is a member of the prostanoid class of drugs.

---

[19] Collum S, et al., *Pulmonary Hypertension Associated with Idiopathic Pulmonary Fibrosis: Current and Future Perspectives*, 2017 Can. Respiratory J. 1430350 at 2 (Feb. 13, 2017).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

| Pathway | Approved Products | Mechanism(s) of Action | Administration |
|---|---|---|---|
| **Prostanoid** | Epoprostenol (Flolan, Vletri)<br><br>Treprostinil (Orenitram, Tyvaso, Remodulin)<br><br>Iloprost (Ventavis)<br><br>Selexepag (Uptravi) | *Agonism of Prostanoid Receptors* (all products) | *Inhaled* Treprostinil (Tyvaso) Iloprost (Ventavis)<br><br>*Oral* Treprostinil (Orenitram) Selexepag<br><br>*Intravenous* Epoprostenol, Treprostinil (Remodulin)<br><br>*Subcutaneous* Treprostinil (Remodulin) |
| **Endothelin** | Bosentan (Tracleer)<br><br>Macitentan (Opsumit)<br><br>Ambrisentan (Letairis) | *Antagonism of Endothelin Receptors:* (all products) | *Oral* (all products) |
| **Nitric Oxide** | Sildenafil (Revatio)<br><br>Tadalafil (Adcirca)<br><br>Riociguat (Adempas) | *Inhibition of Phospho-diesterase Type 5 (PDE5)* sildenafil, tadalafil<br><br>*Stimulation of Soluble Guanylate Cyclase (sGC)* riociguat | *Oral* Sildenafil, Tadalafil, Riociguat<br><br>*Intravenous* Sildenafil |

71.     While all of the above therapies have been approved and used in patients with Group 1 PAH, there have been a number of attempts through the years to evaluate if they might prove useful in other forms of pulmonary hypertension, most notably in PH-ILD.

21

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

72.     In my clinical experience, third party payors such as insurers typically require prior authorization before approving of payments for treprostinil as well as many of the other PH drugs listed above.

### D.     Hemodynamic Parameters and Functional Tests

73.     In my professional experience designing and conducting clinical trials in PH and PH-ILD, a key part in the design of any clinical trial is the selection of "endpoints"—the method by which the efficacy of the drug(s) tested in the trial will be evaluated.[20] Endpoints can take a variety of forms, including so-called "biomarker" tests that measure the drug's performance as a surrogate for more robust endpoints, such as functional measures and patient outcomes. The particular endpoints used in a given trial will vary depending on the disease being treated and the objectives of the trial. For example, early phase 1 and/or phase 2 studies that provide the first look at how a drug performs in human patients may rely primarily on biomarker endpoints, while larger phase 3 registration trials are typically required to employ more functional, patient-centric endpoints to assess how patients feel, function and/or survive. The migration from biomarker to more functional endpoints over the course of clinical development is often seen in PH studies.

74.     In my professional experience designing and conducting phase 2 trials in PH and PH-ILD, it is quite common to employ a hemodynamic biomarker endpoint as a surrogate measure of "target engagement," the interaction of a drug compound and its intended biological target. Hemodynamics is how a patient's blood flows through their blood vessels. The hemodynamic endpoint most commonly used in this context is "pulmonary vascular resistance" or "PVR," which is determined during right heart catheterization. PVR is the resistance imposed by the vasculature

---

[20] *See, e.g.*, King & Nathan at 80.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

against blood flow from the pulmonary artery to the left atrium. PVR is calculated according to the following equation:

$$PVR = \frac{MPAP - PAWP}{Cardiac\ Output}$$

where MPAP is the "mean pulmonary artery pressure" and PAWP is the "pulmonary artery wedge pressure."[21] Pulmonary artery pressure ("PAP") is the benchmark characteristic for determining if a patient suffers from pulmonary hypertension. PAWP, which can also be referred to as "pulmonary capillary wedge pressure" or "PCWP" is an estimate of the left ventricular end-diastolic pressure, which is known as the left heart "filling pressure." Cardiac output is how much blood a patient's heart can pump in one minute. Other hemodynamics that are commonly measured during right heart catheterization include "central venous pressure" or "CVP," "systemic vascular resistance" or "SVR," "systemic arterial pressure" or "SAP," "central venous oxygen saturation" or "SvO2," "arterial oxygen saturation" or "SaO2," and heart rate.[22] Each of these parameters are measured in a clinical study disclosed by the U.S. Patent No. 10,716,793 ("the '793 patent"), which I discuss in detail below.[23] SVR is the resistance against which the left ventricle must work to eject its stroke volume." CVP is a measure of the pressure in the vena cava (large veins leading to the right atrium), which is shown in the diagram above. The CVP of a patient can be used to estimate the preload and right atrial pressure. SAP is what is commonly known as blood pressure. SvO2 is a measure of the oxygen content of a patient's blood returning to the right side of the heart after perfusing through the body.[24] SaO2 is a measure of the oxygen content in a patient's arteries.

---

[21] Engel P, *Invasive Techniques for Diagnosis of PH*, in *Pulmonary Hypertension and Interstitial Lung Disease* 29, 31 (Robert P. Baughman et al., eds., 2d ed. 2017).
[22] *Id.* at 37 tbl. 2.1.
[23] *See, e.g.*, '793 patent at tbl. 2.
[24] Engel at 32.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

75.    Studies that rely exclusively on hemodynamic biomarker endpoints, such as PVR, may not be predictive of *functional* success in treating disease in larger populations of patients. For example, a phase II study showing that a drug reduces PVR does not necessarily mean that the drug will be of clinical benefit to patients. A good example of this is riociguat, which as described below, was shown to lower PVR but provides no clinical benefit to patients suffering from PH-ILD.[25]

76.    In stark contrast to hemodynamic endpoints, functional endpoints are assessments of how patients actually feel and function. Functional endpoints are typically utilized in phase 3 PH studies. Common functional endpoints and other clinically relevant endpoints include assessments such as "Forced Vital Capacity" or "FVC," "six minute walk distance" or "6MWD," time to clinical worsening, frequency of hospitalization, frequency of disease exacerbations, and frequency of death. FVC is the volume of air that a patient is able to exhale after inhaling as deeply as possible. FVC can be used to predict a patient's subsequent outcome in relation to his or her underlying ILD. Functional endpoints can also include qualitative assessments of a patient's health, where a patient is asked to answer a series of questions during treatment. One example that combines how patients "function" with how they "feel" is the Modified Borg Dyspnoea Scale (0-10), which asks patients to rate their difficulty in breathing after performing a physical activity such as the six minute walk test. As described below, in properly designed phase 3 clinical trials, each of these endpoints is evaluated against a placebo control.

77.    In addition to truly functional endpoints such as the 6MWD, which measures how far a patient can walk in six minutes, clinical trials may also evaluate other parameters that can be used to predict a patient's ability to function and their overall health outcomes. For example, in

---

[25] *Infra* ¶¶ 83-85.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

the INCREASE study, which I describe below and is disclosed in the '327 patent, as the primary endpoint we measured a patient's 6MWD, but as a secondary endpoint we measured the concentration of "NT-proBNP" in the patient's plasma.[26] BNP refers to brain natriuretic peptide, a protein that is released into a patient's bloodstream when the patient's heart is dilated and under stress.[27] N-terminal pro b-type natriuretic peptide or NT-proBNP is a protein that a patient's body uses to make the BNP hormone.[28] A patient produces more NT-proBNP when the ventricles are under stress or increased pressure.[29]

### E.    Previous Clinical Studies for Treating Group 3 PH Patients

78.    In recent years, there have been a number of attempts to determine whether medications approved for Group 1 PAH might also show efficacy in Group 3 PH patients with lung disease. These efforts, however, have frequently met with failure. Prior to UTC's successful INCREASE study with treprostinil, the results of which were first published in January 2021 and discussed below, *infra* § ¶¶ 88-93, not a single medication approved to treat Group 1 PAH had been shown to be safe and efficacious in Group 3 PH patients when subjected to rigorous clinical study. Many hypotheses of potential crossover efficacy are based on retrospective, small-series, open-label and/or single-center studies. However, the only way to know with a reasonable degree of scientific certainty whether a drug works is through prospectively designed, double-blind, randomized, placebo-controlled trials ("RCT"s)—the only types of studies the FDA will evaluate to consider drug approvals. This has resulted in many instances of drugs with alleged promise

---

[26] *See* '327 patent at 2:8.
[27] Al-Naamani N, et al., *Biomarkers and Other Methods for Assessing Patient Progress*, in *Pulmonary Hypertension: Basic Science to Clinical Medicine* 231, 231 (Bradley A. Maron et al., eds., 2016).
[28] *Id.*
[29] *Id.*

CONFIDENTIAL − OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

through less robust studies not panning out when subjected to controlled clinical trials. A brief summary of each of the RCTs conducted in Group 3 PH prior to INCREASE is provided below.

### 1.    The Iloprost (ACTIVE) Study (2007)

79.    The only RCT of an inhaled medication in patients with PH-ILD, other than the INCREASE study, was that of inhaled iloprost. Inhaled iloprost was approved for treating PAH in 2004.[30] The iloprost study was a RCT of treating patients with pulmonary hypertension associated with IPF.[31] This study was negative and was therefore only reported as an abstract at the American College of Chest Physicians in 2007. Specifically, the study found "no significant differences between I [Iloprost] and P [Placebo] groups in change from baseline in 6MWD (−31m vs. 9.8m), NYHA Class (16% vs 13% improved), Borg Dyspnea score, and oxygen desaturation during exercise."[32]

### 2.    The STEP-IPF Study (2010)

80.    The STEP-IPF study is widely regarded as a PH study but in order to qualify for the study, patients did not need to have the gold standard right-heart catheterization ("RHC") to make sure they had PH. Instead, the study was "enriched" for patients with PH by having the main inclusionary criterion being a diffusing capacity ("DLco") <35% of predicted. The DLco is a lung function test that can be regarded as a non-invasive surrogate for PH and probably about 50-60% of patients with DLcos<35% will have pulmonary hypertension. In this RCT, IPF patients with

---

[30] Ventavis Prescribing Information (2004) at 8.
[31] Krowka M, et al., *A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Iloprost Inhalation in Adults with Abnormal Pulmonary Arterial Pressure and Exercise Limitation Associated with Idiopathic Pulmonary Fibrosis*, 132 Chest 633A, at 1 (2007).
[32]*Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

DLco's<35% were treated with oral sildenafil.[33] Oral sildenafil was first approved for treatment of PAH in 2005.[34] The authors reported that "[s]mall case series of daily treatment with sildenafil in patients with this condition and known pulmonary vascular disease have suggested improved exercise tolerance, reduced degree of dyspnea, and improved quality of life."[35] However, the study showed that sildenafil was not effective based on its primary endpoint: "[t]he use of sildenafil did not cause a significant difference in the proportion of patients with an improvement of 20% or more in the 6-minute walk distance at 12 weeks (the primary outcome)."[36]

### 3. The BPHIT Study (2014)

81. The BPHIT Study examined the potential for treating pulmonary hypertension associated with fibrotic IIP (a subset of ILD) , with bosentan.[37] Despite bosentan proving effective in the treatment of Group 1 PAH, the BPHIT Study determined that it was not suitable for the treatment of PH associated with IIP; specifically, there was "no difference in invasive pulmonary hemodynamics, functional capacity, or symptoms between the bosentan and placebo groups over 16 weeks."[38]

### 4. The INSTAGE Study (2018)

82. The INSTAGE Study examined the potential use of nintedanib, a drug approved for the treatment of IPF, with sildenafil, a drug used in the treatment of Group 1 PAH, for the treatment of IPF patients enriched for PH by the same criterion as the STEP-IPF study (DLco<35%

---

[33] Zisman D, et al., *A Controlled Trial of Sildenafil in Advanced Idiopathic Pulmonary Fibrosis*, 363 New Eng. J. Med. 620, 620 (2010).
[34] Revatio Prescribing Information (2005) at 6.
[35] Zisman et al. at 621.
[36] *Id.* at 626.
[37] Corte T, et al., *Bosentan in Pulmonary Hypertension Associated with Fibrotic Idiopathic Interstitial Pneumonia*, 190 Am. J. of Respiratory & Critical Care Med. 208, 208 (2014).
[38] *Id.* at 216.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

of predicted).[39] Nintedanib was approved for treating IPF, the underlying lung disease, in 2014.[40] While nintedanib has proven effective in the treatment of IPF alone, the study was negative finding "nintedanib plus sildenafil did not provide a significant benefit as compared with nintedanib alone."[41]

### 5.    The RISE-IIP Study (2019)

83.    The largest RCT in PH-ILD prior to the INCREASE study was the RISE-IIP study of oral riociguat, which specifically examined patients suffering from idiopathic interstitial pneumonia and with PH documented by RHC.[42] Oral riociguat was approved for the treatment of PAH in 2013.[43] Oral riociguat is also the only drug approved to treat Chronic Thromboembolic Pulmonary Hypertension ("CTEPH") a form of Group 4 PH.[44] A previous pilot study had also shown that oral riociguat "improved 6-min walking distance (6MWD), cardiac output, and pulmonary vascular resistance" in patients with PH-ILD.[45] I was the chair of the steering committee for the RISE-IIP study and unfortunately this study had to be terminated early because of harm in the active treatment of patients with more deaths and hospitalizations evident in the group receiving riociguat versus the control.[46]

84.    As chair of the steering committee for the RISE-IIP study, I was privileged to present the results at a large plenary session of the European Respiratory Society held in Milan,

---

[39] Kolb M, et al., *Nintedanib plus Sildenafil in Patients with Idiopathic Pulmonary Fibrosis*, 379 New Eng. J. Med. 1722, 1722-31 (2018).
[40] Ofev Prescribing Information (2014).
[41] *Id.*
[42] Nathan SD, et al., *Riociguat for Idiopathic Interstitial Pneumonia-Associated Pulmonary Hypertension (RISE-IIP): A Randomised, Placebo-Controlled Phase 2b Study*, 7 Lancet Respiratory Med. 780, 780 (2019).
[43] Adempas Prescribing Information (2013) at 1.
[44] *Id.*
[45] Nathan et al. at 781.
[46] *See id.* at 788.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Italy. After I finished my presentation, I was admonished in front of an audience of about 500 attendees by one of the chairs of the session for undertaking this study, who told me *"everyone knows that treating pulmonary hypertension associated with lung disease does not work."* The RISE-IIP study and the results thereof heralded the "peak of pessimism" for treating PH-ILD. It is my understanding that all or nearly all the attendees of this session possessed the qualifications and experience such that each would be considered a POSA.

85.      The results of this study (in addition to the others) underscore the fact that a drug which works very well in one form of pulmonary hypertension might not work and indeed might pose harm in other forms of pulmonary hypertension. This mandates appropriate RCTs with specific drugs or variations of drugs in different forms of PH.

### 6.      The Sildenafil with Pirfenidone Study (2021)

86.      In 2021, a study examining the potential to use sildenafil in combination with pirfenidone in patients with IPF at risk of Group 3 PH was performed.[47] Pirfenidone was approved for treating IPF in 2014.[48] This study was similar in its design to both the STEP and INSTAGE studies with the main inclusionary criterion being a DLco<35% predicted, once again an "enrichment" strategy for PH. This study was undertaken since there was a suggestion of benefit based on some of the secondary endpoints in the STEP study and it was felt therefore that a longer-term study might allow any such benefit to become manifest. Therefore this study was longer in duration than the prior STEP and INSTAGE studies and had a more robust endpoint of "time to clinical worsening". Unfortunately, much like the prior STEP-IPF and INSTAGE studies, this

---

[47] Behr J, et al., *Efficacy and Safety of Sildenafil Added to Pirfenidone in Patients with Advanced Idiopathic Pulmonary Fibrosis and Risk of Pulmonary Hypertension: A Double-Blind, Randomised, Placebo-Controlled, Phase 2b Trial*, 9 Lancet Respiratory Med. 1 (Jan. 2021) at 85.
[48] Esbriet Prescribing Information (2014).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Phase 2b trial was negative, finding that the "addition of sildenafil to pirfenidone did not provide a treatment benefit versus pirfenidone plus placebo up to 52 weeks in patients with advanced IPF and risk of pulmonary hypertension."[49]

### 7.     The PERFECT Study (2021)

87.     The PERFECT Study was a phase 3 clinical study sponsored by UTC to evaluate the safety and efficacy of inhaled treprostinil in patients with PH due to COPD.[50] The study called for administering treprostinil with a target dosage of 72 micrograms in 12 breaths, four times daily.[51] The study planned to measure the change in 6MWD from baseline to week 12.[52] The study stated that the "[t]he intent of the 6-Minute Walk Test (6MWT) is a validated and reliable measure of exercise ability in patients with chronic respiratory diseases."[53] The sponsor of the study terminated it "based upon a recommendation of the study's independent Data Safety Monitoring Committee (DSMC), following a routine safety and efficacy analysis conducted by the DSMC[,]" who on their review of the accruing data saw a suggestion of potential harm in the treatment arm with no signal of any benefit. This study underscores that even within Group 3 PH, a drug and mode of delivery that has been shown to benefit one disease might not benefit and could be harmful to another within the same group.[54]

---

[49] *Id.*

[50] United Therapeutics Corp., *A Phase 3 Adaptive Study to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Participants with Pulmonary Hypertension (PH) Due to Chronic Obstructive Pulmonary Disease (COPD) (PERFECT)* (Apr. 5, 2018).

[51] *Id.*

[52] *Id.*

[53] *Id.*

[54] United Therapeutics Corp. Form 8-K, at 2 (Sept. 20, 2022).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

### F.    The INCREASE Study – Discovery That Tyvaso Can Treat PH-ILD

88.    UTC's INCREASE study, conducted between February 3, 2017 and August 30, 2019, and first published on January 28, 2021, has been the largest study to date in PH-ILD.[55] This study was a large risk for UTC, due to the very high cost of such studies and the long track record of failed studies I describe in more detail above. Thankfully, this study was unequivocally positive, meeting its primary endpoint, many secondary endpoints, and an important biomarker indicative of less stress on the heart in the treatment arm. UTC's inhaled treprostinil was subsequently approved by the FDA for the treatment of PH-ILD. Prior to this study, treprostinil was only approved by the FDA for the treatment of Group 1 PAH.

89.    The INCREASE study included 326 patients equally randomized to active treatment or placebo. Inhaled treprostinil was administered by ultrasonic nebulizer starting at 3 breaths four times a day with a target goal of 9-12 breaths four times a day. The 16-week study had the placebo-corrected change in the 6MWT distance as its primary endpoint[56]

90.    The study met its primary endpoint with a 31.12 meter difference between the two groups in the 6MWT distance at 16 weeks. In addition, the study met a number of secondary endpoints including the most important one of time to clinical worsening, which was a composite endpoint comprised of 4 possible events: death, lung transplantation, cardiopulmonary hospitalization, or a 15% decrease in the 6MWT distance. The "cherry on the top" was the fact that the study also showed a significant difference in the NT-proBNP biomarker between the two groups which reflects reduced stress on the heart; specifically, blood levels of NT-proBNP biomarker were reduced in the active treatment arm and were increased in the placebo arm over

---

[55] INCREASE study at 325.
[56] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

the course of the study.[57] This result therefore provided biomarker support to the clinical efficacy established during the study.

91.     Acute exacerbations of the underlying ILD and change in the FVC were also evaluated and prespecified in the study protocol as safety endpoints, since it was unknown prior to the study if we could be inflicting more harm than good by giving inhaled treprostinil to patients with pre-existing lung disease.[58] Interestingly and surprisingly, both of these endpoints went directionally in favor of inhaled treprostinil.[59] In other words, inhaled treprostinil resulted in a significant reduction in acute exacerbations and a significant (placebo-corrected) increase in the FVC. Thus these "safety" endpoints turned out to be additional efficacy endpoints.

92.     I was one of three steering committee members and the senior/corresponding author on the landmark New England Journal of Medicine publication on the INCREASE Study. I have been the first author on five subsequent post-hoc analyses of the INCREASE dataset which have served to further support the benefit of inhaled treprostinil for this indication. Our most recent publication in the esteemed journal Thorax (official journal of the British Thoracic Society) suggests a survival benefit to inhaled treprostinil using well-established statistical modeling techniques employed in the cancer literature. This benefit has profound implications given that PH-ILD carries a worse prognosis than many cancers with a 3-year survival of about 30%. At this time, UTC's Tyvaso inhaled treprostinil product is the only drug approved for PH-ILD.

---

[57] *Id.*
[58] INCREASE study, supp. app. at 26, tbl. S6.
[59] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

93.     Of note, although PH-ILD is included under Group 3 PH, inhaled treprostinil is not approved for other forms of Group 3 PH. Indeed, while the INCREASE study was ongoing, its "sister" study, the PERFECT Study (described above) was stopped early.[60]

## VIII.   THE '327 PATENT

### A.     Overview

94.     The '327 patent relates to the treatment of PH-ILD using inhaled treprostinil. Specifically, the '327 patent claims methods of improving exercise capacity in a patient suffering from PH-ILD by administering an effective amount of inhaled treprostinil. The application for the '327 patent was filed on April 16, 2021, and claims priority to provisional applications 63/011,810 and 63/160,611, filed on April 17, 2020 and March 12, 2021, respectively.

95.     The '327 patent has 19 claims including 1 independent claim and 18 dependent claims, all of which are reproduced below.

**1.** A method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease, comprising administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof in a single administration event that comprises at least 6 micrograms per breath.

**2.** The method of claim 1, wherein said administering provides a statistically significant increase of a 6 minutes walk distance in the patient after 8 weeks, 12 weeks, or 16 weeks of the administering.

**3.** The method of claim 1, wherein said administering increases a 6 minutes walk distance of the patient by at least 10 m after 8 weeks, 12 weeks, or 16 weeks of the administering.

**4.** The method of claim 1, wherein said administering provides a statistically significant reduction of a plasma concentration of NT-proBNP in the patient after 8 weeks, 12 weeks, or 16 weeks of the administering.

---

[60] *Supra* ¶ 87.

33

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**5.** The method of claim 1, wherein said administering reduces a plasma concentration of NT-proBNP in the patient by at least 200 pg/ml after 8 weeks, 12 weeks, or 16 weeks of the administering.

**6.** The method of claim 1, wherein said administering provides a statistically significant reduction of at least one exacerbations of the interstitial lung disease.

**7.** The method of claim 1, wherein said administering provides a statistically significant reduction of clinical worsening events due to the interstitial lung disease.

**8.** The method of claim 7, wherein the clinical worsening events comprise at least one of hospitalization for cardiopulmonary indication and a decrease in a 6-minute walk distance by more than 15% compared a baseline 6-minute walk distance prior to the administering.

**9.** The method of claim 1, wherein said administering provides a statistically significant improvement of forced vital capacity (FVC) in the patient after 8 weeks, 12, weeks or 16 weeks of the administering.

**10.** The method of claim 9, wherein said administering improves the forced vital capacity (FVC) in the patient by at least 20 ml after 8 weeks, 12 weeks, or 16 weeks of the administering.

**11.** The method of claim 1, wherein said administering is performed by a pulsed inhalation device.

**12.** The method of claim 11, wherein the pulsed inhalation device contains an inhalation solution comprising treprostinil or a pharmaceutically acceptable salt thereof.

**13.** The method of claim 11, wherein the pulsed inhalation device is a nebulizer.

**14.** The method of claim 11, wherein the pulsed inhalation device is a dry powder inhaler comprising a dry powder comprising treprostinil or a pharmaceutically acceptable salt thereof.

**15.** The method of claim 1, wherein the effective amount of treprostinil or a pharmaceutically acceptable salt administered to the patient in a single inhalation administration event is from 15 μg to 100 μg.

**16.** The method of claim 15, wherein the single inhalation administration event does not exceed 15 breaths by the patient.

**17.** The method of claim 1, wherein said administering increases a 6 minutes walk distance of the patient by at least 10 m after 8 weeks of the administering.

**18.** The method of claim 1, wherein said administering increases a 6 minutes walk distance of the patient by at least 15 m after 12 weeks of the administering.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**19.** The method of claim 1, wherein said administering increases a 6 minutes walk distance of the patient by at least 15 m after 16 weeks of the administering.

96.    The specification of the '327 patent reports key data from UTC's groundbreaking INCREASE clinical trial, discussed in detail above.[61]

97.    The INCREASE data reproduced in the specification demonstrates that administration of treprostinil according to the claimed methods of treatment resulted in a statistically significant improvement of exercise capacity among PH-ILD patients as measured by the 6MWD test.[62] Figures 3 and 4 of the '327 patent, reproduced below, depict these 6MWD results as a function of time.[63] In the aggregate, patients receiving inhaled treprostinil exhibited an improvement at the very first measurement point in 6MWD that grew steadily over the 16-week course of treatment while patients receiving placebo exhibited a gradual and continuing decline in 6MWD over the same period.[64]



98.    Furthermore, the data reported in the specification of the '327 patent demonstrates that the claimed methods resulted in fewer exacerbations and clinical worsening

---

[61] *See generally* '327 patent at 26:27-45:20 (Example 3); '327 patent at 28:10-14 (identifying trial as "INCREASE"); '327 patent at Table 5 (6MWD results), '327 patent at tbl. 10 (FVC results).
[62] *Id.* at 26:57-61; 27:7-10; 32:39-45; 35:42-44; tbl. 5.
[63] *Id.* at fig. 3, fig. 4, 4:42-5:9.
[64] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

events, improvements for many patients in FVC, and reduced NT-proBNP levels in blood plasma.[65]

## B.    Prosecution History

99.    The '327 patent issued from U.S. Patent Application No. 17/233,061, filed on April 16, 2021 ("the '061 application").[66] The '061 application was filed with 23 claims, with claim 1 being the only independent claim. Original claim 1 is reproduced below for context.

> **1.** A method of treating a pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof, comprising administering to a subject having the pulmonary hypertension due to the condition selected from a chronic lung disease, hypoxia and a combination thereof an effective amount of treprostinil, a prodrug thereof or a pharmaceutically acceptable salt thereof.

100.    On May 12, 2021, counsel for UTC submitted a first Information Disclosure Statement ("IDS").[67] This first IDS listed a number of documents including the '793 patent as well as "pilot studies [that] suggest that inhaled treprostinil can improve hemodynamics and functional capacity in patients with group 3 pulmonary hypertension."[68] On September 21, 2021, counsel for UTC submitted a second IDS.[69]

101.    On February 16, 2022, counsel for UTC filed a preliminary amendment that, among other things, amended independent claim 1 to require an inhaled route of administration delivering at least 6 micrograms of treprostinil per breath.[70] These changes are shown below:

> **1.** A method of treating a pulmonary hypertension due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof, comprising administering by inhalation to a subject having the pulmonary

---

[65] *Id*. at 22:45-50, 26:65-27:3; 33:45-34:36; 35:25-30; 35:47-49; tbl. 5; fig. 1 (exacerbations and clinical worsening); 25:24-43; tbls. 1-3 (FVC); 26:61-65; 33:38-45; 35:44-47 (NT-proBNP).
[66] File History of the '327 patent at 4.
[67] *Id.* at 119-131.
[68] *Id.* at 41, 120, 122-123.
[69] *Id.* at 137-142.
[70] *Id.* at 186-192.

36

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

hypertension due to the condition selected from a chronic lung disease, hypoxia and a combination thereof an effective amount of treprostinil, a prodrug thereof or a pharmaceutically acceptable salt thereof in an amount of at least 6 micrograms per breath.[71]

102.    Along with this preliminary amendment, counsel for UTC also submitted a third IDS.[72] The February 16, 2022 IDS listed a number of documents including documentation related to the clinical trial referenced by the examples of the '327 patent, Liquidia's Petition for Inter Partes Review of the '793 patent, and the package insert for UTC's Tyvaso® (Treprostinil) drug product ("2009 Tyvaso Label").[73]

103.    One August 21, 2022 a prior art search was performed by the USPTO at the request of the patent Examiner on both "the method of claim 1" and the names of the listed inventors.[74, 75] This search returned 94 results, including the '793 patent, U.S. Patent Publication No. 2013/0096200 to Wade, et. al ("Wade '200"), and Parikh, et al., "Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension," *Journal of Cardiovascular Pharmacology*, 67(4), pp. 322-325 (2016) ("Parikh 2016"), all of which are cited in Liquidia's Counterclaims.[76]

104.    On March 6, 2023, the Patent Examiner issued a non-final rejection.[77] The Examiner also indicated that he had considered all of the documents listed on the first, second, and third IDS. *Id.* at 295-317.

---

[71] *Id.* at 187-190.
[72] *Id.* at 198-286.
[73] *Id.* at 205-210, 211, 212.
[74] *See* Flynn Decl. Ex 7, Examiner's Search Report, at 1.
[75] I understand from counsel that the report summarizing the prior art search (attached as Flynn Decl. Ex. 7) was uploaded to the USPTO's website on August 24, 2022.
[76] Flynn Decl. Ex. 7, Examiner's Search Report, at 12, 35-36, 90; Counterclaims ¶¶ 22, 93-103; *infra* ¶¶ 162-174.
[77] File History of the '327 patent at 287-292.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

105.    In the non-final rejection, the Patent Examiner rejected all pending claims as anticipated by each of the following five references:

- Malinin et al. (WO2015/138423)
- Zhang et al. (WO2016/205202)
- Morgans et al. (WO2012/009097)
- Wade et al. (WO2008/098196)
- Bose et al. (WO2016/176399)[78]

106.    On May 10, 2023, counsel for UTC responded to the Patent Examiner's rejection.[79]. This response included a claim amendment cancelling six of the dependent claims under examination and amending the remaining claim.[80] As shown below, independent claim 1 was amended to specify an improvement in exercise capacity in PH-ILD patients, with additional requirements as to the particular dose of treprostinil administered by inhalation:

> **1.** A method of improving exercise capacity in a patient having treating a pulmonary hypertension associated with interstitial lung disease due to a condition which is selected from a chronic lung disease, hypoxia and a combination thereof, comprising administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease a subject having the pulmonary hypertension due to the condition selected from a chronic lung disease, hypoxia and a combination thereof an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof in a single administration event that comprises an amount of at least 6 micrograms per breath.[81]

Also included in the response were remarks explaining why the claims, as amended, were not anticipated by any of the references relied on by the Examiner.[82]

107.    On June 28, 2023, the Examiner issued a notice of allowance allowing all of the pending claims without further amendment.[83]

---

[78] File History of the '327 patent at 289-291.
[79] *Id.* at 33-44.
[80] *Id.* at 34-36.
[81] *Id.* at 321.
[82] *Id.* at 324-328.
[83] *Id.* at 331-336.

38

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

## IX.    YUTREPIA

108.    I understand that the Yutrepia product at issue in this case is the subject of a
§ 505(b)(2) New Drug Application that Liquidia first submitted to FDA in 2020 and then
subsequently amended in 2023.[84] I understand that Liquidia performed to three clinical studies in
support of its original 505(b)(2) application.[85] These clinical studies included a safety and
tolerability study known as INSPIRE and a comparative pharmacokinetic study involving both
Yutrepia and UTC's Tyvaso product.[86] It is my understanding that, as a 505(b)(2) application,
Yutrepia needed only to demonstrate comparability to Tyvaso, as well as provide a safety and
tolerability study, in order to gain approval. As discussed below, Liquidia performed these studies
on Group 1 PAH patients. I am not aware of any studies of Yutrepia in Group 3 PH-ILD patients.
Instead, I understand that in order to obtain approval for its proposed PH-ILD application, Liquidia
is relying on the results of UTC's INCREASE study with Tyvaso. While it was being evaluated in
clinical studies, Yutrepia was sometimes referred to by the code name "LIQ861."[87]

109.    The INSPIRE study was a Phase 3 clinical trial that studied administration of
Yutrepia to PAH patients over the course of 1 year.[88] The publication reporting the results of the
INSPIRE concluded that "patients remained stable or improved over the 1 year of treatment," and

---

[84] Flynn Decl. Ex. 1, Press Release, Liquidia, Liquidia Submits Amendment to Add PH-ILD
Indication to Tentatively Approved NDA for YUTREPIA™ (Treprostinil) Inhalation Powder
(July 27, 2023).
[85] Flynn Decl. Ex. 1, Press Release, Liquidia Submits New Drug Application for LIQ861
(Treprostinil) Inhalation Powder to U.S. Food and Drug Administration for the Treatment of
Pulmonary Arterial Hypertension (PAH) (Jan. 27, 2020).
[86] *Id.*
[87] Roscigno R, et al., *Pharmacokinetics and Tolerability of LIQ861, a Novel
Dry-Powder Formulation of Treprostinil*, Pulmonary Circulation, Oct.-Dec. 2020, at 1.
[88] Hill N, et al., INSPIRE: Safety and Tolerability of Inhaled Yutrepia (Treprostinil) in Pulmonary
Arterial Hypertension (PAH), 12 Pulmonary Circulation e12119, at 1 (2022).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

that the drug product was "convenient, safe, and well-tolerated."[89] The publication additionally describes Yutrepia in the following manner:

> Yutrepia is a novel, inhaled, dry-powder formulation of treprostinil designed using the proprietary PRINT® technology that enables the development of drug particles that are precise and uniform in size (1.5microns), shape (trefoil), and composition (Supporting Information: Figure S1). Particles are engineered to achieve optimal aerosolization and deposition in the lungs. Yutrepia is dosed four times daily (QID), delivering treprostinil doses in 2 breaths per capsule via a convenient, dry-powder inhaler, the Plastiape RS00 Model 8 device (Supporting Information: Figure S2).[90]

110.    The comparative pharmacokinetic study examined the bioavailability of both Yutrepia and Tyvaso.[91] In essence, the study compared how effective each drug product was at delivering inhaled treprostinil to PAH patients.[92] The publication summarizing the study reports that "comparable treprostinil bioavailability was demonstrated after administration of LIQ861 (79.5 μg capsule) and Tyvaso® (9 breaths for a 54-mcg dose), and that both were well tolerated."[93]

111.    Liquidia's Notice Letter describes Yutrepia in the following manner:

> The proposed LIQUIDIA Product is LIQ861 (treprostinil) inhalation powder. The active ingredient is treprostinil (salt form treprostinil sodium). The formulation is a dry powder of treprostinil sodium and excipients. LIQ861 delivers a dry powder formulation of treprostinil through a dry powder inhaler ("DPI"). The LIQ861 DPI is the RS00 Model 8 manufactured by Plastiape Group ("Plastiape"). The indication sought for the proposed LIQUIDIA Product is as follows: "[F]or the treatment of pulmonary arterial hypertension (PAH) (WHO Group 1) to improve exercise ability;" and "[F]or the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability."[94]

---

[89] *Id.*
[90] *Id.* at 2.
[91] Roscigno R, et al., *Comparative Bioavailability of Inhaled Treprostinil Administered as LIQ861 and Tyvaso® in Healthy Subjects*, 138 Vascular Pharmacology 106840, at 1 (2021).
[92] *Id.*
[93] *Id.* at 5.
[94] Notice Letter at 9.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

112.    I understand that "[F]or the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability" was added to Yutrepia's proposed label via and amendment to Liquidia's New Drug Application filed on or about July 24, 2023.

