IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

C.A. No. 23-975 (RGA)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE PUBLIC VERSION OF DEFENDANT'S
<u>OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION</u>**

IT IS STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Defendant to file public versions of its opposition to Plaintiff's motion for a preliminary injunction and related papers (D.I. 52-55) is extended to April 19, 2024.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| mflynn@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

April 16, 2024

**IT IS SO ORDERED**, this _____ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE