IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | **Redacted - Public Version @** |
| v. | ) ) | C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**EXPERT DECLARATION OF DR. RICHARD CHANNICK**

# TABLE OF CONTENTS

**Page**

## CONTENTS

I.      INTRODUCTION AND SUMMARY OF OPINIONS ................................................ 1

II.     QUALIFICATIONS ............................................................................................. 2

III.    LEGAL PRINCIPLES ......................................................................................... 3

    A.    Anticipation............................................................................................. 3

    B.    Obviousness ............................................................................................ 4

    C.    Non-Infringement ................................................................................... 5

IV.     PERSON OF ORDINARY SKILL IN THE ART ................................................... 5

V.      TECHNICAL BACKGROUND ............................................................................. 6

    A.    Overview of Pulmonary Hypertension ................................................... 6

    B.    Pulmonary Hypertension Associated with Interstitial Lung Disease .................. 9

    C.    Treprostinil and PH-ILD ...................................................................... 10

        1.    The Benefits of Treprostinil Were Generally Known............................ 10

        2.    Long Before April 2020, Physicians Were Using Inhaled Treprostinil to Treat PH-ILD ................................................................... 13

        3.    The INCREASE Study Confirmed Known Benefits of Inhaled Treprostinil in PH-ILD Patients............................................................ 18

    D.    Yutrepia™ and PH-ILD ........................................................................ 19

VI.     THE '327 PATENT ............................................................................................ 21

VII.    THE PRIOR ART DISCLOSES THE INVENTION CLAIMED BY THE '327 PATENT ........................................................................................................... 23

    A.    Overview of the Prior Art ..................................................................... 23

        1.    The '793 Patent ..................................................................................... 23

        2.    The 2009 Tyvaso Label ......................................................................... 27

        3.    The 2017 INCREASE Study Description............................................... 29

        4.    Agarwal 2015 ......................................................................................... 30

        5.    Saggar 2014 ........................................................................................... 32

    B.    The '793 Patent Alone Discloses Claims 1, 6, 9–11, and 14 of the '327 Patent........................................................................................................ 32

        1.    The '793 Patent Alone Discloses Claim 1 ............................................ 33

        2.    The '793 Patent Alone Discloses Claims 6, 9–11, and 14...................... 39

## TABLE OF CONTENTS
(continued)

**Page**

C. The 2009 Tyvaso Label Discloses Claims 1, 6, and 9–11 of the '327 Patent ..................................................................................................... 43

    1. The 2009 Tyvaso Label Alone Teaches Claim 1 of the '327 Patent ....... 43

    2. The 2009 Tyvaso Label Teaches Claims 6 and 9–11 of the '327 Patent.................................................................................................. 47

D. The 2017 INCREASE Study Description Discloses Claims 1, 6, and 9–11 of the '327 Patent ........................................................................... 48

E. The '793 Patent in Combination with Agarwal 2015 and Saggar 2014 Discloses the Invention Claimed by the '327 Patent ............................. 49

    1. Claim 1 of the '327 Patent Is Taught by the '793 Patent in Combination with Agarwal 2015 ........................................................ 49

    2. The '793 Patent in Combination with Agarwal 2015 Discloses Claim 6 ................................................................................................ 59

    3. The '793 Patent in Combination with Agarwal 2015 and Saggar 2014 Discloses Claims 9 and 10 ......................................................... 59

    4. The '793 Patent in Combination with Agarwal 2015 Discloses Claims 11 and 14 ............................................................................... 60

F. Secondary Considerations of Non-Obviousness.................................... 61

VIII. LIQUIDIA DOES NOT INFRINGE CLAIMS 9–11 AND 14 OF THE '327 PATENT ............................................................................................................ 64

A. Liquidia Does Not Infringe Claims 9–10 of the '327 Patent ............................... 64

B. Liquidia Does Not Infringe Claims 11 and 14 of the '327 Patent ...................... 65

IX. CONCLUSION AND RESERVATION OF RIGHTS.................................................. 68

## I.    INTRODUCTION AND SUMMARY OF OPINIONS

1.    I, Richard Channick, am over the age of eighteen and otherwise competent to make this declaration.

2.    I submit this expert declaration on behalf of Liquidia Technologies Inc. ("Liquidia") in connection with the above-captioned case and in support of Liquidia's Opposition to UTC's Motion for a Preliminary Injunction.  I understand United Therapeutics Corporation ("UTC") and Dr. Nathan have identified claims 1, 6, 9–11, and 14 (the Asserted Claims") of U.S. Patent No. 11,826,327 ("'327 patent") as allegedly infringed by Liquidia's Yutrepia™ product.

3.    I have been asked by Liquidia's counsel to assess whether, based on the available prior art, the claimed invention was already disclosed before the priority date of the '327 patent.  I have further been asked to assess whether, based on the proposed Yutrepia™ label, Liquidia will induce infringement of the Asserted Claims.  In my Opinion, and as I detail in this Declaration, all of the Asserted Claims are disclosed by the prior art.   Further Liquidia does not induce infringement of Asserted Claims 9–11 and 14 of the '327 patent.

4.    To assess the '327 patent, I have considered the teachings of the scientific literature before April 17, 2020, in light of general knowledge of the art before that date, including materials cited in the report and any additional materials in **Appendix A**, as well as my education and experience.  In addition to these materials, I may consider additional documents and information in forming any supplemental opinions.  To the extent I am provided additional documents or information, I may offer further opinions.

5.    I am being compensated for my time in connection with this Declaration in support of Liquidia's response to UTC's Preliminary Injunction motion at my standard consulting rate of $700 per hour.  My compensation does not depend on the outcome of or the content of my testimony in the current proceedings.

## II.    QUALIFICATIONS

6.    Below, I summarize my background, qualifications, and experience relevant to the issues raised in the current case.  A copy of my curriculum vitae, which includes a full description of my background qualifications is attached to this report as **Appendix B**.  To the best of my knowledge and recollection, I have not testified in any deposition or at trial within the past 4 years.

7.    I am a Doctor of Medicine with more than 35 years of experience treating pulmonary diseases.  I currently hold the Saul Brandman Endowed Chair in Pulmonary Arterial Hypertension at UCLA Medical Center.

8.    In 1984, I earned my medical degree from Temple University School of Medicine. I then trained as a resident in internal medicine at the University of Massachusetts Medical Center from 1984–1987 and then as Chief Resident from 1987–1988.  From 1988–1991, I completed a fellowship in pulmonary and critical care medicine at the University of California San Diego Medical Center.

9.    I am licensed to practice medicine in California and hold certifications in Pulmonary Medicine and Critical Care.  In addition to serving as the Saul Brandman Endowed Chair in Pulmonary Arterial Hypertension, I have been a Professor of Clinical Medicine at the Pulmonary and Critical Care Division of the David Geffen School of Medicine at UCLA and an Attending Physician for Pulmonary and Critical Care at the UCLA Medical Center since 2018.

10.    I have treated thousands of patients with pulmonary hypertension ("PH"), including PH associated with interstitial lung disease ("PH-ILD") and I have prescribed therapies, including treprostinil, to many of these patients.  In particular, I treat more than 100 patients with PH-ILD every year, and I regularly prescribe the use of inhalers to my patients.

11.     I have been a co-investigator for multiple projects and am also co-chair of the task force of the 7th World Health Symposium on Pulmonary Hypertension charged with devising the criteria for diagnosing PH-ILD.

12.     Since 1988, I have published over 150 original articles in peer-reviewed journals, including many on PH.  Several of these articles concern the use of treprostinil to treat PH, including, for example, on using inhaled treprostinil in Group 3 PH patients.[1]  I have also written multiple chapters and reviews on PH.  Additionally, I have given more than 500 regional lectures at community hospitals and local conferences, including on pulmonary vascular disease.

## III.    LEGAL PRINCIPLES

13.     I am not an attorney and do not provide any opinions regarding the law.  However, I have been informed of certain legal principles relating to the issues I discuss and which I have used to guide my opinions.  These principles are set forth in this section.

### A.     Anticipation

14.     I understand from counsel that a patent is anticipated if a single prior art reference teaches each and every element of the claim.

15.     I further understand from counsel that a reference need not explicitly disclose the claim element to anticipate it.  Instead, a reference can inherently anticipate a claim if the prior art reference would have necessarily possessed or necessarily functioned in accordance with the claimed element.  That is, in practicing the prior art, the claimed invention would have necessarily and inevitably been present.  I understand that an element may be inherent in the prior art even if a POSA did not recognize that inherent property at the time, and thus a POSA may rely on

---

[1] R. Saggar, F. Abtin, R. Channick, Inhaled Treprostinil in Group 3 Pulmonary Hypertension, *N. Engl. J. Med.* 384(19):1870 (2021) ("Saggar 2021").

disclosures outside the prior art to show a property was inherent. I further understand that discovering a previously unknown or unappreciated property of the prior art does not render that discovery patentable.

**B.    Obviousness**

16.    Counsel has advised me that a patent claim is invalid as obvious if the differences between the claim and the prior art are such that the claimed subject matter as a whole would have been obvious to a POSA at the time of the claimed invention's priority date. Counsel has advised me that a POSA is assumed to have knowledge of all prior art.

17.    I further understand from counsel that a patent claim may be proven obvious by either a single prior art reference or a combination of prior art references. When prior art references are combined, I understand there must be some reason or motivation to combine the teachings in those prior art references. I understand that motivation to combine may come from several sources, including common sense and knowledge, the prior art as a whole, any need or problem known in the field, the inferences a POSA would normally make, and the ordinary creative process of a POSA. I also understand from counsel, that a POSA must also have a reasonable expectation of success in arriving at the claim. Reasonable expectation of success, however, does not require certainty of success.

18.    I have further been advised by counsel that if a patent claims a combination of familiar elements according to known methods, the combination is likely to be obvious when a POSA has a reasonable expectation of success in combining the elements. I further have been advised by counsel that a patent claim may be obvious where it is obvious to try when there are a finite number of identified, predictable solutions for a POSA to pursue that leads to the reasonably expected success.

19.     I understand from counsel that "hindsight bias" and ex-post reasoning should be avoided when performing an obviousness analysis.

20.     In determining whether a patent claim is obvious or not, I have been advised by counsel that one may also consider objective indicia of non-obviousness, which are also called secondary considerations of non-obviousness.   These secondary considerations include (i) commercial success of the patented invention; (ii) long-felt but unmet need in the art that was satisfied by the claimed invention; (iii) failure of others to make the claimed invention; (iv) unexpected results of the claimed invention; (v) skepticism of those having ordinary skill in the art at the time of the claimed invention; (vi) praise of the claimed invention by those having ordinary skill in the art; and (vii) copying of the claimed invention by others in the field.

### C.     Non-Infringement

21.     I understand from counsel that infringement requires UTC to prove that each limitation of the Asserted Claims is met by Liquidia's product, Yutrepia™.  The failure to meet even a single element within an Asserted Claim requires a finding that Yutrepia™ does not literally infringe the claim.

22.     I also understand from counsel that induced infringement requires that Liquidia specifically intended to encourage infringement by doctors and other healthcare providers that would use Yutrepia™.  I also understand that a drug label must encourage, recommend, or promote infringement in order for the label to evidence the accused infringer's specific intent.

## IV.    PERSON OF ORDINARY SKILL IN THE ART

23.     I understand that an evaluation of the claims of the '327 patent should be undertaken from the perspective of a person of ordinary skill in the art ("POSA" or "skilled artisan") as of the earliest priority date.  For purposes of this Declaration, counsel has asked me to assume that the relevant date is April 17, 2020.  I have been advised by counsel for Liquidia that

-5-

in determining the appropriate level skill of a POSA, I may consider the following factors: (1) the types of problems encountered by those working in the field and prior art solutions thereto; (2) the sophistication of the technology in question, and the rapidity with which innovations occur in the field; (3) the educational level of active workers in the field, and (4) the educational level of the inventors.

24.     To assess the level of skill in the art, I have considered the factors above as well as the '327 patent, the prior art, and my experience.  In my opinion, a POSA would have a medical degree with a specialty in pulmonology or cardiology, plus at least two years of experience treating patients with PH as an attending, including PH associated with ILD and including with inhaled therapies, or equivalent degree or experience.

25.     Dr. Nathan has opined that a POSA "would have a graduate degree in medicine, such as an M.D., with at least two-years' experience treating patients with interstitial lung disease, including PH-ILD."[2]  Whether the court adopts his definition or mine, my opinions would not change.

26.     Based on my qualifications and experience, I qualify as a POSA.  By April 2020, I had treated patients with PH, including PH-ILD, for over thirty years.

## V.     TECHNICAL BACKGROUND

### A.     Overview of Pulmonary Hypertension

27.     Pulmonary hypertension comprises a variety of conditions that affect the pressure in the blood vessels of the lungs.[3]  Patients with PH have higher than normal pressure in the pulmonary arteries, meaning the right side of the heart has to work harder to pump blood to the

---

[2] Nathan Decl., ¶ 27.

[3] R. Channick, Pulmonary hypertension: Classification and treatment, *Can. J. Cardiology*, 26: 5B (2010) (LIQ_PH-ILD_00001419).

lungs. As a result, patients with PH may experience shortness of breath, chest pain, lightheadedness, fatigue, fainting spells, and swelling in their extremities.

28. Typically, PH is diagnosed by measuring mean pulmonary arterial pressure ("mPAP"). In healthy individuals, the normal mPAP range is between 8–20 millimeters of mercury ("mmHg"). Patients with PH, however, exhibit mPAP levels greater than 20 mmHg.[4] Mean arterial pressure is measured using a technique called right heart catheterization, where a thin tube is inserted into a vein (typically in the neck or arm) of the patient and directed to the right side of the heart. Using this technique, physicians can record or derive not only mPAP but also other measures, including pulmonary vascular resistance or "PVR" (a measure of how difficult it is for blood to flow through those vessels, with a higher number indicating more difficulty) and pulmonary arterial wedge pressure or "PAWP" (an estimate of the pressure in the left ventricle of the heart).

29. As I noted above, PH comprises a variety of conditions. The PH caused by these conditions is commonly classified into five different groups, depending on, amongst other factors, the underlying pathophysiology and clinical presentation. As of the filing date of the '327 patent in April 2020, the five groups were as follows:[5]

- **WHO Group 1**: Pulmonary arterial hypertension ("PAH");

- **WHO Group 2**: PH due to left heart disease;

---

[4] G. Simonneau, et al., Haemodynamic definitions and updated clinical classification of pulmonary hypertension, *Eur. Respir. J.* 53: 1801913 (2019) (UTC_PH-ILD_010679) ("Simonneau 2019"). For several years, the World Symposium on Pulmonary Hypertension defined hypertension as mPAP levels $\geq$ 25 mmHg. The upper limit for normal pressure, however, was more recently changed to 20 mmHg. (Simonneau 2019 at UTC_PH-ILD_010679–80.)

[5] Simonneau 2019 at UTC_PH-ILD_010684 (Tbl. 2); '793 patent at UTC_PH-ILD_009788 (1:41-46); G. Simonneau, et al., Clinical Classification of Pulmonary Hypertension, *J. Am. Coll. Cardiol.* 43(12):5S-12S (2004) (LIQ_PH-ILD_00002479) ("Simonneau 2004"), at 6S (Tbl. 1).

- **WHO Group 3**: PH due to lung diseases and/or hypoxia. This Group includes PH due to obstructive lung diseases like chronic obstructive pulmonary disease ("COPD"), restrictive lung diseases like interstitial lung disease ("ILD"), hypoxia, and developmental lung disorders;

- **WHO Group 4**: PH due to pulmonary artery obstructions. This group includes chronic thromboembolic PH;

- **WHO Group 5**: PH due to unclear and/or multifactorial mechanisms, including hematological disorders, systemic and metabolic disorders, and complex congenital heart disease.

I note that there is disease heterogeneity even within each of the five groups. Thus, patients may be classified as mixed—for example mixed Group 1 and Group 3 or mixed Group 1 and Group 2. In fact, the five group classification system is used primarily as an organization tool, but in reality, many patients do not fall neatly within a single group and instead exhibit characteristics of multiple groups. Indeed, Dr. Nathan testified in his deposition that the five groups are person-made categories which patients do not always fit neatly into[6] and that patients commonly have a mix of different PH groups attributable to comorbidities such as heart disease, PH, and chronic thromboembolic pulmonary hypertension ("CTEPH").[7]

30.    Groups 1, 3, 4, and some patients in Group 5 can all be classified under a broader umbrella known as "pre-capillary pulmonary hypertension." These Groups, including PH-ILD, have similar hemodynamic profiles (mPAP $\geq$ 25 mmHg, PAWP $\leq$ 15 mmHg, PVR $\geq$ 3 Wood Units), and thus, the 6th World Symposium on Pulmonary Hypertension task force proposed

---

[6] Deposition Transcript of Dr. Steven D. Nathan, *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 23-975-RGA (D. Del. Mar. 10, 2024) (LIQ_PH-ILD_00000677) ("Nathan Depo. Tr.") at 77:3-20.

[7] *Id.*

including a pulmonary vascular resistance of $\geq 3$ Wood Units in the definition of all forms of pre-capillary hypertension associated with mPAP.[8]

## B.    Pulmonary Hypertension Associated with Interstitial Lung Disease

31.    Claim 1 of the '327 patent recites a "method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease" by administering treprostinil by inhalation.

32.    Interstitial lung disease or "ILD" refers to a heterogenous group of progressive lung disorders characterized by fibrosis (i.e., stiffening and scarring) of the lung tissue. This thickening and scarring makes it more difficult for oxygen to pass from the alveoli to the blood in the vessels of the lungs. Interstitial lung disease has a variety of associated causes and conditions including pulmonary fibrosis ("PF"); idiopathic pulmonary fibrosis ("IPF"), which is PF of an unknown cause; combined pulmonary fibrosis and emphysema ("CPFE"), and connective tissue disease ("CTD").

33.    The lung damage, including significant fibrosis that is characteristic of ILD, along with the reduced oxygen availability caused by ILD, often leads to increased pressure in the pulmonary circulation resulting in PH. As I noted above, PH-ILD is a subset of Group 3 PH.

34.    Patients with PH-ILD may also display exacerbations. The '327 patent states that "[a]n exacerbation of underlying lung disease is defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality."[9]

---

[8] Simonneau 2019 at UTC_PH-ILD_010679–81.

[9] '327 patent at UTC_PH-ILD_005343 (22:12-15.)

Such exacerbations were known long before the filing date of the '327 patent, however, and are characterized by increased dyspnea and cough as well as decreased oxygen saturation.[10]

35.    As I explained above, Group 3 PH, which includes PH-ILD, can also be categorized as pre-capillary PH.  Despite the different WHO categorizations, there is some overlap in the hemodynamic profile and symptoms between Group 1 PAH and Group 3 PH-ILD.[11]  Indeed, patients lie on a continuum between Group 1 and Group 3, with patients at one extreme having more severe PH and patients at the other extreme having more severe ILD.  Dr. Nathan testified, and I agree, that classifying a patient as Group 1 versus Group 3 is often a spectrum and a patient might be classified in a different group dependent on the physician.[12]  I have treated patients who are mixed Group 3 PH-ILD and Group 1 PH patients, and even with the Group 1 component, I still characterize these patients as having PH-ILD.

### C.    Treprostinil and PH-ILD

#### 1.    The Benefits of Treprostinil Were Generally Known

36.    Treprostinil is a drug belonging to a class of compounds known as prostacyclin analogs that are used to treat PH.  Prostacyclin analogs act as pulmonary vasodilators, meaning they relax the muscle in the pulmonary arteries and thereby decrease the resistance to the flow of blood.

---

[10] G. Leuschner and J. Behr, Acute Exacerbation in Interstitial Lung Disease, *Front. Med.* 4:176 (2017) (LIQ_PH-ILD_00001689) at 2.

[11] R.C. Deano, et al., Referral of Patients with Pulmonary Hypertension Diagnoses to Tertiary Pulmonary Hypertension Centers, *Jama Intern. Med.* 173:10 (2013) (LIQ_PH-ILD_00001426) at 888.

[12] Nathan Depo. Tr. at 78:6-79:3.

37.     Treprostinil is not a new drug.  As the '327 patent recognizes, treprostinil is the active ingredient in several approved therapies for pulmonary arterial hypertension.[13]  In 2002 and 2004, treprostinil was approved under the brand name Remodulin® for subcutaneous and intravenous administration in patients with pulmonary arterial hypertension (PAH) (WHO Group 1) "to diminish symptoms associated with exercise."[14]  In 2009, the FDA approved an inhaled version of treprostinil called Tyvaso® for treating "pulmonary arterial hypertension (WHO Group I) in patients with NYHA Class III symptoms, to increase walk distance."[15]  Tyvaso® is a liquid formulation of treprostinil, which is delivered to a patient as a mist via a pulsed nebulizer.[16] Tyvaso® has since been approved, in 2022, in a different formulation for administration using a dry-powder inhaler called Tyvaso DPI®.[17]  Tyvaso® was also approved in 2021 for PH-ILD "to improve exercise ability".[18]

38.     By 2006 and at least by 2009, inhaled treprostinil was known to benefit patients with pre-capillary PH by improving their exercise capacity.[19]  Then, as now, physicians commonly measured exercise capacity in the Six-Minute Walk Test ("6MWT"), which measures how far a patient can walk (the 6-minute walk distance or "6MWD") in six minutes.

---

[13] '327 patent at UTC_PH-ILD_005336 (8:1-18).

[14] Remodulin Label, NDA 21-272/S-005 (LIQ_PH-ILD_00002444) at 6; '327 patent at UTC_PH-ILD_005336 (8:1).

[15] 2009 Tyvaso Label at UTC_PH-ILD_010693.

[16] 2009 Tyvaso Label at UTC_PH-ILD_010693–94.

[17] 2023 Tyvaso Label at UTC_PH-ILD_010727.

[18] 2021 Tyvaso Label at UTC_PH-ILD_010744.

[19] '793 patent; 2009 Tyvaso Label; R.N. Channick, et al., Safety and Efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension, *J. Am. Coll. Cardiol.* 48(7):1433 (2006) (LIQ_PH-ILD_00001414) ("Channick 2006").

39.     Other measures, including brain natriuretic peptide ("BNP") levels and forced vital capacity "FVC," may also be assessed.[20]  FVC measures the amount of air that an individual is able to forcibly exhale from their lungs.  A higher FVC value indicates better lung function while a lower FVC indicates that a patient has difficulty fully expanding her lungs during inhalation and exhaling effectively.  While FVC may be measured in a clinical setting, physicians typically do not examine FVC alone nor do patients directly perceive a change in FVC in their daily lives.  As a result, physicians instead focus more generally on how the patient is feeling and functioning.

40.     Physicians also assess effectiveness of PH treatments using hemodynamic parameters, like the mPAP, PVR, and PAWP measures I described above.[21]  Changes in hemodynamics are often associated with changes in exercise capacity.  For example, a reduction in PVR is generally correlated with improvements in exercise capacity as measured by the 6MWD.[22]

---

[20] *See, e.g.*, R. Saggar, et al., Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis, *Thorax* 69:123-29 (2014) (LIQ_PH-ILD_00000226) ("Saggar 2014") at 124; A. Waxman, et al., Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease, *N. Eng. J. Med.* 384(4):325 (2021) (UTC_PH-ILD_010790) ("Waxman 2021") at UTC_PH-ILD_010809.

[21] '793 patent at UTC_PH-ILD_009775–87, UTC_PH-ILD_009791–96; Channick 2006 at 1434.

[22] Deposition Transcript of Aaron Waxman, M.D., Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, IPR2021-00406 (P.T.A.B. Jan. 8, 2022) (LIQ_PH-ILD_00000579) ("Waxman IPR Depo. Tr.") at 40:12-14, 42:14-22, 152:1-8; Deposition Transcript of Andrew Clark, Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Jan. 14, 2022) (LIQ_PH-ILD_00000879) ("Clark Depo. Tr.") at 55:19-56:3; Testimony of Aaron Waxman, M.D. Ph.D., Trial Transcript Vol. III in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Mar. 30, 2022) ("Waxman Trial Tr.") (LIQ_PH-ILD_00000792) at 651:14-22; *id.* at 652:11-653:2.

-12-

##### 2. Long Before April 2020, Physicians Were Using Inhaled Treprostinil to Treat PH-ILD

41.     While Tyvaso® was approved for PH-ILD in 2021, the idea and demonstrated success of using treprostinil, including inhaled treprostinil, in Group 3 patients, including PH-ILD patients, long predates both Tyvaso®'s approval date for PH-ILD as well as the April 17, 2020 filing date of the '327 patent.[23]

42.     Multiple studies reported positive uses of treprostinil in WHO Group 3 patients, including those with PH-ILD.  For example, in 2009 in a study supported by a UTC research grant, Saggar, et al. reported that a patient administered parenteral treprostinil showed improvement in the 6MWD, WHO functional class, BNP level, quality of life survey score, Borg Dyspnea Scale, and spirometric function, including an improvement in FVC (% predicted).[24]

43.     In 2014, in another study funded partly by UTC, Saggar et al. examined, amongst other things, hemodynamics, 6MWD, and quality of life indices in patients with pulmonary fibrosis (a form of PH-ILD) who were administered parenteral treprostinil.[25]  The authors reported "significant improvements in right heart h[e]modynamics," "improvements [] in 6MWD," quality of life indices as measured in the 36-Item Short Form Health Survey Mental Component Summary aggregate and University of California, San Diego Shortness of Breath Questionnaires, as well as

---

[23] Indeed, the idea of treating Group 3 PH, including PH-ILD, by using inhaled prostacyclin, was shown to be safe as early as 1999.  (H. Olschewski, et al., Inhaled Prostacyclin and Iloprost in Severe Pulmonary Hypertension Secondary to Lung Fibrosis, *Am. J. Respir. Crit. Care. Med.* 160:600-607 (1999) (LIQ_PH-ILD_00002398) ("Olschewski 1999").)

[24] R. Saggar, et al., Treprostinil to Reverse Pulmonary Hypertension Associated with Idiopathic Pulmonary Fibrosis as a Bridge to Single-Lung Transplantation, *J. Heart and Lung Transplant.* 28:964-7 (2009) (LIQ_PH-ILD_00002986) ("Saggar 2009") at 965.

[25] Saggar 2014.

in BNP levels.[26]   The study also indicated an improvement in FVC, % predicted following treprostinil treatment.[27]

44.     Similarly, a 2012 patent publication from UTC claimed, "[a] method of treating a condition associated with an interstitial lung disease, comprising parenteral administration to subject in need thereof an effective amount of [t]reprostinil. . . wherein said condition is pulmonary hypertension, which [is] a complication of said interstitial lung disease."[28]   The patent disclosed studies showing a positive effect of intravenous treprostinil in patients with IPF and PH.[29]

45.     Several studies further demonstrated that inhaled treprostinil was effective (including in improving exercise capacity) in Group 3 PH, including PH-ILD.  In 2011, Schirro and Waxman described that inhaled treprostinil, delivered according to the "usual protocol starting with three breaths four times a day," in patients with PH and parenchymal lung disease (a form of Group 3 PH) showed improvements in the 6MWD and on the Borg Dyspnea Scale.[30]   The authors concluded that inhaled treprostinil "may offer an effective and well tolerated treatment in subjects with PLD and shortness of breath exacerbated by PH."[31]

46.     In 2015, Agarwal and Waxman examined inhaled treprostinil in WHO Group-3 PH patients, including patients with restrictive disease, and saw significant improvements in the

---

[26] Saggar 2014 at 123, 125 (Tbl. 2), 126, 128.

[27] *Id.* at 125 (Tbl. 2).

[28] US 2013/0096200 (UTC_PH-ILD_010774) ("Wade 200") at Claim 1.

[29] *Id*. at [0082].

[30] A. Schirro and A. Waxman, Inhaled treprostinil therapy in patients with pulmonary hypertension and parenchymal lung disease, *Eur. Respir. J.* 38:p2385 (2011) (LIQ_PH-ILD_00002474) ("Schirro and Waxman 2011") at Abstract; *see also Eur. Respir. J.* Vol. 38 Suppl. 55 Table of Contents (LIQ_PH-ILD_00002462).

[31] *Id.*

6MWD.[32]  The authors concluded that "Group-3 PH can be effectively and safely treated" with inhaled treprostinil and that "[i]nhaled [t]reprostinil may offer a well-tolerated treatment in advanced lung disease patients complicated by pulmonary vascular remodeling."[33]

47.    In 2016, researchers in a UTC funded study reviewed 6MWD data from WHO Group 1–5 patients treated with inhaled treprostinil and reported an improvement in the 6MWD in the retrospective study, including in patients with PH-ILD.[34]

48.    Then again, in 2018, Faria-Urbina and colleagues looked at 22 patients with PH-associated with lung disease who were treated with inhaled treprostinil.[35]  Their assessment concluded that Group 3-PH patients treated with inhaled treprostinil saw significant improvements in the 6MWD.

49.    Dr. Nathan notes that one potential challenge seen with PH-ILD is ventilation-perfusion ("V/Q") mismatch.[36]  Ventilation-perfusion refers to the concept that blood must be delivered to well ventilated alveoli in the lungs to allow for efficient exchange of oxygen and carbon dioxide.  A V/Q ratio in a healthy individual is typically about 4 L/min of air to 5 L/min of blood perfusion, but with V/Q mismatch, this ratio is not maintained.  For example, air may be supplied to regions of the lung with poor perfusion or insufficient air may be supplied to well

---

[32] M. Agarwal and A.B. Waxman, Inhaled Treprostinil in Group-3 Pulmonary Hypertension, *J. Heart and Lung Transplant.* 34(4):S343 (2015) (UTC_PH-ILD_009828) ("Agarwal 2015").

