Originally Filed:  April 15, 2024
Redacted Version Filed:  April 22, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) )   C.A. No. 23-975 (RGA) (SRF) ) )   REDACTED - PUBLIC VERSION |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

I, Michael J. Flynn, declare as follows:

1. I am an attorney at Morris Nichols Arsht & Tunnell LLP in Wilmington, Delaware and one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 8 | April 6, 2024 Deposition Transcript of Dr. Richard Channick, M.D. |
| 9 | LeVarge, B. & Channick, R., *The Changing Paradigm in Pulmonary Hypertension Trials: Longer Duration, New Endpoints*, 21 Current Op. Pulmonary Med. 438 (2015) (Channick Dep. Ex. 12) |
| 10 | April 3, 2024 Transcript of PCMH Congress, *Managing Pulmonary Arterial Hypertension: Therapeutic Selection and Care Coordination* (September 14-16, 2018) (Channick Dep. Ex. 13), https://www.youtube.com/watch?v=gmyeDbpolvM |
| 11 | Rebuttal Expert Report of Dr. Nicholas Hill, *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-cv-00755, D.I. 234 (D. Del. Nov. 12, 2021) (Channick Dep. Ex. 10) |
| 12 | Excerpt from March 28, 2022 Trial Transcript, *United Therapeutics Corp. v. Liquidia Techs., Inc.*, No. 20-755 (D. Del.) |

| 13 | Nathan, S., et al., *Riociguat for Idiopathic Interstitial Pneumonia‐Associated Pulmonary Hypertension (RISE‐IIP): A Randomised, Placebo‐Controlled Phase 2b Study*, 7 Lancet Respiratory Med. 780 (2019) (UTC_PH-ILD_010530) |
| --- | --- |
| 14 | Hoeper, M., et al., *Diagnosis, Assessment, and Treatment of Non-Pulmonary Arterial Hypertension Pulmonary Hypertension*, 54 J. Am. Coll. Cardiology S85 (2009) (Channick Dep. Ex. 4) |
| 15 | Channick, R., et al., *Inhaled Treprostinil: A Therapeutic Review*, 6 Drug Design, Development & Therapy 19 (2012) (Channick Dep. Ex. 5) |
| 16 | Nathan, S., et al., *Pulmonary Hypertension in Chronic Lung Disease and Hypoxia*, 53 Eur. Respiratory J., 2019, at 1 (Channick Dep. Ex. 7) |
| 17 | Saggar, R., et al., Letter to the Editor, 384 New Eng. J. Med. 1870 (2021) (LIQ_PH-ILD_00002458) (Channick Dep. Ex. 2) |
| 18 | Humbert, M., et al., *2022 ESC/ERS Guidelines for the Diagnosis and Treatment of Pulmonary Hypertension*, 43 Eur. Heart J. 3618 (2022) (Channick Dep. Ex. 8) |
| 19 | April 3, 2024 Transcript of PHAware, *Episode 71 - Richard N. Channick, MD*, *available at* YouTube (June 26, 2017) (Channick Dep. Ex. 6), https://www.youtube.com/watch?v=QeQY-r5OJ6o |
| 20 | April 5, 2024 Deposition Transcript of Douglas G. Kidder |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 15th day of April 2024, in Wilmington, Delaware

                                              */s/ Michael J. Flynn*
                                              Michael J. Flynn

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 15, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Brittany Cazakoff, Esquire<br>Rachel Preston, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Brittany Cazakoff, Esquire<br>Rachel Preston, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)