# EXHIBIT 8



# Transcript of Richard Channick, M.D.

**Date:** April 6, 2024
**Case:** United Therapeutics Corporation -v- Liquidia Technologies, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

---

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS CORPORATION,    )
                                    )
            PLAINTIFF,              )
                                    )
    VS.                             )  CASE NO.
                                    )
                                    )  23-975 (RGA)
LIQUIDIA TECHNOLOGIES, INC.,        )
                                    )
            DEFENDANT.              )
----------------------------------

DEPOSITION

DR. RICHARD CHANNICK

SATURDAY, APRIL 6, 2024

SANTA MONICA,, CALIFORNIA

PAGES 1 - 194
REPORTED BY MICHAEL CAGLIATA
CSR #14491, RPR

---

**Page 2**

            Deposition of

DR. RICHARD CHANNICK, held in person:

        Witness Location:

    COOLEY LLP (SANTA MONICA)
    1333 2ND STREET, SUITE 400
    SANTA MONICA, CA 90401

        Pursuant to Notice, before Michael

Cagliata, Registered Professional Reporter, and

Certified Shorthand Reporter No. 14491 in and for the

State of California.

---

**Page 3**

A P P E A R A N C E S

For the Plaintiff:

        GOODWIN PROCTER, LLP
        BY: ADAM HOROWITZ, ESQ.
        BY: ERIC ROMEO, ESQ.
        THE NEW YORK TIMES BUILDING
        620 EIGHTH AVENUE
        NEW YORK, NEW YORK 10018
        212-813-8800

        MCDERMOTT WILL AND EMERY
        BY: ADAM BURROWBRIDGE, ESQ.
        THE MCDERMOTT BUILDING
        500 NORTH CAPITOL STREET, NW
        WASHINGTON, DC 20001-1531
        202-756-8000

For the Defendant:

        COOLEY
        BY: SANYA SUKDUANG, ESQ.
        1299 PENNSYLVANIA AVENUE, NW. SUITE 700
        WASHINGTON, DC 20004-2400
        202-842-7800

---

**Page 4**

INDEX

WITNESS NAME                                    PAGE

DR. RICHARD CHANNICK, SWORN

    EXAMINATION BY MR. ROMEO               7

    EXAMINATION BY MR. SUKDUANG            185

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

**Page 5**

EXHIBIT INDEX

| EXHIBIT NUMBER | | PAGE |
|---|---|---|
| 1 | DECLARATION | 12 |
| 2 | LETTER TO THE EDITOR | 28 |
| 3 | TYVASO LABEL | 37 |
| 4 | ARTICLE | 42 |
| 5 | ARTICLE | 48 |
| 6 | SCREENSHOT | 52 |
| 7 | ARTICLE | 61 |
| 8 | GUIDELINES | 70 |
| 9 | TRANSCRIPT | 83 |
| 10 | LIQUIDIA REBUTTAL HILL REPORT | 87 |
| 11 | 793 PATENT | 93 |
| 12 | ARTICLE | 98 |
| 13 | VIDEO TRANSCRIPT | 105 |
| 14 | PATENT | 114 |
| 15 | ARTICLE | 130 |
| 16 | APPENDIX | 130 |
| 17 | STUDY | 133 |
| 18 | EARNINGS CALL TRANSCRIPT | 141 |
| 19 | ABSTRACT | 144 |
| 20 | ARTICLE | 149 |
| 21 | ARTICLE | 156 |
| 22 | PRESS RELEASE | 160 |
| 23 | PROPOSED YUTREPIA LABEL | 163 |

---

**Page 6**

P R O C E E D I N G S

* * * *

VIDEOGRAPHER:  Here begins media number one at the video deposition of Dr. Richard Channick in the matter of United Therapeutics Corporation versus Liquidia Technologies Inc.  This case is being heard in the United States court of appeals for the federal circuit --

MR. SUKDUANG:  I'm sorry.  That's wrong.

VIDEOGRAPHER:  Okay.  That's what I've got.  Can you say what it's for?

MR. SUKDUANG:  United States District Court for the District of Delaware.

VIDEOGRAPHER:  Okay.  Today's date is April 6th, 2024, and the time is 8:59 A.M. Pacific time.  The videographer today is Kevin Johnson representing Planet Depos.  This video deposition is taking place at 1333 2nd street.  We're in Suite 400.  Santa Monica, California 90401.  Could counsel please identify yourself and state whom you represent, beginning with the questioning attorney?

MR. ROMEO:  Eric Romeo from Goodwin for plaintiff United Therapeutics.  With me today is Adam Horowitz, also from Goodwin, as well as Adam Burrowbridge from McDermott Will and Emery.

---

**Page 7**

MR. SUKDUANG:  Sanya Sukduang from Cooley on behalf of Liquidia and Dr. Channick.

VIDEOGRAPHER:  Our court reporter today is Michael Cagliata representing Planet Depos.  You may now swear in the witness.

(Oath given.)

EXAMINATION BY MR. ROMEO

Q.  Good morning, Dr. Channick.

A.  **Good morning.**

Q.  My name is Eric Romeo, I'm going to be taking your deposition today.  Let's start with the easiest question.  Can you please state your name for the record?

A.  **Richard Channick.**

Q.  What's your home address?

A.  **Home address?**

Q.  Yes.

A.  ████████████████

Q.  Are you employed, sir?

A.  **Yes.**

Q.  Where are you employed?

A.  **UCLA.**

Q.  And what's your title?

A.  **Professor of medicine.**

Q.  Now, have you been deposed before?

---

**Page 8**

A.  **Yes.**

Q.  Approximately how many times?

A.  **More than 100.**

Q.  More than 100.  And what types of cases generally have you been involved in?

A.  **Product liability cases and medical malpractice cases.**

Q.  Okay.  Have you been involved in any patent litigation cases like this one before?

A.  **Not that I recall.**

Q.  Okay.  Do you remember serving as a witness in a case involving United Therapeutics and Watson?

A.  **I don't recall that.**

Q.  Okay.  So to your memory, this is the first patent case in which you've served as an expert witness?

A.  **I believe so.**

Q.  Okay.  So given that you've had the privilege of being deposed over 100 times, I'm not going to spend a lot of time on the ground rules for the deposition.  As you know, the way this is going to go today is I'm going to ask you questions, you're going to answer the questions, your counsel may object from time to time, but unless he explicitly instructs you not to answer the question, you need to

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

3 (9 to 12)



**Page 9**

1 answer my questions to the best of your ability. Do
2 you understand that?
3 **A. Yes.**
4 Q. Okay. And because you're under oath here
5 today, it's very important that you understand my
6 questions. And so please, if you have any questions
7 about my questions or you would like clarification,
8 please feel free to ask me. You're not going to hurt
9 my feelings. But I will assume that if you answered
10 a question that I asked that you understood it. Is
11 that fair?
12 **A. Yes.**
13 Q. Okay. Now, today we're going to take
14 breaks. I generally like to take breaks about every
15 hour but if you would like to go longer or shorter
16 and you would like a break, please let me know. The
17 only thing I ask is that before we leave on a break,
18 if there's a question pending that you answer it
19 before we go on break. Is that fair?
20 **A. Yes.**
21 Q. Okay. You understand today that you're
22 testifying as if you were in court?
23 **A. Yes.**
24 Q. And you understand that this case as
25 counsel pointed out is pending in the federal

**Page 10**

1 district court for the district of Delaware and that
2 this deposition is being conducted according to the
3 rules of that court?
4 **A. Yes.**
5 Q. And you understand that according to the
6 rules of the district court for the district of
7 Delaware that during breaks you're not to discuss the
8 substance of your testimony with counsel. Do you
9 understand that?
10 **A. I mean, I heard what you said. Yes. I**
11 **don't know the law related to that.**
12 Q. Okay. Is there any reason that you would
13 be unable to answer my questions truthfully and
14 accurately today?
15 **A. No.**
16 Q. Okay.

**Page 11**

**Page 12**

9 Q. Okay. Dr. Channick, the court reporter's
10 handed you what's been marked as Exhibit 1.
11 (Exhibit 1 marked for identification.)
12 Q. Do you recognize Exhibit 1?
13 **A. Yes.**
14 Q. What is Exhibit 1?
15 **A. That's my expert declaration.**
16 Q. And that's the expert declaration you
17 submitted in this case; correct?
18 **A. I'd have to look through every page, but**
19 **the first page is the same.**
20 Q. Okay. And if you could please turn to
21 page 70 of the report -- of the declaration. I'm
22 sorry. Is that your signature on page 70?
23 **A. Yes.**
24 Q. And you say here, "I declare under penalty
25 of perjury the foregoing is true and correct." Do

**13**

1  you see that?
2  **A. Yes.**
3  Q.  And the foregoing here refers to the
4  content of the declaration that precedes it?
5  **A. Yes.**
6  Q.  Okay.  And the date there is March 30th,
7  2024?
8  **A. Yes.**
9  Q.  As of today, are there any corrections you
10  would like to make to your declaration, Exhibit 1?
11  **A. No.**
12  Q.  Okay.  And then following your signature in
13  Exhibit 1, there are two appendices; correct?
14  **A. Let me find the second one.**
15  Q.  I believe Appendix A is only four pages.
16  **A. Okay.  Then you're correct if that's the**
17  **case.  Yeah.  Two.**
18  Q.  Okay.  And Appendix A is the materials you
19  considered in preparing this declaration; is that
20  correct?
21  **A. Yes.**
22  Q.  And Appendix B is a copy of your CV last
23  updated October 10, 2023; is that correct?
24  **A. Yes.**
25  Q.  Okay.

**14**



24  Q.  Okay.  This declaration is approximately
25  70 pages in length; is that correct?

**15**

1  **A. Yes.**

**16**

19  Let's turn to Appendix A,
20  please.  Appendix A is titled, "materials
21  considered"; is that correct?
22  **A. Yes.**
23  Q.  Is Appendix A a complete list of all the
24  materials that you considered in preparing your
25  declaration, Exhibit 1?

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024



**17**

1    **A.  Yes, all of the written materials.**
2    Q.   Are there any other materials that you
3    considered in preparing Exhibit 1 other than those
4    listed in Appendix A?
5    **A.  No other written materials.**
6    Q.   Were there any non-written materials that
7    you considered in preparing your declaration?
8    **A.  Yes.**
9    Q.   What were those?
10   **A.  My clinical experience in pulmonary**
11   **hypertension.**
12   Q.   Anything else?
13   **A.  No.**
14   Q.   Did you personally select each of the
15   materials that are listed in Appendix A?
16        MR. SUKDUANG:  Objection.  Vague.
17        THE WITNESS:  What do you mean by "select"?
18   Q.   You'll notice, doctor, that there are a
19   number of bullet points listing written documents;
20   correct?
21   **A.  Yes.**
22   Q.   And you reviewed each of these documents?
23   **A.  Yes.**
24
25

**18**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20   Q.   Okay.  Can you turn to the section
21   entitled, "litigation materials", on page 3, please?
22   **A.  Okay.**
23   Q.   Do you see the first two entries here are
24   relating to a declaration in deposition of Dr. Steven
25   D. Nathan in this matter.

**19**

1    **A.  Yes.**
2    Q.   Okay.  Did you review those two materials
3    in their entirety?
4    **A.  Yes.**
5    Q.   Do you see that the next nine bullets
6    listed are litigation materials from other
7    litigations involving United Therapeutics and
8    Liquidia?
9    **A.  Yes.**
10
11
12   Q.   Did you review every page of each of those
13   other materials?
14   **A.  I can't say with great confidence I**
15   **reviewed every page, but I certainly reviewed them.**
16   Q.   Do you know if these were the full copies
17   of the documents or whether they were excerpted
18   copies?
19   **A.  I'm not aware.**
20   Q.   Let's go to the other section.  This is on
21   page 4 of Appendix A.  Do you see here that there is,
22   about halfway down, a YouTube video from Dr. Nathan?
23   **A.  Okay.**
24
25

**20**

1
2    Q.   Did you watch the entirety of this video?
3    **A.  No.**
4    Q.   Which portions of this video did you watch?
5    **A.  I think I just read the excerpt from it.**
6
7
8
9
10
11
12
13
14
15   Q.   Okay.  But you haven't watched the video in
16   its entirety?
17   **A.  No.**
18   Q.   Okay.  Let's turn to Appendix B, please.
19   What is Appendix B?
20   **A.  My curriculum vitae.**
21   Q.   And it was last updated October 10, 2023;
22   is that correct?
23   **A.  Yes.**
24   Q.   Have you updated your CV since October of
25   last year?

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

Page 21

1    A. I don't believe so.
2    Q. Okay.
3    A. I need to do that.
4    Q. We all do. Could you turn to the last page
5  of your CV? I believe it's page 31.
6    A. Okay.
7    Q. I see that there's a signature here on the
8  last page. Do you see that?
9    A. Yes.
10   Q. Is that your signature?
11   A. Yes.
12   Q. Is it customary for you to sign your CV?
13   A. Oftentimes I do, yeah. If someone's asking
14  for a CV, I often have a signature. That looks like
15  an electronic signature that I applied probably a
16  while ago.
17   Q. Okay. And what's the signature at the end
18  of the CV meant to indicate?
19   A. It's my signature. I don't know.
20   Q. Are you certifying to the correctness and
21  completeness of the CV? Is that why you've signed
22  it?
23   A. Many times you're asked to sign your CV.
24  If you're -- sometimes it has to be submitted for
25  various things and they want it signed.

---

Page 22

1    Q. Fair enough. Let's turn to the body of
2  your declaration. Let's start on page 2,
3  paragraph 10. Let me know when you're there?
4    A. I'm there.
5    Q. Okay. You say here, "I have treated
6  thousands of patients with pulmonary hypertension or
7  PH, including PH associated with interstitial lung
8  disease PHLD, and I have prescribed therapies
9  including treprostinil to many of these patients. In
10  particular I treat more than 100 patients with PHILD
11  every year and I regularly prescribe the use of
12  inhalers to my patients."
13       Did I read that correctly?
14   A. Yes.
15   Q. Now, when you say, "in particular I treat
16  more than 100 patients with PHILD every year", is
17  that true this year?
18   A. This year, 2024?
19   Q. Correct.
20   A. Well, we're only a few months into 2024.
21   Q. Okay. In the last calendar -- strike that.
22  In the last 12 months approximately how many patients
23  with PHILD have you treated?
24   A. Probably 100.
25   Q. Okay. Are you familiar with a condition

---

Page 23

1  called Connective Tissue Disease?
2    A. Yes.
3    Q. What is Connective Tissue Disease?
4    A. Connective Tissue Disease is a broad group
5  of, what we call autoimmune diseases, that affect
6  various tissues, and there are a number of different
7  connective tissue diseases. They're basically an
8  autoimmune disease where the body develops antibodies
9  to different parts of itself.
10   Q. Of the 100 patients with PHILD that you
11  treated over the last calendar year, approximately
12  what percentage also have CTD or Connective Tissue
13  Disease?
14   A. Maybe 50 percent.
15   Q. I'm sure we'll talk about this in more
16  detail today, but how do you define a PHILD patient?
17  What makes a PHILD a patient in your opinion?
18   A. Not an easy question. First of all,
19  because -- basically, the concept is with the
20  classification system that we came up with 20 some
21  years ago, is that there are different conditions
22  that can cause pulmonary hypertension, pulmonary
23  hypertension being high blood pressure in the lungs.
24  One of those conditions is interstitial lung disease
25  where the tissue between the alveoli and the blood

---

Page 24

1  vessel becomes thickened and in some cases that can
2  lead to pulmonary hypertension. So the very broad
3  definition of PHILD is pulmonary hypertension that a
4  clinician feels is due to the interstitial lung
5  disease and not due to something else.
6    Q. And what degree of lung disease do you need
7  to see before you would characterize a patient as
8  having PHILD as opposed to, for example, just PIH or
9  Pulmonary Arterial Hypertension?
10       MR. SUKDUANG: Objection. Vague.
11       THE WITNESS: There is not a specific cut
12  off in terms of the severity of interstitial lung
13  disease that you need to cause pulmonary
14  hypertension.
15   Q. In your practice, what level of
16  interstitial lung disease do you need to see before
17  you'll categorize a patient as having PHILD?
18   A. I don't have a specific cut off. It's more
19  complex than that, unfortunately.
20   Q. As part of your analysis in this case, what
21  definition of PHILD did you apply?
22   A. My clinical diagnoses of PHILD was the
23  definition that the patient has interstitial lung
24  disease that I feel is causing pulmonary
25  hypertension. If I have a patient like that, based

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

7 (25 to 28)

25

1 on my 30 some years of experience, I make a
2 determination -- and I don't find another cause for
3 the pulmonary hypertension like illicit drug use or
4 left sided heart disease or blood clots in the lungs,
5 then I may make the diagnose of ILDPH.
6     Q.  Let's go to paragraph 11, which is on the
7 next page of your declaration.  You mention here that
8 you're the co-chair of the task force for the 7th
9 World Symposium on Pulmonary Hypertension charged
10 with advising the criteria for diagnosing PHILD.  Do
11 you see that?
12     A.  Yes.
13     Q.  What is the World Symposium on Pulmonary
14 Hypertension?
15     A.  The World Symposium is a regularly held
16 meeting typically every five years or so, where world
17 experts are invited to serve on various task forces
18 to come up with recommendations related to pretty
19 much all aspects of Pulmonary Hypertension.
20     Q.  And clinically for doctors like yourself,
21 what is the significance of a recommendation that
22 would come out of the World Health Symposium on
23 Pulmonary Hypertension?
24     A.  Well, for doctors like myself who are
25 experts in Pulmonary Hypertension, we're the ones

26

1 developing the recommendations.  The recommendations
2 are meant for people who aren't necessarily experts
3 in the field, and that's why this is sort of a
4 rather, you know, small group of world experts.  We
5 come up with recommendations that we then publish and
6 people can read about.
7     Q.  And these recommendations are meant for --
8 strike that.  Who are the recommendations from the
9 World Symposium meant for?
10     A.  Well, they're -- as with any article,
11 they're meant for whoever reads them and wants to,
12 you know, look at them.  I don't think I can be any
13 more specific than that.
14     Q.  Sure.  I'm just trying to get a sense of
15 how important these recommendations are to an
16 ordinary practicing pulmonologist?
17     A.  That would be hard for me to answer the way
18 you asked it.  It's very vague.  How important?  And
19 you're being so broad.  Like, the whole document?  I
20 mean, I think you would have to go through specific
21 comments or recommendations and I could certainly
22 address what I think about each of those, but I can't
23 give you a broad answer like that.
24     Q.  Okay.  But I think we can agree that the
25 World Symposium, as I think you said, is composed of

27

1 the world's experts on Pulmonary Hypertension?
2     A.  Like I said, it's invitation.  People who
3 have a lot of expertise and experience.  Sure.
4     Q.  And you said that you are the co-chair of
5 the task force for PHILD at the 7th World Symposium;
6 is that correct?
7     A.  Yes, that's the upcoming symposium, that's
8 June/July.
9     Q.  Forgive me if you said this before, but how
10 often does the World Symposium meet?
11     A.  It's about every five years.  We delayed it
12 a year for this one, but in general that's about
13 right.
14     Q.  Okay.  When was the last symposium?  The
15 6th World Symposium to your knowledge?
16     A.  I believe it was in 2018.
17     Q.  Okay.  Let's go to paragraph 12 of your
18 declaration.  You say, "since 1988, I have published
19 over 150 original articles in peer reviewed journals
20 including many on PH.  Several of these articles
21 concern the treprostinil to treat PH including, for
22 example, on using inhaled treprostinil in group 3PH
23 patients."
24     Did I get that right?
25     A.  Yes.

28

1     Q.  What are group 3PH patients?
2     A.  That's again, Pulmonary Hypertension due to
3 lung or respiratory disease.  That's the official
4 title of that group.
5     Q.  Is PHILD a subset of group 3PH?
6     A.  Yes.
7     Q.  And you cite here -- you have a footnote 1
8 here.  You cite to an article by Saggar et al, in
9 which you're the second author; is that correct?
10     A.  Third author.
11     Q.  Third author.  Apologies.  Aside from the
12 Saggar article that you've cited here, do you have
13 any other research articles regarding the use of
14 treprostinil in group 3 patients?
15     A.  Not specifically, no.
16     Q.  Okay.  Is the Saggar 2021 article a peer
17 reviewed article?
18     A.  Yes, it is.
19     Q.  Dr. Channick, the court reporter's handed
20 you what's been marked Exhibit 2.
21         (Exhibit 2 marked for identification.)
22     Q.  Do you recognize Exhibit 2?
23     A.  Yes.
24     Q.  What is it?
25     A.  It's letters to the editor related to the

29

1    INCREASE study publication.
2        Q.   What's a letter to the editor?
3        A.   It's a letter to the editor.
4        Q.   Sure.  For those of us who don't regularly
5    practice and write to the New England Journal, what
6    is the purpose of a letter to the editor?
7        A.   There is not one purpose for a letter to
8    the editor.  It's, in general, a letter that will
9    discuss any number of things related to the article
10   in question.
11       Q.   Okay.
12       A.   I can't be more specific than that.
13       Q.   Sure.  Okay.  And if you turn to the second
14   page of Exhibit 2, in the second column do you see,
15   "to the editor, Waxman and co-authors report
16   favorable outcomes."  Do you see that?
17       A.   Yes.
18       Q.   Okay.  And then on the next column there
19   are a list of authors?
20       A.   Yes.
21       Q.   And you are the third author?
22       A.   Yes.
23       Q.   Is this the publication, this letter to the
24   editor that you're referring to in footnote 1 of your
25   declaration?

30

1        A.   Yes.
2        Q.   Now, this letter to the editor, was this
3    peer reviewed before it was published in the New
4    England Journal?
5        A.   Yes.  Letters to the editors are typically
6    reviewed.  It's not automatically published.  Many
7    letters are written that are not published.  So
8    they're certainly reviewed and chosen.
9        Q.   So when you say.  "They're peer reviewed",
10   they're selected -- are you getting proposed
11   revisions from referees or reviewers of letters to
12   the editor, or is it just a selection process?
13       A.   Different journals work differently.  I
14   can't recall in this particular case with the New
15   England Journal whether we had any suggested changes
16   made or corrections, or whether we were just chosen.
17   I honestly don't remember.
18       Q.   Okay.  And this letter to the editor
19   concerns the INCREASE trial, and more specifically
20   the publication regarding the INCREASE trial by
21   Waxman et al; correct?
22       A.   Yes.
23       Q.   Okay.  You can put that aside for now.  I'd
24   like to go back to Appendix B of your report, Dr.
25   Channick, which is your CV.  If you go to page 12 of

31

1    your CV, you have a section titled,
2    "publications/bibliography".  Do you see that?
3        A.   Yes.
4        Q.   And this is a list of your publications,
5    editorials, book chapters, reviews, and what not?
6        A.   Yes.
7        Q.   The first section is, "research papers-peer
8    reviewed"; is that correct?
9        A.   Yes.
10       Q.   And if you turn to page 28, there are
11   approximately 169 articles listed in this section; is
12   that correct?
13       A.   Yes.
14       Q.   Okay.  And if we go to entry 143 on
15   page 25, let me know when you're there.
16       A.   Yes.
17       Q.   Is this a reference to Exhibit 2, the New
18   England Journal of Medicine letter to the editor that
19   we just looked at?
20       A.   Yes.
21       Q.   Aside from entry 143, approximately how
22   many publications in this section of your CV have to
23   do with group 3PH?
24       A.   I'd have to go through and look.  I think
25   -- if you want me to, I'm happy to.  Do you want me

32

1    to identify each one?
2        Q.   That would be quite helpful.  Thank you.
3        A.   Number 11.  I believe number 15.
4        Q.   Okay.
5        A.   Number 26.  39, possibly.  Includes group
6    3, possibly.  55.  Probably 63 as well.  142.
7        Q.   Is that 142?
8        A.   142, correct.  You mentioned 143 already.
9        Q.   Yup.
10       A.   169 would be as well.
11       Q.   Okay.
12       A.   That's it for the original.
13       Q.   Okay.  So just so I understand, you
14   identified 11, 15, 26, 39 as a maybe, 55, 63, 142,
15   143, and 169; is that correct?
16       A.   Yes.
17       Q.   Okay.  Next section, "book chapters".
18   Approximately how many of the book chapters you've
19   listed here, I believe there's 17 of them, deal with
20   group 3PH?
21       A.   This is way back, but probably number 5 and
22   probably number 7.  Probably 8 and 9.  These are all
23   reviewed chapters on Pulmonary Hypertension, so they
24   likely discuss group 3 within them.
25       Q.   Okay.

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

33

1      A.   Everything in here that says pulmonary
2  hypertension that's a review article or chapter is
3  probably going to include a review of group 3 most
4  likely.
5      Q.   Okay.  Are any of these chapters that
6  you're reviewing specifically directed to group 3 or
7  PHILD?
8      A.   No.
9      Q.   Okay.  The next section is "review
10 articles".  Do you see you list 16 of those?
11     A.   Yes.
12     Q.   What's the difference between a review
13 article and an original research paper?
14     A.   A review article reviews a topic.  It
15 usually isn't a typical research study with
16 hypotheses, methods, results, conclusions.  It
17 basically reviews a topic.  It can be peer reviewed,
18 but not always.  Sometimes it's an invited review.
19 That's probably the best way to put it.
20     Q.   Sure.  Of the 16 -- apologies.  Strike
21 that.  Of the 16 reviews you've listed in your CV,
22 approximately how many directly relate to group 3 or
23 PHILD?
24     A.   It looks like number 3 is a review based on
25 the previous paper of pulmonary fibrosis.  So

---

34

1  probably number 3 would be the only one.
2      Q.   I notice review article number 3 as well as
3  several of the original research articles you
4  referenced had to do with the use of inhaled nitric
5  oxide for treatment of pulmonary hypertension; is
6  that right?
7      A.   Yes.
8      Q.   Can you give a brief description of your
9  work in that space?
10     A.   Yeah.  So going way back to the early 90s
11 when we started studying the use of inhaled nitric
12 oxide, which is a pulmonary evasive dilator drug.  We
13 studied it in patients with Pulmonary Hypertension
14 and published a very early work on using it as a
15 therapy for Pulmonary Hypertension, including
16 Pulmonary Hypertension due to interstitial lung
17 disease.
18     Q.   And has the use of inhaled nitric oxide for
19 Pulmonary Hypertension ever been the subject of a
20 placebo controlled clinical trial?
21     A.   Yes.
22     Q.   What trials were those, to your knowledge?
23     A.   I can't remember the name of the trial, but
24 there was certainly one trial, a couple trials done
25 with inhaled NO.

---

35

1      Q.   And what were the results of those trials,
2  to your knowledge?
3      A.   I think there were mixed results.  It was
4  an early trial that showed benefit, and then other
5  trials showed less benefit for different end points.
6  So I think there were mixed results.
7      Q.   All right.  Let's go back to the body of
8  your declaration, in particular paragraph 52.  Are
9  you there?
10     A.   Yes.
11     Q.   I'd like to start with the third sentence.
12 You say, "I, for example, started prescribing Tyvaso
13 to PHILD patients almost immediately after it was
14 approved in 2009, and I did so according to the
15 dosing register men described in the Tyvaso label."
16     Did I read that correctly?
17     A.   Yes.
18     Q.   So between 2009 and -- strike that.
19 Between the approval of Tyvaso in 2009 up until
20 April 2020, approximately how many PHILD patients did
21 you treat with Tyvaso?
22     A.   It's a very rough estimate.  We're probably
23 talking 50 or more.
24     Q.   And at that time, Tyvaso was not approved
25 for the treatment of PHILD; is that correct?

---

36

1      A.   Correct.
2      Q.   So you would characterize this as off label
3  treatment?
4      A.   Yeah, it's hard to -- I know you want to
5  sort of itemize it.  But as we said, the PHILD
6  diagnosis, there's a lot of overlap with, what we
7  call, group 1 and group 3, and any expert will tell
8  you that.  And so what constitutes off label use
9  versus, you know, more on label use can be a real
10 judgment call.  I mean, that's the best way I can say
11 it.
12     If you're going to dichotomize it and
13 you're diagnosing someone as PHILD, you could call
14 that off label, but -- I apologize for giving a long
15 winded answer, but there are patients who have PHILD
16 but the PH is very severe and the ILD is less severe.
17 Those patients may be very similar to a patient that
18 we call group 1, in which case, although it's, quote,
19 off label, the patient is very similar to a group 1
20 patient.
21     So from a clinician's point of view, it's
22 more on label.  I know it's a technicality, but --
23     Q.   Fair enough.  So of the 50 plus patients
24 you mentioned, approximately how many of them were in
25 the category that you just mentioned that had a

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

**37**

1 predominantly group 1 phenotype but also had elements
2 of lung disease?
3      **A.  I would say maybe 50/50.  Again, it depends**
4 **how you define it.  I'm sure we'll get into a lot**
5 **more detail on this, we're treating the Pulmonary**
6 **Hypertension, not the interstitial lung disease, with**
7 **Tyvaso.  And so that's how we look at each patient**
8 **who has interstitial lung disease and Pulmonary**
9 **Hypertension.  We ask ourselves, is this Pulmonary**
10 **Hypertension something we should be treating in this**
11 **patient?**
12      **Is it causing their symptoms?  Is it**
13 **contributing?  These are obviously in detailed**
14 **evaluations we do.**
15      Q.  But in your clinical judgment, you consider
16 all of those patients to be PHILD patients?
17      **A.  Yes.**
18      Q.  Dr. Channick, the court reporter's just
19 handed you what's been marked as Exhibit 3.  I
20 realize the cover page says Exhibit 2.  This is a
21 document bearing Bates numbers UTC_PH-ILD_010692
22 through 708.
23      (Exhibit 3 marked for identification.)
24      Q.  With the exception of the cover page, do
25 you recognize Exhibit 3?

**38**

1      **A.  Yes.**
2      Q.  What is Exhibit 3?
3      **A.  It looks like the label for Tyvaso.**
4      Q.  And in particular, which label for Tyvaso?
5      **A.  What do you mean, "which label for Tyvaso"?**
6      Q.  Strike that.  What's the date on this
7 label?
8      **A.  Well, it says, "revised July 2009".**
9 **There's 2002 under initial U.S. approval.**
10      Q.  So this would have been the label or
11 prescribing information available for Tyvaso as of
12 July 2009; is that correct?
13      **A.  Yes.**
14      Q.  Generally, Dr. Channick, as a physician,
15 what's the purpose of the prescribing information or
16 what we've been calling the label for medication like
17 Tyvaso?
18      **A.  It's to communicate the approved**
19 **indication, dosage, warnings, safety issues to help**
20 **guide clinicians.**
21      Q.  You use the word "indication".  What's an
22 indication in the context of a drug label?
23      **A.  It relates to the -- at least in the U.S.,**
24 **the FDA approved indication.**
25      Q.  Okay.

**39**

1      **A.  What the drug is approved for by the FDA.**
2      Q.  And as of 2009, what was Tyvaso approved
3 for?
4      **A.  The treatment of Pulmonary Arterial**
5 **Hypertension for group 1 in patients with near**
6 **(inaudible) Class 3 symptoms to increase walk**
7 **distance.**
8      Q.  Does this 2009 label for Tyvaso mention
9 group 3 Pulmonary Hypertension or PHILD?
10      **A.  Yes.**
11      Q.  Where?
12      **A.  It doesn't mention that specifically.  Let**
13 **me make a small correction.  It alludes to underlying**
14 **lung disease under warnings and precautions.**
15      Q.  Are you referring to the bullet that reads,
16 and this is on Bates ending 693, "safety and efficacy
17 have not been established in patients with
18 significant underlying lung disease such as Asthma or
19 chronic object constructive Pulmonary Disease." Is
20 that what you were referring to?
21      **A.  Yes.**
22      Q.  And Chronic Obstructive Pulmonary Disease
23 is commonly referred to as COPD?
24      **A.  Yes.**
25      Q.  And a patient that has Pulmonary

**40**

1 Hypertension and COPD would be a group 3 patient?
2      **A.  If the clinician felt that Pulmonary**
3 **Hypertension was due to the COPD, yes.  He would call**
4 **it group 3.**
5      Q.  Okay.  In other words, COPD is a form of
6 Interstitial Lung Disease or IOD; is that right?
7      **A.  It's actually not.  It's a lung disease,**
8 **but it's not an interstitial lung disease.  It's a**
9 **disease of the air sacks like Emphysema, but it is a**
10 **lung disease.  And so when you have Pulmonary**
11 **Hypertension due to that lung disease, including**
12 **COPD, it's called group 3.**
13      Q.  Does this 2009 Tyvaso label state anywhere
14 that Tyvaso can be used to treat patients with PHILD?
15      **A.  Can be used?  I don't think the label gives**
16 **permission to use something in the way you're**
17 **referring to it.  I guess I'm a little confused by**
18 **that question.**
19      Q.  Does the label instruct doctors that Tyvaso
20 can or should be used for the treatment of group 3
21 Pulmonary Hypertension?
22      **A.  Again, I'm going to be -- I don't**
23 **understand, instruct them that they can or should**
24 **use.  It never says you should use a drug, a label.**
25 **It never says you can't use a drug for an indication**

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

11 (41 to 44)

---

41

1  unless there's a contra indication, which I don't see
2  here. So it doesn't say you can't use the drug.
3  There's no contra indications, in fact. So I guess,
4  again, it would say -- it doesn't instruct you not to
5  use it for ILDPH.
6      Q.  But it does not affirmatively instruct the
7  use of this drug for --
8      A.  I don't understand what you mean by,
9  "affirmatively instruct".
10     Q.  Let me back up. That was a poor question
11 and I apologize. The drug it says, is indicated for
12 the treatment of PAH; right?
13     A.  Correct.
14     Q.  It does not state that the drug is FDA
15 approved for the treatment of PHILD?
16     A.  Correct.
17     Q.  Okay. In this label, are there any safety
18 or efficacy data discussing the use of Tyvaso in
19 group 3 or PHILD patients?
20     A.  I'm sorry. You asked if there was any data
21 specifically in that population.
22     Q.  Correct. Is there anything in this label
23 that depicts the use of Tyvaso in a group 3 or a
24 PHILD phenotype?
25     A.  Not other than the precaution about those

---

42

1  particular patients.
2      Q.  Okay. We've been going for about an hour.
3  Is now a good time for a break?
4      A.  Sure.
5          VIDEOGRAPHER:  We're going off the record.
6  The time is 9:55 A.M.
7          (Recess taken.)
8          VIDEOGRAPHER:  We're back on the record.
9  The time is 10:08.
10     Q.  Okay. Welcome back, Dr. Channick. The
11 court reporter's handed you what's been marked as
12 Exhibit 4.
13         (Exhibit 4 marked for identification.)
14     Q.  Do you recognize Exhibit 4?
15     A.  Yes.
16     Q.  What is Exhibit 4?
17     A.  This is an article that I'm one of the
18 authors on titled, "diagnosis, assessment, and
19 treatment of Non-Pulmonary Hypertension. Pulmonary
20 Hypertension."
21     Q.  And what journal was this published in?
22     A.  Journal in the American College of
23 Cardiology.
24     Q.  And the date is 2009; is that correct?
25     A.  Yes.

---

43

1      Q.  Generally, doctor, what was the subject of
2  this article?
3      A.  This was basically a review of that topic,
4  of Pulmonary Hypertension, non-PAH. So non-group 1.
5      Q.  Okay. And I see in the abstract there's a
6  reference to the Fourth World Symposium on Pulmonary
7  Hypertension. Why are you making a reference to the
8  Fourth World Symposium here?
9      A.  Well, I certainly don't recall. I think it
10 was highlighting that that -- just reading what it
11 says here, that it was the first conference to focus
12 on other causes of Pulmonary Hypertension besides
13 PAH.
14     Q.  Now, does this article summarize the
15 discussions of a working group from the Fourth World
16 Symposium, or is it something different?
17     A.  This is basically the summary of the
18 working group.
19     Q.  Okay. Of which you were a member?
20     A.  Yes.
21     Q.  I'd like you to turn to the page S87 at the
22 top, please.
23     A.  Okay.
24     Q.  Do you see there's a heading on the bottom
25 right that says, "treatment of PH with patients with

---

44

1  chronic lung disease." Do you see that?
2      A.  Yes.
3      Q.  Would that include PHILD?
4      A.  Yes.
5      Q.  Do you see the third sentence of the first
6  paragraph under that heading begins, so far?
7          MR. SUKDUANG:  I'm sorry. Say that one
8  more time?
9      Q.  Sure. The paragraph under heading,
10 treatment of PH in patients with chronic lung
11 disease, the third sentence begins, so far. Do you
12 see that?
13     A.  Yes.
14     Q.  Fourth sentence. Apologies. It reads, "so
15 far, no large randomized control trials RCTs,
16 addressing the long-term effects of drugs targeting
17 PH have been formed in patients with chronic lung
18 disease." Did I get that correctly?
19     A.  Yes.
20     Q.  And then going on to the last full sentence
21 in the paragraph it says, "there is not sufficient
22 evidence showing that drugs approved for the
23 treatment of PAH, that is, endothelin receptor
24 antagonists, ERAs, phosphodiesterase 5, or PBD 5
25 inhibitors, and prostanoids are safe and effective in

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

45

1  patients with chronic lung disease associated PH."
2      Did I read that correctly?
3      **A. Yes.**
4      Q. And treprostinil is a prostanoid; is that
5  correct?
6      **A. Yes.**
7      Q. It goes on to the next page. It says,
8  "this is true for patients with advanced chronic lung
9  disease and mild PH as well as for patients with
10 severe PH in the setting of chronic lung disease,
11 independent of its severity." Did I get this
12 correct?
13     **A. Yes.**
14     Q. Next sentence reads, "any pulmonary
15 vasodilator that has the potential to worsen gas
16 exchange in patients with chronic lung disease and
17 the effects of these drugs may vary substantially
18 depending on whether the underlying disease has
19 obstructive or restrictive features."
20     Did I get that correct?
21     **A. Yes.**
22     Q. What is the difference between obstructive
23 or illusive lung disease?
24     **A. Well, we kind of alluded to that before.**
25 **Obstructive would be like COPD, whether it's an**

---

46

1  **airway problem with airflow in the air sacs.**
2  **Restrictive is often interstitial lung disease.**
3      Q. Okay. And the passage we just read, that
4  was the result -- strike that. That was the
5  conclusion of the working group of the Fourth World
6  Symposium on Pulmonary Hypertension; correct? As of
7  2009?
8      **A. It was. I would want to say just to be**
9  **fair, that there was a sentence that you didn't read**
10 **after that that said, "short-term studies have been**
11 **performed in ILD patients with sildenafil, bosentan,**
12 **and inhaled iloprost, and these drugs had no adverse**
13 **effect on oxygenation." So we want to be balanced.**
14     Q. Sure. Thank you. You see the next
15 sentence is entitled, "working group recommendations
16 for PH and chronic lung disease, COPD, ILD, and other
17 forms." Do you see that?
18     **A. Yes.**
19     Q. Okay. There's a section in the next column
20 that says, "treatment of PH in chronic lung disease."
21 Do you see that?
22     **A. Yes.**
23     Q. The second bullet reads, "there is no
24 sufficient evidence that the drugs currently used for
25 PAH are safe and effective in patients with PH

---

47

1  associated with chronic lung disease." Did I get
2  that correct?
3      **A. Yes.**
4      Q. And the last bullet reads, "the use of
5  drugs currently approved for PAH in patients with
6  chronic lung disease is not recommended until further
7  data are available." Did I get that correct?
8      **A. Yes.**
9      Q. And those were the conclusions of the
10 Fourth World Symposium in 2009?
11     **A. Yes, which was quite a while ago.**
12     Q. So before the break and in your
13 declaration, you said that you prescribed Tyvaso
14 almost immediately after it was approved in 2009,
15 according to the label at that time; is that right?
16     **A. Yes.**
17     Q. And at that time in 2009, Tyvaso had only
18 been approved for the treatment of PAH; correct?
19         MR. SUKDUANG: Objection. Vague as to time
20 and the approval date of Tyvaso.
21         THE WITNESS: I would say that -- I don't
22 know the specific dates, and considering that when
23 this paper came out, when it would be written and
24 revised, I'm not sure, but I don't believe Tyvaso was
25 available at the time of this paper preparation but

---

48

1  we can certainly check on that. I don't believe that
2  to be the case. I think any recommendations you're
3  making did not take into account Tyvaso.
4      Q. Dr. Channick, the court reporter's handed
5  you what's been marked as Exhibit 5.
6          (Exhibit 5 marked for identification.)
7      Q. Do you recognize Exhibit 5?
8      **A. Yes.**
9      Q. What is Exhibit 5?
10     **A. Exhibit 5 is an article entitled, "inhaled**
11 **treprostinil, a therapeutic review", of which I'm the**
12 **first author.**
13     Q. In what journal was this review article
14 published in?
15     **A. Drug Design Development and Therapy.**
16     Q. This is a peer reviewed journal?
17     **A. I'm not sure. Presumably.**
18     Q. And your co-authors on this paper were
19 Robert Voswinkel and Lewis J. Rubin; is that correct?
20     **A. Correct.**
21     Q. Generally, what was the purpose of this
22 review article entitled, "inhaled treprostinil, a
23 therapeutic review"?
24     **A. The purpose? I'm not sure --**
25     Q. Strike that. Why did you write this review

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

13 (49 to 52)

49

1 article?
2     **A. I don't recall. It could have been that I**
3 **was asked to write it or invited to write it.**
4 **Usually, as I mentioned earlier, with a review**
5 **article it's often what we call an invited review.**
6 **That the publisher asked you to write an article.**
7 **But I certainly don't recall in this particular case.**
8     Q. In particular, this review article relates
9 to the clinical use of inhaled treprostinil; is that
10 correct?
11     **A. Correct.**
12     Q. And inhaled treprostinil, when was that
13 first approved?
14     **A. 2009.**
15     Q. Okay. So is it fair to say that this is a
16 review of the clinical use of treprostinil between
17 the approval in 2009 and the date of this article,
18 which would be 2012?
19     **A. Yeah. I'd have to go through and look at**
20 **the specifics since it's been so long, but it looks**
21 **like it's a therapeutic review. So review of the**
22 **uses of inhaled treprostinil. Correct.**
23     Q. Doctor, you can feel free to take as much
24 time as you want. At the time you wrote -- strike
25 that. At the time you wrote this article, were you

50

1 prescribing Tyvaso to PHILD patients?
2     **A. Most likely, as I mentioned earlier.**
3     Q. In your therapeutic review of inhaled
4 treprostinil in 2012, do you mention that use
5 anywhere in this review?
6     **A. Mention my personal use in our patient**
7 **population? Is that what you're asking?**
8     Q. Correct.
9     **A. I think it would -- I could look through**
10 **it, but it certainly wouldn't be my custom and**
11 **practice to give personal anecdotes about my use as**
12 **an expert in PH when I'm writing a review article**
13 **that's meant for a large readership that may be**
14 **not -- PH center.**
15     **So I think you have to make a big**
16 **distinction between expert who sees patients all the**
17 **time and does nothing but this and a use of a drug,**
18 **and what you put into a review that will go far and**
19 **wide to general practitioners, general internists,**
20 **general practitioners, general internists, general**
21 **pulmonologists. It's a big difference. I think it**
22 **would be unlikely, and I'll look through and confirm**
23 **that, that i would say, oh, I'm using this in**
24 **selected patients with PHILD. That would not be what**
25 **I would typically do in a review article.**

51

1     Q. Did you mention use of Tyvaso for PHILD by
2 any other clinicians in this review article?
3     **A. Likely not, but I can look through it. It**
4 **wouldn't be something I would do as well. When**
5 **you're writing a review article such as this, you're**
6 **reviewing published data. You're not giving your own**
7 **personal approach as an expert in the field. There**
8 **are other articles that one could do that if they**
9 **wanted to, but I certainly wouldn't typically do this**
10 **in a review article like this.**
11     Q. You mentioned that there are other forums
12 by which this information could be divulged. Did you
13 publish any articles about your use of Tyvaso in
14 group 3 patients?
15     **A. No.**
16     Q. Can you turn to the page 25 of this
17 article, Exhibit 5, please?
18     **A. Okay.**
19     Q. Do you see there's a heading that says,
20 "warnings and precautions"?
21     **A. Yes.**
22     Q. It says, "safety and efficacy have not been
23 established in patients with significant underlying
24 Lung Disease such as Asthma or Chronic Obstructive
25 Pulmonary Disease." Do you see that?

52

1     **A. Yes.**
2     Q. And that was correct when you wrote it in
3 2012?
4     **A. Yes, this looks like it comes right out of**
5 **the label word for word, that we talked about**
6 **already.**
7     Q. Doctor, in 2012 when you prescribed Tyvaso
8 to a PHILD patient, did you inform them that the
9 safety and efficacy of that medication had not been
10 established in patients with significant underlying
11 Lung Disease?
12     **A. I discuss risks and benefits of every drug**
13 **with every patient. So no doubt I would discuss**
14 **what's known, what's not known, risks and benefits.**
15 **That's what I've done my entire practice.**
16     Q. You can put that aside. Dr. Channick, the
17 court reporter's handed you what's been marked as
18 Exhibit 6.
19     (Exhibit 6 marked for identification.)
20     Q. The first page is a screenshot from YouTube
21 of a video --
22     **A. Not my best picture.**
23     Q. It's from the, "I'm aware that I'm rare,
24 the PH aware podcast, episode 71, Richard N Channick
25 MD, uploaded to YouTube June 26th of 2017." And then

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

53

1  after that, you can see that there's a transcript of
2  that video. Dr. Channick can you --
3       MR. SUKDUANG: Hold on counsel. I'll just
4  note for the record, there's nothing on the document,
5  the exhibit, verifying your statements as to what
6  this is and where it is. Go ahead.
7       MR. ROMEO: Okay. I think there's a URL on
8  the first page, but --
9       MR. SUKDUANG: But it doesn't have the
10 date. It doesn't have where it is. It just hands
11 random cues and whatever. But you can go ahead.
12 Just putting for the record.
13      Q. Dr. Channick, do you recall participating
14 in the PH aware podcast in 2017?
15      **A. I'm aware of the PH aware platform and have**
16 **definitely contributed to that platform.**
17      Q. What is the PH aware platform?
18      **A. It's a platform that is geared, I think,**
19 **mainly towards patients where experts are interviewed**
20 **about various aspects of Pulmonary Hypertension. I**
21 **think the target is mainly patients with Pulmonary**
22 **Hypertension.**
23      Q. And do you recall recording this podcast
24 episode in 2017?
25      **A. Not specifically, no. Like I said, I've**

54

1  **done I think several of them. I don't remember this**
2  **one in particular.**
3       Q. So if you just go to the first page of the
4  transcript it says -- let me know when you're there.
5  "I'm Richard Channick. I'm a pulmonary critical care
6  specialist and director of the Pulmonary Hypertension
7  program at the Massachusetts General Hospital in
8  Boston. Today, I'd like to talk a little bit about
9  clinical trials." Do you see that?
10      **A. Yes.**
11      Q. Were you employed at MGH in 2017?
12      **A. Yes.**
13      Q. Okay. Does this refresh your recollection
14 as to the subject of this podcast?
15      **A. Not specifically, but like I said, I've**
16 **given several podcasts. I just don't remember this**
17 **specifically.**
18      Q. Okay. Line 7 on page 1 says, "the only way
19 one can get a new treatment, get it approved, and get
20 it to patients is by doing a properly conducted" --
21 strike that. "By doing properly conducted clinical
22 trials." Do you see that?
23      **A. Yes.**
24      Q. I'll read it again. Let me start over.
25 Line 7, it begins, "the only way one can get a new

55

1  treatment, get it approved and get it to patients, is
2  by doing properly conducted clinical trials." Did I
3  read that correctly?
4       **A. Yes.**
5       Q. What's a properly conducted clinical trial?
6       **A. Well, it's a study where there's proper**
7  **conduct, that you have a design, you have appropriate**
8  **informed consent, you have methodology that's**
9  **accepted. It's meant as sort of a general term as**
10 **opposed to improperly conducted clinical trial. I**
11 **wouldn't read more into it than that.**
12      Q. Okay. In that methodology you mentioned,
13 would that include placebo control?
14      **A. Well, it depends on where in the clinical**
15 **trial development, and we can get into drug**
16 **development if you like, but you often have a phase 2**
17 **clinical trial that may or may not have a placebo.**
18 **Typically for FDA approval specifically, with rare**
19 **exception, a placebo controlled trial is required.**
20      Q. If you could turn to the next page of the
21 transcript, page 2. I'd like to go to the sentence
22 beginning on line 17?
23      MR. SUKDUANG: Just for the record, it's
24 page 3.
25      MR. ROMEO: Page 3. Sorry, my fault. I

56

1  think I'm looking at a different version than you,
2  but I apologize. So page --
3       MR. SUKDUANG: I just want to make sure
4  mine is --
5       MR. ROMEO: Yes, correct. My apologies,
6  counsel. The version that I have highlighted is not
7  the version with the time stamps, which is the one
8  you have.
9       Q. Okay. Let's go to page 3 of the
10 transcript, line 17. You say here, "so patients need
11 to understand that usually by the point that a drug
12 gets to a certain phase in the clinical trial
13 development, we call it phase 3. There's some pretty
14 good evidence that the drug has benefit but we need
15 to do these bigger trials, phase 3 trials to really
16 prove that." Do you see that?
17      **A. Yes.**
18      Q. So why is it important to perform a phase 3
19 trial to really prove that a drug works?
20      MR. SUKDUANG: Objection. Vague.
21      THE WITNESS: As I said, the purpose of the
22 phase 3 trial is to get the drug approved. The FDA
23 typically requires a phase 3 trial to approve a drug.
24 So that's why the drug development phase, and we're
25 talking about experimental drugs, so never been

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

15 (57 to 60)

57

1  approved. It's like a molecule. You need to -- the
2  FDA standards have a randomized control trial to get
3  the drug approved. That's called phase 3.
4      Q. When you say, "a randomized control trial",
5  what do you mean?
6      A. It means that patients are assigned to
7  either get the active drug, experimental drug, let's
8  say, that you are studying, or not. Oftentimes that
9  would not include a placebo so that the patient and
10  the investigator might not know what they are on
11  whether it's the drug or the placebo. There are
12  control trials where you don't give a placebo and
13  they're still called randomized control trials, which
14  is a control group.
15     Q. Doctor, in your experience, have you
16  encountered a situation where a drug showed promise
17  in the phase 2 trial and it did not succeed at phase
18  3?
19     A. Yes.
20     Q. Approximately how many times have you
21  encountered that in your career?
22     A. I mean, I've been very focused on Pulmonary
23  Hypertension. I'm sure there's numerous examples in
24  other disease states. Probably a couple. I'd say
25  two or three, maybe. Again, we're talking about

58

1  experimental therapies that are not approved.
2      Q. If you could go to page 4 of the
3  transcript, please.
4      A. Okay.
5      Q. Line 7 you say, "and with Pulmonary
6  Hypertension, it's complex because Pulmonary
7  Hypertension is not one disease. It's many
8  diseases." Do you see that?
9      A. Yes.
10     Q. What do you mean that "Pulmonary
11  Hypertension is many diseases"?
12     A. Pulmonary Hypertension is not a disease,
13  it's a number. It means that the pressure is above a
14  certain level. It doesn't tell you what's causing
15  that high pressure. Many different diseases can
16  cause that high pressure.
17     Q. Okay. And then you go on to say, "when
18  we're trying to design inclusion and exclusion
19  criteria, we have to take that into account." Did I
20  get that right?
21     A. Yes.
22     Q. What are inclusion and exclusion criteria?
23     A. They're a list of criteria that are either
24  required for a patient to be eligible for the study,
25  or exclude them from being part of the study.

59

1      Q. And why is it important to have appropriate
2  inclusion and exclusion criteria when designing a
3  clinical trial?
4      A. In general, and I don't want to get too
5  into the weeds here with clinical trial development,
6  but in general when we're designing a study, we want
7  to give it the maximum likelihood of success. And
8  often, for instance, you want a relatively homogenous
9  group that shares features rather than risk having a
10  very heterogeneous group that might not share a lot
11  of features, in which case it may lower the
12  likelihood of success for the trial.
13     Q. So fair to say that the inclusion and
14  exclusion criteria of a particular trial could impact
15  the ultimate result?
16     A. Yes.
17     Q. Next you say, "we can't, for instance, take
18  a treatment and apply it to every patient with
19  Pulmonary Hypertension. We know very clearly and
20  have clear experience that drugs that work for some
21  forms of Pulmonary Arterial Hypertension won't work
22  and in fact can make things worse." Did I get that
23  right?
24     A. Yes.
25     Q. What drugs in particular are you referring

60

1  to there?
2      A. I don't recall what I was referring to
3  there. In this particular podcast -- again, this is
4  a podcast for patients, and we're making obviously
5  very broad points and cautioning patients about, and
6  explaining the whole drug development process and how
7  drugs get approved by the FDA for instance. So I
8  certainly can't sit here today and say what specific
9  drugs I was talking about in this podcast.
10     Q. That statement was true when you made it in
11  2017; correct?
12     A. Yes. That general statement. We know that
13  some drugs that work for some forms of PH don't work
14  for others and can make things worse. That's
15  absolutely true.
16     Q. All right. If you could go to page 16 of
17  the transcript. This is just for my own curiosity,
18  Doctor.
19         MR. SUKDUANG: There's no page 16.
20         MR. ROMEO: It's page -- sorry. I
21  apologize. Page 7. Page 7 and 8. I apologize. I
22  was looking at my version.
23     Q. On line 22, page 7 into page 8, you
24  conclude the webinar by saying, "my name is Rich
25  Channick and I'm aware that I'm rare." What is that

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

61

1  a reference to?
2      A.  That's their motto for the PH aware.  I do
3  remember that.  They always make you end it with that
4  kind of goofy statement.
5      Q.  So what does that refer to?  Is that to the
6  patients or to you?
7          MR. SUKDUANG:  Asked and answered.
8          THE WITNESS:  I believe it refers to the
9  patients are rare.  A rare condition.
10     Q.  Okay.
11     A.  Not me specifically.
12     Q.  That was my assumption, but I just wanted
13  to ask.  Okay.  Let's go to Tab 170, please.  Dr.
14  Channick, the court reporter's handed you what's been
15  marked as Exhibit 7.
16         (Exhibit 7 marked for identification.)
17     Q.  This is an article published in the -- I
18  believe the European Respiratory Journal in 2019
19  entitled, "Pulmonary Hypertension and chronic lung
20  disease and Hypoxia".  Do you recognize Exhibit 7?
21     A.  Yes.
22     Q.  When was the first time you saw Exhibit 7?
23     A.  Likely as soon as it was published.
24     Q.  Why is that?
25     A.  Excuse me?

62

1      Q.  I said, why is that?
2      A.  Why is what?
3      Q.  Why were you aware of it as soon as it was
4  published?
5      A.  Because I read it.
6      Q.  Okay.
7      A.  This is the proceedings of the Sixth World
8  Symposium to the last one before the one that we're
9  working on now and I was part of the Sixth World
10  Symposium.  So I obviously was aware of this
11  particular paper.
12     Q.  Okay.  And when you say the proceedings of
13  the Sixth World Symposium on Pulmonary Hypertension,
14  what are you referring to?
15     A.  The meeting we talked about earlier.  It's
16  every five years.  So meetings of experts in the
17  field to develop recommendations in various areas.
18     Q.  Okay.  Now, you're not an author on this
19  paper; correct?
20     A.  Correct.
21     Q.  Are you familiar with any of the authors of
22  this paper?
23     A.  Yes.
24     Q.  All of them?
25     A.  Yes.

63

1      Q.  Is the first named author on this paper
2  Steven D Nathan?
3      A.  Yes.
4      Q.  You know Dr. Nathan?
5      A.  Yes.
6      Q.  How long have you known Dr. Nathan?
7      A.  At least a few decades.
8  Two-and-a-half-decades.  I don't know.  A long time.
9      Q.  And have you interacted with Dr. Nathan in
10  connection with the World Symposium on Pulmonary
11  Hypertension?
12         MR. SUKDUANG:  Objection.  Vague.
13         THE WITNESS:  I saw him at the meeting, at
14  this meeting, I'm sure.  We weren't on the same
15  committee.
16     Q.  Okay.  And in what context have you
17  interacted with Dr. Nathan over the course of your
18  career?
19     A.  Any number of contacts.  I mean, we're in a
20  relatively small group.  So many meetings and
21  symposia.  You name it.
22     Q.  Do you consider Dr. Nathan to be a good
23  doctor?
24         MR. SUKDUANG:  Objection.  Vague.
25         THE WITNESS:  I'm not going to sit here and

64

1  judge his clinical skills.
2      Q.  Do you have any concerns about his clinical
3  skills?
4      A.  No.
5      Q.  Would you consider Dr. Nathan to be an
6  expert in PHILD?
7      A.  He's certainly published a lot in the
8  field, absolutely.
9      Q.  Does that make him an expert in PHILD?
10     A.  Yeah.
11     Q.  When Dr. Nathan publishes about PHILD, do
12  you find him to be a credible voice in the field?
13     A.  Again, it's one of those vague questions.
14  You have to give me specific comments.  I'm not going
15  to make a generic statement like that.  Show me
16  something he's wrote and I can tell you if I agree
17  with it or not.
18     Q.  Doctor, if you could turn to page 8 of this
19  article, Exhibit 7.
20     A.  Okay.
21     Q.  Do you see that there is a section on
22  Idiopathic Interstitial Pneumonias?
23     A.  Yes.
24     Q.  Are Idiopathic Interstitial Pneumonias a
25  form of ILD?

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

Page 65

1    A.  Yes.
2    Q.  Do you see here that there is a
3 subparagraph entitled, "effect on pulmonary
4 hemodynamics?
5    A.  Yes.
6    Q.  It says here, "uncontrolled studies have
7 shown improvement in pulmonary hemodynamics in
8 patients with IIPPH using Riociguat and treprostinil.
9 However, RCTs have failed to substantiate such an
10 improvement in this population." Did I get that
11 correct?
12    A.  Yes.
13    Q.  Do you agree with that statement?
14    A.  No.
15    Q.  Why not?
16    A.  Because RCTs have shown improvement in this
17 population.
18    Q.  Which RCTs in particular?
19    A.  INCREASE.
20    Q.  Okay.  Was INCREASE complete as of 2019?
21    A.  No.
22    Q.  Okay.  Let me re-ask the question.  Would
23 you have agreed -- strike that.  Was this statement
24 correct in 2019?
25    A.  Yes.

---

Page 66

1    Q.  Okay.  And do you see here in talking about
2 effect on pulmonary hemodynamics, there's references
3 58 and 59?
4    A.  Yes.
5    Q.  If you could turn to page 14, please.
6    A.  Okay.
7    Q.  Do you recognize reference 59?
8    A.  Yes.
9    Q.  And that's an article by Saggar et al in
10 thorax from 2014?
11    A.  Yes.
12    Q.  And that's an article you've cited in your
13 declaration in this case?
14    A.  Yes.
15    Q.  Okay.  Let's go back to page -- let's go to
16 page 9, please.  Do you see where there's a
17 conclusion?
18    A.  Yes.
19    Q.  It says, "Riociguat and significant /KWRAT
20 and Amber citizen tin are both contraindicated in
21 IIPPH.  There is no evidence of benefit for other
22 endothelin receptor agonists in IIPPH.  Data on the
23 use of Sildenafil in IIPPH is conflicting, while
24 evidence for prostanoid therapy is too limited for
25 any other recommendations.  Further RCTs are

---

Page 67

1 encouraged." Did I get that right?
2    A.  Yes.
3    Q.  And treprostinil is a prostanoid therapy;
4 correct?
5    A.  Yes.
6    Q.  And at the time this was written in 2017,
7 treprostinil was only -- inhaled treprostinil was
8 only approved for the treatment of PAH; is that
9 correct?
10        MR. SUKDUANG:  Mischaracterizes.  You said
11 2017.
12        MR. ROMEO:  Strike that.  Thank you,
13 counsel.
14    Q.  When this was published in 2017 --
15        MR. SUKDUANG:  I'm sorry.  I think you're
16 still getting that wrong.
17        MR. ROMEO:  I apologize.  Let me start
18 again.
19    Q.  When this reference was published in 2019,
20 inhaled treprostinil was only approved for the
21 treatment of PAH; correct?
22    A.  Yes.
23    Q.  Okay.  Was this conclusion correct when it
24 was written in 2017?  2019.  Apologies?
25        MR. SUKDUANG:  Objection.  Vague.

---

Page 68

1        THE WITNESS:  Which conclusion?  You read
2 several sentences.
3    Q.  Okay.  The conclusion -- okay.  Do you see
4 that there is a conclusion listed on page 9 that
5 consists of four sentences?
6    A.  Three sentences, maybe four.
7    Q.  Regardless of how many sentences there are,
8 were these conclusions correct in 2017 --
9        MR. SUKDUANG:  Objection. --
10        MR. ROMEO:  2019.  Yes, I'll start again.
11    Q.  Were these conclusions correct in 2019?
12        MR. SUKDUANG:  Objection.  Vague.
13        THE WITNESS:  I'm happy rather than going
14 back and forth to just go through each one.  The
15 conclusion that Riociguat and ambrisentan are both
16 contraindicated in IPPH was correct and is correct.
17 No benefit for endothelin receptor antagonists and
18 IIPPH is correct.  Data on the use of Sildenafil is
19 conflicting, while evidence for prostanoid therapy is
20 too limited for any current recommendations.  I would
21 say that's not correct at this point.
22        And further RCPs are encouraged, certainly
23 was correct back in 2019.  Again, we're talking about
24 a working group that's giving widespread
25 recommendations for every physician who reads this.

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

69

1  This is, you know -- and so certainly those kinds of
2  cautions and encouraging RCTs is part and parcel of
3  these working groups and the kind of recommendations
4  you give. So I would say in general those are
5  correct statements at the time.
6       Q.  And as of 2019, the Sixth World Symposium
7  working group recommended to physicians that evidence
8  for prostanoid therapy is too limited for any current
9  recommendations; is that correct?
10     **A.  Yes. I mean, they weren't saying don't use**
11 **it, never use it. They were just saying they**
12 **couldn't give a recommendation to use it. Those are**
13 **two very different things.**
14      **The only thing they said don't use was**
15 **Riociguat and ambrisentan.**
16     Q.  You can put that aside. Dr. Channick, the
17 court reporter's handed you what's been marked as
18 Exhibit 8. This is the 2022 ESCERS guidelines for
19 the diagnosis and treatment of Pulmonary Hypertension
20 published in the European Heart Journal in 2022. Dr.
21 Channick, have you seen Exhibit 8 before?
22     **A.  Yes.**
23     Q.  What is it?
24     **A.  These are guidelines from the European**
25 **Society of Cardiology and European Respiratory**

---

70

1  **Society in 2022.**
2       (Exhibit 8 marked for identification.)
3      Q.  And to your knowledge, what are the
4  purposes of the ESCERS guidelines for the diagnosis
5  and treatment of Pulmonary Hypertension?
6      **A.  In general, guidelines such as this are**
7  **supposed to be a sort of exhaustive review of**
8  **available literature and data, and the very**
9  **structured process for making recommendations that**
10 **are evidence based related to pretty much every**
11 **aspect of Pulmonary Hypertension.**
12     Q.  When you say "evidence based", what do you
13 mean?
14     **A.  It means that there's evidence. I'm not**
15 **sure what more I can say. You're evaluating**
16 **evidence, judging the evidence, rating the evidence,**
17 **and then giving recommendations based on it.**
18     Q.  Okay. Could you turn to page 19 of
19 Exhibit 8, please?
20     **A.  Okay.**
21     Q.  Do you see Table 3 says, "classes of
22 recommendations"?
23     **A.  Yes.**
24     Q.  And there are five classes. 1, 2, 2A, 2B,
25 and 3?

---

71

1      **A.  Yes.**
2      Q.  Are you familiar with the ESCERS classes of
3  recommendations?
4      **A.  Yes.**
5      Q.  And generally what's the purpose of
6  classifying a recommendation with respect to the
7  treatment of Pulmonary Hypertension?
8      **A.  It's generally to provide guidance to**
9  **clinicians who may not necessarily be experienced but**
10 **who may have patients that they want to know about**
11 **their disease and what to do with it, and it's an**
12 **exercise by which one can rate, as I said, levels of**
13 **evidence and provide recommendations that range from**
14 **highly recommend, to definitely don't do it, kind of**
15 **thing.**
16     Q.  Sure. And so for example, class 1, the
17 definition is, "evidence and/or general agreement
18 that a given treatment or procedure is beneficial,
19 useful, effective." Did I get that right?
20     **A.  Yes.**
21     Q.  And then the recommended wording for
22 Class 1 is, "is recommended or is indicated"; is that
23 right?
24     **A.  Yes, which means that you should do it.**
25     Q.  Yes. And that's why it's in green; right?

---

72

1      **A.  Correct.**
2      Q.  And Class 2. Class 2 says, "conflicting
3  evidence and/or a divergence of opinion about the
4  usefulness/efficacy of the given treatment or
5  procedure." Did I get that right?
6      **A.  Yes.**
7      Q.  And then there are two sub classes here:
8  Class 2A says, "weight of evidence/opinion is in
9  favor of usefulness/efficacy", and then there's a
10 light origin box that says, "should be considered";
11 is that right?
12     **A.  Yes.**
13     Q.  And then Class B says, "usefulness/efficacy
14 is less well established by evidence/opinion", and
15 then there's a darker origin box that says, "may be
16 considered"; is that right?
17     **A.  Yes.**
18     Q.  So as a -- strike that. You characterize
19 Class 1 as something that I -- I don't have the real
20 time, so I apologize if I got that wrong, but
21 something that a pulmonologist should do, how would
22 you characterize a Class 2A or Class 2B
23 recommendation?
24     **A.  Individual decisions that one should**
25 **consider doing it. It's always tough in the middle.**

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

73

1 I mean, the green says you really should do it and
2 then the red says you really shouldn't do it. And
3 there's everything else in between and that's where
4 judgment comes in, and some patients might benefit.
5 Some patients might not.
6        So you either should consider it --
7 admittedly the difference between should and may is,
8 you know, I have the same confusion as you do. It's
9 just the matter of a gradient. Really, you should
10 consider it in these patients, and the orange is, you
11 could consider it in these patients. It's not
12 contraindicated. So the middle ones you would
13 consider on a case by case database, is how I would
14 interpret it.
15    Q.  The final class, Class 3 says, "evidence or
16 general agreement that the given treatment or
17 procedure is not useful/effective and in some cases
18 may be harmful." Then there's a red box that says,
19 "is not recommended"; is that right?
20    A.  Yes.
21    Q.  And then underneath Table 3, do you see
22 Table 4 entitled, levels of evidence?
23    A.  Yes.
24    Q.  And these refer to levels of scientific
25 evidence; is that right?

---

74

1    A.  Correct.
2    Q.  Okay. And there are three levels: A, B,
3 and C?
4    A.  Yes.
5    Q.  And A being the most evidence and C being
6 the least evidence; correct?
7    A.  It's the quality of the evidence, not the
8 amount of the evidence.
9    Q.  Can you explain?
10    A.  So traditionally we talk about randomized
11 control trials that we talked about earlier, and
12 ideally multiple control trials are level A. Level B
13 is maybe one randomized control trial or
14 non-randomized trials if they are felt to be big
15 enough. Level C is the expert consensus, or maybe
16 small studies or retrospective studies. They're all
17 levels of evidence, meaning there is evidence, but
18 they sort of rate them.
19    Q.  And these guidelines that we're looking at
20 in Exhibit 8, these were published in 2022; is that
21 correct?
22    A.  Yes.
23    Q.  So this would have been after the Increase
24 trial was published; right?
25    A.  Yes.

---

75

1    Q.  And after treprostinil was -- inhaled
2 treprostinil was FDA approved for the treatment of
3 PHILD; correct?
4        MR. SUKDUANG: Objection. Vague.
5        THE WITNESS: When this article was
6 published, don't forget there's a lot that goes on
7 before it gets published, and the meeting might have
8 occurred before. I'd have to look at the dates.
9    Q.  Okay. If you could turn to page 76,
10 please. Actually before we get there, let's go to
11 page 73. I apologize. Okay. Page 73, there's a
12 Section 9. It says, "Pulmonary Hypertension
13 associated with Lung Disease and/or Hypoxia (group
14 3)." Do you see that?
15    A.  Yeah. Got it.
16    Q.  And so this would include PHILD; correct?
17    A.  Yes.
18    Q.  And if you flip through the preceding
19 pages, there's an overview, sections on diagnosis,
20 therapy, et cetera; right?
21    A.  Yes.
22    Q.  Okay. And if we go to table -- page 76, I
23 apologize. There's recommendation Table 23. Do you
24 see that?
25    A.  Yes.

---

76

1    Q.  And it says, "recommendations for Pulmonary
2 Hypertension associated with Lung Disease and/or
3 Hypoxia." Do you see there's a recommendation
4 Table 23A?
5    A.  Yes.
6    Q.  Okay. Do you see in the seventh row
7 there's a reference to inhaled treprostinil?
8    A.  Yes.
9    Q.  And that says, "inhaled treprostinil may be
10 considered in patients with PH associated with ILD."
11 Did I get that right?
12    A.  Yes.
13    Q.  And there's a reference there to reference
14 734; correct?
15    A.  Yes.
16    Q.  And if you turn to the back, I'll tell you
17 what page. To page 111.
18    A.  Okay.
19    Q.  What is reference 734?
20    A.  That's the New England Journal publication
21 related to the Increase trial.
22    Q.  And in particular that's a 2021 publication
23 by Waxman et al; correct?
24    A.  Correct.
25    Q.  And so with the INCREASE results in hand,

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

77

1 the ESCERS gave inhaled treprostinil in patients with
2 PH associated with ILD a Class 2B recommendation; is
3 that correct?
4    **A. Yes.**
5    Q. And a level B categorization for evidence;
6 is that correct?
7    **A. Yes.**
8    Q. Okay. And for the record, a Class 2B
9 recommendation is usefulness, efficacy, is less well
10 established by evidence opinion; is that right?
11   **A. For 2B?**
12   Q. Yeah.
13   **A. Well, it's what we said. It may be**
14 **considered. Level B was going to be the randomized**
15 **control trial. Just to be complete, they also said**
16 **that patients with Lung Disease and severe**
17 **individualized approached treatment is recommended,**
18 **and that actually got a Class 1 recommendation, which**
19 **I certainly agree with.**
20   Q. Do you agree with the use of the 2B
21 recommendation for inhaled treprostinil in patients
22 with PH associated with ILD as of 2022?
23   **A. Yeah. I mean, absolutely. I think, you**
24 **know, whether you -- again, whether you say may be**
25 **considered or should be considered, you can debate**

---

78

1 **over the terminology, but certainly, you know, that's**
2 **correct.**
3    Q. Why in your opinion, in the presence of the
4 data from the INCREASE trial, did inhaled
5 treprostinil for PHILD not receive a Class 1
6 recommendation?
7    **A. Again, I think -- I don't know. Actually,**
8 **I don't know. I'm not going to speculate on what the**
9 **European experts decided about the grading system.**
10   Q. Well, you said you agreed with the 2B
11 classification. So why would you not propose a
12 Class 1 for --
13   **A. I agreed with the Class 1 recommendation**
14 **that individualized treatment approach needs to be**
15 **taken in patients with ILD and Lung Disease and**
16 **severe PH, which is the fourth recommendation on this**
17 **table. That's absolutely what we should do is take**
18 **an individualized treatment approach.**
19      **Specifically your question about the**
20 **inhaled treprostinil and the 2B, I think, again, they**
21 **were following strict rules that we laid out already.**
22   Q. So would you give inhaled treprostinil for
23 PHILD a Class 1 recommendation?
24   **A. I probably would. I probably would based**
25 **on -- well, again, it depends on what you're**

---

79

1 **following the rules. Class 1 or Class 2. It gets a**
2 **recommendation. It's not a Class 3 for sure. So**
3 **there's -- I would likely give it a Class 1 if I was**
4 **sitting on a committee. Yes.**
5    Q. I think we can put that aside. I think
6 we've been going for about 50 minutes. Would now be
7 a good time for that break?
8    **A. Sure.**
9       VIDEOGRAPHER: We're going off the record
10 at 11:00 A.M.
11      (Recess taken.)
12      VIDEOGRAPHER: We're back on the record.
13 It's 11:16.
14   Q. Welcome back, Dr. Channick. If we could go
15 to Exhibit 1, which is your declaration, please. In
16 particular, I'd like to turn to paragraph 35. Sorry.
17 Not 35. I apologize. Paragraph 40, which is on
18 page 12. Are you there?
19   **A. Yes.**
20   Q. Okay. You say here, "physicians also
21 assess effectiveness of PH treatments using
22 hemodynamic parameters like the MPAP, PVR, and PAWP
23 measures I describe above." What is a hemodynamic
24 parameter?
25   **A. A hemodynamic parameter is something you**

---

80

1 **measure. In this context, it's the pressure in the**
2 **pulmonary artery, for instance. The pulmonary**
3 **vascular resistance, the easiest way to explain that**
4 **is the resistance that the blood vessels in the lungs**
5 **give to the heart, the right side of the heart that**
6 **has to pump the blood through your lungs. So higher**
7 **pressure will usually mean a higher resistance. That**
8 **means the heart will have to work harder. It's a**
9 **measurement we can take to tell us really how severe**
10 **the Pulmonary Hypertension is in that respect.**
11   Q. And that's distinct from a functional
12 measure like the six minute walk distance; is that
13 correct?
14      MR. SUKDUANG: Objection. Vague.
15      THE WITNESS: Well, it's a different test.
16 Yes. It's certainly not distinct, as we'll get into.
17 One, you know, affects the other for sure.
18   Q. In paragraph 39 above, you mentioned
19 another test called FVC or forced vital capacity.
20 What is FVC?
21   **A. FVC is basically how much air a person can**
22 **breathe out when they take a breath all the way in,**
23 **fill up their lungs, and push it out as much as they**
24 **can. That amount of air that they're exhaling is the**
25 **force vital capacity.**

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

81

1    Q. I think you just mentioned the hemodynamic
2 parameters can be correlated with exercise capacity.
3 Can FVC be correlated with exercise capacity as well?
4    **A. Yeah.**
5    Q. How so?
6    **A. Well, I mean again, it's an indication of**
7 **Lung Disease, for instance, in a very general term.**
8 **So patients who have Lung Disease don't have a good**
9 **exercise capacity.**
10    Q. Sure. So if a patient showed an
11 improvement if FVC after taking a particular
12 medication, would you expect them to exhibit enhanced
13 exercise capacity?
14    **A. Not necessarily. It depends on degree.**
15    Q. Okay. So let's go back to paragraph 40.
16 You say, "changes in hemodynamics are often
17 associated with changes in exercise capacity."
18    **A. Yes.**
19    Q. Do you provide any literature citations for
20 that sentence?
21    **A. I mean, there's a deposition transcript**
22 **citation.**
23    Q. Okay.
24    **A. On there.**
25    Q. Okay. So I think you're referring to the

---

82

1 next sentence with footnote 22; right?
2    **A. Yeah. Yeah. That's correct. I apologize.**
3    Q. Okay. So just for the sentence before that
4 you say, "changes in hemodynamics are often
5 associated with changes in exercise capacity."
6 There's no citation for that sentence; correct?
7    **A. Correct.**
8    Q. And then you say, "for example, a reduction
9 in PVR is generally correlated with improvements in
10 exercise capacity as measured by the 6MWD." Did I
11 get that right?
12    **A. Yes.**
13    Q. 6MWD is six-minute walk distance; right?
14    **A. Yes.**
15    Q. And then have you a citation here, footnote
16 22; correct?
17    **A. Yes.**
18    Q. Okay. Do you cite any literature or
19 scientific journal articles in footnote 22?
20    **A. No.**
21    Q. What do you cite in footnote 22?
22    **A. Deposition transcript of Eric Waxman and**
23 **United Therapeutic Corporation versus Liquidia,**
24 **deposition transcript of Andrew Clark PHD, testimony**
25 **of Erin Waxman. Yeah. Those things.**

---

83

1    Q. Each of the citations you've pointed to in
2 footnote 22, they're all dated in 2022; is that
3 correct?
4    **A. Yes.**
5    Q. As a physician, do you typically review
6 deposition and trial transcripts?
7    **A. I don't know what you mean by that.**
8    Q. In your daily -- strike that. In your
9 daily practice of treating patients, do you have
10 occasion to read deposition and trial transcripts?
11    **A. Not as part of treating patients, no.**
12    Q. Would you make a prescribing decision based
13 on a deposition or trial transcript?
14    **A. No.**
15
16
17
18
19    Q. Okay. Dr. Channick, the court reporter's
20 handed you what's been marked as Exhibit 9.
21       (Exhibit 9 marked for identification.)
22    Q. This is a document bearing Bates Number
23 LIQ_PHILD_00000579 through 595. This is titled,
24 "deposition of Aaron Waxman MD, PHD, January 8th,
25 2022." Doctor, do you recognize Exhibit 9?

---

84

1    **A. Yes.**
2    Q. Is this the deposition transcript that's
3 cited in footnote 22 of your declaration?
4    **A. Yes.**
5    Q. Does this appear to be a complete copy of
6 the transcript of Dr. Waxman?
7       MR. SUKDUANG: The exhibit itself?
8       MR. ROMEO: Yeah. What I've handed to him.
9       MR. SUKDUANG: Did you give him a complete
10 copy?
11       MR. ROMEO: This is what you produced to
12 us.
13       MR. SUKDUANG: Oh. We didn't produce that.
14 You have it.
15       MR. ROMEO: It has your number on it.
16       MR. SUKDUANG: I know, but -- okay. So
17 you.
18       MR. ROMEO: Let me backup. I'll ask a
19 better question. I apologize.
20    Q. Do you see here in your citation of the
21 deposition transcript, refer to LIQPHILD five zeros
22 and then 79?
23    **A. Five zeros and 79? Yes.**
24    Q. Okay. So is Exhibit 9 the version of the
25 Waxman deposition transcript that you reviewed in

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

85

1  preparing the declaration?
2      **A.  I believe so.**
3      Q.  Is this a complete version of the
4  deposition transcript of Aaron Waxman?
5      **A.  I don't know.  It looks like it stops**
6  **fairly abruptly.  There's no sort of signatures and**
7  **what not.**
8      Q.  For example, you may notice it skips from
9  page 8 to page 39.
10     **A.  Okay.**
11     Q.  Between pages 587 and 588.
12     **A.  Correct.**
13     Q.  Before you cited in your declaration did
14  you ask counsel for a full copy of the transcript?
15     **A.  No.**
16     Q.  Okay.  Did you review a full copy of the
17  transcript?
18     **A.  No.**
19     Q.  Okay.  Doctor, when you referred to
20  particular deposition transcripts or trial
21  transcripts, do you know if those were excerpted or
22  full copies of those transcripts?
23         MR. SUKDUANG:  Objection.  Vague.
24         THE WITNESS:  Yeah.  I would have to look
25  at specific ones to answer that.

---

86

1          MR. SUKDUANG:  Are you asking was he
2  provided full copies or what does he cite?
3          MR. ROMEO:  Well, thank you.
4      Q.  Did you review full copies of each of the
5  transcripts that you've cited in your report?
6      **A.  I honestly don't recall specifically.  I**
7  **would have to go back and look to be able to answer**
8  **for each one.**
9      Q.  Okay.  Now, you're aware that -- strike
10  that.  All of the deposition transcripts and trial
11  transcripts you've cited in footnote 22, those come
12  from a prior litigation; correct?  Not this
13  litigation?
14     **A.  Okay.**
15     Q.  You understand that; right?
16     **A.  Yes.**
17     Q.  And you are aware that Dr. Waxman and Dr.
18  Clark were experts for United Therapeutics; correct?
19     **A.  Yes.**
20     Q.  Okay.  You understand that Liquidia in that
21  litigation retained its own experts; correct?
22     **A.  I would assume.**
23     Q.  Have you reviewed any materials from
24  Liquidia's experts in any prior litigation in
25  offering your opinions in this case?

---

87

1      **A.  Not that I can recall.**
2      Q.  Did you ask to review the opinions of
3  Liquidia's prior experts?
4      **A.  No.**
5      Q.  Doctor, the court reporter's handed you
6  what's been marked as Exhibit 10.
7          (Exhibit 10 marked for identification.)
8      Q.  This is from the -- from case number
9  20CV00755 in the United States District Court for the
10  district of Delaware UTCV Liquidia rebuttal report of
11  Dr. Nicholas Hill in response to the initial expert
12  response of Dr. Aaron Waxman and Dr. Andrew Clark.  I
13  take it you have not seen Exhibit 10 before; is that
14  correct?
15     **A.  Correct.**
16     Q.  But you did review portions of Dr. Waxman's
17  expert report from this prior case; correct?
18     **A.  Yes.**
19     Q.  Are you familiar with Dr. Nicholas Hill?
20     **A.  Yes.**
21     Q.  Who is Dr. Nicholas Hill?
22     **A.  He's a pulmonologist who is Pulmonary**
23  **Hypertension specialist at Tufts University in**
24  **Boston.**
25     Q.  If you could turn to page 1, please.  If

---

88

1  you go to paragraph 1, do you see that Dr. Hill is
2  submitting this rebuttal report on behalf of
3  Liquidia?
4      **A.  Yes.**
5      Q.  Were you aware that Dr. Hill had been
6  retained by Liquidia in the prior litigation?
7      **A.  Yes.**
8      Q.  Have you spoken with Dr. Hill regarding his
9  work in the prior litigation?
10     **A.  No.**
11     Q.  And if you go to paragraph 4, please, it
12  says, "my rebuttal expert report responds to the
13  opinions represented in the initial expert reports of
14  Dr. Aaron Waxman, Waxman report, and Dr. Andrew
15  Clark, Clark report, both submitted by UTC on
16  October 15, 2021, which I have reviewed." Did I get
17  this right?
18     **A.  Yes.**
19     Q.  I believe you reviewed portions of at least
20  one of those reports in preparing your declaration
21  for this case?
22     **A.  Yes.**
23     Q.  Okay.  And if you turn to page 42 of
24  Exhibit 10, please.
25     **A.  Okay.**

---

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

89

1    Q.  Do you see that Dr. Hill signed this
2  November 12th, 2021?
3    A.  Yes.
4    Q.  Okay.  Let's turn to page 23 of Dr. Hill's
5  report, please.  I'd like to direct your attention to
6  paragraph 56, please.  Actually, before we get there,
7  let's go back to the first page.  I'll come right
8  back to 23?
9    MR. SUKDUANG:  Page 1?
10    MR. ROMEO:  Page 1, yes.  Paragraph 1.
11    Q.  Do you see that Dr. Hill is submitting this
12  rebuttal report in relation to U.S. patent number
13  10716793 also known as the 793 patent?
14    A.  Yes.
15    Q.  Okay.  And that was one of the references
16  that you've analyzed as part of giving your opinions
17  in this case?
18    A.  Yes.
19    Q.  Let's go back to page 23, paragraph 56.
20  Dr. Hill says, "in contrast, for several reasons a
21  POSA in a 2006 and today would have understood that
22  changes in hemodynamic values may not correlate with
23  therapeutic effectiveness." Do you see that?
24    A.  Yes.
25    Q.  Do you agree or disagree with Dr. Hill in

---

90

1  this context?
2    A.  I disagree.
3    Q.  How so?
4    A.  I think we have a lot of data and
5  experience that hemodynamic changes do correlate with
6  effectiveness in exercise capacity.  We have studies
7  even with treprostinil, for instance, showing
8  six-minute walk distance improvements.  We also know
9  that -- I'm sure we'll talk about these papers, but
10  there's plenty of evidence, and we know that
11  hemodynamics is what Pulmonary Hypertension is.
12    Not to get too pedantic, but this is a
13  disease of high pressure and resistance, and drugs
14  work for Pulmonary Hypertension by reducing that
15  pressure and resistance.  That's how pulmonary
16  vasodilators work.  They don't work on the brain.
17  They don't work on the muscles.  I think everybody
18  would agree to that.  So the only reason they work is
19  because they improve the hemodynamics.  That means
20  that they then will lead to improved function in how
21  patients feel and how they walk.  This is not
22  debated.  This is how the drugs work.  Does it always
23  correlate?  No.  Obviously, nothing is 100 percent.
24  Very fundamentally, hemodynamic improvements are
25  necessary to get clinical improvements.

---

91

1    Q.  So if you could turn to the next page, I'd
2  like to go to the end of this paragraph.  Dr. Hill
3  writes, "accordingly, POSA as of May 2006 would have
4  understood that for a Pulmonary Hypertension
5  treatment to be, quote, therapeutically effective,
6  end quote, one would need to assess primary end
7  points such as improvement in breathing on exertion,
8  exercise capacity measured by the 6MWT, improvement
9  in the NYHA functional classification, QOL scores,
10  and survival." Do you see that?
11    A.  Yes.
12    Q.  Do you agree or disagree with that
13  statement?
14    A.  I think I disagree with it.  I would say it
15  depends on what you are talking about.  We've kind of
16  alluded to this.  To get FDA approval, one would
17  typically need to show a measure of what we call,
18  feels, functions, and survives.  When you start
19  talking about things like POSA, then you're talking
20  about patents and what not, and that is not required.
21    So if we're talking about -- you have to be
22  very specific, are you talking about effective to get
23  FDA approval or effective to get a patent, for
24  instance?  We don't use the term POSA when we're
25  talking about FDAs and that.  So if you'd be more

---

92

1  specific as to which of those two things you're
2  talking about I can answer better.
3    Q.  Okay.  So you've reviewed the 793 patent in
4  connection with your opinions in this case; right?
5    A.  Yes.
6    Q.  Okay.  And we'll look at that a little bit
7  later today.  Here, Dr. Hill is talking about
8  therapeutically effective, that term in the context
9  of the 793 patent which you've reviewed.  So do you
10  agree that for a person of ordinary skill to assess
11  whether a Pulmonary Hypertension would be
12  therapeutically effective for purposes of the 793
13  patent, they would need to assess primary end points
14  such as improvement on breathing on exertion,
15  exercise capacity measured by the six-minute walk
16  test, improvement in NYHA functional classification,
17  QOL scores, and survival?
18    MR. SUKDUANG:  Objection.  Calls for a
19  legal conclusion regarding infringement.
20    THE WITNESS:  You would -- okay.  If we're
21  going to get into the 793 patent, there would have to
22  be evidence of -- as there is, which we'll get into,
23  of the drugs having effects on exercise capacity,
24  functional class, and, again, I don't know how deep
25  you want to get into this.  I don't know exactly what

Transcript of Richard Channick, M.D.

24 (93 to 96)

Conducted on April 6, 2024

93

1 he means by therapeutically effective in this
2 particular statement. But we certainly -- there's
3 certainly plenty of evidence that that's present,
4 that we can go through.
5     Q. Okay. So in the context of the 793 patent,
6 do you agree or disagree with Dr. Hill's statement?
7         MR. SUKDUANG: Objection. Vague.
8 Objection to the extent it calls for a legal
9 conclusion on the issue of infringement.
10        THE WITNESS: Yeah. I guess I'm having a
11 little -- I'm not a lawyer, so I'm having a little
12 trouble. We have to be very specific. Are we
13 talking about a medical point of view? A patent
14 point of view?
15    Q. Sure. Doctor, the court reporter's handed
16 you what's been marked as Exhibit 11, which is U.S.
17 patent number 10 -- strike that. 10716793.
18        (Exhibit 11 marked for identification.)
19    Q. Doctor, are you familiar with Exhibit 11?
20    A. Yes.
21    Q. What is Exhibit 11?
22    A. That's the patent that you just said. 793.
23    Q. Okay. And you've analyzed this patent in
24 connection with giving your opinions in this case?
25    A. Yes.

94

1     Q. And you've analyzed both the specification
2 -- strike that. If you turn to the last page, column
3 18, do you see that the claims are listed at the end
4 of column 18?
5     A. Yes.
6     Q. And you've analyzed the claims of the 793
7 patent in connection with your opinions in this case;
8 correct?
9     A. Yes.
10    Q. Okay. Correct me if I'm wrong, is it your
11 opinion that a person of -- strike that. If a person
12 were to perform the method that's described in these
13 claims in a PHILD patient, they would improve
14 exercise capacity?
15    A. Yes.
16    Q. Okay. Let's look at the first one of those
17 claims.
18    A. You're not talking about every patient;
19 right?
20    Q. Well, let's break that down. So why the
21 need for the caveat?
22    A. Well, because you said a patient. I don't
23 want to make a universal statement.
24    Q. Okay.
25    A. Are you referring to each and every patient

95

1 that gets it, or some patients?
2     Q. Okay. Let's do both. Would each and every
3 ILD patient to which -- strike that. If you perform
4 the methods that are claimed in 793, will each and
5 every ILD patient improve exercise capacity, in your
6 opinion?
7     A. No.
8     Q. Why not?
9     A. Because nothing works for everybody. We
10 know that in real life in diseases that some patients
11 benefit more than others.
12    Q. And in fact, that was seen in the INCREASE
13 trial where not every patient received a benefit;
14 correct?
15    A. Correct.
16    Q. Now, you said, patients generally. So if
17 performing the method claimed in 793 on PHILD
18 patients, in your expert opinion, what proportion of
19 PHILD patients would show an improvement in exercise
20 capacity?
21    A. More than 50 percent. It's not just my
22 opinion, of course. It's prior studies that were
23 published at the time, we can review that are in my
24 declaration, Agarwal and Saggar. I'm happy to go
25 through those.

96

1     Q. I promise we will go through those.
2     A. I'm sure we will.
3     Q. I want to look at claim 1 of the 793
4 patent. It reads, "a method of treating Pulmonary
5 Hypertension comprising administering by inhalation
6 to a human suffering from Pulmonary Hypertension, a
7 therapeutically effective single event dose of a
8 formulation comprising treprostinil or a
9 pharmaceutically acceptable salt thereof, with an
10 inhalation device wherein the therapeutically
11 effective single event dose comprises from 15
12 micrograms to 90 micrograms of treprostinil, or a
13 pharmaceutically acceptable salt thereof delivered in
14 one to three breaths."
15        Did I get that right?
16    A. Yes.
17    Q. Okay. Do you see that twice in claim 1
18 there's a reference to therapeutically effective
19 single event dose?
20    A. Yes.
21    Q. When you analyze the claims of the 793
22 patent for purposes of giving your opinions in this
23 case, what meaning did you ascribe to
24 "therapeutically effective single event dose"?
25    A. They're describing a treatment, a dose that

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

97

1 one would get of this medication.  They're describing
2 the method for delivering that dose, and the dose of
3 that dose in this claim.
4     Q.  Okay.  And what meaning particularly did
5 you ascribe to the phrase, "therapeutically
6 effective"?
7         MR. SUKDUANG:  Objection to the extent
8 you're calling for a legal conclusion on claim
9 construction.
10        THE WITNESS:  I don't know that I ascribed
11 a specific meaning other than what it says.  It's
12 effective.
13    Q.  In your analysis of this claim, did you
14 interpret "therapeutically effective" to include an
15 increase in exercise capacity?
16    A.  I did.
17    Q.  In your interpretation of this claim for
18 purposes of your opinions in this case, did you
19 interpret "therapeutically effective" as requiring an
20 increase in exercise capacity?
21    A.  No.
22    Q.  Can you explain?
23    A.  Because there are other things that
24 constitute effectiveness than exercise capacity of a
25 therapy like this.

98

1     Q.  So when you interpreted therapeutically
2 effective for purposes of your opinion in this case,
3 you said therapeutically effective could include an
4 increase in exercise capacity, but not necessarily;
5 is that right?
6         MR. SUKDUANG:  Objection.  Vague.  Calls
7 for a claim construction.  Excuse me.  Objection.
8 Vague.  And objection for a legal conclusion to the
9 extent you're asking for a claim construction.
10        THE WITNESS:  Yes.
11    Q.  Okay.  Now, doctor, did you review the
12 entirety of the 793 patent in connection with giving
13 your opinions in this case?
14    A.  Yes.
15    Q.  Does the phrase "exercise capacity" appear
16 anywhere in the 793 patent?
17    A.  No.
18    Q.  Does the phrase "exercise ability" appear
19 anywhere in the 793 patent?
20    A.  No.
21    Q.  All right.  You can put that aside for now.
22 We'll come back to it.  I promise.
23        Dr. Channick, the court reporter's handed
24 you what's been marked Exhibit 12.
25        (Exhibit 12 marked for identification.)

99

1     Q.  This is a review article entitled, "the
2 changing paradigm in Pulmonary Hypertension trials,
3 longer duration, new endpoints."  Published in
4 current opinion in pulmonary medicine in 2015.
5 Doctor, do you recognize Exhibit 12?
6    A.  Yes.
7    Q.  What is it?
8    A.  It's an article that I wrote with another
9 physician on the title that you read.
10    Q.  And for those of us who are not as steeped
11 in clinical trial design as you are, what's an
12 endpoint?
13    A.  An endpoint is a measurement that you take
14 when you test, in this case, a medication.  It's what
15 you're measuring to look at the effect of the
16 medication.
17    Q.  And have you heard of both a primary and a
18 secondary endpoint?
19    A.  Yes.
20    Q.  And what's the difference between a primary
21 and a secondary endpoint?
22    A.  Well, methodologically and statistically,
23 when you're doing a study design -- again, I'm going
24 to get into the weeds a little bit.  The primary
25 endpoint is what you do -- you do what's called a

100

1 power analysis.  That's the first thing you're
2 looking at.  So when you design the study to
3 determine, for instance, how many patients you need
4 to put in, you do it around the primary endpoint of
5 the study.
6         So it's a way to methodologically design a
7 study.  What endpoint you use as a primary endpoint
8 is a much more complex question that we can delve
9 into if you would like.
10    Q.  And in your experience, what's the most
11 common primary endpoint for Pulmonary Hypertension
12 trials?
13        MR. SUKDUANG:  Objection.  Vague.
14        THE WITNESS:  Yeah.  It's hard to say.  I
15 think for -- as I said, registration trials, and now
16 we're talking FDA, so very distinct, they typically
17 require a primary endpoint of how a patient feels,
18 functions, or survives.  So how they feel would be
19 something like the functional class or symptoms.
20 Functions could be exercise capacity.  Survives is
21 survival.
22        So those would often be the primary
23 endpoints in registration trials, like phase 3
24 studies.  In phase 2 studies, we're often using
25 things like hemodynamic endpoints that won't get the

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

26 (101 to 104)

---

101

1  drug FDA approved, but they're very important to see
2  a hemodynamic effect. Long answer. Sorry.
3      Q. That's okay. All right. If you look at
4  the first page of your review article under purpose
5  of review, it says, "approved therapies for pulmonary
6  arterial hypertension currently consists of 12
7  agents, the majority of which were approved following
8  short-term randomized clinical trials using change in
9  six-minute walk distance, 6MWD, as the primary
10  outcome"; is that right?
11      A. Yes.
12      Q. Okay. And what is the six minute walk
13  distance test?
14      A. So it's a really simple test. You
15  basically have a hallway and you measure the distance
16  a patient walks up and down that hallway in
17  6 minutes.
18      Q. Okay. And why is 6-minute walk distance --
19  why was that used, to your knowledge, as the primary
20  endpoint for the majority of the trials for PIH that
21  you looked at here?
22      A. I mean, I wasn't involved in all of these
23  trials in development. I would be speculating. It
24  is a test that seems to correlate well with outcomes
25  and other parameters. It's certainly an easy to do

---

102

1  study. When you're designing a large trial, you
2  don't want something super difficult for an
3  investigator to do. All you need is a hallway, a
4  stopwatch and a tape measure.
5      Q. Sure. If you could turn to page 443 in
6  your review article, please. Do you see there's a
7  heading that says, "surrogate endpoint"?
8      A. Yes.
9      Q. Okay. And by a "surrogate endpoint", that
10  would be a type of secondary endpoint; right?
11      A. It is a secondary endpoint, typically.
12  Well, no. Let me correct that. I misspoke. A
13  surrogate endpoint can be a primary endpoint. A
14  surrogate endpoint is something that should correlate
15  with the feels, functions, or survives measurement.
16  And so, you know, things like -- and it can be a
17  primary endpoint. It's just that it correlates with
18  a feels, functions, survive endpoint, typically.
19      Q. So is the six-minute walk test a surrogate
20  endpoint or a direct endpoint?
21      A. That's a great question. It's actually
22  something we debate in our -- it's probably somewhat
23  both. Because it may be a surrogate income for other
24  outcomes like survival, but it also can be a
25  clinically important endpoint. Like how far someone

---

103

1  can walk.
2      Q. Sure. What type of endpoint is FEC in the
3  context of PHILD?
4      A. FEC would be a surrogate endpoint. It's
5  actually probably not a surrogate endpoint because
6  it's really not shown to correlate with outcomes,
7  necessarily. So it's a -- it would be typically a
8  secondary endpoint. Whether it's a true surrogate
9  endpoint, it probably isn't, actually.
10      Q. Okay. And hemodynamics would be a
11  surrogate endpoint?
12      A. Yes, I think there's pretty good evidence
13  that hemodynamics are surrogate endpoints. And that
14  gets to my previous points that changes in
15  hemodynamics likely correlate with improvements in
16  clinical parameters.
17      Q. Okay. I want to go to the last sentence of
18  the -- surrogate endpoints at the paragraph. The
19  paragraph continues into the next column, and I want
20  to look at the last sentence in that paragraph. It
21  says, "in addition, the appropriateness of use of
22  hemodynamic measures as surrogates has been
23  questioned with some data suggesting that changes in
24  hemodynamics are not true mediators of the
25  relationship between treatment and clinical

---

104

1  outcomes." Did I read that correctly?
2      A. Yes.
3      Q. What are you referring to there?
4      A. Show me where that is, again. I'm sorry.
5      Q. Sure. It's the last sentence of the first
6  paragraph under surrogate endpoints.
7      A. Got it. Okay. Again, I'd have to go way
8  back to look. I think we're trying to make the point
9  that nothing's 100 percent, and there are certainly
10  cases where -- some studies where hemodynamics didn't
11  correlate as well as others. We're talking
12  methodology here. We're not talking about individual
13  patients.
14      Again, this was almost ten years ago. I
15  don't recall exactly what we were referring to. I
16  think we were just trying to put some balance into
17  the paper to suggest that, you know, you still need
18  -- you know, nothing's 100 percent. I mean, that's
19  all I can say. I'm speculating on what we meant more
20  than that.
21      Q. Okay. I think you can put that aside.
22      A. Just to finish so everybody knows. It
23  looks like in that one reference I gave, it had more
24  to do with clinical worsening events. So changes in
25  the hemodynamics in the clinical worsening didn't

---

105

1  talk about exercise capacity in that reference 50
2  that we referred to in that. So it's a little bit
3  apples and oranges from what we're talking about, but
4  -- anyway.
5     Q. Dr. Channick, the court reporter's handed
6  you what's been marked Exhibit 13.
7        (Exhibit 13 marked for identification.)
8     Q. This is another composite document
9  consisting of the transcript and a cover page for a
10 YouTube video entitled, "managing pulmonary arterial
11 hypertension therapeutic selection and coordination
12 from the PCMH Congress, September 14th to 16, 2018,
13 in San Diego." Did you attend a PCMH Congress in San
14 Diego in 2018?
15    A. Apparently, I did. I attend a lot of
16 Congress. If you asked me what it stood for, I
17 couldn't even tell you.
18    Q. That's fair enough. Again, this is like
19 the last exhibit. We've provided the YouTube URL
20 here. I'll note for the record, this was posted to
21 YouTube, at least by our measure, on March 21, 2019,
22 but the URL was provided on the first page.
23       If we go to the transcript, let's go to
24 page 2. Do you see here starting on line 2 you say,
25 "I'm Dr. Richard Channick. I'm a pulmonologist at

106

1  UCLA Medical Center as of two weeks ago, so I drove
2  down here. Which is nice. I was in Boston for many
3  years at MASS general doing sort of the same thing,
4  Pulmonary Hypertension." Did I get that right?
5     A. Yes.
6     Q. Does this refresh your recollection as to
7  your attendance at this conference?
8     A. No. I mean, I certainly speak at many,
9  many conferences. This particular one in San Diego
10 --
11    Q. Okay. So if you could turn to page 3 of
12 the transcript here. Starting around line 10 you
13 say, "so when we talk about Pulmonary Hypertension,
14 you need to understand we're talking about -- we're
15 not talking about one condition or one disease.
16 We're talking about a bunch of conditions and
17 diseases, and this is really critical because how we
18 treat Pulmonary Hypertension depends completely on
19 what's causing it." Did I get that right?
20    A. Yes.
21    Q. Do you agree with that statement?
22    A. Yes.
23    Q. How does the treatment of Pulmonary
24 Hypertension relate to the cause of the Pulmonary
25 Hypertension?

107

1     A. Well, we may treat different causes
2  different ways. It's pretty self -- do you want me
3  to be specific?
4     Q. Sure.
5     A. And go through all the causes of Pulmonary
6  Hypertension and how you would treat them. I'm happy
7  to do that.
8     Q. No. It's okay. I think I understand your
9  point. If we go to the next page, page 4 starting on
10 17. Page 19. You say --
11       MR. SUKDUANG: Sorry. Page 19?
12       MR. ROMEO: Sorry. I apologize, counsel.
13 Let's go to page 4, line 17.
14    Q. You say, "and again, I would underscore" --
15 I think it's supposed to be underscore. "The
16 Pulmonary Hypertension isn't one disease. In fact,
17 it isn't even a disease, it's a number. Its elevated
18 blood pressure in the lungs due to one of these
19 conditions."
20       MR. SUKDUANG: I'm sorry. You misstated
21 and you said you believed it should say underscore.
22 It literally says understand. So is this transcript
23 incorrect?
24       MR. ROMEO: I understand it to be
25 certified.

108

1        MR. SUKDUANG: Well now I call into
2  question the veracity of the transcript.
3        MR. ROMEO: You can do that.
4     Q. It reads, "and again, I would understand
5  the point, the Pulmonary Hypertension isn't even a
6  disease, it's a number. It's elevated blood pressure
7  in the lungs due to one of these conditions." Did I
8  read that correctly?
9     A. Yes.
10    Q. Okay. And I believe you mentioned this
11 earlier. Could you explain why Pulmonary
12 Hypertension is a number, not a disease in your
13 opinion?
14    A. Because that's what it is. Hypertension
15 means elevated pressure. Pulmonary means lung. So
16 lung elevated pressure.
17    Q. Okay. I won't read it all into the record
18 here, but if you go to the next paragraph which
19 begins on line 22 of page 4 and continues onto
20 page 5, do you see that you generally discussed group
21 1 Pulmonary Hypertension, or PAH?
22    A. Yes.
23       MR. SUKDUANG: Excuse me. Give me an
24 opportunity. Mischaracterizes, because the paragraph
25 goes on for several pages. So I'm going to object as

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

**109**

1  mischaracterizing with respect to only group 1. He
2  can keep going.
3       THE WITNESS: You have to say it again.
4       Q. I'll start again. Do you see that at
5  line 13 there's a reference to connective tissue
6  disease?
7       A. Yes.
8       Q. Okay. Are you stating here that connective
9  tissue disease is a group 1 condition or something
10  else?
11       MR. SUKDUANG: You can read what you need
12  to understand and answer the question.
13       THE WITNESS: This is likely to a lay
14  audience. We're trying to be very simple and basic,
15  which is fine.
16       Q. Okay.
17       A. I'm not speaking to a bunch of experts in
18  this talk, I guarantee it. So yes, connective tissue
19  diseases, HIV, if you see the sentence there, fall
20  within group one. In this context, that's my
21  interpretation of what I said.
22       Q. Can connective tissue disease exist in
23  other groups of PH as well?
24       A. Yes.
25       Q. How so?

**110**

1       A. Because patients with connective tissue
2  diseases can develop ILD. And if we think those
3  patients have ILD and PH, we may call it group 3.
4  Patients with connective tissue diseases can develop
5  Heart Disease, or left-sided heart disease, in which
6  case we might classify them in group 2. That type of
7  thing.
8       Q. Let's turn to page 15 of the transcript,
9  please. Let's start at line 11. It says here, "the
10  vast majority, in fact all except one now, is
11  actually two because of a recent approval, but have
12  been approved with that one specific primary
13  endpoint, and that was the ability of the drug to
14  improve exercise capacity as measured by a six-minute
15  walk test.
16       So that was the primary endpoint that led
17  to approval. It's not showing an improvement in
18  mortality. It's not showing other endpoints but it's
19  improving exercise capacity and that's really been
20  how the drugs have been studied and how we designed
21  this trial early on."
22       Did I get that right?
23       A. Yes.
24       Q. If you go to the next page, 16, you say,
25  "now, these therapies do improve the hemodynamics.

**111**

1  So if you treat a patient effectively, those
2  pressures will come down. The resistance in those
3  arteries will come down as well, but in Pulmonary
4  Hypertension drugs, you'll never get approved based
5  on their ability to lower the pressure. You have to
6  have some sort of functional outcome or measure.
7       What we say in the reg, in the regulatory
8  field, is that the drug either has to improve how a
9  patient feels, functions, or survives. That's the
10  mantra for Pulmonary Hypertension." Did I get that
11  right.
12       A. Yes.
13       Q. Is that a correct statement when you made
14  it in 2018?
15       A. Yeah. I mean, it's still a correct
16  statement. We're talking about FDA approval,
17  regulatory approval, of a drug. That's the feels,
18  functions, and survives mantra.
19       Q. And then line 12 you say, "the other thing,
20  though, that we know is that how much each drug
21  improves a specific patient is very variable. In
22  spite having done this for 30 years, I can still not
23  predict in a given patient how they're going to
24  respond to a given therapy." Did I get that right?
25       A. Yes.

**112**

1       Q. Was that a true statement in 2018 and
2  today?
3       A. Yes, the patients don't all respond the
4  same way to medications.
5       Q. We can put that aside. Let's go to
6  Exhibit 2 which we looked at a little earlier today.
7  This again is the letter to the editor in response to
8  the INCREASE study; is that correct?
9       A. Yes.
10       Q. Okay. And this later begins on page 1870;
11  right?
12       A. Yes.
13       Q. The third sentence of this letter states,
14  "the extent of Interstitial Lung Disease is the key
15  distinguishing feature between pulmonary arterial
16  hypertension and group 3 pulmonary hypertension.
17  Therefore, verifying the extent of interstitial lung
18  disease is crucial, particularly since mild
19  Interstitial Lung was routinely included in previous
20  studies of pulmonary arterial hypertension." Did I
21  get that right?
22       A. Yes.
23       Q. So why is verifying the extent of
24  interstitial lung disease crucial when studying
25  PHILD?

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

29 (113 to 116)

113

1    A. Well, the more information you can get on
2  who the patients are that were in the study, the more
3  useful you can use the results of that study. To put
4  it another way, again, we talk about this group 3
5  versus group 1 distinction and how muddy it is. So
6  if you were to study patients in a trial that had --
7  that all had very severe interstitial lung disease
8  and very mild Pulmonary Hypertension versus studying
9  patients in a trial that had very mild interstitial
10 lung disease and very severe Pulmonary Hypertension,
11 that would be important to know. So the point we
12 were trying to make is that -- characterizing the
13 patients in as much detail as possible is really
14 helpful.
15    Q. Now, there's a reference in the two
16 sentences I just read to you that refers to mild
17 interstitial lung disease being routinely included in
18 previous studies of pulmonary arterial hypertension.
19 Would you consider a patient with PH that has mild
20 interstitial lung disease to be a PHILD patient?
21    A. It depends on the patient and whether we
22 could have found other risk factors for PAH. I mean,
23 I think that at the extremes it's kind of easy. Let
24 me try to keep it simple here. If you had a patient
25 with just a tiny bit of fibrosis, they had like, one

114

1  or two little scars on their x-ray, but they had
2  very, very severe Pulmonary Hypertension, and it was
3  maybe somebody who fit profile of Idiopathic PAH,
4  like a young woman with no other risk factors, I
5  would probably call that group one, and in fact,
6  those patients were included in group one studies
7  that lead to approval of all these drugs.
8        At the other extreme, again, it's pretty
9  easy too. We still debate that middle ground. I
10 can't give you like a set criteria for this patient,
11 it's group 3, for this patient, it's group 1. It's
12 just not -- it's a limitation of the classification
13 system, as I'm sure you're learning.
14    Q. Yes. Okay. The court reporter's handed
15 you what's been marked as Exhibit 14.
16      (Exhibit 14 marked for identification.)
17    Q. This is U.S. patent number 11826327. Do
18 you recognize Exhibit 14, doctor?
19    A. Yes.
20    Q. Is this the patent that you analyzed for
21 both infringement and validity in your declaration in
22 this case?
23    A. Yes.
24    Q. Let's turn to the -- turn to column 54, the
25 second to last page.

115

1    A. Okay.
2    Q. Do you see that the claims are listed?
3    A. Yes.
4    Q. Okay. Claim 1 begins, "a method of
5  improving exercise capacity in a patient having
6  Pulmonary Hypertension associated with interstitial
7  lung disease", and it goes on from there. In
8  offering your opinions on the validity and
9  infringement of these claims, what meaning did you
10 assign to Pulmonary Hypertension associated with
11 interstitial lung disease?
12        MR. SUKDUANG: Objection to the extent it
13 calls for a legal conclusion.
14        THE WITNESS: I don't understand what you
15 mean by what meaning I ascribed. I mean, it's pretty
16 self-explanatory.
17    Q. Okay. Today we've talked a little about
18 the muddiness between group 1 and group 3 patients.
19 So when you conducted your analysis of this patent,
20 where did you draw the line in terms of determining
21 whether a particular patient had PHILD versus not?
22    A. I think it's what the patient is diagnosed
23 with. I don't know that I did the analysis the way
24 that you are describing. I think if a physician
25 makes a diagnosis of Pulmonary Hypertension

116

1  associated with ILD, that's the diagnosis. It's a
2  clinician's diagnosis. So I don't -- that's pretty
3  much all I can say.
4    Q. Okay. That's fair. I think we've been
5  going for a little bit over an hour now. Is now a
6  good time for a lunch break?
7        MR. SUKDUANG: I'm not trying to ask you to
8  do work, but could you go check if lunch is there?
9        MR. BURROWBRIDGE: Want to go off the
10 record.
11        VIDEOGRAPHER: We're going off the record.
12 The time is 12:12.
13      (Lunch taken.)
14        VIDEOGRAPHER: We're back on the record.
15 It's 12:57 P.M.
16    Q. Welcome back, Dr. Channick. During the
17 break, did you speak with counsel about the substance
18 of your testimony?
19    A. No.
20    Q. Doctor, if you could pull out Exhibit 11,
21 which is the 793 patent, please.
22    A. Okay.
23    Q. In particular, I'd like to go to Table 2
24 which is on column 11?
25    A. Okay.

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

30 (117 to 120)

117

1    Q.  Did you review Table 2 in offering your
2  opinions in this case?
3    A.  Yes.
4    Q.  What do you understand Table 2 to describe?
5    A.  It describes hemodynamic effects of
6  different doses of inhaled treprostinil.
7    Q.  Okay.  And approximately how many patients
8  were involved in this study?
9    A.  Well, if we add up the columns we see
10  there's about 12, 9, and 20, plus placebo.
11    Q.  That would be about 45?
12    A.  About 45.
13    Q.  Okay.  Of which 4 were placebo; right?
14    A.  Yes.
15    Q.  Okay.  And I believe if you look back to
16  column 8, this is part of example 1 of the 793
17  patent; is that right?
18    A.  Yes.
19    Q.  Okay.  And example 1 is an open label study
20  upon acute safety, tolerability, and hemodynamic
21  effects of inhaled treprostinil delivered in seconds;
22  right?
23    A.  Yes.
24    Q.  Okay.  And if you go to table -- strike
25  that.  Column 9, line 36.  Please.  It says, "a total

118

1  number of 45 patients with moderate to severe
2  pre-capillary Pulmonary Hypertension were enrolled"?
3    A.  Yes.
4    Q.  And that's the same number we just pulled
5  from Table 2?
6    A.  Yes.
7    Q.  Okay.  Do you see at the bottom of this
8  paragraph, I guess around line 44, there's a
9  discussion of disease etiologies?
10    A.  Yes.
11    Q.  What's a disease etiology?
12    A.  Etiology means the cause of the disease.
13    Q.  Okay.  And how many patients in this study,
14  example 1, were PHILD patients?
15    A.  Four.
16    Q.  And which four were those?
17    MR. SUKDUANG:  Objection.  Vague.
18    Q.  Strike that.  What etiology did these --
19  strike that.  Are these the four pulmonary fibrosis
20  patients?
21    A.  It says, "pulmonary fibrosis, N equals
22  four".
23    Q.  So by simply elimination, 41 of the other
24  patients were not PHILD patients; correct?
25    A.  Correct.

119

1    Q.  Okay.  So if we return to Table 2 on column
2  11, does the 793 patent tell you which disease
3  etiology -- strike that.  Does the 793 patent tell
4  you where those four pulmonary fibrosis patients were
5  in terms of the four groups in the study?
6    A.  I'm trying to --
7    Q.  Take all the time you need.
8    A.  Yeah.  Thank you.  I think in this one
9  particular table it's a little hard to tell.  It does
10  talk about the changes in oxygen in the fibrosis
11  patients after inhalation.  That paragraph below the
12  table.  N equals 1, only fibrosis patients.  It
13  describes the characteristics and oxygen saturations
14  of the patients, and then it talked about reduction
15  in the saturation after inhalation.  So it's a little
16  hard to tell.
17    Q.  Okay.  And you were referring to the
18  section between line 40 and line 54 in column 11; is
19  that right?
20    A.  Yes.
21    Q.  Beginning, "this question was addressed in
22  five patients"?
23    A.  Correct.
24    Q.  Okay.  So looking at the 793 patent and
25  going back to Table 2, do you know how many of the

120

1  pulmonary fibrosis patients received placebo?
2    A.  No.
3    Q.  Do you know how many pulmonary fibrosis
4  patients received 30 micrograms of treprostinil?
5    A.  No.
6    Q.  Do you know how many pulmonary fibrosis
7  patients received 45 micrograms of Treprostinil?
8    A.  No.
9    Q.  Do you know how many pulmonary fibrosis
10  patients received 60 micrograms of treprostinil?
11    A.  No.
12    Q.  Okay.  So based on the data in Table 2, in
13  your opinion, is it possible to make any conclusions
14  regarding the effects of hemodynamics or the
15  hemodynamic effects of inhaled treprostinil on the
16  four pulmonary fibrosis patients specifically?
17    A.  Not from this table, if we don't know which
18  patients they were.
19    Q.  Let's turn to Table 3, which is on columns
20  13 and 14, please.
21    A.  Okay.
22    Q.  And I believe you blow this table up in
23  your declaration.  So if you would like the bigger
24  version in your declaration on page 26, I completely
25  understand.

121

1    A.  Okay.
2    Q.  Okay. And you can use whichever you like.
3  Now, this is from a different study of inhaled
4  treprostinil than Table 2; right?
5    A.  It's more than one study.
6    Q.  Okay. That's a great answer. Table 3 is a
7  composite of 3 different studies; correct?
8    A.  Yes.
9    Q.  And Table 3 in particular shows the patient
10  characteristics in baseline hemodynamic parameters
11  for the patient population of these three studies; is
12  that right?
13    A.  Yes.
14    Q.  And there's a disease etiology column. I
15  believe it's the fourth; is that right?
16    A.  Yes.
17    Q.  And the etiology is either I, O, T, or F;
18  right?
19    A.  Yes.
20    Q.  Okay. And F refers to pulmonary fibrosis?
21    A.  Yes.
22    Q.  Okay. Do the I, O, or T abbreviations
23  refer to PHILD patients?
24    A.  No.
25    Q.  Okay. So if we wanted to know how many

122

1  PHILD patients were in each study, and I guess
2  subgroup within each of the three studies, we'd be
3  looking at the F column; is that right?
4    A.  Yes.
5    Q.  So for example, in study group 1A there
6  were four pulmonary fibrosis patients; right?
7    A.  Okay.
8    Q.  Okay. And if there was a zero, there were
9  no pulmonary fibrosis patients; right? For example,
10  2D?
11    A.  Correct.
12    Q.  Okay. And in these studies, the patients
13  were dosed inhaled treprostinil by a nebulizer; is
14  that right?
15    A.  Yes.
16    Q.  Okay. I want to go through this table and
17  see if we can figure out what doses of treprostinil
18  were applied to each of the -- the groups of
19  pulmonary fibrosis patients. Is that an analysis you
20  conducted as part of your analysis in this case?
21    A.  Yes. We can see it. It's right there.
22    Q.  Okay. So let's start with group 1. You
23  can see under the table it says, group one
24  correspondence to study 1. Group 1A, 7.5 grams ILO
25  versus 7.5 micrograms TRE. What does that mean to

123

1  you?
2    A.  Well, ILO is Iloprost which is another
3  inhaled prostacyclin. TRE is inhaled treprostinil.
4    Q.  Okay. So this was a head to head
5  comparison of iloprost versus treprostinil?
6    A.  It was what they called randomized
7  crossovers. They got both.
8    Q.  So if group 1A, if they got treprostinil,
9  it was 7.5 micrograms of treprostinil?
10    A.  Yes.
11    Q.  Do you know how many breaths that
12  treprostinil was dosed? Strike that. Do you know
13  how many breaths the patients took while inhaling the
14  treprostinil?
15    A.  Well, typically 7.5 micrograms would be
16  about a breath.
17    Q.  So if you go into -- strike that. If you
18  go to column 12, you'll see that around line 60
19  there's a description of study 1, which goes --
20    A.  Where are we?
21    Q.  So column 12 in example 2, starting around
22  line 60. There's a description of study 1?
23    A.  Yes, correct.
24    Q.  And then it continues to column 13 under
25  the table?

124

1    A.  Mm-hm, yes.
2    Q.  It says -- around line 43 in column 13 it
3  says, "Iloprost was inhaled at 4 micrograms per mil
4  six-minute inhalation time. N equals 44.
5  Treprostinil was inhaled at a concentration of 4
6  micrograms per mil six-minute inhalation. N equals
7  14. Did I get that right?
8    A.  Yes.
9    Q.  Okay. And if we look at 1A in Table 3,
10  there are 14 patients in that group?
11    A.  Yes.
12    Q.  Okay. So over six minutes, would you
13  expect a patient to take more than one breath?
14    A.  Again, I'd have to look specifically at the
15  methodology, but this -- you know, usually it's
16  individual breaths. It's not typically delivered as
17  a continuous inhalation.
18    Q.  Okay.
19    A.  I guess that's a little unclear on how they
20  actually delivered it.
21    Q.  Okay. So can you tell from the disclosure
22  to the 793 patent how many micrograms for breath were
23  dosed to the patients in group 1A?
24    A.  I mean, it's written here based on the
25  concentration they use in the treprostinil solution that

125

1 would correspond to 15 micrograms of treprostinil, as
2 written at the bottom of that paragraph.
3      Q.  So I guess my question is, in group 1A, how
4 many micrograms per breath were administered, if you
5 can tell?
6      A.  It doesn't give it per breath. That's the
7 problem. It says 15 micrograms treprostinil. I'm
8 just saying what we read here.
9      Q.  Okay. And if we go down to group 1B in
10 Table 3 it says, "7.5 grams iloprost versus
11 15 micrograms of treprostinil, six-minute inhalation
12 time."
13      A.  Yeah.
14      Q.  Can you tell how many micrograms per breath
15 were administered there?
16      A.  Twice as much as the last one.
17      Q.  Right, but can you tell the actual --
18      A.  Again, it's not written the way -- it's not
19 individual breaths the way it's written here.
20      Q.  Right.
21      A.  So it's -- that's all I can say.
22      Q.  Okay.
23      A.  Hard to tell.
24      Q.  And how about group 1C? Same thing?
25      A.  Yeah. Looks like they gave the same dosage

126

1 of treprostinil but they gave it over shorter
2 inhalation time.
3      Q.  Okay. Let's talk about study 2. That's
4 the -- I believe it's 2A through 2E in Table 3. It's
5 described in column 13 from lines 51 through 64. Do
6 you see here that the inhalation time for study 2 was
7 six minutes in all groups?
8      A.  Yes.
9      Q.  Okay. And then there were five groups in
10 this study; right?
11      A.  Yes.
12      Q.  There was placebo was one group; right?
13      A.  Yes.
14      Q.  And then there was 30, 60, 90, or
15 120 micrograms of treprostinil; is that right?
16      A.  Yes.
17      Q.  Can you tell for any of those five groups
18 how many micrograms per breath were administered?
19      A.  I mean, you have the dosage of treprostinil
20 they got. Again, it's a little bit unclear how they
21 delivered it other than through the nebulizer,
22 whether it was continuous versus individual breaths.
23 Although, it looks, at least for study 2 -- so it
24 just gives the dose that they got.
25      Q.  Okay. So it doesn't --

127

1      A.  As you can see. You can see it right
2 there. 30 micrograms, 60 micrograms, 90 micrograms,
3 120 micrograms over six minutes.
4      Q.  Okay. But you can't tell from this
5 description what the micrograms per breath were?
6      A.  It's not expressed that way; correct.
7      Q.  Okay. And then let's talk about study 3.
8 And I believe this is described column 13 line 65 and
9 it continues onto column 14. There are -- would you
10 agree that there were also five groups in study 3.
11      A.  Correct.
12      Q.  Okay. And if we look under Table 3, the
13 particular groups are separated from particular
14 pulses of treprostinil at particular concentrations;
15 is that right?
16      A.  Yes.
17      Q.  Okay. But in all cases, the patients are
18 getting 15 micrograms of inhaled treprostinil, just
19 in a different number of pulses and in different
20 numbers of concentrations; is that right?
21      A.  15 micrograms.
22      Q.  Okay. I believe it says at line 66, "the
23 primary objective was to explore the shortest
24 possible inhalation time for a 15 microgram dose of
25 inhaled treprostinil"; is that right?

128

1      A.  Yes.
2      Q.  Okay. And then it says, "the drug was
3 applied -- this is from column 14, line 2. The drug
4 was applied in 18, 9, 3, 2, or 1 breaths." Did I get
5 that right?
6      A.  Where are we now?
7      Q.  Okay. So if you go on column 14, lines 2
8 and 3.
9      A.  14. Lines 2 or 3?
10      Q.  I'm sorry. My fault. That's totally my
11 fault. It would be 34 and 35. I apologize.
12      A.  Okay. Yeah. I got it.
13      Q.  Okay. So now we know the amount of breaths
14 that were applied in this study; right?
15      A.  Yes.
16      Q.  Okay. And everybody's getting a 15
17 microgram dose, it's just a question of how many
18 breaths; right?
19      A.  Yes.
20      Q.  Okay. And if you go to the chart
21 underneath Table 3, do you see that the five groups
22 are spelled out there?
23      A.  Yes.
24      Q.  And I think they say pulses. Do you
25 understand pulses to be equivalent to breaths here?

129

1    A.  Yes.
2    Q.  Okay.  So -- and if we go back up to
3  Table 3, there were only 2 pulmonary fibrosis
4  patients included in this study 3; correct?
5    A.  Yes.
6    Q.  One was in group 3B; right?
7    A.  Yes.
8    Q.  And one was in group 3C; correct?
9    A.  Yes.
10    Q.  Okay.  And so the patient in group 3B
11  received 15 micrograms of treprostinil in 9 breaths;
12  is that correct?
13    A.  Yes.
14    Q.  Okay.  And the patient in group 3C received
15  15 micrograms of treprostinil in 3 breaths; is that
16  correct?
17    A.  Yes.
18    Q.  Okay.  I want to go back to Table 2 for a
19  minute.  This is on column 11.  I'll look back to
20  Exhibit 1, your declaration.  In paragraph 66 you
21  reproduce Table 2.  Do you see that?
22    A.  Yes.
23    Q.  The last sentence on page 25 says, "in my
24  opinion, the magnitude of the improvements reported
25  for PVR and MPAP would be expected to translate into

130

1  an improvement in exercise capacity."  Did I get that
2  right?
3    A.  Yes.
4    Q.  Okay.  When you say, "magnitude of
5  improvements", are you talking about all three active
6  arms of that study or are you referring to a
7  particular dosage?
8    A.  All three.
9    Q.  So in your opinion, the magnitude of
10  improvements in even the 30 microgram arm would be
11  expected to translate to an improvement in exercise
12  capacity?
13    A.  Yes.
14    Q.  Okay.  I'm going to mark three in a row
15  here.  We can start with these and then I'll mark the
16  third one later.
17      (Exhibit 15 marked for identification.)
18      (Exhibit 16 marked for identification.)
19    Q.  Dr. Channick, the court reporter's handed
20  you two exhibits marked 15 and 16.  Exhibit 15 is an
21  article from the New England Journal of Medicine from
22  Waxman et al, entitled, "pulmonary hypertension due
23  to interstitial lung disease", and Exhibit 16 is the
24  supplementary appendix for that article.
25      Doctor, are you familiar with Exhibits 15

131

1  and 16?
2    A.  Yes.
3    Q.  What do you understand them to be?
4    A.  Like you said, they're articles.  An
5  article on reporting the INCREASE trial.
6    Q.  And you reviewed this article -- strike
7  that.  When was the first time you saw this article?
8  Exhibit 15?
9    A.  Upon publication.
10    Q.  And what was your reaction upon seeing this
11  article?
12      MR. SUKDUANG:  Objection.  Vague.
13      THE WITNESS:  I don't recall having a
14  specific reaction.
15    Q.  Okay.  And this is the New England Journal
16  of Medicine publication describing the results of the
17  INCREASE study; is that correct?
18    A.  Yes.
19    Q.  And Exhibit 16, are you familiar with that
20  as well?
21    A.  Yes.
22    Q.  What do you understand Exhibit 16 to be?
23    A.  This is just a supplementary appendix to
24  that article.
25    Q.  In general, what's a supplementary

132

1  appendix?
2    A.  A supplementary appendix is basically
3  everything else that couldn't get into the main
4  article due to size limitations and what not, but
5  data that was collected and is reported in that
6  appendix.
7    Q.  Okay.  Excellent.  Now, you have cited this
8  article, the INCREASE study, in your declaration
9  regarding anticipation; correct?
10    A.  Yes.
11    Q.  Do you -- in offering your opinions in this
12  case, did you review the file history of the 327
13  patent?
14    A.  I don't recall the file history
15  specifically.
16    Q.  Okay.  Do you understand what a file
17  history is?
18    A.  It seems like it's self-explanatory, maybe.
19    Q.  Sure.  Do you understand a file history or
20  prosecution history is generally the record of the
21  communications between the patent applicant and
22  patent examiner?
23    A.  That makes sense.
24    Q.  Have you reviewed file histories of patents
25  before?

**133**

1    A. No.
2    Q. And you didn't review it in this case?
3    A. Not that I remember, no.
4    Q. Do you know if the examiner who evaluated
5 and issued the 327 patent was aware of Exhibit 15?
6        MR. SUKDUANG: Lack of foundation.
7        THE WITNESS: I have no knowledge of that.
8    Q. If it turned out that the examiner who
9 issued the 327 patent was aware of and had reviewed
10 this Waxman paper, would that affect your opinions in
11 any way in this matter?
12        MR. SUKDUANG: Lack of foundation.
13        THE WITNESS: No.
14    Q. We're going to look at all three together.
15 Dr. Channick, the court reporter's handed you what's
16 been marked as Exhibit 17.
17        (Exhibit 17 marked for identification.)
18    Q. This is a document bearing Bates Numbers
19 LIQ_PH-ILD_00000185 through 215. Dr. Channick, do
20 you recognize Exhibit 17?
21    A. Yes.
22    Q. What is Exhibit 17?
23    A. It's the published study as registered on
24 clinicaltrials.gov for the INCREASE trial.
25    Q. Okay. And at page 29 of your declaration,

**134**

1 Exhibit 1, you refer to a document called the 2017
2 INCREASE study description. This is page 29: I just
3 want to confirm it's the same document?
4    A. Yes.
5    Q. Okay.
6
7
8
9
10    Q. Dr. Channick, have you confirmed that the
11 protocol described in Exhibit 17 is actually the
12 protocol that was used to conduct the INCREASE study
13 as resulted in the Waxman article, Exhibit 15?
14    A. I guess you have to explain what you mean
15 by confirmed that it was the protocol used. I mean,
16 it's generally how it works. You have to register a
17 study and describe the methodology. There may be
18 amendments to studies that occurred at some point.
19    Q. Let me ask a better question. Do you know
20 if this protocol was amended prior to the INCREASE
21 study being conducted?
22    A. Not necessarily prior to it being
23 conducted, but certainly during the conduct of the
24 study. I wasn't involved in the Increase study, but
25 there are amendments that often occur during the

**135**

1 course of a study.
2    Q. Okay. Let's turn to page ending 194, or 10
3 of 31, in Exhibit 17. Do you see that there is a box
4 entitled, "arms and interventions"?
5    A. Yes.
6    Q. Okay. And do you see the third row in that
7 table is, active comparator, active inhaled
8 treprostinil?
9    A. Yes.
10    Q. It says, "active treprostinil for
11 inhalation solution six-minutes s per mill delivered
12 by an ultrasonic nebulizer, which admits a dose of
13 approximately 6 micrograms per breath, inhaled 4
14 times daily and titrated up to a maximum of 12
15 breaths four times daily. Did I get that right?
16    A. Yes.
17    Q. Okay. So according to this protocol, what
18 was the starting dose for a patient in terms of how
19 many breaths they would be administered?
20    A. Four breaths. You're talking about -- I
21 mean, 6 micrograms is typically 1 breath. 12 breaths
22 would be, you know, 12 times 6.
23    Q. It says, titrated up to a maximum of 12
24 breaths four times daily?
25    A. Correct.

**136**

1    Q. So where was the start of the -- let me
2 backup. What's a titration?
3    A. Titration is when you're changing -- going
4 up or down on a dose.
5    Q. So if you're titrating; correct?
6    A. Correct.
7    Q. So according to this protocol, what is the
8 starting dose that's applied?
9        MR. SUKDUANG: If you need to look at the
10 rest of the document, you can.
11        THE WITNESS: It's going to be at least
12 6 micrograms. So that would be the starting dose --
13 wouldn't be less than that, since that's the lowest
14 you can go.
15    Q. Right.
16    A. We're referring now to this document?
17    Q. Exhibit 17, the protocol.
18    A. It says it's going to be at least
19 6 micrograms in the protocol. So that would be at
20 least 1 breath in the protocol. It doesn't specify
21 that every patient started with the same number of
22 breaths. It gives the minimum and then the maximum.
23    Q. Okay. And then they would be titrated up
24 depending on their ability to tolerate the
25 medication; is that right?

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

137

1    A.   Yes, that's how we've always used this
2  drug.
3    Q.   Okay.  Now, let's compare that to page 3 of
4  7 of Exhibit 15, which is the INCREASE study
5  publication?
6        MR. SUKDUANG:  I'm sorry.  Which page
7  number?
8        MR. ROMEO:  327.
9        MR. SUKDUANG:  Thank you.
10   Q.   Do you see on the left-hand column on
11 page 327, there's a section called, "trial
12 procedures"?
13   A.   Yes.
14   Q.   And about -- strike that.  In the second
15 paragraph under trial procedures, the third sentence
16 reads, "the first dose of trial drug three breaths
17 was administered in the clinic, followed by an at
18 least one hour observation period."  Did I get that
19 right?
20   A.   Yes.
21   Q.   Okay.  So in the New England Journal
22 publication, the starting dose is listed as 3
23 breaths; correct?
24   A.   Yes.
25   Q.   Okay.  Let's go back to Exhibit 17.  Now

138

1  page ending 196.  12 of 31.  Do you see here that the
2  inclusion criteria for the study are listed here?
3    A.   Yes.
4    Q.   Do you know if those inclusion criteria
5  were amended for the final study?
6    A.   I don't know that, no.  We can certainly
7  look at that.
8    Q.   Sure.  Let's start at entry number 4 on
9  page 196.  It says here, "subjects are required to
10 have an Right Heart Catheterization, RHC, within one
11 year prior to randomization with the following
12 documented parameters.
13       Pulmonary vascular resistance, PVR greater
14 than or equal to four wood units, WU, and number 2, a
15 left ventricular and diastolic pressure.  LVEDP or
16 pulmonary capillary wedge pressure, PCWP of less than
17 or equal to 12 milligrams of mercury, millimeters of
18 mercury.  If PVR greater than or equal to four wood
19 units to less than 6.25 wood units or less than or
20 equal to 15 millimeters of mercury, if PVR is greater
21 than or equal to 6.25 wood units, and number 3, a
22 mean pulmonary arterial pressure MPAP of greater than
23 or equal to 30 millimeters of mercury."
24       Did I get that mostly right?
25   A.   Yes.

139

1    Q.   If we go to Exhibit 15, the INCREASE trial,
2  do you see on page 326 there's a heading, "trial
3  population"?
4    A.   Yes.
5    Q.   Do you see that under trial population,
6  they had a definition for group 3 Pulmonary
7  Hypertension?
8    A.   Yes.
9    Q.   Is the inclusion criteria for group 3
10 Pulmonary Hypertension listed in the New England
11 Journal of Medicine the same as the inclusion
12 criteria listed in the 2017 protocol, Exhibit 17?
13   A.   Yeah.  They made a very small change in the
14 thresholds, the numbers for what would qualify for
15 the study.  So they went from four to three wood
16 units, presumably to increase enrollment.  We can
17 look and see what they actually turned out to have,
18 whether the population was what was similar to what
19 the first criteria were, but they made a very small
20 tweak in the resistance cut off to get into the
21 study, and a little tweak in the pressure cut off to
22 get into the study.
23       So very small change in the hemodynamic
24 inclusion criteria.  Not a, in my opinion, a
25 significant change of anything to me.

140

1    Q.   And if you pull out Exhibit 16, which I
2  believe is the supplementary materials, I think that
3  lists additional detail on inclusion and exclusion
4  criteria.  Can you identify any other differences
5  between what was reported in the New England Journal
6  of Medicine and what is present in Exhibit 17?
7        MR. SUKDUANG:  Wait a second.  You asked
8  him to pull out Exhibit 16.
9        MR. ROMEO:  Yup.
10       MR. SUKDUANG:  What do you want him to do
11 with 16 and 17?  Or 15 and 17.
12       MR. ROMEO:  Apologies.  If it wasn't clear,
13 we discussed that 16 is the supplementary appendix to
14 16, both of which were in the New England Journal,
15 and 16 contains more details on the inclusion and
16 exclusion criteria for the study, and I'm asking him
17 to confirm if there are any other differences between
18 the protocol he's relying on, Exhibit 17, and what's
19 been reported in the New England Journal.
20       MR. SUKDUANG:  Hold on.  I'm going to
21 object as beyond the scope.  They're very large
22 documents.  I'm just hoping you prepared if this
23 takes a while, because you haven't provided any
24 direction.  Go ahead, Dr. Channick.
25       THE WITNESS:  So just specifically looking

141

1  at those two things, the inclusion and exclusion
2  criteria, there were a few other very small
3  differences. We can just walk through them. In the
4  description of the study in clinical trials, they had
5  an upper age limit of 79, which it looks like they
6  removed in the final protocol. So rather than 18 to
7  79, it was 18 or older.
8      So it looks like they removed the upper age
9  cut off, so broadened it a bit. We talked about the
10 catheterization differences. It looks like to me
11 that diffusing capacity was removed as an inclusion
12 criteria. So that's just one of the measurements. I
13 think that's kind of it for the inclusion criteria.
14 So there's minor differences to really, I think -- I
15 may be speculating, but to broaden the population a
16 bit.
17     But then the exclusion criteria. Offhand,
18 I can't find any big -- any differences in that.
19 Q.  Okay.
20 **A.  But if you see any, feel free to point them**
21 **out.**
22 Q.  Thank you. I think you can put those
23 aside. Dr. Channick, the court reporter's handed you
24 what's marked Exhibit 18.
25     (Exhibit 18 marked for identification.)

142

1  Q.  This is a document bearing Bates numbers
2  LIQ_PH-ILV_0000001 through 12. Dr. Channick, do you
3  recognize Exhibit 18?
4  **A.  Yes.**
5  Q.  What is Exhibit 18?
6  **A.  It's a United Therapeutics Corporation**
7  **earnings call transcript from May 2, 2018.**
8  Q.  And this is a document that you cite in
9  your declaration; is that correct?
10 **A.  Yes.**
11 Q.  Was this a document that you located or a
12 document that was provided by counsel?
13 **A.  Provided by counsel.**
14 Q.  In the course of your work as a
15 pulmonologist, is it part of your ordinary practice
16 to review corporate earnings calls for publicly
17 traded companies?
18 **A.  No.**
19 Q.  In your opinion, Doctor, would a person of
20 ordinarily skill in the art to which the 327 patent
21 retains, would use earnings calls for companies like
22 United Therapeutics.
23 **A.  I don't know the answer to that. Some**
24 **would. Some wouldn't.**
25 Q.  Have you ever made a prescribing decision

143

1  based on an earnings call transcript?
2  **A.  No.**
3  Q.  Would you ever make a prescribing decision
4  based on an earnings call transcript?
5  **A.  No.**
6  Q.  All right. Let's turn to page 4 of this
7  document under the heading, presentation. Do you see
8  that one of the participants in this call is doctor
9  Martine Rothblatt?
10 **A.  Yes.**
11 Q.  Chairman and CEO of United Therapeutics?
12 **A.  Yes.**
13 Q.  Do you know what document Dr. Rothblatt's
14 degree is in?
15 **A.  No.**
16 Q.  Do you know if she meets the requirements
17 for a person of ordinary skill in the art?
18 **A.  She's not a medical doctor.**
19 Q.  So does she meet your definition of a
20 person of ordinary skill in the art?
21 **A.  No.**
22 Q.  Okay. If you go down to -- let's see. You
23 see that there's a paragraph in the middle of the
24 page beginning, today's remarks?
25 **A.  Yes.**

144

1  Q.  It reads, "today's remarks may discuss the
2  progress and results of clinical trials or other
3  developments with respect to our products. These
4  remarks are intended to solely educate investors and
5  are not intended to serve as the basis for medical
6  decision making or to suggest that the products are
7  safe and effective for any unapproved or
8  investigational uses. Full prescribing information
9  for the products is available on our website." Did I
10 get that right?
11 **A.  Yes, standard disclaimer.**
12 Q.  And that's consistent with your testimony
13 that you had not used the contents of an earning call
14 to make a prescribing decision; is that correct?
15 **A.  Correct.**
16 Q.  Okay. You can put that aside. Dr.
17 Channick, the court reporter's handed you what's been
18 marked as Exhibit 19.
19     (Exhibit 19 marked for identification.)
20 Q.  This is a document Bearing Bates number
21 PHILD_increase. Do you recognize Exhibit 19?
22 **A.  Yes.**
23 Q.  Is this the Agarwal 2015 reference you
24 refer to in your declaration?
25 **A.  Yes.**

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

145

1    Q.  And this is an -- what type of publication
2    is this, to your knowledge?
3        A.  An abstract.
4        Q.  When you say an abstract, what do you mean?
5        A.  It's the summary of a study that was done
6    that's presented at a meeting typically and published
7    as an abstract.
8        Q.  And the authors of this abstract are M
9    Agarwal and AB Waxman?
10       A.  Yes.
11       Q.  And AB Waxman, that's the first author of
12   the Increase study publication, Exhibit 15 we just
13   looked at?
14       A.  Yes.  Yes.
15       Q.  Okay.  If we go to methods, are you there?
16       A.  Yes.
17       Q.  It says, "we followed 35 WHO group 3 PHPTS
18   treated with ITRE for 6-months.  15 had obstructive,
19   15 restricted disease, and five were classified as
20   assigned to there classified as mixed."  Did I get
21   that right?
22       A.  Close enough.
23       Q.  Okay.  So suffice it to say there are 35
24   patients in this study that were treated with inhaled
25   treprostinil for six months?

146

1        A.  Yes.
2        Q.  15 were classified as having obstructive
3    disease; correct?
4        A.  Yes.
5        Q.  What's obstructive disease in this context?
6        A.  That would likely be COPD patients.
7        Q.  Okay.  And then another 15 were reported as
8    having restrictive disease; is that right?
9        A.  Yes.
10       Q.  And so what is restrictive disease in this
11   context?
12       A.  That would be PHILD patients.
13       Q.  And then five had a mixed phenotype; is
14   that right?
15       A.  Yeah.  That might be what we call CPFE,
16   which is also -- it's fibrosis with obstruction on
17   top of it.
18       Q.  Okay.
19       A.  Also included in the INCREASE trial.
20       Q.  Okay.  Now, was this a randomized clinical
21   trial?
22       A.  No.
23       Q.  Was this what you might call a
24   retrospective trial?
25       A.  Yes.

147

1        Q.  And what do you understand a retrospective
2    trial to be?
3        A.  A retrospective trial is looking back at
4    what you did rather than what you're going to do.
5    Some might call it real world data, which is very
6    important because it's what actually is done in
7    practice.  So in their practice, they treated these
8    patients with inhaled treprostinil, 20 of who would
9    qualify as ILDPH.
10           And then they went back and looked at how
11   these patients have done.  That's the retrospective
12   part of it.  That's why we call it a real world trial
13   as opposed to a prospective trial.
14       Q.  There was no placebo included in this
15   trial; correct?
16       A.  Correct.
17       Q.  Why is a placebo included in off?
18       A.  Why is a placebo included --
19       Q.  Yeah.  Why use a placebo on --
20       A.  Again, it's more of an involved answer.
21   When you're doing a prospective study, and I talked
22   about it before, you need to randomize patients to
23   meet the standard for drug approvals where you need
24   to go to a phase -- what we call RCT, or randomized
25   control trial.

148

1        There can be what we call placebo effects
2    where patients can get better, even on the placebo.
3    So that gives you some comparison in certain
4    segments.
5        Q.  So in other words a placebo is a form of a
6    negative control?
7        A.  Yeah, you could say that.
8        Q.  Now if we look at the results part of
9    Agarwal, would you agree that both the restrictive
10   patients and the obstructive patients -- so in other
11   words, both the COPD and ILD patients, both showed an
12   increase in their six-minute walk distance?
13       A.  Yes.
14       Q.  Okay.  Doctor, I believe you've given the
15   opinion, and you can correct me if I'm wrong, that
16   this Agarwal abstract would have given a person of
17   ordinary skill a reasonable expectation that inhaled
18   treprostinil could be successfully used to improve
19   exercise capacity in PHILD; is that correct?
20       A.  Yes, that's one of the bits of evidence
21   that would allow that conclusion.
22       Q.  Would a similar expectation also exist as
23   to COPD patients in your opinion?
24       A.  If there were other factors.  It's not
25   based on this one abstract.  I would look at whether

149

1  there are other published studies, other teachings
2  that would allow me to make that conclusion. So if
3  this was all I had, one thing, I probably wouldn't
4  say that for COPD.
5      Q.  Now, you're aware that United Therapeutics
6  conducted a phase 3 trial of inhaled treprostinil and
7  COPD; correct?
8      A.  I had heard something about that. I was
9  not involved with it, though.
10     Q.  Do you understand that trial to be called
11 the perfect study?
12     A.  I don't know the name of it.
13     Q.  Okay. Do you know what the result of that
14 trial was?
15     A.  No.
16     Q.  Do you know if that trial was discontinued
17 for futility?
18     A.  I honestly didn't follow that trial so I
19 don't know.
20     Q.  You can put that aside. Doctor, the court
21 reporter's handed you what's been marked as
22 Exhibit 20.
23         (Exhibit 20 marked for identification.)
24     Q.  This is a document bates numbers
25 LIQ_PH-IOD_00000226 through 246. Doctor, do you

150

1  recognize Exhibit 20?
2      A.  Yes.
3      Q.  What is Exhibit 20?
4      A.  This is an article on changes in right
5  heart human dynamics, echocardiographic function in
6  advanced Pulmonary Hypertension and right hand
7  function fibrosis, so it's a study of that patient
8  population published in 2014.
9      Q.  Okay. And this is a paper that you cite in
10 your declaration, Exhibit 1; correct?
11     A.  Yes.
12     Q.  Okay. Was this a prospective or
13 retrospective study that's described in Exhibit 20,
14 Saggar 2014?
15     A.  This was also a real world study. Whether
16 it was retrospective, in other words had already done
17 the treatment and looked back, or whether they looked
18 at the real world prospectively is not entirely
19 specified. It was a single arm study, though. It's
20 not to be vague, but it doesn't specifically say
21 these are patients who got this therapy and then we
22 looked back.
23         It was open label, though, looking at
24 patients with PH who were recruited to the study who
25 had pulmonary fibrosis and got treated with

151

1  treprostinil.
2      Q.  And what dosage form of treprostinil were
3  the patients in this study administered?
4      A.  It was a parenteral treprostinil.
5      Q.  And in this context, what does parenteral
6  mean?
7      A.  It typically would mean either -- for
8  treprostinil it would be either intravenous or
9  subcutaneous as a continuous infusion.
10     Q.  So not inhaled?
11     A.  Correct.
12     Q.  And how many patients were in this study?
13     A.  15.
14     Q.  Okay. Let's turn to Table 2, please.
15 Internal page 125, Bates 228. Would you agree that
16 Table 2 summarizes the results of pulmonary function
17 testing and other assays that were performed on this
18 patient population?
19     A.  Yes.
20     Q.  And in particular, the data reported is the
21 baseline characteristic as well as what happened
22 after 12 weeks of treatment; is that right?
23     A.  Yes.
24     Q.  What's baseline?
25     A.  What do you mean?

152

1      Q.  So what does baseline refer to here?
2      A.  Before treatment.
3      Q.  Okay. And then there's a column that says,
4  "P value". Do you see that?
5      A.  Yes.
6      Q.  What is P value in this context?
7      A.  P value is a measure of what we call
8  statistical significance based on, sort of, standard
9  statistical methods that are done.
10     Q.  Is P value like baseball scoring or golf
11 scoring? By that I mean, is a lower number better or
12 is a higher number better?
13     A.  Lower number is better.
14     Q.  Okay. And what level of P value do you
15 need to see in your experience before you would
16 consider a measure statistically significant?
17     A.  Complicated question. But one of the
18 accepted thresholds is .05, which just to put it in
19 terms people can understand, means that there's a 95
20 or greater percent chance that a difference you see
21 is not by chance alone. So think of that just for a
22 second. Bear with me.
23         It means that .06 which you might say is
24 not statistically significant, a 94 percent chance
25 that a difference is not by chance alone. So lower

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

---

153

1  is better is what I'll say.
2      Q.  Okay.  Could you turn to paragraph 80 of
3  your declaration, please?  It's on page 32?
4      A.  Yes.
5      Q.  And would you agree between paragraphs 79
6  and 81, you're summarizing this reference, Saggar
7  2014, Exhibit 20?
8      A.  Yes.
9      Q.  Okay.  In paragraph 80, the last sentence
10 says, "further, the authors reported a change in FVC
11 present predicted from 62 percent at baseline to
12 63 percent after 12 weeks." Did I get that right?
13     A.  Yes.
14     Q.  Was that result statistically significant
15 according to Saggar?
16     A.  No.
17     Q.  So what is the significance -- what would
18 the significance of that result be to a person of
19 ordinary skill in the art in your opinion?
20     A.  It would be what it was.  It would be a one
21 percent increase in FVC, which was almost identical,
22 by the way, to the increase in FVC in the Increase
23 study.  What the P value is in a very small study
24 that wasn't designed in that way is irrelevant.  So I
25 would look at that for what it was.  A 1 percent

---

154

1  increase in FVC, increase 1.1 percent increase in FVC
2  and the P value becomes -- when you're talking about
3  1 percent, meaningless to clinicians.
4      Q.  We've been going now for a little over an
5  hour.  Is now a good time for a break?
6      A.  Sure.
7          VIDEOGRAPHER:  We're going off the record.
8  The time is 2:00 P.M.
9          (Recess taken.)
10         VIDEOGRAPHER:  We're back on the record.
11 The time is 2:25 P.M.
12     Q.  Welcome back, Dr. Channick.  I'd like to go
13 to your declaration, Exhibit 1, page 36.  In
14 particular paragraph 88, please.
15     A.  Okay.
16     Q.  It says, "second, a POSA would have
17 understood that inhaled treprostinil necessarily and
18 inevitably improves exercise capacity in a patient
19 having PHILD.  The INCREASE study showed, quote,
20 significant improvement in exercise capacity as
21 evidenced by changes in the six-minute walk distance,
22 end quote."
23         And then you provide Figure 2 from the
24 Waxman article; is that correct.
25     A.  Yes.

---

155

1      Q.  Okay.  Dr. Channick, in your opinion, when
2  would a POSA have understood that inhaled
3  treprostinil necessarily and inevitably improves
4  exercise capacity in a PHILD patient?
5      A.  When was the first time they would have
6  known that?
7      Q.  Correct.
8      A.  Would have understood that?
9      Q.  Yup.
10     A.  I mean, I think we've kind of talked about
11 the previous patent, 793 patent.  We've talked about
12 the 2014 Agarwal.  We've talked about Saggar.
13 Certainly back that far.  And well before INCREASE,
14 certainly.  I should add in, you know, numerous years
15 of clinical experience with the drug in patients who
16 had PHILD since it was approved, essentially.
17     Q.  Dr. Channick, as part of your analysis
18 regarding the validity of the claims of the 327
19 patent, did you assume that a person of ordinary
20 skill would have been in possession of the Waxman
21 article?
22         MR. SUKDUANG:  Objection.  Vague.
23         THE WITNESS:  Not necessarily, no.
24     Q.  Okay.  So you didn't assume that a person
25 of ordinary skill would have been aware of the Waxman

---

156

1  article?
2      A.  They may or may not have been.
3      Q.  Dr. Channick, the court reporter's handed
4  you what's been marked as Exhibit 21.
5          (Exhibit 21 marked for identification.)
6      Q.  This is a review article entitled,
7  "clinical perspective with long-term pulsed inhaled
8  nitric oxide for the treatment of pulmonary arterial
9  hypertension." Published in Pulmonary Circulation
10 April/June 2012?
11         Dr. Channick, do you recognize Exhibit 21?
12     A.  Yes.
13     Q.  What is Exhibit 21?
14     A.  It's an article that I wrote with a few
15 other authors on pulse delivery of nitric oxide for
16 arterial hypertension.
17     Q.  Would you consider this a review article?
18     A.  Yes.
19     Q.  Fair to say that this is a review of the
20 work that had been done up until 2012 regarding the
21 use of pulsed NO for the treatment of pulmonary
22 arterial hypertension?
23     A.  Yes.
24     Q.  I believe, you can tell me if I'm wrong,
25 but I believe you reproduced Figure 2 from this

---

157

1  article in paragraph 148 of your declaration; is that
2  correct?
3      A.  Yes.
4      Q.  Okay.  I'd like to turn to Table 1 on the
5  next page, which is page 142?
6      A.  Okay.
7      Q.  There's a heading here that says, "clinical
8  application of inhaled nitric oxide for long-term
9  treatment of PAH." Do you see that?
10     A.  Yes.
11     Q.  And you say here, "long-term or greater
12 than one month pulsed INO dosing appears to favorably
13 affect pulmonary hemodynamics findings which with
14 other types of therapy appear to correlate with
15 benefit." Citation to Table 1.  Did I get that
16 right?
17     A.  Yes.
18     Q.  Do you see Table 1 underneath that passage?
19     A.  Yes.
20     Q.  What does Table 1 depict?
21     A.  It's a summary of published studies on this
22 topic.
23     Q.  And did you conduct any of those studies?
24     A.  Yes.
25     Q.  How many of them?

158

1      A.  One of them.
2      Q.  Okay.  And that's the first listed entry
3  from 1996?
4      A.  Yes.
5      Q.  Okay.  If we go to page 145, please.  Do
6  you see in the left-hand column there's a heading
7  entitled, "conclusions and further directions".
8      A.  Yes.
9      Q.  You say here, "in summary, uncontrolled
10 observational studies of long-term use greater than
11 one month of continuous pulsed INO as monotherapy or
12 as part of combination therapy in a total of 14
13 patients with PAH across five studies have reported
14 no significant adverse offense, no elevated METHV
15 levels, and no detectable exhaled or ambient NO or
16 NO2." Did I get that right?
17     A.  Yes.
18     Q.  Would you say that your conclusions in this
19 review article in 2012 regarding the use of pulse
20 inhaled nitric oxide for the treatment of PAH were
21 positive generally?
22     A.  Yes.
23     Q.  And then the final paragraph includes with
24 the sentence, "advances in INO gas delivery
25 technology and strategy to optimize dosing should

159

1  allow for randomized controlled trials of INO and
2  hopefully may lead to broad scale application of INO
3  in the treatment of chronic diseases such as PAH."
4  Did I get that right?
5      A.  Yes.
6      Q.  And here INO refers to inhaled nitric
7  oxide?
8      A.  Yes.
9      Q.  Were those -- were randomized controlled
10 trials of INO and PH ever conducted?
11     A.  Have been and are also planned in the
12 future.  So it's still an area that's being studied.
13     Q.  Okay.  In your opinion, doctor, would the
14 clinical trial results that you've summarized in this
15 review article give pulmonologists a reasonable
16 expectation that inhaled NO could be used to treat
17 PAH?
18     A.  Yes.
19     Q.  Okay.  You can put that aside.
20     A.  I also wanted to just fill in the story.  I
21 wanted to point out that it's not an available drug
22 for treating PAH, or PH of any kind, because it's not
23 commercially available for outpatients.  If it were,
24 I would speculate that people would be using it.
25 Yes.

160

1      Q.  Dr. Channick, the court reporter's handed
2  you what's been marked as Exhibit 22?
3          (Exhibit 22 marked for identification.)
4      Q.  This is a press release from Therapeutics
5  dated August 7th, 2018.  Doctor, have you seen
6  Exhibit 22 before?
7      A.  I haven't seen this exhibit, no.
8      Q.  Are you familiar with Bellerophon?
9      A.  Yes.
10     Q.  What is Bellerophon Therapeutics?
11     A.  It's a company that is involved with
12 inhaled -- with nitric oxide.  Gas.  It's a
13 biotherapeutics company.
14     Q.  And would you agree that in the years -- in
15 the time preceding this press release, Bellerophon
16 had conducted a phase 3 study of inhaled nitric oxide
17 in PAH?
18     A.  Yes.
19     Q.  Are you familiar with that study?
20     A.  Yes.
21     Q.  And that was the innovation study?
22     A.  Correct.
23     Q.  And if you turn to page 2 of the press
24 release, the DMC or data monitoring committee
25 recommended that the trial be stopped for futility;

161

1  is that right?
2      A. Yes.
3      Q. What does it mean when a trial is stopped
4  for futility?
5      A. It means that the company -- the data
6  monitoring board has determined that it's unlikely,
7  based on the data to date, that they're going to be
8  able to prove their primary endpoint for the study.
9  Therefore, they may recommend stopping the study.
10     Q. To your knowledge, was this study stopped?
11     A. Yes.
12     Q. Were you involved in the study in any way?
13     A. No. But that does not mean that -- I want
14  to be clear, that the drug doesn't work. A negative
15  study is a neutral study that failed to prove the
16  primary endpoint. It does not mean that some group
17  of patients within that study did not benefit, in
18  some cases, very greatly. It just is a neutral study
19  in that it didn't prove the primary endpoint.
20         We're trying to get away from the term
21  negative studies and really talk about neutral
22  studies. It's a better way to describe. Something
23  like this study where they didn't -- it felt unlikely
24  they were going to be able to prove their primary
25  endpoint.

162

1      Q. Okay. So you would characterize a study
2  that was stopped for futility to be a neutral study,
3  not a negative study; is that right?
4      A. Absolutely.
5      Q. And what would cause you to characterize
6  the study as negative?
7      A. I would only call it a negative study -- we
8  don't like to use the term negative study in our
9  design. If it's harmful, if there's signs of harm,
10  then I guess you could say that's negative. But in
11  terms of not proving the primary endpoint, it
12  basically means you haven't proven the drug doesn't
13  work. You just haven't proven it does work. That's
14  a neutral study.
15     Q. Okay. So are you familiar with RISE-IIP
16  study with Riociguat?
17     A. Yes.
18     Q. And that study was terminated for patient
19  harm?
20     A. Yes.
21     Q. And so you would characterize RISE IIP as a
22  negative study?
23     A. Again, we can go into semantics. So you
24  could call it that. Yes.
25     Q. Dr. Channick, I'd like to turn to page 64

163

1  of your declaration, please. Do you see here that
2  above paragraph 143 there's a major heading,
3  "Liquidia does not infringe claims 9 through 11 and
4  14 of the 327 patent." Do you see that?
5      A. Yes.
6      Q. You're aware that in addition to those
7  claims, UTC has asserted claims 1 and 6 of the 327
8  patent against Liquidia; is that correct?
9      A. Yes.
10     Q. Okay. Did you perform an analysis as to
11  whether Liquidia would infringe claims 1 and 6?
12     A. I did not.
13     Q. So you're not offering any opinions in this
14  case, at least as of now, as to the potential
15  infringement of claims 1 and 6; is that right?
16     A. Yes.
17     Q. Okay. And as part of your analysis of
18  infringement in this case, you consulted the proposed
19  label for Yutrepia; is that correct?
20     A. Yes.
21     Q. Okay. Let's have a look at that.
22         (Exhibit 23 marked for identification.)
23     Q. Okay. Dr. Channick, the court reporter's
24  handed you what's been marked as Exhibit 25 -- let me
25  start again. The court reporter's handed you what's

164

1  been marked as Exhibit 23. This is a document
2  bearing Bates Numbers LIQ_PH-ILD_0000896 through 910?
3         Dr. Channick, do you recognize Exhibit 23?
4      A. Yes.
5      Q. What is Exhibit 23?
6      A. The proposed Yutrepia label.
7      Q. When you say, "proposed Yutrepia label", do
8  you understand this to be the package insert or
9  highlights of prescribing information that would be
10  provided with Yutrepia to the extent that it is
11  approved and sold in the United States?
12     A. Yes.
13
14
15
16
17
18
19
20
21
22
23
24
25

**167**

3    Q.  Fair enough.  Now, you agree that as part
4 of INCREASE, one of the data points that came out of
5 INCREASE was a statistically significant INCREASE in
6 percent FVC predicted; correct?
7    **A.  Yes, that was the 1.1 percent that we**
8 **talked about earlier.  That is correct.**
9    Q.  And if we dig down, and I'm happy to go
10 through that exhibit with you in more detail, but in
11 certain -- strike that.  If you took the general
12 population of INCREASE and you cut it down into
13 patients with particularly severe disease, they
14 showed statistically significant increases in
15 absolute FVC; is that right?
16    **A.  Yes.**
17    Q.  Okay.  Now, you've offered the opinion, and
18 feel free to consult your declaration,



169

1
2
3
4
5
6
7
8
9
10
11    Q.  If you could -- now, you also assessed the
12 validity of claims 9 and 10; correct?
13    A.  Yes.
14    Q.  Okay.  Let me just find this.  Let me find
15 the right paragraph.  Let's turn to paragraph 133,
16 please.  I may have pointed to the wrong paragraph.
17 Let's stick with 133 for now.  You've offered the
18 opinion, Doctor, that a person of ordinary skill
19 would have been motivated to dose Tyvaso to PHILD
20 patients according to the instructions in the 2009
21 version of the Tyvaso label; right?
22    A.  Yes.
23    Q.  And the dosing between the -- the dosing
24 regimen for PAH in 2009 labels is the same as the
25 dosing regimen for PHILD in the current label; is

170

1 that correct?
2    A.  Yes.
3    Q.  Okay.  Now, you've also offered the person
4 that were a person of ordinary skill to do that, the
5 necessary and inevitable result of that would be
6 achievement of the FVC characteristics claimed in
7 claims 9 and 10; correct?
8    A.  Yes.
9    Q.  So do you also believe that if Yutrepia is
10
11
12
13
14
15
16
17
18
19
20
21    Q.  Okay.  And you have personally examined
22 Liquidia's inhaler?
23    A.  Yes.
24    Q.  When was the first time you saw Liquidia's
25 inhaler?

171

1    A.  I don't remember.  Maybe a year ago.
2    Q.  Okay.  And approximately how many times
3 have you seen the Yutrepia inhaler?
4    A.  How many times have I seen the inhaler?  I
5 don't know.  Four, maybe.
6    Q.  Okay.  And in what context did you view the
7 Yutrepia inhaler?
8    A.  I think someone brought it to me just to
9 show it to me.  One of the medical people at the
10 company, presumably.
11    Q.  And when you say "the company", you mean --
12    A.  Liquidia.
13    Q.  Okay.  Have you reviewed the Yutrepia
14 inhaler in the context of this litigation?
15       MR. SUKDUANG:  Objection.  Vague.
16       THE WITNESS:  I haven't physically looked
17 at it.  I remember what it looks like and feels like.
18    Q.  All right.  Let me rephrase.  That's a fair
19 objection.  Since you've been retained in this case,
20 have you physically inspected the Yutrepia inhaler?
21    A.  No.
22    Q.  Okay.  When was the last time you saw it?
23    A.  Six months ago.
24    Q.  Okay.
25

172

1
2
3
4    Q.  Okay.  And in interpreting what was a
5 pulsed inhalation device as required by the claims,
6 what meaning did you ascribe to pulsed inhalation
7 device.  To be clear, I'm not looking for an opinion
8 on the meaning of the term.  I'm asking what meaning
9 you ascribe as part of your analysis?
10       MR. SUKDUANG:  I understand your caveat,
11 but it's the same question.  So objection, calls for
12 a legal conclusion.  You can go ahead and answer, Dr.
13 Channick.
14       THE WITNESS:  What is my understanding of
15 what a pulsed inhalation device is?
16    Q.  Why don't we start there?
17    A.  I think it's a device that delivers a pulse
18 of whatever you're given.  In this case, the powder.
19 So I mean, what a pulse is, it's an active energy, I
20 guess you could say, that delivers a pulse.  So
21 there's -- for instance, ultrasonic nebulizer.  The
22 patient generates either a pressure or flow and the
23 machine kicks in and gives them a pulse.  It gives
24 them a breath.
25       The system I developed for nitric oxide,

Transcript of Richard Channick, M.D.

Conducted on April 6, 2024

44 (173 to 176)

---

173

1  similar thing, it's a pulse. It's a mechanism by
2  which the patient can basically be delivered a
3  breath. That's what I think about a pulse delivery.
4      Q. And is that the definition that you applied
5  when assessing infringement of claims 11 and 14 of
6  the 327 patent?
7      A. Yes, that was my understanding of what a
8  pulsed device is.
9      Q. Okay. Did you review the specification of
10 the 327 patent in assessing what a pulsed inhalation
11 device might be?
12     A. The specification?
13     Q. Anything in the patent other than the
14 claims?
15     A. I don't know that I saw a definition in the
16 327 patent of what a -- a strict definition of a
17 pulse inhalation device.
18     Q. Okay. In your experience, Doctor, have you
19 encountered a pulse inhalation device that is also a
20 dry powder inhaler?
21     A. No, not in my experience.
22     Q. Could you go to the 327 patent?
23 Exhibit 14.
24     A. Okay.
25     Q. If you could go to column 21 of the 327

174

1  patent, please.
2      A. Okay.
3      Q. Let's go to line 6, please. Are you there?
4      A. Yup.
5      Q. It says, "in some embodiments, the
6  inhalation device, such as a pulsed inhalation
7  device, may be a dry powder inhaler, which may
8  contain a dry power composition or formulation
9  causing treprostinil, its pro drug, its
10 pharmaceutically acceptable salt, or a
11 pharmaceutically acceptable salt of its pro drug."
12 Did I get that right?
13     A. Yes.
14     Q. So do you agree that the 327 patent allows
15 for a dry powder inhaler to be a pulsed inhalation
16 device?
17     MR. SUKDUANG: Objection. Vague.
18     THE WITNESS: They're not defining what a
19 pulsed inhalation device is here. They say such as a
20 pulsed inhalation device. I guess that's vague to
21 me, what they mean by some embodiments. Such as a
22 pulsed inhalation device might be a dry powder
23 inhaler. To me it seems like, theoretically a pulsed
24 inhalation device could contain a dry powder inhaler.
25 In other words, you can have an electronic machine

175

1  with the powder in it that kicks that powder with
2  energy could occur.
3
4
5      Q. And you said you're understanding. What is
6  that understanding based on?
7
8
9
10
11
12     Q. If you could turn to column 54 of the 327
13 patent. I'd like to look at the claims.
14     A. Okay.
15     Q. Do you see claim 11 around line 50?
16     A. Yes.
17     Q. It says, "the method of claim 1 wherein
18 said administering is performed by a pulse
19 administration device." Did I get that right?
20     A. Yes.
21     Q. Now, let's look at claim 14. It says, "the
22 method of claim 11 wherein the pulsed inhalation
23 device is a dry powder inhaler comprising
24 treprostinil or a pharmaceutically acceptable salt
25 thereof." Did I get that right?

176

1      A. Yes.
2      Q. Does this indicate to you that the
3  inventors of the 327 patent intended to define a dry
4  powder inhaler as a subset of a post inhalation?
5      MR. SUKDUANG: Objection. Mischaracterizes
6  the claim. Calls for claim construction.
7  Foundation.
8      THE WITNESS: I honestly don't know. I
9  mean, I know that I disagree.
10                              o I don't -- the
11 device that is currently used for the dry powder
12 inhaler for Tyvaso, I don't believe is a pulsed
13 inhaler device.
14
15     Q. Okay. Let's look up at claim 1, if you
16 don't mind. Line 6 of column 54.
17     A. Okay.
18     Q. Do you see that there's a term in claim 1,
19 "effective amount"?
20     A. Yes.
21     Q. In assessing infringement and invalidity of
22 this claim, what meaning did you ascribe to
23 "effective amount"?
24     MR. SUKDUANG: Objection to the extent
25 you're calling for a claim construction and legal

177

1 conclusion. Go ahead.
2     THE WITNESS: Tell you what. We're not
3 dealing with infringement of one.
4     Q. Strike that. You offered an invalidity
5 opinion of claim 1; correct?
6     A. Correct.
7     Q. And in order to understand what claim 1
8 covers; right?
9     A. Yes.
10     Q. Okay. And in understanding what claim 1
11 covers, what meaning did you ascribe to effective
12 amount?
13     MR. SUKDUANG: Objection to the extent
14 you're calling for a legal conclusion. You can go
15 ahead and answer.
16     THE WITNESS: A dose that will have an
17 effect.
18     Q. And what effect is that?
19     A. Method for improving exercise capacity in a
20 patient having Pulmonary Hypertension associated with
21 interstitial lung disease is what claim 1 says.
22     Q. Okay. So the effect is the improvement in
23 exercise capacity in a PHILD patient?
24     A. In claim 1, yes.
25     Q. Okay. So to your understanding, does claim

178

1 1 require that the method of treatment be performed
2 with the intention of improving exercise capacity in
3 a PHILD patient?
4     MR. SUKDUANG: Objection. Vague and object
5 to the extent it calls for a legal conclusion.
6     THE WITNESS: The intention? You mean from
7 a validity legal point of view, or as a clinician
8 using the drug on a patient.
9     Q. I'm asking you as a clinician. You said
10 that you meet the requirement for person of ordinary
11 skill in the art.
12     A. Yes.
13     Q. I'm asking you, as you read this claim --
14     A. I would expect the drug to improve exercise
15 capacity, yes.
16     Q. Okay. So improvement of exercise capacity
17 is a requirement of claim 1?
18     A. I would expect to see an improvement in
19 exercise capacity, yes.
20     MR. SUKDUANG: I would object it calls for
21 a legal conclusion and claim construction.
22     Q. Let's look at claim 6 which you performed
23 an invalidity analysis of. Are you there?
24     A. Yes.
25     Q. Do you see here that there's a reference to

179

1 a statistically significant reduction of at least one
2 exacerbations of the interstitial lung disease?
3     A. Yes.
4     Q. When assessing the validity of claim 6,
5 what meaning did you ascribe to statistically
6 significant?
7     MR. SUKDUANG: Objection to the extent it
8 calls for a legal conclusion. You can go ahead and
9 answer.
10     THE WITNESS: I think I described what the
11 accepted statistical significance is with the P value
12 of less than .05.
13     Q. Is it possible to have a statistically
14 significant result with a single patient?
15     A. In general, no.
16     Q. Why not?
17     A. It's statistics. I mean -- obviously, the
18 more patients you study the more power you have to
19 show real differences versus non-real differences or
20 coincidences. Chance.
21     Q. Sure. Just so I understand, when you say
22 "no" you're referring to a single administration
23 event to a single patient; right?
24     A. What do you mean?
25     MR. SUKDUANG: Objection. Vague and

180

1 mischaracterizes your question.
2     Q. Let me backup. I'm not sure how I can --
3     MR. SUKDUANG: Mischaracterized your prior
4 question.
5     Q. Let me try again. If I dosed a patient
6 with a drug multiple times, theoretically, could I
7 get statistical significance from the course of
8 multiple dosing in a single patients?
9     A. It depends what you were measuring. If
10 you're measuring an effect that you see after each
11 dose, you could say that that measurement -- if you
12 repeat the measurement, then you could -- then that
13 increases the power. Because then you're not doing
14 it on multiple patients. You're doing multiple
15 measurements on the same patient.
16     Q. So yes, multiple measurements in one
17 patient theoretically could lead to statistical
18 significance?
19     A. Well, it depends on the significance of
20 what. You could say --
21     Q. I agree. A single data point from a single
22 data patient cannot have statistical significance, in
23 your opinion?
24     A. Correct.
25     Q. Okay. Dr. Channick, could you pull out

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

181

1  Exhibit 20, if you don't mind?
2      A. Sure.
3      Q. And this is the Saggar 2014 reference that
4  we were discussing earlier; right?
5      A. Yes.
6      Q. And this is a study of 15 patients that
7  were administered parenteral treprostinil; is that
8  right?
9      A. Yes.
10     Q. With apologies to your counsel, I realized
11 I forgot to ask you about the conclusion of this
12 study. That begins at page 128 and goes onto
13 page 129?
14         MR. SUKDUANG: Why are you apologizing to
15 me?
16         MR. ROMEO: Because you asked if I was done
17 with the reference before we took a break and I
18 thought I was. I realized I was not. I like to keep
19 my promises if I can.
20         MR. SUKDUANG: I've learned to believe that
21 that's never the case. That's not a negative comment
22 on you, just lawyers in general.
23         THE WITNESS: Okay.
24     Q. So the conclusion which begins on page 128
25 reads, "this open label study suggests that gradual

182

1  initiation and chronic administration of parenteral
2  treprostinil therapy may improve hemodynamics and
3  right heart function without compromising systemic
4  oxygenation in an advanced PH phenotype with RV in
5  the setting of PF. These findings are only
6  hypothesis generating and require confirmation in a
7  multicenter randomized study design."
8         Did I read that correctly?
9      A. Yes.
10     Q. What does it mean for findings to be only
11 hypothesis generating?
12     A. Well, that's an opinion. There's not a
13 specific meaning. It depends on, you know, what
14 you're talking about. So it's hypothesis generating.
15 I don't want to speak for what these authors meant by
16 hypothesis generating. Sometimes we see, you know a
17 study -- for instance, if you're trying to get a
18 label from the FDA and have you a phase 2 study or an
19 uncontrolled study that shows a he benefit, you can
20 say, well, now we need to do a larger, randomized
21 trial to prove that to the satisfaction, let's say,
22 to gate label extension or get an indication.
23         I mean, that could be one meaning.
24 Certainly if it relates to if you see an effect, that
25 may translate into what you do. We have -- again,

183

1      not to get too deep into. We have a therapy that's
2  available that he helps these patients with pulmonary
3  fibrosis and Pulmonary Hypertension, and continue to
4  be used in those patients effectively. There has not
5  been a randomized and controlled parenteral
6  treprostinil. So the hypothesis generation is a
7  valid conclusion. But it doesn't pro-include using
8  the drug in an effective way as it has been used and
9  as it continues to be used.
10     Q. We talked a lot today -- let me ask you the
11 question again slightly differently. We've used the
12 phrase, POSA or person of ordinary skill in the art,
13 a number of times today. In your opinion, how would
14 a person of ordinary skill in the art read a
15 statement that these findings are only hypothesis
16 generating and require confirmation in a multiple
17 center randomized study?
18     A. I couldn't give you an answer on how a
19 person would read that particular statement other
20 than how it was made in what context with what
21 article and what findings. If you pulled that
22 sentence out with literally no context, then you
23 might have one conclusion. If you put it at the end
24 of a study showing a very robust effect of a
25 treatment, they're going to have a different

184

1  conclusion.
2      Q. Okay. So in your opinion, what would a
3  POSA take from this conclusion as it relates to the
4  results that are reported in the Saggar 2014?
5      A. They would probably take what I just
6  explained. That this was an effective treatment that
7  was used in real world studies by these finances, and
8  used by many other physicians. But if one was to do
9  a -- wanted to do a phase 3 study to see if you could
10 get approval, then you might do that. That's
11 hypothesis generating.
12         So other than that, I can only state what I
13 take from it.
14     Q. Okay. Can we go off the record for a
15 minute, please?
16         VIDEOGRAPHER: We're going off the record.
17 The time is 3:14.
18         (Recess taken.)
19         VIDEOGRAPHER: We're back on the record.
20 It's 3:25 P.M.
21         MR. HOROWITZ: Dr. Channick, thank you for
22 your time today. At this time, United Therapeutics
23 has no further questions for you.
24         THE WITNESS: Thank you.
25         MR. SUKDUANG: I have a couple questions.

185

1        EXAMINATION BY MR. SUKDUANG
2    Q.   Do you have Exhibit 1, which I believe is
3 your expert report?
4    A.   Yes.
5    Q.   And can you go to page 48?
6    A.   Okay.
7    Q.   Page 48.  There's a section D titled, "2017
8 INCREASE study description discloses claims 1, 6, and
9 9 through 11 of the 327 patent."  Did I read that
10 correctly?
11   A.   Yes.
12   Q.   And does section D span paragraph 107
13 through 110?
14   A.   Yes.
15   Q.   Now, do you remember being asked questions
16 today regarding the 2017 INCREASE study description?
17   A.   Yes.
18   Q.   And do you recall being asked questions by
19 counsel as to whether the 2017's INCREASE study
20 description had slight differences between the
21 INCREASE New England journal of medicine paper in
22 terms of inclusion/exclusion criteria?
23        MR. ROMEO:  Object to form.
24        THE WITNESS:  Yes.
25   Q.   Do those slight differences change the

186

1 opinion you've provided in your declaration?
2        MR. ROMEO:  Objection to form.
3        THE WITNESS:  No.
4    Q.   Can you pull out number 18?  Exhibit 18.
5    A.   Okay.
6    Q.   Do you recall being asked questions
7 regarding Exhibit 18 today?
8    A.   Yes.
9    Q.   And Exhibit 18, just for the record, is the
10 May 2nd, 2018, FQ12018 earnings call from United
11 Therapeutics; is that correct?
12   A.   Yes.
13   Q.   Counsel asked you questions today regarding
14 doctor -- let me rephrase.  Do you recall counsel
15 asking you questions today regarding whether Dr.
16 Rothblatt was a medical doctor?
17   A.   He asked what kind of doctorate she had.
18   Q.   Okay.  Do you understand Dr. Rothblatt is
19 the CEO of United Therapeutics?
20   A.   Yes.
21        MR. ROMEO:  Object to form.
22   Q.   Do you think the CEO of United Therapeutics
23 would lie to shareholders?
24        MR. ROMEO:  Object to form.
25        THE WITNESS:  Presumably no.

187

1    Q.   Do you think the CEO of United Therapeutics
2 would misrepresent data in earnings calls to her
3 shareholders?
4    A.   No.
5        MR. ROMEO:  Object to form.
6    Q.   Counsel did not direct to you portions of
7 Dr. Rothblatt's actual statements to shareholders,
8 did he?
9    A.   No.
10   Q.   Can you go to page 10 of this document,
11 please?
12   A.   Okay.
13   Q.   I understand it's a long paragraph that's
14 not numbered, but in the top third, I'm going to have
15 you read it to yourself.  But there's a sentence that
16 begins, having said that, both through the effort of
17 our medical affairs group.  Do you see that?
18   A.   I'm looking for it.
19   Q.   It's about 8 lines down.
20   A.   There it is.
21   Q.   If you could read starting 8 lines down
22 through to about line 15.  Just read it to yourself
23 and let me know when you're finished.
24   A.   I'm finished.
25   Q.   Okay.  In this section, is Dr. Rothblatt

188

1 discussing WHO group 3 patients?
2        MR. ROMEO:  Object to form.
3        THE WITNESS:  Yes.
4    Q.   And would that include PHILD patients?
5        MR. ROMEO:  Same objection.
6        THE WITNESS:  Yes.
7    Q.   And does it indicate -- did Dr. Rothblatt
8 tell her shareholders that there were unmistakable
9 signals that some of the leading finances in this
10 field saw?
11        MR. ROMEO:  Same objection.
12        THE WITNESS:  Yes.
13   Q.   Do you agree that as of 2018, there were
14 unmistakable signals that inhaled treprostinil would
15 work in PHILD patients?
16        MR. ROMEO:  Object to form.
17        THE WITNESS:  Yes.
18   Q.   Okay.  And counsel asked you questions
19 about Dr. Rothblatt, but in this section that counsel
20 did not point you to, does Dr. Rothblatt point out
21 clinicians that provide this opinion?
22        MR. ROMEO:  Object to form.
23        THE WITNESS:  Yes.
24   Q.   And who was one of the clinicians that
25 supported Dr. Rothblatt's statements to her

189

1  shareholders?
2      MR. ROMEO: Object to form.
3      THE WITNESS: Well, she mentioned Dr.
4  Waxman.
5      Q. Is that the Dr. Waxman that we've been
6  discussing earlier today?
7      A. Yes.
8      Q. Okay. You see there's a sentence that
9  says, "I called out one of them on the call, Dr.
10 Waxman, but there are many others who said to U T,
11 quote, this drug works. Close quote." Do you see
12 that?
13     A. Yes.
14     Q. Do you see the phrase, quote "this drug
15 works"?
16     A. Yes.
17     Q. Does that -- what does the quotations
18 around that phrase indicate to you?
19     MR. ROMEO: Object to form.
20     THE WITNESS: That was Dr. Waxman's quote
21 about inhaled treprostinil in group 3 patients.
22     Q. Okay. And that was back in 2018?
23     A. Yes.
24     Q. Could you pull out number 20, which I think
25 is the Saggar 2014 paper?

190

1      A. Okay.
2      Q. Do you have that in front of you?
3      A. Yes.
4      Q. Could you go to internal page 129? It ends
5  in 232. Are you there?
6      A. Yes.
7      Q. Do you see a section titled, "funding"?
8      A. Yes.
9      Q. And where did the funding for the Saggar
10 paper come from?
11     A. Both the National Heart Lung and Blood
12 institute and the United Therapeutics company.
13     Q. And do you understand that the United
14 Therapeutics is the UTC that is the company asserting
15 the 327 patent?
16     MR. ROMEO: Object to form.
17     THE WITNESS: Yes.
18     Q. Okay. Counsel also talked to you today
19 regarding Riociguat. Do you recall those questions?
20     A. Yes.
21     Q. And counsel also talked to you, I think,
22 today about inhaled nitric oxide. Do you remember
23 those questions?
24     A. Nitric oxide.
25     Q. We're not blowing up cars here, I guess.

191

1      Did counsel put in front of you any paper from any
2  time using treprostinil in any manner that indicated
3  it would not work for PHILD?
4      MR. ROMEO: Object to form.
5      THE WITNESS: No.
6      Q. In the course of your career are you aware
7  of any paper reporting any results of inhaled
8  treprostinil not working for PHILD patients?
9      MR. ROMEO: Object to form.
10     THE WITNESS: No.
11     Q. You're a consultant in the -- you've
12 consulted for United Therapeutics in the past?
13     A. Yes.
14     Q. Do you know why United Therapeutics have
15 consulted with you in the past?
16     MR. ROMEO: Object to form.
17     THE WITNESS: Providing expert opinion and
18 advice to the company.
19     Q. Okay. In your experience, would United
20 Therapeutics hire you as a consultant if they didn't
21 think your opinions were valid and verifiable?
22     MR. ROMEO: Object to form.
23     THE WITNESS: I would presume not.
24     MR. SUKDUANG: No further questions.
25     MR. ROMEO: Nothing further from United

192

1  Therapeutics.
2      VIDEOGRAPHER: This concludes today's
3  deposition. We're going off the record. The time is
4  3:35 P.M.
5      (Recess taken.)
6      MR. SUKDUANG: I need a daily rough today
7  and an expedited final.
8      MR. ROMEO: Same from us.
9      (Proceedings concluded at 3:35 P.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

193

1    DECLARATION UNDER PENALTY OF PERJURY

2

3        I, DR. RICHARD CHANNICK, do hereby certify

4    under penalty of perjury that I have read the

5    foregoing transcript of my deposition taken April 6,

6    2024; that I have made such corrections as appear

7    noted on the Deposition Errata Page attached hereto

8    and signed by me; that my testimony as contained

9    herein, as corrected, is true and correct.

10

11        Dated this _____ day of _____,

12    2024, at _____,

13    California.

14

15    _____

            DR. RICHARD CHANNICK

16

17

18

19

20

21

22

23

24

25

194

1    STATE OF CALIFORNIA    )
                                           )
2    COUNTY OF LOS ANGELES    )

3

4        I, Michael Cagliata, Certified

5    Shorthand Reporter No. 14491, do hereby

6    Certify:

7        That prior to being examined, the witness

8    named in the foregoing deposition was by me duly

9    sworn to testify the truth, the whole truth, and

10    nothing but the truth;

11        That said deposition was taken down by me

12    in shorthand and thereafter reduced to print by

13    means of computer-aided transcription; and the same

14    is a true, correct, and complete transcript of said

15    proceedings.

16        I further certify that I am not

17    interested In the outcome of the action.

18        Witness my hand this 6th day of April, 2024.

19

20

21    _____

        Michael Cagliata, CSR #14491, RPR

22    Certified Shorthand Reporter
        In and for the State of California

23

24

25

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

50

| A |
|---|

**aaron**
83:24, 85:4,
87:12, 88:14
**ab**
145:9, 145:11
**abbreviations**
121:22
**ability**
9:1, 98:18,
110:13, 111:5,
136:24
**able**
86:7, 161:8,
161:24
**about**
9:7, 9:14,
10:24, 11:18,
14:1, 14:6,
14:11, 19:22,
23:15, 26:6,
26:22, 27:11,
27:12, 41:25,
42:2, 50:11,
51:13, 52:5,
53:20, 54:8,
56:25, 57:25,
60:5, 60:9,
62:15, 64:2,
64:11, 66:1,
68:23, 71:10,
72:3, 74:10,
74:11, 78:9,
78:19, 79:6,
90:9, 91:15,
91:19, 91:20,
91:21, 91:22,
91:25, 92:2,
92:7, 93:13,
94:18, 104:12,
105:1, 105:3,
106:13, 106:14,
106:15, 106:16,
111:16, 113:4,
115:17, 116:17,
117:10, 117:11,
117:12, 119:10,

119:14, 123:16,
125:24, 126:3,
127:7, 130:5,
135:20, 137:14,
141:9, 147:22,
149:8, 154:2,
155:10, 155:11,
155:12, 161:21,
167:1, 167:8,
173:3, 181:11,
182:14, 187:19,
187:22, 188:19,
189:21, 190:22
**above**
14:15, 14:16,
58:13, 79:23,
80:18, 163:2
**abruptly**
85:6
**absolute**
167:15
**absolutely**
60:15, 64:8,
77:23, 78:17,
162:4
**abstract**
5:21, 43:5,
145:3, 145:4,
145:7, 145:8,
148:16, 148:25
**acceptable**
96:9, 96:13,
174:10, 174:11,
175:24
**accepted**
55:9, 152:18,
179:11
**according**
10:2, 10:5,
35:14, 47:15,
135:17, 136:7,
153:15, 169:20
**accordingly**
91:3
**account**
48:3, 58:19
**accurately**
10:14

**achievement**
170:6
**across**
158:13
**action**
194:18
**active**
57:7, 130:5,
135:7, 135:10,
172:19
**actual**
125:17, 187:7
**actually**
14:20, 40:7,
75:10, 77:18,
78:7, 89:6,
102:21, 103:5,
103:9, 110:11,
124:20, 134:11,
139:17, 147:6
**acute**
117:20
**adam**
3:5, 3:12,
6:23, 6:24
**add**
117:9, 155:14
**addition**
103:21, 163:6
**additional**
140:3
**address**
7:15, 7:16,
26:22
**addressed**
119:21
**addressing**
44:16
**administered**
125:4, 125:15,
126:18, 135:19,
137:17, 151:3,
181:7
**administering**
96:5, 175:18
**administration**
175:19, 179:22,
182:1

**admits**
135:12
**admittedly**
73:7
**advanced**
45:8, 150:6,
182:4
**advances**
158:24
**adverse**
46:12, 158:14
**advice**
191:18
**advising**
25:10
**affairs**
187:17
**affect**
23:5, 133:10,
157:13
**affects**
80:17
**affirmatively**
41:6, 41:9
**after**
35:13, 46:10,
47:14, 53:1,
74:23, 75:1,
81:11, 119:11,
119:15, 151:22,
153:12, 180:10
**again**
11:6, 16:15,
28:2, 37:3,
40:22, 41:4,
54:24, 57:25,
60:3, 64:13,
67:18, 68:10,
68:23, 77:24,
78:7, 78:20,
78:25, 81:6,
92:24, 99:23,
104:4, 104:7,
104:14, 105:18,
107:14, 108:4,
109:3, 109:4,
112:7, 113:4,
114:8, 124:14,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

51

125:18, 126:20,
147:20, 162:23,
163:25, 165:10,
166:16, 166:17,
180:5, 182:25,
183:11
**against**
163:8
**agarwal**
95:24, 144:23,
145:9, 148:9,
148:16, 155:12
**age**
141:5, 141:8
**agents**
101:7
**ago**
10:18, 21:16,
23:21, 47:11,
104:14, 106:1,
171:1, 171:23
**agonists**
66:22
**agree**
26:24, 64:16,
65:13, 77:19,
77:20, 89:25,
90:18, 91:12,
92:10, 93:6,
106:21, 127:10,
148:9, 151:15,
153:5, 160:14,
167:3, 168:19,
168:22, 174:14,
180:21, 188:13
**agreed**
65:23, 78:10,
78:13
**agreement**
71:17, 73:16
**ahead**
18:12, 53:6,
53:11, 140:24,
172:12, 177:1,
177:15, 179:8
**air**
40:9, 46:1,
80:21, 80:24

**airflow**
46:1
**airway**
46:1
**al**
28:8, 30:21,
66:9, 76:23,
130:22
**all**
12:4, 14:15,
14:16, 16:23,
17:1, 21:4,
23:18, 25:19,
32:22, 35:7,
37:16, 50:16,
60:16, 62:24,
74:16, 80:22,
83:2, 86:10,
98:21, 101:3,
101:22, 102:3,
104:19, 107:5,
108:17, 110:10,
112:3, 113:7,
114:7, 116:3,
119:7, 125:21,
126:7, 127:17,
130:5, 130:8,
133:14, 143:6,
149:3, 171:18,
175:4
**allow**
148:21, 149:2,
159:1
**allows**
174:14
**alluded**
45:24, 91:16
**alludes**
39:13
**almost**
35:13, 47:14,
104:14, 153:21
**alone**
152:21, 152:25
**already**
32:8, 52:6,
78:21, 150:16
**also**
6:24, 23:12,

37:1, 77:15,
79:20, 89:13,
90:8, 102:24,
127:10, 146:16,
146:19, 148:22,
150:15, 159:11,
159:20, 169:11,
170:3, 170:9,
170:10, 173:19,
190:18, 190:21
**although**
36:18, 126:23
**alveoli**
23:25
**always**
33:18, 61:3,
72:25, 90:22,
137:1
**amber**
66:20
**ambient**
158:15
**ambrisentan**
68:15, 69:15
**amended**
134:20, 138:5
**amendments**
134:18, 134:25
**american**
42:22
**amount**
74:8, 80:24,
128:13, 176:19,
176:23, 177:12
**analysis**
24:20, 97:13,
100:1, 115:19,
115:23, 122:19,
122:20, 155:17,
163:10, 163:17,
168:5, 168:7,
172:9, 178:23
**analyze**
96:21
**analyzed**
89:16, 93:23,
94:1, 94:6,
114:20

**andrew**
82:24, 87:12,
88:14
**anecdotes**
50:11
**angeles**
7:18, 194:3
**another**
25:2, 80:19,
99:8, 105:8,
113:4, 123:2,
146:7
**answer**
8:23, 8:25,
9:1, 9:18,
10:13, 16:6,
18:17, 26:17,
26:23, 36:15,
85:25, 86:7,
92:2, 101:2,
109:12, 121:6,
142:23, 147:20,
172:12, 177:15,
179:9, 183:18
**answered**
9:9, 61:7
**antagonists**
44:24, 68:17
**antibodies**
23:8
**anticipation**
132:9
**any**
8:8, 9:6,
10:12, 11:7,
13:9, 17:2,
17:6, 26:10,
26:12, 28:13,
29:9, 30:15,
33:5, 36:7,
41:17, 41:20,
45:14, 48:2,
51:2, 51:13,
62:21, 63:19,
64:2, 66:25,
68:20, 69:8,
81:19, 82:18,
86:23, 86:24,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

52

120:13, 126:17,
133:11, 140:4,
140:17, 140:23,
141:18, 141:20,
144:7, 157:23,
159:22, 161:12,
163:13, 165:7,
165:14, 166:21,
191:1, 191:2,
191:7
**anything**
11:3, 17:12,
41:22, 139:25,
173:13
**anyway**
105:4
**anywhere**
40:13, 50:5,
98:16, 98:19
**apologies**
28:11, 33:20,
44:14, 56:5,
67:24, 140:12,
181:10
**apologize**
36:14, 41:11,
56:2, 60:21,
67:17, 72:20,
75:11, 75:23,
79:17, 82:2,
84:19, 107:12,
128:11, 165:24
**apologizing**
181:14
**apparently**
105:15
**appeals**
6:7
**appear**
84:5, 98:15,
98:18, 157:14,
168:7, 193:6
**appears**
157:12
**appendices**
13:13
**appendix**
5:18, 13:15,

13:18, 13:22,
16:19, 16:20,
16:23, 17:4,
17:15, 18:15,
19:21, 20:18,
20:19, 30:24,
130:24, 131:23,
132:1, 132:2,
132:6, 140:13
**apples**
105:3
**applicant**
132:21
**application**
157:8, 159:2
**applied**
21:15, 122:18,
128:3, 128:4,
128:14, 136:8,
170:10, 173:4
**apply**
24:21, 59:18
**approach**
51:7, 78:14,
78:18
**approached**
77:17
**appropriate**
55:7, 59:1
**appropriateness**
103:21
**approval**
35:19, 38:9,
47:20, 49:17,
55:18, 91:16,
91:23, 110:11,
110:17, 111:16,
111:17, 114:7,
184:10
**approvals**
147:23
**approve**
56:23
**approved**
35:14, 35:24,
38:18, 38:24,
39:1, 39:2,
41:15, 44:22,

47:5, 47:14,
47:18, 49:13,
54:19, 55:1,
56:22, 57:1,
57:3, 58:1,
60:7, 67:8,
67:20, 75:2,
101:1, 101:5,
101:7, 110:12,
111:4, 155:16,
164:11
**approximately**
8:2, 10:25,
11:25, 14:3,
14:21, 14:24,
16:14, 16:16,
18:14, 22:22,
23:11, 31:11,
31:21, 32:18,
33:22, 35:20,
36:24, 57:20,
117:7, 135:13,
171:2
**april**
1:19, 6:15,
35:20, 156:10,
193:5, 194:19
**area**
159:12
**areas**
62:17
**aren't**
26:2
**arm**
130:10, 150:19
**arms**
130:6, 135:4
**around**
100:4, 106:12,
118:8, 123:18,
123:21, 124:2,
175:15, 189:18
**art**
142:20, 143:17,
143:20, 153:19,
178:11, 183:12,
183:14
**arterial**
24:9, 39:4,

59:21, 101:6,
105:10, 112:15,
112:20, 113:18,
138:22, 156:8,
156:16, 156:22,
166:2
**arteries**
111:3
**artery**
80:2
**article**
5:6, 5:7, 5:9,
5:14, 5:17,
5:22, 5:23,
26:10, 28:8,
28:12, 28:16,
28:17, 29:9,
33:2, 33:13,
33:14, 34:2,
42:17, 43:2,
43:14, 48:10,
48:13, 48:22,
49:1, 49:5,
49:6, 49:8,
49:17, 49:25,
50:12, 50:25,
51:2, 51:5,
51:10, 51:17,
61:17, 64:19,
66:9, 66:12,
75:5, 99:1,
99:8, 101:4,
102:6, 130:21,
130:24, 131:5,
131:6, 131:7,
131:11, 131:24,
132:4, 132:8,
134:13, 150:4,
154:24, 155:21,
156:1, 156:6,
156:14, 156:17,
157:1, 158:19,
159:15, 183:21
**articles**
11:10, 18:1,
18:2, 18:5,
27:19, 27:20,
28:13, 31:11,

33:10, 34:3,
51:8, 51:13,
82:19, 131:4
**ascribe**
96:23, 97:5,
172:6, 172:9,
176:22, 177:11,
179:5
**ascribed**
97:10, 115:15
**aside**
28:11, 30:23,
31:21, 52:16,
69:16, 79:5,
98:21, 104:21,
112:5, 141:23,
144:16, 149:20,
159:19, 166:16
**asked**
9:10, 21:23,
26:18, 41:20,
49:3, 49:6,
61:7, 105:16,
140:7, 181:16,
185:15, 185:18,
186:6, 186:13,
186:17, 188:18
**asking**
21:13, 50:7,
86:1, 98:9,
140:16, 172:8,
178:9, 178:13,
186:15
**aspect**
70:11
**aspects**
25:19, 53:20
**assays**
151:17
**assembling**
14:12, 14:14
**asserted**
163:7
**asserting**
190:14
**assess**
79:21, 91:6,
92:10, 92:13

**assessed**
169:11
**assessing**
173:5, 173:10,
176:21, 179:4
**assessment**
42:18
**assign**
115:10
**assigned**
57:6, 145:20
**associated**
22:7, 45:1,
47:1, 75:13,
76:2, 76:10,
77:2, 77:22,
81:17, 82:5,
115:6, 115:10,
116:1, 164:17,
177:20
**assume**
9:9, 86:22,
155:19, 155:24
**assumption**
61:12
**asthma**
39:18, 51:24
**attached**
193:7
**attend**
105:13, 105:15
**attendance**
106:7
**attention**
89:5
**attorney**
6:21, 11:9
**attorneys**
15:20
**audience**
109:14
**august**
160:5
**author**
28:9, 28:10,
28:11, 29:21,
48:12, 62:18,
63:1, 145:11

**authors**
29:19, 42:18,
62:21, 145:8,
153:10, 156:15,
182:15
**autoimmune**
23:5, 23:8
**automatically**
30:6
**available**
38:11, 47:7,
47:25, 70:8,
144:9, 159:21,
159:23, 183:2
**avenue**
3:8, 3:21, 7:18
**aware**
19:19, 52:23,
52:24, 53:14,
53:15, 53:17,
60:25, 61:2,
62:3, 62:10,
86:9, 86:17,
88:5, 133:5,
133:9, 149:5,
155:25, 163:6,
191:6
**away**
161:20

**B**

**back**
30:24, 32:21,
34:10, 35:7,
41:10, 42:8,
42:10, 66:15,
68:14, 68:23,
76:16, 79:12,
79:14, 81:15,
86:7, 89:7,
89:8, 89:19,
98:22, 104:8,
116:14, 116:16,
117:15, 119:25,
129:2, 129:18,
129:19, 137:25,
147:3, 147:10,
150:17, 150:22,

154:10, 154:12,
155:13, 170:14,
184:19, 189:22
**backup**
84:18, 136:2,
180:2
**balance**
104:16
**balanced**
46:13
**baseball**
152:10
**based**
15:18, 24:25,
33:24, 70:10,
70:12, 70:17,
78:24, 83:12,
111:4, 120:12,
124:24, 143:1,
143:4, 148:25,
152:8, 161:7,
175:6
**baseline**
121:10, 151:21,
151:24, 152:1,
153:11
**basic**
109:14
**basically**
23:7, 23:19,
33:17, 43:3,
43:17, 80:21,
101:15, 132:2,
162:12, 173:2
**basis**
144:5
**bates**
37:21, 39:16,
83:22, 133:18,
142:1, 144:20,
149:24, 151:15,
164:2
**bear**
152:22
**bearing**
37:21, 83:22,
133:18, 142:1,
144:20, 164:2

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

54

**became**
166:13, 166:19
**because**
9:4, 18:4,
23:19, 58:6,
62:5, 65:16,
90:19, 94:22,
95:9, 97:23,
102:23, 103:5,
106:17, 108:14,
108:24, 110:1,
110:11, 140:23,
147:6, 159:22,
166:11, 167:20,
169:1, 170:17,
172:1, 180:13,
181:16
**becomes**
24:1, 154:2
**been**
7:25, 8:5, 8:8,
12:10, 18:2,
28:20, 34:19,
37:19, 38:10,
38:16, 39:17,
42:2, 42:11,
44:17, 46:10,
47:18, 48:5,
49:2, 49:20,
51:22, 52:9,
52:17, 56:25,
57:22, 61:14,
69:17, 74:23,
79:6, 83:20,
87:6, 88:5,
93:16, 98:24,
103:22, 105:6,
110:12, 110:19,
110:20, 114:15,
116:4, 133:16,
140:19, 144:17,
149:21, 154:4,
155:20, 155:25,
156:2, 156:4,
156:20, 159:11,
160:2, 163:24,
164:1, 169:19,
171:19, 183:5,

183:8, 189:5
**before**
2:17, 7:25,
8:9, 9:17, 9:19,
24:7, 24:16,
27:9, 30:3,
45:24, 47:12,
62:8, 69:21,
75:7, 75:8,
75:10, 82:3,
85:13, 87:13,
89:6, 132:25,
147:22, 152:2,
152:15, 155:13,
160:6, 181:17
**beginning**
6:21, 55:22,
119:21, 143:24
**begins**
6:3, 44:6,
44:11, 54:25,
108:19, 112:10,
115:4, 181:12,
181:24, 187:16
**behalf**
7:2, 88:2
**being**
6:6, 8:19,
10:2, 23:23,
26:19, 58:25,
74:5, 113:17,
134:21, 134:22,
159:12, 166:4,
166:10, 185:15,
185:18, 186:6,
194:8
**believe**
8:17, 10:22,
13:15, 20:1,
20:11, 20:14,
21:1, 21:5,
27:16, 32:3,
32:19, 47:24,
48:1, 61:8,
61:18, 83:15,
85:2, 88:19,
108:10, 117:15,
120:22, 121:15,

126:4, 127:8,
127:22, 140:2,
148:14, 156:24,
156:25, 166:14,
170:9, 176:12,
181:20, 185:2
**believed**
107:21
**bellerophon**
160:8, 160:10,
160:15
**below**
119:11
**beneficial**
71:18
**benefit**
35:4, 35:5,
56:14, 66:21,
68:17, 73:4,
95:11, 95:13,
157:15, 161:17,
182:19
**benefits**
52:12, 52:14
**besides**
43:12
**best**
9:1, 33:19,
36:10, 52:22
**better**
15:6, 84:19,
92:2, 134:19,
148:2, 152:11,
152:12, 152:13,
153:1, 161:22
**between**
23:25, 33:12,
35:18, 35:19,
45:22, 49:16,
50:16, 73:3,
73:7, 85:11,
99:20, 103:25,
112:15, 115:18,
119:18, 132:21,
140:5, 140:17,
153:5, 169:23,
185:20
**beyond**
140:21, 168:12

**bibliography**
31:2
**big**
50:15, 50:21,
74:14, 141:18
**bigger**
56:15, 120:23
**biotherapeutics**
160:13
**bit**
54:8, 92:6,
99:24, 105:2,
113:25, 116:5,
126:20, 141:9,
141:16
**bits**
148:20
**blood**
23:23, 23:25,
25:4, 80:4,
80:6, 107:18,
108:6, 190:11
**blow**
120:22
**blowing**
190:25
**board**
161:6
**body**
22:1, 23:8,
35:7
**book**
31:5, 32:17,
32:18
**bosentan**
46:11
**boston**
54:8, 87:24,
106:2
**both**
66:20, 68:15,
88:15, 94:1,
95:2, 99:17,
102:23, 114:21,
123:7, 140:14,
148:9, 148:11,
187:16, 190:11
**bottom**
43:24, 118:7,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

55

125:2
**box**
72:10, 72:15,
73:18, 135:3
**brain**
90:16
**break**
9:16, 9:17,
9:19, 42:3,
47:12, 79:7,
94:20, 116:6,
116:17, 154:5,
181:17
**breaks**
9:14, 10:7
**breath**
80:22, 123:16,
124:13, 124:22,
125:4, 125:6,
125:14, 126:18,
127:5, 135:13,
135:21, 136:20,
172:24, 173:3
**breathe**
80:22
**breathing**
91:7, 92:14
**breaths**
96:14, 123:11,
123:13, 124:16,
125:19, 126:22,
128:4, 128:13,
128:18, 128:25,
129:11, 129:15,
135:15, 135:19,
135:20, 135:21,
135:24, 136:22,
137:16, 137:23
**brief**
34:8
**broad**
23:4, 24:2,
26:19, 26:23,
60:5, 159:2
**broaden**
141:15
**broadened**
141:9

**brought**
171:8
**building**
3:7, 3:13
**bullet**
17:19, 39:15,
46:23, 47:4
**bullets**
19:5
**bunch**
106:16, 109:17
**burrowbridge**
3:12, 6:25,
116:9

C

**ca**
2:11
**cagliata**
1:27, 2:18,
7:4, 194:5,
194:23
**calendar**
22:21, 23:11
**california**
1:20, 2:20,
6:19, 193:13,
194:1, 194:25
**call**
5:20, 23:5,
36:7, 36:10,
36:13, 36:18,
40:3, 49:5,
56:13, 91:17,
108:1, 110:3,
114:5, 142:7,
143:1, 143:4,
143:8, 144:13,
146:15, 146:23,
147:5, 147:12,
147:24, 148:1,
152:7, 162:7,
162:24, 186:10,
189:9
**called**
23:1, 40:12,
57:3, 57:13,
80:19, 99:25,

123:6, 134:1,
137:11, 149:10,
189:9
**calling**
38:16, 97:8,
168:3, 176:25,
177:14
**calls**
92:18, 93:8,
98:6, 115:13,
142:16, 142:21,
168:10, 172:11,
176:6, 178:5,
178:20, 179:8,
187:2
**came**
18:6, 20:7,
23:20, 47:23,
83:16, 167:4
**can't**
19:14, 26:22,
29:12, 30:14,
34:23, 40:25,
41:2, 59:17,
60:8, 114:10,
127:4, 141:18
**cannot**
180:22
**capacity**
80:19, 80:25,
81:2, 81:3,
81:9, 81:13,
81:17, 82:5,
82:10, 90:6,
91:8, 92:15,
92:23, 94:14,
95:5, 95:20,
97:15, 97:20,
97:24, 98:4,
98:15, 100:20,
105:1, 110:14,
110:19, 115:5,
130:1, 130:12,
141:11, 148:19,
154:18, 154:20,
155:4, 177:19,
177:23, 178:2,
178:15, 178:16,

178:19
**capillary**
138:16
**capitol**
3:14
**cardiology**
42:23, 69:25
**care**
54:5
**career**
57:21, 63:18,
191:6
**cars**
190:25
**case**
1:8, 6:6, 8:12,
8:15, 9:24,
10:17, 11:1,
11:10, 12:7,
12:17, 13:17,
14:1, 14:7,
24:20, 30:14,
36:18, 48:2,
49:7, 59:11,
66:13, 73:13,
86:25, 87:8,
87:17, 88:21,
89:17, 92:4,
93:24, 94:7,
96:23, 97:18,
98:2, 98:13,
99:14, 110:6,
114:22, 117:2,
122:20, 132:12,
133:2, 163:14,
163:18, 171:19,
172:18, 181:21
**cases**
8:4, 8:6, 8:7,
8:9, 24:1,
73:17, 104:10,
127:17, 161:18
**categorization**
77:5
**categorize**
24:17
**category**
36:25

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

56

**catheterization**
138:10, 141:10
**cause**
23:22, 24:13,
25:2, 58:16,
106:24, 118:12,
162:5
**causes**
43:12, 107:1,
107:5
**causing**
24:24, 37:12,
58:14, 106:19,
174:9
**cautioning**
60:5
**cautions**
69:2
**caveat**
94:21, 167:1,
172:10
**center**
50:14, 106:1,
183:17
**ceo**
143:11, 186:19,
186:22, 187:1
**certain**
56:12, 58:14,
83:16, 148:3,
167:11
**certainly**
19:15, 26:21,
30:8, 34:24,
43:9, 48:1,
49:7, 50:10,
51:9, 60:8,
64:7, 68:22,
69:1, 77:19,
78:1, 80:16,
93:2, 93:3,
101:25, 104:9,
106:8, 134:23,
138:6, 155:13,
155:14, 182:24
**certified**
2:19, 107:25,
194:5, 194:24

**certify**
193:3, 194:7,
194:17
**certifying**
21:20
**cetera**
75:20
**chairman**
143:11
**chance**
152:20, 152:21,
152:24, 152:25,
179:20
**change**
101:8, 139:13,
139:23, 139:25,
153:10, 185:25
**changes**
15:23, 16:9,
16:12, 30:15,
81:16, 81:17,
82:4, 82:5,
89:22, 90:5,
103:14, 103:23,
104:24, 119:10,
150:4, 154:21
**changing**
99:2, 136:3
**channick**
1:18, 2:4, 4:3,
6:4, 7:2, 7:8,
7:14, 12:9,
16:5, 28:19,
30:25, 37:18,
38:14, 42:10,
48:4, 52:16,
52:24, 53:2,
53:13, 54:5,
60:25, 61:14,
69:16, 69:21,
79:14, 83:19,
98:23, 105:5,
105:25, 116:16,
130:19, 133:15,
133:19, 134:5,
134:10, 140:24,
141:23, 142:2,
144:17, 154:12,

**certify**
155:1, 155:17,
156:3, 156:11,
160:1, 162:25,
163:23, 164:3,
172:13, 180:25,
184:21, 193:3,
193:16
**chapter**
33:2
**chapters**
31:5, 32:17,
32:18, 32:23,
33:5
**characteristic**
151:21
**characteristics**
119:13, 121:10,
170:6
**characterize**
24:7, 36:2,
72:18, 72:22,
162:1, 162:5,
162:21
**characterizing**
113:12
**charged**
25:9
**chart**
128:20
**check**
48:1, 116:8
**chosen**
30:8, 30:16
**chronic**
39:19, 39:22,
44:1, 44:10,
44:17, 45:1,
45:8, 45:10,
45:16, 46:16,
46:20, 47:1,
47:6, 51:24,
61:19, 159:3,
182:1
**circuit**
6:8
**circulation**
156:3
**citation**
81:22, 82:6,

82:15, 84:20,
157:15
**citations**
81:19, 83:1,
83:16
**cite**
28:7, 28:8,
82:18, 82:21,
86:2, 142:8,
150:9, 165:7
**cited**
11:11, 28:12,
66:12, 84:3,
85:13, 86:5,
86:11, 132:7,
165:3, 168:19
**citizen**
66:20
**claim**
96:3, 96:17,
97:3, 97:8,
97:13, 97:17,
98:7, 98:9,
115:4, 175:15,
175:17, 175:21,
175:22, 176:6,
176:15, 176:18,
176:22, 176:25,
177:5, 177:7,
177:10, 177:21,
177:24, 177:25,
178:13, 178:17,
178:21, 178:22,
179:4
**claimed**
95:4, 95:17,
170:6
**claims**
94:3, 94:6,
94:13, 94:17,
96:21, 115:2,
115:9, 155:18,
163:3, 163:7,
163:11, 163:15,
167:19, 168:9,
168:17, 169:12,
170:7, 170:16,
170:19, 171:25,

172:5, 173:5,
173:14, 175:13,
185:8
**clarification**
9:7
**clark**
82:24, 86:18,
87:12, 88:15
**class**
39:6, 71:16,
71:22, 72:2,
72:8, 72:13,
72:19, 72:22,
73:15, 77:2,
77:8, 77:18,
78:5, 78:12,
78:13, 78:23,
79:1, 79:2,
79:3, 92:24,
100:19
**classes**
70:21, 70:24,
71:2, 72:7
**classification**
23:20, 78:11,
91:9, 92:16,
114:12
**classified**
145:19, 145:20,
146:2
**classify**
110:6
**classifying**
71:6
**clear**
59:20, 140:12,
161:14, 172:7
**clearly**
59:19
**clinic**
137:17
**clinical**
17:10, 24:22,
34:20, 37:15,
49:9, 49:16,
54:9, 54:21,
55:2, 55:5,
55:10, 55:14,

55:17, 56:12,
59:3, 59:5,
64:1, 64:2,
90:25, 99:11,
101:8, 103:16,
103:25, 104:24,
104:25, 141:4,
144:2, 146:20,
155:15, 156:7,
157:7, 159:14,
164:23, 165:7,
165:14, 166:21,
166:24
**clinically**
25:20, 102:25
**clinicaltrials**
133:24, 134:6
**clinician**
24:4, 40:2,
178:7, 178:9
**clinician's**
36:21, 116:2
**clinicians**
38:20, 51:2,
71:9, 154:3,
188:21, 188:24
**close**
145:22, 189:11
**clots**
25:4
**clover**
7:18
**co-authors**
29:15, 48:18
**co-chair**
25:8, 27:4
**coincidences**
179:20
**collected**
132:5
**college**
42:22
**column**
29:14, 29:18,
46:19, 94:2,
94:4, 103:19,
114:24, 116:24,
117:16, 117:25,

119:1, 119:18,
121:14, 122:3,
123:18, 123:21,
123:24, 124:2,
126:5, 127:8,
127:9, 128:3,
128:7, 129:19,
137:10, 152:3,
158:6, 173:25,
175:12, 176:16
**columns**
117:9, 120:19
**combination**
158:12
**come**
17:24, 25:18,
25:22, 26:5,
83:17, 86:11,
89:7, 98:22,
111:2, 111:3,
190:10
**comes**
52:4, 73:4
**comment**
181:21
**comments**
26:21, 64:14
**commercially**
159:23
**committee**
63:13, 79:4,
160:24
**common**
100:11, 175:11
**commonly**
39:23
**communicate**
38:18
**communications**
132:21
**companies**
142:17, 142:21
**company**
160:11, 160:13,
161:5, 166:7,
171:10, 171:11,
190:12, 190:14,
191:18

**comparator**
135:7
**compare**
137:3
**comparison**
123:5, 148:3
**complete**
16:23, 65:20,
77:15, 84:5,
84:9, 85:3,
194:15
**completely**
106:18, 120:24
**completeness**
21:21
**complex**
24:19, 58:6,
100:8
**complicated**
152:17
**composed**
26:25
**composite**
105:8, 121:7
**composition**
174:8
**comprises**
96:11
**comprising**
96:5, 96:8,
175:23
**compromising**
182:3
**computer**
15:15
**computer-aided**
194:14
**concentration**
124:5
**concentrations**
127:14, 127:20
**concept**
23:19
**concern**
27:21
**concerns**
30:19, 64:2
**conclude**
60:24

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

58

concluded
192:9
concludes
192:2
conclusion
46:5, 66:17,
67:23, 68:1,
68:3, 68:4,
68:15, 92:19,
93:9, 97:8,
98:8, 115:13,
148:21, 149:2,
168:3, 168:11,
172:12, 177:1,
177:14, 178:5,
178:21, 179:8,
181:11, 181:24,
183:7, 183:23,
184:1, 184:3
conclusions
33:16, 47:9,
68:8, 68:11,
120:13, 158:7,
158:18
condition
22:25, 61:9,
106:15, 109:9
conditions
23:21, 23:24,
106:16, 107:19,
108:7
conduct
55:7, 134:12,
134:23, 157:23
conducted
10:2, 54:20,
54:21, 55:2,
55:5, 55:10,
115:19, 122:20,
134:21, 134:23,
149:6, 159:10,
160:16, 166:19,
166:21, 168:4
conference
43:11, 106:7
conferences
106:9
confidence
19:14

confirm
50:22, 134:3,
140:17
confirmation
182:6, 183:16
confirmed
134:10, 134:15
conflicting
66:23, 68:19,
72:2
confused
40:17
confusion
73:8
congress
105:12, 105:13,
105:16
connection
63:10, 92:4,
93:24, 94:7,
98:12
connective
23:1, 23:3,
23:4, 23:7,
23:12, 109:5,
109:8, 109:18,
109:22, 110:1,
110:4
consensus
74:15
consent
55:8
consider
37:15, 63:22,
64:5, 72:25,
73:6, 73:10,
73:11, 73:13,
113:19, 152:16,
156:17
considered
12:6, 13:19,
16:24, 17:3,
17:7, 76:10,
77:14, 77:25
considered"
16:21, 72:10,
72:16
considering
47:22

consistent
144:12
consisting
105:9
consists
68:5, 101:6
constitute
97:24
constitutes
36:8
construction
97:9, 98:7,
98:9, 176:6,
176:25, 178:21
constructive
39:19
consult
167:18
consultant
191:11, 191:20
consulted
163:18, 191:12,
191:15
contacted
10:21
contacts
63:19
contain
174:8, 174:24
contained
193:8
contains
140:15
content
13:4, 16:16
contents
144:13
context
38:22, 63:16,
80:1, 90:1,
92:8, 93:5,
103:3, 109:20,
146:5, 146:11,
151:5, 152:6,
171:6, 171:14,
183:20, 183:22
continue
183:3

continues
103:19, 108:19,
123:24, 127:9,
183:9
continuous
124:17, 126:22,
151:9, 158:11
contra
41:1, 41:3
contraindicated
66:20, 68:16,
73:12
contrast
89:20
contributed
53:16
contributing
37:13
control
44:15, 55:13,
57:2, 57:4,
57:12, 57:13,
57:14, 74:11,
74:12, 74:13,
77:15, 147:25,
148:6
controlled
34:20, 55:19,
159:1, 159:9,
183:5
conversations
11:7
cooley
2:9, 3:19, 7:1
coordination
105:11
copd
39:23, 40:1,
40:3, 40:5,
40:12, 45:25,
46:16, 146:6,
148:11, 148:23,
149:4, 149:7
copies
19:16, 19:18,
85:22, 86:2,
86:4
copy
13:22, 84:5,

84:10, 85:14,
85:16
**corporate**
142:16
**corporation**
1:4, 6:5,
82:23, 142:6
**corrected**
193:9
**correction**
39:13
**corrections**
13:9, 16:9,
16:13, 30:16,
193:6
**correctly**
22:13, 35:16,
44:18, 45:2,
55:3, 104:1,
108:8, 182:8,
185:10
**correctness**
21:20
**correlate**
89:22, 90:5,
90:23, 101:24,
102:14, 103:6,
103:15, 104:11,
157:14
**correlated**
81:2, 81:3,
82:9
**correlates**
102:17
**correspond**
125:1
**correspondence**
122:24
**could**
6:19, 12:20,
16:10, 21:4,
26:21, 36:13,
49:2, 50:9,
51:8, 51:12,
55:20, 58:2,
59:14, 60:16,
64:18, 66:5,
70:18, 73:11,

75:9, 79:14,
87:25, 91:1,
98:3, 100:20,
102:5, 106:11,
108:11, 113:22,
116:8, 116:20,
148:7, 148:13,
153:2, 159:16,
162:10, 162:24,
164:13, 168:8,
169:11, 172:20,
173:22, 173:25,
174:24, 175:2,
175:12, 180:6,
180:11, 180:12,
180:17, 180:20,
180:25, 182:23,
184:9, 187:21,
189:24, 190:4
**couldn't**
10:18, 69:12,
105:17, 132:3,
183:18
**counsel**
6:19, 8:23,
9:25, 10:8,
11:13, 11:14,
11:19, 14:8,
15:20, 16:3,
18:3, 18:10,
19:10, 19:25,
20:1, 20:7,
20:9, 53:3,
56:6, 67:13,
83:17, 83:18,
85:14, 107:12,
116:17, 134:8,
134:9, 142:12,
142:13, 181:10,
185:19, 186:13,
186:14, 187:6,
188:18, 188:19,
190:18, 190:21,
191:1
**county**
194:3
**couple**
34:24, 57:24,

184:25
**course**
63:17, 95:22,
135:1, 142:14,
180:7, 191:6
**court**
1:1, 6:7, 6:12,
7:3, 9:22, 10:1,
10:3, 10:6,
12:9, 28:19,
37:18, 42:11,
48:4, 52:17,
61:14, 69:17,
83:19, 87:5,
87:9, 93:15,
98:23, 105:5,
114:14, 130:19,
133:15, 141:23,
144:17, 149:20,
156:3, 160:1,
163:23, 163:25
**cover**
37:20, 37:24,
105:9
**covers**
177:8, 177:11
**cpfe**
146:15
**credible**
64:12
**criteria**
25:10, 58:19,
58:22, 58:23,
59:2, 59:14,
114:10, 138:2,
138:4, 139:9,
139:12, 139:19,
139:24, 140:4,
140:16, 141:2,
141:12, 141:13,
141:17, 185:22
**critical**
54:5, 106:17
**crossovers**
123:7
**crucial**
112:18, 112:24
**csr**
1:28, 194:23

**ctd**
23:12
**cues**
53:11
**curiosity**
60:17
**current**
68:20, 69:8,
99:4, 169:25
**currently**
46:24, 47:5,
101:6, 176:11
**curriculum**
20:20
**custom**
50:10
**customary**
21:12
**cut**
24:11, 24:18,
139:20, 139:21,
141:9, 167:12
**cv**
13:22, 20:24,
21:5, 21:12,
21:14, 21:18,
21:21, 21:23,
30:25, 31:1,
31:22, 33:21,
87:9

**D**

**daily**
83:8, 83:9,
135:14, 135:15,
135:24, 192:6
**darker**
72:15
**data**
41:18, 41:20,
47:7, 51:6,
66:22, 68:18,
70:8, 78:4,
90:4, 103:23,
120:12, 132:5,
147:5, 151:20,
160:24, 161:5,
161:7, 165:14,

166:22, 166:24,
166:25, 167:4,
169:1, 169:6,
169:7, 169:9,
169:10, 180:21,
180:22, 187:2
**database**
73:13
**date**
6:14, 10:19,
13:6, 38:6,
42:24, 47:20,
49:17, 53:10,
161:7
**dated**
83:2, 160:5,
193:11
**dates**
47:22, 75:8
**day**
193:11, 194:19
**dc**
3:15, 3:22
**deal**
32:19
**dealing**
177:3
**debate**
77:25, 102:22,
114:9
**debated**
90:22
**decades**
63:7
**decided**
78:9
**decision**
83:12, 142:25,
143:3, 144:6,
144:14
**decisions**
72:24
**declaration**
5:3, 11:8,
11:11, 12:7,
12:15, 12:16,
12:21, 13:4,
13:10, 13:19,

14:4, 14:24,
15:3, 15:7,
15:11, 15:18,
15:25, 16:17,
16:25, 17:7,
18:24, 22:2,
25:7, 27:18,
29:25, 35:8,
47:13, 66:13,
79:15, 84:3,
85:1, 85:13,
88:20, 95:24,
114:21, 120:23,
120:24, 129:20,
132:8, 133:25,
134:7, 142:9,
144:24, 150:10,
153:3, 154:13,
157:1, 163:1,
167:18, 170:15,
186:1, 193:1
**declare**
12:24
**deep**
92:24, 183:1
**defendant**
1:12, 3:18
**define**
23:16, 37:4,
176:3
**defining**
174:18
**definitely**
53:16, 71:14
**definition**
24:3, 24:21,
24:23, 71:17,
139:6, 143:19,
173:4, 173:15,
173:16
**degree**
24:6, 81:14,
143:14
**delaware**
1:2, 6:13,
10:1, 10:7,
16:4, 87:10
**delayed**
27:11

**delivered**
96:13, 117:21,
124:16, 124:20,
126:21, 135:11,
173:2
**delivering**
97:2
**delivers**
172:17, 172:20
**delivery**
156:15, 158:24,
173:3
**delve**
100:8
**depending**
45:18, 136:24
**depends**
37:3, 55:14,
78:25, 81:14,
91:15, 106:18,
113:21, 180:9,
180:19, 182:13
**depict**
157:20
**depicts**
41:23
**depos**
6:17, 7:4
**deposed**
7:25, 8:19
**deposition**
1:17, 2:2, 6:4,
6:17, 7:11,
8:21, 10:2,
11:4, 11:16,
12:2, 12:5,
14:3, 18:24,
81:21, 82:22,
82:24, 83:6,
83:10, 83:13,
83:24, 84:2,
84:21, 84:25,
85:4, 85:20,
86:10, 192:3,
193:5, 193:7,
194:9, 194:12
**describe**
79:23, 117:4,

134:17, 161:22
**described**
35:15, 94:12,
126:5, 127:8,
134:11, 150:13,
175:4, 179:10
**describes**
117:5, 119:13
**describing**
96:25, 97:1,
115:24, 131:16
**description**
34:8, 123:19,
123:22, 127:5,
134:2, 141:4,
185:8, 185:16,
185:20
**design**
48:15, 55:7,
58:18, 99:11,
99:23, 100:2,
100:6, 162:9,
182:7
**designed**
110:20, 153:24
**designing**
59:2, 59:6,
102:1
**detail**
23:16, 37:5,
113:13, 140:3,
167:10
**detailed**
37:13
**details**
140:15
**detectable**
158:15
**determination**
25:2
**determine**
100:3
**determined**
161:6
**determining**
115:20
**develop**
62:17, 110:2,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

61

110:4
**developed**
172:25
**developing**
26:1
**development**
48:15, 55:15,
55:16, 56:13,
56:24, 59:5,
60:6, 101:23
**developments**
144:3
**develops**
23:8
**device**
96:10, 124:25,
170:18, 172:2,
172:5, 172:7,
172:15, 172:17,
173:8, 173:11,
173:17, 173:19,
174:6, 174:7,
174:16, 174:19,
174:20, 174:22,
174:24, 175:3,
175:11, 175:19,
175:23, 176:9,
176:10, 176:11,
176:13, 176:14
**devoted**
14:12
**diagnose**
25:5
**diagnosed**
115:22
**diagnoses**
24:22
**diagnosing**
25:10, 36:13
**diagnosis**
36:6, 42:18,
69:19, 70:4,
75:19, 115:25,
116:1, 116:2
**diastolic**
138:15
**dichotomize**
36:12

**diego**
105:13, 105:14,
106:9
**difference**
33:12, 45:22,
50:21, 73:7,
99:20, 152:20,
152:25
**differences**
140:4, 140:17,
141:3, 141:10,
141:14, 141:18,
179:19, 185:20,
185:25
**different**
23:6, 23:9,
23:21, 30:13,
35:5, 43:16,
56:1, 58:15,
69:13, 80:15,
107:1, 107:2,
117:6, 121:3,
121:7, 127:19,
183:25
**differently**
30:13, 183:11
**difficult**
102:2
**diffusing**
141:11
**dig**
167:9
**dilator**
34:12
**direct**
89:5, 102:20,
187:6
**directed**
33:6
**direction**
140:24
**directions**
158:7
**directly**
33:22
**director**
54:6
**disagree**
89:25, 90:2,

91:12, 91:14,
93:6, 176:9
**disclaimer**
144:11
**disclosed**
167:25
**discloses**
185:8
**disclosure**
124:21
**discontinued**
149:16
**discuss**
10:7, 11:9,
29:9, 32:24,
52:12, 52:13,
144:1
**discussed**
18:3, 108:20,
140:13, 164:24,
168:23
**discusses**
165:15
**discussing**
14:14, 41:18,
181:4, 188:1,
189:6
**discussion**
15:18, 118:9,
164:21, 165:20
**discussions**
15:19, 43:15
**disease**
22:8, 23:1,
23:3, 23:4,
23:8, 23:13,
23:24, 24:5,
24:6, 24:13,
24:16, 24:24,
25:4, 28:3,
34:17, 37:2,
37:6, 37:8,
39:14, 39:18,
39:19, 39:22,
40:6, 40:7,
40:8, 40:9,
40:10, 40:11,
44:1, 44:11,

44:18, 45:1,
45:9, 45:10,
45:16, 45:18,
45:23, 46:2,
46:16, 46:20,
47:1, 47:6,
51:24, 51:25,
52:11, 57:24,
58:7, 58:12,
61:20, 71:11,
75:13, 76:2,
77:16, 78:15,
81:7, 81:8,
90:13, 106:15,
107:16, 107:17,
108:6, 108:12,
109:6, 109:9,
109:22, 110:5,
112:14, 112:18,
112:24, 113:7,
113:10, 113:17,
113:20, 115:7,
115:11, 118:9,
118:11, 118:12,
119:2, 121:14,
130:23, 145:19,
146:3, 146:5,
146:8, 146:10,
167:13, 177:21,
179:2
**diseases**
23:5, 23:7,
58:8, 58:11,
58:15, 95:10,
106:17, 109:19,
110:2, 110:4,
159:3
**distance**
39:7, 80:12,
82:13, 90:8,
101:9, 101:13,
101:15, 101:18,
148:12, 154:21
**distinct**
80:11, 80:16,
100:16
**distinction**
50:16, 113:5

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

62

**distinguishing**
112:15
**district**
1:1, 1:2, 6:12,
6:13, 10:1,
10:6, 16:4,
87:9, 87:10
**divergence**
72:3
**divulged**
51:12
**dmc**
160:24
**doctor**
17:18, 43:1,
49:23, 52:7,
57:15, 60:18,
63:23, 64:18,
83:25, 85:19,
87:5, 93:15,
93:19, 98:11,
99:5, 114:18,
116:20, 130:25,
142:19, 143:8,
143:18, 148:14,
149:20, 149:25,
159:13, 160:5,
169:18, 173:18,
186:14, 186:16
**doctorate**
186:17
**doctors**
25:20, 25:24,
40:19
**document**
14:12, 14:18,
14:21, 26:19,
37:21, 53:4,
83:22, 105:8,
133:18, 134:1,
134:3, 134:5,
136:10, 136:16,
142:1, 142:8,
142:11, 142:12,
143:7, 143:13,
144:20, 149:24,
164:1, 187:10
**documented**
138:12

**documents**
11:25, 12:1,
12:4, 12:6,
17:19, 17:22,
17:25, 18:9,
19:17, 140:22
**doing**
54:20, 54:21,
55:2, 72:25,
99:23, 106:3,
147:21, 180:13,
180:14
**done**
34:24, 52:15,
54:1, 111:22,
145:5, 147:6,
147:11, 150:16,
152:9, 156:20,
181:16
**dosage**
38:19, 125:25,
126:19, 130:7,
151:2, 166:10
**dose**
96:7, 96:11,
96:19, 96:24,
96:25, 97:2,
97:3, 126:24,
127:24, 128:17,
135:12, 135:18,
136:4, 136:8,
136:12, 137:16,
137:22, 169:19,
177:16, 180:11
**dosed**
122:13, 123:12,
124:23, 180:5
**doses**
117:6, 122:17
**dosing**
35:15, 157:12,
158:25, 169:23,
169:25, 180:8
**doubt**
52:13
**down**
19:22, 94:20,
101:16, 106:2,

111:2, 111:3,
125:9, 136:4,
143:22, 167:9,
167:12, 187:19,
187:21, 194:12
**dr**
1:18, 2:4, 4:3,
6:4, 7:2, 7:8,
12:9, 16:5,
18:24, 19:22,
28:19, 30:24,
37:18, 38:14,
42:10, 48:4,
52:16, 53:2,
53:13, 61:13,
63:4, 63:6,
63:9, 63:17,
63:22, 64:5,
64:11, 69:16,
69:20, 79:14,
83:19, 84:6,
86:17, 87:11,
87:12, 87:16,
87:19, 87:21,
88:1, 88:5,
88:8, 88:14,
89:1, 89:4,
89:11, 89:20,
89:25, 91:2,
92:7, 93:6,
98:23, 105:5,
105:25, 116:16,
130:19, 133:15,
133:19, 134:5,
134:10, 140:24,
141:23, 142:2,
143:13, 144:16,
154:12, 155:1,
155:17, 156:3,
156:11, 160:1,
162:25, 163:23,
164:3, 172:12,
180:25, 184:21,
186:15, 186:18,
187:7, 187:25,
188:7, 188:19,
188:20, 188:25,
189:3, 189:5,

189:9, 189:20,
193:3, 193:16
**draft**
15:2, 15:5,
15:9, 15:20,
15:21, 15:22,
15:23
**drafted**
15:7, 16:8
**drafting**
14:21, 16:14
**drafts**
16:4, 16:5,
16:15, 16:16
**draw**
115:20
**drove**
106:1
**drug**
25:3, 34:12,
38:22, 39:1,
40:24, 40:25,
41:2, 41:7,
41:11, 41:14,
48:15, 50:17,
52:12, 55:15,
56:11, 56:14,
56:19, 56:22,
56:23, 56:24,
57:3, 57:7,
57:11, 57:16,
60:6, 101:1,
110:13, 111:8,
111:17, 111:20,
128:2, 128:3,
137:2, 137:16,
147:23, 155:15,
159:21, 161:14,
162:12, 174:9,
174:11, 178:8,
178:14, 180:6,
183:8, 189:11,
189:14
**drugs**
44:16, 44:22,
45:17, 46:12,
46:24, 47:5,
56:25, 59:20,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

63

59:25, 60:7,
60:9, 60:13,
90:13, 90:22,
92:23, 110:20,
111:4, 114:7
**dry**
170:17, 173:20,
174:7, 174:8,
174:15, 174:22,
174:24, 175:23,
176:3, 176:11
**due**
24:4, 24:5,
28:2, 34:16,
40:3, 40:11,
107:18, 108:7,
130:22, 132:4
**duly**
194:9
**duration**
99:3
**during**
10:7, 116:16,
134:23, 134:25
**dynamics**
150:5

**E**

**each**
17:14, 17:22,
17:24, 19:12,
26:22, 32:1,
37:7, 68:14,
83:1, 86:4,
86:8, 94:25,
95:2, 95:4,
111:20, 122:1,
122:2, 122:18,
180:10
**earlier**
13:25, 49:4,
50:2, 62:15,
74:11, 83:15,
108:11, 112:6,
167:8, 181:4,
189:6
**early**
34:10, 34:14,

35:4, 110:21
**earning**
144:13
**earnings**
5:20, 142:7,
142:16, 142:21,
143:1, 143:4,
186:10, 187:2
**easiest**
7:12, 80:3
**easy**
23:18, 101:25,
113:23, 114:9
**echocardiographic**
150:5
**edit**
15:22
**editor**
5:4, 28:25,
29:2, 29:3,
29:6, 29:8,
29:15, 29:24,
30:2, 30:12,
30:18, 31:18,
112:7
**editorials**
31:5
**editors**
30:5
**edits**
16:9
**educate**
144:4
**effect**
46:13, 65:3,
66:2, 99:15,
101:2, 177:17,
177:18, 177:22,
180:10, 182:24,
183:24
**effective**
44:25, 46:25,
71:19, 73:17,
91:5, 91:22,
91:23, 92:8,
92:12, 93:1,
96:7, 96:11,
96:18, 96:24,

97:6, 97:12,
97:14, 97:19,
98:2, 98:3,
144:7, 176:19,
176:23, 177:11,
183:8, 184:6
**effectively**
111:1, 183:4
**effectiveness**
79:21, 89:23,
90:6, 97:24
**effects**
44:16, 45:17,
92:23, 117:5,
117:21, 120:14,
120:15, 148:1
**efficacy**
39:16, 41:18,
51:22, 52:9,
72:4, 72:9,
72:13, 77:9
**effort**
187:16
**eighth**
3:8
**either**
57:7, 58:23,
73:6, 111:8,
121:17, 151:7,
151:8, 172:22
**electronic**
21:15, 174:25
**elements**
37:1
**elevated**
107:17, 108:6,
108:15, 108:16,
158:14
**eligible**
58:24
**elimination**
118:23
**else**
17:12, 24:5,
73:3, 109:10,
132:3
**embodiments**
174:5, 174:21

**emery**
3:11, 6:25
**emphysema**
40:9
**employed**
7:19, 7:21,
54:11
**encountered**
57:16, 57:21,
173:19
**encouraged**
67:1, 68:22
**encouraging**
69:2
**end**
15:25, 21:17,
35:5, 61:3,
91:2, 91:6,
92:13, 94:3,
154:22, 183:23
**ending**
39:16, 135:2,
138:1, 164:13
**endothelin**
44:23, 66:22,
68:17
**endpoint**
99:12, 99:13,
99:18, 99:21,
99:25, 100:4,
100:7, 100:11,
100:17, 101:20,
102:7, 102:9,
102:10, 102:11,
102:13, 102:14,
102:17, 102:18,
102:20, 102:25,
103:2, 103:4,
103:5, 103:8,
103:9, 103:11,
110:13, 110:16,
161:8, 161:16,
161:19, 161:25,
162:11
**endpoints**
99:3, 100:23,
100:25, 103:13,
103:18, 104:6,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

64

**ends**
110:18

**ends**
190:4

**energy**
172:19, 175:2, 175:7

**england**
29:5, 30:4, 30:15, 31:18, 76:20, 130:21, 131:15, 137:21, 139:10, 140:5, 140:14, 140:19, 185:21

**enhanced**
81:12

**enough**
22:1, 36:23, 74:15, 105:18, 145:22, 167:3

**enrolled**
118:2

**enrollment**
139:16

**entire**
52:15

**entirely**
150:18

**entirety**
19:3, 20:2, 20:16, 98:12

**entitled**
18:21, 46:15, 48:10, 48:22, 61:19, 65:3, 73:22, 99:1, 105:10, 130:22, 135:4, 156:6, 158:7, 164:17

**entries**
18:23

**entry**
31:14, 31:21, 138:8, 158:2

**episode**
52:24, 53:24

**equal**
138:14, 138:17,

138:18, 138:20, 138:21, 138:23

**equals**
118:21, 119:12, 124:4, 124:6

**equivalent**
128:25

**eras**
44:24

**eric**
3:6, 6:22, 7:10, 82:22

**erin**
82:25

**errata**
193:7

**escers**
69:18, 70:4, 71:2, 77:1

**esq**
3:5, 3:6, 3:12, 3:20

**essentially**
155:16

**established**
39:17, 51:23, 52:10, 72:14, 77:10

**estimate**
35:22

**et**
28:8, 30:21, 66:9, 75:20, 76:23, 130:22

**etiologies**
118:9

**etiology**
118:11, 118:12, 118:18, 119:3, 121:14, 121:17

**european**
61:18, 69:20, 69:24, 69:25, 78:9

**evaluated**
133:4

**evaluating**
70:15

**evaluations**
37:14

**evasive**
34:12

**even**
90:7, 105:17, 107:17, 108:5, 130:10, 148:2

**event**
96:7, 96:11, 96:19, 96:24, 179:23

**events**
104:24

**ever**
34:19, 142:25, 143:3, 159:10

**every**
9:14, 12:18, 15:2, 19:12, 19:15, 22:11, 22:16, 25:16, 27:11, 52:12, 52:13, 59:18, 62:16, 68:25, 70:10, 94:18, 94:25, 95:2, 95:5, 95:13, 136:21

**everybody**
90:17, 95:9, 104:22

**everybody's**
128:16

**everything**
33:1, 73:3, 132:3

**evidence**
44:22, 46:24, 56:14, 66:21, 66:24, 68:19, 69:7, 70:10, 70:12, 70:14, 70:16, 71:13, 71:17, 72:3, 72:8, 72:14, 73:15, 73:22, 73:25, 74:5,

**evaluations**
37:14

**evidenced**
154:21

**exacerbations**
179:2

**exactly**
92:25, 104:15

**examination**
4:4, 4:5, 7:7, 185:1

**examined**
170:21, 194:8

**examiner**
132:22, 133:4, 133:8

**example**
24:8, 27:22, 35:12, 71:16, 82:8, 85:8, 117:16, 117:19, 118:14, 122:5, 122:9, 123:21

**examples**
57:23

**excellent**
132:7

**except**
110:10

**exception**
37:24, 55:19

**excerpt**
20:5, 20:6

**excerpted**
19:17, 85:21

**exchange**
45:16

**exclude**
58:25, 166:18

**excluding**
14:1

**exclusion**
58:18, 58:22, 59:2, 59:14,

74:6, 74:7, 74:8, 74:17, 77:5, 77:10, 90:10, 92:22, 93:3, 103:12, 148:20

140:3, 140:16,
141:1, 141:17,
185:22
**excuse**
61:25, 98:7,
108:23
**exercise**
71:12, 81:2,
81:3, 81:9,
81:13, 81:17,
82:5, 82:10,
90:6, 91:8,
92:15, 92:23,
94:14, 95:5,
95:19, 97:15,
97:20, 97:24,
98:4, 98:15,
98:18, 100:20,
105:1, 110:14,
110:19, 115:5,
130:1, 130:11,
148:19, 154:18,
154:20, 155:4,
177:19, 177:23,
178:2, 178:14,
178:16, 178:19
**exertion**
91:7, 92:14
**exhaled**
158:15
**exhaling**
80:24
**exhaustive**
70:7
**exhibits**
130:20, 130:25
**exist**
109:22, 148:22
**expect**
81:12, 124:13,
178:14, 178:18
**expectation**
148:17, 148:22,
159:16
**expected**
129:25, 130:11
**expedited**
192:7

**experience**
17:10, 25:1,
27:3, 57:15,
59:20, 90:5,
100:10, 152:15,
155:15, 173:18,
173:21, 191:19
**experienced**
71:9
**experimental**
56:25, 57:7,
58:1
**expert**
8:15, 12:15,
12:16, 36:7,
50:12, 50:16,
51:7, 64:6,
64:9, 74:15,
87:11, 87:17,
88:12, 88:13,
95:18, 185:3,
191:17
**expertise**
27:3, 168:13
**experts**
25:17, 25:25,
26:2, 26:4,
27:1, 53:19,
62:16, 78:9,
86:18, 86:21,
86:24, 87:3,
109:17
**explain**
74:9, 80:3,
97:22, 108:11,
134:14
**explained**
184:6
**explaining**
60:6
**explicitly**
8:24
**explore**
127:23
**expressed**
127:6
**expressly**
167:25, 168:7

**extension**
182:22
**extent**
93:8, 97:7,
98:9, 112:14,
112:17, 112:23,
115:12, 164:10,
168:2, 176:24,
177:13, 178:5,
179:7
**extreme**
114:8
**extremes**
113:23

**F**

**f**
121:17
**fact**
41:3, 59:22,
95:12, 107:16,
110:10, 114:5
**factors**
113:22, 114:4,
148:24
**failed**
65:9, 161:15
**fair**
9:11, 9:19,
22:1, 36:23,
46:9, 49:15,
59:13, 105:18,
116:4, 156:19,
166:13, 167:3,
171:18
**fairly**
85:6
**fall**
109:19
**familiar**
22:25, 62:21,
71:2, 87:19,
93:19, 130:25,
131:19, 160:8,
160:19, 162:15
**far**
14:7, 44:6,
44:11, 44:15,

50:18, 102:25,
155:13
**fault**
55:25, 128:10,
128:11
**favor**
72:9
**favorable**
29:16
**favorably**
157:12
**fda**
38:24, 39:1,
41:14, 55:18,
56:22, 57:2,
60:7, 75:2,
91:16, 91:23,
100:16, 101:1,
111:16, 182:18
**fdas**
91:25
**feature**
112:15
**features**
45:19, 59:9,
59:11
**fec**
103:2, 103:4
**federal**
6:7, 9:25
**feel**
9:8, 24:24,
49:23, 90:21,
100:18, 141:20,
167:18
**feelings**
9:9
**feels**
24:4, 91:18,
100:17, 102:15,
102:18, 111:9,
111:17, 171:17
**felt**
40:2, 74:14,
161:23
**few**
10:18, 22:20,
63:7, 141:2,

156:14
**fibrosis**
33:25, 113:25,
118:19, 118:21,
119:4, 119:10,
119:12, 120:1,
120:3, 120:6,
120:9, 120:16,
121:20, 122:6,
122:9, 122:19,
129:3, 146:16,
150:7, 150:25,
183:3
**field**
26:3, 51:7,
62:17, 64:8,
64:12, 111:8,
188:10
**figure**
122:17, 154:23,
156:25
**file**
132:12, 132:14,
132:16, 132:19,
132:24
**fill**
80:23, 159:20
**final**
73:15, 138:5,
141:6, 158:23,
192:7
**finances**
184:7, 188:9
**find**
13:14, 25:2,
64:12, 141:18,
169:14
**findings**
157:13, 182:5,
182:10, 183:15,
183:21
**fine**
10:23, 109:15
**finish**
104:22
**finished**
187:23, 187:24
**first**
8:14, 10:16,

12:19, 15:22,
18:23, 23:18,
31:7, 43:11,
44:5, 48:12,
49:13, 52:20,
53:8, 54:3,
61:22, 63:1,
89:7, 94:16,
100:1, 101:4,
104:5, 105:22,
131:7, 137:16,
139:19, 145:11,
155:5, 158:2,
170:24
**fit**
114:3
**five**
11:20, 14:2,
14:8, 25:16,
27:11, 62:16,
70:24, 84:21,
84:23, 119:22,
126:9, 126:17,
127:10, 128:21,
145:19, 146:13,
158:13
**flip**
75:18
**flow**
172:22
**focus**
43:11
**focused**
57:22
**follow**
149:18
**followed**
137:17, 145:17
**following**
13:12, 78:21,
79:1, 101:7,
138:11
**follows**
164:21
**footnote**
28:7, 29:24,
82:1, 82:15,
82:19, 82:21,

83:2, 83:17,
84:3, 86:11
**force**
25:8, 27:5,
80:25
**forced**
80:19
**forces**
25:17
**foregoing**
12:25, 13:3,
193:5, 194:9
**forget**
75:6
**forgive**
27:9
**forgot**
181:11
**form**
40:5, 64:25,
148:5, 151:2,
166:10, 185:23,
186:2, 186:21,
186:24, 187:5,
188:2, 188:16,
188:22, 189:2,
189:19, 190:16,
191:4, 191:9,
191:16, 191:22
**formed**
44:17
**forms**
16:4, 46:17,
59:21, 60:13
**formulation**
96:8, 174:8
**forth**
68:14
**forums**
51:11
**found**
113:22
**foundation**
133:6, 133:12,
176:7
**four**
10:19, 13:15,
68:5, 68:6,

118:15, 118:16,
118:19, 118:22,
119:4, 119:5,
120:16, 122:6,
135:15, 135:20,
135:24, 138:14,
138:18, 139:15,
171:5
**fourth**
43:6, 43:8,
43:15, 44:14,
46:5, 47:10,
78:16, 121:15
**fql**
186:10
**free**
9:8, 49:23,
141:20, 167:18
**front**
190:2, 191:1
**full**
19:16, 44:20,
85:14, 85:16,
85:22, 86:2,
86:4, 144:8
**function**
90:20, 150:5,
150:7, 151:16,
182:3
**functional**
80:11, 91:9,
92:16, 92:24,
100:19, 111:6
**functions**
91:18, 100:18,
100:20, 102:15,
102:18, 111:9,
111:18
**fundamentally**
90:24
**funding**
190:7, 190:9
**further**
47:6, 66:25,
68:22, 153:10,
158:7, 184:23,
191:24, 191:25,
194:17

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

67

| | | | |
|---|---|---|---|
| **futility** | 158:21 | 31:14, 31:24, | 44:20, 63:25, |
| 149:17, 160:25, | **generates** | 35:7, 49:19, | 64:14, 68:13, |
| 161:4, 162:2 | 172:22 | 50:18, 53:6, | 77:14, 78:8, |
| **future** | **generating** | 53:11, 54:3, | 79:6, 79:9, |
| 159:12 | 182:6, 182:11, | 55:21, 56:9, | 92:21, 99:23, |
| **fv** | 182:14, 182:16, | 58:2, 58:17, | 108:25, 109:2, |
| 168:17 | 183:16, 184:11 | 60:16, 61:13, | 111:23, 116:5, |
| **fvc** | **generation** | 66:15, 68:14, | 116:11, 119:25, |
| 80:19, 80:20, | 183:6 | 75:10, 75:22, | 130:14, 133:14, |
| 80:21, 81:3, | **generic** | 79:14, 81:15, | 136:3, 136:11, |
| 81:11, 153:10, | 64:15 | 86:7, 88:1, | 136:18, 140:20, |
| 153:21, 153:22, | **getting** | 88:11, 89:7, | 147:4, 154:4, |
| 154:1, 167:6, | 30:10, 67:16, | 89:19, 91:2, | 154:7, 161:7, |
| 167:15, 167:20, | 127:18, 128:16 | 93:4, 95:24, | 161:24, 183:25, |
| 168:7, 168:16, | **give** | 96:1, 103:17, | 184:16, 187:14, |
| 168:23, 169:4, | 10:18, 26:23, | 104:7, 105:23, | 192:3 |
| 170:6, 170:12 | 34:8, 50:11, | 107:5, 107:9, | **golf** |
|  **G**  | 57:12, 59:7, | 107:13, 108:18, | 152:10 |
| **gas** | 64:14, 69:4, | 110:24, 112:5, | **good** |
| 45:15, 158:24, | 69:12, 78:22, | 116:8, 116:9, | 7:8, 7:9, 42:3, |
| 160:12 | 79:3, 80:5, | 116:23, 117:24, | 56:14, 63:22, |
| **gate** | 84:9, 108:23, | 122:16, 123:17, | 79:7, 81:8, |
| 182:22 | 114:10, 125:6, | 123:18, 125:9, | 103:12, 116:6, |
| **gave** | 159:15, 183:18 | 128:7, 128:20, | 154:5 |
| 77:1, 104:23, | **given** | 129:2, 129:18, | **goodwin** |
| 125:25, 126:1 | 7:6, 8:18, | 136:14, 137:25, | 3:4, 6:22, 6:24 |
| **geared** | 15:20, 54:16, | 139:1, 140:24, | **goofy** |
| 53:18 | 71:18, 72:4, | 143:22, 145:15, | 61:4 |
| **general** | 73:16, 111:23, | 147:24, 154:12, | **gov** |
| 27:12, 29:8, | 111:24, 148:14, | 158:5, 162:23, | 133:24, 134:6 |
| 50:19, 50:20, | 148:16, 168:14, | 167:9, 170:14, | **gradient** |
| 54:7, 55:9, | 172:18 | 172:12, 173:22, | 73:9 |
| 59:4, 59:6, | **gives** | 173:25, 174:3, | **grading** |
| 60:12, 69:4, | 40:15, 126:24, | 177:1, 177:14, | 78:9 |
| 70:6, 71:17, | 136:22, 148:3, | 179:8, 184:14, | **gradual** |
| 73:16, 81:7, | 172:23 | 185:5, 187:10, | 181:25 |
| 106:3, 131:25, | **giving** | 190:4 | **grams** |
| 167:11, 179:15, | 36:14, 51:6, | **goes** | 122:24, 125:10 |
| 181:22 | 68:24, 70:17, | 45:7, 75:6, | **great** |
| **generally** | 89:16, 93:24, | 108:25, 115:7, | 19:14, 102:21, |
| 8:5, 9:14, | 96:22, 98:12 | 123:19, 181:12 | 121:6 |
| 16:6, 18:18, | **go** | **going** | **greater** |
| 38:14, 43:1, | 8:22, 9:15, | 7:10, 8:20, | 138:13, 138:18, |
| 48:21, 71:5, | 9:19, 15:22, | 8:21, 8:22, | 138:20, 138:22, |
| 71:8, 82:9, | 16:10, 18:12, | 8:23, 9:8, 9:13, | 152:20, 157:11, |
| 95:16, 108:20, | 19:20, 25:6, | 33:3, 34:10, | 158:10 |
| 132:20, 134:16, | 26:20, 27:17, | 36:12, 40:22, | **greatly** |
| | 30:24, 30:25, | 42:2, 42:5, | 161:18 |

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

68

**green**
71:25, 73:1
**ground**
8:20, 114:9
**group**
23:4, 26:4,
27:22, 28:1,
28:4, 28:5,
28:14, 31:23,
32:5, 32:20,
32:24, 33:3,
33:6, 33:22,
36:7, 36:18,
36:19, 37:1,
39:5, 39:9,
40:1, 40:4,
40:12, 40:20,
41:19, 41:23,
43:15, 43:18,
46:5, 46:15,
51:14, 57:14,
59:9, 59:10,
63:20, 68:24,
69:7, 75:13,
108:20, 109:1,
109:9, 109:20,
110:3, 110:6,
112:16, 113:4,
113:5, 114:5,
114:6, 114:11,
115:18, 122:5,
122:22, 122:23,
122:24, 123:8,
124:10, 124:23,
125:3, 125:9,
125:24, 126:12,
129:6, 129:8,
129:10, 129:14,
139:6, 139:9,
145:17, 161:16,
164:18, 166:2,
187:17, 188:1,
189:21
**groups**
69:3, 109:23,
119:5, 122:18,
126:7, 126:9,
126:17, 127:10,

127:13, 128:21
**guarantee**
109:18
**guess**
40:17, 41:3,
93:10, 118:8,
122:1, 124:19,
125:3, 134:14,
162:10, 165:21,
172:20, 174:20,
190:25
**guidance**
71:8
**guide**
38:20
**guidelines**
5:10, 69:18,
69:24, 70:4,
70:6, 74:19

**H**

**halfway**
19:22
**hallway**
101:15, 101:16,
102:3
**hand**
76:25, 150:6,
194:19
**handed**
12:10, 28:19,
37:19, 42:11,
48:4, 52:17,
61:14, 69:17,
83:20, 84:8,
87:5, 93:15,
98:23, 105:5,
114:14, 130:19,
133:15, 141:23,
144:17, 149:21,
156:3, 160:1,
163:24, 163:25
**hands**
53:10
**happened**
151:21
**happy**
31:25, 68:13,

95:24, 107:6,
167:9
**hard**
26:17, 36:4,
100:14, 119:9,
119:16, 125:23
**harder**
80:8
**harm**
162:9, 162:19
**harmful**
73:18, 162:9
**head**
123:4
**heading**
43:24, 44:6,
44:9, 51:19,
102:7, 139:2,
143:7, 157:7,
158:6, 163:2,
166:1
**health**
25:22
**heard**
6:6, 10:10,
99:17, 149:8
**heart**
25:4, 69:20,
80:5, 80:8,
110:5, 138:10,
150:5, 182:3,
190:11
**held**
2:4, 25:15
**help**
15:21, 38:19
**helpful**
32:2, 113:14
**helps**
183:2
**hemodynamic**
79:22, 79:23,
79:25, 81:1,
89:22, 90:5,
90:24, 100:25,
101:2, 103:22,
117:5, 117:20,
120:15, 121:10,

139:23
**hemodynamics**
65:4, 65:7,
66:2, 81:16,
82:4, 90:11,
90:19, 103:10,
103:13, 103:15,
103:24, 104:10,
104:25, 110:25,
120:14, 157:13,
182:2
**here**
6:3, 9:4,
12:24, 13:3,
18:8, 18:23,
19:21, 21:7,
22:5, 25:7,
28:7, 28:8,
28:12, 32:19,
33:1, 41:2,
43:8, 43:11,
56:10, 59:5,
60:8, 63:25,
65:2, 65:6,
66:1, 72:7,
79:20, 82:15,
84:20, 92:7,
101:21, 104:12,
105:20, 105:24,
106:2, 106:12,
108:18, 109:8,
110:9, 113:24,
124:24, 125:8,
125:19, 126:6,
128:25, 130:15,
138:1, 138:2,
138:9, 152:1,
157:7, 157:11,
158:9, 159:6,
163:1, 164:16,
168:14, 174:19,
178:25, 190:25
**hereby**
193:3, 194:6
**herein**
193:9
**hereto**
193:7

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

69

heterogeneous
59:10
high
23:23, 58:15,
58:16, 90:13
higher
80:6, 80:7,
152:12
highlighted
56:6
highlighting
43:10
highlights
164:9
highly
71:14
hill
5:12, 87:11,
87:19, 87:21,
88:1, 88:5,
88:8, 89:1,
89:11, 89:20,
89:25, 91:2,
92:7
hill's
89:4, 93:6
hire
191:20
histories
132:24
history
132:12, 132:14,
132:17, 132:19,
132:20
hiv
109:19
hold
53:3, 140:20
home
7:15, 7:16
homogenous
59:8
honestly
30:17, 86:6,
149:18, 176:8
hopefully
159:2
hoping
140:22

horowitz
3:5, 6:24,
184:21
hospital
54:7
hour
9:15, 42:2,
116:5, 137:18,
154:5
hours
10:25, 11:20,
14:1, 14:2,
14:3, 14:7,
14:8, 14:11,
14:18, 14:22
however
65:9
human
96:6, 150:5
hurt
9:8
hypotheses
33:16
hypothesis
182:6, 182:11,
182:14, 182:16,
183:6, 183:15,
184:11
hypoxia
61:20, 75:13,
76:3

**I**

ideally
74:12
identical
153:21
identification
12:11, 28:21,
37:23, 42:13,
48:6, 52:19,
61:16, 70:2,
83:21, 87:7,
93:18, 98:25,
105:7, 114:16,
130:17, 130:18,
133:17, 141:25,
144:19, 149:23,

156:5, 160:3,
163:22
identified
32:14
identify
6:20, 32:1,
140:4
idiopathic
64:22, 64:24,
114:3
iip
162:21
iipph
65:8, 66:21,
66:22, 66:23,
68:18
ild
36:16, 46:11,
46:16, 64:25,
76:10, 77:2,
77:22, 78:15,
95:3, 95:5,
110:2, 110:3,
116:1, 148:11
ildph
25:5, 41:5,
147:9
illicit
25:3
illusive
45:23
ilo
122:24, 123:2
iloprost
46:12, 123:2,
123:5, 124:3,
125:10
immediately
35:13, 47:14
impact
59:14
important
9:5, 26:15,
26:18, 56:18,
59:1, 101:1,
102:25, 113:11,
147:6
improperly
55:10

improve
90:19, 94:13,
95:5, 110:14,
110:25, 111:8,
148:18, 178:14,
182:2
improved
90:20
improvement
65:7, 65:10,
65:16, 81:11,
91:7, 91:8,
92:14, 92:16,
95:19, 110:17,
130:1, 130:11,
154:20, 177:22,
178:16, 178:18
improvements
82:9, 90:8,
90:24, 90:25,
103:15, 129:24,
130:5, 130:10,
170:12
improves
111:21, 154:18,
155:3
improving
110:19, 115:5,
177:19, 178:2
inc
1:10, 6:6
include
33:3, 44:3,
55:13, 57:9,
75:16, 97:14,
98:3, 188:4
included
112:19, 113:17,
114:6, 129:4,
146:19, 147:14,
147:17, 147:18
includes
32:5, 158:23
including
22:7, 22:9,
27:20, 27:21,
34:15, 40:11
inclusion
58:18, 58:22,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

70

59:2, 59:13,
138:2, 138:4,
139:9, 139:11,
139:24, 140:3,
140:15, 141:1,
141:11, 141:13,
185:22
**income**
102:23
**incorrect**
107:23
**increase**
29:1, 30:19,
30:20, 39:6,
65:19, 65:20,
74:23, 76:21,
76:25, 78:4,
95:12, 97:15,
97:20, 98:4,
112:8, 131:5,
131:17, 132:8,
133:24, 134:2,
134:12, 134:20,
134:24, 137:4,
139:1, 139:16,
145:12, 146:19,
148:12, 153:21,
153:22, 154:1,
154:19, 155:13,
164:21, 164:23,
165:3, 165:11,
165:20, 166:17,
166:20, 167:4,
167:5, 167:12,
168:19, 168:23,
169:6, 185:8,
185:16, 185:19,
185:21
**increases**
167:14, 180:13
**independent**
45:11
**index**
4:1, 5:1
**indicate**
21:18, 176:2,
188:7, 189:18
**indicated**
41:11, 191:2

**indicated"**
71:22
**indication**
38:19, 38:21,
38:22, 38:24,
40:25, 41:1,
81:6, 182:22
**indications**
41:3
**individual**
72:24, 104:12,
124:16, 125:19,
126:22
**individualized**
77:17, 78:14,
78:18
**induced**
168:1
**inevitable**
170:5
**inevitably**
154:18, 155:3,
170:11
**inform**
52:8
**information**
38:11, 38:15,
51:12, 113:1,
144:8, 164:9,
165:18
**informed**
55:8
**infringe**
163:3, 163:11,
167:19, 168:15,
170:16
**infringement**
92:19, 93:9,
114:21, 115:9,
163:15, 163:18,
168:1, 168:5,
168:8, 169:1,
171:25, 173:5,
176:21, 177:3
**infusion**
151:9
**inhalation**
96:5, 96:10,

119:11, 119:15,
124:4, 124:6,
124:17, 125:11,
126:2, 126:6,
127:24, 135:11,
170:18, 172:2,
172:5, 172:6,
172:15, 173:10,
173:17, 173:19,
174:6, 174:15,
174:19, 174:20,
174:22, 174:24,
175:3, 175:11,
175:22, 176:4,
176:10, 176:14
**inhaled**
27:22, 34:4,
34:11, 34:18,
34:25, 46:12,
48:10, 48:22,
49:9, 49:12,
49:22, 50:3,
67:7, 67:20,
75:1, 76:7,
76:9, 77:1,
77:21, 78:4,
78:20, 78:22,
117:6, 117:21,
120:15, 121:3,
122:13, 123:3,
124:3, 124:5,
127:18, 127:25,
135:7, 135:13,
145:24, 147:8,
148:17, 149:6,
151:10, 154:17,
155:2, 156:7,
157:8, 158:20,
159:6, 159:16,
160:12, 160:16,
166:6, 188:14,
189:21, 190:22,
191:7
**inhaler**
170:18, 170:22,
170:25, 171:3,
171:4, 171:7,
171:14, 171:20,

172:1, 173:20,
174:7, 174:15,
174:23, 174:24,
175:23, 176:4,
176:12, 176:13
**inhalers**
22:12
**inhaling**
123:13
**inhibitors**
44:25
**initial**
38:9, 87:11,
88:13
**initiation**
182:1
**innovation**
160:21
**ino**
157:12, 158:11,
158:24, 159:1,
159:2, 159:6,
159:10
**insert**
164:8
**inspected**
171:20
**instance**
59:8, 59:17,
60:7, 80:2,
81:7, 90:7,
91:24, 100:3,
172:21, 182:17
**institute**
190:12
**instruct**
40:19, 40:23,
41:4, 41:6,
41:9, 169:5,
169:7
**instruction**
169:4
**instructions**
169:20
**instructs**
8:25
**intended**
144:4, 144:5,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

71

**176:3**
**intention**
178:2, 178:6
**interacted**
63:9, 63:17
**interested**
194:18
**internal**
151:15, 190:4
**internet**
18:5, 18:16
**internists**
50:19, 50:20
**interpret**
73:14, 97:14,
97:19
**interpretation**
97:17, 109:21
**interpreted**
98:1
**interpreting**
172:4
**interstitial**
22:7, 23:24,
24:4, 24:12,
24:16, 24:23,
34:16, 37:6,
37:8, 40:6,
40:8, 46:2,
64:22, 64:24,
112:14, 112:17,
112:19, 112:24,
113:7, 113:9,
113:17, 113:20,
115:6, 115:11,
130:23, 177:21,
179:2
**interventions**
135:4
**interviewed**
53:19
**intravenous**
151:8
**invalidity**
176:21, 177:4,
178:23
**inventors**
176:3

**investigational**
144:8
**investigator**
57:10, 102:3
**investors**
144:4
**invitation**
27:2
**invited**
25:17, 33:18,
49:3, 49:5
**involved**
8:5, 8:8,
101:22, 117:8,
134:24, 147:20,
149:9, 160:11,
161:12
**involving**
8:12, 19:7
**iod**
40:6
**iovwo**
164:18
**ipph**
68:16
**irrelevant**
153:24
**issue**
93:9
**issued**
133:5, 133:9
**issues**
38:19
**itemize**
36:5
**iterative**
16:12
**itre**
145:18
**itself**
23:9, 84:7

**J**

**january**
83:24
**johnson**
6:16
**journal**
29:5, 30:4,

30:15, 31:18,
42:21, 42:22,
48:13, 48:16,
61:18, 69:20,
76:20, 82:19,
130:21, 131:15,
137:21, 139:11,
140:5, 140:14,
140:19, 185:21
**journals**
27:19, 30:13
**judge**
64:1
**judging**
70:16
**judgment**
36:10, 37:15,
73:4
**july**
27:8, 38:8,
38:12
**june**
27:8, 52:25,
156:10

**K**

**keep**
109:2, 113:24,
181:18
**kevin**
6:16
**key**
112:14
**kicks**
172:23, 175:1
**kind**
45:24, 61:4,
69:3, 71:14,
91:15, 113:23,
141:13, 155:10,
159:22, 186:17
**kinds**
69:1
**know**
8:21, 9:16,
10:11, 10:24,
15:17, 18:6,
18:8, 18:14,

19:16, 21:19,
22:3, 26:4,
26:12, 31:15,
36:4, 36:9,
36:22, 47:22,
54:4, 57:10,
59:19, 60:12,
63:4, 63:8,
69:1, 71:10,
73:8, 77:24,
78:1, 78:7,
78:8, 80:17,
83:7, 84:16,
85:5, 85:21,
90:8, 90:10,
92:24, 92:25,
95:10, 97:10,
102:16, 104:17,
104:18, 111:20,
113:11, 115:23,
119:25, 120:3,
120:6, 120:9,
120:17, 121:25,
123:11, 123:12,
124:15, 128:13,
133:4, 134:19,
135:22, 138:4,
138:6, 142:23,
143:13, 143:16,
149:12, 149:13,
149:16, 149:19,
155:14, 171:5,
173:15, 176:8,
176:9, 176:13,
182:13, 182:16,
187:23, 191:14
**knowledge**
27:15, 34:22,
35:2, 70:3,
101:19, 133:7,
145:2, 161:10
**known**
52:14, 63:6,
89:13, 155:6
**knows**
104:22
**kwrat**
66:19

## L

**label**
5:5, 5:25,
35:15, 36:2,
36:8, 36:9,
36:14, 36:19,
36:22, 38:3,
38:4, 38:5,
38:7, 38:10,
38:16, 38:22,
39:8, 40:13,
40:15, 40:19,
40:24, 41:17,
41:22, 47:15,
52:5, 117:19,
150:23, 163:19,
164:6, 164:7,
165:4, 165:6,
165:15, 165:18,
166:22, 166:25,
167:21, 167:25,
168:8, 168:20,
169:2, 169:4,
169:5, 169:8,
169:21, 169:25,
181:25, 182:18,
182:22
**labels**
169:24
**lack**
133:6, 133:12
**laid**
78:21
**large**
44:15, 50:13,
102:1, 140:21
**larger**
182:20
**last**
11:14, 13:22,
20:21, 20:25,
21:4, 21:8,
22:21, 22:22,
23:11, 27:14,
44:20, 47:4,
62:8, 94:2,
103:17, 103:20,

104:5, 105:19,
114:25, 125:16,
129:23, 153:9,
171:22
**later**
92:7, 112:10,
130:16
**law**
10:11
**lawyer**
93:11
**lawyers**
181:22
**lay**
109:13
**lead**
24:2, 90:20,
114:7, 159:2,
180:17
**leading**
188:9
**learned**
181:20
**learning**
114:13
**least**
38:23, 63:7,
74:6, 88:19,
105:21, 126:23,
136:11, 136:18,
136:20, 137:18,
163:14, 179:1
**leave**
9:17
**leaves**
14:10
**led**
110:16
**left**
25:4, 138:15
**left-hand**
137:10, 158:6
**left-sided**
110:5
**legal**
92:19, 93:8,
97:8, 98:8,
115:13, 168:3,

168:10, 172:12,
176:25, 177:14,
178:5, 178:7,
178:21, 179:8
**length**
14:25
**less**
35:5, 36:16,
72:14, 77:9,
136:13, 138:16,
138:19, 179:12
**let's**
7:11, 14:16,
16:19, 19:20,
20:18, 22:1,
22:2, 25:6,
27:17, 35:7,
56:9, 57:7,
61:13, 66:15,
75:10, 81:15,
89:4, 89:7,
89:19, 94:16,
94:20, 95:2,
105:23, 107:13,
110:8, 110:9,
112:5, 114:24,
120:19, 122:22,
126:3, 127:7,
135:2, 137:3,
137:25, 138:8,
143:6, 143:22,
151:14, 163:21,
169:15, 169:17,
170:14, 174:3,
175:21, 176:15,
178:22, 182:21
**letter**
5:4, 29:2,
29:3, 29:6,
29:7, 29:8,
29:23, 30:2,
30:18, 31:18,
112:7, 112:13
**letters**
28:25, 30:5,
30:7, 30:11
**level**
24:15, 58:14,

74:12, 74:15,
77:5, 77:14,
152:14
**levels**
71:12, 73:22,
73:24, 74:2,
74:17, 158:15
**lewis**
48:19
**liability**
8:6
**lie**
186:23
**life**
95:10
**light**
72:10
**likelihood**
59:7, 59:12
**likely**
32:24, 33:4,
50:2, 51:3,
61:23, 79:3,
83:18, 103:15,
109:13, 146:6
**limit**
141:5
**limitation**
114:12
**limitations**
132:4
**limited**
66:24, 68:20,
69:8
**line**
16:11, 54:18,
54:25, 55:22,
56:10, 58:5,
60:23, 105:24,
106:12, 107:13,
108:19, 109:5,
110:9, 111:19,
115:20, 117:25,
118:8, 119:18,
123:18, 123:22,
124:2, 127:8,
127:22, 128:3,
174:3, 175:15,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

73

176:16, 187:22
**lines**
126:5, 128:7,
128:9, 187:19,
187:21
**liq_ph-ild**
133:19, 164:2
**liq_ph-ilv**
142:2
**liq_ph-iod**
149:25
**liq_phild**
83:23
**liqphild**
84:21
**liquidia**
1:10, 5:12,
6:6, 7:2, 10:17,
19:8, 82:23,
86:20, 87:10,
88:3, 88:6,
163:3, 163:8,
163:11, 165:3,
165:7, 170:16,
171:12
**liquidia's**
86:24, 87:3,
170:17, 170:22,
170:24
**list**
16:23, 29:19,
31:4, 33:10,
58:23
**listed**
17:4, 17:15,
18:9, 18:15,
19:6, 31:11,
32:19, 33:21,
68:4, 94:3,
115:2, 137:22,
138:2, 139:10,
139:12, 158:2
**listing**
17:19
**lists**
140:3
**literally**
107:22, 183:22

**literature**
70:8, 81:19,
82:18
**litigation**
8:9, 18:21,
19:6, 86:12,
86:13, 86:21,
86:24, 88:6,
88:9, 171:14
**litigations**
19:7
**little**
40:17, 54:8,
92:6, 93:11,
99:24, 105:2,
112:6, 114:1,
115:17, 116:5,
119:9, 119:15,
124:19, 126:20,
139:21, 154:4,
175:8
**llp**
2:9, 3:4
**located**
142:11
**location**
2:7
**long**
11:18, 36:14,
49:20, 63:6,
63:8, 101:2,
187:13
**long-term**
44:16, 156:7,
157:8, 157:11,
158:10
**longer**
9:15, 99:3
**look**
12:18, 26:12,
31:24, 37:7,
49:19, 50:9,
50:22, 51:3,
75:8, 85:24,
86:7, 92:6,
94:16, 96:3,
99:15, 101:3,
103:20, 104:8,

117:15, 124:9,
124:14, 127:12,
129:19, 133:14,
136:9, 138:7,
139:17, 148:8,
148:25, 153:25,
163:21, 175:13,
175:21, 176:15,
178:22
**looked**
31:19, 101:21,
112:6, 145:13,
147:10, 150:17,
150:22, 171:16
**looking**
11:6, 16:15,
56:1, 60:22,
74:19, 100:2,
119:24, 122:3,
140:25, 147:3,
150:23, 172:7,
187:18
**looks**
21:14, 33:24,
38:3, 49:20,
52:4, 85:5,
104:23, 125:25,
126:23, 141:5,
141:8, 141:10,
171:17
**los**
7:18, 194:3
**lot**
8:20, 16:8,
16:9, 27:3,
36:6, 37:4,
59:10, 64:7,
75:6, 90:4,
105:15, 183:10
**lower**
59:11, 111:5,
152:11, 152:13,
152:25
**lowest**
136:13
**lunch**
116:6, 116:8,
116:13

**lung**
22:7, 23:24,
24:4, 24:6,
24:12, 24:16,
24:23, 28:3,
34:16, 37:2,
37:6, 37:8,
39:14, 39:18,
40:6, 40:7,
40:8, 40:10,
40:11, 44:1,
44:10, 44:17,
45:1, 45:8,
45:10, 45:16,
45:23, 46:2,
46:16, 46:20,
47:1, 47:6,
51:24, 52:11,
61:19, 75:13,
76:2, 77:16,
78:15, 81:7,
81:8, 108:15,
108:16, 112:14,
112:17, 112:19,
112:24, 113:7,
113:10, 113:17,
113:20, 115:7,
115:11, 130:23,
177:21, 179:2,
190:11
**lungs**
23:23, 25:4,
80:4, 80:6,
80:23, 107:18,
108:7
**lvedp**
138:15
**M**
**machine**
172:23, 174:25
**made**
16:9, 16:12,
30:16, 60:10,
111:13, 139:13,
139:19, 142:25,
183:20, 193:6
**magnitude**
129:24, 130:4,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

74

130:9
**main**
132:3
**mainly**
53:19, 53:21
**major**
163:2
**majority**
101:7, 101:20, 110:10
**make**
13:10, 15:23, 25:1, 25:5, 39:13, 50:15, 56:3, 59:22, 60:14, 61:3, 64:9, 64:15, 83:12, 94:23, 104:8, 113:12, 120:13, 143:3, 144:14, 149:2
**makes**
23:17, 115:25, 132:23
**making**
43:7, 48:3, 60:4, 70:9, 144:6
**malpractice**
8:7
**managing**
105:10
**manner**
191:2
**mantra**
111:10, 111:18
**many**
8:2, 10:25, 11:25, 14:3, 14:11, 14:18, 14:22, 16:15, 16:16, 18:14, 21:23, 22:9, 22:22, 27:20, 30:6, 31:22, 32:18, 33:22, 35:20, 36:24, 57:20, 58:7,

58:11, 58:15, 63:20, 68:7, 100:3, 106:2, 106:8, 106:9, 117:7, 118:13, 119:25, 120:3, 120:6, 120:9, 121:25, 123:11, 123:13, 124:22, 125:4, 125:14, 126:18, 128:17, 135:19, 151:12, 157:25, 171:2, 171:4, 184:8, 189:10
**march**
13:6, 105:21
**mark**
130:14, 130:15
**marked**
12:10, 12:11, 28:20, 28:21, 37:19, 37:23, 42:11, 42:13, 48:5, 48:6, 52:17, 52:19, 61:15, 61:16, 69:17, 70:2, 83:20, 83:21, 87:6, 87:7, 93:16, 93:18, 98:24, 98:25, 105:6, 105:7, 114:15, 114:16, 130:17, 130:18, 130:20, 133:16, 133:17, 141:24, 141:25, 144:18, 144:19, 149:21, 149:23, 156:4, 156:5, 160:2, 160:3, 163:22, 163:24, 164:1
**martine**
143:9
**mass**
106:3
**massachusetts**
54:7

**materials**
13:18, 16:20, 16:24, 17:1, 17:2, 17:5, 17:6, 17:15, 18:15, 18:21, 19:2, 19:6, 19:13, 86:23, 140:2
**math**
14:10
**matter**
6:5, 18:25, 73:9, 133:11
**maximum**
59:7, 135:14, 135:23, 136:22
**maybe**
23:14, 32:14, 37:3, 57:25, 68:6, 74:13, 74:15, 114:3, 132:18, 171:1, 171:5
**mcdermott**
3:11, 3:13, 6:25
**md**
52:25, 83:24
**mean**
10:10, 14:5, 14:14, 15:5, 15:9, 15:14, 16:7, 17:17, 18:5, 20:6, 26:20, 36:10, 38:5, 41:8, 57:5, 57:22, 58:10, 63:19, 69:10, 70:13, 73:1, 77:23, 80:7, 81:6, 81:21, 83:7, 101:22, 104:18, 106:8, 111:15, 113:22, 115:15, 122:25, 124:24, 126:19, 134:14,

134:15, 135:21, 138:22, 145:4, 151:6, 151:7, 151:25, 152:11, 155:10, 161:3, 161:13, 161:16, 171:11, 172:19, 174:21, 176:9, 178:6, 179:17, 179:24, 182:10, 182:23
**meaning**
74:17, 96:23, 97:4, 97:11, 115:9, 115:15, 169:7, 172:6, 172:8, 176:22, 177:11, 179:5, 182:13, 182:23
**meaningless**
154:3
**means**
57:6, 58:13, 70:14, 71:24, 80:8, 90:19, 93:1, 108:15, 118:12, 152:19, 152:23, 161:5, 162:12, 194:14
**meant**
21:18, 26:2, 26:7, 26:9, 26:11, 50:13, 55:9, 104:19, 182:15
**measure**
80:1, 80:12, 91:17, 101:15, 102:4, 105:21, 111:6, 152:7, 152:16
**measured**
82:10, 91:8, 92:15, 110:14
**measurement**
80:9, 99:13, 102:15, 180:11, 180:12

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

75

measurements
141:12, 180:15,
180:16
measures
79:23, 103:22
measuring
99:15, 180:9,
180:10
mechanism
173:1
media
6:3
mediators
103:24
medical
8:6, 93:13,
106:1, 143:18,
144:5, 171:9,
186:16, 187:17
medication
38:16, 52:9,
81:12, 97:1,
99:14, 99:16,
136:25, 166:4
medications
112:4
medicine
7:24, 31:18,
99:4, 130:21,
131:16, 139:11,
140:6, 185:21
meet
11:13, 11:18,
27:10, 143:19,
147:23, 178:10
meeting
11:8, 11:22,
25:16, 62:15,
63:13, 63:14,
75:7, 145:6
meetings
62:16, 63:20
meets
143:16
member
43:19
memory
8:14

men
35:15
mention
25:7, 39:8,
39:12, 50:4,
50:6, 51:1,
167:20
mentioned
11:12, 11:24,
16:14, 18:16,
32:8, 36:24,
36:25, 49:4,
50:2, 51:11,
55:12, 80:18,
81:1, 83:15,
108:10, 189:3
mercury
138:17, 138:18,
138:20, 138:23
met
11:12, 11:14
method
94:12, 95:17,
96:4, 97:2,
115:4, 175:17,
175:22, 177:19,
178:1
methodologically
99:22, 100:6
methodology
55:8, 55:12,
104:12, 124:15,
134:17
methods
33:16, 95:4,
145:15, 152:9
methv
158:14
mgh
54:11
michael
1:27, 2:17,
7:4, 194:5,
194:23
microgram
127:24, 128:17,
130:10
micrograms
96:12, 120:4,

120:7, 120:10,
122:25, 123:9,
123:15, 124:3,
124:6, 124:22,
125:1, 125:4,
125:7, 125:11,
125:14, 126:15,
126:18, 127:2,
127:3, 127:5,
127:18, 127:21,
129:11, 129:15,
135:13, 135:21,
136:12, 136:19
middle
72:25, 73:12,
114:9, 143:23
might
57:10, 59:10,
73:4, 73:5,
75:7, 110:6,
146:15, 146:23,
147:5, 152:23,
173:11, 174:22,
183:23, 184:10
mil
124:3, 124:6
mild
45:9, 112:18,
113:8, 113:9,
113:16, 113:19
mill
135:11
milligrams
138:17
millimeters
138:17, 138:20,
138:23
mind
176:16, 181:1
mine
56:4
minimum
136:22
minor
141:14
minute
80:12, 129:19,
184:15

minutes
79:6, 101:17,
124:12, 126:7,
127:3
mischaracterized
180:3
mischaracterizes
67:10, 108:24,
176:5, 180:1
mischaracterizing
109:1
misrepresent
187:2
misspoke
102:12
misstated
107:20
mixed
35:3, 35:6,
145:20, 146:13
mm-hm
124:1
moderate
118:1
molecule
57:1
monica
1:20, 2:9,
2:11, 6:19
monitoring
160:24, 161:6
monotherapy
158:11
month
157:12, 158:11
months
10:18, 10:19,
22:20, 22:22,
145:25, 171:23
more
8:3, 8:4,
10:19, 14:13,
22:10, 22:16,
23:15, 24:18,
26:13, 29:12,
30:19, 35:23,
36:9, 36:22,
37:5, 44:8,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

55:11, 70:15,
91:25, 95:11,
95:21, 100:8,
104:19, 104:23,
113:1, 113:2,
121:5, 124:13,
140:15, 147:20,
167:10, 179:18
**morning**
7:8, 7:9
**mortality**
110:18
**most**
33:3, 50:2,
74:5, 100:10
**mostly**
138:24
**motivated**
169:19
**motto**
61:2
**mpap**
79:22, 129:25,
138:22
**much**
25:19, 49:23,
70:10, 80:21,
80:23, 100:8,
111:20, 113:13,
116:3, 125:16
**muddiness**
115:18
**muddy**
113:5
**multicenter**
182:7
**multiple**
74:12, 180:6,
180:8, 180:14,
180:16, 183:16
**muscles**
90:17
**myself**
11:23, 18:5,
25:24

**N**

**name**
4:2, 7:10,

7:12, 34:23,
60:24, 63:21,
149:12
**named**
63:1, 194:9
**nathan**
18:25, 19:22,
63:2, 63:4,
63:6, 63:9,
63:17, 63:22,
64:5, 64:11
**national**
190:11
**near**
39:5
**nebulizer**
122:13, 126:21,
135:12, 172:21
**necessarily**
26:2, 71:9,
81:14, 98:4,
103:7, 134:22,
154:17, 155:3,
155:23, 170:11
**necessary**
90:25, 170:5
**need**
8:25, 14:13,
21:3, 24:6,
24:13, 24:16,
56:10, 56:14,
57:1, 91:6,
91:17, 92:13,
94:21, 100:3,
102:3, 104:17,
106:14, 109:11,
119:7, 136:9,
147:22, 147:23,
152:15, 182:20,
192:6
**needs**
78:14
**negative**
148:6, 161:14,
161:21, 162:3,
162:6, 162:7,
162:8, 162:10,
162:22, 181:21

**neutral**
161:15, 161:18,
161:21, 162:2,
162:14
**never**
40:24, 40:25,
56:25, 69:11,
111:4, 181:21
**new**
3:7, 3:9, 29:5,
30:3, 30:14,
31:17, 54:19,
54:25, 76:20,
99:3, 130:21,
131:15, 137:21,
139:10, 140:5,
140:14, 140:19,
185:21
**next**
19:5, 25:7,
29:18, 32:17,
33:9, 45:7,
45:14, 46:14,
46:19, 55:20,
59:17, 82:1,
91:1, 103:19,
107:9, 108:18,
110:24, 157:5
**nice**
106:2
**nicholas**
87:11, 87:19,
87:21
**nine**
19:5
**nitric**
34:4, 34:11,
34:18, 156:8,
156:15, 157:8,
158:20, 159:6,
160:12, 160:16,
172:25, 190:22,
190:24
**no2**
158:16
**non-group**
43:4
**non-pah**
43:4

**non-pulmonary**
42:19
**non-randomized**
74:14
**non-real**
179:19
**non-written**
17:6
**north**
3:14
**note**
53:4, 105:20
**noted**
193:7
**nothing**
50:17, 53:4,
90:23, 95:9,
191:25, 194:11
**nothing's**
104:9, 104:18
**notice**
2:17, 17:18,
34:2, 85:8
**november**
89:2
**number**
5:2, 6:3,
17:19, 23:6,
29:9, 32:3,
32:5, 32:21,
32:22, 33:24,
34:1, 34:2,
58:13, 63:19,
83:22, 84:15,
87:8, 89:12,
93:17, 107:17,
108:6, 108:12,
114:17, 118:1,
118:4, 127:19,
136:21, 137:7,
138:8, 138:14,
138:21, 144:20,
152:11, 152:12,
152:13, 183:13,
186:4, 189:24
**numbered**
187:14
**numbers**
37:21, 127:20,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

77

133:18, 139:14,
142:1, 149:24,
164:2
**numerous**
57:23, 155:14
**nw**
3:14, 3:21
**nyha**
91:9, 92:16

---
O
---

**oath**
7:6, 9:4
**object**
8:24, 39:19,
108:25, 140:21,
178:4, 178:20,
185:23, 186:21,
186:24, 187:5,
188:2, 188:16,
188:22, 189:2,
189:19, 190:16,
191:4, 191:9,
191:16, 191:22
**objection**
15:4, 15:8,
17:16, 24:10,
47:19, 56:20,
63:12, 63:24,
67:25, 68:9,
68:12, 75:4,
80:14, 85:23,
92:18, 93:7,
93:8, 97:7,
98:6, 98:7,
98:8, 100:13,
115:12, 118:17,
131:12, 155:22,
165:9, 168:2,
171:15, 171:19,
172:11, 174:17,
176:5, 176:24,
177:13, 178:4,
179:7, 179:25,
186:2, 188:5,
188:11
**objective**
127:23

**observation**
137:18
**observational**
158:10
**obstruction**
146:16
**obstructive**
39:22, 45:19,
45:22, 45:25,
51:24, 145:18,
146:2, 146:5,
148:10
**obviously**
15:23, 37:13,
60:4, 62:10,
90:23, 179:17
**occasion**
83:10
**occur**
134:25, 175:2
**occurred**
75:8, 134:18
**october**
13:23, 20:21,
20:24, 88:16
**offense**
158:14
**offered**
167:17, 169:17,
170:3, 177:4
**offering**
86:25, 115:8,
117:1, 132:11,
163:13
**offhand**
141:17
**office**
15:21
**official**
28:3
**often**
21:14, 27:10,
46:2, 49:5,
55:16, 59:8,
81:16, 82:4,
100:22, 100:24,
134:25
**oftentimes**
21:13, 57:8

**oh**
50:23, 84:13
**older**
141:7
**one**
6:3, 8:9,
13:14, 14:17,
23:24, 27:12,
29:7, 32:1,
34:1, 34:24,
42:17, 44:7,
51:8, 54:2,
54:19, 54:25,
56:7, 58:7,
62:8, 64:13,
68:14, 71:12,
72:24, 74:13,
80:17, 86:8,
88:20, 89:15,
91:6, 91:16,
94:16, 96:14,
97:1, 104:23,
106:9, 106:15,
107:16, 107:18,
108:7, 109:20,
110:10, 110:12,
113:25, 114:5,
114:6, 119:8,
121:5, 122:23,
124:13, 125:16,
126:12, 129:6,
129:8, 130:16,
137:18, 138:10,
141:12, 143:8,
148:20, 148:25,
149:3, 152:17,
153:20, 157:12,
158:1, 158:11,
167:4, 171:9,
177:3, 179:1,
180:16, 182:23,
183:23, 184:8,
188:24, 189:9
**ones**
16:11, 25:25,
73:12, 85:25
**only**
9:17, 13:15,

22:20, 34:1,
47:17, 54:18,
54:25, 67:7,
67:8, 67:20,
69:14, 90:18,
109:1, 119:12,
129:3, 162:7,
165:18, 166:24,
182:5, 182:10,
183:15, 184:12
**open**
117:19, 150:23,
181:25
**opinion**
15:24, 23:17,
72:3, 72:8,
72:14, 77:10,
78:3, 94:11,
95:6, 95:18,
95:22, 98:2,
99:4, 108:13,
120:13, 129:24,
130:9, 139:24,
142:19, 148:15,
148:23, 153:19,
155:1, 159:13,
167:17, 168:14,
168:25, 169:18,
171:24, 172:7,
177:5, 180:23,
182:12, 183:13,
184:2, 186:1,
188:21, 191:17
**opinions**
15:19, 86:25,
87:2, 88:13,
89:16, 92:4,
93:24, 94:7,
96:22, 97:18,
98:13, 115:8,
117:2, 132:11,
133:10, 163:13,
191:21
**opportunity**
108:24
**opposed**
24:8, 55:10,
147:13

optimize
158:25
orange
73:10
oranges
105:3
order
177:7
ordinarily
142:20
ordinary
26:16, 92:10,
142:15, 143:17,
143:20, 148:17,
153:19, 155:19,
155:25, 169:18,
170:4, 178:10,
183:12, 183:14
origin
72:10, 72:15
original
27:19, 32:12,
33:13, 34:3
other
17:2, 17:3,
17:5, 19:6,
19:13, 19:20,
28:13, 35:4,
40:5, 41:25,
43:12, 46:16,
51:2, 51:8,
51:11, 57:24,
66:21, 66:25,
80:17, 97:11,
97:23, 101:25,
102:23, 109:23,
110:18, 111:19,
113:22, 114:4,
114:8, 118:23,
126:21, 140:4,
140:17, 141:2,
144:2, 148:5,
148:10, 148:24,
149:1, 150:16,
151:17, 156:15,
157:14, 166:21,
173:13, 174:25,
183:19, 184:8,

184:12
others
60:14, 95:11,
104:11, 189:10
ourselves
37:9
out
9:25, 25:22,
47:23, 52:4,
78:21, 80:22,
80:23, 116:20,
122:17, 128:22,
133:8, 139:17,
140:1, 140:8,
141:21, 159:21,
167:4, 175:10,
180:25, 183:22,
186:4, 188:20,
189:9, 189:24
outcome
111:6, 194:18
outcome"
101:10
outcomes
29:16, 101:24,
102:24, 103:6,
104:1
outpatients
159:23
over
8:19, 23:11,
27:19, 54:24,
63:17, 78:1,
116:5, 124:12,
126:1, 127:3,
154:4
overall
14:17
overlap
36:6
overview
75:19
own
51:6, 60:17,
86:21
oxide
34:5, 34:12,
34:18, 156:8,

156:15, 157:8,
158:20, 159:7,
160:12, 160:16,
172:25, 190:22,
190:24
oxygen
119:10, 119:13
oxygenation
46:13, 182:4

**P**

p
152:4
pacific
6:15
package
164:8
pages
1:26, 13:15,
14:25, 75:19,
85:11, 108:25
pah
41:12, 43:13,
44:23, 46:25,
47:5, 47:18,
67:8, 67:21,
108:21, 113:22,
114:3, 157:9,
158:13, 158:20,
159:3, 159:17,
159:22, 160:17,
169:24
paper
33:13, 33:25,
47:23, 47:25,
48:18, 62:11,
62:19, 62:22,
63:1, 104:17,
133:10, 150:9,
185:21, 189:25,
190:10, 191:1,
191:7
papers
90:9
papers-peer
31:7
paradigm
99:2

paragraph
22:3, 25:6,
27:17, 35:8,
44:6, 44:9,
44:21, 79:16,
79:17, 80:18,
81:15, 88:1,
88:11, 89:6,
89:10, 89:19,
91:2, 103:18,
103:19, 103:20,
104:6, 108:18,
108:24, 118:8,
119:11, 125:2,
129:20, 137:15,
143:23, 153:2,
153:9, 154:14,
157:1, 158:23,
163:2, 169:15,
169:16, 170:14,
170:15, 185:12,
187:13
paragraphs
153:5
parameter
79:24, 79:25,
167:24
parameters
79:22, 81:2,
101:25, 103:16,
121:10, 138:12
parcel
69:2
parenteral
151:4, 151:5,
181:7, 182:1,
183:5
part
24:20, 58:25,
62:9, 69:2,
83:11, 89:16,
117:16, 122:20,
142:15, 147:12,
148:8, 155:17,
158:12, 163:17,
164:24, 167:3,
172:9
participants
143:8

participating
53:13
particular
20:9, 22:10,
22:15, 30:14,
35:8, 38:4,
42:1, 49:7,
49:8, 54:2,
59:14, 59:25,
60:3, 62:11,
65:18, 76:22,
79:16, 81:11,
85:20, 93:2,
106:9, 115:21,
116:23, 119:9,
121:9, 127:13,
127:14, 130:7,
151:20, 154:14,
167:24, 183:19
particularly
97:4, 112:18,
167:13
parts
16:8, 23:9
passage
46:3, 157:18
past
191:12, 191:15
patent
5:13, 5:16,
8:8, 8:15,
89:12, 89:13,
91:23, 92:3,
92:9, 92:13,
92:21, 93:5,
93:13, 93:17,
93:22, 93:23,
94:7, 96:4,
96:22, 98:12,
98:16, 98:19,
114:17, 114:20,
115:19, 116:21,
117:17, 119:2,
119:3, 119:24,
124:22, 132:13,
132:21, 132:22,
133:5, 133:9,
142:20, 155:11,

155:19, 163:4,
163:8, 167:19,
168:6, 172:1,
173:6, 173:10,
173:13, 173:16,
173:22, 174:1,
174:14, 175:13,
176:3, 185:9,
190:15
patents
91:20, 132:24,
170:17
patient
23:16, 23:17,
24:7, 24:17,
24:23, 24:25,
36:17, 36:19,
36:20, 37:7,
37:11, 39:25,
40:1, 50:6,
52:8, 52:13,
57:9, 58:24,
59:18, 81:10,
94:13, 94:18,
94:22, 94:25,
95:3, 95:5,
95:13, 100:17,
101:16, 111:1,
111:9, 111:21,
111:23, 113:19,
113:20, 113:21,
113:24, 114:10,
114:11, 115:5,
115:21, 115:22,
121:9, 121:11,
124:13, 129:10,
129:14, 135:18,
136:21, 150:7,
151:18, 154:18,
155:4, 162:18,
172:22, 173:2,
175:9, 177:20,
177:23, 178:3,
178:8, 179:14,
179:23, 180:5,
180:15, 180:17,
180:22
pawp
79:22

pbd
44:24
pcmh
105:12, 105:13
pcwp
138:16
pedantic
90:12
peer
27:19, 28:16,
30:3, 30:9,
33:17, 48:16
penalty
12:24, 193:1,
193:4
pending
9:18, 9:25
pennsylvania
3:21
people
15:21, 26:2,
26:6, 27:2,
152:19, 159:24,
171:9
percent
23:14, 90:23,
95:21, 104:9,
104:18, 152:20,
152:24, 153:11,
153:12, 153:21,
153:25, 154:1,
154:3, 167:6,
167:7
percentage
23:12
perfect
149:11
perform
56:18, 94:12,
95:3, 163:10
performed
46:11, 151:17,
175:18, 178:1,
178:22
performing
95:17
period
137:18

perjury
12:25, 193:1,
193:4
permission
40:16
permitted
16:5
person
2:4, 80:21,
92:10, 94:11,
142:19, 143:17,
143:20, 148:16,
153:18, 155:19,
155:24, 169:18,
170:3, 170:4,
178:10, 183:12,
183:14, 183:19
personal
50:6, 50:11,
51:7
personally
17:14, 170:21
perspective
156:7
pf
182:5
ph
22:7, 27:20,
27:21, 36:16,
43:25, 44:10,
44:17, 45:1,
45:9, 45:10,
46:16, 46:20,
46:25, 50:12,
50:14, 52:24,
53:14, 53:15,
53:17, 60:13,
61:2, 76:10,
77:2, 77:22,
78:16, 79:21,
109:23, 110:3,
113:19, 150:24,
159:10, 159:22,
182:4
pharmaceutically
96:9, 96:13,
174:10, 174:11,
175:24

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

80

**phase**
55:16, 56:12,
56:13, 56:15,
56:18, 56:22,
56:23, 56:24,
57:3, 57:17,
100:23, 100:24,
147:24, 149:6,
160:16, 182:18,
184:9
**phd**
82:24, 83:24
**phenotype**
37:1, 41:24,
146:13, 182:4
**phild**
22:10, 22:16,
22:23, 23:10,
23:16, 23:17,
24:3, 24:8,
24:17, 24:21,
24:22, 25:10,
27:5, 28:5,
33:7, 33:23,
35:13, 35:20,
35:25, 36:5,
36:13, 36:15,
37:16, 39:9,
40:14, 41:15,
41:19, 41:24,
44:3, 50:1,
50:24, 51:1,
52:8, 64:6,
64:9, 64:11,
75:3, 75:16,
78:5, 78:23,
94:13, 95:17,
95:19, 103:3,
112:25, 113:20,
115:21, 118:14,
118:24, 121:23,
122:1, 146:12,
148:19, 154:19,
155:4, 155:16,
165:8, 165:12,
165:16, 165:19,
169:19, 169:25,
170:10, 177:23,

178:3, 188:4,
188:15, 191:3,
191:8
**phild_increase**
144:21
**phld**
22:8
**phosphodiesterase**
44:24
**phpts**
145:17
**phrase**
97:5, 98:15,
98:18, 183:12,
189:14, 189:18
**physically**
171:16, 171:20
**physician**
38:14, 68:25,
83:5, 99:9,
115:24
**physicians**
69:7, 79:20,
169:5, 184:8
**picture**
52:22
**piece**
175:8
**pih**
24:8, 101:20
**place**
6:18
**placebo**
34:20, 55:13,
55:17, 55:19,
57:9, 57:11,
57:12, 117:10,
117:13, 120:1,
126:12, 147:14,
147:17, 147:18,
147:19, 148:1,
148:2, 148:5
**plaintiff**
1:6, 3:3, 6:23
**planet**
6:17, 7:4
**planned**
159:11

**plastic**
175:8
**platform**
53:15, 53:16,
53:17, 53:18
**please**
6:19, 7:12,
9:6, 9:8, 9:16,
12:20, 16:20,
18:21, 20:18,
43:22, 51:17,
58:3, 61:13,
66:5, 66:16,
70:19, 75:10,
79:15, 87:25,
88:11, 88:24,
89:5, 89:6,
102:6, 110:9,
116:21, 117:25,
120:20, 151:14,
153:3, 154:14,
158:5, 163:1,
164:14, 169:16,
170:15, 174:1,
174:3, 184:15,
187:11
**plenty**
90:10, 93:3
**plus**
36:23, 117:10
**pneumonias**
64:22, 64:24
**podcast**
52:24, 53:14,
53:23, 54:14,
60:3, 60:4, 60:9
**podcasts**
54:16
**point**
36:21, 56:11,
68:21, 93:13,
93:14, 104:8,
107:9, 108:5,
113:11, 134:18,
141:20, 159:21,
178:7, 180:21,
188:20
**pointed**
9:25, 83:1,

**plastic**
169:16
**points**
17:19, 35:5,
60:5, 91:7,
92:13, 103:14,
167:4
**poor**
41:10
**population**
41:21, 50:7,
65:10, 65:17,
121:11, 139:3,
139:5, 139:18,
141:15, 150:8,
151:18, 167:12
**portions**
16:2, 20:4,
87:16, 88:19,
187:6
**posa**
89:21, 91:3,
91:19, 91:24,
154:16, 155:2,
183:12, 184:3
**positive**
158:21
**possession**
17:24, 18:7,
155:20
**possible**
113:13, 120:13,
127:24, 179:13
**possibly**
32:5, 32:6
**post**
176:4
**posted**
105:20
**potential**
45:15, 163:14
**powder**
170:17, 172:18,
173:20, 174:7,
174:15, 174:22,
174:24, 175:1,
175:9, 175:23,
176:4, 176:11
**power**
100:1, 174:8,

175:8, 179:18,
180:13
**practice**
24:15, 29:5,
50:11, 52:15,
83:9, 142:15,
147:7
**practicing**
26:16
**practitioners**
50:19, 50:20
**pre-approval**
166:12
**pre-capillary**
118:2
**precaution**
41:25
**precautions**
39:14, 51:20
**precedes**
13:4
**preceding**
75:18, 160:15
**predict**
111:23
**predicted**
153:11, 167:6
**predominantly**
37:1
**preparation**
11:15, 12:1,
12:5, 47:25
**prepare**
11:3
**prepared**
140:22
**preparing**
12:7, 13:19,
14:2, 14:4,
14:5, 14:18,
16:24, 17:3,
17:7, 85:1,
88:20
**prescribe**
22:11
**prescribed**
22:8, 47:13,
52:7

**prescribing**
35:12, 38:11,
38:15, 50:1,
83:12, 142:25,
143:3, 144:8,
144:14, 164:9
**presence**
78:3
**present**
11:21, 93:3,
140:6, 153:11
**presentation**
143:7
**presented**
145:6
**press**
5:24, 160:4,
160:15, 160:23
**pressure**
23:23, 58:13,
58:15, 58:16,
80:1, 80:7,
90:13, 90:15,
107:18, 108:6,
108:15, 108:16,
111:5, 138:15,
138:16, 138:22,
139:21, 172:22
**pressures**
111:2
**presumably**
48:17, 139:16,
171:10, 186:25
**presume**
15:17, 191:23
**presuming**
15:21
**pretty**
25:18, 56:13,
70:10, 103:12,
107:2, 114:8,
115:15, 116:2
**previous**
33:25, 103:14,
112:19, 113:18,
155:11
**primary**
91:6, 92:13,

99:17, 99:20,
99:24, 100:4,
100:7, 100:11,
100:17, 100:22,
101:9, 101:19,
102:13, 102:17,
110:12, 110:16,
127:23, 161:8,
161:16, 161:19,
161:24, 162:11
**print**
194:13
**printing**
14:15
**prior**
86:12, 86:24,
87:3, 87:17,
88:6, 88:9,
95:22, 134:20,
134:22, 138:11,
180:3, 194:8
**privilege**
8:19
**privileged**
11:7
**pro**
174:9, 174:11
**pro-include**
183:7
**probably**
10:18, 10:19,
18:6, 21:15,
22:24, 32:6,
32:21, 32:22,
33:3, 33:19,
34:1, 35:22,
57:24, 78:24,
102:22, 103:5,
103:9, 114:5,
149:3, 184:5
**problem**
46:1, 125:7
**procedure**
71:18, 72:5,
73:17
**procedures**
137:12, 137:15
**proceedings**
62:7, 62:12,

192:9, 194:16
**process**
16:12, 30:12,
60:6, 70:9
**procter**
3:4
**produce**
84:13
**produced**
84:11
**product**
8:6
**products**
144:3, 144:6,
144:9
**professional**
2:18
**professor**
7:24
**profile**
114:3
**program**
54:7
**progress**
144:2
**promise**
57:16, 96:1,
98:22
**promises**
181:19
**proper**
55:6
**properly**
54:20, 54:21,
55:2, 55:5
**proportion**
95:18
**propose**
78:11
**proposed**
5:25, 30:10,
163:18, 164:6,
164:7, 165:3,
165:6
**prosecution**
132:20
**prospective**
147:13, 147:21,

150:12
**prospectively**
150:18
**prostacyclin**
123:3
**prostanoid**
45:4, 66:24,
67:3, 68:19,
69:8
**prostanoids**
44:25
**protocol**
134:11, 134:12,
134:15, 134:20,
135:17, 136:7,
136:17, 136:19,
136:20, 139:12,
140:18, 141:6
**prove**
56:16, 56:19,
161:8, 161:15,
161:19, 161:24,
182:21
**proven**
162:12, 162:13
**provide**
71:8, 71:13,
81:19, 154:23,
188:21
**provided**
18:3, 18:9,
19:10, 20:9,
20:12, 86:2,
105:19, 105:22,
134:7, 134:9,
140:23, 142:12,
142:13, 164:10,
186:1
**providing**
191:17
**proving**
162:11
**publication**
29:1, 29:23,
30:20, 76:20,
76:22, 131:9,
131:16, 137:5,
137:22, 145:1,

145:12, 164:25,
168:22
**publications**
31:2, 31:4,
31:22
**publicly**
142:16
**publish**
26:5, 51:13
**published**
27:18, 30:3,
30:6, 30:7,
34:14, 42:21,
48:14, 51:6,
61:17, 61:23,
62:4, 64:7,
67:14, 67:19,
69:20, 74:20,
74:24, 75:6,
75:7, 95:23,
99:3, 133:23,
145:6, 149:1,
150:8, 156:9,
157:21
**publisher**
49:6
**publishes**
64:11
**pull**
116:20, 140:1,
140:8, 180:25,
186:4, 189:24
**pulled**
18:5, 118:4,
183:21
**pulls**
175:9
**pulmonologist**
26:16, 72:21,
87:22, 105:25,
142:15
**pulmonologists**
50:21, 159:15
**pulse**
156:15, 158:19,
172:17, 172:19,
172:20, 172:23,
173:1, 173:3,

173:17, 173:19,
175:11, 175:18
**pulsed**
156:7, 156:21,
157:12, 158:11,
170:18, 172:2,
172:5, 172:6,
172:15, 173:8,
173:10, 174:6,
174:15, 174:19,
174:20, 174:22,
174:23, 175:3,
175:22, 176:10,
176:12, 176:14
**pulses**
127:14, 127:19,
128:24, 128:25
**pump**
80:6
**purpose**
29:6, 29:7,
38:15, 48:21,
48:24, 56:21,
71:5, 101:4
**purposes**
70:4, 92:12,
96:22, 97:18,
98:2, 134:7,
168:6
**pursuant**
2:17
**push**
80:23
**put**
30:23, 33:19,
50:18, 52:16,
69:16, 79:5,
98:21, 100:4,
104:16, 104:21,
112:5, 113:3,
141:22, 144:16,
149:20, 152:18,
159:19, 183:23,
191:1
**putting**
53:12
**pvr**
79:22, 82:9,

129:25, 138:13,
138:18, 138:20

---

**Q**

**qol**
91:9, 92:17
**qualify**
139:14, 147:9
**quality**
74:7
**question**
7:12, 8:25,
9:10, 9:18,
15:6, 23:18,
29:10, 40:18,
41:10, 65:22,
78:19, 84:19,
100:8, 102:21,
108:2, 109:12,
119:21, 125:3,
128:17, 134:19,
152:17, 165:10,
166:15, 168:13,
172:11, 180:1,
180:4, 183:11
**questioned**
103:23
**questioning**
6:21
**questions**
8:22, 8:23,
9:1, 9:6, 9:7,
10:13, 64:13,
184:23, 184:25,
185:15, 185:18,
186:6, 186:13,
186:15, 188:18,
190:19, 190:23,
191:24
**quite**
32:2, 47:11
**quotations**
189:17
**quote**
20:7, 36:18,
91:5, 91:6,
154:19, 154:22,
189:11, 189:14,

189:20
**quotes**
20:10

**R**

**random**
53:11
**randomization**
138:11
**randomize**
147:22
**randomized**
44:15, 57:2,
57:4, 57:13,
74:10, 74:13,
77:14, 101:8,
123:6, 146:20,
147:24, 159:1,
159:9, 182:7,
182:20, 183:5,
183:17
**range**
71:13
**rare**
52:23, 55:18,
60:25, 61:9
**rate**
71:12, 74:18
**rather**
26:4, 59:9,
68:13, 141:6,
147:4
**rating**
70:16
**rcps**
68:22
**rct**
147:24
**rcts**
44:15, 65:9,
65:16, 65:18,
66:25, 69:2
**re-ask**
65:22
**reaction**
131:10, 131:14
**read**
18:4, 20:5,

22:13, 26:6,
35:16, 45:2,
46:3, 46:9,
54:24, 55:3,
55:11, 62:5,
68:1, 83:10,
99:9, 104:1,
108:8, 108:17,
109:11, 113:16,
125:8, 178:13,
182:8, 183:14,
183:19, 185:9,
187:15, 187:21,
187:22, 193:4
**readership**
50:13
**reading**
43:10
**reads**
26:11, 39:15,
44:14, 45:14,
46:23, 47:4,
68:25, 96:4,
108:4, 137:16,
144:1, 181:25
**real**
36:9, 72:19,
95:10, 147:5,
147:12, 150:15,
150:18, 179:19,
184:7
**realize**
37:20
**realized**
181:10, 181:18
**really**
56:15, 56:19,
73:1, 73:2,
73:9, 80:9,
101:14, 103:6,
106:17, 110:19,
113:13, 141:14,
161:21
**reason**
10:12, 90:18
**reasonable**
148:17, 159:15
**reasons**
89:20

**rebuttal**
5:12, 87:10,
88:2, 88:12,
89:12
**recall**
8:10, 8:13,
11:25, 16:7,
20:14, 30:14,
43:9, 49:2,
49:7, 53:13,
53:23, 60:2,
86:6, 87:1,
104:15, 131:13,
132:14, 185:18,
186:6, 186:14,
190:19
**receive**
78:5
**received**
95:13, 120:1,
120:4, 120:7,
120:10, 129:11,
129:14
**recent**
110:11
**receptor**
44:23, 66:22,
68:17
**recess**
42:7, 79:11,
154:9, 184:18,
192:5
**recognize**
12:12, 28:22,
37:25, 42:14,
48:7, 61:20,
66:7, 83:25,
99:5, 114:18,
133:20, 142:3,
144:21, 150:1,
156:11, 164:3
**recollection**
54:13, 106:6
**recommend**
71:14, 161:9
**recommendation**
25:21, 69:12,
71:6, 72:23,

75:23, 76:3,
77:2, 77:9,
77:18, 77:21,
78:6, 78:13,
78:16, 78:23,
79:2
**recommendations**
25:18, 26:1,
26:5, 26:7,
26:8, 26:15,
26:21, 46:15,
48:2, 62:17,
66:25, 68:20,
68:25, 69:3,
69:9, 70:9,
70:17, 70:22,
71:3, 71:13,
76:1
**recommended**
47:6, 69:7,
71:21, 71:22,
77:17, 160:25
**recommended"**
73:19
**record**
7:13, 42:5,
42:8, 53:4,
53:12, 55:23,
77:8, 79:9,
79:12, 105:20,
108:17, 116:10,
116:11, 116:14,
132:20, 154:7,
154:10, 184:14,
184:16, 184:19,
186:9, 192:3
**recording**
53:23
**recruited**
150:24
**red**
73:2, 73:18
**reduced**
194:13
**reducing**
90:14
**reduction**
82:8, 119:14,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

84

179:1
**refer**
61:5, 73:24,
84:21, 121:23,
134:1, 144:24,
152:1
**referees**
30:11
**reference**
19:25, 31:17,
43:6, 43:7,
61:1, 66:7,
67:19, 76:7,
76:13, 76:19,
96:18, 104:23,
105:1, 109:5,
113:15, 144:23,
153:6, 178:25,
181:3, 181:17
**referenced**
34:4
**references**
66:2, 89:15
**referred**
39:23, 85:19,
105:2, 165:23
**referring**
29:24, 39:15,
39:20, 40:17,
59:25, 60:2,
62:14, 81:25,
94:25, 104:3,
104:15, 119:17,
130:6, 136:16,
179:22
**refers**
13:3, 61:8,
113:16, 121:20,
159:6
**reflects**
15:23
**refresh**
54:13, 106:6
**reg**
111:7
**regarding**
28:13, 30:20,
88:8, 92:19,

120:14, 132:9,
155:18, 156:20,
158:19, 165:19,
168:5, 169:4,
185:16, 186:7,
186:13, 186:15,
190:19
**regardless**
68:7
**regimen**
169:24, 169:25
**register**
35:15, 134:16
**registered**
2:18, 133:23
**registration**
100:15, 100:23
**regularly**
22:11, 25:15,
29:4
**regulatory**
111:7, 111:17
**relate**
33:22, 106:24
**related**
10:11, 25:18,
28:25, 29:9,
70:10, 76:21
**relates**
38:23, 49:8,
182:24, 184:3
**relating**
18:24
**relation**
89:12
**relationship**
103:25
**relatively**
59:8, 63:20
**release**
5:24, 160:4,
160:15, 160:24
**relied**
12:6
**relying**
140:18
**remarks**
143:24, 144:1,

144:4
**remember**
8:11, 10:21,
19:24, 30:17,
34:23, 54:1,
54:16, 61:3,
133:3, 171:1,
171:17, 185:15,
190:22
**removed**
141:6, 141:8,
141:11
**repeat**
180:12
**rephrase**
168:4, 171:18,
186:14
**report**
5:12, 12:21,
29:15, 30:24,
86:5, 87:10,
87:17, 88:2,
88:12, 88:14,
88:15, 89:5,
89:12, 185:3
**reported**
1:27, 129:24,
132:5, 140:5,
140:19, 146:7,
151:20, 153:10,
158:13, 166:22,
166:24, 184:4
**reporter**
2:18, 2:19,
7:3, 194:6,
194:24
**reporter's**
12:9, 28:19,
37:18, 42:11,
48:4, 52:17,
61:14, 69:17,
83:19, 87:5,
93:15, 98:23,
105:5, 114:14,
130:19, 133:15,
141:23, 144:17,
149:21, 156:3,
160:1, 163:23,

163:25
**reporting**
131:5, 191:7
**reports**
88:13, 88:20
**represent**
6:20
**represented**
88:13
**representing**
6:17, 7:4
**reproduce**
129:21
**reproduced**
156:25, 169:2
**require**
100:17, 178:1,
182:6, 183:16
**required**
55:19, 58:24,
91:20, 138:9,
170:18, 172:5
**requirement**
178:10, 178:17
**requirements**
143:16
**requires**
56:23
**requiring**
97:19
**research**
28:13, 31:7,
33:13, 33:15,
34:3
**resistance**
80:3, 80:4,
80:7, 90:13,
90:15, 111:2,
138:13, 139:20
**respect**
71:6, 80:10,
109:1, 144:3
**respiratory**
28:3, 61:18,
69:25
**respond**
111:24, 112:3
**responds**
88:12

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

**response**
87:11, 87:12,
112:7
**rest**
136:10
**restricted**
145:19
**restrictive**
45:19, 46:2,
146:8, 146:10,
148:9
**result**
46:4, 59:15,
149:13, 153:14,
153:18, 170:5,
179:14
**resulted**
134:13
**results**
33:16, 35:1,
35:3, 35:6,
76:25, 113:3,
131:16, 144:2,
148:8, 151:16,
159:14, 184:4,
191:7
**retained**
10:16, 86:21,
88:6, 171:19
**retains**
142:21
**retrieved**
18:16, 134:6
**retrospective**
74:16, 146:24,
147:1, 147:3,
147:11, 150:13,
150:16
**return**
119:1
**review**
19:2, 19:12,
33:2, 33:3,
33:9, 33:12,
33:14, 33:18,
33:24, 34:2,
43:3, 48:11,
48:13, 48:22,

48:23, 48:25,
49:4, 49:5,
49:8, 49:16,
49:21, 50:3,
50:5, 50:12,
50:18, 50:25,
51:2, 51:5,
51:10, 70:7,
83:5, 85:16,
86:4, 87:2,
87:16, 95:23,
98:11, 99:1,
101:4, 101:5,
102:6, 117:1,
132:12, 133:2,
142:16, 156:6,
156:17, 156:19,
158:19, 159:15,
169:6, 173:9
**reviewed**
11:8, 11:10,
11:24, 12:1,
12:5, 17:22,
19:15, 27:19,
28:17, 30:3,
30:6, 30:8,
30:9, 32:23,
33:17, 48:16,
84:25, 86:23,
88:16, 88:19,
92:3, 92:9,
131:6, 132:24,
133:9, 171:13
**reviewed"**
31:8
**reviewers**
30:11
**reviewing**
33:6, 51:6
**reviews**
31:5, 33:14,
33:17, 33:21
**revised**
38:8, 47:24
**revisions**
30:11
**rga**
1:9

**rhc**
138:10
**rich**
60:24
**richard**
1:18, 2:4, 4:3,
6:4, 7:14,
52:24, 54:5,
105:25, 193:3,
193:16
**riociguat**
65:8, 66:19,
68:15, 69:15,
162:16, 190:19
**rise**
162:21
**rise-iip**
162:15
**risk**
59:9, 113:22,
114:4
**risks**
52:12, 52:14
**robert**
48:19
**robust**
183:24
**romeo**
3:6, 4:4, 6:22,
7:7, 7:10, 53:7,
55:25, 56:5,
60:20, 67:12,
67:17, 68:10,
84:8, 84:11,
84:15, 84:18,
86:3, 89:10,
107:12, 107:24,
108:3, 137:8,
140:9, 140:12,
181:16, 185:23,
186:2, 186:21,
186:24, 187:5,
188:2, 188:5,
188:11, 188:16,
188:22, 189:2,
189:19, 190:16,
191:4, 191:9,
191:16, 191:22,

191:25, 192:8
**rothblatt**
143:9, 186:16,
186:18, 187:25,
188:7, 188:19,
188:20
**rothblatt's**
143:13, 187:7,
188:25
**rough**
35:22, 192:6
**routinely**
112:19, 113:17
**row**
76:6, 130:14,
135:6
**rpr**
1:28, 194:23
**rubin**
48:19
**rules**
8:20, 10:3,
10:6, 78:21,
79:1
**rv**
182:4

**S**

**s**
185:19
**sacks**
40:9
**sacs**
46:1
**safe**
44:25, 46:25,
144:7
**safety**
38:19, 39:16,
41:17, 51:22,
52:9, 117:20
**saggar**
28:8, 28:12,
28:16, 66:9,
95:24, 150:14,
153:6, 153:15,
155:12, 181:3,
184:4, 189:25,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

86

190:9
**said**
10:10, 16:1,
26:25, 27:2,
27:4, 27:9,
36:5, 46:10,
47:13, 53:25,
54:15, 56:21,
62:1, 67:10,
69:14, 71:12,
77:13, 77:15,
78:10, 93:22,
94:22, 95:16,
98:3, 100:15,
107:21, 109:21,
131:4, 175:5,
175:18, 178:9,
187:16, 189:10,
194:12, 194:15
**salt**
96:9, 96:13,
174:10, 174:11,
175:24
**same**
12:19, 63:14,
73:8, 106:3,
112:4, 118:4,
125:24, 125:25,
134:3, 136:21,
139:11, 169:24,
170:11, 172:11,
180:15, 188:5,
188:11, 192:8,
194:14
**san**
105:13, 106:9
**santa**
1:20, 2:9,
2:11, 6:19
**sanya**
3:20, 7:1,
10:22, 10:23,
11:23
**satisfaction**
182:21
**saturation**
119:15
**saturations**
119:13

**saturday**
1:19
**saw**
61:22, 63:13,
131:7, 170:24,
171:22, 173:15,
188:10
**say**
6:11, 12:24,
19:14, 20:6,
22:5, 22:15,
27:18, 30:9,
35:12, 36:10,
37:3, 41:2,
41:4, 44:7,
46:8, 47:21,
49:15, 50:23,
56:10, 57:4,
57:8, 57:24,
58:5, 58:17,
59:13, 59:17,
60:8, 62:12,
68:21, 69:4,
70:12, 70:15,
77:24, 79:20,
81:16, 82:4,
82:8, 91:14,
100:14, 104:19,
105:24, 106:13,
107:10, 107:14,
107:21, 109:3,
110:24, 111:7,
111:19, 116:3,
125:21, 128:24,
130:4, 145:4,
145:23, 148:7,
149:4, 150:20,
152:23, 153:1,
156:19, 157:11,
158:9, 158:18,
162:10, 164:7,
170:16, 171:11,
172:20, 174:19,
175:4, 179:21,
180:11, 180:20,
182:20, 182:21
**saying**
60:24, 69:10,

69:11, 125:8
**says**
33:1, 37:20,
38:8, 40:24,
40:25, 41:11,
43:11, 43:25,
44:21, 45:7,
46:20, 51:19,
51:22, 54:4,
54:18, 65:6,
66:19, 70:21,
72:2, 72:8,
72:10, 72:13,
72:15, 73:1,
73:2, 73:15,
73:18, 75:12,
76:1, 76:9,
88:12, 89:20,
97:11, 101:5,
102:7, 103:21,
107:22, 110:9,
117:25, 118:21,
122:23, 124:2,
124:3, 125:7,
125:10, 127:22,
128:2, 129:23,
135:10, 135:23,
136:18, 138:9,
145:17, 152:3,
153:10, 154:16,
157:7, 174:5,
175:17, 175:21,
177:21, 189:9
**scale**
159:2
**scars**
114:1
**scientific**
73:24, 82:19
**scope**
140:21
**scores**
91:9, 92:17
**scoring**
152:10, 152:11
**screenshot**
5:8, 52:20
**second**
13:14, 28:9,

29:13, 29:14,
46:23, 114:25,
137:14, 140:7,
152:22, 154:16
**secondary**
99:18, 99:21,
102:10, 102:11,
103:8
**seconds**
117:21
**section**
18:20, 19:20,
31:1, 31:7,
31:11, 31:22,
32:17, 33:9,
46:19, 64:21,
75:12, 119:18,
137:11, 164:16,
165:24, 185:7,
185:12, 187:25,
188:19, 190:7
**sections**
16:13, 75:19
**seeing**
131:10
**seems**
101:24, 132:18,
174:23
**seen**
69:21, 87:13,
95:12, 160:5,
160:7, 171:3,
171:4
**sees**
50:16
**segments**
148:4
**select**
17:14, 17:17
**selected**
19:24, 30:10,
50:24
**selection**
30:12, 105:11
**self**
107:2
**self-explanatory**
115:16, 132:18

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

87

semantics
162:23
sense
26:14, 132:23,
175:11
sentence
35:11, 44:5,
44:11, 44:14,
44:20, 45:14,
46:9, 46:15,
55:21, 81:20,
82:1, 82:3,
82:6, 103:17,
103:20, 104:5,
109:19, 112:13,
129:23, 137:15,
153:9, 158:24,
183:22, 187:15,
189:8
sentences
68:2, 68:5,
68:6, 68:7,
113:16
separated
127:13
september
105:12
serve
25:17, 144:5
served
8:15
serving
8:11
set
114:10
setting
45:10, 182:5
seventh
76:6
several
11:14, 27:20,
34:3, 54:1,
54:16, 68:2,
89:20, 108:25
severe
36:16, 45:10,
77:16, 78:16,
80:9, 113:7,

113:10, 114:2,
118:1, 167:13
severity
24:12, 45:11
share
59:10
shareholders
186:23, 187:3,
187:7, 188:8,
189:1
shares
59:9
short-term
46:10, 101:8
shorter
9:15, 126:1
shortest
127:23
shorthand
2:19, 194:6,
194:13, 194:24
should
37:10, 40:20,
40:23, 40:24,
71:24, 72:10,
72:21, 72:24,
73:1, 73:6,
73:7, 73:9,
77:25, 78:17,
102:14, 107:21,
155:14, 158:25
shouldn't
73:2
show
64:15, 91:17,
95:19, 104:4,
171:9, 179:19
showed
35:4, 35:5,
57:16, 81:10,
148:11, 154:19,
167:14, 169:8
showing
44:22, 90:7,
110:17, 110:18,
165:7, 183:24
shown
65:7, 65:16,

103:6
shows
121:9, 169:7,
169:9, 169:10,
182:19
side
80:5
sided
25:4
sign
21:12, 21:23
signals
188:9, 188:14
signature
12:22, 13:12,
21:7, 21:10,
21:14, 21:15,
21:17, 21:19
signature-mig2k
194:21
signatures
85:6
signed
21:21, 21:25,
89:1, 193:8
significance
25:21, 152:8,
153:17, 153:18,
179:11, 180:7,
180:18, 180:19,
180:22
significant
39:18, 51:23,
52:10, 66:19,
139:25, 152:16,
152:24, 153:14,
154:20, 158:14,
167:5, 167:14,
179:1, 179:6,
179:14
signs
162:9
sildenafil
46:11, 66:23,
68:18
similar
36:17, 36:19,
139:18, 148:22,

173:1
simple
101:14, 109:14,
113:24
simply
118:23
since
20:24, 27:18,
49:20, 112:18,
136:13, 155:16,
171:19
single
96:7, 96:11,
96:19, 96:24,
150:19, 179:14,
179:22, 179:23,
180:8, 180:21
sir
7:19
sit
60:8, 63:25
sitting
18:8, 79:4
situation
57:16
six
80:12, 124:12,
126:7, 127:3,
145:25, 171:23
six-minute
82:13, 90:8,
92:15, 101:9,
101:12, 102:19,
110:14, 124:4,
124:6, 125:11,
148:12, 154:21
six-minutes
135:11
sixth
62:7, 62:9,
62:13, 69:6
size
132:4
skill
92:10, 142:20,
143:17, 143:20,
148:17, 153:19,
155:20, 155:25,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

88

169:18, 170:4,
178:11, 183:12,
183:14
**skills**
64:1, 64:3
**skips**
85:8
**slight**
185:20, 185:25
**slightly**
183:11
**small**
26:4, 39:13,
63:20, 74:16,
139:13, 139:19,
139:23, 141:2,
153:23
**society**
69:25, 70:1
**sold**
164:11
**solely**
144:4
**solution**
124:25, 135:11
**some**
11:10, 15:24,
16:1, 18:1,
18:2, 18:4,
23:20, 24:1,
25:1, 56:13,
59:20, 60:13,
73:4, 73:5,
73:17, 95:1,
95:10, 103:23,
104:10, 104:16,
111:6, 134:18,
142:23, 142:24,
147:5, 148:3,
161:16, 161:18,
169:9, 169:10,
174:5, 174:21,
188:9
**somebody**
114:3
**someone**
36:13, 102:25,
171:8

**someone's**
21:13
**something**
24:5, 37:10,
40:16, 43:16,
51:4, 64:16,
72:19, 72:21,
79:25, 100:19,
102:2, 102:14,
102:22, 109:9,
149:8, 161:22
**sometimes**
21:24, 33:18,
182:16
**somewhat**
102:22
**soon**
61:23, 62:3
**sorry**
6:9, 12:22,
41:20, 44:7,
55:25, 60:20,
67:15, 79:16,
101:2, 104:4,
107:11, 107:12,
107:20, 128:10,
137:6
**sort**
26:3, 36:5,
55:9, 70:7,
74:18, 85:6,
106:3, 111:6,
152:8
**space**
34:9
**span**
185:12
**speak**
106:8, 116:17,
182:15
**speaking**
109:17
**specialist**
54:6, 87:23
**specific**
10:19, 14:13,
24:11, 24:18,
26:13, 26:20,

29:12, 47:22,
60:8, 64:14,
85:25, 91:22,
92:1, 93:12,
97:11, 107:3,
110:12, 111:21,
131:14, 168:13,
182:13
**specifically**
28:15, 30:19,
33:6, 39:12,
41:21, 53:25,
54:15, 54:17,
55:18, 61:11,
78:19, 86:6,
120:16, 124:14,
132:15, 140:25,
150:20, 165:16,
169:1
**specification**
94:1, 173:9,
173:12
**specifics**
49:20
**specified**
150:19
**specify**
136:20
**speculate**
78:8, 159:24
**speculating**
101:23, 104:19,
141:15
**spelled**
128:22
**spend**
8:20, 14:4,
14:18, 14:22
**spent**
10:25, 13:25,
14:2, 14:6, 14:8
**spite**
111:22
**spoken**
88:8
**sponsored**
166:7
**stamps**
56:7

**standard**
144:11, 147:23,
152:8
**standards**
57:2
**start**
7:11, 14:16,
22:2, 35:11,
54:24, 67:17,
68:10, 91:18,
109:4, 110:9,
122:22, 130:15,
136:1, 138:8,
163:25, 166:17,
172:16
**started**
34:11, 35:12,
136:21
**starting**
105:24, 106:12,
107:9, 123:21,
135:18, 136:8,
136:12, 137:22,
187:21
**state**
2:20, 6:20,
7:12, 40:13,
41:14, 184:12,
194:1, 194:25
**statement**
60:10, 60:12,
61:4, 64:15,
65:13, 65:23,
91:13, 93:2,
93:6, 94:23,
106:21, 111:13,
111:16, 112:1,
183:15, 183:19
**statements**
53:5, 69:5,
187:7, 188:25
**states**
1:1, 6:7, 6:12,
57:24, 87:9,
112:13, 164:11
**stating**
109:8
**statistical**
152:8, 152:9,

**statistically**
99:22, 152:16,
152:24, 153:14,
167:5, 167:14,
179:1, 179:5,
179:13
**statistics**
179:17
**steeped**
99:10
**steven**
18:24, 63:2
**stick**
169:17
**still**
57:13, 67:16,
104:17, 111:15,
111:22, 114:9,
159:12
**stood**
105:16
**stopped**
160:25, 161:3,
161:10, 162:2
**stopping**
161:9
**stops**
85:5
**stopwatch**
102:4
**story**
159:20
**strategy**
158:25
**straw**
175:10
**street**
2:10, 3:14,
6:18
**strict**
78:21, 173:16
**strike**
22:21, 26:8,
33:20, 35:18,
38:6, 46:4,
48:25, 49:24,

179:11, 180:7,
180:17, 180:22
54:21, 65:23,
67:12, 72:18,
83:8, 86:9,
93:17, 94:2,
94:11, 95:3,
117:24, 118:18,
118:19, 119:3,
123:12, 123:17,
131:6, 137:14,
166:9, 167:11,
177:4
**structured**
70:9
**studied**
34:13, 110:20,
159:12, 166:4,
166:10
**studies**
46:10, 65:6,
74:16, 90:6,
95:22, 100:24,
104:10, 112:20,
113:18, 114:6,
121:7, 121:11,
122:2, 122:12,
134:18, 149:1,
157:21, 157:23,
158:10, 158:13,
161:21, 161:22,
184:7
**studying**
34:11, 57:8,
112:24, 113:8
**sub**
72:7
**subcutaneous**
151:9
**subgroup**
122:2
**subject**
34:19, 43:1,
54:14
**subjects**
138:9
**submitted**
12:17, 21:24,
88:15
**submitting**
88:2, 89:11

**subparagraph**
65:3
**subset**
28:5, 176:4
**substance**
10:8, 11:7,
116:17
**substantially**
45:17
**substantiate**
65:9
**succeed**
57:17
**success**
59:7, 59:12
**successfully**
148:18
**sucked**
175:10
**suffering**
96:6
**suffice**
145:23
**sufficient**
44:21, 46:24
**suggest**
104:17, 144:6
**suggested**
30:15
**suggesting**
103:23
**suggests**
181:25
**suite**
2:10, 3:21,
6:18
**sukduang**
3:20, 4:5, 6:9,
6:12, 7:1,
10:22, 10:23,
15:4, 15:8,
16:3, 17:16,
18:12, 18:17,
24:10, 44:7,
47:19, 53:3,
53:9, 55:23,
56:3, 56:20,
60:19, 61:7,

63:12, 63:24,
67:10, 67:15,
67:25, 68:9,
68:12, 75:4,
80:14, 84:7,
84:9, 84:13,
84:16, 85:23,
86:1, 89:9,
92:18, 93:7,
97:7, 98:6,
100:13, 107:11,
107:20, 108:1,
108:23, 109:11,
115:12, 116:7,
118:17, 131:12,
133:6, 133:12,
136:9, 137:6,
137:9, 140:7,
140:10, 140:20,
155:22, 165:9,
168:2, 168:10,
171:15, 172:10,
174:17, 176:5,
176:24, 177:13,
178:4, 178:20,
179:7, 179:25,
180:3, 181:14,
181:20, 184:25,
185:1, 191:24,
192:6
**summarize**
43:14
**summarized**
159:14
**summarizes**
151:16
**summarizing**
153:6
**summary**
43:17, 145:5,
157:21, 158:9
**summit**
20:8
**super**
102:2
**supplementary**
130:24, 131:23,
131:25, 132:2,

**supported**
188:25
**supposed**
70:7, 107:15
**sure**
14:16, 23:15,
26:14, 27:3,
29:4, 29:13,
33:20, 37:4,
42:4, 44:9,
46:14, 47:24,
48:17, 48:24,
56:3, 57:23,
63:14, 70:15,
71:16, 79:2,
79:8, 80:17,
81:10, 90:9,
93:15, 96:2,
102:5, 103:2,
104:5, 107:4,
114:13, 132:19,
138:8, 154:6,
165:11, 166:13,
179:21, 180:2,
181:2
**surrogate**
102:7, 102:9,
102:13, 102:14,
102:19, 102:23,
103:4, 103:5,
103:8, 103:11,
103:13, 103:18,
104:6
**surrogates**
103:22
**survival**
91:10, 92:17,
100:21, 102:24
**survive**
102:18
**survives**
91:18, 100:18,
100:20, 102:15,
111:9, 111:18
**swear**
7:5
**sworn**
4:3, 194:10

**symposia**
63:21
**symposium**
25:9, 25:13,
25:15, 25:22,
26:9, 26:25,
27:5, 27:7,
27:10, 27:14,
27:15, 43:6,
43:8, 43:16,
46:6, 47:10,
62:8, 62:10,
62:13, 63:10,
69:6
**symptoms**
37:12, 39:6,
100:19
**system**
23:20, 78:9,
114:13, 172:25
**systemic**
182:3

---
**T**
---
**tab**
61:13
**table**
70:21, 73:21,
73:22, 75:22,
75:23, 76:4,
78:17, 116:23,
117:1, 117:4,
117:24, 118:5,
119:1, 119:9,
119:12, 119:25,
120:12, 120:17,
120:19, 120:22,
121:4, 121:6,
121:9, 122:16,
122:23, 123:25,
124:9, 125:10,
126:4, 127:12,
128:21, 129:3,
129:18, 129:21,
135:7, 151:14,
151:16, 157:4,
157:15, 157:18,
157:20

**take**
9:13, 9:14,
14:17, 48:3,
49:23, 58:19,
59:17, 78:17,
80:9, 80:22,
87:13, 99:13,
119:7, 124:13,
184:3, 184:5,
184:13
**taken**
42:7, 78:15,
79:11, 116:13,
154:9, 184:18,
192:5, 193:5,
194:12
**takes**
140:23
**taking**
6:18, 7:11,
81:11
**talk**
20:8, 23:15,
54:8, 74:10,
90:9, 105:1,
106:13, 109:18,
113:4, 119:10,
126:3, 127:7,
161:21
**talked**
52:5, 62:15,
74:11, 115:17,
119:14, 141:9,
147:21, 155:10,
155:11, 155:12,
167:8, 183:10,
190:18, 190:21
**talking**
10:24, 35:23,
56:25, 57:25,
60:9, 66:1,
68:23, 91:15,
91:19, 91:21,
91:22, 91:25,
92:2, 92:7,
93:13, 94:18,
100:16, 104:11,
104:12, 105:3,

**106:14, 106:15,**
106:16, 111:16,
130:5, 135:20,
154:2, 182:14
**tape**
102:4
**target**
53:21
**targeting**
44:16
**task**
25:8, 25:17,
27:5
**teachings**
149:1
**technical**
168:13
**technicality**
36:22
**technologies**
1:10, 6:6
**technology**
158:25
**tell**
16:10, 36:7,
58:14, 64:16,
76:16, 80:9,
105:17, 119:2,
119:3, 119:9,
119:16, 124:21,
125:5, 125:14,
125:17, 125:23,
126:17, 127:4,
156:24, 177:2,
188:8
**ten**
12:3, 104:14
**term**
55:9, 81:7,
91:24, 92:8,
161:20, 162:8,
172:8, 176:18
**terminated**
162:18
**terminology**
78:1
**terms**
14:20, 24:12,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

91

115:20, 119:5,
135:18, 152:19,
162:11, 185:22
**test**
80:15, 80:19,
92:16, 99:14,
101:13, 101:14,
101:24, 102:19,
110:15
**testify**
194:10
**testifying**
9:22
**testimony**
10:8, 11:9,
82:24, 116:18,
144:12, 193:8
**testing**
151:17
**th**
13:6, 52:25,
89:2, 105:12
**thank**
32:2, 46:14,
67:12, 86:3,
119:8, 137:9,
141:22, 184:21,
184:24
**theoretically**
174:23, 180:6,
180:17
**therapeutic**
48:11, 48:23,
49:21, 50:3,
82:23, 89:23,
105:11
**therapeutically**
91:5, 92:8,
92:12, 93:1,
96:7, 96:10,
96:18, 96:24,
97:5, 97:14,
97:19, 98:1,
98:3
**therapeutics**
1:4, 6:5, 6:23,
8:12, 10:17,
19:7, 86:18,

142:6, 142:22,
143:11, 149:5,
160:4, 160:10,
166:8, 184:22,
186:11, 186:19,
186:22, 187:1,
190:12, 190:14,
191:12, 191:14,
191:20, 192:1
**therapies**
22:8, 58:1,
101:5, 110:25
**therapy**
34:15, 48:15,
66:24, 67:3,
68:19, 69:8,
75:20, 97:25,
111:24, 150:21,
157:14, 158:12,
182:2, 183:1
**thereafter**
194:13
**therefore**
112:17, 161:9,
169:3
**thereof**
96:9, 96:13,
175:25
**thickened**
24:1
**thing**
9:17, 69:14,
71:15, 100:1,
106:3, 110:7,
111:19, 125:24,
149:3, 173:1
**things**
21:25, 29:9,
59:22, 60:14,
69:13, 82:25,
91:19, 92:1,
97:23, 100:25,
102:16, 141:1
**think**
14:13, 20:5,
26:12, 26:20,
26:22, 26:24,
26:25, 31:24,

35:3, 35:6,
40:15, 43:9,
48:2, 50:9,
50:15, 50:21,
53:7, 53:18,
53:21, 54:1,
56:1, 67:15,
77:23, 78:7,
78:20, 79:5,
81:1, 81:25,
90:4, 90:17,
91:14, 100:15,
103:12, 104:8,
104:16, 104:21,
107:8, 107:15,
110:2, 113:23,
115:22, 115:24,
116:4, 119:8,
128:24, 140:2,
141:13, 141:14,
141:22, 152:21,
155:10, 168:12,
171:8, 172:17,
173:3, 179:10,
186:22, 187:1,
189:24, 190:21,
191:21
**third**
28:10, 28:11,
29:21, 35:11,
44:5, 44:11,
112:13, 130:16,
135:6, 137:15,
187:14
**thorax**
66:10
**thought**
181:18
**thousands**
22:6
**three**
10:19, 14:23,
16:18, 16:19,
57:25, 68:6,
74:2, 96:14,
121:11, 122:2,
130:5, 130:8,
130:14, 133:14,

137:16, 139:15
**thresholds**
139:14, 152:18
**through**
12:18, 15:22,
16:10, 26:20,
31:24, 37:22,
49:19, 50:9,
50:22, 51:3,
68:14, 75:18,
80:6, 83:23,
93:4, 95:25,
96:1, 107:5,
122:16, 126:4,
126:5, 126:21,
133:19, 141:3,
142:2, 149:25,
163:3, 164:2,
167:10, 171:25,
185:9, 185:13,
187:16, 187:22
**time**
6:15, 6:16,
8:20, 8:24,
35:24, 42:3,
42:6, 42:9,
44:8, 47:15,
47:17, 47:19,
47:25, 49:24,
49:25, 50:17,
56:7, 61:22,
63:8, 67:6,
69:5, 72:20,
79:7, 95:23,
116:6, 116:12,
119:7, 124:4,
125:12, 126:2,
126:6, 127:24,
131:7, 154:5,
154:8, 154:11,
155:5, 160:15,
167:2, 170:24,
171:22, 184:17,
184:22, 191:2,
192:3
**times**
3:7, 8:2, 8:19,
11:14, 21:23,

Transcript of Richard Channick, M.D.

Conducted on April 6, 2024

57:20, 135:14,
135:15, 135:22,
135:24, 171:2,
171:4, 180:6,
183:13
**tin**
66:20
**tiny**
113:25
**tissue**
23:1, 23:3,
23:4, 23:7,
23:12, 23:25,
109:5, 109:9,
109:18, 109:22,
110:1, 110:4
**tissues**
23:6
**title**
7:23, 28:4,
99:9
**titled**
16:20, 31:1,
42:18, 83:23,
185:7, 190:7
**titrated**
135:14, 135:23,
136:23
**titrating**
136:5
**titration**
136:2, 136:3
**today**
6:16, 6:23,
7:3, 7:11, 8:22,
9:5, 9:13, 9:21,
10:14, 10:25,
11:4, 13:9,
18:8, 23:16,
54:8, 60:8,
83:15, 89:21,
92:7, 112:2,
112:6, 115:17,
183:10, 183:13,
184:22, 185:16,
186:7, 186:13,
186:15, 189:6,
190:18, 190:22,

192:6
**today's**
6:14, 11:15,
12:1, 12:5,
143:24, 144:1,
192:2
**together**
133:14
**told**
13:25, 14:6,
14:7
**tolerability**
117:20
**tolerate**
136:24
**took**
123:13, 167:11,
181:17
**top**
43:22, 146:17,
187:14
**topic**
33:14, 33:17,
43:3, 157:22
**total**
117:25, 158:12
**totally**
128:10
**tough**
72:25
**towards**
53:19
**traded**
142:17
**traditionally**
74:10
**transcript**
5:11, 5:15,
5:20, 20:12,
53:1, 54:4,
55:21, 56:10,
58:3, 60:17,
81:21, 82:22,
82:24, 83:13,
84:2, 84:6,
84:21, 84:25,
85:4, 85:14,
85:17, 105:9,

105:23, 106:12,
107:22, 108:2,
110:8, 142:7,
143:1, 143:4,
193:5, 194:15
**transcription**
194:14
**transcripts**
83:6, 83:10,
85:20, 85:21,
85:22, 86:5,
86:10, 86:11
**translate**
129:25, 130:11,
182:25
**tre**
122:25, 123:3
**treat**
22:10, 22:15,
27:21, 35:21,
40:14, 106:18,
107:1, 107:6,
111:1, 159:16
**treated**
22:5, 22:23,
23:11, 145:18,
145:24, 147:7,
150:25
**treating**
37:5, 37:10,
83:9, 83:11,
96:4, 159:22
**treatment**
34:5, 35:25,
36:3, 39:4,
40:20, 41:12,
41:15, 42:19,
43:25, 44:10,
44:23, 46:20,
47:18, 54:19,
55:1, 59:18,
67:8, 67:21,
69:19, 70:5,
71:7, 71:18,
72:4, 73:16,
75:2, 77:17,
78:14, 78:18,
91:5, 96:25,

103:25, 106:23,
150:17, 151:22,
152:2, 156:8,
156:21, 157:9,
158:20, 159:3,
165:8, 178:1,
183:25, 184:6
**treatments**
79:21
**treprostinil**
22:9, 27:21,
27:22, 28:14,
45:4, 48:11,
48:22, 49:9,
49:12, 49:16,
49:22, 50:4,
65:8, 67:3,
67:7, 67:20,
75:1, 75:2,
76:7, 76:9,
77:1, 77:21,
78:5, 78:20,
78:22, 90:7,
96:8, 96:12,
117:6, 117:21,
120:4, 120:7,
120:10, 120:15,
121:4, 122:13,
122:17, 123:3,
123:5, 123:8,
123:9, 123:12,
123:14, 124:5,
124:25, 125:1,
125:7, 125:11,
126:1, 126:15,
126:19, 127:14,
127:18, 129:11,
129:15, 135:8,
135:10, 145:25,
147:8, 148:18,
149:6, 151:1,
151:2, 151:4,
151:8, 154:17,
155:3, 165:19,
166:6, 174:9,
175:24, 181:7,
182:2, 183:6,
188:14, 189:21,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

93

191:2, 191:8
**treprostinil"**
127:25
**trial**
30:19, 30:20,
34:20, 34:23,
34:24, 35:4,
55:5, 55:10,
55:15, 55:17,
55:19, 56:12,
56:19, 56:22,
56:23, 57:2,
57:4, 57:17,
59:3, 59:5,
59:12, 59:14,
74:13, 74:24,
76:21, 77:15,
78:4, 83:6,
83:10, 83:13,
85:20, 86:10,
95:13, 99:11,
102:1, 110:21,
113:6, 113:9,
131:5, 133:24,
137:11, 137:15,
137:16, 139:1,
139:2, 139:5,
146:19, 146:21,
146:24, 147:2,
147:3, 147:12,
147:13, 147:15,
147:25, 149:6,
149:10, 149:14,
149:16, 149:18,
159:14, 160:25,
161:3, 164:21,
164:23, 164:24,
165:3, 165:7,
165:11, 182:21
**trials**
34:22, 34:24,
35:1, 35:5,
44:15, 54:9,
54:22, 55:2,
56:15, 57:12,
57:13, 74:11,
74:12, 74:14,
99:2, 100:12,

100:15, 100:23,
101:8, 101:20,
101:23, 141:4,
144:2, 159:1,
159:10
**triumph**
165:21, 165:23,
166:5, 166:7,
166:10, 166:16,
166:18, 166:19,
167:1
**trouble**
93:12
**true**
12:25, 22:17,
45:8, 60:10,
60:15, 103:8,
103:24, 112:1,
193:9, 194:15
**truth**
194:10, 194:11
**truthfully**
10:13
**try**
113:24, 180:5
**trying**
26:14, 58:18,
104:8, 104:16,
109:14, 113:12,
116:7, 119:6,
161:20, 182:17
**tufts**
87:23
**turn**
12:20, 16:19,
18:20, 20:18,
21:4, 22:1,
29:13, 31:10,
43:21, 51:16,
55:20, 64:18,
66:5, 70:18,
75:9, 76:16,
79:16, 87:25,
88:23, 89:4,
91:1, 94:2,
102:5, 106:11,
110:8, 114:24,
120:19, 135:2,

143:6, 151:14,
153:2, 157:4,
160:23, 162:25,
164:13, 169:15,
175:12
**turned**
133:8, 139:17
**tweak**
139:20, 139:21
**twice**
96:17, 125:16
**two**
13:13, 13:17,
16:18, 16:19,
18:23, 19:2,
57:25, 69:13,
72:7, 92:1,
106:1, 110:11,
113:15, 114:1,
130:20, 141:1
**two-and-a-half-d-ecades**
63:8
**type**
15:24, 16:2,
102:10, 103:2,
110:6, 145:1
**typed**
15:14, 16:1,
16:8, 16:11
**types**
8:4, 157:14
**typical**
33:15
**typically**
15:17, 25:16,
30:5, 50:25,
51:9, 55:18,
56:23, 83:5,
91:17, 100:16,
102:11, 102:18,
103:7, 123:15,
124:16, 135:21,
145:6, 151:7
**typing**
14:14
**tyvaso**
5:5, 35:12,

35:15, 35:19,
35:21, 35:24,
37:7, 38:3,
38:4, 38:5,
38:11, 38:17,
39:2, 39:8,
40:13, 40:14,
40:19, 41:18,
41:23, 47:13,
47:17, 47:20,
47:24, 48:3,
50:1, 51:1,
51:13, 52:7,
165:11, 166:10,
166:11, 166:13,
166:16, 166:17,
166:20, 166:21,
166:25, 167:2,
169:19, 169:21,
176:12

---

**U**

**ucla**
7:22, 106:1
**ultimate**
59:15
**ultrasonic**
135:12, 172:21
**unable**
10:13
**unapproved**
144:7
**unclear**
124:19, 126:20
**uncontrolled**
65:6, 158:9,
182:19
**under**
9:4, 12:24,
16:4, 38:9,
39:14, 44:6,
44:9, 101:4,
104:6, 122:23,
123:24, 127:12,
137:15, 139:5,
143:7, 166:1,
193:1, 193:4
**underlying**
39:13, 39:18,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

94

45:18, 51:23,
52:10
**underneath**
73:21, 128:21,
157:18
**underscore**
107:14, 107:15,
107:21
**understand**
9:2, 9:5, 9:21,
9:24, 10:5,
10:9, 16:3,
32:13, 40:23,
41:8, 56:11,
86:15, 86:20,
106:14, 107:8,
107:22, 107:24,
108:4, 109:12,
115:14, 117:4,
120:25, 128:25,
131:3, 131:22,
132:16, 132:19,
147:1, 149:10,
152:19, 164:8,
172:10, 176:14,
177:7, 179:21,
186:18, 187:13,
190:13
**understanding**
165:2, 167:23,
168:6, 172:14,
173:7, 175:2,
175:5, 175:6,
177:10, 177:25
**understood**
9:10, 89:21,
91:4, 154:17,
155:2, 155:8
**unfortunately**
24:19
**united**
1:1, 1:4, 6:5,
6:7, 6:12, 6:23,
8:12, 10:17,
19:7, 82:23,
86:18, 87:9,
142:6, 142:22,
143:11, 149:5,

164:11, 166:8,
184:22, 186:10,
186:19, 186:22,
187:1, 190:12,
190:13, 191:12,
191:14, 191:19,
191:25
**units**
138:14, 138:19,
138:21, 139:16
**universal**
94:23
**university**
87:23
**unless**
8:24, 41:1
**unlikely**
50:22, 161:6,
161:23
**unmistakable**
188:8, 188:14
**until**
35:19, 47:6,
156:20
**upcoming**
27:7
**updated**
13:23, 20:21,
20:24
**uploaded**
52:25
**upper**
141:5, 141:8
**url**
53:7, 105:19,
105:22
**use**
22:11, 25:3,
28:13, 34:4,
34:11, 34:18,
36:8, 36:9,
38:21, 40:16,
40:24, 40:25,
41:2, 41:5,
41:7, 41:18,
41:23, 47:4,
49:9, 49:16,
50:4, 50:6,

50:11, 50:17,
51:1, 51:13,
66:23, 68:18,
69:10, 69:11,
69:12, 69:14,
77:20, 91:24,
100:7, 103:21,
113:3, 121:2,
124:25, 142:21,
147:19, 156:21,
158:10, 158:19,
162:8, 165:7,
165:15, 165:19
**useful**
71:19, 73:17,
113:3
**usefulness**
72:4, 72:9,
72:13, 77:9
**uses**
49:22, 144:8
**using**
27:22, 34:14,
50:23, 65:8,
79:21, 100:24,
101:8, 159:24,
178:8, 183:7,
191:2
**usually**
33:15, 49:4,
56:11, 80:7,
124:15
**utc**
88:15, 163:7,
190:14
**utc_ph-ild**
37:21
**utcv**
87:10

| V |
| --- |

**vague**
15:4, 15:8,
17:16, 24:10,
26:18, 47:19,
56:20, 63:12,
63:24, 64:13,
67:25, 68:12,

75:4, 80:14,
85:23, 93:7,
98:6, 98:8,
100:13, 118:17,
131:12, 150:20,
155:22, 165:9,
171:15, 174:17,
174:20, 178:4,
179:25
**valid**
183:7, 191:21
**validity**
114:21, 115:8,
155:18, 169:12,
178:7, 179:4
**value**
152:4, 152:6,
152:7, 152:10,
152:14, 153:23,
154:2, 179:11
**values**
89:22
**variable**
111:21
**various**
21:25, 23:6,
25:17, 53:20,
62:17
**vary**
45:17
**vascular**
80:3, 138:13
**vasodilator**
45:15
**vasodilators**
90:16
**vast**
110:10
**ventricular**
138:15
**veracity**
108:2
**verifiable**
191:21
**verifying**
53:5, 112:17,
112:23
**version**
56:1, 56:6,

56:7, 60:22,
84:24, 85:3,
120:24, 169:21
**versus**
6:5, 10:17,
36:9, 82:23,
113:5, 113:8,
115:21, 122:25,
123:5, 125:10,
126:22, 179:19
**vessel**
24:1
**vessels**
80:4
**video**
5:15, 6:4,
6:17, 19:22,
20:2, 20:4,
20:10, 20:13,
20:15, 52:21,
53:2, 105:10
**videographer**
6:3, 6:10,
6:14, 6:16, 7:3,
42:5, 42:8,
79:9, 79:12,
116:11, 116:14,
154:7, 154:10,
184:16, 184:19,
192:2
**view**
36:21, 93:13,
93:14, 171:6,
178:7
**vitae**
20:20
**vital**
80:19, 80:25
**voice**
64:12
**voswinkel**
48:19
**vs**
1:8

### W

**wait**
140:7

**walk**
39:6, 80:12,
82:13, 90:8,
90:21, 92:15,
101:9, 101:12,
101:18, 102:19,
103:1, 110:15,
141:3, 148:12,
154:21
**walks**
101:16
**want**
21:25, 31:25,
36:4, 46:8,
46:13, 49:24,
56:3, 59:4,
59:6, 59:8,
71:10, 92:25,
94:23, 96:3,
102:2, 103:17,
103:19, 107:2,
116:9, 122:16,
129:18, 134:3,
140:10, 161:13,
182:15
**wanted**
51:9, 61:12,
121:25, 159:20,
159:21, 184:9
**wants**
26:11
**warnings**
38:19, 39:14,
51:20
**washington**
3:15, 3:22
**watch**
20:2, 20:4
**watched**
20:15
**watson**
8:12
**waxman**
29:15, 30:21,
76:23, 82:22,
82:25, 83:24,
84:6, 84:25,
85:4, 86:17,

87:12, 88:14,
130:22, 133:10,
134:13, 145:9,
145:11, 154:24,
155:20, 155:25,
164:24, 189:4,
189:5, 189:10
**waxman's**
87:16, 189:20
**way**
8:21, 16:10,
26:17, 32:21,
33:19, 34:10,
36:10, 40:16,
54:18, 54:25,
80:3, 80:22,
100:6, 104:7,
112:4, 113:4,
115:23, 125:18,
125:19, 127:6,
133:11, 153:22,
153:24, 161:12,
161:22, 183:8
**ways**
18:6, 107:2
**we'll**
23:15, 37:4,
80:16, 90:9,
92:6, 92:22,
98:22
**we're**
6:18, 9:13,
22:20, 25:25,
35:22, 37:5,
42:5, 42:8,
56:24, 57:25,
58:18, 59:6,
60:4, 62:8,
63:19, 68:23,
74:19, 79:9,
79:12, 91:21,
91:24, 92:20,
100:16, 100:24,
104:8, 104:11,
104:12, 105:3,
106:14, 106:16,
109:14, 111:16,
116:11, 116:14,

133:14, 136:16,
154:7, 154:10,
161:20, 177:2,
184:16, 184:19,
190:25, 192:3
**we've**
38:16, 42:2,
79:6, 91:15,
105:19, 115:17,
116:4, 137:1,
154:4, 155:10,
155:11, 155:12,
183:11, 189:5
**webinar**
60:24
**website**
144:9
**wedge**
138:16
**weeds**
59:5, 99:24
**weeks**
106:1, 151:22,
153:12
**weight**
72:8
**welcome**
42:10, 79:14,
116:16, 154:12
**went**
139:15, 147:10
**weren't**
63:14, 69:10
**whatever**
53:11, 172:18
**wherein**
96:10, 175:17,
175:22
**whether**
19:17, 30:15,
30:16, 45:18,
45:25, 57:11,
77:24, 92:11,
103:8, 113:21,
115:21, 126:22,
139:18, 148:25,
150:15, 150:17,
163:11, 185:19,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

96

186:15
**whichever**
121:2
**whoever**
26:11
**whole**
26:19, 60:6,
194:10
**wide**
50:19
**widespread**
68:24
**winded**
36:15
**within**
32:24, 109:20,
122:2, 138:10,
161:17
**without**
182:3
**witness**
2:7, 4:2, 7:5,
8:11, 8:16,
15:5, 15:9,
16:7, 17:17,
18:13, 18:19,
24:11, 47:21,
56:21, 61:8,
63:13, 63:25,
68:1, 68:13,
75:5, 80:15,
85:24, 92:20,
93:10, 97:10,
98:10, 100:14,
109:3, 109:13,
115:14, 131:13,
133:7, 133:13,
136:11, 140:25,
155:23, 165:10,
168:12, 171:16,
172:14, 174:18,
176:8, 177:2,
177:16, 178:6,
179:10, 181:23,
184:24, 185:24,
186:3, 186:25,
188:3, 188:6,
188:12, 188:17,

188:23, 189:3,
189:20, 190:17,
191:5, 191:10,
191:17, 191:23,
194:8, 194:19
**wo**
166:2
**woman**
114:4
**wood**
138:14, 138:18,
138:19, 138:21,
139:15
**word**
15:2, 38:21,
52:5
**wording**
71:21
**words**
15:10, 15:13,
15:14, 40:5,
148:5, 148:11,
150:16, 174:25
**work**
10:16, 30:13,
34:9, 34:14,
59:20, 59:21,
60:13, 80:8,
88:9, 90:14,
90:16, 90:17,
90:18, 90:22,
116:8, 142:14,
156:20, 161:14,
162:13, 188:15,
191:3
**working**
11:1, 14:1,
43:15, 43:18,
46:5, 46:15,
62:9, 68:24,
69:3, 69:7,
191:8
**works**
56:19, 95:9,
134:16, 189:11,
189:15
**world**
25:9, 25:13,

25:15, 25:16,
25:22, 26:4,
26:9, 26:25,
27:5, 27:10,
27:15, 43:6,
43:8, 43:15,
46:5, 47:10,
62:7, 62:9,
62:13, 63:10,
69:6, 147:5,
147:12, 150:15,
150:18, 184:7
**world's**
27:1
**worse**
59:22, 60:14
**worsen**
45:15
**worsening**
104:24, 104:25
**wouldn't**
50:10, 51:4,
51:9, 55:11,
136:13, 142:24,
149:3
**write**
15:21, 29:5,
48:25, 49:3,
49:6
**writes**
91:3
**writing**
14:21, 50:12,
51:5
**written**
15:10, 17:1,
17:5, 17:19,
18:2, 30:7,
47:23, 67:6,
67:24, 124:24,
125:2, 125:18,
125:19
**wrong**
6:9, 67:16,
72:20, 94:10,
148:15, 156:24,
169:16
**wrote**
15:13, 16:13,

49:24, 49:25,
52:2, 64:16,
99:8, 156:14
**wu**
138:14

| X |
| --- |

**x-ray**
114:1

| Y |
| --- |

**yeah**
13:17, 21:13,
34:10, 36:4,
49:19, 64:10,
75:15, 77:12,
77:23, 81:4,
82:2, 82:25,
84:8, 85:24,
93:10, 100:14,
111:15, 119:8,
125:13, 125:25,
128:12, 139:13,
146:15, 147:19,
148:7, 168:12
**year**
20:25, 22:11,
22:16, 22:17,
22:18, 23:11,
27:12, 138:11,
171:1
**years**
23:21, 25:1,
25:16, 27:11,
62:16, 104:14,
106:3, 111:22,
155:14, 160:14
**yesterday**
11:17, 11:19,
14:2, 14:8
**york**
3:7, 3:9
**young**
114:4
**yourself**
6:20, 16:2,
18:15, 25:20,
187:15, 187:22

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

97

**youtube**
19:22, 52:20,
52:25, 105:10,
105:19, 105:21
**yup**
32:9, 140:9,
155:9, 174:4
**yutrepia**
5:25, 163:19,
164:6, 164:7,
164:10, 165:4,
165:6, 165:8,
165:14, 165:15,
166:25, 167:18,
167:20, 168:8,
168:15, 168:20,
169:2, 170:9,
171:3, 171:7,
171:13, 171:20,
172:1, 176:9,
176:13
**yutrepia's**
169:5

**Z**

**zero**
122:8
**zeros**
84:21, 84:23

**.**

**.05**
152:18, 179:12
**.06**
152:23

**0**

**00**
79:10, 154:8
**0000001**
142:2
**00000185**
133:19
**00000226**
149:25
**00000579**
83:23
**0000896**
164:2

**00755**
87:9
**010692**
37:21
**08**
42:9

**1**

**1**
150:10, 177:5
**1"**
166:2
**1.1**
154:1, 167:7
**10**
5:12, 13:23,
20:21, 22:3,
42:9, 87:6,
87:7, 87:13,
88:24, 93:17,
106:12, 135:2,
167:19, 168:9,
168:17, 169:12,
170:7, 187:10
**100**
8:3, 8:4, 8:19,
22:10, 22:16,
22:24, 23:10,
90:23, 104:9,
104:18
**10018**
3:9
**105**
5:15
**107**
185:12
**10716793**
89:13, 93:17
**11**
5:13, 25:6,
32:3, 32:14,
79:10, 79:13,
93:16, 93:18,
93:19, 93:21,
110:9, 116:20,
116:24, 119:2,
119:18, 129:19,
163:3, 170:16,

171:25, 173:5,
175:15, 175:22,
185:9
**110**
185:13
**111**
76:17
**114**
5:16
**11826327**
114:17
**12**
5:3, 5:14,
22:22, 27:17,
30:25, 79:18,
89:2, 98:24,
98:25, 99:5,
101:6, 111:19,
116:12, 116:15,
117:10, 123:18,
123:21, 135:14,
135:21, 135:22,
135:23, 138:1,
138:17, 142:2,
151:22, 153:12
**120**
126:15, 127:3
**12018**
186:10
**12300**
7:18
**125**
151:15
**128**
181:12, 181:24
**129**
181:13, 190:4
**1299**
3:21
**13**
5:15, 105:6,
105:7, 109:5,
120:20, 123:24,
124:2, 126:5,
127:8
**130**
5:17, 5:18
**133**
5:19, 169:15,

169:17
**1333**
2:10, 6:18
**14**
5:16, 66:5,
105:12, 114:15,
114:16, 114:18,
120:20, 124:7,
124:10, 127:9,
128:3, 128:7,
128:9, 158:12,
163:4, 170:16,
171:25, 173:5,
173:23, 175:21,
184:17
**14.1**
165:24
**14.2**
164:16
**141**
5:20
**142**
32:6, 32:7,
32:8, 32:14,
157:5
**143**
31:14, 31:21,
32:8, 32:15,
163:2
**144**
5:21
**14491**
1:28, 2:19,
194:6, 194:23
**145**
158:5
**146**
170:14, 170:15
**148**
157:1
**149**
5:22
**15**
5:17, 14:11,
14:19, 14:20,
32:3, 32:14,
88:16, 96:11,
110:8, 125:1,

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

98

| | | | |
|---|---|---|---|
| 125:7, 125:11, | 140:11, 140:18 | 150:3, 150:13, | **2019** |
| 127:18, 127:21, | **170** | 153:7, 181:1, | 61:18, 65:20, |
| 127:24, 128:16, | 61:13 | 189:24 | 65:24, 67:19, |
| 129:11, 129:15, | **18** | **20001** | 67:24, 68:10, |
| 130:17, 130:20, | 5:20, 94:3, | 3:15 | 68:11, 68:23, |
| 130:25, 131:8, | 94:4, 128:4, | **20004** | 69:6, 105:21 |
| 133:5, 134:13, | 141:6, 141:7, | 3:22 | **202** |
| 137:4, 138:20, | 141:24, 141:25, | **2002** | 3:16, 3:23 |
| 139:1, 140:11, | 142:3, 142:5, | 38:9 | **2020** |
| 145:12, 145:18, | 186:4, 186:7, | **2006** | 35:20 |
| 145:19, 146:2, | 186:9 | 89:21, 91:3 | **2021** |
| 146:7, 151:13, | **185** | **2009** | 28:16, 76:22, |
| 164:25, 181:6, | 4:5 | 35:14, 35:18, | 88:16, 89:2 |
| 187:22 | **1870** | 35:19, 38:8, | **2022** |
| **150** | 112:10 | 38:12, 39:2, | 69:18, 69:20, |
| 27:19 | **19** | 39:8, 40:13, | 70:1, 74:20, |
| **1531** | 5:21, 70:18, | 42:24, 46:7, | 77:22, 83:2, |
| 3:15 | 107:10, 107:11, | 47:10, 47:14, | 83:25 |
| **156** | 144:18, 144:19, | 47:17, 49:14, | **2023** |
| 5:23 | 144:21 | 49:17, 169:20, | 13:23, 20:21 |
| **16** | **194** | 169:24 | **2024** |
| 5:18, 33:10, | 1:26, 135:2 | **2012** | 1:19, 6:15, |
| 33:20, 33:21, | **196** | 49:18, 50:4, | 13:7, 22:18, |
| 60:16, 60:19, | 138:1, 138:9 | 52:3, 52:7, | 22:20, 193:6, |
| 79:13, 105:12, | **1988** | 156:10, 156:20, | 193:12, 194:19 |
| 110:24, 130:18, | 27:18 | 158:19 | **21** |
| 130:20, 130:23, | **1996** | **2014** | 5:23, 105:21, |
| 131:1, 131:19, | 158:3 | 66:10, 150:8, | 156:4, 156:5, |
| 131:22, 140:1, | **1a** | 150:14, 153:7, | 156:11, 156:13, |
| 140:8, 140:11, | 122:5, 122:24, | 155:12, 181:3, | 173:25 |
| 140:13, 140:14, | 123:8, 124:9, | 184:4, 189:25 | **212** |
| 140:15 | 124:23, 125:3 | **2015** | 3:10 |
| **160** | **1b** | 99:4, 144:23 | **215** |
| 5:24 | 125:9 | **2017** | 133:19 |
| **163** | **1c** | 52:25, 53:14, | **22** |
| 5:25 | 125:24 | 53:24, 54:11, | 5:24, 60:23, |
| **169** | | 60:11, 67:6, | 82:1, 82:16, |
| 31:11, 32:10, | **2** | 67:11, 67:14, | 82:19, 82:21, |
| 32:15 | | 67:24, 68:8, | 83:2, 83:17, |
| **17** | **2** | 134:1, 139:12, | 84:3, 86:11, |
| 5:19, 32:19, | 121:4, 154:8, | 185:7, 185:16, | 108:19, 160:2, |
| 55:22, 56:10, | 154:11 | 185:19 | 160:3, 160:6 |
| 107:10, 107:13, | **20** | **2018** | **228** |
| 133:16, 133:17, | 5:22, 11:2, | 27:16, 105:12, | 151:15 |
| 133:20, 133:22, | 14:1, 14:7, | 105:14, 111:14, | **23** |
| 134:11, 135:3, | 23:20, 83:2, | 112:1, 142:7, | 1:9, 5:25, |
| 136:17, 137:25, | 87:9, 117:10, | 160:5, 186:10, | 75:23, 76:4, |
| 139:12, 140:6, | 147:8, 149:22, | 188:13, 189:22 | 89:4, 89:8, |
| | 149:23, 150:1, | | |

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024

99

| | | | |
|---|---|---|---|
| 89:19, 163:22, 164:1, 164:3, 164:5, 165:15 | 138:1 | **42** | **6** |
| **232** | **32** | 5:6, 88:23 | **6** |
| 190:5 | 153:3 | **43** | 163:15 |
| **2400** | **326** | 124:2 | **6-minute** |
| 3:22 | 139:2 | **44** | 101:18 |
| **246** | **327** | 118:8, 124:4 | **6-months** |
| 149:25 | 132:12, 133:5, | **443** | 145:18 |
| **25** | 133:9, 137:8, | 102:5 | **6.25** |
| 31:15, 51:16, | 137:11, 142:20, | **45** | 138:19, 138:21 |
| 129:23, 154:11, | 155:18, 163:4, | 117:11, 117:12, | **60** |
| 163:24, 184:20 | 163:7, 167:19, | 118:1, 120:7 | 120:10, 123:18, |
| **26** | 168:5, 170:17, | **48** | 123:22, 126:14, |
| 32:5, 32:14, | 171:25, 173:6, | 5:7, 185:5, | 127:2 |
| 52:25, 120:24 | 173:10, 173:16, | 185:7 | **61** |
| **28** | 173:22, 173:25, | | 5:9 |
| 5:4, 31:10 | 174:14, 175:12, | **50** | **62** |
| **29** | 176:3, 185:9, | 23:14, 35:23, | 153:11 |
| 133:25, 134:2 | 190:15 | 36:23, 37:3, | **620** |
| **2a** | **34** | 79:6, 95:21, | 3:8 |
| 70:24, 72:8, | 128:11 | 105:1, 175:15 | **63** |
| 72:22, 126:4 | **35** | **500** | 32:6, 32:14, |
| **2b** | 79:16, 79:17, | 3:14 | 153:12 |
| 70:24, 72:22, | 128:11, 145:17, | **51** | **64** |
| 77:2, 77:8, | 145:23, 192:4, | 126:5 | 126:5, 162:25 |
| 77:11, 77:20, | 192:9 | **52** | **65** |
| 78:10, 78:20 | **36** | 5:8, 35:8 | 127:8, 170:15 |
| **2d** | 117:25, 154:13 | **54** | **66** |
| 122:10 | **37** | 114:24, 119:18, | 127:22, 129:20 |
| **2e** | 5:5 | 175:12, 176:16 | **693** |
| 126:4 | **39** | **55** | 39:16 |
| **2nd** | 32:5, 32:14, | 32:6, 32:14, | **6mwd** |
| 2:10, 6:18, | 80:18, 85:9 | 42:6 | 82:10, 82:13, |
| 186:10 | **3b** | **56** | 101:9 |
| **3** | 129:6, 129:10 | 89:6, 89:19 | **6mwt** |
| **3** | **3c** | **57** | 91:8 |
| 75:14, 129:4, | 129:8, 129:14 | 116:15 | **6th** |
| 164:18, 184:17, | **3ph** | **58** | 6:15, 27:15, |
| 184:20, 192:4, | 27:22, 28:1, | 66:3 | 194:19 |
| 192:9 | 28:5, 31:23, | **587** | **7** |
| **30** | 32:20 | 85:11 | **7.5** |
| 13:6, 25:1, | **4** | **588** | 122:24, 122:25, |
| 111:22, 120:4, | **40** | 85:11 | 123:9, 123:15, |
| 126:14, 127:2, | 79:17, 81:15, | **59** | 125:10 |
| 130:10, 138:23 | 119:18 | 6:15, 66:3, | **70** |
| **31** | **400** | 66:7 | 5:10, 12:21, |
| 21:5, 135:3, | 2:10, 6:18 | **595** | 12:22, 14:25 |
| | **41** | 83:23 | |
| | 118:23 | | |

Transcript of Richard Channick, M.D.
Conducted on April 6, 2024                                                    100

**700**
3:21
**708**
37:22
**71**
52:24
**716793**
93:17
**73**
75:11
**734**
76:14, 76:19
**756**
3:16
**76**
75:9, 75:22
**7800**
3:23
**79**
84:22, 84:23,
141:5, 141:7,
153:5
**793**
5:13, 89:13,
92:3, 92:9,
92:12, 92:21,
93:5, 93:22,
94:6, 95:4,
95:17, 96:3,
96:21, 98:12,
98:16, 98:19,
116:21, 117:16,
119:2, 119:3,
119:24, 124:22,
155:11
**7th**
25:8, 27:5,
160:5

**8**

**8**
6:15
**80**
153:2, 153:9
**8000**
3:16
**81**
153:6

**813**
3:10
**83**
5:11
**842**
3:23
**87**
5:12, 43:21
**88**
154:14
**8800**
3:10
**8th**
83:24

**9**

**9**
42:6
**90**
34:10, 96:12,
126:14, 127:2
**90401**
2:11, 6:19
**906**
164:14
**910**
164:2
**93**
5:13
**94**
152:24
**95**
152:19
**975**
1:9
**98**
5:14

# EXHIBIT 9



CURRENT OPINION

# The changing paradigm in pulmonary hypertension trials: longer duration, new endpoints

*Barbara L. LeVarge[a] and Richard N. Channick[b]*

EXHIBIT 12
Planet Depos, LLC

**Purpose of review**
Approved therapies for pulmonary arterial hypertension (PAH) currently consist of 12 agents, the majority of which were approved following short-term randomized clinical trials using change in 6 minute walk distance (6MWD) as the primary outcome. However, there is growing concern that significant improvements in this measure do not translate into morbidity and mortality benefits.

**Recent findings**
As a result of data questioning the association between improvements in 6 minute walk distance and improvements in outcome, PAH clinical trial design is increasingly utilizing morbidity and mortality events as a composite primary outcome. This concept was recently illustrated in the published phase 3 trial of macitentan versus placebo, during which the clinical worsening event rate was decreased by 45%. Several additional unpublished trials have been similarly designed, all of which will require extended blinded treatment time in order to accrue sufficient event rates. The definition of morbidity events has varied across clinical studies; further standardization of this parameter is necessary.

**Summary**
Although multiple direct and surrogate outcomes have been studied in PAH clinical research, rate of clinical worsening events, using prolonged, event-driven trial design, has emerged as the new standard.

**Keywords**
clinical trial design, clinical worsening, endpoints, pulmonary arterial hypertension

## INTRODUCTION

Pulmonary arterial hypertension (PAH) is a rare disorder characterized by dysfunction and remodeling of the pulmonary vasculature, leading to an increase in vascular resistance, pulmonary artery pressures, and right ventricular workload. Clinically, PAH creates a syndrome of dyspnea, exercise intolerance, right ventricular failure, and, if left untreated, death. Prior to the modern treatment era, mortality was very high, with median survival 2.8 years after diagnosis of idiopathic PAH [1].

Over the last 20 years, 12 therapies have been approved by the US Food and Drug Administration (FDA) and have changed standard of care management in PAH. Current registry data demonstrate clear improvements in survival since the introduction of modern therapy [2,3], and one meta-analysis similarly supports lower mortality in those on active therapy [4]. The vast majority of PAH phase 3 trials, however, have not demonstrated mortality benefits; further, only a few have used morbidity events as the primary outcome. Traditionally, clinical trial design in PAH has emphasized short-term studies using

exercise capacity outcomes, namely improvements in 6 minute walk distance (6MWD). This paradigm is changing.

## ENDPOINTS IN CLINICAL TRIALS

As in most medical conditions, clinical use and approval of therapies in PAH is based on data obtained from randomized clinical trials (RCTs). A key component of RCT design is the selection and prioritization of outcome measurements. Outcomes can be divided into direct and indirect (surrogate)

[a]Department of Pulmonary and Critical Care Medicine, Beth Israel Deaconess Medical Center and [b]Department of Pulmonary and Critical Care Medicine, Massachusetts General Hospital, Boston, Massachusetts, USA

Correspondence to Barbara L. LeVarge, MD, Department of Pulmonary and Critical Care Medicine, Beth Israel Deaconess Medical Center, 330 Brookline Avenue, Boston, MA, 02215. Tel: +1 617 667 5864; e-mail: blevarge@bidmc.harvard.edu

**Curr Opin Pulm Med** 2015, 21:438–445

DOI:10.1097/MCP.0000000000000197

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Case 1:23-cv-00975-RGA-SRF    Document 75-1    Filed 04/22/24    Page 105 of 223
PageID #: 5687
Trial design in pulmonary hypertension LeVarge and Channick

## KEY POINTS

- Clinical trials in PAH have historically selected short-term (12–18 week) change in 6MWD as the primary outcome of interest.

- Although 6 minute walk testing has value in the clinical assessment of PAH patients, the correlation between changes in walk distance and clinically meaningful outcomes appears to be weak.

- New PAH clinical trials should adopt a composite of morbidity and mortality events as the primary endpoint in order to prove therapeutic efficacy.

endpoints. Direct outcomes are clinically important measures pertaining to how an individual 'feels, functions, or survives' [5,6■]. In PAH, examples would include mortality, hospitalization for PAH, initiation of parenteral therapy, and/or lung transplantation.

Exclusive use of direct outcomes in clinical trials is often not practical. In this case, a surrogate endpoint is an outcome intended to substitute for a clinically meaningful direct outcome. By itself, this surrogate outcome is not of any particular value or meaning to the patient. Ideally, surrogate endpoints should be well established in their role in the causative pathway from therapy to clinical outcome. As an example, evaluation of an antihypertensive agent may have the surrogate endpoint of measured blood pressure as opposed to a direct outcome of stroke incidence, as it can be assumed that reduction in blood pressure will lead to reduction in stroke [7].

For an endpoint to be considered a true surrogate, as opposed to a correlate, one must demonstrate that a change in the surrogate (e.g., in response to therapy) reliably predicts a change in the direct endpoint. In PAH, identification of valid surrogate endpoints has been challenging. Classically, invasive hemodynamics such as pulmonary vascular resistance (PVR), mean pulmonary artery pressure (mPAP), and cardiac index have been considered surrogate endpoints [8], although appropriateness of this has also been questioned [9].

### EXERCISE CAPACITY AS A PRIMARY ENDPOINT IN PULMONARY ARTERIAL HYPERTENSION

Change in ∆6MWD has been the most common primary endpoint selected for PAH clinical trials (Table 1) [10–22,23■]. The history of its adoption in PAH research dates back to the pivotal intravenous epoprostenol trial by Barst et al. [10], the story of which was recently recounted [24]. In discussions

regarding selection of a primary endpoint, use of hemodynamics was vetoed by the FDA, and the study sponsor rejected mortality due to necessary length of the study. Attention was, thus, turned to exercise capacity, and 6 minute walk testing was ultimately chosen over treadmill testing by vote of the steering committee.

The 6MWD test is well tolerated, inexpensive, easy to perform, and reproducible. Achieved 6MWD likely reflects exertional dyspnea and fatigue in PAH and correlates with quality of life scores [25,26] and functional class [27]. Higher absolute values of 6MWD, either at baseline or after treatment initiation, are associated with improved survival in several studies [3,28–30]. For example, analysis of 178 patients treated with long-term epoprostenol showed those with baseline 6MWD 250 m or less had a mortality more than twice that of the group with baseline test more than 250 m [28].

In contrast to the association between absolute value of 6MWD and mortality, very little data supports association between changes in 6MWD during a study period and clinically meaningful outcomes. In the Sildenafil Use in Pulmonary Arterial Hypertension (SUPER) study, the phase 3 trial of sildenafil, significant improvement in 6MWD was noted; by contrast there was no difference in clinical worsening events [15]. Similar discrepancy has been noted in other PAH RCTs [13,16,18,20,31,32]. Further discouraging were the findings of a meta-analysis of 22 PAH clinical trials by Savarese et al. [33■] no relationship existed between ∆6MWD and clinical events in their meta-regression analysis. In one validation study, although ∆6MWD appeared to be a partial mediator of the association between PAH treatment and clinical outcomes, only 22% of this relationship was explained by ∆6MWD [34]. From this work a threshold effect distance of 41.8 m was calculated; that is, only when trials show ∆6MWD above this threshold can one conclude with 95% confidence that treatment reduces the rate of clinical events [34].

Use of ∆6MWD becomes still more challenging in combination therapy trials, which are increasingly common. In monotherapy trials, short-term placebo-adjusted improvements in 6MWD typically range from 30 to 50 m from baseline [10,12,15,16,32], whereas ∆6MWD in trials evaluating add-on therapy tends to be less [17–19,21]. Compared with treatment naive patients, for those on background therapy there was less improvement in 6MWD in response to tadalafil during its phase 3 RCT [17]. In certain populations ∆6MWD may be particularly unreliable. Older or more medically complex populations often have noncardiopulmonary contributors to exercise limitation. As 6MWD is known to have a 'ceiling effect' (those with higher baseline walk

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Disorders of the pulmonary circulation

**Table 1.** Outcomes and trial duration in major randomized, controlled clinical trials in pulmonary arterial hypertension

| Study | Population and intervention | Duration | Primary endpoint | Secondary endpoints |
|---|---|---|---|---|
| Barst et al. [10] | N = 81, with idiopathic PAH. Epoprostenol or conventional therapy alone | 12 weeks | Δ6MWD: increase 31 m in treatment group, decrease 29 m in conventional group (+) | Death (+); hemodynamics (+); QOL (+) |
| Badesch et al. [11] | N = 111, with PAH due to connective tissue disease. Epoprostenol or conventional therapy alone | 12 weeks | Δ6MWD: median between group difference 108 m (+) | Death (−); FC (+); hemodynamics (+); BDS (+); DFR (+); Raynaud severity (+/−) |
| Rubin et al., BREATHE-1 [12] | N = 213, with PAH. Bosentan or placebo | 16 weeks | Δ6MWD: 44 m (+) | TTCW (+); FC (+); BDS (+) |
| Simonneau et al. [13] | N = 470, with PAH. Subcutaneous treprostinil or placebo | 12 weeks | Δ6MWD: 16 m (+) | Composite of deaths, transplant, discontinuation for CW (−); PAH signs and symptoms (+); hemodynamics (+); BDS (+); DFR (+); QOL (+/−) |
| Olschewski et al., AIR [14] | N = 203, with PAH or CTEPH. Inhaled iloprost or placebo | 12 weeks | At least 10% increase in 6MWD and FC improvement without CW or death: OR 3.97 in favor of iloprost (+) | Δ6MWD (+); CW (−); death (−); FC (+); hemodynamics (+/−); dyspnea score (+); QOL (+/−) |
| Galie et al., SUPER [15] | N = 278, with PAH. Sildenafil (20, 40, or 80 mg) or placebo | 12 weeks | Δ6MWD: 45 m in 20 mg (+), 46 m in 40 mg (+), 50 mg in 80 mg (+) | TTCW (−); FC (+); hemodynamics (+); BDS (−) |
| Galie et al., ARIES-1 [16] | N = 202, with PAH. Ambrisentan (5 or 10 mg) or placebo | 12 weeks | Δ6MWD: 31 m in 5 mg (+), 51 m in 10 mg (+) | TTCW (−); FC (+); BDS (+); QOL (−); BNP (+) |
| Galie et al., ARIES-2 [16] | N = 192, with PAH. Ambrisentan (2.5 or 5 mg) or placebo | 12 weeks | Δ6MWD: 32 m in 2.5 mg (+), 59 m in 5 mg (+) | TTCW (+); FC (+); BDS (+); QOL (+); BNP (+) |
| Galie et al., PHIRST [17] | N = 405, with PAH; 53% on bosentan. Tadalafil (2.5, 10, 20, or 40 mg) or placebo | 16 weeks | Δ6MWD: 14–27 m in 2.5–20 mg (−), 33 m in 40 mg (+) | TTCW (+ for 40 mg); FC (−); hemodynamics (+); BDS (−); QOL (+) |
| McLaughlin et al., TRIUMPH [18] | N = 235, with PAH; all on bosentan or sildenafil. Inhaled treprostinil or placebo | 12 weeks | Δ6MWD, peak after inhalation: 20 m (+) | TTCW (−); FC (−); PAH signs and symptoms (−); BDS (−); Δ6MWD at trough after inhalation (+); QOL (+); BNP (+) |
| Tapson et al., FREEDOM-C [19] | N = 350, with PAH; all on PDE-5I and/or ERA. Oral treprostinil or placebo | 16 weeks | Δ6MWD: 11 m (−) | TTCW (−); combined 6MWD/BDS (−); DFR (+) |
| Jing et al., FREEDOM-M [20] | N = 349, with PAH. Oral treprostinil or placebo | 12 weeks | Δ6MWD: 26 m (+) | CW events (−); FC (−); PAH symptoms (−); combined 6MWD/BDS (+); BDS (−); DFR (−) |

| Study | Population / drug | Duration | Δ6MWD | Other outcomes |
|---|---|---|---|---|
| Tapson et al., FREEDOM-C2 [21] | N = 310, with PAH; all on PDE-5I and/or ERA. Oral treprostinil or placebo | 16 weeks | Δ6MWD: 10 m (−) | CW events (−); FC (·); PAH signs and symptoms (−); combined δMWD/BDS (−); BDS (−); BNP (−) |
| Ghofrani et al., PATENT-1 [22] | N = 443, with PAH; 50% on non-IV prostanoid or ERA. Riociguat (2.5 mg for primary analysis) or placebo | 12 weeks | Δ6MWD: 36 m (+) in 2.5 mg maximum group | TTCW (+); FC (+); hemodynamics (+); BDS (+); QOL (−); BNP (+) |
| Pulido et al., SERAPHIN [23*] | N = 742, with PAH; 64% on nonparenteral prostanoid or PDE-5I. Macitentan (3 or 10 mg) or placebo | Event-driven, median treatment period for events 115 weeks | TTCW (death, transplant, septostomy, parenteral therapy, worsening of PAH*); HR 0.70 in 3 mg (+), HR 0.55 in 10 mg (+) | Δ6MWD at 6 months (+); FC at 6 months (+); death or hospitalization due to PAH (+), death of any cause (−) |

(+) denotes outcomes that were statistically significant, (−) denotes outcomes that were not statistically significant (+/−) denotes outcomes for which one or more, but not all, components were statistically significant.
BDS, Borg Dyspnea Scale; BNP, brain natriuretic peptide; CPET, cardiopulmonary exercise test; CW, clinical worsening; DFR, dyspnea-fatigue rating; ERA, endothelin receptor antagonist; FC, functional class; HR, hazard ratio; OR, odds ratio; PAH, pulmonary arterial hypertension; PDE-5I, phosphodiesterase type-5 inhibitor; QOL, quality of life; SUPER, sildenafil use in pulmonary arterial hypertension; TTCW, time to clinical worsening; Δ6MWD, change in 6 minute walk distance.
*Worsening of PAH defined as: 15% decrease in δMWD, worsening symptoms of PAH (worsened functional class or signs of right heart failure), and need for additional PAH therapy.

distances are less likely to experience a large Δ6MWD in response to therapy) [35], its usefulness in less sick PAH patients is debated. This principle has also led to the frequent exclusion of individuals with high baseline walk distance (greater than 450 m) in Δ6MWD-driven trials; this population has been underrepresented in PAH RCTs as a result.

An alternative measure of exercise capacity, peak oxygen consumption ($VO_2$) during cardiopulmonary exercise testing (CPET), was employed as the primary endpoint in one PAH RCT [31], and was incorporated into the definition of disease progression in another [36]. However, in the former study, correlation between peak $VO_2$ and 6MWD was poor, in part because of technical skill and experience with CPET [37]. As is the case with 6MWD, low peak $VO_2$ is predictive of increased mortality in PAH [38]; however, there is no evidence suggesting that improvements in peak $VO_2$ in response to therapy correlate to improved clinical outcomes.

Although exercise capacity measures, namely Δ6MWD, can no longer be thought of as a strong surrogate for clinical worsening events in PAH trials, this measure will continue to have value in PAH research. The improvement in exercise capacity that a positive Δ6MWD represents is important to individuals who are limited in daily activity due to PAH symptoms. Ongoing use in Phase 2 trials and as a secondary outcome in Phase 3 trials is anticipated. In clinical practice, instituting 6MWD goals for PAH patients remains a well established element of disease monitoring.

## MORTALITY AS A PRIMARY ENDPOINT IN PULMONARY ARTERIAL HYPERTENSION

Mortality, although of obvious importance as a clinical endpoint, cannot adequately be assessed in current clinical trials, for several reasons. First, because morbidity/mortality study design looks at time to first event, death as a first event is very unlikely. Second, when a patient has a primary endpoint event (e.g. worsening of PAH), he/she will be at the end of the randomized treatment period, and, for ethical reasons, will have an opportunity to go on open-label treatment, thus, decreasing the likelihood of showing a subsequent mortality difference between the treatment arms. Finally, at least in countries where effective PAH background therapy is available, overall mortality rate is relatively low.

## CLINICAL WORSENING AS A PRIMARY ENDPOINT IN PULMONARY ARTERIAL HYPERTENSION

Given the prohibitively low event rate when using mortality alone as primary endpoint, investigators have increasingly turned attention toward

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

important nonfatal outcomes directly affecting how the patient feels or functions. Events suggestive of disease progression, such as hospitalization for PAH, lung transplantation, atrial septostomy, and/or initiation of parenteral prostanoid therapy, have overt impact on a PAH patient's life and are examples of clinical worsening events. In combination with mortality, clinical worsening events have typically been constructed into a composite endpoint. Time to clinical worsening (TTCW) has been a frequent secondary endpoint in PAH clinical trials, historically including events occurring during the short 12–18 week trial duration [12,15–18,22,31,32]. Recently, TTCW has also been used as a primary endpoint, more often independently adjudicated in these modern longer duration RCTs [23",39–41].

Clinical worsening was the primary outcome of the 12-month placebo-controlled trial of beraprost; however, no statistically significant difference was seen at the end of the trial [36]. The first large RCT successfully utilizing clinical worsening as the primary outcome was the event-driven, phase 3 trial of macitentan, Study with an Endothelin Receptor Antagonist in Pulmonary Arterial Hypertension to Improve Clinical Outcome (SERAPHIN). Patients ($n = 742$) were randomized to macitentan 3 mg or 10 mg daily, or placebo. The primary endpoint was time from initiation of treatment to first event of: death from any cause, lung transplantation, atrial septostomy, initiation of parenteral prostanoids, or study-defined worsening of PAH. Criteria for this latter term was met if the patient experienced a 15% decrease in 6MWD, worsening of PAH symptoms (defined by functional class or signs of right heart failure), and need for additional PAH therapy. This composite endpoint was met by 46.4% of the placebo group, 38.0% of the macitentan 3 mg group, and 31.4% of the macitentan 10 mg group, over a median of 115 weeks; hazard ratios were 0.70 ($P = 0.01$) for macitentan 3 mg and 0.55 ($P < 0.001$) for macitentan 10 mg. Notably, worsening of PAH accounted for most clinical worsening events [23"].

More recently, results of the phase 3 GRIPHON study of selexipag versus placebo have been released in abstract form. Investigators used the combined morbidity/mortality outcome of time to first event of death, need for lung transplantation or atrial septostomy, initiation of parenteral prostanoid therapy or chronic oxygen, hospitalization for PAH, or disease progression, defined as 15% decrease in 6MWD and either worsened functional class or need for additional therapy. Selexipag significantly reduced the risk of this outcome (hazard ratio 0.60, 99% confidence interval 0.46–0.78) [39]. Two additional studies of combination therapy have had similar approaches to study design. A Study of

First-Line Ambrisentan and Tadalafil Combination Therapy in Subjects with Pulmonary Arterial Hypertension (AMBITION) compared response with the upfront combination of ambrisentan and tadalafil to that with each agent alone; compared with monotherapy, those on combination therapy had a 50% decreased risk of clinical failure events [40]. Morbidity and mortality events were also studied in the outcome in Effects of Combination of Bosentan and Sildenafil versus Sildenafil Monotherapy on Morbidity and Mortality in Symptomatic Patients with Pulmonary Arterial Hypertension (COMPASS-2). This study investigated addition of bosentan to those already on sildenafil therapy; in this case no significant difference in TTCW was detected [41].

The definition of a clinical worsening event has varied in PAH RCTs. Mortality, transplantation, atrial septostomy, and PAH-related hospitalization have been common to the majority. Many studies using TTCW as a primary or secondary endpoint have added an additional clinical progression definition, including one or more factors such as decline in 6MWD, worsened functional class, progressive symptoms of PAH, and/or need for additional therapy. As in SERAPHIN, this latter designation often comprises a substantial proportion of endpoint events [13,16,17,19,22,32], yet it has had great variability in definition. Lack of standardization poses a challenge with between trial comparisons. Creation of a uniform definition for clinical worsening was emphasized at the Fourth World Symposium on Pulmonary Hypertension. McLaughlin *et al.* [42] suggested clinical worsening events should consist of all-cause mortality, nonelective hospital stay for PAH (for intravenous prostanoid initiation, lung transplant, or septostomy), and disease progression as defined by decrease in 6MWD by 15% (confirmed by second study) and functional class decline (or persistent functional class IV state). Although 6MWD has shortcomings as previously discussed, it remains an objective, 'measureable' parameter, which, in combination with functional class worsening, adds to the robustness of the disease progression designation. Clinical worsening events should also be independently adjudicated, which previously had not been routine. Although use of TTCW has some limitations, it is emerging as a robust yet feasible endpoint, likely to be the new standard in PAH phase 3 and 4 clinical trials [6",42].

## PATIENT REPORTED OUTCOMES AS ENDPOINTS IN PULMONARY ARTERIAL HYPERTENSION

As directly representative of how a patient feels and functions, patient reported outcomes (PROs) are gaining increased attention in clinical research as

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

a whole. The FDA defines a PRO as 'any report of the status of a patient's health condition that comes directly from the patient' [43]. Such assessments reflect important benefits perceived by the patient in response to therapy, which may not otherwise be captured by evaluation of hemodynamics, for example [25]. Relevant to PAH, many studies have used PROs such as Borg Dyspnea Scale [44] and/or quality of life measurements as secondary outcomes. Most traditionally used assessment tools were created for more general health conditions, although new PAH-specific instruments have recently been designed and validated [45–47]. Potential concerns with use of PROs as primary outcomes in clinical trials have included insufficient validation and interpretability of the findings. Although it seems unlikely that PROs will become primary endpoints in PAH RCTs, increased emphasis on their value is likely to make them more prominent secondary outcomes in the future.

## SURROGATE ENDPOINTS

Hemodynamic measurements, including mPAP, PVR, cardiac index, and right atrial pressure, have been primary or, more commonly, secondary endpoints in several phase 3 clinical trials [10,11,13,14, 17,22,31,36,48]. Change in PVR was the primary outcome in the phase 2 trial of selexipag in PAH, in addition [49]. Classically, therapies for PAH have been thought to achieve their benefits by reducing vascular resistance, thus, allowing improvements in right ventricular function. Although this concept is overly simplified, alterations in hemodynamics should reflect a step in the pathway between therapy and improved outcomes, and thus hemodynamic measures would be natural surrogate endpoints. However, use of hemodynamics requires baseline and follow-up right heart catheterization; cost and invasiveness are important considerations for patients, sponsors, and regulatory agencies. In addition, the appropriateness of use of hemodynamic measures as surrogates has been questioned, with some data suggesting that changes in hemodynamics are not true mediators of the relationship between treatment and clinical outcomes [9,50■].

Noninvasive imaging data, including measurements gained from echocardiography and cardiac MRI carry many of the theoretical benefits of



**FIGURE 1.** Trial duration and sample size in major randomized, controlled clinical trials in pulmonary arterial hypertension, classified by primary endpoint. Demonstrated is the emerging transition from short duration trials, using 6 minute walk distance (6MWD), to longer, often larger trials using clinical worsening events.

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

invasive hemodynamics, yet with less risk and easier acquisition. These techniques are subject to availability and sufficient technical skill, and similarly are incompletely validated as surrogates in PAH. Nevertheless, noninvasive imaging measurements have been used as primary outcomes in two PAH trials [51,52].

Measurement of brain natriuretic peptide (BNP) continues to be of interest in PAH trials because of ease of measurement and correlation of levels with important outcomes, including mortality [53]. Myocardial cells release BNP in response to the increased stretch resulting from right ventricular dilation and failure; thus, BNP would seem a logical surrogate endpoint in PAH research. Further, BNP monitoring in the outpatient setting is part of routine recommended clinical stability assessment [54]. It has been used as a secondary outcome in a few PAH RCTs [16,21,22,55–57]. However, the degree to which improvements in BNP reliably predict improvements in clinically meaningful outcomes remains unstudied. Although BNP is likely to remain an intriguing secondary outcome in phase 3 trials, it is premature to consider it a strong surrogate endpoint at this time.

## TRIAL DURATION

The majority of PAH RCTs to date have had short-term (12–18 weeks) design. This duration is feasible and appropriate when the target primary outcome is $\Delta$6MWD. With an anticipated move toward clinical worsening endpoints, RCT duration will need to be longer to provide a satisfactory event rate (Fig. 1). Trials utilizing a prespecified time point will require design that is substantially longer than the standard 12-week trial. Another option, as in SERAPHIN, GRIPHON, and three combination therapy trials [23*,39–41,58], is to adopt an event-driven design. During this type of RCT, blinding and data collection are ongoing until a prespecified number of events occur. In PAH trials designed to look at these morbidity and mortality outcomes, trial duration, thus, far has been greater than 1 year [23*,39,41]. In addition to allowing for detection of differences in the more robust morbidity outcomes, longer trial duration provides greater opportunity to characterize drug safety and tolerance.

## CONCLUSION

The majority of PAH therapeutic agents have been approved on the basis of demonstration of improvement in exercise capacity, as measured by 6MWD, over 12 or 16 weeks of therapy. When rigorously investigated, the relationship between positive

changes in 6MWD and improvements in clinically important mortality and morbidity events has been questionable, and, thus, there has been call to modify PAH trial design completely. With this in mind, new and upcoming PAH clinical trials are using composite clinical worsening events as the primary endpoint, necessitating longer, event-driven studies. Standardization of clinical worsening definitions and careful adjudication of clinical events will be necessary to ensure success of this new approach.

## Acknowledgements
*None.*

## Financial support and sponsorship
*None.*

## Conflicts of interest
*B.L.L. has no conflicts of interest to disclose.*
*R.N.C. has consulted for and received research grants from Actelion, Bayer, and United Therapeutics.*

## REFERENCES AND RECOMMENDED READING

Papers of particular interest, published within the annual period of review, have been highlighted as:
■ of special interest
■■ of outstanding interest

1. D'Alonzo GE, Barst RJ, Ayres SM, *et al.* Survival in patients with primary pulmonary hypertension. Results from a national prospective registry. Ann Intern Med 1991; 115:343–349.
2. Benza RL, Miller DP, Barst RJ, *et al.* An evaluation of long-term survival from time of diagnosis in pulmonary arterial hypertension from the REVEAL Registry. Chest 2012; 142:448–456.
3. Humbert M, Sitbon O, Chaouat A, *et al.* Survival in patients with idiopathic, familial, and anorexigen-associated pulmonary arterial hypertension in the modern management era. Circulation 2010; 122:156–163.
4. Galie N, Manes A, Negro L, *et al.* A meta-analysis of randomized controlled trials in pulmonary arterial hypertension. Eur Heart J 2009; 30:394–403.
5. Temple R. Are surrogate markers adequate to assess cardiovascular disease drugs? JAMA 1999; 282:790–795.
6. Gomberg-Maitland M, Bull TM, Saggar R, *et al.* New trial designs and potential
■ therapies for pulmonary artery hypertension. J Am Coll Cardiol 2013; 62:D82–D91.

This work reviews challenges in PAH clinical trial design and appropriate endpoint selection (with emphasis on use of clinical worsening events) as discussed during the 2013 World Symposium on Pulmonary Hypertension in Nice, France.
7. Boissel JP, Collet JP, Moleur P, *et al.* Surrogate endpoints: a basis for a rational approach. Eur J Clin Pharmacol 1992; 43:235–244.
8. Kawut SM, Palevsky HI. Surrogate end points for pulmonary arterial hypertension. Am Heart J 2004; 148:559–565.
9. Ventetuolo CE, Gabler NB, Fritz JS, *et al.* Are hemodynamics surrogate end points in pulmonary arterial hypertension? Circulation 2014; 130:768–775.
10. Barst RJ, Rubin LJ, Long WA, *et al.* A comparison of continuous intravenous epoprostenol (prostacyclin) with conventional therapy for primary pulmonary hypertension. N Engl J Med 1996; 334:296–301.
11. Badesch DB, Tapson VF, McGoon MD, *et al.* Continuous intravenous epoprostenol for pulmonary hypertension due to the scleroderma spectrum of disease. A randomized, controlled trial. Ann Intern Med 2000; 132:425–434.
12. Rubin LJ, Badesch DB, Barst RJ, *et al.* Bosentan therapy for pulmonary arterial hypertension. N Engl J Med 2002; 346:896–903.
13. Simonneau G, Barst RJ, Galie N, *et al.* Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med 2002; 165:800–804.
14. Olschewski H, Simonneau G, Galie N, *et al.* Inhaled iloprost for severe pulmonary hypertension. N Engl J Med 2002; 347:322–329.

**Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.**

15. Galie N, Ghofrani HA, Torbicki A, et al. Sildenafil citrate therapy for pulmonary arterial hypertension. N Engl J Med 2005; 353:2148–2157.
16. Galie N, Olschewski H, Oudiz RJ, et al. Ambrisentan for the treatment of pulmonary arterial hypertension: results of the ambrisentan in pulmonary arterial hypertension, randomized, double-blind, placebo-controlled, multi-center, efficacy (ARIES) study 1 and 2. Circulation 2008; 117:3010–3019.
17. Galie N, Brundage BH, Ghofrani HA, et al. Tadalafil therapy for pulmonary arterial hypertension. Circulation 2009; 119:2894–2903.
18. McLaughlin VV, Benza RL, Rubin LJ, et al. Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial. J Am Coll Cardiol 2010; 55:1915–1922.
19. Tapson VF, Torres F, Kermeen F, et al. Oral treprostinil for the treatment of pulmonary arterial hypertension in patients on background endothelin receptor antagonist and/or phosphodiesterase type 5 inhibitor therapy (the FREEDOM-C study): a randomized controlled trial. Chest 2012; 142:1383–1390.
20. Jing ZC, Parikh K, Pulido T, et al. Efficacy and safety of oral treprostinil monotherapy for the treatment of pulmonary arterial hypertension: a randomized, controlled trial. Circulation 2013; 127:624–633.
21. Tapson VF, Jing ZC, Xu KF, et al. Oral treprostinil for the treatment of pulmonary arterial hypertension in patients receiving background endothelin receptor antagonist and phosphodiesterase type 5 inhibitor therapy (the FREEDOM-C2 study): a randomized controlled trial. Chest 2013; 144:952–958.
22. Ghofrani HA, Galie N, Grimminger F, et al. Riociguat for the treatment of pulmonary arterial hypertension. N Engl J Med 2013; 369:330–340.
23. Pulido T, Adzerikho I, Channick RN, et al. Macitentan and morbidity and
■ mortality in pulmonary arterial hypertension. N Engl J Med 2013; 369:809–818.
The SERAPHIN study of macitentan versus placebo was the first PAH randomized clinical trial successfully using clinical worsening events as a primary outcome in order to prove therapeutic benefit.
24. Rich S. The 6-min walk test as a primary endpoint in clinical trials for pulmonary hypertension. J Am Coll Cardiol 2012; 60:1202–1203.
25. Chua R, Keogh AM, Byth K, et al. Comparison and validation of three measures of quality of life in patients with pulmonary hypertension. Intern Med J 2006; 36:705–710.
26. Taichman DB, Shin J, Hud L, et al. Health-related quality of life in patients with pulmonary arterial hypertension. Respir Res 2005; 6:92.
27. Miyamoto S, Nagaya N, Satoh T, et al. Clinical correlates and prognostic significance of six-minute walk test in patients with primary pulmonary hypertension. Comparison with cardiopulmonary exercise testing. Am J Respir Crit Care Med 2000; 161:487–492.
28. Sitbon O, Humbert M, Nunes H, et al. Long-term intravenous epoprostenol infusion in primary pulmonary hypertension: prognostic factors and survival. J Am Coll Cardiol 2002; 40:780–788.
29. Provencher S, Sitbon O, Humbert M, et al. Long-term outcome with first-line bosentan therapy in idiopathic pulmonary arterial hypertension. Eur Heart J 2006; 27:589–595.
30. Macchia A, Marchioli R, Marfisi R, et al. A meta-analysis of trials of pulmonary hypertension: a clinical condition looking for drugs and research methodology. Am Heart J 2007; 153:1037–1047.
31. Barst RJ, Langleben D, Frost A, et al. Sitaxsentan therapy for pulmonary arterial hypertension. Am J Respir Crit Care Med 2004; 169:441–447.
32. Barst RJ, Langleben D, Badesch D, et al. Treatment of pulmonary arterial hypertension with the selective endothelin-A receptor antagonist sitaxsentan. J Am Coll Cardiol 2006; 47:2049–2056.
33. Savarese G, Paolillo S, Costanzo P, et al. Do changes of 6-min walk distance
■ predict clinical events in patients with pulmonary arterial hypertension? A meta-analysis of 22 randomized trials. J Am Coll Cardiol 2012; 60:1192–1201.
No significant relationship existed between changes in 6MWD and clinical worsening events in this large meta-regression analysis of PAH clinical trials.
34. Gabler NB, French B, Strom BL, et al. Validation of 6-min walk distance as a surrogate end point in pulmonary arterial hypertension trials. Circulation 2012; 126:349–356.
35. Frost AE, Langleben D, Oudiz R, et al. The 6-min walk test (6MW) as an efficacy endpoint in pulmonary arterial hypertension clinical trials: demonstration of a ceiling effect. Vascul Pharmacol 2005; 43:36–39.
36. Barst RJ, McGoon M, McLaughlin V, et al. Beraprost therapy for pulmonary arterial hypertension. J Am Coll Cardiol 2003; 41:2119–2125.
37. Oudiz RJ, Barst RJ, Hansen JE, et al. Cardiopulmonary exercise testing and six-minute walk correlations in pulmonary arterial hypertension. Am J Cardiol 2006; 97:123–126.

38. Wensel R, Opitz CF, Anker SD, et al. Assessment of survival in patients with primary pulmonary hypertension: importance of cardiopulmonary exercise testing. Circulation 2002; 106:319–324.
39. McLaughlin VV, Channick R, Chin K, et al. Effect of selexipag on morbidity/mortality in pulmonary arterial hypertension: results of the GRIPHON study. J Am Coll Cardiol 2015; 65.
40. Galie N. The AMBITION study: design and results [abstract]. Eur Respir J 2014; 44 (Suppl 58):2916.
41. McLaughlin V, Channick R, Ghofrani H-A, et al. Effect of bosentan and sildenafil combination therapy on morbidity and mortality in pulmonary arterial hypertension (pah): Results from the compass-2 study. Chest 2014; 146:860A–1860A.
42. McLaughlin VV, Badesch DB, Delcroix M, et al. End points and clinical trial design in pulmonary arterial hypertension. J Am Coll Cardiol 2009; 54:S97–S107.
43. US Department of Health and Human Services FDA Center for Drug Evaluation and Research; US Department of Health and Human Services FDA Center for Biologics Evaluation and Research; US Department of Health and Human Services FDA Center for Devices and Radiological Health. Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance. Health Qual Life Outcomes 2006; 4:79–179.
44. Borg GA. Psychophysical bases of perceived exertion. Med Sci Sports Exerc 1982; 14:377–381.
45. McKenna SP, Doughty N, Meads DM, et al. The Cambridge Pulmonary Hypertension Outcome Review (CAMPHOR): a measure of health-related quality of life and quality of life for patients with pulmonary hypertension. Qual Life Res 2006; 15:103–115.
46. Bonner N, Abetz L, Meunier J, et al. Development and validation of the living with pulmonary hypertension questionnaire in pulmonary arterial hypertension patients. Health Qual Life Outcomes 2013; 11:161.
47. Matura LA, McDonough A, Hanlon AL, et al. Development and initial psychometric properties of the Pulmonary Arterial Hypertension Symptom Scale (PAHSS). Appl Nurs Res 2015; 28:42–47.
48. Galie N, Humbert M, Vachiery JL, et al. Effects of beraprost sodium, an oral prostacyclin analogue, in patients with pulmonary arterial hypertension: a randomized, double-blind, placebo-controlled trial. J Am Coll Cardiol 2002; 39:1496–1502.
49. Simonneau G, Torbicki A, Hoeper MM, et al. Selexipag: an oral, selective prostacyclin receptor agonist for the treatment of pulmonary arterial hypertension. Eur Respir J 2012; 40:874–880.
50. Savarese G, Musella F, D'Amore C, et al. Haemodynamics, exercise capacity
■ and clinical events in pulmonary arterial hypertension. Eur Respir J 2013; 42:414–424.
In this meta-analysis of 16 PAH RCTs, no relationship was found between changes in hemodynamic parameters and clinical worsening events, thus casting doubt on the appropriateness of using hemodynamics as surrogate endpoints.
51. Galie N, Hinderliter AL, Torbicki A, et al. Effects of the oral endothelin-receptor antagonist bosentan on echocardiographic and doppler measures in patients with pulmonary arterial hypertension. J Am Coll Cardiol 2003; 41:1380–1386.
52. Wilkins MR, Paul GA, Strange JW, et al. Sildenafil versus Endothelin Receptor Antagonist for Pulmonary Hypertension (SERAPH) study. Am J Respir Crit Care Med 2005; 171:1292–1297.
53. Nagaya N, Nishikimi T, Uematsu M, et al. Plasma brain natriuretic peptide as a prognostic indicator in patients with primary pulmonary hypertension. Circulation 2000; 102:865–870.
54. McLaughlin VV, Gaine SP, Howard LS, et al. Treatment goals of pulmonary hypertension. J Am Coll Cardiol 2013; 62:D73–D81.
55. Galie N, Rubin L, Hoeper M, et al. Treatment of patients with mildly symptomatic pulmonary arterial hypertension with bosentan (EARLY study): a double-blind, randomised controlled trial. Lancet 2008; 371:2093–2100.
56. Kawut SM, Bagiella E, Lederer DJ, et al. Randomized clinical trial of aspirin and simvastatin for pulmonary arterial hypertension: ASA-STAT. Circulation 2011; 123:2985–2993.
57. Hoeper MM, Barst RJ, Bourge RC, et al. Imatinib mesylate as add-on therapy for pulmonary arterial hypertension: results of the randomized IMPRES study. Circulation 2013; 127:1128–1138.
58. ClinicalTrials.gov. Trial of the Early Combination of Oral Treprostinil With Background Oral Monotherapy in Subjects With Pulmonary Arterial Hypertension (FREEDOM-Ev). Available from: https://clinicaltrials.gov/ct2/show/NCT01560624?term=freedom-ev&rank=1 [Accessed 4 December 2015]

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

# EXHIBIT 10





**Managing Pulmonary Arterial Hypertension: Therapeutic Selection and Care Coordination**



## Planet **Depos**
We Make It *Happen*

# **Transcript of Recorded Conversation 03**

**Date:** April 3, 2024
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY



```
 1

 2

 3

 4

 5

 6

 7                         In re:

 8

 9

10                RECORDED CONVERSATION

11

12

13

14

15

16

17

18

19

20    Job No.:  532687

21    Pages:  1 - 42

22    Transcribed by: Lauren Bishop
```

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    2

| | | |
|---|---|---|
| 1 | RICHARD CHANNICK: So good afternoon | 00:00:00 |
| 2 | everybody. I'll introduce myself. I'm Dr. Richard | 00:00:01 |
| 3 | Channick. I'm a pulmonologist at UCLA Medical Center | 00:00:05 |
| 4 | as of 2 weeks ago. So I drove down here, which is | 00:00:11 |
| 5 | nice. I was in Boston for many years at Mass General | 00:00:15 |
| 6 | doing sort of the same thing, pulmonary hypertension. | 00:00:20 |
| 7 | Been involved in the field for 30 years now | 00:00:23 |
| 8 | evaluating and treating patient for with pulmonary | 00:00:28 |
| 9 | hypertension and a -- a -- really been able to see | 00:00:31 |
| 10 | the -- the whole evolution of this disease from one | 00:00:35 |
| 11 | that was almost never recognized and everybody died | 00:00:37 |
| 12 | of it, to one for which we now have many approved | 00:00:41 |
| 13 | therapies that are very effective. But of course, | 00:00:45 |
| 14 | because we have so many options now for these | 00:00:48 |
| 15 | patients, physicians at every level, Primary Care | 00:00:50 |
| 16 | Specialists need to understand what we're talking | 00:00:53 |
| 17 | about when we talk about pulmonary hypertension. It's | 00:00:56 |
| 18 | not enough to just say this is a rare disease, I'm | 00:00:59 |
| 19 | going to send it to a specialist because primary care | 00:01:01 |
| 20 | physicians will see these patients and need to | 00:01:05 |
| 21 | understand how someone like myself thinks about this | 00:01:08 |
| 22 | condition. What I do to work up these patients and | 00:01:12 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                              3

| | | |
|---|---|---|
| 1 | they get some idea of how we pick what treatment for | 00:01:16 |
| 2 | what patient and -- and to also really know some of | 00:01:19 |
| 3 | the data by which we make those decisions about how | 00:01:24 |
| 4 | we approach treatment to these patients now that we | 00:01:28 |
| 5 | have so many effective treatments that really has | 00:01:30 |
| 6 | dramatically changed the condition. These are | 00:01:33 |
| 7 | disclosures and learning objectives. All right. So | 00:01:37 |
| 8 | I'm going to go through what I can consider the | 00:01:44 |
| 9 | basics of pulmonary hypertension. | 00:01:47 |
| 10 | So when we talk about pulmonary | 00:01:50 |
| 11 | hypertension, you need to understand we're not | 00:01:51 |
| 12 | talking about one condition or one disease. We're | 00:01:53 |
| 13 | talking about a bunch of conditions and diseases and | 00:01:56 |
| 14 | this is really critical because how we treat | 00:02:00 |
| 15 | pulmonary hypertension depends completely on what's | 00:02:02 |
| 16 | causing it. And this is what we call the clinical | 00:02:05 |
| 17 | classification system. So we developed this several | 00:02:08 |
| 18 | years ago to try to group patients with pulmonary | 00:02:11 |
| 19 | hypertension into five categories based on what was | 00:02:14 |
| 20 | the mechanism of the pulmonary hypertension. We call | 00:02:18 |
| 21 | this group -- WHO groups because the very first of | 00:02:22 |
| 22 | these symposia we have every five years response by | 00:02:25 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    4

| | | |
|---|---|---|
| 1 | the World Health Organization. You have Group 1 which | 00:02:28 |
| 2 | is PAH or pulmonary arterial hypertension. Group 2, | 00:02:30 |
| 3 | which is pulmonary hypertension due to left heart | 00:02:34 |
| 4 | disease. Group 3, which is due to lung disease. Group | 00:02:36 |
| 5 | 4, which is what we call chronic thromboembolic | 00:02:40 |
| 6 | pulmonary hypertension so patients who have had | 00:02:43 |
| 7 | pulmonary emboli that haven't gone away. And then | 00:02:45 |
| 8 | group 5 is sort of everything else. And you need to | 00:02:49 |
| 9 | know at the outset that of all the patients you see | 00:02:52 |
| 10 | or may hear about with pulmonary hypertension, 90% of | 00:02:57 |
| 11 | them for, you know, anything else, will be either | 00:03:00 |
| 12 | groups 2 or 3. If you look at the conditions in each | 00:03:03 |
| 13 | of those categories, these are very common | 00:03:07 |
| 14 | conditions. Left heart disease, diastolic heart | 00:03:09 |
| 15 | failure, COPD, interstitial lung disease, sleep | 00:03:13 |
| 16 | apnea. Very common conditions that can lead to | 00:03:18 |
| 17 | pulmonary hypertension. And again, I would understand | 00:03:21 |
| 18 | the point that pulmonary hypertension isn't one | 00:03:25 |
| 19 | disease. In fact, it isn't even a disease. It's a | 00:03:27 |
| 20 | number. It's elevated blood pressure in the lungs due | 00:03:30 |
| 21 | to one of these conditions. | 00:03:34 |
| 22 | The group for which we've developed | 00:03:37 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                      5

| | | |
|---|---|---|
| 1 | therapies, is Group 1 which is pulmonary arterial | 00:03:39 |
| 2 | hypertension. And these are a group of conditions | 00:03:42 |
| 3 | that are much less common, but we still see and you | 00:03:45 |
| 4 | probably still see. We have idiopathic which means we | 00:03:48 |
| 5 | never find the cause. This is a rare disease | 00:03:51 |
| 6 | typically of young women. We have a genetic or | 00:03:54 |
| 7 | heritable form and then we have pulmonary arterial | 00:03:57 |
| 8 | hypertension associated with drugs. So a lot of | 00:04:00 |
| 9 | different legal and illegal drugs can cause the | 00:04:03 |
| 10 | pulmonary vessels to get damaged leading to high | 00:04:06 |
| 11 | blood pressure in the lungs. And then a number of | 00:04:09 |
| 12 | other systemic diseases, like autoimmune diseases. | 00:04:11 |
| 13 | Connected, you know, like connective tissue disease, | 00:04:15 |
| 14 | HIV and you can see the list there that can seem to | 00:04:17 |
| 15 | cause pulmonary hypertension. But Group 1, again, | 00:04:21 |
| 16 | this is the group for which we really have developed | 00:04:25 |
| 17 | the therapies. The groups 2 and 3, which again are | 00:04:28 |
| 18 | much more common are actually somewhat more | 00:04:31 |
| 19 | challenging to treat other than treating the | 00:04:34 |
| 20 | underlying condition. So very basic stuff about what | 00:04:36 |
| 21 | we're talking about here. The pulmonary vasculature | 00:04:41 |
| 22 | and -- and I don't know how many people are | 00:04:44 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                          6

| | | |
|---|---|---|
| 1 | clinicians versus non-clinicians, but the pulmonary | 00:04:45 |
| 2 | vasculature which is supplied out of the right side | 00:04:50 |
| 3 | of the heart is typically -- has very low pressure in | 00:04:52 |
| 4 | it. If you think about what the pulmonary blood | 00:04:56 |
| 5 | vessels do, they allow blood to get through the lungs | 00:04:58 |
| 6 | to exchange oxygen. And to do that you have to have a | 00:05:00 |
| 7 | very broad cross-sectional area. So the resistance to | 00:05:04 |
| 8 | blood flow in the lung should be very, very low. | 00:05:08 |
| 9 | Someone used the analogy if you laid out | 00:05:12 |
| 10 | the lungs with -- with a vessels in a sit at a single | 00:05:13 |
| 11 | cell level it would cover a tennis court. I don't | 00:05:17 |
| 12 | know many people know that. But it's a huge cross- | 00:05:19 |
| 13 | sectional area and because of that, the right side of | 00:05:21 |
| 14 | the heart, the right ventricle never really has to do | 00:05:24 |
| 15 | much. If you look at -- ever looked at a heart in a | 00:05:27 |
| 16 | picture, the left ventricle is very muscular. It has | 00:05:30 |
| 17 | to pump through your body against resistance, but the | 00:05:32 |
| 18 | right ventricle doesn't have to do much because of | 00:05:35 |
| 19 | that low resistance. That's great until there's a | 00:05:37 |
| 20 | problem. And if the pressure builds up in the | 00:05:40 |
| 21 | pulmonary artery for any number of reasons, the right | 00:05:43 |
| 22 | ventricle is not well equipped to handle it. And so | 00:05:46 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                          7

| | | |
|---|---|---|
| 1 | the right ventricle will fail. And so patients with | 00:05:49 |
| 2 | pulmonary hypertension don't die of pulmonary | 00:05:52 |
| 3 | hypertension. They die of right ventricular failure | 00:05:55 |
| 4 | because of that inability of the right side of the | 00:05:58 |
| 5 | heart to deal with that pressure. We won't go through | 00:06:00 |
| 6 | a lot of equations here, but when we're thinking | 00:06:04 |
| 7 | about the pulmonary vessels and the pulmonary | 00:06:06 |
| 8 | vasculature, we have to think about the physiology as | 00:06:10 |
| 9 | it relates to the pressure to the blood flow going | 00:06:12 |
| 10 | through it to the resistance. And we use this | 00:06:15 |
| 11 | equation for pulmonary resistance. So when you -- | 00:06:17 |
| 12 | when you work up a patient, we'll do a right heart | 00:06:20 |
| 13 | catheterization to measure pulmonary artery pressure, | 00:06:22 |
| 14 | measure pressure coming back to the left side of the | 00:06:25 |
| 15 | heart, look at the difference in the pressure across | 00:06:27 |
| 16 | the lungs, divided by the cardiac output of the blood | 00:06:29 |
| 17 | flow through the lungs and we got what we call the | 00:06:32 |
| 18 | resistance. And the pulmonary vasculature resistance | 00:06:34 |
| 19 | is probably one of the most important things that we | 00:06:37 |
| 20 | look at. When we think about -- when we talk about | 00:06:40 |
| 21 | the definition, so if I was going to ask you, how do | 00:06:43 |
| 22 | you actually define pulmonary hypertension? Like what | 00:06:46 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                                    8

| | | |
|---|---|---|
| 1 | number? I mean you probably all know what high blood | 00:06:48 |
| 2 | pressure is. Well are the cut offs. What we have is | 00:06:51 |
| 3 | for pulmonary hypertension too. And the number is 25. | 00:06:53 |
| 4 | And that's the mean pressure in the pulmonary artery. | 00:06:56 |
| 5 | It's above 25, we can consider that elevated and | 00:06:59 |
| 6 | that's based on studies looking at what our normal | 00:07:02 |
| 7 | pulmonary artery pressures. We then define it even | 00:07:05 |
| 8 | further because as I said, it's not enough to know | 00:07:09 |
| 9 | that the blood pressure in the lungs are elevated. | 00:07:12 |
| 10 | You need to have to know where it's coming from. So | 00:07:14 |
| 11 | for instance, we can have the pressure coming from | 00:07:16 |
| 12 | before the capillaries in the lungs. We call that | 00:07:20 |
| 13 | precapillary or it can be afterwards. And what I | 00:07:22 |
| 14 | explained to patients is you can have a problem on | 00:07:25 |
| 15 | the left side of your heart which builds up pressure | 00:07:28 |
| 16 | there and then it backs up into the lungs. So you | 00:07:31 |
| 17 | have high blood pressure in the lungs, but it's | 00:07:33 |
| 18 | actually coming from the heart because it's a back | 00:07:35 |
| 19 | pressure and we call that post capillary pulmonary | 00:07:38 |
| 20 | hypertension and we use some of these numbers to | 00:07:41 |
| 21 | define pre versus post capillary pulmonary | 00:07:43 |
| 22 | hypertension and the work up then becomes very | 00:07:46 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    9

| | | |
|---|---|---|
| 1 | critical in trying to distinguish those and make a | 00:07:49 |
| 2 | determination about treatment. So there'll be a quiz | 00:07:53 |
| 3 | on this one at the end. I want -- you're going to | 00:07:56 |
| 4 | have to draw it out for me. This is the diagnostic | 00:07:57 |
| 5 | algorithm for working up a patient with pulmonary | 00:08:00 |
| 6 | hypertension and we'll go through that. It's actually | 00:08:03 |
| 7 | not as complicated and I'll -- I'll talk about very | 00:08:05 |
| 8 | basic principles. So the first thing is we need to | 00:08:08 |
| 9 | suspect pulmonary hypertension before we can diagnose | 00:08:11 |
| 10 | it and as you'll hear -- and one of the questions | 00:08:15 |
| 11 | alluded to, the problem with pulmonary hypertension | 00:08:18 |
| 12 | is often it's never thought of. Because this is a | 00:08:20 |
| 13 | disease or condition that can present in a very non- | 00:08:23 |
| 14 | specific way where patient can come to you just | 00:08:26 |
| 15 | saying, I just can't do what I used to be able to do. | 00:08:28 |
| 16 | I'm just getting more short of breath. I'm not sure | 00:08:31 |
| 17 | why. I've been to a couple of different doctors they | 00:08:33 |
| 18 | say well you're probably -- what I always say is the | 00:08:36 |
| 19 | 3 things you never want to tell a patient as to why | 00:08:39 |
| 20 | they're they can't breathe. You're getting older. | 00:08:41 |
| 21 | You're overweight or you're out of shape. All of | 00:08:43 |
| 22 | those may be true, but you don't want to explain it | 00:08:46 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    10

| | | |
|---|---|---|
| 1 | that way without thinking about other conditions and | 00:08:50 |
| 2 | I can tell you that patients that we see sort of at | 00:08:52 |
| 3 | the bottom at the of the funnel who have significant | 00:08:54 |
| 4 | pulmonary hypertension almost always been told one of | 00:08:58 |
| 5 | those three things by some physician at some point | 00:09:01 |
| 6 | before someone thought about the diagnosis. And in | 00:09:04 |
| 7 | some cases, chalking it up to one of those three | 00:09:08 |
| 8 | things can actually be fatal. So if you suspect | 00:09:11 |
| 9 | pulmonary hypertension, you don't have an obvious | 00:09:16 |
| 10 | explanation for somebody's symptoms of shortness of | 00:09:17 |
| 11 | breath exercise intolerance. You want to go through a | 00:09:20 |
| 12 | basic workup. And the work up really has shown on | 00:09:22 |
| 13 | here is thinking of the most common things first. So | 00:09:26 |
| 14 | looking for other underlying heart conditions, | 00:09:29 |
| 15 | looking at the lung function, looking for lung | 00:09:32 |
| 16 | disease. Those are the most common causes of | 00:09:34 |
| 17 | shortness of breath and pulmonary hypertension and | 00:09:36 |
| 18 | then depending if you find those or not, going on | 00:09:38 |
| 19 | further with the workup and that that complicated | 00:09:41 |
| 20 | algorithm really just reflects that classification | 00:09:44 |
| 21 | system. So you want to just go down and think about | 00:09:48 |
| 22 | each of these conditions and try to determine, does | 00:09:51 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    11

| | | |
|---|---|---|
| 1 | the patient fall into one of those categories? I am | 00:09:53 |
| 2 | not going to spend in the interest of time and we | 00:09:56 |
| 3 | don't have a lot of time to talk obviously in detail | 00:09:58 |
| 4 | about each of those conditions I mentioned. One that | 00:10:01 |
| 5 | we're very interested in and one that is even more of | 00:10:04 |
| 6 | a problem is Group 4, which is chronic thromboembolic | 00:10:06 |
| 7 | pulmonary hypertension or CTEPH. And this is | 00:10:10 |
| 8 | important because these are patients actually who can | 00:10:13 |
| 9 | be cured with a procedure to remove these blood | 00:10:17 |
| 10 | clots, something that we -- we pioneered many years | 00:10:20 |
| 11 | ago to go in there and remove these clots that have | 00:10:23 |
| 12 | been in there sometimes for years. So if a patient | 00:10:26 |
| 13 | has a pulmonary embolism and you all see that all the | 00:10:29 |
| 14 | time, most of the time the cloud will dissolve even | 00:10:32 |
| 15 | without any treatment in fact, but in a percentage, a | 00:10:35 |
| 16 | small percentage, maybe 2 to 3%, that doesn't happen | 00:10:38 |
| 17 | and it goes on to form scar tissue in the inside of | 00:10:41 |
| 18 | the artery which can lead to pulmonary hypertension. | 00:10:44 |
| 19 | And there's no treatment that will remove that clot | 00:10:48 |
| 20 | or get rid of it I should say because it's really | 00:10:51 |
| 21 | scar tissue other than surgery. Now half of the time | 00:10:53 |
| 22 | these patients have don't give a history of acute | 00:10:57 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    12

| | | |
|---|---|---|
| 1 | pulmonary embolism. There's something coming to you | 00:10:59 |
| 2 | saying I'm short of breath and you have to think | 00:11:01 |
| 3 | about, could this patient have non-resolvable | 00:11:04 |
| 4 | pulmonary emboli from somewhere in the past to make | 00:11:07 |
| 5 | that diagnosis. And we recommend a ventilation | 00:11:10 |
| 6 | perfusion scan, shown here to screen for that. This | 00:11:12 |
| 7 | is a test that's been done for many, many years and | 00:11:16 |
| 8 | it's a nuclear medicine test and in a patient who has | 00:11:19 |
| 9 | chronic pulmonary embolism and you almost always see | 00:11:22 |
| 10 | what's shown on the bottom left there perfusion | 00:11:24 |
| 11 | defects, those white areas where there is no blood | 00:11:27 |
| 12 | flow getting to parts of both of the lungs versus | 00:11:30 |
| 13 | other forms of pulmonary hypertension where the blood | 00:11:34 |
| 14 | flow overall would be normal. Because the disease in | 00:11:36 |
| 15 | those patients, it's in the microscopic blood | 00:11:39 |
| 16 | vessels. These are blockages in the larger arteries | 00:11:41 |
| 17 | and the lung scan will look like it does on that | 00:11:45 |
| 18 | bottom left. So that's part of the workup as well. So | 00:11:47 |
| 19 | we're looking for common heart diseases, common lung | 00:11:52 |
| 20 | diseases and we're looking for unresolved pulmonary | 00:11:54 |
| 21 | emboli. If you've ruled those out then -- and the | 00:11:57 |
| 22 | patient you think has pulmonary hypertension, you | 00:12:01 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024          13

| | | |
|---|---|---|
| 1 | then go on to right heart catheterization. So to make | 00:12:03 |
| 2 | a diagnosis of pulmonary hypertension, you -- you | 00:12:07 |
| 3 | need an invasive test. You can't make a diagnosis, | 00:12:10 |
| 4 | non-invasively. An echocardiogram, which obviously is | 00:12:13 |
| 5 | a very commonly used which may suggest pulmonary | 00:12:18 |
| 6 | hypertension, but you need to confirm it with a cath. | 00:12:21 |
| 7 | And a right heart catheterization is a simple | 00:12:24 |
| 8 | outpatient test that many cardiologists all can do | 00:12:26 |
| 9 | and it's simply measuring the pressure in the | 00:12:30 |
| 10 | pulmonary artery directly measuring what the heart | 00:12:33 |
| 11 | output is so you can calculate resistance and then | 00:12:36 |
| 12 | excluding other things like other left heart | 00:12:39 |
| 13 | diseases. So that's required to confirm a diagnosis. | 00:12:42 |
| 14 | And what we always say is that you really should | 00:12:45 |
| 15 | never treat a patient for pulmonary hypertension | 00:12:48 |
| 16 | without a right heart catheterization. And I can't | 00:12:51 |
| 17 | tell you the number of cases I've seen without was | 00:12:54 |
| 18 | not followed and it was a big problem. Because if you | 00:12:56 |
| 19 | treat a patient for pulmonary hypertension who | 00:13:00 |
| 20 | doesn't have pulmonary arterial hypertension and you | 00:13:03 |
| 21 | use one of the drugs that I'm going to describe to | 00:13:06 |
| 22 | you, you can make that patient worse. And we see that | 00:13:08 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    14

| | | |
|---|---|---|
| 1 | time and time again. | 00:13:12 |
| 2 | Okay. So that's sort of a very quick | 00:13:15 |
| 3 | overview of the diagnostic approach. Again for | 00:13:18 |
| 4 | doctors who aren't subspecialists, the key is | 00:13:21 |
| 5 | thinking about it, screening for it with an | 00:13:25 |
| 6 | echocardiogram and then doing some basic tests | 00:13:28 |
| 7 | looking for common conditions. And then referring the | 00:13:31 |
| 8 | patient to an expert who can finish the work up and | 00:13:34 |
| 9 | make a determination about therapy. All right. | 00:13:40 |
| 10 | So let's talk about what are the | 00:13:44 |
| 11 | treatments we now have available for pulmonary | 00:13:46 |
| 12 | arterial hypertension? And we will have plenty of | 00:13:49 |
| 13 | time for questions too if you have them at the end | 00:13:50 |
| 14 | here. So again, I -- I started doing this about 30 | 00:13:53 |
| 15 | years ago. I know I don't look like I did this 30 | 00:13:58 |
| 16 | years ago, but thank you. But the -- but when I | 00:14:01 |
| 17 | started this as a fellow, one good question why you | 00:14:06 |
| 18 | would go into a field with there was no treatment, | 00:14:09 |
| 19 | but I always found it very interesting. But I can | 00:14:12 |
| 20 | remember, you know, everybody died of pulmonary | 00:14:15 |
| 21 | hypertension with nothing to offer these patients. So | 00:14:18 |
| 22 | fortunately I've been able to get involved in | 00:14:20 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    15

| | | |
|---|---|---|
| 1 | developing and designing a lot of the studies that | 00:14:23 |
| 2 | have led to these treatments to now in 2018 when we | 00:14:25 |
| 3 | have 14 approved therapies, FDA approved therapies, | 00:14:29 |
| 4 | for pulmonary arterial hypertension. So a pretty | 00:14:33 |
| 5 | dramatic change since you know the late 80's. When we | 00:14:35 |
| 6 | talk about -- and again, we -- I'm not going to get | 00:14:42 |
| 7 | into great detail about all the data with each of | 00:14:44 |
| 8 | these drugs, I'll show you a little bit because I | 00:14:47 |
| 9 | think it is important that even if you may not be the | 00:14:49 |
| 10 | one treating these patients, you understand a little | 00:14:51 |
| 11 | bit about how these drugs got approved. The vast | 00:14:53 |
| 12 | majority in fact all except one now is actually two | 00:14:59 |
| 13 | because of a recent approval but have been approved | 00:15:04 |
| 14 | with what with one specific primary endpoint and that | 00:15:09 |
| 15 | was the ability of the drug to improve exercise | 00:15:12 |
| 16 | capacity as measured by a six-minute walk test. So | 00:15:14 |
| 17 | that was the primary end point that led to approval. | 00:15:18 |
| 18 | It's not showing an improvement in mortality. It's | 00:15:21 |
| 19 | not showing other end points, but it's improving | 00:15:24 |
| 20 | exercise capacity and that's really been how the | 00:15:28 |
| 21 | drugs have been studied and how we designed this | 00:15:31 |
| 22 | trial early on. | 00:15:33 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    16

| | | |
|---|---|---|
| 1 | Now these therapies do improve the | 00:15:35 |
| 2 | hemodynamics. So if you treat a patient effectively, | 00:15:37 |
| 3 | those pressures will come down the resistance in | 00:15:40 |
| 4 | those arteries will come down as well. But in | 00:15:43 |
| 5 | pulmonary hypertension drugs, you'll never get | 00:15:47 |
| 6 | approved based on their ability to lower the | 00:15:49 |
| 7 | pressure. You have to have some sort of functional | 00:15:52 |
| 8 | outcome or measure. What we say in in the reg -- in | 00:15:55 |
| 9 | the regulatory field is that the drug has to either | 00:15:59 |
| 10 | improve how a patient feels, functions or survives. | 00:16:02 |
| 11 | That's the mantra for pulmonary hypertension. | 00:16:05 |
| 12 | The other thing though that we know is | 00:16:10 |
| 13 | that how much the each drug improves a specific | 00:16:11 |
| 14 | patient is very variable and despite having done this | 00:16:15 |
| 15 | for 30 years, I can still not predict in a given | 00:16:19 |
| 16 | patient how they're going to respond to a given | 00:16:22 |
| 17 | therapy. And so you really -- so the almost more | 00:16:25 |
| 18 | important than what drug you start first is the | 00:16:29 |
| 19 | follow-up and the ability to look at adding | 00:16:32 |
| 20 | additional drugs, changing therapy and you -- and you | 00:16:36 |
| 21 | can only do that with experience. There actually is | 00:16:38 |
| 22 | one of the 14 drugs that improved survival or has | 00:16:41 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    17

| | | |
|---|---|---|
| 1 | been shown and it was actually the very first drug | 00:16:45 |
| 2 | approved in 1996 and it was a it was epoprostenol | 00:16:47 |
| 3 | which a is a prostacyclin drug given as an infusion, | 00:16:51 |
| 4 | a continuous infusion. So patients would have a | 00:16:55 |
| 5 | Hickman catheter inserted and would have a pump and | 00:16:59 |
| 6 | would mix up this medicine every day and walk around | 00:17:02 |
| 7 | 24 hours a day with this infusion. It's in a very | 00:17:05 |
| 8 | effective treatment and one that we still use | 00:17:09 |
| 9 | actually today, but obviously involves a fair amount | 00:17:11 |
| 10 | of work on the patient's part and is -- is labor | 00:17:14 |
| 11 | intensive, but that drug actually was shown to | 00:17:17 |
| 12 | improve survival. So basic principles of treatment as | 00:17:19 |
| 13 | I mentioned proper diagnosis to know you're treating | 00:17:25 |
| 14 | the right patient, understanding the risk assessment. | 00:17:27 |
| 15 | How sick is that patient in terms of what therapy | 00:17:31 |
| 16 | they need the close follow-up of the patients. And -- | 00:17:34 |
| 17 | and then the ability which again is due to all these | 00:17:37 |
| 18 | therapies of having multiple therapies. So the | 00:17:40 |
| 19 | concept of combination therapy for pulmonary | 00:17:42 |
| 20 | hypertension is really becoming the norm and the | 00:17:45 |
| 21 | standard of care now. And that's based on a number of | 00:17:48 |
| 22 | studies, some of -- a few of which I'll show you | 00:17:51 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    18

| | | |
|---|---|---|
| 1 | demonstrating the benefit of more than one drug in a | 00:17:53 |
| 2 | patient with this condition. And how we use those | 00:17:57 |
| 3 | combinations, do we use one after the other? Do we | 00:18:01 |
| 4 | start everything at once? Throw the kitchen sink at | 00:18:04 |
| 5 | them? Is debated. But we really do focus in many ways | 00:18:06 |
| 6 | on the strategy of treatment for a patient in some | 00:18:11 |
| 7 | ways more than the specific drugs that we use. And | 00:18:13 |
| 8 | that's again shown here in terms of getting a patient | 00:18:17 |
| 9 | to feel or function better, being aggressive with | 00:18:21 |
| 10 | treatment, individualizing it, maybe throwing | 00:18:23 |
| 11 | everything at the patient and then lung | 00:18:26 |
| 12 | transplantation. Although it's kind of at the end of | 00:18:28 |
| 13 | the road is still an option for treating pulmonary | 00:18:31 |
| 14 | hypertension in patients basically failing everything | 00:18:34 |
| 15 | else. When I see a patient with pulmonary | 00:18:38 |
| 16 | hypertension, I'm trying to determine what is the | 00:18:41 |
| 17 | risk in that patient? These are some of the things we | 00:18:43 |
| 18 | look at and I don't go through these in detail, but | 00:18:46 |
| 19 | how fast the disease is progressing, how poor the | 00:18:49 |
| 20 | exercise capacity is on the walk test. What is the | 00:18:53 |
| 21 | right ventricle look like on an echo? And what are | 00:18:57 |
| 22 | some of the measurements we get on the cath? A high | 00:18:59 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    19

| | | |
|---|---|---|
| 1 | risk patient, we may treat differently than a lower | 00:19:02 |
| 2 | risk patient. This is just a - a over -- overview of | 00:19:05 |
| 3 | the options that we have. So on the left are sort of | 00:19:10 |
| 4 | traditional or supportive therapies that have never | 00:19:13 |
| 5 | been shown with randomized trials to -- to improve | 00:19:16 |
| 6 | anything in terms of outcome. On the right are all | 00:19:18 |
| 7 | the FDA approved therapies for in 2018 for pulmonary | 00:19:21 |
| 8 | arterial hypertension, and we -- we group them into | 00:19:27 |
| 9 | classes. So we have prostanoids -- and these are | 00:19:30 |
| 10 | substances that work through the prostacyclin | 00:19:33 |
| 11 | pathway. Prostacyclin is a naturally occurring | 00:19:35 |
| 12 | substance that dilates vessels. Your body produces it | 00:19:38 |
| 13 | but in pulmonary hypertension, it doesn't produce | 00:19:42 |
| 14 | enough so we can give it back either as an analog of | 00:19:44 |
| 15 | the prostacyclin or in the case of selexipag, you see | 00:19:48 |
| 16 | there at the bottom to activating one of the | 00:19:51 |
| 17 | prostacyclin receptors, the IP receptor. Although the | 00:19:54 |
| 18 | one person who got the answer right, I didn't -- I | 00:19:57 |
| 19 | didn't have to tell you that. With that then have | 00:19:59 |
| 20 | endothelin receptor antagonists that block endothelin | 00:20:02 |
| 21 | and so they block a bad substance called endothelin | 00:20:05 |
| 22 | which your body over produces when you have pulmonary | 00:20:08 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    20

| | | |
|---|---|---|
| 1 | hypertension. And we have three approved drugs there | 00:20:11 |
| 2 | that block that effect. We then have PDE-5 Inhibitors | 00:20:14 |
| 3 | which work on the nitric oxide pathway. Nitric oxide | 00:20:18 |
| 4 | is good. And if you can augment that with either | 00:20:22 |
| 5 | sildenafil or tadalafil you can improve pulmonary | 00:20:24 |
| 6 | hypertension. And then the last drug called | 00:20:27 |
| 7 | riociguat, also works through nitric oxide but in a | 00:20:29 |
| 8 | different way. So that's the list of drugs and this | 00:20:32 |
| 9 | is a nice little cartoon showing that these are what | 00:20:35 |
| 10 | we call targeted therapies, and they work on one of | 00:20:38 |
| 11 | those three pathways to improve the pulmonary | 00:20:41 |
| 12 | vasculature relaxation and prevent the thickening and | 00:20:44 |
| 13 | the damage that occurs as a result of pulmonary | 00:20:49 |
| 14 | hypertension. So it's a really nice example of the | 00:20:51 |
| 15 | development of drugs specifically targeted to | 00:20:54 |
| 16 | abnormalities in the pulmonary vessels. And I'm going | 00:20:57 |
| 17 | to skip through there. So go through this very, very | 00:21:02 |
| 18 | quickly. But again, we're determining risk. Low, | 00:21:04 |
| 19 | intermediate or high-risk and making a determination | 00:21:07 |
| 20 | as to how they treat these patients. Patients are | 00:21:10 |
| 21 | high risk, we're going to be more aggressive with | 00:21:13 |
| 22 | than the patients who are lower risk, but even | 00:21:15 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024    21

| | | |
|---|---|---|
| 1 | patients are lower risk need aggressive treatment. | 00:21:17 |
| 2 | Just a few slides on the clinical trials, you know, | 00:21:20 |
| 3 | we can spend obviously hours and hours, but again | 00:21:24 |
| 4 | having been involved in all of these from day one, we | 00:21:27 |
| 5 | can see the evolution and how we used to test these | 00:21:30 |
| 6 | drugs. So all those on the top are -- were short term | 00:21:32 |
| 7 | studies with smaller patients where we looked at | 00:21:37 |
| 8 | exercise capacity as I mentioned. So a patient would | 00:21:40 |
| 9 | get the drug or placebo, you would do a six-minute | 00:21:43 |
| 10 | walk test, hall walk. How far can you walk up and | 00:21:46 |
| 11 | down a hall in six minutes before and at the end? And | 00:21:48 |
| 12 | you were able to show the drug versus placebo | 00:21:52 |
| 13 | improved the six-minute walk distance, but it became | 00:21:54 |
| 14 | clear that we needed to show more with these drugs, | 00:21:57 |
| 15 | especially as we got more and more therapies. And | 00:21:59 |
| 16 | those bottom three studies are what we call morbidity | 00:22:02 |
| 17 | and mortality studies and these are much longer | 00:22:05 |
| 18 | studies with much larger number of patients where | 00:22:07 |
| 19 | we're really looking at the ability of the drug over | 00:22:10 |
| 20 | a long period of time to prevent some sort of | 00:22:13 |
| 21 | clinical worsening. It could be worsening exercise | 00:22:15 |
| 22 | capacity, could be hospitalization, death, need for | 00:22:19 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                              22

| | | |
|---|---|---|
| 1 | additional therapies. This is what we call morbidity | 00:22:23 |
| 2 | mortality or event-driven studies. And the last three | 00:22:25 |
| 3 | studies that we published were all in that category. | 00:22:28 |
| 4 | And so I think those have been very important. I'll | 00:22:33 |
| 5 | just show you a couple very quickly, in the last few | 00:22:35 |
| 6 | minutes. This is macitentan. So this is one of the | 00:22:38 |
| 7 | endothelin and receptor antagonists. And this gives | 00:22:42 |
| 8 | you a little taste of what the kind of way we study | 00:22:45 |
| 9 | these drugs now. So this was the end point that we | 00:22:47 |
| 10 | were looking at. It's what we call it a combined | 00:22:50 |
| 11 | morbidity mortality endpoint. So if the patient had | 00:22:54 |
| 12 | any one of those things occur on the left there, that | 00:22:56 |
| 13 | counted as an event and that would be the end of the | 00:23:00 |
| 14 | treatment arm, placebo arm, treatment arm for that | 00:23:03 |
| 15 | patient. And -- and that's how we did these studies | 00:23:06 |
| 16 | and we're able to show with macitentan in the slide | 00:23:09 |
| 17 | here is that patients who got macitentan, at the | 00:23:12 |
| 18 | approved dose of 10 milligrams had a significant | 00:23:16 |
| 19 | reduction in the likelihood of having one of those | 00:23:19 |
| 20 | bad events happening. And that reduction was in the | 00:23:21 |
| 21 | range of a 45% risk reduction. So pretty impressive. | 00:23:24 |
| 22 | And that, that happened and this again, we're not | 00:23:30 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    23

| | | |
|---|---|---|
| 1 | going to get into great detail -- this occurred even | 00:23:32 |
| 2 | in patients who are already on another drug. So about | 00:23:34 |
| 3 | 2/3 of patients in that study were on Sildenafil, | 00:23:38 |
| 4 | Viagra as their background drug. And then they were | 00:23:41 |
| 5 | randomized to the macitentan Seor placebo and even in | 00:23:44 |
| 6 | patient on background therapy, like showing on the | 00:23:48 |
| 7 | left there, you still had a benefit. And again, | 00:23:50 |
| 8 | that's an inkling of why we're talking about | 00:23:52 |
| 9 | combination therapy. This was another recent study, | 00:23:55 |
| 10 | selexipag. So again the in -- prostacyclin receptor | 00:23:58 |
| 11 | agonist and very similarly we looked at a combination | 00:24:02 |
| 12 | endpoint of disease progression, hospitalization, | 00:24:07 |
| 13 | death, need for additional therapies. And we're able | 00:24:11 |
| 14 | to show similarly that patients who got this | 00:24:15 |
| 15 | selexipag, which again is the prospecting analyst -- | 00:24:17 |
| 16 | analogue or agonist, we had about a risk reduction of | 00:24:21 |
| 17 | about 40%. So it has the ratio of 0.6, so I think -- | 00:24:26 |
| 18 | I think a lot of people put 40% so that was good in | 00:24:30 |
| 19 | terms of the likelihood of event. One thing about | 00:24:33 |
| 20 | this is that you should note is that 80% of the | 00:24:35 |
| 21 | patients in this study were on background therapy and | 00:24:37 |
| 22 | the third of the patients were actually on two | 00:24:41 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                                24

| | | |
|---|---|---|
| 1 | background therapies. They run  one of the endothelin | 00:24:43 |
| 2 | receptor antagonists and a PDE-5 inhibitor. So even | 00:24:45 |
| 3 | in patients on two background drugs, the third drug | 00:24:49 |
| 4 | seemed to prevent or decrease the likelihood of | 00:24:52 |
| 5 | worsening. So again, that's very important | 00:24:54 |
| 6 | information. Now, the question then becomes well, if | 00:24:58 |
| 7 | we're able to show that one drug on top of another | 00:25:02 |
| 8 | seems to get a benefit. Why don't we just use drugs | 00:25:05 |
| 9 | together upfront? And we can debate that. There's | 00:25:08 |
| 10 | clearly in a ability to look at those three targets, | 00:25:15 |
| 11 | those three classes of drugs and say well we're going | 00:25:20 |
| 12 | to treat each of them at the same time. There's one | 00:25:23 |
| 13 | study that's done that called the AMBITION study. | 00:25:28 |
| 14 | This is where the different endothelin receptor | 00:25:30 |
| 15 | antagonist, ambrisentan and a PDE-5 inhibitor, | 00:25:32 |
| 16 | tadalafil. And we're able to show that in patients | 00:25:35 |
| 17 | got both of those drugs up front. There was a similar | 00:25:38 |
| 18 | Improvement in the clinical endpoint that event | 00:25:41 |
| 19 | morbidity mortality endpoint compared to patients who | 00:25:45 |
| 20 | got one drug either -- either or it was a pooled | 00:25:47 |
| 21 | monotherapy. So the combination up front seemed to | 00:25:51 |
| 22 | improve patient's care the single therapy and that is | 00:25:54 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    25

| 1 | becoming more the norm now with data like these | 00:25:57 |
| 2 | showing that well, maybe it's not enough just to | 00:26:00 |
| 3 | start one treatment. Maybe we should start two up | 00:26:03 |
| 4 | front. Some people who are even suggesting three but | 00:26:06 |
| 5 | we need data on these and I think clearly we can | 00:26:08 |
| 6 | debate it but they're clearly I think taking the | 00:26:11 |
| 7 | individualized approach maybe low-risk patients start | 00:26:14 |
| 8 | one drug more higher risk patients start two drugs. | 00:26:17 |
| 9 | And then there's some uncontrolled reports on triple | 00:26:21 |
| 10 | combination up front. So got we have guidelines to | 00:26:24 |
| 11 | help guide strategy for treating pulmonary | 00:26:29 |
| 12 | hypertension. These are more recent European | 00:26:31 |
| 13 | guidelines that bring up that idea of initial oral | 00:26:33 |
| 14 | combination therapy in higher risk patients, and | 00:26:37 |
| 15 | we've just recently met for another one of these | 00:26:40 |
| 16 | every five years symposia, and that will become a | 00:26:42 |
| 17 | pretty strong recommendation for the majority of | 00:26:45 |
| 18 | patients is up front combination therapy for | 00:26:48 |
| 19 | pulmonary hypertension. Now, these drugs aren't | 00:26:51 |
| 20 | without any downside -- without downside and all | 00:26:53 |
| 21 | these drugs have some side effects. You give a | 00:26:56 |
| 22 | vasodilating drug, you're going to get flushing, | 00:26:59 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                                    26

```
 1   headache, you get some GI symptoms and so you need to      00:27:02

 2   understand those before you prescribe them and there      00:27:05

 3   are some drug interactions that you should know.          00:27:08

 4        We'll talk a little bit more in a second            00:27:11

 5   are the speaker about when to refer some of the issue     00:27:13

 6   of access to specialists. But clearly, as I               00:27:16

 7   mentioned, I think once you've ruled out very common      00:27:19

 8   things, you need to extend to a specialist who can        00:27:22

 9   work up the patient. And there's some emerging end        00:27:25

10   points looking at sort of non-invasively, right           00:27:28

11   ventricular function. We think quality of life is         00:27:31

12   obviously very important and we have some data that       00:27:33

13   with several of these therapies, patients quality of      00:27:36

14   life can improve dramatically.                            00:27:39

15        So very quick overview, but in conclusion,          00:27:41

16   pulmonary hypertension can occur in a variety of          00:27:44

17   conditions, you need to understand that. In a variety     00:27:45

18   of different patients. The approach to diagnosis          00:27:48

19   needs to be followed systematically to avoid              00:27:51

20   misdiagnosis and not just under treatment but over        00:27:54

21   treatment or what we might call mistreatment. And we      00:27:57

22   do have numerous treatment options now. But clearly       00:28:00
```

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                        27

| | | |
|---|---|---|
| 1 | expert evaluation and treatment is required given | 00:28:03 |
| 2 | what I think you got to taste of some of the | 00:28:07 |
| 3 | complexities in dealing with this under recognized | 00:28:08 |
| 4 | condition. So I think I'll stop there and thank you | 00:28:12 |
| 5 | for your attention and we'll move on to the next | 00:28:15 |
| 6 | speaker. | 00:28:16 |
| 7 | MEGAN SANTANNA: Hi everyone. My name is | 00:28:19 |
| 8 | Megan Santanna. I am the director of practice | 00:28:20 |
| 9 | optimization at a primary care office called Ritner | 00:28:23 |
| 10 | Medical Associates in South Philadelphia. A little | 00:28:26 |
| 11 | bit about our office, we -- we are involved in many | 00:28:30 |
| 12 | quality programs. We do CPC plus. We are a PCMH | 00:28:34 |
| 13 | recognized practice. So to us care managing patients | 00:28:38 |
| 14 | and developing processes is part of our daily | 00:28:41 |
| 15 | workflow. Today we're going to be talking about delay | 00:28:44 |
| 16 | and diagnosis and why that's devastating to a | 00:28:48 |
| 17 | patient. One of the first things I want to talk about | 00:28:51 |
| 18 | is it it's an estimated two years between the onset | 00:28:54 |
| 19 | of symptoms to diagnosis and you're kind of asking | 00:28:57 |
| 20 | yourself. Why does it take that long? Well, if you | 00:29:01 |
| 21 | work in primary care and experience your patient | 00:29:04 |
| 22 | population many times you have patients that come in | 00:29:06 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                    28

| | | |
|---|---|---|
| 1 | for episodic care. They don't have that incremental | 00:29:10 |
| 2 | care where they come in and they see you frequently | 00:29:13 |
| 3 | and talk about all of their symptoms. You have | 00:29:16 |
| 4 | patients that specifically just go to a specialist | 00:29:19 |
| 5 | and don't really come to primary care. So that's | 00:29:22 |
| 6 | another avenue of why it would take longer or you | 00:29:25 |
| 7 | know, our favorite patients -- the ones that go to | 00:29:27 |
| 8 | the ER when they have symptoms and don't come back to | 00:29:30 |
| 9 | the office. They only go to the ER when they have | 00:29:33 |
| 10 | have symptoms. So all of these things can impact | 00:29:38 |
| 11 | their diagnosis. Most commonly when it is in primary | 00:29:40 |
| 12 | care it's presented as dyspnea on exertion which | 00:29:46 |
| 13 | could lead to a plethora of different diagnosis. It | 00:29:49 |
| 14 | could be misdiagnosed just as Dr. Channick was | 00:29:53 |
| 15 | talking about. And this is so devastating to patients | 00:29:55 |
| 16 | because their mortality rate increases the -- the | 00:29:59 |
| 17 | longer it takes them to be diagnosed. So it's very | 00:30:03 |
| 18 | important to kind of think about this and recognize | 00:30:06 |
| 19 | it when you're seeing patients and think about | 00:30:09 |
| 20 | pulmonary hypertension. | 00:30:12 |
| 21 | So what does the data tell us? The data | 00:30:14 |
| 22 | tells us that there's an inverse relationship between | 00:30:17 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                29

| | | |
|---|---|---|
| 1 | socioeconomic status and disease severity. So kind of | 00:30:19 |
| 2 | if you think about it, in our Health Care system | 00:30:25 |
| 3 | today many patients have their Healthcare tied to an | 00:30:28 |
| 4 | insurance or tied to um an employment insurance and | 00:30:32 |
| 5 | why that's so important is because if you are earning | 00:30:39 |
| 6 | money, you are employed. You have better access to a | 00:30:44 |
| 7 | health care plan. You may have more access to | 00:30:48 |
| 8 | specialists. You may have a broader network whereas | 00:30:51 |
| 9 | if you are unable to work because your symptoms | 00:30:55 |
| 10 | become so severe, you may be forced to take Medicaid | 00:30:58 |
| 11 | or have no insurance and your access diminishes | 00:31:02 |
| 12 | greatly. And many patients that we experience in our | 00:31:05 |
| 13 | office are Medicaid patients or they are unable to | 00:31:09 |
| 14 | work because of their symptoms. So you're left with | 00:31:13 |
| 15 | how do I treat this patient? There's a quote from one | 00:31:16 |
| 16 | of the articles that I was reading when researching | 00:31:21 |
| 17 | this and it says socioeconomic status plays a vital | 00:31:23 |
| 18 | role in access to Health Care and our results | 00:31:26 |
| 19 | indicate a significant delay in diagnosis in patients | 00:31:29 |
| 20 | with low socioeconomic status as evidenced by more | 00:31:33 |
| 21 | severe symptoms of functional limitation at the time | 00:31:36 |
| 22 | of initial diagnosis. So this is really important to | 00:31:39 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                    30

| | | |
|---|---|---|
| 1 | kind of identify them early on and try and get them | 00:31:43 |
| 2 | help. So there is a study done by Octillion and they | 00:31:52 |
| 3 | looked at the impact of PH on patients and what they | 00:31:55 |
| 4 | found is they looked at four different areas. The | 00:32:01 |
| 5 | physical and practical environment, the emotional | 00:32:03 |
| 6 | impact and social impact and informational needs and | 00:32:06 |
| 7 | what they found was they had a great physical impact | 00:32:10 |
| 8 | that nearly half of these patients could no longer | 00:32:15 |
| 9 | work which meant that they didn't have incomes. I | 00:32:18 |
| 10 | mean if you think about your patients and you think | 00:32:21 |
| 11 | about a patient who was the primary breadwinner of | 00:32:24 |
| 12 | the family that can no longer work, it's devastating. | 00:32:27 |
| 13 | They can no longer afford to go to specialists or pay | 00:32:31 |
| 14 | for medications. 1/3 of their caregivers were | 00:32:33 |
| 15 | impacted with their adverse work -- work schedules. | 00:32:37 |
| 16 | So, you know thinking about the downward effects of | 00:32:40 |
| 17 | it. | 00:32:43 |
| 18 | One of the most interesting things that I | 00:32:43 |
| 19 | found that many of the patients were very candid and | 00:32:45 |
| 20 | open about was it affected their sex lives that they | 00:32:48 |
| 21 | could no longer be intimate with their partners and | 00:32:50 |
| 22 | how that affected them. It made them more depressed. | 00:32:53 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    31

| | | |
|---|---|---|
| 1 | It made them feel socially isolated. When they were | 00:32:55 |
| 2 | short of breath, they could no longer participate in | 00:32:59 |
| 3 | social activities with their friends because they | 00:33:03 |
| 4 | just felt so exhausted that they couldn't participate | 00:33:05 |
| 5 | in it. So it's really not just one impact but it | 00:33:08 |
| 6 | impacts many parts of their lives. So I thought that | 00:33:11 |
| 7 | was a really interesting study. Here's something | 00:33:17 |
| 8 | that's always very interesting. When these patients | 00:33:20 |
| 9 | need a specialist, so how accessible is it? So what I | 00:33:23 |
| 10 | did was I looked at pulmonary specialists across the | 00:33:28 |
| 11 | Nation and this is from the CDC and what I found was | 00:33:32 |
| 12 | there's less than 1% of pulmonologists across the | 00:33:35 |
| 13 | country compared to about 13% of primary care | 00:33:39 |
| 14 | physicians. So clearly there's an access issue. | 00:33:44 |
| 15 | There's not a lot of pulmonologists and what I also | 00:33:47 |
| 16 | looked at was you can see there's a color variation | 00:33:50 |
| 17 | of states from mortality rates for pulmonary | 00:33:54 |
| 18 | hypertension. And what I did was I looked at all of | 00:33:58 |
| 19 | the states that had the highest mortality rate and | 00:34:02 |
| 20 | what I found was very interesting. So I circled South | 00:34:05 |
| 21 | Carolina because I'm going to use it as an example. | 00:34:09 |
| 22 | But when I looked at Oregon, there's only 47 | 00:34:12 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                32

```
 1    pulmonologists across the state. In Idaho, there's        00:34:15
 2    25. In Vermont, which is red, there's only 11             00:34:18
 3    pulmonologists in the entire state. And if you think      00:34:22
 4    about how many pulmonary issues that patients can         00:34:25
 5    have, that's not a lot to serve a patient population      00:34:28
 6    of states that have 4 million, 6 million people.          00:34:30
 7         So I looked at South Carolina and I wanted           00:34:36
 8    to use this example. They actually had 71                 00:34:37
 9    pulmonologists which was on the higher side of things     00:34:40
10    and I looked at -- I took Manning, South Carolina. If     00:34:43
11    anyone's from Manning, please let us know if there's      00:34:46
12    a pulmonologist there, but I used Manning, South          00:34:49
13    Carolina. It was kind of in the middle of the state       00:34:52
14    and I kind of used it just as an example and I said       00:34:54
15    if a patient has pulmonary hypertension, what would       00:34:57
16    it be like to get to a specialist? And keep in mind       00:35:00
17    if they have pulmonary hypertension, many times           00:35:03
18    they're on oxygen. So if patients are traveling at a      00:35:06
19    minimum of the shortest time at 52 minutes, typical       00:35:09
20    oxygen tanks are -- cover about 3 hours. So an hour       00:35:14
21    there an hour back. you -- you have to park, walk to      00:35:18
22    the specialist office. They may not be on time and        00:35:20
```

| 1 | your visit may be longer than an hour. What do you | 00:35:23 |
| 2 | do? Do you bring a big oxygen tank? Do you bring 2? | 00:35:26 |
| 3 | And these patients can't breathe to begin with so | 00:35:29 |
| 4 | carrying extra weight is really difficult for these | 00:35:33 |
| 5 | patients. So thinking about just from an access | 00:35:35 |
| 6 | standpoint and all of the other effects that come | 00:35:39 |
| 7 | from that, it's -- it's really difficult to -- to | 00:35:42 |
| 8 | manage these patients. In South Carolina, like I | 00:35:45 |
| 9 | said, there's only 71 pulmonologists and when I | 00:35:51 |
| 10 | looked at this number, I kind of questioned it. And | 00:35:54 |
| 11 | what I found is that's licensed professionals so you | 00:35:57 |
| 12 | could hold a license in South Carolina, but not | 00:36:00 |
| 13 | practice there. So this number could be inflated so | 00:36:03 |
| 14 | there could be even more of an access issue. And if I | 00:36:06 |
| 15 | tried to lay out the statistics here, so that's 1.43 | 00:36:11 |
| 16 | pulmonologists per 100,000 people. And if you think | 00:36:15 |
| 17 | about wait times for getting a specialist | 00:36:19 |
| 18 | appointment, that's significant. You can wait months | 00:36:22 |
| 19 | to see a pulmonologist and those months are very | 00:36:25 |
| 20 | critical with patients with pulmonary hypertension. | 00:36:27 |
| 21 | So now that I've laid out that kind of dismal picture | 00:36:30 |
| 22 | for you about access, I'm going to try and explain | 00:36:33 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    34

```
 1   some solutions and some possible ways to do some care       00:36:37

 2   management for these patients. So I like to think           00:36:41

 3   about what everything that could go wrong and what          00:36:43

 4   you can kind of do to -- to plan for that. So               00:36:46

 5   assessing barriers to care. Look at your patient            00:36:52

 6   population. Look at your location and find                   00:36:56

 7   specialists or subspecialists that handle these             00:36:59

 8   patients. So your pulmonologists in your area. How --       00:37:03

 9   how far they from your office? Try and build a              00:37:06

10   relationship with them. Outreach to them. In our           00:37:09

11   office we try and build relationships with many            00:37:12

12   specialists. And the way that we do it is I usually        00:37:15

13   Outreach to that office and I make a relationship          00:37:18

14   with an administrator in that office so they know          00:37:22

15   they can call me if they need something and I can          00:37:25

16   call them if I need something. So it's having that         00:37:27

17   administrative relationship. But then also having a        00:37:29

18   physician to a physician relationship so they can          00:37:32

19   talk about the patient, make a plan for it so they're      00:37:35

20   on the same page. They're not ordering duplicative         00:37:37

21   testing. They're all on the same page. And that's          00:37:40

22   kind of the ideal gold standard of what we try and         00:37:44
```

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                    35

| | | |
|---|---|---|
| 1 | do. Making that co-management agreement also include | 00:37:48 |
| 2 | the patient in it, so they know who to call and when | 00:37:51 |
| 3 | to call. That's very, very important. The more that | 00:37:54 |
| 4 | the patient understands and the more that the patient | 00:37:58 |
| 5 | knows how to reach people is your ideal state. | 00:38:00 |
| 6 | So I have to have a -- a nod to Dr. | 00:38:06 |
| 7 | Gawande at Mass Gen. He always talks about a | 00:38:08 |
| 8 | checklist manifesto and I think that checklists are | 00:38:11 |
| 9 | very successful so I created a checklist for this and | 00:38:14 |
| 10 | it's really generalizable to any specialist that you | 00:38:18 |
| 11 | refer to and it's kind of blurred here and we're | 00:38:21 |
| 12 | going to go through the questions. But it's thinking | 00:38:23 |
| 13 | about your patients when you refer them to | 00:38:27 |
| 14 | specialists thinking about all of the aspects of | 00:38:29 |
| 15 | their care socially outside of the office that could | 00:38:31 |
| 16 | impact them and kind of trying to identify them and | 00:38:35 |
| 17 | have a work -- working plan just in case an | 00:38:39 |
| 18 | inevitable bad problem happens. So if you look at | 00:38:43 |
| 19 | this, the first thing we're going to talk about is | 00:38:49 |
| 20 | the access. So what's the distance they have this | 00:38:51 |
| 21 | specialist? We kind of talked about this in the South | 00:38:54 |
| 22 | Carolina example. How far do they have to travel? Is | 00:38:57 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                 36

| | | |
|---|---|---|
| 1 | it at a university where they have to walk a really | 00:39:00 |
| 2 | long hall to get there? Do they have a clearly | 00:39:02 |
| 3 | defined map of where to go? What building to go into? | 00:39:05 |
| 4 | What suite number it is? Having all that information | 00:39:09 |
| 5 | for the patient is very valuable so they get to the | 00:39:11 |
| 6 | appointment. If they get frustrated, they may wind up | 00:39:15 |
| 7 | not going to the appointment and that doesn't service | 00:39:18 |
| 8 | anyone. Thinking of someone can accompany them to the | 00:39:21 |
| 9 | appointment --whether it's a family member, whether | 00:39:25 |
| 10 | it's someone from their insurance plan, that can come | 00:39:28 |
| 11 | with them that can understand what's going on and can | 00:39:31 |
| 12 | help the patient. A second set of ears is always very | 00:39:35 |
| 13 | helpful to patients. Thinking about does the patient | 00:39:38 |
| 14 | require oxygen? Thinking about the -- the | 00:39:42 |
| 15 | implications of that, you know, can they do stairs? | 00:39:45 |
| 16 | What, you know, what's their availability to walk a | 00:39:48 |
| 17 | distance? All these things, you know kind of walking | 00:39:51 |
| 18 | through with the patient and setting realistic | 00:39:54 |
| 19 | expectations with them are all really important when | 00:39:56 |
| 20 | referring to a specialist. And then paying a co-pay. | 00:39:59 |
| 21 | We have this problem with our patients. Sometimes | 00:40:03 |
| 22 | they don't want to wait to see a specialist or | 00:40:06 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                37

| | |
|---|---|
| 1 | sometimes they can't afford the specialist co-pays so | 00:40:08 |
| 2 | they will use the ER as their uh method of seeking | 00:40:11 |
| 3 | care. So kind of asking them that question up front | 00:40:14 |
| 4 | and talking to the specialist office and trying to | 00:40:17 |
| 5 | make arrangements for that can be really critical. We | 00:40:20 |
| 6 | -- we had a patient that we tried to set up to go to | 00:40:24 |
| 7 | a specialist's office about seven times and she no- | 00:40:29 |
| 8 | showed seven times to this office. Like, I'm amazed | 00:40:32 |
| 9 | that they would still booked another appointment with | 00:40:36 |
| 10 | her. But um, we found out that she didn't want to | 00:40:37 |
| 11 | walk upstairs. She didn't want to do any stairs. She | 00:40:41 |
| 12 | -- she wanted to be able to walk in the building on | 00:40:44 |
| 13 | the first floor. And she had a lot of transportation | 00:40:46 |
| 14 | issues, but she -- we wouldn't know that unless we | 00:40:49 |
| 15 | asked the questions to her. So it's important to kind | 00:40:52 |
| 16 | of get their social situation. | 00:40:55 |
| 17 | Talking about their social environment. Do | 00:41:01 |
| 18 | they live in an older house? If -- in our area, if | 00:41:03 |
| 19 | you need to have transportation come to your house | 00:41:07 |
| 20 | that's arranged that's you know through the | 00:41:10 |
| 21 | Corporation of Aging or something, they won't come | 00:41:11 |
| 22 | and get you in your apartment that's on the second | 00:41:14 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                     38

| | | |
|---|---|---|
| 1 | floor. You have to be able to meet them at the curb. | 00:41:16 |
| 2 | So is that going to be an issue walking down the | 00:41:19 |
| 3 | stairs? You know, what if they're a fall risk? Kind | 00:41:21 |
| 4 | of thinking about all of the different aspects of how | 00:41:24 |
| 5 | they can get to the transportation. Do they have | 00:41:27 |
| 6 | familial support or are they alone? Do they have | 00:41:30 |
| 7 | anyone that they can help or have a friend that lives | 00:41:33 |
| 8 | down the hall? You know, that's a caregiver to them. | 00:41:36 |
| 9 | Thinking about the resources that they have available | 00:41:40 |
| 10 | to them in working with that. You know, and if they | 00:41:43 |
| 11 | live alone, you know, trying to develop a | 00:41:46 |
| 12 | relationship with maybe an insurance company that | 00:41:48 |
| 13 | they can have telephonic monitoring when they can't | 00:41:51 |
| 14 | come into the office. | 00:41:54 |
| 15 | The next one's patient status. So this | 00:41:55 |
| 16 | one's talking about, you know, does the patient | 00:41:58 |
| 17 | really understand what pulmonary hypertension is? The | 00:42:02 |
| 18 | more that they understand the more that they can | 00:42:05 |
| 19 | engage themselves in their care. It's not just are | 00:42:07 |
| 20 | they literate, as in can they read but are they | 00:42:11 |
| 21 | health literate? Do they understand the medications | 00:42:13 |
| 22 | that they're taking? What the side effects could be | 00:42:16 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    39

| # | | |
|---|---|---|
| 1 | and kind of what to do with their comorbidities with | 00:42:18 |
| 2 | their condition. Language barriers always | 00:42:22 |
| 3 | interesting. It's not -- it's not always how you say | 00:42:25 |
| 4 | it but it's also if they speak a different language, | 00:42:29 |
| 5 | how are they really understanding? How do you know | 00:42:32 |
| 6 | that they're -- they're understanding their care | 00:42:35 |
| 7 | plan. So kind of thinking about that beforehand. This | 00:42:37 |
| 8 | is something that we put on the worksheet for our | 00:42:44 |
| 9 | patients. We found -- we did this also with asthma | 00:42:47 |
| 10 | and the COPD worksheet and it's kind of laying out | 00:42:51 |
| 11 | what they're feeling, what they should do when | 00:42:55 |
| 12 | they're feeling the way that they are, who they | 00:42:58 |
| 13 | should call, when they should go to the emergency | 00:43:01 |
| 14 | room and kind of having the important numbers right | 00:43:03 |
| 15 | there. So they have a clear plan when I have | 00:43:06 |
| 16 | shortness of breath, this is what I do. It's better | 00:43:09 |
| 17 | for them to have an action plan and can be able to | 00:43:13 |
| 18 | follow a grid that way they're not left to question | 00:43:16 |
| 19 | and when they questioned they can sometimes utilize | 00:43:20 |
| 20 | care inappropriately. So it's trying to avoid that. | 00:43:23 |
| 21 | Here's some potential roadblocks that we | 00:43:28 |
| 22 | see very frequently. So they use the ER a lot. So | 00:43:30 |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                    40

| | | |
|---|---|---|
| 1 | it's trying to have that meaningful conversation | 00:43:35 |
| 2 | using the plan, redirecting them back to primary care | 00:43:38 |
| 3 | or to their specialist for frequent follow-ups. | 00:43:41 |
| 4 | That's very, very important. Having same day | 00:43:45 |
| 5 | appointments that are available for these patients. | 00:43:47 |
| 6 | You know, flag them as high-risk. Tell them that you | 00:43:49 |
| 7 | know, they -- they have same day appointments. Tell | 00:43:51 |
| 8 | them when they are. Have the after hours number | 00:43:53 |
| 9 | plastered everywhere in your office so they know that | 00:43:56 |
| 10 | they can reach you and feel comfortable. If a | 00:43:58 |
| 11 | patient's homebound, try and find them a physician | 00:44:02 |
| 12 | that goes to the office or goes to their home, I | 00:44:05 |
| 13 | mean. You know, having -- seeing if they're a part of | 00:44:08 |
| 14 | a community and seeing that if that, you know, church | 00:44:12 |
| 15 | or community partnership will make house calls and go | 00:44:15 |
| 16 | and see them. Refer them to home care. Have someone | 00:44:18 |
| 17 | come into the house and be the eyes and the ears, | 00:44:21 |
| 18 | even if it's a caregiver that calls and gives | 00:44:23 |
| 19 | updates. You know, have some sort of connection to be | 00:44:25 |
| 20 | able to care manage them. | 00:44:28 |
| 21 | And then this is another big one in | 00:44:30 |
| 22 | primary care. It's medication cost. So investigate -- | 00:44:31 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                    41

| | | |
|---|---|---|
| 1 | there's PACE, that's, you know, for elderly or | 00:44:37 |
| 2 | Medicaid. It's in every state trying and getting them | 00:44:39 |
| 3 | enrolled in those programs. Contacting Pharma. A lot | 00:44:42 |
| 4 | of times they have uh programs that can help patients | 00:44:45 |
| 5 | pay for medications because you know, remember these | 00:44:49 |
| 6 | patients don't just have pulmonary hypertension. They | 00:44:52 |
| 7 | could have a plethora of other conditions. They, you | 00:44:54 |
| 8 | know, they're on polpharmacy, each of these drugs, | 00:44:57 |
| 9 | even if they're $5.00 a piece can't afford $50 a | 00:45:00 |
| 10 | month for medication. So it's kind of thinking about | 00:45:03 |
| 11 | solutions and being creative in the way that you | 00:45:06 |
| 12 | approach it. And then finally, evaluating for generic | 00:45:09 |
| 13 | alternatives is an important one. | 00:45:12 |
| 14 | Okay. Does anyone have questions? No? All | 00:45:16 |
| 15 | right. Well, thank you. | 00:45:23 |
| 16 | (The recording was concluded.) | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

1        CERTIFICATE OF TRANSCRIBER

2            I, Lauren Bishop, do hereby certify that

3    the transcript was prepared from the digital audio

4    recording of the foregoing proceeding; that said

5    proceedings were reduced to typewriting under my

6    supervision; that said transcript is a true and

7    accurate record of the proceedings to the best of my

8    knowledge, skills, and ability; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to the case and have no interest, financial

11   or otherwise, in its outcome.

12

13   *Lauren Bishop*

14   _____

15   LAUREN BISHOP

16   Planet Depos,

17   April 4, 2024

18

19

20

21

22

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

43

| A | | | |
|---|---|---|---|
| **ability** | **41:10** | **41:9** | **alluded** |
| 15:15, 16:6, | **above** | **after** | 9:11 |
| 16:19, 17:17, | 8:5 | 18:3, 40:8 | **almost** |
| 21:19, 24:10, | **access** | **afternoon** | 2:11, 10:4, |
| 42:8 | 26:6, 29:6, | 2:1 | 12:9, 16:17 |
| **able** | 29:7, 29:11, | **afterwards** | **alone** |
| 2:9, 9:15, | 29:18, 31:14, | 8:13 | 38:6, 38:11 |
| 14:22, 21:12, | 33:5, 33:14, | **again** | **already** |
| 22:16, 23:13, | 33:22, 35:20 | 4:17, 5:15, | 23:2 |
| 24:7, 24:16, | **accessible** | 5:17, 14:1, | **also** |
| 37:12, 38:1, | 31:9 | 14:3, 14:14, | 3:2, 20:7, |
| 39:17, 40:20 | **accompany** | 15:6, 17:17, | 31:15, 34:17, |
| **abnormalities** | 36:8 | 18:8, 20:18, | 35:1, 39:4, 39:9 |
| 20:16 | **accurate** | 21:3, 22:22, | **alternatives** |
| **about** | 42:7 | 23:7, 23:10, | 41:13 |
| 2:17, 2:21, | **across** | 23:15, 24:5 | **although** |
| 3:3, 3:10, 3:12, | 7:15, 31:10, | **against** | 18:12, 19:17 |
| 3:13, 4:10, | 31:12, 32:1 | 6:17 | **always** |
| 5:20, 5:21, 6:4, | **action** | **aggressive** | 9:18, 10:4, |
| 7:7, 7:8, 7:20, | 39:17 | 18:9, 20:21, | 12:9, 13:14, |
| 9:2, 9:7, 10:1, | **activating** | 21:1 | 14:19, 31:8, |
| 10:6, 10:21, | 19:16 | **aging** | 35:7, 36:12, |
| 11:4, 12:3, | **activities** | 37:21 | 39:2, 39:3 |
| 14:5, 14:9, | 31:3 | **ago** | **amazed** |
| 14:10, 14:14, | **actually** | 2:4, 3:18, | 37:8 |
| 15:6, 15:7, | 5:18, 7:22, | 11:11, 14:15, | **ambition** |
| 15:11, 23:2, | 8:18, 9:6, 10:8, | 14:16 | 24:13 |
| 23:8, 23:16, | 11:8, 15:12, | **agonist** | **ambrisentan** |
| 23:17, 23:19, | 16:21, 17:1, | 23:11, 23:16 | 24:15 |
| 26:5, 27:11, | 17:9, 17:11, | **agreement** | **amount** |
| 27:15, 27:17, | 23:22, 32:8 | 35:1 | 17:9 |
| 28:3, 28:15, | **acute** | **algorithm** | **analog** |
| 28:18, 28:19, | 11:22 | 9:5, 10:20 | 19:14 |
| 29:2, 30:10, | **adding** | **all** | **analogue** |
| 30:11, 30:16, | 16:19 | 3:7, 4:9, 8:1, | 23:16 |
| 30:20, 31:13, | **additional** | 9:21, 11:13, | **analogy** |
| 32:4, 32:20, | 16:20, 22:1, | 13:8, 14:9, | 6:9 |
| 33:5, 33:17, | 23:13 | 15:7, 15:12, | **analyst** |
| 33:22, 34:3, | **administrative** | 17:17, 19:6, | 23:15 |
| 34:19, 35:7, | 34:17 | 21:4, 21:6, | **another** |
| 35:13, 35:14, | **administrator** | 22:3, 25:20, | 23:2, 23:9, |
| 35:19, 35:21, | 34:14 | 28:3, 28:10, | 24:7, 25:15, |
| 36:13, 36:14, | **adverse** | 31:18, 33:6, | 28:6, 37:9, |
| 37:7, 37:17, | 30:15 | 34:21, 35:14, | 40:21 |
| 38:4, 38:9, | **affected** | 36:4, 36:17, | **answer** |
| 38:16, 39:7, | 30:20, 30:22 | 36:19, 38:4, | 19:18 |
| | **afford** | 41:14 | **antagonist** |
| | 30:13, 37:1, | **allow** | 24:15 |
| | | 6:5 | |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    44

antagonists
19:20, 22:7,
24:2
any
6:21, 11:15,
22:12, 25:20,
35:10, 37:11,
42:9
anyone
36:8, 38:7,
41:14
anyone's
32:11
anything
4:11, 19:6
apartment
37:22
apnea
4:16
appointment
33:18, 36:6,
36:7, 36:9, 37:9
appointments
40:5, 40:7
approach
3:4, 14:3,
25:7, 26:18,
41:12
approval
15:13, 15:17
approved
2:12, 15:3,
15:11, 15:13,
16:6, 17:2,
19:7, 20:1,
22:18
april
42:17
area
6:7, 6:13,
34:8, 37:18
areas
12:11, 30:4
aren't
14:4, 25:19
arm
22:14
around
17:6

arranged
37:20
arrangements
37:5
arterial
4:2, 5:1, 5:7,
13:20, 14:12,
15:4, 19:8
arteries
12:16, 16:4
artery
6:21, 7:13,
8:4, 8:7, 11:18,
13:10
articles
29:16
asked
37:15
asking
27:19, 37:3
aspects
35:14, 38:4
assessing
34:5
assessment
17:14
associated
5:8
associates
27:10
asthma
39:9
attention
27:5
audio
42:3
augment
20:4
autoimmune
5:12
availability
36:16
available
14:11, 38:9,
40:5
avenue
28:6
avoid
26:19, 39:20

away
4:7

**B**

back
7:14, 8:18,
19:14, 28:8,
32:21, 40:2
background
23:4, 23:6,
23:21, 24:1,
24:3
backs
8:16
bad
19:21, 22:20,
35:18
barriers
34:5, 39:2
based
3:19, 8:6,
16:6, 17:21
basic
5:20, 9:8,
10:12, 14:6,
17:12
basically
18:14
basics
3:9
became
21:13
because
2:14, 2:19,
3:14, 3:21,
6:13, 6:18, 7:4,
8:8, 8:18, 9:12,
11:8, 11:20,
12:14, 13:18,
15:8, 15:13,
28:16, 29:5,
29:9, 29:14,
31:3, 31:21,
41:5
become
25:16, 29:10
becomes
8:22, 24:6

becoming
17:20, 25:1
been
2:7, 2:9, 9:17,
10:4, 11:12,
12:7, 14:22,
15:13, 15:20,
15:21, 17:1,
19:5, 21:4, 22:4
before
8:12, 9:9,
10:6, 21:11,
26:2
beforehand
39:7
begin
33:3
being
18:9, 41:11
benefit
18:1, 23:7,
24:8
best
42:7
better
18:9, 29:6,
39:16
between
27:18, 28:22
big
13:18, 33:2,
40:21
bishop
1:22, 42:2,
42:15
bit
15:8, 15:11,
26:4, 27:11
block
19:20, 19:21,
20:2
blockages
12:16
blood
4:20, 5:11,
6:4, 6:5, 6:8,
7:9, 7:16, 8:1,
8:9, 8:17, 11:9,

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                                    45

12:11, 12:13,
12:15
**blurred**
35:11
**body**
6:17, 19:12,
19:22
**booked**
37:9
**boston**
2:5
**both**
12:12, 24:17
**bottom**
10:3, 12:10,
12:18, 19:16,
21:16
**breadwinner**
30:11
**breath**
9:16, 10:11,
10:17, 12:2,
31:2, 39:16
**breathe**
9:20, 33:3
**bring**
25:13, 33:2
**broad**
6:7
**broader**
29:8
**build**
34:9, 34:11
**building**
36:3, 37:12
**builds**
6:20, 8:15
**bunch**
3:13

--- C ---

**calculate**
13:11
**call**
3:16, 3:20,
4:5, 7:17, 8:12,
8:19, 20:10,
21:16, 22:1,

22:10, 26:21,
34:15, 34:16,
35:2, 35:3,
39:13
**called**
19:21, 20:6,
24:13, 27:9
**calls**
40:15, 40:18
**can't**
9:15, 9:20,
13:3, 13:16,
33:3, 37:1,
38:13, 41:9
**candid**
30:19
**capacity**
15:16, 15:20,
18:20, 21:8,
21:22
**capillaries**
8:12
**capillary**
8:19, 8:21
**cardiac**
7:16
**cardiologists**
13:8
**care**
2:15, 2:19,
17:21, 24:22,
27:9, 27:13,
27:21, 28:1,
28:2, 28:5,
28:12, 29:2,
29:7, 29:18,
31:13, 34:1,
34:5, 35:15,
37:3, 38:19,
39:6, 39:20,
40:2, 40:16,
40:20, 40:22
**caregiver**
38:8, 40:18
**caregivers**
30:14
**carolina**
31:21, 32:7,

32:10, 32:13,
33:8, 33:12,
35:22
**carrying**
33:4
**cartoon**
20:9
**case**
19:15, 35:17,
42:10
**cases**
10:7, 13:17
**categories**
3:19, 4:13,
11:1
**category**
22:3
**cath**
13:6, 18:22
**catheter**
17:5
**catheterization**
7:13, 13:1,
13:7, 13:16
**cause**
5:5, 5:9, 5:15
**causes**
10:16
**causing**
3:16
**cdc**
31:11
**cell**
6:11
**center**
2:3
**certificate**
42:1
**certify**
42:2
**chalking**
10:7
**challenging**
5:19
**change**
15:5
**changed**
3:6

**changing**
16:20
**channick**
2:1, 2:3, 28:14
**checklist**
35:8, 35:9
**checklists**
35:8
**chronic**
4:5, 11:6, 12:9
**church**
40:14
**circled**
31:20
**classes**
19:9, 24:11
**classification**
3:17, 10:20
**clear**
21:14, 39:15
**clearly**
24:10, 25:5,
25:6, 26:6,
26:22, 31:14,
36:2
**clinical**
3:16, 21:2,
21:21, 24:18
**clinicians**
6:1
**close**
17:16
**clot**
11:19
**clots**
11:10, 11:11
**cloud**
11:14
**co-management**
35:1
**co-pay**
36:20
**co-pays**
37:1
**color**
31:16
**combination**
17:19, 23:9,

Transcript of Recorded Conversation 03

Conducted on April 3, 2024

46

| | | | |
|---|---|---|---|
| 23:11, 24:21,<br>25:10, 25:14,<br>25:18 | **condition**<br>2:22, 3:6,<br>3:12, 5:20, | **country**<br>31:13 | **dealing**<br>27:3 |
| **combinations**<br>18:3 | 9:13, 18:2,<br>27:4, 39:2 | **couple**<br>9:17, 22:5 | **death**<br>21:22, 23:13 |
| **combined**<br>22:10 | **conditions**<br>3:13, 4:12, | **course**<br>2:13 | **debate**<br>24:9, 25:6 |
| **come**<br>9:14, 16:3,<br>16:4, 27:22,<br>28:2, 28:5,<br>28:8, 33:6,<br>36:10, 37:19,<br>37:21, 38:14,<br>40:17 | 4:14, 4:16,<br>4:21, 5:2, 10:1,<br>10:14, 10:22,<br>11:4, 14:7,<br>26:17, 41:7 | **court**<br>6:11 | **debated**<br>18:5 |
| | **confirm**<br>13:6, 13:13 | **cover**<br>6:11, 32:20 | **decisions**<br>3:3 |
| | **connected**<br>5:13 | **cpc**<br>27:12 | **decrease**<br>24:4 |
| **comfortable**<br>40:10 | **connection**<br>40:19 | **created**<br>35:9 | **defects**<br>12:11 |
| **coming**<br>7:14, 8:10,<br>8:11, 8:18, 12:1 | **connective**<br>5:13 | **creative**<br>41:11 | **define**<br>7:22, 8:7, 8:21 |
| **common**<br>4:13, 4:16,<br>5:3, 5:18,<br>10:13, 10:16,<br>12:19, 14:7,<br>26:7 | **consider**<br>3:8, 8:5 | **critical**<br>3:14, 9:1,<br>33:20, 37:5 | **defined**<br>36:3 |
| | **contacting**<br>41:3 | **cross**<br>6:12 | **definition**<br>7:21 |
| | **continuous**<br>17:4 | **cross-sectional**<br>6:7 | **delay**<br>27:15, 29:19 |
| **commonly**<br>13:5, 28:11 | **conversation**<br>1:10, 40:1 | **cteph**<br>11:7 | **demonstrating**<br>18:1 |
| **community**<br>40:14, 40:15 | **copd**<br>4:15, 39:10 | **curb**<br>38:1 | **depending**<br>10:18 |
| **comorbidities**<br>39:1 | **corporation**<br>37:21 | **cured**<br>11:9 | **depends**<br>3:15 |
| **company**<br>38:12 | **cost**<br>40:22 | **cut**<br>8:2 | **depos**<br>42:16 |
| **compared**<br>24:19, 31:13 | **could**<br>12:3, 21:21,<br>21:22, 28:13,<br>28:14, 30:8,<br>30:21, 31:2,<br>33:12, 33:13,<br>33:14, 34:3,<br>35:15, 38:22,<br>41:7 | **D** | **depressed**<br>30:22 |
| **completely**<br>3:15 | | **daily**<br>27:14 | **describe**<br>13:21 |
| **complexities**<br>27:3 | | **damage**<br>20:13 | **designed**<br>15:21 |
| **complicated**<br>9:7, 10:19 | | **damaged**<br>5:10 | **designing**<br>15:1 |
| **concept**<br>17:19 | | **data**<br>3:3, 15:7,<br>25:1, 25:5,<br>26:12, 28:21 | **despite**<br>16:14 |
| **concluded**<br>41:16 | **couldn't**<br>31:4 | **day**<br>17:6, 17:7,<br>21:4, 40:4, 40:7 | **detail**<br>11:3, 15:7,<br>18:18, 23:1 |
| **conclusion**<br>26:15 | **counsel**<br>42:9 | **deal**<br>7:5 | **determination**<br>9:2, 14:9,<br>20:19 |
| | **counted**<br>22:13 | | **determine**<br>10:22, 18:16 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

47

determining
20:18
devastating
27:16, 28:15,
30:12
develop
38:11
developed
3:17, 4:22,
5:16
developing
15:1, 27:14
development
20:15
diagnose
9:9
diagnosed
28:17
diagnosis
10:6, 12:5,
13:2, 13:3,
13:13, 17:13,
26:18, 27:16,
27:19, 28:11,
28:13, 29:19,
29:22
diagnostic
9:4, 14:3
diastolic
4:14
die
7:2, 7:3
died
2:11, 14:20
difference
7:15
different
5:9, 9:17,
20:8, 24:14,
26:18, 28:13,
30:4, 38:4, 39:4
differently
19:1
difficult
33:4, 33:7
digital
42:3
dilates
19:12

diminishes
29:11
directly
13:10
director
27:8
disclosures
3:7
disease
2:10, 2:18,
3:12, 4:4, 4:14,
4:15, 4:19, 5:5,
5:13, 9:13,
10:16, 12:14,
18:19, 23:12,
29:1
diseases
3:13, 5:12,
12:19, 12:20,
13:13
dismal
33:21
dissolve
11:14
distance
21:13, 35:20,
36:17
distinguish
9:1
divided
7:16
doctors
9:17, 14:4
doing
2:6, 14:6,
14:14
done
12:7, 16:14,
24:13, 30:2
don't
6:11
dose
22:18
down
2:4, 10:21,
16:3, 16:4,
21:11, 38:2,
38:8

downside
25:20
downward
30:16
dr
2:2, 28:14,
35:6
dramatic
15:5
dramatically
3:6, 26:14
draw
9:4
drove
2:4
drug
15:15, 16:9,
16:13, 16:18,
17:1, 17:3,
17:11, 18:1,
20:6, 21:9,
21:12, 21:19,
23:2, 23:4,
24:3, 24:7,
24:20, 25:8,
25:22, 26:3
drugs
5:8, 5:9,
13:21, 15:8,
15:11, 15:21,
16:5, 16:20,
16:22, 18:7,
20:1, 20:8,
20:15, 21:6,
21:14, 22:9,
24:3, 24:8,
24:11, 24:17,
25:8, 25:19,
25:21, 41:8
due
4:3, 4:4, 4:20,
17:17
duplicative
34:20
dyspnea
28:12

**E**

each
4:12, 10:22,

11:4, 15:7,
16:13, 24:12,
41:8
early
15:22, 30:1
earning
29:5
ears
36:12, 40:17
echo
18:21
echocardiogram
13:4, 14:6
effect
20:2
effective
2:13, 3:5, 17:8
effectively
16:2
effects
25:21, 30:16,
33:6, 38:22
either
4:11, 16:9,
19:14, 20:4,
24:20
elderly
41:1
elevated
4:20, 8:5, 8:9
else
4:8, 4:11,
18:15
emboli
4:7, 12:4,
12:21
embolism
11:13, 12:1,
12:9
emergency
39:13
emerging
26:9
emotional
30:5
employed
29:6, 42:9
employment
29:4

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                              48

end
9:3, 14:13,
15:17, 15:19,
18:12, 21:11,
22:9, 22:13,
26:9
endothelin
19:20, 19:21,
22:7, 24:1,
24:14
endpoint
15:14, 22:11,
23:12, 24:18,
24:19
engage
38:19
enough
2:18, 8:8,
19:14, 25:2
enrolled
41:3
entire
32:3
environment
30:5, 37:17
episodic
28:1
epoprostenol
17:2
equation
7:11
equations
7:6
equipped
6:22
er
28:8, 28:9,
37:2, 39:22
especially
21:15
estimated
27:18
european
25:12
evaluating
2:8, 41:12
evaluation
27:1

even
4:19, 8:7,
11:5, 11:14,
15:9, 20:22,
23:1, 23:5,
24:2, 25:4,
33:14, 40:18,
41:9
event
22:13, 23:19,
24:18
event-driven
22:2
events
22:20
ever
6:15
every
2:15, 3:22,
17:6, 25:16,
41:2
everybody
2:2, 2:11,
14:20
everyone
27:7
everything
4:8, 18:4,
18:11, 18:14,
34:3
everywhere
40:9
evidenced
29:20
evolution
2:10, 21:5
example
20:14, 31:21,
32:8, 32:14,
35:22
except
15:12
exchange
6:6
excluding
13:12
exercise
10:11, 15:15,

15:20, 18:20,
21:8, 21:21
exertion
28:12
exhausted
31:4
expectations
36:19
experience
16:21, 27:21,
29:12
expert
14:8, 27:1
explain
9:21, 33:22
explained
8:14
explanation
10:10
extend
26:8
extra
33:4
eyes
40:17

**F**

fact
4:19, 11:15,
15:12
fail
7:1
failing
18:14
failure
4:15, 7:3
fair
17:9
fall
11:1, 38:3
familial
38:6
family
30:12, 36:9
far
21:10, 34:9,
35:22
fast
18:19

fatal
10:8
favorite
28:7
fda
15:3, 19:7
feel
18:9, 31:1,
40:10
feeling
39:11, 39:12
feels
16:10
fellow
14:17
felt
31:4
few
17:22, 21:2,
22:5
field
2:7, 14:18,
16:9
finally
41:12
financial
42:10
find
5:5, 10:18,
34:6, 40:11
finish
14:8
first
3:21, 9:8,
10:13, 16:18,
17:1, 27:17,
35:19, 37:13
five
3:19, 3:22,
25:16
flag
40:6
floor
37:13, 38:1
flow
6:8, 7:9, 7:17,
12:12, 12:14
flushing
25:22

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

49

focus
18:5
follow
39:18
follow-up
16:19, 17:16
follow-ups
40:3
followed
13:18, 26:19
forced
29:10
foregoing
42:4
form
5:7, 11:17
forms
12:13
fortunately
14:22
found
14:19, 30:4,
30:7, 30:19,
31:11, 31:20,
33:11, 37:10,
39:9
four
30:4
frequent
40:3
frequently
28:2, 39:22
friend
38:7
friends
31:3
front
24:17, 24:21,
25:4, 25:10,
25:18, 37:3
frustrated
36:6
function
10:15, 18:9,
26:11
functional
16:7, 29:21
functions
16:10

funnel
10:3
further
8:8, 10:19

**G**

gawande
35:7
gen
35:7
general
2:5
generalizable
35:10
generic
41:12
genetic
5:6
getting
9:16, 9:20,
12:12, 18:8,
33:17, 41:2
gi
26:1
give
11:22, 19:14,
25:21
given
16:15, 16:16,
17:3, 27:1
gives
22:7, 40:18
go
3:8, 7:5, 9:6,
10:11, 10:21,
11:11, 13:1,
14:18, 18:18,
20:17, 28:4,
28:7, 28:9,
30:13, 34:3,
35:12, 36:3,
37:6, 39:13,
40:15
goes
11:17, 40:12
going
2:19, 3:8, 7:9,
7:21, 9:3,

10:18, 11:2,
13:21, 15:6,
16:16, 20:16,
20:21, 23:1,
24:11, 25:22,
27:15, 31:21,
33:22, 35:12,
35:19, 36:7,
36:11, 38:2
gold
34:22
gone
4:7
good
2:1, 14:17,
20:4, 23:18
great
6:19, 15:7,
23:1, 30:7
greatly
29:12
grid
39:18
group
3:18, 3:21,
4:1, 4:2, 4:4,
4:8, 4:22, 5:1,
5:2, 5:15, 5:16,
11:6, 19:8
groups
3:21, 4:12,
5:17
guide
25:11
guidelines
25:10, 25:13

**H**

half
11:21, 30:8
hall
21:10, 21:11,
36:2, 38:8
handle
6:22, 34:7
happen
11:16
happened
22:22

happening
22:20
happens
35:18
headache
26:1
health
4:1, 29:2,
29:7, 29:18,
38:21
healthcare
29:3
hear
4:10, 9:10
heart
4:3, 4:14, 6:3,
6:14, 6:15, 7:5,
7:12, 7:15,
8:15, 8:18,
10:14, 12:19,
13:1, 13:7,
13:10, 13:12,
13:16
help
25:11, 30:2,
36:12, 38:7,
41:4
helpful
36:13
hemodynamics
16:2
here
2:4, 5:21, 7:6,
10:13, 12:6,
14:14, 18:8,
22:17, 33:15,
35:11
here's
31:7, 39:21
hereby
42:2
heritable
5:7
hi
27:7
hickman
17:5
high
5:10, 8:1,

Transcript of Recorded Conversation 03
Conducted on April 3, 2024    50

8:17, 18:22,
20:21
**high-risk**
20:19, 40:6
**higher**
25:8, 25:14,
32:9
**highest**
31:19
**history**
11:22
**hiv**
5:14
**hold**
33:12
**home**
40:12, 40:16
**homebound**
40:11
**hospitalization**
21:22, 23:12
**hour**
32:20, 32:21,
33:1
**hours**
17:7, 21:3,
32:20, 40:8
**house**
37:18, 37:19,
40:15, 40:17
**huge**
6:12
**hypertension**
2:6, 2:9, 2:17,
3:9, 3:11, 3:15,
3:19, 3:20, 4:2,
4:3, 4:6, 4:10,
4:17, 4:18, 5:2,
5:8, 5:15, 7:2,
7:3, 7:22, 8:3,
8:20, 8:22, 9:6,
9:9, 9:11, 10:4,
10:9, 10:17,
11:7, 11:18,
12:13, 12:22,
13:2, 13:6,
13:15, 13:19,
13:20, 14:12,

14:21, 15:4,
16:5, 16:11,
17:20, 18:14,
18:16, 19:8,
19:13, 20:1,
20:6, 20:14,
25:12, 25:19,
26:16, 28:20,
31:18, 32:15,
32:17, 33:20,
38:17, 41:6

**I**

**idaho**
32:1
**idea**
3:1, 25:13
**ideal**
34:22, 35:5
**identify**
30:1, 35:16
**idiopathic**
5:4
**illegal**
5:9
**impact**
28:10, 30:3,
30:6, 30:7,
31:5, 35:16
**impacted**
30:15
**impacts**
31:6
**implications**
36:15
**important**
7:19, 11:8,
15:9, 16:18,
22:4, 24:5,
26:12, 28:18,
29:5, 29:22,
35:3, 36:19,
37:15, 39:14,
40:4, 41:13
**impressive**
22:21
**improve**
15:15, 16:1,

16:10, 17:12,
19:5, 20:5,
20:11, 24:22,
26:14
**improved**
16:22, 21:13
**improvement**
15:18, 24:18
**improves**
16:13
**improving**
15:19
**inability**
7:4
**inappropriately**
39:20
**include**
35:1
**incomes**
30:9
**increases**
28:16
**incremental**
28:1
**indicate**
29:19
**individualized**
25:7
**individualizing**
18:10
**inevitable**
35:18
**inflated**
33:13
**information**
24:6, 36:4
**informational**
30:6
**infusion**
17:3, 17:4,
17:7
**inhibitor**
24:2, 24:15
**inhibitors**
20:2
**initial**
25:13, 29:22
**inkling**
23:8

**inserted**
17:5
**inside**
11:17
**instance**
8:11
**insurance**
29:4, 29:11,
36:10, 38:12
**intensive**
17:11
**interactions**
26:3
**interest**
11:2, 42:10
**interested**
11:5
interesting
14:19, 30:18,
31:7, 31:8,
31:20, 39:3
**intermediate**
20:19
**interstitial**
4:15
**intimate**
30:21
**intolerance**
10:11
**introduce**
2:2
**invasive**
13:3
**inverse**
28:22
**investigate**
40:22
**involved**
2:7, 14:22,
21:4, 27:11
**involves**
17:9
**ip**
19:17
**isolated**
31:1
**issue**
26:5, 31:14,

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

51

33:14, 38:2
**issues**
32:4, 37:14

**J**

**job**
1:20

**K**

**keep**
32:16
**key**
14:4
**kind**
18:12, 22:8,
27:19, 28:18,
29:1, 30:1,
32:13, 32:14,
33:10, 33:21,
34:4, 34:22,
35:11, 35:16,
35:21, 36:17,
37:3, 37:15,
38:3, 39:1,
39:7, 39:10,
39:14, 41:10
**kitchen**
18:4
**know**
3:2, 4:9, 4:11,
5:13, 5:22,
6:12, 8:1, 8:8,
8:10, 14:15,
14:20, 15:5,
16:12, 17:13,
21:2, 26:3,
28:7, 30:16,
32:11, 34:14,
35:2, 36:15,
36:16, 36:17,
37:14, 37:20,
38:3, 38:8,
38:10, 38:11,
38:16, 39:5,
40:6, 40:7,
40:9, 40:13,
40:14, 40:19,
41:1, 41:5, 41:8

**knowledge**
42:8
**knows**
35:5

**L**

**labor**
17:10
**laid**
6:9, 33:21
**language**
39:2, 39:4
**larger**
12:16, 21:18
**last**
20:6, 22:2,
22:5
**late**
15:5
**lauren**
1:22, 42:2,
42:15
**lay**
33:15
**laying**
39:10
**lead**
4:16, 11:18,
28:13
**leading**
5:10
**learning**
3:7
**led**
15:2, 15:17
**left**
4:3, 4:14,
6:16, 7:14,
8:15, 12:10,
12:18, 13:12,
19:3, 22:12,
23:7, 29:14,
39:18
**legal**
5:9
**less**
5:3, 31:12
**let's**
14:10

**level**
2:15, 6:11
**license**
33:12
**licensed**
33:11
**life**
26:11, 26:14
**likelihood**
22:19, 23:19,
24:4
**limitation**
29:21
**list**
5:14, 20:8
**literate**
38:20, 38:21
**little**
15:8, 15:10,
20:9, 22:8,
26:4, 27:10
**live**
37:18, 38:11
**lives**
30:20, 31:6,
38:7
**location**
34:6
**long**
21:20, 27:20,
36:2
**longer**
21:17, 28:6,
28:17, 30:8,
30:12, 30:13,
30:21, 31:2,
33:1
**look**
4:12, 6:15,
7:15, 7:20,
12:17, 14:15,
16:19, 18:18,
18:21, 24:10,
34:5, 34:6,
35:18
**looked**
6:15, 21:7,
23:11, 30:3,

30:4, 31:10,
31:16, 31:18,
31:22, 32:7,
32:10, 33:10
**looking**
8:6, 10:14,
10:15, 12:19,
12:20, 14:7,
21:19, 22:10,
26:10
**lot**
5:8, 7:6, 11:3,
15:1, 23:18,
31:15, 32:5,
37:13, 39:22,
41:3
**low**
6:3, 6:8, 6:19,
20:18, 29:20
**low-risk**
25:7
**lower**
16:6, 19:1,
20:22, 21:1
**lung**
4:4, 4:15, 6:8,
10:15, 12:17,
12:19, 18:11
**lungs**
4:20, 5:11,
6:5, 6:10, 7:16,
7:17, 8:9, 8:12,
8:16, 8:17,
12:12

**M**

**macitentan**
22:6, 22:16,
22:17, 23:5
**made**
30:22, 31:1
**majority**
15:12, 25:17
**make**
3:3, 9:1, 12:4,
13:1, 13:3,
13:22, 14:9,
34:13, 34:19,

Transcript of Recorded Conversation 03
Conducted on April 3, 2024                          52

| | | | |
|---|---|---|---|
| 37:5, 40:15 | **measurements** | **misdiagnosed** | **multiple** |
| **making** | 18:22 | 28:14 | 17:18 |
| 20:19, 35:1 | **measuring** | **misdiagnosis** | **muscular** |
| **manage** | 13:9, 13:10 | 26:20 | 6:16 |
| 33:8, 40:20 | **mechanism** | **mistreatment** | **myself** |
| **management** | 3:20 | 26:21 | 2:2, 2:21 |
| 34:2 | **medicaid** | **mix** | **N** |
| **managing** | 29:10, 29:13, | 17:6 | **name** |
| 27:13 | 41:2 | **money** | 27:7 |
| **manifesto** | **medical** | 29:6 | **nation** |
| 35:8 | 2:3, 27:10 | **monitoring** | 31:11 |
| **manning** | **medication** | 38:13 | **naturally** |
| 32:10, 32:11, | 40:22, 41:10 | **monotherapy** | 19:11 |
| 32:12 | **medications** | 24:21 | **nearly** |
| **mantra** | 30:14, 38:21, | **month** | 30:8 |
| 16:11 | 41:5 | 41:10 | **need** |
| **many** | **medicine** | **months** | 2:16, 2:20, |
| 2:5, 2:12, | 12:8, 17:6 | 33:18, 33:19 | 3:11, 4:8, 8:10, |
| 2:14, 3:5, 5:22, | **meet** | **morbidity** | 9:8, 13:3, 13:6, |
| 6:12, 11:10, | 38:1 | 21:16, 22:1, | 17:16, 21:1, |
| 12:7, 13:8, | **megan** | 22:11, 24:19 | 21:22, 23:13, |
| 18:5, 27:11, | 27:7, 27:8 | **more** | 25:5, 26:1, |
| 27:22, 29:3, | **member** | 5:18, 9:16, | 26:8, 26:17, |
| 29:12, 30:19, | 36:9 | 11:5, 16:17, | 31:9, 34:15, |
| 31:6, 32:4, | **mentioned** | 18:1, 18:7, | 34:16, 37:19 |
| 32:17, 34:11 | 11:4, 17:13, | 20:21, 21:14, | **needed** |
| **map** | 21:8, 26:7 | 21:15, 25:1, | 21:14 |
| 36:3 | **met** | 25:8, 25:12, | **needs** |
| **mass** | 25:15 | 26:4, 29:7, | 26:19, 30:6 |
| 2:5, 35:7 | **method** | 29:20, 30:22, | **neither** |
| **maybe** | 37:2 | 33:14, 35:3, | 42:8 |
| 11:16, 18:10, | **microscopic** | 35:4, 38:18 | **network** |
| 25:2, 25:3, | 12:15 | **mortality** | 29:8 |
| 25:7, 38:12 | **middle** | 15:18, 21:17, | **never** |
| **mean** | 32:13 | 22:2, 22:11, | 2:11, 5:5, |
| 8:1, 8:4, | **might** | 24:19, 28:16, | 6:14, 9:12, |
| 30:10, 40:13 | 26:21 | 31:17, 31:19 | 9:19, 13:15, |
| **meaningful** | **milligrams** | **most** | 16:5, 19:4 |
| 40:1 | 22:18 | 7:19, 10:13, | **next** |
| **means** | **million** | 10:16, 11:14, | 27:5, 38:15 |
| 5:4 | 32:6 | 28:11, 30:18 | **nice** |
| **meant** | **mind** | **move** | 2:5, 20:9, |
| 30:9 | 32:16 | 27:5 | 20:14 |
| **measure** | minimum | **much** | nitric |
| 7:13, 7:14, | 32:19 | 5:3, 5:18, | 20:3, 20:7 |
| 16:8 | **minutes** | 6:15, 6:18, | **nod** |
| **measured** | 21:11, 22:6, | 16:13, 21:17, | 35:6 |
| 15:16 | 32:19 | 21:18 | |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

53

non
9:13
non-clinicians
6:1
non-invasively
13:4, 26:10
non-resolvable
12:3
norm
17:20, 25:1
normal
8:6, 12:14
note
23:20
nothing
14:21
nuclear
12:8
number
4:20, 5:11,
6:21, 8:1, 8:3,
13:17, 17:21,
21:18, 33:10,
33:13, 36:4,
40:8
numbers
8:20, 39:14
numerous
26:22

O

objectives
3:7
obvious
10:9
obviously
11:3, 13:4,
17:9, 21:3,
26:12
occur
22:12, 26:16
occurred
23:1
occurring
19:11
occurs
20:13
octillion
30:2

offer
14:21
office
27:9, 27:11,
28:9, 29:13,
32:22, 34:9,
34:11, 34:13,
34:14, 35:15,
37:4, 37:7,
37:8, 38:14,
40:9, 40:12
offs
8:2
often
9:12
okay
14:2, 41:14
older
9:20, 37:18
once
18:4, 26:7
one
2:10, 2:12,
3:12, 4:18,
4:21, 7:19, 9:3,
9:10, 10:4,
10:7, 11:1,
11:4, 11:5,
13:21, 14:17,
15:10, 15:12,
15:14, 16:22,
17:8, 18:1,
18:3, 19:16,
19:18, 20:10,
21:4, 22:6,
22:12, 22:19,
23:19, 24:1,
24:7, 24:12,
24:20, 25:3,
25:8, 25:15,
27:17, 29:15,
30:18, 31:5,
40:21, 41:13
one's
38:15, 38:16
ones
28:7
only
16:21, 28:9,

31:22, 32:2,
33:9
onset
27:18
open
30:20
optimization
27:9
option
18:13
options
2:14, 19:3,
26:22
oral
25:13
ordering
34:20
oregon
31:22
organization
4:1
other
5:12, 5:19,
10:1, 10:14,
11:21, 12:13,
13:12, 15:19,
16:12, 18:3,
33:6, 41:7
otherwise
42:11
out
6:2, 6:9, 9:4,
9:21, 12:21,
26:7, 33:15,
33:21, 37:10,
39:10
outcome
16:8, 19:6,
42:11
outpatient
13:8
output
7:16, 13:11
outreach
34:10, 34:13
outset
4:9
outside
35:15

over
19:2, 19:22,
21:19, 26:20
overall
12:14
overview
14:3, 19:2,
26:15
overweight
9:21
oxide
20:3, 20:7
oxygen
6:6, 32:18,
32:20, 33:2,
36:14

P

pace
41:1
page
34:20, 34:21
pages
1:21
pah
4:2
park
32:21
part
12:18, 17:10,
27:14, 40:13
participate
31:2, 31:4
parties
42:10
partners
30:21
partnership
40:15
parts
12:12, 31:6
past
12:4
pathway
19:11, 20:3
pathways
20:11
patient
2:8, 3:2, 7:12,

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

54

9:5, 9:14, 9:19,
11:1, 11:12,
12:3, 12:8,
12:22, 13:15,
13:19, 13:22,
14:8, 16:2,
16:10, 16:14,
16:16, 17:14,
17:15, 18:2,
18:6, 18:8,
18:11, 18:15,
18:17, 19:1,
19:2, 21:8,
22:11, 22:15,
23:6, 26:9,
27:17, 27:21,
29:15, 30:11,
32:5, 32:15,
34:5, 34:19,
35:2, 35:4,
36:5, 36:12,
36:13, 36:18,
37:6, 38:15,
38:16
**patient's**
17:10, 24:22,
40:11
**patients**
2:15, 2:20,
2:22, 3:4, 3:18,
4:6, 4:9, 7:1,
8:14, 10:2,
11:8, 11:22,
12:15, 14:21,
15:10, 17:4,
17:16, 18:14,
20:20, 20:22,
21:1, 21:7,
21:18, 22:17,
23:2, 23:3,
23:14, 23:21,
23:22, 24:3,
24:16, 24:19,
25:7, 25:8,
25:14, 25:18,
26:13, 26:18,
27:13, 27:22,
28:4, 28:7,

28:15, 28:19,
29:3, 29:12,
29:13, 29:19,
30:3, 30:8,
30:10, 30:19,
31:8, 32:4,
32:18, 33:3,
33:5, 33:8,
33:20, 34:2,
34:8, 35:13,
36:13, 36:21,
39:9, 40:5,
41:4, 41:6
**pay**
30:13, 41:5
**paying**
36:20
**pcmh**
27:12
**pde-5**
20:2, 24:2,
24:15
**people**
5:22, 6:12,
23:18, 25:4,
32:6, 33:16,
35:5
**percentage**
11:15, 11:16
**perfusion**
12:6, 12:10
**period**
21:20
**person**
19:18
**ph**
30:3
**pharma**
41:3
**philadelphia**
27:10
**physical**
30:5, 30:7
**physician**
10:5, 34:18,
40:11
**physicians**
2:15, 2:20,

31:14
**physiology**
7:8
**pick**
3:1
**picture**
6:16, 33:21
**piece**
41:9
**pioneered**
11:10
**placebo**
21:9, 21:12,
22:14, 23:5
**plan**
29:7, 34:4,
34:19, 35:17,
36:10, 39:7,
39:15, 39:17,
40:2
planet
42:16
**plastered**
40:9
**plays**
29:17
**please**
32:11
**plenty**
14:12
**plethora**
28:13, 41:7
**plus**
27:12
**point**
4:18, 10:5,
15:17, 22:9
**points**
15:19, 26:10
**polpharmacy**
41:8
**pooled**
24:20
**poor**
18:19
**population**
27:22, 32:5,
34:6

**possible**
34:1
**post**
8:19, 8:21
**potential**
39:21
**practical**
30:5
**practice**
27:8, 27:13,
33:13
**pre**
8:21
**precapillary**
8:13
**predict**
16:15
**prepared**
42:3
**prescribe**
26:2
present
9:13
**presented**
28:12
pressure
4:20, 5:11,
6:3, 6:20, 7:5,
7:9, 7:13, 7:14,
7:15, 8:2, 8:4,
8:9, 8:11, 8:15,
8:17, 8:19,
13:9, 16:7
**pressures**
8:7, 16:3
**pretty**
15:4, 22:21,
25:17
prevent
20:12, 21:20,
24:4
**primary**
2:15, 2:19,
15:14, 15:17,
27:9, 27:21,
28:5, 28:11,
30:11, 31:13,
40:2, 40:22

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

55

principles
9:8, 17:12
probably
5:4, 7:19, 8:1,
9:18
problem
6:20, 8:14,
9:11, 11:6,
13:18, 35:18,
36:21
procedure
11:9
proceeding
42:4
proceedings
42:5, 42:7
processes
27:14
produce
19:13
produces
19:12, 19:22
professionals
33:11
programs
27:12, 41:3,
41:4
progressing
18:19
progression
23:12
proper
17:13
prospecting
23:15
prostacyclin
17:3, 19:10,
19:11, 19:15,
19:17, 23:10
prostanoids
19:9
published
22:3
pulmonary
2:6, 2:8, 2:17,
3:9, 3:10, 3:15,
3:18, 3:20, 4:2,
4:3, 4:6, 4:7,

4:10, 4:17,
4:18, 5:1, 5:7,
5:10, 5:15,
5:21, 6:1, 6:4,
6:21, 7:2, 7:7,
7:11, 7:13,
7:18, 7:22, 8:3,
8:4, 8:7, 8:19,
8:21, 9:5, 9:9,
9:11, 10:4,
10:9, 10:17,
11:7, 11:13,
11:18, 12:1,
12:4, 12:9,
12:13, 12:20,
12:22, 13:2,
13:5, 13:10,
13:15, 13:19,
13:20, 14:11,
14:20, 15:4,
16:5, 16:11,
17:19, 18:13,
18:15, 19:7,
19:13, 19:22,
20:5, 20:11,
20:13, 20:16,
25:11, 25:19,
26:16, 28:20,
31:10, 31:17,
32:4, 32:15,
32:17, 33:20,
38:17, 41:6
pulmonologist
2:3, 32:12,
33:19
pulmonologists
31:12, 31:15,
32:1, 32:3,
32:9, 33:9,
33:16, 34:8
pump
6:17, 17:5
put
23:18, 39:8

**Q**

quality
26:11, 26:13,

27:12
**question**
14:17, 24:6,
37:3, 39:18
**questioned**
33:10, 39:19
**questions**
9:10, 14:13,
35:12, 37:15,
41:14
**quick**
14:2, 26:15
**quickly**
20:18, 22:5
**quiz**
9:2
quote
29:15

**R**

randomized
19:5, 23:5
range
22:21
rare
2:18, 5:5
rate
28:16, 31:19
rates
31:17
ratio
23:17
reach
35:5, 40:10
read
38:20
reading
29:16
realistic
36:18
really
2:9, 3:2, 3:5,
3:14, 5:16,
6:14, 10:12,
10:20, 11:20,
13:14, 15:20,
16:17, 17:20,
18:5, 20:14,

21:19, 28:5,
29:22, 31:5,
31:7, 33:4,
33:7, 35:10,
36:1, 36:19,
37:5, 38:17,
39:5
reasons
6:21
recent
15:13, 23:9,
25:12
recently
25:15
receptor
19:17, 19:20,
22:7, 23:10,
24:2, 24:14
receptors
19:17
recognize
28:18
recognized
2:11, 27:3,
27:13
recommend
12:5
recommendation
25:17
record
42:7
recorded
1:10
recording
41:16, 42:4
red
32:2
redirecting
40:2
reduced
42:5
reduction
22:19, 22:20,
22:21, 23:16
refer
26:5, 35:11,
35:13, 40:16
referring
14:7, 36:20

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

56

| | | | |
|---|---|---|---|
| **reflects** | **rid** | **say** | 23:15 |
| 10:20 | 11:20 | 2:18, 9:18, | **send** |
| **reg** | right | 11:20, 13:14, | 2:19 |
| 16:8 | 3:7, 6:2, 6:13, | 16:8, 24:11, | **seor** |
| **regulatory** | 6:14, 6:18, | 39:3 | 23:5 |
| 16:9 | 6:21, 7:1, 7:3, | **saying** | **serve** |
| **related** | 7:4, 7:12, 13:1, | 9:15, 12:2 | 32:5 |
| 42:9 | 13:7, 13:16, | **says** | **service** |
| **relates** | 14:9, 17:14, | 29:17 | 36:7 |
| 7:9 | 18:21, 19:6, | **scan** | **set** |
| **relationship** | 19:18, 26:10, | 12:6, 12:17 | 36:12, 37:6 |
| 28:22, 34:10, | 39:14, 41:15 | **scar** | **setting** |
| 34:13, 34:17, | **riociguat** | 11:17, 11:21 | 36:18 |
| 34:18, 38:12 | 20:7 | **schedules** | **seven** |
| **relationships** | **risk** | 30:15 | 37:7, 37:8 |
| 34:11 | 17:14, 18:17, | **screen** | **several** |
| **relaxation** | 19:1, 19:2, | 12:6 | 3:17, 26:13 |
| 20:12 | 20:18, 20:21, | **screening** | **severe** |
| **remember** | 20:22, 21:1, | 14:5 | 29:10, 29:21 |
| 14:20, 41:5 | 22:21, 23:16, | **second** | **severity** |
| **remove** | 25:8, 25:14, | 26:4, 36:12, | 29:1 |
| 11:9, 11:11, | 38:3 | 37:22 | **sex** |
| 11:19 | **ritner** | **sectional** | 30:20 |
| **reports** | 27:9 | 6:13 | **shape** |
| 25:9 | **road** | **see** | 9:21 |
| **require** | 18:13 | 2:9, 2:20, 4:9, | **short** |
| 36:14 | **roadblocks** | 5:3, 5:4, 5:14, | 9:16, 12:2, |
| **required** | 39:21 | 10:2, 11:13, | 21:6, 31:2 |
| 13:13, 27:1 | **role** | 12:9, 13:22, | **shortest** |
| **researching** | 29:18 | 18:15, 19:15, | 32:19 |
| 29:16 | **room** | 21:5, 28:2, | **shortness** |
| **resistance** | 39:14 | 31:16, 33:19, | 10:10, 10:17, |
| 6:7, 6:17, | **ruled** | 36:22, 39:22, | 39:16 |
| 6:19, 7:10, | 12:21, 26:7 | 40:16 | **should** |
| 7:11, 7:18, | **run** | **seeing** | 6:8, 11:20, |
| 13:11, 16:3 | 24:1 | 28:19, 40:13, | 13:14, 23:20, |
| **resources** | | 40:14 | 25:3, 26:3, |
| 38:9 | **S** | **seeking** | 39:11, 39:13 |
| **respond** | **s** | 37:2 | **show** |
| 16:16 | 15:5 | **seem** | 15:8, 17:22, |
| **response** | **said** | 5:14 | 21:12, 21:14, |
| 3:22 | 8:8, 32:14, | **seemed** | 22:5, 22:16, |
| **result** | 33:9, 42:4, 42:6 | 24:4, 24:21 | 23:14, 24:7, |
| 20:13 | **same** | **seems** | 24:16 |
| **results** | 2:6, 24:12, | 24:8 | **showed** |
| 29:18 | 34:20, 34:21, | **seen** | 37:8 |
| **richard** | 40:4, 40:7 | 13:17 | **showing** |
| 2:1, 2:2 | **santanna** | **selexipag** | 15:18, 15:19, |
| | 27:7, 27:8 | 19:15, 23:10, | |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

57

20:9, 23:6, 25:2
**shown**
10:12, 12:6,
12:10, 17:1,
17:11, 18:8,
19:5
**sick**
17:15
**side**
6:2, 6:13, 7:4,
7:14, 8:15,
25:21, 32:9,
38:22
**signature-1apgj**
42:12
**significant**
10:3, 22:18,
29:15, 33:18
**sildenafil**
20:5, 23:3
**similar**
24:17
**similarly**
23:11, 23:14
**simple**
13:7
**simply**
13:9
**since**
15:5
**single**
6:10, 24:22
**sink**
18:4
**sit**
6:10
**situation**
37:16
**six**
21:11
**six-minute**
15:16, 21:9,
21:13
**skills**
42:8
**skip**
20:17
**sleep**
4:15

**slide**
22:16
**slides**
21:2
**small**
11:16
**smaller**
21:7
**social**
30:6, 31:3,
37:16, 37:17
**socially**
31:1, 35:15
**socioeconomic**
29:1, 29:17,
29:20
**solutions**
34:1, 41:11
**some**
3:1, 3:2, 8:20,
10:5, 10:7,
14:6, 16:7,
17:22, 18:6,
18:17, 18:22,
21:20, 25:4,
25:9, 25:21,
26:1, 26:3,
26:5, 26:9,
26:12, 27:2,
34:1, 39:21,
40:19
**somebody's**
10:10
**someone**
2:21, 6:9,
10:6, 36:8,
36:10, 40:16
**something**
11:10, 12:1,
31:7, 34:15,
34:16, 37:21,
39:8
**sometimes**
11:12, 36:21,
37:1, 39:19
**somewhat**
5:18
**somewhere**
12:4

**sort**
2:6, 4:8, 10:2,
14:2, 16:7,
19:3, 21:20,
26:10, 40:19
**south**
27:10, 31:20,
32:7, 32:10,
32:12, 33:8,
33:12, 35:21
**speak**
39:4
**speaker**
26:5, 27:6
**specialist**
2:19, 26:8,
28:4, 31:9,
32:16, 32:22,
33:17, 35:10,
35:21, 36:20,
36:22, 37:1,
37:4, 40:3
**specialist's**
37:7
**specialists**
2:16, 26:6,
29:8, 30:13,
31:10, 34:7,
34:12, 35:14
**specific**
9:14, 15:14,
16:13, 18:7
**specifically**
20:15, 28:4
**spend**
11:2, 21:3
**stairs**
36:15, 37:11,
38:3
**standard**
17:21, 34:22
**standpoint**
33:6
**start**
16:18, 18:4,
25:3, 25:7, 25:8
**started**
14:14, 14:17

**state**
32:1, 32:3,
32:13, 35:5,
41:2
**states**
31:17, 31:19,
32:6
**statistics**
33:15
**status**
29:1, 29:17,
29:20, 38:15
**still**
5:3, 5:4,
16:15, 17:8,
18:13, 23:7,
37:9
**stop**
27:4
**strategy**
18:6, 25:11
**strong**
25:17
**studied**
15:21
**studies**
8:6, 15:1,
17:22, 21:7,
21:16, 21:17,
21:18, 22:2,
22:3, 22:15
**study**
22:8, 23:3,
23:9, 23:21,
24:13, 30:2,
31:7
**stuff**
5:20
**subspecialists**
14:4, 34:7
**substance**
19:12, 19:21
**substances**
19:10
**successful**
35:9
**suggest**
13:5

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

58

| | | | |
|---|---|---|---|
| **suggesting** | **talk** | **testing** | 30:10, 32:3, |
| 25:4 | 2:17, 3:10, | 34:21 | 33:16, 34:2, |
| **suite** | 7:20, 9:7, 11:3, | **tests** | 35:8 |
| 36:4 | 14:10, 15:6, | 14:6 | **thinking** |
| **supervision** | 26:4, 27:17, | **thank** | 7:6, 10:1, |
| 42:6 | 28:3, 34:19, | 14:16, 27:4, | 10:13, 14:5, |
| **supplied** | 35:19 | 41:15 | 30:16, 33:5, |
| 6:2 | talked | **themselves** | 35:12, 35:14, |
| **support** | 35:21 | 38:19 | 36:8, 36:13, |
| 38:6 | **talking** | **therapies** | 36:14, 38:4, |
| **supportive** | 2:16, 3:12, | 2:13, 5:1, | 38:9, 39:7, |
| 19:4 | 3:13, 5:21, | 5:17, 15:3, | 41:10 |
| **sure** | 23:8, 27:15, | 16:1, 17:18, | **thinks** |
| 9:16 | 28:15, 37:4, | 19:4, 19:7, | 2:21 |
| **surgery** | 37:17, 38:16 | 20:10, 21:15, | **third** |
| 11:21 | **talks** | 22:1, 23:13, | 23:22, 24:3 |
| survival | 35:7 | 24:1, 26:13 | **thought** |
| 16:22, 17:12 | **tank** | **therapy** | 9:12, 10:6, |
| **survives** | 33:2 | 14:9, 16:17, | 31:6 |
| 16:10 | **tanks** | 16:20, 17:15, | **three** |
| **suspect** | 32:20 | 17:19, 23:6, | 10:5, 10:7, |
| 9:9, 10:8 | **targeted** | 23:9, 23:21, | 20:1, 20:11, |
| **symposia** | 20:10, 20:15 | 24:22, 25:14, | 21:16, 22:2, |
| 3:22, 25:16 | **targets** | 25:18 | 24:10, 24:11, |
| **symptoms** | 24:10 | **thickening** | 25:4 |
| 10:10, 26:1, | taste | 20:12 | **thromboembolic** |
| 27:19, 28:3, | 22:8, 27:2 | **thing** | 4:5, 11:6 |
| 28:8, 28:10, | **telephonic** | 2:6, 9:8, | **through** |
| 29:9, 29:14, | 38:13 | 16:12, 23:19, | 3:8, 6:5, 6:17, |
| 29:21 | **tell** | 35:19 | 7:5, 7:10, 7:17, |
| **system** | 9:19, 10:2, | **things** | 9:6, 10:11, |
| 3:17, 10:21, | 13:17, 19:19, | 7:19, 9:19, | 18:18, 19:10, |
| 29:2 | 28:21, 40:6, | 10:5, 10:8, | 20:7, 20:17, |
| **systematically** | 40:7 | 10:13, 13:12, | 35:12, 36:18, |
| 26:19 | **tells** | 18:17, 22:12, | 37:20 |
| **systemic** | 28:22 | 26:8, 27:17, | **throw** |
| 5:12 | **tennis** | 28:10, 30:18, | 18:4 |
| **T** | 6:11 | 32:9, 36:17 | **throwing** |
| **tadalafil** | **term** | **think** | 18:10 |
| 20:5, 24:16 | 21:6 | 6:4, 7:8, 7:20, | **tied** |
| **take** | **terms** | 10:21, 12:2, | 29:3, 29:4 |
| 27:20, 28:6, | 17:15, 18:8, | 12:22, 15:9, | **time** |
| 29:10 | 19:6, 23:19 | 22:4, 23:17, | 11:2, 11:3, |
| **takes** | **test** | 23:18, 25:5, | 11:14, 11:21, |
| 28:17 | 12:7, 12:8, | 25:6, 26:7, | 14:1, 14:13, |
| **taking** | 13:3, 13:8, | 26:11, 27:2, | 21:20, 24:12, |
| 25:6, 38:22 | 15:16, 18:20, | 27:4, 28:18, | 29:21, 32:19, |
| | 21:5, 21:10 | 28:19, 29:2, | 32:22 |

Transcript of Recorded Conversation 03
Conducted on April 3, 2024

59

| | | | |
|---|---|---|---|
| **times** | 14:18, 17:8, | **uncontrolled** | **variable** |
| 27:22, 32:17, | 17:12, 18:6, | 25:9 | 16:14 |
| 33:17, 37:7, | 18:10, 21:1, | under | **variation** |
| 37:8, 41:4 | 22:14, 25:3, | 26:20, 27:3, | 31:16 |
| **tissue** | 26:20, 26:21, | 42:5 | **variety** |
| 5:13, 11:17, | 26:22, 27:1 | **underlying** | 26:16, 26:17 |
| 11:21 | **treatments** | 5:20, 10:14 | **vasculature** |
| **today** | 3:5, 14:11, | understand | 5:21, 6:2, 7:8, |
| 17:9, 27:15, | 15:2 | 2:16, 2:21, | 7:18, 20:12 |
| 29:3 | **trial** | 3:11, 4:17, | **vasodilating** |
| **together** | 15:22 | 15:10, 26:2, | 25:22 |
| 24:9 | trials | 26:17, 36:11, | **vast** |
| **told** | 19:5, 21:2 | 38:17, 38:18, | 15:11 |
| 10:4 | **tried** | 38:21 | **ventilation** |
| **took** | 33:15, 37:6 | **understanding** | 12:5 |
| 32:10 | **triple** | 17:14, 39:5, | **ventricle** |
| **top** | 25:9 | 39:6 | 6:14, 6:16, |
| 21:6, 24:7 | **true** | understands | 6:18, 6:22, 7:1, |
| **traditional** | 9:22, 42:6 | 35:4 | 18:21 |
| 19:4 | **try** | **university** | **ventricular** |
| transcribed | 3:18, 10:22, | 36:1 | 7:3, 26:11 |
| 1:22 | 30:1, 33:22, | **unless** | **vermont** |
| transcriber | 34:9, 34:11, | 37:14 | 32:2 |
| 42:1 | 34:22, 40:11 | **unresolved** | **versus** |
| transcript | **trying** | 12:20 | 6:1, 8:21, |
| 42:3, 42:6 | 9:1, 18:16, | until | 12:12, 21:12 |
| **transplantation** | 35:16, 37:4, | 6:19 | **vessels** |
| 18:12 | 38:11, 39:20, | **updates** | 5:10, 6:5, |
| **transportation** | 40:1, 41:2 | 40:19 | 6:10, 7:7, |
| 37:13, 37:19, | **two** | upfront | 12:16, 19:12, |
| 38:5 | 15:12, 23:22, | 24:9 | 20:16 |
| **travel** | 24:3, 25:3, | **upstairs** | **viagra** |
| 35:22 | 25:8, 27:18 | 37:11 | 23:4 |
| **traveling** | **typewriting** | **use** | visit |
| 32:18 | 42:5 | 7:10, 8:20, | 33:1 |
| **treat** | **typical** | 13:21, 17:8, | **vital** |
| 3:14, 5:19, | 32:19 | 18:2, 18:3, | 29:17 |
| 13:15, 13:19, | typically | 18:7, 24:8, | **W** |
| 16:2, 19:1, | 5:6, 6:3 | 31:21, 32:8, | |
| 20:20, 24:12, | **U** | 37:2, 39:22 | **wait** |
| 29:15 | | **using** | 33:17, 33:18, |
| **treating** | **ucla** | 40:2 | 36:22 |
| 2:8, 5:19, | 2:3 | usually | **walk** |
| 15:10, 17:13, | **uh** | 34:12 | 15:16, 17:6, |
| 18:13, 25:11 | 37:2, 41:4 | **utilize** | 18:20, 21:10, |
| **treatment** | **um** | 39:19 | 21:13, 32:21, |
| 3:1, 3:4, 9:2, | 29:4, 37:10 | **V** | 36:1, 36:16, |
| 11:15, 11:19, | **unable** | | 37:11, 37:12 |
| | 29:9, 29:13 | **valuable** | |
| | | 36:5 | |

Transcript of Recorded Conversation 03

Conducted on April 3, 2024                                      60

| | | | |
|---|---|---|---|
| **walking** | **without** | **yourself** | **45** |
| 36:17, 38:2 | 10:1, 11:15, | 27:20 | 22:21 |
| **want** | 13:16, 13:17, | **$** | **47** |
| 9:3, 9:19, | 25:20 | **$5.00** | 31:22 |
| 9:22, 10:11, | **women** | 41:9 | **5** |
| 10:21, 27:17, | 5:6 | **$50** | **52** |
| 36:22, 37:10, | **work** | 41:9 | 32:19 |
| 37:11 | 2:22, 7:12, | **0** | **532687** |
| **wanted** | 8:22, 10:12, | **0.6** | 1:20 |
| 32:7, 37:12 | 14:8, 17:10, | 23:17 | **7** |
| **way** | 19:10, 20:3, | **1** | **71** |
| 9:14, 10:1, | 20:10, 26:9, | **1.43** | 32:8, 33:9 |
| 20:8, 22:8, | 27:21, 29:9, | 33:15 | **8** |
| 34:12, 39:12, | 29:14, 30:9, | **10** | **80** |
| 39:18, 41:11 | 30:12, 30:15, | 22:18 | 15:5, 23:20 |
| **ways** | 35:17 | **100,000** | **9** |
| 18:5, 18:7, | **workflow** | 33:16 | **90** |
| 34:1 | 27:15 | **11** | 4:10 |
| **we'll** | **working** | 32:2 | |
| 7:12, 9:6, | 9:5, 35:17, | **13** | |
| 26:4, 27:5 | 38:10 | 31:13 | |
| **we're** | **works** | **14** | |
| 2:16, 3:11, | 20:7 | 15:3, 16:22 | |
| 3:12, 5:21, 7:6, | **worksheet** | **1996** | |
| 11:5, 12:19, | 39:8, 39:10 | 17:2 | |
| 12:20, 20:18, | **workup** | **2** | |
| 20:21, 21:19, | 10:12, 10:19, | **2018** | |
| 22:16, 22:22, | 12:18 | 15:2, 19:7 | |
| 23:8, 23:13, | **world** | **2024** | |
| 24:7, 24:11, | 4:1 | 42:17 | |
| 24:16, 27:15, | **worse** | **24** | |
| 35:11, 35:19 | 13:22 | 17:7 | |
| **we've** | **worsening** | **25** | |
| 4:22, 25:15 | 21:21, 24:5 | 8:3, 8:5, 32:2 | |
| **weeks** | **wouldn't** | **3** | |
| 2:4 | 37:14 | **30** | |
| **weight** | **wrong** | 2:7, 14:14, | |
| 33:4 | 34:3 | 14:15, 16:15 | |
| **whereas** | **Y** | **4** | |
| 29:8 | | **40** | |
| **whether** | **years** | 23:17, 23:18 | |
| 36:9 | 2:5, 2:7, 3:18, | **42** | |
| **white** | 3:22, 11:10, | 1:21 | |
| 12:11 | 11:12, 12:7, | | |
| **whole** | 14:15, 14:16, | | |
| 2:10 | 16:15, 25:16, | | |
| **wind** | 27:18 | | |
| 36:6 | **young** | | |
| | 5:6 | | |

# EXHIBIT 11



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS
CORPORATION,

                              *Plaintiff,*

        v.                                    C.A. No. 1:20-cv-00755-RGA

LIQUIDIA TECHNOLOGIES, INC.,          **HIGHLY CONFIDENTIAL**

                              *Defendant.*


**REBUTTAL EXPERT REPORT OF DR. NICHOLAS HILL
IN RESPONSE TO THE INITIAL EXPERT REPORTS OF
DR. AARON WAXMAN AND DR. ANDREW CLARK**

## TABLE OF CONTENTS

Page

I.      INTRODUCTION ........................................................................................................ 1

II.     NATURE OF ASSIGNMENT AND MATERIALS CONSIDERED.............................. 1

III.    SUMMARY OF OPINIONS ........................................................................................ 2

IV.     LEGAL PRINCIPLES ................................................................................................. 2

        A.      Burden of Proof................................................................................................ 2

        B.      Person of Ordinary Skill in the Art ("POSA")................................................. 3

        C.      Infringement..................................................................................................... 3

                1.      Direct Infringement.............................................................................. 4

                2.      Induced Infringement........................................................................... 5

                3.      Contributory Infringement ................................................................... 6

V.      BACKGROUND ......................................................................................................... 6

        A.      Pulmonary Hypertension ................................................................................. 6

        B.      The '793 Patent ............................................................................................... 8

        C.      UTC's Tyvaso® Product ................................................................................ 12

        D.      Liquidia's Proposed LIQ861 Product ............................................................ 14

VI.     OPINIONS REGARDING NON-INFRINGEMENT OF THE ASSERTED
        CLAIMS ................................................................................................................... 23

        A.      Every Asserted Claim Requires a "Single Event Dose" of Inhaled
                Treprostinil to be "Therapeutically Effective" .............................................. 23

                1.      "Therapeutically Effective" Refers to a Dose that Improves How a
                        Patient Feels, Functions, or Survives.................................................. 23

                2.      A "Single Event Dose" Refers to A Dose Delivered in a Single
                        Dose Session ...................................................................................... 24

                3.      "Therapeutically Effective Single Event Dose" Refers to a Dose
                        Delivered in a Single Dose Session that Improves How a Patient
                        Feels, Functions, or Survives ............................................................. 26

        B.      No Patient, Caregiver, or Physician Will Administer a "Therapeutically
                Effective Single Event Dose" of LIQ861 ...................................................... 26

        B.      Liquidia Does Not and Will Not Instruct the Administration of a
                "Therapeutically Effective Single Event Dose" of LIQ861 ............................ 31

        C.      Liquidia Does Not Contribute to Infringement of the Asserted Claims ............ 32

        D.      Dr. Waxman and Dr. Clark Fail to Identify Any Evidence that a "Single
                Event Dose" of LIQ861 Is "Therapeutically Effective"................................... 34

VII.    RESERVATION OF RIGHTS .................................................................................... 41

## I.    INTRODUCTION

1.    I, Nicholas Hill, submit this rebuttal expert report regarding non-infringement on behalf of Liquidia Technologies Inc. ("Liquidia") in connection with U.S. Patent No. 10,716,793 (the "'793 Patent") in *United Therapeutics Corporation v. Liquidia Technologies Inc.*, Case No. 1:20-cv-00755-RGA in the District of Delaware.

2.    I incorporate by reference ¶ 3 and Section II of my Opening Expert Report ("Opening Report") submitted on October 15, 2021, as well as Appendices A-B attached thereto.

## II.    NATURE OF ASSIGNMENT AND MATERIALS CONSIDERED

3.    I have been asked by counsel for Liquidia to offer my opinions regarding United Therapeutics Corporation's ("UTC's") allegations that Liquidia's proposed LIQ861 product will infringe claims 1, 4, 6, 7, and 8 of the '793 Patent (collectively, the "Asserted Claims").

4.    My rebuttal expert report responds to the opinions presented in the Initial Expert Reports of Dr. Aaron Waxman ("Waxman Report") and Dr. Andrew Clark ("Clark Report"), both submitted by UTC on October 15, 2021, and which I have reviewed.

5.    In assessing the issue of infringement, I have considered the materials cited in this report and any additional materials in **Appendix D**, as well as my education and experience. In addition to these materials, I may consider additional documents and information in forming any supplemental opinions, including any reply report submitted by Drs. Waxman or Clark. To the extent I am provided additional documents or information, I may offer further opinions.

6.    I understand from counsel that UTC has not yet permitted Liquidia to take the deposition of Dr. Robert Roscigno, a named inventor on the '793 Patent, and that the complete deposition of Dr. Lewis J. Rubin, another named inventor on the '793 Patent, is still pending. Once these issues are resolved, I reserve the right to supplement my expert report, if needed, to consider this additional information.

-1-

## III.    SUMMARY OF OPINIONS

7.    In my opinion, neither Dr. Waxman nor Dr. Clark has offered any evidence of direct infringement—that is, there is no proof that patients, caregivers, or physician will practice the Asserted Claims of the '793 Patent.  Specifically, no patient, caregiver, or physician will administer a "therapeutically effective single dose" of LIQ861, as required by every Asserted Claim.

8.    Because there is no direct infringement, Liquidia is not liable for indirect infringement (*i.e.*, induced or contributory infringement).

It is also my opinion that Liquidia does not contribute to the infringement of the Asserted Claims because LIQ861 has substantial non-infringing uses.

## IV.    LEGAL PRINCIPLES

9.    I am not an attorney and do not provide any opinions regarding the law.  However, I have been informed of certain legal principles relating to the issues I discuss.  This section sets forth the legal principles I rely upon to guide my analysis.

### A.    Burden of Proof

10.    I understand that UTC bears the burden of proof for its allegation that Liquidia will infringe the Asserted Claims of the '793 Patent.  I understand that UTC must satisfy this burden by a "preponderance of the evidence," which means that infringement must be more likely than not.

-2-

**B.     Person of Ordinary Skill in the Art ("POSA")**

11.     I understand that, for purposes of assessing infringement, claim terms are interpreted from the perspective of a POSA at the time of the alleged invention.

12.     I incorporate by reference Section IV.A of my Opening Report. There, I explain that, with respect to the '793 Patent, a POSA as of May 15, 2006 would have had a medical degree with a specialty in pulmonology or cardiology, plus at least two years of experience treating patients with pulmonary hypertension as an attending, including with inhaled therapies, or equivalent degree or experience. For the reasons stated in my Opening Report, I would have qualified as a POSA by May 15, 2006.

13.     I understand that Dr. Waxman and Dr. Clark state that, with respect to the '793 Patent, a POSA "would have a graduate degree in medicine or a field relating to drug development, such as an M.D. or a Ph.D., with at least two years practical experience in either (i) the investigation or treatment of pulmonary hypertension or (ii) in the development of potential drug candidates, specifically in the delivery of drugs by inhalation." Waxman Report at ¶ 54; Clark Report at ¶ 33. I note that I would have qualified as a POSA by May 15, 2006 under the definition provided by Dr. Waxman and Dr. Clark. *See* Opening Report, Section II; *see also id.* at Appendix B.

14.     For purposes of my rebuttal report, I apply the POSA definition set forth in my Opening Report, but my opinions would not change if I were to apply the definition provided by Dr. Waxman and Dr. Clark.

**C.     Infringement**

15.     Counsel for Liquidia has informed me that there are two steps to the Court's analysis of whether Liquidia may be liable for infringing the Asserted Claims of the '793 Patent.

-3-

16.     First, the Court interprets the meaning of certain terms in the patent claims, in a process called "claim construction." I explained the relevant claim construction principles in my Opening Report, and hereby incorporate those principles into this rebuttal report. *See* Opening Report at Section IV.B. For purposes of this report, I apply the plain and ordinary meaning of the terms in the patent claims, as would have been understood by a POSA as of May 15, 2006.

17.     Second, the Court determines whether the accused product or method infringes the Asserted Claims. I understand that this is accomplished by comparing the accused product or method to the construed patent claims.

18.     I have been informed by Liquidia counsel that there are two types of infringement—direct infringement and indirect infringement. I understand that direct infringement of a method claim refers to infringement by the party who actually carries out the steps of the claim, whereas indirect infringement refers to liability of another party for the actions by the direct infringer. I further understand that if there is no direct infringement, there can be no indirect infringement.

19.     I have been further informed that there are two forms of indirect infringement—induced infringement and contributory infringement. I will first address the legal principles relevant to direct infringement, followed by induced infringement, and then contributory infringement.

## 1.     Direct Infringement

20.     Counsel for Liquidia has informed me that, for a method claim to be directly infringed, each and every element of the patent claim must be practiced, either literally or under the doctrine of equivalents.

21.     I have been further informed that, under the doctrine of equivalents, an element of an accused product or method is equivalent to a claim element when the difference between the claim element and the accused product or method is insubstantial. I have also been informed that

-4-

one test to determine whether the difference between a patent claim element and an accused

product or method is "insubstantial" is whether a structure or step in the accused product or activity

performs substantially the same function, in substantially the same way, to achieve substantially

the same result as the claim element. I further understand that this doctrine of equivalents analysis

must be done on an element-by-element basis rather than by focusing on the claim as a whole. It

appears that Drs. Waxman and Clark have not offered opinions on infringement under the doctrine

of equivalents, although they conclude without any analysis that

Waxman Report at ¶ 110; *see also* Clark Report at ¶ 100

). To the extent that Drs. Waxman and/or Clark later present opinions regarding

infringement under the doctrine of equivalents, I reserve the right to supplement this expert report.

### 2.    Induced Infringement

22.    I have been informed that a party may only be liable for induced infringement if

the alleged infringer purposefully encourages another to infringe a patent, with knowledge of the

patent and specific intent to encourage another's infringement. I further understand that evidence

that Liquidia actively encourages, recommends, or promotes patients, caregivers, or physicians to

use LIQ861 in a manner that would practice the Asserted Claims bears on whether Liquidia has

such specific intent. Mere knowledge by Liquidia that patients, caregivers, or physicians may use

LIQ861 in an infringing manner is not sufficient for a finding of inducement, if Liquidia took no

active steps to encourage infringement. I understand that if there is no proof of an underlying act

of direct infringement of a patent claim, there can be no induced infringement.

-5-

### 3.    Contributory Infringement

23.    I have been informed that a party may only be liable for contributory infringement if the alleged infringer sells or offers to sell a material or apparatus for use in practicing a patented method, and that "material or apparatus" is material to practicing the invention, has no substantial non-infringing uses, and is known by the party "to be especially made or especially adapted for use in an infringement of such patent." I have been informed that in the context of a claim of contributory infringement, a substantial non-infringing use is any use that is "not unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental." I understand that if there is no proof of an underlying act of direct infringement of a patent claim, there can be no contributory infringement.

## V.    BACKGROUND

### A.    Pulmonary Hypertension

24.    I incorporate Section V.A of my Opening Report, which provides an overview of the range of conditions known as "pulmonary hypertension." As I explained there, pulmonary arterial hypertension (PAH) falls under the WHO Group 1 classification for pulmonary hypertension, and is characterized by precapillary abnormalities or vascular remodeling. *See*, *e.g.*, Opening Report at ¶¶ 41, 49.

25.    In 2006 and still today, POSAs and I assess therapeutic effectiveness of pulmonary hypertension treatments using several clinically meaningful endpoints designed to directly measure how a patient "feels, functions, or survives."[1] These measures include improvement in

---

[1] *See* U.S. Dept. of Health and Human Services, *Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance*, HEALTH AND QUALITY OF LIFE OUTCOMES, 4:79 at Glossary (Oct. 11, 2006) ("HHS Guidance") (LIQ02819195-LIQ02819214) (defining "Treatment Benefit" as "[a]n improvement in how a patient survives, feels, or functions as a result of treatment").

breathing on exertion; exercise capacity, as measured for example by performance on the six-minute walk test (6MWT); improvements in NYHA[2] functional classification; and other measures like quality of life ("QoL"), and survival.[3] *See also* Opening Report at ¶ 48. For PAH clinical trials, the Food & Drug Administration (FDA) only accepts "primary" endpoints such as "exercise capacity, QoL [quality of life], [and] time to clinical worsening and mortality."[4] *See also* Opening Report at ¶ 48. This aligns with my understanding in 2006 and today that a PAH treatment is only therapeutically effective for clinical purposes if it improves how a patient feels, functions, or survives.

26.     In my research and clinical practice, I have also assessed various hemodynamic variables like pulmonary arterial wedge pressure (PAWP), pulmonary arterial pressure (PAP), cardiac output (CO), arterial oxygen saturation (SaO2), and mixed venous oxygen saturation (SvO2). However, in 2006 and today, these measures were widely considered "secondary" or "surrogate" clinical endpoints that might suggest but are not sufficient, on their own, to establish therapeutic effectiveness for a pulmonary hypertension treatment.[5] *See also* Opening Report at ¶

---

[2] "NYHA" stands for "New York Heart Association."

[3] M.M. Hoeper et al., *End Points and Clinical Trial Designs in Pulmonary Arterial Hypertension*, JACC 43(12):48S-55S (June 18, 2004) ("Hoeper 2004") (LIQ02819222-LIQ02819229); *see id.* at Abstract ("The primary end points in these trials [for PAH treatments] have addressed exercise capacity, usually using the 6-min walk test.").

[4] Hoeper 2004 at 50S.

[5] Hoeper 2004 at Abstract ("In addition, hemodynamics will likely remain valuable as *secondary end points*…"); *see also id.* at 50S ("Usually, physiologic parameters such as hemodynamics are considered '*secondary*.'"); *see id.* ("Hemodynamic parameters have traditionally been considered as '*secondary*,' or reinforcing end points, based on their prognostic value [ ], and this concept has been accepted by regulatory agencies."); *see also* C.E. Ventetuolo, *Are Hemodynamics Surrogate Endpoints in Pulmonary Arterial Hypertension*, Circulation 130(9):768-755, p. 2 (Aug. 26, 2014) ("Venteuolo 2014") (LIQ02819268-LIQ02819285) ("These findings suggest that resulting hemodynamics are not valid surrogate endpoints for short-term events in PAH clinical trials.").

-7-

48. Accordingly, in 2006 and still today, POSAs and I focus on the clinical variables outlined in ¶ 25. above to assess therapeutic effectiveness of pulmonary hypertension treatments. If a drug resulted in improved hemodynamic parameters but did not improve how a patient felt, functioned, or survived, then I would not continue using that drug.

27.     In my experience, patients diagnosed with pulmonary hypertension are typically treated on a chronic basis for the rest of their lives. Indeed, I am not aware of any pulmonary hypertension treatment that produces sustained improvements in how a patient feels, functions, or survives after a "single event dose" as I understand that term from the '793 Patent.

**B.     The '793 Patent**

28.     I incorporate Section VI of my Opening Report, which provides an overview of the '793 Patent, including its specification and its Asserted Claims. As I noted above, the Asserted Claims are claims 1, 4, 6, 7, and 8.

29.     Every Asserted Claim expressly requires a "single event dose" of inhaled treprostinil to be "therapeutically effective." Claim 1 recites "[a] method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a ***therapeutically effective single event dose*** of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof delivered in 1 to 3 breaths."[6] '793 Patent, claim 1. Claims 4, 6, 7, and 8 depend either directly or indirectly from claim 1. Claims 4 and 8 depend directly from claim 1, while claim 6 depends from claim 4, and claim 7 in turn depends from claim 6. *Id.*

---

[6] All emphasis is added unless otherwise noted.

at claims 4, 6-8. Therefore, by virtue of their dependency on claim 1, the dependent Asserted Claims also require a "therapeutically effective single event dose" of inhaled treprostinil.

30.    The specification does not expressly define the claim term "therapeutically effective"—it simply states that a "therapeutically effective" amount of treprostinil is "deliver[ed] to a subject in need thereof." '793 Patent, 2:66-3:5; *see also id.* at 5:13-16 ("The inventors discovered that a therapeutically effective dose of treprostinil can be administered in a few single inhalations using a compact inhalation device, such as a metered dose inhaler."); *see also id.* at 5:21-27 ("Accordingly, one embodiment of the invention is a method of delivering to a subject in need thereof, such as a human being, a therapeutically effective amount of treprostinil comprising administering to the subject a formulation comprising a therapeutically effective amount of treprostinil, its derivative or a pharmaceutically acceptable salt thereof using a metered dose inhaler.").

31.    Prior to reviewing the '793 Patent, the term "single event dose" was not a term I was familiar with and is not a term I use in my clinical practice. The specification does not define the claim term "single event dose," let alone a "therapeutically effective single event dose." In fact, the phrase "single event dose" appears nowhere in the specification. The phrase "single event" appears only twice in the specification, as shown below:

- "The dose of treprostinil that can be administered using a metered dose inhaler in a *single event* can be from about 15 µg to about 100 µg or from about 15 µg to about 90 µg or from about 30 µg to about 90 µg or from about 30 µg to about 60 µg" ('793 Patent, 7:55-59);

- "Administering of treprostinil in a *single event* can be carried out in a limited number of breaths by a patient. For example, treprostinil can be administered in 20 breaths or less, or in about 10 breaths or less, or than [sic] 5 breaths or less. Preferably, treprostinil is administered in 3, 2, or 1 breaths." (*Id.* at 7:60-64.)

-9-

32.     Based on this information, a POSA would have concluded that a "single event dose" is a single dose of inhaled treprostinil. Indeed, the fact that a "single event" can be carried out in a "limited number of breaths" confirms that a "single event dose" is a single dose of inhaled treprostinil delivered in a single dose session.

33.     The two Examples in the '793 Patent further confirm to a POSA that a "single event dose" is delivered using one or multiple breaths, as they describe administering a *single dose* of inhaled treprostinil to each patient. Example 1 states that inhaled treprostinil was "applied once." '793 Patent, 9:5-7; *see also id.* at 8:63-67 ("A study was conducted of acute vasodilator challenge during right heart catheter investigation to determine the safety, tolerability and pulmonary vasodilatory potency of inhaled treprostinil *applied in seconds* by a soft mist inhaler (SMI-TRE)"); *see also id.* at 11:63-66 ("The application of an effective amount of treprostinil *in only [a] few or even one single breath* was achieved with a highly concentrated treprostinil sodium solution.").

34.     Similarly, Example 2 reported that inhaled treprostinil "could be safely applied *in a few breaths or even one breath.*" *Id.* at 12:14-18; *see also id.* at 13:33-36 ("Each patient inhaled both iloprost and treprostinil on the *same day* during right heart catheter investigation; the drugs were administered consecutively with a one hour interval between the drug applications."); *see also id.* at 13:52-55 (describing a "primary objective[]" as "explor[ing] the highest tolerated *single dose*"); *see also id.* at 17:44-46 ("inhalation time could be reduced to *literally one single breath* of 2000 µg/ml treprostinil solution, thereby applying a dose of 15 µg").

35.     Further, the Examples expressly state that the described studies administered inhaled treprostinil on an "acute" basis. Example 1 is titled, "Open Label Study Upon *Acute* Safety, Tolerability and Hemodynamic Effects of Inhaled Treprostinil Delivered in Seconds." '793 Patent, 8:59-61; *see also id.* at 8:63-67 ("A study was conducted of *acute* vasodilator

-10-

challenge during right heart catheter investigation to determine the safety, tolerability and pulmonary vasodilatory potency of inhaled treprostinil applied in seconds by a soft mist inhaler (SMI-TRE)."); *see also id.* at 9:31-34 ("Conclusions: The *acute* application of inhaled treprostinil with a metered dose inhaler in 2-3 breaths was safe, well tolerated and induced a strong and sustained pulmonary selective vasodilation."). Example 2 "compare[d] the *acute* hemodynamic effects and the systemic side effects of inhaled treprostinil with inhaled iloprost and comparable doses." *Id.* at 12:61-64; *see also id.* at 16:56-59 ("These studies investigated whether i) the *acute* effects of inhaled treprostinil would be comparable to or possibly advantageous over inhaled iloprost in pulmonary hypertensive patients, . . ."). In light of these Examples, a POSA would have readily understood that, at minimum, the '793 Patent's use of the word "acute" does *not* refer to chronic treatment on a repeated basis over an extended period of time.

36.    While the specification recognizes that "[t]reprosinil can be administered a single time per day or several times per day" ('793 Patent at 8:1-2), the inventors chose to only claim "a . . . single event dose"—not a dose administered "several times per day." *Id.*, claims 1, 4, 6, 7, 8. This is consistent with the fact that the Examples only describe administration of a single event dose of inhaled treprostinil.

37.    I have reviewed the file history of the '793 Patent. During prosecution, neither the Applicant nor the Examiner expressly defined the claim terms "therapeutically effective," "single event dose," or "therapeutically effective single event dose."

38.    Finally, Dr. Waxman, who is a medical doctor, states that "the POSA would understand the term 'single event dose' to mean the amount of treprostinil inhaled by a patient in a single *treatment* session." Waxman Report at ¶ 80. Dr. Clark agrees with and relies upon Dr. Waxman's definition of a "single event dose" as a "single *treatment* session." Clark Report at ¶

-11-

59. To the extent that Drs. Waxman and Clark are implying that the word "treatment" necessarily imparts any therapeutic effectiveness, I disagree with their interpretation of "single event dose." However, to the extent "single treatment session" is equivalent to a "single dose session," then it appears that Drs. Waxman and Clark agree with my understanding of "single event dose."

## C.   UTC's Tyvaso® Product

39. Tyvaso® "is a sterile formulation of treprostinil, a prostacyclin mimetic, intended for administration by oral inhalation using the Tyvaso Inhalation System." Tyvaso® Mar. 2021 Label (UTC_LIQ00246884-UTC_LIQ00246898) at 7 (UTC_LIQ00246890).   Tyvaso® is indicated for the treatment of "[p]ulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability" and "[p]ulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability." *Id.* at 1 (UTC_LIQ00246884). Tyvaso® was first approved in 2009 for treatment of PAH WHO Group 1 and more recently approved for PH WHO Group 3 in 2021. *See id.*; *see also* Tyvaso® July 2009 Label (UTC_WAT_00594000-UTC_WAT_00594012) at 1 (UTC_WAT_00594000).[7] I have prescribed Tyvaso® to my patients. Tyvaso® is administered as an inhaled solution through use of an ultrasonic pulsed nebulizer. *See* Tyvaso® Mar. 2021 Label at 2 (UTC_LIQ00246885).

40. Tyvaso® is not therapeutically effective as a single event dose.   Tyvaso® is not indicated for acute administration, but is administered chronically.   It is "dosed in 4 separate, equally spaced treatment sessions per day, during waking hours.   Each treatment session will take 2 to 3 minutes.   The treatment sessions should be approximately 4 hours apart."   Tyvaso® Mar.

---

[7] *See also* United Therapeutics Press Release, "United Therapeutics Announces FDA Approval and Launch of Tyvaso® for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung       Disease"       (Apr.       1,       2021),       *available       at* https://s1.q4cdn.com/284080987/files/doc_news/2021/03/2021-04-01-INCREASE-approval-FINAL-formatted.pdf (LIQ02819264-LIQ02819267).

2021 Label at 2 (UTC_LIQ00246885). While therapy is recommended to "begin with 3 breaths of Tyvaso (18 mcg of treprostinil) per treatment session 4 times daily," the target maintenance dose is "9 to 12 breaths per treatment session, 4 times daily," with a minimum maintenance dose of 54 µg per "treatment session." *Id.* at 1 (UTC_LIQ00246884); *see also id.* at 8 (UTC_LIQ00246891) ("single doses of Tyvaso 54 mcg (the target maintenance dose per session)"). This target dose of 54 mcg was used in clinical studies to establish "effectiveness in patients with PAH and PH-ILD." *Id.* at 2 (UTC_LIQ00246885); *see also id.* at 9 (UTC_LIQ00246892) (describing the "target dose" as 54 mcg for the TRIUMPH I study); *see also id.* at 12 (UTC_LIQ00246895) (describing the "target dose" as 54 mcg for the INCREASE study).

41. The TRIUMPH I and INCREASE studies supported the approval of Tyvaso® for treatment of PAH WHO Group I and PH-ILD WHO Group 3, respectively. Tyvaso® Mar. 2021 Label at 9-14 (UTC_LIQ00246892-UTC_LIQ00246897).[8] These studies did not examine therapeutic effectiveness after a single dose session. Rather, effectiveness was not examined until after weeks of regular repeated administration of Tyvaso®. The primary efficacy endpoint of the TRIUMPH I trial was "the change in 6-Minute Walk Distance (6MWD) relative to baseline at 12 weeks. 6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3 to 5 hours after bosentan or 0.5 to 2 hours after sildenafil." Tyvaso® Mar. 2021 Label at 10 (UTC_LIQ00246893); *see also* McLaughlin 2010 at 1916 (UTC_WAT_00249580). Patients in this study were "administered either placebo or Tyvaso in 4 daily treatment sessions with a target

---

[8] McLaughlin et al., *Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension*, JACC 55(18):1915-1922 (Apr. 29, 2010) (UTC_WAT_00249578-UTC_WAT_00249587) ("McLaughlin 2010") (reporting results of the TRIUMPH I study); Waxman et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, NEJM 384(4):325-334 (Jan. 28, 2021) (UTC_LIQ00247471-UTC_LIQ00247480) ("Waxman 2021") (reporting results of the INCREASE study).

-13-

dose of 9 breaths (54 mcg) per session over the course of the 12-week study." Tyvaso® Mar. 2021

Label at 9 (UTC_LIQ00246892); *see also* McLaughlin 2010 at 1916 (UTC_WAT_00249580).

The primary efficacy endpoint of the INCREASE study was "the change in 6MWD measured at

peak exposure (between 10 and 60 minutes after dosing) from baseline to Week 16." Tyvaso®

Mar.  2021  Label  at  12  (UTC_LIQ00246895);  *see  also*  Waxman  2021  at  325

(UTC_LIQ00247471). "Patients in the INCREASE study were randomized (1:1) to either placebo

or Tyvaso in 4 daily treatment sessions with a target dose of 9 breaths (54 mcg) per session and a

maximum dose of 12 breaths (72 mcg) per session over the course of the 16-week study." *Id.*; *see*

*also* Waxman 2021 at 327 (UTC_LIQ00247473).

### D.    Liquidia's Proposed LIQ861 Product

42.     Liquidia submitted New Drug Application No. 213005 under § 505(b)(2) of the

Federal Food, Drug and Cosmetic Act, seeking approval for its LIQ861 product. I understand that

the FDA granted tentative approval of Liquidia's LIQ861 product on November 5, 2021.[9]



[10] LIQ861 is not a "generic" product or

"copy" of Tyvaso®, because it has a different formulation, dosage form, and route of

administration. For example, Tyvaso® is a liquid formulation delivered via nebulizer, while

---

[9] *See* Liquidia Press Release, "FDA Grants Tentative Approval for Liquidia's YUTREPIA™
(Treprostinil)  Inhalation  Powder"  (Nov.  8,  2021),  *available  at*
https://www.liquidia.com/node/9416/pdf (LIQ02819215-LIQ02819216); *see also* Nov. 5, 2021
Tentative Approval Letter for NDA No. 213005 (LIQ02818821-LIQ02818823).
[10] I understand that YUTREPIA™ is Liquidia's proposed tradename for the LIQ861 product.

LIQ861 is a powder formulation delivered via dry powder inhaler. Moreover, I understand that Liquidia filed a New Drug Application and not an Abbreviated New Drug Application for approval of LIQ861. I thus disagree with Drs. Waxman and Clark that Liquidia is "seeking approval to manufacture, market, and sell a generic copy of UTC's Tyvaso® (treprostinil) Inhalation Solution, 0.6 mg/ml that is approved by [the] FDA" (Waxman Report at ¶ 42; Clark Report at ¶ 2) and further disagree that LIQ861 is "Liquidia's Proposed Generic Product." Waxman Report at ¶ 41.

43.



44.     ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

45.     ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████  ████████████████████████████

████████████  In my experience, clinical studies evaluating therapeutic efficacy are longer than 2 months—typically six months to a few years in duration.

46.     ClinicalTrials.gov, a database of privately and publicly funded clinical trials conducted around the world, provides further details regarding the INSPIRE LTI-301 study. *See* ClinicalTrials.gov Identifier NCT03399604 for LTI-301 ("LTI-301 ClinicalTrials.gov"), *available*

*at* https://clinicaltrials.gov/ct2/show/NCT03399604 (LIQ02819187-LIQ02819194). "INSPIRE"

stands for "*In*vestigation of the *S*afety and *P*harmacology of Dry Powder *I*nhalation of

T*re*prostinil." *See id.* The official title of the INSPIRE study is, "A Phase 3 Open-label,

Multicenter Study to Evaluate the Long-term Safety and Tolerability of Inhaled LIQ861

(Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients." *See id.* at Study

Design. The ClinicalTrials.gov webpage for the INSPIRE study states that the "Primary Outcome

Measures" were "Incidence of Treatment-Emergent Adverse Events and Serious Adverse Events

[Time Frame: Baseline, *Week 2, Month 1, Month 2 Visits, with bimonthly follow up for up to 30*

*months*.]." *Id.* at Outcome Measures. The webpage further states that "Patients transitioning from

inhaled treprostinil will be initiated at a comparable dose of LIQ861, and then titrate in 25[µg]

incremental doses to tolerance and symptom relief. Patients adding LIQ861 to current oral

therapies will start at a 25[µg] dose, and increase in 25[µg] increments on a weekly basis to

tolerance and symptom relief." *Id.* at Study Design.

47. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



48.



49.

50.    The INSPIRE study safety and tolerability results at Month 2 were presented at the

International Society for Heart and Lung Transplantation ("ISHLT") Annual Meeting in April

2020. *See* N.S. Hill et al., "A Phase 3, Open-Label, Multicenter Study to Evaluate the Long-Term

Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension

(WHO Group 1) Patients – Month 2 Outcomes. INSPIRE: Investigation of the Safety and

Pharmacology of Dry Powder Inhalation of Treprostinil," ISHLT Annual Meeting (Apr. 30, 2020)

("Hill 2020 ISHLT Slides"), *available at* https://www.liquidia.com/static-files/b25a351b-fc62-

4ab1-994e-98f0d10e79e5 (LIQ02819169-LIQ02819181).[12]  The Hill 2020 ISHLT Slides reported

that LIQ861 is "[a] convenient, safe, well-tolerated option for inhaled prostacyclin therapy," and

that "93% of patients remained on LIQ861 at Month 2." *Id.* at slide 12 (LIQ02819180).  A

publication from the same month further described the INSPIRE study. *See* N.S. Hill et al.,

*INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and

Tolerability of LIQ861 in Pulmonary Arterial Hypertension*, JOURNAL OF HEART AND LUNG

TRANSPLANTATION, 4:S17-S18, Abstract 14 (April 1, 2020) ("Hill 2020") (LIQ02819220-

LIQ02819221).[13]  This publication, for which I was the lead author, reported that "[s]ignificant

advantages are associated with inhaled therapies for pulmonary arterial hypertension (PAH),

---

[12] *See  also*  Liquidia.com,  Pipeline  and  Products  Publications,  *available  at*
https://www.liquidia.com/products-and-pipeline/publications      (LIQ02819248-LIQ02819250)
(listing Hill 2020 ISHLT Slides under Publications); *see also* Audio recording of ISHLT
Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to
Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22,
2020), *available at* https://cslide-us.ctimeetingtech.com/ishlt40th/attendee/eposter/poster/310
(LIQ02819289) (audio recording for the Hill 2020 ISHLT Slides); *see also* Liquidia Press Release,
"Liquidia Releases Final LIQ861 Results from Pivotal Phase 3 INSPIRE Study in Patients with
Pulmonary Arterial Hypertension" (Apr. 30, 2020) ("Apr. 2020 Press Release"), *available at*
https://liquidia.com/node/7836/pdf (LIQ02819182-LIQ02819183).
[13] Also published at N.S. Hill et al., *INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal
Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension*,
JOURNAL OF HEART AND LUNG TRANSPLANTATION, 39(4):S17-S18 (April 1, 2020), *available at*
https://www.jhltonline.org/article/S1053-2498(20)31159-1/pdf    (LIQ02819301-LIQ02819302);
*see also* JHLTOnline.org, Table of Contents for Volume 39(4), Supplement, S1-S550, *available
at* https://www.jhltonline.org/issue/S1053-2498(19)X0015-7 (LIQ02819303-LIQ02819307).

-20-

including enhanced delivery of drug to the lungs at a lower overall dose, improved ventilation-perfusion matching, and decreased risk of systemic vasodilation and other systemic adverse effects." *Id.* at Summary of Objectives. It further states that "LIQ861 dose increases in both groups [Transition Group and Add-on Group] were titrated in 25 mcg capsule strength QID [*i.e.*, four times per day] increments to tolerance and symptom relief." *Id.* at Methods. The publication also noted that the primary endpoint was the "incidence of treatment-emergent adverse events and serious adverse events at Month 2" and exploratory endpoints included "changes from baseline through Month 2 in physician assessment of stability; six-minute walk distance; NYHA FC, N-terminal B-type natriuretic peptide levels; and patient-reported quality of life." *Id.* at Endpoints.

51.    In August 2020, Liquidia released exploratory endpoint data from the INSPIRE study at the American Thoracic Society (ATS) Annual Meeting. *See* Hill et al., "INSPIRE: A Phase 3 Open-Label, Multicenter Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (PAH) – Exploratory Efficacy Endpoints Analysis at Month 2" [Poster], American Thoracic Society Annual Meeting – Virtual (Aug. 5, 2020) ("Hill 2020 ATS Poster"), *available at* https://www.liquidia.com/static-files/ee236ca7-ed02-41be-b4c8-7dfd24a2a88f (LIQ02819184).[14] The Hill 2020 ATS Poster states that "[e]xploratory endpoints for all patients were changes from Baseline to Month 2 in 6MWD, NYHA FC, N-terminal risk assessment (ERS/ESC risk score), and time to and reason for discontinuation of LIQ861." *Id.* at Methods. A Liquidia Press Release from the same month reported: "Overall, improvements from baseline *following treatment with LIQ861 for two months* included an increase in six-minute walk distance (6MWD); clinically meaningful reduction (improvement) in the Minnesota LIVING

---

[14] *See also* https://www.liquidia.com/products-and-pipeline/publications (listing Hill 2020 ATS Poster under "Publications") (LIQ02819248-LIQ02819250).

-21-

WITH HEART FAILURE® Questionnaire (MLHFQ) total score; lower (improved) New York

Heart Association functional class (NYHA FC) status; and the percentage of subjects who met two

or three PAH low-risk criteria increased from baseline." *See* Liquidia Press Release, "Liquidia

Releases Exploratory Endpoint Data from INSPIRE Study at the American Thoracic Society

(ATS) Annual Meeting" (Aug. 5, 2020) ("Aug. 2020 Press Release"), *available at*

https://www.liquidia.com/node/8051/pdf (LIQ02819185-LIQ02819186).   The Press Release

provided a more detailed breakdown of the exploratory endpoint results as follows:

Results of the exploratory endpoints evaluated in the INSPIRE study showed:

- More than 70 percent of patients were able to titrate to a LIQ861 dose ≥79.5 mcg.
- NYHA functional class improved in 20.5 percent of patients and maintained in 75.9 percent.
- Overall median 6MWD increased by 10.1 m.
- There was no clinically meaningful change in NT-proBNP.
- MLHFQ showed an improved total score (>5-point reduction), as well as in both emotional and physical dimensions.
- A larger percentage of patients met two-or-three PAH low-risk criteria at month 2 compared with baseline.
- The majority of transition patients preferred the LIQ861 dry-powder inhaler to the Tyvaso® Inhalation System.

*Id.*

52. [REDACTED]

53. [REDACTED]

-22-

██████████████     ████████                    ████████████████████       █

████████████████████████████████

## VI.   OPINIONS REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS

### A.   Every Asserted Claim Requires a "Single Event Dose" of Inhaled Treprostinil to be "Therapeutically Effective"

54.     Each Asserted Claim of the '793 Patent requires "a therapeutically effective single event dose" of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof. '793 Patent, claim 1.   Claim 1 recites the "therapeutically effective single event dose," and dependent claims 4 and 6-8 necessarily incorporate this limitation.   As I explain below, a POSA would have understood that the claimed "therapeutically effective single event dose" is a dose that improves how a patient feels, functions, or survives.

### 1.   "Therapeutically Effective" Refers to a Dose that Improves How a Patient Feels, Functions, or Survives

55.     Neither the '793 Patent nor its file history define "therapeutically effective." *See* ¶ 30. A POSA, however, would have understood the plain and ordinary meaning of "therapeutically effective" to mean improving how a patient feels, functions, or survives.   As I noted in Section V.A above, by 2006, clinicians treating pulmonary hypertension used several primary clinical indicators to measure therapeutic effectiveness, including the 6MWT, survival rates, improvements in NYHA functional classification, and QoL scores.   These measures either provided direct reports on how a patient feels, functions, or survives, or were known to correlate with these outcomes.

56.     In contrast, for several reasons, a POSA in 2006 and today would have understood that changes in hemodynamic values may not correlate with therapeutic effectiveness.   *First*, hemodynamic measures do not necessarily correlate with how a patient feels, functions, or survives for pulmonary hypertension treatments, and thus do not necessarily correlate with therapeutic

-23-

effectiveness. Instead, variables such as QoL scores and the 6MWT directly reflect how a patient feels and functions, respectively, and in turn, whether a given treatment is therapeutically effective. *See* Section V.A above; HHS Guidance at Glossary; Hoeper 2004 at Abstract. *Second*, physiologic parameters such as hemodynamics are considered "surrogate" endpoints and alone are not sufficient to obtain FDA approval. *See* Section V.A above; Hoeper 2004 at Abstract, 50S; Ventetuolo 2014 at 2. Accordingly, a POSA as of May 2006 would have understood that, for a pulmonary hypertension treatment to be "therapeutically effective," one would need to assess primary endpoints such as improvement in breathing on exertion, exercise capacity measured by the 6MWT, improvement in the NYHA functional classification, QoL scores and survival. *See* Section V.A above.

57.     With respect to the "therapeutically effective" claim limitation, Dr. Waxman points to various hemodynamic parameters described in the '793 Patent. Waxman Report at ¶¶ 71-72. For the reasons I explained above, a POSA would not have found these hemodynamic parameters to be reliable measures of therapeutic effectiveness. I therefore disagree with Dr. Waxman's analysis regarding "therapeutic effectiveness" in this respect. Dr. Waxman proceeds to point to measures from the MLWHF questionnaire reported in Liquidia's Apr. 2021 Proposed Label, and changes in 6MWD reported by UTC's TRIUMPH clinical study. Waxman Report at ¶¶ 73-74. I agree with Dr. Waxman that these measures—the MLWHF questionnaire and changes in 6MWD—address therapeutic effectiveness because they assess how a patient feels, functions, or survives. I respond to Dr. Waxman's arguments in more detail in Section VI.D below.

## 2.     A "Single Event Dose" Refers to A Dose Delivered in a Single Dose Session

58.     As I explained above, a POSA would have understood that a "single event dose" refers to a "single dose session." *See* ¶¶ 32. 37. Drs. Waxman and Clark define a "single event

-24-

dose" as a "single treatment session"; I agree with this interpretation to the extent that a "single treatment session" is the same as a "single dose session." *See* ¶ 37. above; *see also* Waxman Report at ¶ 80 (explaining "the POSA would understand the term "single event dose" to mean "the amount of treprostinil inhaled by a patient in a single treatment session"); Clark Report at ¶¶ 58-59 (agreeing with and relying upon Dr. Waxman's definition of single event dose as a "single treatment session"). I also agree with Drs. Waxman and Clark that a "single event dose" can be delivered in 1 to 3 breaths—*i.e.*, it is not limited to a single breath. *See id.* For example, as noted by Dr. Waxman, the '793 Patent states that "[a]dministering of treprostinil in a *single event* can be carried out in a limited number of breaths by a patient. . . . Preferably, treprostinil is administered in 3, 2 or 1 breaths. The total time of a *single administering event* can be less than 5 minutes, or less than 1 minute, or less than 30 seconds." '793 Patent at 7:60-67; Waxman Report ¶ 80. The Asserted Claims expressly recite that the single event dose is administered in "1 to 3 breaths." '793 Patent, claim 1. Accordingly, a POSA would have understood that a single event dose does not encompass the sum total of treatment sessions in a day—much less chronic dosing over an extended period of time.

59.     I have reviewed the deposition transcript of inventor Dr. Lewis J. Rubin, and note that he confirmed that the Asserted Claims of the '793 Patent are limited to administration of a single event dose of inhaled treprostinil, and not administration of multiple single event doses in a day. Rubin Deposition Transcript (Sept. 15, 2021) (LIQ02818940-LIQ02819037) at 123:5-15 (testifying that claim 1 does not indicate to take the drug multiple times a day, and claims 2-8 do not indicate taking the drug in more than a single event); *see also id.* at 155:15-157:13 (confirming that the study in Example 1 was "an acute single dose experiment" that compared the "acute hemodynamic effects" of "one event of iloprost" and "one event of treprostinil").

-25-

60.     UTC's arguments during an *inter partes* review proceeding involving the '793

Patent further confirm that a "single event dose" is a single dose session. In its Patent Owner

Preliminary Response ("POPR"), UTC criticized the prior art for teaching a "*daily* inhaled dose,

and not a single event dosage." *Liquidia Technologies, Inc. v. United Therapeutics Corp.*,

IPR2021-00406, Paper 13 at 49-50 (May 17, 2021) (LIQ02799578-LIQ02799644). Dr. Waxman

advanced the same argument in his declaration submitted in support of the POPR. *Id.* at Ex. 2001

(Waxman Declaration) (LIQ02813816-LIQ02813836) at ¶ 33.

## 3.     "Therapeutically Effective Single Event Dose" Refers to a Dose Delivered in a Single Dose Session that Improves How a Patient Feels, Functions, or Survives

61.     While Drs. Waxman and Clark separately interpret the meanings of

"therapeutically effective" and "single event dose," their opinions do not account for the Asserted

Claims' requirement that each single event dose be therapeutically effective. *See* '793 Patent,

claim 1. In other words, both Drs. Waxman and Clark opine whether LIQ861 is "therapeutically

effective" and separately opine wither LIQ861 can be given as a "single event dose," but neither

Dr. Waxman nor Dr. Clark opines as to whether a single event dose of LIQ861 is therapeutically

effective, as expressly required by the '793 Patent claims. A POSA reading the Asserted Claims

in light of the specification would have understood that every claim requires the "single event

dose" (*i.e.*, each single dose session) to be "therapeutically effective" (*i.e.*, must improve how a

patient feels, functions, or survives based on patient-centered parameters such as performance on

the 6MWT). *See* Section V.B above.

## B.     No Patient, Caregiver, or Physician Will Administer a "Therapeutically Effective Single Event Dose" of LIQ861

62.     LIQ861 is not therapeutically effective in a single dose session. On the contrary,

patients, caregivers, and physicians must use and/or administer LIQ861 chronically—that is,

-26-

several times per day over multiple weeks, if not more—to improve how the patient feels, functions, and/or survives.

63.    I have reviewed the proposed prescribing information for LIQ861. ████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████     ████████

████████████████████████████████████████████████████████████

64.    ████████████████████████████████████████████████

████████████████████████████████████████████████████  ██

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████

65. A physician desiring to administer LIQ861 would also consult publicly available literature relating to the INSIPRE clinical trial, including press releases, posters, and publications describing the results of the INSPIRE trial. In doing so, a physician would learn that Liquidia never assessed whether a "single event dose" (*i.e.*, a single dose session) of LIQ861 conferred any therapeutic effect on patients. Rather, Liquidia assessed changes in therapeutic efficacy after two months of treatment with LIQ861. *See* Hill 2020 at Endpoints ("Exploratory endpoints are changes from baseline through *Month 2* in physician assessment of stability; six minute walk distance; NYHA FC, N-terminal B-type natriuretic peptide levels; and patient-reported quality of life"); *see also* Hill 2020 ATS Poster at Methods (describing exploratory efficacy endpoints from baseline to Month 2); *see also* Aug. 2020 Press Release (reporting "improvements from baseline following treatment with LIQ861 *for two months*"); *see also id.* (reporting that "[a] larger percentage of patients met two-or-three PAH low-risk criteria at *month 2* compared with baseline"). A POSA therefore would understand that LIQ861 must be administered on a chronic basis over multiple weeks to achieve therapeutic effectiveness.

66. Nor would a physician have *believed* that a single event dose of LIQ861 would be therapeutically effective, based on the literature available. A physician would readily recognize that, based on the endpoints assessed in the LTI-301 study, a patient would need to receive LIQ861 on a chronic basis before seeing any improvement in therapeutic effectiveness measures such as the 6MWD or QoL scores. Further, a physician would understand that pulmonary hypertension treatments such as LIQ861 achieve therapeutic effectiveness by *repeatedly* reducing the pressure load on the heart, which *over time* enables the heart to function better and, in turn, improves the patient's exercise capacity.

-28-

67. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████  ████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

68.    To the extent UTC argues that multiple doses of LIQ861 delivered as part of a chronic dosing regimen can be combined and still qualify as a "single event dose," there is still no direct infringement because the dosage amount and number of breaths used to administer LIQ861 in just a single day do not satisfy the claim limitation requiring "15 micrograms to 90 micrograms . . . delivered in 1 to 3 breaths."  '793 Patent, claim 1. ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████  ████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

69.



In fact, the vast majority of patients receiving LIQ861 in the INSPIRE study were given doses equal to or greater than 79.5 mcg, three to five times per day, which amounts to at least 238.5 mcg of LIQ861 per day. *See* Hill 2020 ATS Poster at Results – Exposure ("Among Transitions patients, 94% received an initial LIQ861 dose of ≥ 53 mcg and 74% titrated to doses ≥ 79.5 mcg at Month 2 (Figure 2a). . . . The initial LIQ861 dose was 26.5 mcg for Add-Ons patients at baseline, with 71% of patients titrated to doses ≥ 79.5 mcg at Month 2 (Figure 2b).").

-30-

70.     For these reasons, a single event dose of LIQ861 is not therapeutically effective, so no patient, caregiver, or physician will directly infringe claim 1.   Because claims 4, 6, 7, and 8 depend directly or indirectly from claim 1, there is no direct infringement of those dependent claims either.

**B.      Liquidia Does Not and Will Not Instruct the Administration of a "Therapeutically Effective Single Event Dose" of LIQ861**

71.     I understand from counsel that a finding of direct infringement is a prerequisite for induced infringement.   As I noted in Section VI.B above, no doctor, patient, or caregiver will administer a therapeutically effective single event dose of LIQ861; rather, LIQ861 must be administered chronically for therapeutic effectiveness.   Accordingly, no doctor, patient, caregiver, or any other party will directly infringe the Asserted Claims of the '793 Patent.

72.     Without direct infringement, I understand that Liquidia cannot induce infringement of the Asserted Claims.

73.



74.     For these reasons, I disagree with the opinions of Drs. Waxman and Clark regarding

induced infringement. *See* Waxman Report at ¶¶ 103-107; *see also* Clark Report at ¶¶ 95-96.

## C.     Liquidia Does Not Contribute to Infringement of the Asserted Claims

75.     I understand from counsel that a finding of direct infringement is a prerequisite for

contributory infringement. As I noted in Section VI.B above, no doctor, patient, or caregiver will

administer a therapeutically effective single event dose of LIQ861; rather, LIQ861 must be

administered chronically for therapeutic effectiveness. Accordingly, no doctor, patient, caregiver,

or any other party directly infringes the Asserted Claims of the '793 Patent.

76.     Without direct infringement, Liquidia cannot and does not contribute to

infringement of the Asserted Claims.

77.    Moreover, as noted above, I understand that if an accused product or activity has

substantial non-infringing uses, there is no contributory infringement.

As such, there are substantial non-infringing uses of LIQ861.

78.    For these reasons, I disagree with the opinions of Drs. Waxman and Clark regarding

contributory infringement. *See* Waxman Report at ¶¶ 108-109; *see also* Clark Report at ¶¶ 97-99.

-33-

**D.    Dr. Waxman and Dr. Clark Fail to Identify Any Evidence that a "Single Event Dose" of LIQ861 Is "Therapeutically Effective"**

79.    I have reviewed the expert reports of Drs. Waxman and Clark and find their opinions to be conclusory, inaccurate, and lacking any evidence that a "single event dose" of LIQ861 is "therapeutically effective," as required by the Asserted Claims.

80.    Dr. Waxman addresses the meaning of "a therapeutically effective" and "single event dose" separately, but fails to consider how a POSA would have understood the full claim term—"a therapeutically effective single event dose"—in light of the specification. *See* Waxman Report at ¶¶ 69-78 (addressing "a therapeutically effective"); *see id.* at ¶¶ 79-82 (addressing "single event dose").

81.    Instead of analyzing whether a "single event dose" of LIQ861 is "therapeutically effective," Dr. Waxman relies on the *'793 Patent's* disclosures that certain doses of inhaled treprostinil resulted in sustained pulmonary vasodilation. Waxman Report at ¶ 71. I disagree with Dr. Waxman that "Tables I through III summarize the sustained changes in hemodynamic parameters from [the '793 Patent] studies." *Id.*    Tables 1 and 3 report *baseline* patient characteristics and not "changes." *See* '793 Patent, Table 1 (subtitled "[p]atient characteristics of the different treatment groups"); Table 3 (subtitled "[p]atient characteristics, hemodynamic parameters and gas exchange values at baseline, before challenge with inhalative prostanoids."). Table 2 reports "[e]xtremes of the relative changes of hemodynamic and gas exchange parameters compared to baseline" 120 minutes after inhalation. *Id.* at Table 2. ███████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

-34-

███████████████████████████████ This logic is flawed for several reasons. First, as I understand infringement from counsel, and as discussed in Section IV.C above, the Court is required to compare the claims to the *accused product*. Dr. Waxman's comparison of data in the '793 Patent to the claims of the '793 Patent do not meet this requirement.

82.     Second, the '793 Patent specification describes studies related to the development of UTC's Tyvaso® product—not Liquidia's LIQ861 product, the only product accused in this litigation. Here again, comparison of Tyvaso® to the claims of the '793 Patent does not address the issue of whether LIQ861 infringes. Tyvaso® and LIQ861 are fundamentally different products—Tyvaso® is a *liquid* treprostinil solution administered via a nebulizer, ████████████

█████████████████████████████████████████████████ *See* ¶ 42. above. A POSA therefore would not have relied on the hemodynamic effects of Tyvaso® to predict the effects of LIQ861. █████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

83.     Third, as I explained above, improvements in hemodynamic parameters such as sustained pulmonary vasodilation are alone not enough to assess therapeutic effectiveness, nor would the FDA approve a product based on hemodynamic effects alone. *See* ¶¶ 26. 56. -5757.

84.     Dr. Waxman then points to the *Tyvaso®* label's disclosures that certain doses of inhaled treprostinil improved hemodynamic parameters. *See* Waxman Report at ¶ 72. This argument fails for the same reasons I articulated above—comparing Tyvaso® to the '793 patent does not address the question of whether LIQ861 infringes the Asserted Claims, as Tyvaso® and LIQ861 are not equivalent products. Additionally, as explained above, a physician reviewing the Tyvaso® label and other publicly available literature regarding Tyvaso® would understand that

-35-

even Tyvaso® must be administered on a chronic basis over multiple weeks to achieve therapeutic effectiveness. *See* Section V.C above; Tyvaso® Mar. 2021 Label at 9-14 (UTC_LIQ00246892-UTC_LIQ00246897); McLaughlin 2010 at 1916 (UTC_WAT_00249580); Waxman 2021 at 325 (UTC_LIQ00247471).

85.     Further, neither the post-inhalation systemic exposure nor the QTc interval measure that Dr. Waxman points to in ¶ 72 are surrogate markers of effectiveness let alone how a patient feels, functions, or survives. First, both tests were completed in *healthy* patients, not patients with pulmonary arterial hypertension, so the measurements from these tests cannot address the effectiveness of treatment. *See* Tyvaso® Mar. 2021 Label at 8 (UTC_LIQ00246891) (explaining a Tyvaso prolonged the corrected QTc interval in "a clinical trial of 240 healthy volunteers"); *id.* (explaining "[p]harmacokinetic information for single doses of inhaled treprostinil was obtained in healthy volunteers . . . Treprostinil systemic exposure (AUC and Cmax) post-inhalation was shown to be proportional to the doses administered"). Second, post-inhalation systemic exposure is a measure of how much drug reaches the systemic circulation following inhalation, but provides no information on whether treprostinil is therapeutically effective. And as I explained in ¶ **Error! Reference source not found.**, QTc is a measure of safety, not effectiveness.

86.     Next, Dr. Waxman cites to patients' reported improvements on the MLWHF Questionnaire following treatment with LIQ861 in the INSPIRE clinical study. *See* Waxman Report at ¶ 73. However, as Dr. Waxman expressly acknowledges, these improvements were observed after "*two months of treatment with LIQ861*." *Id.* As I explained above, it is clear that the INSPIRE study assessed therapeutic effectiveness after chronic administration of LIQ861 over many weeks—not after a "single event dose" of LIQ861. *See* ¶¶ 62. 66. Dr. Waxman further states: "It is my opinion that the INSPIRE study indicates that that [sic] the *prescribed doses* of

-36-

delivered treprostinil Liquidia has proposed are 'therapeutically effective.'" Waxman Report at ¶ 73. But the "prescribed doses" of LIQ861 must be administered on a chronic basis to achieve therapeutic efficacy. *See* ¶¶ 62. 66. The INSPIRE study therefore does not establish that a single event dose of LIQ861 is therapeutically effective.

87.     Dr. Waxman's argument regarding the TRIUMPH I clinical study is likewise unconvincing because this study involved the administration of Tyvaso®—not LIQ861. *See* Waxman Report at ¶ 74. It makes no difference that "LIQ861 NDA uses Tyvaso as the reference listed drug ('RLD')" (*see id.* at ¶ 77)—the two products are fundamentally different (LIQ861 is not a copy or generic version of Tyvaso), Liquidia conducted independent clinical studies for LIQ861, and Liquidia never assessed therapeutic efficacy after a single event dose of LIQ861. *See* ¶¶ 64. 66. Further, when Liquidia did compare LIQ861 to Tyvaso®, it did so by comparing a 79.5 mcg dose of LIQ861 to a 54 mcg dose of Tyvaso® given over 9 breaths. Roscigno 2021 (UTC_LIQ00247154-UTC_LIQ00247158) at Abstract (Methods). Thus, to the extent UTC intends to rely on a comparison of LIQ861 to Tyvaso®, that comparison uses a number of breaths that is outside the scope of the 1-3 breaths required by the Asserted Claims. A POSA therefore would not have concluded that a single event dose of LIQ861 is therapeutically effective in 1-3 breaths based on the TRIUMPH I clinical study.

88.     Dr. Waxman states that "the only reason to put a patient suffering from pulmonary hypertension on a drug like LIQ861 would be to introduce to the patient a therapeutically effective amount of the drug." *See* Waxman Report at ¶ 75; *see also id.* ("There would be nothing to gain from giving a patient an amount of the drug that would not be effective to do what it needs to do."). While it is true that a doctor would introduce LIQ861 to a patient in hopes of achieving therapeutic effectiveness, the claims of the '793 Patent do not merely require therapeutic effectiveness—they

-37-

require a *single event dose* to be *therapeutically effective*. As discussed in detail above,

At a minimum, Dr. Waxman ignores the fact that LIQ861 is only therapeutically effective after chronic administration over multiple weeks. A POSA would not stop administering LIQ861 after a single event dose, because additional relevant literature make clear that such treatment would *not* be therapeutically effective. *See* Sections V.D and VI.B above.

89.     Dr. Waxman further states his opinion regarding therapeutically effective "is further supported by the fact that LIQ861 NDA uses Tyvaso as the reference listed drug" and "in [his] vast experience prescribing Tyvaso to patients suffering from pulmonary hypertension, Tyvaso dosages are therapeutically effective." Waxman Report at ¶ 77. Dr. Waxman, however, fails to state whether he has ever measured or found a single event dose of Tyvaso to be therapeutically effective. Indeed, in my experience using Tyvaso, a single event dose is not therapeutically effective. Rather, as I noted above, Tyvaso must be administered on a chronic basis over multiple weeks to achieve therapeutic effectiveness. *See* ¶¶ 39-41, 67 above.

90.     Dr. Waxman also cites to Liquidia's publication of the LTI-102 study that provided a "pharmacokinetic (PK) bridge" between Tyvaso® and LIQ861. Waxman Report at ¶ 78; *see also id.* at ¶ 61; *see also* Roscigno 2021 (UTC_LIQ00247154-UTC_LIQ00247158) at 4 ("A limited clinical pharmacology program was conducted to establish a PK bridge between treprostinil administered as LIQ861 . . . and the reference drug, treprostinil solution for inhalation (Tyvaso®) . . ."); *see also*

In this study, Liquidia "conducted comparative bioavailability analyses of treprostinil exposure from LIQ861 (79.5 μg

-38-

capsule [approximate delivered dose of 58.1 µg treprostinil]) compared with Tyvaso® (9 breaths [approximate delivered dose of 54 µg treprostinil])." Roscigno 2021 at Abstract (Methods). The PK bridge study did not examine the therapeutic effectiveness of LIQ861; it merely compared the treprostinil bioavailability and safety profiles of LIQ861 versus Tyvaso®. *Id.* at Abstract (Conclusions). "Blood samples for measurement of plasma treprostinil concentrations were collected before the dose and at 5, 10, 15, 20, 30, 45, 60, 120, 180, 240, and 360 min after the dose." *Id.* at 2. Bioavailability does not establish therapeutic efficacy for inhaled drugs because (1) bioavailability is a measure of a drug's concentration in the blood plasma, and (2) inhaled drugs exert their therapeutic effects in the pulmonary vasculature, not systemically.[15] Plasma levels of inhaled treprostinil do not establish therapeutic effectiveness. Thus, the PK bridge does not establish therapeutic effectiveness of LIQ861.

91. Further, the Roscigno 2021 publication's only discussion of therapeutic effectiveness is in the context of the INSPIRE study for LIQ861, which assessed exercise capacity, risk, scoring, and quality of life after *two months*—not after a single event dose. Roscigno 2021 at 5 (discussing the "Month 2 assessment"). Roscigno 2021 thus fails to demonstrate that a "single event dose" of LIQ861 is "therapeutically effective," as required by the Asserted Claims. Additionally, the 54 µg dose of Tyvaso® administered in the LTI-102 study was delivered in *9 breaths*, which falls outside the scope of the claimed 1-3 breaths. Roscigno 2021 at Abstract

---

[15] *See* Rubin Dep. Tr. at 142:3-7 ("Q: So, with respect to inhaled treprostinil, there's no relationship between plasma concentration and therapeutic effect? . . . A: That's correct."); *see also id.* at 69:19-70:13 ("Q: With respect to inhaled prostacyclin analogs, are those drugs imparting their therapeutic effects locally? A: Yes. . . . Because we know from the PK/PD studies that the blood levels that are achieved with inhaled treprostinil, at least, are much lower than the blood levels that are achieved with an intravenous infusion of treprostinil and yet we're seeing a clinical effect. So it must be that when you concentrate the drug in the lung in a manner where it's right next to the blood vessels that are involved and there's a transfer of drug to the blood vessel, you're having a local effect without the disadvantage of eliciting a systemic effect.").

-39-

(Methods) (noting that 54 µg treprostinil is the approximate delivered dose of 9 breaths of Tyvaso®); *cf.* '793 Patent, claim 1 (requiring delivery in "1 to 3 breaths"). Therefore, the LTI-102 study does not establish that LIQ861 infringes the Asserted Claims of the '793 patent.

92.     Dr. Waxman's opinions regarding "single event dose" further fail to establish that use of LIQ861 will infringe the Asserted Claims. *See* Waxman Report at ¶¶ 79-82. As explained above, Dr. Waxman interprets "single event dose" to mean "the amount of treprostinil inhaled by a patient in a single treatment session." *Id.* at ¶ 80; *see also* ¶¶ 37. 58. above. I disagree with this interpretation to the extent UTC argues that the word "treatment" imparts therapeutic effectiveness, but I agree with this interpretation to the extent a "single treatment session" is a "single dose session." *See* ¶¶ 30. 37. 58. above. In any event, Dr. Waxman fails to address whether a single event dose of LIQ861 is therapeutically effective, and for that reason alone, he fails to establish that Liquidia infringes the Asserted Claims. *See* Section VI.B above.

93.     Dr. Clark's opinions regarding the "therapeutically effective single event dose" limitation are conclusory and largely rely on Dr. Waxman's opinions. *See* Clark Report at ¶¶ 56-62. Dr. Clark adopts Dr. Waxman's interpretations of both "single event dose" and "therapeutically effective," but, like Dr. Waxman, fails to address how a POSA would have understood a "therapeutically effective single event dose." *See* Clark Report at ¶¶ 59-60. While Dr. Clark is correct that "a single event dose is not limited to a single breath" (*id.* at ¶ 58), this does not demonstrate infringement because, as I explained at length above, a POSA would have understood that LIQ861 must be administered on a chronic basis over many weeks to achieve therapeutic effectiveness. *See* Section VI.B above. Also, like Dr. Waxman, Dr. Clark relies on the '793 Patent's disclosures regarding the hemodynamic effects of inhaled treprostinil (Clark Report at ¶ 61), but this cannot establish that a single event dose of *LIQ861* is *therapeutically*

-40-

effective, for the reasons I explained above. *See* ¶ 81. above. Dr. Clark further asserts in conclusory fashion that "it seems clear that Liquidia believes the doses described in its Proposed Label are therapeutically effective" (Clark Report at ¶ 60), but this again ignores the fact that the Asserted Claims require a *single event dose* to be therapeutically effective, and LIQ861 does not satisfy that limitation. *See* Sections VI.A, VI.B above.

94.    For the foregoing reasons, in my opinion, Drs. Waxman and Clark have not shown that a single event dose of LIQ861 is therapeutically effective. Thus, Liquidia does not infringe the Asserted Claims.

## VII.   RESERVATION OF RIGHTS

95.    This report is based on information currently available to me. I reserve the right to continue, update, and expand my investigation and analysis in a supplemental report if additional documents, deposition transcripts, or any other information is produced by UTC. I reserve the right to respond to any matters raised by UTC, or any opinions or conclusions of any expert, by relying on documents, testimony, or other information that is additional to the information considered and cited herein. I further reserve the right to prepare exhibits to summarize and demonstrate my testimony at trial, and to supplement my opinions as permitted by any Court order.

-41-

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021

Signed by: Dr. Nicholas Hill

# APPENDIX D

**Rebuttal Expert Report of Dr. Nicholas Hill**
**Materials Considered**

| Description |
| --- |
| **Patents** |
| U.S. Patent No. 10,716,793 B2 to Olschewski, et al. ("'793 patent") (LIQ02799887 – LIQ02799911) and its Prosecution History (LIQ00082564 – LIQ00082772) |
| **Publications** |
| U.S. Dept. of Health and Human Services, *Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance*, HEALTH AND QUALITY OF LIFE OUTCOMES, 4:79 (Oct. 11, 2006) (LIQ02819195 – LIQ02819214) |
| M.M. Hoeper et al., *End Points and Clinical Trial Designs in Pulmonary Arterial Hypertension*, JACC 43(12):48S-55S (June 18, 2004) (LIQ02819222 – LIQ02819229) |
| C.E. Ventetuolo, *Are Hemodynamics Surrogate Endpoints in Pulmonary Arterial Hypertension*, Circulation 130(9):768-755 (Aug. 26, 2014) (LIQ02819268 – LIQ02819285) |
| Tyvaso® March 2021 Label (UTC_LIQ00246884 – UTC_LIQ00246898) |
| Tyvaso® July 2009 Label (UTC_WAT_00594000 – UTC_WAT_00594012) |
| United Therapeutics Press Release, "United Therapeutics Announces FDA Approval and Launch of Tyvaso® for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease" (Apr. 1, 2021), *available at* https://s1.q4cdn.com/284080987/files/doc_news/2021/03/2021-04-01-INCREASE-approval-FINAL-formatted.pdf (LIQ02819264 – LIQ02819267) |
| McLaughlin et al., *Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension*, JACC 55(18):1915-1922 (Apr. 29, 2010) (UTC_WAT_00249578 – UTC_WAT_00249587) |
| Waxman et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, NEJM 384(4):325-334 (Jan. 28, 2021) (UTC_LIQ00247471 – UTC_LIQ00247480) |
| Liquidia Press Release, "FDA Grants Tentative Approval for Liquidia's YUTREPIA™ (Treprostinil) Inhalation Powder" (Nov. 8, 2021), *available at* https://www.liquidia.com/node/9416/pdf (LIQ02819215 – LIQ02819216) |
| Tentative Approval Letter for New Drug Application No. 213005 (Nov. 5, 2021), including Nov. 2021 YUTREPIA™ Proposed Label and Nov. 2021 YUTREPIA™ Instructions for Use (LIQ02818821 – LIQ02818855) |

LIQ861 Apr. 2021 Proposed Label (LIQ02790995 – LIQ02791011)

Clinical Research Protocol LTI-302 (LIQ00021112 – LIQ00021157)

ClinicalTrials.gov Identifier NCT03399604 for LTI-301, *available at* https://clinicaltrials.gov/ct2/show/NCT03399604 (LIQ02819187 – LIQ02819194)

Month 2 Clinical Study Report for Study No. LTI-301 ("Clinical Study Report LTI-301") (LIQ00055391 – LIQ00055998)

Clinical Research Protocol LTI-301, Amendment 3 (LIQ00021044 – LIQ00021110)

N.S. Hill et al., "A Phase 3, Open-Label, Multicenter Study to Evaluate the Long-Term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients – Month 2 Outcomes. INSPIRE: Investigation of the Safety and Pharmacology of Dry Powder Inhalation of Treprostinil," ISHLT Annual Meeting (Apr. 30, 2020), *available at* https://www.liquidia.com/static-files/b25a351b-fc62-4ab1-994e-98f0d10e79e5 (LIQ02819169 – LIQ02819181)

Liquidia.com, Pipeline and Products Publications, *available at* https://www.liquidia.com/products-and-pipeline/publications (LIQ02819248 – LIQ02819250)

ISHLT Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22, 2020), *available at* https://cslide-us.ctimeetingtech.com/ishlt40th/attendee/eposter/poster/310 (LIQ02819230 – LIQ02819231)

Audio recording of ISHLT Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22, 2020), *available at* https://cslide-us.ctimeetingtech.com/ishlt40th/attendee/eposter/poster/310 (LIQ02819289)

Liquidia Press Release, "Liquidia Releases Final LIQ861 Results from Pivotal Phase 3 INSPIRE Study in Patients with Pulmonary Arterial Hypertension" (Apr. 30, 2020), *available at* https://liquidia.com/node/7836/pdf (LIQ02819182 – LIQ02819183)

N.S. Hill et al., *INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension,* JOURNAL OF HEART AND LUNG TRANSPLANTATION, 39(4):S17-S18, Abstract 14 (April 1, 2020) (LIQ02819220 – LIQ02819221)

N.S. Hill et al., *INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension,* JOURNAL OF HEART AND LUNG TRANSPLANTATION, 39(4):S17-S18 (April 1, 2020), *available at* https://www.jhltonline.org/article/S1053-2498(20)31159-1/pdf (LIQ02819301-LIQ02819302)

JHLTOnline.org, Table of Contents for Volume 39(4), Supplement, S1-S550, *available at* https://www.jhltonline.org/issue/S1053-2498(19)X0015-7 (LIQ02819303-LIQ02819307)

Hill et al., "INSPIRE: A Phase 3 Open-Label, Multicenter Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (PAH) – Exploratory Efficacy Endpoints Analysis at Month 2" [Poster], American Thoracic Society Annual Meeting – Virtual (Aug. 5, 2020) (LIQ02819184)

Liquidia Press Release, "Liquidia Releases Exploratory Endpoint Data from INSPIRE Study at the American Thoracic Society (ATS) Annual Meeting" (Aug. 5, 2020), *available at* https://www.liquidia.com/node/8051/pdf (LIQ02819185 – LIQ02819186)

Roscigno et al., *Pharmacokinetics and tolerability of LIQ861, a novel dry-powder formulation of treprostinil*, Pulmonary Circulation 10(4):1-9 (Sept. 20, 2020) (LIQ02819255 – LIQ02819263)

Roscigno et al., *Comparative bioavailability of inhaled treprostinil administered as LIQ861 and Tyvaso® in healthy subjects*, VASCULAR PHARMACOLOGY 138 (2021) 106840 ("Roscigno 2021") (UTC_LIQ00247154 – UTC_LIQ00247158)

LTI-102 Clinical Research Protocol (LIQ00019452 – LIQ00019493)

LTI-102 Clinical Study Report (LIQ00048965 – LIQ00049245)

**Other**

Expert Report of Dr. Aaron Waxman, M.D. (Oct. 15, 2021) and materials cited in Exhibit 1 (Materials Considered)

Expert Report of Dr. Andrew Clark, Ph.D. (Oct. 15, 2021) and materials cited in Exhibit 2 (Materials Considered)

Deposition Transcript of Dr. Lewis J. Rubin (Sept. 15, 2021) (LIQ02818940 – LIQ02819037)

Patent Owner Preliminary Response (Paper 13) in *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 (May 17, 2021) (LIQ02799578 – LIQ02799644)

Declaration of Aaron Waxman (Paper 13, Ex. 2001) in *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 (May 17, 2021) (LIQ02813816 – LIQ02813836)