# EXHIBIT 12

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   UNITED THERAPEUTICS CORPORATION,)
                                     )
 5             Plaintiff,            )
                                     ) C.A. No. 20-755-RGA-JLH
 6   v.                              )
                                     ) Volume I
 7   LIQUIDIA TECHNOLOGIES, INC.,    )
                                     )
 8             Defendant.            )

 9
                              J. Caleb Boggs Courthouse
10                            844 North King Street
                              Wilmington, Delaware
11
                              Monday, March 28, 2022
12                            8:30 a.m.
                              Bench Trial
13

14   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15   APPEARANCES:

16

17        MORRIS NICHOLS ARSHT & TUNNELL LLP
          BY:  JACK B. BLUMENFELD, ESQUIRE
18        BY:  MICHAEL J. FLYNN, ESQUIRE
          BY:  SARAH E. SIMONETTI, ESQUIRE
19
                    -and-
20
          GOODWIN PROCTER LLP
21        BY:  WILLIAM C. JACKSON, ESQUIRE
          BY:  HUIYA WU, ESQUIRE
22        BY:  IAN B. BROOKS, ESQUIRE
          BY:  JOEL BROUSSARD, ESQUIRE
23        BY:  HARRISON GUNN, ESQUIRE
          BY:  ERIC LEVI, ESQUIRE
24
                    - and -
25
```

2

```
 1   APPEARANCES CONTINUED:

 2

 3        McDERMOTT WILL & EMERY LLP
          BY:  DOUGLAS H. CARSTEN, ESQUIRE
 4        BY:  ADAM W. BURROWBRIDGE, ESQUIRE
          BY:  KATHERINE PAPPAS, ESQUIRE
 5        BY:  TIMOTHY M. DUNKER, ESQUIRE
          BY:  ART P. DYKHUIS, ESQUIRE
 6        BY:  AMY MAHAN, ESQUIRE
          BY:  JOSHUA REVILLA, ESQUIRE
 7        BY:  JIAXIAO ZHANG, ESQUIRE

 8                For the Plaintiffs

 9

10        SHAW KELLER LLP
          BY:  KAREN E. KELLER, ESQUIRE
11        BY:  NATHAN R. HOESCHEN, ESQUIRE
          BY:  EMILY DiBENEDETTO, ESQUIRE
12
                    -and-
13
          COOLEY LLP
14        BY:  SANYA SUKDUANG, ESQUIRE
          BY:  ADAM M. PIVOVAR, ESQUIRE
15        BY:  BRITTANY CAZAKOFF, ESQUIRE
          BY:  DOUGLAS W. CHEEK, ESQUIRE
16        BY:  JONATHAN R. DAVIES, ESQUIRE
          BY:  IVOR ELRIFI, ESQUIRE
17        BY:  DEEPA KANNAPPAN, ESQUIRE
          BY:  LAUREN KRICKL, ESQUIRE
18        BY:  ERIK B. MILCH, ESQUIRE
          BY:  KYUNG TAECK MINN, ESQUIRE
19
                    For the Defendants
20

21

22        ***  PROCEEDINGS  ***

23        DEPUTY CLERK:  All rise.  Court is now in
24   session.  The Honorable Richard G. Andrews presiding.
25        THE COURT:  All right.  Good morning.  This is
```

3

```
 1   United Therapeutics vs. Liquidia.  Are you ready to go,
 2   Plaintiff?
 3        MR. CARSTEN:  We are, Your Honor.
 4        THE COURT:  All right.  Well, then, let's go.
 5        MR. CARSTEN:  May I proceed, Your Honor.
 6        THE COURT:  Yeah.
 7        MR. CARSTEN:  Good morning, and may it please
 8   the Court.  This is, like so many other cases that Your
 9   Honor has had before, a Hatch-Waxman case.  We are asking
10   the Court to find Liquidia's proposed inhalation product
11   infringes two of United Therapeutics's patents.  You'll hear
12   from three current or former UTC employees.  You'll hear
13   first from Patrick Poisson.
14        THE COURT:  I'm sorry, Counsel.  Who are you.
15        MR. CARSTEN:  My name is Doug Carsten, Your
16   Honor --
17        THE COURT:  Okay.
18        MR. CARSTEN:  -- on behalf of United
19   Therapeutics.
20        You'll hear from Mr. Patrick Poisson, who will
21   talk about UTC, how it was formed around the Treprostinil
22   molecule as a treatment for pulmonary hypertension.  Now,
23   pulmonary hypertension is different from the hypertension we
24   commonly think of.  Pulmonary hypertension is hypertension
25   in the vasculature, the blood vessels, between the heart and
```

4

```
 1   the lung.  It is rare.  It is progressive, and it is often
 2   fatal.
 3        You'll hear from Mr. Bunce, the global
 4   regulatory executive vice president of United Therapeutics
 5   to talk about the regulatory implications, and you'll hear
 6   from Dr. David Walsh, who's retired.  He's a named
 7   inventor, and he'll be talking about some of the chemistry
 8   that's at the heart of one of the patents at suit.  Let's
 9   talk about those two patents.
10        The two patents you'll be hearing about over the
11   next several days, Your Honor, are the '066, what we call
12   the synthesis patent, and the '793, what we're calling the
13   inhalation patent.  Since the Court's time is precious, I'd
14   like to dive right in, starting with the synthesis patent.
15        Liquidia is challenging the validity of the '066
16   synthesis patent.  Now, they've done that before, Your
17   Honor, by filing an IPR.  The PTO rejected that challenge
18   and did not institute the IPR.  Liquidia rolls out the same
19   arguments here in the hopes that under an even higher burden
20   of proof, they will succeed where they failed before the
21   Patent and Trademark Office.
22        The '066 patent claims a process, and a product
23   by that process, that improves the impurity profile and
24   stability of the produced Treprostinil product, allowing for
25   storage at ambient temperature.  Drs. Fawzi and Scheidt,
```

9

08:39:46 1 administration of a single of a therapeutically effective
08:39:49 2 single-event dose in a particular dosage range delivered in
08:39:53 3 one to three breaths. And Dr. Waxman will explain how
08:40:00 4 Liquidia's patient instructions direct patents to directly
08:40:04 5 infringe the claim to the '793 patent, the dosage, the
08:40:09 6 breaths, the single dose.
08:40:11 7         Now, Liquidia tries to add a strict requirement
08:40:16 8 that you can only do one dose a day. Those words appear
08:40:20 9 nowhere in the claim. In fact, it is a comprising claim.
08:40:27 10 Multiple doses a day are within the scope of the claim, and
08:40:34 11 that opened the reading of the word "comprising" out to
08:40:37 12 manufacture a made for litigation, non-infringement
08:40:42 13 argument.
08:40:43 14         At the end of the presentation of evidence, Your
08:40:46 15 Honor, UTC will respectfully request that the Court find
08:40:50 16 UTC's patent valid and infringed by Liquidia's proposed
08:40:54 17 product. We look forward to presenting our evidence to you.
08:40:58 18         THE COURT: Thank you, Mr. Carsten.
08:41:05 19         MR. SUKDUANG: May I approach, Your Honor?
08:41:26 20         THE COURT: Yes, sure.
08:41:36 21         MR. SUKDUANG: Good morning, Your Honor. Good
08:41:51 22 morning. Sanya Sukduang on behalf of Liquidia.
08:41:53 23         I'd like to start out by giving you a little bit
08:41:57 24 of information about Liquidia. Liquidia is not a generic
08:42:00 25 drug manufacturer. They're a brand-name pharmaceutical

10

08:42:04 1 company that has used their proprietary print technology to
08:42:08 2 bring new products to the market. Their first product is
08:42:12 3 Yutrepia, otherwise another known as LIQ861, which you might
08:42:16 4 hear throughout the course of the trial. Yutrepia is the
08:42:19 5 very first dry-powder inhaled Treprostinil therapy for the
08:42:21 6 treatment of pulmonary arterial hypertension. Liquidia
08:42:25 7 filed an NDA, not an ANDA, and they received approval,
08:42:30 8 tentative approval, on November 2021. And the only last
08:42:37 9 step before patents can get this novel therapy is
08:42:40 10 completion of this litigation.
08:42:44 11         Now, UTC has a collaboration with a company
08:42:46 12 called MannKind. And UTC and MannKind, despite having these
08:42:50 13 patents for decades, have just filed or filed an NDA
08:42:56 14 themselves for a dry-powder formulation. Now, the UTC
08:42:59 15 MannKind collaboration, they filed their NDA after Liquidia,
08:43:03 16 and they have yet to receive FDA approval for their drug.
08:43:07 17 So, both companies realize that the real issue here is
08:43:12 18 benefit to the patients. Both companies want to get their
08:43:14 19 products to the market, and Liquidia was there first.
08:43:18 20         Now, I mentioned the print technology, and the
08:43:22 21 print technology is going to come up during the course of
08:43:24 22 trial. And the print technology is a proprietary technology
08:43:28 23 developed by Liquidia. It takes the Treprostinil and puts
08:43:28 24 it into solution with other components so the Treprostinil
08:43:35 25 is no longer isolated. It's in solution. And they pour the

11

08:43:40 1 solution into these molds, the ones that we have up in red,
08:43:44 2 and then they compress those folds to push out the water,
08:43:47 3 dry them, and you end up with these particles that you see
08:43:50 4 on the right-hand side. They look like pollen shaped, and
08:43:52 5 they pick pollen shapes specifically because they have
08:43:55 6 better aerodynamic properties in order to inhale the
08:43:59 7 dry-powder drug and get it into the lung. And they collect
08:44:01 8 those particles, store them in a 2- to 8-degree
08:44:04 9 refrigerator, and then when ready, they put them in
08:44:07 10 capsules, blister pack them, and send them off to patients
08:44:11 11 to use in the drug.
08:44:13 12         The components of Yutrepia are really going to
08:44:17 13 be a game changer for pulmonary arterial hypertension
08:44:22 14 patients. On the right-hand side, you'll see UTC's drug.
08:44:25 15 It's called TYVASO. And it's an inhaled solution of
08:44:30 16 Treprostinil. And they use a nebulizer, and the nebulizer
08:44:35 17 takes the solution, makes it a mist, and actually pushes the
08:44:38 18 drug into the patient's mouth through a mouthpiece. The
08:44:42 19 patient just needs to inhale.
08:44:45 20         It is handheld, but not very portable. It's
08:44:47 21 about 15 to 20 pieces that you have to clean regularly, and
08:44:51 22 when you travel, you have to put it into, like, a small dog
08:44:55 23 carrier type of bag to carry around with you.
08:44:58 24         Yutrepia is a dry powder inhaler, and I've got
08:45:02 25 one right here. This is what it is. It can fit in your

12

08:45:05 1 pocket. You get blister packs that are -- that are sealed
08:45:09 2 in foil, and when you need to take the drug, the patient
08:45:12 3 just opens up the device, drops the capsule in, pushes the
08:45:17 4 two buttons which puncture the capsule, and you inhale.
08:45:22 5 That's how it works. You put it in, and you can go on your
08:45:26 6 way.
08:45:26 7         This is actually pretty critical for pulmonary
08:45:30 8 arterial hypertension patients. They're already pretty
08:45:35 9 homebound. It's a very serious disease and often fatal.
08:45:41 10 Just think about when you're exercising, if you're really
08:45:44 11 exercising hard and get to a point where you cannot catch
08:45:49 12 your breath. That is the life of a PAH patient. They have
08:45:52 13 difficulty -- if I had to drop something off to Your Honor,
08:45:55 14 difficulty walking these steps, difficulty walking up a
08:45:59 15 flight of stairs. And so, to get these medications so
08:46:01 16 they're portable, so they can take them, really is going to
08:46:05 17 change their life.
08:46:07 18         We talked about the disease a little bit, but I
08:46:11 19 want to give you a little bit more idea about how it's
08:46:14 20 defined. The '793 patent, which is UTC's patent, is a great
08:46:19 21 example of this. They tell you that pulmonary hypertension
08:46:24 22 can result in heart failure or death. They tell you that
08:46:29 23 pulmonary hypertension is comprised five different entities,
08:46:32 24 and those five different entities are defined by the World
08:46:35 25 Health Organization, WHO, and these are five categories of

13

08:46:40 1 Ph that everybody understands, that all the skilled artisans
08:46:43 2 use, and doctors and patients, when they're diagnosed, fall
08:46:46 3 within certain categories.
08:46:48 4     What we have here is the five groups by the WHO.
08:46:55 5 Now pulmonary hypertension, arterial hypertension, falls
08:46:58 6 within group one.  And as you can see, it's about 4, 4 and a
08:47:02 7 half percent of all PAH patents -- excuse me -- PH patients
08:47:07 8 fall within group one.  Group two is the largest group by
08:47:11 9 far.  About 78 percent of all PH patients fall within group
08:47:16 10 two.  Group one, PAH, is an orphan disease.  Group two is
08:47:22 11 not.
08:47:22 12     Now, you'll hear from UT's expert, Dr. Waxman,
08:47:28 13 that the claims to pulmonary hypertension are limited just
08:47:32 14 to group one.  That's clearly not the case.  The
08:47:35 15 specification says pulmonary hypertension.  As we saw, the
08:47:38 16 patent actually describes all five groups.
08:47:41 17     I'd like to turn to the substance of the matter.
08:47:48 18 And first, infringement.  And there are two separate
08:47:52 19 infringement issues, the first I've got identified in green.
08:47:55 20 The claims of the '066 patent require impurities resulting
08:48:00 21 from prior alkylation and hydrolysis, and it's not just high
08:48:05 22 alkylation.  The claims specifically requires alkylation of
08:48:10 23 benzidine triol.  So when you read the claim, the impurities
08:48:14 24 that result from this process come from the alkylation of
08:48:18 25 the benzidine triol, hydrolysis of that resulting product,

14

08:48:20 1 and then you add a base to make a salt.  Pretty basic
08:48:24 2 chemistry.  Then, the claim requires you to compare the
08:48:28 3 starting batch, which is Treprostinil, against the final
08:48:33 4 pharmaceutical composition, in this case, UTC is pointing to
08:48:37 5 Liquidia's salt Treprostinil sodium.
08:48:39 6     We do not meet that comparison limitation
08:48:45 7 because all of the impurities that UTC points to do not
08:48:49 8 result from the alkylation of BTO.  We put on the top here
08:48:54 9 some nomenclature that you're going to hear during the
08:48:57 10 course of the case.  BTO is benzidine triol.  TN01 is one of
08:49:04 11 Yonsung, which is Liquidia's manufacturer of API, they have
08:49:08 12 an intermediate TN01.  That intermediate TN01 undergoes
08:49:13 13 hydrolysis to form TN01, which is Treprostinil, or in the
08:49:19 14 claim, the starting batch, and then finally they take
08:49:22 15 Treprostinil, add a base to make TN, or Treprostinil sodium
08:49:27 16 or the pharmaceutical composition of Claim 1.  So that's the
08:49:30 17 nomenclature.
08:49:31 18     And that caret pointing larger to TN02 is what
08:49:37 19 UT's claim is supposed to do.  The impurities from
08:49:41 20 alkylating this BTO and hydrolysis of the TN01, the
08:49:44 21 impurities here have to be higher from this step then the
08:49:49 22 impurities here.  What UT points to is total impurities, and
08:49:53 23 their expert, Dr. Nuckolls, relies on the total impurities.
08:49:56 24 Well, the total impurities are all the impurities that are
08:50:00 25 not tied to the alkylation of BTO.  And in fact,

15

08:50:05 1 Dr. Nuckolls cannot point to any impurity, whether it's
08:50:09 2 total impurity analysis, that derives from this step.
08:50:13 3     UTC's other expert Dr. Toste, points to a
08:50:16 4 different impurity.  It's called 15-epi-Treprostinil.
08:50:21 5 15-epi-Treprostinil is derived not by this scheme up top.
08:50:26 6 There's another compound called 15 BTO.  It's an impurity
08:50:31 7 that you can find in the starting material.  All the experts
08:50:35 8 agree that 15-epi-BTO is not BTO.  It's a completely
08:50:40 9 separate compound.  And so when you take by 15-epi-BTO,
08:50:44 10 conduct alkylation of a different compound, not BTO, you end
08:50:49 11 up with 15-epi-Treprostinil.
08:50:49 12     Okay.  Those sets of impurities are not within
08:50:54 13 the scope of the limitations.  And even if you were to
08:50:57 14 consider those impurities, the evidence shows that the
08:51:01 15 levels of these impurities we're talking about are so small,
08:51:05 16 less than one percent, and in often cases it's 0.1 percent
08:51:11 17 less.  All these impurities are measured by a process called
08:51:14 18 HPLC, and HPLC has natural variation.  The '066 patent
08:51:20 19 itself shows the differences you can get testing
08:51:23 20 Treprostinil using the same HPLC method.  What UT's experts
08:51:30 21 failed to do was consider this standard deviation, this
08:51:33 22 natural error, and they're saying these small changes,
08:51:34 23 essentially from .01 to .06, is something that falls within
08:51:41 24 the scope of the claim, and it doesn't.  They're just too
08:51:43 25 small.  It just falls within the error.

16

08:51:45 1     The other argument, Your Honor, refers to the
08:51:52 2 storage limitation of the claims, and the Court construed
08:51:56 3 "storage" to have its plain and ordinary meaning.  The --
08:51:59 4 both sides' experts have applied that.  There's a dispute
08:52:02 5 between them as to what the plain and ordinary meaning is of
08:52:04 6 storage, but nonetheless, the temperature here is critical.
08:52:08 7 It's 15 to 30 degrees C in terms of the storage condition.
08:52:14 8 The DMF by Yonsung clearly and unambiguously says that that
08:52:20 9 product is stored at 2 to 8 degrees C.  It is shipped to the
08:52:24 10 United States to Liquidia.  Liquidia receives it.  Its raw
08:52:30 11 materials specifications, its operating procedures when they
08:52:33 12 receive the materials says store it at 2 to 8 degrees.
08:52:37 13 There is no intervening time where this material is not
08:52:44 14 stored at 2 to 8 degrees, and that's because both parties
08:52:44 15 have told the FDA this is what we do.  This is the product
08:52:50 16 that we have, and this is how we control it.
08:52:52 17     Now, UT's experts are going to rely on two
08:52:56 18 batches that were shipped from Korea to the United States
08:53:00 19 that were out of specification.  The temperature went to
08:53:03 20 16 degrees.  Those batches -- those batches have not and
08:53:08 21 will never be used by Liquidia.  Now, you heard today, well,
08:53:13 22 that's not the standard for infringement.  It's the standard
08:53:16 23 for infringement of this claim because the claim requires
08:53:20 24 that you store the salt at ambient temperature before you
08:53:25 25 make the pharmaceutical composition.  In Claim 8, you store

08:53:29 1 the salt at ambient temperature and then you make the

08:53:33 2 pharmaceutical composition. We never made and never will

08:53:37 3 make any pharmaceutical composition of this material because

08:53:40 4 it is out of spec. Because we will never make a

08:53:45 5 pharmaceutical composition and none of their experts have

08:53:47 6 said a pharmaceutical composition has been made from this

08:53:50 7 material, those batches cannot meet Claim 6 and 8.

08:53:54 8 Additionally, you saw slides about various time

08:53:58 9 points traveling, using UTC -- excuse me Liquidia's print

08:54:03 10 process. Again, that is processing the material. That's

08:54:08 11 the print process to make the particles. This claim

08:54:11 12 requires time points. You store it then you use it. UTC

08:54:18 13 points to evidence of using Treprostinil to make the

08:54:22 14 particles as evidence of storage at ambient temperature.

08:54:27 15 Essentially, Your Honor, they say you take milk out of your

08:54:31 16 refrigerator. You store it in your refrigerator. You put

08:54:33 17 it on the counter. Now that it's on the counter and I'm

08:54:36 18 using it to pour it into my cereal so I can have breakfast

08:54:39 19 in the morning. That's storage, when I put it back on the

08:54:41 20 counter. That's not storage. You don't store your milk on

08:54:43 21 the counter while you're using it. You store it in the

08:54:47 22 refrigerator. And so when you listen to the testimony from

08:54:49 23 UTC's experts, it will be during process steps, not storage

08:54:54 24 steps.

08:54:54 25 I'd like to turn to the issue of invalidity, and

08:55:01 1 I've highlighted in yellow the preamble of Claim 1. It's a

08:55:05 2 pharmaceutical composition comprising Treprostinil or a

08:55:09 3 pharmaceutically acceptable salt thereof. Claims 1, 2, 3,

08:55:14 4 6, and 9 are product-by-process claims, and as the Court is

08:55:19 5 aware a product-by-process claim, the product is not valid

08:55:23 6 if it claims -- if it's not novel or it's not nonobvious.

08:55:28 7 It's on old product, it's invalid. Even if the process used

08:55:31 8 to make it is new, and this process isn't new. But the

08:55:35 9 product is not new, and the reason why we know that is

08:55:39 10 because the pharmaceutical composition can either be

08:55:42 11 Treprostinil free acid or Treprostinil salt. That's all

08:55:46 12 that's required.

08:55:47 13 UT has been making Treprostinil for decades.

08:55:51 14 They had a product called Remodulin, and Remodulin is a

08:55:54 15 solution of Treprostinil that you administer by intravenous

08:55:58 16 or subcutaneous. It treated pulmonary hypertension but it's

08:56:02 17 just a different route of administration. They made that

08:56:06 18 Treprostinil starting in the 2000s using a process developed

08:56:09 19 by a professor, Dr. Robert Moriarity. Dr. Robert Moriarty

08:56:14 20 was hired by UTC to find a better synthesis process for

08:56:19 21 their product for Remodulin, and he published it. And all

08:56:23 22 they did was take benzidine triol, alkylate it, conduct the

08:56:29 23 hydrolysis step, and you end up with Treprostinil, known as

08:56:33 24 UT-15. So you'll see UT-15 throughout the course of the

08:56:39 25 case. And the purity of this Treprostinil is 99.7 percent.

08:56:44 1 That's the product Remodulin. That's the process that they

08:56:48 2 used to make it, and UT did this in their Chicago plant.

08:56:53 3 Now, in the 2006-2007 time frame, UT moved their

08:57:00 4 Treprostinil manufacturing facility from Chicago to Silver

08:57:04 5 Spring, Maryland, and when they did that, they did two

08:57:06 6 things. They added a salt step, adding a base to make a

08:57:11 7 Treprostinil salt, and specifically Treprostinil

08:57:15 8 diethanolamine, and they removed column chromatography, a

08:57:19 9 purification step in the intermediate. The reason why they

08:57:23 10 did that is because Silver Spring, Maryland, has different

08:57:27 11 environmental concerns than Chicago, Illinois, so they had

08:57:30 12 to take that into consideration and try to remove some

08:57:33 13 solvents that they used that might be carcinogenic.

08:57:38 14 That process moved to Silver Spring is

08:57:42 15 exemplified in the '066 patent. And the title of the '066

08:57:46 16 patent is a Process to Prepare Treprostinil, the Active

08:57:49 17 Ingredient in Remodulin. So, the Treprostinil that they

08:57:53 18 make in Silver Spring in the '066 patent is Treprostinil

08:57:58 19 free acid Treprostinil. Same chemical structure. There is

08:58:01 20 nothing different. The purity is the same. When they

08:58:05 21 presented this to the FDA, they did not tell the FDA our

08:58:09 22 product is now more pure. They did not say our product is

08:58:13 23 more safe. They did not say our product is less toxic. In

08:58:17 24 fact, they told the FDA that the purity using this '066

08:58:22 25 process is of equivalent to the purity of the Moriarty

08:58:28 1 process in 2000 -- the 2000 time frame. The products are

08:58:31 2 the same because the products are the same. The

08:58:34 3 product-by-process claims of the '066 patent are invalid.

08:58:40 4 Now, because it's product-by-process claim UTC's

08:58:42 5 experts want to argue that there's a structural or

08:58:44 6 functional difference in the product of the '066 versus the

08:58:47 7 product of Moriarty Chicago. And they use Dr. Fawzi. He's

08:58:53 8 their expert on this issue. And Dr. Fawzi takes data that

08:58:57 9 was already considered by the Patent Trial Appeal Board,

08:59:01 10 already considered by the Federal Circuit and rejected, and

08:59:04 11 said there that there's an impurity profile difference

08:59:06 12 between the '066 patent, Treprostinil, and the prior

08:59:11 13 Treprostinil that UT used to make. Well, the problem is

08:59:14 14 Dr. Fawzi's analysis is just a rehash of data that was

08:59:17 15 already considered by all the experts, including Liquidia's

08:59:21 16 expert, Dr. Winkler, who is an expert in the '393 IPR and an

08:59:25 17 expert here, rejected by those tribunals, and his data --

08:59:31 18 and he will he testify that it's the exact same analysis.

08:59:33 19 Excuse me. The same data where he tries to do a different

08:59:36 20 mathematical analysis.

08:59:37 21 That doesn't happen. It doesn't create a

08:59:41 22 structural functional difference. And even if you

08:59:43 23 considered it, the important thing to remember is that these

08:59:49 24 minor numerical differences that Dr. Fawzi identifies,

08:59:52 25 nowhere and at to time did UT go to the FDA and say, look,

21

08:59:57 1  these minor differences make us different, FDA.  They
09:00:02 2  didn't.  They told explicitly that the purity profile of
09:00:06 3  these two products are equivalent.  And therefore, the
09:00:10 4  product-by-process claims are invalid.
09:00:12 5          Going to the whereby level, we talked about this
09:00:16 6  for non-infringement with respect to comparing the impurity
09:00:20 7  profile of the starting batch of Treprostinil against the
09:00:23 8  purity profile of the pharmaceutical composition.  Now, UT
09:00:28 9  can't establish infringement of this claim because the
09:00:31 10 impurities they point to from Liquidia and Yonsung don't
09:00:35 11 meet that limitation.  The problem they're having is also
09:00:38 12 one of their own making.  The claim requires you to compare
09:00:43 13 a starting batch purity and a final pharmaceutical
09:00:46 14 composition purity.
09:00:47 15         When you look at the specification of the, '066
09:00:50 16 patent, none of the examples identify any impurity.  None of
09:00:56 17 the examples identify the purity of the intermediate
09:01:01 18 starting batch.  All you have is the purity of the final
09:01:05 19 composition.  When you don't have the purity of the
09:01:09 20 intermediate starting batch, when you don't tell a POSA what
09:01:13 21 impurities are specifically going to be reduced, there is
09:01:17 22 actually no possession, no possession, of this claim
09:01:21 23 limitation, and, therefore, the claims of the '066 patent
09:01:25 24 are invalid for lack of written description support.
09:01:28 25         Now, how do we know that there's no data?  Well,

22

09:01:31 1  the inventors testified to that.  The inventors testified
09:01:34 2  that with this new process that they implemented, they can
09:01:37 3  do it in a one step or a one pot kind of concept, where you
09:01:41 4  start with benzidine triol and you go all the way through
09:01:45 5  until you make your final salt.  You don't isolate any
09:01:48 6  intermediates as solids.  You only isolate at the very end,
09:01:53 7  and when you take it from step A to step B, without entering
09:01:57 8  any intervening isolations, they testified that we never
09:02:02 9  tested the impurity in the middle.  They didn't do it.  They
09:02:05 10 said we don't need to do it because our invention -- and
09:02:07 11 this is really what they think their invention is -- is just
09:02:11 12 purifying by a salt purification step.
09:02:14 13         So, again, because there's no information in the
09:02:17 14 patent itself that allows a skilled artisan to understand
09:02:21 15 that the inventors actually possessed this specific
09:02:25 16 limitation where you compare the starting batch to the final
09:02:27 17 batch, the claims lack written description support.
09:02:30 18         Finally, Your Honor, we have arguments of
09:02:34 19 invalidity regarding the storage limitation.  Okay.  Now,
09:02:38 20 this Court has construed "storage" to be its plain and
09:02:42 21 ordinary meaning.  And within that, UT's experts have one
09:02:46 22 idea of storage.  Storage is storage.  And Liquidia's
09:02:49 23 expert, Dr. Winkler, has his own definition from all his
09:02:54 24 chemical dictionary.  Some of UT's experts agree with
09:02:59 25 Dr. Winkler.  Some of UT's experts disagree with

23

09:03:00 1  Dr. Winkler, but you've got different constructions.
09:03:05 2          Importantly, the PTAB construed this same term
09:03:10 3  to require at least three months of storage at ambient
09:03:15 4  temperature; right?  That is a minimal requirement.  At
09:03:18 5  least three months.  So, a POSA will not have reasonable
09:03:22 6  certainty as to whether they can infringe these stored
09:03:26 7  limitations because there could be a scenario where a
09:03:29 8  company stores Treprostinil for one month at 16 degrees.
09:03:35 9  That may infringe under the Court's construction, but that
09:03:38 10 would not meet the PTAB's construction of the same term that
09:03:41 11 requires three months of storage.  And therefore, because
09:03:45 12 there's no reasonable certainty as to the scope of the
09:03:47 13 claim, Claim 6 and 8 are invalid as indefinite.
09:03:51 14         Now I'd like to move to the '793 patent, and we
09:03:57 15 discussed this in the beginning.  The '793 patent is a
09:04:00 16 method patent.  It's a method of treating pulmonary
09:04:03 17 hypertension by administering a therapeutically effective
09:04:06 18 single-event dose, and you'll inhale a formulation of
09:04:09 19 Treprostinil to do that.  The parties' experts do not
09:04:14 20 dispute that a single-event dose is one dose.  Okay.  The
09:04:18 21 specification of the '793 patent supports only giving a
09:04:23 22 single dose.  All of the examples in PH patients in the '793
09:04:30 23 patent received only a single dose, not multiple dosing.
09:04:35 24         UT wants this comprising term to carry pretty
09:04:39 25 heavy weight.  They want to say it can include multiple

24

09:04:43 1  steps, multiple dosing.  Well, comprising cannot be used as
09:04:47 2  an open-ended term that reads out a limitation within the
09:04:51 3  claim, which is single-event dose.  And the reason why
09:04:57 4  Yutrepia or '861 doesn't infringe is because you cannot give
09:05:01 5  Yutrepia as a single dose per day.  Because of the state of
09:05:06 6  the disease, you give this three to five times daily.
09:05:09 7  That's how you take the drug.  Doctors and patients will
09:05:13 8  never use a single-event dose of Yutrepia, and the
09:05:17 9  information that Liquidia provides in their label tells
09:05:22 10 doctors and patients to use three to five times a day.
09:05:25 11 Never do they say use a single-event dose.
09:05:28 12         Now, UT recognizes this, and, again, they
09:05:32 13 mentioned the comprising claim that's supposed to read out
09:05:34 14 the single-event dose.  But they also point to different
09:05:40 15 information to establish that there's a therapeutic effect
09:05:43 16 with Yutrepia with a single-event dose.  They want to argue
09:05:47 17 that therapeutic effectiveness is based on a change in
09:05:51 18 what's called hemodynamic data.  Now, pulmonary
09:05:56 19 hypertension, as I mentioned is essentially high blood
09:05:59 20 pressure.  And when you give certain drugs, you can change
09:06:01 21 the pressure in the arteries.  And those changes are
09:06:05 22 hemodynamic data.  Okay.  But a change in hemodynamic data
09:06:10 23 will not necessarily lead to a therapeutic effect.  In fact,
09:06:14 24 when doctors and patients evaluate whether a drug is they
09:06:19 25 effective to treat the pulmonary arterial hypertension, they

25

09:06:24 1 look at factors as how they feel, how they function, and if
09:06:28 2 they live, if they survive, because it is a fatal disease.
09:06:31 3 So if a patient has a change in hemodynamic data but they
09:06:36 4 can't walk up the stairs any better, they have to stop
09:06:39 5 halfway through because they can't catch their breath, they
09:06:41 6 can't play with their children or grandchildren even though
09:06:44 7 there may be a change in hemodynamic data, that is not a
09:06:47 8 therapeutic effect.
09:06:49 9      That is what all the skilled artisans look at.
09:06:52 10 There's actually no data in our label related to hemodynamic
09:06:56 11 changes.  UT will point to no data on our dry-powdered,
09:07:01 12 inhaled Treprostinil formulation for hemodynamic changes.
09:07:05 13 What UT wants to point to is their own product, which is a
09:07:08 14 liquid formulation, and they say because Treprostinil in a
09:07:12 15 liquid formulation produces hemodynamic changes then
09:07:16 16 Treprostinil in a dry-powder formulation will also provide
09:07:19 17 that.  Okay.  You can't compare those two types of
09:07:25 18 solutions.  And when UT does, they use a form of
09:07:30 19 Treprostinil, TYVASO, that requires nine breaths, and they
09:07:36 20 compare nine breaths of TYVASO to our product.  The claim is
09:07:41 21 limited, however, to one to three breaths.  So even the data
09:07:47 22 that they rely on for hemodynamic changes is of nine
09:07:52 23 breaths, not one to three breaths.  And so that data on
09:07:56 24 hemodynamic change does not establish that we infringe.  And
09:08:00 25 UT does not has not asserted a Doctrine of Equivalents

26

09:08:04 1 infringement argument saying nine breaths is equivalent to
09:08:07 2 one to three breaths.
09:08:10 3      Finally on validity, I mentioned before
09:08:14 4 pulmonary hypertension is all five categories.  Treprostinil
09:08:21 5 does not work for group two.  How group two -- how the
09:08:26 6 disease comes up with group two is in a manner that these
09:08:30 7 types of drugs just are not effective for.  Now, Dr. Waxman,
09:08:35 8 UT's expert has taken the extraordinary position that
09:08:40 9 pulmonary hypertension doesn't mean group two, doesn't mean
09:08:43 10 group three, four or five.  It's limited just to group one,
09:08:48 11 pulmonary arterial hypertension okay.  That is not the plain
09:08:51 12 and ordinary meaning of the term.  That's not how POSAs use
09:08:54 13 it.  And moreover, the examples of the patent, Examples 1
09:08:57 14 and 2, test patients beyond group one.  So, the
09:09:03 15 specification, not only in the beginning where they describe
09:09:07 16 pulmonary hypertension, recognizes it's a broad term, but
09:09:10 17 the actual examples cover more than a single group.  Because
09:09:15 18 the claims do not enable and do not describe the full scope
09:09:21 19 of treating pulmonary hypertension as that term is
09:09:24 20 understood, that those -- the claims of the '793 patent are
09:09:28 21 invalid.
09:09:28 22      Finally, the formulation that's talked about in
09:09:32 23 this claim can be either a solution of Treprostinil or a
09:09:32 24 dry-powder formulation of Treprostinil.  The patent has two
09:09:43 25 lines about powder formulations.  One is you can use a

27

09:09:48 1 dry-powder inhaler and two is, you put a powder in a
09:09:52 2 dry-powder inhaler.  That's it.  There's no examples of
09:09:55 3 making a dry-powder formulation.  There's no information as
09:09:57 4 to what excipients you would say in a dry-powder
09:10:00 5 formulation, there's no formulation of testing a dry-powder
09:10:03 6 formulation in any type of patient.  The inventors also
09:10:06 7 testified that during the time period the prior art, the
09:10:13 8 priority date, while they were working with United
09:10:16 9 Therapeutics, they never tried dry-powder formulations of
09:10:20 10 Treprostinil.  They were focused solely on solutions.
09:10:25 11      Why is powder formulations now included in this
09:10:28 12 claim?  Because Liquidia filed their NDA on January 27th,
09:10:35 13 2020.  On January 31st, 2020, after seeing that, UT took
09:10:43 14 their old patent that was all directed to solutions, filed
09:10:49 15 the patent claim to powder formulations, did expedited
09:10:56 16 prosecution at the PTO to get the claims, and this claim, if
09:11:00 17 you recall, Your Honor, was added a few months after this
09:11:04 18 litigation had started.  This is purely an attempt by UT to
09:11:09 19 cover subject matter that their inventors did not describe,
09:11:13 20 that their inventors do not enable, that their inventors
09:11:16 21 simply never worked on in order to stop patients from
09:11:19 22 getting a new therapeutic that's going to change their
09:11:24 23 lives.
09:11:24 24      So, on the terms -- excuse me.  With respect to
09:11:26 25 the powder formulations, there's no written description to

28

09:11:30 1 support.  The inventors didn't possess it.  And also, it
09:11:33 2 would require undue experimentation, given the
09:11:36 3 specification, as well as the knowledge of the skill in the
09:11:39 4 art of 2006 to actually make a Treprostinil dry powder
09:11:43 5 formulation that would be suitable to treat a patient with
09:11:48 6 pulmonary arterial hypertension.
09:11:51 7      I mentioned some of our experts.  They're here,
09:11:53 8 and I know we sent up pictures earlier in the week.
09:11:56 9 Dr. Jeff Winkler is going to be talking about invalidity
09:11:59 10 and non-infringement of the '066 patent.  Dr. Nuckolls is
09:12:03 11 going to be talking about invalidity and non-infringement of
09:12:05 12 the '793 patent.  Dr. Igor Gonda will be talking about
09:12:10 13 invalidity of the '793 patent, and Mr. Fuson is going to be
09:12:15 14 addressing UT's expert Mr. Matto, who originally was talking
09:12:19 15 about what FDA requirements and, oh, even though your
09:12:23 16 specifications that you sent to the FDA say that you can
09:12:27 17 store at 2 to 8 degrees, you can ignore that.  That's
09:12:30 18 Mr. Matto's opinion.  You can ignore all that we told the
09:12:33 19 FDA.  Mr. Fuson will address those issues.
09:12:36 20      We thank you for your time.  If you have no
09:12:38 21 questions, Your Honor, we'll turn over the case.
09:12:40 22      THE COURT:  All right.  Well, let's keep going.
09:12:43 23      MR. PIVOVAR:  Your Honor, may I address the
09:12:43 24 Court, please?
09:12:45 25      THE COURT:  All right.  Who are you.

29

09:12:48  1    MR. PIVOVAR:  My name is Adam Pivovar, Your
09:12:51  2  Honor.  I represent the defendant.
09:12:51  3    THE COURT:  I'm sorry.  Adam who.
09:12:54  4    MR. PIVOVAR:  Pivovar.
09:12:54  5    THE COURT:  Okay.
09:12:54  6    MR. PIVOVAR:  Your Honor, before we embark on
09:12:57  7  witnesses, we have a pretty profound objection to new
09:13:01  8  exhibits that the plaintiff wants to introduce through their
09:13:05  9  experts that were never previously disclosed.  And we would
09:13:08 10  like to resolve that before we go into this.
09:13:10 11    And just, to give you an inkling of what some of
09:13:14 12  these new exhibits are, one is called PTX 2083.  The first
09:13:19 13  time that we received that exhibit from Plaintiffs was last
09:13:22 14  night at 5:00 p.m., And then the they intend to use that, we
09:13:26 15  found out an hour and a half later, with one of their
09:13:29 16  experts, Your Honor.  And we believe that there are a number
09:13:34 17  of exhibits that Plaintiffs have identified to us as part of
09:13:39 18  their disclosures that are not actually anything that was
09:13:44 19  ever disclosed in their expert reports.
09:13:46 20    If I can just --
09:14:18 21    Apparently, the auto focus is not working, Your
09:14:21 22  Honor.  I apologize.  Thanks.
09:14:25 23    But anyhow, Your Honor, the disclosures that we
09:14:27 24  received last night included the exhibits that they intend
09:14:31 25  to go through with their experts.  There are a number of --

30

09:14:35  1  I think the total is right around 15 that were never
09:14:39  2  disclosed in connection with the expert reports or in
09:14:42  3  connection with any of the actual exhibits -- or I'm sorry
09:14:45  4  the opinions that the experts have.  And we believe that you
09:14:49  5  should resolve this dispute and our objection before the
09:14:52  6  experts actually go on the stand, if we may.
09:14:54  7    THE COURT:  And did you say PTX 2083?
09:14:58  8    MR. PIVOVAR:  That's one of them, Your Honor,
09:15:00  9  yes.
09:15:00 10    THE COURT:  Does Plaintiff know what the other
09:15:03 11  ones are that Mr. Pivovar is talking about?
09:15:08 12    MS. WU:  Yes, Your Honor.  Plaintiffs did object
09:15:12 13  to four exhibits.
09:15:15 14    THE COURT:  Okay.
09:15:18 15    I'm sorry.  Ms. Pivovar is --
09:15:20 16    MS. WU:  Defendants.  Yes, Your Honor.
09:15:22 17  Defendants have objected to four exhibits that are summary
09:15:25 18  exhibits under FRE 1006.  The particular exhibit that's
09:15:31 19  referenced --
09:15:31 20    THE COURT:  Okay.  So, he just said 15.  Is four
09:15:37 21  part of the 15, or as far as you know, there are only four?
09:15:41 22    MS. WU:  I'm only aware of four exhibits that
09:15:44 23  have been objected to that are summary.
09:15:44 24    THE COURT:  And basically all four are your
09:15:48 25  opinion summary exhibits under Rule 1006?

31

09:15:53  1    MS. WU:  Yes, Your Honor.
09:15:55  2    THE COURT:  All right.  What do you have to say
09:15:55  3  about that, Mr. Pivovar?
09:15:58  4    MR. PIVOVAR:  Your Honor, just to be clear, so
09:16:05  5  what we have are four exhibits that were never cited in any
09:16:11  6  of the expert reports.  And they're trying to introduce all
09:16:14  7  four of those through Mr. -- Dr. Nuckolls and two of those
09:16:18  8  through Mr. Matto.  We know that they were never actually
09:16:25  9  cited in any of those expert reports.  So these documents
09:16:29 10  were not created or produced to --
09:16:32 11    THE COURT:  Well, I understand that.  But if
09:16:35 12  they're based on underlying information that's been
09:16:38 13  produced, unless there's some objection that you don't have
09:16:41 14  a chance to, like, figure out the accuracy of them, then --
09:16:49 15    MR. PIVOVAR:  Your Honor, it's that and also --
09:16:52 16  so for Mr. Matto, they never disclosed a number of exhibits
09:16:57 17  that are just documents, that are new to his report.  And
09:17:02 18  then with respect to these other exhibits that we have, they
09:17:06 19  are not simply a compendium of existing data.  They are --
09:17:11 20    THE COURT:  Well, so --
09:17:12 21    MR. PIVOVAR:  Yeah.
09:17:13 22    THE COURT:  -- maybe if somebody has a copy, and
09:17:15 23  I'm sorry.  I don't know what your name is, either.
09:17:18 24    MS. WU:  Huiya Wu.
09:17:20 25    THE COURT:  Ms. Wu, do you have copies of these

32

09:17:23  1  four exhibits that you saw are summary exhibits?
09:17:27  2    MS. WU:  Your Honor, may I approach.
09:17:33  3    THE COURT:  Sure.
09:17:35  4    Are these exhibits what you're handing up here?
09:17:40  5    MS. KANNAPPAN:  Yes, Your Honor.
09:17:42  6    THE COURT:  Okay.
09:17:43  7    MR. CARSTEN:  May we have a copy, Your Honor.
09:17:44  8    THE COURT:  I think I do.
09:17:46  9    MR. CARSTEN:  We don't have one yet.
09:18:10 10    MS. KANNAPPAN:  Your Honor.
09:18:10 11    THE COURT:  I'm sorry.  Who are you?
09:18:12 12    MS. KANNAPPAN:  For the record, Deepa Kannappan,
09:18:14 13  also for Liquidia.
09:18:14 14    And just to make the record clear, the four
09:18:15 15  exhibits are PTX 2083, PTX 1584, PTX 1589, and PTX 1590.
09:18:29 16  And they actually fall into three categories that I think
09:18:32 17  might be helpful to talk briefly about that.  The first
09:18:35 18  category, PTX 2083, and there's two demonstratives that
09:18:40 19  actually basically just take the top summary and put it into
09:18:46 20  the demonstrative.  Those are PDX 2.16 and PDX 2.17.  That
09:18:46 21  underlying exhibit was served at 5:00 p.m., as my co-counsel
09:18:50 22  was saying.  It contains a new opinion with that data about
09:18:53 23  levels of a certain impurity that Dr. Nuckolls never
09:18:56 24  offered.  Rather, those documents were used for a different
09:19:00 25  opinion and now they're being repurposed for an opinion that

33

09:19:03 1 he never offered in his reports.  And it relies on batches
09:19:07 2 and data that weren't in the paragraph that counsel tried to
09:19:10 3 point us to yesterday to say that this is where it was
09:19:13 4 disclosed.
09:19:14 5          Similar issues for the second category which is
09:19:16 6 PTX 1584 and then, used in PDX 2.15.  They're 19 rows, I
09:19:25 7 believe, of batch data, and only the first row was disclosed
09:19:28 8 in Dr. Nuckolls's opinion and at least five weren't cited
09:19:32 9 for any opinion, much less that particular piece of opinion.
09:19:36 10          And the third category is PTX 1589, 1590, that
09:19:42 11 correspond to PDX 2.28 and 2.29 where none of those batches
09:19:48 12 except for two were ever identified in Dr. Nuckolls's
09:19:52 13 reports as going into ambient temperature.
09:19:54 14          And so all these things, Your Honor.  It's not a
09:19:57 15 simple summary of what was in the reports.  They're adding
09:19:59 16 new bases.
09:20:06 17          THE COURT:  What do you have to say about this?
09:20:07 18          MS. WU:  Yes, Your Honor.  I'll try to take
09:20:09 19 these this turn.  With regard to -- with regard to PTX 2083,
09:20:23 20 these -- this is a summary document categorizing the
09:20:29 21 epi-impurities these were disclosed in a couple of places.
09:20:36 22          THE COURT:  So before we get to that, the actual
09:20:37 23 form of the four exhibits 2083, 1584, 1589, 1590, they were
09:20:45 24 actually produced for the first time last night?
09:20:47 25          MS. WU:  The -- the two -- 2083 was produced

34

09:20:53 1 yesterday.  The other three were served on March 4th.
09:20:58 2          THE COURT:  March 4th.  All right.
09:21:04 3          Do you, Liquidia, agree that the other three
09:21:07 4 were served on March 4th.
09:21:09 5          MS. KANNAPPAN:  No, Your Honor at least two of
09:21:12 6 them were corrected and so served on March 11th.  It's a
09:21:18 7 little messy.
09:21:18 8          THE COURT:  Well, in any event.  Go ahead,
09:21:21 9 Ms. Wu.
09:21:22 10          MS. WU:  So in terms of 2083, this is a summary
09:21:27 11 that we wanted to use with Dr. Nuckolls.  The underlying
09:21:31 12 data that you see in the tabular form was presented in a
09:21:35 13 slightly different form, in kind of pros form, in
09:21:39 14 Dr. Nuckolls's expert report, his reply report paragraph 28.
09:21:44 15 I don't know if we can.
09:21:47 16          MS. KANNAPPAN:  It's in your binder.
09:21:48 17          THE COURT:  Okay.  So here's the thing.  If he
09:21:51 18 presented it in slightly different form in his expert
09:21:53 19 report, why doesn't he present it again today in that
09:21:56 20 slightly different form and then resolves the issue?
09:22:01 21          MS. WU:  Well, it's just tabular versus words.
09:22:05 22 If Your Honor takes a look at reply paragraph 28, you can
09:22:09 23 see all the same data is presented.  So it was fully
09:22:14 24 disclosed.
09:22:14 25          THE COURT:  Okay.  Hold on a minute.  Is this

35

09:22:16 1 the last thing that's in this?  I've got something that says
09:22:19 2 it's -- hold on.  Okay.  Yes, I see a long list of stuff.
09:22:29 3          MS. WU:  Correct, Your Honor.  It's a little
09:22:31 4 messy in the report, so we put it in tabular form in this
09:22:34 5 exhibit, and the second page of the exhibit, you can see all
09:22:37 6 the source material that was referenced is the same source
09:22:40 7 material that's in paragraph 28.
09:22:42 8          THE COURT:  Okay.  I got you there, Ms. Wu.
09:22:45 9          Is it the same source material?
09:22:47 10          MS. KANNAPPAN:  No, Your Honor.  They've added
09:22:49 11 at least three batches, and it's being offered for a
09:22:51 12 different opinion, Your Honor.
09:22:52 13          THE COURT:  Well, I mean, it's a chart.  The
09:22:56 14 different opinion, if there is a different opinion.
09:23:06 15          MS. WU:  If I may, Your Honor, it's the same
09:23:08 16 opinion Dr. Nuckolls explained, the amounts of the
09:23:11 17 epi-impurity in these batches.  The three other batches
09:23:15 18 aren't missing.  They were disclosed in the opening report.
09:23:19 19 As you can -- you'll see in paragraphs 92 to 95 of the
09:23:23 20 opening report, there is the disclosure of this exact
09:23:28 21 information, the epi-impurity.
09:23:39 22          THE COURT:  All right.  And what do you have to
09:23:41 23 say about the 1584, and 1589, and 1590.
09:23:48 24          MS. WU:  With regards to those three, we agree
09:23:51 25 that there were corrections served with 1589 and 1590 on

36

09:23:57 1 March 11th.  I believe that someone on our team noticed a
09:24:01 2 typographical error and fixed those.
09:24:04 3          THE COURT:  I'm not too worried about March 4th
09:24:07 4 versus March 11th.
09:24:09 5          MS. WU:  Yes, Your Honor, so with regard to the
09:24:10 6 impurity peaks, that's at PTX --
09:24:13 7          THE COURT:  Wait.  Wait.  So hold on, Ms. Wu.
09:24:16 8          So you agree that these were served on
09:24:19 9 March 11th in the corrected form.  And you say they're a
09:24:26 10 summary, Ms. Wu, of a voluminous data somewhere.  Why is it
09:24:31 11 that you say this is not a summary and voluminous data.
09:24:35 12          MS. KANNAPPAN:  I believe we're talking about
09:24:37 13 1589.  Do I have that right, Your Honor.
09:24:41 14          THE COURT:  Or 1584.
09:24:41 15          MS. KANNAPPAN:  So 1584, only the first row is
09:24:44 16 disclosed at all for that opinion.  So it's notice a summary
09:24:48 17 of data that was anywhere.
09:24:49 18          THE COURT:  All right.  What do you have to say
09:24:51 19 about that, Ms. Wu?
09:24:52 20          MS. WU:  Your Honor, as you can see from some of
09:24:54 21 the boxes on our side of the courtroom, there were a lot of
09:24:59 22 batch records, and so what Dr. Nuckolls did, as he stated in
09:25:04 23 paragraph 40 of his opening report, is to note that the
09:25:07 24 examples he cites are exemplary.  For example, when I cite
09:25:11 25 to certain batch records, QT Test Sheet and COA, the same

37