113.    I understand that the proposed label for Yutrepia includes the following information: [95]

## 2  DOSAGE AND ADMINISTRATION

### 2.1    Usual Dosage In Adults

YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler.

*YUTREPIA Dosing in treprostinil-naïve patients:*

In patients naïve to treprostinil, therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response.

*Dosing in patients transitioning from treprostinil inhalation solution (Tyvaso):*

Patients transitioning from treprostinil inhalation solution (Tyvaso), can begin YUTREPIA therapy 3 to 5 times per day, in 2 breaths, using the doses specified below (Table 1):

**Table 1: YUTREPIA Dosing in Patients Transitioning from Treprostinil Inhalation Solution**

| Current Tyvaso Dose* | YUTREPIA Dose |
|---|---|
| **Breaths** | **mcg** |
| ≤5 | 26.5 |
| ≥6 and ≤8 | 53 |
| ≥9 and ≤11 | 79.5 |
| ≥12 and ≤14 | 106 |
| ≥15 and ≤17 | 132.5 |
| ≥18 | 159 |

*Each breath of Tyvaso delivers approximately 6 mcg of treprostinil

114.    The proposed Yutrepia label additionally states:

In treprostinil-naïve patients and those transitioning from treprostinil inhalation solution, dose increases of 26.5 mcg per dose each week may be implemented, as tolerated. The target maintenance dosage is 79.5-106 mcg, 4 times daily. Doses above 848 mcg per day have not been studied in patients with PAH.[96]

---

[95] Notice Letter at 10.

[96] *Id.*

41

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

115.    I understand that the proposed packaging for Yutrepia includes the following: [97]



116.    Based on my review of the Yutrepia clinical studies and Liquidia's proposed label for the drug, and accepting as true the submissions that Liquidia has made to the FDA regarding Yutrepia, it is my understanding that, were Yutrepia approved for sale in the United States, it would be utilized as an alternative to UTC's Tyvaso DPI® product in clinical practice. Both products utilize dry powder inhalers to deliver treprostinil in similar doses and would be approved for the same clinical indications, and indeed, Yutrepia's proposed label explicitly provides advice for transitioning patients from Tyvaso-DPI® to Yutrepia.[98] Accordingly, based on my experience prescribing PH drugs, physicians would view Yutrepia and Tyvaso DPI® as clinical alternatives, as least for patients taking treprostinil as an inhaled dry powder. One potential difference between these products is the potential for patients to transition between dry powder and to nebulized administration. While UTC currently offers a nebulized liquid formulation of treprostinil—the original Tyvaso® — in addition to Tyvaso DPI®, Liquidia will not offer a nebulized version of

---

[97] *Id.* at 11.
[98] *Compare* Counterclaims Ex. 3, Tyvaso-DPI Label (2022) § 1, *with* Notice Letter at 2, 10.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Yutrepia.[99] This means that some patients would be able to transition relatively easily between Tyvaso® and Tyvaso DPI®, whereas a similar transition involving Yutrepia could be more difficult.

## X.    LIQUIDIA WILL INFRINGE THE ASSERTED CLAIMS OF THE '327 PATENT

117.    It is my opinion that, based upon the information that Liquidia has submitted to the FDA regarding its proposed Yutrepia product, Liquidia will infringe at least claims 1, 6, 9-11 and 14 of the '327 patent if it sells and markets Yutrepia in the United States. As discussed in detail below, Liquidia will actively induce doctors and patients to directly infringe these claims by using Yutrepia in a manner that meets each and every element of the claimed methods of treatment.

### A.    Claim Construction

118.    I understand that the first part of claim 1, "[a] method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease," is the preamble of that claim.

119.    I understand that Liquidia has asserted that the preamble of claim 1 is limiting.[100] Accordingly, for purposes of this proceeding, I have been asked by counsel to assume that the preamble of claim 1 is limiting.[101] If the preamble to claim 1 is limiting, a POSA would therefore read the claim as requiring the method of treatment to be performed with the intended purpose of improving exercise capacity in PH-ILD patients.

### B.    Direct Infringement

120.    If Yutrepia is approved for sale in the United States, it is my opinion that doctors and patients will directly infringe claims 1, 6, 9-11 and 14 of the '327 patent when they use

---

[99] *See* Counterclaims Ex. 2, Tyvaso Prescribing Information (2009) § 2.4 ("Administration").

[100] *See* Counterclaims ¶ 28.

[101] I have not at this point been asked by counsel to assess, nor have I formed any opinions regarding, the effective filing date of the '327 patent.  Should Liquidia or its experts take a contrary position in the future, I reserve the right to respond.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Yutrepia according to the labeling Liquidia plans to supply with that product. As discussed below, Liquidia's proposed labeling instructs doctors and patients to use Yutrepia in a way that meets each and every element of the methods of treatment set forth in claims 1, 6, 9-11 and 14.

### 1.    Claim 1

121.    It is my opinion that the use of Yutrepia according to Liquidia's proposed label will directly infringe claim 1 of the '327 patent. Claim 1 reads as follows:

> A method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease, comprising administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof in a single administration event that comprises at least 6 micrograms per breath.

As discussed below, Liquidia's proposed Yutrepia label instructs doctors and patients to perform each and every element of the method of treatment described in claim 1.

### a.    "A method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease, comprising"

122.    The use of Yutrepia in accordance with Liquidia's proposed label is a method of improving exercise capacity in a patient having PH-ILD. Liquidia's proposed label states that it is to be used "for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability."[102]

Plastiape Group ("Plastiape"). The indication sought for the proposed LIQUIDIA Product is as follows: "[F]or the treatment of pulmonary arterial hypertension (PAH) (WHO Group 1) to improve exercise ability;" and "[F]or the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability." LIQUIDIA has submitted its proposed labeling to the FDA; therein, the dosage and administration are provided as follows:

---

[102] Flynn Decl. Ex. 2, Notice Letter, at 9 (highlights added).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

123.    A POSA would understand "exercise ability" to mean the same thing as "exercise capacity." For example, the '327 patent measures exercise capacity based on 6MWD.[103] A POSA would therefore understand that an increase in a PH-ILD patient's 6MWD would result in an improvement in the patient's exercise ability. Therefore, a patient or physician administering Yutrepia in accordance with its proposed label would administer it with the intended purpose of improving exercise capacity.

> b.    **"administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease"**

124.    A patient or physician administering Yutrepia in accordance with its label would administer it by inhalation. Liquidia's proposed label states that "YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler."[104]

> **2    DOSAGE AND ADMINISTRATION**
>
> **2.1    Usual Dosage In Adults**
>
> YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler.

125.    Liquidia's proposed packaging also states that the product is "[f]or oral inhalation only."[105]

---

[103] '327 patent at 5:10-11; 27:7-10.
[104] Flynn Decl. Ex. 2, Notice Letter at 10 (highlights added).
[105] Flynn Decl. Ex. 2, Notice Letter at 11.

45

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2



c.    **"an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof"**

126.    A patient or physician administering Yutrepia in accordance with its label will administer it in a dosage of an effective amount of at least 15 mcg of treprostinil or a pharmaceutically acceptable salt of treprostinil up to a maximum tolerated dose.[106]

127.    As shown in the below, the Yutrepia label identifies the active ingredient in Yutrepia as "treprostinil (salt form treprostinil sodium)."[107] A POSA would understand the sodium salt of treprostinil to be a pharmaceutically effective salt of treprostinil.[108]

Description of the Drug Product

The proposed LIQUIDIA Product is LIQ861 (treprostinil) inhalation powder. The active ingredient is treprostinil (salt form treprostinil sodium). The formulation is a dry powder of treprostinil sodium and excipients. LIQ861 delivers a dry powder formulation of treprostinil

---

[106] For the purposes of my analysis, I am assuming that FDA approves Yutrepia with its current proposed label and therefore determines its safety and efficacy claims in the label are true.
[107] Notice Letter at 9 (highlights added).
[108] *See* '327 patent at 54:12.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

128.    Liquidia's proposed label for Yutrepia describes administering an "effective amount," as properly construed, because it states it is for the treatment of PH-ILD to improve exercise ability: [109]

> Plastiape Group ("Plastiape"). The indication sought for the proposed LIQUIDIA Product is as follows: "[F]or the treatment of pulmonary arterial hypertension (PAH) (WHO Group 1) to improve exercise ability;" and "[F]or the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability." LIQUIDIA has submitted its proposed labeling to the FDA; therein, the dosage and administration are provided as follows:

129.    Thus, a POSA would understand that dosages prescribed by Liquidia's label are amounts sufficient to improve exercise capacity. I also understand that as a 505(b)(2) product referencing Tyvaso, Liquidia is relying on the clinical trial data for safety and efficacy that is referenced in the Tyvaso label. As I explain below in more detail with respect to the dependent claims, the Tyvaso clinical data shows that the patient population administered Tyvaso exhibited a statistically-significant improvement in exercise capacity after treatment over a period of time. Accordingly, the label for Yutrepia likewise shows that the prescribed dosages will result in a similar improvement in exercise capacity in the patient population taking that drug.

130.    Liquidia's proposed label for Yutrepia contains an instruction to administer an amount of treprostinil within the claimed range of "at least 15 micrograms up to a maximum tolerated dose." Liquidia's proposed label contains dosing instructions for patients who are not currently taking treprostinil, referred to as "treprostinil-naïve patients" and dosing instructions for patients who are transitioning from Tyvaso.[110]

---

[109] Flynn Decl. Ex. 2, Notice Letter at 9 (highlights added).
[110] Flynn Decl. Ex. 2, Notice Letter at 10.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

131.    With respect to the treprostinil-naïve patients, Liquidia's proposed label provides that "therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response."[111]

## 2    DOSAGE AND ADMINISTRATION

### 2.1    Usual Dosage In Adults

YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler.

*YUTREPIA Dosing in treprostinil-naïve patients:*

In patients naïve to treprostinil, therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response.

132.    With respect to patients transitioning from Tyvaso, Liquidia's proposed label describes a dosing regimen that starts at 26.5 mcg 3 to 5 times daily.[112]

*Dosing in patients transitioning from treprostinil inhalation solution (Tyvaso):*

Patients transitioning from treprostinil inhalation solution (Tyvaso), can begin YUTREPIA therapy 3 to 5 times per day, in 2 breaths, using the doses specified below (Table 1):

**Table 1: YUTREPIA Dosing in Patients Transitioning from Treprostinil Inhalation Solution**

| Current Tyvaso Dose* | YUTREPIA Dose |
|---|---|
| Breaths | mcg |
| ≤5 | 26.5 |
| ≥6 and ≤8 | 53 |
| ≥9 and ≤11 | 79.5 |
| ≥12 and ≤14 | 106 |
| ≥15 and ≤17 | 132.5 |
| ≥18 | 159 |

*Each breath of Tyvaso delivers approximately 6 mcg of treprostinil

133.    Liquidia's proposed label for Yutrepia also provides that for all patients "dose increases of 26.5 mcg per dose each week may be implemented, as tolerated" and that "[t]he target maintenance dosage is 79.5-106 mcg, 4 times daily."[113]

---

[111] *Id.*

[112] *Id.* (highlights added).

[113] *Id.* (highlights added).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

In treprostinil-naïve patients and those transitioning from treprostinil inhalation solution, dose increases of 26.5 mcg per dose each week may be implemented, as tolerated. The target maintenance dosage is 79.5-106 mcg, 4 times daily. Doses above 848 mcg per day have not been studied in patients with PAH.

134.    Accordingly, a POSA would understand the described dosages of Yutrepia to be within the claimed range of "at least 15 micrograms up to a maximum tolerated dose."

        d.    **"in a single administration event that comprises at least 6 micrograms per breath"**

135.    A patient or physician administering Yutrepia in accordance with its label would administer it in "a single administration event that comprises at least 6 micrograms per breath."

136.    The label describes administering Yutrepia in "a single administration event," as properly construed. The label states that the product "should be administered 3 to 5 times per day, in two breaths."[114] A POSA would understand each treatment "time[]" to be a "single treatment session," and thus a single administration event.

137.    Liquidia's proposed label for Yutrepia describes the single administration event comprises at least 6 mcg per breath. The label describes dosages of 26.5 mcg up to 159 mcg per single administration event.[115] Therefore, since each administration event is taken in two breaths, each breath comprises between 13.25 and 79.5 mcg, which is within the claimed range of at least 6 mcg per breath.

138.    Therefore, it is my opinion that use of Yutrepia in accordance with Liquidia's proposed label will meet each and every step of claim 1 of the '327 patent. I also understand that Liquidia does not dispute this.[116]

---

[114] Notice Letter at 10.
[115] *Id.* at 10.
[116] *See generally* Counterclaims at ¶¶ 25-31.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

### 2. Claim 6

139.    It is my opinion that the use of Yutrepia according to Liquidia's proposed label will directly infringe claim 6 of the '327 patent. Claim 6 reads as follows:

> **6.** The method of claim 1, wherein said administering provides a statistically significant reduction of at least one exacerbations of the interstitial lung disease.

Claim 6 depends from claim 1 and requires a statistically significant reduction in at least exacerbation of a patient's ILD. As discussed above, Liquidia's proposed Yutrepia label instructs doctors and patients to perform each and every element of the method of treatment described in claim 1. The use of Yutrepia according to its label satisfies the additional elements of claim 6 for the reasons described below.

140.    The report from the INCREASE study describes ████████████████████████



141.    Therefore because Yutrepia relies on Tyvaso in its NDA and necessarily relies on UTC's INCREASE trial data, it is my opinion that use of Yutrepia in accordance with Liquidia's proposed label will also infringe claim 6 of the '327 patent. I also do not understand Liquidia to dispute this.[118]

---

[117] United Therapeutics Corp., A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease at 99 (May 5, 2020) (INCREASE study report).
[118] *See generally* Counterclaims at ¶¶ 25-31.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

### 3.    Claims 9-10

142.    It is my opinion that the use of Yutrepia according to Liquidia's proposed label will directly infringe claims 9-10 of the '327 patent. Claims 9-10 read as follows:

> **9.** The method of claim 1, wherein said administering provides a statistically significant improves of forced vital capacity (FVC) in the patient after 8 weeks, 12, weeks or 16 weeks of the administering.
>
> **10.** The method of claim 9, wherein said administering improves the forced vital capacity (FVC) in the patient by at least 20 ml after 8 weeks, 12 weeks, or 16 weeks of the administering.

Each of these claims recited above ultimately depends from claim 1 and adds limitations related to specific endpoints associated with the treatment of PH-ILD. Specifically, claims 9 and 10 add elements requiring an *increase* in the patient's FVC. As discussed above, Liquidia's proposed Yutrepia label instructs doctors and patients to perform each and every element of the method of treatment described in claim 1. The use of Yutrepia according to its label satisfies the additional elements of claims 9-10 for the reasons described below.

143.    The report from the INCREASE study states



Thus, Yutrepia, which relies on Tyvaso INCREASE data, will result in a statistically significant improvement of FVC after 8 and 16 weeks, and each of these timepoints satisfies claims 9-10.

144.    Therefore, it is my opinion that use of Yutrepia will infringe claims 9-10 of the '327 patent.

---

[119] INCREASE study report at 79.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

### 4.    Claims 11 and 14

145.    It is my opinion that the use of Yutrepia according to Liquidia's proposed label will directly infringe claims 11 and 14 of the '327 patent. Claims 11 and 14 read as follows:

> **11.** The method of claim 1, wherein said administering is performed by a pulsed inhalation device.

> **14.** The method of claim 11, wherein the pulsed inhalation device is a dry powder inhaler comprising a dry powder comprising treprostinil or a pharmaceutically acceptable salt thereof.

Each of these claims recited above ultimately depends from claim 1 and adds elements related to the device by which inhaled treprostinil is delivered to the patient. Specifically, claim 11 requires the use of a "pulsed inhalation device" while claim 14 depends from claim 11 and requires the "pulsed inhalation device" to be a "dry powder inhaler." A POSA would understand that because claim 14 depends from claim 11 that a dry powder inhaler qualifies as a pulsed inhalation device for the purposes of these claims. As discussed above, Liquidia's proposed Yutrepia label instructs doctors and patients to perform each and every element of the method of treatment described in claim 1. The use of Yutrepia according to its label satisfies the additional elements of claims 11 and 14 for the reasons described below.

146.    The specification describes a pulsed inhalation device in the following manner:

> In some embodiments, treprostinil, its prodrug, its pharmaceutically acceptable salt or a pharmaceutically acceptable salt of its prodrug may be administered by an inhalation device, which may be for example, a pulsed inhalation device, such as a metered dose inhaler and/or a pulsed nebulizer. Pulsed inhalation devices are disclosed, for example, in U.S. patent application publication No. 20080200449, U.S. Pat. Nos. 9,358,240; 9,339,507; 10,376,525; and 10,716,793, each of which is incorporated herein by reference in its entirety.[120]

---

[120] '327 patent at 20:48-57.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

In some embodiments, the inhalation device, such as a pulsed inhalation device, may be a dry powder inhaler, which may contain a dry powder composition or formulation comprising treprostinil, its prodrug, its pharmaceutically acceptable salt or a pharmaceutically acceptable salt of its prodrug. For example, a dry powder inhaler and a dry powder composition or formulation comprising treprostinil are disclosed in WO2019/237028, which incorporated herein by reference in its entirety.[121]

147.    Liquidia's proposed label discloses using a dry power inhaler comprising a dry powder of a treprostinil salt to administer Yutrepia:[122]

**Description of the Drug Product**

The proposed LIQUIDIA Product is LIQ861 (treprostinil) inhalation powder. The active ingredient is treprostinil (salt form treprostinil sodium). The formulation is a dry powder of treprostinil sodium and excipients. LIQ861 delivers a dry powder formulation of treprostinil through a dry powder inhaler ("DPI"). The LIQ861 DPI is the RS00 Model 8 manufactured by Plastiape Group ("Plastiape"). The indication sought for the proposed LIQUIDIA Product is as follows: "[F]or the treatment of pulmonary arterial hypertension (PAH) (WHO Group 1) to improve exercise ability;" and "[F]or the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability." LIQUIDIA has submitted its proposed labeling to the FDA; therein, the dosage and administration are provided as follows:

148.    Liquidia's proposed packing also describes the product as an "inhalation power" and states that a "dry powder inhaler" is enclosed:[123]

---

[121] '327 patent at 21:6-14.
[122] Flynn Decl. Ex. 2, Notice Letter at 9 (highlights added).
[123] Flynn Decl. Ex. 2, Notice Letter at 11.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2



149.    A POSA would understand Yutrepia to utilize a pulsed inhalation device. By depending from claim 11, claim 14 defines a dry powder inhaler as a type of pulsed inhalation device—"wherein the pulsed inhalation device is a dry powder inhaler." The specification also teaches that a DPI is a pulsed device, stating that "a pulsed inhalation device, may be a dry powder inhaler."[124] (referring to International Patent Application No. WO2019/237028 to Guarneri ("Guarneri")). I have reviewed Guarneri and the dry powder inhaler described therein is a "breath powered dry powder inhaler."[125] Based on Liquidia's proposed label, I understand that a breath powered dry powder inhaler will also be used to administer Yutrepia.

150.    Therefore, it is my opinion that use of Yutrepia in accordance with Liquidia's proposed label will cause doctors and patients to perform each and every step of claims 11 and 14 of the '327 patent.

---

[124] '327 patent at 21:6-7.
[125] *See* Guarneri at ¶ [0027].

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

### C.    Induced Infringement

151.    As discussed above, it is my opinion that the claims 1, 6, 9-11 and 14 will be directly infringed when Yutrepia is administered in accordance with Liquidia's proposed label.

152.    It is my opinion that Liquidia will induce infringement of claims 1, 6, 9-11 and 14 because, Liquidia knew about the '327 patent, and it plans to sell Yutrepia with labeling and prescribing information/package insert that will instruct doctors and patients to administer treprostinil in an infringing manner that meets each and every step of claims 1, 6, 9-11 and 14, as discussed above.

#### 1.    Physicians and patients will follow the instructions on Yutrepia's Label

153.    In my experience as a physician, doctors review and/or are aware of a drug's label and prescribing information/package insert prior to prescribing, administering or instructing a patient on self-administration of a drug. Doctors rely upon the label and prescribing information/package insert when determining what drug to prescribe, as well as to ensure proper administration of the drug.

154.    It is my practice to review, or at least be aware of, a drug's label and prescribing information/package insert prior to prescribing a drug for the first time, and if necessary, I review the cited clinical trials to determine if the drug is suitable for my patients. This is standard practice, as I believe other pulmonologists and physicians treating interstitial lung disease conduct the same due diligence. Due to the complexities involved in the treatment of PH-ILD, it is especially important to review the cited clinical trials to ensure that the patient's condition matches those on which the drug was tested. As I described above, drugs that effectively treat one group of PH do not necessarily effectively treat other groups or even other conditions within the same group. This

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

makes a review of the cited clinical trials critical in determining the suitability of a drug for a particular patient.

155.    Further, when prescribing a drug for the treatment of PH-ILD, I am careful to instruct patients to use the drug the label directs. As I explained above, different dosage and administration could lead to a wide variety of effects on a patient suffering from interstitial lung disease. In order to avoid adverse events, it is important that patients do not stray from the administration methods that have been rigorously tested by clinical trials without the appropriate medical advice and supervision. Through my experience in the field, I am aware that other doctors engage in the same practice.

156.    In my experience, patients administer drugs in accordance with their doctor's orders. When I instruct a patient to follow the directions on a drug's label, they do so. This is not unique to my patients, and in my experience patients generally follow their doctor's directions, regardless of the prescribing doctor.

157.    As stated above, it is my understanding that Liquidia's proposed label will refer to the same clinical trial data that Tyvaso's label refers to for the PH-ILD indication. Tyvaso's label describes the INCREASE study that was performed on patients suffering from PH-ILD.[126] My practice would be to review or be familiar with the INCREASE study prior to prescribing Yutrepia, and it is my opinion that other doctors would review or revert to the INCREASE study prior to prescribing Yutrepia as well.

158.    It is my opinion that doctors will rely upon and follow the label and prescribing information/package insert for Yutrepia, and will rely on the cited clinical trials prior to prescribing Yutrepia. As described above, Liquidia's proposed labeling instructs doctors and patients to use

---

[126] Tyvaso Prescribing Information (2021).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Yutrepia in a way that meets each and every element of the methods of treatment set forth in claims 1, 6, 9-11 and 14.[127]

### 2.    Liquidia has specific intent to infringe the '327 patent

159.    I understand that Liquidia has had knowledge of the '327 patent since at least November 30, 2023, when the First Amended Complaint was filed. Yet, Liquidia has continued to seek FDA approval of its amended proposed label to market Yutrepia to treat PH-ILD according to the claimed methods.

160.    Further, Liquidia has specific intent to induce infringement of the Asserted Claims of the '327 patent because its proposed label relies upon the INCREASE study. Liquidia instructs, recommends, and encourages the use of treprostinil for the treatment of PH-ILD in accordance with the method of claim 1, and is therefore instructing, recommending, and encouraging doctors and patients to perform each and every element of the method of treatment described in in claims 1, 6, 9-11 and 14.[128]

161.    Therefore, it is my opinion that Liquidia induces infringement of the Asserted Claims of the '327 patent.

## XI.    THE CLAIMS OF THE '327 PATENT ARE NOT INVALID

162.    In its Counterclaims, Liquidia asserts that the claims of the '327 patent are invalid for several independent reasons.[129] Specifically, Liquidia asserts that the claims of the '327 patent are invalid as anticipated and/or obvious over one or more of the following references, summarized below: the '793 patent, the 2009 Tyvaso Label, Wade '200, and Parikh 2016.[130] Liquidia also

---

[127] *Supra* ¶¶ 122-150.
[128] *Supra* ¶ 158.
[129] Counterclaims ¶¶ 16-24.
[130] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

asserts that the claims of the '327 patent are invalid for obviousness-type double patenting over the claims of the '793 patent.[131] As discussed in detail below, it is my opinion that the claims of the '327 patent are not invalid for the following reasons.

### 1.    Summary of Liquidia's Asserted Prior Art

#### a.    The '793 Patent

163.    The '793 patent is cited on the face of the '327 patent. The '793 patent discloses and claims a method of treating pulmonary hypertension comprising administering by inhalation a therapeutically effective single event dose comprising 15 to 90 micrograms of treprostinil in 1 to 3 breaths.[132] The '793 patent discloses an example where treprostinil is administered at 15 micrograms per breath and 30 micrograms per breath.

164.    The '793 patent describes the hemodynamic effects of administering treprostinil by oral inhalation to patients suffering from pulmonary hypertension.[133] For example, Table 2 of the '793 patent shows the types of hemodynamic parameters that the '793 patent is concerned with:

---

[131] Liquidia's Counterclaims also assert that "[a]ll asserted claims of the '327 patent are invalid for failure to satisfy the conditions of patentability in 35 U.S.C. §§ 101 *et seq.*, including, but not limited to §§ 101, 102, 103, and/or 112, and are invalid for obviousness-type double patenting." Counterclaims ¶ 16. However, the only bases of invalidity that Liquidia discloses in any appreciable detail are the anticipation, obviousness, and obviousness-type double patenting arguments discussed above. To the extent Liquidia or its experts disclose any additional grounds of invalidity in the future, I reserve the right to respond. *Id.*

[132] '793 patent at claim 1.

[133] *See*, *e.g.*, '793 patent at 8:57-11:67 (Example 1).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

TABLE 2

Extremes of the relative changes of hemodynamic and gas
exchange parameters compared to baseline after inhalation
of Placebo (n = 4), 30 µg treprostinil (n =
12), 45 µg treprostinil (n = 9) and 60 µg treprostinil
(n = 20). Highest (max) and lowest (min) values during
the observation period are shown. Data are given as percent
of baseline values (mean ± SEM).

| | Placebo | 30 µg TRE | 45 µg TRE | 60 µg TRE |
|---|---|---|---|---|
| PAP (min) | 99.4 ± 3.0 | 83.4 ± 3.2 | 77.6 ± 6.8 | 79.5 ± 2.4 |
| PVR (min) | 101.4 ± 1.9 | 84.4 ± 4.4 | 71.4 ± 8.9 | 77.5 ± 3.7 |
| CO (max) | 99.7 ± 1.1 | 108.8 ± 3.8 | 108.6 ± 5.6 | 103.8 ± 2.0 |
| SVR (min) | 104.3 ± 4.3 | 97.7 ± 4.2 | 92 ± 3.9 | 91.3 ± 2.1 |
| SAP (min) | 102.7 ± 1.7 | 97.3 ± 1.9 | 96.1 ± 1.5 | 93.6 ± 2.9 |
| HR (max) | 105 ± 2.1 | 106.1 ± 2.9 | 99.1 ± 2.4 | 101.1 ± 0.9 |
| SaO2 (min) | 98.2 ± 0.4 | 101 ± 0.3 | 94.4 ± 1.8 | 95.8 ± 0.9 |
| SvO2 (max) | 104.5 ± 1.4 | 102.4 ± 1.3 | 104.5 ± 4.4 | 102 ± 1.0 |

PAP = pulmonary artery pressure; PVR = pulmonary vascular resistance; SVR = systemic
vascular resistance; CO = cardiac output; SAP = systemic arterial pressure; HR = heart rate;
SaO2 = arterial oxygen saturation; SvO2 = central venous oxygen saturation. [134]

165.    I further understand that, following a trial on the '793 patent, the Court confirmed that the claims, consistent with the specification of the '793 patent, are directed to hemodynamic improvement as the claimed therapeutic effectiveness. *United Therapeutics Corp. v. Liquidia Techs., Inc.*, 624 F. Supp. 3d 436, 467 (D. Del. 2022); '793 patent, claim 1 (reciting a "therapeutically effective single event dose").

166.    The '793 patent does not disclose improving exercise capacity in such patients and contains no mention of acute exacerbations, or FVC.

    b.    **2009 Tyvaso Label**

167.    The July 2009 version of the package insert for UTC's Tyvaso® (Treprostinil) drug product ("2009 Tyvaso Label") is cited on the face of the '793 patent. The 2009 Tyvaso label discloses a method "to increase walk distance in patients with WHO Group I pulmonary arterial hypertension and NYHA Class III symptoms."[135] The Tyvaso label instructs the administration of treprostinil by oral inhalation starting at 18 micrograms in 3 breaths and increasing until a target

---

[134] '793 patent at tbl. 2.
[135] Counterclaims Ex. 2, Tyvaso Prescribing Information (2009) at 2.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

dose of 54 micrograms of Tyvaso in 9 breaths is reached.[136] A POSA would not understand the 2009 Tyvaso Label to teach the treatment of PH-ILD because, as discussed previously, PH-ILD is very different from Group 1 PAH due to the impact of the associated parenchymal lung disease on the delivery, deposition, and response to therapy. In fact, prior to the INCREASE study, a POSA might have reasonably assumed that inhaled Treprostinil could actually be harmful to patients with PH-ILD based on the results of the RISE-IIP study.[137]

168.    The 2009 Tyvaso Label describes the results from a clinical study known as TRIUMPH I. In that study, patients suffering from PAH receiving treprostinil exhibited a placebo-corrected median change from baseline in peak 6MWD of 20 m after 12 weeks of treatment.[138] No other time points were reported.

c.    **Wade '200**

169.    U.S. Patent Publication No. 2013/0096200 to Wade, et. al ("Wade '200") is entitled "Treprostinil Treatment for Interstitial Lung Disease and Asthma" and was published on April 18, 2013.[139] Wade '200 is part of the same patent family as International Patent Application No. WO2008/098196 ("WO'196"), which has the same title, lists the same inventors, and contains identical disclosures. Both Wade '200 and WO'196 appear on the face of the '327 patent, and WO'196 was cited by the Examiner during prosecution. Specifically, the Examiner relied on WO'196 in a rejection that was subsequently withdrawn.[140]

---

[136] *Id.*
[137] *Supra* ¶¶ 83-85.
[138] Counterclaims Ex. 2, 2009 Tyvaso Prescribing Information at 11.
[139] Liquidia's Counterclaims incorrectly list the publication number of Wade '200 as "U.S. Patent Pub. No. 2013/00966200." Counterclaims ¶ 22.
[140] File History of the '327 patent at 290-91.

60

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

170.    Wade '200 discloses a method of treating interstitial lung disease or asthma or a condition associated with interstitial lung disease or asthma.[141] Wade '200 discloses that one of the conditions associated with interstitial lung disease is pulmonary fibrosis.[142] Wade '200 discloses that patients suffering from PAH exhibited an increase in 6MWD when treated with intravenous treprostinil.[143]

### d.    Parikh 2016

171.    Parikh, et al., "Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension," *Journal of Cardiovascular Pharmacology*, 67(4), pp. 322-325 (2016) ("Parikh 2016") was published in April 2016. Parikh 2016 discloses a retrospective study of patients suffering from different types of pulmonary hypertension that were administered treprostinil.[144] The study looked at a total of 80 patients including 25 suffering from Group 3 pulmonary hypertension and of those 6 suffering from PH-ILD.[145] The patients were administered a starting does of 18 micrograms of Tyvaso in 3 breaths, moved up to 36 micrograms of Tyvaso in 6 breaths in a second session, and increased up to a dosage of 72 micrograms of Tyvaso in 12 breaths.[146] And, of course, not every patient would have the same results. So there is no way to know from Parikh 2016 what effect, if any, was had upon the few PH-ILD patients included in the retrospective study.

172.    Because it was a retrospective study, the patients were not monitored at specific time points.[147] Instead, the authors looked at the preexisting data that was collected from the

---

[141] Counterclaims Ex. 9, Wade '200 at ¶ [0002].
[142] *Id.* ¶¶ [0002]-[0007].
[143] *Id.* ¶ [0077].
[144] Counterclaims Ex. 10, Parikh 2016 at 1.
[145] *Id.* at tbl. 1.
[146] *Id.* at 2.
[147] *Id.*

61

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

patients at two follow-up sessions.[148] For the patients, the median time between reaching their

maximum dosage and the first follow-up session was 5.2 months.[149] The median time between the

first and second follow-ups was 15.1 months.[150]

173.    Parikh 2016 reports that the retrospective analysis of the data showed that, among

the patients that were studied, the average change in 6MWD from baseline to the first follow-up

was 3.9 m and from baseline to the second follow-up was 31.6 m.[151] Parikh 2016 does not disclose

any results limited to the patients suffering from a particular type of pulmonary hypertension.

174.    I understand that the examiner was aware of Parikh 2016 during the prosecution of

the '327 patent. Specifically, the Patent Examiner's patentability search conducted in the '327

patent file history contains citations to Parikh 2016 and the abstract.[152] Based on consultation with

counsel, it is my understanding that the inclusion of Parikh 2016 in this document indicates that

the Patent Examiner was aware of Parikh 2016 at the time when he or she allowed the '327

claims.[153]

### 2.    The '793 Patent Does Not Anticipate the Claims of the '327 Patent

175.    As I explained above, in my opinion the preamble of claim 1 of the '327 patent is

limiting, such that the method recited by claim 1 must be performed with the intended purpose of

improving exercise capacity. and enable the POSA to perform the claimed method of improving

exercise capacity in a patient having PH-ILD, with the intentional purpose of improving exercise

capacity.