[33] Agarwal 2015 at UTC_PH-ILD_009828 (Conclusion).

[34] K. Parikh., et al., Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension, *J. Cardiovasc. Pharmacol.* 67(4); 322-25 (2016) (UTC_PH-ILD_010599) ("Parikh 2016); *see also* additional copy of Parikh 2016 (LIQ_PH-ILD_00002439).

[35] M. Faria-Urbina, et al., Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease, *Lung* 196:139-46 (2018) (UTC_PH-ILD_009936) ("Faria-Urbina 2018").

[36] Nathan Decl., ¶¶ 186–188.

perfused alveoli vasculature.  In either case, the effective exchange of gases at the alveoli is compromised.

50.    I note that Dr. Nathan does not cite any article or data demonstrating that V/Q mismatch is a problem in patients with PH-ILD.  Instead, this V/Q mismatch had been theorized, but not demonstrated, in patients with PH-ILD, and in my experience, V/Q mismatch is not a significant concern in PH-ILD patients.  In fact, one of the references Dr. Nathan cites states that "[w]orsening of V/Q mismatch and systemic oxygenation does not necessarily equate to lack of efficacy.  If pulmonary vasodilator therapy improves pulmonary hemodynamics leading to an increased cardiac output and increased tissue oxygen delivery, then patients may feel better and have improved exercise tolerance despite decreased oxygen saturation."[37]  Nevertheless, even assuming there is a V/Q mismatch, this V/Q mismatch was hypothesized to be exacerbated by parenteral and oral therapies, but not inhaled therapies.[38].

51.    Indeed, at least by1999, physicians believed that inhaled vasodilator treatments could mitigate concerns related to V/Q mismatch for oral vasodilators by selectively delivering the drug to well-ventilated areas of the lung and avoiding increasing perfusion to poorly ventilated lung areas, thereby preserving V/Q.[39]  In contrast to Dr. Nathan's speculation about unknown effects of V/Q mismatching in iloprost and riociguat studies,[40]  Olschewski and colleagues demonstrated that inhaled epoprostenol (iloprost) in patients with PH-ILD maintained gas

---

[37] H. Nunes, et al., Pathology of Vascular Changes in Interstitial Lung Diseases, in *Pulmonary Hypertension and Interstitial Lung Disease* (Robert P. Baughman et al., eds., 2d ed. 2017) (UTC_PH-ILD_010541) at UTC_PH-ILD_010565.

[38] Nathan Decl., ¶ 188; E. Amen, et al., Analysis of V/Q-Matching–A Safety "Biomarker" in Pulmonary Drug Development?, *Biomarkers* 16(S1):S5-S10 (2011) (UTC_PH-ILD_009839) ("Amen 2011") at UTC_PH-ILD_009842.

[39] Olschewski 1999 at 600.

[40] Nathan Decl., ¶ 188.

exchange and did not show significant changes in shunt flow or oxygenation.[41]  Schirro 2011 echoed the benefits of inhaled therapy, suggesting patients with parenchymal lung disease and PH could safely be treated with inhaled treprostinil compared to systematic vasodilators.[42]  In fact and contrary to Dr. Nathan's testimony that a POSA would not have expected a Group 1 therapy to maintain V/Q matching in a Group 3 patient,[43] Agarwal 2015 notes, that "[i]nhaled prostanoid therapy is delivered directly to well ventilated lung units preserving V/Q, and reducing undesirable alternations in perfusion."[44]  Even Dr. Nathan recognizes that drugs administered via inhalation are directly deposited in healthy alveolar air sacs which results in the selective vasodilation of the blood vessels near that alveoli, preventing V/Q mismatching.[45]

52.     On the basis of the positive studies I described above and the rationale for using inhaled treprostinil in PH-ILD patients, physicians, including myself, regularly prescribed inhaled treprostinil to PH-ILD patients off-label.[46]  They did so before the April 2020 filing date of the '327 patent, before the results of the INCREASE trial were published, and before Tyvaso® was approved for the treatment of PH-ILD.  I, for example, started prescribing Tyvaso® to PH-ILD

---

[41] Olschewski 1999 at 600 (Abstract), 606.  Olschewski 1999 reports that inhaled iloprost showed "better conservation of the ventilation-perfusion matching."  (Id. at 606.)

[42] Schirro and Waxman 2011.

[43] Nathan Decl., ¶ 186.

[44] Agarwal 2015 at UTC_PH-ILD_009828.

[45] Nathan Decl., ¶ 188; Nathan Depo Tr. at 107:19-108:9, 112:5-15.

[46] A 2015 survey of 30 U.S. pulmonary vascular disease centers used PAH therapy in patients with non-group 1 PH, including treprostinil.  (A. W. Trammell, et al., Use of pulmonary arterial hypertension-approved therapy in the treatment of non-group 1 pulmonary hypertension at US referral centers, Pulm. Circ. 5(2):356-63 (2015) (LIQ_PH-ILD_00002539) ("Trammel 2015").)  In 2017, the Giessen PH registry showed that 78% of WHO Group 3 patients, including PH-ILD patients, were on PAH therapies.  (H. Gall, et al., The Giessen Pulmonary Hypertension Registry: Survival in pulmonary hypertension subgroups," J. Heart Lung Transplant. 36(9):957-67 (2017) (LIQ_PH-ILD_00001617) ("Gall 2017") at 965.)

patients almost immediately after it was approved in 2009, and I did so according to the dosing

regimen described in the Tyvaso® label.  Even Dr. Nathan acknowledged that he likely used

inhaled treprostinil off-label to treat PH-ILD patients, and certainly used another therapy,

sildenafil, to treat PH-ILD off-label.[47]

### 3.    The INCREASE Study Confirmed Known Benefits of Inhaled Treprostinil in PH-ILD Patients

53.    Studies I described above also formed the rationale and motivation for the design

and conduct of the INCREASE study, which was a large clinical study for inhaled treprostinil in

PH-ILD patients that began in 2015.[48]  In particular, the New England Journal of Medicine

publication for the INCREASE study cited to several of the studies noting

> Data from previously completed pilot studies suggest that inhaled
> treprostinil can improve hemodynamics and functional capacity in
> patients with group 3 pulmonary hypertension.  Therefore, the
> objective of the INCREASE trial was to evaluate the safety and
> efficacy of inhaled treprostinil in patients with [PH-ILD].[49]

54.    Despite the seemingly negative studies that Dr. Nathan suggests discouraged

administering Group 1 PAH therapies to PH-ILD patients,[50] investigators continued recruiting and

studying patients into the INCREASE study through 2019.  Moreover, Dr. Nathan was on the

steering committee for the study and admitted that he was using other Group 1 therapies in PH-

---

[47] Nathan Depo. Tr. at 88:19-89:21, 92:15-20, 96:6-8.

[48] Waxman 2021 at UTC_PH-ILD_010790-829.

[49] *Id.* at UTC_PH-ILD_010791 (citing Agarwal 2015, Faria-Urbina 2018, L. Wang, et al., Hemodynamic and gas exchange effects of inhaled iloprost in patients with COPD and pulmonary hypertension, *Int'l J. COPD*, 12:3353-60 (2017) (UTC_PH-ILD_010782), and A. Bajwa, et al., The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease, *Pulmonary Circulation* 7:82-88 (2017) (UTC_PH-ILD_009846).)

[50] Nathan Decl., ¶ 184; *see also id.* at ¶¶ 78–87.

ILD before the INCREASE study, including inhaled treprostinil and sildenafil.[51]  The INCREASE results were published in 2021 and confirmed the results seen in earlier studies that treprostinil administered to patients with PH-ILD "improved exercise capacity from baseline, assessed with the use of a 6-minute walk test."[52]  Amongst other measures, patients also showed a significant reduction in acute exacerbations and FVC.[53]  Dr. Nathan confirmed that the study demonstrated significant improvements in FVC % predicted but not in absolute FVC (mL), and even then, only a subset of patients showed an improvement in FVC % predicted.[54]  The magnitude of the FVC % predicted improvement was 1.1%.[55]  I understand that UTC is conducting a subsequent study, TETON, to examine whether patients actually show an improvement in FVC.[56]

### D.     Yutrepia™ and PH-ILD

55.     Yutrepia™ (also known as LIQ861) is Liquidia's dry powder formulation of treprostinil.  Liquidia first sought approval for Yutrepia™ for treatment of Group 1 PAH.  On November 5, 2021 before Tyvaso DPI® was approved, the FDA granted tentative approval of Yutrepia™.  Counsel informs me that the only hurdle for Liquidia in launching Yutrepia™ commercially was the previous litigation between UTC and Liquidia concerning the '793 patent.  In 2022, Liquidia amended its NDA to add an indication for treating "pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability."[57]

---

[51] Nathan Depo. Tr. at 88:19-89:21, 92:15-20, 96:6-8.

[52] Waxman 2021 at UTC_PH-ILD_010790 (Abstract).

[53] Waxman 2021 at UTC_PH-ILD_010796 (Discussion), UTC_PH-ILD_010798; Nathan Decl., ¶ 91.

[54] Nathan Depo. Tr. at 204:23-205:6.

[55] Waxman 2021 at UTC_PH-ILD_010825 (Table S6).

[56] Nathan Depo Tr. at 117:12-118:17.

[57] Yutrepia Label (LIQ_PH-ILD_00000896) at 1-2.

56.    While Yutrepia™ uses treprostinil as its active pharmaceutical ingredient, its formulation, dosage form, and route of administration are different from Tyvaso®.  In particular, patients administer Yutrepia™ using the Plastiape RS00 Model 8 dry powder inhaler. [58] Yutrepia™'s dry powder inhaler is comprised of a mouthpiece, a capsule chamber, an air channel, and two push buttons used to puncture the capsule containing the treprostinil dry powder.[59]  The Yutrepia™ dry powder inhaler is used by placing a Yutrepia™ capsule in the capsule chamber, using the push buttons to break the capsule, and inhaling the released treprostinil through the air channel and mouthpiece in two breaths.  The Yutrepia™ dry powder inhaler does not include any electronic machinery; it does not generate a "pulse" of inhaled treprostinil; and it does not itself generate any energy or power to expel powder from the device.  The Yutrepia™ dry powder inhaler is also a low-resistance inhalation device in that it only requires the patient to exert a low level of force to inhale the drug properly, allowing patients with a wide range of lung capacities to use the device.  This is in contrast to the dry powder inhaler used by Tyvaso®—an ultra-high-resistance inhalation device which requires the patient to exert a high level of force.  It has also been my experience that patients who have used UTC's Tyvaso DPI® reverted back to the Tyvaso® nebulized product due to Tyvaso DPI®'s difficulty of use.  Below is an image of the Plastiape RS00 Model 8 dry powder inhaler used to administer Yutrepia™.[60]

---

[58] N. Hill, et al, INSPIRE: Safety and tolerability of inhaled Yutrepia (treprostinil) in pulmonary arterial hypertension (PAH), *Pulmonary Circulation* 12: e12119 (2022) (LIQ_PH-ILD_00001670) ("Hill 2022") at 2.

[59] Yutrepia Label at 14.

[60] Hill 2022 at Supporting Information (Figure S2) (LIQ_PH-ILD_00001628), available at https://onlinelibrary.wiley.com/doi/10.1002/pul2.12119.



Dr. Nathan testified that he has never seen or handled this inhaler, and he is not sure if he reviewed schematics of it.[61]  I, on the other hand, have handled the device.

## VI.    THE '327 PATENT

57.    US Patent No. 11,826,327 (the "'327 patent") is entitled "Treatment for Interstitial Lung Disease."[62]  The '327 patent issued on November 28, 2023.  It "claims priority to U.S. provisional application No. 63/011,810 filed Apr. 17, 2020 and U.S. provisional application No. 63/160, 611 filed Mar. 12, 2021."[63]

58.    The abstract of the '327 patent states that the patent provides "[m]ethods of treating interstitial lung disease, reducing pulmonary function decline in a subject with [ILD], and increasing [FVC]."[64]

59.    UTC and Dr. Nathan have identified Claims 1, 6, 9–11, and 14 of the '327 patent in the motion for UTC's preliminary injunction.  I have reproduced those Claims here:

---

[61] Nathan Depo Tr. at 62:9-63:5,133:24-134:25.

[62]'327 patent at UTC_PH-ILD_005310 (Cover).

[63] *Id.* at UTC_PH-ILD_005333 (1:6-10).

[64] *Id.* at Abstract.

| | **Limitation of the Claim** |
|---|---|
| **Claim 1** | |
| 1[a] | A method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease, comprising |
| 1[b] | administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease |
| 1[c] | an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof |
| 1[d] | in a single administration event that comprises at least 6 micrograms per breath. |
| **Claim 6** | |
| 6 | The method of claim **1**, wherein said administering provides a statistically significant reduction of at least one exacerbations of the interstitial lung disease. |
| **Claim 9** | |
| 9 | The method of claim **1**, wherein said administering provides a statistically significant improves of forced vital capacity (FVC) in the patient after 8 weeks, 12, weeks or 16 weeks of the administering. |
| **Claim 10** | |
| 10 | The method of claim **9**, wherein said administering improves the forced vital capacity (FVC) in the patient by at least 20 ml after 8 weeks, 12 weeks, or 16 weeks of the administering. |
| **Claim 11** | |
| 11 | The method of claim **1**, wherein said administering is performed by a pulsed inhalation device. |
| **Claim 14** | |
| 14 | The method of claim **11**, wherein the pulsed inhalation device is a dry powder inhaler comprising a dry powder comprising treprostinil or a pharmaceutically acceptable salt thereof. |

60.     None of the claims require a Phase 3 clinical trial or large clinical study nor do they require the need for FDA approval of inhaled treprostinil in PH-ILD patients.  Further, none of the claims recite improvements in 100% of patients administered treprostinil.  I further understand from counsel that claims reciting "improvement," "improves," or "effective" do not require FDA approval of the claimed drug or method nor do they require results from a large clinical study.

61.    With respect to exacerbations, the specification of the '327 patent states that
"exacerbation(s) may include an acute, clinically significant, respiratory deterioration
characterized by evidence of new widespread abnormality."[65]

62.    With respect to FVC, the '327 patent does not define what an "improvement" in
forced vital capacity is.  It provides examples of increasing FVC including by "at least 20%, at
least 40%, at least 60%, at least 80%, at least 90%, or at least 100% compared to the FVC prior to
the start of treatment[]"[66] and that "FVC value may be higher by at least 10 ml or at least 15 ml or
at least 20 ml or at least 25 ml or at least 30 ml or at least 35 ml or at least 40 ml or at least 45
ml[.]"[67]

## VII.    THE PRIOR ART DISCLOSES THE INVENTION CLAIMED BY THE '327 PATENT

### A.    Overview of the Prior Art

#### 1.    The '793 Patent

63.    US Patent No. 10,716,793 (the "'793 patent"), entitled "Treprostinil Administration
by Inhalation[,]" is a patent assigned to UTC.  It was filed on January 31, 2020 and granted on July
21, 2020.[68]  It "claims priority to U.S. provisional application No. 60/800,016 filed May 15, 2006"
and "U.S application Ser. No. 11/748,205, filed May 14, 2007" as well as several applications
dated from 2009 to 2019.[69]  This latter 2007 application has a specification substantively identical

---

[65]'327 patent at UTC_PH-ILD_005342 (19:30-32), UTC_PH-ILD_005343 (22:12-15).

[66] *Id.* at UTC_PH-ILD_005333 (1:61-65).

[67] *Id.* at UTC_PH-ILD_005333 (2:24-27), UTC_PH-ILD_005342 (20:15-17).

[68]'793 patent at UTC_PH-ILD_009772) (Cover).

[69] *Id.* at UTC_PH-ILD_009788 (1:7-16).  The '793 patent states that it is a "[c]ontinuation of
application No. 16/536,954, filed on Aug. 9, 2019, which is a continuation of application No.
15/011,999, filed on Feb. 1, 2016, now Pat. No. 10,376,525, which is a division of application No.
13/469,854, filed on May 11, 2012, now Pat. No. 9,339,507, which is a division of application No.

to the '793 patent specification.  I understand from counsel that the '793 patent is prior art based

on at least its May 14, 2007 priority date.

64.    The '793 patent has eight claims.  Claim 1 of the '793 patent recites:

A method of treating pulmonary hypertension comprising
administering by inhalation to a human suffering from pulmonary
hypertension a therapeutically effective single event dose of a
formulation comprising treprostinil or a pharmaceutically
acceptable salt thereof with an inhalation device, wherein the
therapeutically effective single event dose comprises from 15
micrograms to 90 micrograms of treprostinil or a pharmaceutically
acceptable salt thereof delivered in 1 to 3 breaths.[70]

Importantly, I understand from counsel that this court has already ruled that "pulmonary

hypertension" as used in the '793 patent includes all five groups of PH, and therefore the '793

patent discloses treating all five groups of PH, including PH-ILD.[71]  Claims 2–5 of the patent recite

several different inhalers, including a pulsed ultrasonic nebulizer (claim 3) and a dry powder

inhaler (claim 4), while claim 6 of the '793 recites "wherein the formulation is a powder."[72]

65.    The specification of the '793 patent describes inhalation devices for administering

treprostinil including a dry powder inhaler[73] and pulsed nebulizers[74] as well as the dosage of

---

12/591,200, filed on Nov. 12, 2009, now Pat. No. 9,358,240, which is a continuation of application
No. 11/748,205, filed on May 14, 2007, now abandoned."  (*Id.* at UTC_PH-ILD_009772 (Cover).)

[70] '793 patent at UTC_PH-ILD_009796 (claim 1).

[71] The Court did so based on express disclosures of all five WHO groups in the specification.  ('793
patent at UTC_PH-ILD_009788 (1:41-46).)

[72] *Id.* at UTC_PH-ILD_009796 (claim 6).

[73] *Id.* at UTC_PH-ILD_009791 (7:22-26).

[74] *Id.* at UTC_PH-ILD_009793 (12:39-41) ("TRE was inhaled with a pulsed ultrasonic
nebulizer"), UTC_PH-ILD_009794 (14:35-41) ("The aerosol was generated by a pulsed ultrasonic
nebulizer (OPTINEB®, Nebutec, Elsenfeld, Germany)"), UTC_PH-ILD_009795 (16:23-25) ("A
modified OPTINEB® inhalation device was programmed to produce a constant amount of aerosol
during repeatable pulses of aerosol generation").

treprostinil administered to patients.[75]  It further describes that treprostinil is administered in "from about 15 µg to about 100 µg"[76] in "20 breaths or less" and preferably in 3, 2, or 1 breaths.[77]  A POSA would have understood that 15 µg to about 100 µg in preferably 3, 2, or 1 breaths would be anywhere from 5 µg to 100 µg per breath (i.e., 15 µg/3 breaths to 100 µg/1 breath), with this range including 6 µg per breath.

66.    Table 2 of the '793 patent reports "[e]xtremes of relative changes in hemodynamic and gas exchange parameters" following inhaled treprostinil treatment as compared to placebo. Table 2 is reproduced below.[78]  In my opinion, the magnitude of the improvements reported for PVR and mPAP would be expected to translate into an improvement in exercise capacity.

| TABLE 2 | | | |
|---|---|---|---|
| Extremes of the relative changes of hemodynamic and gas exchange parameters compared to baseline after inhalation of Placebo (n = 4), 30 µg treprostinil (n = 12), 45 µg treprostinil (n = 9) and 60 µg treprostinil (n = 20). Highest (max) and lowest (min) values during the observation period are shown. Data are given as percent of baseline values (mean ± SEM). | | | |
| | Placebo | 30 µg TRE | 45 µg TRE | 60 µg TRE |
| PAP (min) | 99.4 ± 3.0 | 83.4 ± 3.2 | 77.6 ± 6.8 | 79.5 ± 2.4 |
| PVR (min) | 101.4 ± 1.9 | 84.4 ± 4.4 | 71.4 ± 8.9 | 77.5 ± 3.7 |
| CO (max) | 99.7 ± 1.1 | 108.8 ± 3.8 | 108.6 ± 5.6 | 103.8 ± 2.0 |
| SVR (min) | 104.3 ± 4.3 | 97.7 ± 4.2 | 92 ± 3.9 | 91.3 ± 2.1 |
| SAP (min) | 102.7 ± 1.7 | 97.3 ± 1.9 | 96.1 ± 1.5 | 93.6 ± 2.9 |
| HR (max) | 105 ± 2.1 | 106.1 ± 2.9 | 99.1 ± 2.4 | 101.1 ± 0.9 |
| SaO2 (min) | 98.2 ± 0.4 | 101 ± 0.3 | 94.4 ± 1.8 | 95.8 ± 0.9 |
| SvO2 (max) | 104.5 ± 1.4 | 102.4 ± 1.3 | 104.5 ± 4.4 | 102 ± 1.0 |

PAP = pulmonary artery pressure; PVR = pulmonary vascular resistance; SVR = systemic vascular resistance; CO = cardiac output; SAP = systemic arterial pressure; HR = heart rate; SaO2 = arterial oxygen saturation; SvO2 = central venous oxygen saturation.

---

[75]'793 patent at UTC_PH-ILD_009791 (7:55-64).

[76] *Id.* at 7:55-59.

[77] *Id.* at 7:60-64.  "Microgram," "mcg," and "µg" are synonymous.

[78] *Id.* at UTC_PH-ILD_009793 (Tbl. 2).

67.    **Example 2** of the '793 patent describes three different studies of inhaled treprostinil in a total of 123 patients.[79]  The characteristics of the patients across the three studies are described in Table 3 of the patent, which I have reproduced here[80]:

| | N | Age | Gender f/m | Etiology i/o/t/f | PAP [mmHg] | PVR [dyn * s * cm$^{-5}$] | SAP [mmHg] | CVP [mmHg] | PAWP [mmHg] | CO [l/min] | SaO2 [%] | SvO2 [%] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | 14 | 55.1 ± 4.8 | 11/3 | 4/4/2/4 | 53.8 ± 3.1 | 911 ± 102 | 95.4 ± 3.6 | 7.4 ± 1 | 8.0 ± 0.8 | 4.3 ± 0.4 | 93.8 ± 2 | 63.9 ± 2.4 |
| 1b | 14 | 54.1 ± 3.3 | 10/4 | 1/6/5/2 | 47.4 ± 3.8 | 716 ± 80 | 90.6 ± 3.3 | 5.9 ± 1.4 | 6.4 ± 0.7 | 4.7 ± 0.4 | 92 ± 1 | 64.4 ± 2.3 |
| 1c | 16 | 56 ± 2.9 | 7/9 | 6/3/6/1 | 47.5 ± 4.5 | 777 ± 102 | 92 ± 4.5 | 8.3 ± 1.4 | 8.6 ± 1.4 | 4.4 ± 0.5 | 91.4 ± 0.9 | 59.8 ± 2.6 |
| 2a | 8 | 60.8 ± 4 | 4/4 | 2/2/3/1 | 51.9 ± 4.9 | 849 ± 152 | 95.9 ± 4.8 | 7.6 ± 1.4 | 11.1 ± 1.7 | 4.4 ± 0.6 | 89.6 ± 2.8 | 60.1 ± 2.8 |
| 2b | 8 | 52.8 ± 6.6 | 6/2 | 1/3/3/1 | 49 ± 4 | 902 ± 189 | 92.4 ± 2.4 | 4.8 ± 1.1 | 7.2 ± 1.3 | 4.0 ± 0.4 | 92.4 ± 2.4 | 62.5 ± 1.7 |
| 2c | 6 | 56.8 ± 5.9 | 4/2 | 0/2/2/2 | 44.2 ± 3.5 | 856 ± 123 | 96.3 ± 3.9 | 5 ± 1.1 | 6 ± 1 | 3.8 ± 0.3 | 92.8 ± 1.5 | 63.6 ± 1.8 |
| 2d | 6 | 51.2 ± 3.8 | 4/2 | 2/2/2/0 | 55.5 ± 4.9 | 940 ± 110 | 91.2 ± 8.1 | 11.2 ± 1.2 | 10 ± 0.7 | 3.9 ± 0.4 | 92 ± 1.9 | 62 ± 5.8 |
| 2e | 3 | 57.3 ± 9.1 | 1/2 | 0/1/0/2 | 45.3 ± 5.2 | 769 ± 267 | 99 ± 3.2 | 5 ± 2.1 | 9 ± 0.6 | 4.5 ± 0.6 | 94.2 ± 1.3 | 66.3 ± 1.5 |
| 3a | 6 | 52.7 ± 6.6 | 4/2 | 2/4/0/0 | 53.8 ± 6.7 | 928 ± 145 | 92.7 ± 7.9 | 8.7 ± 2.7 | 8.8 ± 1.3 | 4.2 ± 0.6 | 90.4 ± 2.8 | 64.8 ± 4.3 |
| 3b | 6 | 58.3 ± 3.5 | 4/2 | 3/1/1/1 | 54.2 ± 6.1 | 808 ± 156 | 94.3 ± 2.8 | 7 ± 1.4 | 10 ± 1.3 | 5 ± 0.7 | 91.9 ± 0.7 | 63.5 ± 2.9 |
| 3c | 21 | 57.4 ± 5.6 | 8/3 | 7/7/6/1 | 46.1 ± 2.5 | 900 ± 99 | 88 ± 2.8 | 9 ± 1.4 | 9.2 ± 0.5 | 3.7 ± 0.3 | 91.7 ± 0.5 | 59.7 ± 2 |
| 3d | 7 | 55.6 ± 5.8 | 3/4 | 0/4/3/0 | 53.1 ± 7.1 | 732 ± 123 | 91.4 ± 5.6 | 7.9 ± 3.1 | 8.6 ± 1.3 | 5 ± 0.4 | 90.7 ± 1.4 | 61.3 ± 3.7 |
| 3e | 8 | 59 ± 5.2 | 7/1 | 0/4/4/0 | 45.1 ± 3.9 | 733 ± 114 | 92.8 ± 6.8 | 4.6 ± 0.8 | 8.1 ± 1.1 | 4.3 ± 0.2 | 90.7 ± 0.8 | 66.3 ± 2.8 |

TABLE 3

Patient characteristics, hemodynamic parameters and gas exchange values at baseline, before challenge with inhalative prostanoids.

Group 1 corresponds to study i); randomized crossover study comparing inhaled iloprost (ILO) and inhaled treprostinil (TRE).
a = 7.5 g ILO vs. 7.5 µg TRE,
b = 7.5 g ILO vs. 15 µg TRE (6 min inhalation time),
c = 7.5 g ILO vs. 15 µg TRE (3 min inhalation time).
Group 2 corresponds to study ii); evaluation of maximal tolerated dose of TRE.
a = placebo inhalation,
b = 30 µg TRE,
c = 60 µg TRE,
d = 90 µg TRE,
e = 120 µg TRE.
Group 3 corresponds to study iii); reduction of inhalation time by increase of TRE concentration, aiming at a total inhaled dose of 15 µg.
a = 18 pulses of 100 µg/ml TRE,
b = 9 pulses of 200 µg/ml TRE,
c = 3 pulses of 600 µg/ml TRE,
d = 2 pulses of 1000 µg/ml TRE,
e = 1 pulse 2000 µg/ml TRE.
Etiology of pulmonary hypertension was classified as idiopathic PAH (i), PAH of other causes (o), chronic thromboembolic PH (t), and pulmonary fibrosis (f).

Of note, Table 3 describes that the "[e]tiology of pulmonary hypertension" of patients in the study was "classified as idiopathic PAH (i), PAH of other causes [etiology of PH in the patients] (o), chronic thromboembolic PH (t), and pulmonary fibrosis (f)."  A POSA, therefore, would have understood that pulmonary fibrosis as described in the '793 patent is a form of PH-ILD, and that PH-ILD patients were treated in the '793 patent examples.

---

[79] *Id.* at UTC_PH-ILD_009793 (12:20-27).

[80] *Id.* at UTC_PH-ILD_009794 (Tbl. 3).

68.     In study i), 44 patients with moderate to severe pre-capillary PH inhaled either 7.5 or 15 µg of treprostinil.[81]  Inhalation of treprostinil resulted in a decrease in PVR.[82]  Study ii) describes subjects who received either 30, 60, 90, or 120 µg of inhaled treprostinil.[83]  The '793 patent reports that treprostinil inhalation led to "maximal decreases of PVR to 76.5±4.7% (30 µg), 73.7±5.8% (60 µg), 73.3±4.3% (90 µg) and 65.4±4.1% (120 µg) of baseline values" and "[c]ardiac output was increased to a maximum of 106.8±3.2% (30 µg), 122.9±4.3% (60 µg), 114.3±4.8% (90 µg), and 111.3±3.9% (120 µg TRE)."[84]  In study iii), 48 patients inhaled one dose of treprostinil through a pulsed ultrasonic nebulizer (OPTINEB®) in either 18, 9, 3, 2, or 1 breath.[85]  Treprostinil reduced PVR in all groups while cardio output was moderately increased.[86]

## 2.     The 2009 Tyvaso Label

69.     The 2009 prescribing information for Tyvaso® ("2009 Tyvaso Label") is the label for Tyvaso®.[87]  It was available in 2009 when Tyvaso® was first approved.[88]  The Label describes the active ingredient for Tyvaso as treprostinil.[89]  Since 2009, I have prescribed Tyvaso® on the basis of the prescribing information in the Label both to Group 1 PAH patients and also Group 3

---

[81] *Id.* at UTC_PH-ILD_009794 (13:36-50, Tbl. 3).