```
09:25:15   1   analysis applies to other similar documents which have not
09:25:19   2   been directly cited.  And so, in his reply report, he goes
09:25:25   3   through an impurities peaks analysis.  The underlying
09:25:29   4   document, some of them have been cited for other purposes,
09:25:33   5   but clearly he sets forth not only here, but, again, in his
09:25:37   6   reply report.  Let me find that cite for you.
09:25:40   7            Reply report paragraph 24, he writes while this
09:25:47   8   analysis explicitly refers to batch TN0I117.  I'm sorry,
09:25:54   9   Your Honor, I --
09:25:56  10            THE COURT:  All right.  I'm having trouble
09:25:57  11   reading this number.
09:25:58  12            As far as I'm concerned, it's pretty easy.  He
09:26:01  13   can do the batch that he disclosed in his report at Page 24.
09:26:04  14   He can't do the rest of the batches now with all this
09:26:08  15   detail.
09:26:09  16            MS. WU:  Your Honor, though, he explicitly
09:26:11  17   writes in paragraph 24 that this exact analysis applies to
09:26:16  18   other batches.
09:26:17  19            THE COURT:  Well, he can say.  He can say that.
09:26:19  20   But I'm not going to take all this other data that's being
09:26:25  21   produced pretty late.
09:26:27  22            MS. WU:  The data wasn't produced -- I mean,
09:26:30  23   first of all, this is the defendant's data.
09:26:32  24            THE COURT:  The form of the chart is produced
09:26:35  25   pretty late.  All right.  So, he can say what he can say
```

38

```
09:26:39   1   based on the one thing.  He can say it applies to everything
09:26:42   2   else.
09:26:44   3            MS. WU:  So, Your Honor, if I understand
09:26:46   4   correctly, this -- some of this -- some of these batches,
09:26:50   5   the underlying documents are actually coming in already
09:26:54   6   beyond this summary.
09:26:58   7            THE COURT:  A pile of batches evidence, just it
09:26:59   8   means nothing to me.  So, I don't really care whether it's
09:27:04   9   coming in or not.  If you want to move all the boxes from
09:27:08  10   your side of the courtroom to my side of the courtroom,
09:27:11  11   that's fine, but it's pointless.
09:27:13  12            MS. WU:  Your Honor, that's not my -- I just
09:27:16  13   want to make sure I you understand your ruling because he
09:27:18  14   does talk about some of the underlying batch records in his
09:27:21  15   testimony.  Separately, he also addresses the summary
09:27:25  16   document.  I just want to make sure that the underlying
09:27:27  17   documents that he's talking about, that he can --
09:27:29  18            THE COURT:  If he talked about them in his
09:27:30  19   report, it's not a problem.  If he didn't talk about them in
09:27:33  20   his report, and I don't think saying the same analysis
09:27:36  21   applies to other batches as well means he can talk about all
09:27:40  22   kinds of other things, that's not an improper disclosure in
09:27:44  23   my opinion.
09:27:45  24            MS. WU:  Yes, Your Honor.  Again, can I just
09:27:48  25   take one moment to explain what the --
```

39

```
09:27:50   1            THE COURT:  Yeah sure.
09:27:52   2            MS. WU:  So if you could take a look at reply
09:27:54   3   paragraph -- reply paragraph 22.
09:27:58   4            THE COURT:  Okay.
09:27:59   5            MS. WU:  And this is where he analyzes the
09:28:01   6   amounts of impurities in four different batches and you can
09:28:07   7   see those four blue bars.
09:28:09   8            THE COURT:  I do see it.
09:28:10   9            MS. WU:  So what he does is he counts the number
09:28:12  10   of impurities of these four types of batches in one batch.
09:28:17  11   And he says, you can go ahead and count the batches, the
09:28:21  12   number of impurities in each of the batches, in the same
09:28:23  13   way.  So, that's what he meant by paragraph 24.  So he's not
09:28:30  14   doing anything different.  He's counting the number of
09:28:33  15   impurities in each of these batches and all -- and that's
09:28:36  16   what this summary Exhibit 1584 endeavored to summarize
09:28:42  17   because we certainly didn't want to fill your courtroom with
09:28:44  18   boxes of exhibits.
09:28:45  19            THE COURT:  All right.  Well, I'm going to allow
09:28:47  20   him to give the same analysis he gives in the report, but
09:28:51  21   I'm not going to admit these exhibits that include lots and
09:28:58  22   lots of details that he didn't say in his report.
09:29:02  23            MS. WU:  Yes, Your Honor.  I think I understand
09:29:04  24   that he can talk about the exact the number of impurity
09:29:08  25   peaks but not the other stuff.  Is that --
```

40