---

[148] *Id.*
[149] *Id.* at 3.
[150] *Id.*
[151] *Id.* at 4.
[152] Flynn Decl. Ex. 7, Examiner's Search Report at 90.
[153] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

176.    A POSA would not understand the '793 patent to teach the administration of treprostinil to improve exercise capacity in a patient having PH-ILD and would not enable the intentional purpose of doing so. While the '793 patent described inhaled treprostinil benefitting patients by decreasing PAP and PVR, it did not describe data showing, one way or the other, whether this hemodynamic benefit would necessarily manifest in improved clinical endpoints for patients with PH-ILD. Not only does the '793 patent not disclose improving exercise capacity in patients with pulmonary hypertension—let alone PH-ILD—but it also does not mention any of the endpoints that appear in dependent claims of the '327 patent such as FVC. Further, in view of the failed PH-ILD studies that I cited above,[154] the POSA reading the '793 patent would not understand it as teaching a method of improving exercising capacity for any PH patients, let alone for PH-ILD patients, and would not understand it as providing sufficient data to form the required intentional purpose of improving exercise capacity, either. Accordingly, in my opinion, the '793 patent does not explicitly disclose, the "improving exercise capacity" limitation of claim 1 of the '327 patent, nor does it enable acting with the intentional purpose of improving exercise capacity, and thus, the '793 patent does not anticipate claim 1 (or any other claim) of the '327 patent. Accordingly, in my opinion, the '793 patent does not explicitly disclose, at least, the "improving exercise capacity" limitation of claim 1 of the '327 patent, and thus, does not anticipate claim 1 (or any other claim) of the '327 patent.

177.    I understand that Liquidia argues that improvement of exercise capacity in a pulmonary hypertension patient is an inherent property of the administration of treprostinil by inhalation.[155, 156] I disagree because improving exercise capacity, though possible, does not

---

[154] *Supra* ¶¶ 78-87
[155] D.I. 12 ¶¶ 20, 41.
[156] D.I. 12 at ¶ 20, 41.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

necessarily and inevitably occur each and every time when treating a patient with treprostinil. As outlined earlier, a Group 1 PAH therapy will not necessarily work for a Group 3 PH-ILD patient, and in some cases might actually be harmful.

178.    The '793 patent focused on the acute administration of inhaled treprostinil and the resulting hemodynamic effects. By contrast, the '327 patent focuses on clinical study endpoints following repeated, ongoing, daily administration. The results described in the patent and from the INCREASE study show that not every patient who was administered treprostinil exhibited an improvement in exercise capacity. Specifically, the INCREASE study shows ███████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████.

The POSA reading the '793 patent would know that not all patients within the examples or claims would have PH-ILD, thus practicing the method of the '793 patent would not necessarily and inevitably lead to an improvement in exercise capacity in a PH-ILD patient, let alone after a single administration.[157]

---

[157] INCREASE study report at 73 tbl. 11-8, 63-64, tbl. 11-3.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2



CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2



179.    Similarly, the Tyvaso label shows that 13 patients in the study experienced a greater than 15% *decrease* in 6MWD after taking treprostinil as their first clinical worsening event. This number is likely higher since it is reasonable to assume that those patients who had hospitalization as their first clinical worsening event also had a decrease in their 6MWD.[158]

---

[158] Counterclaims Ex. 3 at 14.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Table 3:    Clinical Worsening Events (PH-ILD)

| | | Tyvaso Inhalation Solution n=163 n (%) | Placebo n=163 n (%) | HR (95% CI) |
|---|---|---|---|---|
| Clinical worsening | | 37 (22.7%) | 54 (33.1%) | 0.61 (0.40, 0.92) |
| First contributing event | Hospitalization due to a cardiopulmonary indication | 18 (11.0%) | 24 (14.7%) | |
| | Decrease in 6MWD >15% from baseline directly related to PH-ILD | 13 (8.0%) | 26 (16.0%) | |
| | Death (all causes) | 4 (2.5%) | 4 (2.5%) | |
| | Lung transplantation | 2 (1.2%) | 0 | |
| First of each event | Hospitalization due to a cardiopulmonary indication | 21 (12.9%) | 30 (18.4%) | |
| | Decrease in 6MWD >15% from baseline directly related to PH-ILD | 16 (9.8%) | 31 (19.0%) | |
| | Death (all causes) | 8 (4.9%) | 10 (6.1%) | |
| | Lung transplantation | 2 (1.2%) | 1 (0.6%) | |

180.    The above results show that administering inhaled treprostinil over 8 or more weeks does not necessarily and inevitably cause improved exercise capacity. Thus, the '793 patent, with its focus on PH hemodynamics generally, following acute administration, does not show that all patients will necessarily and inevitably experience improved exercise capacity—especially after one administration. Indeed, the results in the '327 patent and INCREASE trial more generally show that in some unfortunate circumstances, patients may experience a reduction in exercise capacity despite the administration of inhaled treprostinil. Accordingly, it is my opinion that administering treprostinil according to the method disclosed by the '793 patent will not necessarily and inevitably improve a patient's exercise capacity. Therefore, in my opinion, the '793 patent does not inherently anticipate claim 1 (or any other claim) of the '327 patent.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**3.    The Claims of the '327 Patent Are Not Rendered Obvious by the '793 Patent or by Obviousness-Type Double Patenting**

181.    Liquidia argues that the claims of the '327 patent are invalid as obvious over the '793 patent, either by itself or in combination with the 2009 Tyvaso Label, Wade '200, and Parikh 2016.[159] Liquidia similarly argues that the claims of the '327 patent are invalid for obviousness-type double patenting over the claims of the '793 patent.[160] I disagree with Liquidia in both respects.

**a.    State of the Art as of the Filing Date of the Application That Issued as the '327 Patent**

182.    As demonstrated in the above-mentioned clinical studies, nuanced differences in the delivery of the same molecule for pulmonary hypertension associated with lung disease might not provide the same result in terms of efficacy, and arguably could even be harmful. This unknown can only be answered after conducting a RCT.

183.    For example, when the RISE-IIP results read out as negative, Bayer, the sponsor of the trial, was asked to do a "deep dive" into the data by the European Medicinal Agency ("EMA") as to why an approved drug was harmful in these patients. Together with Bayer, I spent 1-2 days scrutinizing patient level data. While there was a suggestion that patients who had an element of concomitant COPD were more likely to be harmed, we were never able to identify an absolute "smoking gun."

184.    The repeated negative results coming out of RCTs of Group 1 PAH medications for Group 3 PH patients, with no clear understanding as to the cause of the negative results, led practicing physicians to believe that Group 3 PH should not be treated with PAH medications.

---

[159] Counterclaims at ¶¶ 21-22.
[160] *Id.* at ¶ 23.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

185.    It is my opinion that the safety and efficacy of medications in treating PH-ILD are both drug and delivery-method dependent. Inhaled agents have the advantage of direct deposition to the air sacs (alveoli) which enables targeted delivery. But where different agents travel is dependent on the compound, how it is formulated and the delivery device.

186.    For this and other reasons, a POSA would not have expected vasodilators administered for the treatment of Group 1 PAH to be effective at treating Group 3 PH. A big difference between Group 1 PAH and Group 3 PH is the lung disease itself. Lung disease results in destruction and distortion of the lung architecture. A basic physiologic concept pertaining to the lungs is that of ventilation to perfusion matching ("V/Q matching"). This issue of V/Q matching is not of the same concern in patients with Group 1 PAH, since these patients for the most part have normal (or, at the most, mildly diseased) lung. A POSA would not expect a treatment for Group 1 PAH to maintain V/Q matching in a Group 3 PH patient and, as explained above, prior clinical studies had failed to net positive results.

187.    V/Q matching refers to the lungs' inherent ability to optimize the interface between the vasculature and the air sacs to most effectively enable gas exchange.[161] V/Q mismatch refers to areas of the diseased lung where there is either reduced ventilation and/or reduced perfusion which are not matched in terms of how much reduction there has been.[162] For example, there can be very limited or no air going to an air sac that has good perfusion and this extreme of V/Q mismatch is referred to as a "shunt" since blood is transgressing the air sac without the opportunity for gas exchange because of the lack of air going into that lung unit.[163] On the other end of the

---

[161]    Amen E, et al., *Analysis of V/Q-Matching–A Safety "Biomarker" in Pulmonary Drug Development?*, 16 Biomarkers S5, S5 (2011).
[162] *Id.* at S5-S7
[163] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

spectrum, if a lung unit is well ventilated (good amount of air going in), but there is no blood flow, then this would be referred to as "dead space" ventilation since the air going there will fail to participate in gas exchange because there is no blood capillaries to interface with and effect gas exchange.[164] Between these extremes there are variable degrees of V/Q mismatching. If there is reduced ventilation to an area of the lung, then the lungs will respond by vasoconstriction of the vessels to these areas thereby preserving V/Q matching.[165] Any pulmonary vasodilator has the potential to impact this compensatory mechanism by causing vasodilation of vessels supplying poorly ventilated areas of the lung.[166]

188.    V/Q mismatching might indeed be one of the reasons that drugs administered via the oral route have for the most part failed to benefit patients with pulmonary hypertension due to lung disease. As mentioned, a potential advantage of drugs administered by the inhaled route is their direct deposition in the alveolar air sacs. When a pulmonary vasodilator goes all the way down to the air sacs it will result in vasodilation of the blood vessels to that air sac and thereby have the potential to optimize V/Q matching.[167] However, if a drug is even more effective in going down the airways in higher doses, there is a theoretic concern that some of this inhaled agent might spill over into poorly ventilated lung units causing inappropriate dilation of the blood vessels in these areas and thereby worsening ventilation perfusion matching leading to impaired gas exchange.[168] Thus, inhalation of a pulmonary vasodilator could lead to some untoward effects.[169] It is unknown if issues pertaining to ventilation perfusion matching contributed to the negative

---

[164] *Id.*
[165] *Id.*
[166] *Id.*
[167] *Id.*
[168] *Id.*
[169] *Id.*

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

result of the inhaled iloprost study. Similarly, it is unknown, but possible, that V/Q mismatching contributed to the harmful study of oral riociguat.

189.    In sum, each individual agent or modification thereof needs to be studied independently in lung disease patient, because of the effects of the diseased lung on the distribution and impact of the medication. A POSA would not assume that an agent or modification that successfully treats Group 1 PAH would also treat lung disease associated PH in a patient; indeed, a POSA would fear adverse effects, such as V/Q mismatching, and prior to the INCREASE study might have believed that no existing treatments would be effective for treating PH-ILD.

### b.    A POSA Would Not Have Been Motivated to Apply the Disclosures of the '793 Patent to PH-ILD Patients

190.    Liquidia asserts that a POSA would have been "motivated to modify the disclosure of the '793 patent to treat PH-ILD patients in a manner to improve their exercise capacity."[170] I disagree.

191.    The '793 patent teaches "a method of treating pulmonary hypertension", whereas the '327 patent teaches "a method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease."[171] As mentioned previously treating pulmonary hypertension results in a reduction in the pulmonary pressures, but this does not necessarily translate to a clinical benefit. Upon a review of the '793 patent, a POSA would not have been motivated to use the disclosed treatment to improve exercise capacity in PH-ILD patients because there is nothing in the '793 patent that would cause the POSA to believe that this approach would work, especially in light of the earlier clinical trial failures discussed above.[172]

---

[170] Counterclaims ¶ 21.
[171] '793 patent at 18:23; '327 patent at 54:6-7.
[172] *Supra* ¶¶ 83-85.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

192.    A review of the clinical trials included in the '793 specification teach the reduction of pulmonary vascular resistance ("PVR") and pulmonary artery pressure ("PAP"); these are both cardiovascular measures taken in the diagnosis and monitoring of pulmonary hypertension, and are useful for tracking its treatment.[173] These measures are useful for monitoring pulmonary hypertension, and a reduction of these hemodynamic parameters would be expected to lead to a decrease in likelihood of hospitalization or death in PAH patients, however a reduction in these has not been shown to correlate with outcomes in PH-ILD. Indeed, it is conceivable that many of the failed drugs in PH-ILD could have resulted in a reduction in these parameters but without clinical benefit or even with potential harm (RISE-IIP). Needless to state, but neither of these hemodynamic parameters alone or together are likely to indicate an increase in exercise capacity in a patient with PH-ILD. A reduction of PVR and PAP indicates only a treatment of the pulmonary hypertension and does not indicate an improvement in the clinical status including exercise capacity in these patients.

193.    As explained above, interstitial lung disease is a notoriously difficult disease to treat, with treatment variably consisting of oxygen therapy, antifibrotic agents, immunosuppression and lung transplantation for a select few patients. As ILD progresses, it is frequently complicated by the emergence of pulmonary hypertension which further adds to the disease burden and is associated with significantly worse outcomes.[174] At the time of the INCREASE study, hope among physicians of a medical treatment increasing exercise capacity in patients with PH-ILD was at "peak pessimism" due to the repeated negative clinical trials, including the RISE-IIP study.[175] At that time, a number of clinical trials had been performed

---

[173] '793 patent at 9:30-49.
[174] *Supra* ¶ 67.
[175] *Supra* ¶¶ 83-85.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

evaluating whether drugs utilized to treat Group 1 PAH could be used to increase exercise capacity in Group 3 PH patients. As I recounted above, each of these clinical trials were negative, reporting either no and even harmful effects on the patient.[176] Accordingly, it is my opinion that the results of the INCREASE study would have been entirely unexpected to a POSA.

194.    Included in the negative clinical trials performed prior to the INCREASE study were studies of sildenafil, which while may be effective in treating the hemodynamic derangements associated with pulmonary hypertension has been shown to have no significant effect on ILD patient outcomes.[177] The specification of the '793 patent describes an outcome similar to that with sildenafil, where a Group 1 PAH drug can treat the hemodynamic parameters associated with pulmonary hypertension while having no effect on the associated clinical outcomes. The specification of the '793 patent does not describe any medical benefits, the type of clinical benefits, or indeed any benefit to the lung disease itself in Group 3 PH patients.

195.    Therefore, in my opinion, a POSA would not have been motivated to modify the method of administration disclosed by the '793 patent to administer treprostinil with the intended purpose of improving exercise capacity in patients suffering from PH-ILD.

### c.    A POSA Would Not Have Had a Motivation to Combine the Disclosures of the '793 Patent with other Prior Art References

196.    Liquidia also asserts that a POSA would have been motivated to combine the disclosures of the '793 patent with those of 2009 Tyvaso Label, Wade '200, and/or Parikh 2016 to arrive at the methods of treatment claimed in the '327 patent.[178] Liquidia is again incorrect.

---

[176] *Supra* ¶¶ 78-87.
[177] *Supra* ¶¶ 80, 82, 86.
[178] *See* Counterclaims ¶ 22.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

197.    It is my opinion that a POSA would not have been motivated to combine the '793 patent with any of the other references cited by Liquidia to obtain the claimed invention. As I explain below, the references cited by Liquidia do not teach an increase in exercise capacity in Group 3 PH patients; rather, they teach only an increase in exercise capacity in Group 1 PAH patients.[179]

198.    Prior to the INCREASE study, there had not been a single positive phase 3 clinical trial administering effective Group 1 PAH medication to Group 3 PH patients for the purpose of increasing exercise capacity.[180] At this time, a POSA would have accepted that there was no medical treatment for Group 3 PH patients, and there is nothing in the references cited by Liquidia that would have changed a POSA's mind.

199.    As explained above, nuanced differences in the delivery of the same molecule for pulmonary hypertension associated with lung disease might not provide the same result in terms of efficacy, and arguably could even be harmful.[181] Because of the risks associated with adjustments to the delivery of these molecules, a POSA would not be motivated to combine the disclosures of the '793 patent with the references cited by Liquidia. The references cited by Liquidia do not provide support for increasing exercise capacity in a patient suffering from Group 3 PH, and a POSA would view such a combination as an unacceptable risk.

200.    Additionally, even if a POSA would have been motivated to combine the '793 patent with the other references cited by Liquidia, the combination would not have resulted in the claimed methods because none of the references cited by Liquidia disclose administering treprostinil to improve exercise capacity in PH-ILD patients.

---

[179] *Infra* ¶ 209.
[180] *Supra* ¶¶ 78-87.
[181] *Supra* ¶¶ 83-85.

74

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

201.    The Tyvaso 2009 label only discloses administering treprostinil to Group 1 PAH patients to improve exercise capacity, and not in PH-ILD patients, and there was great skepticism that therapies effective increasing exercise capacity in Group 1 PAH patients would be beneficial for PH-ILD patients.

202.    Similarly, as discussed above, Wade '200 discloses that administering treprostinil intravenously to patients suffering from PAH can result in an increase in 6MWD.[182] While Wade '200 discloses administering inhaled treprostinil to patients suffering from pulmonary fibrosis, Wade '200 does not disclose that such administration increased exercise capacity or 6MWD.[183] Further, as detailed above, intravenous administration of treprostinil is vastly different and provides different results than oral inhalation.

203.    As discussed above, Parikh 2016 discloses a retrospective study of patients suffering from different types of pulmonary hypertension that were administered treprostinil.[184] As further discussed above, only 6 patients with PH-ILD were disclosed in Parikh 2016.[185] In fact, many of the patients described in this retrospective study had COPD, a condition in which inhaled treprostinil has since been demonstrated not to work as shown via the aborted PERFECT study. This underscores the limitations of the knowledge provided by any retrospective, small series. None of the results from such studies are definitive and at best are hypothesis generating.

204.    Because it was a retrospective study, the patients were not monitored at specific time points.[186] Instead, the authors just looked at data that were collected from the patients at two

---

[182] Wade '200 ¶ [0077].
[183] Id. ¶¶ [0061]-[0075] (Example 4).
[184] Counterclaims Ex. 10, Parikh 2016 at 1.
[185] Id. at tbl. 1.
[186] Id.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

follow-up sessions.[187] For the patients, the median time between reaching their maximum dosage and the first follow-up session was 5.2 months.[188] The median time between the first and second follow-ups was 15.1 months.[189]

205.    Parikh 2016 reports that the retrospective analysis of the data showed that among the patients that were studied the average change in 6MWD from baseline at 5.2 months was 3.9 meters and from baseline at 15.1 months was 31.6 meters.[190] Parikh 2016 did not break down its data by type of PH. Accordingly, a POSA would not have known, reading Parikh 2016, if even one PH-ILD patient improved their 6MWD due to inhaled Treprostinil. Nor would the POSA have read Parikh 2016 as overriding the concerns the POSA would have based on all of the RCTs that failed when testing PAH treatments for PH-ILD.

206.    Therefore, it is my opinion that a POSA would not have been motivated to combine the '793 patent with any of the other references cited by Liquidia to obtain the claimed invention.

### d.    A POSA Would Not Have Had a Reasonable Expectation of Success

207.    Even if a POSA were motivated to modify or combine the references in the manner asserted by a Liquidia, it is my opinion that a POSA would not have had a reasonable expectation of success of obtaining the results required by claims 1, 6, 9-11 and 14 of the '327 patent. For example, prior to the INCREASE study, "studies of pulmonary vasodilators in pulmonary hypertension due to ILD (PH-ILD) were largely negative."[191] This was the case even though "[s]everal small, open-label, retrospective studies suggested that pulmonary vasodilator therapy

---

[187] *Id.*
[188] *Id.* at 3.
[189] *Id.*
[190] *Id.* at 4.
[191] Fabyan K, *Pulmonary Hypertension in Interstitial Lung Disease: Management Options to Move Beyond Supportive Care*, 12 Current Pulmonary Reps. 105, 105 (2023).

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

may improve 6-min walk distance and right-ventricular function."[192] Despite these small studies, the largest randomized controlled study before the INCREASE study was the RISE-IIP study which as mentioned previously demonstrated harm to treating PH-ILD.[193] This was the most robust of these prior studies and overrode the impact of these smaller, retrospective studies which suggested benefit. Therefore, the prevailing thought by many, prior to the INCREASE study, was that any PH associated with ILD should not be treated.

208.    Above, I have detailed several of these studies as well as the general skepticism in the pulmonary hypertension community that treating Group 3 PH with pulmonary vasodilators approved for Group 1 PAH would be effective.[194] Most notably, the negative results that led to the early termination of the RISE-IIP study supported the contention within the field that PH associated with ILD was an adaptive rather than a maladaptive response and as such should not be treated.[195] Numerous phase 3 clinical trials had been attempted, and all failed to provide any positive results. Therefore, in my opinion, a POSA would not have had a reasonable expectation that administering inhaled treprostinil would effectively treat PH-ILD patients.

209.    Further, neither the '793 patent nor the references cited by Liquidia would overcome the pessimism felt by a POSA prior to UTC's groundbreaking INCREASE study. As explained above, the specification of the '793 patent covers a reduction in certain hemodynamic parameters, but does not indicate an increase in exercise capacity in a patient with PH-ILD.[196] Moreover, a POSA would know from the various failed attempts to adapt Group 1 PH medications to Group 3 PH patients that promising hemodynamic parameters are not predictive of functional

---

[192] *Id.* at 107.
[193] *Supra* ¶¶ 83-85.
[194] *Supra* ¶¶ 78-87.
[195] *Supra* ¶¶ 83-85.
[196][196] *Supra* ¶ 166.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

success in treating patients.[197] Riociguat is a prime example of this—it was shown to lower PVR but provided no clinical benefit to patients suffering from PH-ILD.[198] Accordingly, a POSA would not be able to confidently predict whether the method of treatment described in the '793 patent would be effective in improving the exercise capacity of PH-ILD patients without conducting a randomized clinical trial like INCREASE.

210.    The additional references by Liquidia would also not give a POSA a reasonable expectation that treprostinil could be utilized to increase exercise capacity in PH-ILD patients. The Tyvaso 2009 label only discloses administering treprostinil to Group 1 PAH patients to improve exercise capacity, and not in PH-ILD patients.[199] Similarly, as discussed above, Wade '200 discloses that administering treprostinil intravenously to patients suffering from PAH can result in an increase in 6MWD, and makes no disclosures regarding an increase in 6MWD in PH-ILD patients.[200] Prior to the INCREASE study, there was no reason to expect a Group 1 PAH medication to be effective for treating PH-ILD.

211.    Finally, Parikh 2016 discloses a retrospective study of patients suffering from different types of pulmonary hypertension that were administered treprostinil, only six of which had PH-ILD. As I explained previously, Parikh 2016 did not break down the results by type of PH, nor did it give any reason to believe the increase in 6MWD observed was in the PH-ILD patients.[201] And, of course, the sample size of Parikh 2016 was so small that no POSA would infer this to be representative of PH-ILD patients; as mentioned before, many pilot studies previously inspired hope only for that hope to be dashed by more rigorous examination in a double-blind randomized,

---

[197] *Supra* ¶ 75.
[198] *Id.*
[199] *Supra* ¶ 167.
[200] *Supra* ¶ 169-170.
[201] *Supra* ¶ 171.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

placebo-controlled clinical trial.[202] The RISE-IIP study is particularly instructive here in that it had to be discontinued for patient safety despite a prior small pilot study showing that oral riociguat had improved 6MWD in PH-ILD patients.[203] As above with respect to the '793 patent, a POSA would not be comfortable extrapolating the results of Parikh 2016 to the larger PH-ILD patient population without conducting a randomized clinical trial.

212.    A POSA therefore would not have had a reasonable expectation of success that administering inhaled treprostinil to improve exercise capacity in a PH-ILD patient would have resulted in the methods of treatment described in claims 1, 6, 9-11 and 14 of the '327 patent.

### e.    Secondary Indicia of Non-Obviousness

213.    It is my opinion that there are multiple secondary indicia demonstrating that the methods of treatment claimed in the '327 are not obvious. These indicia include: (1) unexpected results; (2) skepticism that the invention would work; (3) the failure of others to create the invention; and (4) a long felt but unmet need for the invention. Below I further outline my opinions as to each of these secondary indicia.

### (1)    Unexpected Results

214.    In view of the many failed clinical studies for PH-ILD and the general skepticism in the pulmonary hypertension medical community, detailed above, the results of the INCREASE study came as a surprise to many in the field.[204] This is significant here because the methods of administration used in the INCREASE study overlap directly with the claims of the '327 patent.[205] In other words, the unexpected results of the INCREASE study reflect the real-world application

---

[202] *Id.*
[203] *Supra* ¶¶ 83-85.
[204] *Supra* ¶¶ 78-87.
[205] *Supra* ¶ 97.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

of the methods of treatment described in claims 1, 6, 9-11 and 14 of the '327 patent.[206] A POSA would, in my opinion, not have expected the claimed methods of treatment to be successful in practice,[207] and therefore would have been surprised by the results of the INCREASE study. This further demonstrates to me that without the benefit of hindsight, the claims of the '327 would not have been obvious to a POSA.

(2)     Skepticism

215.    I have also noted in several instances above that there was great skepticism in the field that inhaled treprostinil could effectively increase exercise capacity in PH-ILD patients.[208] After numerous failed clinical trials, including my own work on Bayer's RISE-IIP study, hope among physicians of a medical treatment increasing exercise capacity in patients with PH-ILD was at "peak pessimism."[209] Time and again, attempts at treating PH-ILD with medication for Group 1 PAH had either failed to have any effect, or caused adverse effects on patients. Prior to the INCREASE study, the skepticism was so great that I was admonished in front of an audience of about 500 for even attempting to treat PH-ILD.[210] This, again, demonstrates to me that it would not have been obvious for a POSA to have arrived at the claimed methods of treatment.

(3)     Failures of Others

216.    The skepticism that treprostinil, or any other Group 1 PAH drug, could treat PH-ILD was well supported by the repeated failures of others to treat PH-ILD with medication. As I describe in more depth above, no less than seven different clinical trials sponsored by major pharmaceutical companies had failed to demonstrate that a drug approved for PAH could provide

---

[206] *Supra* ¶¶ 97; 207–212.
[207] *Supra* ¶¶ 191-196.
[208] *Supra* ¶¶ 78-87, 202.
[209] *Id.*
[210] *Supra* ¶ 84.

80

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

benefits to PH-ILD patients or patients with ILD who are likely to have PH; indeed, some drugs made things *worse* for patients.[211] These failures, in my opinion, are further evidence that the methods of treatment claimed in the '327 patent would not have been obvious to a POSA.

(4)    Unmet Need

217.    The methods of treatment claimed in the '327 patent satisfied a long-felt, but to that point unmet, need to provide viable treatment options for patients suffering from PH-ILD. Prior to the INCREASE study, no medicine had ever been demonstrated to be effective at treating PH-ILD.[212] The accepted course of treatment was to provide supplemental oxygen, and ultimately lung transplantation (for a select few patients).[213] With serious outcomes for PH-ILD, including hospitalization and death, the discovery that treprostinil can treat PH-ILD has changed the way doctors look at treating PH-ILD patients. That the need for effective PH-ILD medicines had been unmet for so long prior to UTC's groundbreaking work with treprostinil further demonstrates, in my opinion, that the methods of treatment claimed in the '327 patent are not obvious.

f.    <b>Obviousness-Type Double Patenting</b>

218.    Liquidia argues that "the claims of the '327 patent are invalid for obviousness-type double patenting over Plaintiff's prior issued '793 patent."[214] However, Liquidia does not describe how any particular claim of the '327 patent is an obvious variation of any particular claim of the '793 patent. This is significant because, as discussed above, I understand that an analysis of

---

[211] *Supra* ¶¶ 83-85.

[212] *Supra* ¶¶ 78-87.

[213] *Supra* ¶ 194.

[214] Counterclaims ¶ 23. Liquidia also states that "[t]his deficiency cannot be cured by filing a terminal disclaimer, because the '793 patent has been invalidated." *Id.* I understand from Counsel that UTC's appeal of the IPR decision invalidating certain claims of the '793 patent is still pending and that, as of the date of this Declaration, the USPTO has not yet cancelled the claims of the '793 patent.

81

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

obviousness-type double patenting requires a direct claim-to-claim comparison between one claim of the reference patent (here, the '793 patent) and one claim of the patent under dispute (here, the '327 patent). [215] Regardless, it is my opinion that claims 1, 6, 9-11 and 14 of the '327 patent are not invalid for obviousness-type double patenting over *any* claim of the '793 patent because, as discussed in detail above, the entire disclosure of the '793 patent (including the claims) does not render obvious any claim of the '327 patent. Moreover, the '793 patent claims do not recite anything about increasing exercise capacity, the intentional purpose of increasing exercise capacity, or, for example, any of the NT-proBNP, FVC, or 6MWD limitations.

## XII.    THE CLAIMS OF THE '327 PATENT ARE NOT UNENFORCEABLE FOR INEQUITABLE CONDUCT

219.    In its Counterclaims, Liquidia asserts that the claims of the '327 patent are unenforceable due to inequitable conduct allegedly committed by Shaun Snader, Stephen B. Maebius, the named inventors of the '327 patent, or "UTC" generally.[216] Specifically, Liquidia asserts that the claims of the '327 patent are unenforceable because Mr. Snader, Mr. Maebius, the inventors, or "UTC" failed to disclose Parikh 2016 or materials related to litigation and USPTO proceedings regarding the '793 patent, and that UTC attempted to "bury" certain information related to the '793 patent.[217] As discussed in detail below, it is my opinion that the claims of the '327 patent are not unenforceable for inequitable conduct because the materials allegedly withheld

---

[215] To the extent Liquidia or its experts offer such an analysis in the future, I reserve the right to respond in detail.
[216] Counterclaims ¶¶ 33-124.
[217] Counterclaims ¶¶ 114.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

from the USPTO are not material to patentability and are cumulative of other material known to the USPTO during prosecution of the '327 patent.[218]

### 1.    Documents Related to the '793 Patent

220.    I understand that because the '793 patent itself is listed on the face of the '327 patent, it was disclosed to the USPTO during prosecution. I similarly understand that Liquidia's petition for *Inter Partes* Review of the '793 patent (IPR2021-00406) as well as several related exhibits[219] were also disclosed to the USPTO. However, Liquidia claims that several other documents relating to the '793 patent were improperly withheld from the USPTO, namely: "[t]he submissions by Mr. Maebius and Mr. Snader, on behalf of UTC, during the '793 IPR including the Patent Owner's Response Dr. Hill's District Court trial testimony, the District Court's Opinion, and the Federal Circuit's affirmance of that opinion."[220] Liquidia argues that these documents are material because they show that the method of administration disclosed and claimed by the '793 patent covers treating patients suffering from PH-ILD. I disagree because the disclosures are not material, as the documents are cumulative of other information already before the USPTO.

221.    The specific documents cited in Liquidia's counterclaim in support of its inequitable conduct theory are: (1) UTC's Patent Owner Response ("POR"); (2) Dr. Waxman's declaration; (3) Hill district court trial testimony; (4) the district court opinion; (5) the Federal circuit affirmance of the district court opinion; and (6) Parikh 2016.

---

[218] I have not been asked to provide nor have I formed any opinions regarding the intent prong of Liquidia's inequitable conduct allegations, *i.e.*, whether the individuals identified by Liquidia acted with the intent to deceive the USPTO.
[219] The face of the '327 patent identifies the following exhibits: Ex. 1002 (Decl. of Dr. Nicholas Hill), Ex. 1003 (Dr. Hill's CV), Ex. 1004 (Decl. of Dr. Igor Gonda), Ex. 1005 (Dr. Gonda's CV); Ex. 1036 (Decl. of Dr. Sylvia Hall-Ellis).
[220] Counterclaims ¶¶ 71, 108, 109.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

222.    The disclosure Liquidia identifies is asserted to be material because, according to Liquidia it relates to the scope of the '793 patent, Liquidia argues, confirms that the '793 patent "covered interstitial lung disease."[221]

223.    But as to items (1)-(5), all of the information in those references regarding the scope of the '793 patent is cumulative to the '793 patent itself. I understand that in the District Court and Federal Circuit decisions cited by Liquidia[222] in both instances, the Court applied the plain and ordinary meaning" to the claims of the '793 patent.[223] And in both documents, the courts confirmed that the claims of the '793 patent, when they refer to "pulmonary hypertension," refer to all five groups of PH. Both courts relied on the specification to support that interpretation. The '793 specification states, "Pulmonary hypertension may occur due to various reasons and the different entities of pulmonary hypertension were classified based on clinical and pathological grounds in 5 categories according to the latest WHO convention."[224]

224.    First, UTC's statements in the POR about PH-ILD and the '793 claims are cumulative, as they do not change the scope of the '793 patent in any way. Instead, they were consistent with the scope adopted by the courts.

225.    Second, I have reviewed the declaration testimony of Dr. Aaron Waxman, which was submitted on behalf of UTC '793 patent IPR and is attached to Liquidia's Counterclaims at Ex. 30.[225] In my opinion, Dr. Waxman's testimony was also merely cumulative of the documents submitted to the USPTO during the prosecution of the '327 patent. Dr. Waxman mentions

---

[221] Counterclaims ¶ 80.
[222] Counterclaims at ¶ 109.
[223] *United Therapeutics Corp. v. Liquidia Techs., Inc.*, 624 F. Supp. 3d 436, 461 (D. Del. 2022); *United Therapeutics Corp. v. Liquidia Techs., Inc.*, 74 F.4th 1360, 1368-69 (Fed. Cir. 2023).
[224] '793 patent at 1:41-44.
[225] *See* Counterclaims at ¶¶ 70-71, Ex. 30.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

interstitial lung disease only in paragraphs 95 and 96 of his declaration, and in doing so argued the validity of the '793 patent based on the data therein, the TYVASO label, and the Waxman reference.[226]

226.    Third, having reviewed the excerpts cited by Liquidia, it is my opinion that Dr. Hill's testimony is also cumulative because it is consistent with the plain and ordinary meaning of the '793 patent, as applied by both the district court and the Federal Circuit.

227.    Fourth and fifth, the courts' opinions adopting a construction of PH to include all 5 groups is also consistent with the '793 specification already before the examiner.

228.    Sixth, and finally, the fact that "pulmonary hypertension" as used in the claims of the '793 patent includes all 5 PH Groups is not itself material to the patentability of the '327 patent. Several references that were provided to the USPTO during prosecution of the '327 patent that disclose administering inhaled treprostinil to patients suffering from Group 3 PH, specifically PH-ILD. For example, the Study Details for the INCREASE study was printed from clinicaltrials.gov and submitted to the USPTO.[227] The Study Details describe administering inhaled treprostinil at 6 micrograms per breath four times daily up to a maximum of 12 breaths four times daily.[228] Similarly, UTC disclosed several "pilot studies" of inhaled treprostinil in PH-ILD patients—Faria-Urbina 2018, Agarwal 2015, Bajwa 2017, and Wang 2017—all of which are discussed in detail below.[229] Both the INCREASE Study Details and the four "pilot studies" discussed above actually go beyond the '793 patent in disclosing that the primary outcome to be measured is 6MWD. However, despite having access to all of the above information in addition to the '793 patent itself,

---

[226] Counterclaims Ex. 30 ¶¶ 95-96.
[227] File History of the '327 patent at 205-210.
[228] Safety and Efficacy of Inhaled Treprostinil in Adult PH With ILD Including CPFE, ClinicalTrials.gov ID NCT02630316 (Dec. 11, 2015) at 14-15.
[229] *Infra* ¶¶ 232-234.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

the Examiner allowed the claims of the '327 patent to issue. If these disclosures did not render the claims of the '327 unpatentable during prosecution, it is hard to understand how they could be material to patentability after the fact.