[82] *Id.* at UTC_PH-ILD_009795 (15:7-8, 15:27-41, Fig. 7).

[83] *Id.* at UTC_PH-ILD_009794 (13:51-62).

[84] *Id.* at UTC_PH-ILD_009795 (15:48-60, Figs. 8, 9).

[85] *Id.* at UTC_PH-ILD_009794 (14:33-45).

[86] Id. at UTC_PH-ILD_009795 (16:31-41, Figs. 10, 11).

[87] 2009 Tyvaso Label (UTC_PH-ILD_010692).

[88] 2009 Tyvaso Label at UTC_PH-ILD_010693.  Section 1 of the Label says "Tyvaso is indicated to increase walk distance in patients with WHO Group I pulmonary arterial hypertension and NYHA Class III symptoms." (*Id.* at UTC_PH-ILD_010684.)

[89] 2009 Tyvaso Label at UTC_PH-ILD_010693 ("Sterile solution for oral inhalation: 2.9 mL ampule containing 1.74 mg treprostinil (0.6 mg per mL)"; UTC_PH-ILD_010700 ("Tyvaso is a sterile formulation of treprostinil . . ."); *id.* (providing the structural formula of treprostinil).

patients with PH-ILD.  In 2009, Tyvaso® was indicated to "increase walk distance in patients with WHO Group I pulmonary arterial hypertension and NYHA Class III symptoms."[90]

70.     The 2009 Tyvaso® Label describes that "[a] single breath of Tyvaso delivers approximately 6 mcg of treprostinil[,]" and the initial dosage of Tyvaso is "3 breaths [18 mcg] per treatment session" which is administered in "4 separate treatment sessions each day approximately four hours apart, during waking hours."[91]  The Label further provides that the "[d]osage should be increased by an additional 3 breaths at approximately 1–2 week intervals, if tolerated" while the dosage should be titrated to a target dosage of 9 breaths or 54 mcg per treatment session.[92]  It further states that "Tyvaso is intended for oral inhalation using the Tyvaso Inhalation System, which consists of the Optineb-ir Model ON-100/7 (an ultrasonic, pulsed-delivery device) and its accessories."[93]  Based on the 2009 Tyvaso® label, at least 18 mcg of treprostinil is delivered with 6 mcg of treprostinil delivered per breath.

71.     As reported by the Label, Tyvaso® was approved on the basis of the TRIUMPH I Study, which was a 12-week, randomized, double-blind, placebo-controlled multi-center study of patients with PAH.[94]  Patients in the TRIUMPH I Study received Tyvaso® for 12 weeks, with four treatment sessions per day and targeting 9 breaths (54 mcg) of treprostinil in each session, *i.e.*, 6

---

[90] *Id.* at UTC_PH-ILD_010693.

[91] 2009 Tyvaso Label at UTC_PH-ILD_010693.

[92] *Id.*  Section 2.1 of the 2009 Tyvaso Label provides similar information.  (*Id.* at UTC_PH-ILD_010694.)

[93] *Id.* at UTC_PH-ILD_010694 (Section 2.1).

[94] 2009 Tyvaso Label at UTC_PH-ILD_010703.

mcg per breath.[95]  Patients who received Tyvaso® showed a statistically significant improvement in the 6MWD compared to placebo.[96]

### 3.    The 2017 INCREASE Study Description

72.    The 2017 INCREASE Study Description is the public listing for the INCREASE Study (NCT02630316) on clinicaltrials.gov, which is a website that provides study details for clinical studies.[97]  The first description of the study was posted online as early as 2015.

73.    The February 10, 2017 version of the Study Description published on clinicaltrials.gov and available by February 10, 2017[98] is briefly titled "Safety and Efficacy of Inhaled Treprostinil in Adult PH With ILD Including CPFE."  The Description notes a plan to study the safety and efficacy of inhaled treprostinil in about 314 patients with pre-capillary PH associated with ILD for approximately 16 weeks.[99]

74.    According to the Study Description, patients were to receive treprostinil via an ultrasonic nebulizer "which emits a dose of approximately 6 mcg per breath" and to inhale the treprostinil "four time daily and titrated up to a maximum of 12 breaths four times daily."[100]

---

[95] *Id.*

[96] *Id.*

[97] NCT02630316:  Safety and Efficacy of Inhaled Treprostinil in Adult PH With ILD Including CPFE (Feb., 10, 2017), available at https://clinicaltrials.gov/study/NCT02630316?term=NCT02630316&rank=1&tab=history&a=23 (LIQ_PH-ILD_00000185) ("2017 INCREASE Study Description").

[98] The Last Update Posted for the 2017 INCREASE Study Description is "2017-02-10 [Actual]" (2017 INCREASE Study Description at 8), and the clinicaltrials.gov glossary indicates that "Last updated posted" is the "most recent date on which changes to a study record were made available on ClinicalTrials.gov."  (NCT02630316 Glossary (LIQ_PH-ILD_00001681) at 1.)

[99] 2017 INCREASE Study Description at 9 (Study Description).

[100] *Id.* at 10 (Arms and Interventions).

75. The 2017 INCREASE Study Description lists the primary outcome measure as "Change in 6-minute Walk Distance (6MWD) Measured at Peak Exposure from Baseline to Week 16" and states "[t]he intent of the 6MWD test is to evaluate exercise capacity associated with carrying out activities of daily living."[101] The Study Description further lists "[c]hange in plasma concentration of N-terminal pro-Brain Natriuretic Peptide (NT-proBNP) from Baseline to Week 16," "Change in Forced Vital Capacity (FVC) from Baseline to Week 16," and "Incidence of Adverse Events Among Participants through 16 Weeks" as secondary outcome measures.[102]

### 4. Agarwal 2015

76. Agarwal 2015 is a published abstract titled "Inhaled Treprostinil in Group-3 Pulmonary Hypertension" by M. Agarwal and A.B. Waxman and published in April 2015 as Abstract No. S343 in the Supplement to Volume 34, Issue 4 of the Journal of Heart and Lung Transplantation ("JHLT").[103] The Supplement to the April 2015 issue of JHLT provides the abstracts for presentations at the International Society for Heart and Lung Transplantation 35th Annual Meeting and Scientific Sessions.[104]

77. Agarwal describes a retrospective assessment of the effects of inhaled treprostinil on measures of dyspnea, the 6MWD, the beck depression inventor ("BDI") questionnaire, and WHO functional class ("FC") in patients with WHO Group 3 PH, including PH-ILD.[105] 35 WHO

---

[101] *Id.* at 10 (Primary Outcome Measures).

[102] *Id.* at 10–11 (Secondary Outcome Measures).

[103] Agarwal 2015 at UTC_PH-ILD_009828; Table of Contents, *J. Heart and Lung Transplantation* 34(4), Supplement, S1-S368 at 4 (LIQ_PH-ILD_00001395) ("Agarwal TOC"). Agarwal 2015 is available at https://www.jhltonline.org/article/S1053-2498(15)01005-0/fulltext (LIQ_PH-ILD_00001400).

[104] Table of Contents for Vol. 34, Issue 4, S1-S368, *J. Heart and Lung Transplantation* (April 2015), available at https://www.jhltonline.org/issue/S1053-2498(15)X0007-6.

[105] Agarwal 2015 at UTC_PH-ILD_009828 (Purpose).

Group-3 PH patients were treated with inhaled treprostinil for 6 months, where 15 of the patients had obstructive disease, 15 had restrictive disease, and 5 had mixed obstructive/restrictive disease.[106]  A POSA would have understood that patients with restrictive disease and mixed obstructive/restrictive disease had PH-ILD.  Patients received 3-breaths of treprostinil 4 times daily.[107]  Patients started at "3-breaths (br) 4x daily and increased to goal [sic] of 9-12 br 4x daily as tolerated."[108]

78.    As reported in Agarwal 2015, 26 of the patients remained on therapy for at least 6 months, and 24 of these patients reported subjective improvement.[109]  Agarwal 2015 further reports the mean change in 6MWD as "+60.85m +/- 92.60 (median change +45m, p = 0.0019)."[110] By 6 months, patients breathed treprostinil in 6, 9, 12, or 15 breaths.[111]  Based on the results, Agarwal concludes that "Group-3 PH can be effectively and safely treated" with inhaled treprostinil and that "[i]nhaled [t]reprostinil may offer a well-tolerated treatment in advanced lung disease patients complicated by pulmonary vascular remodeling."[112]  Agarwal 2015 further states that "[a] prospective clinical trial is indicated."[113]

---

[106] *Id.* (Methods).

[107] *Id.*  Dr. Nathan agrees that most if not all of the restrictive patients described in Agarwal 2015 have ILD.  (Nathan Depo Tr. at 202:9-12.)

[108] Agarwal 2015 at UTC_PH-ILD_009828 (Methods).

[109] *Id.* (Results).

[110] *Id.*

[111] *Id.*

[112] *Id.* (Conclusion).

[113] *Id.*

### 5. Saggar 2014

79.    Saggar 2014 is an article by Rajeev Saggar and others titled "Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis," published on pages 123–129 of volume 69 of *Thorax* in 2014.

80.    In Saggar 2014, the authors report on the administration of parenteral treprostinil in 15 patients with pulmonary fibrosis, which is a form of PH-ILD.[114] Patients showed "significant improvements in right heart haemodynamics"[115] as well as "6MWD improvements following 12 weeks of parenteral treprostinil therapy (mean 59 m; $p<0.001$)."[116] Further, the authors reported a change in FVC % predicted from 62 % at baseline to 63% after 12 weeks.[117]

81.    In my opinion, and for the reasons I state below, the '793 patent, either alone or in combination with Agarwal 2015 and Saggar 2014 discloses the Asserted Claims. Further, both the 2009 Tyvaso Label and 2017 INCREASE Study Description alone disclose the Asserted Claims. I reserve the right to opine further on how the prior art discloses the claimed invention of the '327 patent, including how different combinations of the prior art disclosed the invention.

### B. The '793 Patent Alone Discloses Claims 1, 6, 9–11, and 14 of the '327 Patent

82.    In my opinion, Asserted Claims 1, 6, 9–11, and 14 of the '793 patent were previously described in the '793 patent.

---

[114] Saggar 2014 at 123 (Abstract).

[115] *Id.*

[116] *Id.* at 126.

[117] *Id.* at 125 (Tbl. 2).

### 1.    The '793 Patent Alone Discloses Claim 1

83.    All of the limitations of Asserted Claim 1 of the '327 patent were previously disclosed in the '793 patent.

84.    Dr. Nathan does not dispute that the '793 patent discloses "administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof in a single administration event that comprises at least 6 micrograms per breath (Claims 1[b]-1[d]).[118]  In fact, Dr. Nathan confirmed in his deposition that the claims of the '793 patent disclose these limitations, and I agree as I show below:[119]

| '327 Patent Limitation | '793 Patent Limitation | Dr. Nathan's Testimony |
| --- | --- | --- |
| administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease | administering by inhalation to a human suffering from pulmonary hypertension. . . with an inhalation device | Q: Do you understand that that method of treating pulmonary hypertension described in the '793 patent includes treatment of PH-ILD? . . . <br> A: I think there is mentioned somewhere in the patent of treating pulmonary hypertension without being specific to the cause. So I would regard that as any form of pulmonary hypertension.[120] |
| an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof | a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, wherein the therapeutically effective single event dose | Q: So Claim 1 of both the '327 patent and the '793 patent describe the use of at least 15 micrograms of inhaled treprostinil; correct? . . . <br> A: Correct.[121] |

---

[118] Nathan Decl., ¶¶ 175-180.

[119] Nathan Depo Tr. 181:1-11; 190:8-193:25.

[120] Nathan Depo. Tr. at 181:1-11.  *See also id.* at 184:3-11.

[121] *Id.* at 190:8-13.

| '327 Patent Limitation | '793 Patent Limitation | Dr. Nathan's Testimony |
|---|---|---|
| | comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof | |
| in a single administration event that comprises at least 6 micrograms per breath. | wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof delivered in 1 to 3 breaths | Q: So you would agree that the dosing described in the '793 and the '327 of inhaled treprostinil covers the same dosing regime; correct? . . . <br> A: They appear to overlap. It seems to be limited in one and not limited in the other.[122] <br> . . . . <br> Q: But you would agree that they overlap, correct? <br> A: They overlap. <br> Q: Both in terms of the total amount delivered and the amount given per breath, correct? . . . <br> A: They overlap.[123] |

85.     The specification of the '793 patent also discloses these claim limitations.  As I described in section VII.A.1 above, the specification discloses administering treprostinil using the Optineb inhaler in doses between 15 to 90 µg to patients, as shown in Examples 1 and 2.[124]  In his declaration, Dr. Nathan does not dispute that the specification discloses these limitations.[125]

86.     Instead, Dr. Nathan argues that the '793 patent only describes treprostinil "benefitting patients by decreasing PAP and PVR," but "[a] POSA would not understand the '793

---

[122] *Id.* at 192:8-16.  Dr. Nathan also agreed that 18 mcg (as disclosed in the '793 patent) divided by 3 breaths is 6 mcg.  (*Id.* at 190:15-191:25.)

[123] *Id.* at 192:18-25.

[124] '793 patent at Examples 1 and 2.

[125] *See generally* Nathan Decl.

patent to teach the administration of treprostinil to improve exercise capacity in a patient having PH-ILD and would not enable the intentional purpose of doing so."[126]

87.    I disagree with Dr. Nathan for several reasons.  *First*, the hemodynamic improvements described in the '793 patent, including those described in Example 2, indicate that the patients experienced a benefit that correlates with an improvement in exercise capacity.  As I have already explained in section V.C.2 above, hemodynamics like significant decreases in PVR and mPAP correlate with improvements in exercise capacity.  Outside of this litigation, UTC and other POSAs agree with me.  In *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, C.A. No. 20-755 (D. Del.), which concerned litigation of the '793 patent, UTC told the Court that "the '793 patent expressly describes treating patients with types of PH that fall into WHO Groups 1, 3, and 4 PH."[127]  It further stated, through its expert, that the '793 patents "present a fundamental showing of therapeutic effect" and that these hemodynamics may predict outcomes such as survival.[128]  UTC's expert in that litigation, Dr. Waxman (who, like Dr. Nathan, was on the steering committee for the INCREASE study) also opined in the earlier litigation that changes in the 6MWD in the INSPIRE study show that Tyvaso® is therapeutically effective within the meaning of the '793 patent, "hemodynamics are critical," "a POSA would not take a drug to pivotal clinical trials if hemodynamic improvements were not present after earlier testing, and that

---

[126] Nathan Decl., ¶ 176.

[127] *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. No. 414 at 14 (D. Del. Jun. 1, 2022) (LIQ_PH-ILD_00000992).  UTC made similar claims in other filings.  For example, at Dkt. No. 322-2 (LIQ_PH-ILD_00000801) at ¶ 338 ("A POSA would have understood that the '793 patent includes WHO Groups 1, 3, and 4 within the patent specification . . . .").

[128] Reply Expert Report of Aaron Waxman, M.D., Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Dec. 10, 2021) (LIQ_PH-ILD_00000911) ("Waxman Reply Expert Report") at ¶¶ 22–24.

hemodynamics correlate with improvement[,]"[129] and "one would expect that hemodynamic effect would translate into a patient feeling better, doing more, and probably living longer."[130]

88.    *Second*, a POSA would have understood that inhaled treprostinil necessarily and inevitably improves exercise capacity in a patient having PH-ILD.  The INCREASE study showed "significant improvements in exercise capacity, as evidenced by changes in the 6-minute walk distance":[131]

---

[129] Opening Expert Report of Aaron Waxman, M.D. Ph.D., in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Oct. 15, 2021) (LIQ_PH-ILD_00000871) ("Waxman Opening Report") at ¶¶ 73-75; Waxman Reply Report at ¶ 24; Waxman IPR Depo. Tr. at 40:12-19 ("[I]f I see a hemodynamic improvement, that likely does result in some improvement. Whether it's a subject or physiologic improvement, that may be different, but nonetheless, if a patient has a hemodynamic improvement, it's likely that their heart function will improve and I would anticipate that their survival will improve"); 42:14-22 ("[I]f you are talking about a drug that is a vasodilator . . . . if you do see a hemodynamic response that would suggest the drug is effective and is worth pursuing"); 152:1-8 (responding "no" when asked if "you would agree . . . that some patients may experience improvements in hemodynamics and not see a corresponding change in other nonhemodynamic measures as you've described that apply in the clinic, correct?").

[130] Waxman Trial Tr. at 651:14-22; *id.* at 652:11-653:2; Clark Depo. Tr. at 55:19-56:3 ("[W]hat these molecules do is they cause dilation of the pulmonary vasculature which reduces the pulmonary vascular resistance which reduces in the pulmonary artery pressure, and that's a prerequisite to having a long-term clinical benefit.").

[131] Waxman 2021 at UTC_PH-ILD_010796.  Figure 2 of the INCREASE Publication, which I have reproduced here, quantifies the changes in 6MWD compared to placebo.  *Id.*  The authors report that "[m]ixed-model repeated measures analysis showed that the least squares mean difference between the treprostinil group and placebo group in the change from baseline in peak 6-minute walk distance was 31.12 m."  (*Id.* at UTC_PH-ILD_010793.)



**Figure 2.** Mean Change from Baseline in Peak 6-Minute Walk Distance through Week 16.

Shown are mean (±SE) changes from baseline (dashed line) in peak 6-minute walk distance over the 16-week trial period. The data shown are for patients with available data (observed) as well as for the results of two analysis methods used to account for missing data. The values shown at each data point indicate the number of patients assessed at that time point. The primary analysis used mixed-model repeat-measurement (MMRM) methods, with the assumption that missing data were missing at random. The model included the change from baseline to peak 6-minute walk distance as the dependent variable, with treatment, week, and treatment-by-week interaction as fixed effects, and the baseline 6-minute walk distance as a covariate. A sensitivity analysis for the primary end point was performed with the use of a multiple imputation approach with a multivariate normal imputation model using the Markov chain Monte Carlo (MCMC) method. The imputation model included treatment group, all scheduled visits, patient's sex, and patient's age at randomization. The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

The '793 patent discloses administering treprostinil to PH-ILD patients at the dosing used in the INCREASE study (both describe > 15 μg including 54 μg, in multiple breaths including 9 breaths, more than one time per day with 6 μg per breath[132]).  Thus, PH-ILD patients administered the dosing regimen from the '793 patent would necessarily and inevitably also show an improvement in exercise capacity.  The inherency of the claimed dosing regimen is further proven by the fact that the dosing for Tyvaso® is the same for both treatment of Group 1 PAH and Group 3 PH-ILD

---

[132] Sections VII.A; Waxman 2021 at UTC_PH-ILD_010792.

(both of which are described in the '793 patent).[133]  And the dosing of Tyvaso® in the 2021 Label is the same as provided in the 2009 Label.

89.    Dr. Nathan argues that, because not all patients in the INCREASE study showed an improvement in the 6MWD, treprostinil will not necessarily and inevitably improve exercise capacity "each and every time."[134]  But Dr. Nathan's analysis misses the mark.  The claims do not recite improving exercise capacity in each and every patient that is treated nor, as I understand from counsel, does inherent anticipation require that "each and every" patient show an improvement in the 6MWD.  Rather, the question is whether inhaled treprostinil, as described by the '793 patent, has an inherent property to improve 6MWD.  The INCREASE study shows that it does.

90.    Dr. Nathan further argues that "practicing the method of the '793 patent would not necessarily and inevitably lead to an improvement in exercise capacity "after a single administration."[135]  But, the '327 patent claims a single administration[136] while the '793 patent explicitly teaches that "[t]reprostinil can be administered a single time per day or several times per day[,]" and thus the disclosure is not limited to a single administration as Dr. Nathan implies.[137]  Moreover, I find it surprising that Dr. Nathan and UTC now limit the '793 patent invention and disclosures to a single administration of treprostinil when in the previous litigation between UTC and Liquidia concerning the '793 patent, UTC argued and the Court accepted that the '793 patent

---

[133] 2021 Tyvaso Label at UTC_PH-ILD_010744.

[134] Nathan Decl., ¶ 177.

[135] Nathan Decl., ¶ 178.

[136] '327 patent at UTC_PH-ILD_005359 (claim 1).

[137] '793 patent at UTC_PH-ILD_009791 (8:1-2).

was not limited to a single administration.[138]  Accordingly, the '793 patent necessarily discloses improving exercise capacity in a patient with PH-ILD.

91.    I note that, outside of this litigation, UTC stated that the '793 patent disclosed improving exercise capacity.  As recently as February 12, 2024, UTC told the Food and Drug Administration ("FDA") that the '793 patent covered the PH-ILD indication to improve exercise capacity stating "UTC timely sued Liquidia for patent infringement, but the subsequent litigation on *the patents covering the new indication—the '793 patent*, and U.S. Patent No. 11,826,327 ("the '327 patent")—did not trigger a 30-month stay."[139]  According to UTC's label for Tyvaso®, the new indication is "[p]ulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to *improve exercise ability*."[140] And UTC in this letter to the FDA, defined the "new indication" to include PH-ILD to improve exercise capacity.[141]

### 2.    The '793 Patent Alone Discloses Claims 6, 9–11, and 14

92.    Dr. Nathan does not dispute that the '793 patent discloses Asserted Claims 6, 9–11 and 14.  Nevertheless, I address those claims here.

#### a.    Claim 6

93.    Claim 6 of the '327 patent recites "[t]he method of claim **1**, wherein said administering provides a statistically significant reduction of at least one exacerbations of the interstitial lung disease."[142]  In my opinion, administering treprostinil as described in the '793

---

[138] *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. 408 (D. Del. 2022) (LIQ_PH-ILD_00000956) at 19.  *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. 433 (D. Del. 2022) (LIQ_PH-ILD_00001018) at 31-32.

[139] UTC Ltr. to K. Dettelbach and B. Cooney (Feb. 12, 2024) (LIQ_PH-ILD_00000847) ("Feb. 12, 2024 UTC Ltr") at 6 (emphasis added).

[140] 2023 Tyvaso Label at UTC_PH-ILD_010727–28 (emphasis added).

[141] Feb 12, 2024 UTC Ltr. at 6.

[142] '327 patent at UTC_PH-ILD_005359 (claim 6).

patent would have necessarily and inevitably resulted in a statistically significant reduction in at least one exacerbation of the interstitial lung disease.  As reported by the INCREASE publication, "[s]ignificantly fewer patients in the treprostinil group than in the placebo group had exacerbations of underlying lung disease (43 (26.4%) vs. 63 (38.7%); P = 0.02 by Fisher's exact test)."[143] Accordingly, the INCREASE study, which used a dosing regimen disclosed by the '793 patent confirms that the '793 patent necessarily discloses a statistically significant reduction of at least one exacerbation of the underlying interstitial lung disease.

94.    Dr. Nathan never contends that the '793 patent does not teach Claim 6.  To the extent he argues the '793 patent does not necessarily and inevitably disclose Claim 6 because not every patient demonstrated a reduction of at least one exacerbation, I find his argument confusing and contrary to the claim language.  Claim 6 recites "a statistically significant reduction."  It does not recite a reduction of at least one exacerbation in each and every patient nor does the specification of the '327 patent define "statistically significant" as each and every patient. Accordingly, to the extent Dr. Nathan argues the prior art must disclose a reduction of an exacerbation in each and every patient, his argument runs counter to the '327 patent claims and description.

### b.    Claims 9 and 10

95.    The '793 patent necessarily and inevitably discloses Asserted Claims 9 and 10. Claim 9 states "[t]he method of claim **1**, wherein said administering provides a statistically significant improves of forced vital capacity (FVC) in the patient after 8 weeks, 12, weeks or 16

---

[143] Waxman 2021 at UTC_PH-ILD_010796.

weeks of the administering."[144]   Claim 10 recites "[t]he method of claim **9**, wherein said administering improves the forced vital capacity (FVC) in the patient by at least 20 ml after 8 weeks, 12 weeks, or 16 weeks of the administering.[145]

96.    As reported in the INCREASE study, administering treprostinil in doses described by the '793 patent significantly increases the FVC (% predicted), as indicated by p values $< 0.05$[146]:

| Table S6. Analysis of Lung Function Test Parameters Using Mixed Model Repeated Measurement. | | | | |
|---|---|---|---|---|
| Variable Visit Treatment | N | LS Mean | Contrast: Inhaled treprostinil - Placebo Estimated Difference (95% CI) | P-value |
| **FVC (mL)** | | | | |
| Week 8 | | | | |
| Inhaled treprostinil | 142 | 5.49 | 28.47 | 0.35 |
| Placebo | 141 | -22.98 | (-30.81, 87.74) | |
| Week 16 | | | | |
| Inhaled treprostinil | 130 | 9.77 | 44.40 | 0.21 |
| Placebo | 126 | -34.63 | (-25.25, 114.05) | |
| **FVC (% predicted)** | | | | |
| Week 8 | | | | |
| Inhaled treprostinil | 142 | 0.77 | 1.79 | 0.01 |
| Placebo | 141 | -1.02 | (0.37, 3.21) | |
| Week 16 | | | | |
| Inhaled treprostinil | 130 | 1.07 | 1.80 | 0.03 |
| Placebo | 126 | -0.72 | (0.20, 3.39) | |

Further, patients treated with treprostinil showed a +28.47 mL estimated difference in FVC compared to placebo at week 8 and a +44.40 mL estimated difference in FVC compared to placebo at week 16 as shown below[147]:

---

[144] '327 patent at UTC_PH-ILD_005359 (claim 9).  I note that claim 9 appears to have grammatical errors, and further, it is not clear what is meant by a statistically significant improvement in a patient.  While, for the purposes of this declaration, I focus on what the prior art discloses, I reserve the right to further comment on the meaning of the claim.

[145] '327 patent at UTC_PH-ILD_005359 (claim 10).

[146] Waxman 2021 at UTC_PH-ILD_010825 (Table S6) (annotated).

[147] Waxman 2021 at UTC_PH-ILD_010825 (Table S6) (annotated).

**Table S6. Analysis of Lung Function Test Parameters Using Mixed Model Repeated Measurement.**

| Variable Visit Treatment | N | LS Mean | Contrast: Inhaled treprostinil - Placebo Estimated Difference (95% CI) | P-value |
|---|---|---|---|---|
| **FVC (mL)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 142 | 5.49 | 28.47 (-30.81, 87.74) | 0.35 |
| Placebo | 141 | -22.98 | | |
| **Week 16** | | | | |
| Inhaled treprostinil | 130 | 9.77 | 44.40 (-25.25, 114.05) | 0.21 |
| Placebo | 126 | -34.63 | | |

A POSA would have understood that 28.47 mL and 44.40 mL at 8 weeks and 16 weeks respectively is an at least 20 mL improvement in the FVC. There is nothing about the drug, route of administration, or dosing in the INCREASE study that was not already disclosed in the '793 patent. Thus, based on the results of the INCREASE study, the '793 patent necessarily and inevitably discloses claims 9 and 10 of the '327 patent.

### c.    Claims 11 and 14

97.    Claim 11 of the '327 patent recites "[t]he method of claim **1**, wherein said administering is performed by a pulsed inhalation device."[148] The '793 patent explicitly discloses a pulsed inhalation device. Example 2 of the '793 patent states that "TRE was inhaled with a pulsed ultrasonic nebulizer, mimicking a metered dose inhaler."[149] It further describes that aerosol of treprostinil "was generated by a pulsed ultrasonic nebulizer (OPTINEB®, Nebutec, Elsenfeld, Germany) in cycles consisting of 2 seconds aerosol production (pulse) and 4 seconds pause" and that "[t]he device included an opto-acoustical trigger for the patient to synchronize the inspiration to the end of the aerosol pulse, thereby providing exact dosage."[150]

---

[148] '327 patent at UTC_PH-ILD_005359 (claim 11).

[149] '793 patent at UTC_PH-ILD_009793 (12:39-41).

[150] '793 patent at UTC_PH-ILD_009794 (14:36-42).

98.    Claim 14 of the '327 patent recites "[t]he method of claim **11**, wherein the pulsed inhalation device is a dry powder inhaler comprising a dry powder comprising treprostinil or a pharmaceutically acceptable salt thereof."[151]  The '793 patent claims and specification teach a dry powder inhaler comprising a dry powder comprising treprostinil.  Claim 4 of the '793 patent recites "wherein the inhalation device is a dry powder inhaler[,]"[152] while the specification further describes that "[t]he inhalation device can be also a dry powder inhaler" and "[i]n such case, the respiratory drug is inhaled in solid formulation, usually in the form of a powder with particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter."[153]

99.    Dr. Nathan argues that "a dry powder inhaler qualifies as a pulsed inhalation device for the purposes of [] claims [11 and 14]" and further identifies passages in the specification of the '327 patent stating that a pulsed inhalation device may be a dry powder inhaler.[154]  To the extent Dr. Nathan and UTC maintain their argument that a dry-powder inhaler is a "pulsed inhalation device,"[155] the '793 patent, which discloses a dry powder inhaler also discloses a pulsed inhalation device that is a dry powder inhaler.