```
09:29:10   1            THE COURT:  I don't really know what's in his
09:29:12   2   report, but certainly paragraph 22, he seems to have
09:29:15   3   something that says number of impurity peaks relating to
09:29:18   4   four different things.  So he can say that because he's
09:29:21   5   already said it once.
09:29:23   6            MS. WU:  Okay.
09:29:24   7            THE COURT:  So, you know, basically, I think --
09:29:33   8   so, on the assumption that PTX 1584 is representative of
09:29:38   9   what this dispute is about, I'm going to sustain the
09:29:46  10   defendants' objections to the summary exhibits that, as far
09:29:51  11   as I can see -- that 1548 and 1589, and I'm going to -- I'm
09:30:02  12   going to sustain the objection to 2083 based on the fact
09:30:06  13   that it was provided last night.
09:30:08  14            Are there other exhibits that I need to address?
09:30:11  15            MS. KANNAPPAN:  Just on the list, it's 1590.
09:30:13  16   It's the same issues.
09:30:15  17            THE COURT:  And thank you.  I meant to say
09:30:16  18   that --
09:30:17  19            MS. KANNAPPAN:  Sorry.
09:30:17  20            THE COURT:  -- but my brain didn't match my
09:30:19  21   mouth.
09:30:21  22            MS. KANNAPPAN:  No, Your Honor that's it.  The
09:30:23  23   corresponding demonstratives would those also similarly
09:30:25  24   be --
09:30:27  25            THE COURT:  It's hard for me to say.  If the
```

970

1          I hereby certify the foregoing is a true and

2    accurate transcript from my stenographic notes in the

3    proceeding.

4          /s/ Heather M. Triozzi
           Certified Merit and Real-Time Reporter
5          U.S. District Court.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 13



**Articles**

This material may be protected by Copyright law (Title 17 U.S. Code)

# Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertension (RISE-IIP): a randomised, placebo-controlled phase 2b study

Steven D Nathan, Jürgen Behr, Harold R Collard, Vincent Cottin, Marius M Hoeper, Fernando J Martinez, Tamera M Corte, Anne M Keogh, Hanno Leuchte, Nesrin Mogulkoc, Silvia Ulrich, Wim A Wuyts, Zhen Yao*, Francis Boateng, Athol U Wells

## Summary

Lancet Respir Med 2019;
7: 780–90

Published Online
August 12, 2019
http://dx.doi.org/10.1016/
S2213-2600(19)30250-4

See Comment page 777

*At the time of publication, Z Yao is employed by BeiGene, Beijing, China

**Background** Idiopathic interstitial pneumonias are often complicated by pulmonary hypertension, increasing morbidity and mortality. There are no approved treatments for pulmonary hypertension associated with idiopathic interstitial pneumonia (PH-IIP). We aimed to evaluate the efficacy and safety of riociguat in patients with PH-IIP.

**Methods** RISE-IIP was a double-blind, randomised, placebo-controlled study done at 65 pulmonary hypertension and interstitial lung disease centres in 19 countries to evaluate the efficacy and safety of riociguat in patients with PH-IIP. Eligible patients were adults (aged 18–80 years) diagnosed with idiopathic interstitial pneumonia (as per American Thoracic Society/European Respiratory Society/Japanese Respiratory Society/Latin American Thoracic Association guidelines), forced vital capacity (FVC) of at least 45%, 6MWD of 150–450 m, WHO functional classes II–IV, precapillary pulmonary hypertension confirmed by right heart catheterisation, systolic blood pressure of at least 95 mm Hg, and no signs or symptoms of hypotension. Patients were randomly allocated (1:1) using an interactive voice and web response system to riociguat (0·5–2·5 mg three times daily) or placebo for 26 weeks (main study), after which they could enter an open-label extension in which all patients received riociguat. The primary endpoint was change in 6-min walking distance (6MWD) in the intention-to-treat population. Prespecified safety variables included adverse events and serious adverse events, laboratory parameters, and adverse events of special interest (haemoptysis and symptomatic hypotension), assessed in the intention-to-treat population. This trial is registered with ClinicalTrials.gov, number NCT02138825.

**Findings** Between June 4, 2014, and May 5, 2016, we enrolled 229 participants. After the exclusion of 82 participants, 147 were randomly allocated to treatment (73 to riociguat, 74 to placebo). The study was terminated early (median treatment duration 157 days [range 1–203]) at the request of the data monitoring committee owing to increased serious adverse events (main study: 27 [37%] of 73 participants in the riociguat group vs 17 [23%] of 74 in the placebo group) and mortality in patients receiving riociguat, and the absence of efficacy signals in the riociguat group. 11 patients died in the main study (eight in the riociguat group, three in the placebo group), and nine died in the extension phase (one in the riociguat group, eight in the former placebo group; all received riociguat). In the main study, the most common adverse events were peripheral oedema (16 [22%] of 73 in the riociguat group vs seven [9%] of 74 in the placebo group) and diarrhoea (11 [15%] vs seven [9%]). The most common serious adverse events were worsening of interstitial lung disease (main study: six [8%] of 73 in the riociguat group vs five [7%] of 74 in the placebo group) and pneumonia (four [5%] vs one [1%]). Riociguat did not improve 6MWD versus placebo at 26 weeks (least-squares mean difference 21 m; 95% CI –9 to 52).

**Interpretation** In patients with PH-IIP, riociguat was associated with increased serious adverse events and mortality, and an unfavourable risk–benefit profile. Riociguat should not be used in patients with PH-IIP.

**Funding** Bayer AG and Merck & Co.

Copyright © 2019 Elsevier Ltd. All rights reserved.

The Advanced Lung Disease and Transplant Program, Department of Medicine, Inova Fairfax Hospital, Falls Church, VA, USA (Prof S D Nathan MD); Department of Internal Medicine V, Ludwig Maximilians University of Munich, Munich, Germany (Prof J Behr MD); Asklepios Fachklinikum München-Gauting, German Center for Lung Research, Munich, Germany (Prof J Behr); Department of Medicine, University of California San Francisco, San Francisco, CA, USA (Prof H R Collard MD); Department of Respiratory Medicine, Louis Pradel Hospital, Hospices Civils de Lyon, Lyon, France (Prof V Cottin MD); Clinic for Respiratory Medicine, Hannover Medical School, German Center for Lung Research, Hannover, Germany (Prof M M Hoeper MD); Department of Medicine, Weill Cornell Medical College, New York-Presbyterian Hospital/Weill Cornell Medical Center, New York, NY, USA (Prof F J Martinez MD); Royal Prince Alfred Hospital, Sydney, NSW, Australia (T J Corte PhD); University of Sydney, Sydney, NSW, Australia (T J Corte); St Vincent's Hospital, Sydney, NSW, Australia (Prof A M Keogh MD); Department of Internal Medicine II, Neuwittelsbach Academic Hospital, Ludwig Maximilian University of Munich, Munich, Germany (Prof H Leuchte MD); Pulmonology, Ege University

## Introduction

Idiopathic interstitial pneumonias are heterogeneous fibrotic lung disorders frequently complicated by pulmonary hypertension.[1,2] In the revised American Thoracic Society (ATS)/European Respiratory Society (ERS) classification of idiopathic interstitial pneumonia, major subtypes include idiopathic pulmonary fibrosis, idiopathic nonspecific interstitial pneumonia, respiratory bronchiolitis-interstitial lung disease, desquamative interstitial pneumonia, cryptogenic organising pneumonia, and acute interstitial pneumonia.[1] Of these, idiopathic pulmonary fibrosis is the most common and well studied.[3,4] At the time of idiopathic pulmonary fibrosis diagnosis, pulmonary hypertension is present in 8–15% of patients;[5] however, this value increases to about 50% during follow-up or at the time of lung transplantation,[6,7] and its presence is associated with substantially increased morbidity and mortality.[5,6,8–18]

UTC_PH-ILD_010530

Hospital, Izmir, Turkey
(Prof N Mogulkoc MD); Clinic of
Pulmonology, University
Hospital Zürich, Zürich,
Switzerland (Prof S Ulrich MD);
Unit for Interstitial Lung
Diseases, University of Leuven,
Leuven, Belgium
(Prof W A Wuyts MD); Bayer
HealthCare, Beijing, China
(Z Yao MD*); Bayer HealthCare
Pharmaceuticals, Whippany,
NY, USA (F Boateng PhD); and
Royal Brompton Hospital,
London, UK (Prof A U Wells MD)

Correspondence to:
Prof Steven D Nathan,
The Advanced Lung Disease and
Transplant Program, Department
of Medicine, Falls Church,
VA 22042, USA
steven.nathan@inova.org

### Research in context

**Evidence before this study**
We searched PubMed for papers published between Jan 2, and Feb 28, 2014, using the search terms "pulmonary hypertension" AND "idiopathic interstitial pneumonias" AND "interstitial lung disease" AND "idiopathic pulmonary fibrosis". Pulmonary hypertension complicating idiopathic interstitial pneumonias (PH-IIPs), specifically idiopathic pulmonary fibrosis, is associated with worse functional status and increased mortality. Several studies have addressed the potential benefit of pulmonary vasodilatory medications in patients with PH-IIP, but most of these have been retrospective or small case series. One prospective study of bosentan in PH-IIP was negative; however, a small phase 2 randomised controlled study of riociguat suggested a beneficial response. The endothelin receptor antagonist ambrisentan has been contraindicated in PH-IIP and there is no evidence of benefit for other endothelin receptor antagonists in PH-IIP. Additionally, there are scarce data regarding the use of prostanoids as a therapeutic option, whereas data on the use of sildenafil are conflicting. Therefore, it remains unknown if treating PH-IIP is beneficial, but this is an area that warrants further study given the very poor prognosis associated with PH-IIP.

**Added value of this study**
This randomised, placebo-controlled, phase 2b study investigated riociguat for the treatment PH-IIP in a cohort of 147 patients. To our knowledge, it is the largest prospective randomised controlled study to date evaluating the treatment of pulmonary hypertension complicating any form of idiopathic pulmonary pneumonitis (mostly idiopathic pulmonary fibrosis). Patients experienced a greater number of serious adverse events in the riociguat group than in the placebo group, and there were more deaths in the riociguat group than in the placebo group, with no evidence of clinical benefit. As a result of this unfavourable risk–benefit profile, the study was terminated early. This study documents harm and is an important message for those who are inclined to treat pulmonary hypertension complicating idiopathic pulmonary fibrosis and other forms of lung disease with off-label pulmonary arterial hypertension therapies.

**Implications of all the available evidence**
Our data suggest that riociguat should not be used in patients with PH-IIP due to the absence of benefit and potential presence of harm. Studies in this patient population are, however, feasible, and there remains an urgent unmet medical need to address this challenging condition.

Although there are approved treatments for idiopathic pulmonary fibrosis (eg, pirfenidone and nintedanib), there are none for pulmonary hypertension associated with idiopathic interstitial pneumonia (PH-IIP). Drugs approved for the treatment of pulmonary arterial hypertension have been evaluated in idiopathic pulmonary fibrosis,[18–23] but these studies have been invariably accompanied by limitations. These studies have either focused on fibrotic processes alone, included only small numbers of patients or did not adequately evaluate the presence of pulmonary hypertension. Overall, the clinical benefit of drugs approved for pulmonary arterial hypertension has not been shown in patients with pulmonary hypertension and idiopathic pulmonary fibrosis,[19–23] and guidelines recommend against their use for this indication outside of clinical trials.[24,25] Thus, the management of pulmonary hypertension in idiopathic interstitial pneumonias represents an urgent unmet medical need, including the identification of which (if any) specific phenotype is appropriate for treatment with medication approved for pulmonary arterial hypertension.

Riociguat is a soluble guanylate cyclase stimulator approved for treatment of pulmonary hypertension in WHO group 1 (pulmonary arterial hypertension) and group 4 (inoperable, persistent, or recurrent chronic thromboembolic pulmonary hypertension [CTEPH]). In a 12-week, open-label, phase 2, pilot study[26] in 22 patients with pulmonary hypertension and interstitial lung disease, riociguat improved 6-min walking distance (6MWD),

cardiac output, and pulmonary vascular resistance, but not mean pulmonary arterial pressure. Adverse events were consistent with those observed in previous studies.[26–31] Four patients discontinued riociguat during the 12-week trial period owing to adverse events, and another six did so during the 12-month extension.

Soluble guanylate cyclase stimulators inhibit experimental fibrosis by blocking transforming growth factor β signalling, which plays an important role in the development of fibrosis.[32] Furthermore, anti-fibrotic effects of riociguat have consistently been shown in several animal models.[33–36] Based on these findings, together with the positive risk–benefit profile of riociguat in patients with pulmonary arterial hypertension or CTEPH, and the data from the open-label pilot study in patients with pulmonary hypertension associated with interstitial lung disease, we hypothesised that patients with PH-IIP might benefit from riociguat treatment. Here, we report the findings from the riociguat in patients with symptomatic pulmonary hypertension associated with idiopathic interstitial pneumonias (RISE-IIP) study and its long-term extension.

### Methods

#### Study design and participants

The rationale for the RISE-IIP study design has been published.[37] RISE-IIP was a multicentre, randomised, double-blind, placebo-controlled phase 2b study done at 65 interstitial lung disease and pulmonary hypertension centres in 19 countries.

UTC_PH-ILD_010531



**Articles**

| | Riociguat up to 2·5 mg (n=73) | Placebo (n=74) |
|---|---|---|
| **Sex** | | |
| Male | 50 (68%) | 45 (61%) |
| Female | 23 (32%) | 29 (39%) |
| Mean age, years (SD) | 68 (8) | 69 (8) |
| Mean body mass index, kg/m² (SD) | 30 (5) | 28 (6) |
| **Classification of IIP** | | |
| Idiopathic pulmonary fibrosis | 54 (74%) | 49 (66%) |
| Idiopathic nonspecific interstitial pneumonia | 9 (12%) | 14 (19%) |
| Respiratory bronchiolitis-interstitial lung disease | 1 (1%) | 0 |
| Cryptogenic organising pneumonia | 0 | 1 (1%) |
| Acute interstitial pneumonia | 0 | 1 (1%) |
| Idiopathic lymphoid interstitial pneumonia | 0 | 2 (3%) |
| Unclassifiable idiopathic interstitial pneumonias | 9 (12%) | 7 (9%) |
| **WHO functional class** | | |
| II | 16 (22%) | 22 (30%) |
| III | 50 (68%) | 45 (61%) |
| IV | 7 (10%) | 7 (9%) |
| Mean 6-min walking distance, m (SD) | 307 (80) | 324 (66) |
| **Haemodynamic parameters, mean (SD)** | | |
| Right atrial pressure, mm Hg | 6·7 (4·0) | 6·7 (4·5) |
| Mean pulmonary arterial pressure, mm Hg | 33 (8) | 33 (9) |
| Pulmonary vascular resistance, dyn·s·cm⁻⁵ | 391 (204) | 418 (257) |
| Cardiac index, L/min/m² | 2·6 (0·7) | 2·6 (0·7) |
| Pulmonary artery wedge pressure, mm Hg | 11 (3) | 11 (3) |
| Systolic blood pressure, mm Hg | 127 (17) | 125 (18) |
| Diastolic blood pressure, mm Hg | 77 (10) | 76 (11) |
| **Pulmonary function tests, mean (SD)** | | |
| FVC, % predicted | 76·3% (19·1) | 74·3% (15·7) |
| FEV₁, % predicted | 75·5% (19·1) | 75·1% (16·4) |
| FEV₁/FVC | 0·81 (0·08) | 0·82 (0·09) |
| Total lung capacity, % predicted | 66·1% (14·6) | 66·3% (12·0) |
| Diffusing capacity of the lung for carbon monoxide, % predicted | 32% (12) | 30% (11) |
| **Resting blood gas analyses, mean (SD)** | | |
| PCO₂, mm Hg | 36 (6) | 37 (4) |
| PaO₂, mm Hg | 67 (18) | 69 (19) |
| SaO₂, % room air | 91% (7) | 92% (6) |
| History of tobacco smoking | 2 (3%) | 4 (5%) |

Data are n (%) unless otherwise specified. FEV₁=forced expiratory volume in 1 s. FVC=forced vital capacity. IIP=idiopathic interstitial pneumonia. PaO₂=arterial partial pressure of oxygen. PCO₂=arterial partial pressure of CO₂. SaO₂=oxygen saturation measured by arterial blood gas analysis.

*Table 1:* Baseline patient characteristics

See Online for appendix

We included adults (aged 18–80 years) diagnosed with idiopathic interstitial pneumonia according to ATS/ERS/Japanese Respiratory Society/Latin American Thoracic Association guidelines.[16] Key inclusion criteria were forced vital capacity (FVC) of at least 45%, 6MWD of 150–450 m, WHO functional class II–IV, precapillary pulmonary hypertension confirmed by right heart catheterisation, systolic blood pressure of at least 95 mm Hg, and no signs or symptoms of hypotension.

Patients were excluded if they were active smokers of tobacco (any quantity or any type) or had been treated with drugs targeting pulmonary arterial hypertension up to 3 months before screening. Pirfenidone and nintedanib were permitted if started at least 3 months before screening. Patients with combined pulmonary fibrosis and emphysema were included, provided that their post-bronchodilator FEV₁/FVC was above 0·65, and the extent of emphysema was less than the extent of fibrosis. The presence or absence of combined pulmonary fibrosis and emphysema, and whether the extent of the emphysema was not greater than that of the fibrosis, was assessed by the investigator at enrolment.

RISE-IIP was done in accordance with the Declaration of Helsinki. Approval from appropriate ethics committees or independent review boards was obtained for all participating centres, according to Good Clinical Practice, local laws, and regulations. Written informed consent was obtained from all patients. An independent data monitoring committee, working with an external statistical analysis centre, monitored safety throughout.

### Randomisation and masking

Patients were randomly allocated (1:1) to treatment or placebo using a randomisation sequence created by an interactive voice or web response system (IxRS version 02; Almac, Craigavon, UK), with no blocking or stratification factors. The randomisation schedule was generated by the Bayer randomisation group and the patient assignment to treatment or placebo was done on the basis of this randomisation schedule using IxRS. Although countries and centres in this multicentre study were clustered by geographical region, region groupings were based on a minimum sample size of 30 patients and regions were adjusted for in the ANCOVA model.

To assure masking of the treatment groups, patients allocated to the placebo group during the treatment phase had a sham dose adjustment from visit 1 onwards according to the rules of the individual dose adjustment scheme. All tablet formulations were identical in appearance (size, shape, and colour) and smell, and the packaging and labelling was designed to maintain blinding to the investigator's team and to the patients.

### Procedures

The main study involved a 10-week dose-adjustment phase, in which patients in the riociguat group received the drug in doses from 0·5 mg up to 2·5 mg three times daily in 0·5 mg increments, based on systolic blood pressure, signs and symptoms of hypotension, and patient wellbeing. This was followed by a 16-week maintenance phase in which the patients continued to receive the same dose (appendix p 15). Patients in the placebo group received placebo for 26 weeks. Subsequently, an open-label extension was done in which all patients received riociguat. During the long-term extension phase, patients in the placebo group underwent

UTC_PH-ILD_010532

a 10-week dose-adjustment phase, followed by open-label safety and exploratory efficacy surveillance (appendix p 15). The long-term extension was planned to continue until riociguat became commercially available for PH-IIP or until a timepoint agreed between the sponsor and steering committee. All patients had an end-of-treatment visit or safety follow-up visit following withdrawal from the study, regardless of whether this was during the main study or during the long-term extension phase.

## Outcomes

The primary endpoint was mean change in 6MWD at week 26. The secondary endpoint was time to clinical worsening, defined as the first occurrence of all-cause mortality, need for hospital admission due to worsening cardiopulmonary status attributable to progression of the disease, a greater than 15% decrease in 6MWD from baseline, or change to a higher (worse) WHO functional class compared with baseline.

Prespecified safety variables included adverse events and serious adverse events, laboratory parameters (appendix p 5), and adverse events of special interest (haemoptysis and symptomatic hypotension). Resting blood gases (including oxygen saturation [SaO$_2$]) were measured by analysis of arterial blood; during the 6MWD test, oxygen saturation was monitored by pulse oximetry (SpO$_2$) and documented each min.

Exploratory analyses planned for the main study included time to disease progression, change in pulmonary function test, blood gas analyses, change in WHO functional class, change in Borg dyspnoea score, and change in St George's Respiratory Questionnaire. In the long-term extension phase, planned exploratory analyses included change in 6MWD, clinical worsening events, time to clinical worsening, and change in WHO functional class, Borg dyspnoea score, and St George's Respiratory Questionnaire. No analysis of exploratory variables was conducted because of the limited amount of data available due to study termination. A full list of exploratory endpoints is included in the appendix (pp 3–4).

## Statistical analysis

We used SAS software (version 9.2; SAS Institute, Cary, NC, USA) for all statistical analyses. For the primary endpoint of 6MWD, assuming a standard deviation of 73 m, 80% power, a two-sided significance level of 5%, and 1:1 randomisation, 54 patients per group were required to detect a placebo-adjusted difference of 40 m between the two treatment groups. Allowing an invalidity percentage of 30%, up to 155 randomly assigned patients were required to achieve 108 completers.

All variables were analysed descriptively. We analysed change in 6MWD at week 26 in patients with data at baseline and week 26 using ANCOVA with least-squares mean difference calculated between the treatment groups using the model shown in the appendix (p 3).



**Figure 1: Study profile**
A full list of reasons for screening failure is given in the appendix (p 4). *Patient completed the main study phase but did not enter the long-term extension phase.

Patients who did not have 6MWD data at week 26 were excluded from the main analysis; however, to minimise bias and include all randomised and treated participants in the safety analysis (intention-to-treat), we also did a sensitivity analysis using imputation for missing values. For patients who died or withdrew owing to clinical worsening with no termination visit, the worst possible value (0 m) was imputed. If a patient stopped study medication prematurely, the values recorded at the termination visit or last visit post-baseline (last observation carried forward) were used.

Haemodynamic parameters evaluated were pulmonary artery wedge pressure; pulmonary vascular resistance; systolic, diastolic, and mean pulmonary artery pressure;

UTC_PH-ILD_010533

**Articles**



*Figure 2:* 6MWD in main study phase

Data are mean observed values, error bars are standard error of the mean. Baseline refers to the last observed value before starting study treatment. 6MWD=6-min walking distance.



*Figure 3:* Time to first clinical worsening event in the main study phase

right atrial pressure; and cardiac index. The 95% CIs were generated for change from baseline to week 26 for each treatment group using SAS PROC MEANS. This trial is registered with ClinicalTrials.gov, number NCT02138825.

### Role of the funding source

Bayer AG was involved in the study design; the collection, analysis, and interpretation of the data; and in the writing of the report. Merck & Co joined the collaboration after the study had been designed and the data collected. Merck & Co therefore was not involved in the study design or data collection, but was involved in data analysis and formulation of the manuscript. Raw data were available to all authors on request. The corresponding author had full access to all of the data and had the final responsibility to submit for publication.

### Results

Between June 4, 2014, and May 5, 2016, we enrolled 229 participants at 65 interstitial lung disease and pulmonary hypertension centres in 19 countries. After 82 participants were excluded, 73 were assigned to riociguat (up to 2·5 mg) and 74 to placebo. RISE-IIP was terminated early at the request of the data monitoring committee, on the basis of an unfavourable risk–benefit profile owing to the high number of serious adverse events and deaths and the absence of efficacy signals in the riociguat group.

Baseline blood gas measurements and pulmonary function did not differ between the treatment groups (table 1). Most patients were diagnosed with idiopathic pulmonary fibrosis.

The most frequent reasons for screening failure related to right heart catheterisation criteria (n=31) and 6MWD outside the defined range (n=16; appendix p 4). 33 of 73 patients treated with riociguat and 39 of 74 of those treated with placebo completed the main study (figure 1). The median treatment duration was 157 days (range 6–203). By the end of the dose-adjustment phase (week 10), 39 (87%) of 45 patients treated with riociguat were receiving the maximum dose (2·5 mg three times daily). In the riociguat group, five (7%) of 73 patients had their dose reduced during the study. When the study was terminated, 70 patients (32 in the

UTC_PH-ILD_010534

**Articles**

| | Main phase | | Long-term extension phase* | | Safety follow-up phase† | |
|---|---|---|---|---|---|---|
| | Riociguat up to 2.5 mg (n=73) | Placebo (n=74) | Riociguat up to 2.5 mg (n=32) | Former placebo (n=38) | Riociguat up to 2.5 mg (n=73) | Former placebo (n=74) |
| Any AE | 65 (89%) | 64 (86%) | 29 (91%) | 34 (89%) | 40 (55%) | 36 (49%) |
| Study drug-related AEs | 29 (40%) | 28 (38%) | 12 (38%) | 18 (47%) | 1 (1%) | 1 (1%) |
| AEs leading to study drug discontinuation | 11 (15%) | 3 (4%) | 1 (3%) | 4 (11%) | 0 | 0 |
| Any SAE | 27 (37%) | 17 (23%) | 12 (38%) | 21 (55%) | 18 (25%) | 14 (19%) |
| Study drug-related SAEs | 5 (7%) | 4 (5%) | 3 (9%) | 5 (13%) | 1 (1%) | 0 |
| SAEs leading to study drug discontinuation | 10 (14%) | 1 (1%) | 1 (3%) | 2 (5%) | 0 | 0 |
| Deaths | 8 (11%) | 3 (4%) | 1 (3%) | 8 (21%) | 3 (4%) | 4 (5%) |

Data are n (%). AE=adverse event. SAE=serious adverse event. *Both groups received riociguat up to 2·5 mg three times daily. †At study termination, all patients discontinued riociguat and immediately started the safety follow-up phase. The length of the safety follow-up ranged from 30 to 120 days.

Table 2: Summary of AEs by phase

riociguat group, 38 in the former placebo group) had received riociguat in the long-term extension. In the overall population, 137 (93%) of 147 patients took at least one concomitant medication (appendix p 7).

6MWD data at week 26 are available only for patients who had completed the study at the time of termination (31 participants in the riociguat group and 38 in the placebo group). All other patients withdrawn before week 26 entered a 4-month safety follow-up period during which no further efficacy data were collected.

6MWD at week 26 did not differ between the riociguat and placebo groups (least-squares mean treatment difference: 21 m [95% CI –9 to 52]; p=0·2074 ANCOVA, p=0·2557 Wilcoxon test stratified by region; figure 2). We did an additional sensitivity analysis to address the potential bias from the patients who did not complete the study. We imputed a worst possible value for patients who died or withdrew due to clinical worsening with no termination visit and, for patients who stopped study medication prematurely, we imputed the values recorded at the termination visit or last visit post-baseline (last observation carried forward; appendix p 8).

34 (47%) of 73 participants in the riociguat group and 36 (49%) of 74 in the placebo group had clinical worsening (appendix p 9). The time to first clinical worsening event did not differ between the two groups. There was no clinical worsening in 39 patients (53%) in the riociguat group and 38 patients (51%) in the placebo group (Mantel-Haenszel estimate –8·04% [95% CI –24·67 to 8·60]; p=0·3437; figure 3). Between-group differences in the individual components were not significant. There were no changes in haemodynamic variables at week 26 in either treatment group (ten patients with available data in each group; appendix p 9). Changes in $SaO_2$ at week 26 and $SpO_2$ during the 6MWD test were small and did not differ between treatment groups (appendix p 10). There were no clinically meaningful changes in FVC% predicted or $FEV_1\%$ predicted at week 26 or at the termination visit,

and the treatment groups did not differ in terms of gas exchange changes (appendix p 11).

During the main study, 11 patients died (three in the placebo group, eight in the riociguat group; table 2, appendix pp 12, 16). Nine deaths occurred during the long-term extension (eight in the former placebo group, one in the riociguat group); seven deaths occurred during the safety follow-up (four in the former placebo group, three in the former riociguat group). Of the patients in the placebo group who died, one switched from placebo to riociguat in the long-term extension, whereas the other three never received riociguat. The appendix contains a list of serious adverse events and adverse events preceding fatal adverse events for all patients who died (appendix pp 13–14) and the baseline characteristics of these patients (appendix p 6).

In the main study, 44 patients had serious adverse events (17 patients in the placebo group, 27 patients in the riociguat group; tables 2, 3), of whom ten (59%) of 17 receiving placebo and 21 (78%) of 27 receiving riociguat had at least one serious adverse event during the dose-adjustment phase. 33 patients had serious adverse events in the long-term extension (21 in the former placebo group, 12 in the riociguat group) and 32 patients had serious adverse events in the safety follow-up phase (14 in the former placebo group, 18 in the riociguat group; tables 2, 3). The most common serious adverse events were worsening of interstitial lung disease (main study: six [8%] of 73 in the riociguat group vs five [7%] of 74 in the placebo group) and pneumonia (four [5%] vs one [1%]).

Overall, 129 patients in the main study had adverse events (64 in the placebo group, 65 in the riociguat group). Common adverse events were dizziness, diarrhoea, and hypotension. The most common adverse events were peripheral oedema (16 [22%] of 73 in the riociguat group vs seven [9%] of 74 in the placebo group) and diarrhoea (11 [15%] vs seven [9%]). The frequency of adverse events leading to discontinuation of study drug was higher with

UTC_PH-ILD_010535

**Articles**



| | Main phase | | Long-term extension phase† | | Safety follow-up‡ | |
|---|---|---|---|---|---|---|
| | Riociguat up to 2.5 mg (n=73) | Placebo (n=74) | Riociguat up to 2.5 mg (n=32) | Former placebo (n=38) | Riociguat up to 2.5 mg (n=73) | Former placebo (n=74) |
| Any AE* | 65 (89%) | 64 (86%) | 29 (91%) | 34 (89%) | 40 (55%) | 36 (49%) |
| Diarrhoea | 11 (15%) | 7 (9%) | 4 (13%) | 5 (13%) | 2 (3%) | 2 (3%) |
| Dizziness | 7 (10%) | 8 (11%) | 5 (16%) | 5 (13%) | 0 | 1 (1%) |
| Dyspnoea | 8 (11%) | 7 (9%) | 7 (22%) | 11 (29%) | 4 (5%) | 2 (3%) |
| Peripheral oedema | 16 (22%) | 7 (9%) | 5 (16%) | 5 (13%) | 0 | 0 |
| Pneumonia | 5 (7%) | 1 (1%) | 0 | 7 (18%) | 0 | 2 (3%) |
| Hypotension | 4 (5%) | 1 (1%) | 3 (9%) | 8 (21%) | 1 (1%) | 0 |
| Other AEs of special interest | | | | | | |
| Haemoptysis | 4 (5%) | 2 (3%) | 2 (6%) | 0 | 2 (3%) | 0 |
| Study drug-related AEs | 29 (40%) | 28 (38%) | 12 (38%) | 18 (47%) | .. | .. |
| Diarrhoea | 8 (11%) | 1 (1%) | 1 (3%) | 1 (3%) | .. | .. |
| Peripheral oedema | 6 (8%) | 1 (1%) | 0 | 0 | .. | .. |
| Dizziness | 4 (5%) | 8 (11%) | 3 (9%) | 4 (11%) | .. | .. |
| Headache | 3 (4%) | 7 (9%) | 2 (6%) | 1 (3%) | .. | .. |
| Any SAE | 27 (37%) | 17 (23%) | 12 (38%) | 21 (55%) | 18 (25%) | 14 (19%) |
| ILD, IPF, and PF | 6 (8%) | 5 (7%) | 3 (9%) | 5 (13%) | 5 (7%) | 4 (5%) |
| Right ventricular failure | 1 (1%) | 2 (3%) | 1 (3%) | 2 (5%) | 1 (1%) | 1 (1%) |
| Pneumonia | 4 (5%) | 1 (1%) | 0 | 4 (11%) | 0 | 0 |
| Respiratory failure | 0 | 1 (1%) | 0 | 4 (11%) | 0 | 0 |

Data are n (%). AEs were reported by the investigating physician and coded using Medical Dictionary for Regulatory Activities preferred terms. AE=adverse event. ILD=interstitial lung disease. IPF=idiopathic pulmonary fibrosis. PF=pulmonary fibrosis. SAE=serious adverse event. *AEs occurring in at least 15% of patients in a single treatment group and SAEs occurring in at least 5% of patients in a single treatment group. †Both groups received riociguat up to 2.5 mg three times daily. ‡At study termination, all patients discontinued riociguat and immediately started the safety follow-up phase. The length of the safety follow-up ranged from 30 days to 120 days.

**Table 3: Common AEs, study drug-related AEs, and SAEs by phases**

riociguat (11 [15%] of 73) than with placebo (three [4%] of 74).

During the long-term extension, 63 patients had adverse events (34 in the former placebo group, 29 in the riociguat group; tables 2, 3). Adverse events leading to discontinuation occurred in a higher proportion of patients switching from placebo to riociguat (four [11%] of 38 vs one [3%] of 32). In the safety follow-up, 76 patients had adverse events (36 in the former placebo group, 40 in the riociguat group; tables 2, 3).

During the main study, 11 patients reported adverse events of special interest. Four patients in the riociguat group and one patient in the placebo group had hypotension. Four patients treated with riociguat and two treated with placebo had haemoptysis (table 3). In the long-term extension, five patients treated with riociguat had adverse events of special interest (two with haemoptysis, three with hypotension, whereas eight patients in the former placebo group had hypotension).

## Discussion

In the RISE-IIP study, riociguat treatment did not improve 6MWD or time to clinical worsening after 26 weeks in patients with PH-IIP. The study was terminated early upon the recommendation of the data monitoring committee because of a higher incidence of deaths, serious adverse events, and adverse event-related drug discontinuations in the main treatment phase in those treated with riociguat than with placebo. During the long-term extension, more patients switching from placebo to riociguat died or experienced a serious adverse event than did patients continuing riociguat.

Although the clinical course and outcomes of the various idiopathic interstitial pneumonias are different, the prognosis of these conditions, particularly idiopathic pulmonary fibrosis and nonspecific interstitial pneumonia, is quite similar once pulmonary hypertension supervenes.[26] This situation provides a rationale for evaluating pulmonary arterial hypertension-targeting drugs in the overall idiopathic interstitial pneumonia population rather than in individual entities, such as idiopathic pulmonary fibrosis.[26] There is precedent for this broader approach in the field of pulmonary arterial hypertension, in which disparate conditions, such as idiopathic pulmonary arterial hypertension and connective tissue disease-related pulmonary arterial hypertension, have been studied as a group. This inclusive strategy not only facilitates trial recruitment, but also enables application of the treatment to a broader group of patients in the event of a positive study. Despite the negative outcome, RISE-IIP has some notable attributes including being the largest study to date addressing the use of pulmonary arterial hypertension-targeting therapy in this group of patients. The

UTC_PH-ILD_010536

unanticipated results of this study underscore the uncertainty surrounding the optimal management of pulmonary hypertension in patients with idiopathic interstitial pneumonia and provide an opportunity to scrutinise the clinical trial design. It is important that we understand the reasons for the increased number of deaths and serious adverse events with riociguat, and apply lessons learned to future studies for this indication. Hypotheses in this regard relate to one of three possibilities: the composition of the patient population, compound-specific issues, or concept-specific issues.

Baseline characteristics of the two treatment groups were well matched. Both groups had low diffusing capacity for carbon monoxide values, suggesting that the population generally constituted patients with advanced disease. This situation is further reflected by the functional status of patients at baseline, with 57 (78%) of 73 patients in the riociguat group and 52 (70%) of 74 patients in the placebo group being in WHO functional class III or IV at baseline. The population appeared to include patients with relatively well-preserved lung volumes and an unfavourable haemodynamic profile, shown by a mean cardiac index in the low to normal range and mean pulmonary arterial pressure well above the qualifying threshold. These characteristics appear to be consistent with an appropriate phenotype of patients, who have more of a pulmonary vascular rather than parenchymal lung disease limitation. However, the relatively well preserved lung volumes seen in the study might also reflect the inclusion of patients with combined pulmonary fibrosis and emphysema. The RISE-IIP study was conceived and completed before the proposed change in the definition of pulmonary hypertension.[6] The new definition proposes the inclusion of patients with mean pulmonary arterial pressure of greater than 20 mm Hg and a pulmonary vascular resistance of at least 3 Wood units.[6,42] Whether this new definition will better identify a treatment-responsive phenotype remains to be seen. Notably, multiple subgroup analyses done in RISE-IIP (including in patients with mean pulmonary arterial pressures of ≤30 mm Hg and >30 mm Hg) did not identify a subgroup with a differential outcome (data not shown, available upon request).

Safety signals seen in RISE-IIP are not consistent with previous phase 3 and post-approval registry experience in pulmonary arterial hypertension and CTEPH. Blood gas analyses and serial 6MWD $SpO_2$ data were similar between the treatment groups, suggesting that riociguat was not associated with increased ventilation to perfusion mismatching. Additionally, none of the deaths were related to adverse events of special interest that could be directly attributed to the drug.

Pulmonary hypertension complicating the course of idiopathic interstitial pneumonia or idiopathic pulmonary fibrosis is associated with worse outcomes. However, association does not always infer causation. Indeed, negative results or failure to reach the primary endpoint in other studies of vasodilators in idiopathic pulmonary fibrosis with or without pulmonary hypertension,[19–23] together with data from RISE-IIP (in which 54 [74%] of 73 patients treated with riociguat were diagnosed with idiopathic pulmonary fibrosis), support the notion that treating patients with idiopathic interstitial pneumonia or idiopathic pulmonary fibrosis with systemic pulmonary vasoactive agents could result in deleterious outcomes. If so, is there a certain phenotype of patients who could benefit from pulmonary vasodilatory therapy and others who might not? Regarding the latter group, some patients in RISE-IIP might have had pulmonary venous involvement due to the fibrotic process, which is a well known contraindication to pulmonary vasoactive agents. In a histology study of lung explants from patients with confirmed idiopathic pulmonary fibrosis undergoing lung transplantation, Colombat and colleagues[42] found that 65% of the study population had signs of pulmonary venous involvement including lung zones distant from the fibrosis. In the present study, post mortem analysis of explanted lungs from two patients and available high-resolution CT data from 65 patients showed no signs of pulmonary venous involvement (data not shown); however, as autopsy data are not available for most patients who died, pulmonary venous involvement cannot be excluded. An additional possibility comes from a prior phase 2 study[16] of riociguat in patients with pulmonary hypertension associated with interstitial lung disease, in which increases in cardiac output were accompanied by a mean pulmonary arterial pressure that was unchanged or even increased. This discordant haemodynamic response to an increased cardiac output from vasodilatory therapy has not been seen in pulmonary arterial hypertension, and points to a so-called stiff or reduced pulmonary vascular bed with little capacity to respond to higher blood flow. This outcome might add to the workload of the right ventricle and partly explain the absence of clinical improvement, and perhaps an increased mortality risk.[25]

In terms of the cause of mortality documented on the case report forms, deaths from pneumonia in RISE-IIP were reported only in patients receiving riociguat. However, there is no known biological rationale for an increased infectious risk with riociguat. Indeed, when patients with advanced PH-IIP are admitted to hospital with increasing dyspnoea or hypoxia, it is often difficult to discern the aetiology. Such patients are likely to be treated for various conditions, including heart failure, pneumonia, and disease exacerbation. This difficulty in distinguishing between respiratory complications led the steering committee of RISE-IIP to include "cardiopulmonary hospitalisation" rather than a more specific definition of "acute exacerbations of disease" (ie, unexplained worsening of dyspnoea over a few weeks and new ground-glass opacification on high-resolution CT scan with a background of lower lobe fibrotic lung disease[5]) as part of the composite endpoint of disease worsening. Admission to