229.    For the reasons discussed above, it is my opinion that the documents related to the '793 patent that Liquidia has identified are not material to patentability because their disclosures are cumulative of other information already before the USPTO.

### 2.    Parikh 2016

230.    Liquidia argues that "Parikh 2016 is material to the '327 patent" because it would, alone or in combination with other references, "unpatentable the claims of the '327 patent" and "refute the arguments" made to the examiner by counsel for UTC.[230] I disagree for several reasons.

231.    As an initial matter, the disclosures of Parikh 2016 are not on their own material to patentability. Liquidia argues that Parikh 2016 is material to patentability because the examiner would not have allowed the claims of the '327 patent if he was aware of the reference.[231] But, as discussed above, the Examiner *was* aware of Parikh 2016, having located the reference in an August 2022 prior art search.[232] That the examiner decided not to include this reference in any subsequent patentability rejections and eventually allowed the claims of the '327 patent[233] clearly demonstrates to me that the examiner did not consider the reference to be material. I agree with the Examiner on this point. As discussed above, there is nothing in Parikh 2016 that would, by itself or in combination with other references, have rendered any claim of the '327 invalid. [234]

---

[230] Counterclaims at ¶ 110.
[231] Counterclaims at ¶ 110.
[232] *Supra* ¶ 175.
[233] *Supra* ¶ 107.
[234] *Supra* ¶¶ 204-207.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

232.    Further, the disclosures of Parikh 2016 are cumulative of other information already disclosed to the USPTO. Several retrospective analyses of patients treated with inhaled treprostinil were submitted to the USPTO, each of which renders Parikh 2016 cumulative. For example, the specification of the '327 patent itself states that "[d]ata from previously completed pilot studies suggest that inhaled treprostinil can improve hemodynamics and functional capacity in patients with group 3 pulmonary hypertension."[235] The '327 patent cites the following references in support of this statement:

- Faria-Urbina M, et al. Lung 2018; 196:139-46. ("Faria-Urbina 2018")
- Agarwal M, et al. J Heart Lung Transplant 2015; 34: Suppl:S343. abstract. ("Agarwal 2015")
- Bajwa A A, et al. Pulm Circ 2017; 7:82-8. ("Bajwa 2017")
- Wang L, et al. Int J Chron Obstruct Pulmon Dis 2017; 12:3353-60. ("Wang 2017")[236]

Each of these four references was submitted to the USPTO during prosecution of the '327 patent.[237]

233.    Liquidia describes the allegedly material disclosures of Parikh 2016 as follows:

"Parikh 2016 expressly discloses the treatment of interstitial lung disease patients with TYVASO® utilizing at least 6 mcg per breath, with a total of at least 15 mcg per single administration event, and achieving positive results. including improvement of exercise capacity via the 6 minute walk test."

Counterclaims at ¶ 110; *see also id.* at ¶¶ 101-102. However, all of this information is contained in the first three references listed above, each of which discloses improvements in 6WMD in Group 3 PH patients following administration of inhaled treprostinil.[238] The clinical disclosures of Faria-

---

[235] '327 patent at 27:39-28:3.
[236] *Id.* at 45:32-37 (numbering omitted).
[237] File History of the '327 patent at 122, 123.
[238] Wang 2017 describes a prospective study involving iloprost rather than treprostinil.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Urbina 2018, Agarwal 2015, and Bajwa 2017 are compared to those of Parikh 2016 in the table below.[239]

| Reference | Patients | Treprostinil Dosage | 6MWD Improvement |
|---|---|---|---|
| Faria-Urbina 2018 | ▪ 22 patients<br>▪ PH associated with lung disease<br>▪ Retrospective | ▪ 18 mcg / 3 breaths<br>▪ 36 mcg / 6 breaths<br>▪ 54 mcg / 9 breaths<br>▪ 72 mcg / 12 breaths | ▪ 65 m average increase from baseline after 3 months |
| Agarwal 2015 | ▪ 35 patients<br>▪ Group-3 PH<br>▪ Retrospective | ▪ 3 breaths<br>▪ Increased to 9-12 breaths as tolerated[240] | ▪ 60.85 m average increase from baseline to 6 months<br>▪ 45 m median increase |
| Bajwa 2017 | ▪ 9 patients<br>▪ PH with COPD<br>▪ Prospective | ▪ Not specified | ▪ Median increase of 19 m |
| Parikh 2016 | ▪ 80 patients<br>▪ Group 1-5 PH<br>▪ Retrospective | ▪ 18 mcg / 3 breaths<br>▪ 36 mcg / 6 breaths<br>▪ 72 mcg / 12 breaths | ▪ 3.9 m average increase from baseline to follow-up 1 (median 5.2 months)<br>▪ 31.6 m average increase from baseline to follow-up 2 (median 20.3 months) |

234.    As shown above, the clinical disclosures of Parikh 2016 are clearly cumulative of those of Faria-Urbina 2018, Agarwal 2015, and Bajwa 2017. Even assuming that the Examiner did not know about Parikh 2016 (he did, as discussed above), the Examiner was certainly aware of all four of the latter references and nonetheless allowed the claims of the '327 patent to issue. It is therefore my opinion that Parikh is not material to the patentability.

---

[239] *See* Faria-Urbina 2015 at 140, 141, 143 tbl. 2; Agarwal 2015 at S343; Bajwa 2017 at 85; Parikh 2016 at 2-4.

[240] Given that the dose escalation protocol specified in Agarwal 2015 matches that listed in the Tyvaso label, it is reasonable to assume that the corresponding Treprostinil dosages used in the study are consistent with those in the Tyvaso label, i.e., 18 mcg / 3 breaths, 36 mcg / 6 breaths, 54 mcg / 9 breaths, and 72 mcg / 12 breaths. Tyvaso Prescribing Information (2021) § 2.1.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

## XIII.   CONCLUSIONS

235.    Yutrepia used in accordance with Liquidia's proposed label will infringe at least claims 1, 6, 9-11 and 14 of the '327 patent.

236.    Liquidia has specific intent to and will induce infringement of claims 1, 6, 9-11 and 14 of the '327 patent based on the instructions contained in its proposed label.

237.    Claims 1, 6, 9-11 and 14 of the '327 patent are not invalid based on the discussion *supra* at ¶¶ 175-215.

238.    The documentation asserted by Liquidia in support of its unenforceability counterclaim is not material to patentability.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _02/26/2024_

Steven Nathan, M.D.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

# ATTACHMENT A

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**CURRICULUM VITAE**

**STEVEN D. NATHAN, M.D.**

**Updated 01/17/2024**

**PERSONAL INFORMATION:**

| | |
|---|---|
| **BUSINESS ADDRESS:** | Inova Heart and Vascular Institute |
| | Inova Fairfax Medical Campus |
| | 3300 Gallows Road |
| | Falls Church, VA 22042-3300 |
| | Tel: (703) 776-3610 |
| | Fax: (703) 776-3515 |
| | steven.nathan@inova.org |

| | |
|---|---|
| **PLACE OF BIRTH:** | South Africa |
| **MARITAL STATUS** | Married – 2 children |
| **VISA STATUS** | US Citizen |

**LICENSURE:**

| | |
|---|---|
| 1994-active | Virginia |
| 1988-1994 | California |

**OTHER CERTIFICATION:**

| | |
|---|---|
| 1984 | FMGEMS |
| 1983 | Certificate of full registration as Medical Practitioner of General Medical Council, London, U.K. |

**BOARD CERTIFICATION:**

| | |
|---|---|
| 2020 | Recertified in Pulmonary Diseases |
| 2011 | Recertified in Critical Care Medicine |
| 2010 | Recertified in Pulmonary Diseases |
| 2000 | Recertified in Pulmonary Diseases and Critical Care Medicine |
| 1991 | American Board of Critical Care Medicine |
| 1990 | American Board of Pulmonary Diseases |
| 1988 | American Board of Internal Medicine |

**EDUCATION:**

| | |
|---|---|
| 1976-1981 | M.B.B.cH University of the Witwatersrand Medical School, Johannesburg, South Africa |
| 1971-1975 | Matriculation, Parktown Boys High School, Johannesburg, SouthAfrica. Distinctions in Mathematics, Science and Latin. |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**POSTGRADUATE EDUCATION:**

| | |
|---|---|
| 1991-1992 | Fellow, Lung Transplantation, Cedars-Sinai Medical Center, Los Angeles, CA |
| 1988-1991 | Fellow, Pulmonary Medicine and Critical Care, Cedars-Sinai Medical Center, Los Angeles, CA. |
| 1985-1988 | Internal Medicine Residency, Long Island Jewish Hospital, New York City, NY |
| 1983-1985 | South African Defense Force, Medical Corps |
| 1982 | Internship: six months Internal Medicine & six months General Surgery Johannesburg Hospital, South Africa. |

**PROFESSIONAL APPOINTMENT:**

| | |
|---|---|
| May 2020- active | Professor of Medical Education, University of Virginia |
| May 2018-inactive | Medical Director, Pulmonary Service Line, Inova Fairfax Hospital |
| July 2011-active | Professor of Medicine, Virginia Commonwealth University |
| May 2008-June 2011 | Associate Professor of Medicine, Virginia Commonwealth University |
| September 2007- | Co-Director, NIH-Inova Advanced Lung Disease Program |
| January 2006-inactive | Affiliate Professor of Biomedical Science George Mason University |
| November 2004-May 06 | Interim Medical Director, Heart Transplant Program |
| September 2004-active | Medical Director, Advanced Lung Disease Program Inova Fairfax Hospital |
| January 1998 | Director of Thoracic Immunology Inova Fairfax Hospital |
| March 1997-inactive | Clinical Assistant Professor Georgetown University Medical Center |
| September 1996-active | Medical Director Lung& Heart-lung Transplantation, Inova Fairfax Hospital Falls Church, VA |
| April 1994-August 96 | Medical Director, Lung Transplantation McGuire VA Medical Center, Richmond, VA |
| April 1994-August 96 | Staff Physician, Pulmonary Medicine/Internal medicine McGuire VA Medical Center, Richmond, VA |
| Sep 1994-August 96 | Assistant Professor, Department of Medicine, Medical College of Virginia, Richmond, VA |
| July 1992-March 94 | Associate Medical Director, Lung Transplantation Cedars-Sinai Medical Center |
| July 1992-March 94 | Staff Physician, Pulmonary Medicine/Internal Medicine Cedars-Sinai Medical Center |

**HONORS AND AWARDS:**

CHEST 2023 College Medalist Award recipient- awared at the annual ACCP meeting, Honolulu October 8th, 2023.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Winner of the Outstanding Clinician of the Year. December 2010 Metropolitan DC Thoracic Society

Winner of the Alfred Soffer Research award for presentation at CHEST 2009: High Resolution Computed Axial Tomography of the Chest for the Detection of Coronary Artery Disease in Patients With Idiopathic Pulmonary Fibrosis. November 2009

Basavaraj A, Barnett SD, Kiernan J, Shlobin OA, Ahmad S, **Nathan SD**. Prevalence of Unsuspected Coronary Artery Disease in Patients with Idiopathic Pulmonary Fibrosis. Best clinical research poster Washington DC Thoracic Society meeting, April 2009.

M Chhina, MC Emblom-Callahan, GM Grant, **SD Nathan**. Beta-actin protein over-expression in IPF pulmonary myofibroblasts *in vivo*. Best basic research poster Washington DC Thoracic Society meeting, April 2009.

American Lung Association of Virginia's 2008 Douglas Southall Freeman Award for outstanding leadership in lung transplantation

Certificate of appreciation in recognition of outstanding skill and dedication in teaching Pulmonary and Critical Care Fellows 2004. Department of Medicine, Walter Reed Army Medical Center.

Young investigator award, American College of Chest Physicians 2001. Kelly WF, **Nathan S**, Sanghani S, Burton N. Significance or Early Bronchoscopic Airway Abnormalities after Lung Transplantation.

Letter of commendation from Chest for being in the top 10% of manuscript reviewers. March 2002.

Senior Citizens Counseling and Delivery Service and Medical Society of D.C. Winner of the 20th Annual "It's Great to be Alive" Senior Essay Contest for Outstanding Professionalism and Exemplary Care and Commitment to Senior Citizens. May 31st 2002

University of the Witwatersrand 75th Jubilee medal award for distinguished achievements -1997.

Young investigators award, Southern California research conference 1993. Ishaaya A, **Nathan S**, Belman M: Work of Breathing in the Immediate Post Extubation Period.

November 9th, 2021. 2021 NHLBI Director's Award in the COVID-19 Response category


**PROFESSIONAL SOCIETIES:**
> **Professional Activities:**
> Washington DC Thoracic Society, Member
> American Thoracic Society, Member
> Fellow of the American College of Chest Physicians
> International Society for Heart and Lung Transplantation, Member
> Pulmonary Council Member, International Society for Heart and Lung Transplantation
> Pulmonary Vascular Research Institute, Fellow-2011

3

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

European Respiratory Society, member

**Committees:**

| | |
|---|---|
| October 2023- | Steering committee member; inhaled pirfenidone study in PPF, Avalyn Pharma |
| May 2023- | Data monitoring committee, BMS phase 3 study of BMS-986278 |
| May 2023- | Chair, Steering committee for Roivant PH-ILD study |
| April 2023- | Steering committee for TPIP study (Insmed) |
| February 2023- | Steering committee, Tvardi IPF study |
| November 2022- | Consultant to the Anesthesiology and Respiratory Therapy Devices and to the Center for Devices and Radiological Health, FDA |
| November, 2022- | Member, Scientific Advisory Committee, Merck study of MK-5475-013 Study in PH-COPD. INSIGNIA study |
| November 1st, 2022 | Chair, FDA Advisory Board meeting, Review of Pulse Oximeters and Factors that can Impact their Accuracy |
| September 2021- | Member, Observational Safety Monitoring Board for the Physical Activity in Pulmonary Hypertension Study (ACTiPH) |
| June 2021- | Member, DMC, HZNP-HZN-825-301 study. A Randomized, Double-blind, Placebo-controlled, Repeat-dose, Multicenter Trial to Evaluate the Efficacy, Safety, Tolerability, Pharmacokinetics of HZN-825 in Patients with Diffuse Cutaneous Systemic Sclerosis. Horizon Therapeutics. |
| April 2021- | Study Chair: Multicenter, Phase I – II Clinical Study of The Selective Bromodomain and Extraterminal (BET) inhibitor TG-1601 for the Treatment of COVID-19 in Hospitalized Adults. TC Therapeutics |
| December 2020- | Chair DSMB, Protocol BGB-DXP593-102, BeiGene |
| July 2020- | Steering committee member for STARSCAPE Study of PRM-151 study in IPF, Roche |
| April 2020- | Chair Steering committee for the TETON study (inhaled Treprostinil for IPF), United Therapeutics |
| September 2019- | DSMB for study-GKT137831-IPF. A Randomized, Double-Blind, Placebo Controlled Phase II Clinical Trial of GKT137831 in Patients with Idiopathic Pulmonary Fibrosis |
| June 2019- | Adjudication committee ISABELA studies of GLPG1690 for IPF, Galapagos |
| October 2018- | Adjudication committee, study of anastrozole in subjects with PAH (HL134905, NCT03229499) (PHANTOM Study). |
| June 2018- | Chair, DSMB for DHEA in PAH |
| 2018 June 14th | Chair, FDA Advisory Panel, Anesthesiology and Respiratory Therapy Devices Panel Meeting: PneumRx, Inc. ELEVAIR Endobronchial Coil System |
| 2018 Feb-Mar | Co-Chair World Symposium on Pulmonary Hypertension Lung Disease Task Force |
| 2017 June-present | Chair, Steering Committee for study of inhaled ambulatory Nitric Oxide in patients with PH-ILD (Bellerophon) |
| 2017-2019 | PHAR Liaison Committee |
| 2017 May 17th | Member, FDA Advisory Panel for Transmedics Organ Care System. Gastroenterology and Urology Devices Panel |

4

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

| | |
|---|---|
| 2016-2021 | Steering committee member. A phase IIB study of Sildenafil added to Pirfenidone in advanced IPF and intermediate or high probability of group 3 PH. (Roche-MA29957) |
| 2016- | Steering committee member for RIN-PH-201 (INCREASE Study) Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease |
| 2016-2019 | Steering Committee member, Pulmonary Fibrosis Foundation Registry |
| 2016- | Steering committee member for RIN-PH-203 study (Safety and Tolerability of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Chronic Obstructive Pulmonary Disease |
| 2016-2017 | ATS Nominating Committee for Clinical Problems Assembly. |
| 2016, March 31st | External Advisory Board member COPD/ILD PPG: NIH NHLBI P01HL11450 |
| 2016-2019 | Clinical representative to the Care Center Network and Patient Registry Steering Committee, Pulmonary Fibrosis Foundation. |
| 2014-2019 | Biospecimen Use Committee, Inova Fairfax Hospital |
| 2014-2019 | Executive Research Oversight Committee, Inova Fairfax Hospital |
| 2014-active | Chair, FDA Anesthesiology and Respiratory Therapy Devices Panel |
| 2014, March 20th | Member, FDA Advisory Panel for XVIVO Perfusion System, Gastroenterology and Urology Devices Panel. |
| 2014-active | Chair, Steering Committee for Pilot initiative (Pulmonary Fibrosis Identification: Lessons for Optimizing Treatment) |
| 2014, February 20th | Chair, FDA Advisory meeting for the Inspire II Upper Airway Stimulator |
| 2013-2019 | Chair, Steering Committee for RISE-IIP study of Riociguat. |
| 2013-2014 | Chair, Promotions Committee, Inova Fairfax campus of VCU |
| 2013-2016 | Virginia Commonwealth University-Inova Fairfax campus promotions committee. |
| 2013-2014 | Consultant, Anesthesiology and Respiratory Therapy Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, FDA |
| 2012-2015 | ATS Pulmonary Circulation Assembly Program Committee |
| 2012-2016 | Chairperson, Inova Pulmonary and Critical Care Task Force. |
| 2011-2013 | Adjudication committee :Imatinib in Pediatric PAH Novartis study CQTI571A2306: |
| 2011-2013 | Adjudication Committee of nilotinib in PAH patients (study CAMN107X2201) |
| 2011-active | Steering Committee member, www.theheart.org, Pulmonary Hypertension |
| 2011-active | Medscape PAH Advisory Board |
| 2011-2012 | Member, Steering Committee, Riociguat for COPD-PH study, |
| 2011-2014 | Member, Steering Committee, ASCEND study of Pirfenidone for IPF |
| 2011-2012 | Chairperson, Finance and Investment Committee, Washington Regional Transplant Community |
| 2011-2012 | Member, Steering Committee for CME program "Comprehensive PAH Management" |
| 2010-2017 | Faculty member for Interstitial lung diseases, Faculty of 1000. |
| 2010-2011 | Committee member GMU, Masters Degree John Grimsley & Steven Longstreet |

5

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

| | |
|---|---|
| 2009-2011 | Member Steering Committee, Artemis-IPF |
| 2009-active | Adjudication Committee for Novartis study of Tasigna in PAH. |
| 2009-2012 | Medscape Transplantation Advisory Board |
| 2009-2013 | Adjudication Committee for IMPRES Study (Novartis). |
| 2009-2010 | Specialist advisor for British Medical Journal Action Sets. |
| 2009-2011 | Chair, Steering Committee, Artemis-PH study |
| 2008-2009 | Search Committee member, Chief Pulmonary-Vascular Medicine Branch, National Institute of Health |
| 2008-2010 | Committee member, Doctoral Degree committee (GMU) for Mantej Chhina & Margaret Emblom-Callahan |
| 2007-active | Honor Code Faculty Advisor, Virginia Commonwealth University, Inova Fairfax Campus |
| 2006-2013 | Member, Data Safety Monitoring Board for the NIH sponsored IPF Clinical Resource Network |
| 2005-active | Pulmonary Editorial Board, Medscape |
| 2004-2010 | Steering Committee member for Pilot initiative (Pulmonary Fibrosis Identification: Lessons for Optimizing Treatment) |
| 2004-2008 | American College of Chest Physicians abstract reviewer |
| 2003-2007 | American College of Chest Physicians Network Interstitial Lung Disease Steering Committee |
| 2003-active | Inova Health System IRB Executive Committee |
| 2000-2013 | Annual Inova Pulmonary & Critical Care Conference, co-course Director |
| 2001-2003 | Graduate Medical Education Committee, Inova Fairfax Hospital |
| 1998-1999 | American Thoracic Society International Conference Clinical Program Organizing Committee |
| 1994 - 1996 | Member, Infection Control Committee, McGuire VA Medical Center |
| 1994- 1998 | Member of Lung Transplant Research Database Group |
| 1989-1992 | Fellow Representative, Pulmonary Advisory Committee and Pulmonary RAPP Committee. Cedars-Sinai Medical Center |

**Reviewer:**
BMC Pulmonary Medicine
Journal of Medical Economics
Lancet Respiratory
JAMA
American Journal of Transplantation
American Review of Respiratory and Critical Care Medicine
Annals of Internal Medicine
Arthritis and Rheumatism
Chest
European Respiratory Journal
Expert Opinion on Biological Therapy
Expert Opinion on Emerging Drugs
Gene Therapy & Molecular Biology
Journal of Intensive Care Medicine
Progress in Transplantation

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Respiration
The Journal of Heart and Lung Transplantation
The Journal of Rheumatology
Thorax
BMJ Point of Care
Future Cardiology
Respirology
International Journal of COPD
Respiratory Research
Clinical Transplantation
Lung
Contemporary Clinical Trials
Acta Cardiologica
Clinical Investigation
Proceedings of the American Thoracic Society
Cochrane Review
Clinical Medicine Insights: Circulatory, Respiratory and Pulmonary Medicine
New England Journal of Medicine

**Editorial Boards:**
2015- active Editorial Board member, Thorax
2014- 2015 Editorial Board, Annals ATS
2013- 2015 Associate Editor, Thorax
1999- active Editorial Board, Progress in Transplantation

**PUBLIC SERVICE:**
2011-2013    Chair of the Finance Committee, Washington Regional Transplant Community
1997-2001    Member, Fairfax County Commission on Organ and Tissue Donation and Transplantation
2002-2018    Board Member, Washington Regional Transplant Community

**Extracurricular Achievements:**
1996          Marine Corps Marathon
1989          Los Angeles Marathon
1987          New York Marathon
1985          Johannesburg Marathon
1978/79       Swimming - South African International Swim Team
1979          South African 200 meters Freestyle/100 meters Butterfly runner-up
1978          South African 100 meters Freestyle Champion
1978          Provincial Team Swimming Captain
1975          High School Provincial Team Swimming Captain

**Scholarship and Research:**

PUBLISHED RESEARCH PAPERS:

7

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

1.  **Nathan SD**, Ishaaya A, Koerner SK, Belman M: Prediction of Minimal Pressure Support during Weaning from Mechanical Ventilation.  Chest 1993; 103:1215-1219

2.  Ross DJ, Vassollo M, Kass R, Koerner SK, Siegel R, **Nathan SD**, Waters P, Maurer G: Transesophageal Echocardiographic (TEE) Assessment of Pulmonary Venous Flow after Single Lung Transplantation. Journal of Heart and Lung Transplantation 1993; 12:689-694

3.  **Nathan SD**, Ross DJ, Zakowski P, Kass RM, Koerner SK; Utility of Inhaled Pentamidine Prophylaxis in Lung Transplant Recipients.  Chest 1994; 105:417-420

4.  Ishaaya A, **Nathan SD**, Belman MJ: Work of Breathing in the Immediate Post Extubation Period.  Chest 1995; 107:204-209

5.  Ross DJ, Belman MJ, Mohsenifar Z, **Nathan SD**, Kass RM, Koerner SK: Obstructive Flow-Volume Loop Contours after Single Lung Transplantation.  Journal of Heart and Lung Transplantation 1994; 13:508-513

6.  Belman MJ, Botnick WC, **Nathan SD**, Chon K: Ventilatory Load Characteristics During Ventilatory Muscle Training.  Am J Respir Crit Care Med 1994; 149:925-929.

7.  Ross DJ, Yeh A, **Nathan SD**, Toyoda M. Marchevski A, Kass RM, Koerner SK, Jordan SC.  Differential SIL-2R levels in Bilateral Bronchoalveolar Lavage after Single Lung Transplantation.  Journal of Heart and Lung Transplantation 1994;13:972-9

8.  **Nathan SD**, Ross DJ, Belman MJ, Shain S, Elaashoff JD, Kass RM, Koerner SK.  Bronchiolitis Obliterans in Single Lung Transplant Recipients. Chest 1995; 107:967-72.

9.  Ross DJ, Jordan SC, **Nathan SD**, Kass RM, Koerner SK.  Delayed Development of Obliterative Bronchiolitis Syndrome with OKT3 after Unilateral Lung Transplantation; a Plea for Multicenter Immunosuppressive Trials. Chest 1996; 109: 970-973

10.  **Nathan SD**, Shorr A, Schmidt ME, Burton NA. Aspergillus and Endobronchial Problems in Lung Transplant Recipients. Chest 2000;118:403-407

11.  Shorr AF, Davies D, **Nathan SD**. Outcomes for Patients with Sarcoidosis awaiting Lung Transplantation. Chest 2002;122:233-238

12.  **Nathan SD**, Barnett SD, Burton NB. Bronchiolitis Obliterans Syndrome: Utility of the New Guidelines in Single Lung Transplant Recipients. J Heart Lung Transplant 2003;22:427-432

13.  Shorr AF, Davies DB, **Nathan SD**. Predicting Mortality in Patients with Sarcoidosis awaiting Lung Transplantation. Chest 2003;124:922-028

14.  Kelly WF, **Nathan S**, Sanghani S, Barnett SD, Burton N. Significance of early Bronchoscopic Airway Abnormalities after Lung Transplantation. J Heart Lung Transplant 2003;22:583-586

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

15.     **Nathan** SD, Barnett SD, Nowalk C, Moran B, Burton N. Pulmonary Emboli in IPF Transplant Recipients. Chest 2003;123:1758-1763

16.     **Nathan SD**, Barnett SD, Moran B, Helman D, Johnson K, Ahmad S, Shorr A. Interferon gamma1-b as therapy for Idiopathic Pulmonary Fibrosis: an Intrapatient Analysis. Respiration 2004;71:77-82

17.     Shorr AF, Helman DL, Davies DB, **Nathan SD**. Sarcoidosis, Race and Short-term Outcomes Following Lung Transplantation. Chest 2004;125:990-996

18.     **Nathan SD**, Barnett SD, Ahmad S, Harrison J, Shorr AF, Lefrak EA, Burton NB. Mortality from Time of Listing for Transplant as an Indicator of Candidate Outcomes. Progress in Transplantation 2004;14:29-32

19.     **Nathan SD**, Edwards LB, Barnett SD, Ahmad S, Burton NB. Outcomes of COPD Transplant Recipient's Post-Lung Volume Reduction Surgery. Chest 2004;126:1569-1574

20.     Shah NR, Noble P, Jackson R, King T, **Nathan S**, Padilla M, Raghu G, Rhodes M, Schwarz M, Tino G, Dubois **RW**. A Critical Assessment of Treatment Options for Idiopathic Pulmonary Fibrosis. Sarcoidosis Vasc Diffuse Lung Dis 2005;22:167-174

21.     Shorr AF, **Helman** DL, Davies DB, **Nathan SD**. Pulmonary Hypertension in Advanced Sarcoidosis: Epidemiology and Clinical Characteristics. European Respiratory Journal. May 2005 25(5):783-8

22.     Lettieri CJ, Browning RF, Shorr AF, Ahmad S, **Nathan SD**. The Distance Saturation Product: A Novel Measure for Mortality Prediction in Idiopathic Pulmonary Fibrosis. Respiratory Medicine 2006;100:1734-1741

23.     Lettieri CJ, **Nathan SD**, Barnett S, Ahmad S, Shorr AF. Prevalence and Outcomes of Pulmonary Arterial Hypertension in Idiopathic Pulmonary Fibrosis. Chest 2006;129: 746-752

24.     Orens, JB, Estenne M, Arcasoy S, Conte JV, Corris P, Egan JJ, Egan T, Keshavjee S, Knoop C, Kotloff R, Martinez FJ, **Nathan S**, Palmer S, Patterson A, Singer L, Snell G, Studer S, Vachiery JL, Glanville AR. International Guidelines for the Selection of Lung Transplant Candidates:2006 Update-A Consensus Report From the Pulmonary Scientific Council of the International Society for Heart and Lung Transplantation. J Heart Lung Transplant 2006;25:745-755

25.     **Nathan SD**, Shlobin OA, Ahmad S, Urbanek S, Barnett SD. Pulmonary Hypertension and Pulmonary Function Testing in Idiopathic Pulmonary Fibrosis. Chest 2007;131:657-663

26.     Shorr AF, Wainright JL, Cors CS, Letteri CJ, **Nathan SD**. Pulmonary Hypertension In Patients with Pulmonary Fibrosis Awaiting Transplant. Eur Respir J 2007;30:715-721

27.     **Nathan SD**, Shlobin OA, Ahmad S, Kraus T, Koch J, Barnett SD, Ad N, Burton N, Leslie K. Serial Development of Pulmonary Hypertension in Patients with Advanced Idiopathic Pulmonary Fibrosis. Respiration 2008;76:288-294

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

28.    Zisman DA, Karlamangla AS, Kawut SM, Shlobin OA, Saggar R, Schwarz MI, Belperio JA, Lynch JP, Nathan **SD**. Validation of a Prediction Method to Estimate the Presence of Pulmonary Hypertension in Advanced Idiopathic Pulmonary Fibrosis. Chest 2008;133:633-639.

29.    Nathan **SD**, Shlobin OA, Ahmad S, Barnett SD, Burton NA, Gladwin M,  Machado R. Pulmonary Hypertension in Patients with Bronchiolitis Obliterans Post-Lung Transplantation. Am J Transplant 2008;8:1-6

30.    **Nathan SD**, Barnett SD, Saggar R, Belperio JA, Shlobin OA, Ross DJ, Ahmad S, Saggar R, Libre E, Hourigan S, Lynch JP, Zisman DA. Right ventricular systolic pressure by echocardiography as a predictor of Pulmonary Hypertension in patients with idiopathic pulmonary fibrosis. Respir Med 2008;102:1305-1310

31.    Barnett CF, Bonura EJ, **Nathan SD**, Ahmad S, Shlobin O, Osei K, Zaiman AL, Hassoun PM, Moller DR, Barnett SD, Girgis RE. The Treatment of sarcoidosis associated pulmonary hypertension: a two center experience. Chest 2009;135:1455-1461

32.    El-Chemaly S, Malide D, Zudaire E, Ikeda Y, Weinberg B, Pacheco-Rodriguez G, Rosas I, MacDonald SD, Wu H, **Nathan SD**, Cutitta F, McCoy JP, Gochuico BR, Moss J. Abnormal Lymphangiogenesis in Idiopathic Pulmonary Fibrosis: Insights into Cellular and Molecular Mechanisms. PNAS 2009 http://www.pnas.org/content/early/2009/02/20/0813368106.abstract

33.    King CS, Khandhar S, Burton N, Shlobin OA, Ahmad S, Barnett SD, **Nathan SD**. Native Lung Complications In Single Lung Transplant Recipients And the Role of Pneumonectomy. J Heart Lung Transplant 2009;28:851-6

34.    **Nathan SD**, Shlobin OA, Reese E, Ahmad S, Fregoso M, Athale C, Barnett SD. The Prognostic Value of the Six-minute Walk Test in Patients with Bronchiolitis Obliterans Syndrome. Respiratory Medicine 2009;103:1816-21.

35.    Minai OA, **Nathan SD**, Hill NS, Badesch DB, Stoller JK. Pulmonary Hypertension in Lung Diseases: Survey of Beliefs and Practice Patterns. Res Med 2010:104:741-748

36.    Emblom-Callahan MC, Chhina M, Shlobin OA, Ahmad S, Reese E,, Brenner R, Burton NB, Grant G, **Nathan SD**. Genomic Phenotype of Non-Cultured Pulmonary Myofibroblasts in Idiopathic Pulmonary Fibrosis. Genomics 2010;96:134-145

37.    **Nathan SD**, Shlobin OA, Ahmad S, Burton NA, Barnett SD. Waiting times for IPF patients listed for bilateral or single lung transplantation only. J Heart Lung Transplant 2010;29:1165-1171

38.    Woodrow JP, Shlobin OA, Barnett SD, **Nathan SD**. Prognosis Associated with Bronchiolitis Obliterans Syndrome Compared to Other Forms of Chronic Allograft Dysfunction Complicating Lung Transplantation. J Heart Lung Transplant 2010;29:1159-1164

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

39.  **Nathan SD**, Basavaraj A, Reichner C, Shlobin OA, Ahmad S, Kiernan J, Burton N, Barnett SD. Prevalence and impact of coronary artery disease in Idiopathic Pulmonary Fibrosis. Res Med 2010:104:1035-1041

40.  Cuttica MJ, Kalhan R, Shlobin OA, Ahmad S, Gladwin M, Machado RF, **Nathan SD**. Functional Impact of Pulmonary Hypertension in Patients with COPD Listed for Lung Transplant. Res Med 2010;104:1877-1882

41.  **Nathan SD**, Shlobin OA, Urban, BA, Curry CA, Basavaraj A, Ahmad S, Weir N, Kiernan J, Sheridan MJ, Earls J. CAT scanning for the Detection of Coronary Artery Disease in patients with IPF. Respirology 2011;16:481-486

42.  Eberlein M, Permutt S, Brown RH, Brooker A, Chahla MF, Bolukbas S, Mason DP, **Nathan SD**, Orens JB, Brower RG. Supranormal Expiratory Airflow after Bilateral Lung Transplantation is Associated with Improved Survival. Am J Respir Crit Care Med 2011;183:79-87

43.  Swigris JJ, Olson A, Shlobin OA, Ahmad S, Brown KK, **Nathan SD.** Heart Rate Recovery after 6MWT Predicts Pulmonary Hypertension in Patients with IPF. Respirology 2011;16:439-445

44.  Xue J, Gochuico B, Alawad A, Feghali-Bostwick C, Noth I, **Nathan SD**, Rosen G, Rosas I, Dacic S, Ocak I, Fuhrman C, Cuenco K, Smith M, Jacobs S, Zeevi A, Morel P, Pilewski J, Valentine V, Gibson KF, Kaminski N, Sciurba S, Zhang Y, Duncan S. The HLA Class II Allele Allele DRB1*15 is over-represented in patients with Idiopathic Pulmonary Fibrosis. PLoS ONE 2011 Feb 23;6(2):e14715

45.  **Nathan SD**, Shlobin OA, Weir N, Ahmad S, Kaldjob JM, Battle E, Sheridan MJ, du Bois RM. Long-term Course and Prognosis of Idiopathic Pulmonary Fibrosis in the Modern Era. Chest 2011;140:221-229.