**C.    The 2009 Tyvaso Label Discloses Claims 1, 6, and 9–11 of the '327 Patent**

**1.    The 2009 Tyvaso Label Alone Teaches Claim 1 of the '327 Patent**

100.    In my Opinion, the 2009 Tyvaso Label discloses Claim 1.  There is no question that the dosing regimen and inhaler taught by the 2009 Label teaches claim limitations 1[b]-1[d].  The

---

[151] '327 patent at UTC_PH-ILD_005359 (claim 14).

[152] '793 patent at UTC_PH-ILD_009796 (claim 4); *see also id.* (claim 6).

[153] '793 patent at UTC_PH-ILD_009791 (7:22-26).

[154] Nathan Decl., ¶¶ 145–146.

[155] Nathan Decl., ¶¶ 145–149.

Label teaches that Tyvaso® is a "(treprostinil) inhalation solution" and provides the following dosing administration:[156]

--------------------------DOSAGE AND ADMINISTRATION--------------------------
- Use only with the Tyvaso Inhalation System. (2.1)
- Administer undiluted, as supplied. A single breath of Tyvaso delivers approximately 6 mcg of treprostinil. (2.1)
- Administer in 4 separate treatment sessions each day approximately four hours apart, during waking hours. (2.1)
- Initial dosage: 3 breaths [18 mcg] per treatment session. If 3 breaths are not tolerated, reduce to 1 or 2 breaths. (2.1)
- Dosage should be increased by an additional 3 breaths at approximately 1-2 week intervals, if tolerated. (2.1)
- Titrate to target maintenance dosage of 9 breaths or 54 mcg per treatment session as tolerated. (2.1)

Dr. Nathan opines that "a single administration event" is a "time" or session.[157] Using Dr. Nathan's understanding, the 2009 Tyvaso Label discloses 3 breaths [18 mcg] in a single administration event, whereby, based on simple math, 18 mcg in 3 breaths is 6 micrograms per breath. Accordingly, a POSA would have understood that the 2009 Tyvaso Label teaches administering treprostinil by inhalation to a patient in an effective amount of at least 15 micrograms (where 18 mcg is greater than 15 mcg) of treprostinil in a single administration event that comprises at least 6 micrograms per breath to improve exercise capacity (i.e., 6MWD).

101.    Long before April 2020, physicians were already prescribing Tyvaso® to patients with PH-ILD according to the teachings of the 2009 Tyvaso Label, including the dosing regimen of an initial dose of 3 breaths (18 mcg) titrated to a maintenance dose of 9 breaths (54 mcg) 4 times daily as described therein.[158] Thus, doctors were already relying on the 2009 Tyvaso Label to treat

---

[156] 2009 Tyvaso Label at UTC_PH-ILD_010693 (annotated).

[157] Nathan Decl., ¶ 136.

[158] Section VII.A.2 above; 2009 Tyvaso Label at UTC_PH-ILD_010693.

patients with PH-ILD.  As I explained above, I used Tyvaso® in PH-ILD patients almost immediately after it was commercially available in 2009, and in my experience, I as well as other doctors who prescribed Tyvaso® off-label to PH-ILD patients observed improved exercise capacity in the patients.

102.    If that were not enough, for the same reasons I described above for the '793 patent, the 2009 Tyvaso Label necessarily and inevitably discloses improved exercise capacity in a PH-ILD patient.  To begin with, the indication in the 2009 Tyvaso Label expressly states that "Tyvaso is a prostacyclin vasodilator indicated for the treatment of pulmonary arterial hypertension . . . to increase walk distance."[159]  The 2009 Tyvaso Label also teaches the dosing scheme disclosed in the INCREASE study (6 µg per breath, initial dose of 3 breaths four times daily with a target dose of 9 breaths four times daily),[160] and as shown below, the dosing scheme disclosed in the 2021 Tyvaso Label for improving exercise capacity:[161]

---

[159] 2009 Tyvaso Label at UTC_PH-ILD_010693.

[160] *Compare* Waxman 2021 at UTC_PH-ILD_010792 *with* 2009 Tyvaso Label at UTC_PH-ILD_010693.

[161] *Id.*

| 2009 Tyvaso Label | 2021 Tyvaso Label |
|---|---|
| **HIGHLIGHTS OF PRESCRIBING INFORMATION**<br>These highlights do not include all the information needed to use TYVASO safely and effectively. See full prescribing information for TYVASO.<br><br>**TYVASO (treprostinil) inhalation solution**<br>Initial U.S. Approval: 2002<br>**For Oral Inhalation Only**<br><br>------------INDICATIONS AND USAGE------------<br>Tyvaso is a prostacyclin vasodilator indicated for the treatment of pulmonary arterial hypertension (WHO Group I) in patients with NYHA Class III symptoms, to increase walk distance. (1)<br><br>------------DOSAGE AND ADMINISTRATION------------<br>• Use only with the Tyvaso Inhalation System. (2.1)<br>• Administer undiluted, as supplied. A single breath of Tyvaso delivers approximately 6 mcg of treprostinil. (2.1)<br>• Administer in 4 separate treatment sessions each day approximately four hours apart, during waking hours. (2.1)<br>• Initial dosage: 3 breaths [18 mcg] per treatment session. If 3 breaths are not tolerated, reduce to 1 or 2 breaths. (2.1)<br>• Dosage should be increased by an additional 3 breaths at approximately 1-2 week intervals, if tolerated. (2.1)<br>• Titrate to target maintenance dosage of 9 breaths or 54 mcg per treatment session as tolerated. (2.1) | **HIGHLIGHTS OF PRESCRIBING INFORMATION**<br>These highlights do not include all the information needed to use TYVASO safely and effectively. See full prescribing information for TYVASO.<br><br>**TYVASO® (treprostinil) inhalation solution, for oral inhalation use**<br>Initial U.S. Approval: 2002<br><br>------------RECENT MAJOR CHANGES------------<br>Indications and Usage (1.2)                                    03/2021<br><br>------------INDICATIONS AND USAGE------------<br>Tyvaso is a prostacyclin mimetic indicated for the treatment of:<br>• Pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominantly included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%). (1.1)<br>• Pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability. The study establishing effectiveness predominantly included patients with etiologies of idiopathic interstitial pneumonia (IIP) (45%) inclusive of idiopathic pulmonary fibrosis (IPF), combined pulmonary fibrosis and emphysema (CPFE) (25%), and WHO Group 3 connective tissue disease (22%) (1.2)<br><br>------------DOSAGE AND ADMINISTRATION------------<br>• Use only with the Tyvaso Inhalation System. (2.1)<br>• Administer undiluted, as supplied. A single breath of Tyvaso delivers approximately 6 mcg of treprostinil. (2.1)<br>• Administer in 4 separate treatment sessions each day approximately 4 hours apart, during waking hours. (2.1)<br>• Initial dosage: 3 breaths (18 mcg) per treatment session. If 3 breaths are not tolerated, reduce to 1 or 2 breaths. (2.1)<br>• Dosage should be increased by an additional 3 breaths per treatment session at approximately 1- to 2-week intervals, if tolerated. (2.1)<br>• Titrate to target maintenance doses of 9 to 12 breaths per treatment session, 4 times daily. (2.1) |

Accordingly, a POSA applying the teachings of the 2009 Tyvaso Label to PH-ILD (which POSAs were already doing in 2009), necessarily and inevitably would have seen an improvement in exercise capacity in a patient with PH-ILD.

103.    Dr. Nathan also confirmed that the INCREASE study was designed to evaluate the clinical benefit of inhaled treprostinil on the PH component of PH-ILD, not the fibrosis component and that even after the INCREASE study, one cannot "say with certainty whether or not treprostinil has anti-fibrotic properties[.]"[162]   The 2009 Label demonstrated that inhaled treprostinil could clinically benefit PH components of a disease and improve 6MWD in patients with PAH (a form of pre-capillary pulmonary hypertension), and almost immediately after Tyvaso® was approved in 2009, doctors like myself relied on the Label to administer Tyvaso® to patients with PH-ILD.

---

[162] Nathan Depo. Tr. at 119:2-24, 120:21-121:2.

## 2.    The 2009 Tyvaso Label Teaches Claims 6 and 9–11 of the '327 Patent

### a.    Claims 6 and 9–10

104.    The 2009 Tyvaso Label necessarily and inevitably discloses these limitations.  For the same reasons I stated above in section VII.B.2, the INCREASE study confirms that the necessary and inevitable result of administering treprostinil to a PH-ILD patient according to a dosing regimen described in the 2009 Tyvaso Label is a statistically significant reduction of at least one exacerbation of interstitial lung disease (Claim 6) as well as a statistically significant improvement in and at least 20 ml improvement in FVC after 8 weeks, 12 weeks, or 16 weeks of administering treprostinil (Claims 9 and 10).

105.    As I noted above, the 2009 Tyvaso Label teaches the same dosing regimen used in the INCREASE study as well as the 2021 Tyvaso Label that added the indication for PH-ILD to improve exercise ability.[163]  Further, per the INSPIRE study, the 2009 Tyvaso Label teaches administering treprostinil for at least 12 weeks to see clinical improvements[164] while a POSA would have understood that Tyvaso® should be administered chronically since PH-ILD is a chronic disease.[165]  For example, when Tyvaso® became available in 2009, I prescribed it to my patients for chronic use over many years.[166]  Accordingly, a POSA following the teachings of the 2009 Tyvaso Label and administering inhaled treprostinil to a PH-ILD patient would have necessarily and inevitably observed a statistically significant reduction of at least one exacerbation

---

[163] 2009 Tyvaso Label at UTC_PH-ILD_010693–94.

[164] 2009 Tyvaso Label at UTC_PH-ILD_010697.

[165] At the very least, the INSPIRE study disclosed in the Tyvaso 2009 Label teaches a POSA to administer Tyvaso® for at least 12 weeks since that study lasted 12 weeks.

[166] UTC's CEO also acknowledged doctors were prescribing Tyvaso® to treat PH-ILD before 2018 and that these doctors, including Dr. Waxman, told UTC that "[t]his drug works."  (United Therapeutics Corporation FQ1 2018 Earnings Call Transcript (May 2, 2018) (LIQ_PH-ILD_00000001) ("UTC 2018 Earnings Call") at 10.)

of interstitial lung disease as well as improvements in FVC, including a statistically significant improvement and an at least 20 ml improvement in FVC after 8 and 12 weeks.

### b.    Claim 11

106.    Claim 11 recites "[t]he method of claim **1**, wherein said administering is performed by a pulsed inhalation device."[167]  The 2009 Tyvaso Label discloses a pulsed inhalation device. In section 2.1 of the label, titled "Usual Dosage in Adults[,]" the Label states "Tyvaso is intended for oral inhalation using the Tyvaso Inhalation System, which consists of the Optineb-ir Model ON-100/7 (an ultrasonic, ***pulsed-delivery*** device) and its accessories."[168]

### D.    The 2017 INCREASE Study Description Discloses Claims 1, 6, and 9–11 of the '327 Patent

107.    Long before April 2020, UTC had already publicly disclosed the protocol for INCREASE on clinicaltrials.gov through the 2017 INCREASE Study Description.  This Study Description discloses Asserted Claims 1, 6, and 9–11 of the '327 patent.

108.    With respect to Asserted Claims 1 and 11 of the '327 patent, the 2017 INCREASE Study Description teaches a POSA to measure "[c]hange in 6-minute Walk Distance (6MWD) Measured at Peak Exposure from Baseline to Week 16" by administering "active inhaled treprostinil" "via an ultrasonic nebulizer" to "subjects with pre-capillary pulmonary hypertension (PH) associated with interstitial lung disease (ILD)" in doses of "approximately 6 mcg per breath" and "[i]nhaled four times daily and titrated up to a maximum of 12 breaths four times daily."[169]  A POSA would have understood that "12 breaths four times daily" is 12 breaths X 6 mcg per session, or 72 µg, which is at least 15 micrograms in a single administration event.

---

[167] '327 patent at UTC_PH-ILD_005359 (claim 11).

[168] 2009 Tyvaso Label at UTC_PH-ILD_010694 (§ 2.1.) (emphasis added).

[169] 2017 INCREASE Study Description at 9–11.

109.    Moreover, with respect to Asserted Claims 6 and 9–10, the 2017 INCREASE Study Description teaches a POSA to measure forced vital capacity from Baseline to Week 16 as well as adverse events among participants through 16 weeks.[170]

110.    The INCREASE publication (Waxman 2021) confirms that the 2017 INCREASE Study Description necessarily and inevitably discloses Asserted Claims 1, 6, and 9–11.  The 2017 INCREASE Study Description describes the same protocol implemented in the INCREASE publication, having the same dosing scheme and endpoints, including the 6MWD primary endpoint as well as the FVC secondary endpoints.  As I described in section VII.B above, the INCREASE publication describes improvements in exercise capacity, exacerbations, and FVC.  A POSA applying the teachings of the 2017 INCREASE Study Description thus would have necessarily and inevitably arrived at the invention claimed by the '327 patent as that patent claims the results of the 2017 INCREASE Study Description.

**E.    The '793 Patent in Combination with Agarwal 2015 and Saggar 2014 Discloses the Invention Claimed by the '327 Patent**

111.    In my opinion, the combination of the '793 patent with Agarwal 2015 and Saggar 2014 discloses the invention claimed in the '327 patent.

**1.    Claim 1 of the '327 Patent Is Taught by the '793 Patent in Combination with Agarwal 2015**

**a.    Claim Limitation 1[a]**

112.    For all of the reasons I explained in section VII.B.1 above, the '793 patent discloses a method of treatment for PH, which includes PH-ILD.  A POSA would have been motivated to combine the '793 patent's method of treatment with Agarwal 2015's disclosure of improvements in exercise capacity following treprostinil administration in PH-ILD patients to arrive at Claim

---

[170] *Id.* at 11.

1[a] which recites "[a] method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease[.]"[171]

113.    Agarwal 2015 discloses administering inhaled treprostinil to 35 WHO Group 3 PH patients, "15 [with] restrictive disease" and "5 [] classified as mixed obstructive/restrictive."[172]  A POSA would have understood that these patients had PH-ILD as "restrictive" refers to PH-ILD patients.  Further mPAP in the 35 patients was $44.37 \pm 9.80$, signaling that the patients had mPAP levels above 20 mmHg and thus above the mPAP level for classifying patients as having PH. Agarwal 2015 reports that "24 of these pts reported subjective improvement" while median change in 6MWD was +45m, $p = 0.0019$ and in patients with restrictive disease, 6MWD "improved" "by 50m $\pm$ 57 (median +61m).[173]  Based on these disclosures that 6MWD improved in these patients and did so significantly ($p < 0.05$), a POSA would have understood that Agarwal 2015 discloses a method of improving exercise capacity in a patient having PH associated with interstitial lung disease.

### b.    Claim Limitations 1[b]-1[d]

114.    For all of the reasons I explained in section VII.B.1 above, the '793 patent discloses claim limitations 1[b]-1[d], which recite "administering by inhalation to the patient having pulmonary hypertension associated with interstitial lung disease an effective amount of at least 15 micrograms up to a maximum tolerated dose of treprostinil or a pharmaceutically acceptable salt thereof in a single administration event that comprises at least 6 micrograms per breath."

---

[171] '327 patent at UTC_PH-ILD_005359 (claim 1).

[172] Agarwal 2015 at UTC_PH-ILD_009828 (Methods).

[173] *Id.* at UTC_PH-ILD_009828 (Results).

115.    Furthermore, Agarwal 2015 also discloses these limitations.    Agarwal 2015 describes "Group-3 PH" patients, including 15 with restrictive diseases, as "receiving inhaled treprostinil (iTre)," where doses started at "3-breaths (br) 4X daily and increased to a goal of 9-12 br 4x daily as tolerated."[174] Based on the state of the art in 2015 (including the Tyvaso® Label and the fact that physicians including myself regularly dosed patients with 3-breaths 4X daily to a goal of 9-12 breaths as tolerated), a POSA would have expected that "3-breaths (br) 4 x daily refers to the known dosing regimen for Tyvaso®, which in 2015 started at 3 breaths 4 times daily with approximately 6 mcg of treprostinil per breath.

### c.    Motivation to Combine the '793 Patent with Agarwal 2015 with a Reasonable Expectation of Success

116.    In my opinion, a POSA would have been motivated to combine the teachings of the '793 patent with Agarwal 2015 and would have had a reasonable expectation of success in combining these teachings.    As an initial matter, both of these references are in the same field. They both describe administering inhaled treprostinil to patients with Group 3 PH as I have already explained above, and they describe treating PH-ILD patients with inhaled treprostinil according to similar dosing schemes (i.e., between 15 and 90 µg in 3 breaths with a nebulizer and administered several times per day).

117.    Most tellingly, POSAs were already administering PH-ILD patients with inhaled treprostinil.    They not only measured hemodynamics in these patients but, in my experience, also measured and saw significant improvements in exercise capacity.    Thus, POSAs were motivated to combine the teachings of prior art references, and long before April 2020, they were doing so in practice.

---

[174] Agarwal 2015 at UTC_PH-ILD_009828 (Purpose, Methods).

118.    Even Dr. Nathan's co-steering committee members for the INCREASE study, Drs. Waxman and Tapson, were motivated to combine the prior art method of treating PH using inhaled treprostinil from the '793 patent with the express use of inhaled treprostinil to improve exercise capacity in PH-ILD in, for example, Agarwal 2015.    Dr. Nathan testified that his co-steering committee members, Drs. Aaron Waxman and Victor Tapson, believed that Agarwal 2015, amongst other studies, served as a justification for the INCREASE trial.[175]    In turn, the INCREASE publication cites to these prior art references as motivation for conducting the study, stating:

> Data from previously completed pilot studies suggest that inhaled treprostinil can improve hemodynamics and functional capacity in patients with group 3 pulmonary hypertension.    Therefore, the objective of the INCREASE trial was to evaluate the safety and efficacy of inhaled treprostinil in patients with pulmonary hypertension due to interstitial lung disease."[176]

Dr. Nathan also testified that he does not recall his co-steering committee members and UTC ever expressing doubts that the INCREASE study would be successful—the skepticism expressed in Dr. Nathan's declaration seems to be unique to Dr. Nathan.[177]    In fact, Dr. Nathan stated that, in 2019, he was "cautiously optimistic" that the INCREASE study would demonstrate positive results and he also treated patients with sildenafil.[178]    And long before the '327 patent was filed, UTC was making public statements that PH-ILD patients benefitted from inhaled treprostinil.    In 2018, when

---

[175] Nathan Depo. Tr. at 41:12-23, 202:14-206:7, 222:25-18, 232:2-9.

[176] Waxman 2021 at UTC_PH-ILD_010791.

[177] Nathan Depo. Tr. at 41:12-23, 44:6-11, 159:14-160:25, 202:14-206:7, 222:25-18, 232:2-9.

[178] S. Nathan, PH-ILD: past studies and future directions, presented at PFF Summit Nov. 9, 2019, https://www.youtube.com/watch?v=ggHFReApqnk ("PFF Summit 2019") at 15:56.    Dr. Nathan testified that he treats Group 3 patients with a severe PAH component.    (E.g., Nathan Depo Tr. at 91:20-25.)    Even if the patients he treated with sildenafil have a more severe PH component, they are still PH-ILD patients, and it is my understanding that the '327 patent claims do not differentiate between different subgroups of PH-ILD patients.

asked about the rationale for the INCREASE study, Dr. Martine Rothblatt, UTC's CEO, told

investors that

> both through the effort of our medical affairs group over the years
> in supporting investigator-sponsored studies and through the
> kindness and generosity of certain payers around the country who
> have gone ahead and upon the initiative of their physicians, were
> able to enable some WHO Group III patients to benefit [from
> Tyvaso and], there were unmistakable signals from some of the
> leading physicians in the field. I called out one of them on the call,
> Dr. Waxman, but there are many others, who said to UT, '***This drug
> works.*** *In fact, they believe that this drug works even better in
> that indication than in the Group I indication, in terms of, at least,
> the exercise ability that they saw in their patients, discounting any
> placebo effects that might be involved.*[179]

119.    Further, while I disagree that the '793 patent is limited to hemodynamic

improvements in PH-ILD patients upon administration of treprostinil, even if this were true, a

POSA would be motivated to combine the teachings of the '793 patent with Agarwal 2015.  The

'793 patent demonstrates that inhaled treprostinil acts as a vasodilator in patients with PH-ILD,

decreasing mPAP and improving PVR.  As I noted above and as UTC's expert in the previous

litigation, Dr. Waxman, explained, these sorts of hemodynamic changes are "critical" in the first

steps of determining whether a therapy can be effective.[180]  In fact, in the PH field, it is standard

to test therapies on the 6MWD, and to my knowledge, studies that show positive results in

hemodynamics frequently advance to also studying the therapy on functional measures.[181]  Thus,

a POSA would have been motivated to further determine if administering inhaled treprostinil to a

---

[179] UTC 2018 Earnings Call at 10 (emphasis added).  UTC's own statements further support my
statements above that physicians were already prescribing Tyvaso® to patients with PH-ILD.

[180] Paragraph 87 above.

[181] Paragraph 40 above.

patient with PH-ILD provides other benefits to a patient, including improvements in exercise capacity, and would have found Agarwal 2015.

120.    Dr. Nathan identifies a number of clinical studies that he suggests would discourage a POSA from using a Group 1 PAH therapy like inhaled treprostinil in a patient with PH-ILD.[182] Most of these studies, however, were conducted on drugs of different classes and/or were administered by different routes or in different diseases (ILD vs COPD), including the BPHIT Study (examining bosentan) and the RISE-IIP study (examining rigociguat), as well as the STEP-IPF, INSTAGE, and Sildenafil with Pirfenidone studies (examining oral sildenafil alone or in combination with other drugs). Their teachings are thus not directly informative of what a POSA would expect using inhaled treprostinil in a PH-ILD patient. Even Dr. Nathan admitted so, stating that for "a different drug or a different drug formulation given by a different system, the results can be entirely different than what has been seen or what might be seen with another drug."[183] Several of the studies, furthermore, generated positive secondary outcomes that Dr. Nathan admitted were "hypothesis generating" and thus would have motivated a POSA to try a Group 1 therapy in a Group 3 patient or a subset of Group 3 patients.[184]

121.    Dr. Nathan ignores these positive outcomes and instead opines that "a POSA would not be able to confidently predict whether the method of treatment described in the '793 patent would be effective in improving the exercise capacity of PH-ILD patients without conducting a

---

[182] Nathan Decl., ¶¶ 78–87, 167, 183, 184, 190–199, 207–209.

[183] Nathan Depo. Tr. at 226:10-15.

[184] Nathan Depo. Tr. at 163:19-164:14, 171:25-173:7. 219:11-20; Nathan Decl., ¶ 185 ("it is my opinion that the safety and efficacy of medications in treating PH-ILD are both drug and delivery-method dependent"), ¶ 202.

randomized clinical trial like INCREASE.[185]  But the claims of the '327 patent do not require a randomized clinical trial nor do they state any degree of confidence.  Claim 1 simply recites "a method of improving exercise capacity[,]" and as I have already described above Agarwal 2015 already discloses a statistically significant difference in the 6MWD, a measure of functional exercise capacity, in PH-ILD patients who were administered inhaled treprostinil.  And contrary to Dr. Nathan's opinion, physicians were administering inhaled treprostinil to PH-ILD patients before the INCREASE study or filing of the '327 patent with the expectation that it would provide functional benefits to patients.

### d.    Dr. Nathan's Previous Statements and Practice Contradict His Opinions in this Litigation with Respect to the '327 Patent

122.    Throughout his declaration, Dr. Nathan generally argues that until the results of the INCREASE study were published, a POSA would not have treated a PH-ILD patient with a Group 1 therapy and would not have had any expectation that a Group 1 therapy could work in a Group 3 patient.  But Dr. Nathan's opinions are contradicted both by his previous pre-litigation statements and practices.

123.    For example, during his deposition, Dr. Nathan stated that he was not optimistic about treating PH-ILD patients with inhaled treprostinil until 2020 when he first heard about the results of the INCREASE study.[186]  His testimony runs counter to what he told the PH field in 2019 at the PFF Summit where then, he said he was cautiously optimistic that the INCREASE study could be successful.[187]

---

[185] Nathan Decl., ¶ 209.  See also *id.* at ¶¶ 211 (arguing that "a POSA would not be comfortable extrapolating the results of Parikh 2016 to the larger PH-ILD patient population without conducting a randomized clinical trial.").

[186] Nathan Depo Tr. at 43:2-45:15.

[187] PFF Summit 2019 at 15:56.

124.    Further, contrary to his opinion that a POSA would not treat a PH-ILD patient with a Group 1 therapy, Dr. Nathan himself treated and continues to treat patients with sildenafil.[188]  He did so before the INCREASE trial and does so today.[189]  His practice of prescribing PH-ILD patients sildenafil is consistent with my own practice as well as the practice of numerous doctors. To the extent Dr. Nathan suggests he only prescribes sildenafil to PH-ILD patients with a severe Group 1 component, I understand this does not matter under the claims of the '327 patent.  The patent claims all PH-ILD patients and does not limit those patients to a particular sub-set that do not have Group 1 PH.  Furthermore, given the difficulty of distinguishing Group 1 from Group 3 patients (for example when there is more severe PH and less severe ILD), several of the PH-ILD patients described in the '327 patent and the INCREASE publication likely fall into this category.[190]  Dr. Nathan himself explained that INCREASE was designed to treat the PH component of PH-ILD, and further analyses of patients in INCREASE concluded that "[p]atients with more advanced pulmonary vascular disease [i.e., a more severe PH component] stand to gain the most benefit with inhaled treprostinil therapy."[191]

125.    Dr. Nathan also characterized a number of studies as failures that would discourage physicians from using Group 1 PH therapies in patients with PH-ILD.  Dr. Nathan omits, however, that several of those studies also showed positive outcomes, and that he presented on these positive

---

[188] Nathan Depo Tr. at 88:19-89:21, 92:15-20, 93:23-96:8, 121:25-122:10.

[189] *Id.*

[190] Waxman 2021 at UTC_PH-ILD_010814 (Fig. S2); V. Tapson, et al., Efficacy in Patient Subgroups in the INCREASE Trial, a Phase III Trial to Evaluate Inhaled Treprostinil in Patients with Pulmonary Hypertension Due to Parenchymal Lung Disease, *Arthritis Rheumatol.* 73 (suppl. 9) (2021) (LIQ_PH-ILD_00002487) ("Tapson 2021") at 1 (explaining "[s]tatistically significant improvements occurred in patients with above median PVR, PCWP, mPAP" and "[p]atients with more advanced pulmonary vascular disease stand to gain the most benefit with inhaled treprostinil therapy."), 2 (Fig. 1) (showing changes on 6MWD).

[191] Nathan Depo Tr. at 119:2-24, 120:21-121:2; Tapson 2021 at 1.

results.  For example, in 2019 Dr. Nathan acknowledged that "it becomes very tempting, very appealing, almost seductive to take these (Group 1 PH approved) drugs and give it to patients with ILD IPF who have pulmonary hypertension."[192]  With respect to the STEP IPF Study, he described it as providing "some kind of proof of concept" for using Group 1 PH therapies in PH-ILD.[193]  And he characterized the STEP IPF Study as more positive than in his current declaration.  For example, he stated the following in 2019:

> Based on [the primary endpoint] this was a negative study, however if you look at some of the tables from the New England Journal publication there are a bunch of secondary endpoints that did appear to be trending positive or statistically significant in terms of quality of life, oxygenation, diffusing capacity . . . .[194]

> A subgroup analysis from STEP IPF I think is very instructive because in the subgroup analysis published in CHEST they the authors looked at the patients who had some evidence of right ventricular systolic dysfunction.  And if you look at that subgroup, in fact these patients did appear to have a significant improvement in their walk distances of almost 100 meters.[195]

Also, in contrast to his Declaration's emphasis on the value of large, randomized placebo-controlled trials and dismissal of smaller and retrospective studies, he admitted in 2019 that "[t]here was a small study done out of Europe looking at rio[ciguat] in patients with interstitial lung disease.  Only 22 patients, but there was a signal there that suggested it could be a benefit.  The walk distance increased, the hemodynamics improved, and this was the basis for the RISE-IIP Study."[196]

---

[192] PFF Summit 2019 at 4:43.

[193] *Id.* at 6:28.

[194] *Id.* at 6:54.

[195] *Id.* at 7:27.

[196] *Id.* at 8:14.

126.    Moreover, even after the alleged failure of his RISE-IIP study, Dr Nathan talked about the study on inhaled NO in PH patients with pulmonary fibrosis,[197] indicating that Dr. Nathan had not given up hope of pulmonary vasodilator therapies being effective in PH-ILD.  At this same presentation in 2019, he also expressed cautious optimism that an ongoing Phase 3B study of sildenafil plus pirfenidone in patients with advanced IPF and risk of PH would be successful.[198]

127.    Finally, in 2019, Dr. Nathan provided the following far more positive characterization of the INSTAGE Study than in his declaration:

> "I think this study is very interesting.  This is the INSTAGE Study . . . . I think this study is very interesting. . . . It was a negative study based on the primary endpoint of the St. George's Respiratory Questionnaire at 12 weeks, but there is a lot of intriguing data. . . . What if we had or the sponsor and the steering committee had chosen the UCSD – Shortness of Breath Questionnaire as a primary endpoint?  This would have been a positive study.  And, what was equally intriguing was the change in FVC favoring combined therapy with sildenafil and nintenanib.  So, hopefully more to follow around this, but certainly intriguing data.  And there was a biomarker that showed that treating the pulmonary hypertension with sildenafil did make a difference through the . . . BNP"[199]

128.    Dr. Nathan's prior presentations and own prescribing practices thus paint a far more optimistic view of the use of Group 1 therapies, including inhaled treprostinil, in treating PH-ILD than the characterizations provided in his Declaration.