UTC_PH-ILD_010537

**Articles**

hospital has now been shown to be a robust, viable clinical trial endpoint.[44,46]

Several limitations of RISE-IIP should be considered. Patient numbers were small, and early trial termination reduced the sample size in the main phase, limiting the statistical power. Although advantageous to recruitment, there was no centralised collection and review of diagnostic chest CT scans to confirm the diagnosis of idiopathic interstitial pneumonia, evaluate the burden of disease, and exclude patients with emphysema greater than the extent of fibrosis. Additionally, the absence of lung tissue histology from patients who died has hindered post-hoc investigation of the potential cause of increased deaths and serious adverse events seen in patients receiving riociguat.

Several lessons can be learned for future clinical trials in patients with PH-IIP. Firstly, RISE-IIP emphasises the urgent unmet medical need of these patients. Successful inclusion of patients into RISE-IIP shows the feasibility and lays the foundation for future studies in both PH-IIP and idiopathic interstitial pneumonia as a group, rather than idiopathic pulmonary fibrosis alone. The inclusion criteria of RISE-IIP attempted to maintain balance between the extent of permissible fibrosis versus the level of pulmonary hypertension, with thresholds of FVC (≥45%) and mean pulmonary arterial pressure (≥25 mm Hg). These inclusion criteria were intentionally broad as there is a scarcity of definitive data attesting to a specific treatment-responsive phenotype. Although these criteria facilitated robust recruitment, they also enabled patients with relatively mild pulmonary hypertension or more severe fibrosis to be included, potentially affecting the study result. There were, however, no discernible differences in outcomes in RISE-IIP between patients with the most severe pulmonary hypertension and those with milder pulmonary hypertension. The signal from the well preserved lung volumes suggesting the probable inclusion of an unanticipated number of patients with combined pulmonary fibrosis and emphysema highlights the importance of a central review of CT scans for future clinical trial design. This situation also highlights that diagnostic testing beyond pulmonary function testing and haemodynamic variables might be required to identify appropriate patient phenotypes.

When interpreting data from RISE-IIP, it is also important to be aware of differences between the idiopathic interstitial pneumonias and interstitial lung disease associated with connective tissue disease. In PATENT-1 and PATENT-2, riociguat was efficacious and well tolerated in patients with pulmonary arterial hypertension and connective tissue disease, although patients with severe restrictive lung disease (total lung capacity <70% predicted) were excluded. Many patients with connective tissue disease have a component of interstitial lung disease; however, the pathogenesis of interstitial lung disease in connective tissue disease is different from that of the idiopathic interstitial pneumonias.[47-49] Thus, it is important

not to extrapolate results from RISE-IIP to other forms of interstitial lung disease or pulmonary arterial hypertension.

In RISE-IIP, time to clinical worsening was the secondary endpoint, with no difference seen between treatment groups in the proportions of patients experiencing clinical worsening events nor in the time to clinical worsening. There was only one death (pneumonia) as a first clinical worsening event in the riociguat group and none in the placebo group. Notably, although the 6MWD component favoured the treatment group, there were fewer hospitalisation events in the placebo group. This underscores the importance of evaluating the individual components of the composite for any hidden deleterious or salutary signal. Nonetheless, the relatively balanced distribution among these components and the high event rate attest to the potential utility of this composite endpoint. Therefore, another consideration for trial design might be to look beyond the 6MWD and consider composite measures of clinical worsening as the primary endpoint for future PH-IIP studies.

In summary, owing to the absence of efficacy of riociguat in patients with PH-IIP, and the higher number of deaths and serious adverse events with riociguat treatment than with placebo, RISE-IIP was terminated prematurely. There is no discernible reason for the deleterious outcome, but it is clear that the use of riociguat in patients with PH-IIP is now contraindicated.[50]

**Contributors**
SDN drafted the manuscript. JB, HRC, VC, MMH, FJM, TJC, AMK, HL, NM, SU, WAW, ZY, FB, and AUW designed the study, collected and interpreted the data, revised the manuscript, and approved the final version for publication. Statistical analyses were done by the Bayer statistician (FB).

**Declaration of interests**
SDN reports consulting fees from Bayer, and Inova Fairfax Hospital received research funding for work pertaining to the RISE-IIP study. JB reports personal fees from Bayer AG, Boehringer Ingelheim, Actelion, InterMune, and Roche. HRC reports personal fees from MedImmune, Bayer AG, Biogen, Boehringer Ingelheim, Xfibra, Genoa, Gilead, GlaxoSmithKline, Mesoblast, Moerae Matrix, PharmAkea, Promedior, Prometic, Pulmatrix, Pulmonary Fibrosis Foundation, Unity, Aeolus, aTyr Pharmaceuticals, Pfizer, UCB Celltech, GBT, Veracyte, Patara, Samumed, Alkermes, Five Prime, and Takeda. TJC reports grants and personal fees from Boehringer Ingleheim, Roche, Gilead, Bayer, Intermune, and AstraZeneca. VC reports grants and personal fees from Actelion, Bayer AG, Biogen Idec, Boehringer Ingelheim, Gilead, GlaxoSmithKline, Intermune, Merck Sharpe & Dohme, Novartis, Pfizer, Roche, and Sanofi. MMH reports consultancy fees from Actelion, Bayer AG, GlaxoSmithKline, and Pfizer. AMK reports grants and personal fees from Bayer HealthCare. HL reports consulting and personal fees from Actelion Pharmaceuticals, speaker honoraria, personal fees, consulting, and non-financial support from Bayer AG, travel support and personal fees from Merck Sharpe & Dohme; consulting and speaker honoraria and personal fees from GlaxoSmithKline; and consulting and speaker honoraria and personal fees from Pfizer. FJM reports financial support from Forest, Janssen, GlaxoSmithKline, Nycomed/Takeda, Amgen, AstraZeneca, Boehringer Ingelheim, Carden Jennings, CSA Medical, Ikaria/Bellerophon, Genentech, Merck, Novartis, Pearl, Pfizer, Roche, Sunovion, Theravance, Axon, CME Incite, The California Society for Allergy and Immunology, Annenberg, Inova Health System, Integritas, InThought, Miller Medical, The National Association for Continuing Education, Paradigm, Peer Voice, UpToDate, Haymarket Communications, St John's Hospital, St Mary's Hospital, The Western

UTC_PH-ILD_010538

Society of Allergy and Immunology, Informa, Bioscale, Unity Biotechnology, Centocor, Gilead, Promedior, Ikaria, Kadmon, Vertex, Veracyte, The American Thoracic Society, Academic CME, Falco, MedScape, The National Association for Continuing Education, Axon Communication, Genzyme, Johnson & Johnson, Spectrum Health System, University of Texas Southwestern, and Biogen, and grants from US National Institutes of Health and National Heart, Lung and Blood Institute. SU reports personal fees from Bayer, Actelion, Merck Sharpe & Dohme, and Orpha Swiss, and grants from Swiss National Science Foundation, Zürich Lung League, Actelion, and United Therapeutics. AUW reports personal fees from Bayer AG, Roche, and Boehringer Ingelheim. WAW reports grants from Roche, Boehringer Ingelheim, FWO Flanders, and US National Institutes of Health. FB is employed by Bayer HealthCare Pharmaceuticals. ZY was employed by Bayer HealthCare during the conduct of this work and is currently employed by BeiGene (Beijing, China). NM declares no competing interests.

**Data sharing**

Availability of the data underlying this publication will be determined according to Bayer's commitment to the European Federation of Pharmaceutical Industries and Associations and Pharmaceutical Research and Manufacturers of America principles for responsible clinical trial data sharing, pertaining to scope, time point and process of data access. Bayer commits to sharing upon request from qualified scientific and medical researchers patient-level clinical trial data, study-level clinical trial data, and protocols from clinical trials in patients for medicines and indications approved in the USA and European Union as necessary for doing legitimate research. This commitment applies to data on new medicines and indications that have been approved by the European Union and US regulatory agencies on or after Jan 1, 2014. Interested researchers can use www.clinicalstudydatarequest.com to request access to anonymised patient-level data and supporting documents from clinical studies to do further research that can help advance medical science or improve patient care. Information on the Bayer criteria for listing studies and other relevant information is provided in the study sponsors section of the portal. Data access will be granted to anonymised patient-level data, protocols, and clinical study reports after approval by an independent scientific review panel. Bayer is not involved in the decisions made by the independent review panel. Bayer will take all necessary measures to ensure that patient privacy is safeguarded.

**Acknowledgments**

Editorial support was provided by Adelphi Communications (Bollington, UK), paid for by Bayer AG. The authors would like to thank the investigators and patients who participated, Sylvia Nikkho, and the study team and research co-ordinators for their dedicated work.

**References**

1    Antoniou KM, Margaritopoulos GA, Tomassetti S, Bonella F, Costabel U, Poletti V. Interstitial lung disease. *Eur Respir Rev* 2014; **23:** 40–54.

2    Farkas L, Gauldie J, Voelkel NF, Kolb M. Pulmonary hypertension and idiopathic pulmonary fibrosis: a tale of angiogenesis, apoptosis, and growth factors. *Am J Respir Cell Mol Biol* 2011; **45:** 1–15.

3    Travis WD, Costabel U, Hansell DM, et al. An official American Thoracic Society/European Respiratory Society statement: Update of the international multidisciplinary classification of the idiopathic interstitial pneumonias. *Am J Respir Crit Care Med* 2013; **188:** 733–48.

4    Prasad R, Gupta N, Singh A, Gupta P. Diagnosis of idiopathic pulmonary fibrosis: Current issues. *Intractable Rare Dis Res* 2015; **4:** 65–69.

5    Kimura M, Taniguchi H, Kondoh Y, et al. Pulmonary hypertension as a prognostic indicator at the initial evaluation in idiopathic pulmonary fibrosis. *Respiration* 2013; **85:** 456–63.

6    Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF. Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. *Chest* 2006; **129:** 746–52.

7    Shorr AF, Wainright JL, Cors CS, Lettieri CJ, Nathan SD. Pulmonary hypertension in patients with pulmonary fibrosis awaiting lung transplant. *Eur Respir J* 2007; **30:** 715–21.

8    Zisman DA, Ross DJ, Belperio JA, et al. Prediction of pulmonary hypertension in idiopathic pulmonary fibrosis. *Respir Med* 2007; **101:** 2153–59.

9    Nathan SD, Shlobin OA, Barnett SD, et al. Right ventricular systolic pressure by echocardiography as a predictor of pulmonary hypertension in idiopathic pulmonary fibrosis. *Respir Med* 2008; **102:** 1305–10.

10   Minai OA, Santacruz JF, Alster JM, Budev MM, McCarthy K. Impact of pulmonary hemodynamics on 6-min walk test in idiopathic pulmonary fibrosis. *Respir Med* 2012; **106:** 1613–21.

11   Mejía M, Carrillo G, Rojas-Serrano J, et al. Idiopathic pulmonary fibrosis and emphysema: decreased survival associated with severe pulmonary arterial hypertension. *Chest* 2009; **136:** 10–15.

12   Corte TJ, Wort SJ, Gatzoulis MA, Macdonald P, Hansell DM, Wells AU. Pulmonary vascular resistance predicts early mortality in patients with diffuse fibrotic lung disease and suspected pulmonary hypertension. *Thorax* 2009; **64:** 883–88.

13   Rivera-Lebron BN, Forfia PR, Kreider M, Lee JC, Holmes JH, Kawut SM. Echocardiographic and hemodynamic predictors of mortality in idiopathic pulmonary fibrosis. *Chest* 2013; **144:** 564–70.

14   Hoeper MM, Behr J, Held M, et al. Pulmonary hypertension in patients with chronic fibrosing idiopathic interstitial pneumonias. *PLoS One* 2015; **10:** e0141911.

15   Nathan SD, Shlobin OA, Ahmad S, Urbanek S, Barnett SD. Pulmonary hypertension and pulmonary function testing in idiopathic pulmonary fibrosis. *Chest* 2007; **131:** 657–63.

16   Patel NM, Lederer DJ, Borczuk AC, Kawut SM. Pulmonary hypertension in idiopathic pulmonary fibrosis. *Chest* 2007; **132:** 998–1006.

17   Pitsiou G, Papakosta D, Bouros D. Pulmonary hypertension in idiopathic pulmonary fibrosis: a review. *Respiration* 2011; **82:** 294–304.

18   Seeger W, Adir Y, Barbera JA, et al. Pulmonary hypertension in chronic lung diseases. *J Am Coll Cardiol* 2013; **62:** D109–16.

19   Raghu G, Behr J, Brown KK, et al. Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. *Ann Intern Med* 2013; **158:** 641–49.

20   Raghu G, Million-Rousseau R, Morganti A, Perchenet L, Behr J. Macitentan for the treatment of idiopathic pulmonary fibrosis: the randomised controlled MUSIC trial. *Eur Respir J* 2013; **42:** 1622–32.

21   King TE Jr, Behr J, Brown KK, et al. BUILD-1: a randomized placebo-controlled trial of bosentan in idiopathic pulmonary fibrosis. *Am J Respir Crit Care Med* 2008; **177:** 75–81.

22   King TE Jr, Brown KK, Raghu G, et al. BUILD-3: a randomized, controlled trial of bosentan in idiopathic pulmonary fibrosis. *Am J Respir Crit Care Med* 2011; **184:** 92–99.

23   Zisman DA, Schwarz M, Anstrom KJ, Collard HR, Flaherty KR, Hunninghake GW. A controlled trial of sildenafil in advanced idiopathic pulmonary fibrosis. *N Engl J Med* 2010; **363:** 620–28.

24   Corte TJ, Gatzoulis MA, Parfitt L, Harries C, Wells AU, Wort SJ. The use of sildenafil to treat pulmonary hypertension associated with interstitial lung disease. *Respirology* 2010; **15:** 1226–32.

25   Collard HR, Anstrom KJ, Schwarz MI, Zisman DA. Sildenafil improves walk distance in idiopathic pulmonary fibrosis. *Chest* 2007; **131:** 897–99.

26   Raghu G, Rochwerg B, Zhang Y, et al. An Official ATS/ERS/JRS/ ALAT Clinical Practice Guideline: treatment of idiopathic pulmonary fibrosis. An Update of the 2011 Clinical Practice Guideline. *Am J Respir Crit Care Med* 2015; **192:** e3–19.

27   Galiè N, Humbert M, Vachiery JL, et al. 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension: The joint task force for the diagnosis and treatment of pulmonary hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): Endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHT). *Eur Respir J* 2015; **46:** 903–75.

28   Hoeper MM, Halank M, Wilkens H, et al. Riociguat for interstitial lung disease and pulmonary hypertension: a pilot trial. *Eur Respir J* 2013; **41:** 853–60.

29   Ghofrani HA, D'Armini AM, Grimminger F, et al. Riociguat for the treatment of chronic thromboembolic pulmonary hypertension. *N Engl J Med* 2013; **369:** 319–29.

30   Ghofrani HA, Galiè N, Grimminger F, et al. Riociguat for the treatment of pulmonary arterial hypertension. *N Engl J Med* 2013; **369:** 330–40.

UTC_PH-ILD_010539

31  Ghofrani HA, Hoeper MM, Halank M, et al. Riociguat for chronic thromboembolic pulmonary hypertension and pulmonary arterial hypertension: a phase II study. *Eur Respir J* 2010; **36:** 792–99.

32  Beyer C, Zenzmaier C, Palumbo-Zerr K, et al. Stimulation of the soluble guanylate cyclase (sGC) inhibits fibrosis by blocking non-canonical TGFbeta signalling. *Ann Rheum Dis* 2015; **74:** 1408–16.

33  Dees C, Beyer C, Distler A, et al. Stimulators of soluble guanylate cyclase (sGC) inhibit experimental skin fibrosis of different aetiologies. *Ann Rheum Dis* 2015; **74:** 1621–25.

34  Evgenov OV, Zou L, Zhang M, et al. Stimulation of soluble guanylate cyclase attenuates bleomycin-induced pulmonary fibrosis in mice. *Am J Respir Crit Care Med* 2011; **183:** A2715.

35  Geschka S, Kretschmer A, Sharkovska Y, et al. Soluble guanylate cyclase stimulation prevents fibrotic tissue remodeling and improves survival in salt-sensitive Dahl rats. *PLoS One* 2011; **6:** 1–10.

36  Sharkovska Y, Kalk P, Lawrenz B, et al. Nitric oxide-independent stimulation of soluble guanylate cyclase reduces organ damage in experimental low-renin and high-renin models. *J Hypertens* 2010; **28:** 1666–75.

37  Nathan SD, Behr J, Cottin V, et al. Idiopathic interstitial pneumonia-associated pulmonary hypertension: A target for therapy? *Respir Med* 2017; **122:** S10–13.

38  Wells AU. The revised ATS/ERS/JRS/ALAT diagnostic criteria for idiopathic pulmonary fibrosis (IPF)—practical implications. *Respir Res* 2013; **14:** S2.

39  King CS, Brown AW, Shlobin OA, et al. Prevalence and impact of WHO group 3 pulmonary hypertension in advanced idiopathic nonspecific interstitial pneumonia. *Eur Respir J* 2018; **52:** 1800545.

40  Simonneau G, Montani D, Celermajer DS, et al. Haemodynamic definitions and updated clinical classification of pulmonary hypertension. *Eur Respir J* 2019; **53:** 1801913.

41  Nathan SD, Barbera JA, Gaine SP, et al. Pulmonary hypertension in chronic lung disease and hypoxia. *Eur Respir J* 2018; published online Dec 13. DOI:10.1183/13993003.01914-2018.

42  Colombat M, Mal H, Groussard O, et al. Pulmonary vascular lesions in end-stage idiopathic pulmonary fibrosis: Histopathologic study on lung explant specimens and correlations with pulmonary hemodynamics. *Hum Pathol* 2007; **38:** 60–65.

43  Collard HR, Ryerson CJ, Corte TJ, et al. Acute exacerbation of idiopathic pulmonary fibrosis. An International Working Group Report. *Am J Respir Crit Care Med* 2016; **194:** 265–75.

44  Durheim MT, Collard HR, Roberts RS, et al. Association of hospital admission and forced vital capacity endpoints with survival in patients with idiopathic pulmonary fibrosis: analysis of a pooled cohort from three clinical trials. *Lancet Respir Med* 2015; **3:** 388–96.

45  Brown AW, Fischer CP, Shlobin OA, et al. Outcomes after hospitalization in idiopathic pulmonary fibrosis: a cohort study. *Chest* 2015; **147:** 173–79.

46  Ley B, Swigris J, Day BM, et al. Pirfenidone reduces respiratory-related hospitalizations in idiopathic pulmonary fibrosis. *Am J Respir Crit Care Med* 2017; **196:** 756–61.

47  Mathai SC, Danoff SK. Management of interstitial lung disease associated with connective tissue disease. *BMJ* 2016; **352:** h6819.

48  Jee AS, Adelstein S, Bleasel J, et al. Role of autoantibodies in the diagnosis of connective-tissue disease ILD (CTD-ILD) and interstitial pneumonia with autoimmune features (IPAF). *J Clin Med* 2017; **6:** e51.

49  Vij R, Strek ME. Diagnosis and treatment of connective tissue disease-associated interstitial lung disease. *Chest* 2013; **143:** 814–24.

50  Bayer AG. Adempas-US prescribing information. 2017. http://labeling.bayerhealthcare.com/html/products/pi/Adempas_PI.pdf (accessed April 30, 2019).

UTC_PH-ILD_010540

# EXHIBIT 14

Journal of the American College of Cardiology
© 2009 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 54, No. 1, Suppl. S, 2009
ISSN 0735-1097/09/$36.00
doi:10.1016/j.jacc.2009.04.008

# Diagnosis, Assessment, and Treatment of Non-Pulmonary Arterial Hypertension Pulmonary Hypertension

Marius M. Hoeper, MD,* Joan Albert Barberà, MD,† Richard N. Channick, MD,‡
Paul M. Hassoun, MD,§ Irene M. Lang, MD,‖ Alessandra Manes, MD, PHD,¶
Fernando J. Martinez, MD,# Robert Naeije, MD, PHD,** Horst Olschewski, MD,††
Joanna Pepke-Zaba, PHD,‡‡ Margaret M. Redfield, MD, PHD,§§ Ivan M. Robbins, MD,‖‖
Rogério Souza, MD,¶¶ Adam Torbicki, MD, PHD,## Michael McGoon, MD***

*Hannover, Germany; Barcelona, Spain; La Jolla, California; Baltimore, Maryland; Vienna and Graz, Austria;
Bologna, Italy; Ann Arbor, Michigan; Brussels, Belgium; Cambridge, United Kingdom; Rochester, Minnesota;
Nashville, Tennessee; São Paulo, Brazil; and Warsaw, Poland*

**EXHIBIT 4**
**Planet Depos, LLC**

The 4th World Symposium on Pulmonary Hypertension was the first international meeting to focus not only on
pulmonary arterial hypertension (PAH) but also on the so-called non-PAH forms of pulmonary hypertension (PH).
The term "non-PAH PH" summarizes those forms of PH that are found in groups 2 to 5 of the current classifica-
tion of PH, that is, those forms associated with left heart disease, chronic lung disease, recurrent venous throm-
boembolism, and other diseases. Many of these forms of PH are much more common than PAH, but all of them
have been less well studied, especially in terms of medical therapy. The working group on non-PAH PH focused
mainly on 4 conditions: chronic obstructive lung disease, interstitial lung disease, chronic thromboembolic PH,
and left heart disease. The medical literature regarding the role of PH in these diseases was reviewed, and rec-
ommendations regarding diagnosis and treatment of PH in these conditions are provided. Given the lack of ro-
bust clinical trials addressing PH in any of these conditions, it is important to conduct further studies to establish
the role of medical therapy in non-PAH PH.     (J Am Coll Cardiol 2009;54:S85–96) © 2009 by the American
College of Cardiology Foundation

Previous international meetings on pulmonary hyperten-
sion (PH) have focused predominantly on pulmonary
arterial hypertension (PAH), a form of PH that is usually
severe but overall quite rare. The 4th World Symposium
was the first to assign a working group to address in detail
the so-called non-PAH forms of PH, that is, those forms
of PH that are encountered in patients with chronic

From the *Department of Respiratory Medicine, University of Hannover Medical
School, Hannover, Germany; †Department of Respiratory Medicine, Hospital Clinic,
CIBERES, University of Barcelona, Barcelona, Spain; ‡Division of Pulmonary and
Critical Care Medicine, University of California, San Diego, La Jolla, California;
§Department of Medicine, Pulmonary and Critical Care Medicine, Johns Hopkins
University School of Medicine, Baltimore, Maryland; ‖Division of Cardiology,
Medical University of Vienna, Vienna, Austria; ¶Institute of Cardiology, University
of Bologna, Bologna, Italy; #Division of Pulmonary and Critical Care Medicine;
University of Michigan Health System, Ann Arbor, Michigan; **Department of
Pathophysiology, Free University of Brussels, Brussels, Belgium; ††Department of
Pulmonology, Medical University of Graz, Graz, Austria; ‡‡Pulmonary Vascular Disease
Unit, Papworth Hospital, Cambridge, United Kingdom; §§Department of Cardiology,
Mayo Clinic, Rochester, Minnesota; ‖‖Department of Allergy, Pulmonary and Critical
Care Medicine; Vanderbilt University Medical Center, Nashville, Tennessee; ¶¶Pulmo-
nary Department, Heart Institute, University of São Paulo Medical School, São Paulo,
Brazil; ##Department of Chest Medicine, Institute of Tuberculosis and Lung
Diseases, Medical University of Warsaw, Warsaw, Poland; and the ***Department of
Cardiovascular Medicine, Mayo Clinic, Rochester, Minnesota. Please see the end of
this article for each author's conflict of interest information.

Manuscript received February 6, 2009; accepted April 15, 2009.

obstructive pulmonary disease (COPD), interstitial lung
disease (ILD), left heart disease (LHD), venous throm-
boembolism, and other conditions. It is a paradox in the
field of PH that one of the less common forms, that is,
PAH, has been extensively studied, whereas fewer data
are available on other types of PH, many of which are far
more common. At the same time, drugs with proven
efficacy in PAH (1–3) are being increasingly used in other
forms of PH, despite the virtual absence of clinical trials
supporting this approach.

Pulmonary hypertension in chronic lung disease sub-
sumes COPD, ILD, and other diffuse parenchymal lung
diseases such as sarcoidosis, connective tissue disease, or
pulmonary Langerhans cell histiocytosis. Space limitation
prevents a discussion of the rarer diseases, such as sarcoid-
osis and pulmonary Langerhans cell histiocytosis, which are
often associated with clinically relevant PH (4).

## Epidemiology, Features, and Importance of PH in COPD

The prevalence of PH in COPD depends on the population
under study, the definitions applied, and the tools used to
evaluate patients (5). Most hemodynamic studies have been

**Abbreviations
and Acronyms**

$BNP$ = brain natriuretic
peptide

$COPD$ = chronic
obstructive pulmonary
disease

$CT$ = computed
tomography

$CTEPH$ = chronic
thromboembolic pulmonary
hypertension

$DLCO$ = diffusion capacity
of the lung for carbon
monoxide

$ERA$ = endothelin receptor
antagonist

$FEV_1$ = mean forced
expiratory volume in 1 s

$ILD$ = interstitial lung
disease

$IPF$ = idiopathic pulmonary
fibrosis

$LHD$ = left heart disease

$LV$ = left ventricular

$mPAP$ = mean pulmonary
artery pressure

$PAH$ = pulmonary arterial
hypertension

$PCWP$ = pulmonary
capillary wedge pressure

$PDE-5$ =
phosphodiesterase-5

$PEA$ = pulmonary
endarterectomy

$PH$ = pulmonary
hypertension

$PVR$ = pulmonary vascular
resistance

$RCT$ = randomized
controlled trial

$RHC$ = right heart
catheterization

$RV$ = right ventricular

$SPAP$ = systolic pulmonary
arterial pressure

$TR$ = tricuspid
regurgitation

performed in patients with advanced disease. Three recent studies have provided data in large series of patients, the majority of them in the Global initiative for chronic Obstructive Lung Disease (GOLD) IV stage. In 1 study among 120 patients with severe emphysema (mean forced expiratory volume in 1 s [$FEV_1$], 27% predicted) undergoing evaluation for lung volume reduction surgery (6), the incidence of PH, defined as a mean pulmonary artery pressure (mPAP) >20 mm Hg, was 91%, although in the majority of patients (86%), it was in the mild-to-moderate range (mPAP 20 to 35 mm Hg). Only 5% of the patients showed an mPAP >35 mm Hg. The correlation between mPAP and lung function was weak ($FEV_1$, $r^2 = 0.11$ and $PaO_2$, $r^2 = 0.03$). The mPAP was more closely related to pulmonary capillary wedge pressure (PCWP) ($r^2 = 0.32$), which was mildly elevated in the majority of patients, suggesting the presence of diastolic left ventricular (LV) dysfunction in advanced COPD. However, gas trapping with elevated intrathoracic pressures may be an alternative explanation for the increased PCWP.

In a retrospective analysis of pulmonary hemodynamic studies in 998 COPD patients (7), 27 patients had severe PH, defined as an mPAP $\geq$40 mm Hg. Of the 27, 16 had alternative explanations for PH. Among the remaining 11 (1.1% of the whole group), COPD was the only identifiable cause of PH. This subset of patients had only moderate airway obstruction ($FEV_1$ 50% predicted), but at the same time, they showed severe hypoxemia, hyperventilation, and a very low diffusion capacity of the lung for carbon monoxide (DLCO). The survival time of these patients was much shorter than in the other patients. These findings indicate that there is a subset of COPD patients with "out of proportion" PH sharing some clinical features with idiopathic PAH.

In a study of 215 patients with severe COPD ($FEV_1$ 24% predicted) who were candidates for lung volume reduction surgery or lung transplantation, PH, defined as an mPAP >25 mm Hg, was present in 50%, although it was mostly mild (mPAP 26 to 35 mm Hg) (8). In 9.8% of these patients, PH was considered moderate (mPAP 36 to 45 mm Hg), and in 3.7%, severe (mPAP >45 mm Hg). Cluster analysis identified a subset of patients with moderate impairment of airway function, high PAP, and severe arterial hypoxemia, further supporting the concept of the existence of a subgroup of COPD patients with moderate airflow obstruction and "out of proportion" PH.

The overall burden of PH in patients with COPD is substantial. If 1% of patients with advanced COPD have severe PH with mPAP >40 mm Hg (7), extrapolation from the U.S. or French prevalence figures on COPD suggests a prevalence of severe PH in COPD patients of 3 to 17 per million, similar to the prevalence of PAH (9). However, with an mPAP cutoff of 35 mm Hg rather than 40 mm Hg, the prevalence of out-of-proportion PH in advanced COPD increases by a factor of approximately 5 to 10. When all patients with mPAP >20 mm Hg are taken into account, the population-based prevalence of PH in COPD could be in the range of 100 to 150 per million.

The hemodynamic features of PH in COPD differ from those seen in PAH. In general, the degree of PH is low to moderate in magnitude, with mPAP rarely exceeding 35 to 40 mm Hg. Both right atrial pressure and PCWP tend to be normal or mildly elevated (10–13). The rate of progression of PH in COPD is slow, with an annual increase in mPAP of 0.4 to 0.7 mm Hg per year (14,15). Patients with COPD often develop right ventricular (RV) diastolic dysfunction with elevated RV filling pressures resulting in fluid retention and edema, especially during COPD exacerbations. Cardiac output in COPD is usually preserved and may increase during exacerbation episodes. Right ventricular forward failure, that is, low cardiac output as commonly seen in end-stage PAH, is exceedingly rare in COPD-associated PH, and death from right heart failure is a rarity in this group of patients.

Numerous studies have shown that the presence of even mild PH is of prognostic relevance in patients with COPD. A longitudinal 7-year study of 50 patients with COPD showed that survival was inversely related to pulmonary vascular resistance (PVR) (13). In a 15-year follow-up study with 200 patients (16), the presence or absence of PH was one of the strongest predictors of mortality. In a 1981 study of 175 patients with COPD (10), those with mPAP >20 mm Hg had shorter survival time than those in whom PAP was normal. A more recent study involving 84 patients receiving long-term oxygen therapy observed that mPAP was the best predictor of mortality (17). The 5-year survival rate was 36% in patients with mPAP >25 mm Hg, whereas in patients with mPAP <25 mm Hg the survival rate was 62%. In this study neither the $FEV_1$ nor the degree of hypoxemia or hypercapnia had prognostic value.

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85–96

## Epidemiology, Features, and Importance of PH in ILD

The term "ILD" summarizes a heterogeneous group of lung diseases with similar clinical, radiographic, and physiologic manifestations. The prevalence of PH in patients with ILD varies greatly as a function of the underlying disease and the diagnostic mode used to identify PH. The most extensive data have been published in idiopathic pulmonary fibrosis (IPF).

The incidence and prevalence of PAH in IPF remain unclear, with widely varying estimates. The differences reflect varying patient populations, varying underlying disease severity, and differing diagnostic modalities. In general, studies of patients undergoing assessment for lung transplantation have suggested a higher prevalence of PH. In one early study of ventricular dysfunction and tricuspid regurgitation (TR) in patients evaluated for lung transplantation, 50 of 77 IPF patients had echocardiographic evidence of RV dysfunction (18). Another study retrospectively identified an estimated systolic pulmonary arterial pressure (SPAP) >35 mm Hg in 84% of 88 patients and >50 mm Hg in 16% (19). The combination of emphysema in the upper lung zones and pulmonary fibrosis in the lower lobes on high-resolution computed tomography (CT) of the chest seems to be associated with a higher prevalence of PH (20,21). Echocardiographic data are difficult to interpret because the operating characteristics of echocardiography to estimate SPAP in patients with advanced lung disease seem to be quite poor (22).

Recent studies have used right heart catheterization (RHC) to accurately measure pulmonary pressures in IPF patients. Two retrospective analyses of IPF patients undergoing RHC reported PH (defined as mPAP >25 mm Hg) in 31.6% (23) and 33.9% (24) of the patients, respectively. In the United Network for Organ Sharing and the Organ Procurement and Transplant Network registries for IPF patients listed for lung transplantation between January 1995 and June 2004 (25), 2,525 of the 3,457 patients listed had RHC results available. Of these, 932 (37.0%) had an mPAP ≥25 mm Hg, whereas 231 (9.1%) had an mPAP >40 mm Hg. Among 70 IPF patients evaluated prospectively (26), PH (resting mPAP >25 mm Hg) was detected in only 6 patients (8.1%) at baseline.

Several groups have emphasized the prognostic importance of PAH complicating IPF. Echocardiographically defined PH (SPAP >50 mm Hg) has been associated with impaired survival (19). Echocardiographically defined PH in IPF patients with superimposed emphysema negatively influences survival (20). In IPF patients undergoing RHC before listing for lung transplantation, the presence of PAH correlated linearly with mortality (23). In a prospective study, an mPAP >17 mm Hg was predictive of mortality (26).

## Assessment of PH in Chronic Lung Disease

Dyspnea and fatigue are symptoms of chronic lung disease as well as PH. Thus, patients with chronic lung diseases should be evaluated for PH when the symptoms are more severe than one would expect from lung function data, or when signs of right heart failure develop. Suspicion of PH should be high if clinical deterioration is not matched by a decline in pulmonary function. Profound hypoxemia, hyperventilation, and a low DLCO are indicators of PH.

Once PH is suspected, patients should be evaluated by Doppler echocardiography. A measurable TR velocity, however, is less likely to be observed in patients with COPD than in patients with PAH, ranging between 24% and 77% (27–29). Even if a TR jet is available, echocardiographic estimates of the PA pressure are often inaccurate, and both false-positive and -negative results have been reported. In 2 large series comparing echocardiographic data and findings from RHC in patients with chronic lung disease, the positive predictive values of echocardiography were 32% and 68%, respectively, and the negative predictive values were 93% and 67%, respectively (22,30). The results are somewhat better but still suboptimal in patients with ILD (22).

Plasma levels of brain natriuretic peptide (BNP) or N-terminal pro-brain natriuretic peptide (NT-proBNP) have also been evaluated as predictors of PH in patients with lung disease (31,32), but these biomarkers lack sensitivity, especially for milder forms of PH, and specificity, because elevated levels may also reflect LHD.

Given the limitations of echocardiography and biomarkers, RHC remains the standard for the diagnosis of PH. This is of particular relevance for patients who also suffer from some degree of LV dysfunction, which seems to be a common comorbidity and may contribute to the clinical features of cor pulmonale.

## Treatment of PH in Patients With Chronic Lung Disease

It is self-evident that the underlying lung disease should be optimally treated according to relevant guidelines (33,34). Summarizing these recommendations is beyond the scope of this article. We will focus exclusively on the use of PH-targeted medication in patients with lung disease. So far, no large randomized controlled trials (RCTs) addressing the long-term effects of drugs targeting PH have been performed in patients with chronic lung disease. Patients with advanced lung disease, that is, those with total lung capacities <70% predicted and $FEV_1$/forced vital capacity ratios <50% to 60% have been excluded from RCTs in the field of PAH. There is not sufficient evidence showing that drugs approved for the treatment of PAH, that is, endothelin receptor antagonists (ERAs), phosphodiesterase-5 (PDE-5) inhibitors, and prostanoids, are safe and effective in patients with chronic lung disease–associated PH. This is

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85-96

true for patients with advanced chronic lung disease and mild PH as well as for patients with severe PH in the setting of chronic lung disease, independent of its severity.

Any pulmonary vasodilator has the potential to worsen gas exchange in patients with chronic lung disease, and the effects of these drugs may vary substantially depending on whether the underlying disease has obstructive or restrictive features (35). Short-term studies have been performed in ILD patients with sildenafil (36), bosentan (37), and inhaled iloprost (38), and these drugs had no adverse effects on oxygenation. In contrast, unpublished data suggest that sildenafil may worsen oxygenation in patients with COPD and PH (39), and it has been shown that sildenafil can inhibit hypoxic pulmonary vasoconstriction (40). In another study in COPD patients, sildenafil did not improve stroke volume at rest or during exercise (41). A small RCT with bosentan in patients with COPD and mild PH found a significant deterioration of the $PaO_2$. At the same time, there was no improvement in exercise capacity, peak oxygen uptake, and health-related quality of life (42). All in all, much more evidence is needed before the use of PH-targeted drugs can be recommended for certain subpopulations of patients with chronic lung disease.

### Working Group Recommendations for PH in Chronic Lung Disease (COPD, ILD, and Other Forms)

#### Diagnosis and assessment of PH in chronic lung disease

- In patients with chronic lung disease, the presence of PH should be suspected when the symptoms are more severe than expected based on lung function data, or when signs of right heart dysfunction are present. Profound hypoxemia, hyperventilation, or low DLCO values can be indicators of PH (E/A). (Please refer to Barst et al. [43] for an explanation of the evidence-based grading system.)
- Doppler echocardiography remains the most useful non-invasive tool for assessing the presence of PH in patients with chronic lung disease, but both false-positive and false-negative results are not uncommon (E/B).
- Biomarkers such as BNP or NT-proBNP need to be further evaluated. They seem to be useful screening tools for the presence of PH in patients with chronic lung disease, although they lack sensitivity and specificity (E/B).
- If the presence of PH is going to affect the management of a patient with chronic lung disease, confirmation by RHC is recommended (E/A).
- Patients with chronic lung disease and severe PH (i.e., mPAP >35 mm Hg and/or signs of right heart failure) should be referred to a center with expertise in PH (E/A).
- The use of RHC is strongly recommended in clinical trials studying patients with chronic lung disease and PH to categorize the patients under study and to identify subpopulations likely to benefit from PH-targeted drug therapy (E/A).

### Treatment of PH in chronic lung disease

- The underlying lung disease should be optimally treated according to the respective guidelines, including the use of long-term oxygen therapy in patients with chronic hypoxemia (E/A).
- There is no sufficient evidence that the drugs currently used for PAH are safe and effective in patients with PH associated with chronic lung disease (E/A).
- Patients with PH and chronic lung disease should be treated in the setting of clinical trials whenever possible (E/A).
- PH in various lung diseases should be studied separately, because patients with COPD and PH may respond differently to medical therapy than patients with ILD and PH (E/A).
- Registries are needed to obtain data from patients with very rare conditions (E/A).
- The use of drugs currently approved for PAH in patients with chronic lung disease is not recommended until further data are available (E/B).

**Clinical trial strategy for PH in chronic lung disease.** It is unlikely that patients with end-stage lung disease are going to derive a substantial benefit from PH treatment. In contrast, patients with mild-to-moderate chronic lung disease but severe PH may be good candidates for clinical trials with drugs targeting the pulmonary vascular component. Because one would not expect all subpopulations of patients with chronic lung disease to respond similarly to PH medications, it is crucial that the patients under study be carefully evaluated and characterized: this will include the use of RHC to define the severity of PH and the hemodynamic profile.

A 2-step approach is recommended to evaluate drugs targeting PH in the setting of chronic lung disease.

- Step 1. Safety, proof-of-concept, and preliminary efficacy: important safety parameters include vital signs and blood gases (both $PaO_2$ and $PaCO_2$). Preliminary efficacy can be assessed by hemodynamics, exercise capacity (i.e., 6-min walk test), peak oxygen uptake, and ventilator efficacy measured during cardiopulmonary exercise testing, and improvement of oxygenation at rest and during exercise (E/A).
- Step 2. Long-term safety and efficacy: prevention of clinical worsening (i.e., morbidity and mortality), improvements in exercise capacity and quality of life (E/A).

**Chronic thromboembolic pulmonary hypertension (CTEPH).** CTEPH results from obstruction of the pulmonary vascular bed by nonresolving thromboemboli. It has been estimated that there are 2,500 new cases of CTEPH each year in the U.S. (44). In a prospective study following survivors of acute pulmonary embolism, 3.8% of patients developed CTEPH within 2 years (45). However, up to 40% of patients with CTEPH have not had a clinically apparent acute pulmonary embolic episode (46–48). Sple-

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85-96

nectomy, ventriculoatrial shunt for the treatment of hydrocephalus, chronic central intravenous lines, inflammatory bowel disease, and osteomyelitis seem to be risk factors for developing CTEPH (49). However, the absence of such a history does not rule out CTEPH. Novel interesting concepts are derived from the observation of abnormal (lysisresistant) fibrinogen variants underlying clot nonresolution in CTEPH (50).