46.  Kamal K. Mubarak, Ana Montes-Worboys, Doron Regev, Nasreen Najmunnisa, Kamal A. Mohammed, Ibrahim Faruqi, Edward Hensel, Maher A. Baz, Olufemi A. Akindipe, Sebastian Fernandez-Bussy, **Nathan SD**, Antony VB. Parenchymal trafficking of pleural mesothelial cells in idiopathic pulmonary fibrosis: Potential role in pathogenesis. Eur Respir J 2012;39:133-140

47.  Eberlein M, Reed RM, Permutt S, Chahla MF, Bolukbas S, **Nathan SD**, Iacono A, Pearse DB, Fessler HE, Orens JB, Brower RG. Parameters of donor-recipient mismatch and survival after bilateral lung transplantation. J Heart Lung Transplant (July 28th,2011). Oct 28. [Epub ahead of print] PMID: 22036314

48.  Eberlein M, Permutt S, Chahla MF, Bolukbas S, **Nathan SD**, Shlobin OA, Shelhamer JH, Reed RM, Pearse DB, Fessler HE, Orens JB, Brower RG. Lung Size Mismatch in Bilateral Lung Transplantation Is Associated With Allograft Function and Bronchiolitis Obliterans Syndrome. Chest 2012;141 451-460

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

49.    Brown AW, Shlobin OA, Weir N, Albano MC, Ahmad S, Smith M,  Leslie K, **Nathan SD**. Dynamic patient counseling: A novel concept in idiopathic pulmonary fibrosis. Chest 2012;142:1005-1010

50.    Shlobin OA, Weir N,  Brown AW, Ahmad S,  Brown K,  Lemma M, **Nathan SD**. Transition of Pulmonary Hypertension Patients from Sildenafil to Tadalafil: Feasibility and Practical Considerations. Lung. 2012 190:573-578.

51.    Kottman RM, Kulkarni AA, Smolnycki KA, Lyda E, Dahanayake T, Salibi R, Honnons S, Jones C, Isern NG, Hu JZ, **Nathan SD,** Grant GG,  Phipps RP, Sime PJ.  Lactic acid is elevated in IPF and induces myofibroblast differentiation via pH dependent activation of TGF-beta. Am J Respir Crit Care Med 2012;186:740-751

52.    Chan L, Chin LMK, Kennedy M,  Woolstenhulme J, **Nathan SD**, Weinstein A, Connors G,  Weir N, Drinkard B, Lamberti J, Keyser R. Improved Six-Minute Walk Distance and Quality of Life in Patients with Pulmonary Hypertension Following Intensive Treadmill Exercise Training. Chest 2013;143:333-343.

53.    El-Chemaly S, Malide D, Yao J, **Nathan SD**,  Rosas IO, Gahl WA, Moss J, Gochuico BR. Glucose transporter-1 (Glut-1) Distribution in Fibrotic Lung Disease: Association with FDG-PET Uptake Inflammation, and Neovascularization. Chest 2013;143:1685-91

54.    **Nathan SD**, Reffett T, Brown AW, Fischer CP,  Shlobin OA, Ahmad S,  Weir N , Sheridan MJ. ScD The Red Cell Distribution Width as a Prognostic Indicator in IPF. Chest 2013;143:1692-98

55.    Raghu G, Behr J,  Brown KK, Egan JJ, Kawut SM, Flaherty KR, Martinez FJ, **Nathan SD**,  Wells AU, Collard HR, Costabel U, Richeldi L, Andrade J, Noble P, Cottin V, DeMarco T,Davis C, Khalil N, Morrison LE, Lederer D, Shao L, Pedersen PS, Montgomery AB, Chien JW, O'Riordan TG. Artemis-IPF: Treatment of Idiopathic Pulmonary Fibrosis with Ambrisentan, a Selective Antagonist of the Endothelin A Receptor: A randomized trial. Ann Int Med 2013 158:641-9

56.    Weinstein AA, Kennedy M, Keyser RE, **Nathan SD**, Chin LMK, Woolstenhulme J, Connors G, Chan L. Effect of Aerobic Exercise Training on Fatigue and Physical Activity in Patients with Pulmonary Hypertension. Respir Med. 2013 107:778-84

57.    Weir NA, Brown AW,  Shlobin OA, Smith MA, Reffett T, Battle E, Ahmad S, **Nathan SD**. The Influence of Alternative Instruction on the Six Minute Walk Test Distance. Chest 2013;144:1900-1905

58.    King Jr TE, Albera C, Bradford WZ, Costabel U, du Bois RM, Leff JA, **Nathan SD**, Sahn SA, Valeyre D, Noble PW. All-cause Mortality Rate in Patients with Idiopathic Pulmonary Fibrosis: Implications for the Design and Execution of Clinical Trials.  Am J Respir Crit Care Med 2014;189:825-831

59.    Cullinane AR, Yeager C, Dorward H, Carmona-Rivera C, Wu HP, Moss J,  O'Brien KJ, **Nathan SD,** Meyer KC, Rosas IO,  Helip-Wooley A, Markello TC, Huizing M, Gahl WA,  Gochuico BR. BLOC-3

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Regulation of Galectin-3: Implications for Hermansky-Pudlak Syndrome Pulmonary Fibrosis. American Journal of Respiratory Cell and Molecular Biology 2014;50:605-613

60.    King TE, Bradford WZ, Castro-Bernardini S, Fagan EA, Glaspole I, Glassberg MK, Gorina E, Hopkins PM, Kardatzke D, Lancaster L, Lederer D, **Nathan SD**, Pereira CA, Sahn SA, Sussman R, Swigris JJ, Noble PW. The ASCEND Trial: A randomized, double-blind, placebo controlled trial of pirfenidone in patients with idiopathic pulmonary fibrosis. N Engl J Med 2014;370:2083-2092

61.    Shin S, King CS, Brown AW, Albano MC, Atkins M, Sheridan M, Ahmad S, Newton K, Weir N, Shlobin OA, **Nathan SD**. Pulmonary artery size as a predictor of pulmonary hypertension and outcomes in patients with chronic obstructive pulmonary disease. Respir Med. 2014 Nov;108(11):1626-32

62.    Brown AW, Fischer CP, Shlobin OA, Buhr RG, Ahmad S, Weir NA, **Nathan SD**. Outcomes after Hospitalization in Idiopathic Pulmonary Fibrosis: a cohort study. Chest 2015;147: 173 – 179

63.    Keyser RE, Woolstenhulme J, Chin L, **Nathan SD**, Connors G, Drinkard B Lamberti J, Chan L. Cardiorespiratory Function Before and After Aerobic Exercise Training in Patients with Interstitial Lung Disease. J Cardiopulm Rehabil Prev. 2015 Jan-Feb;35(1):47-55

64.    Keyser RE, Christensen EJ, Chin LMK, Woolstenhulme JG, Drinkard B, Quinn A, Connors G, Weir N, **Nathan SD**, Chan LE. Fatigability after Intense Aerobic Exercise Training Patients with Interstitial Lung Disease. Res Med 2015;109:517-525

65.    Kirillov V, Siler JT, Ramadass M, Ge L, Grant G, **Nathan SD**, Jarai G, Trujillo G. Sustained Activation of Toll-like Receptor 9 Induces an Invasive Phenotype in Lung Fibroblasts. Possible Implications in Idiopathic Pulmonary Fibrosis. Am J Pathol. 2015 Apr;185(4):943-57. doi: 10.1016/j.ajpath.2014.12.011

66.    Lederer DJ, Bradford WZ, Fagan EA, Glaspole I, Glassberg MK, Glasscock KF, Kardatzke D, King TE, Lancaster L, **Nathan SD**, Pereira CA, Sahn SA, Swigris JJ, Noble PW. Sensitivity Analyses of the Change in Forced Vital Capacity in a Phase 3 Trial Evaluating Pirfenidone in Adults with Idiopathic Pulmonary Fibrosis. Chest. 2015;148:196-201

67.    **Nathan SD**, du Bois RM, Albera, C, Bradford WZ, Costabel U, Kartashov A, Noble PW, Sahn SA, Valeyre D, Weycker D, King TE. Validation of test performance characteristics and minimal clinically important difference of the 6-minute walk test in patients with idiopathic pulmonary fibrosis. Respir Med 2015;109:914-922

68.    Kim SY, Diggans J, Pankratz D, Huang J, Pagan M, Sindy N, Tom E, Anderson J, Choi Y, Lynch DA, Steele M, Flaherty KR, Brown KK, Farah H, Bukstein MJ, Pardo A, Selman M, Wolters P, **Nathan SD**, Colby TV, Myers JL, Katzenstein AA, Raghu G, Kennedy GC. Differentiating Interstitial Lung Diseases Using Machine Learning on High-Dimensional Transcriptional Data and Surgical Lung Biopsies. Lancet Respir Med. 2015;3:473-483 doi: 10.1016/S2213-2600(15)00140-X.

69.    Raghu G, **Nathan SD**, Behr J, Brown KK, Egan JJ, Kawut SM, Flaherty KR, Martinez FJ, Wells AU, Shao L, Zhang H, Henig N, Szwarcberg J, Gillies H, Montgomery AB, O'Riordan TG. Pulmonary

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

hypertension in idiopathic pulmonary fibrosis with mild to moderate restriction. Eur Respir J 2015 46(5):1370-7 doi: 10.1183/13993003.01537-2014.

70.  **Esposito** DB, Lanes SF, Donneyong M, Holick CN, Lasky JA, Lederer D, **Nathan SD**, O'Quinn S, Parker J, Tran TN. Idiopathic pulmonary fibrosis in US automated claims: incidence, prevalence and algorithm validation. Am J Respir Crit Care Med 2015.192:1200-1207. PMID:26241562

71.  Yu YF, Macaulay DS, Reichmann WM, Wu EQ, **Nathan SD.** Association of early suspected acute exacerbations of idiopathic pulmonary fibrosis with subsequent clinical outcomes and healthcare resource utilization. Respir Med. 2015 Nov 6. pii: S0954-6111(15)30082-2. doi: 10.1016/j.rmed.2015.11.001

72.  Reichmann WM, Yu YF, Macaulay DS, Wu EQ, **Nathan SD**. Change in Forced Vital Capacity and Associated Subsequent Outcomes in Patients with Newly Diagnosed Idiopathic Pulmonary Fibrosis. BMC Pulm Med. 2015 Dec 29;15(1):167. doi: 10.1186/s12890-015-0161-5.

73.  Noble PW, Albera C, Bradford WZ, Costabel U, du Bois RM, Fagan EA, Fishman RS, Glaspole I, Glassberg MK, Lancaster L, Lederer DJ, Leff JA, **Nathan SD**, Pereira CA, Sahn SA, Swigris JJ, Valeyre D, King TE. Pirfenidone for idiopathic pulmonary fibrosis: Analysis of pooled data from three multinational Phase 3 trials. Eur Respir J. 2016 Jan;47(1):243-53. doi: 10.1183/13993003.00026-2015.

74.  Crawford EL, Levin A, Safi1 F, Liu M, Baugh A, Zhang X,Yeo J, Khuder SA, Boulos AM, Nana-Sinkam P, Massion P, Arenberg DA, Midthun D, Mazzone PJ, **Nathan SD**, Wainz R, Silvestri G, Tita J, Willey JC. Lung Cancer Risk Test Trial: Study Design, Participant Baseline Characteristics, Safety, and Establishment of Biospecimen Bank. BMC Pulmonary Medicine 2016 16:16 DOI 10.1186/s12890-016-0178-4

75.  Lancaster L, Albera C, Bradford WZ, Costabel U, du Bois RM, Fagan EA, Fishman RS, Glaspole I, Glassberg MK, King TE, Lederer DJ, Lin Z, **Nathan SD**, Pereira CA, Swigris JJ, Valeyre D, Noble PW. Safety of Pirfenidone in Patients with Idiopathic Pulmonary Fibrosis: Integrated Analysis of Cumulative Data from 5 Clinical Trials. BMJ Open Resp Res 2016;3:e000105. doi:10.1136/bmjresp-2015-000105

76.  Shin S, King CS, Puri N, Shlobin OA, Brown AW, Ahmad S, Weir N, **Nathan SD.** Pulmonary artery size as a predictor of outcomes in idiopathic pulmonary fibrosis. Eur Respir J 2016; 47: 1445–1451

77.  **Nathan SD**, Albera C, Bradford WZ, Costabel U, du Bois RM, Fagan EA, Fishman FS, Glaspole I, Glassberg MK, Glasscock KF, King TE, Lancaster L, Lederer DJ, Lin Z, Pereira CA, Swigris JJ, Valeyre D, Noble PW, Wells A. Effect of Continued Treatment with Pirfenidone Following Clinically Meaningful Declines in Forced Vital Capacity: Analysis of Data from Three Phase 3 Trials in Patients with Idiopathic Pulmonary Fibrosis. Thorax. 2016 Thorax 2016;71:429-435 doi:10.1136/thoraxjnl-2015-207011

78.  Albera C, Costabel U, Fagan EA, Glassberg MK, Gorina E, Tang H, Lancaster L, Lederer DJ, **Nathan SD**, Spirig D, Swigris JJ. Efficacy of pirfenidone in patients with idiopathic pulmonary fibrosis with more preserved lung function. Eur Res J 2016;48:843-51

14

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

79. Fischer A, Gillies H, Blair C, Tislow JD, **Nathan SD**. Ambrisentan Response in Connective Tissue Disease-Associated Pulmonary Arterial Hypertension- Subgroup Analysis of the ARIES-E Clinical Trial. Respiratory Medicine 2016;117:254-263.

80. Hong A, King CS, Brown AW, Ahmad S, Shlobin OA, Khandhar S, Bogar L, Burton N, Rongione A, **Nathan SD.** Hemothorax Following Lung Transplantation: Incidence, Risk Factors, and Effect on Morbidity and Mortality. Multidisciplinary Respiratory Medicine 2016 11:40 DOI 10.1186/s40248-016-0075-y

81. Nathan **SD**, Albera C, Bradford WZ, Costabel U, Glaspole I, Glassberg MK, Kardatzk DR, Daigl M, Kirchgaessler K, Lancaster LH, Lederer DJ, Pereira CA, Swigris JJ, Valeyre D, Noble PW. Effect of Pirfenidone on Mortality: Pooled and Meta Analyses of Three Phase 3 IPF Clinical Trials. Lancet Respir Med. 2017 Jan;5(1):33-41. doi: 10.1016/S2213-2600(16)30326-5.

82. Fisher M, **Nathan SD**, Hill C, Marshall J, Dejonckheere F, Thuresson PO, Maher T. Predicting life expectancy for pirfenidone in idiopathic pulmonary fibrosis. J Manag Care Spec Pharm. 2017;23(3-b):S17-S24

83. King CS, Franco-Palacios D, Valentine V, Shlobin OA, Brown AW, Singh R, **Nathan SD**. Early Post-Operative Management After Lung Transplantation: Results of an International Survey. Clin Transplant. 2017 Jul;31(7). doi: 10.1111/ctr.12985. Epub 2017 May 29

84. Jose A, King C, Shlobin OA, Kiernan J, Cossa N, **Nathan SD**. Ventricular diastolic pressure ratio as a marker of treatment response in pulmonary arterial hypertension. Chest 2017; 152(5):980-989

85. Kaler M, Barochia AV, Weir NA, Cuento RA, Stylianou M, Roth MJ, Filie A, Vaughey EC, **Nathan SD**, Levine SJ. A Randomized, Placebo-controlled, Double-blinded, Crossover Trial of the PPAR-g Agonist, Pioglitazone, for Severe Asthma. J Allergy Clin Immunol. 2017 Dec;140(6):1716-1718.

86. Nett RJ, Cummings KJ, Cannon B, Cox-Ganser J, **Nathan SD**. Dental Personnel Treated for Idiopathic Pulmonary Fibrosis at a Tertiary Care Center — Virginia, 2000–2015. MMWR Weekly March 9 2018;Vol.67,No.9

87. Agbor-Enoh S, Jackson A, Tunc I, Berry G, Cochrane A, Grimm D, Davis A, Shah P, Brown AW, Wang Y, Timofte I, Shah P, Gorham S, Wylie J, Goodwin N, Jang MK, Marishta A, Bhatti K, Fideli U, Yang Y, Luikart H, Piroozna M, Zhu J, Iacono A, **Nathan SD**, Orens J, Valantine HA, Khush K. Late manifestation of allo-antibody-associated injury and clinical pulmonary antibody mediated rejection (AMR), evidence from cell-free DNA analysis. J Heart Lung Transplant. 2018 Jul;37(7):925-932. doi: 10.1016/j.healun.2018.01.1305.

88. Yeo J, Chen T, Crawford EL, Zhang X, Khuder S, Levin A, Nana-Sinkam P, Massion PP, Arenberg DA, Midthun D, Mazzone PJ, **Nathan SD**, Wainz R, Silvestri G, Tita J, Willey JC. A COPD classifier based on targeted next generation sequencing analysis of genome maintenance genes in normal airway epithelial cells. BMC Pulm Med. 2018 Mar 5;18(1):42. doi: 10.1186/s12890-018-0603-y.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

89.    Rodriguez LR, Emblom-Callahan M, Chhina M, Bui S, Aljeburry B, Tran LH, Novak R, **Nathan SD**, Grant GM. Novel Role for CXCL14/CXCR4 revealed through Global Gene Expression Analysis in an in vitro Fibroblast Model of Idiopathic Pulmonary Fibrosis. Sci Rep. 2018 Mar 5;8(1):3983. doi: 10.1038/s41598-018-21889-7.

90.    Behr J, **Nathan SD**, Harari S, Wyuts W, Kirchgaessler K, Bengus M, Gilberg F, Wells A. Sildenafil added to pirfenidone in patients with advanced idiopathic pulmonary fibrosis and pulmonary hypertension: A Phase IIb randomised double-blind placebo-controlled study. Respir Med 2018 May;138:13-20. doi: 10.1016/j.rmed.2018.03.019.

91.    King CS, Brown AW, Shlobin O, Weir N, Libre M, Franco-Palacios D, Ahmad S, **Nathan SD**. Incidence and Impact of WHO Group 3 Pulmonary Hypertension in Idiopathic Nonspecific Interstitial Pneumonia. Eur Respir J 2018; 52: 1800545. doi: 10.1183/13993003.00545-2018

92.    Maher TM, Swigris JJ, Kreuter M, Wijsenbeek M, Cassidy N, Ireland L, Axmann J, **Nathan SD**. Identifying barriers to IPF treatment- A survey of patient and physician views. Respiration 2018 Aug 16:1-11

93.    **Nathan SD**, Lancaster LH, Albera C, Glassberg MK, Swigris JJ, Gilberg F, Kirchgaessler KU, Limb SL, Petzinger U, Noble PW. Dose modification and dose intensity during treatment with pirfenidone: analysis of pooled data from three multinational Phase III trials. BMJ Open Respir Res. 2018 Aug 2;5(1):e000323. doi: 10.1136/bmjresp-2018-000323. eCollection 2018.

94.    Arun J, King CS, Shlobin OA, Brown AW, Wang C, **Nathan SD**. Pulmonary Hemodynamic Responses Predict Outcomes in Patients with Fibrotic Lung Disease Undergoing Exercise Right Heart Catheterization Testing. Eur Respir J 2018 Sep 27;52(3)

95.    Rhodes C et al. (**Nathan SD** among 118 co-authors). Genetic determinants of risk and survival in pulmonary arterial hypertension. Lancet Res Med 2019;7:227-238

96.    Woolstenhulme JG, Guccione AA, Herrick JE, Collins JP, **Nathan SD**, Chan LE, Keyser RE. Left Ventricular Function Before and After Aerobic Exercise Training in Women Who Have Pulmonary Arterial Hypertension. J Cardiopulm Rehabil Prev. 2019 Mar;39(2):118-126.

97.    **Nathan SD**, Costabel U, Glaspole I, Glassberg MK, Lancaster LH, Lederer DJ, Pereira CA, Trzaskoma B, Morgenthien E, Limb SL, Wells AU. Incidence of Multiple Progression Events: Pooled Analysis of Patients With Idiopathic Pulmonary Fibrosis Treated With Pirfenidone. Chest 2019; 155(4):712-719

98.    Raghu G, Flaherty KR, Lederer DJ, Lynch DA, Colby TV, Myers JL, Groshong SD, Larsen BT, Chung JH, Steele MP, Benzaquen S, Calero K, Case A, Criner G, Guerrero J, **Nathan SD**, Rai N, Ramaswamy M, Hagmeyer L, Davis JR, Gauhar U, Pankratz DG, Choi Y, Huang J, Walsh PS, Neville H, Lofaro LR, Barth NM, Kennedy GC, Brown KK, Martinez FJ. Diagnostic accuracy of conventional transbronchial biopsies through the use of a molecular classifier for usual interstitial pneumonia pattern. Lancet Res Med 2019;7:487-496

16

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

99.  Agbor-Enoh S, Wang Y, Tunc I, Davis A, Jang MK, De Vlaminck I, Shah PD, Timofte I, Brown AW, Marihsta A, Bhatti K, Gorham S, Wylie J, Goodwin N, Yang Y, Patel K, Fideli U, Luikart H, Zhu J, Iacono A, Orens J, **Nathan SD**, Marboe C, Berry GJ, Quake SR, Khush K, Valantine HA. Trends of early allograft injury measured via donor-derived cell-free DNA and poor outcomes after lung transplantation. EBioMedicine.2019;40:541-553

100. **Nathan SD,** Costabel U, Albera C, Behr J, Wuyts W, Kirchgaessler KU, Stauffer J, Morgenthien E, Chou W, Noble PW. Pirfenidone in patients with idiopathic pulmonary fibrosis and more advanced lung function impairment. Respir Med. 2019;153: 44-51

101. Moore C, Blumhagen RZ,Yang IV, Walts A, Powers J, Walker T, Bishop M, Russell P, Vestal B, Cardwell J, Markin CR, Mathai SK, Schwarz MI, Steele MP, Lee J, Brown KK, Loyd JE, Lynch D, Crapo JD, Silverman EK, Cho MH, James JA,. Guthridge JM, Cogan JD, Kropski JA, Swigris JJ, Bair C, Kim DS, Ji W, Kim H, Song JW, Maier LA, Pacheco KA, Hirani N, Poon AS, Li F, Jenkins RG, Braybrooke R, Saini G, Maher TM, Molyneaux PL,Saunders P, Zhang Y, Gibson KF, Kass DJ, Rojas M, Sembrat J, Wolters PJ, Collard HR, Sundy JS, O'Riordan T, Strek ME, Noth I, Ma S, Porteous MK, Kreider ME, Patel NB, Inoue Y, Hirose M, Arai T, Akagawa S, Eickelberg O, Fernandez IE, Behr J, Mogulkoc N, Corte TJ, Glaspole I, Tomassetti S, Ravaglia C, Poletti V, Crestani B, Borie R, Kannengiesser C, Parfrey H, Fiddler C, Rassl D, Molina-Molina M, Machahua C, Worboys AM, Gudmundsson G, Isaksson HJ, Lederer DL, Podolanczuk AJ, Montesi SB, Bendstrup E, Danchel V, Selman M, Pardo A, Henry MT, Keane MP, Doran P, Vašáková M, Sterclova M, Ryerson CJ, Wilcox PG, Okamoto T, Furusawa H, Miyazaki Y, Laurent G, Baltic S, Prele C, Moodley Y, Shea BS, Ohta K, Suzukawa M, Narumoto O, **Nathan SD**, Venuto DC, Woldehanna ML, Kokturk N, de Andrade JA, Luckhardt T, Kulkarni T, Bonella F, Donnelly SC, McElroy A, Armstong ME, Aranda A, Carbone RG, Puppo F, Beckman KB, Nickerson DA, Fingerlin TE, Schwartz DA. Resequencing Study Confirms Host Defense and Cell Senescence Gene Variants Contribute to the Risk of Idiopathic Pulmonary Fibrosis. Am J Respir Crit Care Med 2019;200:199-208

102. Rodriguez L, Bui S, Beuschel R, Ellis E, Liberti E, Chhina M, Cannon B, Lemma M, **Nathan SD**, Grant G. Curcumin Induced Oxidative Stress Attenuation by N-acetylcysteine Cotreatment: A Fibroblast and Epithelial Cell *in-vitro* Study in Idiopathic Pulmonary Fibrosis. Mol Med. 2019 Jun 13;25(1):27. doi: 10.1186/s10020-019-0096-z.

103. **Nathan SD,** Behr J, Collard HR, Cottin V, Hoeper MM, Martinez F, Corte T, Keogh A, Leuchte H, Mogulkoc N, Ulrich S, Wuyts W, Shah S, Yao M, Boateng F, Wells A. Riociguat for Idiopathic Interstitial Pneumonia-Associated Pulmonary Hypertension: The Randomized RISE-IIP Study. Lancet Res Med 2019 7:780-790

104. Ratwani A, Ahmad KI, Barnett SD, **Nathan SD**, Brown AW. Connective Tissue Disease Associated Interstitial Lung Disease and Outcomes After Hospitalization: A Cohort Study. Respir Med. 2019 Jun 4;154:1-5. doi: 10.1016/j.rmed.2019.05.020. [Epub ahead of print]

105. Sonti R, Gersten RA, Barnett SD, Brown AW, **Nathan SD**. Multimodal Noninvasive Prediction of Pulmonary Hypertension in IPF. Clin Respir J. 2019 Sep;13(9):567-573. doi: 10.1111/crj.13059. Epub 2019 Jul 30.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

106.   Glassberg MK, **Nathan SD**, Lin C, Lew C, Morgenthien E, Day B, Stauffer J, Chou W, Noble PW. Cardiovascular and Bleeding Risk Factors and Events in Patients With Idiopathic Pulmonary Fibrosis From 3 Phase III Trials of Pirfenidone. Adv Ther. 2019 Oct;36(10):2910-2926. doi: 10.1007/s12325-019-01052-y. Epub 2019 Aug 10. Erratum in: Adv Ther. 2019 Sep 9;

107.   Aryal S, Katugaha S, Cochrane A, Brown AW, Shlobin OS, Ahmad K, **Nathan SD**, Marinak L, Desai S, King C. Single Center Experience with Use of Letermovir for CMV Prophylaxis or Treatment in Thoracic Organ Transplant Recipients. Transpl Infect Dis. 2019 Dec;21(6):e13166. doi: 10.1111/tid.13166. Epub 2019 Sep 18

108.   **Nathan SD,** Yang M, Morgenthein EA, Stauffer JL. Forced Vital Capacity in Patients With Idiopathic Pulmonary Fibrosis: FVC variability in patients with IPF and role of 6-min walk test to predict further change. Eur Respir J 2020; 55: 1902151 (https://doi.org/10.1183/13993003.02151-2019)

109.   **Nathan SD**, Flaherty K, Glassberg MK, Raghu G, Swigris J, Alvarez R, Ettinger N, , J. Loyd, P. Fernandes8, H. Gillies, P. Shah, M. Dekker, L. Lancaster. A Randomized, Double-Blind, Placebo-Controlled Study of Pulsed, Inhaled Nitric Oxide in Subjects at Risk of Pulmonary Hypertension Associated With Pulmonary Fibrosis. Chest 2020 158:637-645

110.   Shlobin OA, Kouranos V, Barnett S, Alhamad EH, Culver DA, Barney J, Cordova FC, Carmona EM, Scholand MB, Wijsenbeek M, Ganesh S, Birring SB, O'Hare L, Baran JM, Cal JG, Lower EE, Engel PJ, Wells AU, **Nathan SD**, Baughman RP. Survival of Patients with Sarcoidosis Associated Pulmonary Hypertension: Physiological Predictors of Survival in Patients with Sarcoidosis Associated Pulmonary Hypertension: Results from a Multi-National Registry Cohort. Eur Respir J 2020 55:1901747; published ahead of print 2020, doi:10.1183/13993003.01747-2019

111.   Zhang M, Haughey M, Blease K, Couto S, Belka I, Hoey T, Groza M, Drew C, Hartke J, Bennett B, Cain J, Gurney A, Lachowicz J, Carayannopoulos L, **Nathan SD**, Distler J, Brenner D, Hariharan K, Cho H, Xie W. Targeting the Wnt pathway through R-spondin 3 identifies an anti-fibrosis treatment strategy for multiple organs. PLoS One. 2020 Mar 11;15(3):e0229445. doi: 10.1371/journal.pone.0229445. eCollection 2020. PMID: 32160239

112.   Alqawba M, Rodriguez LR, Beuschel RT, Kaler M, Barochia AV, Levine SJ, **Nathan SD**, Grant G, Diawara N. Classification Models of Idiopathic Pulmonary Fibrosis Patients. Accepted to International Journal of Respiratory and Pulmonary Medicine 2020;7:131. DOI: 10.23937/2378-3516/1410131

113.   Franck Rahaghi; Zeenat Safdar; Anne Whitney Brown; Joao A. de Andrade; Kevin R. Flaherty; Robert J. Kaner; Christopher S. King; Maria L. Padilla; Imre Noth; Mary Beth Scholand; Adrien Shifren; **Steven D. Nathan.** Expert consensus on the management of adverse events and prescribing practices associated with the treatment of patients taking pirfenidone for idiopathic pulmonary fibrosis: A Delphi consensus study. BMC Pulm Med. 2020 Jul 14;20(1):191. doi: 10.1186/s12890-020-01209-4. PMID: 32664913

114.   **Nathan SD**; Brown AW; Nesrin Mogulkoc; Soares F; Collins AC; Cheng JM; Peterson J; Cannon B; Barnett SD, The White Blood Cell Count as a Prognostic Indicator in Idiopathic Pulmonary Fibrosis. Respiratory Medicine 170 (2020) 106068. https://doi.org/10.1016/j.rmed.2020.106068

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

115.  Raghu G, Colby TV, Myers JL, Steele MP, Benzaquen S, Calero K, Case AH, Criner GJ, **Nathan SD**, Rai NS, Hagmeyer L, Davis JR, Bhorade SM, Kennedy GC, Gauher UA, Martinez FJ. A Molecular Classifier that identifies Usual Interstitial Pneuomonia in Transbronchial Biopsy Specimens of Patients with Interstitial Lung Disease. Chest. 2020 May;157(5):1391-1392. doi: 10.1016/j.chest.2019.10.061.

116.  Zhang M, Haughey M, Wang NY, Blease K, Kapoun AM, Couto S, Belka I, Hoey T, Groza M, Hartke J, Bennett B, Cain J, Gurney A, Benish B, Castiglioni P, Drew C, Lachowicz J, Carayannopoulos L, **Nathan SD,** Distler J, Brenner DA, Hariharan K, Cho H, Xie W. Targeting the Wnt signal pathway through R-spondin 3 identifies an anti-fibrosis treatment strategy for multiple organs.  PLoS One. 2020 Mar 11;15(3):e0229445. doi: 10.1371/journal.pone.0229445. eCollection 2020

117.  Luca Richeldi, Mary Beth Scholand, David A Lynch, Thomas V Colby, Jeffrey L Myers, Steve D Groshong, Jonathan H Chung, Sadia Benzaquen, **Steven D Nathan**, J Russell Davis, Shelley L Schmidt, Lars Hagmeyer, David Sonetti, Jurgen Hetzel, Gerard J Criner, Amy H Case, Murali Ramaswamy, Karel Calero, Umair A Gauhar, Yoonha Choi, Daniel G Pankratz, P Sean Walsh, Lori R Lofaro, Jing Huang, Sangeeta M. Bhorade, Giulia C Kennedy, Fernando Martinez, Ganesh Raghu. Utility of a molecular classifier as a complement to HRCT in identifying Usual Interstitial Pneumonia. Am J Respir Crit Care Med Vol 203, Iss 2, pp 211–220, Jan 15, 2021

118.  Behr J, **Nathan SD,** Wuyts WA, Mogulkoc Bishop N, Bouros DE, Antoniou K, Guiot J, Kramer MR, Kirchgaessler K, Bengus M, Gilberg F, Perjesi A, Harari S, Wells AU. Efficacy and safety of sildenafil added to pirfenidone in patients with advanced idiopathic pulmonary fibrosis and risk of pulmonary hypertension. Lancet Respir Med 2021; 9: 85–95

119.  Wang, Bonnie R; Edwards, Rex; Freiheit, Elizabeth A; Ma, Yicheng; Burg, Cindy; de Andrade, Joao; Lancaster, Lisa; Lindell, Kathy; **Nathan, Steven D**.; Ganesh, Raghu; Gibson, Kevin; Gulati, Mridu; Mason, Wendi; Noth, Imre; Schmidt, Bill; Spino, Cathie; Staszak, Scott; Stauffer, Jack; Wolters, Paul; Cosgrove, G; Flaherty, Kevin R. The Pulmonary Fibrosis Foundation Patient Registry: Rationale, Design, and Methods. Ann Am Thorac Soc. Vol 17, No 12, pp 1620–1628, Dec 2020

120.  Jean Pastre; Sandeep Khandhar; Scott Barnett; Inga Ksovreli; Haresh Mani; A. Whitney Brown; Oksana A. Shlobin; Kareem Ahmad; Vikramjit Khangoora; Shambhu Aryal; Diana L. Morris; Christopher S. King; **Steven D. Nathan.** Surgical lung biopsy for interstitial lung disease: safety and feasibility at a tertiary referral center. Ann Am Thorac Soc. 2021 Mar;18(3):460-467. doi: 10.1513/AnnalsATS.202006-759OC.