---

[197] *Id.* at 12:09.

[198] *Id.* at 14:58.

[199] *Id.* at 13:32.

129.     Accordingly, in my opinion, the '793 patent and Agarwal 2015 disclose Asserted Claim 1 of the '327 patent, and a POSA would have been motivated to combine these references with reasonable expectation of success.[200]

### 2.      The '793 Patent in Combination with Agarwal 2015 Discloses Claim 6

130.     For the reasons I stated in section VII.B.2.a above, the '793 patent discloses "wherein said administering provides a statistically significant[201] reduction of at least one exacerbations of the interstitial lung disease."

131.     Agarwal further discloses an improvement in exacerbations.  As I noted above, Agarwal 2015 discloses that patients showed an improvement in 6MWD while "30 patents had subjective improvement."[202]  Based on the fact that Agarwal describes an overall benefit to the patients, a POSA would have expected that the patients also showed an improvement in PH-ILD exacerbations.  In my experience, exacerbations are associated with deterioration in functional capacity, while in contrast, Agarwal 2015 reports that patients had improvements on these parameters.

### 3.      The '793 Patent in Combination with Agarwal 2015 and Saggar 2014 Discloses Claims 9 and 10

132.     Claim 9 requires that "said administering provides a statistically significant improves [sic] of forced vital capacity (FVC) in the patient after 8 weeks, 12 weeks or 16 weeks

---

[200] Dr. Nathan's negativity is also in direct contradiction to Dr. Rothblatt's shareholder presentation in 2018 where she said she has seen posters describing inhaled treprostinil in PH-ILD patients and "unmistakable signals," that inhaled treprostinil will "work" for PH-ILD patients. (UTC 2018 Earnings Call at 10.)

[201] In my opinion it is not possible to determine "statistical significance" from "a patient" as required by Claim 1.  I note that Dr. Nathan, in his deposition, agreed with this opinion.  (Nathan Depo. Tr. at 72:5-10.)  Claims 9 and 10 suffer from this same problem where they require that a change or improvement in "a patient" or "the patient" is statistically significant.

[202] Agarwal 2015 at UTC_PH-ILD_009828.

of the administering."   Claim 10 requires that "said administering improves the forced vital

capacity (FVC) in the patient by at least 20 ml after 8 weeks, 12 weeks, or 16 weeks of the

administering."

133.    For the reasons I have already described in section VII.B.2.b above, the '793 patent

discloses Claims 9 and 10.  Further, the '793 patent in combination with Agarwal 2015 and Saggar

2014 discloses these claims.  With respect to the improvement in FVC, 20 mL of lung volume is

approximately 1–2 % of lung volume, and Saggar 2014 discloses a 1% improvement in FVC

predicted %.[203]  I note, furthermore, that this 1% change is comparable to the 1.1% change

described in the INCREASE study which the INCREASE study reports as a significant

improvement in FVC.[204]  Thus, to the extent the INCREASE study and the '327 patent report that

a 1.1% effect is significant, so too is the improvement reported in Saggar 2014.

134.    A POSA would have been motivated to combine Saggar 2014 with the '793 patent

and Agarwal 2015 since all of these publications describe the use of treprostinil to treat PH,

including PH-ILD.  Moreover, a POSA would have had a reasonable expectation of success given

the improvement reported in Saggar 2014 and for the reasons discussed in section VII.F.1.c-d.

### 4.    The '793 Patent in Combination with Agarwal 2015 Discloses Claims 11 and 14

135.    In  section  VII.B.2.c  above,  I  explained  how  the  '793  patent  discloses

"administering is performed by a pulsed inhalation device" and "the pulsed inhalation device is a

dry powder comprising treprostinil or a pharmaceutically acceptable salt thereof."  For those same

reasons, '793 patent in combination with Agarwal 2015 discloses Claims 11 and 14.  Moreover,

because dry powder inhalers are smaller and more convenient than nebulizers, a POSA would have

---

[203] Saggar 2014 at 125 (Tbl. 2).

[204] Waxman 2021 at UTC_PH-ILD_010825 (Tbl. S6).

been motivated to apply the dry powder inhaler of the '793 patent to the teachings of Agarwal 2015 and Saggar 2014.

### F.    Secondary Considerations of Non-Obviousness

136.    Dr. Nathan opines that secondary indicia of the '327 patent are (1) unexpected results; (2) skepticism that the invention would work; (3) failure of others to create the invention; and (4) a long felt but unmet need for the invention.[205]  I disagree.

137.    As I have already described above, the prior art disclosed the Asserted Claims of the '327 patent.  Moreover, physicians were already prescribing Tyvaso® off-label to patients since at least 2009.  Thus, there were no unexpected results as the invention described in the '327 patent merely confirmed what physicians already knew, and the prior art and physicians had already solved any long-felt unmet need.  To the extent Dr. Nathan argues that no Phase III clinical study had yet proven that Tyvaso® was effective in PH-ILD patients or that the FDA had not approved Tyvaso® for treatment in PH-ILD before April 2020, his opinion is inapposite.  As I noted above, the claims of the '327 patent do not say anything about a Phase III clinical trial or FDA approval, and I understand that this is not a requirement of the claims.[206]

138.    Dr. Nathan implies that no doctor believed that a Group 1 PAH therapy could be used to treat a PH-ILD patient and that there was "peak pessimism" around using Group 1 PAH therapies in PH-ILD patients.[207]  But the realities of clinical practice, including his own, tell a different story.  Doctors were not pessimistic about using Group 1 PAH therapies in PH-ILD patients, but in fact were prescribing these therapies, including sildenafil and inhaled treprostinil

---

[205] Nathan Decl., ¶¶ 215–17.

[206] Paragraph 60.

[207] *Id.* at ¶¶ 60, 193.

to their patients both long before the filing of the '327 patent and even after the negative results studies were published.[208]  Dr. Nathan himself prescribed sildenafil to his patients despite negative studies.[209]

139.    In this regard, it should be pointed out that a "negative" study is not proof that a drug does not work; it is more aptly a "neutral" study which failed to prove with greater than 95% confidence that the drug worked.  It is well known that in most "neutral" studies, there are subgroups of patients that do, in fact, get benefit from the studied treatment.[210]  It is for this reason that experts make treatment decisions on a case by case basis.  Further, even Dr. Nathan testified that "the history of medicine is such that if you have one negative study, you don't necessarily

---

[208] Sections IV.C, IV.F.1 above.

[209] Nathan Depo Tr. at 150:11-24.

[210] For example, several of the studies which Dr. Nathan points to as negative studies (Nathan Decl., ¶¶ 78–87) generated positive secondary outcomes.  In the 2010 Step-IPF study, the authors still found that "daily treatment with sildenafil in patients with [IPF] and known pulmonary vascular disease have suggested improved exercise tolerance, reduced degree of dyspnea, and improved quality of life."  (Zisman D, et al., A Controlled Trial of Sildenafil in Advanced Idiopathic Pulmonary Fibrosis, 363 *New Eng. J. Med.* 620 (2010) (UTC_PH-ILD_010830) at UTC_PH-ILD_010831.)  Dr. Nathan agreed with the authors that the improvements in the secondary endpoints were "statistically significant" and he acknowledged that there was a significant 6MWD improvement in a subgroup of patients with right ventricular systolic dysfunction.  (PFF Summit 2019 at 6:54, 7:27.)  In the Sildenafil with Pirfenidone study, there were improvements in the UCSD shortness of breath questionnaire and FVC.  (Behr J, et al., Efficacy and Safety of Sildenafil Added to Pirfenidone in Patients with Advanced Idiopathic Pulmonary Fibrosis and Risk of Pulmonary Hypertension: A Double-Blind, Randomised, Placebo-Controlled, Phase 2b Trial, *Lancet Respiratory Med.* 9 (2020) (UTC_PH_ILD_009853) at UTC-PH-ILD_009860-61.)   In the Iloprost (ACTIVE) study, the authors concluded that "[a]lthough evidence for clinical benefit of prostacyclin inhalation therapy in IPF and PH was not shown, it appears safe to use such therapy if clinically indicated in specific cases."  (Krowka M, et al., A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Iloprost Inhalation in Adults with Abnormal Pulmonary Arterial Pressure and Exercise Limitation Associated with Idiopathic Pulmonary Fibrosis, *Chest* 132:633A (2007) (UTC_PH-ILD_010497) at Abstract.)

give up" and there are many "negative studies in medicine that have subsequently been followed by positive studies."[211]

140.     Prior art studies like Agarwal 2015 furthermore showed that inhaled treprostinil could be effective, including in increasing exercise capacity as measured on the 6MWT, in PH-ILD patients.  Researchers did not dismiss the results of these studies or admonish the authors of the studies for using inhaled treprostinil in a PH-ILD patient.  On the contrary, these studies formed the basis and rationale for the INCREASE trial, and both of Dr. Nathan's co-steering committee members on the trial believed that those studies provided justification for using inhaled treprostinil in PH-ILD.[212]  Indeed, if one were to credit the great skepticism and pessimism on which Dr. Nathan opines, it is unlikely that researchers would have planned and implemented the presumably multi-million dollar clinical study INCREASE at all.  The reality is they did believe it worked as Dr. Nathan's testimony with respect to Dr. Waxman and Dr. Tapson confirms.  In fact, UTC was so optimistic that inhaled treprostinil worked in PH-ILD patients that its CEO, Martine Rothblatt, relayed to investors in 2018 that physicians in the field had seen "unmistakable signals" of treprostinil's effectiveness and that doctors had told UTC that "this drug works even better in [Group 3 patients including PH-ILD] than in the Group [1] indication in terms of exercise ability."[213]

141.     Dr. Nathan's analysis on the failure of "seven different clinical trials sponsored by major pharmaceutical companies" is a red herring.[214]  The clinical studies that he points to do not

---

[211] Nathan Depo Tr. at 42:7-24.

[212] Paragraphs 53, 118 above; Nathan Depo Tr. at 222:25-223:18; 232:2-9.

[213] UTC 2018 Earnings Call at 10.

[214] Nathan Decl., ¶ 216.

concern using treprostinil to treat PH-ILD.  In contrast, the prior art references I discussed above all disclose successfully treating patients with PH-ILD with treprostinil.

142.    Accordingly, the '327 patent is not evidence of a successful invention in the face of the failure of others, but instead reflects what was already known in the prior art and what doctors working in the PH field already knew.

## VIII.   LIQUIDIA DOES NOT INFRINGE CLAIMS 9–11 AND 14 OF THE '327 PATENT

### A.    Liquidia Does Not Infringe Claims 9–10 of the '327 Patent

143.    Dr. Nathan argues that Liquidia will induce infringement of claims 9 and 10 of the '327 patent because "it plans to sell Yutrepia with labeling and prescribing information/package insert that will instruct doctors and patients to administer treprostinil in an infringing manner that meets each and every step of claims" 9–10.[215]  I have reviewed the Yutrepia Label, and in my opinion, the Label does not encourage, recommend, or promote the administration of treprostinil to improve FVC.

144.    The Yutrepia Label states under the "Indications and Usage" section that Yutrepia™ "is a ███████████████  indicated for the treatment of: ████████████ ████████████████████  to improve ███████████[,] [and] . . . . ████████ ████████████████████████████████████  to improve ██████████."[216]  There is no mention under the "Indications and Usage" section, nor anywhere else in the Label, that Yutrepia™ can or should be administered to improve a patient's forced vital capacity ("FVC").[217]

---

[215] Nathan Decl., ¶ 152.

[216] Yutrepia Label at 1.

[217] *See generally id.*

145.    Dr. Nathan argues that, by referencing the INCREASE study, the Yutrepia Label instructs physicians that Yutrepia™ improves FVC.[218]  I disagree that the Yutrepia Label provides such an instruction because, while the Label does reference INCREASE, it never mentions improvements in FVC.  Accordingly, a physician would not understand that the Yutrepia Label teaches improvements in FVC.  In fact, as further evidence that improvement in FVC is not the indication and that the Yutrepia Label could not teach an improvement in FVC, researchers are still studying (in the TETON study) whether the FVC effect observed in the INCREASE study is a real result.[219]

**B.    Liquidia Does Not Infringe Claims 11 and 14 of the '327 Patent**

146.    Liquidia does not infringe Claims 11 and 14 of the '327 patent because Liquidia's dry powder inhaler is not a "pulsed inhalation device" as required by the claims.

147.    The '327 patent does not provide a definition of a "pulsed inhalation device."  I have prescribed medications that use pulsed inhalers as well as those that do not, and in my experience, pulsed inhalers are those where the device generates a force or energy to expel drug from the device.  That is, medication does not reach the patient through the force of the patient's breathing alone, but rather, the device itself generates some force.  This force may be generated through electronics in the device.  The pulses may be timed with the patient's breathing (i.e., breath actuation) but need not be.

148.    The PAH literature supports this understanding.  This literature discloses examples of pulsed inhalation devices which include a power supply and/or electronics to generate a pulse.

---

[218] Nathan Decl., ¶ 160.

[219] Nathan Depo. Tr. at 117:12-118:17.

For example, Robyn Barst, et al. reviewed several pulsed inhalation devices used to treat PAH, all of which included a "pulse device."[220]



**Figure 2:** Examples of pulsed inhaled nitric oxide delivery systems used in clinical studies: **(A)** Ambulatory system. Reproduced with permission from the American College of Chest Physicians, Chest, Volume 109, Richard N. Channick, John W. Newhart, F. Wayne Johnson, Penny J. Williams, William R. Auger, Peter F. Fedullo, and Kenneth M. Moser, pulsed delivery of inhaled nitric oxide to patients with primary pulmonary hypertension: an ambulatory delivery system and initial clinical tests, pp 1545–1549, Copyright (1996), American College of Chest Physicians.[48] **(B)** Hospital system. Reprinted with permission from Internal Medicine, Volume 41, Osamu Kitamukai, Masahito Sakuma, Tohru Takahashi, Jun Nawata, Jun Ikeda, and Kunio Shirato, hemodynamic effects of inhaled nitric oxide using pulse delivery and continuous delivery systems in pulmonary hypertension, pp 429–434, Copyright The Japanese Society of Internal Medicine (2002).[49] iNO: inhaled nitric oxide NO₂: nitrogen dioxide

As another example, Lee, et al. disclosed "the Tyvaso Inhalation System" as a pulsed inhalation device.[221]  The TD-300/A Tyvaso Inhalation System includes a power supply and delivers inhaled treprostinil over a number of pulses (or "breaths" in the manual).[222]  Given the above examples, a POSA would understand from the PH literature that a pulsed inhalation device must be able to generate a pulse of inhaled treprostinil, which necessitates the inclusion of a mechanism within the device that generates a pulse.

149.    The Plastiape inhaler used with Yutrepia™ is not a pulsed device.  The device itself does not generate any force or energy, and there is no mechanism in the inhaler to generate such a

[220] R. Barst, et al, Clinical perspectives with long-term pulsed inhaled nitric oxide for the treatment of pulmonary arterial hypertension, *Pulmonary Circulation* 2:139 (2012) (LIQ_PH-ILD_00001405) at 141.

[221] C. Lee et al, Practical considerations in the management of inhaled prostacyclin therapy for pulmonary hypertension associated with interstitial lung disease (WHO group 3), *Respiratory Med.* 196 (2022) (LIQ_PH-ILD_00001682) at 2-3.

[222] Tyvaso Inhalation System Manual (2022) (LIQ_PH-ILD_00002547) at 18-23, 42-45.

force.  Instead, Yutrepia™ reaches a patient through the inhaler through the patient's breathing alone, without any assistance from the device.

150.    Dr. Nathan relies on the language of Claims 11 and 14 and on two passages from the '327 patent specification to argue that a POSA would understand a "dry powder inhaler" to be a "pulsed inhalation device."[223]  However, neither the claim language nor the specification of the '327 patent that Dr. Nathan relies on definitively state that a dry powder inhaler is a pulsed inhalation device.[224]  Rather, for example, the '327 patent language that Dr. Nathan relies on states that "a pulsed inhalation device, *may be* a dry powder inhaler."[225]  That **some** pulsed inhalation devices are dry powder inhalers does not establish that **all** pulsed inhalation devices are dry powder inhalers, and conversely, not all dry powder inhalers are pulsed inhalation devices.

151.    Contrary to Dr. Nathan's position, the '327 patent provides examples of pulsed inhalation devices that are **not** dry powder inhalers.  For example, '327 patent provides that "[p]ulsed inhalation devices are disclosed, for example, in U.S. patent application publication No. 20080200449, U.S. Pat. Nos. 9,358,240; 9,339,507; 10,376,525; and 10,716,793, each of which is incorporated herein by reference in its entirety."[226]  These patents and patent publications collectively disclose two commercial pulsed inhalation devices, the OPTINEB® and the VENTA-NEB®, both manufactured by Nebutec in Germany.[227]  The OPTINEB® and VENTA-NEB®

---

[223] Nathan Decl., ¶¶ 145–46 (citing '327 patent, 20:48-57, 21:6-14, claims 11 & 14).

[224] *Id.*

[225] '327 patent at 21:6-14 (emphasis added).

[226] '327 patent at 20:53-57.

[227] U.S. Pat. App. Pub. No. 2008/0200449 (LIQ_PH-ILD_00002666) at [0074]; U.S. Pat. No. 9,358,240 (LIQ_PH-ILD_00002713) at 13:57-60; U.S. Pat. No. 9,339,507 (LIQ_PH-ILD_00002689) at 14:36-39; U.S. Pat. No. 10,376,525 (LIQ_PH-ILD_00002641) at 14:54-57; '793 Patent at UTC_PH-ILD_009794 (14:35-38).

devices both generate a **pulse** of aerosolized drug electronically, and a POSA would understand this functionality to require electronics to generate the pulse and a power source. Indeed, both the OPTINEB® and VENTA-NEB® manuals disclose a power supply and programs that generate a pulse of aerosolized drug (e.g., by alternating between an active phase of nebulizing treprostinil and a passive phase).[228]

152.    Importantly, Dr. Nathan rendered opinions regarding Liquidia's dry powder inhaler despite never having seen the dry powder inhaler and not being able to recall whether he had seen any schematics or drawings of the dry powder inhaler.[229] Dr. Nathan also could not recall any publication in which he referred to a dry powder inhaler as a pulsed inhalation device.[230] It is my opinion that Dr. Nathan's analysis regarding Liquidia's dry powder inhaler is not credible due to its lack of first-hand research and literary support.

153.    Based on an accurate reading of the disclosures of the '327 patent and the PAH literature, a POSA would not understand Yutrepia™'s dry powder inhaler to be a pulsed device. Thus, in my opinion, Liquidia would not directly infringe or induce infringement of Claims 11 and 14 of the '327 patent.

## IX.    CONCLUSION AND RESERVATION OF RIGHTS

154.    To summarize, in my opinion, the invention of the '327 patent was disclosed by the prior art, including the '793 patent, the 2009 Tyvaso Label, the 2017 INCREASE Study Description, Agarwal 2015, and Saggar 2014. Further, Liquidia does not induce infringement of Asserted Claims 9–11 and 14.

---

[228] OPTINEB® Manual (LIQ_PH-ILD_00002406) at 14-15, 20-21; VENTA-NEB® Manual (LIQ_PH-ILD_00002935) at 37-42.

[229] Nathan Dep. Tr. at 133:23-134:25.

[230] Nathan Depo. Tr. at 131:22-132:19.

155.    This report is based on the information currently available to me.  I reserve the right to continue, update, and expand my analyses in a supplemental report if additional documents, deposition transcripts, or any other information is produced by UTC and/or any of UTC experts.

156.    I reserve the right to respond to any matters raised by UTC, or any opinions or conclusions of any expert, by relying on documents, testimony, or other information that is additional to the information considered and cited herein.  I further reserve the right to supplement my opinions as permitted by any Court order as well as the right to prepare exhibits to summarize and demonstrate my testimony at any hearing or at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2024

Signed by: Dr. Richard Channick

# Appendix A

**Expert Declaration of Dr. Richard Channick**
**Appendix A – Materials Considered**

## Patents and Patent Applications

- U.S. Patent No. 10,716,793 (UTC_PH-ILD_009788)
- U.S. Patent No. 11,826,327 (UTC_PH-ILD_005310)
- U.S. Pat. No. 10,376,525 (LIQ_PH-ILD_00002641)
- U.S. Patent No. 9,358,240 (LIQ_PH-ILD_00002713)
- U.S. Patent No. 9,339,507 (LIQ_PH-ILD_00002689)
- U.S. Patent Publication No. 2013/0096200 (UTC_PH-ILD_010774) ("Wade 200")
- U.S. Patent Publication No. 2008/0200449 (LIQ_PH-ILD_00002666)

## Publications

- M. Agarwal and A.B. Waxman, Inhaled Treprostinil in Group-3 Pulmonary Hypertension, *J. Heart and Lung Transplant.* 34(4):S343 (2015) (UTC_PH-ILD_009828) ("Agarwal 2015")
  - M. Agarwal and A.B. Waxman, Inhaled Treprostinil in Group-3 Pulmonary Hypertension, *J. Heart Lung Transplant.*, 34(3): S343 (2015), available at https://www.jhltonline.org/article/S1053-2498(15)01005-0/fulltext (LIQ_PH-ILD_00001400)
  - Table of Contents, *J. Heart Lung Transplantation* 34(4), Supplement, S1-S368 (2015) (LIQ_PH-ILD_00001395) ("Agarwal TOC")
- E. Amen, et al., Analysis of V/Q-Matching–A Safety "Biomarker" in Pulmonary Drug Development?, *Biomarkers* 16(S1):S5-S10 (2011) (UTC_PH-ILD_009839) ("Amen 2011")
- A. A. Bajwa, et al., The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease, *Pulmonary Circulation* 17(1):82 (2017) (UTC_PH-ILD_009846)
- R. Barst et al, Clinical perspectives with long-term pulsed inhaled nitric oxide for the treatment of pulmonary arterial hypertension, *Pulm. Circ.* 2:139 (2012) (LIQ_PH-ILD_00001405)
- Behr J, et al., Efficacy and Safety of Sildenafil Added to Pirfenidone in Patients with Advanced Idiopathic Pulmonary Fibrosis and Risk of Pulmonary Hypertension: A Double-Blind, Randomised, Placebo-Controlled, Phase 2b Trial, *Lancet Respiratory Med.* 9 (2020) (UTC_PH_ILD_009853)
- R.N. Channick, et al., Safety and Efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension, *J. Am. Coll. Cardiol.* 48(7):1433 (2006) (LIQ_PH-ILD_00001414) ("Channick 2006")
- R. Channick, Pulmonary hypertension: Classification and treatment, *Can. J. Cardiology*, 26: 5B (2010) (LIQ_PH-ILD_00001419)
- R.C. Deano, et al., Referral of Patients with Pulmonary Hypertension Diagnoses to Tertiary Pulmonary Hypertension Centers, *Jama Intern. Med.* 173:10 (2013) (LIQ_PH-ILD_00001426)
- M. Faria-Urbina, et al., Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease, *Lung* 196:139–46 (2018) (UTC_PH-ILD_009936) ("Faria-Urbina 2018")

- H. Gall, et al., The Giessen Pulmonary Hypertension Registry: Survival in pulmonary hypertension subgroups, *J. Heart Lung Transplant.* 36(9):957-967 (2017) (LIQ_PH-ILD_00001617) ("Gall 2017")
- N. Hill et al, INSPIRE*: Safety and tolerability of inhaled Yutrepia (treprostinil) in pulmonary arterial hypertension (PAH), *Pulm. Circ*. 12 e12119 (2022) (LIQ_PH-ILD_00001670) ("Hill 2022")
    - Hill 2022 at Supporting Information (Figure S2) (LIQ_PH-ILD_00001628), available at https://onlinelibrary.wiley.com/doi/10.1002/pul2.12119.
- Krowka M, et al., A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Iloprost Inhalation in Adults with Abnormal Pulmonary Arterial Pressure and Exercise Limitation Associated with Idiopathic Pulmonary Fibrosis, *Chest* 132:633A (2007) (UTC_PH-ILD_010497)
- C. Lee et al, Practical considerations in the management of inhaled prostacyclin therapy for pulmonary hypertension associated with interstitial lung disease (WHO group 3), *Respiratory Med.* 196 (2022) (LIQ_PH-ILD_00001682)
- G. Leuschner and J. Behr, Acute Exacerbation in Interstitial Lung Disease, *Front. Med.* 4:176 (2017) (LIQ_PH-ILD_00001689)
- NCT02630316: Safety and Efficacy of Inhaled Treprostinil in Adult PH With ILD Including CPFE (Feb., 10, 2017), available at https://clinicaltrials.gov/study/NCT02630316?term=NCT02630316&rank=1&tab=history &a=23 ("2017 INCREASE Protocol") (LIQ_PH-ILD_00000185) ("2017 INCREASE Study Description")
    - NCT02630316 Glossary (LIQ_PH-ILD_00001681)
- H. Nunes, et al., Pathology of Vascular Changes in Interstitial Lung Diseases, in *Pulmonary Hypertension and Interstitial Lung Disease* (Robert P. Baughman et al., eds., 2d ed. 2017) (UTC_PH-ILD_010541)
- H. Olschewski, et al., Inhaled Prostacyclin and Iloprost in Severe Pulmonary Hypertension Secondary to Lung Fibrosis, *Am. J. Respir. Crit. Care. Med.* 160:600-607 (1999) (LIQ_PH-ILD_00002398) ("Olschewski 1999")
- K. Parikh., et al., Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension, *J. Cardiovasc. Pharmacol.* 67(4); 322–25 (2016) (UTC_PH-ILD_010599) ("Parikh 2016")
- R. Saggar, et al., Treprostinil to Reverse Pulmonary Hypertension Associated with Idiopathic Pulmonary Fibrosis as a Bridge to Single-Lung Transplantation, *J. Heart and Lung Transplant.* 28:964-7 (2009) (LIQ_PH-ILD_00002986) ("Saggar 2009")
- R. Saggar, et al., Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis, *Thorax* 69:123–29 (2014) (LIQ_PH-ILD_00000226) ("Saggar 2014")
- R. Saggar, F. Abtin, R. Channick, Inhaled Treprostinil in Group 3 Pulmonary Hypertension. *N. Engl. J. Med.* 384(19):1870 (2021) (LIQ_PH-ILD_00002458) ("Saggar 2021")
- A. Schirro and A. Waxman, Inhaled treprostinil therapy in patients with pulmonary hypertension and parenchymal lung disease, *Eur. Respir. J.* 38:p2385 (2011) (LIQ_PH-ILD_00002474) ("Schirro and Waxman 2011")

- G. Simonneau, et al., Clinical Classification of Pulmonary Hypertension, *J. Am. Coll. Cardiol.* 43(12):5S-12S (2004) (LIQ_PH-ILD_00002479) ("Simonneau 2004")
- G. Simonneau, et al., Haemodynamic definitions and updated clinical classification of pulmonary hypertension, *Eur. Respir. J.* 53: 1801913 (2019) (UTC_PH-ILD_010679) ("Simonneau 2019")
- V. Tapson, et al., Efficacy in Patient Subgroups in the INCREASE Trial, a Phase III Trial to Evaluate Inhaled Treprostinil in Patients with Pulmonary Hypertension Due to Parenchymal Lung Disease, *Arthritis Rehumatol.* 73 (suppl. 9) (2021) (LIQ_PH-ILD_00002487) ("Tapson 2021")
- A. W. Trammell, et al., Use of pulmonary arterial hypertension-approved therapy in the treatment of non-group 1 pulmonary hypertension at US referral centers, *Pulm. Circ.* 5(2): 356-363 (2015) (LIQ_PH-ILD_00002539) ("Trammel 2015")
- L. Wang, et al., Hemodynamic and gas exchange effects of inhaled iloprost in patients with COPD and pulmonary hypertension, *Int. J. COPD* 12:3353 (2017) (UTC_PH-ILD_010782) ("Wang 2017")
- Zisman D, et al., A Controlled Trial of Sildenafil in Advanced Idiopathic Pulmonary Fibrosis, 363 New Eng. J. Med. 620 (2010) (UTC_PH-ILD_010830)
- A. Waxman, et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, N. Eng. J. Med. 384(4):325 (2021) (UTC_PH-ILD_010790) ("Waxman 2021")

**Litigation Materials**
- Declaration of Steven D. Nathan, M.D. in Support of Plaintiff's Motion for Preliminary Injunction in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 23-975-RGA (D. Del. Feb. 26, 2024) ("Nathan Decl.")
- Deposition Transcript of Dr. Steven D. Nathan in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 23-975-RGA (D. Del. Mar. 10, 2024) (LIQ_PH-ILD_00000677) ("Nathan Depo. Tr.")
- Deposition Transcript of Aaron Waxman in United Therapeutics Corp. v. Liquidia Techs., IPR2021-00406 (P.T.A.B. Jan. 8, 2022) (LIQ_PH-ILD_00000579) ("Waxman IPR Depo. Tr.")
- Deposition Transcript of Andrew Clark, Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Jan. 14, 2022) (LIQ_PH-ILD_00000879) ("Clark Depo. Tr.")
- *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. No. 322-2 (D. Del. Jun. 1, 2022) (LIQ_PH-ILD_00000801)
- *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. No. 408 (D. Del. 2022) (LIQ_PH-ILD_00001018)
- *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, Dkt. No. 414 (D. Del. Jun. 1, 2022) (LIQ_PH-ILD_00000992)
- *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA, D.I. 433 (D. Del. 2022) (LIQ_PH-ILD_00001018)
- Opening Report of Aaron Waxman, M.D. Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Oct. 15, 2021) (LIQ_PH-ILD_00000871) ("Waxman Opening Report")

- Reply Expert Report of Aaron Waxman, M.D. Ph.D. in *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755-RGA (D. Del. Dec. 10, 2021) (LIQ_PH-ILD_00000911) ("Waxman Reply Expert Report")
- Testimony of Dr. Aaron Waxman in Trial Transcript Vol. III in United Therapeutics Corp. v. Liquidia Techs., Inc., No. 20-755-RGA (D. Del. Mar. 30, 2022) ("Waxman Trial Tr.") (LIQ_PH-ILD_00000792)

**Other**
- 2006 Remodulin Label, NDA 21-272/S-005 (LIQ_PH-ILD_00002444)
- 2009 Tyvaso Label (UTC_PH-ILD_010692)
- 2021 Tyvaso Label (UTC_PH-ILD_010744)
- 2023 Tyvaso Label (UTC_PH-ILD_010726)
- 2024 Yutrepia Label (LIQ_PH-ILD_00000896)
- UTC Ltr. to K. Dettelbach and B. Cooney (Feb. 12, 2024) (LIQ_PH-ILD_00000847) ("Feb. 12, 2024 UTC Ltr")
- S. Nathan, PH-ILD: Does Treatment Improve Outcomes, presented at PFF Summit Nov. 7, 2019, available at https://www.youtube.com/watch?v=9mVrJWjEaP4 ("PFF Summit 2019")
- OPTINEB® Manual (LIQ_PH-ILD_00002406)
- Tyvaso Inhalation System Manual (2022) (LIQ_PH-ILD_00002547)
- VENTA-NEB® Manual (LIQ_PH-ILD_00002935)
- United Therapeutics Corporation FQ1 2018 Earnings Call Transcript, (May 2, 2018) (LIQ_PH-ILD_00000001) ("UTC 2018 Earnings Call")
- All documents and materials cited in Expert Declaration of Dr. Richard Channick, dated Mar. 30, 2024

# Appendix B

**Personal History:**
Saul Brandr
Professor of
David Geffe
Division of
10833 Le C
Los Angeles
Phone: 310-
Fax: 310-20
rchannick@

**Education**

1976-1980   BS

1984-1987   M.D.