CTEPH differs from PAH by its major vessel involvement of the vascular remodeling process (51), which can be approached surgically by pulmonary endarterectomy (PEA); this has evolved over 4 decades to become the treatment of choice (52,53). The outcomes of PEA with regard to functional status, quality of life, hemodynamics, and RV function have been very favorable, including normalization of hemodynamics and exercise capacity in frequent cases. However, small vessel arteriopathy is variably present in CTEPH (54,55), and small vessel lesions are an important determinant of the outcome after PEA.

**Diagnosis of CTEPH.** The recommended strategy for diagnosis and evaluation of CTEPH is shown in Figure 1 (55).

The perfusion lung scan is the examination of choice for ruling out CTEPH. A normal or low-probability perfusion scan in a patient with PH effectively rules out CTEPH. Patients with operable CTEPH typically have at least 1 segmental or larger perfusion defect with normal or near-normal ventilation (56,57). However, the complete absence of perfusion to 1 lung should raise suspicion for other processes, such as malignancy, mediastinal fibrosis, congenital absence of the pulmonary artery, or vasculitis.

Contrast-enhanced chest CT findings in CTEPH include the following: chronic thromboembolic material within the central pulmonary arteries, increased bronchial artery collateral flow, variability in the size and distribution of pulmonary arteries, parenchymal abnormalities consistent with prior infarcts, and mosaic attenuation of the pulmonary parenchyma (55). Chest CT scanning is also useful in ruling out significant underlying fibrotic or emphysematous disease, obstructing tumors, mediastinal fibrosis, or lymphadenopathy that could mimic chronic thromboembolic disease. Although a negative CT scan does not rule out the diagnosis of CTEPH, new-generation multirow CT scanners are expected to provide improved diagnostic accuracy.

Pulmonary angiography is still considered the standard diagnostic tool in the evaluation of CTEPH. Characteristic angiographic findings include pouching, webs or bands with or without post-stenotic dilation, intimal irregularities, abrupt narrowing, or total occlusion of segmental or larger branches (58). When performed by experienced individuals, angiography is safe, even in patients with severe hemodynamic impairment (59).

Right heart catheterization for full hemodynamic assessment is mandatory in the workup of CTEPH. The presence of PH indicates a hemodynamic consequence of chronic thromboemboli. In addition, assessment of the degree of right-sided heart failure by measuring right atrial pressure,

cardiac output, and mixed venous $O_2$ saturation is important in determining severity of disease and risk from surgical intervention.

Other techniques with reported utility in evaluating CTEPH include pulmonary angioscopy (60), assessment of pulmonary artery pulse pressure and reflectance (61,62), and magnetic resonance imaging (63,64).

**Treatment of CTEPH.** Patients with CTEPH should receive lifelong anticoagulation adjusted to a target international normalized ratio between 2.0 and 3.0 to prevent recurrence of thromboembolic events. Figure 2 is a treatment algorithm for CTEPH.

SURGICAL THERAPY.  The goal of PEA is to improve pulmonary hemodynamics, exercise capacity, symptoms, and survival. The procedure may be curative in appropriately selected patients. For details regarding patient selection and the procedure itself, please refer to the paper by Keogh et al. (65) in this issue of the *Journal.*

MEDICAL THERAPY.  Although surgical intervention with PEA is the preferred treatment in appropriate candidates, pharmacotherapy may be beneficial in certain contexts: 1) in patients with predominantly distal disease that is not surgically accessible; 2) when surgery is contraindicated because of prognostically significant comorbidity; 3) in patients who are at high risk because of extremely poor hemodynamics before PEA (bridging to PEA); and 4) in patients with persistent or residual PH after PEA (54).

**Patients with inoperable disease or with persistent or recurrent PH after PEA.** Elevation of PVR out of proportion to what is attributable to mechanical thrombus obstruction is occasionally seen and signals a significant and in some cases inoperable extent of peripheral vasculopathy. High PVR is associated with poor outcome in terms of both survival and persistent PH. In addition, approximately 10% to 15% of patients show persistent or residual PH after PEA surgery, with or without concomitant diminished functional capacity; these individuals may benefit from adjunctive medical treatment (66).

Several open-label studies with prostanoids, ERAs, and PDE-5 inhibitors have been performed in patients with CTEPH, and most suggest hemodynamic and clinical improvement (67–70). Some open-label studies suggest improved survival with medical therapies compared with historical controls (71,72). However, only 1 large RCT has so far been performed in patients with inoperable CTEPH: the BENEFiT (Bosentan Effects in iNopErable Forms of chronIc Thromboembolic pulmonary hypertension) study (73). This first randomized controlled study in inoperable CTEPH patients showed that treatment with bosentan significantly reduced PVR and NT-proBNP at week 16, but the 6-min walk distance remained unchanged, and there was no treatment effect on time to clinical worsening. Further studies are required to determine whether medical therapy offers a substantial benefit in various CTEPH populations.



**Figure 1** **Diagnostic Imaging Algorithm for CTEPH**

*Pulmonary angiography is usually performed in conjunction with right heart catheterization and should be performed at centers experienced with chronic thromboembolic pulmonary hypertension (CTEPH) and pulmonary endarterectomy. Modified, with permission, from Hoeper et al. (54). CT = computed tomography of the chest; MR = magnetic resonance.

**Pre-PEA bridging therapy.** The concept of introducing medical treatment as a therapeutic bridge between CTEPH diagnosis and PEA was initially proposed for continuous intravenous epoprostenol (74,75). A significant proportion of CTEPH patients undergoing PEA are hemodynamically unstable in the pre-operative period, to the point where risks from surgery in general are significantly heightened. Under these circumstances, effective medical therapy may improve pre-operative hemodynamics and stability, furthering post-operative stability. On the other hand, delay in surgery may be detrimental. Thus, the use of medical therapy and the timing of surgery should be discussed with the surgeon to make sure that risks are balanced.

### Working Group Recommendations for CTEPH

#### Diagnosis and assessment of CTEPH

- Perfusion scintigraphy should be performed in all patients with unexplained PH because a normal or near-normal perfusion pattern virtually excludes CTEPH (E/A).
- Patients with a history or findings suggesting CTEPH should be evaluated at a center with expertise in this condition. A surgeon experienced in PEA surgery should be available at this center, or a close collaboration with such a surgeon should exist (E/A).
- Pulmonary angiography to assess operability should be performed at the center where surgery would be per-

formed or at centers with an established cooperation with a surgical center (E/A).

### Treatment of CTEPH

- Surgical PEA is the preferred treatment of CTEPH because it is potentially curative (E/A).
- The decision of whether or not a patient is a candidate for PEA surgery should involve a multidisciplinary team that includes at least 1 surgeon with substantial experience in this procedure (E/A).
- In severely compromised patients with surgically accessible disease but for whom surgery must be delayed, pre-operative medical therapy with prostanoids, ERAs, or PDE-5 inhibitors may be used to improve hemodynamics and clinical performance before surgery, but this approach needs to be adjusted with the responsible surgeon (E/B).
- Patients with predominantly peripheral (i.e., inoperable) disease may be candidates for medical therapy and should be considered for enrollment in clinical trials whenever possible (E/A).
- Preliminary data suggest that drugs currently approved for PAH may have beneficial effects in patients with CTEPH, but as long as there are no robust data from RCTs, the decision of whether or not to treat CTEPH

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85-96



**Figure 2**    Treatment Algorithm for CTEPH

Modified, with permission, from Hoeper et al. (54). CTEPH = chronic thromboembolic
pulmonary hypertension; PEA = pulmonary endarterectomy; PVR = pulmonary vascular resistance

patients with these drugs should be restricted to centers experienced in the management of this disease (E/B).

**Clinical trial strategy for CTEPH.** There is no doubt that drugs used in PAH, such as prostanoids or PDE-5 inhibitors, improve hemodynamics in CTEPH. The question is whether administration of these drugs also improves meaningful clinical end points such as exercise capacity, quality of life, time to clinical worsening, and survival. At least 2 different scenarios require further investigation:

- Patients with operable disease but severe hemodynamic impairment (i.e., PVR $>\sim$1,000 dyne·s·cm$^{-5}$): these patients have an elevated perioperative risk, and it is unclear whether a limited period of medical treatment to improve hemodynamics also improves outcome when compared with immediate surgery. This problem is extremely difficult to study because a blinded placebo-controlled study might be considered unethical. Thus, this question should be addressed in a carefully designed open study involving only centers with broad experience in the surgical and medical management of CTEPH patients (E/B).
- Patients with peripheral (inoperable) disease and those with persistent or recurrent PH after PEA surgery are good candidates for clinical trials. The questions that need to be answered are whether medical therapy improves exercise capacity and quality of life and whether it delays time to clinical worsening (E/A).

## PH Associated With LHD

LHD is one of the most common causes of PH. It may be caused by chronic heart failure attributable to LV dysfunction of systolic or diastolic origin or by valvular diseases, predominantly mitral valve disorders (76). Up to 60% of patients with severe LV systolic dysfunction and up to 70% of patients with isolated LV diastolic dysfunction may develop PH, and the presence of PH is associated with a poor prognosis in these patient populations (77-79).

Pulmonary hypertension with PVR >2 mm Hg/l/min (Wood units) has been reported in up to 50% of patients referred to transplant clinics (79). Pulmonary hypertension and RV dysfunction carry a poor prognosis for patients with chronic heart failure (80). In one study, the mortality rate after 28 months was 57% in patients with left heart failure and moderate PH, compared with 17% in patients without PH (81). Patients with a transpulmonary gradient ≥16 mm Hg have an increased risk of post-operative RV failure after heart transplantation (82).

The pathogenesis of PH in LHD is complex. There is a passive (pulmonary venous) component in response to increased left atrial pressure (83). In some patients, a superimposed active component caused by pulmonary arterial vasoconstriction and vascular remodeling may lead to a further increase in PAP.

| Table 1 | **Risk Factors Favoring Diagnosis of Diastolic Heart Failure** |
|---|---|

**Clinical features**

  Age >65 yrs

  Elevated systolic blood pressure

  Elevated pulse pressure

  Obesity

  Hypertension

  Coronary artery disease

  Diabetes mellitus

  Atrial fibrillation

**Echocardiography**

  Left atrial enlargement

  Concentric remodeling (relative wall thickness >0.45)

  Left ventricular hypertrophy

  Elevated left ventricular filling pressures (grade II to IV diastolic dysfunction)

**Interim evaluation (after echocardiography)**

  Symptomatic response to diuretic drugs

  Exaggerated increase in systolic blood pressure with exercise

  Re-review of chest radiograph consistent with heart failure

**Diagnosis and assessment of PH associated with LHD**
In many cases, the presence of LHD is obvious, given the patient's history and the echocardiographic findings. Sometimes, however, it can be extremely difficult to distinguish between PH caused by diastolic LV dysfunction and PAH. Risk factors of LV dysfunction are outlined in Table 1.

Echocardiographic findings suggestive of diastolic LV dysfunction include the presence of a dilated left atrium, atrial fibrillation, abnormal mitral inflow pattern, and LV hypertrophy (84). Although echocardiography provides important information, invasive measurements of PCWP or LV end-diastolic pressure may be required to document the presence of elevated LV filling pressures (84). However, resting PCWP and LV end–diastolic pressure can be normal despite LV diastolic dysfunction, especially when patients have been treated with diuretics. Exercise or volume challenge has been proposed to identify occult LV dysfunction, but these tools have not been fully standardized and require further evaluation. An elevated transpulmonary gradient (mPAP−mean PCWP) >12 mm Hg is suggestive of active PH, that is, a pre-capillary component of PH (84). Figure 3 depicts a suggested diagnostic strategy to discriminate between pulmonary arteriopathy and PH related to diastolic heart failure or "heart failure with normal ejection fraction."

Vasoreactivity tests using compounds with inotropic and/or systemic and/or pulmonary vasodilator activities have been recommended in heart transplant candidates to determine whether this procedure is feasible in patients with LHD and PH. However, there is no internationally accepted standard protocol for this procedure, and the criteria for operability or nonoperability, respectively, need to be further evaluated and standardized.



| Figure 3 | **Diagnostic Approach to Distinguish Between PAH and PH Caused by Diastolic Left Heart Disease** |
|---|---|

See Table 1 for risk factors for diastolic heart failure. DHF = diastolic heart failure; Dx = diagnosis; EF = ejection fraction; HF = heart failure; NTG = nitroglycerine; OMT = optimized medical therapy; PAH = pulmonary arterial hypertension; PCWP = pulmonary capillary wedge pressure; PH = pulmonary hypertension; PVR = pulmonary vascular resistance; RCT = randomized controlled trial; RHC = right heart catheterization; WU = Wood units.

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85-96

Hoeper *et al.*    **S93**
Diagnosis, Assessment, and Treatment of Non-PAH PH

**Treatment of PH associated with LHD.** Optimal correction of the underlying substrate is a necessary first step in management because treatment of LHD may decrease PH (85). Careful attention must be paid to optimize LV filling pressures (86). In valvular heart disease such as mitral stenosis, post-operative reduction of PCWP may lead to a rapid reduction of PAP in both passive and active PH (87). However, the reduction may be incomplete, despite the normalization of the PCWP, in cases with PH caused by chronic pathological obstructive changes. This component may require weeks to months to regress, even after successful valve surgery (87). In the majority of patients, an almost complete normalization of PH is expected.

There is an ongoing debate regarding whether drugs used in PAH, that is, ERAs, PDE-5 inhibitors, or prostanoids, may be useful in patients with LHD and PH, especially when PH becomes severe and dominates the clinical picture. Theoretical concerns about this approach include the possibility of causing pulmonary edema when pulmonary vasodilators are administered to patients with elevated LV filling pressures. This potentially adverse effect, however, may be offset when the concomitant treatments reduce LV afterload and LV filling pressures.

Virtually no data from long-term RCTs address the population of patients with LHD and PH. Inhaled nitric oxide and prostanoids exert favorable acute hemodynamic effects in these patients (88–90). However, it is of concern that a study of epoprostenol in heart failure showed a higher mortality in the active treatment group (91). Large trials with ERAs in patients with LHD have also failed to show beneficial long-term effects, although these trials did not look specifically at the subset of patients with LHD and PH (92,93). The PDE-5 inhibitor sildenafil improves systolic and diastolic LV function as well as systemic vasoreactivity in experimental models of heart failure, making it a promising agent for future studies in patients with LHD and PH (94,95). Results of recent small studies suggest that sildenafil may improve exercise capacity and quality of life in patients with PH caused by LHD (96–98). However, long-term data from carefully designed clinical studies are required before sildenafil can be recommended for patients with LHD and PH because there have been instances in which drugs used to treat left heart failure had positive effects on surrogate end points but decreased survival, as was the case with PDE-3 inhibitors (99,100).

### Working Group Recommendations for PH Associated With LHD

#### Diagnosis and assessment of PH in LHD

• Left heart disease is one of the most common causes of PH. The presence of LHD is obvious in many patients, but it may be occult in others, especially when

isolated LV diastolic dysfunction is present. Features suggestive of LV diastolic dysfunction or diastolic left heart failure include an older age, atrial fibrillation, and an enlarged left atrium (E/A).

• Right and left heart catheterization may be required to distinguish between PAH and PH associated with LHD (E/A).

• In patients with elevated PCWP and an elevated transpulmonary gradient, reduction of LV afterload with nipride or other vasodilators is useful to identify an active pulmonary arterial component of PH (E/A).

• In patients with LHD and PH considered for heart transplantation, pulmonary vasoreactivity testing with inhaled nitric oxide or prostanoids may be used to assess reversibility and operability, although the criteria for operability or nonoperability require further evaluation (E/A).

#### Treatment of PH in LHD

• Treatment of LHD according to established criteria is the basis for a successful approach to patients with LHD and PH (E/A).

• Patients with end-stage heart failure and PH may be candidates for heart transplantation (in milder, largely reversible forms of PH) or heart–lung transplantation (if PH is severe and fixed) (E/A).

• The use of prostanoids, ERAs, and PDE-5 inhibitors in patients with LHD and PH is not recommended until robust data from long-term clinical trials are available (E/A).

**Clinical trial strategy for PH in LHD.** Drugs that reduce LV afterload as well as PVR may have beneficial effects in patients with moderate or severe PH in the setting of milder forms of heart failure or LV diastolic dysfunction with preserved ejection fraction. Short-term beneficial effects on hemodynamics and exercise capacity have been shown with several drugs, including PDE-5 inhibitors. These drugs need to be rigorously studied to assess long-term safety and efficacy in patients with LHD and PH and to identify subpopulations of patients most likely to derive a benefit. These trials should address morbidity and mortality end points to yield meaningful results (E/A).

### Author Disclosures

Dr. Hoeper has received grants from Actelion, Bayer Schering, and Encysive and travel accommodations and speakers' honoraria from Actelion, Encysive, GlaxoSmith-Kline, Lung Rx, Pfizer, and Schering, and has served as a consultant to Actelion, Bayer Schering, Encysive, Glaxo-SmithKline, and Lung Rx. Dr. Barberà has received honoraria and research funds from Actelion, Bayer Schering, GlaxoSmithKline, and Pfizer. Dr. Channick has received consulting and speaker fees and research grants from Actelion, Gilead, Pfizer, and United Therapeutics. Dr. Hassoun has received research grants from Actelion (Cotherix), the

National Institutes of Health, the National Heart, Lung, and Blood Institute, and United Therapeutics. Dr. Lang has served as a consultant to Actelion, AOP Orphan Pharmaceuticals, Bayer Schering, Encysive, GlaxoSmithKline, Pfizer, and United Therapeutics. Dr. Manes reports no conflicts of interest. Dr. Martinez has served on speakers' bureaus for AstraZeneca, Boehringer Ingelheim, GlaxoSmith-Kline, and VoxMedic; advisory boards for AstraZeneca, Forest/Almirall, Genzyme, GlaxoSmithKline, Mpex, Novartis, Nycomed, Schering-Plough, Talecris, and Roche; steering committees for Actelion, Gilead, GlaxoSmithKline, Johnson & Johnson (Centocor), and UBC; and as a primary investigator for Actelion, Altana/Nycomed, Boehringer Ingelheim, and the National Institutes of Health. Dr. Naeije has received research grant support from Actelion, Encysive, and Pfizer, and has served as a consultant and/or steering committee member for Actelion, Encysive, Lung Rx, MondoBIO-TECH, and United Therapeutics. Dr. Olschewski has received university grants from Deutsche Forschungsgemeinschaft, Österreichische Nationalbank, and European Union Framework 5 and 6; has received pharmaceutical grants from Actelion, Bayer Schering, Encysive, and Unither Pharmaceuticals; has received travel accommodations and speaker's honoraria from Actelion, Encysive, Gilead (Myogen), Pfizer, Schering, and Unither; and has served as a consultant to Bayer Schering, Gilead (Myogen), GlaxoSmithKline, and Unither. Dr. Pepke-Zaba has received speaker's honoraria from Actelion, Bayer Schering, Encysive, and United Therapeutics, and has served on an advisory board for Actelion. Dr. Redfield has received study drug for research from Pfizer and has served as a consultant to Novartis. Dr. Robbins has received grant/research support from Actelion, BioMarin, Gilead, Pfizer, and United Therapeutics, and has served on advisory boards, steering committees, and/or speakers' bureaus for Actelion, Gilead, and Lung Rx. Dr. Souza has received consulting fees from Actelion; lecture fees from Actelion and Pfizer; and travel support from Gilead (Myogen). Dr. Torbicki has served as a consultant for Eli Lilly, GlaxoSmithKline, and mondoBIO-TECH; has received honoraria from Bayer Schering, Eli Lilly, and Sanofi-Aventis; and has conducted research supported by Bayer Schering, Bristol-Myers Squibb, Eli Lilly, GlaxoSmith-Kline, mondoBIOTECH, and Pfizer. Dr. McGoon has received grant support from Gilead and consulting fees from Actelion, Gilead, Lung Rx, and Medtronic, and has served on Data Safety and Management Board/Clinical Endpoint Committees for Actelion and Gilead.

---

**Reprint requests and correspondence:** Dr. Marius M. Hoeper, Department of Respiratory Medicine, Hannover Medical School, 30623 Hannover, Germany. E-mail: hoeper.marius@mh-hannover.de.

**REFERENCES**

1. Dupuis J, Hoeper MM. Endothelin receptor antagonists in pulmonary arterial hypertension. Eur Respir J 2008;31:407–14.

2. Olschewski H, Gomberg-Maitland M. Prostacyclin therapies for the treatment of pulmonary arterial hypertension. Eur Respir J 2008;31: 801–901.

3. Wilkins MR, Wharton J, Grimminger F, Ghofrani HA. Phosphodiesterase inhibitors for the treatment of pulmonary hypertension. Eur Respir J 2008;32:198–209.

4. Behr J, Ryu JH. Pulmonary hypertension in interstitial lung disease. Eur Respir J 2008;31:1357–67.

5. Chaouat A, Naeije R, Weitzenblum E. Pulmonary hypertension in COPD. Eur Respir J 2008;32:1371–85.

6. Scharf SM, Iqbal M, Keller C, Criner G, Lee S, Fessler HE. Hemodynamic characterization of patients with severe emphysema. Am J Respir Crit Care Med 2002;166:314–22.

7. Chaouat A, Bugnet AS, Kadaoui N, et al. Severe pulmonary hypertension and chronic obstructive pulmonary disease. Am J Respir Crit Care Med 2005;172:189–94.

8. Thabut G, Dauriat G, Stern JB, et al. Pulmonary hemodynamics in advanced COPD candidates for lung volume reduction surgery or lung transplantation. Chest 2005;127:1531–6.

9. Humbert M, Sitbon O, Chaouat A, et al. Pulmonary arterial hypertension in France: results from a national registry. Am J Respir Crit Care Med 2006;173:1023–30.

10. Weitzenblum E, Hirth C, Ducolone A, Mirhom R, Rasaholinjanahary J, Ehrhart M. Prognostic value of pulmonary artery pressure in chronic obstructive pulmonary disease. Thorax 1981;36:752–8.

11. Naeije R, MacNee W. Pulmonary circulation. In: Calverley P, MacNee W, Pride N, Renard S, editors. Chronic Obstructive Pulmonary Disease. 2nd edition. London: Arnold Health Sciences, 2003:228–42.

12. Fishman AP. State of the art: chronic cor pulmonale. Am Rev Respir Dis 1976;114:775–94.

13. Burrows B, Kettel LJ, Niden AH, Rabinowitz M, Diener CF. Patterns of cardiovascular dysfunction in chronic obstructive lung disease. N Engl J Med 1972;286:912–8.

14. Kessler R, Faller M, Weitzenblum E, et al. "Natural history" of pulmonary hypertension in a series of 131 patients with chronic obstructive lung disease. Am J Respir Crit Care Med 2001;164: 219–24.

15. Weitzenblum E, Sautegeau A, Ehrhart M, Mammosser M, Hirth C, Roegel E. Long-term course of pulmonary arterial pressure in chronic obstructive pulmonary disease. Am Rev Respir Dis 1984;130:993–8.

16. Traver GA, Cline MG, Burrows B. Predictors of mortality in chronic obstructive pulmonary disease. A 15-year follow-up study. Am Rev Respir Dis 1979;119:895–902.

17. Oswald-Mammosser M, Weitzenblum E, Quoix E, et al. Prognostic factors in COPD patients receiving long-term oxygen therapy. Importance of pulmonary artery pressure. Chest 1995;107:1193–8.

18. Vizza CD, Lynch JP, Ochoa LL, Richardson G, Trulock EP. Right and left ventricular dysfunction in patients with severe pulmonary disease. Chest 1998;113:576–83.

19. Nadrous HF, Pellikka PA, Krowka MJ, et al. Pulmonary hypertension in patients with idiopathic pulmonary fibrosis. Chest 2005;128: 2393–9.

20. Cottin V, Nunes H, Brillet PY, et al. Combined pulmonary fibrosis and emphysema: a distinct underrecognised entity. Eur Respir J 2005;26:586–93.

21. Grubstein A, Bendayan D, Schactman I, Cohen M, Shitrit D, Kramer MR. Concomitant upper-lobe bullous emphysema, lower-lobe interstitial fibrosis and pulmonary hypertension in heavy smokers: report of eight cases and review of the literature. Respir Med 2005;99:948–54.

22. Arcasoy SM, Christie JD, Ferrari VA, et al. Echocardiographic assessment of pulmonary hypertension in patients with advanced lung disease. Am J Respir Crit Care Med 2003;167:735–40.

23. Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF. Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. Chest 2006;129:746–52.

24. Zisman DA, Ross DJ, Belperio JA, et al. Prediction of pulmonary hypertension in idiopathic pulmonary fibrosis. Respir Med 2007;101: 2153–9.

25. Shorr AF, Wainright JL, Cors CS, Lettieri CJ, Nathan SD. Pulmonary hypertension in patients with pulmonary fibrosis awaiting lung transplant. Eur Respir J 2007;30:715–21.

26. Hamada K, Nagai S, Tanaka S, et al. Significance of pulmonary arterial pressure and diffusion capacity of the lung as prognosticator in patients with idiopathic pulmonary fibrosis. Chest 2007;131:650–6.

27. Tramarin R, Torbicki A, Marchandise B, Laaban JP, Morpurgo M, for the Working Group on Noninvasive Evaluation of Pulmonary Artery Pressure. Doppler echocardiographic evaluation of pulmonary artery pressure in chronic obstructive pulmonary disease. A European multicentre study. European Office of the World Health Organization, Copenhagen. Eur Heart J 1991;12:103–11.

28. Torbicki A, Skwarski K, Hawrylkiewicz I, Pasierski T, Miskiewicz Z, Zielinski J. Attempts at measuring pulmonary arterial pressure by means of Doppler echocardiography in patients with chronic lung disease. Eur Respir J 1989;2:856–60.

29. Laaban JP, Diebold B, Zelinski R, Lafay M, Raffoul H, Rochemaure J. Noninvasive estimation of systolic pulmonary artery pressure using Doppler echocardiography in patients with chronic obstructive pulmonary disease. Chest 1989;96:1258–62.

30. Fisher MR, Criner GJ, Fishman AP, et al. Estimating pulmonary artery pressures by echocardiography in patients with emphysema. Eur Respir J 2007;30:914–21.

31. Leuchte HH, Baumgartner RA, Nounou ME, et al. Brain natriuretic peptide is a prognostic parameter in chronic lung disease. Am J Respir Crit Care Med 2006;173:744–50.

32. Leuchte HH, El Nounou M, Tuerpe JC, et al. N-terminal pro-brain natriuretic peptide and renal insufficiency as predictors of mortality in pulmonary hypertension. Chest 2007;131:402–9.

33. Celli BR, MacNee W. Standards for the diagnosis and treatment of patients with COPD: a summary of the ATS/ERS position paper. Eur Respir J 2004;23:932–46.

34. Rabe KF, Hurd S, Anzueto A, et al. Global strategy for the diagnosis, management, and prevention of chronic obstructive pulmonary disease: GOLD executive summary. Am J Respir Crit Care Med 2007;176:532–55.

35. Barbera JA, Roger N, Roca J, Rovira I, Higenbottam TW, Rodriguez-Roisin R. Worsening of pulmonary gas exchange with nitric oxide inhalation in chronic obstructive pulmonary disease. Lancet 1996;347:436–40.

36. Ghofrani HA, Wiedemann R, Rose F, et al. Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. Lancet 2002;360:895–900.

37. Gunther A, Enke B, Markart P, et al. Safety and tolerability of bosentan in idiopathic pulmonary fibrosis: an open label study. Eur Respir J 2007;29:713–9.

38. Olschewski H, Ghofrani HA, Walmrath D, et al. Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis. Am J Respir Crit Care Med 1999;160:600–7.

39. Blanco I, Gimeno E, Munoz P, et al. Acute effects of sildenafil in chronic obstructive pulmonary disease (abstr). Eur Respir J 2008;32:167s.

40. Zhao L, Mason NA, Morrell NW, et al. Sildenafil inhibits hypoxia-induced pulmonary hypertension. Circulation 2001;104:424–8.

41. Rietema H, Holverda S, Bogaard HJ, et al. Sildenafil treatment in COPD does not affect stroke volume or exercise capacity. Eur Respir J 2008;31:759–64.

42. Stolz D, Rasch H, Linka A, et al. A randomized, controlled trial of bosentan in severe COPD. Eur Respir J 2008;32:619–28.

43. Barst RJ, Gibbs JSR, Ghofrani HA, et al. Updated evidence-based treatment algorithm in pulmonary arterial hypertension. J Am Coll Cardiol 2009;54 Suppl S:S78–84.

44. Fedullo PF, Auger WR, Kerr KM, Rubin LJ. Chronic thromboembolic pulmonary hypertension. N Engl J Med 2001;345:1465–72.

45. Pengo V, Lensing AW, Prins MH, et al. Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. N Engl J Med 2004;350:2257–64.

46. Lang IM. Chronic thromboembolic pulmonary hypertension—not so rare after all. N Engl J Med 2004;350:2236–8.

47. Condliffe R, Kiely DG, Gibbs JS, et al. Prognostic and aetiological factors in chronic thromboembolic pulmonary hypertension. Eur Respir J 2009;33:332–8.

48. Bonderman D, Wilkens H, Wakounig S, et al. Risk factors for chronic thromboembolic pulmonary hypertension. Eur Respir J 2009;33:325–31.

49. Bonderman D, Skoro-Sajer N, Jakowitsch J, et al. Predictors of outcome in chronic thromboembolic pulmonary hypertension. Circulation 2007;115:2153–8.

50. Suntharalingam J, Goldsmith K, van Marion V, et al. Fibrinogen Aalpha Thr312Ala polymorphism is associated with chronic thromboembolic pulmonary hypertension. Eur Respir J 2008;31:736–41.

51. Moser KM, Auger WR, Fedullo PF. Chronic major-vessel thromboembolic pulmonary hypertension. Circulation 1990;81:1735–43.

52. Klepetko W, Mayer E, Sandoval J, et al. Interventional and surgical modalities of treatment for pulmonary arterial hypertension. J Am Coll Cardiol 2004;43:73S–80S.

53. Jamieson SW, Kapelanski DP, Sakakibara N, et al. Pulmonary endarterectomy: experience and lessons learned in in 1,500 cases. Ann Thorac Surg 2003;76:1457–62; discussion 1462–4.

54. Moser KM, Bloor CM. Pulmonary vascular lesions occurring in patients with chronic major vessel thromboembolic pulmonary hypertension. Chest 1993;103:685–92.

55. Hoeper MM, Mayer E, Simonneau G, Rubin LJ. Chronic thromboembolic pulmonary hypertension. Circulation 2006;113:2011–20.

56. Moser KM, Page GT, Ashburn WL, Fedullo PF. Perfusion lung scans provide a guide to which patients with apparent primary pulmonary hypertension merit angiography. West J Med 1988;148:167–70.

57. Fishman AJ, Moser KM, Fedullo PF. Perfusion lung scans vs pulmonary angiography in evaluation of suspected primary pulmonary hypertension. Chest 1983;84:679–83.

58. Auger WR, Fedullo PF, Moser KM, Buchbinder M, Peterson KL. Chronic major-vessel thromboembolic pulmonary artery obstruction: appearance at angiography. Radiology 1992;182:393–8.

59. Hoeper MM, Lee SH, Voswinckel R, et al. Complications of right heart catheterization procedures in patients with pulmonary hypertension in experienced centers. J Am Coll Cardiol 2006;48:2546–52.

60. Shure D, Gregoratos G, Moser KM. Fiberoptic angioscopy: role in the diagnosis of chronic pulmonary arterial obstruction. Ann Intern Med 1985;103:844–50.

61. Nakayama Y, Nakanishi N, Hayashi T, et al. Pulmonary artery reflection for differentially diagnosing primary pulmonary hypertension and chronic pulmonary thromboembolism. J Am Coll Cardiol 2001;38:214–8.

62. Castelain V, Herve P, Lecarpentier Y, Duroux P, Simonneau G, Chemla D. Pulmonary artery pulse pressure and wave reflection in chronic pulmonary thromboembolism and primary pulmonary hypertension. J Am Coll Cardiol 2001;37:1085–92.

63. Bergin CJ, Hauschildt J, Rios G, Belezzuoli EV, Huynh T, Channick RN. Accuracy of MR angiography compared with radionuclide scanning in identifying the cause of pulmonary arterial hypertension. AJR Am J Roentgenol 1997;168:1549–55.

64. Kreitner KF, Kunz RP, Ley S, et al. Chronic thromboembolic pulmonary hypertension—assessment by magnetic resonance imaging. Eur Radiol 2007;17:11–21.

65. Keogh A, Mayer E, Benza RL, et al. Interventional and surgical modalities of treatment in pulmonary hypertension. J Am Coll Cardiol 2009;54 Suppl S:S67–77.

66. Dartevelle P, Fadel E, Mussot S, et al. Chronic thromboembolic pulmonary hypertension. Eur Respir J 2004;23:637–48.

67. Bresser P, Fedullo PF, Auger WR, et al. Continuous intravenous epoprostenol for chronic thromboembolic pulmonary hypertension. Eur Respir J 2004;23:595–600.

68. Bonderman D, Nowotny R, Skoro-Sajer N, et al. Bosentan therapy for inoperable chronic thromboembolic pulmonary hypertension. Chest 2005;128:2599–603.

69. Hoeper MM, Kramm T, Wilkens H, et al. Bosentan therapy for inoperable chronic thromboembolic pulmonary hypertension. Chest 2005;128:2363–7.

70. Reichenberger F, Voswinckel R, Enke B, et al. Long-term treatment with sildenafil in chronic thromboembolic pulmonary hypertension. Eur Respir J 2007;30:922–7.

71. Condliffe R, Kiely DG, Gibbs JS, et al. Improved outcomes in medically and surgically treated chronic thromboembolic pulmonary hypertension. Am J Respir Crit Care Med 2008;177:1122–7.

72. Hughes RJ, Jais X, Bonderman D, et al. The efficacy of bosentan in inoperable chronic thromboembolic pulmonary hypertension: a 1-year follow-up study. Eur Respir J 2006;28:138–43.

**S96** Hoeper *et al.*
Diagnosis, Assessment, and Treatment of Non-PAH PH

JACC Vol. 54, No. 1, Suppl S, 2009
June 30, 2009:S85-96

73. Jais X, D'Armini AM, Jansa P, et al. Bosentan for Treatment of Inoperable Chronic Thromboembolic Pulmonary Hypertension BENEFiT (Bosentan Effects in iNopErable Forms of chronIc Thromboembolic pulmonary hypertension), a randomized, placebo-controlled trial. J Am Coll Cardiol 2008;52:2127–34.

74. Kerr KM, Rubin LJ. Epoprostenol therapy as a bridge to pulmonary thromboendarterectomy for chronic thromboembolic pulmonary hypertension. Chest 2003;123:319–20.

75. Nagaya N, Sasaki N, Ando M, et al. Prostacyclin therapy before pulmonary thromboendarterectomy in patients with chronic thromboembolic pulmonary hypertension. Chest 2003;123:338–43.

76. Oudiz RJ. Pulmonary hypertension associated with left-sided heart disease. Clin Chest Med 2007;28:233–41.

77. Ghio S, Gavazzi A, Campana C, et al. Independent and additive prognostic value of right ventricular systolic function and pulmonary artery pressure in patients with chronic heart failure. J Am Coll Cardiol 2001;37:183–8.

78. Grigioni F, Potena L, Galie N, et al. Prognostic implications of serial assessments of pulmonary hypertension in severe chronic heart failure. J Heart Lung Transplant 2006;25:1241–6.

79. Costard-Jackle A, Fowler MB. Influence of preoperative pulmonary artery pressure on mortality after heart transplantation: testing of potential reversibility of pulmonary hypertension with nitroprusside is useful in defining a high risk group. J Am Coll Cardiol 1992;19:48–54.

80. Di Salvo TG, Mathier M, Semigran MJ, Dec GW. Preserved right ventricular ejection fraction predicts exercise capacity and survival in advanced heart failure. J Am Coll Cardiol 1995;25:1143–53.

81. Abramson SV, Burke JF, Kelly JJ Jr., et al. Pulmonary hypertension predicts mortality and morbidity in patients with dilated cardiomyopathy. Ann Intern Med 1992;116:888–95.

82. Butler J, Stankewicz MA, Wu J, et al. Pre-transplant reversible pulmonary hypertension predicts higher risk for mortality after cardiac transplantation. J Heart Lung Transplant 2005;24:170–7.

83. Lipkin DP, Poole-Wilson PA. Symptoms limiting exercise in chronic heart failure. Br Med J (Clin Res Ed) 1986;292:1030–1.

84. Paulus WJ, Tschope C, Sanderson JE, et al. How to diagnose diastolic heart failure: a consensus statement on the diagnosis of heart failure with normal left ventricular ejection fraction by the Heart Failure and Echocardiography Associations of the European Society of Cardiology. Eur Heart J 2007;28:2539–50.

85. Silke B. Haemodynamic impact of diuretic therapy in chronic heart failure. Cardiology 1994;84 Suppl 2:115–23.

86. Steimle AE, Stevenson LW, Chelimsky-Fallick C, et al. Sustained hemodynamic efficacy of therapy tailored to reduce filling pressures in survivors with advanced heart failure. Circulation 1997;96:1165–72.

87. Dalen JE, Matloff JM, Evans GL, et al. Early reduction of pulmonary vascular resistance after mitral-valve replacement. N Engl J Med 1967;277:387–94.

88. Fojon S, Fernandez-Gonzalez C, Sanchez-Andrade J, et al. Inhaled nitric oxide through a noninvasive ventilation device to assess reversibility of pulmonary hypertension in selecting recipients for heart transplant. Transplant Proc 2005;37:4028–30.

89. Loh E, Stamler JS, Hare JM, Loscalzo J, Colucci WS. Cardiovascular effects of inhaled nitric oxide in patients with left ventricular dysfunction. Circulation 1994;90:2780–5.

90. Haraldsson A, Kieler-Jensen N, Nathorst-Westfelt U, Bergh CH, Ricksten SE. Comparison of inhaled nitric oxide and inhaled aerosolized prostacyclin in the evaluation of heart transplant candidates with elevated pulmonary vascular resistance. Chest 1998;114:780–6.

91. Califf RM, Adams KF, McKenna WJ, et al. A randomized controlled trial of epoprostenol therapy for severe congestive heart failure: the Flolan International Randomized Survival Trial (FIRST). Am Heart J 1997;134:44–54.

92. Kirkby NS, Hadoke PW, Bagnall AJ, Webb DJ. The endothelin system as a therapeutic target in cardiovascular disease: great expectations or bleak house? Br J Pharmacol 2008;153:1105–19.

93. Seed A, Love MP, McMurray JJ. Clinical experience with endothelin receptor antagonists in chronic heart failure. Heart Fail Rev 2001;6:317–23.

94. Lewis GD, Semigran MJ. The emerging role for type 5 phosphodiesterase inhibition in heart failure. Curr Heart Fail Rep 2006;3:123–8.

95. Salloum FN, Abbate A, Das A, et al. Sildenafil (Viagra) attenuates ischemic cardiomyopathy and improves left ventricular function in mice. Am J Physiol Heart Circ Physiol 2008;294:H1398–406.

96. Lewis GD, Lachmann J, Camuso J, et al. Sildenafil improves exercise hemodynamics and oxygen uptake in patients with systolic heart failure. Circulation 2007;115:59–66.

97. Guazzi M, Samaja M, Arena R, Vicenzi M, Guazzi MD. Long-term use of sildenafil in the therapeutic management of heart failure. J Am Coll Cardiol 2007;50:2136–44.

98. Lewis GD, Shah R, Shahzad K, et al. Sildenafil improves exercise capacity and quality of life in patients with systolic heart failure and secondary pulmonary hypertension. Circulation 2007;116:1555–62.

99. Packer M, Carver JR, Rodeheffer RJ, et al., for the PROMISE Study Research Group. Effect of oral milrinone on mortality in severe chronic heart failure. N Engl J Med 1991;325:1468–75.

100. Abraham WT, Adams KF, Fonarow GC, et al. In-hospital mortality in patients with acute decompensated heart failure requiring intravenous vasoactive medications: an analysis from the Acute Decompensated Heart Failure National Registry (ADHERE). J Am Coll Cardiol 2005;46:57–64.

**Key Words:** diagnosis ▪ assessment ▪ non-PAH pulmonary hypertension.

# EXHIBIT 15

Drug Design, Development and Therapy

Dove

REVIEW

# Inhaled treprostinil: a therapeutic review



Richard N Channick[1]
Robert Voswinckel[2,3]
Lewis J Rubin[4]

[1]Pulmonary Hypertension Program, Massachusetts General Hospital, Boston, MA, USA; [2]University of Giessen Lung Center, Dept. of Internal Medicine, Giessen; [3]Max-Planck-Institute for Heart and Lung Research, Dept. of Lung Development and Remodeling, Bad Nauheim, Germany; [4]University of California, San Diego, La Jolla, CA, USA