121.  **Nathan SD,** Pastre J, Ksovreli I, Barnett S, King C, Aryal S, Ahmad K, Fukuda C, Ramalingam V, Chung JH. HRCT Evaluation of patients with interstitial lung disease: Comparison of the 2018 and 2011 Diagnostic Guidelines. Ther Adv Respir Dis. 2020 Jan-Dec;14:1753466620968496. doi: 10.1177/1753466620968496

122.  King C, Freiheit, E, Brown AW, Shlobin OA, Aryal S, Ahmad K, Khangoora V, Flaherty K,  Venuto D, **Nathan SD**. Effects of Anticoagulation on Survival in Interstitial Lung Disease: An Analysis of the Pulmonary Fibrosis Foundation (PFF) Registry. Chest. 2020 Oct 16:S0012-3692(20)34911-4. doi: 10.1016/j.chest.2020.10.019.

19

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

123.	Waxman A, Restrepo R, Thenappan,T, Ravichandran A, Engel P, Bajwa A,, Allen R, Feldman J, Argula R, Smith P, Rollins K, Deng CQ, Peterson L, Bell H, Tapson V, **Nathan SD.** Inhaled Treprostinil in Patients with Pulmonary Hypertension due to Interstitial Lung Disease. N Engl J Med 2021; 384:325-334 DOI: 10.1056/NEJMoa2008470

124.	Christopher S. King, Dhwani Sahjwani, A. Whitney Brown, Saad Feroz,Paula Cameron, Erik Osborn, Mehul Desai,Svetolik Djurkovic, Aditya Kasarabada,Rachel Hinerman, James Lantry, Alan Speir, Oksana A. Shlobin, Kareem Ahmad, Vikramjit Khangoora, Shambhu Aryal, A. Claire Collins, **Steven Nathan**. Outcomes of Mechanically Ventilated Patients with COVID-19 Associated Respiratory Failure. PLoS ONE 15(11):e0242651. https://doi.org/10.1371/journal.pone.0242651

125.	Jean Pastre; Scott D Barnett; Inga Ksovreli; Jeannie Taylor; A. Whitney Brown; Oksana A. Shlobin; Kareem Ahmad; Vikramjit Khangoora; Shambhu Aryal; Christopher S. King; **Steven D. Nathan.** Idiopathic pulmonary fibrosis patients with severe physiologic deficit: characteristics and outcomes. Respir Res (2021) 22:5 https://doi.org/10.1186/s12931-020-01600-z

126.	Chandel A, Patolia S, Brown AW, Collins AC, Sahjwani D, Khangoora V, Cameron PC, Desai M, Kasarabada A, Kilcullen JK, **Nathan SD**, King CS. High-flow nasal cannula in COVID-19: Outcomes of application and examination of the ROX index to predict success. Respir Care. 2020 Dec 16:respcare.08631. doi: 10.4187/respcare.08631. Epub ahead of print. PMID: 33328179.

127.	Chandel A, Patolia S, Looby M, Dalton H, Bade N, Khangoora V, Desai M, Lantry J, Osborn E, Djurkovic S, Tang D, **Nathan SD,** King CS. Association of D-dimer and fibrinogen magnitude with hypercoagulability by thromboelastography in severe COVID-19. medRxiv 2020.07.27.20162842; doi: https://doi.org/10.1101/2020.07.27.20162842

128.	Nunes FS, Pastre J, Brown AW, Alhalabi L, Shlobin OA, King C, Weir NA,**Nathan SD**. Functional Assessment of Advanced Lung Disease Patients with a 1-minute Stair Step Test: Comparison with 6-minute Walk Test. Sarc Vasc and Diff Lung Dis 2021; 38 (1); e2020026 DOI: 10.36141/svdld.v38i1.9258

129.	Amisha V. Barochia, Maryann Kaler, Nargues Weir, Elizabeth M. Gordon, Debbie M. Figueroa, Merte Lemma WoldeHanna, Maureen Sampson, Alan T. Remaley, Geraldine Grant, Scott D. Barnett, **Steven D. Nathan**, and Stewart J. Levine MR. Spectroscopy Identifies that Serum Levels of Small HDL Particles are Negatively Correlated with Death or Lung Transplantation in Idiopathic Pulmonary Fibrosis. Eur Respir J 2021; 58: 2004053 [DOI: 10.1183/13993003.04053-2020].

130.	**Nathan SD,** Cottin V, Behr J, Hoeper MM, Martinez F, Corte T, Keogh AM, Leuchte H, Mogulkoc N, Ulrich S, Wuyts WA, Yao Z, Ley-Zaporozhan J, Müller-Lisse GU, Scholle FD, Brueggenwerth G, Busse D, Nikkho S, Wells AU. Impact of lung morphology on clinical outcomes with riociguat in the RISE-IIP study. J Heart Lung Transplant 2021;40:494–503

131.	**Nathan SD,** Barnett S, King C, Barberà JA, Olschewski H, Provencher S, Shlobin O, Seeger W. Impact of the new definition for pulmonary hypertension in patients with lung disease: An analysis of the UNOS database. Pulm Circ. 2021 Mar 30;11(2):2045894021999960. doi: 10.1177/2045894021999960

132.	Michael Keller, Errol Bush[5], Joshua M. Diamond, Pali Shah, Joby Matthews, Anne W Brown[8], Junfeng Sun, Irina Timofte, Hyesik Kong, Ilker Tunc, Helen Luikart, Aldo Iacono, **Steven Nathan**, Kiran K.

20

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Khush, Jonathan Orens, Moon Jang[4], Hannah A Valantine, Sean Agbor-Enoh. Use of Donor-Derived-Cell-Free DNA as a Marker of Early Allograft Injury in Primary Graft Dysfunction (PGD) to Predict the Risk of Chronic Lung Allograft Dysfunction (CLAD). J Heart Lung Transplant. 2021 Feb 20:S1053-2498(21)02180-X. doi: 10.1016/j.healun.2021.02.008. Online ahead of print.

133.    DuBrock H, **Nathan SD**, Kolaitis N, Mathai S, Reeve B, Martin S, Olayinka-Amao B, Classi P, Nelsen A. The Patient Experience of Symptoms and Impacts in WHO Group 3 Pulmonary Hypertension. Pulm Circ. 2021 Apr 1;11(2):20458940211005641. doi: 10.1177/20458940211005641

134.    Temesgen E, Andargie Naoko Tsuji, Fayaz Seifuddin, Moon Kyoo Jang, Peter S.T. Yuen, Hyesik Kong, Ilker Tunc, Komudi Singh, Ananth Charya, Alison Grazioli, **Steven D. Nathan**, Andrea Cox, Mehdi Pirooznia, Robert A. Star, Sean Agbor-Enoh. Cell-free DNA maps tissue injury and risk of death, and propagates tissue injury in COVID-19 patients. Accepted to the Journal of Clinical Investigation Insight 2021;6(7):e147610.https://doi.org/10.1172/jci.insight.1476

135.    Chung JH, Montner SM, Thirkateh P, Cannon B, Barnett SB, **Nathan SD**. CT findings suggestive of connective tissue disease in the setting of usual interstitial pneumonia. J Comput Assist Tomogr. 2021 Sep-Oct 01;45(5):776-781. doi: 10.1097/RCT.0000000000001230. PMID: 34546682

136.    **Nathan SD,** Mehta J, Stauffer J, Morgenthien E, Yang M, Limb S, Bhorade S. Changes in Neutrophil-Lymphocyte and Platelet-Lymphocyte Ratios and Clinical Outcomes in Idiopathic Pulmonary Fibrosis. J. Clin. Med. **2021**, 10, 1427. https://doi.org/10.3390/jcm10071427

137.    **Steven D. Nathan**, Aaron Waxman, MD, Sudarshan Rajagopal, Amy Case, Shilpa Johri, Hilary DuBrock, David De La Zerda, Sandeep Sahay, Christopher King, Lana Melendres-Groves, Peter Smith, Eric Shen, Lisa Edwards, Andrew Nelsen, Victor Tapson. Inhaled Treprostinil and FVC change in Patients with Interstitial Lung Disease and associated Pulmonary Hypertension. Lancet Respir Med. 2021 Nov;9(11):1266-1274. doi: 10.1016/S2213-2600(21)00165-X.

138.    Jean Pastre; Scott Barnett; Inga Ksovreli; Nesrin Mogulkoc; Vijaya Ramalingam; Cesar Fukuda; Anusha Yelisetty; Ömer Selim Unat; A. Whitney Brown; Oksana A. Shlobin; Kareem Ahmad; Vikramjit Khangoora; Shambhu Aryal; Christopher King**; Steven D. Nathan.** Development and validation of a clinical diagnostic scoring system for the diagnosis of IPF. Ann Am Thorac Soc Vol 18, No 11, pp 1803–1810, Nov 2021

139.    Abhimanyu Chandel, Alison Verster, Hussna Rahim, Vikramjit Kanghoora, **Steven D. Nathan,** Kareem Ahmad, Shambhu Aryal, Aaron Bagnola, Anju Singhal, A. Whitney Brown, Oksana A. Shlobin, Christopher S. King. Incidence and prognostic significance of pleural effusions in patients with pulmonary arterial hypertension. Pulm Circ. 2021 Apr 28;11(2):20458940211012366. doi: 10.1177/20458940211012366. eCollection 2021 Apr-Jun. PMID: 33996030

140.    Lauren C. Testa, Yvon Jule, Linnea Lundh, Karine Bertotti, Melissa A. Merideth, Kevin J. O'Brien, Olivier Jule, **Steven D. Nathan**, Drew C. Venuto, Souheil El-Chemaly, May Christine V. Malicdan, Bernadette R. Gochuico. Automated Quantification of Pulmonary Fibrosis in Human Histopathology Specimens. Front. Med., 15 June 2021 | https://doi.org/10.3389/fmed.2021.607720

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

141.    Katrina Bazemore, Michael Rohly, Nitipong Permpalung, Irina Timofte, A. Whitney Brown, Jonathan Orens, Aldo Iacono, **Steven D. Nathan** , Robin K Avery, Hannah Valentine, Sean Agbor-Enoh, Pali D Shah. Donor Derived Cell Free DNA% is elevated with pathogens that are risk factors for Acute and Chronic Lung Allograft Injury. J Heart Lung Transplant. 2021;40:1454-1462

142.    Chung JH, Adegunsoye A, Cannon B, Vij R, Oldham JM, King CS, Montner SM, Thirkateh P, Barnett SB, Karwoski RA, Bartholmai BJ, Strek ME,  **Nathan SD**. Differentiation of idiopathic pulmonary fibrosis from connective tissue disease related interstitial lung disease using quantitative imaging. J. Clin. Med. 2021, 10, 2663. https://doi.org/10.3390/jcm10122663

143.    Jang MK, Tunc I, Berry GJ, Marboe C, Kong H, Keller MB, Shah PD, Timofte I, Brown AW, Ponor IL, Mutebi C, Philogene MC, Yu K, Iacono A, Orens JB, **Nathan SD**, Agbor-Enoh S. Donor-derived cell-free DNA accurately detects acute rejection in ling transplant recipients, a multicenter cohort study. J Heart Lung Transplant. 2021 Apr 24:S1053-2498(21)02281-6. doi: 10.1016/j.healun.2021.04.009. Online ahead of print.

144.    Baughman RP, Shlobin OA, Gupta R, Engel PE, Stewart J, Lowere EE, Rahaghi F, Zeigler J, **Nathan SD**. Riociguat for Sarcoidosis Associated Pulmonary Hypertension: Results of a One Year Double Blind, Placebo Controlled Trial. CHEST 2022; 161(2):448-457

145.    Abhimanyu Chandel Saloni Patolia, Kareem Ahmad, Shambhu Aryal, A. Whitney Brown, Dhwani Sahjwani, Vikramjit Khangoora, Oksana A. Shlobin, Paula C. Cameron, Anju Singhal, Arthur W. Holtzclaw, Mehul Desai, **Steven D. Nathan,** Christopher S. King. Inhaled nitric oxide via high-flow nasal cannula in patients with acute respiratory failure related to COVID-19. Clin Med Insights Circ Respir Pulm Med. 2021 Sep 29;15:1179548421104 7065. doi: 10.1177/1179548421104 7065. eCollection 2021.

146.    Jeffrey R. Strich, Xin Tian[3], Mohamed Samour, Christopher King, Oksana Shlobin, Robert Reger, Johnathan Cohen, Kareem Ahmad, A Whitney Brown, Vikramjit Khangoora, Shambhu Aryal, Yazan Migdady, Jennifer Jo Kyte, Jungnam Joo, Rebecca Hays, Ashley Collins, Edwinia Battle, Janet Valdez, Josef Rivero, Ick-ko Kim, Julie Erb-Alvarez, Ruba Shalhoub, Mala Chakraborty, Susan Wong, Benjamin Colton, Marcos J. Ramos-Benitez, Seth Warner, Daniel S. Chertow, Kenneth Olivier, Georg Aue, Richard T. Davey, Anthony F. Suffredini, Richard W. Childs, **Steven D. Nathan.** Fostamatinib for the Treatment of Hospitalized Adults with Covid-19. Clin Infect Dis. 2021 Sep 1:ciab732. doi: 10.1093/cid/ciab732. Online ahead of print. PMID: 34467402

147.    Christopher S. King, Kevin R. Flaherty, Marilyn K. Glassberg, Lisa Lancaster, Ganesh Raghu, Jeffrey J. Swigris, Rahul G. Argula, Rosemarie A. Dudenhofer, Neil A. Ettinger, Jeremy Feldman; Shilpa Johri, P Fernandes, M. Pharm. Ed Parsley; Parag Shah; **Steven D. Nathan**.. A Phase-2 Exploratory Randomized Controlled Trial of INOpulse in Patients with Fibrotic Interstitial Lung Disease Requiring Oxygen. Ann Am Thorac Soc. 2022 Apr;19(4):594-602. doi: 10.1513/AnnalsATS.202107-864OC.

148.    **Nathan SD,** Tapson VF, Elwing J, Rischard F, Mehta J, Shapiro S, Shen E, Deng C, Smith P, Waxman A. Efficacy of inhaled treprostinil on multiple disease progression events in patients with pulmonary hypertension due to parenchymal lung disease in the INCREASE trial. Steven D. Nathan, Victor F. Tapson, Jean Elwing, Franz Rischard, Jinesh Mehta, Shelley Shapiro, Eric Shen, Lisa Edwards, Peter Smith, Aaron Waxman. Efficacy of inhaled treprostinil on multiple disease progression events in patients

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

with pulmonary hypertension due to parenchymal lung disease in the INCREASE trial. Am J Respir Crit Care Med. 2022 Jan 15;205(2):198-207. doi: 10.1164/rccm.202107-1766OC. PMID: 34767495

149.    Na'ama Avitzur, Elizabeth M. Noth, Mubasiru Lamidi, **Steven D. Nathan**, Harold R. Collard, Alison M. DeDent, Neeta Thakur, Kerri A. Johannson. Environmental Health, Disease Severity, and Anti-fibrotic Use in Patients with Idiopathic Pulmonary Fibrosis. Thorax 2022;77:1237–1242.

150.    Marloes Huitema, Marco C Post; Jan C Grutters; Athol U Wells; Vasilis Kouranos; Oksana Shlobin; **Steven D Nathan**; Daniel A Culver; Joseph Barney; Rohit Gupta; Eva Carmona; Esam H Alhamad; Mary B Scholand; Marlies Wijsenbeek; Sivagini Ganesh; Elyse E Lower; Peter J Engel; Robert P Baughman. Echocardiographic estimate of pulmonary artery pressure in sarcoidosis patients, a multi-national study. Sarcoidosis Vasc Diffuse Lung Dis. 2022;38(4):e2021032. doi: 10.36141/svdld.v38i4.11376. Epub 2022 Jan 13. PMID: 35115744

151.    Franck Rahaghi, Nicholas A. Kolaitis, Ayodeji Adegunsoye, Joao de Andrade, Kevin Flaherty, Lisa Lancaster, Joyce S. Lee, Deborah Levine, Ioana Preston, Zeenat Safdar, Rajan Saggar, Sandeep Sahay, Mary Beth Scholand, Oksana Shlobin, David A Zisman, **Steven D. Nathan.** Delphi Consensus Recommendations on Screening for Pulmonary Hypertension in Patients With Interstitial Lung Disease. Chest. 2022 ;162(1):145-155

152.    Michael B. Keller, Rohan Meda, Sheng Fu, Kai Yu, Moon Kyoo Jang,, Ananth Charya, Gerald J. Berry, Charles Marboe, Hyesik Kong, Helen Luikart, Ileana L. Ponor, Pali D. Shah, Kiran K Khush, , **Steven D. Nathan**, Sean Agbor-Enoh. Comparison of Donor-Derived Cell-Free DNA Between Single vs. Double Lung Transplant Recipients. Am J Transplant. 2022;00:1–7

153.    Abhimanyu Chandel, Jean Pastre, Solène Valery, Christopher S. King, **Steven D. Nathan**. Addition of functional parameters to a simple multidimensional index augments survival prediction in idiopathic pulmonary fibrosis. Thorax 2022;**0**:1–8. doi:10.1136/thoraxjnl-2021-218440

154.    Gupta R, Baughman RP, **Nathan SD**, Wells AU, Kouranos V, Alhamad EH, Culver DA, Barney J, Carmona EM, Cordova FC, Huitema M, Scholand MB, Wijsenbeek M, Ganesh S, Birring SS, Price LC, Wort SJ, Shlobin OA. Value of the Six-Minute Walk Test in Sarcoidosis Associated Pulmonary Hypertension: Results from an International Registry. Respir Med. 2022 May;196:106801. doi: 10.1016/j.rmed.2022.106801. Epub 2022 Mar 16. PMID: 35316723

155.    Aryal S, Chakravorty S, Cochrane A, Psotka MA, Regmi A, Marinak L, Thatcher A, Shlobin OA, Brown AW, King CS, Ahmad K, Khangoora V, Singhal A, **Nathan SD**. CMV Infection Following mRNA SARS-CoV-2 Vaccination in Solid Organ Transplant Recipients Accepted to Transplantation Direct 03/27/2022

156.    Katrina Bazemore, Nitipong Permpalung, Joby Mathew, Merte Lemma, Betelihim Haile, Robin Avery, Hyesik Kong, Moon Kyoo Jang, Temesgen Andargie, Shilpa Gopinath, **Steven D. Nathan**, Shambhu Aryal, Jonathan Orens, Sean Agbor-Enoh, Pali Shah. Elevated Cell Free DNA in Respiratory Viral Infection and Associated Lung Allograft Dysfunction. Am J Transplant 2022;22:2560–2570

157.    **Steven D. Nathan**, Juergen Behr, Vincent Cottin, Lisa Lancaster, Peter Smith, CQ Deng, Natalie Pearce5, Heidi Bell, Leigh Peterson, Kevin R. Flaherty. Study Design and Rationale for the TETON

23

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Phase 3, Randomized, Controlled Clinical Trials of Inhaled Treprostinil in the Treatment of Idiopathic Pulmonary Fibrosis. BMJ Open Resp Res 2022;9:e001310. doi:10.1136/bmjresp-2022-001310

158. Ananth V. Charya, Adam Cochrane, Ileana L. Ponor, Deborah Levine, Mary Philogene, Yi-Ping Fu, Moon K. Jang,, Hyesik Kong,, Pali Shah, Joby Matthews, Helen Luikart, Kiran Khush, Gerald Berry, Charles Marboe, Aldo Iacono, Jonathan B. Orens, **Steven D. Nathan**, Sean Agbor-Enoh. Clinical Features and Allograft Failure Rates of Pulmonary Antibody-Mediated Rejection Categories. Accepted to J Heart Lung Transplant 000;000:1−10 (in press)

159. **Nathan SD,** Deng C, King CS, DuBrock HM, Elwing J, Rajagopal S, Rischard F, Sahay S, Broderick M, Shen E, Smith P, Tapson VF, Waxman AB. Inhaled Treprostinil Dose in Pulmonary Hypertension Associated with Interstitial Lung Disease and Its Effects on Clinical Outcomes. Chest 2023;163:398-406

160. Gustaf Wigerblad, Seth Warner, Marcos J. Ramos-Benitez, Lela Kardava, Xin Tian, Rui Miao, Robert Reger, Mala Chakraborty, Susan Wong, Yogendra Kanthi, Anthony F. Suffredini, Stefania Dell'Orso, Stephen Brooks, Christopher King, Oksana Shlobin, **Steven D. Nathan**, Jonathan Cohen, Susan Moir, Richard W. Childs, Mariana J. Kaplan, Daniel S. Chertow, Jeffrey R. Strich. Spleen tyrosine kinase inhibition restores myeloid homeostasis in COVID-19. Sci. Adv. 9, eade8272 (2023) 4 January 2023

161. Pelljto AL, **Nathan SD**, Schwartz (116 authors). Idiopathic pulmonary fibrosis is associated with common genetic variants and limited rare variants. to Am J Res Crit Care Med 2023;207:1194-1202

162. Michael Keller, Song Yang, Lucia Ponor, Adam Cochrane, Mary Philogene, Errol Bush, Pali Shah, Joby Matthews, Anne W Brown, Hyesik Kong, Ananth Charya, Helen Luikart, **Steven D. Nathan**, Kiran K. Khush, Moon Jang, Sean Agbor-Enoh. Preemptive treatment of deNOVO Donor-Specific Antibodies in lung transplant patients decreases the risk of allograft failure. Accepted to the American Journal of Transplantation 11/30/2022

163. EH Louw, G Maarman, N Baines, M Osman, EM Irusen, CFN Koegelenberg, **SD Nathan**, R Channick, BA Allwood. The prevalence of pulmonary hypertension after tuberculosis treatment in a community sample of adult patients. Pulmonary Circulation. 2023;13:e12184.

164. Thomas C, Chandel A, King CS, Aryal S, Brown AW, Khangoora V, Nyquist A, Singhal A, Cantres Fonseca O, Shlobin O, **Nathan SD**. Prevalence of pulmonary hypertension in patients with COVID-19 related lung disease listed for lung transplant: a UNOS Registry Analysis. Pulm Circ. 2023 Apr 1;13(2):e12228. doi: 10.1002/pul2.12228. eCollection 2023 Apr.PMID: 37091120

165. Abhimanyu Chandel, Christopher S. King, Rose Ignacio, Oksana A. Shlobin,Vikramjit Khangoora, Shambhu Aryal, Alan Nyquist, Anju Singhal, Kevin R. Flahert, **Steven D. Nathan**. External Validation and longitudinal application of the DO-GAP index to individualize survival prediction in IPF patients. ERJ Open Res 2023; 9: 00124-2023 [DOI: 10.1183/23120541.00124-2023].

166. Aaron Waxman, Ricardo Restrepo-Jaramillo, Thenappan Thenappan, Peter Engel, Abubakr Bajwa, Ashwin Ravichandran, Jeremy Feldman, Amy Hajari Case, Victor Tapson, Peter Smith, Chunqin Deng, Eric Shen, **Steven D. Nathan.** Long-term Inhaled Treprostinil for Pulmonary Hypertension Due to

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Interstitial Lung Disease. Eur Respir J. 2023 Jun 29;61(6):2202414. doi: 10.1183/13993003.02414-2022. Print 2023 Jun.PMID: 37080567

167. Jürgen Behr, **Steven D. Nathan**, Ulrich Costabel, Carlo Albera, Wim A. Wuyts, Marilyn K. Glassberg, Harold Haller Jr, Giuseppe Alvaro, Frank Gilberg, Katerina Samara, Lisa Lancaster. Efficacy and safety of pirfenidone in patients with advanced versus non-advanced idiopathic pulmonary fibrosis – post-hoc analysis of six clinical studies. Accepted to Advances in Therapy  05/18/2023

168. Harrison W Farber, Murali Chakinala, Michelle Cho, Robert P. Frantz, Andrew Frick, Lisa Lancaster, Scott Milligan, Ronald Oudiz, Sumeet Panjabi, Yuen Tsang **Steven D. Nathan**. Characteristics of patients with pulmonary arterial hypertension from an innovative, comprehensive real-world patient data repository. Pulm Circ. 2023 Jul 6;13(3):e12258. doi: 10.1002/pul2.12258. eCollection 2023 Jul. PMID: 37427090

169. Jürgen Behr, **Steven D. Nathan**, Ulrich Costabel, Carlo Albera, Wim A. Wuyts, Marilyn K. Glassberg, Harold Haller Jr, Giuseppe Alvaro, Frank Gilberg, Katerina Samara, Lisa Lancaster. Efficacy and safety of pirfenidone in patients with advanced versus non-advanced idiopathic pulmonary fibrosis – post-hoc analysis of six clinical studies. Adv Ther. 2023 Sep;40(9):3937-3955. doi: 10.1007/s12325-023-02565-3. Epub 2023 Jun 30.PMID: 37391667

170. Christopher S. King, Emily White,  Joshua Mooney, Shambhu Aryal, Oksana A. Shlobin, Singhal, Christopher Thomas, Vikramjit Khangoora, Alan Nyquist, Kevin Flaherty, **Steven D. Nathan**. Factors Associated With Listing for Lung Transplantation in IPF Patients: An Analysis of the Pulmonary Fibrosis Foundation Registry. Accepted to Heliyon.

171. **Steven D. Nathan,** Hong T,  Rao Y, Boris Medarov, Lawrence Ho, John F Kingsley, Meredith Broderick, Eric Shen, Peter Smith, Chunqin Deng. A novel approach to clinical change endpoints: a win ratio analysis of the INCREASE trial. Ann Am Thorac Soc. 2023 Oct;20(10):1537-1540. doi: 10.1513/AnnalsATS.202303-229RL.PMID: 37413676

172. Christopher S. King, Emily White,  Joshua Mooney, Shambhu Aryal, Oksana A. Shlobin, Singhal, Christopher Thomas, Vikramjit Khangoora, Alan Nyquist, Kevin Flaherty, **Steven D. Nathan**. Factors Associated With Listing for Lung Transplantation in IPF Patients: An Analysis of the Pulmonary Fibrosis Foundation Registry. epub Heliyon 8/5/2023. https://authors.elsevier.com/sd/article/S2405-8440(23)05826-7

173. Shameek Gayen, Robert P. Baughman; **Steven D. Nathan**; Athol U. Wells; Vasilis Kouranos; Esam H. Alhamad; Daniel A. Culver; Joseph Barney; Eva M. Carmoma; Francis C. Cordova; Marloes Huitema; Mary Beth Scholand; Marlies Wijsenbeek; Sivagini Ganesh; Surinder S. Birring; Laura C. Price; Stephen J. Wort; Oksana A. Shlobin; Rohit Gupta. Pulmonary Hemodynamics and Transplant-Free Survival in Sarcoidosis-Associated Pulmonary Hypertension: Results from an International Registry. Pulm Circ  2023;13:e12297 https://doi.org/10.1002/pul2.12297

174. Paul Ford, Michael Kreuter, Kevin K. Brown, Wim A. Wuyts, Marlies Wijsenbeek, Dominique Israel-Biet, Richard Hubbard, **Steven D. Nathan**, Hilario Nunes, Bjorn Penninckx, Niyati Prasad, Ineke Seghers, Paolo Spagnolo, Nadia Verbruggen, Nik Hirani1, Juergen Behr, Robert J. Kaner, Toby

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

M. Maher. An adjudication algorithm for respiratory-related hospitalization in idiopathic pulmonary fibrosis. Accepted ERJ Open Research 11/08/2023

175. **Steven D. Nathan**, Abhimanyu Chandel, Ya Wang, Jiawei Xu, Lixin Shao, Timothy R. Watkins, Jack Diviney, Christopher S. King, Ling Han. Derivation and validation of a non-invasive prediction tool to identify pulmonary hypertension in patients with IPF: evolution of the model FORD. J Heart Lung Transplant. 2023 Nov 16:S1053-2498(23)02123-X. doi: 10.1016/j.healun.2023.11.005. Online ahead of print.PMID: 37979926

176. **Steven D. Nathan,** Shilpa Johri, Joanna Joly, Amresh Raina, Colleen McEvoy, Dasom Lee, Eric Shen, Peter Smith, Chunqin Deng, Aaron Waxman. Survival Analysis from the INCREASE Study in PH-ILD:  Evaluating the Impact of Treatment Crossover on Overall Mortality. Thorax. 2023 Nov 18:thorax-2023-220821. doi: 10.1136/thorax-2023-220821. Online ahead of print.PMID: 37979971

177. Michael B. Keller, Xin Tian, Deniz Ozisik, Moon Kyoo Jang, Rohan Meda,  Ananth Charya, Gerald J. Berry, Charles C. Marboe, Hyesik Kong, Ileana L. Ponor, Shambhu Aryal, Jonathan B. Orens, Pali D. Shah, **Steven D. Nathan**, Sean Agbor-Enoh. Organizing pneumonia is associated with molecular allograft injury and the development of antibody-mediated rejection. J Heart Lung Transplant. 2023 Nov 14:S1053-2498(23)02125-3. doi: 10.1016/j.healun.2023.11.008. Online ahead of print.PMID: 37972825

178. Tracey Weiss, Aimee M. Near,  Xiaohui Zhao, Dena Rosen Ramey, Tania Banerji, Handing Xie, Steven D. Nathan. Healthcare resource utilization in patients with pulmonary hypertension due to chronic obstructive pulmonary disease (PH-COPD): a real-world data analysis. BMC Pulm Med. 2023 Nov 21;23(1):455. doi: 10.1186/s12890-023-02698-9

179. Shanti Balasubramanian, Hyesik Kong, Sheng Fu, Jian Sun, Moon Kyoo Jang, Temesgen E. Andargie, Michael B. Keller, Woojin Park, Zainab Apalara, Neelam Redekar, Jonathan Orens, Shambhu Aryal, Errol Bush, Pali Shah, Kai Yu, **Steven D. Nathan**, Sean Agbor-Enoh. Cell-free DNA levels correlate with tissue injury and disease severity in lung transplant candidates. Accepted to Am J Res Crit Care Med 11/28/23

180. **Steven D. Nathan,** Benham Tehrani, Qiong Zhao, Rafael Arias, Dennis Kim, Antonia Pellegrini, A. Claire Collins, Jack Diviney, Shourjo Chakravorty, Vikramjit Khangoora, Oksana A. Shlobin, Christopher Thomas, Ben R. Lavon, Christopher S. King, Abhimanyu Chandel. Pulmonary Vascular Dysfunction without Pulmonary Hypertension: A Distinct Phenotype in Idiopathic Pulmonary Fibrosis. Pulm Circ. 2024 Jan 3;14(1):e12311. doi: 10.1002/pul2.12311. eCollection 2024 Jan.PMID: 38174158

181. Paul Ford, Michael Kreuter, Kevin K. Brown, Wim A. Wuyts, Marlies Wijsenbeek, Dominique Israel-Biet, Richard Hubbard, **Steven D. Nathan**, Hilario Nunes, Bjorn Penninckx, Niyati Prasad, Ineke Seghers, Paolo Spagnolo, Nadia Verbruggen, Nik Hirani1, Juergen Behr, Robert J. Kaner, Toby M. Maher. An adjudication algorithm for respiratory-related hospitalization in idiopathic pulmonary fibrosis. ERJ Open Research 2024; **DOI:** 10.1183/23120541.00636-2023

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

182. Christopher S, King, Rose Ignacio,  Alan Nyquist, Anju Singhal, Christopher Thomas, Onix Fonseca Cantres, Shambhu Aryal, Vikramjit Khangoora, Oksana A. Shlobin,  Kevin Flaherty,  Joseph Lasky, Sonye Danoff, **Steven D. Nathan**. Hospitalization Rates and Their Impact in Various Forms of Interstitial Lung Disease: An Analysis of the Pulmonary Fibrosis Foundation Registry. Accepted to Am J Respir Crit Care Med. October 2023.


**In submission or preparation:**

1. Carmona EM; Birring SS, Kalra S, Novotny P, Shlobin OA, Kouranos V, Alhamad EH, Culver DA, Barney J, Gupta R, Scholand MB, Wijsenbeek M, Huitema M, Ganesh S, Lower EE, Engel PJ, Wells AU, **Nathan SD**, Baughman RP. Analysis of Quality of Life for Sarcoidosis Associated Pulmonary Hypertension - from a multinational registry.

2. Consortium including **Nathan SD.** Considerations for the Implementation of a Clinical Trials Network in Pulmonary Hypertension A Pulmonary Hypertension Clinical Trial Network Interest & Feasibility Workshop Report. To be submitted to Chest.

3. Kenneth Risner, Katie V. Tieu, Yafei Wang, Allison Bakovic, Farhang Alem, Nishank Bhalla, **Steven D. Nathan,** Daniel E. Conway, Paul Macklin, Aarthi Narayanan, Farhang Alem. Maraviroc inhibits SARS-CoV-2 multiplication and s-protein mediated cell fusion. Submitted to Frontiers in Virology 11/19/2021.

4. Ananth Charya, Moon Kyoo Jang, PhD,  Junfeng Sun, Cedric Mutebi,, Helen Luikart, Pali Shah, Joby Matthews, Anne W. Brown, Hyesik Kong, Ilker Tunc, Gerald Berry, Charles Marboe, Aldo Iacono, **Steven D. Nathan,** Kiran Khush, Jonathan B Orens, Hannah A. Valantine, Sean Agbor-Enoh. Racial disparities in Lung Transplant Allograft Failure and cell free DNA-assessed Allograft injury

5. Laurent Savale, Marc Humbert, Athol U Wells, **Steve D. Nathan**, Rohit Gupta, Marloes Huitema, Xavier Jaïs, Jan C. Grutters, Vasilis Kouranos, David Montani, Oksana Shlobin, Olivier Sitbon, Robert P. Baughman. Algorithm for pulmonary hypertension screening in sarcoidosis: A Delphi consensus. To be submitted to the ERJ

6. Luca Richeldi, Jürgen Behr, Tamera J. Corte, Vincent Cottin, Gisli Jenkins, Nikhil Kamath, Yoshikazu Inoue, **Steven D. Nathan**, Ganesh Raghu, Jessie Randhawa, Simon L.F. Walsh, Fernando J. Martinez.1Long-term efficacy and safety of zinpentraxin alfa (recombinant human pentraxin-2) in patients with idiopathic pulmonary fibrosis: design of the Phase III randomised, double-blind, placebo-controlled STARSCAPE trial and open-label extension study. Submitted to the Blue Journal 01/15/24

7. Gustaf Wigerblad, Seth Warner, Marcos J. Ramos-Benitez, Lela Kardava, Xin Tian, Rui Miao, Robert Reger, Mala Chakraborty, Susan Wong. Yogendra Kanthi, Anthony F. Suffredini, Stefania Dell'Orso, Stephen Brooks, Christopher King, Oksana Shlobin, **Steven D. Nathan**, Susan Moir, Richard W. Childs, Mariana Kaplan, Daniel S. Chertow, Jeffrey R. Strich, Spleen tyrosine kinase inhibition restores myeloid homeostasis in COVID-19.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

8.    Brian E. Foster, Kareem Ahmad, Scott D. Barnett, Ashley Collins, Steven D. Nathan, Sanket Meghpara, Shambhu Aryal, Anne W. Brown, Christopher King, Oksana A. Shlobin, Nargues A. Weir. Sleep Quality Association with Clinical Outcomes in Interstitial Lung Disease. To be submitted to the ERJ.