**Postdoctoral Training**

1984-1987   Intern & Residen

1987-1988   Chief Resident

1988-1991   Clinical and Rese
            Fellow

**Faculty Academic Appointme**

2018-       Professor of Clin
present     Medicine

2010-2018   Associate Profes
            Medicine

2006-2009   Professor of Clin
            Medicine

1998-2006   HS Associate Cli

| | Professor of Medicine | Division | |
|---|---|---|---|
| 1992-1998 | HS Assistant Clinical Professor of Medicine | Pulmonary and Critical Care Division | UCSD School of Medicine |
| 1988-1992 | Clinical Instructor of Medicine | Pulmonary and Critical Care Division | UCSD School of Medicine |
| 1987-1988 | Clinical Instructor of Medicine | Department of Medicine | University of Massachusetts Medical Center |
| 1987-1988 | Clinical Instructor of Medicine | Department of Medicine | Worcester City Hospital |

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 1991-2009 | Staff Physician | Division of Pulmonary and Critical Care Medicine | University of California at San Diego Medical Center |
| 2009-2013 | Associate Physician | Pulmonary and Critical Care Unit, Department of Medicine | Massachusetts General Hospital |
| 2013-2018 | Physician | Division of Pulmonary and Critical Care Medicine | Massachusetts General Hospital |
| 2018-present | Attending Physician | Pulmonary and Critical Care | UCLA Medical Center |

## Major Administrative Leadership Positions

**Local**

| | | |
|---|---|---|
| 2009-2018 | Director | Pulmonary Hypertension and Thromboendarterectomy Program Massachusetts General Hospital |
| 2018-present | Director | Acute and Chronic Thromboembolic Disease Program UCLA Medical Center |
| 2019-present | Co-Director | Pulmonary Vascular Disease Program UCLA Medical Center |
| 2020- | Saul Brandman Endowed Chair in | David Geffen School of Medicine at UCLA |

2

present          Pulmonary Arterial Hypertension

## Committee Service

**Local**

| | | |
|---|---|---|
| 2003-2006 | Admissions Committee | University of California at San Diego Medical Center Member |
| 2006-2009 | Standing and Promotions Committee | University of California at San Diego Medical Center Member |
| 2021- present | Institutional Review Board | UCLA Medical School Member |
| 2023-present | UCLA Department of Medicine Peer Review Committee | UCLA Medical Center Member |

## National

| | | |
|---|---|---|
| 2006-2014 | Member, Pulmonary Vascular Disease Network Steering Committee | American College of Chest Physicians |
| 2006-2016 | Member Board of Trustees | Pulmonary Hypertension Association |
| 2011-2017 | Member, Board of Directors | Pulmonary Hypertension Care Centers, Inc. |
| 2012-2014 | Chair Scientific Leadership Council | Pulmonary Hypertension Association |
| 2012-2016 | Pulmonary Circulation Program Committee Member | American Thoracic Society |
| 2019-2020 | President | National PERT Consortium, Inc. |
| 2018-2019 | Chair, Board of Directors | Pulmonary Hypertension Care Centers, Inc. |

Steering Committee Member for numerous pivotal clinical trials

## Professional Societies

| | | |
|---|---|---|
| 1984-present | Alpha Omega Alpha Medical Honor Society | Member |
| 1989-present | American Thoracic Society | Member |
| 1992-present | American College of Chest Physicians | Member |
| 1992-present | Pulmonary Hypertension Association | Member |
| 2012 | Pulmonary Embolism Response Team (PERT) Consortium | Co-founder |
| 2019-2020 | PERT Consortium | President |

3

**Editorial Activities**

**1. Editor in Chief**

Advances in Pulmonary Hypertension   2009-2011

**2. Invited Reviewer**

Intensive Care Medicine
Journal of Clinical Pulmonary Medicine
Journal of Applied Physiology
Critical Care Medicine
Chest
Circulation
American Journal of Respiratory and Critical Care Medicine
European Respiratory Journal
Circulation
Journal of the American College of Cardiology
Pulmonary Circulation


# Current Funded and Unfunded Projects

2010-present: Evaluation of whether Hemodynamic Response Patterns During Exercise Predict Patient Outcomes and Survival
Sponsor: None
Role: Co-Investigator

2011-2016: Evaluation of Pulmonary Perfusion Heterogeneity and Compliance in Patients with Pulmonary Arterial Hypertension Using Functional PET Imaging
Sponsor: United Therapeutics
Role: Co-Investigator

2013-2017: Evaluation of Pulmonary Perfusion Heterogeneity in Patients with Chronic Thromboembolic Pulmonary Hypertension Using Functional PET Imaging
Sponsor: The CHEST Foundation
Role: Co-Investigator

2013-2018: Cardiopulmonary Exercise Testing in Patients After Submassive Pulmonary Embolism
Sponsor: None
Role: Co-Investigator

2014-2018:  U.S. CTEPH Registry.
Sponsor:  UCSD
Role: PI

4

2014-2018: Pulmonary Thromboendarterectomy (PTE): Perioperative Outcomes
Sponsor: None
Role: Co-Investigator

2014-2018: Pulmonary vascular complications of liver disease: Analysis of the UNOS Database
Sponsor: None
Role: PI

2015-2018 Pulmonary Vascular Complications of Liver Disease 2 (PVCLD2)
Sponsor: University of Pennsylvania
Role: Site PI

2015-2018: Physiologic Effects and Renal Outcomes of Transjugular Intrahepatic Portosystemic Shunt Placement in Cirrhosis
Sponsor: None
Role: Co-Investigator

2015-present:  Beraprost add on to Inhaled treprostinil for the treatment of pulmonary hypertension
Sponsor:  Lung LLC
Role: PI

2016- present:  Uptravi® (SelexiPag): tHe usErs dRug rEgistry (S.P.H.E.R.E.)
Sponsor: Actelion Pharmaceuticals
Role: PI

2016-present: A Phase 2, Randomized, Double-BLInd, Placebo- Controlled Study of UBEnimex in Patients with Pulmonary ARTerial HYpertension (WHO Group 1) (LIBERTY)
Sponsor: Eiger
Role: PI

2016-present: Pulmonary Embolism Response Team (PERT) Consortium Registry
Sponsor: None
Role: Co-Investigator

2016-present: The role of dual energy CT (DECT) in patients with chronic thromboembolism Hereditary Hemorrhagic Telangiectasia Registry
Sponsor: None
Role: Co-Investigator

## Formally Supervised Trainees

1994-1995    Gordon Yung, M.D. Director, Lung Transplant Program, UCSD
Supervised pulmonary fellow with special interest in pulmonary vascular disease. Trained in evaluation of these patients, including right heart catheterization

1995-1996    Kim Kerr, M.D.   Vice-Chief, Pulmonary and Critical Care Division, UCSD

5

Trained pulmonary fellow in the diagnosis and evaluation of pulmonary hypertension

1996-1997    Nick Kim, M.D., Director, Pulmonary Vascular Program, UCSD
Trained in evaluation and treatment of pulmonary vascular diseases. Research mentor

2000-2001    Victor Test, M.D., Director, Pulmonary Hypertension Program, Duke University Medical Center.  Advanced training in all aspects of pulmonary hypertension and thromboembolic disease.  Research mentor

2002-2003    Tim Williamson, M.D., Director Pulmonary Hypertension Program, University of Kansas Medical Center
Supervised advanced fellow training in pulmonary vascular disease, including performance of right heart catheterization

2003-2005    Kelly Chin, M.D., Director, Pulmonary Hypertension Program, UT Southwestern
Primary clinical and research mentor in pulmonary vascular disease

2006-2007    Sonja Bartolome, M.D., Associate Director, Pulmonary Hypertension Program, UT Southwestern.
Advanced clinical training in pulmonary hypertension, including performance of right heart catheterization

2011-2013    Barbara Levarge, M.D., Director, Pulmonary Hypertension Program, Beth Israel Deaconess Medical Center
Primary clinical and research mentor in Pulmonary Vascular Diseases, including performance and interpretation of right heart catheterization

2014-2016    Hillary DuBrock, M.D., Attending Physician, Pulmonary Vascular Program, Mayo Clinic
Primary clinical and research mentor

2015-2016    Alison Witkin, M.D., Attending Physician, Pulmonary Hypertension and Thromboendarterectomy Program, Massachusetts General Hospital
Primary clinical and research mentor in Pulmonary Vascular Diseases

2017-2018    Alexandra Wong, M.D. Attending Physician, Pulmonary Vascular Program, MGH
Primary clinical and research mentor

2018-2021    Sonia Jasuja, M.D.   Attending Physician, Pulmonary Vascular Disease, UCLA
Primary clinical and research mentor

2018-2021    Alex E. Sherman, M.D.  Attending Physician, Pulmonary Vascular Disease, UCLA
Primary clinical and research mentor

2019-2022    Gilad Jaffe, M.D.  Attending Physician, Pulmonary and Critical Care, UCSD Medical Center
Primary clinical and research mentor

2020-2023    Jennifer Chang, M.D.  Attending Physician, Pulmonary and Critical Care, Portland, OR
Primary clinical and research mentor

2020-2023    Hana Bakalli, M.D.  Attending Physician, Pulmonary Vascular Disease, Alaska Native
Medical Center (ANMC)
Primary clinical and research mentor

## **Formal Teaching of Peers (e.g., CME and other continuing education courses)**

Yearly lectures:

1991-2009: Pulmonary Grand Rounds, UCSD Medical Center

1991-present: More than 500 CME lectures throughout the country on all aspects of pulmonary
hypertension and thromboembolic disease

2009-present: Cardiology Fellows Conference

2009-present: Pulmonary Grand Rounds, MGH

2010-present: Rheumatology Grand Rounds, MGH

## **Invited Presentations and Courses**

### **Regional**

1991-present   More than 500 regional lectures at community hospitals, local conferences on pulmonary
vascular disease.

### **National**

Approximately 500 national and international talks at major congresses, hospitals and medical schools.

### **Selected Invited Lectures from Jan 2014 until present:**

1/30/14        Medicine Grand Rounds, Lankenau Hospital, Philadelphia, PA: "CTEPH"
2/26/14        Brigham and Women's Hospital:  "Acute Pulmonary Embolism:  Role of PERT"
5/13/14        Long Island Jewish, Stony brook Hospital, Visiting Professor: "Pulmonary Hypertension"
7/16/14        MGH-North Shore; Medicine Grand Rounds: "Acute PE: Role of PERT
9/4/14         European Respiratory Society: "Changing PAH Therapy: Real Life Experience"
11/16/14       St. Vincent's Hospital: "Update on Pulmonary Hypertension"
11/16/14       American Heart Association Annual Meeting: "Is it PAH? Why, and is it Reversible?"
12/10/14       Harvard Pulmonary Course: "Pulmonary Hypertension Overview"
2/11/15        MGH Anesthesiology Conference: "Pulmonary Embolism Response Teams"
2/26/15        Cedars Sinai Grand Rounds: "Integrating Guidelines and Clinical Trial Evidence in
Treatment Strategies for PH"
3/10/15        Tufts Medical Center, Pulmonary Grand Rounds: "Chronic Thromboembolic Disease"
3/15/15        American College of Cardiology: "Treatment of Pulmonary Hypertension"
5/6/15         Society of Catheterization and Cardiovascular Intervention Annual Meeting: "Chronic
Thromboembolic Pulmonary Hypertension"
5/20/15        American Thoracic Society Annual Meeting: "Thrombolysis for Acute Pulmonary
Embolism"
6/5/15         European Society of Cardiology Annual Meeting: "Subgroup Analysis of SERAPHIN

7

|  | Trial: Anticoagulant Use" |
|---|---|
| 6/15/15 | University of Miami, Visiting Professor.  Medicine Grand Rounds: "Update on Pulmonary Hypertension" |
| 9/16/15 | University of Tennessee, Visiting Professor Lecture: "Diagnosis and Treatment of Pulmonary Hypertension" |
| 10/6/15 | Tufts Medical Center, Pulmonary Grand Rounds: "Update on Acute Pulmonary Embolism" |
| 10/8/15 | Washington University, St. Louis, Pulmonary Hypertension Symposium: "Pulmonary Hypertension in ESRD" |
| 10/14/15 | MGH Pulmonary Grand Rounds: "CTEPH:  Current Approach to Diagnosis and Treatment" |
| 10/27/15 | American College of Chest Physicians Annual Meeting: "Venous Thromboembolism: A Case Based Review" |
| 11/27/15 | Tufts Pulmonary Hypertension Symposium: "CTEPH: Update" |
|  |  |
| 2/4/16 | MGH Heart Failure Group Meeting: "Current Approach to Diagnosis and Treatment of Pulmonary Hypertension" |
| 3/24/16 | MGH, Orthopedic Surgery Grand Rounds: "Multidisciplinary Approach to Acute Pulmonary Embolism" |
| 3/28/16 | MGH, Medicine Residents Lecture: "Pulmonary Hypertension" |
| 5/9/16 | American Thoracic Society Annual Meeting: "PERT: The Way of the Future in Acute PE Care" |
| 7/14/16 | National Jewish Hospital, Pulmonary Grand Rounds: "Group 1 and Beyond: Case Studies in Pulmonary Hypertension |
| 7/16/16 | Puerto Rico Society of Cardiology: "Update on Pulmonary Hypertension" |
| 10/26/16 | American College of Chest Physicians Annual Meeting: "Antiphospholipid Antibody Syndrome" |
| 11/3/16 | North Carolina Pulmonary Hypertension Symposium: "Drug Induced Pulmonary Hypertension" |
| 11/14/16 | American Heart Association Annual Meeting: "Expanding the Playbook: Surgery and Circulatory Support for the Failing PE Patient" |
| 12/8/16 | Tufts Annual PH Conference: "Ongoing and Future Clinical Trials in Pulmonary Hypertension" |
| 3/6/17 | Tufts Rheumatology Grand Rounds: "Pulmonary Hypertension in Connective Tissue Diseases |
| 4/16/17 | University of Michigan Medical Grand Rounds: "Acute Pulmonary Embolism: Novel Approaches to Care and Follow-Up" |
| 5/1/17 | Harvard/MGH Pulmonary Course: "Acute PE:  Diagnosis and Management" |
| 5/18/17 | American Thoracic Society Annual Meeting: "Pulmonary Veno-Occlusive Disease" |
| 9/12/17 | University of Vermont, Medicine Grand Rounds: "Management of Acute Pulmonary Embolism: Novel Approaches to a Multidisciplinary Problem" |
| 9/27/17 | United Medical Center, Washington, D.C. Medical Grand Rounds: "Update on Pulmonary Hypertension" |
| 5/9/18 | Methodist Hospital, Houston TX, PE Summit:  "Management of Acute Pulmonary Embolism: Novel Approaches to a Multidisciplinary Problem" |
| 10/23/18 | UCLA Medicine Housestaff Lecture: "CTEPH" |

| 2/21/19 | Trudeau Society Lecture: "Treatment of Pulmonary Arterial Hypertension: The Old and the New" |
| 5/18/19 | American Thoracic Society Annual Meeting: "Right Ventricular Failure" |
| 5/31/19 | Henry Ford Health System PERT Symposium, Keynote Speaker: "The Value of a Team Approach to PE" |
| 7/3/19 | UCLA Pulmonary Fellows Lecture: "Acute PE in 2019" |
| 7/24/19 | UCLA Medicine Grand Rounds: "Pulmonary Hypertension 2019: The Evolving Landscape |
| 12/3/19 | Visiting Professor, UCSF Fresno.  Medical Grand Rounds: "Acute and Chronic Thromboembolic Disease" |
| 12/5/19 | Tufts Annual PH Conference: "Group 4 PH:  Risk Assessment and Treatment" |

## Selected Visiting Professorships:

| 1997 | Ohio State University |
| 1999 | Duke University School of Medicine |
| 2003 | Bowman Gray School of Medicine |
| 2004 | Scott and White Hospital |
| 2006 | Massachusetts General Hospital |
| 2010 | University of Tennessee Medical School |
| 2014 | University of Miami Medical School |
| 2016 | Washington University School of Medicine |
| 2019 | UCSF Fresno |

**Selected International Lectures**

| 1996 | Japanese Thoracic Society |
| 1998 | Visiting Professor, University of Monterrey, Mexico |
| 2002 | Visiting Professor, Goteborg University, Goteborg, Sweden |
| 2003, 2008, 2013, 2018 | Speaker, task force member, World Symposium on Pulmonary Hypertension |
| 2016 | Speaker, Taiwan Society of Cardiology |

## Report of Clinical Activities and Innovations

9

## Current Licensure and Certification

| | |
|---|---|
| 1988 | California Medical License |
| 1988 | American Board of Internal Medicine Certification |
| 1991 | Pulmonary Medicine Certification |
| 1992 | Critical Care Medicine Certification |
| 1992 | Fluoroscopy Supervisor Certification |
| 2003 | Critical Care Medicine Recertification |
| 2004 | Pulmonary Medicine Recertification |
| 2009 | Massachusetts Medical License |
| 2016 | Pulmonary Medicine Recertification |
| 2016 | Critical Care Medicine Recertification |

## Clinical Innovations

**Development and testing of a device for delivery of inhaled nitric oxide to patients with pulmonary hypertension**

I developed a novel method for delivering inhaled nitric oxide to patients with pulmonary hypertension. This led to the first outpatient in the world being treated chronically. This work has been highly cited and has led to renewed interest in the NO molecule as a chronic therapy

**Pulmonary Hypertension Service at UCSD Medical Center**

Started the first clinical service for the medical treatment of pulmonary hypertension at UC San Diego, which grew to over 1000 patients

**Pulmonary Embolism Response Team (PERT), MGH**

Co-founded the first multidisciplinary PERT in the world. This program has expanded to over 100 hospitals and represents a paradigm shift in the approach to patients with large pulmonary emboli

**Pulmonary Thromboendarterectomy (PTE) Program, MGH**

Shortly after arriving at MGH, in 2010, established the MGH PTE Program for the treatment of chronic thromboembolic pulmonary hypertension, in collaboration with Cardiac and Thoracic Surgery. Within just a few years, we became the 2nd largest such program in the country, and have patients referred from around the country and even internationally for this condition

**Hemorrhagic Hereditary Telangiectasia (HHT) Center**

In collaboration with Genetics, ENT, Interventional Radiology and others, I co-founded the MGH HHT Program, only the second such program in New England and now one of only 16 accredited centers in the country

**Electrically Produced Inhaled Nitric Oxide**

In collaboration with Dr. Warren Zapol's lab, I have helped further the development of a new nitric oxide delivery system, which generates the gas from air and electricity.  We have done preliminary testing of the device and are now planning a longer term study in patients with various forms of pulmonary hypertension, for what could become an inexpensive ,widely available treatment, even in resource-poor parts of the world

**PUBLICATIONS/BIBLIOGRAPHY**

**RESEARCH PAPERS**

RESEARCH PAPERS (PEER REVIEWED)

A. RESEARCH PAPERS - PEER REVIEWED

1. **Channick RN**, Curley FJ, Irwin RS.  Indications for and complications of rectal tube use in critically ill patients.  Journal of Intensive Care Med 1988; 3:321-323.

2. Grogan DR, Irwin RS, **Channick RN**, Bartter T.  Complications associated with thoracentesis.  Arch Int Med 1990; 150:873-877.

3. Jamieson SW, Auger WR, Fedullo PF, **Channick RN**, Kriett JM, Tarazi RY, Moser KM.  Experience and results of 150 pulmonary thromboendarterectomy operations over a 29 month period.  J Cardiovasc Thorac Surg 1993; 106:116-127.

4. **Channick RN**, Hoch RP, Newhart JW, Johnson FW, Smith CM.  Improvement in pulmonary hypertension and hypoxemia during nitric oxide inhalation in a patient with end-stage pulmonary fibrosis.  Am J Respir Crit Care Med 1994; 149:811-14.

5. **Channick RN**, Newhart JW, Johnson FW, Moser KM.  Inhaled nitric oxide reverses hypoxic pulmonary vasoconstriction in dogs: a practical nitric oxide delivery and monitoring system.  Chest 1994;105:1842-47.

6. Newhart J, Johnson FW, Konopka RG, **Channick RN**.  Nitric oxide delivery system for volume ventilators.  Respiratory Care 1994;37(11):1366-67.

7. Kerr KM, Auger WR, Fedullo PF, **Channick RN**, YI ES, Moser KM.  Large vessel pulmonary arteritis mimicking chronic thromboembolic disease.  Am J Respir Crit Care Med 1995;152:367-373.

8. Morris TA, Auger WR, Ysrael MZ, Olson LK, **Channick RN**, Fedullo PF, Moser KM.  Parenchymal scarring is associated with restrictive spirometeric defects in patients with chronic thromboembolic pulmonary hypertension.  Chest 1996;110:399-403.

9. Bradley SP, Auger WR, Moser KM, Fedullo PF, **Channick RN**, Bloor CM.  Right ventricular pathology in chronic pulmonary hypertension.  Am J Card 1996;78:584-87.

10. Hirsch AM, Moser KM, Auger WR, **Channick RN**, Fedullo, PF.  Unilateral pulmonary artery thrombotic occlusion: Is distal arteriopathy a consquence?  Am J Respir Crit Care Med 1996;154:491-6.

11. **Channick RN**, Newhart JN, Johnson FW, Williams PJ, Auger WR, Fedullo PF, Moser KM.  Pulsed delivery of inhaled nitric oxide to patients with primary pulmonary hypertension: An ambulatory delivery system and initial clinical tests.  Chest 1996;109:1545-1549.

12. Wilson WC, Kapelanski DP, Benumof JL, Newhart JW, Johnson FW, **Channick RN**. Inhaled nitric oxide (40 ppm) during one-lung ventilation, in resistance or improve oxygenation in normal patients. J Cardiovasc and Vasc Anesth 1997;11:172-6.

13. Bergin CJ, Hauschildt J, Rios G, Belezzuoli EV, Huynh T, **Channick RN**. Accuracy of MR angiography compared with radionuclide scanning in identifying the cause of pulmonary arterial hypertension. Am J Roent 1997;168:1549-55.

14. Yung GL, **Channick RN**, Fedullo PF, Auger WR, Kerr KM, Jamieson SW, Kapelanski DP, Moser KM. Successful pulmonary thromboendarterectomy in two patients with sickle cell disease. Am J Respir Crit Care Med 1998;157:1690-93.

15. **Channick RN**, Yung GL. Longterm use of inhaled nitric oxide for pulmonary hypertension. Respir Care 1999; 44:212-219.

16. Archibald CJ, Auger WR, Fedullo PF, **Channick RN**, Kerr KM, Jamieson SW, Kapelanski DP, Watt CN, Moser KM. Long-term outcome after pulmonary thromboendarterectomy. Am J Respir Crit Care Med 1999. 160:523-528.

17. Mo M, Kapelanski DP, Mitruka SN, Auger WR, Fedullo PF, **Channick RN**, Kerr K, Archibald C, Jamieson SW. Reoperative pulmonary thromboendarterectomy. Ann Thorac Surg 1999; 68:1770-7.

18. Rothman A, Sklansky MS, Lucas VW, Kashani IA, Shaughnessy RD, **Channick RN**, Auger WR, Fedullo PF, Smith CM, Kriett JM, Jamieson SW. Atrial Septostomy as a bridge to lung transplantation in patients with severe pulmonary hypertension. Am J Cardol 1999; 682-686.

19. Bergin CJ, Hauschildt JP, Brown MA, **Channick RN**, Fedullo PF. Identifying the cause of unilateral hypoperfusion in patients suspected to have chronic pulmonary thromboemolism: Diagnostic accuracy of helical CT and conventional angiography. Radiology 1999; 213:743-749.

20. Kim H, Yung GL, Marsh JJ, Konopka RG, Pedersen CA, Chiles PG, Morris TA, **Channick RN.** Pulmonary vascular remodeling distal to pulmonary artery ligation is accompanied by upregulation of endothelin receptors and nitric oxide synthase. Exp Lung Res 2000;26:287-301.

21. Kim H, Yung GL, Marsh JJ, Konopka RG, Pedersen CA, Chiles PG, Morris TA, **Channick RN**. Endothelin mediates pulmonary vascular remodelling in a canine model of chronic embolic pulmonary hypertension. Eur Respir J 2000;15:640-8.

22. Kerr KM, Auger WR, Marsh JJ, Comito RM, Fedullo RL, Smits GJ,.Kapelanski DP, Fedullo PF, **Channick RN**, Jamieson SW, Moser KM. The use of cylexin (CY-1503) in prevention of reperfusion lung injury in patients undergoing pulmonary thromboendarterectomy. Am J Respir Crit Care Med 2000; 162:14-20.

23. Bailey CL, **Channick RN**, Auger WR, Fedullo PF, Kerr KM, Yung GL, Rubin LJ. "High Probability" perfusion lung scans in pulmonary venoocclusive disease. Am J Respir Crit Care Med 2000; 162:1974-8.

24. Fedullo PF, Rubin LJ, Kerr KM, Auger WR, **Channick RN**. The natural history of acute and chronic thromboembolic disease: the search for the missing link. Eur Respir J 2000; 15:435-7.

25. **Channick RN**, Simonneau G, Sitbon O, Robbins IM, Frost A, Tapson VF, Badesch DB, Roux S, Rainisio M, Bodin F, Rubin LJ.  Effects of the dual endothelin receptor antagonist bosentan in patients with pulmonary hypertension: A placebo-controlled study. Lancet 2001;358:1119-23.

26. Yung GL, Kriett JM, Jamieson SW, Johnson FW, Newhart J, Kinninger K, **Channick RN**. Outpatient inhaled nitric oxide in a patient with idiopathic pulmonary fibrosis: a bridge to lung transplantation. J Heart Lung Transplant 2001;20:1224-7.

27. **Channick R**, Badesch DB, Tapson VF, Simonneau G, Robbins I, Frost A, Roux S, Rainisio M, Bodin F, Rubin LJ. Effects of the dual endothelin receptor antagonist bosentan in patients with pulmonary hypertension: a placebo-controlled study. J Heart Lung Transplant 2001;20:262-263.

28. Jamieson SW, Kapelanski DP, Sakakibara N, Manecke GR, Thistlethwaite PA, Kerr KM, **Channick RN**, Fedullo PF, Auger WR. Pulmonary endarterectomy: experience and lessons learned in 1,500 cases. Ann Thorac Surg 2003; 76:1457-62.