**Abstract:** Pulmonary arterial hypertension (PAH) is a life-threatening disease which, if untreated, leads to right ventricular failure and often death. Several effective therapies are now available for PAH, including endothelin receptor antagonists, phosphodiesterase-5 inhibitors, and prostacyclin analogs. The prostacyclin analog treprostinil has proven efficacious when delivered by subcutaneous or intravenous infusion, and most recently by inhalation. Inhaled treprostinil has been shown to be 64%–72% bioavailable in healthy volunteers. Pilot clinical studies have elucidated the acute hemodynamic effects and relative pulmonary selectivity of this agent, as well as established target dosing in PAH and nonoperable chronic thromboembolic PAH. Likewise, chronically administered inhaled treprostinil resulted in clinical and hemodynamic improvement. Both pilot studies confirmed a satisfactory safety profile in patients with PAH. The pivotal Phase III trial, TRIUMPH-I, demonstrated the efficacy and safety of inhaled treprostinil (target dose of 54 µg four times daily) in PAH patients added to background therapies of bosentan or sildenafil, as assessed by improvements in the primary endpoint, peak six-minute walk distance (median placebo-corrected treatment effect of 20 m), as well as select secondary endpoints. Inhaled treprostinil is approved by the US Food and Drug Administration for patients with World Health Organization Group I PAH to improve exercise ability. Studies establishing effectiveness included predominately patients with New York Heart Association functional class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%).

**Keywords:** pulmonary arterial hypertension, prostacyclin, treprostinil, inhaled, nebulizer

## Introduction

Pulmonary arterial hypertension (PAH) is a life-threatening disorder characterized by a widespread pulmonary vasculopathy, leading to elevation in pulmonary arterial pressure (PAP) and resultant right ventricular enlargement and dysfunction. Without therapy, death from progressive right ventricular failure is common.[1] During the last 20 years, the development of PAH-specific therapies has led to both short- and long-term benefits to many patients. These "targeted" treatments were discovered by disrupting the normal balance of important mediators of pulmonary vasomotor tone and growth, including endothelin-1, nitric oxide, and prostacyclin. This "bench-to-bedside" translation has led to the approval of three classes of PAH therapies: endothelin receptor antagonists (ERAs), phosphodiesterase type 5 inhibitors (PDE-5Is), and prostacyclin analogs (Table 1).

The clinical development of currently approved therapies for PAH has followed a traditional path. Preclinical testing to demonstrate drug safety and activity has been

Correspondence: Richard N Channick
Pulmonary Hypertension Program, Massachusetts General Hospital, Boston, MA, USA
Tel +1 617 724 3705
Fax +1 617 724 6954
Email rchannick@partners.org

Drug Design, Development and Therapy 2012:6 19–28
**19**
© 2012 Channick et al, publisher and licensee Dove Medical Press Ltd. This is an Open Access article which permits unrestricted noncommercial use, provided the original work is properly cited.

Dove

**Table I** FDA-approved therapies for pulmonary arterial hypertension

| Prostacyclin analogs |
|---|
| Epoprostenol: intravenous |
| Iloprost: inhaled |
| Treprostinil: subcutaneous, intravenous, inhaled |
| **Endothelin receptor antagonists** |
| Bosentan: oral |
| Ambrisentan: oral |
| **Phosphodiesterase-5 inhibitors** |
| Sildenafil: oral, intravenous |
| Tadalafil: oral |

followed by Phase I and II studies which typically include dose finding and preliminary indication of efficacy. Positive results in Phase II, have traditionally led to larger scale Phase III randomized, controlled trials with most often a primary endpoint of improvement in exercise capacity.[2-9] In fact, most all of the currently approved PAH therapies have received their initial regulatory approval as monotherapy for the primary indication by improving six-minute walk distance (6MWD). Additional endpoints such as functional class, hemodynamics, and clinical worsening of PAH have also been included in most of these Phase III trials.

Given the availability of several therapies and routes of administration, the selection and timing of appropriate treatment(s) have become more complex. Various consensus guidelines have been developed to guide these decisions.[10-12] Of the three classes of PAH therapies, parenteral prostacyclin analogs have been the most widely studied. Intravenous epoprostenol was the first US Food and Drug Administration (FDA)-approved treatment for PAH based on significant improvement of exercise capacity and significant reduction of mortality after 12 weeks.[2] However, due to its extremely short in vitro half-life (less than 6 min in human blood at 37°C and pH 7.4), epoprostenol must be delivered as a continuous intravenous infusion through an indwelling catheter, with the risk of rebound PAH and acute right heart failure in case of infusion interruption. Furthermore, due to the inherent chemical instability of one form of epoprostenol (FLOLAN®; GlaxoSmithKline, Research Triangle Park, NC) at room temperature and neutral pH, ice packs may be needed to slow decomposition throughout the infusion period. A thermostable epoprostenol preparation for infusion (VELETRI®; Actelion Pharmaceuticals US, Inc, San Francisco, CA), which does not require cooling, has recently been approved for use by the FDA.

To address these potential limitations of epoprostenol, longer-acting prostacyclin analogs have been developed,

including iloprost and treprostinil. These agents have, with regional global differences, been approved for intravenous infusion (iloprost is not approved in the US for intravenous route) and, in the case of treprostinil, subcutaneous infusion. The pharmacological and physiochemical properties of iloprost and treprostinil also make both agents amenable to intermittent administration via the inhaled route using ultrasonic nebulizers specific to each therapy. Data have emerged confirming the benefit of using inhaled prostacyclin analogs for PAH therapy.[4,13]

This review focuses on the clinical development of inhaled treprostinil. Pharmacological aspects of this agent and currently available preclinical pharmacology and clinical data will be discussed. A perspective on the role of inhaled treprostinil for PAH is also discussed.

## Preclinical pharmacology and pharmacokinetics

Treprostinil is a chemically stable tricyclic benzindene prostanoid with a molecular weight of 390.52 and a molecular formula of $C_{23}H_{34}$ $NaO_5$ (Figure 1). Inhaled treprostinil was first tested in a sheep model of pulmonary hypertension: Following a $PGH_2$ analog, which caused marked pulmonary vasoconstriction, inhaled treprostinil completely normalized pulmonary vascular resistance (PVR) with minimal systemic blood pressure effects.[14]

Unlike epoprostenol which has an in vitro half-life of less than 6 min in human blood, treprostinil has an in vivo terminal elimination half-life of 4.6 hours following continuous subcutaneous infusion in normal volunteers.[15] In vitro, 91% of treprostinil is bound to human plasma proteins. No



**Figure I** Structural formula of treprostinil. Treprostinil is (1R,2R,3aS,9aS)-[[2,3,3a,4,9,9a-hexahydro-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1Hbenz[f]inden-5-yl]oxy]acetic acid. Treprostinil has a molecular weight of 390.52 and a molecular formula of $C_{23}H_{34}O_5$.

effect on digoxin or warfarin displacement was detected. Treprostinil undergoes extensive oxidative metabolism in the liver, primarily by CYP2C8 and to a lesser extent CYP2C9. When subcutaneously administered, only 4% of treprostinil is excreted unchanged in urine. Although several urinary metabolites have been identified, none possess significant pharmacologic activity. No significant pharmacokinetic interactions have been found with treprostinil ethanolamine when administered orally with bosentan or sildenafil, which are commonly used agents in treating PAH.[16]

In two pilot studies with PAH patients, detectable levels of treprostinil were found in the systemic circulation following inhalation.[17,18] The bioavailability of inhaled treprostinil was evaluated in 18 healthy volunteers using a three-period crossover study design comparing two doses of inhaled treprostinil (18 and 36 μg) and intravenous treprostinil.[19] The two doses achieved 64% and 72% bioavailability, respectively. The mean maximum plasma concentration ($C_{max}$) for the 18 μg and 36 μg doses were 354 and 698 pg/mL, respectively, with a time to maximum plasma concentration ($T_{max}$) of 0.15 hours. Treprostinil remained detectable in the plasma for up to 3.5 hours after inhalation.

A Phase I single dose escalation study in healthy volunteers (n = 40) showed that the maximum tolerated dose of inhaled treprostinil sodium was 84 μg (14 breaths).[19] The pharmacokinetic parameters, $C_{max}$ (Figure 2) and area

under the curve (AUC) generally increased with increasing dose between 54 to 90 μg. The mean $C_{max}$ at the FDA recommended human dosage of 54 μg (nine breaths) dose was 0.91 ng/mL with a corresponding mean $T_{max}$ of 0.21 hours. The mean AUC for the 54 μg dose was 0.81 ng-hr/mL, respectively. Studies of treprostinil administered by subcutaneous or intravenous infusion have shown that the elimination of treprostinil is biphasic, with a terminal elimination half-life of 4.4 and 4.6 hours, respectively.[15] Given the relatively low systemic plasma concentrations achieved following treprostinil inhalation, a multicompartment model cannot be applied and, therefore, the terminal elimination half-life cannot be estimated. Analysis of the data obtained from a Phase I single dose escalation study (n = 40) of inhaled treprostinil using a noncompartmental model provided an estimate of the apparent half-life for treprostinil that ranged from 0.54 to 0.76 hours (Figure 2).

## Clinical uses

Treprostinil was initially studied as a continuous subcutaneous infusion. In a pivotal 12 week randomized, controlled trial of 470 patients, subcutaneous treprostinil significantly improved exercise capacity compared with placebo.[3] The between treatment group difference in median 6MWD was 16 meters ($P = 0.006$). Importantly, the effect on exercise capacity appeared to be dose-dependent. A long-term follow-up study



**Figure 2** Plasma concentrations following inhalation of various doses of treprostinil.

of 806 patients reported by Barst and colleagues[20] confirmed the durability of effect of subcutaneous treprostinil, with favorable survival compared to historical controls. One particular adverse effect, infusion site pain, led to discontinuation of drug in 8% of subcutaneous treprostinil-treated patients. Mathier and colleagues[21] have summarized numerous practical considerations related to achieving symptomatic pain relief while using subcutaneous treprostinil. Although most often manageable, the frequency of infusion site pain led ultimately to the development and FDA approval of treprostinil as a continuous IV infusion. The efficacy of IV treprostinil was demonstrated in a 16-week open-label trial of 16 patients[22] followed by a 44 patient randomized placebo-controlled trial that demonstrated improvement in 6MWD.[23]

## Clinical data of inhaled treprostinil

Treprostinil delivered intermittently to the pulmonary circulation, ie, four times daily via inhalation using an Opti-Neb ultrasonic nebulizer (NebuTec, Elsenfeld, Germany) (Figure 3) appears to be an effective treatment for PAH. Given treprostinil's longer half-life and its relative selectiv-



**Figure 3** Tyvaso Inhalation System. Tyvaso is intended for oral inhalation using the Tyvaso Inhalation System, which consists of the Opti-Neb-ir Model ON-100/7 (NebuTec, Elsenfeld, Germany), an ultrasonic, pulsed-delivery device.

ity for the pulmonary circulation as compared to iloprost,[17] there was a strong rationale for developing treprostinil for inhalation. The ability of modern ultrasonic nebulizers to decrease and control particle size make these devices ideal for delivering prostacyclin analogs to the distal airspaces, which are in close proximity to the resistance pulmonary arterioles.

The first published human study of inhaled treprostinil was a hemodynamic study in three treatment-naïve patients with severe PAH.[24] A single dose of 15 µg resulted in a reduction in PVR of approximately 45%. One of these patients had an excellent vasodilator response and was further treated with high-dose calcium channel blockers. Two of these patients continued therapy with reported improvements in exercise capacity and functional class.

A follow-up pilot study, comprising acute hemodynamic and pharmacokinetic investigations, was conducted by Voswinckel and colleagues[17] and compared the effects of inhaled treprostinil and inhaled iloprost in a crossover design (Figure 4). It was found that both agents resulted in comparable maximal decreases in PVR. However, the peak effect of inhaled treprostinil occurred later than with inhaled iloprost ($18 \pm 2$ vs $8 \pm 1$ min). The duration of the treprostinil effect (after 60 minutes postinhalation, PVR was not back to baseline) was longer as compared to the iloprost effect (after 60 minutes postinhalation, PVR had returned to baseline). In addition, these investigators found that: (1) the maximal acute hemodynamic effect was seen at a dose of 30 µg of inhaled treprostinil with a duration of effect lasting as long as three hours; (2) this dose could be safely delivered in one inhalation; and (3) doses up to 60 µg could be safely delivered in one single inhalation. These data confirmed the potent and sustained nature of inhaled treprostinil as a pulmonary vasodilator.

Voswinckel and colleagues[25] also investigated the safety and acute hemodynamic effects of the combination of single doses of oral sildenafil (50 mg) and inhaled treprostinil (15 or 30 µg) in an open-label study in patients with precapillary pulmonary hypertension. Compared to baseline, oral sildenafil reduced PVR to $80.1\% \pm 5.0\%$, mean PAP to $86.5\% \pm 2.9\%$ and increased CO to $103.8\% \pm 3.2\%$. Treprostinil, inhaled one hour after sildenafil, reduced PVR further to $66.3\% \pm 3.8\%$, mean PAP to $77.8\% \pm 3.3\%$, and increased CO to $107.1\%$ $\pm 3.3\%$ (mean $\pm 95\%$ confidence interval). Subgroup analysis showed similar acute hemodynamic effects in PAH and chronic thromboembolic pulmonary hypertension (CTEPH) patients. Ventilation/perfusion distribution measurement in six patients with preexisting gas exchange limitations was not



**Figure 4** Comparison of acute hemodynamic effects of inhaled treprostinil and inhaled iloprost in patients with pulmonary arterial hypertension.[17]
**Abbreviations:** CO, cardiac output; PAP, pulmonary artery pressure; PVR, pulmonary vascular resistance; SAP, systemic artery pressure.

changed by sildenafil and treprostinil. Relevant side effects were not observed. Thus, the combination of sildenafil and inhaled treprostinil appeared to be well-tolerated and induced additive, pulmonary selective vasodilatation in pulmonary hypertension patients.

Given that hemodynamic effects following acute dosing do not always correlate with long term clinical benefits, additional long-term efficacy studies were conducted, including evaluation as an add-on therapy to oral PAH medications. Channick and colleagues conducted a pilot, 12-week open label trial evaluating the efficacy and safety of two doses of inhaled treprostinil in 12 patients with PAH concurrently receiving bosentan.[18] Patients were treated with 30 µg (n = 6) or 45 µg (n = 6) four times daily. Hemodynamics, exercise capacity, functional class, pharmacokinetics, and safety were assessed. Acutely, inhaled treprostinil decreased mean PAP in a dose-dependent manner. Additionally, the study demonstrated that inhaled treprostinil given chronically was well-tolerated with an acceptable safety profile with common side effects including transient cough (n = 5), headache (n = 4), and sore throat (n = 2), but no serious adverse events. Hemodynamics were improved, with significant decreases noted in

mean PAP (10% decrease measured at peak postinhalation, approximately one hour) and a trend toward improvement in cardiac index (15% increase) and PVR (26% decrease). Significant improvements in both peak (67 meters) and trough (49 meters) 6MWDs were noted. Nine of 11 patients noted improvement in functional class from III to II.



**Figure 5** Change in six-minute walk distance (6MWD) with inhaled treprostinil in TRIUMPH-I.[13] Primary end-point, change in peak 6MWD for patient receiving background sildenafil (white bars), background bosentan (black bars), and the entire population (solid bars). There was a placebo-corrected improvement of 20 m at 12 weeks in the total population. Results presented as Hodges–Lehman between-treatment median difference.

Given the positive results from these pilot studies, a randomized placebo-controlled trial was conducted (TRIUMPH-I; TReprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension).[13] Two hundred thirty-five PAH patients, with persistent WHO functional class III and IV symptoms despite receiving oral bosentan or sildenafil for at least three months, were randomized to receive either inhaled treprostinil (nine inhalations, 54 µg four times daily) or placebo, delivered via the Opti-Neb nebulizer. The primary endpoint was the 12-week placebo-corrected median change in peak (obtained 10 to 60 minutes postinhalation) 6MWD compared to baseline. Secondary endpoints included time to clinical worsening (death, transplantation, hospitalization due to worsening PAH, or initiation of additional approved PAH-specific therapy), functional class, quality of life measures, trough 6MWD, and N-terminal pro-brain natriuretic peptide (NT-proBNP) levels.

Baseline characteristics of the patients in TRIUMPH-I are shown in Table 2, demonstrated that patients were still quite symptomatic with impairment in function and exercise capacity despite being on a stable dose of either bosentan (125 mg bid) or sildenafil ($\geq$20 mg tid) for at least three months. At the end of 12 weeks, there was a highly significant ($P = 0.0004$) 20 m placebo-corrected median improvement in 6MWD. Not surprisingly, there was a distribution of effect on 6MWD (Figure 6). Fifty-two percent of patients receiving treprostinil for 12 weeks had improvements of 20 m or more, while 31% of treprostinil-treated patients walked 50 m or more compared with baseline.

Table 2 Baseline characteristics of patients entering TRIUMPH[13]

| Characteristic | Inhaled TRE (n = 115) | Placebo (n = 120) | P value |
|---|---|---|---|
| Age, years | 55 (20–75) | 52 (18–75) | 0.056 |
| Male/female | 22/93 | 22/98 | 0.88 |
| PAH etiology | | | |
| PAH or familial | 64 (56) | 67 (56) | 0.60 |
| CVD | 40 (35) | 37 (31) | |
| Other | 11 (9) | 16 (13) | |
| Background PAH therapy | | | |
| Bosentan | 77 (67) | 88 (73) | 0.29 |
| Sildenafil | 38 (33) | 32 (27) | |
| Time on background therapy weeks | | | |
| Bosentan | 99 ± 79 | 90 ± 75 | 0.62 |
| Sildenafil | 65 ± 60 | 77 ± 69 | 0.44 |
| Baseline NYHA III/IV | 112/3 | 118/2 | 0.62 |
| Baseline 6MWD, meters | 346 ± 63 | 351 ± 69 | 0.50 |

**Notes:** Values are mean (range), n, n (%), or mean ± SD.
**Abbreviations:** 6MWD, six-minute walk distance; CVD, collagen vascular disease; NYHA, New York Heart Association; PAH, pulmonary arterial hypertension; SD, standard deviation; TRE, treprostinil.

The secondary endpoints of time to clinical worsening, Borg dyspnea score, and New York Heart Association (NYHA) functional class were not significantly improved by inhaled treprostinil, most likely owing to the short duration of this 12 week study and that patients were on stable doses of bosentan or sildenafil monotherapy. Despite this, Minnesota Living with Heart Failure (MLWHF) questionnaire global and physical quality of life scores were improved ($P = 0.027$ and 0.037, respectively for median between-treatment difference), as were plasma NT-proBNP levels (–187 pg/mL at week 12, $P = 0.0014$). Importantly, trough 6MWD (conducted prior to the next scheduled inhalation > four hours) was significantly improved in the treprostinil group compared to placebo (median 14-m treatment effect, $P = 0.0066$), suggesting a sustained effect of the medication.

Overall treatment with treprostinil for 12 weeks was fairly well-tolerated. The most commonly occurring adverse events are summarized in Table 3.

## Indications and usage

Based on the results of the TRIUMPH-I study, on July 30, 2009 inhaled treprostinil received FDA approval under the trade name Tyvaso (United Therapeutics Corporation, Silver Spring, MD). As of February 8, 2011, Tyvaso is indicated for the treatment of PAH (WHO Group 1) to improve exercise ability. Studies establishing effectiveness included predominately patients with NYHA functional class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%). The effects diminish over the minimum recommended dosing interval of four hours; treatment timing can be adjusted for planned activities. While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a PDE-5I). The controlled clinical experience was limited to 12 weeks in duration.

## Dosage and administration
### Usual dosage in adults

Tyvaso is intended for oral inhalation using the Tyvaso Inhalation System, which consists of the Opti-Neb-ir Model ON-100/7 (an ultrasonic, pulsed-delivery device) and its accessories. Tyvaso is dosed in four separate, equally spaced treatment sessions per day, during waking hours. The treatment sessions should be approximately four hours apart.

Initial therapy should begin with three breaths of Tyvaso (18 µg of treprostinil), per treatment session, four times daily.



**Figure 6** Distribution of six-minute walk distance (6MWD) improvements from inhaled treprostinil vs placebo groups in TRIUMPH-I.[13] The graph illustrates the percentage of patients who achieved specific improvements in 6MWD at 12 weeks. For example, 31% of patients taking inhaled treprostinil and 12% of patients taking inhaled placebo had an improvement in 6MWD of >50 m at 12 weeks.

If three breaths are not tolerated, reduce to one or two breaths and subsequently increase to three breaths, as tolerated. Dosage should be increased by an additional three breaths at approximately 1-2 week intervals, if tolerated, until the target dose of nine breaths (54 μg of treprostinil) is reached per treatment session, four times daily. If adverse effects preclude titration to target dose, Tyvaso should be continued at the highest tolerated dose. If a scheduled treatment session is missed or interrupted, therapy should be resumed as soon as possible at the usual dose. The maximum recommended dosage is nine breaths per treatment session, four times daily.

## Warnings and precautions

Safety and efficacy have not been established in patients with significant underlying lung disease (such as asthma or chronic

**Table 3** Adverse events occurring in the TRIUMPH-I trial[13]

| Adverse events occurring in >3% of treprostinil patients | Treatment | |
|---|---|---|
| | Inhaled TRE (n = 115) | Placebo (n = 120) |
| Cough | 62 (54) | 35 (29)* |
| Headache | 47 (41) | 27 (23)* |
| Nausea | 22 (19) | 13 (11) |
| Dizziness | 20 (17) | 18 (15) |
| Flushing | 17 (15) | 1 (<1)* |
| Throat irritation | 16 (14) | 10 (8) |
| Pharyngolaryngeal pain | 13 (11) | 7 (6) |
| Diarrhea | 11 (10) | 9 (8) |

**Notes:** Values shown are n (%) *$P < 0.05$

obstructive pulmonary disease). In patients with low systemic arterial pressure, Tyvaso may cause symptomatic hypotension. Tyvaso may increase the risk of bleeding, particularly in patients receiving anticoagulants. Tyvaso dosage adjustments may be necessary if inhibitors or inducers of CYP2C8 are added or withdrawn. Hepatic or renal insufficiency may increase exposure and decrease tolerability.

## Additional clinical data

### TRIUMPH-I open label extension

Following completion of the 12-week double-blind phase of TRIUMPH-I, 206 of the original 235 patients transitioned into the long-term, open-label extension trial. Previously reported interim data from these patients[26] showed that exercise capacity as assessed by 6MWD continued to improve: 31 (n = 88), 34 (n = 50), and 50 m (n = 17) at 12, 18, and 24 months, respectively. Improvements in MLWHF global, physical and emotional scores were also observed, while maintaining a similar adverse event profile.

### Transitioning from inhaled iloprost to inhaled treprostinil

Given the availability of a longer-acting, effective inhaled prostacyclin analog, the potential of transitioning patients from the shorter acting iloprost to inhaled treprostinil was examined.[27] A 24-month, multicenter, prospective, open-label trial was designed to evaluate the long-term safety

in PAH patients (n = 73) of transitioning from a stable dose of inhaled iloprost to inhaled treprostinil. Data from an interim analysis of 55 patients provided preliminary evidence supporting the safety of rapid transition from inhaled iloprost to inhaled treprostinil while maintaining exercise capacity and improving quality of life. Overall, patients noted significantly improved CAMPHOR (a PH-specific quality of life tool) scores after inhaled treprostinil treatment compared with baseline values on iloprost treatment. In addition, the total time spent per day administering inhaled treprostinil was reduced by 66% (81 minutes) compared with that for iloprost at baseline. Significant improvement in median 6MWD was observed after 12 weeks of inhaled treprostinil therapy (426 m vs 388 m at baseline on iloprost; $P = 0.002$). Significant improvements in NT-proBNP were also observed at 6 and 12 weeks of treprostinil therapy (519 and 419 pg/mL vs 580 pg/mL at baseline on iloprost; $P < 0.01$ for both).

## Treprostinil delivery via metered dose inhaler

Based on data indicating that a therapeutic dose of treprostinil could be delivered in a single breath,[17] Voswinckel and colleagues[28] evaluated the acute hemodynamic effects of the drug delivered by a metered dose inhaler (MDI). A total of 39 patients (23 PAH, 16 nonoperable CTEPH) were randomized to receive placebo or one of the following doses: two puffs of 1,000 μg/mL (30 μg), three puffs of 1,000 μg/mL (45 μg) or two puffs of 2,000 μg/mL (60 μg). Acute hemodynamic effects were compared to inhaled nitric oxide. Doses of 30, 45, and 60 μg of inhaled treprostinil reduced PVR from 575 ± 104 dynes to 494 ± 109 dynes, from 964 ± 184 dynes to 720 ± 229 dynes, and from 667 ± 149 dynes to 530 ± 132 dynes, respectively (mean ± 95% confidence interval). Mean PAP was decreased in response to 30, 45, or 60 μg of inhaled treprostinil from 40.1 ± 4.9 mmHg to 33.3 ± 4.4 mmHg, from 50.4 ± 6.2 mmHg to 38.1 ± 8.4 mmHg and from 39 ± 4.8 mmHg to 32.2 ± 4.9 mmHg, respectively. These acute effects on hemodynamics were comparable with inhaled nitric oxide at 20 ppm. Interestingly, CTEPH patients responded as well as PAH patients. No worsening of ventilation/perfusion relationships, as assessed by the multiple inert gas elimination technique in five patients, were noted in response to inhaled treprostinil by MDI. Determination of the efficacy and safety of inhaled treprostinil using an MDI awaits a long-term randomized controlled trial.

## Use of inhaled treprostinil in clinical practice: where does it fit?

Based on the results of a well-designed controlled trial, inhaled treprostinil is an efficacious treatment in patients who have moderately symptomatic pulmonary arterial hypertension on background oral therapy. There are compelling data to suggest that the presence of moderate functional limitations (Class III) and poor exercise capacity (<380 m in some retrospective studies) on initial therapy portends a poor prognosis.[29,30] In addition, the concept of treating patients to goal (Class II, improved walk distance) has gained traction.[31,32] Combination therapy may benefit many patients after re-evaluation of clinical effect of the first-line treatment (in general after three months of initiating therapy). Given that the benefits of oral PAH therapies on exercise capacity appear to plateau within three to six months, this timeframe seems reasonable to decide whether to add inhaled treprostinil to oral therapy. Given the efficacy of inhaled treprostinil, coupled with convenience and an acceptable side effect profile, it may be tempting to some physicians to start this medication earlier in the course of the disease or treatment as up-front combination therapy with an oral agent. However, this specific approach has not been tested systematically. Finally, it is compelling to consider the replacement of continuously parenteral prostacyclin analog therapy with inhaled treprostinil in combination with an oral agent (PDE-5 inhibitor or endothelin receptor antagonist). This approach should only be considered by those highly experienced in the care of PAH patients. While several patients have been transitioned safely from continuous intravenous or subcutaneous prostacyclin analogs to regimens containing inhaled treprostinil and an oral agent (unpublished data), this approach has not been systematically studied to date. It may be feasible only in carefully selected patients who are able to tolerate intermittent exposure to prostacyclin analogs.

## Conclusions

Treprostinil is a highly active prostacyclin analog demonstrated to have short- and, in the case of parenteral delivery, long-term efficacy in PAH. The nature of the molecule, including potency, stability, half-life, and the ability to be aerosolized lend itself to delivery via an inhaled route using an ultrasonic nebulizer. Studies have confirmed the robust benefits and safety of inhaled treprostinil and it is now a valuable part of the treatment armamentarium.

Based on the in vitro and in vivo pharmacological action of treprostinil, namely vasodilatation, prevention of smooth muscle cell proliferation, and its antithrombotic properties, investigating the role of inhaled treprostinil in other forms of non-WHO Group I pulmonary hypertension may be warranted.

## Acknowledgment

The authors acknowledge and appreciate the assistance of Dr Tommy Brock from United Therapeutics, Inc for his assistance in the preparation of this manuscript.

## Disclosure

Drs Channick, Voswinckel and Rubin have served as investigators and consultants for LungRx. Dr Rubin serves on the Scientific Advisory Board of United Therapeutics, the parent company for LungRx.

## References

1. D'Alonzo GE, Barst RJ, Ayres SM, et al. Survival in patients with primary pulmonary hypertension. Results from a national prospective registry. *Ann Intern Med.* 1991;115:343–349.
2. Barst RJ, Rubin LJ, Long WA, et al. A comparison of continuous intravenous epoprostenol (prostacyclin) with conventional therapy for primary pulmonary hypertension. The Primary Pulmonary Hypertension Study Group. *N Engl J Med.* 1996;334:296–302.
3. Simonneau G, Barst RJ, Galie N, et al; Treprostinil Study Group. Continuous subcutaneous infusion of treprostinil, a prostacyclin analog, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. *Am J Respir Crit Care Med.* 2002;165:800–804.
4. Olschewski H, Simonneau G, Galie N, et al; Aerosolized Iloprost Randomized Study Group. Inhaled iloprost for severe pulmonary hypertension. *N Engl J Med.* 2002;347:322–329.
5. Channick RN, Simonneau G, Sitbon O, et al. Effects of the dual endothelin-receptor antagonist bosentan in patients with pulmonary hypertension: a randomized placebo-controlled study. *Lancet.* 2001;358:1119–1123.
6. Rubin LJ, Badesch DB, Barst RJ, et al. Bosentan therapy for pulmonary arterial hypertension. *N Engl J Med.* 2002;346:896–903.
7. Galie N, Ghofrani HA, Torbicki A, et al; Sildenafil Use in Pulmonary Arterial Hypertension (SUPER) Study Group. Sildenafil citrate therapy for pulmonary arterial hypertension. *N Engl J Med.* 2005;353:2148–2157.
8. Galiè N, Olschewski H, Oudiz RJ, et al; Ambrisentan in Pulmonary Arterial Hypertension, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Efficacy Studies (ARIES) Group. Ambrisentan for the treatment of pulmonary arterial hypertension: results of the ambrisentan in pulmonary arterial hypertension, randomized, double-blind, placebo-controlled, multicenter, efficacy (ARIES) study 1 and 2. *Circulation.* 2008;117:3010–3019.
9. Galiè N, Brundage BH, Ghofrani HA, et al; Pulmonary Arterial Hypertension and Response to Tadalafil (PHIRST) Study Group. Tadalafil therapy for pulmonary arterial hypertension. *Circulation.* 2009;119:2894–2903.
10. Barst RJ, Gibbs JS, Ghofrani HA, et al. Updated evidence-based treatment algorithm in pulmonary arterial hypertension. *J Am Coll Cardiol.* 2009; 54(Suppl):S78–S84.
11. McLaughlin VV, Archer SL, Badesch DB, et al. ACCF/AHA 2009 expert consensus document on pulmonary hypertension: a report of the American College of Cardiology Foundation Task Force on Expert Consensus Documents and the American Heart Association. *J Am Coll Cardiol.* 2009;53:1573–1619.
12. Galiè N, Hoeper MM, Humbert M, et al. Guidelines for the diagnosis and treatment of pulmonary hypertension: the Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS), endorsed by the International Society of Heart and Lung Transplantation (ISHLT). *Eur Heart J.* 2009;30:2493–2537.
13. McLaughlin VV, Benza RL, Rubin LJ, et al. Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial. *J Am Coll Cardiol.* 2010;55: 1915–1922.
14. Sandifer B, Brigham K, Lawrence E, et al. Potent effects of aerosol compared with intravenous treprostinil on the pulmonary circulation. *J Appl Physiol.* 2005;99:2363–2368.
15. Laliberte K, Arneson C, Jeffs R, Hunt T, Wade M. Pharmacokinetics and steady-state bioequivalence of treprostinil sodium (Remodulin) administered by the intravenous and subcutaneous route to normal volunteers. *J Cardiovasc Pharmacol.* 2004;44:209–214.
16. Gotzkowsky SK, Dingemanse J, Lai A, Mottola D, Laliberte K. Lack of a pharmacokinetic interaction between oral treprostinil and bosentan in healthy adult volunteers. *J Clin Pharmacol.* 2010;50:829–834.
17. Voswinckel R, Enke B, Reichenberger F, et al. Favorable effects of inhaled treprostinil in severe pulmonary hypertension: results from randomized controlled pilot studies. *J Am Coll Cardiol.* 2006;48: 1672–1681.
18. Channick RN, Olschewski H, Seeger W, et al. Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension. *J Am Coll Cardiol.* 2006;48:1433–1437.
19. Nelsen AC, Laliberte KJ, Zaccardelli DS, Gotzkowsky SK. Pharmacokinetics of inhaled treprostinil sodium in healthy volunteers. *Am J Respir Crit Care Med.* 2010;181:A3348.
20. Barst RJ, Galie N, Naeije R, et al. Long-term outcome in pulmonary arterial hypertension patients treated with subcutaneous treprostinil. *Eur Respir J.* 2006;28:1195–1203.
21. Mathier MA, McDevitt S, Saggar R. Subcutaneous treprostinil in pulmonary arterial hypertension: Practical considerations. *J Heart Lung Transplant.* 2010;29:1210–1217.
22. Tapson VF, Gomberg-Maitland M, McLaughlin VV, et al. Safety and efficacy of IV treprostinil for pulmonary arterial hypertension: a prospective, multicenter, open-label, 12-week trial. *Chest.* 2006;129: 683–688.
23. Hiremath J, Thanikachalam S, Parikh K, et al; TRUST Study Group. Exercise improvement and plasma biomarker changes with intravenous treprostinil therapy for pulmonary arterial hypertension: a placebo-controlled trial. *J Heart Lung Transplant.* 2010;29:137–149.
24. Voswinckel R, Ghofrani H, Grimminger F, Seeger W. Inhaled treprostinil for treatment of chronic pulmonary hypertension. *Ann Intern Med.* 2006;144:149–150.
25. Voswinckel R, Reichenberger F, Enke B, et al. Acute effects of the combination of sildenafil and inhaled treprostinil on haemodynamics and gas exchange in pulmonary hypertension. *Pulm Pharmacol Ther.* 2008;21:824–832.
26. Benza R, Rubin LJ, McLaughlin VV, et al. TRIUMPH 1: Long-term safety and efficacy of inhaled treprostinil sodium in patients with PAH – two year follow-up. *Am J Respir Crit Care Med.* 2009;179:A1041.
27. Bourge R, Tapson VF, Safdar Z, et al. Safely transitioning from inhaled iloprost to inhaled treprostinil sodium – results from a multicenter open-label study in patients with pulmonary arterial hypertension. *Am J Respir Crit Care Med.* 2010;181:A3342.
28. Voswinckel R, Reichenberger F, Gall H, et al. Metered dose inhaler delivery of treprostinil for the treatment of pulmonary hypertension. *Pulm Pharmacol Ther.* 2009;22:50–56.

29. McLaughlin VV, Shillington A, Rich S. Survival in primary pulmonary hypertension: the impact of epoprostenol therapy. *Circulation.* 2002;106:1477–1482.

30. Sitbon O, Humbert M, Nunes H, et al. Long-term intravenous epoprostenol infusion in primary pulmonary hypertension: prognostic factors and survival. *J Am Coll Cardiol.* 2002;40:780–788.

31. Hoeper MM, Markevych I, Spiekerkoetter E, Welte T, Niedermeyer J. Goal-oriented treatment and combination therapy for pulmonary arterial hypertension. *Eur Respir J.* 2005;26:858–863.

32. Sitbon O, Galiè N. Treat-to-target strategies in pulmonary arterial hypertension: the importance of using multiple goals. *Eur Respir Rev.* 2010;19:272–278.

### Drug Design, Development and Therapy



## Publish your work in this journal

Drug Design, Development and Therapy is an international, peer-reviewed open-access journal that spans the spectrum of drug design and development through to clinical applications. Clinical outcomes, patient safety, and programs for the development and effective, safe, and sustained use of medicines are a feature of the journal, which

has also been accepted for indexing on PubMed Central. The manuscript management system is completely online and includes a very quick and fair peer-review system, which is all easy to use. Visit http://www.dovepress.com/testimonials.php to read real quotes from published authors.

Submit your manuscript here: http://www.dovepress.com/drug-design-development-and-therapy-journal

# EXHIBIT 16



SERIES
WORLD SYMPOSIUM ON PULMONARY HYPERTENSION





# Pulmonary hypertension in chronic lung disease and hypoxia

Steven D. Nathan[1], Joan A. Barbera[2,3], Sean P. Gaine[4], Sergio Harari[5], Fernando J. Martinez[6], Horst Olschewski[7], Karen M. Olsson[8], Andrew J. Peacock[9], Joanna Pepke-Zaba[10], Steeve Provencher[11], Norbert Weissmann[12] and Werner Seeger[12]

**EXHIBIT**

**7**

Planet Depos, LLC

Number 10 in the series
"Proceedings of the 6th World Symposium on Pulmonary Hypertension"
Edited by N. Galiè, V.V. McLaughlin, L.J. Rubin and G. Simonneau

**Affiliations:** [1]Inova Fairfax Hospital, Falls Church, VA, USA. [2]Dept of Pulmonary Medicine, Hospital Clínic-IDIBAPS, University of Barcelona, Barcelona, Spain. [3]Biomedical Research Networking Center on Respiratory Diseases, Madrid, Spain. [4]Respiratory Medicine, Mater Misericordiae University Hospital, Dublin, Ireland. [5]U.O. di Pneumologia e Terapia Semi-Intensiva Respiratoria, Servizio di Fisiopatologia Respiratoria ed Emodinamica Polmonare, Ospedale San Giuseppe, MultiMedica IRCCS, Milan, Italy. [6]Weill Cornell Medicine, New York, NY, USA. [7]Division of Pulmonology, Medizinische Universitat Graz, Graz, Austria. [8]Dept of Respiratory Medicine, Hannover Medical School and Member of the German Center for Lung Research (DZL), Hannover, Germany. [9]Scottish Pulmonary Vascular Unit, Regional Lung and Heart Centre, Glasgow, UK. [10]Pulmonary Hypertension Unit, Papworth Hospital, Cambridge, UK. [11]Institut Universitaire de Cardiologie et de Pneumologie de Québec Research Center, Laval University, Quebec City, QC, Canada. [12]University of Giessen and Marburg Lung Center (UGMLC), Justus-Liebig University Giessen and Member of the German Center for Lung Research (DZL), Giessen, Germany.

**Correspondence:** Steven D. Nathan, Inova Fairfax Hospital, 3300 Gallows Road, Falls Church, VA 22042, USA. E-mail: steven.nathan@inova.org

**Correspondence:** Werner Seeger, University of Giessen and Marburg Lung Center, Klinikstrasse 33, 35392 Giessen, Germany. E-mail: Werner.Seeger@UGMLC.de

🐦 @ERSpublications
**State of the art and research perspectives in pulmonary hypertension in chronic lung disease and hypoxia** http://ow.ly/XcW730meWxy

**Cite this article as:** Nathan SD, Barbera JA, Gaine SP, *et al.* Pulmonary hypertension in chronic lung disease and hypoxia. *Eur Respir J* 2019; 53: 1801914 [https://doi.org/10.1183/13993003.01914-2018].

ABSTRACT Pulmonary hypertension (PH) frequently complicates the course of patients with various forms of chronic lung disease (CLD). CLD-associated PH (CLD-PH) is invariably associated with reduced functional ability, impaired quality of life, greater oxygen requirements and an increased risk of mortality. The aetiology of CLD-PH is complex and multifactorial, with differences in the pathogenic sequelae between the diverse forms of CLD. Haemodynamic evaluation of PH severity should be contextualised within the extent of the underlying lung disease, which is best gauged through a combination of physiological and imaging assessment. Who, when, if and how to screen for PH will be addressed in this article, as will the current state of knowledge with regard to the role of treatment with pulmonary vasoactive agents. Although such therapy cannot be endorsed given the current state of findings, future studies in this area are strongly encouraged.

Received: Oct 06 2018 | Accepted: Oct 09 2018

Copyright ©ERS 2019. This article is open access and distributed under the terms of the Creative Commons Attribution Non-Commercial Licence 4.0.

Case 1:23-cv-00975-RGA-SRF   Document 75-2   Filed 04/22/24   Page 50 of 68 PageID
#: 5855

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

### Introduction

This article provides an update on pulmonary hypertension (PH) associated with chronic lung disease (CLD), with the main focus being on chronic obstructive pulmonary disease (COPD) and interstitial lung disease (ILD) [1]. There is evidence that PH is associated with other CLDs such as cystic fibrosis and bronchopulmonary dysplasia [2, 3]. CLD-associated PH (CLD-PH) is clearly linked with reduced functional status and worse outcomes [4, 5]. Even in patients who fulfil diagnostic criteria for group 1 pulmonary arterial hypertension (PAH), the presence of minor lung disease affects survival [6]. Moreover, there is data suggesting that mean pulmonary arterial pressure (mPAP) ⩽25 mmHg is associated with worse outcome in CLD-PH [7, 8]. Whether the presence of PH is causative or a surrogate of other factors affecting outcomes remains largely uncertain.