9.    Sean Agbor-Enoh, Ananth V. Charya, Katrina Basemore, Ann Bon, Ileana L. Ponor, Moon K. Jang, Hyesik Kong, Pali Shah, **Steven D. Nathan**. Should Pulmonary Clinical AMR Include A Potential AMR Category?

10.    Laura C Price, Vasileios Kouranos, Robert Baughman, Chloe I Bloom, Oksana Shlobin , **Steven D. Nathan**, Rohit Gupta, Colm McCabe, Chinthaka B Samaranayake, Thomas Mason, Bhashkar Mukherjee, Aimee Brame, Johnny Falconer, Catherine Taube, Ankita Sahni, Aleksander Kempny, Konstantinos Dimopoulos, Thomas Semple, Carl Harries, Athol U Wells, S John Wort. Use of Pulmonary Arterial Hypertension Therapies in patients with Sarcoid-associated Pulmonary Hypertension: Results from an International Registry. Submitted to Thorax October 11 2023

11.    Michael B. Keller, Xin Tian, Moon Kyoo Jang, Rohan Meda, Ananth Charya,Gerald J. Berry, Charles C. Marboe, Hyesik Kong, Ileana L. Ponor, Shambhu Aryal, Jonathan B. Orens, Pali D. Shah, **Steven D. Nathan,** Sean Agbor-Enoh. Levels of donor-derived cell-free DNA at the diagnosis of acute cellular rejection are associated with an increased risk of chronic lung allograft dysfunction and death. To be submitted to JHLT or BJ 3/20/23

12.    Fernandez Davila JG, Moore DW, Kim J, Khan JA, Singh AK, **Nathan SD**, Rodriguez LR, Grant GM,  Moran JL. Pulmonary Matrix Derived Hydrogels from Patients with Idiopathic Pulmonary Fibrosis Induce a Proinflammatory State in Lung Fibroblasts. To be submitted to Matrix Biology.

13.    Shourjo Chakravorty, Ramona Raya, Oksana A. Shlobin, Christopher King, Ashima Malik, Pooja Singh, Steven D. Nathan,  Shambhu Aryal Anti-MDA5 antibody dermatomyositis with rapidly progressive interstitial lung disease: Singl.e Center Experience.. Anti-MDA5 antibody dermatomyositis with rapidly progressive interstitial lung disease: Single Center Experience. To be submitted to Lung.

14.    Fernandez Davila J, Moore D, Kim J, Khan JA, Singh AK, Lemma M, King CS, **Nathan SD**, Rodriguez LR, Grant GM, Moran JL.Pulmonary Matrix Derived Hydrogels from Patients with Idiopathic Pulmonary Fibrosis Induce a Proinflammatory State in Lung Fibroblasts In Vitro. Submitted to Matrix Biology 06/12/23

15.    A multicellular computational model of SARS-CoV-2 infectious transmission and virion-mediated cell-cell fusion. Yafei Wang, Michael Getz, Kenneth H. Risner, Katie V. Tieu , Allison Bakovic , Nishank Bhalla , **Steven D. Nathan**, Daniel E. Conwayc, Farhang Alem , Aarthi Narayananb, Paul Macklin. To be submitted to Journal of Theoretical Biology

16.    Timofte I,  Kwesiga DM, Vesselinov R, Shah P, Keller M,  Orens J,  **Nathan SD**, Brown A, Aryal S, Pham S, Valantine H. Terrin M, Iacono A and  Agbor-Enoh S. Donor-Derived Cell-Free DNA - a potential Prognostic Biomarker in Patients Severe Primary Graft Failure Requiring ECMO Support

28

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

17. Michael B. Keller; David Newman, Lucia Ponor, Pali Shah, Joby Matthews, Hyesik Kong, Temesgen Andargie, Woojin Park, Ananth Charya, Helen Luikart, Shambhu Aryal, **Steven D. Nathan**, Jonathan B. Orens, Kiran K. Khush, Moon Jang, Sean Agbor-Enoh. Extreme molecular allograft dysfunction in lung transplant recipients is associated with an increased risk of severe chronic lung allograft dysfunction and death.

18. Weatherald J; **Nathan SD**; El-Kersh K; Argula R; DuBrock HM; Rischard F; Cassady S; Tarver JH III; Levine DJ; Tapson V; Deng CQ; Shen E; Das M; Waxman AB. Inhaled Treprostinil in Patients with Pulmonary Hypertension Associated with Interstitial Lung Disease with Less Severe Hemodynamics: A Post hoc Analysis of the INCREASE Study

19. Michael B. Keller, Rohan Meda, Junfeng Sun, Lucia Ponor, Pali Shah, Joby Matthews, Hyesik Kong, Temesgen Andargie, Woojin Park, Ananth Charya, Helen Luikart, Shambhu Aryal, **Steven D. Nathan**, Jonathan B. Orens, Kiran K. Khush, Moon Jang, Sean Agbor-Enoh. Baseline lung allograft dysfunction after bilateral lung transplantation is associated with an increased risk of death: Results from a multicenter cohort study

20. Christopher Choi, Peiman Lahsaei, Nicole De Simone, Christopher B Webb, Sean G Yates, Jay S Raval, Michelle S Harkins,Donald J Hillebrand, Antonio Belli, Nicolas A Slaboberski, Tina S. Ipe, Grace C Banez-Sese, Vikramjit S Khangoora, **Steven D Nathan**,Trudy M Demko, David C Young, Jason C Wells, Sigalit Caron, Ravi Sarode. Plasma Adsorption with the MTx.100 Column in Critically Ill COVID-19 Patients. A prospective EUA study and propensity score analysis. To be submitted AIM

21. Luca Richeldi,Courtney Schiffman Jürgen Behr, Yoshikazu Inoue, Tamera J Corte, Vincent Cottin, R Gisli Jenkins, **Steven D Nathan**, Ganesh Raghu, Simon L F Walsh, Parminderjit K Jayia, Nikhil Kamath, Fernando J Martinez. Zinpentraxin alfa for idiopathic pulmonary fibrosis: the randomized Phase III STARSCAPE trial. To be submitted to the Blue Journal.

22. **Steven D. Nathan**, Rahul Argula, Maria G. Trivieri,Sameh Aziz, Elizabeth Gay,Boris Medarov, Joseph Parambil, Amresh Raina, Michael G. Risbano,Thenappan Thenappan, Jose Soto Soto, Heidi Bell, Victoria Lacasse, Prakash Sista, Michael Di Marino, Aimee Smart, Brittanie Hawkes, Elizabeth Nelson,Todd Bull, Victor Tapson, Aaron Waxman. Inhaled Treprostinil in Pulmonary Hypertension Due to COPD: PERFECT study results. Submitted to the ERJ 11/10/2023

23. **Steven D. Nathan**,Victoria Lacasse, Heidi Bell, Prakash Sista, Michael Di Marino, Todd Bull, Victor Tapson, Aaron Waxman. COPD associated Pulmonary Hypertension: a post hoc analysis of the PERFECT Study. Submitted to the ERJ 11/10/2023

24. El-Kersh K; Bag R; Bhatt N; King C; Waxman A; Rischard F; Kim H; Cella D; Shen E; **Nathan SD**. Derivation of a Simple Risk Calculator for Predicting Clinical Worsening in Patients with Pulmonary Hypertension Due to Interstitial Lung Disease

25. Eileen M. Harder, Pietro Nardelli, Bina Choi, Carrie L. Pistenmaa, Russell P. Bowler, Mónica Iturrioz Campo Paul M. Hassoun, Jane A. Leopold, Fernando J. Martinez, **Steven D. Nathan**, Imre Noth, Rajan Saggar, Rúben San José Estépar, Oksana A. Shlobin, Aaron B. Waxman, Rachel K. Putman, George R. Washko, Raúl San José Estépar, Farbod N. Rahaghi. Pre-acinar pulmonary

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

arterial dilation mediates the detrimental impact of quantitative interstitial abnormalities on clinical outcomes in smokers: a mediation analysis. To be submitted to Am J Res Crit Care Med.

**Case Reports:**

1.  Farina G, Rosner F, **Nathan S**, Brennessel D: Brucellosis in an 18- year old man from Greece, New York State Journal of Medicine.  December 1988; 659-660.

2.  **Nathan SD**, Vaghaiwalla R, Mohsenifar Z; Use of Nd: Yag Laser in Endobronchial Kaposi's Sarcoma.  Chest 1990; 98:1299-1300.

3.  Collier J. Wolfe R, Lerner R, **Nathan S**, Mohsenifar Z: Spinal Aspergillus in a Patient with Bronchocentric Granulomatosis. Journal of Intensive Care Medicine. 1995;10:45-8

4.  **Nathan SD**, LoRusso T, Roberts P, Pfundstein J, Burton N. Endobronchial CMV in a Lung Transplant Recipient. Journal of Bronchology 1999; 6:29-31

5.  Meyers J, Shabshab S, Burton N, **Nathan S**. Successful use of Cyclosporine in a Lung Transplant Recipient with Tacrolimus-Associated Hemolytic Uremic Syndrome. J Heart Lung Transplant 1999; 18:1024-1026 .

6.  Douglas F, **Nathan SD**, Ahmad S, Myers J, DiStefano D, Massamiano P, Lefrak E, Burton N. Successful Lung Transplantation from a Donor with a Saddle Pulmonary Embolus. J Heart Lung Transplant 2005; 24:1137-9

7.  Deb S, Yun J, Burton N, Omron E, Thurber J, **Nathan SD**. Reversal of Idiopathic Pulmonary Arterial Hypertension and Allograft Pneumonectomy After Single Lung Transplantation. Chest 2006; 130: 214 – 217

8.  Woodrow J, **Nathan SD**, Shlobin OA. Idiopathic Nonspecific Interstitial Pneumonitis responsive to Transplant associated Immunosuppression. J Heart Lung Transplant 2011;30:358-9.

9.  Cohee B, Shlobin O, Mani H, Brown A, Khandhar S, Fregoso M, Germano K,  **Nathan S**, Ahmad S. Adenovirus Infection Presenting as a Solitary Mass Lesion with Lymphocytic Effusion in a Lung Transplant Recipient. Submitted to Chest

10. Warren, Whittney; Franco-Palacios, Domingo; King, Christopher; Shlobin, Oksana; **Nathan, Steven**; Katugaha, Shalika; Mani, Haresh; Brown, A Opportunistic Infection by a Very Unusual Fungus in a Cystic Fibrosis Patient. submitted to Chest April 2nd, 2017.

11. Warren WA, Franco-Palacios D, King CS, Shlobin OA, **Nathan SD**, Katugaha S, Mani H, Brown AW.  A 24-year-old Woman with Precipitous Respiratory Failure Requiring Lung Transplantation. Chest 2018;153:e53-e56

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

12. McMahon M, Aryal S, **Nathan SD**. Severe Pulmonary Hypertension in a Patient with Pyruvate Kinase Deficiency Treated with Riociguat. To be submitted to J Heart Lung Transplant

13. Koslow M, Bennji SM, Griffiths-Richards S, Ahmad K, Johnson GB, Ryu JH, **Nathan SD,** Allwood BW. A 48-year-old South African Woman with Rheumatoid Arthritis and Lung Nodules. Chest 2020;157:e151-e155

14. Burn Pits-Associated, Long-term Iraq/Afghanistan War Lung Injury (IAW-LI). Submitted to Mayo Clinic Proceedings.

15. Mabe D, Shlobin OA, Bogar, L, **Nathan SD**, Brown AW, Ahmad K, Aryal S, Murphy C, King CS. ECMO as a Bridge to Initial Medical Therapy in a Patient with Decompensated Pulmonary Arterial Hypertension. Journal of Medical Cases. Accepted Aug 27th 2019.

16. Shalika Katugaha, Oksana Shlobin, Chris King, **Steve Nathan**, Shambu Aryal, Kareem Ahmad, Whitney Brown. Donor Derived Strongyloidiasis: Life Cycle to Hyperinfection Syndrome. OBM Transplantation https://www.lidsen.com/journals/transplantation,ISSN2577-5820

**Reviews:**

1. Fairman RP, **Nathan SD**. The Changing Indications for Lung Transplantation, Virginia Thoracic Journal 1995; 2; 1:1-4

2. **Nathan SD**, Fairman RP. Who is an Appropriate Candidate for Lung Transplantation? Federal Practitioner 1996; 13:11:43-49

3. **Nathan SD**. Lung Transplantation: Disease Specific Considerations. Chest 2005 127: 1006-1016

4. **Nathan S**. Lung Transplant Candidate Selection and Clinical Outcomes: Strategies for Improvement in Prioritization. Current Opinions in Organ Transplantation 2005;10:216-220

5. **Nathan SD**. Management of Idiopathic Pulmonary Fibrosis: Assessing the Role of the International Consensus Guidelines. Chest 2005;128:533-539S

6. **Nathan SD**. Therapeutic management of Idiopathic Pulmonary Fibrosis: An Evidence-Based Approach. Clinics in Chest Medicine 2006;27:S27-35

7. **Nathan SD**, Noble P, Tuder R. Idiopathic Pulmonary Fibrosis and Pulmonary Hypertension: connecting the dots. Am J Respir Crit Care Med 2007;175:875-880

8. **Nathan SD**. Pulmonary Hypertension in Interstitial lung Disease. Int J Clin Pract Suppl. 2008;160:21-8.

9. Nations JA, **Nathan SD**. Pharmacologic and Surgical therapy for Diffuse Parenchymal Lung Diseases. Respiratory Therapy for Decision Makers in Respiratory Care November 2007.

10. Nations JA, **Nathan SD**. Comorbidities of Advanced Lung Disease. Mt Sinai J Med. 2009 76:53-62

31

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

11.    Chhina M, Shlobin OA, Grant G, **Nathan SD**. Gleevec for IPF. Expert Review of Respiratory Medicine 2008 2;419-431.

12.    Nations JA, **Nathan SD**. Pulmonary Hypertension in Interstitial Lung Disease. Clinical Pulmonary Medicine 2009;16:252-257

13.    Chhina M, Weir N, Grant G, **Nathan SD.** Evaluation of Imatinib Mesylate in the treatment of pulmonary arterial hypertension. Future Cardiology 2010;6:19-35.

14.    **Nathan SD**. IPF and Pulmonary Hypertension: A Review. http://www.chestnet.org/education/online/pccu/vol23/lessons23_24/index.php December 2009.

15.    Ahmad S, Shlobin, OA, **Nathan SD**. Pulmonary Complications of Lung Transplantation. Chest 2011;139:402-411

16.    Shlobin OA, **Nathan SD**. Pulmonary Hypertension secondary to Interstitial Lung Disease. Expert Rev. Resp. Med 2011;5:179-189

17.    Shlobin OA, **Nathan SD**. Management of End-Stage Sarcoidosis: Pulmonary Hypertension and Lung Transplantation. Eur Respir J 2012;39:1520-1533

18.    **Nathan SD**, Cottin V. Pulmonary hypertension in patients with idiopathic pulmonary fibrosis. Eur Respir Mono 2012;57:1-13.

19.    Sherner J, Collen J, King CS, **Nathan SD**. Pulmonary Hypertension in Idiopathic Pulmonary Fibrosis: Epidemiology, Diagnosis and Therapeutic Implications. Curr Respir Care Rep 7/9/2012 DOI 10.1007/s13665-012-0027-8

20.    Idiopathic Pulmonary Fibrosis: Lung Function is a Clinically Meaningful Endpoint for Phase 3 Trials. Du Bois RM, **Nathan SD**, Richeldi L, Schwartz M, Noble PN. Am J Respir Crit Care Med 2012;186:712-715

21.    King C, **Nathan SD**. Identification and treatment of comorbidities in idiopathic pulmonary fibrosis and other fibrotic lung disease. Curr Opin Pulm Med 2013,19:466-473

22.    Hostler J, Brown AW Sherner J, King CS, **Nathan SD**. Pulmonary Hypertension in COPD: A Review. Eur Respir Monograph 2013;59:189-205

23.    Boyden JY, Connor SR, Otolorin L, **Nathan SD**, Scheffey C, Banks S, Fine P, Davis M, Muir JC. Inhaled Medications for the Treatment of Dyspnea: A Literature Review. J Aerosol Med Pulm Drug Deliv. 2015;28:1-19

24.    Cottin V, **Nathan SD**. Hypertension pulmonaire au cours de la fibrose pulmonaire idiopathique. Pneumologie 2013. http://dx.doi.org/10.1016/S1155-195X(13)61187-1

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

25.    **Nathan SD,** Hassoun PM. Pulmonary Hypertension and Hypoxia in Parenchymal Lung Disease. Clin Chest Med. 2013 Dec;34(4):695-705. doi: 10.1016/j.ccm.2013.08.004

26.    **Nathan SD,** Meyer KC. IPF Clinical Trial design and Endpoints. Curr Opin Pulm Med. 2014 Sep; 20(5):463-71.

27.    **Nathan SD,** King C. Current and Emerging Therapeutic Targets for Pulmonary Hypertension in Idiopathic Pulmonary Fibrosis. Drug Des Devel Ther. 2014 Jul 2;8:875-85. doi: 10.2147/DDDT.S64907

28.    **Nathan SD.** The Future of Lung Transplantation. Chest 2015;147:309-316

29.    Meyer KC, Danoff S, Lancaster L, **Nathan SD**. Management of Idiopathic Pulmonary Fibrosis in the Elderly Patient: Addressing Key Questions. Chest 2015;148:242-252

30.    Baughman RP, Engel PJ, **Nathan SD**. Pulmonary hypertension in sarcoidosis. Clin Chest Med 2015;36:703-714.

31.    King CS, **Nathan SD**. Practical Considerations in the Pharmacologic Treatment of Idiopathic Pulmonary Fibrosis. Curr Opin Pulm Med 2015;21:479-489

32.    Brown AW, Kaya H, **Nathan SD**. Lung Transplantation in Interstitial Idiopathic Pneumonia: A Review. Respirology 2016 21:1173–1184

33.    Benza R, Mathai S, **Nathan SD.** sGC Stimulators: Evidence for Riociguat Beyond Groups I and IV Pulmonary Hypertension. Respir Med. 2016 Nov 14. pii: S0954-6111(16)30298-0. doi: 10.1016/j.rmed.2016.11.010.

34.    **Nathan SD**, Behr J, Cottin V, Collard HR, Hoeper MM, Martinez FJ, Well AU. Idiopathic interstitial pneumonia-associated pulmonary hypertension: A target for therapy? Respir Med. 2016 Nov 5. pii: S0954-6111(16)30291-8. doi: 10.1016/j.rmed.2016.11.003.

35.    Anderson A, Shifren A, **Nathan SD**. A safety evaluation of pirfenidone for the treatment of idiopathic pulmonary fibrosis. Expert Opin Drug Saf. 2016 Jul;15(7):975-982

36.    Shlobin OA, Brown AW, **Nathan SD**. Pulmonary Hypertension in Diffuse Parenchymal Lung Diseases. Chest. 2017;151(1):204-214. doi:10.1016/j.chest.2016.08.002

37.    King CS, **Nathan SD**. Idiopathic Pulmonary Fibrosis: Impact and Optimal Management of Comorbidities. Lancet Respir Med. 2017 Jan;5(1):72-84. doi: 10.1016/S2213-2600(16)30222-3. Review

38.    Muhajan AK, Folch E, Khandhar SJ, Channick CL, Santacruz JF, Mehta AC, **Nathan SD**. Airway complications following lung transplantation. Chest. 2017 Sep;152(3):627-638

39.    El-Chemaly S, O'Brien KJ, **Nathan SD**, Weinhouse GL, Goldberg HJ, Connors JM, CuiY, Astor TL, Camp PC, Rosas IO, WoldeHanna ML, Speransky V, Merideth MA, Gahl WA,

33

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Gochuico BR. Clinical management and outcomes of patients with Hermansky-Pudlak syndrome pulmonary fibrosis evaluated for lung transplantation. PLoS One. 2018 Mar 16;13(3):e0194193. doi: 10.1371/journal.pone.0194193. eCollection 2018.

40.   Lancaster LH, de Andrade JA, Zibrak JD, Padilla ML, Albera C, **Nathan SD**, Wijsenbeek MS, Stauffer JL, Kirchgaessler K, Costabel[1] U. Pirfenidone Safety and Adverse Event Management: Experience From Randomized Clinical Trials and Real-World Observations in Idiopathic Pulmonary Fibrosis. Eur Respir Rev. 2017 Dec 6;26(146).

41.   **Nathan SD.** Martinez FJ. Pitfalls in developing new compounds for IPF. Curr Opin Pulm Med 2017, 23:426–431

42.   **Nathan SD.** Evaluating New Treatment Options (for IPF): Am J Managed Care 2017;23:S139-146

43.   Brown AW, **Nathan SD**. The Value and Application of the Six Minute Walk Test in Idiopathic Pulmonary Fibrosis. Ann Am Thorac Soc. 2018 Jan;15(1):3-10.

44.   Benza R, Raina A, Kanwar MK, **Nathan SD**, Mathai SC. sGC stimulators: evidence in pulmonary hypertension and beyond. accepted to the Journal of Rare Diseases Research and Treatment 11/2/17.

45.   Aryal S, **Nathan SD**. An Update on Emerging Drugs for the Treatment of Idiopathic Pulmonary Fibrosis. Expert Opinion on Emerging Drugs. Expert Opin Emerg Drugs. 2018 Jun;23(2):159-172. doi: 10.1080/14728214.2018.1471465.

46.   Aryal S, **Nathan SD**. Single vs Bilateral Lung Transplantation: When and Why. Curr Opin Organ Transplant. 2018 Jun;23(3):316-323. doi: 10.1097/MOT.0000000000000527.

47.   Ahmad K, **Nathan SD.** Novel management strategies for idiopathic pulmonary fibrosis. Expert Rev Respir Med. 2018 Oct;12:831-842

48.   Aryal S, **Nathan SD**. Contemporary Optimized Practice in the Management of Pulmonary Sarcoidosis. Ther Adv Respir Dis 2019;13:1753466619868935

49.   King CS, **Nathan SD**. Pulmonary Hypertension Due to Interstitial Lung Disease. Curr Opin Pulm Med. 2019;25:459-467

50.   Lancaster L, Fieuw A, Meulemans J, Ford P, **Nathan SD**. Standardization of the 6-minute walk test in idiopathic pulmonary fibrosis. Contemp Clin Trials. 2021 Jan;100:106227. doi: 10.1016/j.cct.2020.106227.

51.   Harari S, Wells AU, Wuyts WA, **Nathan SD**, Kirchgaessler K, Bengus M, Behr J. The 6-min walk test as a primary end-point in interstitial lung disease. Eur Respir Rev 2022; 31: 220087 [DOI: 10.1183/16000617.0087-2022]

34

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

52.  **Steven D. Nathan**, Jack Wanger, Joseph D. Zibrak, Mark L. Wencel, Cindy Burg, John L. Stauffer Using Forced Vital Capacity to Monitor Patients With Idiopathic Pulmonary Fibrosis in the Clinic: Pros and Cons. Expert Rev Respir Med. 2020 Sep 28:1-7. doi: 10.1080/17476348.2020.1816831.

53.  Ahmad K, Khangoora V, Nathan SD. Lung Disease Related Pulmonary Hypertension. Cardiol Clin. 2022 Feb;40(1):77-88. doi: 10.1016/j.ccl.2021.08.005. PMID: 34809919

54.  Jürgen Behr and **Steven D. Nathan** Pulmonary Hypertension in ILD: screening, diagnosis and treatment. Curr Opin Pulm Med. 2021 Sep 1;27(5):396-404. doi: 10.1097/MCP.0000000000000790. PMID: 34127619

55.  King CS, Mannem H, Kukreja J, Aryal S, Tang D, Singer JP, Bharat A, Behr J, **Nathan SD**. Lung Transplantation of COVID-19 patients: How I do it. Chest. 2022 Jan;161(1):169-178. doi: 10.1016/j.chest.2021.08.041. Epub 2021 Aug 19.

56.  Sergio Harari, Athol U. Wells, Wim A. Wuyts, **Steven D. Nathan**, Klaus-Uwe Kirchgaessler, Monica Bengus Jürgen Behr. Selective use of the six-minute walk test as a primary endpoint in interstitial lung disease clinical trials. accepted to European Respiratoy Review.

57.  Maher TM, Schiffman C, Kreuter M, Moor CC, **Nathan SD**, Axmann J, Belloni P, Bengus M, Gilberg F, Kirchgaessler KU, Wijsenbeek MS. A review of the challenges, learnings and future directions of home handheld spirometry in interstitial lung disease. Respir Res. 2022 Nov 11;23(1):307. doi: 10.1186/s12931-022-02221-4. PMID: 36369156; PMCID: PMC9651119.

58.  **Steven D. Nathan**, Juergen Behr, Vincent Cottin, Lisa Lancaster, Peter Smith, CQ Deng, Natalie Pearce, Heidi Bell, Leigh Peterson, Kevin Flaherty. Study Design and Rationale for the TETON Phase 3, Randomized, Controlled Clinical Trials of Inhaled Treprostinil in the Treatment of Idiopathic Pulmonary Fibrosis. Accepted to BMJ Open Resp Res 06/17/2022

59.  Kolb M Orfanos S, Lambers C, Flaherty K, Masters A, Lancaster L, Silverstein A, **Nathan SD**. The antifibrotic effects of inhaled Treprostinil. Adv Ther. 2022 Jul 3. doi: 10.1007/s12325-022-02229-8.

60.  Aaron Yarlas, Stephen C. Mathai, **Steven D. Nathan**, Hilary M. DuBrock, Kellie Morland, Natalie Anderson, Mark Kosinski, Xiaochen Lin, Peter Classi. Considerations when Selecting Patient-Reported Outcome Measures for Assessment of Health-Related Quality of Life in Patients with Pulmonary Hypertension: A Systematic Review. Chest. 2022 Aug 20:S0012-3692(22)03649-2. doi: 10.1016/j.chest.2022.08.2206. Online ahead of print. PMID: 35998707

61.  Harrison W Farber, Lisa Lancaster, Ronald Oudiz, Robert P. Frantz, Murali Chakinala, Michelle Cho, Sumeet Panjabi, Yuen Tsang, Andrew Frick, Scott Milligan, **Steven D. Nathan**. Characteristics of patients with pulmonary arterial hypertension from an innovative, comprehensive real-world patient data repository.In development-2nd draft Aug 2022

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

62.  Luca Richeldi, Jürgen Behr, Tamera J Corte, Vincent Cottin, Gisli Jenkins, Nikhil Kamath, Yoshikazu Inoue, **Steven D Nathan**, Ganesh Raghu, Jessie Randhawa, Simon L F Walsh, Fernando J Martinez. Long-term efficacy and safety of zinpentraxin alfa in patients with idiopathic pulmonary fibrosis: design of the Phase III randomised, double-blind, placebo-controlled STARSCAPE trial and open-label extension study. Submitted to BMJ Open Respiratory Research 11/10/2022

63.  Karen M Olsson, Tamera J Corte, Jan C Kamp, David Montani, **Steven D Nathan**, Lavinia Neubert, Laura C Price, David G Kiely. Pulmonary hypertension associated with lung disease. In revision. Lancet Resp Med.

64.  **Steven D. Nathan.** Progress in the Treatment of Pulmonary Hypertension associated with Interstitial Lung Disease. Am J Res and Crit Care Med 2023;208:238-246

65.  Onix Cantres-Fonseca, Shambhu Aryal2, Christopher King, **Steven D. Nathan.** Chronic Lung Allograft Dysfunction, a Review in 2023. Submitted to OBM Transplantation

**Consensus Statements:**

1.  John H. Newman, Stuart Rich, Steven H. Abman, John H. Alexander, John Barnard, Gerald J. Beck, Raymond L. Benza, Todd M. Bull, Stephen Y. Chan,  Hyung J. Chun, Declan Doogan, Jocelyn Dupuis, Scott S. Emerson, Serpil C. Erzurum,  Robert P. Frantz,  Mark Geraci,  Hunter Gillies, Mark Gladwin, Michael P. Gray, Anna Hemnes, Roy S. Herbst, Adrian F. Hernandez, Nicholas S. Hill, Evelyn M. Horn, Kendall Hunter,  Zhi-Cheng Jing, Roger Johns, Sanjay Kaul, Steven Kawut, Tim Lahm, Jane A. Leopold, Greg D. Lewis, Stephen C. Mathai, Vallerie V. McLaughlin, Evangelos D. Michelakis, **Steven D. Nathan,**  William Nichols,  Grier Page, Marlene Rabinovitch, Jonathan Rich, Franz Rischard, Sharon Rounds, Sanjiv J. Shah,  Victor F. Tapson,  Naomi Lowy, Norman Stockbridge,  Gail Weinmann, Lei Xiao. Enhancing Treatments for Pulmonary Vascular Diseases (PVD) Through Precision Medicine. A Joint NHLBI-CMREF Workshop Report. Am J Respir Crit Care Med 2017; 195:1661-1670
2.  Wells AU, Poletti V, Behr J, Cassidy N, Costable U, Cottin V, Hansell DM, Masefield SC, Richeldi  L, Ross D, Ancochea J, Antoniou KM< Bajwah S, Bouros D, Brown KK, Collard HR, Corte TJ,  Crestani B, Dai H, Drent M, Egan JJ, Fell CD, Fischer A, Flaherty KR, Grutters JC, Hirani N, Inoue   Y, Maher TM, Muller-Quernheim J, **Nathan SD**, Noble PW, Powell P, Robalo-Cordeiro C, Ryerson   CJ, Ryu JH, Saltini C, Selman M, Sverzellati N,  Taniguchi H, Undurraga A, Valeyre D, Vancheri  C, Wuyts W,  Xaubet A. Diagnosis and management of idiopathic pulmonary fibrosis - a combined    physician and patient European Respiratory Society and European Lung Foundation consensus statement. Accepted Eur Res J May 14th, 2018
3.  **Nathan SD**, Barbera JA, Gaine SP, Harari S, Martinez FJ, Olschewski H, Olsson KM, Peacock AJ,    Pepke-Zaba J, Provencher S, Weissmann N, Seeger W. Pulmonary Hypertension in Chronic Lung    Disease. Eur Respir J 2019; 53: 1801914 doi: 10.1183/13993003.01914-2018
4.  Savale L, Huitema M, Shlobin O, Kouranos V, Wells AU, Humbert M, **Nathan SD**, Nunes H, Gupta R, Grutters JC, Culver D,  Post MC, Oullette D, Lower EE, Baughman RP. Statement on the  Diagnosis and Management of Sarcoidosis-Associated Pulmonary Hypertension. Eur Respir Rev 2022; 31: 210165 [DOI: 10.1183/16000617.0165-2021].

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

5. Vincent Cottin,Sara Tomassetti,Claudia Valenzuela, Simon Walsh,Katerina Antoniou, Francesco Bonella,Kevin Brown,Harold Collard, Tamera J Corte,Kevin Flaherty, Kerri Johannson, Martin Kolb, Michael Kreuter,Yoshikazu Inoue, Gisli Jenkins, Joyce Lee, David Lynch, Toby Maher,Fernando Martinez, Maria Molina Molina, Jeff Myers, **Steven D Nathan**,Venerino Poletti, Sylvia Quadrelli, Ganesh Raghu, Claudia Ravaglia, Sujeet Rajan,Martine Remy-Jardin, Elisabetta Renzoni, Luca Richeldi, Paolo Spagnolo,Lauren Troy, Marlies Wijsenbeek, Kevin Wilson,Wim Wuyts, Athol U Wells, Christopher Ryerson. Integrating clinical probability into the diagnostic approach to idiopathic pulmonary fibrosis : An international working group perspective. Am J Respir Crit Care Med. 2022 Aug 1;206(3):247-259. doi: 10.1164/rccm.202111-2607PP

6. Sylvia M. Nikkho, Manuel J. Richter, Eric Shen, Steven H. Abman, Katerina Antoniou, Jonathan Chung, Peter Fernandes, Paul Hassoun, Howard M. Lazarus, Horst Olschewski, Lucilla Piccari, Mitchell Psotka, Rajan Saggar, Oksana Shlobin, Norman Stockbridge, Patrizio Vitulo, Carmine Dario Vizza, S. John Wort, and **Steven D. Nathan**. Clinical significance of pulmonary hypertension in interstitial lung disease: A Consensus Statement from The Pulmonary Vascular Research Institute's Innovative Drug Development Initiative - Group 3 Pulmonary Hypertension. Pulmonary Circulation. 2022;12:e12127. https://doi.org/10.1002/pul2.12127.

7. **Steven D. Nathan,** Peter Fernandes, Mitchell Psotka, Patrizio Vitulo, Lucilla Piccari, Katerina Antoniou, Sylvia Nikkho, Norman Stockbridge. Pulmonary hypertension in interstitial lung disease: clinical trials design and endpoints: A Consensus Statement from The Pulmonary Vascular Research Institute's Innovative Drug Development Initiative – Group 3 Pulmonary Hypertension. Pulm Circ. 2022 Oct 1;12(4):e12178. doi: 10.1002/pul2.12178. eCollection 2022 Oct.