29. Kim NH, **Channick RN**, Rubin LJ. Successful withdrawal of long-term epoprostenol therapy for pulmonary hypertension. Chest 2003;124:1612-5

30. Sitbon O, Badesch DB, **Channick RN**, Frost A, Robbins IM, Simonneau G, Tapson VF, Rubin LJ. Effects of the dual endothelin receptor antagonist bosentan in patients with pulmonary arterial hypertension: a 1-year follow-up study. Chest 2003;124:247-54.

31. Tulevski II, Bresser P, Hirsch A, Groenink M, **Channick RN**, Jamieson SW, Mulder BJ. Decreased plasma neurohormones and improved cardiac performance after surgical treatement of chronic pulmonary embolism. Ann Thorac Surg 2003; 76:287-90.

32. Barst RJ, McGoon M, McLaughlin V, Tapson V, Rich S, Rubin L, Wasserman K, Oudiz R, Shapiro S, Robbins IM, **Channick R**, Badesch D, Rayburn BK, Flinchbaugh R, Sigman J, Ameson C, Jeffs R;Beraprost Study Group. Beraprost therapy for pulmonary arterial hypertension. J am Coll Cardiol 2003;41:2119-25.

33. Galie N, Hinderliter AL, Torbick A, Fourme T, Simonneau G, Pulido T, Espinola-Zavaleta N, Rocchi G, Manes A, Frantz R, Kurayna M, Nagueh SF, Barst R, **Channick R**, Dujardin K, Kronenberg A, Leconte I, Rainisio M, Rubin L. Effects of the oral endothelin-receptor antagonist bosentan on echocardiographic and Doppler measures in patients with pulmonary arterial hypertension. J AM Coll Cardiol 2003;41:1830-6.

34. Fesler P, Pagnamenta A, Vachiery JL, Brimioulle S, Abdel Kafj S, Boonstra A, Delcroix M, **Channick RN**, Rubin LJ, Naeije R. Single arterial occlusion to locate resistance in patients with pulmonary hypertension. Eur Respir J 2003;21:31-6.

35. Kim NH, Fesler P, **Channick RN**, Knowlton KU, Ben-Yehuda O, Lee SH, Naeije R, Rubin LJ. Preoperative partitioning of pulmonary vascular resistance correlates with early outcome after thromboendarterectomy for chronic thromboembolic pulmonary hypertension. Circulation 2004; 109:18-22.

36. Yung GL, Fedullo PF, Kinninger K, Johnson W, **Channick RN**. Comparison of impedance cardiography to direct Fick and thermodilution cardiac output determination in pulmonary arterial hypertension. Congest Heart Fail 2004;10:7-10.

37. Bresser P, Fedullo PF, Auger WR, **Channick RN**, Robbins IM, Kerr KM, Jamieson SW, Rubin LJ. Continuous intravenous epoprostenol for chronic thromboembolic pulmonary hypertension. Eur Respir J 2004; 23:595-600.

38. **Channick RN**, Sitbon O, Barst RJ, Manes A, Rubin LJ. Endothelin receptor antagonists in pulmonary arterial hypertension. J Am Coll Cardiol 2004; 43:62S-67S.

39. Ghofrani HA, Pepke-Zaba J, Barbera JA, **Channick R**, Keogh AM, Gomez-Sanchez MA, Kneussl M, Grimminger F. Nitric oxide pathway and phosphodiesterase inhibitors in pulmonary arterial hypertension. J Am Coll Cardiol 2004; 43:68S-72S.

40. Doyle RL, McCrory D, **Channick RN**, Simonneau G, Conte J. Surgical treatments/interventions for pulmonary arterial hypertension: ACCP evidence-based clinical practice guidelines. Chest 2004; 126:63S-71S.

41. **Channick R**, Williamson TL. Diagnosis and treatment of pulmonary arterial hypertension. Cardiol Clin 2004; 22:441-452.

42. Humbert M, Barst RJ, Robbins IM, **Channick RN**, Galie N, Boonstra A, Rubin LJ, Horn EM, Manes A, Simonneau G. Combination of bosentan with epoprostenol in pulmonary arterial hypertension: BREATHE-2. Eur Respir J. 2004;24:353-9.

43. **Channick RN**, Olschewski H, Seeger W, Staub T, Rubin LJ. Safety and Efficacy of Inhaled Treprostinil as Add-On Therapy to Bosentan in Pulmonary Arterial Hypertension. J Am Coll Cardiol 2006; 48(7):1433-7.

44. Chin K, **Channick RN**, Rubin LJ. Is methamphetamine use associated with idiopathic pulmonary arterial hypertension? Chest 2006; 130:1657-1663.

45. Walker AM, Langleben D, Korelitz JJ, Rich S, <u>Rubin LJ</u>, Strom BL, Gonon R, Keast S, Badesch D, Barst RJ, Bourge RC, **Channick R**, Frost A, Gaine S, McGoon M, McLaughlin V, Murali S, Oudiz RJ, Robbins IM, Tapson V, Abenhaim L, Constantine G: Temporal Trends And Drug Exposures in Pulmonary Hypertension: An American Experience. Am Heart J, 2006, 152(3):521-6.

46. McLaughlin VV, Oudiz RJ, Frost A, Tapson VF, Murali S, **Channick RN**, Badesch DB, Barst RJ, Hsu H, <u>Rubin LJ</u>: A Randomized, Double-Blind, Placebo-Controlled Study of Iloprost Inhalation as Add-On Therapy to Bosentan in Pulmonary Arterial Hypertension. Am J Resp Crit Care Med 2006, 174(11):1257-63.

15

47. Remillard CV, Tigno DD, Platoshyn O, Burg ED, Brevnova EE, Conder D, Nicholson A, Rana BK, **Channick RN**, Rubin LJ, O'Connor DT, Yuan JX. Function of Kv1.5 channels and genetic variations of KCNA5 in patients with idiopathic pulmonary arterial hypertension. Am J PHysiol Cell Physiol 2007; 292: 1837-53.

48. McLaughlin VV, **Channick R**. Sickle cell disease-associated pulmonary hypertension: a coat of many colors. Am J Respir Crit Care Med 2007; 175:1218-9.

49. Chin K, **Channick R**, Kim N, Rubin L. Central venous blood oxygen saturation monitoring in patients with chronic pulmonary arterial hypertension treated with continuous intravenous epoprostenol: correlation with measurements of hemodynamics and plasma brain natriuretic peptide levels. Chest 2007; 132:786-92.

50. Chin K, **Channick R**, de Lemos J, Kim N, Torres F, Rubin L. Hemodynamics and epoprostenol use are associated with thrombocytopenia in pulmonary arterial hypertension. Chest. 2008 Aug 21

51. Hennigan S, **Channick R**, Silverman G. Rituximab treatment of pulmonary arterial hypertension associated with systemic lupus erythematosus: a case report. Lupus. 2008;17(8):754-6.

52. Rothman A, Galindo A, **Channick R**, Blanchard D.. Amplatzer device closure of a tortuous Gerbode (left ventricleto-right atrium) defect complicated by transient hemolysis in an octogenarian. J Invasive Cardiol. 2008 Sep;20(9):E273-6

53. Yu Y, Keller SH, Remillard CV, Safrina O, Nicholson A, Zhang SL, Jiang W, Vangala N, Landsberg JW, Wang JY, Thistlethwaite PA, **Channick RN**, Robbins IM, Loyd JE, Ghofrani HA, Grimminger F, Schermuly RT, Cahalan MD, Rubin LJ, Yuan JX. A functional single-nucleotide polymorphism in the TRPC6 gene promoter associated with idiopathic pulmonary arterial hypertension. Circulation. 2009 May 5;119(17):2313-22.

54. Hoeper MM, Barberà JA, **Channick RN**, Hassoun PM, Lang IM, Manes A, Martinez FJ, Naeije R, Olschewski H, Pepke-Zaba J, Redfield MM, Robbins IM, Souza R, Torbicki A, McGoon M. Diagnosis, assessment, and treatment of non-pulmonary arterial hypertension pulmonary hypertension. J Am Coll Cardiol. 2009 Jun 30;54(1 Suppl):S85-96.

55. Simonneau G, Robbins IM, Beghetti M, **Channick RN**, Delcroix M, Denton CP, Elliott CG, Gaine SP, Gladwin MT, Jing ZC, Krowka MJ, Langleben D, Nakanishi N, Souza R Updated clinical classification of pulmonary hypertension. J Am Coll Cardiol. 2009 Jun 30;54(1 Suppl):S43-54.

56. McLaughlin VV, Benza RL, Rubin LJ, **Channick RN**, Voswinckel R, Tapson VF, Robbins IM, Olschewski H, Rubenfire M, Seeger W.Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial.J Am Coll Cardiol. 2010 May 4;55(18):1915-22

57. Benza RL, Seeger W, McLaughlin VV, **Channick RN**, Voswinckel R, Tapson VF, Robbins IM, Olschewski H, Rubin LJ. Long-term effects of inhaled treprostinil in patients with pulmonary arterial hypertension: the Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) study open-label extension. J Heart Lung Transplant. 2011 Dec;30(12):1327-33.

58. **Channick RN**, Voswinckel R, Rubin LJ. Inhaled treprostinil: a therapeutic review. Drug Des Devel Ther. 2012;6:19-28.

59. Kerr KM, Auger WR, Marsh JJ, Devendra G, Spragg RG, Kim NH, **Channick RN**, Jamieson SW, Madani MM, Manecke GR, Roth DM, Shragg GP, Fedullo PF. Efficacy of methylprednisolone in preventing lung injury following pulmonary thromboendarterectomy. Chest. 2012 Jan;141(1):27-35.

60. Clements PJ, Tan M, McLaughlin VV, Oudiz RJ, Tapson VF, **Channick RN**, Rubin LJ, Langer A; Pulmonary Arterial Hypertension Quality Enhancement Research Initiative (PAH-QuERI) Investigators.  The pulmonary arterial hypertension quality enhancement research initiative: comparison of patients with idiopathic PAH to patients with systemic sclerosis-associated PAH. Ann Rheum Dis. 2012 Feb;71(2):249-52.

61. Badesch DB, Feldman J, Keogh A, Mathier MA, Oudiz RJ, Shapiro S, Farber HW, McGoon M, Frost A, Allard M, Despain D, Dufton C, Rubin LJ; **ARIES-3 Study Group**.  ARIES-3: ambrisentan therapy in a diverse population of patients with pulmonary hypertension.  Cardiovasc Ther. 2012 Apr;30(2):93-9.

62. **Channick RN**, Lorenzo ME, Wu CC, Hoang MP. Case records of the Massachusetts General Hospital. Case 11-2012. A 60-year-old man with weakness, rash, and renal failure. N Engl J Med. 2012 Apr 12;366(15):1434-43.

63. Barst RJ, **Channick R**, Ivy D, Goldstein B. Clinical perspectives with long-term pulsed inhaled nitric oxide for the treatment of pulmonary arterial hypertension. Pulm Circ. 2012 Apr-Jun;2(2):139-47.

64. LeVarge BL, **Channick RN**. Inhaled treprostinil for the treatment of pulmonary arterial hypertension. Expert Rev Respir Med. 2012 Jun;6(3):255-65.

65. McLaughlin VV, Langer A, Tan M, Clements PJ, Oudiz RJ, Tapson VF, **Channick RN**, Rubin LJ; for the Pulmonary Arterial Hypertension (PAH) Quality Enhancement Research Initiative (QuERI) Investigators*. Contemporary Trends in the Diagnosis and Management of Pulmonary Arterial Hypertension: An Initiative to Close the Care Gap. Chest. 2012 Aug 1

66. Kovach AE, Cheng GZ, Channick CL, **Channick RN**, Muniappan A, Gaissert HA, Kradin RL. Postradiofrequency ablation inflammatory pseudotumor associated with pulmonary venoocclusive disease: case report and review of the literature. Ann Diagn Pathol. 2013 Jan 22.

67. Bourge RC, Tapson VF, Safdar Z, Benza RL, **Channick RN**, Rosenzweig EB, Shapiro S, White RJ, McSwain CS, Gotzkowsky SK, Nelsen AC, Rubin LJ.  Rapid transition from inhaled iloprost to inhaled treprostinil in patients with pulmonary arterial hypertension.  Cardiovasc Ther. 2013 Feb;31(1):38-44.

68. Sise ME, Courtwright AM, **Channick RN** Pulmonary hypertension in patients with chronic and end-stage kidney disease. Kidney Int. 2013 10:186

69. **Channick RN** . Combination therapy in pulmonary arterial hypertension. Am J Cardiol. 2013 Apr 16;111(8 Suppl):16C-20C.

70. **Channick RN**, Frantz RP, Kawut SM, Palevsky H, Tumuluri R, Sulica R, Lauto PO, Benton WW, de Boisblanc B.  A multicenter, retrospective study of patients with pulmonary arterial hypertension transitioned from parenteral prostacyclin therapy to inhaled iloprost. Pulm Circ. 2013 Apr;3(2):381-8. doi: 10.4103/2045-8932.114768.

71. Malhotra R, Paskin-Flerlage S, Zamanian RT, Zimmerman P, Schmidt JW, Deng DY, Southwood M, Spencer R, Lai CS, Parker W, **Channick RN**, Morrell NW, Elliott CG, Yu PB. Circulating angiogenic modulatory factors predict survival and functional class in pulmonary arterial hypertension. Pulm Circ. 2013 Apr;3(2):369-80.

72. Pulido T, Adzerikho I, **Channick RN**, Delcroix M, Galiè N, Ghofrani HA, Jansa P, Jing ZC, Le Brun FO, Mehta S, Mittelholzer CM, Perchenet L, Sastry BK, Sitbon O, Souza R, Torbicki A, Zeng X, Rubin LJ, Simonneau G; SERAPHIN Investigators. Macitentan and morbidity and mortality in pulmonary arterial hypertension.   N Engl J Med. 2013 Aug 29;369(9):809-18

73. Kabrhel C, Jaff MR, **Channick RN**, Baker JN, Rosenfield K  A multidisciplinary pulmonary embolism response team. Chest. 2013 Nov;144(5):1738-9.

74. Kim NH, Delcroix M, Jenkins DP, **Channick R**, Dartevelle P, Jansa P, Lang I, Madani MM, Ogino H, Pengo V, Mayer E. Chronic thromboembolic pulmonary hypertension. J Am Coll Cardiol. 2013 Dec 24;62(25 Suppl):D92-9.

75. **Channick R**, Preston I, Klinger JR. Oral therapies for pulmonary arterial hypertension: endothelin receptor antagonists and phosphodiesterase-5 inhibitors. Clin Chest Med. 2013 Dec;34(4):811-24.

76. Khanna D, Gladue H, **Channick R**, Chung L, Distler O, Furst DE, Hachulla E, Humbert M, Langleben D, Mathai SC, Saggar R, Visovatti S, Altorok N, Townsend W, FitzGerald J, McLaughlin VV; Scleroderma Foundation and Pulmonary Hypertension Association. Recommendations for screening and detection of connective tissue disease-associated pulmonary arterial hypertension.  Arthritis Rheum. 2013 Dec;65(12):3194-201

77. Provias T, Dudzinski DM, Jaff MR, Rosenfield K, **Channick R**, Baker J, Weinberg I, Donaldson C, Narayan R, Rassi AN, Kabrhel C.The Massachusetts General Hospital Pulmonary Embolism Response Team (MGH PERT): Creation of a Multidisciplinary Program to Improve Care of Patients With Massive and Submassive Pulmonary Embolism. Hosp Pract (1995). 2014 Feb;42(1):31-7.

78. Saukkonen K, Tan TC, Sharma A, **Channick RN**, Murali MR, Zukerberg LR. Case records of the Massachusetts General Hospital. Case 9-2014. A 34-year-old woman with increasing dyspnea.  N Engl J Med. 2014 Mar 20;370(12):1149-57

79. LeVarge BL, Pomerantsev E., **Channick RN.**  Reliance on end-expiratory wedge pressure leads to misclassification of pulmonary hypertension.  Eur Respir J 2014; 44:425-34

80. **Channick RN,** Delcroix M, Ghofrani HA, Hunsche E, Jansa P, Le Brun FO, Mehta S, Pulido T, Rubin LJ, Sastry BK, Simonneau G, Sitbon O, Souza R, Torbicki A, Galie N. Effect of macitentan on hospitalizations: results from the SERAPHIN trial. JACC Heart Fail 2015; 3:1-8.

81. Afilalo J, Grapsa J, Nihoyannopoulos P, Beaudoin J, Gibbs JS, **Channick RN,** Langleben D, Rudski LG, Hua L, Handschumacher MD, Picard MH, Levine RA. Leaflet area as a determinant of tricuspitd regurgitation severity in patients with pulmonary hypertension.  Circ Cardiovasc Imaging 2015; 8 (5)

82. Sheu EG, **Channick R,** Gee DW. Improvement in severe pulmonary hypertension in obese patients after laparoscopic gastric bypass or sleeve gastrectomy. Surg Endosc 2015;

83. McLaughlin V, **Channick R,** Ghofrani HG, Lemarie JC, Naeije R, Packer M, Souza R, Tapson VF, Tolson J, Al Hiti H, Meyer G, Hoeper MM. Bosentan added to sildenafil therapy in patients with pulmonary arterial hypertension.  Eur Respir J 2015; 46:405-13.

84. Selej M, Romero AJ, **Channick RN,** Clozel M. Development of macitentan for the treatment of pulmonary arterial hypertension. Ann NY Acad Sci 2015

85. DuBrock HM , Kradin RL, Rodriguez-Lopez JM, **Channick RN.** Pulmonary capillary hemangiomatosis: the role of invasive cardiopulmonary exercise testing. Pulm Circ 2015;5:580-6

86. Parikh VN, Park J, Nikolic I, **Channick R,** Yu PB, De Marco T, Hsue PY, Chan SY. Brief report: Coordinated modulation of circulating miR-21 in HIV, HIV-associated pulmonary arterial hypertension, and HIV/Hepatitis C virus coinfection.  J Acquir Immune Defic Syndr 2015; 70:236-41.

87. Simonneau G, **Channick R,**  Delcroix M, Galie N, Ghofrani HA, Jansa P, Le Brun FO, Mehta S, Perchenet L, Pulido T, Sastry BK, Sitbon O, Souza R, Torbicki A, Rubin LJ.  Incident and prevalent cohorts with pulmonary arterial hypertenison: insight from SERAPHIN. Eur Resp J 2015; 46:1711-20.

88. Sitbon O, **Channick R,** Chin KM, Frey A, Gaine S, Galie N, Ghofrani HA, Hoeper MM, Lang IM, Preiss R, Rubin LJ, Di Scala L, Tapson V, Adzerikho I, Liu J, Moiseeva O, Zeng X, Simonneau G, McLaughlin VV; GRIPHON investigators. Selexipag for the treatment of pulmonary arterial hypertension.  N Engl J Med 2015; 373:2522-33.

89. Pepke-Zaba J, Jais X, **Channick R**. Medical Therapy in Chronic Thromboembolic Pulmonary Hypertension. Ann Am Thorac Soc. 2016 Jul;13 Suppl 3:S248-54

19

90. Kabrhel C, Rosovsky R, **Channick R**, Jaff MR, Weinberg I, Sundt T, Dudzinski DM, Rodriguez-Lopez J, Parry BA, Harshbarger S, Chang Y, Rosenfield K A Multidisciplinary Pulmonary Embolism Response Team: Initial 30-Month Experience With a Novel Approach to Delivery of Care to Patients With Submassive and Massive Pulmonary Embolism. Chest. 2016 Aug;150(2):384-93

91. Tapson VF, Platt DM, Xia F, Teal SA, de la Orden M, Divers CH, Satler CA, Joish VN, **Channick RN**. Monitoring for Pulmonary Hypertension Following Pulmonary Embolism: The INFORM Study. Am J Med. 2016 Sep;129(9):978-985

92. Humbert M, **Channick RN**. Pulmonary hypertension. Curr Opin Pulm Med. 2016 Sep;22(5):399

93. Tamura Y, **Channick RN.** New paradigm for pulmonary arterial hypertension treatment. Curr Opin Pulm Med. 2016 Sep;22(5):429-33

94. Mehta S, Sastry BK, Souza R, Torbicki A, Ghofrani HA, **Channick RN**, Delcroix M, Pulido T, Simonneau G, Wlodarczyk J, Rubin LJ, Jansa P, Hunsche E, Galiè N, Perchenet L, Sitbon O. Macitentan improves health-related quality of life for patients with pulmonary arterial hypertension: results from the randomized controlled SERAPHIN trial. Chest. 2016 Sep 23. pii: S0012-3692(16)59209-5.

95. Berra L, Rodriguez-Lopez J, Rezoagli E, Yu B, Fisher DF, Semigran MJ, Bloch DB, **Channick RN**, Zapol WM. Electric Plasma-generated Nitric Oxide: Hemodynamic Effects in Patients with Pulmonary Hypertension. Am J Respir Crit Care Med. 2016 Nov 1;194(9):1168-1170. No abstract available

96. DuBrock HM, Rodriguez-Lopez JM, LeVarge BL, Curry MP, VanderLaan PA, Zsengeller ZK, Pernicone E, Preston IR, Yu PB, Nikolic I, Xu D, Thadhani RI, **Channick RN**, Ananth Karumanchi S. Macrophage migration inhibitory factor as a novel biomarker of portopulmonary hypertension. Pulm Circ. 2016 Dec;6(4):498-507.

97. Olsson KM, **Channick R**. Pregnancy in pulmonary arterial hypertension. Eur Respir Rev. 2016 Dec;25(142):431-437.

98. Rodriguez-Lopez J, **Channick R**. The Pulmonary embolism response team: What is the ideal model? Semin Respir Crit Care Med. 2017 Feb;38(1):51-55.

99. DuBrock HM, Goldberg DS, Sussman NL, Bartolome SD, Kadry Z, Salgia RJ, Mulligan DC, Kremers WK, Kawut SM, Krowka MJ, **Channick RN**.Predictors of Waitlist Mortality in Portopulmonary Hypertension.Transplantation. 2017 Feb 15.

100. Jain CC, Chang Y, Kabrhel C, Giri J, **Channick R**, Rodriguez-Lopez J, Rosovsky RP, Fogerty A, Rosenfield K, Jaff MR, Weinberg I. Impact of Pulmonary Arterial Clot Location on Pulmonary Embolism Treatment and Outcomes (90 Days).Am J Cardiol. 2017 Mar 1;119(5):802-807

101. Galiè N, Jansa P, Pulido T, **Channick RN**, Delcroix M, Ghofrani HA, Le Brun FO, Mehta S, Perchenet L, Rubin LJ, Sastry BKS, Simonneau G, Sitbon O, Souza R, Torbicki A. SERAPHIN haemodynamic substudy: the effect of the dual endothelin receptor antagonist macitentan on haemodynamic parameters and NT-proBNP levels and their association with disease progression in patients with pulmonary arterial hypertension. Eur Heart J. 2017 Apr 14;38(15):1147-1155.

102. Gaine S, Chin K, Coghlan G, **Channick R**, Di Scala L, Galiè N, Ghofrani HA, Lang IM, McLaughlin V, Preiss R, Rubin LJ, Simonneau G, Sitbon O, Tapson VF, Hoeper MM.  Selexipag for the treatment of connective tissue disease-associated pulmonary arterial hypertension. Eur Respir J. 2017 Aug 17;50(2).

103. Liu D, Sindhu K, Witkin A, Patel L, **Channick R**.  Pulmonary Hypertension in a Patient with Hereditary Hemorrhagic Telangiectasia.  R I Med J (2013). 2017 Aug 1;100(8):29-31

104. McNeill JN, Witkin AS, Chang Y, Kabrhel C, **Channick RN**.  Does the Time of Day a Pulmonary Embolism Response Team Is Activated Affect Time to Intervention or Outcome? Chest. 2017 Dec;152(6):1353-1354.

105. Sihag S, Le B, Witkin AS, Rodriguez-Lopez JM, Villavicencio MA, Vlahakes GJ, **Channick RN**, Wright CD. Quantifying the learning curve for pulmonary thromboendarterectomy. J Cardiothorac Surg. 2017 Dec 28;12(1):121.

106. Coghlan JG, **Channick R**, Chin K, Di Scala L, Galiè N, Ghofrani HA, Hoeper MM, Lang IM, McLaughlin V, Preiss R, Rubin LJ, Simonneau G, Sitbon O, Tapson VF, Gaine S. Targeting the Prostacyclin Pathway with Selexipag in Patients with Pulmonary Arterial Hypertension Receiving Double Combination Therapy: Insights from the Randomized Controlled GRIPHON Study. Am J Cardiovasc Drugs. 2018 Feb;18(1):37-47

107. McLaughlin VV, Hoeper MM, **Channick RN**, Chin KM, Delcroix M, Gaine S, Ghofrani HA, Jansa P, Lang IM, Mehta S, Pulido T, Sastry BKS, Simonneau G, Sitbon O, Souza R, Torbicki A, Tapson VF, Perchenet L, Preiss R, Verweij P, Rubin LJ, Galiè N. Pulmonary Arterial Hypertension-Related Morbidity Is Prognostic for Mortality. J Am Coll Cardiol. 2018 Feb 20;71(7):752-763

108. Souza R, **Channick RN**, Delcroix M, Galiè N, Ghofrani HA, Jansa P, Le Brun FO, Mehta S, Perchenet L, Pulido T, Sastry BKS, Sitbon O, Torbicki A, Rubin LJ, Simonneau G. Association between six-minute walk distance and long-term outcomes in patients with pulmonary arterial hypertension: Data from the randomized SERAPHIN trial. PLoS One. 2018 Mar 28;13(3)

109. Preston IR, **Channick RN**, Chin K, Di Scala L, Farber HW, Gaine S, Galiè N, Ghofrani HA, Hoeper MM, Lang IM, McLaughlin VV, Preiss R, Simonneau G, Sitbon O, Tapson VF, Rubin LJ. Temporary treatment interruptions with oral selexipag in pulmonary arterial hypertension: Insights from the Prostacyclin (PGI$_2$) Receptor Agonist in Pulmonary Arterial Hypertension (GRIPHON) study. J Heart Lung Transplant. 2018 Mar;37(3):401-408.

110. Chin KM, Gomberg-Maitland M, **Channick RN**, Cuttica MJ, Fischer A, Frantz RP, Hunsche E, Kleinman L, McConnell JW, McLaughlin VV, Miller CE, Zamanian RT, Zastrow MS, Badesch DB. Psychometric Validation of the Pulmonary Arterial Hypertension-Symptoms and Impact (PAH-SYMPACT) Questionnaire: Results of the SYMPHONY Trial. Chest. 2018 Apr 26. pii: S0012-3692(18)30649-4

111. Rosovsky R, Chang Y, Rosenfield K, **Channick R**, Jaff MR, Weinberg I, Sundt T, Witkin A, Rodriguez-Lopez J, Parry BA, Harshbarger S, Hariharan P, Kabrhel C. Changes in treatment and outcomes after creation of a pulmonary embolism response team (PERT), a 10-year analysis. J Thromb Thrombolysis. 2018 Sep 21.

112. Nikolic I, Yung LM, Yang P, Malhotra R, Paskin-Flerlage SD, Dinter T, Bocobo GA, Tumelty KE, Faugno AJ, Troncone L, McNeil ME, Huang X, Coser KR, Lai CSC, Upton PD, Goumans MJ, Zamanian RT, Elliott CG, Lee A, Zheng W, Berasi SP, Huard C, Morrell NW, Chung RT, **Channick R,** Roberts KE, Yu PB. Bone Morphogenetic Protein 9 is a Mechanistic Biomarker of Portopulmonary Hypertension. Am J Respir Crit Care Med. 2018 Oct 12.

113. Dalia AA, Streckenbach S, Andrawes M, **Channick R**, Wright C, Fitzsimons M. Management of Pulmonary Hemorrhage Complicating Pulmonary Thromboendarterectomy. Front Med (Lausanne). 2018 Nov 21;5:326.

114. Witkin A, Wilcox SR, Chang Y, Huang F, Dudzinski D, Zheng H, **Channick R**, Kabrhel C. Impact of chronic right ventricular pressure overload in short-term outcomes of acute pulmonary embolism: A retrospective analysis. J Crit Care. 2019 Jan 11;51:1-5.

115. Beghetti M, **Channick RN**, Chin KM, Di Scala L, Gaine S, Ghofrani HA, Hoeper MM, Lang IM, McLaughlin VV, Preiss R, Rubin LJ, Simonneau G, Sitbon O, Tapson VF, Galiè N. Selexipag treatment for pulmonary arterial hypertension associated with congenital heart disease after defect correction: insights from the randomised controlled GRIPHON study. Eur J Heart Fail. 2019 Jan 11.

116. Galiè N, **Channick RN**, Frantz RP, Grünig E, Jing ZC, Moiseeva O, Preston IR, Pulido T, Safdar Z, Tamura Y, McLaughlin V.   Risk stratification and medical therapy of pulmonary arterial hypertension. Eur Respir J. 2019 Jan 24;53(1).