PH in the context of acute exacerbations of the various CLDs will not be discussed. However, it is important that defining PH should not be undertaken during an acute exacerbation, but under stable conditions. For purposes of consistent nomenclature, the lung condition will be mentioned first, followed by "-PH" since mostly it is the lung condition which initially manifests clinically.

### Epidemiology and clinical relevance of PH in lung disease
#### Chronic obstructive lung disease

The prevalence of PH in COPD (COPD-PH) is in general dependent on the severity of the disease, but also on the definition of PH and the method of diagnostic assessment. Specific genetic signatures are also linked with the development of PH in COPD [9]. Several studies in patients with spirometric Global Initiative for Chronic Obstructive Lung Disease stage IV showed that up to 90% have mPAP >20 mmHg, with most ranging between 20 and 35 mmHg. Approximately 1–5% of COPD patients have mPAP >35–40 mmHg at rest [10]. Even under moderate exercise conditions, COPD patients may show a rapid rise in mPAP, indicating loss of lung vasculature, vascular distensibility and/or vessel recruitment capability. In addition, exercise PH in COPD may be due to comorbid left heart disease. There is a cluster of patients representing a "pulmonary vascular COPD phenotype", characterised by less severe airflow limitation, hypoxaemia, very low diffusing capacity of the lung for carbon monoxide ($D_{LCO}$), normo- or hypocapnia and a cardiovascular exercise limitation profile [11]. Interestingly, the vascular lesions in COPD-PH patients are morphologically similar to those in idiopathic PAH (IPAH). It has previously been established that the presence of PH has a stronger association with mortality in COPD than forced expiratory volume in 1 s ($FEV_1$) or gas exchange variables [1]. In addition, an enlarged pulmonary artery diameter, as detected by computed tomography (CT) scan, predicts hospitalisation due to acute COPD exacerbation [4, 12].

#### Idiopathic pulmonary fibrosis and other idiopathic interstitial pneumonias

Most of the data on the prevalence and impact of PH complicating fibrotic lung disorders emanates from the idiopathic pulmonary fibrosis (IPF) literature. In IPF, mPAP ⩾25 mmHg has been reported in 8–15% of patients upon initial work-up, with greater prevalence in advanced (30–50%) and end-stage (>60%) disease [13–15]. Additionally, echocardiography studies have suggested a high prevalence of PH [16]. However, echocardiography and other non-invasive measures, including an enlarged main pulmonary artery on CT scan, are limited in their accuracy to detect PH in lung diseases, thus serving as screening tools only [16, 17]. Nonetheless, both of these modalities have been shown to provide independent prognostic information in patients with fibrotic lung disease. In most patients, PH is mild to moderate, but may also be severe [14]. One longitudinal study suggested that mPAP increases by around 1.8 mmHg per year, but rapid progression of PH has also been reported in late-stage IPF patients [18]. Intriguingly, there is limited correlation between PH severity and lung function impairment or high-resolution CT fibrosis score [14–16, 19, 20], whereas distinct gene signatures have been observed in IPF-PH lungs [21]. PH may also be associated with an increased risk for acute exacerbation in advanced IPF [22]. Adverse outcomes with mPAP thresholds ⩾25 mmHg have been reported in IPF. Indeed, the prognosis of fibrotic idiopathic interstitial pneumonia (IIP) with PH is worse than IPAH [23].

#### Combined pulmonary fibrosis and emphysema, and other lung diseases

Combined pulmonary fibrosis and emphysema (CPFE) is currently defined by the simultaneous presence of emphysema in the upper lobes and fibrosis in the lower lobes on chest CT. Patients with CPFE are particularly prone to develop PH, with estimates suggesting a prevalence of 30–50% [24]. Typically, normal or mildly abnormal lung volumes and the absence of airflow obstruction are accompanied by a markedly impaired diffusion capacity, significant hypoxaemia and PH. The PH appears to contribute to the functional limitation in CPFE and is associated with poor survival [24, 25].

Case 1:23-cv-00975-RGA-SRF   Document 75-2   Filed 04/22/24   Page 51 of 68 PageID #: 5856

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

### Sarcoidosis

The prevalence of PH in sarcoidosis ranges from 5.7% to 74% [26]. Sarcoidosis-PH has a reported 5-year survival of 50–60% [27, 28]. While the vast majority of patients with sarcoidosis-PH have extensive parenchymal disease, it may also occur in patients without pulmonary fibrosis [27–29]. The mechanisms underlying PH in sarcoidosis are complex, and include fibrosis-associated remodelling and obliteration of pulmonary vessels, extrinsic compression of central pulmonary vessels by lymphadenopathy or mediastinal fibrosis, pulmonary veno-occlusive-like lesions, granulomatous involvement of pulmonary vessels, left ventricular dysfunction, and portopulmonary hypertension [27].

### Other CLDs

The prevalence of PH in patients with pulmonary Langerhans cell histiocytosis is high, with haemodynamic features frequently resembling PAH, while PH complicating lymphangioleiomyomatosis tends to be mild to moderate and mostly related to the extent of parenchymal involvement [30, 31]. PH may complicate the course of adults with a history of bronchopulmonary dysplasia and cystic fibrosis [2, 3]. PH may also develop in patients with chronic hypersensitivity pneumonitis and, possibly, lung cancer [32, 33].

### Detection of PH in CLD

Non-invasive modalities that might raise suspicion for the presence of PH in CLD include circulating biomarkers, pulmonary function testing, echocardiography and imaging (figure 1). Plasma levels of brain



FIGURE 1 Evaluation of pulmonary hypertension (PH) in chronic lung disease (CLD). FEV1: forced expiratory volume in 1 s; FVC: forced vital capacity; CT: computed tomography; PAH: pulmonary arterial hypertension; RCT: randomised controlled trial; $D_{LCO}$: diffusing capacity of the lung for carbon monoxide; $K_{CO}$: transfer coefficient of the lung for carbon monoxide. #: suggestive findings include: 1) symptoms and signs (dyspnoea out of proportion, loud P2, signs of right heart failure, right axis deviation on ECG, elevated natriuretic peptide levels); 2) pulmonary function test abnormalities (low $D_{LCO}$ (e.g. <40% of predicted), elevated %FVC/%$D_{LCO}$ ratio (low $K_{CO}$); 3) exercise test findings (including decreased distance, decreased arterial oxygen saturation or increased Borg rating on 6-min walk test and decreased circulatory reserve, preserved ventilatory reserve on cardiopulmonary exercise testing); and 4) imaging findings (extent of LD, enlarged pulmonary artery segments, increased pulmonary artery/aorta diameter ratio >1 on CT). ¶: signs supporting the diagnosis of PH include elevated systolic pulmonary arterial pressure and signs of right ventricular dysfunction. However, echocardiography measures are only suggestive and have limited accuracy in patients with CLD. +: strongly consider referring the patient to a PH expert centre. §: expert centres should comprise multidisciplinary teams. Any decision for individualised treatment should follow a goal-orientated approach with predefined treatment targets, to be stopped if these targets are not met after a predefined time period.

Case 1:23-cv-00975-RGA-SRF   Document 75-2   Filed 04/22/24   Page 52 of 68 PageID #: 5857

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION  |  S.D. NATHAN ET AL.

natriuretic peptide (BNP) or N-terminal pro-BNP are elevated in severe CLD-PH, but have less sensitivity and specificity for moderate PH and may be confounded by left heart abnormalities [34, 35]. In both ILD and COPD, PH is generally associated with a lower $D_{LCO}$, diminished exercise capacity and more impaired gas exchange at rest or during exercise than expected based on ventilatory impairments [14, 16, 19, 36, 37].

Echocardiography is considered the best non-invasive modality to screen for CLD-PH. However, the ability to determine peak tricuspid regurgitation velocity to estimate the right ventricular systolic pressure is limited in these patients [38]. Alternate echocardiographic measures including right ventricular outflow tract diameter, tricuspid annular plane systolic excursion, and qualitative assessment of right chamber structure and function have been advocated in IPF and COPD [39, 40].

The ratio of the main pulmonary artery to ascending aorta diameter on imaging may predict PH in both COPD and IPF, with a ratio >1 (range 0.9–1.1) suggested as a threshold [12, 41, 42]. Combining the pulmonary artery/aorta diameter ratio and other non-invasive measures (including echocardiographic and physiological variables) improves the accuracy of predicting PH [36, 41].

Right heart catheterisation (RHC) remains the gold standard for the diagnosis of CLD-PH. However, suspicion for underlying PH does not always mandate performance of RHC in patients with established lung disease if there is no therapeutic or management consequence.

### Recommendations
#### When to perform RHC

RHC *should be performed* in patients with CLD when significant PH is suspected and the patient's management will likely be influenced by RHC results, including referral for transplantation, inclusion in clinical trials or registries, treatment of unmasked left heart dysfunction, or compassionate use of therapy.

RHC *may be considered* when:

1) Clinical worsening, progressive exercise limitation and/or gas exchange abnormalities are not deemed attributable to ventilatory impairment.
2) An accurate prognostic assessment is deemed sufficiently important.

#### Pressure measurements during RHC

As a result of exaggerated changes in intrathoracic pressures during the breathing cycle in patients with lung disease, a floating average over several breaths (without a breath hold) is suggested for measurement of mean pressures, including the pulmonary capillary wedge pressure.

We suggest adapting the definition for PH in the context of CLD-PH:

1) CLD *without* PH (mPAP <21 mmHg, or mPAP 21–24 mmHg with pulmonary vascular resistance (PVR) <3 Wood Units (WU)).
2) CLD *with* PH (mPAP 21–24 mmHg with PVR $\geqslant$3 WU, or mPAP 25–34 mmHg) (CLD-PH).
3) CLD *with severe* PH (mPAP $\geqslant$35 mmHg, or mPAP $\geqslant$25 mmHg with low cardiac index (<2.0 L·min$^{-1}$·m$^{-2}$)) (CLD-severe PH).

The rationale for the choice of mPAP $\geqslant$35 mmHg as a cut-off for severe PH follows previously presented evidence [1]. There are currently no valid data to support the routine use of acute vasodilator testing in CLD-PH.

The randomised controlled trials (RCTs) in group 1 for PAH therapies set exclusion criteria using pulmonary function testing in the following ranges: total lung capacity <60–70% of predicted, FEV1 <55–80% of predicted or FEV1/forced vital capacity (FVC) ratio <50–70%. PAH studies have not previously utilised chest imaging to exclude patients with lung disease; indeed, it is possible that a number of patients with lung volumes above these inclusion thresholds might have an underappreciated burden of parenchymal lung disease. However, lung diseases (especially COPD) are common conditions and PAH developing in such patients may not be attributable to these diseases, but may be coincidental. Criteria for discrimination between group 1 and group 3 PH are summarised in table 1. The spectrum of severity of both the pulmonary vascular and parenchymal lung disease is likely a continuum, which often makes the distinction between group 1 and group 3 PH very difficult. When there is uncertainty whether to classify a patient with lung disease and PH into group 1 or group 3, then the patient should be referred to centres with expertise in both PH and CLD.

## Treatment of PH due in CLD: evidence for appropriate risk–benefit balance of PAH-targeted therapy

The underlying lung disease should be optimally treated according to current guidelines. Long-term oxygen treatment (LTOT) makes intuitive sense in patients with lung disease who are hypoxaemic.

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

TABLE 1 Criteria favouring group 1 versus group 3 pulmonary hypertension (PH)[#]

| Criteria favouring group 1 (PAH) | Testing | Criteria favouring group 3 (PH due to lung disease) |
|---|---|---|
| **Extent of lung disease** | | |
| Normal or mildly impaired: • FEV1 >60% pred (COPD) • FVC >70% pred (IPF) • Low diffusion capacity in relation to obstructive/restrictive changes | Pulmonary function testing | Moderate to very severely impaired: • FEV1 <60% pred (COPD) • FVC <70% pred (IPF) • Diffusion capacity "corresponds" to obstructive/restrictive changes |
| Absence of or only modest airway or parenchymal abnormalities | High-resolution CT scan[¶] | Characteristic airway and/or parenchymal abnormalities |
| **Haemodynamic profile** | | |
| Moderate-to-severe PH | Right heart catheterisation Echocardiogram | Mild-to-moderate PH |
| **Ancillary testing** | | |
| Present | Further PAH risk factors (e.g. HIV, connective tissue disease, BMPR2 mutations, etc.) | Absent |
| Features of exhausted circulatory reserve: • Preserved breathing reserve • Reduced oxygen pulse • Low CO/$V'O_2$ slope • Mixed venous oxygen saturation at lower limit • No change or decrease in $P_{aCO_2}$ during exercise | Cardiopulmonary exercise test[+]  ($P_{aCO_2}$ particularly relevant in COPD) | Features of exhausted ventilatory reserve: • Reduced breathing reserve • Normal oxygen pulse • Normal CO/$V'O_2$ slope • Mixed venous oxygen saturation above lower limit • Increase in $P_{aCO_2}$ during exercise |
| | | Predominant obstructive/restrictive profile |
| Predominant haemodynamic profile | | |

PAH: pulmonary arterial hypertension; FEV1: forced expiratory volume in 1 s; COPD: chronic obstructive pulmonary disease; FVC: forced vital capacity; IPF: idiopathic pulmonary fibrosis; CT: computed tomography; BMPR2: bone morphogenetic protein receptor type 2; CO: cardiac output; $V'O_2$: oxygen uptake; $P_{aCO_2}$: arterial carbon dioxide tension. [#]: group 2 and 4 patients are excluded based on the diagnostic criteria of these groups; [¶]: parenchymal changes linked to pulmonary veno-occlusive disease may be discriminated from those associated with diffuse parenchymal lung diseases; [+]: features of a limited circulatory reserve may be noted in severe COPD-PH and severe IPF-PH.

However, it has only been prospectively evaluated in COPD. In stabilised hypoxaemic COPD patients, LTOT for 15 h per day prevented the progressive increase of mPAP and when used for >18 h per day produced a slight decrease of mPAP [43, 44]. However, in COPD patients with moderate resting oxygen desaturation ($SpO_2$ 89–93%) or exercise-induced oxygen desaturation ($SpO_2$ <90% for ⩾10 s), LTOT does not provide benefit in terms of survival or hospitalisations [45]. Evidence for the beneficial effect of LTOT in ILD is less clear than in COPD and there are no studies addressing the impact of LTOT on PH associated with this group of diseases [46].

Safety and efficacy of PAH-targeted therapy in CLD-PH has been evaluated in recent years; however, there have only been a few RCTs in ILD, COPD and sarcoidosis. Pertinent studies which included more than 20 participants are shown in table 2.

*COPD*

*Effect on pulmonary haemodynamics*
Long-term use of PAH-targeted therapy improves pulmonary haemodynamics in COPD patients with PH, as shown in two different meta-analyses [47, 48]. Beneficial haemodynamic effects with long-term PAH therapy, assessed by RHC, have been demonstrated with both sildenafil and bosentan [49, 50].

*Effect on exercise tolerance, symptoms and quality of life*
The effect of PAH-targeted therapy on exercise capacity in patients with COPD-PH is less apparent. Two meta-analyses failed to show significant improvement in 6-min walk distance (6MWD), whereas a third reported an improvement in 6MWD in COPD patients with demonstrated PH [47, 48, 51].

https://doi.org/10.1183/13993003.0191-2018

TABLE 2 Randomised controlled trials (RCTs) with pulmonary arterial hypertension (PAH)-targeted therapy in lung disease

| First author [year] [ref.] | Subjects n | Inclusion criteria | Study design | Diagnosis of PH | Baseline haemodynamics[#] | Baseline PFTs[#] | Therapy | Duration | Primary end-point result | Other outcomes |
|---|---|---|---|---|---|---|---|---|---|---|
| **COPD** | | | | | | | | | | |
| VONBANK [2003] [86] | 40 | COPD on supplemental oxygen with PH by RHC | RCT (open label) | RHC: mPAP ≥25 mmHg | mPAP 27.6±4.4 mmHg; CI 2.7±0.6 L·min⁻¹·m⁻² | FEV1 1.09±0.4 L; FEV1/FVC 44.5% | "Pulsed" nitric oxide with oxygen vs oxygen | 3 months | PVR, improved | Improved mPAP, CO and PVR; no worsened hypoxaemia |
| STOLZ [2008] [53] | 30 | GOLD III–IV; no haemodynamic requirement | RCT (2:1) | Echo | sPAP 32 [29–38] mmHg | Not reported | Bosentan 125 mg 2 times daily | 12 weeks | 6MWD, no change | Worsened hypoxaemia and health-related QoL |
| VALERIO [2009] [50] | 32 | COPD with PH by RHC | RCT (open label) | RHC | mPAP 37±8 mmHg | FEV1 37±18% | Bosentan 125 mg 2 times daily | 18 months | No defined primary | mPAP, PVR, BODE index and 6MWD improved |
| RAO [2011] [87] | 33 | GOLD III–IV | RCT | Echo: sPAP >40 mmHg | sPAP 52.7±11.9 mmHg | FEV1 32.5±11.1% | Sildenafil 20 mg 3 times daily | 12 weeks | 6MWD, increased 190 m | Decrease in sPAP |
| BLANCO [2013] [88] | 60 | COPD with PH by RHC or echo | RCT | RHC: mPAP ≥25 mmHg; echo: sPAP ≥35 mmHg | sPAP 42±10 mmHg, mPAP 31±5 mmHg | FEV1 32±11% | Sildenafil 20 mg 3 times daily and placebo | 3 months | Exercise endurance time, no change | No change in 6MWD, peak V'o₂, QoL, or oxygenation |
| GOUDIE [2014] [89] | 120 | COPD with PH by echo | RCT | Echo: pulmonary acceleration time <120 ms or sPAP >30 mmHg | Echo: sPAP 42±10 mmHg | FEV1 41±16% | Tadalafil 10 mg daily | 12 weeks | 6MWD, no change | Decreased sPAP compared with placebo; no difference in QoL, BNP or S,o₂ |
| VITULO [2016] [49] | 28 | COPD with PH by RHC | RCT (2:1) | RHC: mPAP >35 mmHg (if FEV1 <30%), mPAP ≥30 mmHg (if FEV1 ≥30%) | mPAP 39±8 mmHg; CI 2.4±0.5 L·min⁻¹·m⁻²; PVR 7±2.6 WU | FEV1 54±22%, D,co 33±12% | Sildenafil 20 mg 3 times daily | 16 weeks | PVR, decreased 1.4 WU | Improved CI, BODE scores and QoL; no effect on gas exchange |
| **ILD** | | | | | | | | | | |
| HAN [2013] [90] | 119 | IPF with echo available (66% of the whole cohort) | RCT | Echo: RVSD | Not available | FVC 57%, D,co 26% | Sildenafil 20 mg 3 times daily | 12 weeks | 6MWD, less decline in patients with RVSD on sildenafil | Improvement in QoL in patients with RVSD |
| CORTE [2014] [60] | 60 | IPF or idiopathic fibrotic NSIP | RCT (2:1) | RHC: mPAP ≥25 mmHg | mPAP 37±9.9 mmHg; CI 2.2±0.5 L·min⁻¹·m⁻² | FVC 55.7±20%, Kco 46±22% | Bosentan | 16 weeks | PVRI decrease of 20%, negative | Secondary end-points all negative; no change in functional capacity or symptoms |
| RAGHU [2015] [14]¶ | 60 | IPF with group 2 PH (14% of whole cohort) | RCT (2:1) | RHC | mPAP 30±8 mmHg | FVC 67±12%, D,co 39±15% | Ambrisentan 10 mg·day⁻¹ | Event-driven study terminated early | Disease progression, unfavourable trend | More hospitalised ambrisentan arm |
| NATHAN [2017] [57] | 147 | IIP, FVC >45%, mPAP >25 mmHg | RCT | RHC | mPAP 33.2±8.2 mmHg; CI 2.6±0.7 L·min⁻¹·m⁻² | FVC 76.3±19%, D,co 32±12% | Riociguat 2.5 mg 3 times daily | 24 weeks | 6MWD, no difference at study halt | Study stopped early for increased harm to riociguat arm (death and hospitalisation) |

Continued

https://doi.org/10.1183/13993003.01914-2018

**TABLE 2 Continued**

| First author [year] [ref.] | Subjects n | Inclusion criteria | Study design | Diagnosis of PH | Baseline haemodynamics[#] | Baseline PFTs[#] | Therapy | Duration | Primary end-point result | Other outcomes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sarcoidosis** | | | | | | | | | | |
| Barnett [2009] [65] | 22 | Any SAPH and treatment with PAH therapy | Retrospective case series | RHC | mPAP 46.1±2.7 mmHg, CO 4.2±0.4 L·min⁻¹ | FVC 53.6±3.3%, FEV1 51.2±3.7% | Bosentan, sildenafil | Median (range) 11 (5.2–46.6) months | 6MWD improved by 59 m | NYHA FC improvement in nine patients |
| Baughman [2009] [66] | 22 | Any SAPH | Prospective open label | RHC | mPAP 33 (20–62) mmHg, CO 5.9 (3.1–9.5) L·min⁻¹, PVR 5.1 (1.96–16.3) WU | FVC 50% (41–101%), FEV1/FVC 73% (53–91%) | Inhaled iloprost | 4 months | 6MWD unchanged 0.6±48 m | 7 patients withdrew; 6 patients with ≥20% decrease in PVR and 3 patients with ≥30 m increase in 6MWD |
| Judson [2011] [91] | 25 | mPAP >25 mmHg, PVR >3 WU, FVC >40%, WHO FC II or III, 6MWD 150–450 m | Prospective open label | RHC | mPAP 32.7±7 mmHg, CO 4.45±0.94 L·min⁻¹·m⁻², PVR 5.86±2.3 WU | FEV1 59±21%, FVC 61.5±16.5% | Ambrisentan 10 mg daily | 24 weeks | No change in 6MWD 9.8±55 m | 11 patients discontinued drug at 12 weeks; 10 out of 21 patients who completed had improvements in WHO FC and QoL |
| Baughman [2014] [67] | 39 | mPAP ≥25 mmHg, NYHA FC II or III | RCT [2,1] | RHC | mPAP 36±7 mmHg, CI 2.6±0.7 L·min⁻¹·m⁻² | FVC 60±16.6% | Bosentan | 16 weeks | Decrease in mPAP (to −32 mmHg) | No change in 6MWD, PVR decreased from 6.1 to 4.4 WU |
| Keir [2014] [92] | 33 | Any SAPH | Retrospective case series | RHC | mPAP 44±8.6 mmHg, PVR 10±5.1 WU, CI 2.1±0.6 L·min⁻¹·m⁻², TAPSE 17.5 (8–27) mm | FEV1 51.8±18.3%, FVC 64.8±22.3% | Sildenafil n=29, bosentan n=4 | 6 months | None identified | 6MWD improved 34 m, BNP and TAPSE improved |
| Bonham [2015] [93] | 26 | Any treated SAPH, no left-sided disease | Retrospective case series | RHC | mPAP 46 (38–56) mmHg, CI 2.1 (1.8–2.6) L·min⁻¹·m⁻², PVR 8.3 (5.7–11.3) WU | FEV1 48% (38–59%), FVC 48% (44–64%), DLCO 29% (25–44%) | Epoprostenol n=7, treprostinil n=6, ERA n=12, PDE5i n=20 | Variable | None identified | Increased CI/CO, decreased PVR (median 12.7 months in 10 prostacyclin patients) and improved N-terminal pro-BNP |

PH: pulmonary hypertension; PFT: pulmonary function test; COPD: chronic obstructive pulmonary disease; RHC: right heart catheterisation; mPAP: mean pulmonary arterial pressure; CI: cardiac index; FEV1: forced expiratory volume in 1 s; FVC: forced vital capacity; PVR(I): pulmonary vascular resistance (index); CO: cardiac output; GOLD: Global Initiative for Chronic Obstructive Lung Disease; sPAP: systolic PAP; 6MWD: 6-min walk distance; QoL: quality of life; BODE: body mass, airflow obstruction, dyspnoea, exercise capacity; echo: echocardiography; PR: pulmonary rehabilitation; $V'O_2$: oxygen uptake; BNP: brain natriuretic peptide; $S_aO_2$: arterial oxygen saturation; WU: Wood Units; DLCO: diffusing capacity of the lung for carbon monoxide; ILD: interstitial lung disease; IPF: idiopathic pulmonary fibrosis; RVSD: right ventricular systolic dysfunction; NSIP: non-specific interstitial pneumonia; IIP: idiopathic interstitial pneumonia; SAPH: sarcoidosis-associated PH; NYHA: New York Heart Association; FC: Functional Class; WHO: World Health Organization; TAPSE: tricuspid annular plane systolic excursion; ERA: endothelin receptor antagonist; PDE5i: phosphodiesterase type 5 inhibitor. #: for RCTs, the data for the treatment arm are reported as mean±SD or median (interquartile range); ¶: subgroup analysis of the ARTEMIS-IPF trial (study performed to evaluate the antifibrotic effects of the study medication, not all patients had PH).

Case 1:23-cv-00975-RGA-SRF   Document 75-2   Filed 04/22/24   Page 56 of 68 PageID #: 5861

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

The effect of PAH-targeted therapy on dyspnoea or quality of life measures in COPD-PH is also generally disappointing when evaluated in RCTs [47, 48]. However, one recent study conducted in COPD patients with severe PH showed that sildenafil significantly improved the BODE (body mass, airflow obstruction, dyspnoea, exercise capacity) index, the modified Medical Research Council scale and the Short Form-36 general health domain [49]. Taken together, the available studies do not provide clear evidence that the effect of PAH-targeted therapy on pulmonary haemodynamics in COPD-PH translates into an improvement in exercise tolerance and symptoms.

### Effect on oxygenation
Vasodilator treatment may worsen gas exchange due to the inhibition of hypoxic pulmonary vasoconstriction, thereby increasing ventilation/perfusion mismatching in COPD [52]. Evidence for a long-term benefit of PH therapy in COPD-PH is heterogeneous [47]. While deterioration of gas exchange was shown in some studies with the long-term use of bosentan or sildenafil, no change was observed in others using sildenafil or tadalafil [49, 53, 54] and rarely resulted in treatment withdrawal [55]. It is important to note that any reduction in oxygenation related to pulmonary vasodilation might be compensated for by an increased cardiac output that may maintain or even improve tissue oxygen delivery, especially with exercise.

### Conclusion
Although preliminary evidence suggests that currently available vasoactive medications may have a benefit in COPD-PH patients with mPAP $\geqslant 35$ mmHg, further studies are required before PAH therapies can be recommended. Therefore, these patients should be a target population for larger prospective studies. This does not preclude COPD patients with lower mPAP being enrolled in future studies, especially if the cardiac index is low or PVR is significantly elevated.

## *Idiopathic interstitial pneumonias*
### Safety
Treatment with PAH-targeted therapies in patients with IIP has yielded important safety signals in some RCTs. The ARTEMIS study was terminated prematurely because an interim analysis indicated that ambrisentan-treated patients with IPF were more likely to have disease progression, particularly hospitalisations due to respiratory events [56]. Thus, ambrisentan is contraindicated in patients with IPF.

The RISE-IIP trial evaluated the effect of riociguat on 6MWD in patients with IIP. The study was terminated early on the basis of interim results showing increased mortality and risk of serious adverse events in the riociguat group [57]. Accordingly, riociguat is contraindicated in patients with IIP-PH.

### Effect on pulmonary haemodynamics
Uncontrolled studies have shown improvement in pulmonary haemodynamics in patients with IIP-PH using riociguat and treprostinil [58, 59]. However, RCTs have failed to substantiate such an improvement in this population. The BPHIT study did not show significant changes in pulmonary haemodynamics in patients with IIP-PH treated with bosentan during 16 weeks [60]. The ARTEMIS-IPF trial also failed to show any significant effect of ambrisentan on pulmonary haemodynamics in the subgroup of patients who underwent a second assessment with RHC [14].

### Effect on exercise tolerance
A recent meta-analysis did not show improvement in 6MWD in patients with ILD-PH treated with PAH-targeted therapy [48]. The STEP-IPF study, which was enriched for underlying IPF-PH by the inclusion of patients with $D_{LCO}$ <35% of predicted, failed to meet its primary end-point of a 20% increase in the 6MWT distance [61]. In contrast, open-label studies with sildenafil, riociguat and treprostinil did show significant improvements in 6MWD, with an average increase of 46 m over baseline [48]. The largest observational study to date of severe IIP-PH patients (n=151) found that the improvement in 6MWD at 6 months in response to PAH therapy was equivalent to that seen in IPAH patients [23].

### Effect on symptoms and quality of life
The effect of PAH-targeted therapy on symptomatic burden in patients with PH-ILD has been assessed in two RCTs and three open-label studies [48]. The STEP-IPF study also demonstrated a positive effect of sildenafil on quality of life compared with the placebo arm, while one study showed significant improvement in shortness of breath using treprostinil [59, 61]. The remaining studies failed to show significant change in quality of life questionnaires or dyspnoea scales [48].

Case 1:23-cv-00975-RGA-SRF    Document 75-2    Filed 04/22/24    Page 57 of 68 PageID
#: 5862

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

*Effect on oxygenation*

In ILD, the acute administration of aerosolised iloprost, inhaled nitric oxide or sildenafil does not worsen ventilation/perfusion relationships. In contrast, acute administration of *i.v.* epoprostenol causes deterioration of gas exchange due to increased perfusion in non-ventilated alveolar units [62–64]. In longer-term studies, treatment with PAH-targeted therapy did not result in worsening of gas exchange in patients with ILD [48].

*Conclusion*

Riociguat and ambrisentan are both contraindicated in IIP-PH. There is no evidence of benefit for other endothelin receptor antagonists in IIP-PH. Data on the use of sildenafil in IIP-PH is conflicting, while evidence for prostanoid therapy is too limited for any current recommendations. Further RCTs are encouraged.

*Combined pulmonary fibrosis and emphysema*

Treatment options remain limited with currently little evidence to support PAH therapies in this disease.

*Sarcoidosis*

There is still a lack of data on the safety and efficacy of drugs approved for PAH in sarcoidosis-PH patients. Case series have suggested beneficial effects of various compounds (table 2) [28, 65, 66]. However, only a single RCT has been performed in this group of patients and the results were inconclusive [67]. At present, no PAH-targeted therapy can routinely be recommended for patients with sarcoidosis-PH.

*Other CLDs*

Clinical experience and case series suggest beneficial effects of drugs approved for PAH in some patients with pulmonary Langerhans cell histiocytosis and lymphangioleiomyomatosis, but the lack of robust data precludes firm recommendations for any of these other conditions [31, 68].

*Retrospective survival analysis in group 3 PH*

The impact of PAH-targeted therapy on survival in group 3 PH has been assessed in retrospective studies, which included patients with different CLDs and usually with severe PH. One study found a survival benefit in severe PH-COPD patients with a favourable haemodynamic and functional response after 3 months of therapy, while two studies showed longer survival in patients treated with PAH-targeted therapy (mostly phosphodiesterase type 5 inhibitors) compared with patients who did not receive PAH-targeted treatment [69–71]. In one of these studies, the survival benefit was apparent in patients with severe PH, but not mild-to-moderate PH [70]. These studies need to be interpreted with caution given the nature of their study design with no RCTs as yet attesting to a survival benefit.

*Recommendations for treatment of different patient groups with CLD and PH*

Further long-term RCTs focusing on, but not limited to, patients with CLD-severe PH and COPD or ILDs are needed. Due to the major differences in underlying pathophysiology, obstructive and restrictive lung diseases should be investigated separately. Combining different groups with lung fibrosis is one potential clinical trial approach, with the advantage of increased patient numbers and abrogation of the diagnostic dilemma that often accompanies fibrotic lung disorders. This might be disadvantageous in view of the differing aetiologies, but there are precedents for this approach in PAH where IPAH has typically been combined with other group 1 subgroups in RCTs. This problem may be addressed by detailed phenotyping of the patients and predefined subgroups to be analysed separately in addition to the overall analysis. Based on physiological testing (lung function, haemodynamics and exercise) as well as CT morphology, the following groups of PH patients may be distinguished with respect to classification and management recommendations (summarised in table 1 and figure 1):

1) *Patients with mild obstructive or restrictive lung disease, in whom CT analysis shows no gross parenchymal or airway abnormalities and who present with clinically relevant PH.* Whether such patients have PAH (group 1) with *concomitant* lung disease or PH *due to* lung disease (group 3) remains a diagnostic dilemma (see earlier). Therefore, these patients should be referred to an expert centre.

2) *Patients with more severe obstructive and/or restrictive lung disease (IPF with FVC <70% of predicted, COPD with FEV$_1$ <60% of predicted) and accompanying less severe PH (mPAP 20–24 mmHg with PVR ⩾3 WU, or mPAP 25–34 mmHg).* These groups represent the majority of patients presenting with CLD-PH. Current data do not support therapy with PAH-approved drugs in these patients. Moreover, as the limitation in exercise capacity in these patients is largely due to ventilatory and not circulatory impairment, any functional benefit from PAH treatment is questionable. Vascular changes

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

may, however, contribute to disease progression and future studies addressing this aspect of the disease may be a worthy endeavour.

3) *Patients with more severe obstructive and/or restrictive lung disease and severe PH as defined earlier (mPAP ⩾35 mmHg; severe COPD-PH, severe ILD-PH, severe CPFE-PH).* These patients have a poor prognosis and should be referred to a centre with expertise in both PH and CLD for individualised patient care. These patients should preferably be included in RCTs if available.

4) *Patients with "end-stage" obstructive and/or restrictive lung diseases and associated PH.* In these advanced cases, life-preserving measures, such as mechanical ventilatory or extracorporeal membrane oxygenation support, should only be considered as a bridge to transplantation. Patients in any of these groups may be candidates for lung transplantation, an option that should be part of the management algorithm if all else fails and they are otherwise appropriate candidates. RCTs should address whether PAH-approved drugs may improve functional ability, quality of life, prolong time to clinical worsening, improve survival or provide a bridge to transplantation. In the absence of such trials, decisions on individualised patient care should be made in the context of expert centres.

### Specific aspects of PH in systemic sclerosis

PH in patients with systemic sclerosis (SSc) can be multifactorial. These patients are at high risk of developing isolated PAH, but they may also develop significant parenchymal lung disease and/or a component of left heart disease. There is often difficulty in discriminating group 1 PAH from group 3 PH in SSc patients, since quite commonly these patients have evidence of parenchymal lung disease on high-resolution CT, which may or may not be accompanied by restrictive physiology. SSc patients with combined pulmonary fibrosis and PH have a particularly high mortality risk [72]. Both PH severity and the extent of pulmonary fibrosis can vary widely. Patients with pre-capillary PH and mild fibrosis are usually classified as having PAH, and have been included in most of the RCTs of PAH medications. However, assessment of the degree of fibrosis was usually based on pulmonary function testing and not scrutiny of the extent of fibrosis on high-resolution CT. Patients with preserved lung volumes can be safely treated with PAH drugs, but there is no evidence for treatment of PH-SSc with more advanced ILD.

#### *Recommendations*

While there are clearly SSc patients who are "pure" group 1, there are others who are group 2 or 3. There is likely a significant grey zone of these patients with features of more than one group. To best evaluate the extent of lung disease in relation to the patient's haemodynamic profile requires lung imaging rather than reliance on pulmonary function test criteria only. In the absence of RCTs, SSc patients with PH and more than minimal fibrosis on high-resolution CT should be referred to expert centres for individualised treatment.

### Hypoventilation and hypoxia-associated PH

Chronic PH in obstructive sleep apnoea is rare and most commonly mild. In marked contrast, a significant proportion of patients with obesity–hypoventilation syndrome (OHS) or overlap syndrome (combination of obstructive sleep apnoea and COPD) present with PH [73, 74]. This represents an important group of patients given that current estimates suggest that around 0.4% of the US population suffers from OHS, reaching up to 31% among hospitalised patients with a body mass index >35 kg·m$^{-2}$ [75]. Although variable, PH is frequently severe in these patients, being commonly associated with right ventricular failure and poor outcomes [76]. In addition to the improvements in gas exchange and sleepiness, one RCT and two series documented near normalisation of pulmonary haemodynamics, right ventricular function and exercise capacity after 3–6 months of non-invasive ventilation [73, 74, 76]. Similar findings were reported in a series of patients with PH associated with restrictive thoracic diseases treated with non-invasive ventilation [77].

#### *Recommendations*

The mainstay treatment of OHS is non-invasive ventilation, which does not, however, always correct the PH.

### PH at high altitude

High altitude is defined as an elevation of >2500 m above sea level. 140 million people permanently reside at high altitudes and >40 million visitors reach high-altitude levels yearly [78]. Data on prevalence of high-altitude PH, defined as mPAP ⩾30 mmHg by the International Society for Mountain Medicine [79], are rare and figures range from 5% to 23%, dependent on the geographic region and sex. Thus, hypoxia-induced PH is a major health problem at high-altitude regions of the world [78, 79]. Low ambient oxygen induces hypoxic pulmonary vasoconstriction, which increases PVR. In addition, pulmonary

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

TABLE 3 Recommendations and questions for the future direction of research in chronic lung disease (CLD)-associated pulmonary hypertension (PH)

Development of better animal models of PH in both COPD and ILD encouraged
- Differential molecular mechanisms (parenchymal versus vascular)
- Identification of novel molecular targets

Novel techniques employing ex vivo cultured human lung tissue to identify the key cellular and molecular drivers of pathological lung and vascular remodelling and for individualised drug testing
- (Co-)cultured human pulmonary vascular cells, viable human lung slices, ex vivo grown or iPSC-derived human lung organoids

Research into biomarkers for group 3 PH encouraged
- Classical circulating peptides, circulating RNA subsets, monocyte/leukocyteomics, volatile exhaled compounds, exhaled "genomic fingerprint"
- Shared access to existing biobanks/biosamples from disparate registries, trials including industry-sponsored studies, regulatory agency involvement
- Patients enrolled into future clinical trials should be consented to enable sharing of their biospecimens

Clinical variables for enrolment in group 3 clinical trials require more sophisticated "deep phenotyping"
- Image phenotyping of parenchymal and vascular changes, novel imaging techniques including CT "vascular morphometry", SPECT/CT, PET "metabolomics", four-dimensional MRI, artificial intelligence machine learning ("radiomics")
- Nature, extent and spatial distribution of the parenchymal and vascular abnormalities

Optimal patient phenotype for trials of therapy
- Best haemodynamic variable(s) and threshold to define the patient phenotype; evaluation of right ventricular dysfunction for enrolment; extent of permissible parenchymal lung disease?
- Combination of pulmonary function testing, haemodynamic profile and imaging required

Clinical trial end-points in PH with underlying lung disease
- Phase 2 studies: physiological variables (e.g. right ventricular function, haemodynamics, 6MWT) and biomarkers (e.g. BNP) acceptable
- Phase 3 studies: comprehensive patient centric clinical outcomes preferable: composite end-point, time to clinically meaningful change (clinical worsening and/or improvement)
- Clinical worsening events may include: mortality, hospitalisation (cardiopulmonary), categorical changes in a functional test (e.g. 6MWT), QoL measures, NYHA Functional Class change, need for supplemental oxygen, disease exacerbation, lung transplantation

6MWT: improve its group 3 informative value ("integrate" distance, deoxygenation, Borg dyspnoea score, heart rate recovery?)

Encourage cardiopulmonary exercise testing for more elaborate distinction between respiratory versus circulatory limitation (problem: supplemental oxygen dependency)

Haemodynamic assessment while exercising is encouraged and is to be standardised

Inclusion spectrum in group 3 in view of different aetiology, molecular pathology and clinical course: "narrow versus broad"?

IIP can be studied together with chronic hypersensitivity pneumonitis and occupational lung disease

Sarcoidosis-PH sufficiently different and should be studied independently

COPD-PH should be studied independently

CPFE-PH included in ILD-PH studies; permissible provided the extent of their emphysema is not too great; or risk for confounding signal?

Studies employing inhaled PH therapies are an attractive option as this may enable better ventilation/perfusion matching and limit systemic side-effects

Future studies should focus on the prevention/inhibition/reversal of vascular remodelling in addition to vasodilation CLD-PH

Future studies should also target role of the vascular compartment in driving parenchymal abnormalities ("vascular therapy beyond PH")

Further studies of the role of pulmonary rehabilitation (exercise training) in lung disease complicated by PH are encouraged

COPD: chronic obstructive pulmonary disease; ILD: interstitial lung disease; iPSC: induced pluripotent stem cell; CT: computed tomography; SPECT: single photon emission CT; MRI: magnetic resonance imaging; 6MWT: 6-min walk test; BNP: brain natriuretic peptide; NYHA: New York Heart Association; QoL: quality of life; IIP: idiopathic interstitial pneumonia; CPFE: combined pulmonary fibrosis and emphysema.

arterial remodelling occurs during long-term hypoxia. Both hypoxic pulmonary vasoconstriction and vascular remodelling act in concert with erythrocytosis, leading to PH at high altitude [80]. Importantly, high-altitude PH is reversible upon re-exposure to normal inspired oxygen tension ($PiO_2$). Acute treatment studies with sildenafil and the ROCK (RhoA/Rho kinase) inhibitor fasudil reduced PAP and/or increased exercise capacity [81–83]. Only sildenafil and captopril have been investigated in long-term studies over a period of 3 months, with lowered PAP levels being noted [84, 85].

### Recommendations
Re-exposure to normal $PiO_2$ is the primary treatment of high-altitude PH. Long-term treatment studies with vasodilators are largely missing.

### General conclusions
The association between PH and CLD with impaired functional status and worse outcomes is well established. Whether PH is the driver of outcomes or a surrogate for the severity of the underlying CLD remains uncertain. However, given the worldwide prevalence of CLD, and the associated morbidity and

Case 1:23-cv-00975-RGA-SRF    Document 75-2    Filed 04/22/24    Page 60 of 68 PageID #: 5865

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

mortality of CLD-PH, this area is one of great unmet medical need where future research should be strongly encouraged and supported (table 3).

Conflict of interest: S.D. Nathan is a consultant for and has received research funding from Bellerophon, United Therapeutics and Bayer Pharmaceuticals; is a consultant for Third Pole and Actelion, and is a consultant for, has received research funding from and is on the speakers' bureau of Roche-Genentech and Boehringer Ingelheim. J.A. Barbera reports grants and personal fees from Actelion and MSD, personal fees from Arena, and grants from Bayer and GSK, outside the submitted work. S.P. Gaine reports personal fees from Actelion, United Therapeutics, MSD and GSK, outside the submitted work. S. Harari has received grants for research and speakers fees from Actelion, Boehringer Ingelheim and Roche. F.J. Martinez has received grants from the NIH (IPF UO1, COPD UO1/RO1); personal fees, honoraria and non-personal travel support from the American College of Chest Physicians, Continuing Education, ConCert, Inova Fairfax Health System, MD Magazine, Miller Communications, National Association for Continuing Education, Novartis, Pearl Pharmaceuticals, PeerView Communications, Prime Communications, Puerto Rican Respiratory Society, Roche, Sunovion, Theravance, Potomac, University of Alabama Birmingham and Zambon; personal fees and non-personal or non-financial travel support from AstraZeneca; personal fees, non-personal travel support, and non-financial support for data and safety monitoring board work from Boehringer Ingelheim; personal fees, honoraria, non-personal travel support, and non-financial support for data and safety monitoring board work from Genentech and GlaxoSmithKline; personal fees and honoraria from Columbia University, Integritas, Methodist Hospital Brooklyn, New York University, Unity, UpToDate, WebMD/MedScape, Western Connecticut Health Network, Academic CME, Patara, PlatformIQ, American Thoracic Society, Rockpointe and Rare Disease Healthcare Communications; non-personal travel support from Nitto; personal fees, honoraria, travel support and non-personal travel support from Chiesi; personal fees, honoraria and travel support from Physicians Education Resource and Teva; honoraria and travel support from Canadian Respiratory Network; personal fees from France Foundation; and has participated on scientific advisory boards (no direct financial compensation) for ProterrixBio and Bridge Biotherapeutics; participated on IPF study steering committees (no direct financial compensation) for Afferent/Merck, Gilead, Veracyte, Prometic, Bayer and ProMedior; and participated on an IPF study steering committee and data safety monitoring board (no direct financial compensation) for Biogen. H. Olschewski reports personal fees and non-financial support from Bayer, MSD, Pfizer and Novartis, grants, personal fees and non-financial support from Actelion, grants from Inventiva, and personal fees from Bellerophon, outside the submitted work; and is part-time employee of the Ludwig Boltzmann Institute for Lung Vascular Research. K.M. Olsson received fees for talks and consulting work from Actelion, Bayer, GSK, Pfizer and United Therapeutics. A.J. Peacock has received research grants and personal fees from Actelion Pharmaceuticals, Bayer, GSK, MSD, Pfizer and United Therapeutics, outside the submitted work. J. Pepke-Zaba is a member of the advisory boards for Actelion, Merck, Bayer and GSK, has received grants, personal fees and non-financial support from Actelion, Merck and Bayer, and personal fees from GSK. S. Provencher has received research grants from Actelion Pharmaceuticals and Boehringer Ingelheim, and has received speaker fees from Actelion Pharmaceuticals. N. Weissmann has nothing to disclose. W. Seeger has received consultancy fees from Bayer AG, United Therapeutics, Liquidia, Vectura and Novartis.

References

1   Seeger W, Adir Y, Barbera JA, et al. Pulmonary hypertension in chronic lung diseases. J Am Coll Cardiol 2013; 62: D109–D116.
2   Berger RMF, Beghetti M, Humpl T, et al. Clinical features of paediatric pulmonary hypertension: a registry study. Lancet 2012; 379: 537–546.
3   Manika K, Pitsiou GG, Boutou AK, et al. The impact of pulmonary arterial pressure on exercise capacity in mild-to-moderate cystic fibrosis: a case control study. Pulm Med 2012; 2012: 252345.
4   Medrek SK, Sharafkhaneh A, Spiegelman AM, et al. Admission for COPD exacerbation is associated with the clinical diagnosis of pulmonary hypertension: results from a retrospective longitudinal study of a veteran population. COPD 2017; 14: 484–489.
5   Hayes D Jr, Black SM, Tobias JD, et al. Influence of pulmonary hypertension on patients with idiopathic pulmonary fibrosis awaiting lung transplantation. Ann Thorac Surg 2016; 101: 246–252.
6   Poms AD, Turner M, Farber HW, et al. Comorbid conditions and outcomes in patients with pulmonary arterial hypertension: a REVEAL registry analysis. Chest 2013; 144: 169–176.
7   Hamada K, Nagai S, Tanaka S, et al. Significance of pulmonary arterial pressure and diffusion capacity of the lung as prognosticator in patients with idiopathic pulmonary fibrosis. Chest 2007; 131: 650–656.
8   Kessler R, Faller M, Fourgaur G, et al. Predictive factors of hospitalization for acute exacerbation in a series of 64 patients with chronic obstructive pulmonary disease. Am J Respir Crit Care Med 1999; 159: 158–164.
9   Hoffmann J, Wilhelm J, Olschewski A, et al. Microarray analysis in pulmonary hypertension. Eur Respir J 2016; 48: 229–241.
10  Chaouat A, Bugnet A-S, Kadaoui N, et al. Severe pulmonary hypertension and chronic obstructive pulmonary disease. Am J Respir Crit Care Med 2005; 172: 189–194.
11  Boerrigter BG, Bogaard HJ, Trip P, et al. Ventilatory and cardiocirculatory exercise profiles in COPD: the role of pulmonary hypertension. Chest 2012; 142: 1166–1174.
12  Wells JM, Washko GR, Han MK, et al. Pulmonary arterial enlargement and acute exacerbations of COPD. N Engl J Med 2012; 367: 913–921.
13  Kimura M, Taniguchi H, Kondoh Y, et al. Pulmonary hypertension as a prognostic indicator at the initial evaluation in idiopathic pulmonary fibrosis. Respiration 2013; 85: 456–463.
14  Raghu G, Nathan SD, Behr J, et al. Pulmonary hypertension in idiopathic pulmonary fibrosis with mild to moderate restriction. Eur Respir J 2015; 46: 1370–1377.
15  Shorr AF, Wainright JL, Cors CS, et al. Pulmonary hypertension in patients with pulmonary fibrosis awaiting lung transplant. Eur Respir J 2007; 30: 715–721.
16  Nadrous HF, Pellikka PA, Krowka MJ, et al. Pulmonary hypertension in patients with idiopathic pulmonary fibrosis. Chest 2005; 128: 2393–2399.

Case 1:23-cv-00975-RGA-SRF    Document 75-2    Filed 04/22/24    Page 61 of 68 PageID #: 5866

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

17    Nathan SD, Shlobin OA, Barnett SD, *et al.* Right ventricular systolic pressure by echocardiography as a predictor of pulmonary hypertension in idiopathic pulmonary fibrosis. *Respir Med* 2008; 102: 1305–1310.

18    Teramachi R, Taniguchi H, Kondoh Y, *et al.* Progression of mean pulmonary arterial pressure in idiopathic pulmonary fibrosis with mild to moderate restriction. *Respirology* 2017; 22: 986–990.

19    Lettieri CJ, Nathan SD, Barnett SD, *et al.* Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. *Chest* 2006; 129: 746–752.

20    Alhamad EH, Al-Boukai AA, Al-Kassimi FA, *et al.* Prediction of pulmonary hypertension in patients with or without interstitial lung disease: reliability of CT findings. *Radiology* 2011; 260: 875–883.

21    Mura M, Anraku M, Yun Z, *et al.* Gene expression profiling in the lungs of patients with pulmonary hypertension associated with pulmonary fibrosis. *Chest* 2012; 141: 661–673.

22    Judge EP, Fabre A, Adamali HI, *et al.* Acute exacerbations and pulmonary hypertension in advanced idiopathic pulmonary fibrosis. *Eur Respir J* 2012; 40: 93–100.

23    Hoeper MM, Behr J, Held M, *et al.* Pulmonary hypertension in patients with chronic fibrosing idiopathic interstitial pneumonias. *PLoS One* 2015; 10: e0141911.

24    Cottin V, Le Pavec J, Prévot G, *et al.* Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome. *Eur Respir J* 2010; 35: 105–111.

25    Mejía M, Carrillo G, Rojas-Serrano J, *et al.* Idiopathic pulmonary fibrosis and emphysema: decreased survival associated with severe pulmonary arterial hypertension. *Chest* 2009; 136: 10–15.

26    Shorr AF, Helman DL, Davies DB, *et al.* Pulmonary hypertension in advanced sarcoidosis: epidemiology and clinical characteristics. *Eur Respir J* 2005; 25: 783–788.

27    Nunes H, Humbert M, Capron F, *et al.* Pulmonary hypertension associated with sarcoidosis: mechanisms, haemodynamics and prognosis. *Thorax* 2006; 61: 68–74.

28    Boucly A, Cottin V, Nunes H, *et al.* Management and long-term outcomes of sarcoidosis-associated pulmonary hypertension. *Eur Respir J* 2017; 50: 1700465.

29    Baughman RP, Shlobin OA, Alhamad EH, *et al.* Clinical features of sarcoidosis associated pulmonary hypertension: results of a multi-national registry. *Res Med* 2018; 139: 72–78.

30    Fartoukh M, Humbert M, Capron F, *et al.* Severe pulmonary hypertension in histiocytosis X. *Am J Respir Crit Care Med* 2000; 161: 216–223.

31    Le Pavec J, Lorillon G, Jais X, *et al.* Pulmonary Langerhans cell histiocytosis-associated pulmonary hypertension: clinical characteristics and impact of pulmonary arterial hypertension therapies. *Chest* 2012; 142: 1150–1157.

32    Oliveira RK, Pereira CA, Ramos RP, *et al.* Chronic hypersensitivity pneumonitis and pulmonary hypertension. *Eur Respir J* 2014; 44: 415–424.

33    Pullamsetti SS, Kojonazarov B, Storn S, *et al.* Lung cancer associated pulmonary hypertension: role of microenvironmental inflammation based on tumor cell-immune cell cross-talk. *Sci Transl Med* 2017; 9: eaai9048.

34    Andersen KH, Iversen M, Kjaergaard J, *et al.* Prevalence, predictors, and survival in pulmonary hypertension related to end-stage chronic obstructive pulmonary disease. *J Heart Lung Transplant* 2012; 31: 373–380.

35    Leuchte HH, Baumgartner RA, Nounou ME, *et al.* Brain natriuretic peptide is a prognostic parameter in chronic lung disease. *Am J Respir Crit Care Med* 2006; 173: 744–750.

36    Furukawa T, Kondoh Y, Taniguchi H, *et al.* A scoring system to predict the elevation of mean pulmonary arterial pressure in idiopathic pulmonary fibrosis. *Eur Respir J* 2018; 51: 1701311.

37    Glaser S, Obst A, Koch B, *et al.* Pulmonary hypertension in patients with idiopathic pulmonary fibrosis – the predictive value of exercise capacity and gas exchange efficiency. *PLoS One* 2013; 8: e65643.

38    Greiner S, Jud A, Aurich M, *et al.* Reliability of noninvasive assessment of systolic pulmonary artery pressure by Doppler echocardiography compared to right heart catheterization: analysis in a large patient population. *J Am Heart Assoc* 2014; 3: e001103.

39    D'Andrea A, Stanziola A, Di Palma E, *et al.* Right ventricular structure and function in idiopathic pulmonary fibrosis with or without pulmonary hypertension. *Echocardiography* 2016; 33: 57–65.

40    Nowak J, Hudzik B, Jastrze Bski D, *et al.* Pulmonary hypertension in advanced lung diseases: echocardiography as an important part of patient evaluation for lung transplantation. *Clin Respir J* 2018; 12: 930–938.

41    Alkukhun L, Wang XF, Ahmed MK, *et al.* Non-invasive screening for pulmonary hypertension in idiopathic pulmonary fibrosis. *Respir Med* 2016; 117: 65–72.

42    Yagi M, Taniguchi H, Kondoh Y, *et al.* CT-determined pulmonary artery to aorta ratio as a predictor of elevated pulmonary artery pressure and survival in idiopathic pulmonary fibrosis. *Respirology* 2017; 22: 1393–1399.

43    Timms RM, Khaja FU, Williams GW. Hemodynamic response to oxygen therapy in chronic obstructive pulmonary disease. *Ann Intern Med* 1985; 102: 29–36.

44    Weitzenblum E, Sautegeau A, Ehrhart M, *et al.* Long-term oxygen therapy can reverse the progression of pulmonary hypertension in patients with chronic obstructive pulmonary disease. *Am Rev Respir Dis* 1985; 131: 493–498.

45    Albert RK, Au DH, Blackford AL, *et al.* A randomized trial of long-term oxygen for COPD with moderate desaturation. *N Engl J Med* 2016; 375: 1617–1627.

46    Bell EC, Cox NS, Goh N, *et al.* Oxygen therapy for interstitial lung disease: a systematic review. *Eur Respir Rev* 2017; 26: 160080.

47    Chen X, Tang S, Liu K, *et al.* Therapy in stable chronic obstructive pulmonary disease patients with pulmonary hypertension: a systematic review and meta-analysis. *J Thorac Dis* 2015; 7: 309–319.

48    Prins KW, Duval S, Markowitz J, *et al.* Chronic use of PAH-specific therapy in World Health Organization Group III Pulmonary Hypertension: a systematic review and meta-analysis. *Pulm Circ* 2017; 7: 145–155.

49    Vitulo P, Stanziola A, Confalonieri M, *et al.* Sildenafil in severe pulmonary hypertension associated with chronic obstructive pulmonary disease: a randomized controlled multicenter clinical trial. *J Heart Lung Transplant* 2017; 36: 166–174.

50    Valerio G, Bracciale P, Grazia DA. Effect of bosentan upon pulmonary hypertension in chronic obstructive pulmonary disease. *Ther Adv Respir Dis* 2009; 3: 15–21.

51    Park J, Song JH, Park DA, *et al.* Systematic review and meta-analysis of pulmonary hypertension specific therapy for exercise capacity in chronic obstructive pulmonary disease. *J Korean Med Sci* 2013; 28: 1200–1206.

Case 1:23-cv-00975-RGA-SRF   Document 75-2   Filed 04/22/24   Page 62 of 68 PageID #: 5867

WORLD SYMPOSIUM ON PULMONARY HYPERTENSION | S.D. NATHAN ET AL.

52    Barbera JA, Blanco I. Pulmonary hypertension in patients with chronic obstructive pulmonary disease: advances in pathophysiology and management. *Drugs* 2009; 69: 1153–1171.

53    Stolz D, Rasch H, Linka A, *et al.* A randomized, controlled trial of bosentan in severe COPD. *Eur Respir J* 2008; 32: 619–628.

54    Lederer DJ, Bartels MN, Schluger NW, *et al.* Sildenafil for chronic obstructive pulmonary disease: a randomized crossover trial. *COPD* 2012; 9: 268–275.

55    Calcaianu G, Canuet M, Schuller A, *et al.* Pulmonary arterial hypertension-specific drug therapy in COPD patients with severe pulmonary hypertension and mild-to-moderate airflow limitation. *Respiration* 2016; 91: 9–17.

56    Raghu G, Behr J, Brown KK, *et al.* Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. *Ann Intern Med* 2013; 158: 641–649.

57    Nathan SD, Behr J, Collard HR, *et al.* RISE-IIP: riociguat for the treatment of pulmonary hypertension associated with idiopathic interstitial pneumonia. *Eur Respir J* 2017; 50: OA1985.

58    Hoeper MM, Halank M, Wilkens H, *et al.* Riociguat for interstitial lung disease and pulmonary hypertension: a pilot trial. *Eur Respir J* 2013; 41: 853–860.

59    Saggar R, Khanna D, Vaidya A, *et al.* Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis. *Thorax* 2014; 69: 123–129.

60    Corte TJ, Keir GJ, Dimopoulos K, *et al.* Bosentan in pulmonary hypertension associated with fibrotic idiopathic interstitial pneumonia. *Am J Respir Crit Care Med* 2014; 190: 208–217.

61    The Idiopathic Pulmonary Fibrosis Clinical Research Network. A controlled trial of sildenafil in advanced idiopathic pulmonary fibrosis. *N Engl J Med* 2010; 363: 620–628.

62    Olschewski H, Ghofrani HA, Walmrath D, *et al.* Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis. *Am J Respir Crit Care Med* 1999; 160: 600–607.

63    Blanco I, Ribas J, Xaubet A, *et al.* Effects of inhaled nitric oxide at rest and during exercise in idiopathic pulmonary fibrosis. *J Appl Physiol* 2011; 110: 638–645.

64    Ghofrani HA, Wiedemann R, Rose F, *et al.* Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. *Lancet* 2002; 360: 895–900.

65    Barnett CF, Bonura EJ, Nathan SD, *et al.* Treatment of sarcoidosis-associated pulmonary hypertension. A two-center experience. *Chest* 2009; 135: 1455–1461.

66    Baughman RP, Judson MA, Lower EE, *et al.* Inhaled iloprost for sarcoidosis associated pulmonary hypertension. *Sarcoidosis Vasc Diffuse Lung Dis* 2009; 26: 110–120.

67    Baughman RP, Culver DA, Cordova FC, *et al.* Bosentan for sarcoidosis-associated pulmonary hypertension: a double-blind placebo controlled randomized trial. *Chest* 2014; 145: 810–817.

68    Cottin V, Harari S, Humbert M, *et al.* Pulmonary hypertension in lymphangioleiomyomatosis: characteristics in 20 patients. *Eur Respir J* 2012; 40: 630–640.

69    Hurdman J, Condliffe R, Elliot CA, *et al.* Pulmonary hypertension in COPD: results from the ASPIRE registry. *Eur Respir J* 2013; 41: 1292–1301.

70    Lange TJ, Baron M, Seiler I, *et al.* Outcome of patients with severe PH due to lung disease with and without targeted therapy. *Cardiovasc Ther* 2014; 32: 202–208.

71    Tanabe N, Taniguchi H, Tsujino I, *et al.* Multi-institutional retrospective cohort study of patients with severe pulmonary hypertension associated with respiratory diseases. *Respirology* 2015; 20: 805–812.

72    Launay D, Montani D, Hassoun PM, *et al.* Clinical phenotypes and survival of pre-capillary pulmonary hypertension in systemic sclerosis. *PLoS One* 2018; 13: e0197112.

73    Held M, Walthelm J, Baron S, *et al.* Functional impact of pulmonary hypertension due to hypoventilation and changes under noninvasive ventilation. *Eur Respir J* 2014; 43: 156–165.

74    Masa JF, Corral J, Caballero C, *et al.* Non-invasive ventilation in obesity hypoventilation syndrome without severe obstructive sleep apnoea. *Thorax* 2016; 71: 899–906.

75    Nowbar S, Burkart KM, Gonzales R, *et al.* Obesity-associated hypoventilation in hospitalized patients: prevalence, effects, and outcome. *Am J Med* 2004; 116: 1–7.

76    Castro-Anon O, Golpe R, Perez-de-Llano LA, *et al.* Haemodynamic effects of non-invasive ventilation in patients with obesity–hypoventilation syndrome. *Respirology* 2012; 17: 1269–1274.

77    Schonhofer B, Barchfeld T, Wenzel M, *et al.* Long term effects of non-invasive mechanical ventilation on pulmonary haemodynamics in patients with chronic respiratory failure. *Thorax* 2001; 56: 524–528.

78    Mirrakhimov AE, Strohl KP. High-altitude pulmonary hypertension: an update on disease pathogenesis and management. *Open Cardiovasc Med J* 2016; 10: 19–27.

79    Léon-Velarde F, Maggiorini M, Reeves JT, *et al.* Consensus statement on chronic and subacute high altitude diseases. *High Alt Med Biol* 2005; 6: 147–157.

80    Wilkins MR, Ghofrani HA, Weissmann N, *et al.* Pathophysiology and treatment of high-altitude pulmonary vascular disease. *Circulation* 2015; 131: 582–590.

81    Ghofrani HA, Reichenberger F, Kohstall MG, *et al.* Sildenafil increased exercise capacity during hypoxia at low altitudes and at Mount Everest base camp: a randomized, double-blind, placebo-controlled crossover trial. *Ann Intern Med* 2004; 141: 169–177.

82    Xu Y, Liu J, Qian G. Meta-analysis of clinical efficacy of sildenafil, a phosphodiesterase type-5 inhibitor on high altitude hypoxia and its complications. *High Alt Med Biol* 2014; 15: 46–51.

83    Kojonazarov B, Myrzaakhmatova A, Sooronbaev T, *et al.* Effects of fasudil in patients with high-altitude pulmonary hypertension. *Eur Respir J* 2012; 39: 496–498.

84    Aldashev AA, Kojonazarov BK, Amatov TA, *et al.* Phosphodiesterase type 5 and high altitude pulmonary hypertension. *Thorax* 2005; 60: 683–687.

85    Niazova ZA, Batyraliev TA, Aikimbaev KS, *et al.* High-altitude pulmonary hypertension: effects of captopril on pulmonary and systemic arterial pressures. *J Hum Hypertens* 1996; 10: Suppl. 3, S141–S142.

86    Vonbank K, Ziesche R, Higenbottam TW, *et al.* Controlled prospective randomised trial on the effects on pulmonary haemodynamics of the ambulatory long term use of nitric oxide and oxygen in patients with severe COPD. *Thorax* 2003; 58: 289–293.

87    Rao RS, Singh S, Sharma BS, *et al.* Sildenafil improves six-minute walk distance in chronic obstructive pulmonary disease: a randomised, double-blind, placebo-controlled trial. *Indian J Chest Dis Allied Sci* 2011; 53: 81–85.

88    Blanco I, Santos S, Gea J, *et al.* Sildenafil to improve respiratory rehabilitation outcomes in COPD: a controlled trial. *Eur Respir J* 2013; 42: 982–992.

89    Goudie AR, Lipworth BJ, Hopkinson PJ, *et al.* Tadalafil in patients with chronic obstructive pulmonary disease: a randomised, double-blind, parallel-group, placebo-controlled trial. *Lancet Respir Med* 2014; 2: 293–300.

90    Han MK, Bach DS, Hagan PG, *et al.* Sildenafil preserves exercise capacity in patients with idiopathic pulmonary fibrosis and right-sided ventricular dysfunction. *Chest* 2013; 143: 1699–1708.

91    Judson MA, Highland KB, Kwon S, *et al.* Ambrisentan for sarcoidosis associated pulmonary hypertension. *Sarcoidosis Vasc Diffuse Lung Dis* 2011; 28: 139–145.

92    Keir GJ, Walsh SLF, Gatzoulis MA, *et al.* Treatment of sarcoidosis-associated pulmonary hypertension: a single centre retrospective experience using targeted therapies. *Sarcoidosis Vasc Diffuse Lung Dis* 2014; 31: 82–90.

93    Bonham CA, Oldham JM, Gomberg-Maitland M, *et al.* Prostacyclin and oral vasodilator therapy in sarcoidosis-associated pulmonary hypertension: a retrospective case series. *Chest* 2015; 148: 1055–1062.

# EXHIBIT 17

CORRESPONDENCE



# Inhaled Treprostinil in Group 3 Pulmonary Hypertension

**TO THE EDITOR:** In the INCREASE study, Waxman et al. (Jan. 28 issue)[1] found that inhaled treprostinil improved the 6-minute walk distance (the primary end point) with fewer events of clinical worsening. These differences were assumed to reflect an effect of treprostinil on the vasculopathy rather than a potential effect on the underlying interstitial lung disease. No effect on oxygenation or diffusion capacity for carbon monoxide was found.

Of interest, a significant improvement was observed in the least-squares mean difference in the change from baseline in forced vital capacity (% predicted), with a between-group difference of 1.8% (95% confidence interval [CI], 0.20 to 3.39; P=0.03) in favor of treprostinil at week 16, corresponding to an increase of 44.4 ml (95% CI, −25.25 to 114.05; P=0.21) (Table S6). This is reminiscent of the positive trend in forced vital capacity observed with sildenafil treatment among patients with idiopathic pulmonary fibrosis in the INSTAGE trial.[2] Since treprostinil inhibits experimental fibrosis in animal models[3] and sildenafil inhibits transition of endothelial and smooth muscle cells to mesenchymal cells,[4] we speculate that the change in forced vital capacity might reflect a genuine drug effect on lung physiology rather than a chance finding. Mechanistically, it is possible that treprostinil and sildenafil, through these effects, reduce an endogenous source of fibrogenic signals.

Mouhamad Nasser, M.D., M.P.H.
Hospices Civils de Lyon
Lyon, France

Martin Kolb, M.D., Ph.D.
McMaster University
Hamilton, ON, Canada

Vincent Cottin, M.D., Ph.D.
University of Lyon
Lyon, France
vincent.cottin@chu-lyon.fr

Dr. Nasser reports receiving travel and lecture fees from Actelion; lecture fees from AstraZeneca; travel, advisory board, and lecture fees from Boehringer Ingelheim; and travel fees from Roche. Dr. Kolb reports receiving advisory board fees from Algernon; a research grant from Alkermes; and a research grant and consulting and speaker fees from Boehringer Ingelheim; being a member of clinical trial committees for Boehringer Ingelheim; receiving consulting fees from Bristol Myers Squibb; fees for serving on a data monitoring committee from Covance; consulting fees from CSL Behring, Genoa, and Horizon; consulting fees and research grants from Pharmaxis, Prometic, and Respivert; and research grant, data monitoring committee, consulting, and speaker fees from Roche. Dr. Cottin reports receiving travel fees from Actelion; lecture fees from AstraZeneca; advisory board fees from Bayer; advisory board and lecture fees, a research grant, and fees for serving as a member of a clinical trial committee from Boehringer Ingelheim; fees for serving on a data and safety monitoring board from Celgene; trial event adjudication committee fees from Fibrogen; advisory board and data and safety monitoring board fees from Galapagos; data and safety monitoring board fees from Galecto; lecture fees from Novartis; lecture, advisory board, and data and safety monitoring board fees from Roche; being a member of a clinical trial committee for Roche; lecture fees from Sanofi; and advisory board fees from Shionogi. No other potential conflict of interest relevant to this letter was reported.

1. Waxman A, Restrepo-Jaramillo R, Thenappan T, et al. Inhaled treprostinil in pulmonary hypertension due to interstitial lung disease. N Engl J Med 2021;384:325-34.
2. Kolb M, Raghu G, Wells AU, et al. Nintedanib plus sildenafil in patients with idiopathic pulmonary fibrosis. N Engl J Med 2018;379:1722-31.
3. Nikitopoulou I, Manitsopoulos N, Kotanidou A, et al. Orotracheal treprostinil administration attenuates bleomycin-induced lung injury, vascular remodeling, and fibrosis in mice. Pulm Circ 2019;9:2045894015881954.
4. Milara J, Escrivá J, Ortiz JL, et al. Vascular effects of sildenafil in patients with pulmonary fibrosis and pulmonary hypertension: an ex vivo/in vitro study. Eur Respir J 2016;47:1737-49.
DOI: 10.1056/NEJMc2103465

**TO THE EDITOR:** The results of the INCREASE study reported by Waxman and colleagues are a welcome contribution to this complex field.[1,2] The improvement in 6-minute walk distance without worsening oxygen saturation is encouraging.[3] As shown by the subgroup analyses (described in the Supplementary Appendix, available with the full text of the article at NEJM.org), evidence of a response was more robust in patients who had higher pulmonary vascular resistance (>4 Wood units), worse 6-minute walk distance (<350 meters), lower diffusion capacity (<40%), or idiopathic interstitial pneumonia or connective tissue disease. Moreover, patients who received inhaled treprostinil delivered by nebulizer in at least 10 to 12 breaths (four times daily) had the clearest evidence of improvement. Therefore, selectively treating the patients in these subgroups with inhaled treprostinil may be a cost-effective approach until additional data support extrapolating the INCREASE findings to a larger population.

The need for long-term data[3,4] is also supported by the 6-minute walk distance "plateau" effect seen between weeks 12 and 16 and by the lack of quality-of-life benefit as measured by the St. George's Respiratory Questionnaire. Further studies may clarify whether inhaled treprostinil produces a sustained, clinically meaningful re-

The New England Journal of Medicine
Downloaded from nejm.org by Jonathan Rankin on March 25, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

sponse or whether the main benefit of the treatment is in delaying a decline in functional status.

Francisco J. Soto, M.D.
Jared N. Kravitz, M.D.
Rajiv Dhand, M.D.
University of Tennessee Graduate School of Medicine
Knoxville, TN
fsoto@utmck.edu

No potential conflict of interest relevant to this letter was reported.

1. Mathai SC, Hummers LK, Champion HC, et al. Survival in pulmonary hypertension associated with the scleroderma spectrum of diseases: impact of interstitial lung disease. Arthritis Rheum 2009;60:569-77.
2. Nathan SD, Barbera JA, Gaine SP, et al. Pulmonary hypertension in chronic lung disease and hypoxia. Eur Respir J 2019;53: 1801914.
3. Taichman DB. Optimism for interstitial lung disease–associated pulmonary hypertension? N Engl J Med 2021;384:376-7.
4. Sitbon O, Gomberg-Maitland M, Granton J, et al. Clinical trial design and new therapies for pulmonary arterial hypertension. Eur Respir J 2019;53:1801908.

DOI: 10.1056/NEJMc2103465

**TO THE EDITOR:** Waxman and coauthors report favorable outcomes with inhaled treprostinil for pulmonary hypertension due to interstitial lung disease. However, some uncertainty remains regarding the pulmonary hypertension phenotype of the patient population. The extent of interstitial lung disease is the key distinguishing feature between pulmonary arterial hypertension and group 3 pulmonary hypertension. Therefore, verifying the extent of interstitial lung disease is crucial, particularly since mild interstitial lung disease was routinely included in previous studies of pulmonary arterial hypertension. In this context, eligibility criteria for this trial included diffuse parenchymal lung disease as diagnosed on the basis of evidence on computed tomography of the chest. This judgment was left to the site investigator, despite the inherent challenges in the interpretation of interstitial lung disease imaging[1] and the possibility of overlapping features between interstitial lung disease and pulmonary arterial hypertension.[2] In contrast, previous studies of pulmonary hypertension due to interstitial lung disease have required adjudication, multidisciplinary discussion,[1,3] or a staging system (or a combination of these) to establish the diagnosis, cause, and extent of interstitial lung disease. Autoimmunity further complicates the classification of pulmonary hypertension, and regrettably, pulmonary function does not re-

liably distinguish pulmonary arterial hypertension from group 3 pulmonary hypertension.[4] Lastly, as compared with participants in the placebo group, the trial participants randomly assigned to receive treprostinil were younger and were more likely to be female, and more of them had autoimmune disease — factors that might favor less disease progression and greater treatment response. If strict criteria for the diagnosis, the cause, and the extent of interstitial lung disease are not standardized and adjudicated, we risk continuing to study the nebulous interface between pulmonary arterial hypertension and group 3 pulmonary hypertension.

Rajan Saggar, M.D.
Fereidoun Abtin, M.D.
Richard Channick, M.D.
University of California, Los Angeles
Los Angeles, CA
rsaggar@mednet.ucla.edu

Dr. Saggar reports being a consultant for Actelion, United Therapeutics, and Acceleron. Dr. Channick reports being a consultant for Actelion, United Therapeutics, Bayer, Gossamer, Third Pole, and Acceleron. No other potential conflict of interest relevant to this letter was reported.

1. Wells AU. The revised ATS/ERS/JRS/ALAT diagnostic criteria for idiopathic pulmonary fibrosis (IPF) — practical implications. Respir Res 2013;14:Suppl 1:S2.
2. Rajaram S, Swift AJ, Condliffe R, et al. CT features of pulmonary arterial hypertension and its major subtypes: a systematic CT evaluation of 292 patients from the ASPIRE Registry. Thorax 2015;70:382-7.
3. Nathan SD, Barbera JA, Gaine SP, et al. Pulmonary hypertension in chronic lung disease and hypoxia. Eur Respir J 2019;53: 1801914.
4. Park JH, Kim DS, Park I-N, et al. Prognosis of fibrotic interstitial pneumonia: idiopathic versus collagen vascular disease-related subtypes. Am J Respir Crit Care Med 2007;175:705-11.

DOI: 10.1056/NEJMc2103465

**TO THE EDITOR:** Waxman et al. report that patients with pulmonary hypertension due to interstitial lung disease who were treated with inhaled treprostinil as compared with placebo significantly improved their 6-minute walk distance. However, since treprostinil did not improve other clinically relevant outcomes such as oxygen saturation and quality of life or reduce hospitalizations and deaths, a decreased 6-minute walk distance in the placebo group can be explained by other factors.[1] Idiopathic pulmonary fibrosis was present in 48% more patients in the placebo group than in the treprostinil group, which may explain why 47% more patients in the placebo group had an exacerbation of interstitial lung

The New England Journal of Medicine
Downloaded from nejm.org by Jonathan Rankin on March 25, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

disease.[2] Exacerbations can result in functional decline and a decrease in 6-minute walk distance.[3,4]

To better control for the confounding effect of diagnosis (idiopathic pulmonary fibrosis vs. nonidiopathic pulmonary fibrosis) and exacerbation burden on the 6-minute walk distance, we suggest that the authors report the 6-minute walk distance according to diagnosis and exacerbation status, the mean change from baseline in peak 6-minute walk distance adjusted for diagnosis and exacerbation status, and the perceived exertion scores (Borg scale) and oxygen saturation during the 6-minute walk test in both study groups.

Onofre Moran-Mendoza, M.D., Ph.D.
Bohyung Min, M.D.
J. Alberto Neder, M.D., Ph.D.

Queen's University
Kingston, ON, Canada
morano@queensu.ca

No potential conflict of interest relevant to this letter was reported.

1. ATS Committee on Proficiency Standards for Clinical Pulmonary Function Laboratories. ATS statement: guidelines for the six-minute walk test. Am J Respir Crit Care Med 2002;166: 111-7.
2. Suzuki A, Kondoh Y, Brown KK, et al. Acute exacerbations of fibrotic interstitial lung diseases. Respirology 2020;25:525-34.
3. Yu YF, Macaulay DS, Reichmann WM, Wu EQ, Nathan SD. Association of early suspected acute exacerbations of idiopathic pulmonary fibrosis with subsequent clinical outcomes and healthcare resource utilization. Respir Med 2015;109:1582-8.
4. Kozu R, Jenkins S, Senjyu H. Effect of disability level on response to pulmonary rehabilitation in patients with idiopathic pulmonary fibrosis. Respirology 2011;16:1196-202.

DOI: 10.1056/NEJMc2103465

**TO THE EDITOR:** Waxman and colleagues found that in hypertension due to interstitial lung disease, inhaled treprostinil significantly improved exercise capacity (assessed with the use of a 6-minute walk test), decreased plasma concentration of N-terminal pro–B-type natriuretic peptide (NT-proBNP), and reduced the risk of clinical worsening.

Improvement in exercise capacity during the treatment of pulmonary hypertension due to interstitial lung disease is most likely associated with an improvement in pulmonary hemodynamics. However, this trial does not allow us to reliably confirm this hypothesis, since no changes in any variable of pulmonary hemodynamics are presented (with the exception of NT-proBNP, an indirect marker of pulmonary hypertension).

Could an improvement in exercise capacity be evidence in favor of an improved prognosis in patients with pulmonary hypertension due to interstitial lung disease? Unfortunately not, since we know that in patients with this disease, riociguat improved exercise capacity in a pilot trial[1] but resulted in increased mortality in a subsequent large-scale study.[2] Currently, further studies are needed to confirm the effect of therapy on the prognosis of patients with pulmonary hypertension due to interstitial lung disease.

Sergey Avdeev, M.D., Ph.D.
Natalia Tsareva, M.D.
Galina Nekludova, M.D., Ph.D.

Sechenov First Moscow State Medical University
Moscow, Russia
serg_avdeev@list.ru

Dr. Avdeev reports receiving lecture fees from Actelion, Bayer, and Boehringer Ingelheim. Dr. Tsareva reports receiving lecture fees from Actelion and Bayer. Dr. Nekludova reports receiving lecture fees from Actelion and Bayer. No other potential conflict of interest relevant to this letter was reported.

1. Hoeper MM, Halank M, Wilkens H, et al. Riociguat for interstitial lung disease and pulmonary hypertension: a pilot trial. Eur Respir J 2013;41:853-60.
2. Nathan SD, Behr J, Collard HR, et al. Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertension (RISE-IIP): a randomised, placebo-controlled phase 2b study. Lancet Respir Med 2019;7:780-90.

DOI: 10.1056/NEJMc2103465

**THE AUTHORS REPLY:** We thank the correspondents for their ideas for additional analyses. Nasser and colleagues note the favorable change in forced vital capacity. This signal was even stronger in the subgroup of patients with idiopathic interstitial pneumonia and those with idiopathic pulmonary fibrosis in particular. An article with a detailed analysis of these findings is in press.[1]

We appreciate the insight of Soto et al. and urge caution regarding the use of inhaled treprostinil for selected patient subgroups, since our trial was not powered to detect differences between subgroups, and other factors may also account for these differences. In addition, given the progressive nature of pulmonary hypertension due to interstitial lung disease and its universally poor outcomes, earlier treatment may prove beneficial, although this hypothesis has yet to be tested. The duration of our trial was

1871

The New England Journal of Medicine
Downloaded from nejm.org by Jonathan Rankin on March 25, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

similar to that in previous studies of pulmonary arterial hypertension, and to date, no clinical trial in pulmonary arterial hypertension or pulmonary hypertension due to interstitial lung disease, regardless of duration, has shown a quality-of-life benefit.[2]

Saggar and colleagues raise questions about validation of the specific diagnoses of interstitial lung disease, and Moran-Mendoza and associates raise similar issues in suggesting analyses based on the primary diagnosis. However, once pulmonary hypertension supervenes, patients tend to follow a similar course driven predominantly by pulmonary hypertension rather than the underlying primary disease.[3-5] One may argue that the broad population of persons with pulmonary hypertension due to interstitial lung disease enrolled in this trial is more homogeneous than patient populations in pulmonary arterial hypertension trials in which persons with group 1 pulmonary hypertension due to various diseases are combined. We agree that groups 1 and 3 pulmonary hypertension occur on a spectrum, and certain patients, such as those with connective tissue disease, may have features of both. For this reason, our trial established a stringent cutoff for forced vital capacity of less than 70% for patients with connective tissue disease; this is in contrast to clinical trials for the treatment of pulmonary arterial hypertension, in which a forced vital capacity greater than 70% is generally required. Moran-Mendoza et al. also raise concerns about the influence of exacerbations on the 6-minute walk test; indeed, that is one of the benefits of the 6-minute walk test as an end point, since no matter what aspect of the disease is being affected, it reflects the exercise tolerance and functional ability of the patient.

We agree with Avdeev and colleagues that improved exercise capacity was probably the result of improvements in pulmonary hemodynamics, but we also believe that the difference between groups in the change in NT-proBNP levels is strong evidence of improved hemodynamics without the need for follow-up right heart catheterization, an additional burden that is absent from most phase 3 clinical trials in pulmonary arterial hypertension.

Steven D. Nathan, M.D.
Inova Fairfax Hospital
Falls Church, VA
steven.nathan@inova.org

Aaron Waxman, M.D., Ph.D.
Brigham and Women's Hospital
Boston, MA

Victor Tapson, M.D.
Cedars–Sinai
Los Angeles, CA

Since publication of their article, the authors report no further potential conflict of interest.

1. Nathan SD, Waxman A, Rajagopal S, et al. Inhaled treprostinil and FVC change in patients with interstitial lung disease and associated pulmonary hypertension. Lancet Res Med (in press).
2. Galiè N, Manes A, Negro L, Palazzini M, Bacchi-Reggiani ML, Branzi A. A meta-analysis of randomized controlled trials in pulmonary arterial hypertension. Eur Heart J 2009;30:394-403.
3. Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF. Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. Chest 2006;129:746-52.
4. King CS, Brown AW, Shlobin OA, et al. Prevalence and impact of WHO group 3 pulmonary hypertension in advanced idiopathic nonspecific interstitial pneumonia. Eur Respir J 2018;52:1800545.
5. Oliveira RKF, Ota-Arakaki JS, Gomes PS, et al. Pulmonary haemodynamics and mortality in chronic hypersensitivity pneumonitis. Eur Respir J 2018;51:1800430.

DOI: 10.1056/NEJMc2103465

# Antithrombotic Therapy after Acute Coronary Syndromes

**TO THE EDITOR:** In their review article about antithrombotic therapy in patients with acute coronary syndromes, Rodriguez and Harrington (Feb. 4 issue)[1] state a preference for ticagrelor but recognize that clopidogrel remains the most commonly prescribed P2Y12 inhibitor. Could the difference between the authors' preference and actual practice be explained by evidence from newer studies? The authors cite evidence from older trials but do not mention that the Patient Outcome after Primary PCI (POPular) AGE trial[2] showed that older patients with acute coronary syndromes who received newer-generation stents had more bleeding with ticagrelor than with

The New England Journal of Medicine
Downloaded from nejm.org by Jonathan Rankin on March 25, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.