8. Shlobin OA, Shen E, Piccari L, Scandurra J, Hassoun PM, Wort S, Nikko SM, **Nathan SD**. Pulmonary Hypertension in the Setting of Interstitial Lung Disease: Approach to Management and Treatment. Pulm Circ. 2024 Jan 10;14(1):e12310. doi: 10.1002/pul2.12310. eCollection 2024 Jan.PMID: 38205098

9. Piccari L, Allwood B, Antoniou K, Chung JH, Hassoun PM, Nikkho SM, Saggar R, Shlobin OA, Vitulo P, **Nathan SD**, Wort SJ. Pathogenesis, clinical features, and phenotypes of pulmonary hypertension associated with interstitial lung disease: a consensus statement from the Pulmonary Vascular Research Institute's Innovative Drug Development Initiative - Group 3 Pulmonary Hypertension. Pulm Circ. 2023;13:e12213. https://doi.org/10.1002/pul2.12213

10. Franck F Rahaghi, Marc Humbert, Marius M Hoeper , Robert P Frantz, Paul Hassoun, Anna R Hemnes, Steve Kawut, Valerie V Mclaughlin, Gergely Meszaros, Peter Mol, **Steven D. Nathan**, Krishna Prasad, Mitch Psotka, Farbod N Rahaghi, Olivier Sitbon, Norman L Stockbridge, Jason Weatherald, R James White, Faiez Zannad, Sandeep Sahay. Defining a disease modifying agent in pulmonary arterial hypertension. To be submitted to Lancet Res Med 11/20/23.

**Letters:**

1. **Nathan SD**, Glauser FL. Pulse Oximetry Monitoring: Blinded by the Light, Lulled by the Beeps. Annals of Emergency Medicine 1995;26:5;661

2. **Nathan SD**, Barnett SD. Idiopathic Pulmonary Fibrosis in Transplantation. Chest 2003;124;6:2404

3. Egan TM, Shorr AF, **Nathan S**. Orthotopic Lung Transplant for Sarcoidosis. Chest 2003;123:962-63

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

4. Grinnan DC, Fairman P, Pinson J, **Nathan SD**. Recurrence of Severe Pulmonary Hypertension Following the Removal of a Lung Allograft. Chest Dec 2007: 2057–2058

5. Eberlein M, Robert R, Bölükbas S, **Nathan S**, Brower R. Response to letter, Concerns raised by lung size-mismatched transplantation. Chest 2012;142:543-543

6. **Nathan SD**, Brown AW, Weir N. Response to letter Six minute walk distance-effect of instructions. Chest 2014;145:1440-1441

7. Raghu G, Colby T, Myers J, Steele M, Benzaquen, Sadia ; Calero, Karel; Case, Amy; Criner, Gerard; **Nathan, Steven**; Rai, Navdeep; Hagmeyer, Lars; Davis, John; Bhorade, Sangeeta; kennedy, giulia; Gauhar, Umair; Martinez F. A molecular classifier that identifies usual interstitial pneumonia in transbronchial biopsies of patients with ILD. Accepted to Chest 10/4/2019

8. **Nathan SD**, Waxman A, Tapson V. The INCREASE Study: author response to letters to the editor. Engl J Med 2021 384;1869-1872

9. **Nathan SD**. Inhaled Treprostinil after Initial Clinical Worsening: To Continue or Not to Continue, That's the Question. Reponse letter. Am J Respir Crit Care Med. 2022 May 15;205(10):1251-1252. doi: 10.1164/rccm.202201-0081LE. PMID: 35353003

10. Amisha V. Barochia, Scott D. Barnett, Nargues Weir, Stewart J. Levine, **Steven D. Nathan**. Reply: Not all HDL particles are equal in idiopathic pulmonary fibrosis. European Respiratory Journal 2022 59: 2200151; DOI: 10.1183/13993003.00151-2022

11. El-Kersh K, **Nathan SD**. Categorizing pulmonary hypertension: the conundrum of the continuum. Lancet Respir Med. 2022 Oct;10(10):e88. doi: 10.1016/S2213-2600(22)00304-6. PMID: 36179741

12. **Nathan SD**, Waxman A. Response to CHEST letter titled: Treprostinil and clinic outcome in pulmonary hypertension and interstitial lung disease: Is all clear? Chest 2023 164:e22

13. **Nathan SD**. Circulating Respiratory Airborne Particles: any kind of "CRAP" is bad for the lungs. Submitted to JAMA IM 11/20/22

14. **Nathan SD**, Shen E, Deng CQ. Response to letter titled: Is higher dose of inhaled Treprostinil truly superior to lower dose of inhaled Treprostinil in patients with pulmonary hypertension associated with interstitial lung diseases? 12/22/23.

**Editorials:**

1. **Nathan S**, Barnett S. Telesupport: Just Reach Out and Touch Someone. Chest 2002. 122:1114-1116

2. **Nathan SD**, du Bois RM. IPF trials: recommendations for the jury. Eur Respir J 2011;38:1-3

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

3.    **Nathan SD.** Pulmonary hypertension complicating Pulmonary Fibrosis: bad and ugly, but good to treat? Thorax 2014;69:107-108

4.    **Nathan SD.** Hypersensitivity pneumonitis and pulmonary hypertension-how the breeze affects the squeeze. Eur Respir 2014;44:287-288

5.    **Nathan SD,** Carbone R. Bosentan in pulmonary hypertension due to fibrotic idiopathic interstitial pneumonia: Hidden value in a neutral trial. Am J Res Crit Care Med 2014;190:131-132

6.    **Nathan SD.** King CS. Organ donors: Making the most of what is offered. Chest. 2015 Aug 1;148(2):303-5.

7.    **Nathan SD,** Corris PA. Upfront combination therapy: does the Ambition study herald a new era in the treatment of pulmonary arterial hypertension. Thorax 2016;71:107-109 doi:10.1136/thoraxjnl-2015-207854

8.    King CS, **Nathan SD.** "Should all patients with IPF, even those with more than moderate impairment, be treated with nintedanib or pirfenidone?"  YES. Chest. 2016;150(2):273-275

9.    Hassoun P, **Nathan SD.** Sildenafil for pulmonary hypertension complicating IPF: a rationale grounded in basic science. Eur Respir J. 2016 Jun;47(6):1615-7. doi: 10.1183/13993003.00395-2016.

10.   **Nathan SD.** Antiacid therapy and IPF: cause for heartburn? Lancet Respir Med. 2016 Mar 31. pii: S2213-2600(16)00102-8. doi: 10.1016/S2213-2600(16)00102-8

11.   Maher TM, **Nathan SD**. Survival in IPF: perspectives from pulmonary arterial hypertension. J Manag Care Spec Pharm. 2017;23(3-b):S3-S4.

12.   **Nathan SD.** Nintedanib and sildenafil in patients with idiopathic pulmonary fibrosis: echoes of the past, lessons for the future. Am J Respir Crit Care Med 2019;200:1459-1461

13.   **Nathan SD.** POINT: Should every patient with IPF be referred for transplant evaluation? Yes. Chest. 2020 Jun;157(6):1411-1412. doi: 10.1016/j.chest.2019.12.033.
      **Nathan SD.** Rebuttal. Chest. 2020 Jun;157(6):1415. doi: 10.1016/j.chest.2019.12.032

14.   Aryal S, **Nathan SD**. Lung Transplantation in China: a firm foundation for a solid future. Ann Transl Med 2020;8:41.

15.   **Nathan SD.** IPF in Saudi Arabia: lessons for all. Nathan SD. Ann Thorac Med 2020;15:183-4.

16.   Chandel A, **Nathan SD**. Piecing together the bigger picture: Idiopathic pulmonary fibrosis in Australia and beyond.Respirology. 2022 Jan 17. doi: 10.1111/resp.14209. Online ahead of print. PMID: 35037339

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**Monographs**

1.   **Nathan SD**. IPF comorbidities. Pilot Initiative (Pulmonary Fibrosis Identification Lessons for Optimizing Treatment). Winter 2004

2.   **Nathan SD**.IPF: Update on experimental therapies and current clinical trials. Pilot Initiative (Pulmonary Fibrosis Identification Lessons for Optimizing Treatment). Winter 2005

3.   **Nathan SD**. IPF Updates Monograph Series: Lung Transplant. Pilot Initiative (Pulmonary Fibrosis Identification Lessons for Optimizing Treatment). December 2009

4.   **Nathan S**, Mills R. New therapy options for the treatment of idiopathic pulmonary fibrosis. Magellan Rx Report Fall 2015:33-37

**Book Chapters:**

1.   **Nathan S**, Ohler L. Lung and Heart-Lung Transplantation. Solid Organ Transplantation: A Handbook for Primary Health Care Providers. Springer Publishing Company 2002

2.   **Nathan SD**, Lynch J, Ross D. Transplantation and Interstitial Lung Disease. Lung and Heart-Lung Transplantation, for Lung Health and Biology in Disease, Marcel Dekker, Inc. 2005

3.   **Nathan SD**, Stoller JK. Alpha-1 antitrypsin Deficiency and the Liver. Clinician's Guide to Common Liver Diseases. Published Cambridge Press. 2008

4.   Shlobin OA, **Nathan SD**. Lung transplantation. In Pulmonary Rehabilitation: Guidelines to Success, 4th edition (edited by Hodgkin JE, Celli BR, Connors GA). Mosby Elsevier 2008

5.   Shlobin OA, **Nathan SD.** Interstitial lung disease and pulmonary hypertension. (edited by Robert Baughman, MD and Ronald du Bois, MD)

6.   Collen JF, **Nathan SD**. Pulmonary Hypertension complicating underlying Lung Disease. (edited by Namita Sood).

7.   Brown AW, **Nathan SD**. Making a Confident Diagnosis of Obliterative Bronchiolitis. Bronchiolitis Obliterans Syndrome in Lung Transplantation Series: <u>Respiratory Medicine</u>, Vol. 8. Meyer, Keith C.; Glanville, Allan R. (Eds.) 2013.

8.   **Nathan SD**. IPF Phenotypes. Idiopathic Pulmonary Fibrosis (edited by Meyer and **Nathan**). Published by Springer   10/9/2013

9.   Shlobin OA, **Nathan SD**. Sarcoidosis associated pulmonary hypertension. Pulmonary Sarcoidosis: A Guide for the Practicing Clinician. Springer Science+Business Media 2014. Edited by Marc Judson.

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

10.  King CS, **Nathan SD**. The Role of identification and treatment of comorbidities in IPF and other fibrotic lung diseases. Current Opinions in Pulmonary Medicine 2015. Edited by Lucas Richeldi and Kevin Flaherty.

11.  King CS, **Nathan SD**. Treatment of Pulmonary Hypertension in Interstitial Lung Disease. For Pulmonary Hypertension and Interstitial lung disease. Edited by Robert P. Baughman, Roberto G. Carbone and **Steven D. Nathan**. Published by Springer 2017

12.  Shlobin OA, **Nathan SD**. Rare ILD and PH. For Pulmonary Hypertension and Interstitial lung disease. Edited by Robert P. Baughman, Roberto G. Carbone and Steven D. Nathan. Published by Springer 2017

13.  **Nathan SD.** Interstitial Lung Disease and Pulmonary Hypertension. Pulmonary Circulation: Diseases and their treatment, Fourth Edition. Editors, Peacock, Naeije and Rubin. CRC Press. Published September 2016

14.  Understanding the Role of Comorbidities in Interstitial Lung Diseases. Shifren A, Russell T, Anderson A, **Nathan SD**. For Clinical Handbook of Interstitial Lung Disease, edited by Drs. Muhunthan Thillai, David R. Moller, and Keith C. Meyer. Published by CRC Press 2018

15.  Meyer KC, **Nathan SD**. Mimics of Idiopathic Pulmonary Fibrosis. Idiopathic Pulmonary Fibrosis-2nd edition (edited by Meyer and **Nathan**).

16.  King CS, Aryal S, **Nathan SD**. Idiopathic Pulmonary Fibrosis: Phenotypes and Comorbidities for Idiopathic Pulmonary Fibrosis-2nd edition (edited by Meyer and **Nathan**).

17.  Aryal S, Ahmad K, **Nathan SD**. Group 3 PH: Clinical Features and Treatment: For Encyclopedia of Respiratory Medicine, 2nd Edition Medicine being published by Elsevier. https://doi.org/10.1016/B978-0-12-801238-3.11655-1

18.  **Nathan SD,** Barberà JA. Controversies in the Management of Pulmonary Hypertension in the Setting of Lung Disease. For book Pulmonary Hypertension: Controversial and Emerging Topics. Submitted July 5th, 2019. To be published by Springer.

19.  Baris A, Basyigit I, **Nathan SD.** Idiopathic Interstitial Pneumonias. For the book, United Airways: from the nostrils to the alveoli. Argun Barış, S., Başyiğit, I., Nathan, S.D. (2023). Idiopathic Interstitial Pneumonias. In: Cingi, C., Yorgancıoğlu, A., Bayar Muluk, N., Cruz, A.A. (eds) Airway diseases. Springer, Cham. https://doi.org/10.1007/978-3-031-22483-6_88-1

20.  Shourjo Chakravorty, Shambhu Aryal, Adam Cochrane, **Steven D. Nathan**. Antibody Mediated Rejection -Mechanisms, Pathology and Therapeutics. submitted to Current Pulmonology Reports on 22 December 2023.

**Books & Editors:**

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

1.    Idiopathic Pulmonary Fibrosis. Edited by Keith Meyer, MD and **Steven Nathan, MD.** Published by  Springer  10/9/2013

2.    Current Opinions in Pulmonary Medicine. Interstitial Lung Diseases 2014. **Nathan SD**, Bonella F Co-editors.

3.    Current Opinions in Pulmonary Medicine. Interstitial Lung Diseases 2015.**Nathan SD**, Bonella F Co-editors.

4.    Current Opinions in Pulmonary Medicine. Interstitial Lung Diseases 2016. **Nathan SD**, Bonella F Co-editors.

5.    Handbook of IPF. **Nathan SD**, King C, Brown AW. Springer-published 2016.

6.    Pulmonary Hypertension and Interstitial lung disease. Edited by Robert P. Baughman, Roberto G. Carbone and **Steven D. Nathan**. Commissioned by Springer December 2013. Published August 25 2017

7.    Idiopathic Pulmonary Fibrosis.(2nd edition) Edited by Keith Meyer, MD and **Steven Nathan, MD.** Published by Springer January 3rd, 2019. https://www.springer.com/us/book/9783319999746 https://rd.springer.com/book/10.1007%2F978-3-319-99975-3

8.    Current Opinions in Pulmonary Medicine. Interstitial Lung Diseases 2020 .**Nathan SD**, King C. C o-editors.


**Research Grants:**

**Pharmaceutical Multicenter studies**

1.    Double-Blind Randomized Controlled Study of Pirfenidone in IPF. Marnac 1997. Phase 2 study (Principal Investigator (PI))

2.    A Randomized, Double-Blind, Placebo-Controlled Study of Subcutaneous interferon-gamma1b in Patients with IPF (G-IPF001). $60,000 from Intermune Pharmaceuticals. Phase 3 study  (PI)

3.    A Randomized, Double-Blind, Placebo-Controlled Phase 2 Study of Etanercept for IPF. Research Grant from Wyeth Pharmaceuticals 2002-2004. Phase 2 study (PI)

4.    A Multicenter, Randomized, Parallel Placebo-Controlled Study Of The Safety And Efficacy Of Subcutaneous Remodulin Therapy After Transition From Flolan In Patients With Pulmonary Arterial Hypertension. United Therapeutics 2002. Phase 4 study (PI)

5.    A Randomized, Double-Blind, Placebo-Controlled Phase 2 Study of Imitinab Mesylate for IPF. Research Grant from Novartis 2003-2004. Phase 2 study (PI)

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

6.      Inspire study: A Randomized, Double-Blind, Placebo-Controlled Study of Subcutaneous interferon-gamma1b in Patients with IPF (G-IPF007). Intermune Pharmaceuticals. Phase 3 study (PI)

7.      Aerosolized iloprost: a Clinical Trial in IPF to Improve Ventilation and Exercise (Active Trial). Cotherix,  Inc. 2005. Phase 2 study (Associate PI)

8.      Endobronchial Valve for Emphysema PalliatioN Trial (VENT Study). Emphasys Medical, Inc. 2005. Phase 3 study (PI)

9.      Compass Study of sildenafil versus sildenafil and bosentan for pulmonary arterial hypertension . Actelion 2006. Phase 3 study (PI)

10.     Freedom study of oral treprostinil for pulmonary arterial hypertension. United Therapeutics 2006. Phase 3 study (PI)

11.     Reveal Registry for Pulmonary Arterial Hypertension. Actelion 2006 (PI)

12.     Pirfenidone for IPF (Capacity 2 study). Intermune 2006. Phase 3 study  (PI)

13.     A Retrospective Chart Review to Assess the Safety and Efficacy of Transitioning Patients on Ventavis to Remodulin. United Therapeutics 2007

14.     BUILD-3 study of Bosentan in IPF. Actelion 2007. Phase 3 study (PI)

15.     Inhaled cyclosporine for the prevention of bronchiolitis obliterans syndrome in lung transplant recipients. APT Pharmaceuticals 2008. Phase 3 study (PI)

16.     Inhaled Treprostinil for Pulmonary Hypertension in IPF. United Therapeutics. Phase 1 study. October 2008 (PI)

17.     Artemis-IPF study. Ambrisentan for IP Gilead August 2009. Phase 3 study (PI)

18.     Artemis-PH study. Ambrisentan for IPF complicated by pulmonary hypertension. Gilead August 2009. Phase 3 study (PI and Chair of Steering Committee)

19.     Ventavis to Inhaled Remodulin switch study. United Therapeutics 2009. Phase 4 study (PI)

20.     A Phase 2a, Open-Label, Single-Arm Study to Evaluate the Safety, Tolerability, and Efficacy of FG-3019 in Subjects with Idiopathic Pulmonary Fibrosis. Protocol FGCL-3019-049. Fibrinogen 2011. (PI)

21.     A 52 weeks, double blind, randomized, placebo-controlled trial evaluating the effect of oral BIBF 1120, 150 mg twice daily, on annual Forced Vital Capacity decline, in patients with Idiopathic Pulmonary Fibrosis (IPF). Protocol number 1199.32. Boehringer Ingelheim Pharmaceuticals, Inc. 2011 (PI)

43

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

22.     A prospective, longitudinal, non-pharmacological, case-controlled study to evaluate longitudinal disease behavior and biomarker data over a 52-week period in IPF patients. Sanofi Aventis (PI)

23.     Phase 2 Clinical Trial utilizing nebulized inhaled Nitrite for patients with PAH. Aires Pharmaceuticals. 2012-2014 (PI)

24.     A Phase 2, Randomized Dose-ranging Study to Evaluate the Efficacy of Tralokinumab in Adults with Idiopathic Pulmonary Fibrosis. MedImmune 2012-15

25.     RAINIER study of simtuzumab for IPF. Gilead 2013-2016. PI

26.     A Randomized, Double-Blind, Placebo-Controlled Study To Evaluate the Efficacy and Safety of BG00011 in Patients With Idiopathic Pulmonary Fibrosis. Phase 2 b study. Biogen 2018- (PI)

27.     Bronchial Sample Collection for a Novel Genomic Test-BRAVE study. (Role: PI)     07/2013—present

28.     Pulmonary Fibrosis Foundation Patient Registry     (Role: SI)     07/2013 – present

29.     Pulmonary  Arterial Hypertension Registry     (Role: SI)     07/2015 – present

30.     Boehringer Ingelheim Pharmaceuticals, Inc. - 1199.247, A double blind, randomized, placebo-controlled trial evaluating the efficacy and safety of nintedanib over 52 weeks in patients with Progressive Fibrosing Interstitial Lung Disease (PF-ILD)     (Role: SI)  07/2017- present

31.     Protocol LTI-301:A Phase 3 Open-label, Multicenter Study to Evaluate the Long-term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients     (Role: SI)     06/2018- 10/2020

32.     A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of BG00011 in Patients With Idiopathic Pulmonary Fibrosis     (Role: PI) 07/2018 - 08/2020

33.     Extracorporeal Photopheresis for the Management of Progressive Bronchiolitis Obliterans Syndrome in Medicare-Eligible Recipients of Lung Allografts     (Role: SI)  11/2018- present

34.     BT-L-CsA-301-SLT (BOSTON-1): A Phase III, Prospective, Multicenter, Randomized, Controlled Clinical Trial to Demonstrate the Efficacy and Safety of Liposomal Cyclosporine A (L-CsA) Inhalation Solution Delivered via the PARI Investigational eFlow® Device plus Standard of Care versus Standard of Care Alone in the Treatment of Chronic Lung Allograft Dysfunction/Bronchiolitis Obliterans Syndrome in Patients post Single Lung Transplantation     (Role: SI)     12/2018- present

35.     Retrospective Evaluation of *IPF* Patients: Real-World Experience from the Trio Health Network (Role: PI)     03/2019- present

36.     Retrospective Evaluation of *PAH* Patients: Real-World Experience from the Trio Health Network (Role: PI)     03/2019- present

44

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

37. EVP-DEV-LTX-301 Increasing Lung Transplant Availability Using Normothermic Ex Vivo Lung Perfusion (EVLP) at a Dedicated EVLP Facility          (Role: SI)  06/2019- present

38. A Phase 3 Randomized Study to Evaluate the Safety and Antiviral Activity of Remdesivir (GS-5734™) in Participants with *Severe* COVID-19  (Role: SI)     03/2020- 08/2020

39. A Phase 3 Randomized Study to Evaluate the Safety and Antiviral Activity of Remdesivir (GS-5734™) in Participants with *Moderate* COVID-19  (Role: SI)      03/2020- 08/2020

40. Expanded Access Treatment Protocol: Remdesivir (RDV;GS-5734) for the Treatment of SARS-CoV2 (CoV) Infection   (Role: SI)    03/2020- 08/2020

41. An adaptive phase 2/3, randomized, double-blind, placebo-controlled study assessing efficacy and safety of sarilumab for hospitalized patients with COVID-19        (Role: SI)  03/2020- 12/2020

42. A Randomized Double-blind Placebo-controlled Study to Evaluate the Safety and Efficacy of ATYR1923 In Adult Patients with Severe Pneumonia Related To SARS-CoV-2 Infection (COVID-19)
     (Role: SI)      04/2020-12/2020

43. Open-label Treatment of severe Coronavirus Disease 2019 (COVID-19) with convalescent plasma collected from individuals with documented infection and recovery from COVID-19 (SARS-CoV)
     (Role: SI)      04/2020-12/2020

44. A Multi-Center, Adaptive, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Efficacy and Safety of Gimsilumab in Subjects With Lung Injury or Acute Respiratory Distress Syndrome (ARDS) Secondary to Coronavirus Disease 2019 (COVID-19)        (Role: SI)
     05/2020-12/2020

45. A Phase II Study Evaluating Fostamatinib for Hospitalized Adults with COVID-19
     (Role: PI)     08/2020- present

46. Protocol VX19-864-101: A Phase 2, Randomized, Double-blind, Placebo-controlled Study of the Efficacy and Safety of VX-864 in PiZZ Subjects. (Role: SI)     12/2020- present

47. Assessing Safety, Hospitalization and Efficacy of rNAPc2 in COVID-19 (ASPEN-COVID-19)
                    (Role: PI)   03/2021 - present

**Investigator initiated studies**

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

1.    Research grant from the ALA of Northern Virginia for the study of Advanced Lung Diseases. $10,000   1997 (PI)

2.    Endobronchial stents for patients with advanced COPD. $12,000 from Boston Scientific 1997 (PI)

3.    Research grant from Intermune Pharmaceuticals for research into IPF. $10,000 (PI)

4.    Development of a Questionnaire for the detection of IPF. Research Grant for $60,000 from Intermune Pharmaceuticals 2003. (PI)

5.    Anemia in Chronic Lung Disease. $32,600 from Ortho Biotech 2004 (PI)

6.    Voriconazole Prophylaxis in Lung Transplant Recipients. $12,000 from Pfizer (PI)

7.    Inhaled iloprost for parenchymal lung disease. $75,000 from Cotherix 2006 (PI)

8.    Idiopathic Pulmonary Fibrosis and Pulmonary Hypertension. $25,000 from Intermune 2006 (PI)

9.    Tailored Therapy for IPF. Inova Health Systems grant $15,000. July 2007 (PI)

10.   The Six Minute Walk Test: Reproducibility and Comparison to a Stair-Step Test. Inova Health Systems grant $15,000. July 2008 (PI)

11.   Antimicrobial Peptides in Idiopathic Pulmonary Fibrosis. George Mason University-Inova research grant   $40,000. September 2009 (associate PI)

12.   Safety and feasibility of switching from oral to parenteral treprostinil. $101,000 Funded by United Therapeutics November 2012

13.   Pulmonary Rehabilitation in COPD: response to inhaled Treprostinil. Funded by United Therapeutics $284,754.00 February 2014 (co-PI)


**Federal Funding**

1.    NIH intramural grant for a NIH-Inova Advanced Lung Disease Program - $1,538,000.00 over 5 years. September 28th, 2007

2.    Response and Adaptation to Aerobic Exercise in Patients with Pulmonary Hypertension: NIH intramural grant for Pulmonary Rehabilitation protocol 2008. $228,000

3.    Validation of a multi-gene test for lung cancer risk. Prime Award No 1RC2CA148572. Subaward No. NS 2011-81 2011

4.    National Biological Sample and Data Repository for Pulmonary Arterial Hypertension- R24 grant. January 2012

5.    NIH intramural grant for a NIH-Inova Advanced Lung Disease Program extension - $278,615.00 per year 2013-2017. PI

6.    NIH grant Genome Transplant Dynamics. Protocol number 15-1906. August 2015 $248,062.50 for one year. PI

46

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

7.     Exercise Therapy for Advanced Lung Disease Trials: Response & Adaptation to Aerobic Exercise in Patients with Advanced Lung Disease. 9/8/2014-9/7/2017 IDIQ Contract Number HHSN269201400004I $455,780.00. PI

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**Supplemental  information available on request**

1. **Grand Rounds and talks at National/International meetings: N=280 (as of 10/09/2023)**

2. **Abstracts; N=468 (as of 10/09/2023)**

3. **Electronic Publications and presentations: N=54**

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

# ATTACHMENT B

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**Declaration of Steven D. Nathan, M.D.
in Support of Plaintiff's Motion for Preliminary Injunction**

<u>Prior Testimony</u>

- *Genentech, Inc. et al. v. Aurobindo Pharma Limited, et al.*, No. 19-cv-0078 (RGA) (D. Del.)

- *Christopher W. Mee, et al. v. Robert Peterson, M.D.*, No. 24-C-18-002976 (Md. Cir. Ct.)

- *Washington v. American Homes*, 02-vs-028451 (Fulton Cnty. GA)

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

# ATTACHMENT C

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

**Declaration of Steven D. Nathan, M.D.**
**in Support of Plaintiff's Motion for Preliminary Injunction**

<u>Documents Relied Upon</u>

| |
|---|
| Adempas Prescribing Information (2013) ("Adempas Label") |
| Agarwal M, et al., *Inhaled Treprostinil in Group-3 Pulmonary Hypertension*, J Heart Lung Transplant 2015; 34: Suppl:S343. abstract. ("Agarwal 2015") |
| Al-Naamani N, et al, *Biomarkers and Other Methods for Assessing Patient Progress*, in *Pulmonary Hypertension: Basic Science to Clinical Medicine* 231, 231 (Bradley A. Maron et al., eds., 2016) |
| Amen E, et al., *Analysis of V/Q-Matching–A Safety "Biomarker" in Pulmonary Drug Development?*, 16 Biomarkers S5 (2011) |
| Bajwa A, et al*., The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease*, Pulm Circ 2017; 7:82-8. ("Bajwa 2017") |
| Behr J, et al., *Efficacy and Safety of Sildenafil Added to Pirfenidone in Patients with Advanced Idiopathic Pulmonary Fibrosis and Risk of Pulmonary Hypertension: A Double-Blind, Randomised, Placebo-Controlled, Phase 2b Trial*, 9 Lancet Respiratory Med. 1 (Jan. 2021) |
| Collum S, et al., *Pulmonary Hypertension Associated with Idiopathic Pulmonary Fibrosis: Current and Future Perspectives*, 2017 Can. Respiratory J. 1430350 (Feb. 13, 2017) |
| Corte T, et al., *Bosentan in Pulmonary Hypertension Associated with Fibrotic Idiopathic Interstitial Pneumonia*, 190 Am. J. of Respiratory & Critical Care Med. 208, 208 (2014) |
| Declaration of Aaron Waxman (Counterclaims Ex. 29) |
| Engel P, *Invasive Techniques for Diagnosis of PH*, in *Pulmonary Hypertension and Interstitial Lung Disease* 29 (Robert P. Baughman et al., eds., 2d ed. 2017) |
| Esbriet Prescribing Information (2014) ("Esbriet Label") |
| Examiner's Search Report, U.S. Patent Application No. 17/233,061 (uploaded August 24, 2022) |
| Fabyan K, et al., *Pulmonary Hypertension in Interstitial Lung Disease: Management Options to Move Beyond Supportive Care*, 12 Current Pulmonology Reports 105 (2023) |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

| |
|---|
| Faria-Urbina et al., *Inhaled Treprostin in Pulmonary Hypertension Associated with Lung Disease*, Lung 196:139-146 (2018) |
| Hill N, et al., *INSPIRE: Safety and Tolerability of Inhaled Yutrepia (Treprostinil) in Pulmonary Arterial Hypertension (PAH)*, 12 Pulmonary Circulation e12119 (2022) |
| Huston J, et al., *Pulmonary Hypertension in Patients Without Pulmonary Arterial Hypertension*, in *Pulmonary Hypertension: Basic Science to Clinical Medicine* 29, 29 (Bradley A. Maron et al. eds., 2016) |
| International Patent Application No. WO2019/237,028 ("Guarneri") |
| King C & Nathan SD*, Treatment of Pulmonary Hypertension in Interstitial Lung Disease*, in *Pulmonary Hypertension and Interstitial Lung Disease* 67, 67-68 (Baughman et al., eds., 2d. ed. 2017) |
| Kolb M, et al., *Nintedanib plus Sildenafil in Patients with Idiopathic Pulmonary Fibrosis*, 379 New Eng. J. Med. 1722 (2018). |
| Krowka M, et al., *A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Iloprost Inhalation in Adults with Abnormal Pulmonary Arterial Pressure and Exercise Limitation Associated with Idiopathic Pulmonary Fibrosis*, 132 Chest 633A (2007) |
| LinkedIn Profile for Cunquin Deng |
| LinkedIn Profile for Peter Smith |
| Liquidia's Paragraph IV Certification Regarding U.S. Patent No. 11,826,327 dated Dec. 12, 2023 ("Notice Letter") |
| Nathan SD, et al., *Riociguat for Idiopathic Interstitial Pneumonia-Associated Pulmonary Hypertension (RISE-IIP): A Randomised, Placebo-Controlled Phase 2b Study*, 7 Lancet Respiratory Med. 780 (2019) |
| Nunes H, et al., *Pathology of Vascular Changes in Interstitial Lung Diseases*, in *Pulmonary Hypertension and Interstitial Lung Disease* 45 (Baughman et al., eds., 2d. ed. 2017) |
| Ofev Prescribing Information (2014) ("Ofev Label") |
| Parikh K, et al., *Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension*, 67 J. Cardiovascular Pharmacology 322 (2016) ("Parikh 2016") |
| Press Release, Liquidia, Liquidia Submits Amendment to Add PH-ILD Indication to Tentatively Approved NDA for YUTREPIA™ (Treprostinil) Inhalation Powder (July 27, 2023). |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

| |
|---|
| Press Release, Liquidia, Liquidia Submits New Drug Application for LIQ861 (Treprostinil) Inhalation Powder to U.S. Food and Drug Administration for the Treatment of Pulmonary Arterial Hypertension (PAH) (Jan. 27, 2020) |
| Press Release, UTC, United Therapeutics Announces Recent Milestones for its Heart and Kidney Xenotransplantation Programs (Sept. 22, 2023) |
| Revatio Prescribing Information (2005) ("Revatio Label") |
| RIN-PH-201 Clinical Study Report, Submitted to FDA in support of New Drug Application No. 022387 for UTC's Tyvaso® product (Dec. 11, 2015) ("INCREASE Study Report") |
| Roscigno et al., *Pharmacokinetics and Tolerability of LIQ861, a Novel Dry-Powder Formulation of Treprostinil*, 10 Pulmonary Circulation 4 (Oct.-Dec. 2020) |
| Roscigno et al., *Comparative bioavailability of inhaled treprostinil administered as LIQ861 and Tyvaso in healthy subjects*, Vascular Pharmacology 138:106840 (June 2021) |
| Safety and Efficacy of Inhaled Treprostinil in Adult PH With ILD Including CPFE, ClinicalTrials.gov ID NCT02630316 (Dec. 11, 2015) at 14-15 |
| Simonneau G, et al., *Haemodynamic Definitions and Updated Clinical Classification of Pulmonary Hypertension*, 53 Eur. Respiratory J. 1801913 (2019) |
| Tyvaso Prescribing Information (2009) ("Tyvaso Label 2009") |
| Tyvaso Prescribing Information (2021) ("Tyvaso Label 2021") |
| Tyvaso Prescribing Information (2023) ("Tyvaso Label 2023") |
| U.S. Patent App. 2013/00966200 ("Wade '200") |
| U.S. Patent No. 11,826,327 File History (U.S. Patent Appl. No. 17/233,061) |
| United Therapeutics Corp. Form 8-K (Sept. 20, 2022) |
| United Therapeutics Corp., *A Phase 3 Adaptive Study to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Participants with Pulmonary Hypertension (PH) Due to Chronic Obstructive Pulmonary Disease (COPD) (PERFECT)* (Apr. 5, 2018) |
| Ventavis Prescribing Information (2004) ("Ventavis Label 2004") |
| Wang et al., *Hemodynamic and Gas Exchange Effects of Inhaled Iloprost in Patients with COPD and Pulmonary Hypertension*, 12 Int'l J. COPD 3353 (2017) ("Wang 2017") |
| Waxman A, et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, 384 New Eng. J. Med. 325 (2021) ("INCREASE study") |

CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2

Zisman D, et al., *A Controlled Trial of Sildenafil in Advanced Idiopathic Pulmonary Fibrosis*, 363 New Eng. J. Med. 620 (2010) ("Zisman 2010")

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 26, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Brittany Cazakoff, Esquire<br>Rachel Preston, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)