117. Rivera-Lebron B, McDaniel M, Ahrar K, Alrifai A, Dudzinski DM, Fanola C, Blais D, Janicke D, Melamed R, Mohrien K, Rozycki E, Ross CB, Klein AJ, Rali P, Teman NR, Yarboro L, Ichinose E, Sharma AM, Bartos JA, Elder M, Keeling B, Palevsky H, Naydenov S, Sen P, Amoroso N, Rodriguez-Lopez JM, Davis GA, Rosovsky R, Rosenfield K, Kabrhel C, Horowitz J, Giri JS, Tapson V, **Channick R**; PERT Consortium. Diagnosis, Treatment and Follow Up of Acute Pulmonary Embolism: Consensus Practice from the PERT Consortium.   Clin Appl Thromb Hemost. 2019 Jan-Dec;25

118. Seki A, Anklesaria Z, Saggar R, Dodson MW, Schwab K, Liu MC, Charan Ashana D, Miller WD, Vangala S, DerHovanessian A, **Channick R**, Shaikh F, Belperio JA, Weigt SS, Lynch JP, Ross DJ, Sullivan L, Khanna D, Shapiro SS, Sager J, Gargani L, Stanziola A, Bossone E, Schraufnagel DE, Fishbein G, Xu H, Fishbein MC, Wallace WD, Saggar R.  Capillary Proliferation in Systemic-Sclerosis-Related Pulmonary Fibrosis: Association with Pulmonary Hypertension.  ACR Open Rheumatol. 2019 Mar 15;1(1):26-36

119. Channick CL, **Channick RN**. Use of Endobronchial Ultrasound for Bedside Diagnosis of Acute Pulmonary Embolism in a Critically Ill Patient. Chest. 2019 Mar;155(3):651-652

120. Torbicki A, Bacchi M, Delcroix M, Farber HW, Ghofrani HA, Hennessy B, Jansa P, Mehta S, Perchenet L, Pulido T, Rosenberg D, Rubin LJ, Sastry BKS, Simonneau G, Sitbon O, Souza R, Wei LJ, **Channick R**, Benza R. Integrating Data From Randomized Controlled Trials and Observational Studies to Assess Survival in Rare Diseases.  Circ Cardiovasc Qual Outcomes. 2019 May;12(5):e005095.

121. Chandy G, **Channick R**. The Identification and Management of Unsuspected Hemodynamically Unstable Pulmonary Embolism: The Need for Structured Multidisciplinary Teams. Can J Cardiol. 2019 Jul;35(7):819-820. doi: 10.1016/j.cjca.2019.04.023. Epub 2019 May 7.

122. Chin KM, Rubin LJ, **Channick R**, Di Scala L, Gaine S, Galiè N, Ghofrani HA, Hoeper MM, Lang IM, McLaughlin VV, Preiss R, Simonneau G, Sitbon O, Tapson VF. Association of N-Terminal Pro Brain Natriuretic Peptide and Long-Term Outcome in Patients With Pulmonary Arterial Hypertension. Circulation. 2019 May 21;139(21):2440-2450.

123. DuBrock HM, Salgia RJ, Sussman NL, Bartolome SD, Kadry Z, Mulligan DC, Jenkins S, Lackore K, **Channick RN**, Kawut SM, Krowka MJ. Portopulmonary Hypertension: A Survey of Practice Patterns and Provider Attitudes. Transplant Direct. 2019 May 22;5(6):e456. 31321292

124. Kohli P, Kelly VJ, Kehl EG, Rodriguez-Lopez J, Hibbert KA, Kone M, Systrom DM, Waxman AB, Venegas JG, **Channick R**, Winkler T, Harris RS. Perfusion Imaging Distinguishes Exercise Pulmonary Arterial Hypertension at Rest.  Am J Respir Crit Care Med. 2019 Jun 1;199(11):1438-1441.

125. Wong AK, **Channick RN**.Safety and tolerability of macitentan in the management of pulmonary arterial hypertension: an update. Drug Healthc Patient Saf. 2019 Sep 3;11:71-85. doi: 10.2147/DHPS.S173050. eCollection 2019.

126. McLaughlin VV, **Channick R**, De Marco T, Farber HW, Gaine S, Galié N, Krasuski RA, Preston I, Souza R, Coghlan JG, Frantz RP, Hemnes A, Kim NH, Lang IM, Langleben D, Li M, Sitbon O, Tapson V, Frost A.  Results of an Expert Consensus Survey on the Treatment of Pulmonary Arterial Hypertension With Oral Prostacyclin Pathway Agents. Chest. 2019 Nov 16. pii: S0012-3692(19)34214-X. doi: 10.1016/

127. **Channick RN**, Saggar R.   Rebuttal From Drs Channick and Saggar. Chest. 2019 Dec;156(6):1047-1048.

128. **Channick RN**, Saggar R.COUNTERPOINT: Should Initial Combination Therapy Be the Standard of Care in Pulmonary Arterial Hypertension? No.  Chest. 2019 Dec;156(6):1043-1045.

129. Rahaghi FN, Winkler T, Kohli P, Nardelli P, Martí-Fuster B, Ross JC, Radhakrishnan R, Blackwater T, Ash SY, de La Bruere I, Diaz AA, **Channick RN**, Harris RS, Washko GR, San José Estépar R. Quantification of the Pulmonary Vascular Response to Inhaled Nitric Oxide Using Noncontrast Computed Tomography Imaging.  Circ Cardiovasc Imaging. 2019 Dec;12(1):e008338. doi: 10.1161/

130. Samokhin AO, Hsu S, Yu PB, Waxman AB, Alba GA, Wertheim BM, Hopkins CD, Bowman F, **Channick RN**, Nikolic I, Faria-Urbina M, Hassoun PM, Leopold JA, Tedford RJ, Ventetuolo CE, Leary PJ, Maron BA. Circulating NEDD9 is increased in pulmonary arterial hypertension: A multicenter, retrospective analysis. J Heart Lung Transplant. 2020 Apr;39(4):289-299

131. Sitbon O, Chin KM, **Channick RN**, Benza RL, Di Scala L, Gaine S, Ghofrani HA, Lang IM, McLaughlin VV, Preiss R, Rubin LJ, Simonneau G, Tapson VF, Galiè N, Hoeper MM. Risk assessment in pulmonary arterial hypertension: Insights from the GRIPHON study. J Heart Lung Transplant. 2020 Apr;39(4):300-309

132. Hon S, **Channick RN**, Farber HW. Unilateral Chronic Thromboembolic Pulmonary Disease: A Mimic of Pulmonary Artery Agenesis. Am J Respir Crit Care Med. 2020 May 15;201

133. Jasuja S, **Channick RN.** Post-Intensive Care Unit Follow-up of Pulmonary Embolism. Crit Care Clin. 2020 Jul;36(3):561-570

134. Sherman AE, Moriarty JM, Yang EH, Ravi D, Chang SY, **Channick RN.** Free-Floating Right Atrial Thrombus Removed by Aspiration Thrombectomy under Transesophageal Guidance. Am J Respir Crit Care Med. 2020 Jul 1;202

135. Hong J, Arneson D, Umar S, Ruffenach G, Cunningham CM, Ahn IS, Diamante G, Bhetraratana M, Park JF, Said E, Huynh C, Le T, Medzikovic L, Humbert M, Soubrier F, Montani D, Girerd B, Trégouët DA, **Channick R,** Saggar R, Eghbali M, Yang XSingle-cell Study of Two Rat Models of Pulmonary Arterial Hypertension Reveals Connections to Human Pathobiology and Drug Repositioning..Am J Respir Crit Care Med. 2020 Oct 6. D

136. Rosovsky RP, Grodzin C, **Channick R**, Davis GA, Giri JS, Horowitz J, Kabrhel C, Lookstein R, Merli G, Morris TA, Rivera-Lebron B, Tapson V, Todoran TM, Weinberg AS, Rosenfield K; Diagnosis and Treatment of Pulmonary Embolism During the Coronavirus Disease 2019 Pandemic: A Position Paper From the National PERT Consortium. PERT Consortium.Chest. 2020 Aug 27:S0012-3692(20)34287-2.

137. DuBrock HM, Cartin-Ceba R, **Channick RN**, Kawut SM, Krowka MJ. Gender Differences in Portopulmonary Hypertension. Chest. 2020 Aug 13:S0012-3692(20)32197-8

138. Jasuja S, **Channick RN**. Post-Intensive Care Unit Follow-up of Pulmonary Embolism. Crit Care Clin 2020 Jul;36(3):561-570.

139. Rahaghi FN, Trieu M, Shaikh F, Abtin F, Diaz AA, Liang LL, Barjaktarevic I, **Channick RN**, San José Estépar R, Washko GR, Saggar R. Evolution of Obstructive Lung Function in Advanced Pulmonary Arterial Hypertension. Am J Respir Crit Care Med. 2021; 204: 1478-1481. PMID: 34555310 No abstract available.

140. Rali P, Sacher D, Rivera-Lebron B, Rosovsky R, Elwing JM, Berkowitz J, Mina B, Dalal B, Davis GA, Dudzinski DM, Duval A, Ichinose E, Kabrhel C, Kapoor A, Lio KU, Lookstein R, McDaniel M, Melamed R, Naydenov S, Sokolow S, Rosenfield K, Tapson V, Bossone E, Keeling B, **Channick R**, Ross CB. Interhospital Transfer of Patients With Acute Pulmonary Embolism (PE): Challenges and Opportunities. Chest. 2021 Jul 14:S0012-3692(21)01336-2. doi: 10.1016/j.chest.2021.07.013. Online ahead of print.

141. Kerr KM, Elliott CG, Chin K, Benza RL, **Channick RN**, Davis RD, He F, LaCroix A, Madani MM, McLaughlin VV, Park M, Robbins IM, Tapson VF, Terry JR, Test VJ, Jain S, Auger WR. Results From the United States Chronic Thromboembolic Pulmonary Hypertension Registry: Enrollment Characteristics and 1-Year Follow-up. Chest. 2021 Jun 4:S0012-3692(21)01083-7. doi: 10.1016/j.chest.2021.05.052. Online ahead of print.PMID: 34090871

142. Saggar R, Giri PC, Deng C, Johnson D, McCloy MK, Liang L, Shaikh F, Hong J, **Channick RN**, Shapiro SS, Lynch JP, Belperio JA, Weigt SS, Ramsey AL, Ross DJ, Sayah DM, Shino MY, Derhovanessian A, Sherman AE, Saggar R. Significance of autoimmune disease in severe pulmonary hypertension complicating extensive pulmonary fibrosis: a prospective cohort study. Pulm Circ. 2021 May 2;11(2):20458940211011329. doi: 10.1177/20458940211011329. eCollection 2021 Apr-Jun.PMID: 33996029 Free PMC article.

143. Saggar R, Abtin F, **Channick R**. Inhaled Treprostinil in Group 3 Pulmonary Hypertension.N Engl J Med. 2021 May 13;384(19):1870. doi: 10.1056/NEJMc2103465. PMID: 33979498 No abstract available.

144. Kerr KM, Elliott CG, Benza RL, **Channick RN**, Chin KM, Davis RD, Jain S, LaCroix AZ, Madani MM, McLaughlin VV, Park MH, Tapson VF, Auger WR The United States Chronic Thromboembolic Pulmonary Hypertension Registry: Protocol for a Prospective, Longitudinal Study. JMIR Res Protoc. 2021 May 25;10(5):e25397. doi: 10.2196/25397.PMID: 33848258 Free PMC article.

145. Ghattas C, **Channick RN**, Wright CD, Vlahakes GJ, Channick C. Vascular Endobronchial Ultrasound in a Patient With Chronic Thromboembolic Pulmonary Hypertension. J Bronchology Interv Pulmonol. 2021 Apr 1;28(2):e23-e26. doi: 10.1097/LBR.0000000000000713. PMID: 33753706 No abstract available.

146. **Channick RN**. The Pulmonary Embolism Response Team: Why and How? Semin Respir Crit Care Med. 2021 Apr;42(2):212-217. doi: 10.1055/s-0041-1722963. Epub 2021 Feb 16. PMID: 33592652

147. Gaine S, Sitbon O, **Channick RN**, Chin KM, Sauter R, Galiè N, Hoeper MM, McLaughlin VV, Preiss R, Rubin LJ, Simonneau G, Tapson V, Ghofrani HA, Lang I Relationship Between Time From Diagnosis and Morbidity/Mortality in Pulmonary Arterial Hypertension: Results From the

Phase III GRIPHON Study. Chest. 2021 Jul;160(1):277-286. doi: 10.1016/j.chest.2021.01.066. Epub 2021 Feb 3.PMID: 33545163 Free article.

148. Alba GA, Samokhin AO, Wang RS, Zhang YY, Wertheim BM, Arons E, Greenfield EA, Lundberg Slingsby MH, Ceglowski JR, Haley KJ, Bowman FP, Yu YR, Haney JC, Eng G, Mitchell RN, Sheets A, Vargas SO, Seo S, **Channick RN**, Leary PJ, Rajagopal S, Loscalzo J, Battinelli EM, Maron BANEDD9 Is a Novel and Modifiable Mediator of Platelet-Endothelial Adhesion in the Pulmonary Circulation. Am J Respir Crit Care Med. 2021 Jun 15;203(12):1533-1545. doi: 10.1164/rccm.202003-0719OC.PMID: 33523764

149. Labin JE, Saggar R, Yang EH, Lluri G, Sayah D, **Channick R**, Ardehali A, Aksoy O, Parikh RV. Left main coronary artery compression in pulmonary hypertension. Catheter Cardiovasc Interv. 2021 Jun 1;97(7):E956-E966. doi: 10.1002/ccd.29401. Epub 2020 Nov 25.PMID: 33241630

150. Johnson SW, Witkin A, Rodriguez-Lopez J, **Channick R**. Room for improvement in pulmonary capillary wedge pressure reporting: a review of hemodynamic tracings at a large academic medical center. Pulm Circ. 2020 Nov 11;10(4):2045894020929157. doi: 10.1177/2045894020929157. eCollection 2020 Oct-Dec.PMID: 33240481

151. Hong J, Arneson D, Umar S, Ruffenach G, Cunningham CM, Ahn IS, Diamante G, Bhetraratana M, Park JF, Said E, Huynh C, Le T, Medzikovic L, Humbert M, Soubrier F, Montani D, Girerd B, Trégouët DA, **Channick R**, Saggar R, Eghbali M, Yang X. Single-Cell Study of Two Rat Models of Pulmonary Arterial Hypertension Reveals Connections to Human Pathobiology and Drug Repositioning. Am J Respir Crit Care Med. 2021 Apr 15;203(8):1006-1022. doi: 10.1164/rccm.202006-2169OC. PMID: 33021809

152. Merli G, Morris TA, Rivera-Lebron B, Tapson V, Todoran TM, Weinberg AS, Rosenfield K; Rosovsky RP, Grodzin C, **Channick R**, Davis GA, Giri JS, Horowitz J, Kabrhel C, Lookstein R, PERT Consortium. Diagnosis and Treatment of Pulmonary Embolism During the Coronavirus Disease 2019 Pandemic: A Position Paper From the National PERT Consortium. Chest. 2020 Dec;158(6):2590-2601. doi: 10.1016/j.chest.2020.08.2064. Epub 2020 Aug 27.PMID: 32861692

153. DuBrock HM, Cartin-Ceba R, **Channick RN**, Kawut SM, Krowka MJ. Sex Differences in Portopulmonary Hypertension.Chest. 2021 Jan;159(1):328-336. doi: 10.1016/j.chest.2020.07.081. Epub 2020 Aug 13.PMID: 32798521

154. Marra AM, Sherman AE, Salzano A, Guazzi M, Saggar R, Squire IB, Cittadini A, **Channick RN**, Bossone E. Right side of the heart pulmonary circulation unit involvement in left-sided heart failure: Diagnostic, Prognostic, and therapeutic implications. Chest 2022; 161: 535-551.

155. Galie N, Gaine S, **Channick R**, Coughlan JG, Hoeper MM, Lang IM, McLaughlin VV, Lassen C, Rubin LJ. Long-term survival, safety and tolerability with selexipag in patients with pulmonary arterial hypertension: Results from the GRIPHON and its open label extension. Adv Ther 2022; 39: 796-810.

156. Frantz RP, Benza RL, **Channick RN**, Chin K, Howard LS, McLaughlin VV, Sitbon O, Zamanian RT, Hemnes AR, Cravets M, Bruey JM, Roscigno R, Mottola D, Elman E, Zisman LS, Ghofrani

HA. TORREY, a phase 2 study to evaluate the efficacy and safety of inhaled seralutinib for the treatment of pulmonary arterial hypertension. Pulm Circ 2021; 11: PMID 34790348

157. Vonk Noordegraaf A, **Channick R**, Cottreel E, Kiely DG, Marcus JT, Martin N, Moiseeva O, Peacock A, Swift AJ, Tawakol A, Torbicki A, Rosenkranz S, Galiè N. The REPAIR Study: Effects of Macitentan on RV Structure and Function in Pulmonary Arterial Hypertension. JACC Cardiovasc Imaging. 2022 Feb;15(2):240-253. doi: 10.1016/j.jcmg.2021.07.027. Epub 2021 Nov 17.

158. Rosenkranz S, **Channick R**, Chin KM, Jenner B, Gaine S, Galiè N, Ghofrani HA, Hoeper MM, McLaughlin VV, Du Roure C, Rubin LJ, Sitbon O, Tapson V, Lang IM. The impact of comorbidities on selexipag treatment effect in patients with pulmonary arterial hypertension: insights from the GRIPHON study. Eur J Heart Fail. 2022 Jan;24(1):205-214. doi: 10.1002/ejhf.2369. Epub 2021 Nov 21. PMID: 34806261

159. Sherman AE, Saggar R, **Channick RN**. Update on Medical Management of Pulmonary Arterial Hypertension. Cardiol Clin. 2022 Feb;40(1):13-27. doi: 10.1016/j.ccl.2021.08.002. PMID: 34809914 Review.

160. Morris TA, Fernandes TM, **Channick R**. How we do it: evaluation of dyspnea and exercise intolerance after acute pulmonary embolism. Chest. 2022 Jul 2:S0012-3692(22)01215-6. doi: 10.1016/j.chest.2022.06.036. PMID: 3579218

161. Souza R, Delcroix M, Galié N, Jansa P, Mehta S, Pulido T, Rubin L, Sastry BKS, Simonneau G, Sitbon O, Torbicki A, Boyanova N, Chamitava L, Stein C, **Channick RN**. Long-Term Safety, Tolerability and Survival in Patients with Pulmonary Arterial Hypertension Treated with Macitentan: Results from the SERAPHIN Open-Label Extension. Adv Ther. 2022 Jul 12. doi: 10.1007/s12325-022-02199-x.

162. Agarwal MA, Dhaliwal JS, Yang EH, Aksoy O, Press M, Watson K, Ziaeian B, Fonarow GC, Moriarty JM, Saggar R, **Channick R**. Sex Differences in Outcomes of Percutaneous Pulmonary Artery Thrombectomy in Patients With Pulmonary Embolism. Chest. 2023 Jan;163(1):216-225. doi: 10.1016/j.chest.2022.07.020. Epub 2022 Aug 2. PMID: 35926721.

163. **Channick R**, Robert Naeije. A Right Heart Catheterization for the Diagnosis of Pulmonary Hypertension: Yes, But How? Chest. 2022 Sep;162(3):511-513. doi: 10.1016/j.chest.2022.04.153. PMID: 36088092.

164. McLaughlin VV, **Channick RN**, Lynum KSB, Oudiz RJ, Selej M, Tapson VF, Rubin LJ. Using a knowledge translation program to facilitate guideline- and evidence-based patient management: the PAH-QuERI Extension Program. Pulm Circ. 2022 Jul 1;12(3):e12134. doi: 10.1002/pul2.12134. PMID: 36172596; PMCID: PMC9469640.

165. McLaughlin VV, **Channick R**, Kim NH, Frantz RP, McConnell JW, Melendres-Groves L, Miller C, Ravichandran A, Rodriguez-Lopez J, Brand M, Leroy S, Wetherill G, Chin KM. Safety of macitentan for the treatment of pulmonary hypertension: Real-world experience from the

OPsumit® USers Registry (OPUS) and OPsumit® Historical USers cohort (OrPHeUS). Pulm Circ. 2022 Oct 1;12(4):e12150. doi: 10.1002/pul2.12150. PMID: 36381290; PMCID: PMC9661363.

166. Mei JY, **Channick RN**, Afshar Y. Pregnancy and Pulmonary Hypertension: From Preconception and Risk Stratification Through Pregnancy and Postpartum. Heart Fail Clin. 2023 Jan;19(1):75-87. doi: 10.1016/j.hfc.2022.08.019. PMID: 36435575.

167. Winkler T, Kohli P, Kelly VJ, Kehl EG, Witkin AS, Rodriguez-Lopez JM, Hibbert KA, Kone MT, Systrom DM, Waxman AB, Venegas JG, **Channick RN**, Harris RS. Perfusion imaging heterogeneity during NO inhalation distinguishes pulmonary arterial hypertension (PAH) from healthy subjects and has potential as an imaging biomarker. Respir Res. 2022 Dec 1;23(1):325. doi: 10.1186/s12931-022-02239-8. PMID: 36457013; PMCID: PMC9714016.

168. Coghlan JG, Gaine S, **Channick R**, Chin KM, du Roure C, Gibbs JSR, Hoeper MM, Lang IM, Mathai SC, McLaughlin VV, Mitchell L, Simonneau G, Sitbon O, Tapson VF, Galiè N. Early selexipag initiation and long-term outcomes: insights from randomised controlled trials in pulmonary arterial hypertension. ERJ Open Res. 2023 Jan 16;9(1):00456-2022. doi: 10.1183/23120541.00456-2022. PMID: 36687361; PMCID: PMC9841313.

169. Louw E, Baines N, Maarman G, Osman M, Sigwadhi L, Irusen E, Koegelenberg C, Doubell A, Nathan S, **Channick R**, Allwood B. The prevalence of pulmonary hypertension after successful tuberculosis treatment in a community sample of adult patients. Pulm Circ. 2023 Jan 1;13(1):e12184. doi: 10.1002/pul2.12184. PMID: 36699148; PMCID: PMC9852678.

## **CHAPTERS**

1. **Channick RN**. Legionnaires' Disease. In Manual of Clinical Problems in Pulmonary Medicine. Bordow RA, Moser KM, eds. Third edition. Little Brown and Company, 1991, pages 138-141.

2. **Channick RN**. Primary pulmonary hypertension. Atlas of Heart Diseases, eds. Braunwald E, Current Medicine 1995; Volume 3, pgs 4.1-4.20.

3. Fedullo PF, Auger WR, **Channick RN**, Jamieson SW, Moser KM. A multi-disciplinary approach to chronic thromboembolic pulmonary hypertension. Atlas of Heart Diseases, Vol. III, eds. Goldhaber and Braunwald; Current Medicine 1995; pgs. 7.2-7.25

4. Fedullo PF, Auger WR, **Channick RN**, Moser KM, Jamieson SW. Chronic thromboembolic pulmonary hypertension. Clinics Chest Medicine, eds. Tapson VF. WB Saunders 1995;Volumes 16, pgs. 353-374.

5. **Channick RN**. Pulmonary hypertension. Manual of Clinical Problems in Pulmonary Medicine. Bordow RA, Moser KM, eds. Fourth edition. Little Brown and Company, 1995; pp. 477-485.

6. **Channick RN**, Auger WR, Fedullo PF, Moser KM, Buchbinder M. Pulmonary angioscopy. In Textbook of Bronchoscopy, eds. Fein and Feinsilver. William and Wilkins 1995; pp. 477-485.

7. Fedullo PF, Auger WR, **Channick RN**.  Pulmonary Hypertension.  <u>Cardiac Intensive Care</u>, eds. David Brown.  Saunders, 1998; pp. 493-504.

8. **Channick RN**, Rubin LJ. Pulmonary Hypertension: Pathogenesis and Etiology. <u>Manual of Clinical Problems in Pulmonary Medicine.</u> 5th edition. RA Bordow, AL Ries, TA Morris eds. Lippincott William & Wilkins Publishers, Philadelphia PA 2000, pp. 354-358.

9. **Channick RN**, Rubin LJ. Pulmonary Hypertension: Diagnosis and Treatment. <u>Manual of Clinical Problems in Pulmonary Medicine.</u> 5th edition. RA Bordow, AL Ries, TA Morris eds. Lippincott William & Wilkins Publishers, Philadelphia PA 2000, pp. 354-358.

10. **Channick RN**, Rubin LJ. Pulmonary Vasodilators.<u>Asthma and COPD.</u> PJ Barnes, J Drazen, S Rennard, N Thomson eds. Academic Press Publishers 2002;pp. 605-610.

11. **Channick RN**, Fedullo PF. Chronic thromboembolic pulmonary hypertension. In <u>Venous Thromboembolism. Lung Biology in Health and Disease</u> JE Dalen ed. Marcel Dekker 2003.

12. Helmersen D, **Channick RN**, Rubin LJ. Endothelin receptor antagonists. In <u>Pulmonary Circulation;</u> ed. AJ Peacock and LJ Rubin; 2004: 294-301

13. Chin K, **Channick RN**, Rubin LJ.  Pulmonary Hypertension in Manual of Clinical Problems in Pulmonary Medicine, 6th edition. 2005.

14. **Channick RN,** Rubin LJ. Pulmonary Vasculitis and Primary Pulmonary Hypertension. <u>Texbook of Respiratory Medicine;</u> ed. Murray and Nadel. 2005

15. **Channick RN.** Pulmonary Hypertension. In Pulmonary/Respiratory Therapy Secrets. Parsons P and Heffner J eds.; 2006: 295-300.

16. **Channick RN** and Rubin LJ.  Primary Pulmonary Hypertension.  In Textbook of Respiratory Diseases, Murray J and Nadel J eds. 2010

17. Chin K and **Channick RN.**  Pulmonary Hypertension.  In Textbook of Respiratory Diseases. Murray and Nadel eds. 2014.


<u>**REVIEWS**</u>

1. Fedullo PF, Auger WR, **Channick RN**, Moser KM, Jamieson SW.  Surgical management of pulmonary embolism.  Lung Biology in Health and Disease, 1994.  Vol 75;223-240.

2. Auger WR, Fedullo PF, **Channick RN**, Moser KM.  Pulmonary embolism: when the acute becomes chronic.  Emergency Medicine 1994;June:19-42.

3. **Channick RN**.  Improvement in pulmonary hypertension and hypoxemia during nitric oxide inhalation in a patient with end-stage pulmonary fibrosis.  Search on Pulmonology 1995;5:19-24.

4. Auger WR, **Channick RN**, Kerr KM, Fedullo PF.  Evaluation of patients with suspected chronic thromboembolic pulmonary hypertension.  Seminars in Thoracic and Cardvasc Surgery 1999;11;2:179-190.

5. **Channick RN**, Rubin LJ.;New and experimental therapies for pulmonary hypertension.  Clinics in Chest Medicine 2001;22(3):539-545.

6. Chin K, **Channick R.** Bosentan. Expert Rev Cardiovasc Ther 2004; 2:175-182.

7. Lee S, **Channick RN**, Rubin LJ. Endothelin receptor antagonists. Semin Respir Crit Care Med. 2005 Aug;26(4):402-8.

8. Desai SA, **Channick RN**. Exercise in patients with pulmonary arterial hypertension. J Cardiopulm Rehabil Prev. 2008 Jan-Feb;28(1):12-6.

9. Croom KF, Curran MP, Abman SH, **Channick RN**, Heresi GA, Rubin LJ, Torbicki A. Sildenafil: a review of its use in pulmonary arterial hypertension. Drugs. 2008;68(3):383-97.

10. DuBrock HM, **Channick RN.**  Macitentan for the treatment of pulmonary arterial hypertension. Expert Rev Respir Med 2014; 8:393-9.

11. LeVarge BL, **Channick RN.** Chronic thromboembolic pulmonary hypertension: evolution in management. Curr Opin Pulm Med 2014; 20:400-8.

12. DuBrock HM, **Channick RN,** Krowka MJ. Whats new in the treatment of portopulmonary hypertension? Expert Rev Gastroenterol Hepatol 2015; 9:983-92.

13. Witkin AS, **Channick RN.** Chronic thromboembolic pulmonary hypertension: the end result of pulmonary embolism  Curr Cardiol Rep 2015; 17:63.

14. LeVarge BL, **Channick RN.** The changing paradigm in pulmonary hypertension trials: longer duration, new endpoints.  Curr Opin Pulm Med 2015; 21:438-45.

15. Wilcox SR, Kabrhel C, **Channick RN.** Pulmonary hypertension and right ventricular failure in emergency medicine.  Ann Emerg Med 2015;66:619-28.

16. Kratzert WB, Boyd EK, Saggar R, **Channick R**.  Critical Care of Patients After Pulmonary Thromboendarterectomy. J Cardiothorac Vasc Anesth. 2019 Mar 8

**EDITORIALS**

1. **Channick RN**, Rubin LJ.  Combination therapy for pulmonary hypertension: A glimpse into the future? Crit Care Med 2000; 28:896-897 (editorial).

2. Bailey CL, **Channick RN**, Rubin LJ. A new era in the treatment of primary pulmonary hypertension. Heart 2000; 85:251-252. (editorial).



## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on April 1, 2024, this document was served on

the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Douglas Carsten
Art Dykhuis
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633
dcarsten@mwe.com
adykhuis@mwe.com

William C. Jackson
Katherine Cheng
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4000
wjackson@goodwinlaw.com
katherinecheng@goodwinlaw.com

Eric T. Romeo
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
eromeo@goodwinlaw.com

Adam W. Burrowbridge
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8000
aburrowbridge@mwe.com

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant*