# EXHIBIT 18

**ESC**
European Society
of Cardiology
European Heart Journal (2022) **00**, 1–114
https://doi.org/10.1093/eurheartj/ehac237



EXHIBIT
Planet Depos, LLC

**ESC/ERS GUIDELINES**

# 2022 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension

**Developed by the task force for the diagnosis and treatment of pulmonary hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS).**

**Endorsed by the International Society for Heart and Lung Transplantation (ISHLT) and the European Reference Network on rare respiratory diseases (ERN-LUNG).**

**Authors/Task Force Members: Marc Humbert (France), Gabor Kovacs (Austria), Marius M. Hoeper (Germany), Roberto Badagliacca (Italy), Rolf M.F. Berger (Netherlands), Margarita Brida (Croatia), Jørn Carlsen (Denmark), Andrew J.S. Coats (United Kingdom), Pilar Escribano-Subias (Spain), Pisana Ferrari (Italy), Diogenes S. Ferreira (Brazil), Hossein Ardeschir Ghofrani (Germany), George Giannakoulas (Greece), David G. Kiely (United Kingdom), Eckhard Mayer (Germany), Gergely Meszaros (Hungary), Blin Nagavci (Germany), Karen M. Olsson (Germany), Joanna Pepke-Zaba (United Kingdom), Jennifer K. Quint (United Kingdom), Göran Rådegran (Sweden), Gerald Simonneau (France), Olivier Sitbon (France), Thomy Tonia (Switzerland), Mark Toshner (United Kingdom), Jean-Luc Vachiery (Belgium), Anton Vonk Noordegraaf (Netherlands), Marion Delcroix \*† (ERS Chairperson) (Belgium), Stephan Rosenkranz \*† (ESC Chairperson) (Germany), and ESC/ERS Scientific Document Group**

\* Corresponding authors: Stephan Rosenkranz, Clinic III for Internal Medicine (Department of Cardiology, Pulmonology and Intensive Care Medicine), and Cologne Cardiovascular Research Center (CCRC), Heart Center at the University Hospital Cologne, Kerpener Str. 62, 50937 Köln, Germany. Tel.: +49-221-478-32356, Email: stephan.rosenkranz@uk-koeln.de; and

Marion Delcroix, Clinical Department of Respiratory Diseases, Centre of Pulmonary Vascular Diseases, University Hospitals of Leuven, Herestraat 49, 3000 Leuven, Belgium. Tel.: +32 16 346813. Email: marion.delcroix@uzleuven.be

† The two chairpersons contributed equally to the document and are joint corresponding authors.

Author/Task Force Member affiliations are listed in author information.

¹ Representing the Association for European Paediatric and Congenital Cardiology (AEPC)

ESC Clinical Practice Guidelines (CPG) Committee: listed in the Appendix.

ESC subspecialty communities having participated in the development of this document:

Associations: Association of Cardiovascular Nursing & Allied Professions (ACNAP), European Association of Cardiovascular Imaging (EACVI), and Heart Failure Association (HFA).

Councils: Council on Cardiovascular Genomics.

Working Groups: Adult Congenital Heart Disease, Pulmonary Circulation and Right Ventricular Function, Thrombosis.

Patient Forum

The content of these European Society of Cardiology (ESC)/European Respiratory Society (ERS) Guidelines has been published for personal and educational use only. No commercial use is authorized. No part of the ESC/ERS Guidelines may be translated or reproduced in any form without written permission from the ESC and the ERS. Permission can be obtained upon submission of a written request to Oxford University Press, the publisher of the *European Heart Journal*, and the party authorized to handle such permissions on behalf of the ESC (journals.permissions@oup.com).

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Document Reviewers: Markus Schwerzmann (ESC Review Coordinator) (Switzerland), Anh-Tuan Dinh-Xuan (ERS Review Coordinator) (France), Andy Bush (United Kingdom), Magdy Abdelhamid (Egypt), Victor Aboyans (France), Eloisa Arbustini (Italy), Riccardo Asteggiano (Italy), Joan-Albert Barberà (Spain), Maurice Beghetti (Switzerland), Jelena Čelutkienė (Lithuania), Maja Cikes (Croatia), Robin Condliffe (United Kingdom), Frances de Man (Netherlands), Volkmar Falk (Germany), Laurent Fauchier (France), Sean Gaine (Ireland), Nazzareno Galiè (Italy), Wendy Gin-Sing (United Kingdom), John Granton (Canada), Ekkehard Grünig (Germany), Paul M. Hassoun (United States of America), Merel Hellemons (Netherlands), Tiny Jaarsma (Sweden), Barbro Kjellström (Sweden), Frederikus A. Klok (Netherlands), Aleksandra Konradi (Russian Federation), Konstantinos C. Koskinas (Switzerland), Dipak Kotecha (United Kingdom), Irene Lang (Austria), Basil S. Lewis (Israel), Ales Linhart (Czech Republic), Gregory Y.H. Lip (United Kingdom), Maja-Lisa Løchen (Norway), Alexander G. Mathioudakis (United Kingdom), Richard Mindham (United Kingdom), Shahin Moledina[1] (United Kingdom), Robert Naeije (Belgium), Jens Cosedis Nielsen (Denmark), Horst Olschewski (Austria), Isabelle Opitz (Switzerland), Steffen E. Petersen (United Kingdom), Eva Prescott (Denmark), Amina Rakisheva (Kazakhstan), Abilio Reis (Portugal), Arsen D. Ristić (Serbia), Nicolas Roche (France), Rita Rodrigues (Portugal), Christine Selton-Suty (France), Rogerio Souza (Brazil), Andrew J. Swift (United Kingdom), Rhian M. Touyz (Canada/United Kingdom), Silvia Ulrich (Switzerland), Martin R. Wilkins (United Kingdom), and Stephen John Wort (United Kingdom)**

All experts involved in the development of these guidelines have submitted declarations of interest. These have been compiled in a report and simultaneously published in a supplementary document to the guidelines. The report is also available on the ESC website www.escardio.org/Guidelines

See the *European Heart Journal* online for supplementary data that includes background information and detailed discussion of the data that have provided the basis of the guidelines.

**Keywords**          Guidelines • Pulmonary hypertension • Pulmonary arterial hypertension • Chronic thrombo-embolic pulmonary hypertension • Left heart disease • Congenital heart disease • Lung disease • Connective tissue disease • Endothelin receptor antagonists • Phosphodiesterase type 5 inhibitors • Soluble guanylate cyclase stimulators • Prostacyclin analogues • Prostacyclin receptor agonists • Pulmonary endarterectomy • Balloon pulmonary angioplasty • Lung transplantation

# Table of contents

1. Preamble .............................................................................................. 7
2. Introduction ........................................................................................ 8
   2.1. What is new ................................................................................. 8
   2.2. Methods ....................................................................................... 18
3. Definitions and classifications .................................................... 19
   3.1. Definitions ................................................................................... 19
   3.2. Classifications ............................................................................ 20
4. Epidemiology and risk factors ..................................................... 21
   4.1. Group 1, pulmonary arterial hypertension ................... 21
   4.2. Group 2, pulmonary hypertension associated with left heart disease .......................................................................... 23

4.3. Group 3, pulmonary hypertension associated with lung diseases and/or hypoxia ...................................................... 23
4.4. Group 4, pulmonary hypertension associated with chronic pulmonary artery obstruction .......................................... 23
4.5. Group 5, pulmonary hypertension with unclear and/or multifactorial mechanisms ...................................................... 23
5. Pulmonary hypertension diagnosis ........................................... 23
   5.1. Diagnosis ...................................................................................... 23
      5.1.1. Clinical presentation ....................................................... 23
      5.1.2. Electrocardiogram ............................................................ 23
      5.1.3. Chest radiography ............................................................ 24
      5.1.4. Pulmonary function tests and arterial blood gases .......... 24
      5.1.5. Echocardiography ............................................................. 25

**Disclaimer:** The ESC/ERS Guidelines represent the views of the ESC and the ERS and were produced after careful consideration of the scientific and medical knowledge and the evidence available at the time of their publication. The ESC and the ERS are not responsible in the event of any contradiction, discrepancy, and/or ambiguity between the ESC/ERS Guidelines and any other official recommendations or guidelines issued by the relevant public health authorities, particularly in relation to good use of health care or therapeutic strategies. Health professionals are encouraged to take the ESC/ERS Guidelines fully into account when exercising their clinical judgment, as well as in the determination and implementation of preventive, diagnostic, or therapeutic medical strategies; however, the ESC/ERS Guidelines do not override, in any way whatsoever, the individual responsibility of health professionals to make appropriate and accurate decisions in consideration of each patient's health condition and in consultation with that patient and, where appropriate and/or necessary, the patient's caregiver. The ESC/ERS Guidelines do not exempt health professionals from taking into full and careful consideration the relevant official updated recommendations or guidelines issued by the competent public health authorities, in order to manage each patient's case in light of the scientifically accepted data pursuant to their respective ethical and professional obligations. It is also the health professional's responsibility to verify the applicable rules and regulations relating to drugs and medical devices at the time of prescription.

This article has been co-published with permission in the *European Heart Journal* and *European Respiratory Journal*. © the European Society of Cardiology and the European Respiratory Society 2022. All rights reserved. The articles are identical except for minor stylistic and spelling differences in keeping with each journal's style. Either citation can be used when citing this article. For permissions please e-mail: journals.permissions@oup.com

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

5.1.6. Ventilation/perfusion lung scan ............................................ 26
5.1.7. Non-contrast and contrast-enhanced chest computed tomography examinations, and digital subtraction angiography ....................................................................................................... 27
5.1.8. Cardiac magnetic resonance imaging ................................ 28
5.1.9. Blood tests and immunology ................................................. 29
5.1.10. Abdominal ultrasound .......................................................... 29
5.1.11. Cardiopulmonary exercise testing .................................. 29
5.1.12. Right heart catheterization, vasoreactivity, exercise, and fluid challenge ...................................................................................... 29
5.1.12.1. Right heart catheterization ........................................ 29
5.1.12.2. Vasoreactivity testing .................................................. 30
5.1.12.3. Exercise right heart catheterization .................... 30
5.1.12.4. Fluid challenge .............................................................. 30
5.1.13. Genetic counselling and testing ....................................... 31
5.2. Diagnostic algorithm ........................................................................ 31
5.2.1. Step 1 (suspicion) ..................................................................... 31
5.2.2. Step 2 (detection) ..................................................................... 31
5.2.3. Step 3 (confirmation) .............................................................. 33
5.3. Screening and early detection ...................................................... 35
5.3.1. Systemic sclerosis ..................................................................... 36
5.3.2. BMPR2 mutation carriers ...................................................... 36
5.3.3. Portal hypertension .................................................................. 36
5.3.4. Pulmonary embolism ............................................................... 36
6. Pulmonary arterial hypertension (group 1) ................................... 38
6.1. Clinical characteristics ...................................................................... 38
6.2. Severity and risk assessment ........................................................ 38
6.2.1. Clinical parameters ................................................................... 38
6.2.2. Imaging .......................................................................................... 39
6.2.2.1. Echocardiography .......................................................... 39
6.2.2.2. Cardiac magnetic resonance imaging ..................... 39
6.2.3. Haemodynamics ........................................................................ 39
6.2.4. Exercise capacity ....................................................................... 40
6.2.5. Biochemical markers ................................................................ 41
6.2.6. Patient-reported outcome measures ................................ 41
6.2.7. Comprehensive prognostic evaluation, risk assessment, and treatment goals ........................................................................... 42
6.3. Therapy ................................................................................................... 43
6.3.1. General measures ...................................................................... 43
6.3.1.1. Physical activity and supervised rehabilitation ........... 43
6.3.1.2. Anticoagulation .............................................................. 43
6.3.1.3. Diuretics ............................................................................ 44
6.3.1.4. Oxygen ............................................................................... 44
6.3.1.5. Cardiovascular drugs ................................................... 44
6.3.1.6. Anaemia and iron status ............................................. 44
6.3.1.7. Vaccination ...................................................................... 44
6.3.1.8. Psychosocial support .................................................. 44
6.3.1.9. Adherence to treatments ........................................... 44
6.3.2. Special circumstances .............................................................. 45
6.3.2.1. Pregnancy and birth control ..................................... 45
6.3.2.1.1. Pregnancy ............................................................ 45
6.3.2.1.2. Contraception .................................................... 45
6.3.2.2. Surgical procedures ...................................................... 45
6.3.2.3. Travel and altitude ........................................................ 45
6.3.3. Pulmonary arterial hypertension therapies ................... 46
6.3.3.1. Calcium channel blockers ........................................... 46
6.3.3.2. Endothelin receptor antagonists ............................. 47
6.3.3.2.1. Ambrisentan ...................................................... 48
6.3.3.2.2. Bosentan ............................................................. 48
6.3.3.2.3. Macitentan .......................................................... 49

6.3.3.3. Phosphodiesterase 5 inhibitors and guanylate cyclase stimulators ........................................................................ 49
6.3.3.3.1. Sildenafil ............................................................. 50
6.3.3.3.2. Tadalafil ............................................................... 50
6.3.3.3.3. Riociguat ............................................................. 50
6.3.3.4. Prostacyclin analogues and prostacyclin receptor agonists ............................................................................................. 50
6.3.3.4.1. Epoprostenol ..................................................... 50
6.3.3.4.2. Iloprost ................................................................ 50
6.3.3.4.3. Treprostinil ........................................................ 50
6.3.3.4.4. Beraprost ............................................................ 50
6.3.3.4.5. Selexipag ............................................................ 50
6.3.4. Treatment strategies for patients with idiopathic, heritable, drug-associated, or connective tissue disease-associated pulmonary arterial hypertension ........................... 50
6.3.4.1. Initial treatment decision in patients without cardiopulmonary comorbidities .......................................... 51
6.3.4.2. Treatment decisions during follow-up in patients without cardiopulmonary comorbidities ........................... 52
6.3.4.3. Pulmonary arterial hypertension with cardiopulmonary comorbidities .......................................... 53
6.3.5. Drug interactions ...................................................................... 54
6.3.6. Interventional therapy ............................................................. 54
6.3.6.1. Balloon atrial septostomy and Potts shunt ......... 54
6.3.6.2. Pulmonary artery denervation ................................ 54
6.3.7. Advanced right ventricular failure .................................... 55
6.3.7.1. Intensive care unit management .............................. 55
6.3.7.2. Mechanical circulatory support ............................... 55
6.3.8. Lung and heart–lung transplantation ............................... 55
6.3.9. Evidence-based treatment algorithm ................................ 56
6.3.10. Diagnosis and treatment of pulmonary arterial hypertension complications ............................................................ 56
6.3.10.1. Arrhythmias ................................................................... 56
6.3.10.2. Haemoptysis .................................................................. 56
6.3.10.3. Mechanical complications ......................................... 56
6.3.11. End-of-life care and ethical issues ................................... 57
6.3.12. New drugs in advanced clinical development (phase 3 studies) ...................................................................................................... 57
7. Specific pulmonary arterial hypertension subsets ...................... 57
7.1. Pulmonary arterial hypertension associated with drugs and toxins ............................................................................................................... 57
7.2. Pulmonary arterial hypertension associated with connective tissue disease ............................................................................................... 58
7.2.1. Epidemiology and diagnosis ................................................. 58
7.2.2. Therapy .......................................................................................... 58
7.3. Pulmonary arterial hypertension associated with human immunodeficiency virus infection ....................................................... 59
7.3.1. Diagnosis ....................................................................................... 59
7.3.2. Therapy .......................................................................................... 59
7.4. Pulmonary arterial hypertension associated with portal hypertension ................................................................................................ 60
7.4.1. Diagnosis ....................................................................................... 60
7.4.2. Therapy .......................................................................................... 60
7.4.2.1. Liver transplantation .................................................... 60
7.5. Pulmonary arterial hypertension associated with adult congenital heart disease ......................................................................... 61
7.5.1. Diagnosis and risk assessment ............................................ 61
7.5.2. Therapy .......................................................................................... 62
7.6. Pulmonary arterial hypertension associated with schistosomiasis .......................................................................................... 63

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

7.7. Pulmonary arterial hypertension with signs of venous/
    capillary involvement .................................................................. 63
    7.7.1. Diagnosis ........................................................................... 64
    7.7.2. Therapy .............................................................................. 64
7.8. Paediatric pulmonary hypertension ...................................... 64
    7.8.1. Epidemiology and classification ................................... 64
    7.8.2. Diagnosis and risk assessment ..................................... 66
    7.8.3. Therapy .............................................................................. 66
8. Pulmonary hypertension associated with left heart disease
(group 2) ............................................................................................... 68
8.1. Definition, prognosis, and pathophysiology ...................... 68
8.2. Diagnosis ................................................................................... 70
    8.2.1. Diagnosis and control of the underlying left
    heart disease .............................................................................. 70
    8.2.2. Evaluation of pulmonary hypertension and patient
    phenotyping ................................................................................ 70
    8.2.3. Invasive assessment of haemodynamics ..................... 70
8.3. Therapy ...................................................................................... 71
    8.3.1. Pulmonary hypertension associated with left-sided heart
    failure ........................................................................................... 71
        8.3.1.1. Heart failure with reduced ejection fraction ......... 71
        8.3.1.2. Heart failure with preserved ejection fraction ...... 71
        8.3.1.3. Interatrial shunt devices ........................................... 72
        8.3.1.4. Remote pulmonary arterial pressure monitoring in
        heart failure ............................................................................. 72
    8.3.2. Pulmonary hypertension associated with valvular heart
    disease .......................................................................................... 72
        8.3.2.1. Mitral valve disease .................................................. 72
        8.3.2.2. Aortic stenosis .......................................................... 72
        8.3.2.3. Tricuspid regurgitation ............................................ 72
    8.3.3. Recommendations on the use of drugs approved for
    PAH in PH-LHD ........................................................................... 72
9. Pulmonary hypertension associated with lung diseases and/or
hypoxia (group 3) ................................................................................ 73
9.1. Diagnosis ................................................................................... 75
9.2. Therapy ...................................................................................... 75
    9.2.1. Pulmonary hypertension associated with chronic
    obstructive pulmonary disease or emphysema ..................... 75
    9.2.2. Pulmonary hypertension associated with interstitial lung
    disease .......................................................................................... 75
    9.2.3. Recommendations on the use of drugs approved for
    PAH in PH associated with lung disease ................................ 76
10. Chronic thrombo-embolic pulmonary hypertension (group 4) .. 76
10.1. Diagnosis ................................................................................. 77
10.2. Therapy .................................................................................... 78
    10.2.1. Surgical treatment .......................................................... 78
    10.2.2. Medical therapy .............................................................. 78
    10.2.3. Interventional treatment ................................................ 79
    10.2.4. Multimodal treatment .................................................... 80
    10.2.5. Follow-up ......................................................................... 81
10.3. Chronic thrombo-embolic pulmonary hypertension team
and experience criteria ..................................................................... 81
11. Pulmonary hypertension with unclear and/or multifactorial
mechanisms (group 5) ........................................................................ 82
    11.1. Haematological disorders ...................................................... 82
    11.2. Systemic disorders ................................................................. 83
    11.3. Metabolic disorders ............................................................... 83
    11.4. Chronic kidney failure ........................................................... 83
    11.5. Pulmonary tumour thrombotic microangiopathy ............ 83
    11.6. Fibrosing mediastinitis .......................................................... 83

12. Definition of a pulmonary hypertension centre ..................... 84
    12.1. Facilities and skills required for a pulmonary hypertension
    centre ............................................................................................. 85
    12.2. European Reference Network ............................................. 85
    12.3. Patient associations and patient empowerment ............. 85
13. Key messages ............................................................................... 86
14. Gaps in evidence ......................................................................... 86
    14.1. Pulmonary arterial hypertension (group 1) ..................... 86
    14.2. Pulmonary hypertension associated with left heart disease
    (group 2) ....................................................................................... 86
    14.3. Pulmonary hypertension associated with lung diseases and/
    or hypoxia (group 3) .................................................................. 87
    14.4. Chronic thrombo-embolic pulmonary hypertension
    (group 4) ....................................................................................... 87
    14.5. Pulmonary hypertension with unclear and/or multifactorial
    mechanisms (group 5) ................................................................ 87
15. 'What to do' and 'What not to do' messages from
the Guidelines ..................................................................................... 87
16. Quality indicators ........................................................................ 93
17. Supplementary data ..................................................................... 94
18. Data availability statement ......................................................... 94
19. Author information ...................................................................... 94
20. Appendix ........................................................................................ 94
21. References ...................................................................................... 95

# Tables of Recommendations

Recommendation Table 1 — Recommendations for right heart
catheterization and vasoreactivity testing .................................... 31
Recommendation Table 2 — Recommendations for diagnostic
strategy .................................................................................................. 35
Recommendation Table 3 — Recommendations for screening
and improved detection of pulmonary arterial hypertension and
chronic thrombo-embolic pulmonary hypertension ..................... 37
Recommendation Table 4 — Recommendations for evaluating
the disease severity and risk of death in patients with pulmonary
arterial hypertension .......................................................................... 43
Recommendation Table 5 — Recommendations for general
measures and special circumstances ............................................... 45
Recommendation Table 6 — Recommendations for women of
childbearing potential ........................................................................ 46
Recommendation Table 7 — Recommendations for the
treatment of vasoreactive patients with idiopathic, heritable, or
drug-associated pulmonary arterial hypertension ........................ 47
Recommendation Table 8 — Recommendations for the treatment
of non-vasoreactive patients with idiopathic, heritable, or
drug-associated pulmonary arterial hypertension who present
without cardiopulmonary comorbidities[a] ................................... 51
Recommendation Table 9 — Recommendations for initial oral
drug combination therapy for patients with idiopathic, heritable,
or drug-associated pulmonary arterial hypertension without
cardiopulmonary comorbidities ....................................................... 52
Recommendation Table 10 — Recommendations for sequential
drug combination therapy for patients with idiopathic, heritable,
or drug-associated pulmonary arterial hypertension ................... 53
Recommendation Table 11 — Recommendations for the
treatment of non-vasoreactive patients with idiopathic, heritable,
or drug-associated pulmonary arterial hypertension who present
with cardiopulmonary comorbidities[a] ......................................... 54

Recommendation Table 12 — Recommendations for intensive care management for pulmonary arterial hypertension .......... 55
Recommendation Table 13 — Recommendations for lung transplantation .................................................................................. 56
Recommendation Table 14 — Recommendations for pulmonary arterial hypertension associated with drugs or toxins ............ 57
Recommendation Table 15 — Recommendations for pulmonary arterial hypertension associated with connective tissue disease ..... 58
Recommendation Table 16 — Recommendations for pulmonary arterial hypertension associated with human immunodeficiency virus infection ................................................................................ 59
Recommendation Table 17 — Recommendations for pulmonary arterial hypertension associated with portal hypertension .............. 60
Recommendation Table 18 — Recommendations for shunt closure in patients with pulmonary–systemic flow ratio >1.5:1 based on calculated pulmonary vascular resistance ................ 63
Recommendation Table 19 — Recommendations for pulmonary arterial hypertension associated with adult congenital heart disease ... 63
Recommendation Table 20 — Recommendations for pulmonary arterial hypertension with signs of venous/capillary involvement ... 64
Recommendation Table 21 — Recommendations for paediatric pulmonary hypertension .......................................................... 68
Recommendation Table 22 — Recommendations for pulmonary hypertension associated with left heart disease ........................... 73
Recommendation Table 23 — Recommendations for pulmonary hypertension associated with lung disease and/or hypoxia ........... 76
Recommendation Table 24 — Recommendations for chronic thrombo-embolic pulmonary hypertension and chronic thrombo-embolic pulmonary disease without pulmonary hypertension .............. 81
Recommendation Table 25 — Recommendations for pulmonary hypertension centres ............................................................... 85

## List of tables

Table 1 Strength of the recommendations according to GRADE ... 18
Table 2 Quality of evidence grades and their definitions ................. 18
Table 3 Classes of recommendations ................................................ 19
Table 4 Levels of evidence .................................................................. 19
Table 5 Haemodynamic definitions of pulmonary hypertension .... 20
Table 6 Clinical classification of pulmonary hypertension .............. 21
Table 7 Drugs and toxins associated with pulmonary arterial hypertension .......................................................................................... 23
Table 8 Electrocardiogram abnormalities in patients with pulmonary hypertension ...................................................................... 26
Table 9 Radiographic signs of pulmonary hypertension and concomitant abnormalities .................................................................. 26
Table 10 Additional echocardiographic signs suggestive of pulmonary hypertension ...................................................................... 28
Table 11 Haemodynamic measures obtained during right heart catheterization ...................................................................................... 29
Table 12 Route of administration, half-life, dosages, and duration of administration of the recommended test compounds for vasoreactivity testing in pulmonary arterial hypertension ................. 30
Table 13 Phenotypic features associated with pulmonary arterial hypertension mutations ........................................................................ 32
Table 14 Characteristic diagnostic features of patients with different forms of pulmonary hypertension .......................................... 34
Table 15 World Health Organization classification of functional status of patients with pulmonary hypertension ................................... 39

Table 16 Comprehensive risk assessment in pulmonary arterial hypertension (three-strata model) .......................................................... 40
Table 17 Suggested assessment and timing for the follow-up of patients with pulmonary arterial hypertension ...................................... 41
Table 18 Variables used to calculate the simplified four-strata risk-assessment tool .............................................................................. 42
Table 19 Dosing of pulmonary arterial hypertension medication in adults .................................................................................................. 47
Table 20 Criteria for lung transplantation and listing in patients with pulmonary arterial hypertension ................................................... 55
Table 21 Clinical classification of pulmonary arterial hypertension associated with congenital heart disease .............................................. 61
Table 22 Use of pulmonary arterial hypertension therapies in children .................................................................................................. 67
Table 23 Patient phenotyping and likelihood for left heart disease as cause of pulmonary hypertension ..................................................... 71
Table 24 Pulmonary hypertension with unclear and/or multifactorial mechanisms ...................................................................... 82

## List of figures

Figure 1 Central illustration ................................................................. 22
Figure 2 Symptoms in patients with pulmonary hypertension ........ 24
Figure 3 Clinical signs in patients with pulmonary hypertension .... 25
Figure 4 Transthoracic echocardiographic parameters in the assessment of pulmonary hypertension ............................................... 27
Figure 5 Echocardiographic probability of pulmonary hypertension and recommendations for further assessment ........... 28
Figure 6 Diagnostic algorithm of patients with unexplained dyspnoea and/or suspected pulmonary hypertension ........................ 33
Figure 7 Pathophysiology and current therapeutic targets of pulmonary arterial hypertension (group 1) ......................................... 38
Figure 8 Vasoreactivity testing algorithm of patients with presumed diagnosis of idiopathic, heritable, or drug-associated pulmonary arterial hypertension ......................................................... 48
Figure 9 Evidence-based pulmonary arterial hypertension treatment algorithm for patients with idiopathic, heritable, drug-associated, and connective tissue disease-associated pulmonary arterial hypertension ......................................................... 49
Figure 10 Neonatal and paediatric vs. adult pulmonary hypertension ......................................................................................... 65
Figure 11 Pathophysiology of pulmonary hypertension associated with left heart disease (group 2) ......................................................... 69
Figure 12 Pathophysiology of pulmonary hypertension associated with lung disease (group 3) .................................................................. 74
Figure 13 Diagnostic strategy in chronic thrombo-embolic pulmonary hypertension ...................................................................... 77
Figure 14 Management strategy in chronic thrombo-embolic pulmonary hypertension ...................................................................... 79
Figure 15 Overlap in treatments/multimodality approaches in chronic thrombo-embolic pulmonary hypertension ........................... 80
Figure 16 Pulmonary hypertension centre schematic ......................... 84

## Abbreviations and acronyms

| | |
|---|---|
| 6MWD | 6-minute walking distance |
| 6MWT | 6-minute walking test |
| ABG | Arterial blood gas analysis |
| ACEi | Angiotensin-converting enzyme inhibitor |

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | |
|---|---|
| ALAT | Alanine aminotransferase |
| ARB | Angiotensin receptor blocker |
| ARNI | Angiotensin receptor–neprilysin inhibitor |
| ASAT | Aspartate aminotransferase |
| ASIG | Australian Scleroderma Interest Group |
| BNP | Brain natriuretic peptide |
| BPA | Balloon pulmonary angioplasty |
| BPD | Bronchopulmonary dysplasia |
| CAMPHOR | Cambridge Pulmonary Hypertension Outcome Review |
| CCB | Calcium channel blocker |
| CDH | Congenital diaphragmatic hernia |
| cGMP | Cyclic guanosine monophosphate |
| CHD | Congenital heart disease |
| CI | Cardiac index; Confidence interval |
| cMRi | Cardiac magnetic resonance imaging |
| CO | Cardiac output |
| COMPERA | Comparative, Prospective Registry of Newly Initiated Therapies for PH |
| COPD | Chronic obstructive pulmonary disease |
| CpcPH | Combined post- and pre-capillary pulmonary hypertension |
| CPET | Cardiopulmonary exercise testing |
| CPFE | Combined pulmonary fibrosis and emphysema |
| CT | Computed tomography |
| CTD | Connective tissue disease |
| CTEPD | Chronic thrombo-embolic pulmonary disease |
| CTEPH | Chronic thrombo-embolic pulmonary hypertension |
| CTPA | Computed tomography pulmonary angiography |
| DECT | Dual-energy computed tomography |
| DLCO | Lung diffusion capacity for carbon monoxide |
| DPAH | Drug- or toxin-associated pulmonary arterial hypertension |
| dPAP | Diastolic pulmonary arterial pressure |
| DPG | Diastolic pressure gradient |
| DSA | Digital subtraction angiography |
| ECG | Electrocardiogram |
| ECMO | Extracorporeal membrane oxygenation |
| EHJ | European Heart Journal |
| EMA | European Medicines Agency |
| EOV | Exercise oscillatory ventilation |
| ERA | Endothelin receptor antagonist |
| ERJ | European Respiratory Journal |
| ERN | European Reference Network |
| ERN-LUNG | European Reference Network on rare respiratory diseases |
| ERS | European Respiratory Society |
| ESC | European Society of Cardiology |
| EtD | Evidence to Decision |
| FPHR | French Pulmonary Hypertension Registry |
| FVC | Forced vital capacity |
| GRADE | Grading of Recommendations, Assessment, Development, and Evaluations |
| HAART | Highly active antiretroviral therapy |
| Hb | Haemoglobin |
| HF | Heart failure |
| HFpEF | Heart failure with preserved ejection fraction |
| HIV | Human immunodeficiency virus |
| HPAH | Heritable pulmonary arterial hypertension |
| HPS | Hepatopulmonary syndrome |
| HR | Hazard ratio |
| HR-QoL | Health-related quality of life |
| ICU | Intensive care unit |
| IgG4 | Immunogolobulin G4 |
| ILD | Interstitial lung disease |
| IPAH | Idiopathic pulmonary arterial hypertension |
| IpcPH | Isolated post-capillary pulmonary hypertension |
| IP receptor | Prostacyclin I2 receptor |
| ISWT | Incremental shuttle walking test |
| i.v. | Intravenous |
| LA | Left atrium/left atrial |
| LAS | Lung allocation score |
| LHD | Left heart disease |
| LTx | Lung transplantation |
| LV | Left ventricle/left ventricular |
| LVAD | Left ventricular assist device |
| mPAP | Mean pulmonary arterial pressure |
| MR | Magnetic resonance |
| MRI | Magnetic resonance imaging |
| NOAC | Novel oral anticoagulant |
| NT-proBNP | N-terminal pro-brain natriuretic peptide |
| OR | Odds ratio |
| PA | Pulmonary artery |
| PAC | Pulmonary arterial compliance |
| $PaCO_2$ | Partial pressure of arterial carbon dioxide |
| PADN | Pulmonary artery denervation |
| PAH | Pulmonary arterial hypertension |
| PAH-CTD | Pulmonary arterial hypertension associated with connective tissue disease |
| PAH-SSc | Pulmonary arterial hypertension associated with systemic sclerosis |
| PAH-SYMPACT | Pulmonary Arterial Hypertension-Symptoms and Impact |
| $PaO_2$ | Partial pressure of arterial oxygen |
| PAP | Pulmonary arterial pressure |
| PAVM | Pulmonary arteriovenous malformation |
| PAWP | Pulmonary arterial wedge pressure |
| PCH | Pulmonary capillary haemangiomatosis |
| PDE5i | Phosphodiesterase 5 inhibitor |
| PE | Pulmonary embolism |
| PEA | Pulmonary endarterectomy |
| PET | Positron emission tomography |
| $P_{ET}CO_2$ | End-tidal partial pressure of carbon dioxide |
| PFT | Pulmonary function test |
| PH | Pulmonary hypertension |
| PH-LHD | Pulmonary hypertension associated with left heart disease |
| PICO | Population, Intervention, Comparator, Outcome |
| PoPH | Porto-pulmonary hypertension |
| PPHN | Persistent pulmonary hypertension of the newborn |
| PROM | Patient-reported outcome measure |
| PVD | Pulmonary vascular disease |

| PVOD | Pulmonary veno-occlusive disease |
| PVR | Pulmonary vascular resistance |
| PVRI | Pulmonary vascular resistance index |
| QI | Quality indicator |
| Qp/Qs | Pulmonary blood flow/systemic blood flow |
| RA | Right atrium/right atrial |
| RAP | Right atrial pressure |
| RCT | Randomized controlled trial |
| REVEAL | Registry to Evaluate Early and Long-Term PAH Disease Management |
| RHC | Right heart catheterization |
| RR | Relative risk |
| RV | Right ventricle/right ventricular |
| RVEF | Right ventricular ejection fraction |
| RV-FAC | Right ventricular fractional area change |
| RVOT AT | Right ventricular outflow tract acceleration time |
| $SaO_2$ | Arterial oxygen saturation |
| s.c. | Subcutaneous |
| SCD | Sickle cell disease |
| sGC | Soluble guanylate cyclase |
| SGLT-2i | Sodium–glucose cotransporter-2 inhibitor |
| SLE | Systemic lupus erythematosus |
| SPAHR | Swedish Pulmonary Arterial Hypertension Registry |
| sPAP | Systolic pulmonary arterial pressure |
| SPECT | Single-photon emission computed tomography |
| SSc | Systemic sclerosis |
| SV | Stroke volume |
| SVI | Stroke volume index |
| $SvO_2$ | Mixed venous oxygen saturation |
| TAPSE | Tricuspid annular plane systolic excursion |
| TGF-β | Transforming growth factor-β |
| TPR | Total pulmonary resistance |
| TR | Tricuspid regurgitation |
| TRPG | Tricuspid regurgitation pressure gradient |
| TRV | Tricuspid regurgitation velocity |
| TSH | Thyroid-stimulating hormone |
| V/Q | Ventilation perfusion |
| $VE/VCO_2$ | Ventilatory equivalent for carbon dioxide |
| VKA | Vitamin K antagonist |
| $VO_2$ | Oxygen uptake |
| $VO_2$/HR | Oxygen pulse |
| VTE | Venous thrombo-embolism |
| WHO-FC | World Health Organization functional class |
| WSPH | World Symposium on Pulmonary Hypertension |
| WU | Wood units |

# 1. Preamble

Guidelines summarize and evaluate available evidence, with the aim of assisting health professionals in proposing the best management strategies for an individual patient with a given condition. Guidelines and their recommendations should facilitate decision-making of health professionals in their daily practice. However, guidelines are not a substitute for the patient's relationship with their practitioner. The final decisions concerning an individual patient must be made by the responsible health professional(s), based on what they consider to be

the most appropriate in the circumstances. These decisions are made in consultation with the patient and caregiver as appropriate.

Guidelines are intended for use by health professionals. To ensure that all physicians have access to the most recent recommendations, both the European Society of Cardiology (ESC) and European Respiratory Society (ERS) make their guidelines freely available in their own journals. The ESC and ERS warn non-medical readers that the technical language may be misinterpreted and decline any responsibility in this respect.

Many Guidelines have been issued in recent years by the ESC and ERS. Because of their impact on clinical practice, quality criteria for the development of guidelines have been established in order to make all decisions transparent to the user. The ERS and ESC guidance and procedure to formulate and issue clinical practice recommendations can be found on the societies' relevant website or journal (https://www.escardio.org/Guidelines and https://openres.ersjournals.com/content/8/1/00655-2021). The ESC and ERS Guidelines represent the official position of the ESC and ERS on a given topic and are regularly updated.

The panel of experts of these specific guidelines comprised an equal number of ERS and ESC members, including representatives from relevant subspecialty groups involved in the medical care of patients with this pathology.

The experts of the writing and reviewing panels provided declaration of interest forms for all relationships that might be perceived as real or potential sources of conflicts of interest. Their declarations of interest were reviewed according to the ESC declaration of interest rules and can be found on the ESC website (http://www.escardio.org/Guidelines). They have been compiled in a report and co-published in a supplementary document of the guidelines. This process ensures transparency and prevents potential biases in the development and review processes. Any changes in declarations of interest that arose during the writing period were notified to the ESC and updated. The Task Force received its entire financial support from the ESC and ERS without any involvement from the health care industry.

The ESC Clinical Practice Guidelines (CPG) Committee and the ERS Guidelines Director reporting to the ERS Science Council supervise and co-ordinate the preparation of new guidelines. These Guidelines underwent extensive review by the ESC CPG Committee, the ERS Guidelines Working Group, and external experts. The guidelines were developed after careful consideration of the scientific and medical knowledge and the evidence available at the time of drafting. After appropriate revisions, the guidelines were signed off by all the experts in the Task Force. The finalized document was signed off by the ESC CPG Committee and endorsed by the ERS Executive Committee before being simultaneously published in the *European Heart Journal* (EHJ) and the *European Respiratory Journal* (ERJ). The decision to publish the guidelines in both journals was made to ensure adequate dissemination of the recommendations in both the cardiology and respiratory fields.

The task of developing the ESC/ERS Guidelines also included creating educational tools and implementation programmes for the recommendations, including condensed pocket guidelines versions, summary slides, a lay summary, and an electronic version for digital applications (smartphones, etc.). These versions are abridged and thus, for more detailed information, the user should always access the full-text version of the guidelines, which is freely available via the ESC and ERS websites, and hosted on the EHJ and ERJ websites. The National Cardiac Societies of the ESC are encouraged to endorse, adopt, translate,

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

and implement all ESC Guidelines. Pulmonary national societies are also encouraged to share these guidelines with their members and develop a summary or editorials in their own language. If appropriate. Implementation programmes are needed because it has been shown that the outcome of disease may be favourably influenced by the thorough application of clinical recommendations.

Health professionals are encouraged to take the ESC/ERS Guidelines fully into account when exercising their clinical judgement, as well as in determining and implementing preventive, diagnostic, or therapeutic medical strategies. However, the ESC/ERS Guidelines do not override, in any way, the individual responsibility of health professionals to make appropriate and accurate decisions in consulting each patient's health condition and in consulting with that patient or the patient's caregiver where appropriate and/or necessary. It is also the health professional's responsibility to verify the rules and regulations applicable to drugs and devices at the time of prescription and, where appropriate, to respect the ethical rules of their profession in each country.

Off-label use of medication may be presented in these guidelines if a sufficient level of evidence shows that it can be considered medically appropriate to a given condition and if patients could benefit from the recommended therapy. However, the final decisions concerning an individual patient must be made by the responsible health professional, giving special consideration to:

- The specific situation of the patient. In this respect, it is specified that, unless otherwise provided for by national regulations, off-label use of medication should be limited to situations where it is in the patient's interest to do so, with regards to the quality, safety, and efficacy of care, and only after the patient has been fully informed and provided consent.
- Country-specific health regulations, indications by governmental drug regulatory agencies, and the ethical rules to which health professionals are subject, where applicable.

# 2. Introduction

Pulmonary hypertension (PH) is a pathophysiological disorder that may involve multiple clinical conditions and may be associated with a variety of cardiovascular and respiratory diseases. The complexity of managing PH requires a multifaceted, holistic, and multidisciplinary approach, with active involvement of patients with PH in partnership with clinicians. Streamlining the care of patients with PH in daily clinical practice is a challenging but essential requirement for effectively managing PH. In recent years, substantial progress has been made in detecting and managing PH, and new evidence has been timeously integrated in this fourth edition of the ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension. Reflecting the multidisciplinary input into managing patients with PH and interpreting new evidence, the Task Force included cardiologists and pneumologists, a thoracic surgeon, methodologists, and patients. These comprehensive clinical practice guidelines cover the whole spectrum of PH, with an emphasis on diagnosing and treating pulmonary arterial hypertension (PAH) and chronic thrombo-embolic pulmonary hypertension (CTEPH).

## 2.1. What is new

One of the most important proposals from the 6th World Symposium on Pulmonary Hypertension (WSPH) was to reconsider the haemodynamic definition of PH.[1] After careful evaluation, the new definitions of PH have been endorsed and expanded in these guidelines, including a revised cut-off level for pulmonary vascular resistance (PVR) and a definition of exercise PH.

The classification of PH has been updated, including repositioning of vasoreactive patients with idiopathic pulmonary arterial hypertension (IPAH) and a revision of group 5 PH, including repositioning of PH in lymphangioleiomyomatosis in group 3.

Concerning the diagnosis of PH, a new algorithm has been developed aiming at earlier detection of PH in the community. In addition, expedited referral is recommended for high-risk or complex patients. Screening strategies are also proposed.

The risk-stratification table has been expanded to include additional echocardiographic and cardiac magnetic resonance imaging (cMRI) prognostic indicators. The recommendations for initial drug therapies have been simplified, building on this revised, three-strata, multiparametric risk model to replace functional classification. At follow-up, a four-strata risk-assessment tool is now proposed based on refined cut-off levels for World Health Organization functional class (WHO-FC), 6-minute walking distance (6MWD), and N-terminal pro-brain natriuretic peptide (NT-proBNP), categorizing patients as low, intermediate–low, intermediate–high, or high risk.

The PAH treatment algorithm has been modified, highlighting the importance of cardiopulmonary comorbidities, risk assessment both at diagnosis and follow-up, and the importance of combination therapies. Treatment strategies during follow-up have been based on the four-strata model intended to facilitate more granular decision-making.

The recommendations for managing PH associated with left heart disease (PH-LHD) and lung disease have been updated, including a new haemodynamic definition of severe PH in patients with lung disease.

In group 4 PH, the term chronic thrombo-embolic pulmonary disease (CTEPD) with or without PH has been introduced, acknowledging the presence of similar symptoms, perfusion defects, and organized fibrotic obstructions in patients with or without PH at rest. Interventional treatment by balloon pulmonary angioplasty (BPA) in combination with medical therapy has been upgraded in the therapeutic algorithm of CTEPH.

New standards for PH centres have been presented and, for the first time, patient representatives were actively involved in developing these guidelines.

Questions with direct consequences for clinical practitioners regarding each PH classification subgroup were selected and addressed, namely guidance on: initial treatment strategy for group 1 PH (Population, Intervention, Control, Outcome [PICO] I); use of oral phosphodiesterase 5 inhibitors (PDE5is) for the treatment of group 2 PH (PICO II); use of oral PDE5is for the treatment of group 3 PH (PICO III); and use of PH drugs prior to BPA for the treatment of group 4 PH (PICO IV). These questions were considered to be important because: most contemporary PH registries describe variable use of initial oral monotherapy and combination therapy; large case series show widespread use of PDE5is in group 2 PH, despite a class III recommendation in the 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension; large case series show widespread use of PDE5is in group 3 PH, despite a class III recommendation in the 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension; and there is no clear guidance for therapy with PH drugs in patients with inoperable CTEPH prior to BPA.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

## Selected revised recommendations (R) and new recommendations (N)

| New or revised | Recommendation in 2015 version | Class[a] | Recommendation in 2022 version | Class[a] |
|---|---|---|---|---|
| **Right heart catheterization and vasoreactivity testing – Recommendation Table 1** | | | | |
| N | | | It is recommended that RHC comprises a complete set of haemodynamics and is performed following standardized protocols | I |
| R | Adenosine should be considered for performing vasoreactivity testing as an alternative. Inhaled iloprost may be considered for performing vasoreactivity testing as an alternative | IIa | Inhaled nitric oxide, inhaled iloprost, or i.v. epoprostenol are recommended for performing vasoreactivity testing | I |
| **Diagnostic strategy – Recommendation Table 2** | | | | |
| N | | | It is recommended to assign an echocardiographic probability of PH, based on an abnormal TRV and the presence of other echocardiographic signs suggestive of PH (see Table 10) | I |
| N | | | It is recommended to maintain the current threshold for TRV (>2.8 m/s) for echocardiographic probability of PH according to the updated haemodynamic definition | I |
| N | | | Based on the probability of PH by echocardiography, further testing should be considered in the clinical context (i.e. symptoms and risk factors or associated conditions for PAH/CTEPH) | IIa |
| N | | | In symptomatic patients with intermediate echocardiographic probability of PH, CPET may be considered to further determine the likelihood of PH | IIb |
| **Screening and improved detection of pulmonary arterial hypertension and chronic thrombo-embolic pulmonary hypertension – Recommendation Table 3** | | | | |
| N | | | In patients with SSc, an annual evaluation of the risk of having PAH is recommended | I |
| R | Resting echocardiography is recommended as a screening test in asymptomatic patients with SSc, followed by annual screening with echocardiography, DLCO, and biomarkers | I | In adult patients with SSc of >3 years' disease duration, an FVC ≥40%, and a DLCO <60%, the DETECT algorithm is recommended to identify asymptomatic patients with PAH | I |
| N | | | In patients with SSc, where breathlessness remains unexplained following non-invasive assessment, RHC is recommended to exclude PAH | I |
| N | | | Assessing the risk of having PAH, based on an evaluation of breathlessness, in combination with echocardiogram or PFTs and BNP/NT-proBNP, should be considered in patients with SSc | IIa |
| N | | | Policies to evaluate the risk of having PAH should be considered in hospitals managing patients with SSc | IIa |
| R | RHC is recommended in all cases of suspected PAH associated with CTD | I | In symptomatic patients with SSc, exercise echocardiography or CPET, or CMR may be considered to aid decisions to perform RHC | IIb |
| N | | | In patients with CTD with overlap features of SSc, an annual evaluation of the risk of PAH may be considered | IIb |
| R | In PE survivors with exercise dyspnoea, CTEPH should be considered | IIa | In patients with persistent or new-onset dyspnoea or exercise limitation following PE, further diagnostic evaluation to assess for CTEPH/CTEPD is recommended | I |

Continued

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | | | |
|---|---|---|---|---|
| N | | | For symptomatic patients with mismatched perfusion lung defects beyond 3 months of anticoagulation for acute PE, referral to a PH/CTEPH centre is recommended after considering the results of echocardiography, BNP/NT-proBNP, and/or CPET | I |
| N | | | Counselling regarding the risk of PAH, and annual screening is recommended for individuals who test positive for PAH-causing mutations and in first-degree relatives of patients with HPAH | I |
| N | | | In patients referred for liver transplantation, echocardiography is recommended as a screening test for PH | I |
| N | | | Further tests (echocardiography, BNP/NT-proBNP, PFTs, and/or CPET) should be considered in symptomatic patients with CTD, portal hypertension, or HIV to screen for PAH | IIa |

**Evaluating the disease severity and risk of death in patients with pulmonary arterial hypertension – Recommendation Table 4**

| | | | | |
|---|---|---|---|---|
| N | | | For risk stratification at the time of diagnosis, the use of a three-strata model (low, intermediate, and high risk) is recommended, taking into account all available data including haemodynamics | I |
| N | | | For risk stratification during follow-up, the use of a four-strata model (low, intermediate–low, intermediate–high, and high risk) based on WHO-FC, 6MWD, and BNP/NT-proBNP is recommended, with additional variables taken into account as necessary | I |
| R | Achievement/maintenance of an intermediate-risk profile should be considered an inadequate treatment response for most patients with PAH | IIa | In some PAH aetiologies and in patients with comorbidities, optimization of therapy should be considered on an individual basis while acknowledging that a low-risk profile is not always achievable | IIa |

**General measures and special circumstances – Recommendation Table 5**

| | | | | |
|---|---|---|---|---|
| R | Supervised exercise training should be considered in physically deconditioned PAH patients under medical therapy | IIa | Supervised exercise training is recommended in patients with PAH under medical therapy | I |
| R | Immunization of PAH patients against influenza and pneumococcal infection is recommended | I | Immunization of patients with PAH against SARS-CoV-2, influenza, and *Streptococcus pneumoniae* is recommended | I |
| R | Correction of anaemia and/or iron status may be considered in PAH patients | IIb | In the presence of iron-deficiency anaemia, correction of iron status is recommended in patients with PAH | I |
| N | | | In the absence of anaemia, iron repletion may be considered in patients with PAH with iron deficiency | IIb |
| R | Oral anticoagulant treatment may be considered in patients with IPAH, HPAH, and PAH due to use of anorexigens | IIb | Anticoagulation is not generally recommended in patients with PAH but may be considered on an individual basis | IIb |
| R | The use of angiotensin-converting enzyme inhibitors, angiotensin-2 receptor antagonists, beta-blockers, and ivabradine is not recommended in patients with PAH unless required by comorbidities (i.e. high blood pressure, coronary artery disease, or left HF) | III | The use of ACEis, ARBs, ARNIs, SGLT-2is, beta-blockers, or ivabradine is not recommended in patients with PAH unless required by comorbidities (i.e. high blood pressure, coronary artery disease, left HF, or arrhythmias) | III |
| R | In-flight $O_2$ administration should be considered for patients in WHO-FC III and IV and those with arterial blood $O_2$ pressure consistently <8 kPa (60 mmHg) | IIa | In-flight $O_2$ administration is recommended for patients using oxygen or whose arterial blood oxygen pressure is <8 kPa (60 mmHg) at sea level | I |
| R | In elective surgery, epidural rather than general anaesthesia should be preferred whenever possible | IIa | For interventions requiring anaesthesia, multidisciplinary consultation at a PH centre to assess risk and benefit should be considered | IIa |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| Women of childbearing potential – Recommendation Table 6 | | |
|---|---|---|
| R | It is recommended that PAH patients avoid pregnancy | It is recommended that women of childbearing potential with PAH are counselled at the time of diagnosis about the risks and uncertainties associated with becoming pregnant; this should include advice against becoming pregnant, and referral for psychological support where needed — I |
| N | | It is recommended that women of childbearing potential with PAH be provided with clear contraceptive advice, considering the individual needs of the woman but recognizing that the implications of contraceptive failure are significant in PAH — I |
| N | | It is recommended that women with PAH who consider pregnancy or who become pregnant receive prompt counselling in an experienced PH centre to facilitate genetic counselling and shared decision-making, and to provide psychological support to the patients and their families where needed — I |
| N | | For women with PAH having termination of pregnancy, it is recommended that this be performed in PH centres, with psychological support provided to the patient and her family — I |
| N | | For women with PAH who desire to have children, where available, adoption and surrogacy with pre-conception genetic counselling may be considered — IIb |
| N | | As teratogenic potential has been reported in preclinical models for endothelin receptor antagonists and riociguat, these drugs are not recommended during pregnancy — III |

**Treatment of vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension – Recommendation Table 7**

| | | |
|---|---|---|
| R | Continuation of high doses of CCBs is recommended in patients with IPAH, HPAH, and DPAH in WHO-FC I or II with marked haemodynamic improvement (near normalization) | Continuing high doses of CCBs is recommended in patients with IPAH, HPAH, or DPAH in WHO-FC I or II with marked haemodynamic improvement (mPAP <30 mmHg and PVR <4 WU) — I |
| N | | In patients with a positive vasoreactivity test but insufficient long-term response to CCBs who require additional PAH therapy, continuation of CCB therapy should be considered — IIa |

**Treatment of non-vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension who present without cardiopulmonary comorbidities[b] – Recommendation Table 8**

| | | |
|---|---|---|
| N | | In patients with IPAH/HPAH/DPAH who present at high risk of death, initial combination therapy with a PDE5i, an ERA, and i.v./s.c. prostacyclin analogues should be considered[c] — IIa |
| N | | In patients with IPAH/HPAH/DPAH who present at intermediate–low risk of death while receiving ERA/PDE5i therapy, the addition of selexipag should be considered — IIa |
| N | | In patients with IPAH/HPAH/DPAH who present at intermediate–high or high risk of death while receiving ERA/PDE5i therapy, the addition of i.v./s.c. prostacyclin analogues and referral for lung transplantation (LTx) evaluation should be considered — IIa |



*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| N | | | In patients with IPAH/HPAH/DPAH who present at intermediate–low risk of death while receiving ERA/PDE5i therapy, switching from PDE5i to riociguat may be considered | IIb |
|---|---|---|---|---|

**Initial oral drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension without cardiopulmonary comorbidities – Recommendation Table 9**

| R | Ambrisentan + tadalafil | I | Initial combination therapy with ambrisentan and tadalafil is recommended | I |
|---|---|---|---|---|
| N | | | Initial combination therapy with macitentan and tadalafil is recommended | I |
| R | Other ERA + PDE-5i | IIa | Initial combination therapy with other ERAs and PDE5is should be considered | IIa |
| N | | | Initial combination therapy with macitentan, tadalafil, and selexipag is not recommended | III |

**Sequential drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension – Recommendation Table 10**

| N | | | It is recommended to base treatment escalations on risk assessment and general treatment strategies (see treatment algorithm) | I |
|---|---|---|---|---|
| R | Macitentan added to sildenafil | I | The addition of macitentan to PDE5is or oral/inhaled prostacyclin analogues is recommended to reduce the risk of morbidity/mortality events | I |
| N | | | The addition of oral treprostinil to ERA or PDE5i/riociguat monotherapy is recommended to reduce the risk of morbidity/mortality events | I |
| R | Bosentan added to sildenafil | IIb | The addition of bosentan to sildenafil is not recommended to reduce the risk of morbidity/mortality events | III |
| R | Riociguat added to bosentan | I | The addition of riociguat to bosentan should be considered to improve exercise capacity | IIa |

**Treatment of non-vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension who present with cardiopulmonary comorbidities[b] – Recommendation Table 11**

| N | | | In patients with IPAH/HPAH/DPAH and cardiopulmonary comorbidities, initial monotherapy with a PDE5i or an ERA should be considered | IIa |
|---|---|---|---|---|
| N | | | In patients with IPAH/HPAH/DPAH with cardiopulmonary comorbidities who present at intermediate or high risk of death while receiving PDE5i or ERA monotherapy, additional PAH medication may be considered on an individual basis | IIb |

**Efficacy of intensive care management for pulmonary arterial hypertension – Recommendation Table 12**

| N | | | When managing patients with right HF in the ICU, it is recommended to involve physicians with expertise, treat causative factors, and use supportive measures including inotropes and vasopressors, fluid management, and PAH drugs as appropriate | I |
|---|---|---|---|---|
| N | | | Mechanical circulatory support may be an option for selected patients as a bridge to transplantation or to recovery, and interhospital transfer should be considered if such resources are unavailable on site | IIa |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

## Lung transplantation – Recommendation Table 13

| | | | | |
|---|---|---|---|---|
| R | Lung transplantation is recommended soon after inadequate clinical response on maximal medical therapy | | It is recommended that potentially eligible candidates are referred for LTx evaluation when they have an inadequate response to oral combination therapy, indicated by an intermediate–high or high risk or by a REVEAL risk score >7 | I |
| N | | | It is recommended to list patients for LTx who present with a high risk of death or with a REVEAL risk score ≥10 despite receiving optimized medical therapy, including s.c. or i.v. prostacyclin analogues | I |

## Pulmonary arterial hypertension associated with drugs or toxins – Recommendation Table 14

| | | | | |
|---|---|---|---|---|
| N | | | It is recommended to make a diagnosis of drug- or toxin-associated PAH in patients who had relevant exposure and in whom other causes of PH have been excluded | I |
| N | | | In patients with suspected drug- or toxin-associated PAH, it is recommended to discontinue the causative agent immediately whenever possible | I |
| N | | | Immediate PAH therapy should be considered in patients who present with intermediate/high-risk PAH at diagnosis | IIa |
| N | | | Patients with low-risk PAH should be re-evaluated 3–4 months after discontinuing the suspected drug or toxin, and PAH therapy may be considered when the haemodynamics have not normalized | IIb |

## Pulmonary arterial hypertension associated with connective tissue disease – Recommendation Table 15

| | | | | |
|---|---|---|---|---|
| N | | | In patients with PAH associated with CTD, treatment of the underlying condition according to current guidelines is recommended | I |

## Pulmonary arterial hypertension associated with human immunodeficiency virus infection – Recommendation Table 16

| | | | | |
|---|---|---|---|---|
| N | | | In patients with PAH associated with HIV infection, antiretroviral treatment according to current guidelines is recommended | I |
| N | | | In patients with PAH associated with HIV infection, initial monotherapy should be considered, followed by sequential combination if necessary, taking into consideration comorbidities and drug–drug interactions | IIa |

## Pulmonary arterial hypertension associated with portal hypertension – Recommendation Table 17

| | | | | |
|---|---|---|---|---|
| R | Echocardiographic assessment for signs of PH is recommended in symptomatic patients with liver disease or portal hypertension and in all candidates for liver transplantation | I | Echocardiography is recommended in patients with liver disease or portal hypertension with signs or symptoms suggestive of PH, and as a screening tool in patients evaluated for liver transplantation or transjugular portosystemic shunt | I |
| R | It is recommended that the treatment algorithm for patients with other forms of PAH should be applied to patients with PAH associated with portal hypertension, taking into account the severity of liver disease | I | In patients with PAH associated with portal hypertension, initial monotherapy should be considered, followed by sequential combination if necessary, taking into consideration the underlying liver disease and indication for liver transplantation | IIa |
| R | Liver transplantation may be considered in selected patients responding well to PAH therapy | IIb | Liver transplantation should be considered on an individual basis in patients with PAH associated with portal hypertension, as long as PVR is normal or near normal with PAH therapy | IIa |

Continued

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | | | |
|---|---|---|---|---|
| N | | | Drugs approved for PAH are not recommended for patients with portal hypertension and unclassified PH (i.e. elevated mPAP, high CO, and a normal PVR) | III |
| **Shunt closure in patients with pulmonary–systemic flow ratio >1.5:1 based on calculated pulmonary vascular resistance– Recommendation Table 18** | | | | |
| N | | | In patients with ASD, VSD, or PDA and a PVR <3 WU, shunt closure is recommended | I |
| N | | | In patients with ASD, VSD, or PDA and a PVR of 3–5 WU, shunt closure should be considered | IIa |
| N | | | In patients with ASD and a PVR >5 WU that declines to <5 WU with PAH treatment, shunt closure may be considered | IIb |
| N | | | In patients with VSD or PDA and a PVR >5 WU, shunt closure may be considered after careful evaluation in specialized centres | IIb |
| N | | | In patients with ASD and a PVR >5 WU despite PAH treatment, shunt closure is not recommended | III |
| **Pulmonary arterial hypertension associated with adult congenital heart disease – Recommendation Table 19** | | | | |
| N | | | Risk assessment is recommended for patients with persistent PAH after defect closure | I |
| N | | | Risk assessment should be considered in patients with Eisenmenger syndrome | IIa |
| R | Bosentan is recommended in WHO-FC III patients with Eisenmenger syndrome | I | Bosentan is recommended in symptomatic patients with Eisenmenger syndrome to improve exercise capacity | I |
| R | The use of supplemental iron treatment may be considered in patients with low ferritin plasma levels | IIb | Supplemental iron treatment should be considered in patients with iron deficiency | IIa |
| R | Combination drug therapy may be considered in patients with Eisenmenger syndrome | IIb | In patients with PAH after corrected adult CHD, initial oral combination therapy with drugs approved for PAH should be considered for patients at low and intermediate risk, while initial combination therapy including i.v./s.c. prostacyclin analogues should be considered for patients at high risk | IIa |
| R | Combination drug therapy may be considered in patients with Eisenmenger syndrome | IIb | In patients with adult CHD, including Eisenmenger syndrome, sequential combination therapy should be considered if patients do not meet treatment goals | IIa |
| N | | | In women with Eisenmenger syndrome, pregnancy is not recommended | III |
| R | If symptoms of hyperviscosity are present, phlebotomy with isovolumic replacement should be considered, usually when the haematocrit is >65% | IIa | In patients with Eisenmenger syndrome, routine phlebotomy to lower elevated haematocrit is not recommended | III |
| **Pulmonary arterial hypertension with signs of venous/capillary involvement – Recommendation Table 20** | | | | |
| R | A combination of clinical findings, physical examination, bronchoscopy, and radiological findings is recommended to diagnose PVOD/PCH | I | A combination of clinical and radiological findings, ABG, PFTs, and genetic testing is recommended to diagnose PAH with signs of venous and/or capillary involvement (PVOD/PCH) | I |
| N | | | In patients with PVOD/PCH, the use of drugs approved for PAH may be considered with careful monitoring of clinical symptoms and gas exchange | IIb |
| N | | | Lung biopsy is not recommended to confirm a diagnosis of PVOD/PCH | III |
| **Paediatric pulmonary hypertension – Recommendation Table 21** | | | | |
| N | | | It is recommended to perform the diagnostic work-up, including RHC and acute vasoreactivity testing, and treat children with PH at centres with specific expertise in paediatric PH | I |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | | | |
|---|---|---|---|---|
| R | A PH diagnostic algorithm work-up is recommended for diagnosis and definition of the specific aetiology group in paediatric PH patients | I | In children with PH, a comprehensive work-up for confirming diagnosis and specific aetiology is recommended (similar to that in adults, but adapted for age) | I |
| N | | | For confirming PH diagnosis, RHC is recommended, preferably before initiating any PAH therapy | I |
| N | | | In children with IPAH/HPAH, acute vasoreactivity testing is recommended to detect those who may benefit from calcium channel blocker therapy | I |
| N | | | It is recommended to define a positive response to acute vasoreactivity testing in children similar to adults by a reduction of mPAP $\geq$10 mmHg to reach an absolute value of mPAP $\leq$40 mmHg, with an increased or unchanged CO | I |
| R | A PAH-specific therapeutic algorithm is recommended in paediatric PH patients | I | In children with PAH, a therapeutic strategy based on risk stratification and treatment response is recommended, extrapolated from that in adults but adapted for age | I |
| R | Specific paediatric determinants of risk should be considered | IIa | It is recommended to monitor the treatment response in children with PAH by serially assessing a panel of data derived from clinical assessment, echocardiographic evaluation, biochemical markers, and exercise tolerance tests | I |
| N | | | Achieving and maintaining a low-risk profile should be considered as an adequate treatment response for children with PAH | IIa |
| N | | | It is recommended to screen infants with bronchopulmonary dysplasia for PH | I |
| N | | | In infants with (or at risk of) bronchopulmonary dysplasia and PH, treating lung disease, including hypoxia, aspiration, and structural airway disease, and optimizing respiratory support is recommended before initiating PAH therapy | I |
| N | | | In neonates and infants, a diagnostic and therapeutic approach to PH distinct from that in older children and adults should be considered, given the frequent association with developmental vascular and parenchymal lung disease | IIa |

**Pulmonary hypertension associated with left heart disease – Recommendation Table 22**

| | | | | |
|---|---|---|---|---|
| N | | | RHC is recommended for suspected PH in patients with LHD, if it aids management decisions | I |
| N | | | RHC is recommended in patients with severe tricuspid regurgitation with or without LHD prior to surgical or interventional valve repair | I |
| R | Patients with PH-LHD and a severe pre-capillary component as indicated by a high DPG and/or high PVR should be referred to an expert PH centre for a complete diagnostic work-up and an individual treatment decision | IIa | For patients with LHD and suspected PH with features of a severe pre-capillary component and/or markers of RV dysfunction, referral to a PH centre for a complete diagnostic work-up is recommended | I |
| N | | | In patients with LHD and CpcPH with a severe pre-capillary component (e.g. PVR >5 WU), an individualized approach to treatment is recommended | I |
| N | | | When patients with PH and multiple risk factors for LHD, who have a normal PAWP at rest but an abnormal response to exercise or fluid challenge, are treated with PAH drugs, close monitoring is recommended | I |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | | | | |
|---|---|---|---|---|---|
| N | | | In patients with PH at RHC, a borderline PAWP (13–15 mmHg) and features of HFpEF, additional testing with exercise or fluid challenge may be considered to uncover post-capillary PH | | IIb |

**Pulmonary hypertension associated with lung disease and/or hypoxia – Recommendation Table 23**

| | | | | | |
|---|---|---|---|---|---|
| R | Echocardiography is recommended for the non-invasive diagnostic assessment of suspected PH in patients with lung disease | I | If PH is suspected in patients with lung disease, it is recommended that echocardiography[d] be performed and the results interpreted in conjunction with ABG, PFTs including DLCO, and CT imaging | | I |
| R | Optimal treatment of the underlying lung disease, including long-term $O_2$ therapy in patients with chronic hypoxaemia, is recommended in patients with PH due to lung diseases | I | In patients with lung disease and suspected PH, it is recommended to optimize treatment of the underlying lung disease and, where indicated, hypoxaemia, sleep-disordered breathing, and/or alveolar hypoventilation | | I |
| R | Referral to an expert centre is recommended in patients with echocardiographic signs of severe PH and/or severe right ventricular dysfunction | I | In patients with lung disease and suspected severe PH, or where there is uncertainty regarding the treatment of PH, referral to a PH centre is recommended[e] | | I |
| N | | | In patients with lung disease and severe PH, an individualized approach to treatment is recommended | | I |
| N | | | It is recommended to refer eligible patients with lung disease and PH for LTx evaluation | | I |
| R | RHC is not recommended for suspected PH in patients with lung disease, unless therapeutic consequences are to be expected (e.g. LTx, alternative diagnoses such as PAH or CTEPH, and potential enrolment in a clinical trial) | III | In patients with lung disease and suspected PH, RHC is recommended if the results are expected to aid management decisions | | I |
| N | | | Inhaled treprostinil may be considered in patients with PH associated with ILD | | IIb |
| N | | | The use of ambrisentan is not recommended in patients with PH associated with IPF | | III |
| N | | | The use of riociguat is not recommended in patients with PH associated with IIP | | III |

**Chronic thrombo-embolic pulmonary hypertension and chronic thrombo-embolic pulmonary disease without pulmonary hypertension – Recommendation Table 24**

| | | | | | |
|---|---|---|---|---|---|
| R | Lifelong anticoagulation is recommended in all patients with CTEPH | I | Lifelong therapeutic doses of anticoagulation are recommended in all patients with CTEPH | | I |
| N | | | Antiphospholipid syndrome testing is recommended in patients with CTEPH | | I |
| N | | | In patients with CTEPH and antiphospholipid syndrome, anticoagulation with VKAs is recommended | | I |
| R | It is recommended that all patients with CTEPH receive assessment of operability and decisions regarding other treatment strategies made by a multidisciplinary team of experts | I | It is recommended that all patients with CTEPH are reviewed by a CTEPH team for the assessment of multimodality management | | I |
| R | Surgical PEA in deep hypothermia circulatory arrest is recommended for patients with CTEPH | I | PEA is recommended as the treatment of choice for patients with CTEPH and fibrotic obstructions within pulmonary arteries accessible by surgery | | I |
| R | Interventional BPA may be considered in patients who are technically inoperable or carry an unfavourable risk:benefit ratio for PEA | IIb | BPA is recommended in patients who are technically inoperable or have residual PH after PEA and distal obstructions amenable to BPA | | I |
| R | Riociguat is recommended in symptomatic patients who have been classified as having persistent/recurrent CTEPH after surgical treatment or inoperable CTEPH by a CTEPH team including at least one experienced PEA surgeon | I | Riociguat is recommended for symptomatic patients with inoperable CTEPH or persistent/recurrent PH after PEA | | I |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

| | | | | |
|---|---|---|---|---|
| N | | | Long-term follow-up is recommended after PEA and BPA, as well as for patients with CTEPH established on medical therapy | I |
| N | | | A multimodality approach should be considered for patients with persistent PH after PEA and for patients with inoperable CTEPH | IIa |
| N | | | In patients with CTEPD without PH, long-term anticoagulant therapy should be considered on an individual basis[f] | IIa |
| N | | | PEA or BPA should be considered in selected symptomatic patients with CTEPD without PH | IIa |
| N | | | Treprostinil s.c. may be considered in patients in WHO-FC III–IV who have inoperable CTEPH or persistent/recurrent PH after PEA | IIb |
| R | Off-label use of drugs approved for PAH may be considered in symptomatic patients who have been classified as having inoperable CTEPH by a CTEPH team including at least one experienced PEA surgeon | IIb | Off-label use of drugs approved for PAH may be considered in symptomatic patients who have inoperable CTEPH | IIb |
| N | | | In patients with inoperable CTEPH, a combination of sGC stimulator/PDE5i, ERA, or parenteral prostacyclin analogues may be considered | IIb |
| N | | | BPA may be considered for technically operable patients with a high proportion of distal disease and an unfavourable risk:benefit ratio for PEA | IIb |

**Pulmonary hypertension centres – Recommendation Table 25**

| | | | | |
|---|---|---|---|---|
| N | | | It is recommended that PH centres maintain a patient registry | I |
| N | | | It is recommended that PH centres collaborate with patient associations | I |
| N | | | Accreditation of the PH centres should be considered (e.g. https://ec.europa.eu/health/ern/assessment_en) | IIa |
| R | It should be considered that a referral centre follow at least 50 patients with PAH or CTEPH and should receive at least two new referrals per month with documented PAH or CTEPH | IIa | PH centres should follow-up a sufficient number of patients to maintain expertise (at least 50 patients with PAH or CTEPH and at least two new referrals per month with documented PAH or CTEPH) and consider establishing collaborations with high-volume centres | IIa |

6MWD, 6-minute walking distance; ABG, arterial blood gas analysis; ACEi, angiotensin-converting enzyme inhibitor; ARB, angiotensin receptor blocker; ARNi, angiotensin receptor-neprilysin inhibitor; ASD, atrial septal defect; BNP, brain natriuretic peptide; BPA, balloon pulmonary angioplasty; CCB, calcium channel blocker; CHD, congenital heart disease; CI, cardiac index; CMR, cardiac magnetic resonance; CO, cardiac output; CpcPH, combined post- and pre-capillary pulmonary hypertension; CPET, cardiopulmonary exercise testing; CT, computed tomography; CTD, connective tissue disease; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; DLCO, lung diffusion capacity for carbon monoxide; DPAH, drug-associated pulmonary arterial hypertension; DPG, diastolic pressure gradient; ERA, endothelin receptor antagonist; FVC, forced vital capacity; HF, heart failure; HFpEF, heart failure with preserved ejection fraction; HIV, human immunodeficiency virus; HPAH, heritable pulmonary arterial hypertension; ICU, intensive care unit; IIP, idiopathic interstitial pneumonia; ILD, interstitial lung disease; IPAH, idiopathic pulmonary arterial hypertension; IPF, idiopathic pulmonary fibrosis; i.v., intravenous; LHD, left heart disease; LTx, lung transplantation; mPAP, mean pulmonary arterial pressure; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; PAP, pulmonary arterial pressure; PAWP, pulmonary arterial wedge pressure; PCH, pulmonary capillary haemangiomatosis; PDA, patent ductus arteriosus; PDE5i, phosphodiesterase 5 inhibitor; PE, pulmonary embolism; PEA, pulmonary endarterectomy; PFTs, pulmonary function tests; PH, pulmonary hypertension; PH-LHD, pulmonary hypertension associated with left heart disease; PVOD, pulmonary veno-occlusive disease; PVR, pulmonary vascular resistance; RAP, mean right atrial pressure; RHC, right heart catheterization; RV, right ventricle; SARS-CoV-2, severe acute respiratory syndrome coronavirus-2; s.c. subcutaneous; sGC, soluble guanylate cyclase; SGLT-2i, sodium–glucose cotransporter-2 inhibitor; SSc, systemic sclerosis; SVI, stroke volume index; TRV, tricuspid regurgitation velocity; VKA, vitamin K antagonist; VSD, ventricular septal defect; VTE, venous thrombo-embolism; WHO-FC, World Health Organization functional class; WU, Wood units.

[a]Class of recommendation.

[b]Cardiopulmonary comorbidities are predominantly encountered in elderly patients and include risk factors for HFpEF, such as obesity, diabetes, coronary heart disease, a history of hypertension, and/or a low DLCO.

[c]Initial triple-combination therapy including i.v./s.c. prostacyclin analogues may also be considered in patients presenting at intermediate risk but severe haemodynamic impairment (e.g. RAP ≥20 mmHg, CI <2.0 L/min/m², SVI <31 mL/m², and/or PVR ≥12 WU).

[d]Assessments should ideally be made when the patient is clinically stable, as exacerbations can significantly raise PAP.

[e]This recommendation does not apply to patients with end-stage lung disease who are not considered candidates for LTx.

[f]Long-term anticoagulant therapy is recommended when the risk of PE recurrence is intermediate or high, or when there is no history of VTE.

**New recommendations developed with GRADE Evidence to Decision framework**

| GRADE | | | | |
|---|---|---|---|---|
| **Recommendations** | **Quality of evidence** | **Strength of recommendation** | **Class**[a] | **Level**[b] |
| In patients with IPAH/HPAH/DPAH who present at low or intermediate risk of death, initial combination therapy with a PDE5i and an ERA is recommended | Low | Conditional | I | B |
| The use of PDE5i in patients with HFpEF and isolated post-capillary PH is not recommended | Low | Conditional | III | C |
| PDE5i may be considered in patients with severe PH associated with ILD (individual decision-making in PH centres) | Very low | Conditional | IIb | C |
| The use of PDE5i in patients with ILD and non-severe PH is not recommended | Very low | Conditional | III | C |
| In patients with CTEPH who are candidates for BPA, medical therapy should be considered prior to the intervention | Very low | Conditional | IIa | B |

© ESC/ERS 2022

BPA, balloon pulmonary angioplasty; CTEPH, chronic thrombo-embolic pulmonary hypertension; DPAH, drug-associated pulmonary arterial hypertension; ERA, endothelin receptor antagonist; HPAH, heritable pulmonary arterial hypertension; HFpEF, heart failure with preserved ejection fraction; ILD, interstitial lung disease; IPAH, idiopathic pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor; PH, pulmonary hypertension.
[a]Class of recommendation.
[b]Level of evidence.

## 2.2. Methods

Three main methodological approaches were used in these guidelines, depending on the type of questions addressed:

(i) Four questions that were considered highly important were formulated in the PICO format, and assessed with full systematic reviews and application of the Grading of Recommendations, Assessment, Development, and Evaluations (GRADE) approach[2] and the Evidence to Decision (EtD) framework[3] (see Supplementary Data, Section 2.1 for full methodology

**Table 1    Strength of the recommendations according to GRADE**

| Recommendation strength | Rationale |
|---|---|
| Strong recommendation for | The panel is certain that the desirable outweigh the undesirable effects |
| Conditional recommendation for | The panel is less confident that the desirable outweigh the undesirable effects |
| Conditional recommendation against | The panel is less confident that the undesirable outweigh the desirable effects |
| Strong recommendation against | The panel is certain that the undesirable outweigh the desirable effects |
| No recommendation | The confidence in the results might be very low to make a recommendation, or the trade-offs between desirable and undesirable effects are finely balanced, or no data are available. |

© ESC/ERS 2022

Adapted from the ERS Handbook for Clinical Practice Guidelines.[4]

description and supportive material). The resulting recommendations were rated as strong or conditional, based on four potential levels of evidence (high, moderate, low, or very low; Tables 1 and 2). All Task Force members approved the recommendations. In addition, these recommendations were also presented and voted following the usual ESC approach.

(ii) Eight questions that were considered of key importance (key narrative questions) were assessed with systematic literature searches and application of the EtD framework.[6] The evidence grading was performed following the usual ESC approach.

(iii) The remaining topics of interest were assessed using the process commonly followed in ESC Guidelines. Structured literature searches were undertaken and grading tables, as outlined in Tables 3 and 4, were created to describe level of confidence in

**Table 2    Quality of evidence grades and their definitions**[5]

| Quality | Definition |
|---|---|
| High | We are very confident that the true effect lies close to that of the estimate of the effect |
| Moderate | We are moderately confident in the effect estimate: the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different |
| Low | Our confidence in the effect estimate is limited: the true effect may be substantially different from the estimate of the effect |
| Very low | We have very little confidence in the effect estimate: the true effect is likely to be substantially different from the estimate of effect |

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 3   Classes of recommendations**



**Table 4   Levels of evidence**



Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

the recommendation provided and the quality of evidence supporting the recommendation. The Task Force discussed each draft recommendation during web-based conference calls dedicated to specific sections, followed by consensus modifications and an online vote on each recommendation. Only recommendations that were supported by at least 75% of the Task Force members were included in the guidelines. The recommendation tables were colour-coded for ease of interpretation.

# 3. Definitions and classifications

## 3.1. Definitions

The definitions for PH are based on haemodynamic assessment by right heart catheterization (RHC). Although haemodynamics represent the central element of characterizing PH, the final diagnosis and classification should reflect the whole clinical context and consider the results of all investigations.

Pulmonary hypertension is defined by a mean pulmonary arterial pressure (mPAP) >20 mmHg at rest (Table 5). This is supported by studies assessing the upper limit of normal pulmonary arterial pressure (PAP) in healthy subjects,[7–9] and by studies investigating the prognostic relevance of increased PAP (key narrative question 1, Supplementary Data, Section 3.1).[10–12]

It is essential to include PVR and pulmonary arterial wedge pressure (PAWP) in the definition of pre-capillary PH, in order to discriminate elevated PAP due to pulmonary vascular disease (PVD) from that due to left heart disease (LHD), elevated pulmonary blood flow, or increased intrathoracic pressure (Table 5). Based on the available data, the upper limit of normal PVR and the lowest prognostically relevant threshold of PVR is ~2 Wood units (WU).[7,8,13,14] Pulmonary vascular resistance depends on body surface area and age, with elderly healthy subjects having higher values. The available data on the best threshold for PAWP discriminating pre- and post-capillary PH are contradictory. Although the upper limit of normal PAWP is considered to be 12 mmHg,[15] previous ESC/ERS Guidelines for the diagnosis and treatment of PH, as well as the recent consensus recommendation of the ESC Heart Failure Association,[16] suggest a higher threshold for the invasive diagnosis of heart failure (HF) with preserved ejection fraction (HFpEF) (PAWP ≥15 mmHg). In addition, almost all therapeutic studies of PAH have used the PAWP ≤15 mmHg threshold. Therefore, it is recommended keeping PAWP ≤15 mmHg as the threshold for pre-capillary PH, while acknowledging that any PAWP threshold is arbitrary and that the patient phenotype, risk factors, and echocardiographic findings, including left atrial (LA) volume, need to be considered when distinguishing pre- from post-capillary PH.

Patients with PAH are haemodynamically characterized by pre-capillary PH in the absence of other causes of pre-capillary PH, such as CTEPH and PH associated with lung diseases. All PH groups

**Table 5** Haemodynamic definitions of pulmonary hypertension

| Definition | Haemodynamic characteristics |
|---|---|
| PH | mPAP >20 mmHg |
| Pre-capillary PH | mPAP >20 mmHg<br>PAWP ≤15 mmHg<br>PVR >2 WU |
| IpcPH | mPAP >20 mmHg<br>PAWP >15 mmHg<br>PVR ≤2 WU |
| CpcPH | mPAP >20 mmHg<br>PAWP >15 mmHg<br>PVR >2 WU |
| Exercise PH | mPAP/CO slope between rest and exercise >3 mmHg/L/min |

CO, cardiac output; CpcPH, combined post- and pre-capillary pulmonary hypertension; IpcPH, isolated post-capillary pulmonary hypertension; mPAP, mean pulmonary arterial pressure; PAWP, pulmonary arterial wedge pressure; PH, pulmonary hypertension; PVR, pulmonary vascular resistance; WU, Wood units.
Some patients present with elevated mPAP (>20 mmHg) but low PVR (≤2 WU) and low PAWP (≤15 mmHg); this haemodynamic condition may be described by the term 'unclassified PH' (see text for further details).

may comprise both pre- and post-capillary components contributing to PAP elevation. In particular, older patients may present with several conditions predisposing them to PH. The primary classification should be based on the presumed predominant cause of the pulmonary pressure increase.

Post-capillary PH is haemodynamically defined as mPAP >20 mmHg and PAWP >15 mmHg. Pulmonary vascular resistance is used to differentiate between patients with post-capillary PH who have a significant pre-capillary component (PVR >2 WU—combined post- and pre-capillary PH [CpcPH]) and those who do not (PVR ≤2 WU—isolated post-capillary PH [IpcPH]).

There are patients with elevated mPAP (>20 mmHg) but low PVR (≤2 WU) and low PAWP (≤15 mmHg). These patients are frequently characterized by elevated pulmonary blood flow and, although they have PH, they do not fulfil the criteria of pre- or post-capillary PH. This haemodynamic condition may be described by the term 'unclassified PH'. Patients with unclassified PH may present with congenital heart disease (CHD), liver disease, airway disease, lung disease, or hyperthyroidism explaining their mPAP elevation. Clinical follow-up of these patients is generally recommended. In the case of elevated pulmonary blood flow, its aetiology should be explored.

As the groups of PH according to clinical classification represent different clinical conditions, there may be additional clinically relevant haemodynamic thresholds (e.g. for PVR) for the individual PH groups besides the general thresholds of the haemodynamic definition of PH, which are discussed in the corresponding sections.

Exercise PH, defined by an mPAP/cardiac output (CO) slope >3 mmHg/L/min between rest and exercise,[17] has been reintroduced. The mPAP/CO slope is strongly age dependent and its upper limit of normal ranges from 1.6–3.3 mmHg/L/min in the supine position.[17] An mPAP/CO slope >3 mmHg/L/min is not physiological in subjects aged <60 years and may rarely be present in healthy subjects aged >60 years.[17] A pathological increase in pulmonary pressure during exercise is associated with impaired prognosis in patients with exercise dyspnoea[18] and in several cardiovascular conditions.[19–22] Although an increased mPAP/CO slope defines an abnormal haemodynamic response to exercise, it does not allow for differentiation between pre- and post-capillary causes. The PAWP/CO slope with a threshold >2 mmHg/L/min may best differentiate between pre- and post-capillary causes of exercise PH.[23,24]

## 3.2. Classifications

The basic structure of the classification from the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH[25,26] and the Proceedings of the 6th WSPH[1] has been kept (Table 6). The general purpose of the clinical classification of PH remains to categorize clinical conditions associated with PH, based on similar pathophysiological mechanisms, clinical presentation, haemodynamic characteristics, and therapeutic management (Figure 1). The main changes are as follows:

(i) The subgroups 'non-responders at vasoreactivity testing' and 'acute responders at vasoreactivity testing' have been added to IPAH as compared with the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH.[25,26] In addition to patients with IPAH, some patients with heritable PAH (HPAH) or

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 6** Clinical classification of pulmonary hypertension

**GROUP 1** Pulmonary arterial hypertension (PAH)

  1.1 Idiopathic

    1.1.1 Non-responders at vasoreactivity testing

    1.1.2 Acute responders at vasoreactivity testing

  1.2 Heritable[a]

  1.3 Associated with drugs and toxins[a]

  1.4 Associated with:

    1.4.1 Connective tissue disease

    1.4.2 HIV infection

    1.4.3 Portal hypertension

    1.4.4 Congenital heart disease

    1.4.5 Schistosomiasis

  1.5 PAH with features of venous/capillary (PVOD/PCH) involvement

  1.6 Persistent PH of the newborn

**GROUP 2** PH associated with left heart disease

  2.1 Heart failure:

    2.1.1 with preserved ejection fraction

    2.1.2 with reduced or mildly reduced ejection fraction[b]

  2.2 Valvular heart disease

  2.3 Congenital/acquired cardiovascular conditions leading to post-capillary PH

**GROUP 3** PH associated with lung diseases and/or hypoxia

  3.1 Obstructive lung disease or emphysema

  3.2 Restrictive lung disease

  3.3 Lung disease with mixed restrictive/obstructive pattern

  3.4 Hypoventilation syndromes

  3.5 Hypoxia without lung disease (e.g. high altitude)

  3.6 Developmental lung disorders

**GROUP 4** PH associated with pulmonary artery obstructions

  4.1 Chronic thrombo-embolic PH

  4.2 Other pulmonary artery obstructions[c]

**GROUP 5** PH with unclear and/or multifactorial mechanisms

  5.1 Haematological disorders[d]

  5.2 Systemic disorders[e]

  5.3 Metabolic disorders[f]

  5.4 Chronic renal failure with or without haemodialysis

  5.5 Pulmonary tumour thrombotic microangiopathy

  5.6 Fibrosing mediastinitis

© ESC/ERS 2022

HF, heart failure; HIV, human immunodeficiency virus; PAH, pulmonary arterial hypertension; PCH, pulmonary capillary haemangiomatosis; PH, pulmonary hypertension; PVOD, pulmonary veno-occlusive disease.

[a]Patients with heritable PAH or PAH associated with drugs and toxins might be acute responders.

[b]Left ventricular ejection fraction for HF with reduced ejection fraction: ≤40%; for HF with mildly reduced ejection fraction: 41–49%.

[c]Other causes of pulmonary artery obstructions include: sarcomas (high or intermediate grade or angiosarcoma), other malignant tumours (e.g. renal carcinoma, uterine carcinoma, germ-cell tumours of the testis), non-malignant tumours (e.g. uterine leiomyoma), arteritis without connective tissue disease, congenital pulmonary arterial stenoses, and hydatidosis.

[d]Including inherited and acquired chronic haemolytic anaemia and chronic myeloproliferative disorders.

[e]Including sarcoidosis, pulmonary Langerhans's cell histiocytosis, and neurofibromatosis type 1.

[f]Including glycogen storage diseases and Gaucher disease.

drug- or toxin-associated PAH (DPAH) might be acute responders.

(ii) The groups 'PAH with features of venous/capillary (pulmonary veno-occlusive disease/pulmonary capillary haemangiomatosis [PVOD/PCH]) involvement' and 'persistent PH of the newborn (PPHN)' have been included in group 1 (PAH) as compared with the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH and in line with the Proceedings of the 6th WSPH.[1]

(iii) Instead of the general term 'sleep-disordered breathing', the term 'hypoventilation syndromes' should be used within group 3 to describe conditions with increased risk of PH. Sole nocturnal obstructive sleep apnoea is generally not a cause of PH, but PH is frequent in patients with hypoventilation syndromes causing daytime hypercapnia.

# 4. Epidemiology and risk factors

Pulmonary hypertension is a major global health issue. All age groups are affected. Present estimates suggest a PH prevalence of ~1% of the global population. Due to the presence of cardiac and pulmonary causes of PH, prevalence is higher in individuals aged >65 years.[29] Globally, LHD is the leading cause of PH.[29] Lung disease, especially chronic obstructive pulmonary disease (COPD), is the second most common cause.[29] In the UK, the observed PH prevalence has doubled in the last 10 years and is currently 125 cases/million inhabitants.[30] Irrespective of the underlying condition, developing PH is associated with worsening symptoms and increased mortality.[29] In developing countries, CHD, some infectious diseases (schistosomiasis, human immunodeficiency virus [HIV]), and high altitude represent important but under-studied causes of PH.[29]

## 4.1. Group 1, pulmonary arterial hypertension

Recent registry data from economically developed countries indicate a PAH incidence and prevalence of ~6 and 48–55 cases/million adults, respectively.[31] It has been thought to predominantly affect younger individuals, mostly females;[32,33] this is currently true for HPAH, which affects twice as many females as males. However, recent data from the USA and Europe suggest that PAH is now frequently diagnosed in older patients (i.e. those aged ≥65 years, who often present with cardiovascular comorbidities, resulting in a more equal distribution between sexes).[32] In most PAH registries, IPAH was the most common subtype (50–60% of all cases), followed by PAH associated with connective tissue disease (CTD), CHD, and portal hypertension (porto-pulmonary hypertension [PoPH]).[32]

A number of drugs and toxins are associated with the development of PAH.[1,34–45] The association between exposure to drugs and toxins and PAH is classified as definite or possible, as proposed at the 6th WSPH (Table 7).[1] There is a definite association with drugs, with available data based on outbreaks, epidemiological case-control studies, or large multicentre series. A possible association is suggested by multiple case series or cases with drugs with similar mechanisms of action.[1]



Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Figure 1** Central illustration. BPA, balloon pulmonary angioplasty; CCB, calcium channel blocker; CTEPH, chronic thrombo-embolic pulmonary hypertension; CpCPH, combined post- and pre-capillary pulmonary hypertension; IpcPH, isolated post-capillary pulmonary hypertension; LHD, left heart disease; PAH, pulmonary arterial hypertension; PEA, pulmonary endarterectomy; PH, pulmonary hypertension. [a]Treatment of heart failure according to the ESC Guidelines for the diagnosis and treatment of acute and chronic heart failure.[27] Treatment of left-sided valvular heart disease according to the 2021 ESC/EACTS Guidelines for the management of valvular heart disease.[28]

**Table 7** Drugs and toxins associated with pulmonary arterial hypertension

| Definite association | Possible association |
|---|---|
| Aminorex | Alkylating agents (cyclophosphamide, |
| Benfluorex | mitomycin C)[a] |
| Dasatinib | Amphetamines |
| Dexfenfluramine | Bosutinib |
| Fenfluramine | Cocaine |
| Methamphetamines | Diazoxide |
| Toxic rapeseed oil | Direct-acting antiviral agents against hepatitis |
| | C virus (sofosbuvir) |
| | Indirubin (Chinese herb Qing-Dai) |
| | Interferon alpha and beta |
| | Leflunomide |
| | L-tryptophan |
| | Phenylpropanolamine |
| | Ponatinib |
| | Selective proteasome inhibitors (carfilzomib) |
| | Solvents (trichloroethylene)[a] |
| | St John's Wort |

[a]Pulmonary veno-occlusive disease.

© ESC/ERS 2022

## 4.2. Group 2, pulmonary hypertension associated with left heart disease

In 2013, the Global Burden of Disease Study reported 61.7 million cases of HF worldwide, which represented almost a doubling since 1990.[46] In Europe and the USA, >80% of patients with HF are aged ≥65 years. Post-capillary PH, either isolated or combined with a pre-capillary component, is a frequent complication mainly in HFpEF, affecting at least 50% of these patients.[47,48] The prevalence of PH increases with severity of left-sided valvular diseases, and PH can be found in 60–70% of patients with severe and symptomatic mitral valve disease[49] and in up to 50% of those with symptomatic aortic stenosis.[50]

## 4.3. Group 3, pulmonary hypertension associated with lung diseases and/or hypoxia

Mild PH is common in advanced parenchymal and interstitial lung disease. Studies have reported that ~1–5% of patients with advanced COPD with chronic respiratory failure or candidates for lung volume reduction surgery or lung transplantation (LTx) have an mPAP >35–40 mmHg.[51,52] In idiopathic pulmonary fibrosis, an mPAP ≥25 mmHg has been reported in 8–15% of patients upon initial work-up, with greater prevalence in advanced (30–50%) and end-stage (>60%) disease.[52] Hypoxia is a public health problem for the estimated 120 million people living at altitudes >2500 m. Altitude dwellers are at risk of developing PH and chronic mountain sickness. However, it remains unclear to what extent PH and right HF are public health problems in high-altitude communities; this should be addressed with updated methodology and large-scale population studies.[53]

## 4.4. Group 4, pulmonary hypertension associated with chronic pulmonary artery obstruction

The number of patients diagnosed with CTEPH is increasing, probably due to a deeper understanding of the disease and more active screening for this condition in patients who remain dyspnoeic after pulmonary embolism (PE) or who have risk factors for developing CTEPH. Registry data indicate a CTEPH incidence and prevalence of 2–6 and 26–38 cases/million adults, respectively.[31,54,55] Patients with chronic thrombo-embolic pulmonary disease (CTEPD) without PH still represent a small proportion of the patients referred to CTEPH centres.[56]

## 4.5. Group 5, pulmonary hypertension with unclear and/or multifactorial mechanisms

Group 5 PH consists of a complex group of disorders that are associated with PH.[57] The cause is often multifactorial and can be secondary to increased pre- and post-capillary pressure, as well as direct effects on pulmonary vasculature. The incidence and prevalence of PH in most of these disorders are unknown. However, high-quality registries have recently enabled estimation of PH prevalence in adult patients with sarcoidosis.[58,59] Studies suggest that PH can be common and its presence is often associated with increased morbidity and mortality.[58,59]

# 5. Pulmonary hypertension diagnosis

## 5.1. Diagnosis

The diagnostic approach to PH is mainly focused on two tasks. The primary goal is to raise early suspicion of PH and ensure fast-track referral to PH centres in patients with a high likelihood of PAH, CTEPH, or other forms of severe PH. The second objective is to identify underlying diseases, especially LHD (group 2 PH) and lung disease (group 3 PH), as well as comorbidities, to ensure proper classification, risk assessment, and treatment.

### 5.1.1. Clinical presentation

Symptoms of PH are mainly linked to right ventricle (RV) dysfunction, and typically associated with exercise in the earlier course of the disease.[25,26] The cardinal symptom is dyspnoea on progressively minor exertion. Other common symptoms are related to the stages and severity of the disease, and are listed in *Figure 2*.[60–62] Potential clinical signs and physical findings are summarized in *Figure 3*.[60,61] Importantly, the physical examination may also be the key to identifying the underlying cause of PH (see *Figure 3*).

### 5.1.2. Electrocardiogram

Electrocardiogram (ECG) abnormalities (*Table 8*) may raise suspicion of PH, deliver prognostic information, and detect arrhythmias and signs of LHD. In adults with clinical suspicion of PH (e.g. unexplained dyspnoea on exertion), right axis deviation has a high predictive value for PH.[63] A normal ECG does not exclude the presence of PH, but a normal ECG in combination with normal biomarkers (BNP/NT-proBNP) is associated with a low likelihood of PH in patients referred for suspected PH or at risk of PH (i.e. after acute PE).[64,65]

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 2** Symptoms in patients with pulmonary hypertension. WHO-FC, World Health Organization functional class. [a]Thoracic compression syndromes are found in a minority of patients with PAH with pronounced dilation of the pulmonary artery, and may occur at any disease stage and even in patients with otherwise mild functional impairment.

### 5.1.3. Chest radiography

Chest radiography presents abnormal findings in most patients with PH; however, a normal chest X-ray does not exclude PH.[68] Radiographic signs of PH include a characteristic configuration of the cardiac silhouette due to right heart (right atrium [RA]/RV) and PA enlargement, sometimes with pruning of the peripheral vessels. In addition, signs of the underlying cause of PH, such as LHD or lung disease, may be found (*Table 9*).[25,60,69,70]

### 5.1.4. Pulmonary function tests and arterial blood gases

Pulmonary function tests (PFTs) and analysis of arterial blood gas (ABG) or arterialized capillary blood are necessary to distinguish between PH groups, assess comorbidities and the need for supplementary oxygen, and determine disease severity. The initial work-up of patients with suspected PH should comprise forced spirometry, body plethysmography, lung diffusion capacity for carbon monoxide (DLCO), and ABG.

In patients with PAH, PFTs are usually normal or may show mild restrictive, obstructive, or combined abnormalities.[71,72] More severe PFT abnormalities are occasionally found in patients with PAH associated with CHD,[73] and those with group 3 PH. The DLCO may be normal in patients with PAH, although it is usually mildly reduced.[71] A severely reduced DLCO (<45% of the predicted value) in the presence of otherwise normal PFTs can be found in PAH associated with systemic sclerosis (SSc), PVOD, in PH group 3—associated with emphysema, interstitial lung disease (ILD), or combined pulmonary fibrosis and emphysema—and in some PAH phenotypes.[74] A low DLCO is associated with a poor prognosis in several forms of PH.[75–78]

Patients with PAH usually have normal or slightly reduced partial pressure of arterial oxygen ($PaO_2$). Severe reduction of $PaO_2$ might raise suspicion for patent foramen ovale, hepatic disease, other abnormalities with right-to-left shunt (e.g. septal defect), or low-DLCO-associated conditions.

Partial pressure of arterial carbon dioxide ($PaCO_2$) is typically lower than normal due to alveolar hyperventilation.[79] Low $PaCO_2$

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 3** Clinical signs in patients with pulmonary hypertension. CHD, congenital heart disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; DVT, deep venous thrombosis; GORD, gastro-oesophageal reflux disease; HHT, hereditary haemorrhagic telangiectasia; PDA, patent ductus arteriosus; PH, pulmonary hypertension; PVOD, pulmonary veno-occlusive disease; RV, right ventricle; SSc, systemic sclerosis.

at diagnosis and follow-up is common in PAH and associated with unfavourable outcomes.[80] Elevated $PaCO_2$ is very unusual in PAH and reflects alveolar hypoventilation, which in itself may be a cause of PH. Overnight oximetry or polysomnography should be performed if there is suspicion of sleep-disordered breathing or hypoventilation.[81]

### 5.1.5. Echocardiography
Independent of the underlying aetiology, PH leads to RV pressure overload and dysfunction, which can be detected by echocardiography.[82–84] When performed accurately, echocardiography provides comprehensive information on right and left heart morphology, RV and LV function, and valvular abnormalities, and gives estimates of haemodynamic parameters. Echocardiography is also a valuable

tool with which to detect the cause of suspected or confirmed PH, particularly with respect to PH associated with LHD or CHD. Yet, echocardiography alone is insufficient to confirm a diagnosis of PH, which requires RHC.

Given the heterogeneous nature of PH and the peculiar geometry of the RV, there is no single echocardiographic parameter that reliably informs about PH status and underlying aetiology. Therefore, a comprehensive echocardiographic evaluation for suspected PH includes estimating the systolic pulmonary arterial pressure (sPAP) and detecting additional signs suggestive of PH, aiming at assigning an echocardiographic level of probability of PH. Echocardiographic findings of PH, including estimating pressure and signs of RV overload and/or dysfunction, are summarized in *Figure 4*.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 8   Electrocardiogram abnormalities in patients with pulmonary hypertension**

**Typical ECG abnormalities in PH[66]**

- P pulmonale (P >0.25 mV in lead II)
- Right or sagittal axis deviation (QRS axis >90° or indeterminable)
- RV hypertrophy (R/S >1, with R >0.5 mV in V1; R in V1 + S in lead V5 >1 mV)
- Right bundle branch block—complete or incomplete (qR or rSR patterns in V1)
- RV strain pattern[a] (ST depression/T-wave inversion in the right pre-cordial V1–4 and inferior II, III, aVF leads)
- Prolonged QTc interval (unspecific)[b]

ECG, electrocardiogram; PH, pulmonary hypertension; QTc, corrected QT interval; RV, right ventricular.
[a]Present in advanced PH.
[b]Patients with pulmonary arterial hypertension can present with a prolonged QTc interval (although non-specific), which may reflect RV dysfunction and delayed myocardial repolarization, and is an independent predictor of mortality.[67]

**Table 9   Radiographic signs of pulmonary hypertension and concomitant abnormalities**

| Signs of PH and concomitant abnormalities | Signs of left heart disease/ pulmonary congestion | Signs of lung disease |
|---|---|---|
| Right heart enlargement | Central air space opacification | Flattening of diaphragm (COPD/ emphysema) |
| PA enlargement (including aneurysmal dilatation) | Interlobular septal thickening 'Kerley B' lines | Hyperlucency (COPD/ emphysema) |
| Pruning of the peripheral vessels | Pleural effusions | Lung volume loss (fibrotic lung disease) |
| 'Water-bottle' shape of cardiac silhouette[a] | Left atrial enlargement (including splayed carina) | Reticular opacification (fibrotic lung disease) |
| | Left ventricular dilation | |

COPD, chronic obstructive pulmonary disease; PA, pulmonary artery; PH, pulmonary hypertension.
[a]May be present in patients with PH with advanced right ventricular failure and moderate pericardial effusion.

Estimates of sPAP are based on the peak tricuspid regurgitation velocity (TRV) and the TRV-derived tricuspid regurgitation pressure gradient (TRPG)—after excluding pulmonary stenosis—taking into account non-invasive estimates of RA pressure (RAP). Considering the inaccuracies in estimating RAP and the amplification of measurement errors by using derived variables,[85–87] these guidelines

recommend using the peak TRV (and not the estimated sPAP) as the key variable for assigning the echocardiographic probability of PH. A peak TRV >2.8 m/s may suggest PH; however, the presence or absence of PH cannot be reliably determined by TRV alone.[88] Lowering the TRV threshold in view of the revised haemodynamic definition of PH is not supported by available data (key narrative question 2, Supplementary Data, *Section 5.1*).[89–92] Tricuspid regurgitation (TR) velocity may underestimate (e.g. in patients with severe TR)[28] or overestimate (e.g. in patients with high CO in liver disease or sickle cell disease [SCD]),[93,94] misinterpretation of tricuspid valve closure artefact for the TR jet, or incorrect assignment of a peak TRV in the case of maximum velocity boundary artefacts) pressure gradients. Hence, additional variables related to RV morphology and function are used to define the echocardiographic probability of PH (*Table 10*),[82–84,95] which may then be determined as low, intermediate, or high. When interpreted in a clinical context, this probability can be used to decide the need for further investigation, including cardiac catheterization in individual patients (*Figure 5*).

Echocardiographic measures of RV function include the tricuspid annular plane systolic excursion (TAPSE), RV fractional area change (RV-FAC), RV free-wall strain, and tricuspid annulus velocity (S' wave) derived from tissue Doppler imaging, and potentially RV ejection fraction (RVEF) derived from 3D echocardiography. Furthermore, the TAPSE/sPAP ratio—representing a non-invasive measure of RV–PA coupling[96]—may aid in diagnosing PH.[90,97,98] The pattern of RV outflow tract (RVOT) blood flow (mid-systolic 'notching') may suggest pre-capillary PH.[99,100]

To separate between group 2 PH and other forms of PH, and to assess the likelihood of left ventricle (LV) diastolic dysfunction, LA size and signs of LV hypertrophy should always be measured, and Doppler echocardiographic signs (e.g. E/A ratio, E/E') should be assessed even if the reliability of the latter is considered low.[16] To identify CHD, 2D Doppler and contrast examinations are helpful, but transoesophageal contrast echocardiography or other imaging techniques (e.g. computer tomography [CT] angiography, cMRI) are needed in some cases to detect or exclude sinus venosus atrial septal defects, patent ductus arteriosus, and/or anomalous pulmonary venous return.[101] The clinical value of exercise Doppler echocardiography in identifying exercise PH remains uncertain because of the lack of validated criteria and prospective confirmatory data. In most cases, increases in sPAP during exercise are caused by diastolic LV dysfunction.[16]

### 5.1.6. Ventilation/perfusion lung scan

A ventilation/perfusion (V/Q) lung scan (planar or single-photon emission computed tomography [SPECT]) is recommended in the diagnostic work-up of patients with suspected or newly diagnosed PH, to rule out or detect signs of CTEPH.[102,103] The V/Q SPECT is superior to planar imaging and is the methodology of choice; however, SPECT has been widely used in assessing PE, but not to the same degree in CTEPH.[68] In the absence of parenchymal lung disease, a normal perfusion scan excludes CTEPH with a negative predicted value of 98%.[104,105] In most patients with PAH, V/Q scintigraphy is normal or shows a speckled pattern but no typical perfusion defects characteristic of PE or CTEPH, whereas matched V/Q defects may be found in patients with lung disease (i.e. group 3 PH). Non-matched perfusion defects similar to those seen in

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 4** Transthoracic echocardiographic parameters in the assessment of pulmonary hypertension. Ao, aorta; IVC, inferior vena cava; LA, left atrium; LV, left ventricle; PH, pulmonary hypertension; RA, right atrium; RAP, right atrial pressure; RV, right ventricle; RVOT AT, right ventricular outflow tract acceleration time; sPAP, systolic pulmonary artery pressure; TAPSE, tricuspid annular plane systolic excursion; TR, tricuspid regurgitation; TRV, tricuspid regurgitation velocity. ᵃRefers to collapse on inspiration.

CTEPH may be present in 7–10% of patients with PVOD/PCH or PAH.[106,107] Deposition of the perfusion agent in extrapulmonary organs may hint to cardiac or pulmonary right-to-left shunting and has been reported in CHD, hepato-pulmonary syndrome, and pulmonary arteriovenous malformations (PAVMs).[68]

### 5.1.7. Non-contrast and contrast-enhanced chest computed tomography examinations, and digital subtraction angiography

Computed tomography (CT) imaging may provide important information for patients with unexplained dyspnoea or suspected/confirmed PH. The CT signs suggesting the presence of PH include an enlarged PA diameter, a PA-to-aorta ratio >0.9, and enlarged right heart chambers.[68] A combination of three parameters (PA diameter ≥30 mm, RVOT wall thickness ≥6 mm, and septal deviation ≥140° [or RV:LV ratio ≥1]) is highly predictive of PH.[108] Non-contrast chest CT can help determine the cause of PH when there are

features of parenchymal lung disease, and may also point towards the presence of PVOD/PCH by showing centrilobular ground-glass opacities (which may also be found in PAH), septal lines, and lymphadenopathy.[68]

Computed tomography pulmonary angiography (CTPA) is mainly used to detect direct or indirect signs of CTEPH, such as filling defects (including thrombus adhering to the vascular wall), webs or bands in the PAs, PA retraction/dilatation, mosaic perfusion, and enlarged bronchial arteries. Importantly, the diagnostic accuracy of CTPA for CTEPH is limited (at the patient level, sensitivity and specificity are 76% and 96%, respectively),[109] but was reported to be higher when modern, high-quality multi-detector CT scanners were used and when interpreted by experienced readers.[109,110] Computed tomography pulmonary angiography may also be used to detect other cardiovascular abnormalities, including intracardiac shunts, abnormal pulmonary venous return, patent ductus arteriosus, and PAVMs.

ESC/ERS Guidelines

**Table 10** Additional echocardiographic signs suggestive of pulmonary hypertension

| A: The ventricles | B: Pulmonary artery | C: Inferior vena cava and RA |
|---|---|---|
| RV/LV basal diameter/ area ratio >1.0 | RVOT AT <105 ms and/or mid-systolic notching | IVC diameter >21 mm with decreased inspiratory collapse (<50% with a sniff or <20% with quiet inspiration) |
| Flattening of the interventricular septum (LVEI >1.1 in systole and/or diastole) | Early diastolic pulmonary regurgitation velocity >2.2 m/s | RA area (end-systole) >18 cm² |
| TAPSE/sPAP ratio <0.55 mm/mmHg | PA diameter >AR diameter | |
| | PA diameter >25 mm | |

AR, aortic root; IVC, inferior vena cava; LV, left ventricle; LVEI, left ventricle eccentricity index; PA, pulmonary artery; RA, right atrium; RV, right ventricle; RVOT AT, right ventricular outflow tract acceleration time; sPAP, systolic pulmonary arterial pressure; TAPSE, tricuspid annular plane systolic excursion; TRV, tricuspid regurgitation velocity.

ᵃSigns contributing to assessing the probability of PH in addition to TRV (see Figure 5). Signs from at least two categories (A/B/C) must be present to alter the level of echocardiographic probability of PH.

In patients presenting with a clinical picture of acute PE, chest CT may be helpful in detecting signs of hitherto undetected CTEPH, which may include the presence of the above CTEPH signs, and RV hypertrophy as a sign for chronicity.[111,112] Detecting 'acute on chronic' PE is important, as it may impact the management of patients with presumed acute PE.

Dual-energy CT (DECT) angiography and iodine subtraction mapping may provide additional diagnostic information by creating iodine maps,[113] which reflect lung perfusion, thereby possibly increasing the diagnostic accuracy for CTEPH.[114] Although increasingly used, the diagnostic value of DECT in the work-up of patients with PH has not been established.

Digital subtraction angiography (DSA) is mainly used to confirm the diagnosis of CTEPH and to assess treatment options (i.e. operability or accessibility for BPA). Most centres use conventional two- or three-planar DSA. However, C-arm CT imaging may provide a higher spatial resolution, potentially identifying more target vessels for BPA and providing procedural guidance.[115,116]

### 5.1.8. Cardiac magnetic resonance imaging

Cardiac magnetic resonance imaging accurately and reproducibly assesses atrial and ventricular size, morphology, and function. Additional information on RV/LV myocardial strain can be obtained by applying tagging or by post-processing feature tracking. In addition, cMRI can be used to measure blood flow in the PA, aorta, and vena cava, allowing for quantifying stroke volume (SV),

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022



**Figure 5** Echocardiographic probability of pulmonary hypertension and recommendations for further assessment. CPET, cardiopulmonary exercise testing; CTEPH, chronic thrombo-embolic pulmonary hypertension; echo, echocardiography; LHD, left heart disease; N, no; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; RHC, right heart catheterization; TRV, tricuspid regurgitation velocity; Y, yes. ᵃOr unmeasurable. The TRV threshold of 2.8 m/s was not changed according to the updated haemodynamic definition of PH. ᵇSigns from at least two categories in Table 10 (A/B/C) must be present to alter the level of echocardiographic probability of PH. ᶜFurther testing may be necessary (e.g. imaging, CPET). ᵈRHC should be performed if useful information/a therapeutic consequence is anticipated (e.g. suspected PAH or CTEPH), and may not be indicated in patients without risk factors or associated conditions for PAH or CTEPH (e.g. when mild PH and predominant LHD or lung disease are present).

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

intracardiac shunt, and retrograde flow. By combining contrast magnetic resonance (MR) angiography and pulmonary perfusion imaging with late gadolinium-enhancement imaging of the myocardium, a complete picture of the heart and pulmonary vasculature can be obtained (see Supplementary Data, *Table S2* for cMRI indices and normal values). A limitation is that there is no established method with which to estimate PAP. Even though the cost and availability of the technique precludes its use in the early diagnosis of PAH, it is sensitive in detecting early signs of PH and diagnosing CHD.[117]

### 5.1.9. Blood tests and immunology

The initial diagnostic assessment of patients with newly diagnosed PH/PAH aims to identify comorbidities and possible causes or complications of PH. Laboratory tests that should be obtained at the time of PH diagnosis include: blood counts (including haemoglobin [Hb]); serum electrolytes (sodium, potassium); kidney function (creatinine, calculation of estimated glomerular filtration rate, and urea); uric acid; liver parameters (alanine aminotransferase, aspartate aminotransferase, and alkaline phosphatase, γ-glutamyl transpeptidase, bilirubin); iron status (serum iron, transferrin saturation, and ferritin); and BNP or NT-proBNP. In addition, serological studies should include testing for hepatitis viruses and HIV. Basic immunology laboratory work-up is recommended, including screening tests for anti-nuclear antibodies, anti-centromere antibodies, and anti-Ro. Screening for biological markers of antiphospholipid syndrome is recommended in patients with CTEPH. Additional thrombophilia screening is not generally recommended, unless therapeutic consequences are to be expected.[118] Pulmonary arterial hypertension and other forms of severe PH can be associated with thyroid function disorders; hence, laboratory screening should include at least thyroid-stimulating hormone.

### 5.1.10. Abdominal ultrasound

An abdominal ultrasound examination should be part of the comprehensive diagnostic work-up of patients with newly diagnosed PH, particularly if liver disease is suspected. A major objective is to search for liver disease and/or portal hypertension, or portocaval shunt (Abernethy malformation). During the course of the disease, patients with PH may develop secondary organ dysfunction mainly affecting the liver and kidneys.[119] In these patients, abdominal ultrasound is needed for differential diagnostic reasons and to assess the extent of organ damage.

### 5.1.11. Cardiopulmonary exercise testing

Cardiopulmonary exercise testing (CPET) is a useful tool to assess the underlying pathophysiologic mechanisms leading to exercise intolerance. Patients with PAH show a typical pattern, with a low end-tidal partial pressure of carbon dioxide ($P_{ET}CO_2$), high ventilatory equivalent for carbon dioxide ($VE/VCO_2$), low oxygen pulse ($VO_2/HR$), and low peak oxygen uptake ($VO_2$).[120] These findings should prompt consideration of PVD. In patients with LHD or COPD, such a pattern may indicate an additional pulmonary vascular limitation.[121,122] In populations at risk of PAH, such as those with SSc, a normal peak $VO_2$ seems to exclude the diagnosis of PAH.[123]

### 5.1.12. Right heart catheterization, vasoreactivity, exercise, and fluid challenge

#### 5.1.12.1. Right heart catheterization

Right heart catheterization is the gold standard for diagnosing and classifying PH. Performing RHC requires expertise and meticulous methodology following standardized protocols. In addition to diagnosing and classifying PH, clinical indications include haemodynamic assessment of heart or LTx candidates[124] and evaluating congenital cardiac shunts. Interpreting invasive haemodynamics should be done in the context of the clinical picture and other diagnostic investigations. When performed in PH centres, the frequencies of serious adverse events (1.1%) and procedure-related mortality (0.055%) are low.[125] A known thrombus or tumour in the RV or RA, recently implanted (<1 month) pacemaker, mechanical right heart valve, TriClip, and an acute infection are contraindications to RHC; the risk:benefit ratio should be individually assessed before each examination and discussed with the patient. The most feared complication of RHC is perforation of a PA.

The adequate preparation of patients for RHC is of major relevance. Pre-existing medical conditions should be optimally controlled at the time of the examination (particularly blood pressure and volume control). In the supine position, the mid-thoracic level is recommended as the zero reference level, which is at the level of the LA in most patients.[126]

For a complete assessment of cardiopulmonary haemodynamics, all measures listed in *Table 11* must be measured or calculated.

**Table 11** Haemodynamic measures obtained during right heart catheterization

| Measured variables | Normal value |
| --- | --- |
| Right atrial pressure, mean (RAP) | 2–6 mmHg |
| Pulmonary artery pressure, systolic (sPAP) | 15–30 mmHg |
| Pulmonary artery pressure, diastolic (dPAP) | 4–12 mmHg |
| Pulmonary artery pressure, mean (mPAP) | 8–20 mmHg |
| Pulmonary arterial wedge pressure, mean (PAWP) | ≤15 mmHg |
| Cardiac output (CO) | 4–8 L/min |
| Mixed venous oxygen saturation (SvO₂)[a] | 65–80% |
| Arterial oxygen saturation (SaO₂) | 95–100% |
| Systemic blood pressure | 120/80 mmHg |
| **Calculated parameters** | |
| Pulmonary vascular resistance (PVR)[b] | 0.3–2.0 WU |
| Pulmonary vascular resistance index (PVRI) | 3–3.5 WU·m² |
| Total pulmonary resistance (TPR)[c] | <3 WU |
| Cardiac index (CI) | 2.5–4.0 L/min·m² |
| Stroke volume (SV) | 60–100 mL |
| Stroke volume index (SVI) | 33–47 mL/m² |
| Pulmonary arterial compliance (PAC)[d] | >2.3 mL/mmHg |

WU, Wood units.
[a]Derived from blood sample taken from the pulmonary artery; compartmental oximetry to exclude an intracardiac shunt is recommended when SvO₂ >75%.
[b]PVR, (mPAP−PAWP)/CO.
[c]TPR, mPAP/CO.
[d]PAC, SVI/(sPAP−dPAP).

© ESC/ERS 2022

incomplete assessments must be avoided, as this may lead to mis-diagnosis. As a minimum, mixed venous oxygen saturation ($SvO_2$) and arterial oxygen saturation ($SaO_2$) should be determined. A step-wise assessment of oxygen saturation should be performed in patients with $SvO_2$ >75% and whenever a left-to-right shunt is suspected. Cardiac output (CO) should be assessed by the direct Fick method or thermodilution (mean values of at least three measurements). The indirect Fick method is considered to be less reliable than thermodilution;[127] however, thermodilution should not be used in the presence of shunts. Pulmonary vascular resistance ([mPAP−PAWP]/CO) should be calculated for each patient. All pressure measurements, including PAWP, should be performed at end expiration (without breath-holding manoeuvre). In patients with large intrathoracic pressure changes during the respiratory cycle (i.e. COPD, obesity, during exercise), it is appropriate to average over at least three to four respiratory cycles. If no reliable PAWP curve can be obtained, or if the PAWP values are implausible, additional measurement of LV end-diastolic pressure should be considered to avoid misclassification. Saturations taken with the catheter in the wedged position can confirm an accurate PAWP.[128]

### 5.1.12.2. Vasoreactivity testing
The purpose of vasoreactivity testing in PAH is to identify acute vasoresponders who may be candidates for treatment with high-dose calcium channel blockers (CCBs). Pulmonary vasoreactivity testing is only recommended in patients with IPAH, HPAH, or DPAH. Inhaled nitric oxide[129] or inhaled iloprost[130,131] are the recommended test compounds for vasoreactivity testing (Table 12). There is similar evidence for intravenous (i.v.) epoprostenol, but due to incremental dose increases and repetitive measurements, testing takes much longer and is therefore less feasible.[129] Adenosine i.v. is no longer recommended due to frequent side effects.[132] A positive acute response is defined as a reduction in mPAP by ≥10 mmHg to reach an absolute value ≤40 mmHg, with increased or unchanged CO.[129] In patients with PH-LHD, vasoreactivity testing is restricted to evaluating heart transplantation candidacy (see Section 8.1), and in patients with PH in the context of CHD with initial systemic-to-pulmonary shunting, vasoreactivity testing can be performed to evaluate the possibility of defect closure (see Section 7.5).[101]

### 5.1.12.3. Exercise right heart catheterization
Right heart catheterization is the gold standard method to assess cardiopulmonary haemodynamics during exercise and to define exercise PH.[133] The main reason to perform exercise RHC is to investigate patients with unexplained dyspnoea and normal resting haemodynamics in order to detect early PVD or left heart dysfunction. In addition, exercise haemodynamics may reveal important prognostic and functional information in patients at risk of PAH and CTEPH.[22,134,135] To maximize the amount of information, exercise RHC may be combined with CPET. According to the available data and experience, exercise RHC is not associated with an additional risk of complications compared with resting RHC and CPET.[133]

Incremental exercise tests (step or ramp protocol) with repeated haemodynamic measurements provide the most clinical information on pulmonary circulation. The minimally required haemodynamic variables measured at each exercise level include mPAP, sPAP, diastolic PAP (dPAP), PAWP, CO, heart rate, and systemic blood pressure. In addition, RAP, $SvO_2$, and $SaO_2$ should at least be measured at rest and peak exercise. Total pulmonary resistance (TPR), PVR, and cardiac index (CI) should be calculated at each exercise level, as well as arteriovenous difference in oxygen at peak exercise. The mPAP/CO and PAWP/CO slopes should also be calculated.[136,137] In patients with early PVD, PVR may be normal or mildly elevated at rest, but may change during exercise with a steep increase in mPAP, reflected by an mPAP/CO slope >3 mmHg/L/min, while the PAWP/CO slope usually remains <2 mmHg/L/min. Patients with left heart dysfunction, such as those with HFpEF[23] and/or dynamic mitral regurgitation,[138] and a normal PAWP at rest, usually show a steep increase in mPAP and PAWP (and mPAP/CO, PAWP/CO slope) during exercise.

According to recent studies, a PAWP/CO slope >2 mmHg/L/min may be helpful in recognizing an abnormal PAWP increase and, therefore, a cardiac exercise limitation, especially in patients with PAWP 12–15 mmHg at rest.[23,24,139] A PAWP cut-off of >25 mmHg during supine exercise has been recommended for diagnosing HFpEF.[16] In patients with lung disease, increased intrathoracic pressure may contribute to mPAP elevation; this is exaggerated during exercise and can be recognized by a concomitant increase in RAP.[140] Some exercise haemodynamics are age dependent, with healthy elderly subjects presenting with steeper mPAP/CO and PAWP/CO slopes than healthy young individuals.[9,141]

### 5.1.12.4. Fluid challenge
Fluid challenge may reveal LV diastolic dysfunction in patients with PAWP ≤15 mmHg, but a clinical phenotype suggestive of LHD.

**Table 12** Route of administration, half-life, dosages, and duration of administration of the recommended test compounds for vasoreactivity testing in pulmonary arterial hypertension

| Compound | Route | Half-life | Dosage | Duration |
|---|---|---|---|---|
| Nitric oxide[129] | inh | 15–30 s | 10–20 p.p.m. | 5–10 min[a] |
| Iloprost[130,131] | inh | 30 min | 5–10 μg[b] | 10–15 min[c] |
| Epoprostenol[129] | i.v. | 3 min | 2–12 ng/kg/min | 10 min[d] |

inh, inhaled; i.v., intravenous.
[a]Measurement as a single step within the dose range.
[b]At mouth piece.
[c]Measurement as a single step, temporize full effect.
[d]Incremental increase in 2 ng/kg/min intervals, duration of 10 min at each step.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Most available data are derived from studies aiming to uncover HFpEF (increase in PAWP) rather than identify group 2 PH (increase in PAP; see *Section 8.1*). It is generally accepted that rapid infusion (over 5–10 min) of ~500 mL (7–10 mL/kg) of saline would be sufficient to detect an abnormal increase in PAWP to ≥18 mmHg (suggestive of HFpEF),[142] although validation and long-term evaluation of these data are needed.[143] There are insufficient data on the haemodynamic response to fluid challenge in patients with PAH. Recent data suggest that passive leg raise during RHC may also help to uncover occult HFpEF.[144]

**Recommendation Table 1 — Recommendations for right heart catheterization and vasoreactivity testing**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **Right heart catheterization** | | |
| It is recommended that RHC is performed to confirm the diagnosis of PAH (especially PAH or CTEPH) and to support treatment decisions[25,26] | I | B |
| In patients with suspected or known PH, it is recommended that RHC is performed in experienced centres[125] | I | C |
| It is recommended that RHC comprises a complete set of haemodynamics and is performed following standardized protocols[25,26,145] | I | C |
| **Vasoreactivity testing** | | |
| Vasoreactivity testing is recommended in patients with I/H/DPAH to detect those who can be treated with high doses of a CCB[129,146] | I | B |
| It is recommended that vasoreactivity testing is performed at PH centres | I | C |
| It is recommended to consider a positive response to vasoreactivity testing by a reduction in mPAP ≥10 mmHg to reach an absolute value of mPAP ≤40 mmHg with an increased or unchanged CO[c129] | I | C |
| Inhaled nitric oxide, inhaled iloprost, or i.v. epoprostenol are recommended for performing vasoreactivity testing[129–132] | I | C |
| Vasoreactivity testing, for identifying candidates for CCB therapy, is not recommended in patients with PAH other than I/H/DPAH, and in PH groups 2, 3, 4, and 5[124,129] | III | C |

© ESC/ERS 2022

CCB, calcium channel blocker; CO, cardiac output; CTEPH, chronic thrombo-embolic pulmonary hypertension; I/H/DPAH, idiopathic, heritable, drug-associated pulmonary arterial hypertension; i.v., intravenous; mPAP, mean pulmonary arterial pressure; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; RHC, right heart catheterization.
[a]Class of recommendation.
[b]Level of evidence.
[c]Testing should also be performed in patients with a baseline mPAP ≤40 mmHg, in whom the same responder criteria apply.

### 5.1.13. Genetic counselling and testing
Mutations in PAH genes have been identified in familial PAH, IPAH, PVOD/PCH, and anorexigen-associated PAH (*Table 13*).[148] The screening recommendations herein specifically relate to patients with an a priori diagnosis of PAH and not 'at-risk' populations being screened for PAH (see *Section 5.3*). All patients with these conditions should be informed about the possibility of a genetic condition and that family members could carry a mutation that increases the risk of PAH, allowing for screening and early diagnosis.[33,148] Even if genetic testing is not performed, family members should be made aware of early signs and symptoms, to ensure that a timely and appropriate diagnosis is made.[148]

Genetic counselling by appropriately trained PAH providers or geneticists should be performed prior to genetic testing, to address the complex questions related to penetrance, genetically at-risk family members, reproduction, genetic discrimination, and psychosocial issues. Careful genetic counselling with genetic counsellors or medical geneticists is critical prior to genetic testing for asymptomatic family members.[148]

If the familial mutation is known and an unaffected family member tests negative for that mutation, the risk of PAH for that person is the same as for the general population.[148]

Many of the less common mutations outlined have a potential additional set of syndromic features. These are summarized in *Table 13* where specific clinical history, examination, and investigations are suggested. In particular, clinicians should undertake a thorough history and examination, as syndromic PAH diagnoses may be missed if not interrogated. For example, in one of the largest studies to date, *TBX4*, *ALK1*, and *ENG* mutations were represented in the top six most common genetic findings in adults with previously diagnosed IPAH.[149] These findings have been confirmed and extended in international genetics consortia in 4241 patients with PAH.[150] It is therefore apparent that there is either phenotypic heterogeneity of these syndromes or missed diagnostic features. As more genes associated with PAH are discovered, it will become increasingly difficult to individually test for each. Next-generation sequencing has enabled the development of gene panels to simultaneously interrogate several genes.[151] It is, however, important to check the genes included in the panel at the time of testing, since the composition changes as genetic discoveries advance.

## 5.2. Diagnostic algorithm
A multistep, pragmatic approach to diagnosis should be considered in patients with unexplained dyspnoea or symptoms/signs raising suspicion of PH. This strategy is depicted in detail in *Figure 6* and *Table 14*. The diagnostic algorithm does not address screening for specific groups at risk of PH.

### 5.2.1 Step 1 (suspicion)
Patients with PH are likely to be seen by first-line physicians, mainly general practitioners, for non-specific symptoms. Initial evaluation should include a comprehensive medical (including familial) history, thorough physical examination (including measurement of blood pressure, heart rate, and pulse oximetry), blood test to determine BNP/NT-proBNP, and resting ECG. This first step may raise a suspicion of a cardiac or respiratory disorder causing the symptoms.

### 5.2.2. Step 2 (detection)
The second step includes classical, non-invasive lung and cardiac testing. Among those tests, echocardiography is an important step in the

**Table 13** Phenotypic features associated with pulmonary arterial hypertension mutations

| Gene | Pulmonary hypertension phenotypic association | Putative molecular mechanism | Inheritance pattern | Potential distinguishing clinical and examination features | Investigations | Populations | Reference |
|---|---|---|---|---|---|---|---|
| BMPR2 | Heritable and idiopathic PAH | Haploinsufficiency | Autosomal dominant | No specific or diagnostic clinical features described | No discriminative investigations described | Paediatric and adult | 153 |
| ATP13A3 | | Unknown | Autosomal dominant | | | Adult | 149 |
| AQP1 | | Unknown | Autosomal dominant | | | Adult | 149 |
| ABCC8 | | Haploinsufficiency | Autosomal dominant | | | Adult | 153 |
| KCNK3 | | Haploinsufficiency | Autosomal dominant | | | Adult | 154 |
| SMAD9 | | Haploinsufficiency | Autosomal dominant | | | Adult | 155 |
| Sox17 | Heritable and idiopathic PAH Congenital heart disease | Unknown | Autosomal dominant | | | Paediatric and adult | 149 |
| CAV1 | Heritable and idiopathic PAH Lipodystrophy | Gain of function; dominant negative | Autosomal dominant | Deficiency of subcutaneous adipose tissue | Fasting triglyceride and leptin levels | Paediatric and adult | 156 |
| TBX4 | Heritable and idiopathic PAH Small patella syndrome (ischiopatellar dysplasia) Parenchymal lung disease Bronchopulmonary dysplasia Persistent pulmonary hypertension of the neonate | Unknown | Autosomal dominant | Patellar aplasia Skeletal abnormalities, particularly pelvis, knees, and feet | Skeletal X-rays: pelvis, knees, and feet CT chest: diffuse parenchymal lung disease | Paediatric and (less commonly) adult | 149,157 |
| EIF2AK4 | Pulmonary veno-occlusive disease/pulmonary capillary haemangiomatosis | Loss of function | Autosomal recessive | Distal phalangeal clubbing | Reduced DLCO CT chest: interlobular septal thickening and mediastinal lymphadenopathy, and centrilobular ground-glass nodular opacities | Adult | 158 |
| KDR | Heritable and idiopathic PAH | Loss of function | Autosomal dominant | No specific or diagnostic clinical features described | Possible reduced DLCO | Older-onset adult | 159 |
| ENG | Heritable and idiopathic PAH Hereditary haemorrhagic telangiectasia | Unknown | Autosomal dominant | Telangiectasia Abnormal blood vessel formation Visceral arteriovenous malformations Bleeding diathesis | Iron-deficiency anaemia Presence on imaging of pulmonary, hepatic, cerebral, or spinal arteriovenous malformations Invasive endoscopic assessment of gastrointestinal telangiectasia | Adult and paediatric | 160 |
| ACVRL1 | | Haploinsufficiency | Autosomal dominant | | | Adult and paediatric | 160 |
| GDF2 | | Haploinsufficiency | Autosomal dominant | | | Adult and paediatric | 149 |

CT, computed tomography; DLCO, Lung diffusion capacity for carbon monoxide; PAH, pulmonary arterial hypertension.

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

ESC/ERS Guidelines

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 6** Diagnostic algorithm of patients with unexplained dyspnoea and/or suspected pulmonary hypertension. ABG, arterial blood gas analysis; BNP, brain natriuretic peptide; CPET, cardiopulmonary exercise testing; CT, computed tomography; CTEPH, chronic thrombo-embolic pulmonary hypertension; ECG, electrocardiogram; HIV, human immunodeficiency virus; N, no; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; PE, pulmonary embolism; PFT, pulmonary function tests; PH, pulmonary hypertension; ReCo, recommendation; Y, yes. [a]Warning signs include rapid progression of symptoms, severely reduced exercise capacity, pre-syncope or syncope on mild exertion, signs of right heart failure. [b]Lung and heart assessment by specialist as per local practice. [c]As indicated; CT pulmonary angiography recommended if PH suspected. [d]Includes connective tissue disease (especially systemic sclerosis), portal hypertension, HIV infection, and family history of PAH. [e]History of PE, permanent intravascular devices, inflammatory bowel diseases, essential thrombocythaemia, splenectomy, high-dose thyroid hormone replacement, and malignancy.

diagnostic algorithm (*Figure 6*), as it assigns a level of probability of PH, irrespective of the cause. In addition, it is an important step in identifying other cardiac disorders. Based on this initial assessment, if causes other than PH are identified and/or in case of low probability of PH, patients should be managed accordingly.

### 5.2.3. Step 3 (confirmation)

Patients should be referred to a PH centre for further evaluation in the following situations: (1) when an intermediate/high probability of

PH is established; (2) in the presence of risk factors for PAH, or a history of PE. A comprehensive work-up should be performed, with the goal of establishing the differential diagnoses and distinguishing between the various causes of PH according to the current clinical classification. The PH centre is responsible for performing an invasive assessment according to the clinical scenario.

At any time, warning signs must be recognized, as they are associated with worse outcomes and warrant immediate intervention. Such warning signs include: rapidly evolving or severe symptoms

ESC/ERS Guidelines

**Table 14**  Characteristic diagnostic features of patients with different forms of pulmonary hypertension

| Diagnostic tool | Characteristic findings/ features | Group 1 (PAH) | Group 2 (PH associated with left heart disease) | Group 3 (PH associated with lung disease) | Group 4 (PH associated with pulmonary artery obstructions) |
|---|---|---|---|---|---|
| 5.1.1 Clinical presentation | Clinical features | Variable age, but young, female patients may be predominantly affected.[a][161] Clinical presentation depends on associated conditions and phenotype See Section 5.1.1 | Mostly elderly patients, female predominance in case of HFpEF.[161] History and clinical findings suggestive of LHD | Mostly elderly patients, male predominance.[161] History and clinical findings suggestive of lung disease. Smoking history common | Variable age, but elderly male and female equally affected. History of VTE (CTEPH may occur in the absence of a VTE history). Risk factors for CTEPH See Section 10.1 |
| | Oxygen requirement for hypoxaemia | Uncommon, except for conditions with low DLCO or right-to-left shunting | Uncommon | Common, often profound hypoxaemia in severe PH | Uncommon; common in severe cases with predominantly distal pulmonary artery occlusions |
| 5.1.3 Chest radiography | | RA/RV/PA size ↑ Pruning of peripheral vessels | LA/LV size ↑ Cardiomegaly Occasional signs of congestion (interstitial oedema/Kerley lines, alveolar oedema, pleural effusion) | Signs of parenchymal lung disease | RA/RV/PA size ↑ Number and size of peripheral vessels ↓ Occasional signs of pulmonary infarction |
| 5.1.4 Pulmonary function tests and ABG | Spirometry/PFT impairment | Normal or mildly impaired | Normal or mildly impaired | Abnormal as determined by the underlying lung disease | Normal or mildly impaired |
| | DLCO | Normal or mild-to-moderately reduced (low DLCO in SSc-PAH, PVOD, and some IPAH phenotypes) | Normal or mild-to-moderately reduced, especially in HFpEF | Often very low (<45% predicted) | Normal or mild-to-moderately reduced |
| | Arterial blood gas $PaO_2$ $PaCO_2$ | Normal or reduced Reduced | Normal or reduced Usually normal | Reduced Reduced, normal, or increased | Normal or reduced Normal or reduced |
| 5.1.5 Echocardiography | | Signs of PH (increased sPAP, enlarged RA/RV) Congenital heart defects may be present See Section 5.1.5 | Signs of LHD (HFrEF, HFpEF, valvular) and PH (increased sPAP, enlarged RA/RV) See Section 8 | Signs of PH (increased sPAP, enlarged RA/RV) See Section 5.1.5 | Signs of PH (increased sPAP, enlarged RA/RV) See Section 5.1.5 |
| 5.1.6 Lung scintigraphy | Planar – SPECT V/Q | Normal or matched | Normal or matched | Normal or matched | Mismatched perfusion defect |
| 5.1.7 Chest CT | | Signs of PH or PVOD See Section 5.1.7 | Signs of LHD Pulmonary oedema Signs of PH | Signs of parenchymal lung disease Signs of PH | Intravascular filling defects, mosaic perfusion, enlarged bronchial arteries Signs of PH |
| 5.1.11 Cardiopulmonary exercise testing | | High VE/VCO2 slope Low $P_{ET}CO_2$, decreasing during exercise No EOV | Mildly elevated VE/VCO2 slope Normal $P_{ET}CO_2$, increasing during | Mildly elevated VE/VCO2 slope Normal $P_{ET}CO_2$, | High VE/VCO2 slope Low $P_{ET}CO_2$, decreasing during |

Continued

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | exercise EOV | increasing during exercise | exercise No EOV |
|---|---|---|---|---|
| 5.1.12 Right heart catheterization | Pre-capillary PH | Post-capillary PH | Pre-capillary PH | Pre- (or post-) capillary PH |

ABG, arterial blood gas analysis; CT, computed tomography; CTEPH, chronic thrombo-embolic pulmonary hypertension; DLCO, Lung diffusion capacity for carbon monoxide; EOV, exercise oscillatory ventilation; HFpEF, heart failure with preserved ejection fraction; HFrEF, heart failure with reduced ejection fraction; IPAH, idiopathic pulmonary arterial hypertension; LA, left atrium; LHD, left heart disease; LV, left ventricle; PA, pulmonary artery; $PaCO_2$, partial pressure of arterial carbon dioxide; PAH, pulmonary arterial hypertension; $PaO_2$, partial pressure of arterial oxygen; $P_{ET}CO_2$, end-tidal partial pressure of carbon dioxide; PFT, pulmonary function test; PH, pulmonary hypertension; PVOD, pulmonary veno-occlusive disease; RA, right atrium; RV, right ventricle; sPAP, systolic pulmonary arterial pressure; SPECT, single-photon emission computed tomography; SSc-PAH, systemic sclerosis-associated pulmonary arterial hypertension; VE/VCO₂, ventilatory equivalent for carbon dioxide; V/Q, ventilation perfusion scintigraphy; VTE, venous thrombo-embolism. ↓, reduced; ↑, increased.
*However, it may affect individuals of all ages and sexes; diagnosis in males should not be delayed.

(WHO-FC III/IV), clinical signs of RV failure, syncope, signs of low CO state, poorly tolerated arrhythmias, and compromised or deteriorated haemodynamic status (hypotension, tachycardia). Such cases must be immediately managed as inpatients for initial work-up at a nearby hospital or PH centre. The presence of RV dysfunction by echocardiography, elevated levels of cardiac biomarkers, and/or haemodynamic instability must prompt referral to a PH centre for immediate assessment.

This diagnostic process emphasizes the importance of sufficient awareness and collaboration between first-line, specialized medicine and PH centres. Effective and rapid collaboration between each partner permits earlier diagnosis and management, and improves outcomes.

**Recommendation Table 2 — Recommendations for diagnostic strategy**

| Recommendation | Class[a] | Level[b] |
|---|---|---|
| **Echocardiography** | | |
| Echocardiography is recommended as the first-line, non-invasive, diagnostic investigation in suspected PH[82,84,91] | I | B |
| It is recommended to assign an echocardiographic probability of PH, based on an abnormal TRV and the presence of other echocardiographic signs suggestive of PH (see Table 10)[91,92,162] | I | B |
| It is recommended to maintain the current threshold for TRV (>2.8 m/s) for echocardiographic probability of PH according to the updated haemodynamic definition[88] | I | C |
| Based on the probability of PH by echocardiography, further testing should be considered in the clinical context (i.e. symptoms and risk factors or associated conditions for PAH/CTEPH)[92] | IIa | B |
| In symptomatic patients with intermediate echocardiographic probability of PH, CPET may be considered to further determine the likelihood of PH[123,163] | IIb | C |

Continued

| Recommendation | Class | Level |
|---|---|---|
| **Imaging** | | |
| Ventilation/perfusion or perfusion lung scan is recommended in patients with unexplained PH to assess for CTEPH[105] | I | C |
| CT pulmonary angiography is recommended in the work-up of patients with suspected CTEPH[104] | I | C |
| Routine biochemistry, haematology, immunology, HIV testing, and thyroid function tests are recommended in all patients with PAH, to identify associated conditions | I | C |
| Abdominal ultrasound is recommended for the screening of portal hypertension[164] | I | C |
| Chest CT should be considered in all patients with PH | IIa | C |
| Digital subtraction angiography should be considered in the work-up of patients with CTEPH | IIa | C |
| **Other diagnostic tests** | | |
| Pulmonary function tests with DLCO are recommended in the initial evaluation of patients with PH[78] | I | C |
| Open or thoracoscopic lung biopsy is not recommended in patients with PAH | III | C |

CPET, cardiopulmonary exercise testing; CT, computed tomography; CTEPH, chronic thrombo-embolic pulmonary hypertension; DLCO, Lung diffusion capacity for carbon monoxide; HIV, human immunodeficiency virus; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; TRV, tricuspid regurgitation velocity.
[a]Class of recommendation.
[b]Level of evidence.

## 5.3. Screening and early detection

Despite the advent of PAH therapies that prevent clinical worsening[166–168] and effective interventions for CTEPH,[102] the time from symptom onset to PH diagnosis remains at >2 years,[169,170] with most patients presenting with advanced disease. Decreasing the time to diagnosis may reduce emotional uncertainty in patients,[171] reduce the use of health care resources, and enable treatment at an earlier stage when therapies may be more effective.[172]

A proposed multifaceted approach[172] to facilitate an earlier diagnosis includes: (1) screening asymptomatic, high-risk groups (with

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

high prevalence or where the diagnosis significantly impacts the proposed intervention), including individuals with SSc (prevalence: 5–19%),[173,174] *BMPR2* mutation carriers (14–42%),[33] first-degree relatives of patients with HPAH,[148] and patients undergoing assessment for liver transplantation (2–9%);[175] (2) early detection of symptomatic patients in *at-risk* groups with conditions such as portal hypertension,[176] HIV infection (0.5%),[177] and non-SSc CTD, where the lower prevalence rates do not support asymptomatic screening; and (3) applying population-based strategies by deploying early detection approaches in PE follow-up clinics,[178,179] breathlessness clinics,[172] or in at-risk patients identified from their health care behaviour and/or previous investigations.[180]

Screening can be defined as the systematic application of a test or tests to identify at-risk, asymptomatic individuals. Screening approaches can also be extended to individuals who would not otherwise have sought medical attention on account of their symptoms, to facilitate early detection. Tools used to screen for PH have primarily been assessed, but not exclusively, in SSc,[172,174] and include blood biomarkers (NT-proBNP), ECG, echocardiography (primarily using estimates of sPAP at rest, but also exercise studies),[182] PFTs (DLCO and forced vital capacity [FVC]/DLCO ratio), and exercise testing including CPET (which has been used in combination with screening algorithms to reduce the need for RHC).[123,163]

### 5.3.1. Systemic sclerosis

In SSc, the prevalence of PAH is 5–19%,[174] with an annual incidence of developing PAH of 0.7–1.5%.[183–185] Evidence for the clinical value of detecting PAH early in SSc was provided by a screening programme,[186] which showed less severe haemodynamic impairment and better survival in screened patients compared with a contemporaneous, non-screened cohort,[187] providing a strong rationale for screening for PAH in patients with SSc.

The diagnostic accuracy of echocardiography or other tests alone in detecting PAH is suboptimal.[173] Several screening algorithms have been studied using a combination of clinical features, echocardiography, PFTs, and NT-proBNP to select patients with SSc for RHC (DETECT;[173] Australian Scleroderma Interest Group [ASIG][188]). Such combined approaches have improved diagnostic accuracy compared with the use of echocardiography, NT-proBNP, or PFTs alone, and are able to prevent unnecessary RHC and identify patients with mPAP 21–24 mmHg.[189] Therefore, a multimodal approach is warranted when screening patients with SSc for PAH; the echocardiographic assessment should follow the strategy described in *Section 5.1.5.*

Beyond initial screening, the frequency with which screening should be undertaken in asymptomatic subjects with SSc is unclear. A study from the Australian Scleroderma Study Cohort, where annual screening was recommended (some patients were screened up to 10 times), noted that most patients were diagnosed with PAH at their first screening; however, those diagnosed on subsequent screening had a lower mPAP, PVR, and WHO-FC, and better survival than those diagnosed at first screening.[190] Based on current evidence, annual screening for PAH in patients with SSc is sufficient. Given the financial and emotional cost associated with regular screening, stratifying subjects with SSc into those at highest and lowest risk of PAH would be desirable. Risk factors for PAH include: (1) clinical and demographic factors (i.e. breathlessness, longer disease duration, sicca symptoms, digital ulceration, older age, and male

sex; and (2) the results of investigations (e.g. positive anti-centromere antibody profile, mild ILD, low DLCO, elevated FVC/DLCO ratio, or elevated NT-proBNP).[174,191] A recent meta-analysis showed that reduced digital capillary density, as assessed by video-capillaroscopy, or progression to a severe active/late pattern of vascular involvement is also a risk factor for PAH.[192] In addition to identifying patients at increased risk of PAH, a simple prediction model integrating symptoms, DLCO, and NT-proBNP identified subjects at very low probability of PAH who could potentially avoid further specific testing for PH.[183] Furthermore, CPET may help to identify patients with SSc with a low risk of having PAH and thus to avoid unnecessary RHC.[123]

The recommendations on screening for PAH in SSc have been established based on key narrative question 3 (Supplementary Data, *Section 5.2*).

### 5.3.2. *BMPR2* mutation carriers

In the evolving list of genes known to be associated with PAH, experience is largely restricted to *BMPR2* mutation carriers who carry a lifetime risk of developing PAH of ~20%, with penetrance higher in female carriers (42%) compared with male carriers (14%).[33,148,193] There is currently no accepted screening strategy for evaluating PAH in *BMPR2* mutation carriers. At present, based on expert consensus, asymptomatic relatives who screen positive for PAH-causing mutations are often offered yearly screening echocardiography.[25,26] The DELPHi-2 study, which prospectively screened carriers and relatives, recently demonstrated a 9.1% pick up over $47 \pm 27$ months of PAH, with 2/55 diagnosed at baseline and 3/55 at follow-up; this equates to an incidence of 2.3%/year.[33] The screening schedule included ECG, NT-proBNP, DLCO, echocardiography, CPET, and optional RHC; however, none of the cases would have been picked up by echocardiography alone. Screening programmes should adopt a multimodal approach, although the optimal strategy and screening period remains undefined and will require multinational, multicentre study.

### 5.3.3. Portal hypertension

An estimated 1–2% of patients with liver disease and portal hypertension develop PoPH,[176,194] which is of particular relevance in patients considered for transjugular portosystemic shunting or liver transplantation. In such patients, echocardiography is recommended to screen for PAH, even in the absence of symptoms. By using echocardiography, sPAP can be measured in ~80% of patients with portal hypertension, which aids decisions to perform RHC. In patients assessed for liver transplantation, one study showed that an sPAP of >50 mmHg had 97% sensitivity and 77% specificity for detecting moderate-to-severe PAH.[195] Other investigators have recommended RHC when sPAP is >38 mmHg.[196] When screening for PoPH, it is advised to assess the echocardiographic probability of PH (see *Section 5.1.5*). In agreement with the International Liver Transplant Society, for patients awaiting liver transplantation, it is recommended to reassess for PAH annually, although the optimal interval remains unclear.[175]

### 5.3.4. Pulmonary embolism

Chronic thrombo-embolic pulmonary hypertension is an uncommon and under-diagnosed complication of acute PE.[112] The reported cumulative incidence of CTEPH after acute, symptomatic PE ranges 0.1–11.8%, depending on the collective investigated.[112,178,197–199] A

systematic review and meta-analysis reported a CTEPH incidence of 0.6% in all patients with acute PE, 3.2% in survivors, and 2.8% in survivors without major comorbidities.[178] A multicentre, observational, screening study reported a CTEPH incidence of 3.7/1000 patient-years and a 2 year cumulative incidence of 0.79% following acute PE.[200] A recent prospective observational study (FOCUS, Follow-up After Acute Pulmonary Embolism) showed a cumulative 2 year incidence of 2.3% and 16.0% for CTEPH and post-PE impairment, respectively, which were both associated with a higher risk of rehospitalization and death.[201] Due to insufficient awareness, some patients may have a delayed diagnosis of CTEPH because they may initially be misclassified as acute PE.[112] In this context, the current guidelines do not recommend routine follow-up of patients with PE by imaging methods of the pulmonary vascular tree, but suggest evaluating the index imaging test used to diagnose acute PE for signs of CTEPH. Echocardiography is the preferred first-line diagnostic test in patients with suspected CTEPH.[103]

Up to 50% of patients have persistent perfusion defects after an acute PE; however, the clinical relevance is unclear.[202–204] All patients in whom symptoms can be attributed to post-thrombotic deposits within PAs are considered to have CTEPD, with or without PH.[54] While persistent dyspnoea is common after acute PE,[205] the prevalence of CTEPD without PH is unknown and requires further study (see *Section 10.1*). A study exploring screening for CTEPH following acute PE identified, using echocardiography, a low yield of additional CTEPH diagnoses in asymptomatic patients.[206] Current PE guidelines recommend that further diagnostic evaluation may be considered in asymptomatic patients with risk factors for CTEPH at 3–6 months' follow-up.[103,207] Approaches to early detection of CTEPH following acute PE are based on identifying patients at increased risk.[208] In patients with persistent or new-onset dyspnoea after PE, non-invasive approaches use echocardiography to assess for PH and cross-sectional imaging to assess for persistent perfusion defects. Limited data exist on strategies using DECT, CT lung subtraction iodine mapping, or 3D MR perfusion imaging. Scoring systems, including the Leiden CTEPH rule-out criteria[206,209] can be used to inform diagnostic strategies. Cardiopulmonary exercise testing may identify characteristic features of exercise limitation due to PVD, or suggest an alternative diagnosis. The optimal timing for assessing symptoms to aid early detection of CTEPH may be 3–6 months after acute PE, coinciding with the routine evaluation of anticoagulant treatment, but earlier assessment may be necessary in highly symptomatic or deteriorating patients.[54,103]

**Recommendation Table 3** — Recommendations for screening and improved detection of pulmonary arterial hypertension and chronic thrombo-embolic pulmonary hypertension

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **Systemic sclerosis** | | |
| In patients with SSc, an annual evaluation of the risk of having PAH is recommended[183,186] | I | B |
| In adult patients with SSc with >3 years' disease duration, an FVC ≥40%, and a DLCO <60%, the DETECT algorithm is recommended to identify asymptomatic patients with PAH[173,186] | I | B |
| In patients with SSc, where breathlessness remains unexplained following non-invasive assessment, RHC is recommended to exclude PAH[185–187] | I | C |
| Assessing the risk of having PAH based on an evaluation of breathlessness, in combination with echocardiogram or PFTs and BNP/NT-proBNP, should be considered in patients with SSc[172,173,186,188,190] | IIa | B |
| Policies to evaluate the risk of having PAH should be considered in hospitals managing patients with SSc | IIa | C |
| In symptomatic patients with SSc, exercise echocardiography or CPET, or CMR may be considered to aid decisions to perform RHC | IIb | C |
| In patients with CTD with overlap features of SSc, an annual evaluation of the risk of PAH may be considered | IIb | C |
| **CTEPH/CTEPD** | | |
| In patients with persistent or new-onset dyspnoea or exercise limitation following PE, diagnostic evaluation to assess for CTEPH/CTEPD is recommended[103] | I | C |
| For symptomatic patients with mismatched perfusion lung defects beyond 3 months of anticoagulation for acute PE, referral to a PH/CTEPH centre is recommended after considering the results of echocardiography, BNP/NT-proBNP, and/or CPET[203,206] | I | C |
| **Other** | | |
| Counselling regarding the risk of PAH and annual screening are recommended in individuals who test positive for PAH-causing mutations and in first-degree relatives of patients with HPAH[33] | I | B |
| In patients referred for liver transplantation, echocardiography is recommended as a screening test for PH | I | C |
| Further tests (echocardiography, BNP/NT-proBNP, PFTs, and/or CPET) should be considered in symptomatic patients with CTD, portal hypertension, or HIV to screen for PAH[172] | IIa | B |

BNP, brain natriuretic peptide; CMR, cardiac magnetic resonance; CPET, cardiopulmonary exercise testing; CTD, connective tissue disease; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; DLCO, Lung diffusion capacity for carbon monoxide; FVC, forced vital capacity; HIV, human immunodeficiency virus; HPAH, heritable pulmonary arterial hypertension; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; PE, pulmonary embolism; PFT, pulmonary function test; PH, pulmonary hypertension; RHC, right heart catheterization; SSc, systemic sclerosis.
[a]Class of recommendation.
[b]Level of evidence.

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

# 6. Pulmonary arterial hypertension (group 1)

## 6.1. Clinical characteristics

The symptoms of PAH are non-specific and mainly related to progressive RV dysfunction (see *Section 5.1.1*) as a consequence of progressive pulmonary vasculopathy (*Figure 7*). The presentation of PAH may be modified by diseases that are associated with PAH, as well as comorbidities. More detailed descriptions of the individual PAH subsets are reported in *Section 7*.

## 6.2. Severity and risk assessment

### 6.2.1. Clinical parameters

Clinical assessment is a key part of evaluating patients with PAH, as it provides valuable information for determining disease severity, improvement, deterioration, or stability. At follow-up, changes in WHO-FC (*Table 15*), episodes of chest pain, arrhythmias, haemoptysis, syncope, and signs of right HF provide important information. Physical examination should assess heart rate, rhythm, blood pressure, cyanosis, enlarged jugular veins, oedema, ascites, and pleural effusions. The WHO-FC is one of the strongest predictors of survival,



**Figure 7** Pathophysiology and current therapeutic targets of pulmonary arterial hypertension (group 1). cAMP, cyclic adenosine monophosphate; (c) GMP, (cyclic) guanosine monophosphate; GTP, guanosine-5'-triphosphate; IP receptor, prostacyclin I2 receptor; NO, nitric oxide; PDE5, phosphodiesterase 5; sGC, soluble guanylate cyclase.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 15** World Health Organization classification of functional status of patients with pulmonary hypertension

| Class | Description[a] |
|---|---|
| WHO-FC I | Patients with PH but without resulting limitation of physical activity. Ordinary physical activity does not cause undue dyspnoea or fatigue, chest pain, or near syncope |
| WHO-FC II | Patients with PH resulting in slight limitation of physical activity. They are comfortable at rest. Ordinary physical activity causes undue dyspnoea or fatigue, chest pain, or near syncope |
| WHO-FC III | Patients with PH resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary activity causes undue dyspnoea or fatigue, chest pain, or near syncope |
| WHO-FC IV | Patients with PH with an inability to carry out any physical activity without symptoms. These patients manifest signs of right HF. Dyspnoea and/or fatigue may even be present at rest. Discomfort is increased by any physical activity |

© ESC/ERS 2022

PH, pulmonary hypertension; WHO-FC, World Health Organization functional class.
[a]Functional classification of PH modified after the New York Heart Association functional classification according to the World Health Organization 1998.[147]

both at diagnosis and follow-up,[210–212] and worsening WHO-FC is one of the most alarming indicators of disease progression, which should trigger further investigations to identify the cause(s) of clinical deterioration.[210,213,214]

### 6.2.2. Imaging

Imaging of the heart plays an essential role in the follow-up of patients with PAH. Several echocardiographic and cMRI parameters have been proposed to monitor RV function during the course of PAH. *Table S2* provides a list of imaging parameters and relative cut-off values associated with increased and decreased risk of adverse events.

#### 6.2.2.1. Echocardiography

Echocardiography is a widely available imaging modality and is readily performed at the patient's bedside. It is crucial that a high-quality echocardiographic assessment by PH specialists is undertaken to reduce intraobserver and interobserver variability. Of note, estimated sPAP at rest is not prognostic and irrelevant to therapeutic decision-making.[212,215,216] An increase in sPAP does not necessarily reflect disease progression and a decrease in sPAP does not necessarily reflect improvement.

Despite the complex geometry of the right heart, echocardiographic surrogates of the true right heart dimensions, which include a description of RV and RA areas, and the LV eccentricity index, provide useful clinical information in PAH.[217,218] Right ventricular dysfunction can be evaluated measuring fractional area change, TAPSE, tissue Doppler, and 2D speckle tracking myocardial strain recording of RV free-wall motion, all of which represent isovolumetric and ejection-phase indices of load-induced RV

pump failure.[219–224] The rationale for the reported measurements is strong, as RV systolic function metrics assess the adaptation of RV contractility to increased afterload, and increased right heart dimension and inferior vena cava dilation reflect failure of this mechanism, hence maladaptation.[225] Pericardial effusion and tricuspid regurgitation (TR) grading further explore RV overload and are of prognostic relevance in these patients.[218,226–228] All of these variables are physiologically interdependent and their combination provides additional prognostic information over single measurements.[223]

Echocardiography also enables combined parameters to be measured, such as the TAPSE/sPAP ratio, which is tightly linked to RV–PA coupling and predicts outcome.[96,97] Echocardiographic measurements of RV and RA sizes combined with LV eccentricity index are crucial for assessing RV reverse remodelling as an emerging marker of treatment efficacy.[220,229] Three-dimensional echocardiography may achieve better estimation than standard 2D assessment, but underestimations of volumes and ejection fraction have been reported, and technical issues are, as yet, unresolved.[230]

#### 6.2.2.2. Cardiac magnetic resonance imaging

The role of cMRI in evaluating patients with PAH has been addressed in several studies, and RV volumes, RVEF, and SV are essential prognostic determinants in PAH.[225,231–236] In patients with PAH, initial cMRI measurements added prognostic value to current risk scores.[231,237] In addition, risk assessment at 1 year of follow-up based on cMRI was at least equal to risk assessment based on RHC.[237] The cMRI risk-assessment variables based on the current literature are included in *Table 16*.[117,225,231–235,237] The stroke volume index (SVI) cut-off levels are based on the consensus of the literature;[238] a change of 10 mL in SV (LV end-diastolic volume—LV end-systolic volume) during follow-up is considered clinically significant.[239] The value of cMRI in the follow-up of patients has been shown in several studies, and cMRI enables treatment effects to be monitored and treatment strategies adapted in time to prevent clinical failure.[240–242]

### 6.2.3. Haemodynamics

Cardiopulmonary haemodynamics assessed by RHC provide important prognostic information, both at the time of diagnosis and at follow-up.[129,212,213,216,238,243–248] Currently available risk-stratification tools include haemodynamic variables for prognostication: RAP and PVR in REVEAL risk scores,[213,249,250] and RAP, CI, and SvO$_2$ in the ESC/ERS risk-stratification table.[25,26] The mPAP provides little prognostic information, except in acute vasodilator responders.[129] A recent study from France, which combined clinical and haemodynamic parameters, found that WHO-FC, 6MWD, RAP, and SVI (but not SV and SvO$_2$) were independent predictors of outcome.[238]

To refine the risk-stratification table (*Table 16*), SVI criteria are now added with the cut-off values of >38 mL/m$^2$ and <31 mL/m$^2$ to determine low-risk and high-risk status, respectively.[238]

The optimal timing of follow-up RHC has not been determined. While some centres regularly perform invasive follow-up assessments, others perform them as clinically indicated, and there is no evidence that any of these strategies is associated with better outcomes (*Table 17*).

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673925 by Inova Fairfax Hospital user on 26 August 2022

**Table 16** Comprehensive risk assessment in pulmonary arterial hypertension (three-strata model)

| Determinants of prognosis (estimated 1-year mortality) | Low risk (<5%) | Intermediate risk (5–20%) | High risk (>20%) |
|---|---|---|---|
| **Clinical observations and modifiable variables** | | | |
| Signs of right HF | Absent | Absent | Present |
| Progression of symptoms and clinical manifestations | No | Slow | Rapid |
| Syncope | No | Occasional syncope[a] | Repeated syncope[b] |
| WHO-FC | I, II | III | IV |
| 6MWD[c] | >440 m | 165–440 m | <165 m |
| CPET | Peak VO₂ >15 mL/min/kg (>65% pred.) VE/VCO₂ slope <36 | Peak VO₂ 11–15 mL/min/kg (35–65% pred.) VE/VCO₂ slope 36–44 | Peak VO₂ <11 mL/min/kg (<35% pred.) VE/VCO₂ slope >44 |
| Biomarkers: BNP or NT-proBNP[d] | BNP <50 ng/L NT-proBNP <300 ng/L | BNP 50–800 ng/L NT-proBNP 300–1100 ng/L | BNP >800 ng/L NT-proBNP >1100 ng/L |
| Echocardiography | RA area <18 cm² TAPSE/sPAP >0.32 mm/mmHg No pericardial effusion | RA area 18–26 cm² TAPSE/sPAP 0.19–0.32 mm/mmHg Minimal pericardial effusion | RA area >26 cm² TAPSE/sPAP <0.19 mm/mmHg Moderate or large pericardial effusion |
| cMRI[e] | RVEF >54% SVI >40 mL/m² RVESVi <42 mL/m² | RVEF 37–54% SVI 26–40 mL/m² RVESVi 42–54 mL/m² | RVEF <37% SVI <26 mL/m² RVESVi >54 mL/m² |
| Haemodynamics | RAP <8 mmHg CI ≥2.5 L/min/m² SVI >38 mL/m² SvO₂ >65% | RAP 8–14 mmHg CI 2.0–2.4 L/min/m² SVI 31–38 mL/m² SvO₂ 60–65% | RAP >14 mmHg CI <2.0 L/min/m² SVI <31 mL/m² SvO₂ <60% |

6MWD, 6-minute walking distance; BNP, brain natriuretic peptide; CI, cardiac index; cMRI, cardiac magnetic resonance imaging; CPET, cardiopulmonary exercise testing; HF, heart failure; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; pred., predicted; RA, right atrium; RAP, right atrial pressure; sPAP, systolic pulmonary arterial pressure; SvO₂, mixed venous oxygen saturation; RVESVi, right ventricular end-systolic volume index; RVEF, right ventricular ejection fraction; SVI, stroke volume index; TAPSE, tricuspid annular plane systolic excursion; VE/VCO₂, ventilatory equivalents for carbon dioxide; VO₂, oxygen uptake; WHO-FC, World Health Organization functional class.
[a]Occasional syncope during heavy exercise or occasional orthostatic syncope in a stable patient.
[b]Repeated episodes of syncope even with little or regular physical activity.
[c]Observe that 6MWD is dependent upon age, height, and burden of comorbidities.
[d]To harmonize with the four-strata model shown in Table 18, the BNP and NT-proBNP cut-off levels have been updated from the 2015 version based on data from the REVEAL registry, acknowledging that the European validation studies have used the original cut-off levels.[274,292,293,295,296,302]
[e]cMRI parameters adapted from Section 6.2.2.2.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

## 6.2.4. Exercise capacity

The 6-minute walking test (6MWT) is the most widely used measure of exercise capacity in PH centres. The 6MWT is easy to perform, inexpensive, and widely accepted by patients, health professionals, and medicines agencies as an important and validated variable in PH. As with all PH assessments, 6MWT results must always be interpreted in the clinical context. The 6MWD is influenced by factors such as sex, age, height, weight, comorbidities, need for oxygen, learning curve, and motivation. Test results are usually given in absolute distance (metres) rather than the percentage of predicted values. Change in 6MWD is one of the most commonly used parameters in PAH clinical trials as a primary endpoint, key secondary endpoint, or component of clinical worsening.[251] A recent investigation showed that the best absolute-threshold values for 1 year mortality and 1 year survival, respectively, were 165 m and 440 m, respectively.[252] Improvements in 6MWD have had less predictive

value than deterioration on key clinical outcomes (mortality and survival).[250,252,253] These results are consistent with observations from clinical trials and registries;[254,255] however, there is no single threshold that would apply to all patients.[256] Some studies have also suggested that adding SaO₂ measured by pulse oximetry and heart rate responses may improve prognostic relevance.[246,257] Hypoxaemia observed during the 6MWT is associated with worse survival, but these findings still await confirmation in large multicentre studies.

The incremental shuttle walking test (ISWT) is an alternative maximal test for assessing patients with PAH. The ISWT has a potential advantage over the 6MWT in that it does not have a ceiling effect; furthermore, it keeps the simplicity of a simple-to-perform field test, in contrast to CPET. However, the ISWT experience in PAH is currently limited.[258]

Cardiopulmonary exercise testing is a non-invasive method for assessing functional capacity and exercise limitation. It is usually

**Table 17** Suggested assessment and timing for the follow-up of patients with pulmonary arterial hypertension

| | At baseline | 3–6 months after changes in therapy[a] | Every 3–6 months in stable patients[a] | In case of clinical worsening |
|---|---|---|---|---|
| Medical assessment (including WHO-FC) | | | | |
| 6MWT | | | | |
| Blood test (including NT-proBNP)[b,c] | | | | |
| ECG | | | | |
| Echocardiography or cMRI | | | | |
| ABG or pulse oximetry[d] | | | | |
| Disease-specific HR-QoL | | | | |
| CPET | | | | |
| RHC | | | | |

© ESC/ERS 2022

6MWT, 6-minute walking test; ABG, arterial blood gas analysis; ALAT, alanine aminotransferase; ASAT, aspartate aminotransferase; BNP, brain natriuretic peptide; cMRI, cardiac magnetic resonance imaging; CPET, cardiopulmonary exercise testing; ECG, electrocardiogram; HR-QoL, health-related quality of life; INR, international normalized ratio; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; RHC, right heart catheterization; TSH, thyroid-stimulating hormone; WHO-FC, World Health Organization functional class.

Green: is indicated; yellow: should be considered; orange: may be considered.

[a]Intervals to be adjusted according to patient needs, PAH aetiology, risk category, demographics, and comorbidities.

[b]Basic laboratory tests include blood count, INR (in patients receiving vitamin K antagonists), serum creatinine, sodium, potassium, ASAT/ALAT, bilirubin, and BNP/NT-proBNP.

[c]Extended laboratory tests (e.g. TSH, troponin, uric acid, iron status, etc.) according to clinical circumstances.

[d]ABG should be performed at baseline but may be replaced by pulse oximetry in stable patients at follow-up.

performed as a maximal exercise test, and is safe even in patients with severe exercise limitation.[259,260] Most PH centres use an incremental ramp protocol, although the test has not yet been standardized for this patient population. Robust prognostic evidence for peak VO$_2$ and VE/VCO$_2$ has been found in three studies, all powered for multivariable analysis.[261–263] When associated with SVI, peak VO$_2$ provided useful information to further stratify patients with PAH at intermediate risk.[264] However, the added value of CPET on top of common clinical and haemodynamic variables remains largely unexplored.

### 6.2.5. Biochemical markers

Considerable efforts have been made to identify additional biomarkers of PVD, addressing prognosis,[265–272] diagnosis, and differentiation of PH subtypes,[270,273–276] as well as PAH treatment response.[266] Emerging proteins related to PAH and vascular remodelling include bone morphogenetic proteins 9 and 10 and translationally controlled tumour protein.[270,277,278] Proteome-wide screening in IPAH and HPAH identified a multimarker panel with prognostic information in addition to the REVEAL risk score.[271] Another study found that early development of SSc-associated PAH (PAH-SSc) was predicted by high circulating levels of C-X-C motif chemokine 4 in patients with SSc.[276] However, none of these biomarkers have been introduced in clinical practice.

Thus, BNP and NT-proBNP remain the only biomarkers routinely used in clinical practice at PH centres, correlating with myocardial stress and providing prognostic information.[279] Brain natriuretic peptide and NT-proBNP are not specific for PH, as they can be elevated in other forms of heart disease, exhibiting great variability. The previously proposed cut-off levels of BNP (<50, 50–300, and >300 ng/L) and NT-proBNP (<300, 300–1400, and >1400 ng/L) for low, intermediate, and high risk, respectively, in the ESC/ERS risk-assessment model at baseline and during follow-up are prognostic for long-term outcomes and can be used to predict response to treatment.[266] Refined cut-off values for BNP (<50, 50–199, 200–800, and >800 ng/L) and NT-pro-BNP (<300, 300–649, 650–1100, and >1100 ng/L) for low, intermediate–low, intermediate–high, and high risk, respectively, have recently been introduced as part of a four-strata risk-assessment strategy (see *Section 6.2.7*).[280]

### 6.2.6. Patient-reported outcome measures

A patient-reported outcome measure (PROM) is a term for health outcomes that are 'self-reported' by the patient. It is the patient's experience of living with PH and its impact on them and their caregivers, including symptomatic, intellectual, psychosocial, spiritual, and goal-orientated dimensions of the disease and its treatment. Despite treatment advances improving survival, patients with PAH present with a range of non-specific yet debilitating symptoms, which affect health-related quality of life (HR-QoL).[281,282]

Patient-reported outcome measures remain an underused outcome measure. Tools validated in patients with PAH should be used to assess HR-QoL[282,283] in individual patients. There has been a reliance on generic PROMs, which have been studied in patients with PAH but may lack sensitivity to detect changes in PAH.[284,285] To address this, a number of PH-specific HR-QoL instruments have been developed and validated (e.g. Cambridge Pulmonary Hypertension Outcome Review [CAMPHOR],[286] emPHasis-10,[282,287] Living with Pulmonary Hypertension,[288] and Pulmonary Arterial Hypertension-Symptoms and Impact [PAH-SYMPACT]).[289] These disease-specific PROMs track

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 18** Variables used to calculate the simplified four-strata risk-assessment tool

| Determinants of prognosis | Low risk | Intermediate–low risk | Intermediate–high risk | High risk |
|---|---|---|---|---|
| Points assigned | 1 | 2 | 3 | 4 |
| WHO-FC | I or II | | III | IV |
| 6MWD, m | >440 | 320–440 | 165–319 | <165 |
| BNP or | <50 | 50–199 | 200–800 | >800 |
| NT-proBNP,ᵃ ng/L | <300 | 300–649 | 650–1100 | >1100 |

6MWD, 6-minute walking distance; BNP, brain natriuretic peptide; NT-proBNP, N-terminal pro-brain natriuretic peptide; WHO-FC, World Health Organization functional class.
Risk is calculated by dividing the sum of all grades by the number of variables and rounding to the next integer.
ᵃWHO-FC I and II are assigned 1 point as both are associated with good long-term survival.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

functional status, clinical deterioration, and prognosis in PAH, and are more sensitive to the differences in the risk status than generic PROMs.[290,291] In addition, HR-QoL scores provide independent prognostic information.[287]

### 6.2.7. Comprehensive prognostic evaluation, risk assessment, and treatment goals

In the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH, risk assessment was based on a multiparametric approach using a three-strata model to classify patients at low, intermediate, or high risk of death. Originally, these strata were based on estimated 1 year mortality rates of <5%, 5–10%, and >10%, respectively.[25,26] Since then, registry data have shown that observed 1 year mortality rates in the intermediate- and high-risk groups were sometimes higher than predicted (i.e. up to 20% in the intermediate-risk group and >20% in the high-risk group). These numbers have been updated accordingly in the revised three-strata risk model (Table 16).[292–294]

Several abbreviated approaches of the 2015 ESC/ERS risk-stratification tool have been introduced and independently validated using the Swedish Pulmonary Arterial Hypertension Registry (SPAHR),[292] the Comparative, Prospective Registry of Newly Initiated Therapies for PH (COMPERA),[293] and the French PH Registry (FPHR).[295] Other risk-stratification tools have been developed from the US REVEAL, including the REVEAL 2.0 risk score calculator, and an abridged version (REVEAL Lite 2).[249,296] In all these studies, WHO-FC, 6MWD, and BNP/NT-proBNP emerged as the variables with the highest predictive value.

The main limitation of the 2015 ESC/ERS three-strata, risk-assessment tool is that 60–70% of the patients are classified as intermediate risk.[274,293–295,297–303] An initial attempt to substratify the intermediate-risk group has been proposed, using a modified mean score in the SPAHR equation (with low–intermediate, 1.5–1.99 and high–intermediate, 2.0–2.49 as cut-offs), where the high–intermediate group was associated with worse survival.[302] There have also been attempts to further improve risk stratification by exploring the additional value of new biomarkers,[304] or by measuring RV structure and function by echocardiography and cMRI,[231,305,306] Other strategies have included incorporating renal function[307] or combining 6MWD with TAPSE/sPAP ratio;[96,97] however, all of these strategies have to be further validated.

Two recent registry studies have evaluated a four-strata, risk-assessment tool based on refined cut-off levels for WHO-FC,

6MWD, and NT-proBNP (Table 18).[280,308] Patients were categorized as low, intermediate–low, intermediate–high, or high risk. Together, these studies included >4000 patients with PAH and showed that the four-strata model performed at least as well as the three-strata model in predicting mortality. The four-strata model predicted survival in patients with IPAH, HPAH, DPAH, and PAH associated with CTD (including the SSc subgroup), and in patients with PoPH. The observed 1-year mortality rates in the four risk strata were 0–3%, 2–7%, 9–19%, and >20%, respectively. Compared with the three-strata model, the four-strata model was more sensitive to changes in risk from baseline to follow-up, and these changes were associated with changes in the long-term mortality risk. The main advantage of the four-strata model over the three-strata model is better discrimination within the intermediate-risk group, which helps guide therapeutic decision-making (see Section 6.3.4). For these reasons, the four-strata model is included in the updated treatment algorithm (see Figure 9). However, the three-strata model is maintained for initial assessment, which should be comprehensive and include echocardiographic and haemodynamic variables, for which cut-off values for the four-strata model have yet to be established.

Several studies have identified WHO-FC, 6MWD, and BNP/ NT-proBNP as the strongest prognostic predictors.[293,295,296] With the abbreviated risk-assessment tools, missing values become an important limitation. REVEAL Lite 2 provides accurate prediction when one key variable (WHO-FC, 6MWD, or BNP/NT-proBNP) is unavailable, but is no longer accurate when two of these variables are missing.[293,296] The original three-strata SPAHR/COMPERA risk tool was developed with at least two variables available, while the four-strata model was developed and validated in patients for whom all three variables were available. It is therefore recommended to use at least these three variables for risk stratification. However, two components may be used when variables are missing, especially when a functional criterion (WHO-FC or 6MWD) is combined with BNP or NT-proBNP.[296]

Collectively, the available studies support a risk-based, goal-orientated treatment approach in patients with PAH, where achieving and/or maintaining a low-risk status is favourable and recommended (key narrative question 4, Supplementary Data, Section 6.1).[298,300,303,309,310] For risk stratification at diagnosis, use of the three-strata model is recommended taking into account as many factors as possible (Table 16), with a strong emphasis on disease type, WHO-FC, 6MWD, BNP/NT-proBNP, and haemodynamics.

At follow-up, the four-strata model (*Table 18*) is recommended as a basic risk-stratification tool, but additional variables should be considered as needed, especially right heart imaging and haemodynamics. At any stage, individual factors such as age, sex, disease type, comorbidities, and kidney function should also be considered.

**Recommendation Table 4** — Recommendations for evaluating the disease severity and risk of death in patients with pulmonary arterial hypertension

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| It is recommended to evaluate disease severity in patients with PAH with a panel of data derived from clinical assessment, exercise tests, biochemical markers, echocardiography, and haemodynamic evaluations[212,213,216,249,292,293,295,296,302,307] | I | B |
| Achieving and maintaining a low-risk profile on optimized medical therapy is recommended as a treatment goal in patients with PAH[210,212,213,216,298,300,303,309,310] | I | B |
| For risk stratification at the time of diagnosis, the use of a three-strata model (low, intermediate, and high risk) is recommended, taking into account all available data, including haemodynamics[292,293,295] | I | B |
| For risk stratification during follow-up, the use of a four-strata model (low, intermediate–low, intermediate–high, and high risk) based on WHO-FC, 6MWD, and BNP/NT-proBNP is recommended, with additional variables taken into account as necessary[280,306] | I | B |
| In some PAH aetiologies and patients with comorbidities, optimization of therapy should be considered on an individual basis, while acknowledging that a low-risk profile is not always achievable[293,294,299,311] | IIa | B |

6MWD, 6-minute walking distance; BNP, brain natriuretic peptide; NT-proBNP, N-terminal pro-brain natriuretic peptide; PAH, pulmonary arterial hypertension; WHO-FC, World Health Organization functional class.
[a]Class of recommendation.
[b]Level of evidence.

# 6.3. Therapy

According to the revised haemodynamic definition, PAH may be diagnosed in patients with mPAP >20 mmHg and PVR >2 WU. Yet, the efficacy of drugs approved for PAH has only been demonstrated in patients with mPAP $\geq$25 mmHg and PVR >3 WU (see Supplementary Data, *Table S1*). No data are available for the efficacy of drugs approved for PAH in patients whose mPAP is <25 mmHg and whose PVR is <3 WU. Hence, for such patients, the efficacy of drugs approved for PAH has not been established. The same is true for patients with exercise PH, who, by definition, do not fulfil the diagnostic criteria for PAH. Patients at high risk of developing

PAH, for instance patients with SSc or family members of patients with HPAH, should be referred to a PH centre for individual decision-making.

### 6.3.1. General measures
Managing patients with PAH requires a comprehensive treatment strategy and multidisciplinary care. In addition to applying PAH drugs, general measures and care in special situations represent integral components of optimized patient care. In this context, the systemic consequences of PH and right-sided HF, often contributing to disease burden, should be appropriately managed.[119]

#### 6.3.1.1. Physical activity and supervised rehabilitation
The 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH suggested that patients with PAH should be encouraged to be active within symptom limits.[25,26] Since then, additional studies have shown the beneficial impact of exercise training on exercise capacity (6MWD) and quality of life.[312–316] A large, randomized controlled trial (RCT) in 11 centres across 10 European countries, including 116 patients with PAH/CTEPH on PAH drugs, showed a significant improvement in 6MWD of 34.1 $\pm$ 8.3 m, quality of life, WHO-FC, and peak $VO_2$ compared with standard of care.[315] Since most of the studies included patients who were stable on medical treatment, patients with PAH should be treated with the best standard of pharmacological treatment and be in a stable clinical condition before embarking on a supervised rehabilitation programme. Establishing specialized rehabilitation programmes for patients with PH would further enhance patient access to this intervention.[317]

#### 6.3.1.2. Anticoagulation
There are several reasons to consider anticoagulation in patients with PAH. Histopathological specimens from PAH patients' lungs have shown in situ thrombosis of pulmonary vessels. Patients with CHD or PA aneurysms may develop thrombosis of the central PAs. Abnormalities in the coagulation and fibrinolytic system indicating a pro-coagulant state have been reported in patients with PAH.[318]

Data from RCTs on anticoagulation in PAH are lacking, and registry data have yielded conflicting results. The largest registry analysis so far suggested a potential survival benefit associated with anticoagulation in patients with IPAH,[319] but this finding was not confirmed by others.[320] Two recent meta-analyses also concluded that using anticoagulants may improve survival in patients with IPAH;[321,322] however, none of the included studies were methodologically robust. Despite the lack of evidence, registry data obtained between 2007 and 2016 showed that anticoagulation was used in 43% of patients with IPAH.[293] In PAH associated with SSc, registry data and meta-analyses uniformly indicated that anticoagulation may be harmful.[320–322] In CHD, there are also no RCTs on anticoagulation. There is also no consensus about the use of anticoagulants in patients who have permanent i.v. lines for therapy with prostacyclin analogues; this is left to local centre practice.

As anticoagulation is associated with an increased bleeding risk, and in the absence of robust data, no general recommendation has been made for or against the use of anticoagulants in patients with PAH.; therefore, individual decision-making is required.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

### 6.3.1.3. Diuretics

Right HF is associated with systemic fluid retention, reduced renal blood flow, and activation of the renin–angiotensin–aldosterone system. Increased right-sided filling pressures are transmitted to the renal veins, increasing interstitial and tubular hydrostatic pressure within the encapsulated kidney, which decreases net glomerular filtration rate and oxygen delivery.[119]

Avoiding fluid retention is one of the key objectives in managing patients with PH. Once these patients develop signs of right-sided HF and oedema, restricting fluid intake and using diuretics is recommended. The three main classes of diuretics—loop diuretics, thiazides, and mineralocorticoid receptor antagonists—are used as monotherapy or in combination, as determined by the patient's clinical need and kidney function. Patients requiring diuretic therapy should be advised to regularly monitor their body weight and to seek medical advice in case of weight gain. Close collaboration between patients, PH centres, especially PH nurses, and primary care physicians plays a vital role. Kidney function and serum electrolytes should be regularly monitored, and intravascular volume depletion must be avoided as it may cause a further decline in CO and systemic blood pressure. Physicians should bear in mind that fluid retention and oedema may not necessarily signal right-sided HF, but may also be a side effect of PAH therapy.[323]

### 6.3.1.4. Oxygen

Although oxygen administration reduces PVR and improves exercise tolerance in patients with PAH, there are no data to suggest that long-term oxygen therapy has sustained benefits on the course of the disease. Most patients with PAH, except those with CHD and pulmonary-to-systemic shunts, have minor degrees of arterial hypoxaemia at rest, unless they have a patent foramen ovale. Data show that nocturnal oxygen therapy does not modify the natural history of advanced Eisenmenger syndrome.[324] In the absence of robust data on the use of oxygen in patients with PAH, guidance is based on evidence in patients with COPD;[325] when $PaO_2$ is <8 kPa (60 mmHg; alternatively, $SaO_2$ <92%) on at least two occasions, patients are advised to take oxygen to achieve a $PaO_2$ >8 kPa. Ambulatory oxygen may be considered when there is evidence of symptomatic benefit and correctable desaturation on exercise.[326,327] Nocturnal oxygen therapy should be considered in case of sleep-related desaturation.[328]

### 6.3.1.5. Cardiovascular drugs

No data from rigorous clinical trials are available on the usefulness and safety of drugs that are effective in systemic hypertension or left-sided HF, such as angiotensin-converting enzyme inhibitors, angiotensin receptor blockers (ARBs), angiotensin receptor–neprilysin inhibitors (ARNIs), sodium–glucose cotransporter-2 inhibitors (SGLT-2is), beta-blockers, or ivabradine in patients with PAH. In this group of patients, these drugs may lead to potentially dangerous drops in blood pressure, heart rate, or both. Likewise, the efficacy of digoxin/digitoxin has not been documented in PAH, although these drugs may be administered to slow ventricular rate in patients with PAH who develop atrial tachyarrhythmias.

### 6.3.1.6. Anaemia and iron status

Iron deficiency is common in patients with PAH and is defined by serum ferritin <100 µg/L, or serum ferritin 100–299 µg/L and

transferrin saturation <20%.[329] The underlying pathological mechanisms are complex.[330–333] In patients with PAH, iron deficiency is associated with impaired myocardial function, aggravated symptoms, and increased mortality risk.[333,334] Based on these data, regular monitoring of iron status (serum iron, ferritin, transferrin saturation, soluble transferrin receptors) is recommended in patients with PAH.

In patients with severe iron deficiency anaemia (Hb <7–8 g/dL), i.v. supplementation is recommended.[335–337] Oral iron formulations containing ferrous ($Fe^{2+}$) sulfate, ferrous gluconate, and ferrous fumarate are often poorly tolerated, and drug efficacy may be impaired in patients with PAH.[330,331] Ferric maltol is a new, orally available formulation of ferric ($Fe^{3+}$) iron and maltol. One small, open-label study suggested good tolerability and efficacy in patients with severe PH with mild-to-moderate iron deficiency and anaemia.[338] In contrast, two small, 12 week, randomized, cross-over trials studying iron supplementation in PAH patients without anaemia provided no significant clinical benefit.[339] Randomized controlled trials comparing oral and i.v. iron supplementation in patients with PAH are lacking.

### 6.3.1.7. Vaccination

As a general health care measure, it is recommended that patients with PAH be vaccinated at least against influenza, *Streptococcus pneumoniae*, and SARS-CoV-2.

### 6.3.1.8. Psychosocial support

Receiving a diagnosis of PH—often after a substantial delay—and experiencing the physical limitations have a substantial impact on psychological, emotional, and social aspects of patients and their families. Symptoms of depression and anxiety, as well as adjustment disorders, have a high prevalence in patients with PAH. Pulmonary arterial hypertension also has grave repercussions on ability to work and income.[281,340–344]

Empathic and hopeful communication is essential for physicians caring for patients with PAH. Awareness and knowledge about the disease and its treatment options empower patients to engage in shared decision-making. Adequate diagnostic screening tools are the key to identifying patients in need of referral for psychological/psychiatric support, including psychopharmacological medication,[345] or social assistance. Patient support groups may play an important role, and patients should be advised to join such groups. Given the life-limiting character of PAH, advanced care planning with referral to specialist palliative care services should be supported at the right time.[346]

### 6.3.1.9. Adherence to treatments

Adhering to medical therapy is key to successfully managing PAH. In general, factors that affect adherence are patient related (e.g. demographics, cognitive impairment, polypharmacy, adverse reactions/side effects, psychological health, health literacy, patient understanding of the treatment rationale, and comorbidities), physician related (expertise, awareness of guidelines, and multidisciplinary team approach), and health care system related (work setting, access to treatments, and cost).[347]

Recent studies have indicated that adherence to drug therapy in patients with PAH may be suboptimal.[348,349] Given the complexity of PAH treatment, potential side effects, and risks associated with treatment interruptions, adherence should be periodically

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

monitored by a member of the multidisciplinary team, to identify non-adherence and any changes to the treatment regimen spontaneously triggered by patients or non-expert physicians. To promote adherence, it is important to ensure that patients are involved in care decisions and appropriately informed about treatment options and rationale, expectations, side effects, and potential consequences of non-adherence. Patients should be advised that any changes in treatment should be made in cooperation with the PH centre.

## 6.3.2. Special circumstances

### 6.3.2.1. Pregnancy and birth control

#### 6.3.2.1.1. Pregnancy. Historically, pregnancy in women with PAH and other forms of severe PH has been associated with maternal mortality rates of up to 56% and neonatal mortality rates of up to 13%.[350] With improved treatment of PAH and new approaches to managing women during pregnancy and the peri-partum period, maternal mortality has declined but remains high, ranging 11–25%.[351–355] For these reasons, previous ESC/ERS Guidelines for the diagnosis and treatment of PH have recommended that patients with PAH should avoid pregnancy.[25,26] However, there are reports of favourable pregnancy outcomes in women with PH, including, but not limited to, women with IPAH who respond to CCB therapy.[353,354,356,357] Nonetheless, pregnancy remains associated with unforeseeable risks, and may accelerate PH progression.[358] Women with PH can deteriorate at any time during or after pregnancy. Therefore, physicians have a responsibility to inform patients about the risks of pregnancy, so that women and their families can make informed decisions.

Women with poorly controlled disease, indicated by an intermediate- or high-risk profile and signs of RV dysfunction, are at high risk of adverse outcomes; in the event of pregnancy, they should be carefully counselled and early termination should be advised. For patients with well-controlled disease, a low-risk profile, and normal or near-normal resting haemodynamics who consider becoming pregnant, individual counselling and shared decision-making are recommended. In such cases, alternatives such as adoption and surrogacy may also be explored. Pre-conception genetic counselling should also be considered in HPAH.

Women with PH who become pregnant or present during pregnancy with newly diagnosed PAH should be treated, whenever possible, in centres with a multidisciplinary team experienced in managing PH in pregnancy. If pregnancy is continued, PAH therapy may have to be adjusted. It is recommended to stop endothelin receptor antagonists (ERAs), riociguat, and selexipag because of potential or unknown teratogenicity.[359] Despite limited evidence, CCBs, PDE5is, and inhaled/i.v./subcutaneous (s.c.) prostacyclin analogues are considered safe during pregnancy.[356,360]

Pregnancy in PH is a very sensitive topic and requires empathic communication. Psychological support should be offered whenever needed.

#### 6.3.2.1.2. Contraception. Women with PH of childbearing potential should be provided with clear contraceptive advice, considering the individual needs of the woman but recognizing that the implications of contraceptive failure are significant in PH. With appropriate use, many forms of contraception, including oral contraceptives, are highly effective. In patients treated with bosentan, reduced efficacy of

hormonal contraceptives should be carefully considered.[361] Using hormonal implants or an intrauterine device are alternative options with low failure rates. Surgical sterilization may be considered but is associated with peri-operative risks. Emergency post-coital hormonal contraception is safe in PH.

#### 6.3.2.2. Surgical procedures

Surgical procedures in patients with PH are associated with an elevated risk of right HF and death. In a prospective, multinational registry including 114 patients with PAH who underwent non-cardiac and non-obstetric surgery, the peri-operative mortality rate was 2% in elective procedures and 15% in emergency procedures.[362] The mortality risk was associated with the severity of PH. The decision to perform surgery should be made by a multidisciplinary team involving a PH physician, and must be based on an individual risk:benefit assessment considering various factors, including indication, urgency, PH severity, and patient preferences. Risk scores to predict the peri-operative mortality risk have been developed but require further validation.[363] General recommendations cannot be made. The same is true regarding the preferred mode of anaesthesia. Pre-operative optimization of PAH therapy should be attempted whenever possible (see also the 2022 ESC Guidelines on cardiovascular assessment and management of patients undergoing non-cardiac surgery).[364]

#### 6.3.2.3. Travel and altitude

Hypobaric hypoxia may induce arterial hypoxaemia, additional hypoxic pulmonary vasoconstriction, and increased RV load in PAH.[365,366] Cabin aircraft pressures are equivalent to altitudes up to 2438 m,[367] at which the $PaO_2$ decreases to that of an inspired $O_2$ fraction of 15.1% at sea level.[365] However, evidence suggests that short-term (less than 1 day) normobaric hypoxia is generally well tolerated in clinically stable patients with PAH.[365,368–372] In-flight oxygen administration is advised for patients using oxygen at sea level and for those with $PaO_2$ <8 kPa (60 mmHg) or $SaO_2$ <92%.[25,26,325,369,372] An oxygen flow rate of 2 L/min will raise inspired oxygen pressure to values as at sea level, and patients already using oxygen at sea level should increase their oxygen flow rate.[25,26,373]

As the effects of moderate to long-term (hours–days) hypoxia exposure in PAH remain largely unexplored,[374,375] patients should avoid altitudes >1500 m without supplemental oxygen.[25,26,369] However, patients with PAH who are not hypoxaemic at sea level have tolerated day trips to 2500 m reasonably well.[376] Patients should travel with written information about their disease, including a medication list, bring extra doses of their medication, and be informed about local PH centres near their travel destination.[25,26]

**Recommendation Table 5** — Recommendations for general measures and special circumstances

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **General measures** | | |
| Supervised exercise training is recommended in patients with PAH under medical therapy[314,315,317] | I | A |

*Continued*

| | Class | Level |
|---|---|---|
| Psychosocial support is recommended in patients with PAH | I | C |
| Immunization of patients with PAH against SARS-CoV-2, influenza, and *Streptococcus pneumoniae* is recommended | I | C |
| Diuretic treatment is recommended in patients with PAH with signs of RV failure and fluid retention | I | C |
| Long-term oxygen therapy is recommended in patients with PAH whose arterial blood oxygen pressure is <8 kPa (60 mmHg)[c] | I | C |
| In the presence of iron-deficiency anaemia, correction of iron status is recommended in patients with PAH | I | C |
| In the absence of anaemia, iron repletion may be considered in patients with PAH with iron deficiency | IIb | C |
| Anticoagulation is not generally recommended in patients with PAH but may be considered on an individual basis | IIb | C |
| The use of ACEIs, ARBs, ARNIs, SGLT-2is, beta-blockers, or ivabradine is not recommended in patients with PAH unless required by comorbidities (i.e. high blood pressure, coronary artery disease, left HF, or arrhythmias) | III | C |
| **Special circumstances** | | |
| In-flight oxygen administration is recommended for patients using oxygen or whose arterial blood oxygen pressure is <8 kPa (60 mmHg) at sea level | I | C |
| For interventions requiring anaesthesia, multidisciplinary consultation at a PH centre to assess risk and benefit should be considered | IIa | C |

ACEI, angiotensin-converting enzyme inhibitor; ARB, angiotensin receptor blocker; ARNI, angiotensin receptor–neprilysin inhibitor; HF, heart failure; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; RV, right ventricle; SARS-CoV-2, severe acute respiratory syndrome coronavirus-2; SGLT-2i, sodium-glucose cotransporter-2 inhibitor.
[a]Class of recommendation.
[b]Level of evidence.
[c]Measured on at least two occasions.

**Recommendation Table 6 — Recommendations for women of childbearing potential**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| It is recommended that women of childbearing potential with PAH are counselled at the time of diagnosis about the risks and uncertainties associated with becoming pregnant; this should include advice against becoming pregnant, and referral for psychological support where needed | I | C |

*Continued*

| | Class | Level |
|---|---|---|
| It is recommended to provide women of childbearing potential with PAH with clear contraceptive advice, considering the individual needs of the woman but recognizing that the implications of contraceptive failure are significant in PAH | I | C |
| It is recommended that women with PAH who consider pregnancy or who become pregnant receive prompt counselling in an experienced PH centre, to facilitate genetic counselling and shared decision-making, and to provide psychological support to the patients and their families where needed | I | C |
| For women with PAH having a termination of pregnancy, it is recommended that this be performed in PH centres, with psychological support provided to the patients and their families | I | C |
| For women with PAH who desire to have children, where available, adoption and surrogacy with pre-conception genetic counselling may be considered | IIb | C |
| As teratogenic potential has been reported in pre-clinical models for endothelin receptor antagonists and riociguat, these drugs are not recommended during pregnancy[359,377] | III | B |



PAH, pulmonary arterial hypertension; PH, pulmonary hypertension.
[a]Class of recommendation.
[b]Level of evidence.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

### 6.3.3. Pulmonary arterial hypertension therapies

#### 6.3.3.1. Calcium channel blockers

Patients with PAH who respond favourably to acute vasoreactivity testing (*Figure 8*) may respond favourably to treatment with CCBs.[129,146] Less than 10% of patients with IPAH, HPAH, or DPAH are responders, while an acute vasodilator response does not predict a favourable long-term response to CCBs in patients with other forms of PAH.[129,146,378] The CCBs that have predominantly been used in PAH are nifedipine, diltiazem, and amlodipine.[129,146] Amlodipine and felodipine are increasingly being used in clinical practice due to their long half-life and good tolerability. The daily doses that have shown efficacy in PAH are relatively high and they must be reached progressively (*Table 19*). The most common adverse events are systemic hypotension and peripheral oedema.

Patients who meet the criteria for a positive acute vasodilator response and treated with CCBs should be closely followed for safety and efficacy, with a complete reassessment after 3–6 months of therapy, including RHC. Additional acute vasoreactivity testing should be performed at re-evaluation to detect persistent vasodilator response, supporting possible increases in CCB dosage. Patients with a satisfactory chronic response present with WHO-FC I/II and marked haemodynamic improvement (ideally, mPAP <30 mmHg and PVR <4 WU) while on CCB therapy. In the absence of a satisfactory response, additional PAH therapy should be instituted. In some cases, a combination of CCBs with approved PAH drugs is required because of clinical deterioration with CCB withdrawal

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

attempts. Patients who have not undergone a vasoreactivity study or those with a negative test should not be started on CCBs because of potentially severe side effects (e.g. severe hypotension, syncope, and RV failure), unless prescribed at standard doses for other indications.[379]

**Recommendation Table 7 — Recommendations for the treatment of vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| High doses of CCBs are recommended in patients with IPAH, HPAH, or DPAH who are responders to acute vasoreactivity testing | I | C |
| Close follow-up with complete reassessment after 3–4 months of therapy (including RHC) is recommended in patients with IPAH, HPAH, or DPAH treated with high doses of CCBs | I | C |
| Continuing high doses of CCBs is recommended in patients with IPAH, HPAH, or DPAH in WHO-FC I or II with marked haemodynamic improvement (mPAP <30 mmHg and PVR <4 WU) | I | C |
| Initiating PAH therapy is recommended in patients who remain in WHO-FC III or IV or those without marked haemodynamic improvement after high doses of CCBs | I | C |
| In patients with a positive vasoreactivity test but insufficient long-term response to CCBs who require additional PAH therapy, continuation of CCB therapy should be considered | IIa | C |
| CCBs are not recommended in patients without a vasoreactivity study or non-responders, unless prescribed for other indications (e.g. Raynaud's phenomenon) | III | C |

© ESC/ERS 2022

CCB, calcium channel blocker; DPAH, drug-associated pulmonary arterial hypertension; HPAH, heritable pulmonary arterial hypertension; IPAH, idiopathic pulmonary arterial hypertension; mPAP, mean pulmonary arterial pressure; PAH, pulmonary arterial hypertension; PVR, pulmonary vascular resistance; RHC, right heart catheterization; WHO-FC, World Health Organization functional class; WU, Wood units.
[a]Class of recommendation.
[b]Level of evidence.

**Table 19    Dosing of pulmonary arterial hypertension medication in adults**

| | Starting dose | Target dose |
|---|---|---|
| **Calcium channel blockers** | | |
| Amlodipine | 5 mg o.d. | 15–30 mg o.d.[a] |
| Diltiazem | 60 mg b.i.d.[b] | 120–360 mg b.i.d.[b] |
| Felodipine | 5 mg o.d. | 15–30 mg o.d.[a] |

*Continued*

| Nifedipine | 10 mg t.i.d. | 20–60 mg b.i.d. or t.i.d. |
|---|---|---|
| **Endothelin receptor antagonists (oral administration)** | | |
| Ambrisentan | 5 mg o.d. | 10 mg o.d. |
| Bosentan | 62.5 mg b.i.d. | 125 mg b.i.d. |
| Macitentan | 10 mg o.d. | 10 mg o.d. |
| **Phosphodiesterase 5 inhibitors (oral administration)** | | |
| Sildenafil | 20 mg t.i.d. | 20 mg t.i.d.[c] |
| Tadalafil | 20 or 40 mg o.d. | 40 mg o.d. |
| **Prostacyclin analogues (oral administration)** | | |
| Beraprost sodium | 20 µg t.i.d. | Maximum tolerated dose up to 40 µg t.i.d. |
| Beraprost extended release | 60 µg b.i.d. | Maximum tolerated dose up to 180 µg b.i.d. |
| Treprostinil | 0.25 mg b.i.d. or 0.125 mg t.i.d. | Maximum tolerated dose |
| **Prostacyclin receptor agonist (oral administration)** | | |
| Selexipag | 200 µg b.i.d. | Maximum tolerated dose up to 1600 µg b.i.d. |
| **Soluble guanylate cyclase stimulator (oral administration)** | | |
| Riociguat[d] | 1 mg t.i.d. | 2.5 mg t.i.d. |
| **Prostacyclin analogues (inhaled administration)** | | |
| Iloprost[e] | 2.5 µg 6–9 times per day | 5.0 µg 6–9 times per day |
| Treprostinil[e] | 18 µg 4 times per day | 54–72 µg 4 times per day |
| **Prostacyclin analogues (i.v. or s.c. administration)** | | |
| Epoprostenol i.v. | 2 ng/kg/min | Determined by tolerability and effectiveness; typical dose range at 1 year is 16–30 ng/kg/min, with wide individual variability |
| Treprostinil s.c. or i.v. | 1.25 ng/kg/min | Determined by tolerability and effectiveness; typical dose range at 1 year is 25–60 ng/kg/min, with wide individual variability |

© ESC/ERS 2022

b.i.d., twice daily; i.v., intravenous; o.d., once daily; s.c., subcutaneous; t.i.d., three times daily.
Dosages are those commonly used in clinical practice. This does not exclude the use of alternative dosages.
[a]The daily dosages of amlodipine and felodipine can be administered in a single dose or divided into two doses.
[b]There are different release formulations of diltiazem, some of which should be administered o.d. or t.i.d.
[c]Sildenafil is approved at a dose of 20 mg t.i.d. but doses used in practice vary widely and are sometimes higher.
[d]In patients at risk of systemic hypotension, riociguat may be started at 0.5 mg t.i.d.
[e]Doses provided are for nebulizers and may differ with the use of other formulations and other inhalation devices.

### 6.3.3.2. Endothelin receptor antagonists

Binding of endothelin-1 to endothelin receptors A and B on PA smooth-muscle cells promotes vasoconstriction and proliferation (*Figure 7*).[380] Endothelin B receptors are mostly expressed on

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 8** Vasoreactivity testing algorithm of patients with presumed diagnosis of idiopathic, heritable, or drug-associated pulmonary arterial hypertension. BNP, brain natriuretic peptide; I/H/D-PAH, idiopathic, heritable, drug-associated pulmonary arterial hypertension; mPAP, mean pulmonary arterial pressure; N, no; NT-proBNP, N-terminal pro-brain natriuretic peptide; PH, pulmonary hypertension; PVR, pulmonary vascular resistance; WHO-FC, World Health Organization functional class; WU, Wood units; Y, yes. [a]Inhaled nitric oxide and inhaled iloprost are recommended; intravenous epoprostenol can be used if inhaled nitric oxide or inhaled iloprost are unavailable. [b]See text for details. [c]mPAP ≤30 mmHg and PVR ≤4 WU.

pulmonary endothelial cells, promoting vasodilation through accelerated production of prostacyclin and nitric oxide, and clearance of endothelin-1.[380] Nevertheless, selective blocking of endothelin A receptors alone or non-selective blocking of both A and B receptors has shown similar effectiveness in PAH.[380] Endothelial receptor antagonists have teratogenic effects and should not be used during pregnancy.[381]

*6.3.3.2.1. Ambrisentan.* Ambrisentan is an oral ERA that preferentially blocks the endothelin A receptors. The approved dosages in adults are 5 mg and 10 mg o.d. In patients with PAH, it has demonstrated efficacy for symptoms, exercise capacity, haemodynamics, and time to clinical worsening.[382] An increased incidence of

peripheral oedema was reported with ambrisentan use, while there was no increased incidence of abnormal liver function.

*6.3.3.2.2. Bosentan.* Bosentan is an oral, dual ERA that improves exercise capacity, WHO-FC, haemodynamics, and time to clinical worsening in patients with PAH.[383] The approved target dose in adults is 125 mg b.i.d. Dose-dependent increases in liver transaminases can occur in ~10% of treated patients (reversible after dose reduction or discontinuation).[384] Thus, liver function testing should be performed monthly in patients receiving bosentan.[384] Due to pharmacokinetic interactions, bosentan may render hormonal contraceptives unreliable and lower serum levels of warfarin, sildenafil, and tadalafil.[361,385–387]

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 9** Evidence-based pulmonary arterial hypertension treatment algorithm for patients with idiopathic, heritable, drug-associated, and connective tissue disease-associated pulmonary arterial hypertension. DLCO, Lung diffusion capacity for carbon monoxide; ERA, endothelin receptor antagonist; I/H/D-PAH, idiopathic, heritable, or drug-associated pulmonary arterial hypertension; i.v., intravenous; PAH-CTD, PAH associated with connective tissue disease; PCA, prostacyclin analogue; PDE5i, phosphodiesterase 5 inhibitor; PH, pulmonary hypertension; PRA, prostacyclin receptor agonist; ReCo, recommendation; s.c., subcutaneous; sGCs, soluble guanylate cyclase stimulator. [a]Cardiopulmonary comorbidities are conditions associated with an increased risk of left ventricular diastolic dysfunction, and include obesity, hypertension, diabetes mellitus, and coronary heart disease; pulmonary comorbidities may include signs of mild parenchymal lung disease and are often associated with a low DLCO (<45% of the predicted value). [b]Intravenous epoprostenol or i.v./s.c. treprostinil.

*6.3.3.2.3. Macitentan.* Macitentan is an oral, dual ERA that has been found to increase exercise capacity and reduce a composite endpoint of clinical worsening in patients with PAH.[167] While no liver toxicity has been shown, a reduction in Hb to ≤8 g/dL was observed in 4.3% of patients receiving 10 mg of macitentan.[167]

*6.3.3.3. Phosphodiesterase 5 inhibitors and guanylate cyclase stimulators*
Stimulating soluble guanylate cyclase (sGC) by nitric oxide results in production of the intracellular second messenger cyclic guanosine monophosphate (cGMP) (*Figure 7*). This pathway is controlled by a

negative feedback loop through degradation of cGMP via different phosphodiesterases, among which subtype 5 (PDE5) is abundantly expressed in the pulmonary vasculature.[388] Phosphodiesterase 5 inhibitors and sGC stimulators must not be combined with each other and with nitrates, as this can result in systemic hypotension.[389]

*6.3.3.3.1. Sildenafil.* Sildenafil is an orally active, potent, and selective inhibitor of PDE5. Several RCTs of patients with PAH treated with sildenafil (with or without background therapy) have confirmed favourable results on exercise capacity, symptoms, and/or haemodynamics.[390–392] The approved dose of sildenafil is 20 mg t.i.d. Most side effects of sildenafil are mild to moderate and mainly related to vasodilation (headache, flushing, and epistaxis).

*6.3.3.3.2. Tadalafil.* Tadalafil is a once-daily administered PDE5i. An RCT of 406 patients with PAH (53% on background bosentan therapy) treated with tadalafil at doses up to 40 mg o.d. showed favourable results on exercise capacity, symptoms, haemodynamics, and time to clinical worsening.[393] The side effect profile was similar to that of sildenafil.

*6.3.3.3.3. Riociguat.* While PDE5is augment the nitric oxide–cGMP pathway by slowing cGMP degradation, sGC stimulators enhance cGMP production by directly stimulating the enzyme, both in the presence and absence of endogenous nitric oxide.[394] An RCT of 443 patients with PAH (44% and 6% on background therapy with ERAs or prostacyclin analogues, respectively) treated with riociguat up to 2.5 mg t.i.d. showed favourable results on exercise capacity, haemodynamics, WHO-FC, and time to clinical worsening.[395] The side effect profile was similar to that of PDE5is.

*6.3.3.4. Prostacyclin analogues and prostacyclin receptor agonists* The prostacyclin metabolic pathway (*Figure 7*) is dysregulated in patients with PAH, with less prostacyclin synthase expressed in PAs and reduced prostacyclin urinary metabolites.[396] Prostacyclin analogues and prostacyclin receptor agonists induce potent vasodilation, inhibit platelet aggregation, and also have both cytoprotective and anti-proliferative activities.[397] The most common adverse events observed with these compounds are related to systemic vasodilation and include headache, flushing, jaw pain, and diarrhoea.

*6.3.3.4.1. Epoprostenol.* Epoprostenol has a short half-life (3–5 min) and needs continuous i.v. administration via an infusion pump and a permanent tunnelled catheter. A thermo-stable formulation is available to maintain stability up to 48 h.[398] Its efficacy has been demonstrated in three unblinded RCTs in patients with IPAH (WHO-FC III and IV)[399,400] and SSc-associated PAH.[401] Epoprostenol improved symptoms, exercise capacity, haemodynamics, and mortality.[399] Long-term, persistent efficacy has also been shown in IPAH,[212,245] as well as in other associated PAH conditions.[402–404] Serious adverse events related to the delivery system include pump malfunction, local site infection, catheter obstruction, and sepsis. Recommendations for preventing central venous catheter bloodstream infections have been proposed.[405,406]

*6.3.3.4.2. Iloprost.* Iloprost is a prostacyclin analogue approved for inhaled administration. Inhaled iloprost has been evaluated in one

RCT, in which six to nine repetitive iloprost inhalations were compared with placebo in treatment-naïve patients with PAH or CTEPH.[407] The study showed an increase in exercise capacity and improvement in symptoms, PVR, and clinical events in the iloprost group compared with the placebo group.

*6.3.3.4.3. Treprostinil.* Treprostinil is available for s.c., i.v., inhaled, and oral administration. Treprostinil s.c. improved exercise capacity, haemodynamics, and symptoms in PAH.[408] Infusion-site pain was the most common adverse effect, which led to treatment discontinuation in 8% of cases.[408] Based on its chemical stability, i.v. treprostinil may also be administered via implantable pumps, improving convenience and likely decreasing the occurrence of line infections.[409,410]

Inhaled treprostinil improved the 6MWD, NT-proBNP, and quality of life measures in patients with PAH on background therapy with either bosentan or sildenafil.[411] Inhaled treprostinil is not approved in Europe.

Oral treprostinil has been evaluated in two RCTs of patients with PAH on background therapy with bosentan and/or sildenafil. In both trials, the primary endpoint—6MWD—did not reach statistical significance.[412,413] An additional RCT in treatment-naïve patients with PAH showed improved 6MWD.[414] An event-driven RCT that enrolled 690 patients with PAH demonstrated that oral treprostinil reduced the risk of clinical worsening events in patients who were receiving oral monotherapy with ERAs or PDE5is.[415] Oral treprostinil is not approved in Europe.

*6.3.3.4.4. Beraprost.* Beraprost is a chemically stable and orally active prostacyclin analogue. Two RCTs have shown a modest, short-term improvement in exercise capacity in patients with PAH;[416,417] however, there were no haemodynamic improvements or long-term outcome benefits. Beraprost is not approved in Europe.

*6.3.3.4.5. Selexipag.* Selexipag is an orally available, selective, prostacyclin receptor agonist that is chemically distinct from prostacyclin, with different pharmacology. In a pilot RCT in patients with PAH (receiving stable ERA and/or PDE5i therapy), selexipag reduced PVR after 17 weeks.[418] An event-driven, phase 3 RCT that enrolled 1156 patients[419] showed that selexipag alone or on top of mono or double therapy with an ERA and/or a PDE5i reduced the relative risk of composite morbidity/mortality events by 40%. The most common side effects were headache, diarrhoea, nausea, and jaw pain.

## 6.3.4. Treatment strategies for patients with idiopathic, heritable, drug-associated, or connective tissue disease-associated pulmonary arterial hypertension

Pulmonary arterial hypertension is a rare and life-threatening disease and should be managed, where possible, at PH centres in close collaboration with the patient's local physicians.

This section describes drug treatment and is focused on non-vasoreactive patients with IPAH/HPAH/DPAH and on patients with PAH associated with connective tissue disease (PAH-CTD). Information on the dosing of PAH medication is summarized in *Table 19*. For other forms of PAH, treatment strategies have to be modified (see *Section 7*). The approach to vasoreactive patients with IPAH/HPAH/DPAH is described in *Section 6.3.3.1*.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**51**

In addition to targeted drug treatment, the comprehensive management of patients with PAH includes general measures that may include supplementary oxygen, diuretics to optimize volume status, psychosocial support, and standardized exercise training (*Section 6.3.1*).[315] Prior to the treatment decisions, patients and their next of kin should be provided with appropriate and timely information about the risks and benefits of the treatment options so they can make the final, informed, and joint decision about the treatment with the medical team. Treatment decisions in patients with IPAH/HPAH/DPAH or PAH-CTD should be stratified according to the presence or absence of cardiopulmonary comorbidities (*Section 6.3.4.3*) and according to disease severity assessed by risk stratification (*Section 6.2.7*).

### 6.3.4.1. Initial treatment decision in patients without cardiopulmonary comorbidities

The initial treatment of patients with PAH should be based on a comprehensive, multiparameter risk assessment, considering disease type and severity, comorbidities, access to therapies, economic aspects, and patient preference.

The following considerations predominantly apply to patients with IPAH/HPAH/DPAH or PAH-CTD without cardiopulmonary comorbidities, as patients with comorbidities were under-represented in the clinical studies addressing treatment strategies and combination therapy in patients with PAH. Treatment considerations for patients with PAH and cardiopulmonary comorbidities are summarized in *Section 6.3.4.3*.

For patients presenting at low or intermediate risk, initial combination therapy with an ERA and a PDE5i is recommended. This approach was assessed in the AMBITION study, which compared initial combination therapy using ambrisentan at a target dose of 10 mg o.d. and tadalafil at a target dose of 40 mg o.d. with initial monotherapy with either drug.[166] AMBITION predominantly included patients with IPAH/HPAH/DPAH or PAH-CTD. The primary endpoint was the time to first clinical failure event (a composite of death, hospitalization for worsening PAH, disease progression, or unsatisfactory long-term clinical response). The hazard ratio (HR) for the primary endpoint in the combination-therapy group vs. the pooled monotherapy group was 0.50 (95% confidence interval [CI], 0.35–0.72; P < 0.001) and there were significant improvements in 6MWD and NT-proBNP with initial combination therapy. At the end of the study, 10% of the patients assigned to initial combination therapy had died compared with 14% of the patients assigned to initial monotherapy (HR 0.67; 95% CI, 0.42–1.08).[420]

In the TRITON study, treatment-naïve patients with PAH were assigned to initial dual-combination therapy with macitentan and tadalafil, or initial triple-combination therapy with macitentan 10 mg o.d., tadalafil at a target dose of 40 mg o.d., and selexipag up to 1600 µg o.d.[421] TRITON predominantly included patients with IPAH/HPAH/DPAH or PAH-CTD. At week 26, PVR was reduced by 52% and 54%, with double- or triple-combination therapy, respectively, and 6MWD had increased by 55 m and 56 m, respectively. The geometric means of the NT-proBNP ratio from baseline to week 26 were 0.25 and 0.26, respectively. Hence, TRITON did not show a benefit of oral triple- vs. oral double-combination therapy but confirmed that substantial improvements in haemodynamics and exercise capacity can be

obtained with initial ERA/PDE5i combination therapy. Further studies are needed to determine whether oral triple-combination therapy impacts long-term outcomes.

Based on the evidence generated by these and other studies,[303,422–424] initial dual-combination therapy with an ERA and a PDE5i is recommended for newly diagnosed patients who present at low or intermediate risk. Initial oral triple-combination therapy is not recommended, given the current lack of evidence supporting this strategy. In patients presenting at high risk, initial triple-combination therapy including an i.v./s.c. prostacyclin analogue should be considered.[426,427] While it is acknowledged that the evidence for this approach is limited to case series, there is consensus that this strategy has the highest likelihood of success, especially in view of registry data from France showing that initial triple-combination therapy including an i.v./s.c. prostacyclin analogue was associated with better long-term survival than monotherapy or dual-combination therapy.[428] Initial triple-combination therapy including an i.v./s.c. prostacyclin analogue should also be considered in patients at intermediate risk presenting with severe haemodynamic impairment (e.g. RAP $\geq$20 mmHg, CI <2.0 L/min/m$^2$, SVI <31 mL/m$^2$, and/or PVR $\geq$12 WU).[238,426]

The recommendations for initial oral double-combination therapy are based on PICO question I (Supplementary Data, *Section 6.2*). Although the quality of evidence is low, initial oral combination therapy with an ERA and a PDE5i achieves important targets in symptom improvement (functional class), exercise capacity, cardiac biomarkers, and reduction of hospitalizations.

---

**Recommendation Table 8** — Recommendations for the treatment of non-vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension who present without cardiopulmonary comorbidities[a]

**Recommendation Table 8A**

| Recommendations | Class[b] | Level[c] |
|---|---|---|
| **Recommendations for initial therapy** | | |
| In patients with IPAH/HPAH/DPAH who present at high risk of death, initial combination therapy with a PDE5i, an ERA, and i.v./s.c. prostacyclin analogues should be considered[d] | IIa | C |
| **Recommendations for treatment decisions during follow-up** | | |
| In patients with IPAH/HPAH/DPAH who present at intermediate–low risk of death while receiving ERA/PDE5i therapy, the addition of selexipag should be considered[419] | IIa | B |
| In patients with IPAH/HPAH/DPAH who present at intermediate–high or high risk of death while receiving ERA/PDE5i therapy, the addition of i.v./s.c. prostacyclin analogues and referral for LTx evaluation should be considered | IIa | C |
| In patients with IPAH/HPAH/DPAH who present at intermediate–low risk of death while receiving ERA/PDE5i therapy, switching from PDE5i to riociguat may be considered[429] | IIb | B |

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

### Recommendation Table 8B

| Recommendations | GRADE Quality of evidence | GRADE Strength of recommendation | Class[a] | Level[b] |
|---|---|---|---|---|
| **Recommendations for initial therapy** | | | | |
| In patients with IPAH/HPAH/DPAH who present at low or intermediate risk of death, initial combination therapy with a PDE5i and an ERA is recommended[166] | Low | Conditional | I | B |

© ESC/ERS 2022

CI, cardiac index; DLCO, Lung diffusion capacity for carbon monoxide; DPAH, drug-associated pulmonary arterial hypertension; ERA, endothelin receptor antagonist; HFpEF, heart failure with preserved ejection fraction; HPAH, heritable pulmonary arterial hypertension; IPAH, idiopathic pulmonary arterial hypertension; i.v., intravenous; LTx, lung transplantation; PAH, pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor; PVR, pulmonary vascular resistance; RAP, right atrial pressure; s.c., subcutaneous; SVI, stroke volume index; WU, Wood units.

[a]Cardiopulmonary comorbidities are predominantly encountered in elderly patients and include risk factors for HFpEF such as obesity, diabetes, coronary heart disease, a history of hypertension, and/or a low DLCO.

[b]Class of recommendation.

[c]Level of evidence.

[d]Initial triple-combination therapy including i.v./s.c. prostacyclin analogues may also be considered in patients presenting at intermediate risk but severe haemodynamic impairment (e.g. RAP ≥20 mmHg, CI <2.0 L/min/m², SVI <31 mL/m², and/or PVR ≥12 WU).

### Recommendation Table 9 — Recommendations for initial oral drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension without cardiopulmonary comorbidities

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| Initial combination therapy with ambrisentan and tadalafil is recommended[166,420,423] | I | B |
| Initial combination therapy with macitentan and tadalafil is recommended[421,430] | I | B |
| Initial combination therapy with other ERAs and PDE5is should be considered[303] | IIa | B |
| Initial combination therapy with macitentan, tadalafil, and selexipag is not recommended[421] | III | B |

© ESC/ERS 2022

ERA, endothelin receptor antagonist; PDE5i, phosphodiesterase 5 inhibitor.

[a]Class of recommendation.

[b]Level of evidence.

#### *6.3.4.2. Treatment decisions during follow-up in patients without cardiopulmonary comorbidities*

Patients with PAH require regular follow-up, including risk stratification and an assessment of patient concordance with therapy. Patients who achieve a low-risk status have a much superior long-term survival compared with patients with intermediate- or high-risk status.[292,295,296] Achieving and maintaining a low-risk profile is therefore a key objective in managing patients with PAH.

Several clinical trials have assessed the safety and efficacy of sequential combination therapy in patients with PAH. SERAPHIN enrolled 742 patients with PAH, mostly with IPAH/HPAH/DPAH and PAH-CTD, of whom 63.7% were receiving other PAH medication at the time of enrolment, mostly sildenafil.[167] In the subgroup of patients with background PAH therapy, macitentan at a daily dose of 10 mg reduced the risk of clinical worsening events compared with placebo (HR 0.62; 95% CI, 0.43–0.89).[167]

GRIPHON assessed the safety and efficacy of selexipag.[419] This study enrolled 1156 patients with PAH, also mostly with IPAH/HPAH/DPAH or PAH-CTD, who were treatment naïve or receiving background therapy with an ERA, PDE5i, or a combination of both. Selexipag at a dose of up to 1600 μg b.i.d. was associated with a reduced risk of clinical worsening events independent of the background medication. In patients receiving ERA/PDE5i combination therapy ($n = 376$), the risk of clinical worsening events was lower with selexipag than with placebo (HR 0.63; 95% CI, 0.44–0.90).[431]

The effects of combination therapy on long-term survival in patients with PAH remain unclear. A 2016 meta-analysis demonstrated that combination therapy (initial and sequential) was associated with a significant risk reduction for clinical worsening (relative risk [RR] 0.65; 95% CI, 0.58–0.72; $P < 0.0001$);[432] however, all-cause mortality was not improved (RR 0.86; 95% CI, 0.72–1.03; $P = 0.09$) and a substantial proportion of patients had clinical worsening events or died despite receiving combination therapy. In addition, registry data showed that the use of combination therapy increased since 2015 but there was no clear improvement in overall survival rates.[428,433,434] These data were corroborated by a study showing that less than half of patients receiving initial combination therapy with an ERA and a PDE5i achieved and maintained a low-risk profile.[422]

Switching from PDE5is to riociguat has also been investigated as a treatment-escalation strategy.[429,435] REPLACE was a randomized, controlled, open-label study that enrolled patients on a PDE5i-based therapy who were in WHO-FC III and had a 6MWD of 165–440 m.[429] The study predominantly included patients with IPAH/HPAH/DPAH or PAH-CTD who were randomized to continue their PDE5i or to switch from a PDE5i to riociguat up to 2.5 mg t.i.d. The study met its primary endpoint, termed 'clinical improvement', which was a composite of pre-specified improvements in 6MWD, WHO-FC, and NT-proBNP at week 24. Clinical improvement at week 24 was demonstrated in 41% of the patients who switched to riociguat and in 20% of the patients who maintained their PDE5i (odds ratio [OR] 2.78; 95% CI, 1.53–5.06; $P = 0.0007$). In addition, fewer patients in the riociguat group experienced a clinical worsening event (OR 0.10; 95% CI, 0.01–0.73; $P = 0.0047$).

Based on the evidence summarized above, the following recommendations for treatment decisions during follow-up are:

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

(i) In patients who achieve a low-risk status with their initial PAH therapy, continuation of treatment is recommended.

(ii) In patients who are at intermediate–low risk despite receiving ERA/PDE5i therapy, adding selexipag should be considered to reduce the risk of clinical worsening. In these patients, switching from PDE5i to riociguat may also be considered.

(iii) In patients who are at intermediate–high or high risk while receiving oral therapies, the addition of i.v. epoprostenol or i.v./s.c. treprostinil and referral for LTx evaluation should be considered.[309,436] If adding i.v./s.c. prostacyclin analogues is unfeasible, adding selexipag or switching from PDE5i to riociguat may be considered.

**Recommendation Table 10 — Recommendations for sequential drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **General recommendation for sequential combination therapy** | | |
| It is recommended to base treatment escalations on risk assessment and general treatment strategies (see *Figure 9*) | I | C |
| **Evidence from studies with a composite morbidity/mortality endpoint as the primary outcome measure** | | |
| The addition of macitentan to PDE5is or oral/inhaled prostacyclin analogues is recommended to reduce the risk of morbidity/mortality events[167,168,437] | I | B |
| The addition of selexipag to ERAs[c] and/or PDE5is is recommended to reduce the risk of morbidity/mortality events[418,419] | I | B |
| The addition of oral treprostinil to ERA or PDE5i/riociguat monotherapy is recommended to reduce the risk of morbidity/mortality events[412,413,415] | I | B |
| The addition of bosentan to sildenafil is not recommended to reduce the risk of morbidity/mortality events[419] | III | B |
| **Evidence from studies with change in 6MWD as the primary outcome measure** | | |
| The addition of sildenafil to epoprostenol is recommended to improve exercise capacity[392,438] | I | B |
| The addition of inhaled treprostinil to sildenafil or bosentan monotherapy should be considered to improve exercise capacity[411,439] | IIa | B |
| The addition of riociguat to bosentan should be considered to improve exercise capacity[395,440] | IIa | B |

*Continued*

| | | |
|---|---|---|
| The addition of tadalafil to bosentan may be considered to improve exercise capacity[393] | IIb | C |
| The addition of inhaled iloprost to bosentan may be considered to improve exercise capacity[441,442] | IIb | B |
| The addition of ambrisentan to sildenafil may be considered to improve exercise capacity[443] | IIb | C |
| The addition of bosentan to sildenafil may be considered to improve exercise capacity[419,444] | IIb | C |
| The addition of sildenafil to bosentan may be considered to improve exercise capacity[444–446] | IIb | C |
| Other sequential double- or triple-combination therapies may be considered to improve exercise capacity and/or alleviate PH symptoms | IIb | C |
| **Evidence from studies with safety of combination therapy as the primary outcome measure** | | |
| Combining riociguat and PDE5is is not recommended[d] [389] | III | B |

6MWD, 6-minute walking distance; ERA, endothelin receptor antagonist; PDE5i, phosphodiesterase 5 inhibitor; PH, pulmonary hypertension.
[a]Class of recommendation.
[b]Level of evidence.
[c]ERAs used in the GRIPHON study were bosentan and ambrisentan.
[d]The PATENT plus study investigated the combination of sildenafil and riociguat; however, combining riociguat with any PDE5i is contraindicated.

© ESC/ERS 2022

### 6.3.4.3. Pulmonary arterial hypertension with cardiopulmonary comorbidities

Over the past decade, the demographics and characteristics of patients with IPAH have changed, especially in industrialized countries.[447] In several contemporary registries, the average age of patients diagnosed with IPAH is ~60 years or older.[161,295,299,447,448] Many elderly patients have cardiopulmonary comorbidities, making the distinction from group 2 and group 3 PH challenging. Among elderly patients diagnosed with IPAH, two main disease phenotypes have emerged. One phenotype (herein called the left heart phenotype) consists of elderly, mostly female patients with risk factors for HFpEF (e.g. hypertension, obesity, diabetes, or coronary heart disease) but pre-capillary PH rather than post-capillary PH;[449,450] ~30% of these patients have a history of atrial fibrillation.[161] The other phenotype (called the cardiopulmonary phenotype) consists of elderly, predominantly male patients who have a low DLCO (<45% of the predicted value), are often hypoxaemic, have a significant smoking history, and have risk factors for LHD.[77,78,161,451] In a cluster analysis of 841 newly diagnosed patients with IPAH from the COMPERA registry, 12.6% had a classic phenotype of young, mostly female patients without cardiopulmonary comorbidities, while 35.8% presented with a left heart phenotype and 51.6% with a cardiopulmonary phenotype.[161]

There are no evidence-based rules for determining a patient's phenotype. The AMBITION study used the presence of more than three risk factors for LHD together with certain haemodynamic criteria to exclude patients from the primary analysis.[166] However, the COMPERA cluster analysis mentioned above found that the presence of a single risk factor may change the phenotype.[161] Pending further data, it is the overall profile that should be used to determine a patient's phenotype.

Compared with patients without cardiopulmonary comorbidities, patients with cardiopulmonary comorbidities respond less well to PAH medication, are more likely to discontinue this medication due to efficacy failure or lack of tolerability, are less likely to reach a low-risk status, and have a higher mortality risk. While the age-adjusted mortality of patients with the left heart phenotype seems to be similar to that of patients with classical PAH, patients with a cardiopulmonary phenotype and a low DLCO have a particularly high mortality risk.[77,78,161,450,451]

As patients with cardiopulmonary comorbidities were underrepresented in or excluded from PAH trials, no evidence-based treatment recommendations can be made for this patient population. Registry data suggest that most physicians use PDE5is as primary treatment for these patients. Endothelin receptor antagonists or PDE5i/ERA combinations are occasionally used, but the drug discontinuation rate is higher than in patients with classical PAH.[447,450] A subgroup analysis from AMBITION, which assessed the response to PAH therapy in 105 patients who were excluded from the primary analysis set because of a left heart phenotype, found that these patients—compared with patients in the primary analysis set—had less clinical improvement and a higher likelihood of drug discontinuations due to safety and tolerability with both monotherapy and initial combination therapy.[449] Data from the ASPIRE registry demonstrated that patients with IPAH and a cardiopulmonary phenotype had less improvement in exercise capacity and PROMs compared with patients with classical IPAH.[451]

In patients with a left heart phenotype, ERA therapy is associated with an elevated risk of fluid retention.[449] Moreover, in patients with a cardiopulmonary phenotype, PAH medication may cause a decline in the peripheral oxygen saturation.[452] There is little published experience on the use of prostacyclin analogues or prostacyclin receptor agonists in this patient population.[453]

The lack of solid evidence for treating elderly patients with PAH and cardiopulmonary comorbidities makes treatment recommendations challenging, and patients should be counselled accordingly. In the absence of evidence on treatment strategies in these patients, risk stratification is of limited usefulness in guiding therapeutic decision-making. Initial monotherapy (see Supplementary Data, Table S3) is recommended for most of these patients, with PDE5is being the most widely used compounds according to registry data.[161] Further treatment decisions should be made on an individual basis in collaboration with the PH centre and local physicians.

The treatment algorithm for patients with PAH is shown in Figure 9 and the accompanying section describing the treatment algorithm.

**Recommendation Table 11 — Recommendations for the treatment of non-vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension who present with cardiopulmonary comorbidities[a]**

| Recommendations | Class[b] | Level[c] |
|---|---|---|
| **Recommendations for initial therapy** | | |
| In patients with IPAH/HPAH/DPAH and cardiopulmonary comorbidities, initial monotherapy with a PDE5i or an ERA should be considered | IIa | C |
| **Recommendations for treatment decisions during follow-up** | | |
| In patients with IPAH/HPAH/DPAH with cardiopulmonary comorbidities who present at intermediate or high risk of death while receiving PDE5i or ERA monotherapy, additional PAH medication may be considered on an individual basis | IIb | C |

DPAH, drug-associated pulmonary arterial hypertension; ERA, endothelin receptor antagonist; HPAH, heritable pulmonary arterial hypertension; IPAH, idiopathic pulmonary arterial hypertension; PAH, pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor.
[a]Cardiopulmonary comorbidities are predominantly encountered in elderly patients and include risk factors for HFpEF such as obesity, diabetes, coronary heart disease, a history of hypertension, and/or a low DLCO.
[b]Class of recommendation.
[c]Level of evidence.

### 6.3.5. Drug interactions

Among PAH drugs, clinically relevant pharmacokinetic interactions are observed between bosentan and sildenafil (reduced sildenafil plasma concentration[385]), bosentan and hormonal contraceptives (reduced contraception efficacy[361]), and bosentan and vitamin K antagonists (VKAs) (potential need for VKA dose adjustment[386]). Additional pharmacokinetic interactions of potential clinical relevance are listed in Supplementary Data, Table S4.

### 6.3.6. Interventional therapy
#### 6.3.6.1. Balloon atrial septostomy and Potts shunt
Balloon atrial septostomy,[454,455] by creating an interatrial shunt, and Potts shunt,[456–459] by connecting the left PA and descending aorta, aim to decompress the right heart and increase systemic blood flow, thereby improving systemic oxygen transport despite arterial oxygen desaturation. As these procedures are complex and associated with high risk, including substantial procedure-related mortality, they are rarely performed in patients with PAH and may only be considered in centres with experience in the techniques.

#### 6.3.6.2. Pulmonary artery denervation
The rationale for performing a PA denervation (PADN) is based on the increased sympathetic overdrive characterizing PAH, which is associated with poor outcome.[460,461] Although the contribution of this mechanism to developing PAH is not completely understood, it is associated with vasoconstriction and vascular remodelling through a baroreflex mediated by stretch receptors located at the bifurcation of the PAs.[462,463] Applying radiofrequency at the latter acutely and

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

chronically improves haemodynamic variables.[464] However, there is little evidence yet from multicentre RCTs demonstrating a benefit of PADN in patients already receiving recommended medical therapy. A small multicentre study tested the feasibility of PADN using an intravascular ultrasound catheter in patients receiving dual or triple therapy for PAH,[465] the procedure was safe and associated with a reduction in PVR, and increases in 6MWD and daily activity. Although potentially promising, PADN should be considered experimental.

### 6.3.7. Advanced right ventricular failure

#### 6.3.7.1. Intensive care unit management

Patients with PH may require intensive care treatment for right HF, comorbidities (including major surgery), or both. The mortality risk is high in such patients,[466,467] and specialized centres should be involved whenever possible. In addition to basic intensive care unit (ICU) standards, RV function in these patients should be carefully monitored. Non-specific clinical signs of right HF with low CO include pale skin with peripheral cyanosis, hypotension, tachycardia, declining urine output, and increasing lactate levels. Non-invasive monitoring should include biomarkers (NT-proBNP and troponin) and echocardiography. Minimum invasive monitoring consists of an upper body central venous catheter to measure central venous pressure and central venous oxygen saturation, the latter reflecting CO. Right heart catheterization or other forms of advanced haemodynamic assessment should be considered in patients with advanced right HF or in complex situations.[468]

Treating right HF should focus on treatable triggers such as infection, arrhythmia, anaemia, and other comorbidities. Fluid management is of utmost importance in these patients, most of whom require a negative fluid balance to reduce RV pre-load, thereby improving RV geometry and function.[468] Patients with a low CO may benefit from treatment with inotropes; dobutamine and milrinone are the most frequently used substances in this setting. Maintaining the mean systemic blood pressure >60 mmHg is a key objective when treating right HF, and patients with persistent hypotension may require vasopressors such as norepinephrine or vasopressin. Intubation and invasive mechanical ventilation should be avoided whenever possible in patients with advanced RV failure because of a high risk of further haemodynamic deterioration and death. Pulmonary arterial hypertension medication should be considered on an individual basis, taking into account underlying disease, comorbidities, and existing medication. In patients with newly diagnosed PAH presenting with low CO, combination therapy including i.v./s.c. prostacyclin analogues should be considered.[426]

#### 6.3.7.2. Mechanical circulatory support

In specialist centres, various forms of mechanical circulatory support are available for managing RV failure, with veno-arterial extracorporeal membrane oxygenation (ECMO) being the most widely used approach. Mechanical circulatory support has become an established bridging tool to transplantation in patients with irreversible right HF, but is occasionally used as a bridge to recovery in patients with treatable causes and potentially reversible RV failure.[468] No general recommendations can be made regarding the indication for mechanical circulatory support, which needs to be individualized, considering patient factors and local resources.[469,470] Long-term mechanical support

analogous to left ventricular assist devices (LVADs) is not yet available for patients with PH and end-stage right HF.

**Recommendation Table 12** — Recommendations for intensive care management for pulmonary arterial hypertension

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| When managing patients with right HF in the ICU, it is recommended to involve physicians with expertise, treat causative factors, and use supportive measures, including inotropes and vasopressors, fluid management, and PAH drugs, as appropriate | I | C |
| Mechanical circulatory support may be an option for selected patients as a bridge to transplantation or recovery, and interhospital transfer should be considered if such resources are unavailable on site | IIa | C |

HF, heart failure; ICU, intensive care unit; PAH, pulmonary arterial hypertension.
[a]Class of recommendation.
[b]Level of evidence.

© ESC/ERS 2022

### 6.3.8. Lung and heart–lung transplantation

Lung transplantation remains an important treatment option for patients with PAH refractory to optimized medical therapy. In patients with PAH, referral to an LTx centre should be considered early (Table 20):

**Table 20    Criteria for lung transplantation and listing in patients with pulmonary arterial hypertension**

| Referral |
|---|
| Potentially eligible patients for whom LTx might be an option in case of treatment failure |
| ESC/ERS intermediate–high or high risk or REVEAL risk score >7 on appropriate PAH medication |
| Progressive disease or recent hospitalization for worsening PAH |
| Need for i.v. or s.c. prostacyclin therapy |
| Known or suspected high-risk variants, such as PVOD or PCH, systemic sclerosis, or large and progressive pulmonary artery aneurysms |
| Signs of secondary liver or kidney dysfunction due to PAH or other potentially life-threatening complications, such as recurrent haemoptysis |

| Listing |
|---|
| Patient has been fully evaluated and prepared for transplantation |
| ESC/ERS high risk or REVEAL risk score >10 on appropriate PAH medication, usually including i.v. or s.c. prostacyclin analogues |
| Progressive hypoxaemia, especially in patients with PVOD or PCH |
| Progressive, but not end-stage liver or kidney dysfunction due to PAH, or life-threatening haemoptysis |

ERS, European Respiratory Society; ESC, European Society of Cardiology; i.v., intravenous; LTx, lung transplantation; PAH, pulmonary arterial hypertension; PCH, pulmonary capillary haemangiomatosis; PVOD, pulmonary veno-occlusive disease; s.c., subcutaneous.

© ESC/ERS 2022

(1) when they present with an inadequate response to treatment despite optimized combination therapy; (2) when they present with an intermediate–high or high risk of death (i.e. 1-year mortality >10% when estimated with established risk-stratification tools)[471] (see Section 6.2.7), which exceeds the current mortality rate after LTx;[472] (3) when patients have a disease variant that poorly responds to medical therapy, such as PVOD or PCH.

Both heart–lung and bilateral LTx have been performed for PAH. Currently, most patients receive bilateral LTx, while combined heart–lung transplantation is reserved for patients who have additional non-correctable cardiac conditions.[473] With the introduction of the lung allocation score (LAS), waiting list mortality has decreased and the odds of receiving a donor organ have increased.[474] In some countries, an 'exceptional LAS' can be obtained for patients with severe PH. Some other countries not using the LAS have successfully implemented high-priority programmes for these patients.[475] The patient and their next of kin should be fully engaged in the transplant assessment process and informed of the risks and benefits, and the final decision should be jointly made between the patient and medical team (see Section 6.3.1.8). For patients with PAH who survive the early post-transplant period, long-term outcomes are good. A study found that for primary transplant patients with IPAH who survived to 1 year, conditional median survival was 10.0 years.[476]

**Recommendation Table 13 — Recommendations for lung transplantation**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| It is recommended that potentially eligible candidates are referred for LTx evaluation when they have an inadequate response to oral combination therapy, indicated by an intermediate–high or high risk or by a REVEAL risk score >7 | I | C |
| It is recommended to list patients for LTx who present with a high risk of death or with a REVEAL risk score ≥10 despite receiving optimized medical therapy including s.c. or i.v. prostacyclin analogues | I | C |

i.v, intravenous; LTx, lung transplantation; s.c., subcutaneous.
[a]Class of recommendation.
[b]Level of evidence.

© ESC/ERS 2022

### 6.3.9. Evidence-based treatment algorithm

A treatment algorithm for patients with IPAH/HPAH/DPAH or PAH-CTD is shown in Figure 9. The evidence supporting this algorithm has mainly been generated in patients with IPAH/HPAH/DPAH or PAH-CTD who present without cardiopulmonary comorbidities. Patients with HIV-associated PAH, PoPH, and PAH associated with congenital heart disease were not enrolled or under-represented in most PAH therapy trials. Treatment recommendations for these patients are provided in Section 7.

### 6.3.10. Diagnosis and treatment of pulmonary arterial hypertension complications

#### 6.3.10.1. Arrhythmias
The most common types of arrhythmias observed in PAH are supraventricular, mainly atrial fibrillation and atrial flutter, while the

frequency of ventricular arrhythmias and bradyarrhythmias appears to be considerably lower.[477–479] Of note, age is an independent risk factor for atrial arrhythmias. In prospective studies, the incidence of atrial arrhythmias was 3–25% over an observation time of 5 years in cohorts primarily containing patients with IPAH.[479–481]

In the absence of specific evidence for PAH, managing anticoagulation in patients with PAH and atrial arrhythmia should follow the recommendations for patients with other cardiac conditions.[477]

Patients with PAH are especially sensitive to haemodynamic stress during atrial arrhythmias due to tachycardia and loss of atrioventricular synchrony. Maintaining sinus rhythm is an important treatment objective in these patients. New-onset arrhythmias frequently lead to clinical deterioration and are associated with increased mortality.[481] Observational studies have shown that a variety of rhythm control strategies are feasible, including pharmacological cardioversion with anti-arrhythmic drugs, electrical cardioversion, and invasive catheter ablation procedures. To achieve or maintain a stable sinus rhythm, prophylaxis with anti-arrhythmic drugs without negative inotropic effects, such as oral amiodarone, should be considered, even if specific data regarding their efficacy are lacking. Low-dose beta-blockers and/or digoxin may be used on an individual patient basis.

Catheter ablation is the preferred approach in managing atrial flutter and some other atrial tachycardias, although catheter ablation in patients with PAH is often more technically challenging than in patients with a structurally normal right heart chamber.[482] The safety and efficacy of ablation techniques for atrial fibrillation specifically in the PAH population are uncertain, and it is possible that, due to remodelling of the RA, non-pulmonary vein triggers may play a more important role than in patients without PAH.[483]

#### 6.3.10.2. Haemoptysis
Haemoptysis, ranging from mild to life-threatening, may occur in all forms of PH but is particularly common in HPAH and PAH associated with CHD. Pulmonary bleeding frequently originates from enlarged bronchial arteries;[484–486] hence, the diagnostic evaluation of patients with PAH and haemoptysis should include a contrast-enhanced CT scan with an arterial phase. Even if the source of bleeding cannot be determined, embolization of enlarged bronchial arteries is recommended in patients who present with moderate-to-severe haemoptysis or recurrent episodes of mild haemoptysis. Lung transplant should be considered in patients with recurrent and severe haemoptysis despite optimized treatment.

#### 6.3.10.3. Mechanical complications
Mechanical complications in patients with PAH usually arise from progressive dilatation of the PA and include PA aneurysms, rupture, and dissection, and compression of adjacent structures such as the left main coronary artery, pulmonary veins, main bronchi, and recurrent laryngeal nerves.[487–492]

Pulmonary artery aneurysm was independently related to an increased risk of sudden cardiac death in one study.[492] Symptoms and signs are non-specific; in most cases, patients are asymptomatic and these complications are incidentally diagnosed. Pulmonary artery aneurysms are usually detected during echocardiography and best visualized by contrast-enhanced CT or MRI. Treatment options for asymptomatic PA aneurysm or PA dissection are not well defined. LTx has to be considered on an individual basis.[490,493]

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

For patients with left main coronary artery compression syndrome, percutaneous coronary stenting is an effective and safe treatment.[62] For patients with asymptomatic left main coronary artery compression or non-severe compromise of its anatomy, evaluation with intravascular ultrasound or coronary pressure wire may help to avoid unnecessary interventions.[494]

### 6.3.11. End-of-life and ethical issues

The clinical course of PAH may be characterized by progressive deterioration and occasional episodes of acute decompensation. Life expectancy is difficult to predict, as patients may either die slowly because of progressive right HF or experience sudden death.

Patient-orientated care is essential in managing PAH. Information about disease severity and possible prognosis should be provided at initial diagnosis but empathic and hopeful communication, as well as yielding hope, is essential, in line with *Section 6.3.1.8*. At the right time, open and sensitive communication will enable advanced planning and discussion of a patient's fears, concerns, and wishes, and will ultimately contribute to making the final, well-informed, and joint decision about treatment with the medical team.

Patients approaching end of life require frequent assessment of their full needs by a multidisciplinary team. In advanced stages, recognizing that cardiopulmonary resuscitation in severe PAH has a poor outcome may enable a do not resuscitate order; this may facilitate patients being in their preferred place of care at end of life. Attention should be given to controlling distressing symptoms and prescribing appropriate drugs while withdrawing medication that is no longer needed, which may include PAH medication. Well-informed psychological, social, and spiritual support is also vital. Specialist palliative care should be consulted for patients whose needs are beyond the expertise of the PH team.[346]

### 6.3.12. New drugs in advanced clinical development (phase 3 studies)

Pulmonary arterial hypertension remains an incurable condition with a high mortality rate, despite use of PAH drugs mainly targeting imbalance of vasoactive factors. Novel agents, which are currently in phase 3 development, are ralinepag and sotatercept. Ralinepag is an orally available prostacyclin receptor agonist, which, in a phase 2 RCT that included 61 patients with PAH, improved PVR compared with placebo after 22 weeks of therapy.[495] Sotatercept—a fusion protein comprising the extracellular domain of the human activin receptor type IIA linked to the Fc domain of human immunoglobulin G1—acts as a ligand trap for members of the transforming growth factor (TGF)-β superfamily, thus restoring balance between growth-promoting and growth-inhibiting pathways.[496] In a phase 2 RCT that included 106 patients with PAH treated over 24 weeks, s.c. sotatercept reduced PVR in patients receiving background PAH therapy;[496] improvements were also observed in 6MWD and NT-proBNP.[496]

# 7. Specific pulmonary arterial hypertension subsets

## 7.1. Pulmonary arterial hypertension associated with drugs and toxins

Several drugs and toxins are associated with developing PAH or PVOD/PCH. Historically, certain appetite suppressants and toxic rapeseed oil were the most prominent examples, whereas methamphetamines, interferons, and some tyrosine kinase inhibitors are more common causes nowadays (*Table 7*). Pulmonary arterial hypertension is a rare complication in patients exposed to these drugs, and many of these drugs have also been linked to other pulmonary complications such as parenchymal lung disease or pleural effusions. These pulmonary complications may occur concurrently.

Methamphetamine-associated PAH has mainly been reported from the USA, where some centres have found that 20–29% of their otherwise idiopathic cases of PAH were associated with methamphetamine use.[497,498] Compared with patients with IPAH, those with methamphetamine-associated PAH had more severe haemodynamic impairment and a higher mortality risk.[498] Alpha and beta interferons have also been associated with developing PAH.[499] The same is true of some tyrosine kinase inhibitors, especially dasatinib, but also bosutinib and ponatinib.[40,500]

Drug- or toxin-induced PAH should always be considered in patients presenting with unexplained exertional dyspnoea or other warning signs. The diagnostic approach should be the same as in other forms of PH, and the diagnosis is usually made by excluding other forms of PH in patients who have been exposed to drugs associated with developing PAH.

Treatment of DPAH follows the same basic principles as treating other forms of PAH. Importantly, partial or full reversal of PAH has been reported after discontinuing the causative agent, at least for interferons and dasatinib.[499,500] Hence, multidisciplinary management of the patient should include discontinuing the presumed causative agents once PAH is diagnosed (also see the 2022 ESC Guidelines on Cardio-Oncology).[501] In patients with mild PH and a low-risk profile, discontinuing the trigger alone may be sufficient, and it is recommended that these patients be observed over 3–4 months before considering PAH therapy. Pulmonary arterial hypertension therapy should be initiated in patients who do not normalize their haemodynamics after withdrawing or in patients presenting with more advanced PAH at diagnosis. Unlike in other forms of PAH, de-escalation of PAH therapy is often possible during the course of the disease.[500] Physicians should bear in mind that DPAH may have features of PVOD/PCH, especially in patients treated with alkylating agents such as mitomycin C or cyclophosphamide. Health professional awareness is essential in identifying cases of DPAH and reporting adverse effects of pharmaceutical products.

**Recommendation Table 14 — Recommendations for pulmonary arterial hypertension associated with drugs or toxins**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| It is recommended to make a diagnosis of drug- or toxin-associated PAH in patients who had relevant exposure and in whom other causes of PH have been excluded | I | C |
| In patients with suspected drug- or toxin-associated PAH, it is recommended to immediately discontinue the causative agent whenever possible | I | C |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | |
|---|---|---|
| Immediate PAH therapy should be considered in patients who present with intermediate-/high-risk PAH at diagnosis | IIa | C |
| Patients with low-risk PAH should be re-evaluated 3–4 months after discontinuing the suspected drug or toxin, and PAH therapy may be considered when the haemodynamics have not normalized | IIb | C |

© ESC/ERS 2022

PAH, pulmonary arterial hypertension; PH, pulmonary hypertension.
[a]Class of recommendation.
[b]Level of evidence.

## 7.2. Pulmonary arterial hypertension associated with connective tissue disease

Pulmonary arterial hypertension is a well-known pulmonary vascular complication of SSc,[173,502–504] systemic lupus erythematosus (SLE),[505–507] mixed CTD,[506] and, rarely, dermatomyositis[508] and Sjögren's syndrome.[509] Conversely, the relationship between rheumatoid arthritis and PAH is not established.[510] After IPAH, PAH-CTD is the second most prevalent type of PAH in western countries.[511]

Systemic sclerosis, particularly in its limited variant, represents the main cause of PAH-CTD in Europe and the USA (SLE being more common in Asia).[173,502,506] The prevalence of pre-capillary PH in large cohorts of patients with SSc is 5–19%.[173,502] In these patients, PH may occur in association with ILD[504,512] or as a result of PAH,[173,502–504,506] sometimes with features of venous/capillary involvement.[504,513] Moreover, group 2 PH-LHD is also common due to myocardial SSc involvement.[504,514] Of note, patients with SLE may also present with PAH, LHD, ILD, and CTEPH (mostly in the setting of antiphospholipid syndrome). It is therefore essential to carefully determine which mechanism is operative in a given patient, since this will dictate treatment in the context of a multifaceted disease.

Cluster analysis performed in patients with SSc has shown that pre-capillary PH can be characterized into distinct clusters that differ in prognosis.[503] One cluster, characterized by the presence of extensive ILD, and another by severely impaired haemodynamics carried a dismal prognosis, while the two others showed either the absence of ILD or the presence of limited ILD, with mild-to-moderate risk PAH and a relatively favourable overall prognosis.[503]

### 7.2.1. Epidemiology and diagnosis

There is a strong female predominance in PAH-CTD (female/male ratio 4:1), and mean age at diagnosis is commonly >50 years, especially in SSc.[173,502–511,513,515,516] In the setting of a CTD, patients may present with concomitant disorders such as ILD, and have shorter survival compared with patients with IPAH.[503] The unadjusted risk of death for PAH-SSc compared with IPAH is 2.9, and the predictors of outcome are broadly similar to those for IPAH.[516,517] Symptoms and clinical presentation are also similar to IPAH, and some patients thought to have IPAH can be identified as having an associated CTD by careful clinical examination and immunological screening tests. Chest CT is recommended for evaluating the presence of associated ILD or PVOD/PCH.[504,513,515] An isolated reduction of DLCO is common in PAH-CTD.[173,502–504]

Resting echocardiography combined with other tests is recommended as a screening test in asymptomatic patients with SSc, followed by annual assessments. Screening/early detection is discussed in *Section 5.3.1*. In other CTDs, PH screening in the absence of suggestive symptoms is not recommended, while echocardiography should be performed in the presence of symptoms. As in other forms of PAH, RHC is recommended in all cases of suspected PAH-CTD to confirm diagnosis, determine severity, and rule out LHD.[504]

### 7.2.2. Therapy

Drugs for PAH should be prescribed in PAH-CTD according to the same treatment algorithm as in IPAH (*Figure 9*). Patients with PAH-CTD have been included in most of the major RCTs for regulatory approval of PAH therapy.[518] Some aspects of PAH-CTD treatment differ according to the associated CTD.[506] Immunosuppressive therapy combining glucocorticosteroids and cyclophosphamide may result in clinical improvement in patients with SLE- or mixed CTD-associated PAH,[506] while it is not recommended in PAH-SSc.[519] Patients with SSc and other CTDs may have ILD and/or HFpEF, which needs to be considered when initiating PAH therapy.[504,515] In SSc, the long-term risk/benefit ratio of oral anticoagulation is unfavourable because of an increased risk of bleeding, while VKAs are recommended in PAH-CTD with a thrombophilic predisposition (e.g. antiphospholipid syndrome).[319]

Subgroup analyses of patients with PAH-SSc enrolled in RCTs performed with monotherapy or combination therapy of ERAs, PDE5is, sGC stimulators, prostacyclin receptor agonists, epoprostenol, and prostacyclin analogues have shown positive effects vs. placebo.[301,401,519,520] In some of these trials, the magnitude of the response in the PAH-CTD subgroup was lower than in the IPAH subgroup.[519,520] Continuous i.v. epoprostenol therapy improved exercise capacity, symptoms, and haemodynamics in a 3-month RCT in PAH-SSc.[401] However, a retrospective analysis showed a better effect of i.v. epoprostenol on survival in IPAH compared with PAH-SSc.[521] The choice of PAH therapy in the context of SSc and its systemic manifestations may consider other vascular damage such as digital ulcers.[522]

Connective tissue disease should not be considered as an a priori contraindication for LTx.[523] This has been extensively studied in SSc, where a multidisciplinary approach optimizing SSc management before, during, and after surgery is recommended.[523] Indications and contraindications for transplantation have to be adapted to the specificities of CTD, with a special focus on digestive (gastro-oesophageal reflux disease and intestinal disease), cardiac, renal, and cutaneous involvement.[523]

**Recommendation Table 15** — Recommendations for pulmonary arterial hypertension associated with connective tissue disease

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| In patients with PAH associated with CTD, treatment of the underlying condition according to current guidelines is recommended[166,167,419,524] | I | A |

*Continued*

In patients with PAH associated with CTD, the same treatment algorithm as for patients with IPAH is recommended



C

PAH-CTD, pulmonary arterial hypertension associated with connective tissue disease; IPAH, idiopathic pulmonary arterial hypertension.
*Class of recommendation.
bLevel of evidence.

## 7.3. Pulmonary arterial hypertension associated with human immunodeficiency virus infection

The use of highly active antiretroviral therapy (HAART), and advances in managing opportunistic infections have contributed to increased life expectancy in patients with HIV.[525,526] Consequently, the spectrum of complications has shifted towards other long-term conditions, including PAH. Clinical and histopathological findings in PAH associated with HIV infection (PAH-HIV) share many similarities with IPAH.[1,527] With the availability of HAART given in combination with PAH therapies, the prognosis of PAH-HIV has markedly improved in recent years.[526,528] In addition, the incidence of PAH-HIV has declined in parallel with the increasing availability of HAART.[528] Taken together, these effects on survival and incidence have resulted in a stable PAH prevalence in patients with HIV over recent decades. A French population study indicated that the prevalence of PAH in individuals with HIV infection was 0.46%, which is very similar to the prevalence before the HAART era.[177]

The pathogenesis of PAH-HIV remains unclear. There is no evidence of a direct role of HIV in the pathogenesis of PAH and, although present in inflammatory cells in the lungs, the virus itself has never been found in pulmonary vascular lesions of patients with PAH-HIV.[529] This suggests that an indirect action of viral infection on inflammation and growth factors may act as a trigger in a predisposed patient.

### 7.3.1. Diagnosis

Pulmonary arterial hypertension associated with HIV shares a clinical presentation with IPAH. Before the availability of HAART most patients were in WHO-FC III or IV at diagnosis. Nowadays, patients are diagnosed with much less severe symptoms and haemodynamics. Patients may present with other risk factors for PAH such as liver disease (chronic viral hepatitis B or C) or exposure to drugs or toxins. Patients with PAH-HIV are more likely to be male and i.v. drug abusers.[403,526] There is no correlation between the severity of PAH and the stage of HIV infection or the degree of immunodeficiency.[403,530] Because of its low prevalence, asymptomatic patients with HIV should not be screened for PAH. However, echocardiography should be performed in patients with unexplained dyspnoea to detect HIV-related cardiovascular complications such as myocarditis, cardiomyopathy, or PAH. Right heart catheterization is mandatory to confirm the diagnosis of PAH-HIV and to rule out LHD.[527]

Pulmonary arterial hypertension is an independent risk factor for death in patients with HIV. In the 1990s, before the availability of HAART, patients with PAH-HIV had poor outcomes, with a 3 year survival of <50%.[403] The overall survival has now improved and patients with PAH-HIV have a better prognosis than most patients with other forms of PAH.[526]

### 7.3.2. Therapy

Current recommendations for the treatment of PAH-HIV are largely based on data from IPAH.[25,26]

Treatment of PAH-HIV with HAART has improved functional status and survival in some retrospective studies.[525,526,531] The use of HAART in PAH-HIV is therefore recommended, irrespective of viral load and CD4+ cell count.

Anticoagulation is not recommended because of an increased risk of bleeding and drug interactions.[319,527] Patients with PAH-HIV are usually non-responders to acute vasoreactivity testing and therefore should not receive CCBs.[378]

The prospective, open-label, BREATHE-4 study showed that bosentan markedly improved WHO-FC, exercise capacity, quality of life, and haemodynamics after 16 weeks in patients with PAH-HIV.[532] In a long-term, retrospective series, bosentan therapy was associated with haemodynamic normalization in 10/59 patients.[533] Bosentan potentially interacts with antiretroviral drugs, and close monitoring is required when combined with HAART. Very few patients with PAH-HIV have been included in RCTs with ambrisentan and macitentan, and no definite conclusion can be drawn from those studies.

Positive effects of sildenafil and tadalafil in PAH-HIV have been established in case studies.[534,535] Interactions have been reported between PDE5is and protease inhibitors, resulting in major increases in PDE5i concentrations; these drugs should be introduced at low dosages with careful monitoring of potential side effects, including hypotension.[536,537] There are no data on the use of the sGC stimulator riociguat in PAH-HIV.

Treatment with i.v. epoprostenol resulted in significant improvement in WHO-FC, exercise capacity, haemodynamics, and survival in selected patients with PAH-HIV.[403,538] There are very few data on the use of i.v. or s.c. treprostinil or inhaled iloprost in PAH-HIV.[539,540]

There are no clinical trial data on the use of combination therapy for PAH-HIV. Given the lack of supporting evidence and potential safety concerns when PAH drugs are co-administered with antiretroviral drugs, initial monotherapy with PAH medication is recommended, followed by an individualized use of combination therapy in patients who do not reach a low-risk profile.

**Recommendation Table 16** — Recommendations for pulmonary arterial hypertension associated with human immunodeficiency virus infection

| Recommendations | Classa | Levelb |
|---|---|---|
| In patients with PAH associated with HIV infection, antiretroviral treatment according to current guidelines is recommended[541,542] | I | A |
| In patients with PAH associated with HIV infection, initial monotherapy should be considered, followed by sequential combination if necessary, taking into consideration comorbidities and drug–drug interactions | IIa | C |

HIV, Human immunodeficiency virus; PAH, pulmonary arterial hypertension.
*Class of recommendation.
bLevel of evidence.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

© ESC/ERS 2022

## 7.4. Pulmonary arterial hypertension associated with portal hypertension

Pulmonary arterial hypertension associated with portal hypertension, commonly referred to as PoPH, develops in 2–6% of patients with portal hypertension, with or without liver disease. In PAH registries, PoPH represents 5–15% of the patients.[543–545] Rarely, some patients with PoPH have portosystemic shunts in the absence of portal hypertension (congenital extrahepatic cavoportal shunts).[546] However, PoPH is distinct from hepatopulmonary syndrome (HPS), which is characterized by intrapulmonary vascular dilatations and hypoxaemia. Of note, HPS and PoPH can occur sequentially or concurrently in patients with portal hypertension.[547]

### 7.4.1. Diagnosis

The diagnosis of PoPH is based on the presence of otherwise unexplained pre-capillary PH in patients with portal hypertension or a portosystemic shunt. The diagnostic approach is the same as in other patients with suspected or newly detected PH. Transthoracic echocardiography is usually the first non-invasive assessment in patients with suspected PH, and echocardiography is also recommended as a screening tool in patients evaluated for liver transplantation. As patients with liver disease often have an elevated CO, TRV tends to overestimate PAP in these patients. Hence, RHC with comprehensive haemodynamic assessment is essential to confirm the diagnosis of PH and to distinguish PAH (with elevated PVR) from unclassified PH (with a normal PVR).

### 7.4.2. Therapy

Patients with unclassified PH (i.e. mPAP >20 mmHg, elevated CO, and PVR ≤2.0 WU) should be regularly followed-up but should not be treated with drugs approved for PAH.

In patients with an established diagnosis of PoPH, treatment should follow the same general principles as in other patients with PAH, taking into account the severity of underlying liver disease, the indication for liver transplantation, and the potential effects of PAH medication on gas exchange, which may deteriorate with vasodilators in patients with PoPH.[548,549] All drugs approved for PAH can principally be used to treat patients with PoPH, bearing in mind that these patients are usually excluded from registration studies. Nevertheless, various case series support the use of approved PAH medication in patients with PoPH. The largest series published so far reported on 574 patients with PoPH treated with various PAH drugs, mostly PDE5is or ERAs, alone and in combination.[545] Most patients (56.8%) were in Child–Pugh class A at the time of PAH diagnosis. At the first follow-up, which took place 4.5 months after starting treatment, improvements were seen in haemodynamics, WHO-FC, 6MWD, and BNP/NT-proBNP; survival at 5 years was 51%. In patients presenting with mild liver disease, the main causes of death were PAH progression and malignancy, whereas complications of liver disease were the most common causes of death in patients with advanced liver disease. The 5 year survival of patients who underwent liver transplantation (n = 63) was 81%.

The only RCT dedicated to the treatment of PoPH was PORTICO, a 12 week study that randomized 85 patients to macitentan (n = 43) or placebo (n = 42).[168] PORTICO met its primary endpoint, demonstrating a significant reduction in PVR from baseline (ratio of geometric mean 0.65; 95% CI, 0.59–0.72; P < 0.0001). There were, however,

no differences between the two treatment groups in secondary outcome measures, including WHO-FC, 6MWD, and NT-proBNP.

#### 7.4.2.1. Liver transplantation

Porto-pulmonary hypertension is not per se an indication for liver transplantation. Pulmonary arterial hypertension poses a major threat to patients who undergo liver transplantation when indicated for the severity of liver disease. In a historical series from the Mayo Clinic, severe PAH with mPAP ≥50 mmHg was associated with a 100% perioperative mortality rate. In patients with mPAP 35–50 mmHg and PVR >3.0 WU, mortality was still 50%.[550] In liver transplantation candidates with PAH, targeted medical therapy successfully improves haemodynamics and establishes eligibility for transplantation.[545,551–554] However, haemodynamic criteria for successful liver transplantation have not been firmly established. The International Liver Transplant Society proposed haemodynamic targets of mPAP <35 mmHg and PVR <5 WU, or mPAP ≥35 mmHg and PVR <3 WU in patients receiving PAH therapy, while acknowledging that these criteria need to be further validated.[175] An mPAP ≥45 mmHg is regarded as an absolute contraindication to liver transplantation.[175]

In patients with PoPH who successfully underwent liver transplantation, de-escalation or discontinuation of PAH medication is often feasible, but this has to be performed on an individual basis.[551,554]

**Recommendation Table 17 — Recommendations for pulmonary arterial hypertension associated with portal hypertension**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| Echocardiography is recommended in patients with liver disease or portal hypertension with signs or symptoms suggestive of PH, and as a screening tool in patients evaluated for liver transplantation or transjugular portosystemic shunt | I | C |
| It is recommended that patients with PAH associated with portal hypertension are referred to centres with expertise in managing both conditions | I | C |
| In patients with PAH associated with portal hypertension, initial monotherapy should be considered, followed by sequential combination if necessary, taking into consideration the underlying liver disease and indication for liver transplantation | IIa | C |
| Liver transplantation should be considered on an individual basis in patients with PAH associated with portal hypertension, as long as PVR is normal or near normal with PAH therapy | IIa | C |
| Drugs approved for PAH are not recommended for patients with portal hypertension and unclassified PH (i.e. elevated mPAP, high CO, and a normal PVR) | III | C |

mPAP, mean pulmonary arterial pressure; CO, cardiac output; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; PVR, pulmonary vascular resistance.
[a]Class of recommendation.
[b]Level of evidence.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

## 7.5. Pulmonary arterial hypertension associated with adult congenital heart disease

The presence of PH in adults with CHD has a negative impact on the natural course of CHD, and worsens clinical status and overall outcome.[555] Pulmonary arterial hypertension associated with adult CHD is included in group 1 of the PH clinical classification (*Table 6*) and represents a heterogeneous patient population. Post-capillary PH in adult CHD (e.g. systolic or diastolic, systemic, ventricular dysfunction in combination with shunt lesions or complex adult CHD, and systemic atrioventricular valve dysfunction) should be excluded to determine further management. A specific clinical classification (*Table 21*) is provided to better characterize PAH associated with adult CHD. Some complex CHDs are associated with congenital abnormalities of the pulmonary vascular tree leading to segmental PH. In segmental PH, one or more, but not all, segments of the lung(s) are hypertensive and each hypertensive area may present with PH of different severity, while other parts of the lung vasculature may be hypoplastic. Pulmonary atresia with ventricular septal defect and systemic-to-pulmonary collaterals is the most frequent condition, but other complex CHDs may also lead to segmental PH.

Approximately 3–7% of patients with adult CHD will eventually develop PAH; it is more frequently encountered in females, and the incidence depends on the underlying lesion and increases with age and age at defect closure.[556] The estimated prevalence of PAH in patients after correcting a simple cardiac defect is 3%.[557] The epidemiology of PAH associated with adult CHD is expected to change due to advances in diagnostic and therapeutic paediatric cardiology, resulting in fewer patients with simple adult CHD and more patients with complex lesions and/or closed defects who develop PAH in adulthood.[558]

The clinical presentation of Eisenmenger syndrome, an advanced form of adult CHD-associated PAH, is characterized by the multiorgan effects of chronic hypoxaemia, including cyanosis, and haematological changes, including secondary erythrocytosis and thrombocytopenia; the main symptoms are dyspnoea, fatigue, and syncope. Eisenmenger syndrome may also present with haemoptysis, chest pain, cerebrovascular accidents, brain abscesses, coagulation abnormalities, and sudden death. Patients with adult CHD and Down syndrome are at an increased risk of developing Eisenmenger syndrome.

### 7.5.1. Diagnosis and risk assessment

The diagnostic work-up of PAH associated with adult CHD should be based on the presence of symptoms and includes medical history, physical examination, PFTs, ABG, imaging (especially echocardiography), and exercise and laboratory testing. Of note, standard echocardiographic criteria for detecting PH may not be applicable in complex adult CHD.[559] Right heart catheterization with compartmental oximetry for calculating pulmonary blood flow/systemic blood flow (Qp/Qs) is required to confirm PAH diagnosis and guide therapeutic interventions. Thermodilution should be avoided in the presence of intracardiac shunts, and direct Fick is the most accurate method. Pulmonary vascular resistance may be overestimated due to erythrocytosis.[560] Interpreting invasive haemodynamics (see *Section 5.1.12*) should be made in the context of multiparametric assessment of exercise capacity, laboratory testing, and imaging.

Predictors of worse outcomes in adult CHD-associated PAH are WHO-FC III–IV, exercise intolerance assessed by 6MWD or peak $VO_2$, history of hospitalization for right HF, biomarkers (NT-proBNP >500 pg/mL, C-reactive protein >10 mg/mL, high serum creatinine, and low albumin levels), iron deficiency, and echocardiographic indices of RV dysfunction.[559,561] When compared with patients with IPAH, patients with Eisenmenger syndrome may have a relatively stable long-term clinical course. The right ventricle is unloaded by the right-to-left shunt, sustaining CO at the expense of hypoxaemia and cyanosis. However, due to immortal time bias, prognosis of Eisenmenger syndrome is not as favourable as previously thought.[562]

As in other forms of PAH, risk assessment is important to guide therapy, and specific risk factors have been described in Eisenmenger syndrome. A large multicentre study showed that mortality in adults with Eisenmenger syndrome was predicted by the presence of pretricuspid shunt, advancing age, low rest oxygen saturation, absence of sinus rhythm, and presence of pericardial effusion.[563]

---

**Table 21** Clinical classification of pulmonary arterial hypertension associated with congenital heart disease

(1) Eisenmenger syndrome

Includes all large intra- and extracardiac defects that begin as systemic-to-pulmonary shunts and progress to severely elevated PVR and to reverse (pulmonary-to-systemic) or bidirectional shunting. Cyanosis, secondary erythrocytosis, and multiple organ involvement are usually present. Closing the defects is contraindicated.

(2) PAH associated with prevalent systemic-to-pulmonary shunts
- Correctable[a]
- Non-correctable

Include moderate-to-large defects. PVR is mildly to moderately increased and systemic-to-pulmonary shunting is still prevalent, whereas cyanosis at rest is not a feature.

(3) PAH with small/coincidental[b] defects

Markedly elevated PVR in the presence of cardiac defects considered haemodynamically non-significant (usually ventricular septal defects <1 cm and atrial septal defects <2 cm of effective diameter assessed by echocardiography), which themselves do not account for the development of elevated PVR. The clinical picture is very similar to IPAH. Closing the defects is contraindicated.

(4) PAH after defect correction

Congenital heart disease is repaired, but PAH either persists immediately after correction or recurs/develops months or years after correction in the absence of significant, post-operative, haemodynamic lesions.

IPAH, idiopathic pulmonary arterial hypertension; PAH, pulmonary arterial hypertension; PVR, pulmonary vascular resistance.
[a]With surgery or intravascular percutaneous procedure, see also the *Recommendation Table 18* for shunt closure.
[b]The size applies to adult patients. However, also in adults, the simple diameter may be insufficient for defining the haemodynamic relevance of the defect, and also the pressure gradient, the shunt size and direction, and the pulmonary-to-systemic flows ratio should be considered.

© ESC/ERS 2022

### 7.5.2. Therapy

Outcomes in adult CHD-associated PAH have improved with the availability of new PAH therapies, advances in surgical and perioperative management, and a team-based, multidisciplinary approach in PH centres. These patients should be managed by specialized health professionals. Patient education, behavioural modifications, and social and psychological support are all important aspects of management.

Shunt closure (surgical or interventional) may only be considered in patients with prevalent systemic-to-pulmonary shunting without significantly increased PVR. Criteria for defect closure based on Qp/Qs ratio and (baseline and/or after targeted PAH treatment) PVR have been proposed by the 2020 ESC Guidelines for the management of adult congenital heart disease.[101] Decisions on shunt closure should not be made on haemodynamic numbers alone, and a multiparametric strategy should be followed. For instance, shunt closure is not indicated in the case of desaturation during exercise in the 6MWT or CPET, or when there is secondary erythrocytosis suggesting dynamic reversal of shunt. There is no evidence for a long-term benefit of a treat-and-repair approach in patients with adult CHD-associated PAH with prevalent systemic-to-pulmonary shunts; therefore, there is a need for future prospective studies.[564] Defect closure is contraindicated in all patients with Eisenmenger syndrome, and may also adversely affect patients with small/coincidental defects that behave similarly to IPAH.[565] There are no prospective data available on the usefulness of vasoreactivity testing, balloon closure testing, or lung biopsy for assessing operability and normalization of PVR after closure.[566]

Patients with adult CHD-associated PAH may present with clinical deterioration in different circumstances, such as arrhythmia, during non-cardiac surgery requiring general anaesthesia, dehydration or bleeding, thrombo-embolism, and lung infections. Surgeries should be limited to those deemed essential, and performed in specialized centres with anaesthetists experienced in adult CHD and PAH. Endocarditis should be suspected in patients with sepsis, whereas a cerebral abscess should be excluded in those with neurological symptoms or new headache, especially in those with low oxygen saturations and complex anatomies. It is recommended to avoid strenuous exercise, but mild and moderate activities seem to be beneficial.[567] Patients should receive all recommended vaccinations and endocarditis prophylaxis in the presence of cyanosis. Although pregnant patients with left-to-right shunts and stable, well-controlled PAH have tolerated pregnancy well under specialized care, pregnancy is still associated with both high maternal mortality and foetal complications in Eisenmenger syndrome and should be discouraged in this setting;[568,569] hence, effective contraception is highly recommended. Levonorgestrel-based, long-acting, reversible contraception implants or intrauterine devices have been recommended for these patients.[570]

Secondary erythrocytosis is beneficial for adequate oxygen transport and delivery, and routine phlebotomy should be avoided whenever possible. Symptoms of hyperviscosity in the presence of haematocrit >65% should be approached with appropriate hydration. Iron deficiency should be corrected. When i.v. iron supplementation is administered, special care should be taken to avoid air emboli during administration.[571] Supplemental oxygen therapy has not been shown to impact survival.

Oral anticoagulant treatment with VKAs may be considered in patients with large PA aneurysms with thrombus, atrial arrhythmias, and previous thrombo-embolic events, but with low bleeding risk. In patients with very high Hb levels (>20 mg/dL), standard international normalized ratio measures are less accurate, and citrate-adjusted blood bottles must be used. Regarding using novel oral anticoagulants (NOACs), a large, nationwide, German, adult CHD database (including 106 NOAC-treated patients with Eisenmenger syndrome) showed that NOAC users had higher long-term risk of bleeding, major adverse cardiovascular events, and mortality compared with those on VKAs, suggesting that initiating NOACs should be reserved for experienced adult CHD centres, carefully weighing potential benefits and risks.[572,573]

Compared with other group 1 subgroups, limited data exist on the use of drugs approved for PAH in patients with adult CHD-associated PAH. Bosentan improved 6MWD and decreased PVR in patients with Eisenmenger syndrome in WHO-FC III.[574] Patients with more complex lesions were less likely to respond to PAH therapies compared with patients with simple lesions. An RCT investigating the efficacy of macitentan found no effect on 6MWD in a mixed cohort of patients with Eisenmenger syndrome (6MWD improved in both treatment and placebo arms), although decreases in NT-proBNP and PVR were noted in the macitentan arm.[575]

Experiences with other ERAs and PDE5is have shown favourable functional and haemodynamic results in Eisenmenger syndrome.[576] In a small, single-centre, pilot study, adding nebulized iloprost to a background of oral PAH therapy failed to improve 6MWD in Eisenmenger syndrome.[577] In case symptoms persist or in clinical deterioration, a sequential and symptom-orientated treatment strategy is recommended in Eisenmenger syndrome, starting with an oral ERA (or PDE5i) and escalating therapy. Should symptoms not adequately improve with oral therapies, i.v./s.c. options should be proactively considered.[578] There is a theoretical risk of paradoxical embolism in right-to-left shunt lesions with the presence of a central venous catheter for i.v. therapy; therefore, s.c. prostacyclin analogue infusion may be considered.

The effect of PAH therapies in patients with prevalent systemic-to-pulmonary shunts is less well established. Patients with small/coincidental defects should be treated with PAH medication.[557] This is also the case for patients with PAH after defect correction who have increased mortality compared with those with Eisenmenger syndrome.[579] These patients were included in major RCTs with PAH therapies and should be evaluated based on comprehensive risk assessment (*Table 16*).[580] The effect of PAH therapies in patients with segmental PH remains a matter of debate.[101,581] While some series have reported promising results, there have been cases where therapies were not tolerated.[581] Similarly, using PAH therapies in Fontan circulation has yielded conflicting results, and results of further studies are awaited.[582–584]

Heart–lung transplantation or LTx with heart surgery is an option in highly selected cases not responsive to medical treatment; however, it is limited by organ availability and lesion complexity. Mortality is high during the first year after surgery, especially after heart–lung transplantation, but remains relatively low thereafter.[585]

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**63**

**Recommendation Table 18 — Recommendations for shunt closure in patients with pulmonary–systemic flow ratio >1.5:1 based on calculated pulmonary vascular resistance**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| In patients with an ASD, VSD, or PDA and a PVR <3 WU, shunt closure is recommended | I | C |
| In patients with an ASD, VSD, or PDA and a PVR of 3–5 WU, shunt closure should be considered | IIa | C |
| In patients with an ASD and a PVR >5 WU that declines to <5 WU with PAH treatment, shunt closure may be considered | IIb | C |
| In patients with a VSD or PDA and a PVR >5 WU, shunt closure may be considered after careful evaluation in specialized centres | IIb | C |
| In patients with an ASD and a PVR >5 WU despite PAH treatment, shunt closure is not recommended | III | C |

ASD, atrial septal defect; PAH, pulmonary arterial hypertension; PDA, patent ductus arteriosus; PVR, pulmonary vascular resistance; VSD, ventricular septal defect; WU, Wood units.
Decisions on shunt closure should not be made on haemodynamic numbers alone; a multiparametric strategy should be followed (see Section 7.5.2).
[a]Class of recommendation.
[b]Level of evidence.

**Recommendation Table 19 — Recommendations for pulmonary arterial hypertension associated with adult congenital heart disease**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **Risk assessment** | | |
| Risk assessment is recommended for patients with persistent PAH after defect closure | I | C |
| Risk assessment should be considered in patients with Eisenmenger syndrome | IIa | C |
| **Treatment** | | |
| Bosentan is recommended in symptomatic patients with Eisenmenger syndrome to improve exercise capacity[574] | I | B |
| In patients with Eisenmenger syndrome, the use of supplemental oxygen therapy should be considered in cases where it consistently increases arterial oxygen saturation and reduces symptoms | IIa | C |
| Supplemental iron treatment should be considered in patients with iron deficiency | IIa | C |
| In patients with adult CHD, including Eisenmenger syndrome, other ERAs, PDE5is, riociguat, prostacyclin analogues, and prostacyclin receptor agonists should be considered | IIa | C |

*Continued*

| | Class[a] | Level[b] |
|---|---|---|
| In patients with PAH after corrected adult CHD, initial oral combination therapy with drugs approved for PAH should be considered for patients at low and intermediate risk, while initial combination therapy including i.v./s.c. prostacyclin analogues should be considered for patients at high risk | IIa | C[c] |
| In patients with adult CHD, including Eisenmenger syndrome, sequential combination therapy should be considered if patients do not meet treatment goals | IIa | C |
| In the absence of significant haemoptysis, oral anticoagulant treatment may be considered in patients with Eisenmenger syndrome with pulmonary artery thrombosis | IIb | C |
| In women with Eisenmenger syndrome, pregnancy is not recommended | III | C |
| In patients with Eisenmenger syndrome, routine phlebotomy to lower elevated haematocrit is not recommended | III | C |

CHD, congenital heart disease; ERA, endothelin receptor antagonist; i.v., intravenous; PAH, pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor; s.c., subcutaneous.
[a]Class of recommendation.
[b]Level of evidence.
[c]Level of evidence differs from the 2020 ESC Guidelines for the management of adult congenital heart disease because the number of patients with adult CHD included in the AMBITION study was very low.

## 7.6. Pulmonary arterial hypertension associated with schistosomiasis

Schistosomiasis is one of the most common chronic infectious diseases worldwide, affecting around 200 million people.[586,587] Schistosomiasis-associated PAH is present in 5% of patients with the hepatosplenic form of the disease.[586] It is thus a leading cause of PAH, especially in some regions of South America, Africa, and Asia. Compared with patients with IPAH, patients with schistosomiasis-associated PAH present with higher CO and lower PVR, and have a better survival.[587] Registry data suggest that survival in schistosomiasis-associated PAH has improved in recent years with the use of PAH drugs.[588]

## 7.7. Pulmonary arterial hypertension with signs of venous/capillary involvement

The common risk factors, identical genetic substrate, and indistinguishable clinical presentations of PCH and PVOD necessitate their consideration as a single disease belonging to the group 1 PH spectrum of diseases (PAH with signs of venous/capillary involvement).[1,425,589] In PVOD/PCH, post-capillary lesions affecting septal veins and pre-septal venules consist of loose, fibrous remodelling of the intima that may totally occlude the lumen.[1,425,589,590] These changes are frequently associated with PCH consisting of capillary

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

© ESC/ERS 2022

ectasia and proliferation, with doubling and tripling of the alveolar septal capillary layers that may be focally distributed within the alveolar interstitium.[425,590]

The proportion of patients with IPAH that fulfil the criteria for PVOD/PCH is ~10%, resulting in a lowest estimate of PVOD/PCH incidence and prevalence of <1 case/million.[425] In contrast to IPAH, there is a male predominance in PVOD/PCH and its prognosis is worse.[425,589,591] Familial PVOD/PCH typically occurs in the young siblings of one generation, with unaffected and sometimes consanguineous parents, indicating that the disease segregates as a recessive trait.[158,425,591] Biallelic mutations in the *EIF2AK4* gene cause heritable PVOD/PCH.[158] In addition, PVOD/PCH can complicate the course of associated conditions, such as SSc,[425] or be associated with exposure to environmental triggers, such as alkylating agents (cyclophosphamide, mitomycin C)[34] and solvents (trichloroethylene).[38]

### 7.7.1. Diagnosis

Most patients complain of non-specific dyspnoea on exertion and fatigue.[590] Physical examination may reveal digital clubbing and bibasal crackles on lung auscultation.[590] Pulmonary arterial hypertension and PVOD/PCH share the same haemodynamic profile as pre-capillary PH.[590,591] The PAWP is not elevated because the pulmonary vascular changes occur in small venulae and capillaries, while the LA filling pressure remains normal.[590,591] A diagnosis of PVOD/PCH is based on the results of tests suggesting venous post-capillary involvement, chronic interstitial pulmonary oedema, and capillary proliferation.[1,590,591] These tests include PFTs (decreased DLCO, frequently <50% theoretical values), ABG (hypoxaemia), and non-contrast chest CT (subpleural thickened septal lines, centrilobular ground-glass opacities, and mediastinal lymphadenopathy).[1,425,589,591,592] Importantly, these patients are at risk of drug-induced pulmonary oedema with PAH therapy, a finding suggestive of PVOD/PCH.[425,591] Detecting biallelic *EIF2AK4* mutations is sufficient to confirm a diagnosis of heritable PVOD/PCH.[158,591,592] Lung biopsy is hazardous in PH and is not recommended for diagnosing PVOD/PCH.[1,425]

### 7.7.2. Therapy

There is no established medical therapy for PVOD/PCH.[425] Compared with IPAH, PVOD/PCH has a poor prognosis and limited response to PAH therapy, with a risk of pulmonary oedema due to pulmonary venous obstruction.[425,591] However, there are reports of incomplete and transient clinical improvement in individual patients with PVOD/PCH treated with PAH therapy, which should be used with great caution in this setting.[425,591] Diuretics, oxygen therapy, and slow titration of PAH therapy can be used on an individual basis.[425] Therefore, therapy for PVOD/PCH should be undertaken at centres with extensive experience in managing PH, and patients should be fully informed about the risks.[425] Anecdotal reports suggest a potential benefit of immunomodulatory treatments, but this approach requires further study.[593] The only curative therapy for PVOD/PCH is LTx, and eligible patients should be referred to a transplant centre for evaluation upon diagnosis.[425,591] Pathological examination of the explanted lungs will confirm the diagnosis.[590]

**Recommendation Table 20** — Recommendations for pulmonary arterial hypertension with signs of venous/capillary involvement

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| A combination of clinical and radiological findings, ABG, PFTs, and genetic testing is recommended to diagnose PAH with signs of venous and/or capillary involvement (PVOD/PCH)[591] | I | B |
| Identification of biallelic *EIF2AK4* mutations is recommended to confirm a diagnosis of heritable PVOD/PCH[158,591] | I | B |
| Referral of eligible patients with PVOD/PCH to a transplant centre for evaluation is recommended as soon as the diagnosis is established | I | C |
| In patients with PVOD/PCH, the use of drugs approved for PAH may be considered with careful monitoring of clinical symptoms and gas exchange | IIb | C |
| Lung biopsy is not recommended to confirm a diagnosis of PVOD/PCH | III | C |

ABG, arterial blood gas analysis; PAH, pulmonary arterial hypertension; PCH, pulmonary capillary haemangiomatosis; PFT, pulmonary function test; PVOD, pulmonary veno-occlusive disease.
[a]Class of recommendation.
[b]Level of evidence.

## 7.8. Paediatric pulmonary hypertension

Pulmonary hypertension may present at all ages, including in infants and children. Pulmonary hypertension in childhood shares many common features with PH in adulthood; however, there are also important differences, which concern epidemiology, aetiology, genetic background, age-dependent diagnostic and treatment approaches, and disease monitoring. An important and conceptually distinctive feature of paediatric PH is injury to developing foetal, neonatal, or paediatric lung circulation.

### 7.8.1. Epidemiology and classification

The reported annual incident rate for paediatric PH is 64/million children.[594] The distribution of the various aetiologies of PH in childhood differs from PH in adulthood.[594-596] Pulmonary arterial hypertension is the most frequent type of PH in children, with the vast majority (82%) of cases being infants with transient PAH (i.e. PPHN or repairable cardiac shunt defects). Of the remaining children with PAH, most have either IPAH, HPAH, or irreversible CHD-associated PAH. The reported incidences of IPAH/HPAH and (non-transient) CHD-associated PAH are 0.7 and 2.2/million children, respectively, with a prevalence of 4.4 and 15.6/million children, respectively.[594] Other conditions associated with PAH (*Table 6*) do occur in children but are rare.

Another significant proportion (34–49%) of children with non-transient PH are neonates and infants with PH associated with respiratory disease, especially developmental lung diseases, including bronchopulmonary dysplasia (BPD), congenital diaphragmatic hernia (CDH), and congenital pulmonary vascular abnormalities.[594-598] These children form a prominent and distinctive group in paediatric PH and are currently classified as PH group 3 associated with

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 10** Neonatal and paediatric vs. adult pulmonary hypertension. ASD, atrial septal defect; AVT, acute vasoreactivity testing; CHD, congenital heart disease; COPD, chronic obstructive pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; GORD, gastro-oesophageal reflux disease; HPAH, heritable pulmonary arterial hypertension; ILD, interstitial lung disease; IPAH, idiopathic pulmonary arterial hypertension; MS, mitral stenosis; NO, nitric oxide; PAH, pulmonary arterial hypertension; PAH-CHD, PAH associated with congenital heart disease; PAH-CTD, PAH associated with connective tissue disease; PAH-HIV, PAH associated with HIV infection; PH, pulmonary hypertension; PoPH, porto-pulmonary hypertension; PPHN, persistent pulmonary hypertension of the newborn; PS, pulmonary arterial stenosis; PVS, pulmonary vein stenosis; RCT, randomized controlled trial; RHC, right heart catheterization; VSD, ventricular septal defect. [a]In patients with idiopathic, heritable or drug-associated PAH. Pulmonary hypertension in neonates and infants significantly differs in aetiology, pathophysiology, risk assessment, and treatment from older children and adults, while PH in older children has more similarities with PH in adults.

developmental lung disease (*Table 6*; *Table S7*). A significant and growing proportion of children with PH associated with respiratory disease is made up of pre-term infants with BPD. Also, newly recognized genetic developmental lung disorders—including alveolar capillary dysplasia, *TBX4*-mutation-related lung disorders, and surfactant abnormalities—are currently classified in this category (*Figure 10*).[599]

Another distinctive feature of PH in children is the high burden of genetic disorders. Childhood PH is often associated with chromosomal, genetic, and syndromic anomalies (11–52%). Like in adults, gene mutations implicated in the pathogenesis of HPAH are found in 20–30% of sporadic cases, where paediatric HPAH seems to be characterized by an enrichment in *TBX4* and *ACVRL1*

variations.[600,601] Additionally, 17% of children with PAH have other disorders known to be associated with PAH, including trisomy 21. Finally, 23% of children with PAH have copy number variations not previously associated with PH.[600,602,603]

Given the frequent association of paediatric PAH with chromosomal, genetic, and syndromic anomalies (for which the mechanistic basis for PAH is generally uncertain), genetic testing may be considered for defining aetiology and comorbidities, stratifying risk, and identifying family members at risk; however, this should be after appropriate expert genetic counselling for the child and family (see *Section 5.1.13*).

The clinical PH classification (*Table 6*) is also followed for paediatric PH. To improve applicability of this classification in infants and children with PH, it has been adapted to give room to PH associated with various congenital cardiovascular and pulmonary diseases or specific paediatric conditions (*Tables S5–S8*).[599]

### 7.8.2. Diagnosis and risk assessment

Historically, the definition of PH in children aged >3 months has been the same as in adults. The definition for PH has now been redefined to mPAP >20 mmHg in adults as well as in children. The impact of an mPAP 21–24 mmHg on outcomes in children is unknown. However, in the interest of consistency and to facilitate transition from paediatric to adult PH care, it is recommended that the updated definition for PH also be followed in children. No treatment recommendations currently exist for this group of children (mPAP 21–24 mmHg).

Regarding the newly introduced criterion to include PVR >2 WU to identify pre-capillary PH in adults, PVR had previously been included in the definition for PAH in children. In children, blood flows are traditionally indexed assuming that systemic and pulmonary blood flows change proportionally with body size, while the transpulmonary pressure gradient does not. Since blood flow is the denominator in the equation for calculating PVR, the need for indexing of PVR in children is emphasized, and the criterion of pulmonary vascular resistance index (PVRI) $\geq$3 WU·m$^2$ in the definition for PAH in children remains unchanged.[599]

Since the aetiology of paediatric PH is very diverse, a methodical and comprehensive diagnostic approach is crucial to reach an accurate diagnosis and treatment plan. As in adults, IPAH is a diagnosis 'per exclusion'. A diagnostic work-up, similar to that in adults but customized for paediatric PH, is recommended.[599] Pre-term infants with BPD should be screened for PH, since PH is prevalent in this population and seriously affects outcome.[604]

Also in children, RHC is the gold standard for definitively diagnosing and establishing the nature of PH, and provides important data for stratifying risk.[604a,605] To identify those suitable for high-dose CCB treatment, acute vasoreactivity testing is recommended in children with IPAH/HPAH. The criteria used in adults for a positive acute response have identified children who will show sustained benefit from CCB therapy; however, these criteria do not define reversibility of PAH or operability in children with CHD. Since RHC in children with PH may be associated with major complications (in 1–3% of cases, especially in young infants and those in worse clinical condition), risks and benefits have to be balanced in the individual child.[605] Heart catheterization in children with PAH should be exclusively performed in experienced paediatric PH centres. Indications for repeated RHC in children with PH are currently not well defined.

Treatment of children with PAH is based on risk stratification.[599] Predictors of worse outcome in paediatric PAH are similar to those in adults, and include clinical evidence of RV failure, progression of symptoms, WHO-FC III–IV, certain echocardiographic parameters (e.g. TAPSE), and elevated serum NT-proBNP. A 6MWD <350 m has also been suggested as a predictor of worse outcome in paediatric PH, but its value in young children is less established. Further prognosticators identified in paediatric PAH are failure to thrive and haemodynamic variables, such as RAP >10 mmHg, the ratio of mean pulmonary-to-systemic blood pressure >0.75, and PVRI >20 WU·m$^2$.[602,606,607] Paediatric risk-assessment tools based on these parameters have been retrospectively validated in observational paediatric registries.[599,604a]

### 7.8.3. Therapy

The ultimate goal of treatment should be to improve survival and facilitate normal childhood activities without limitations. In the absence of RCTs in paediatric PAH, recommended treatment algorithms are extrapolated from those in adults and enhanced with data from observational studies in children with PAH.[599]

Observational cohort studies support treatment algorithms designed for adults to be used for children (including the superiority of combination therapy over monotherapy).[608] Drugs investigated in children, with or without formal approval by the European Medicines Agency (EMA) for treating children with PAH, are shown in *Table 22*.

A paediatric treatment algorithm, derived from that for adults, is based on risk stratification, recommending general measures, high-dose CCB therapy for responders to acute vasoreactivity testing (where close follow-up is mandatory, as some patients may fail long-term therapy), oral or inhaled combination therapy for children at low risk, and combination therapy with i.v./s.c. prostacyclin analogues for those at high risk.[599]

In the case of insufficient response to recommended drug therapy, or when drugs are unavailable, a Potts shunt (a surgical or interventional connection between the left PA and the descending aorta), BAS, or LTx may be considered in children with severe PH (see *Sections 6.3.6.1* and *6.3.8*).[599] Reported clinical experience with Potts shunts is limited to just over 100 patients, predominantly children, with a mortality of 12–25% and long-term clinical benefit in a subset of children with long-term follow-up.[456–459]

Monitoring of treatment effect and disease course is pivotal in managing all patients with PAH (adults and in children). In children with PAH, clinical risk scores including WHO-FC, TAPSE, and serum NT-proBNP are potential treatment targets for goal-orientated treatment.[604a,609]

Contemporary treatment algorithms for infants with PPHN have been proposed but are outside the scope of these guidelines.[610]

The recommendations discussed above apply to children with PAH, whereas the specific group of infants with neonatal PVD, mostly classified as PH associated with developmental lung disease and with heterogeneous aetiology, require a distinct and customized approach (*Figure 10*).

In pre-term infants with BPD and PH, the underlying lung disease should primarily be treated. Frequently, these infants are additionally

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 22**  Use of pulmonary arterial hypertension therapies in children

| Drug | Paediatric study data | European Medicines Agency approval for use in children with PAH | Ref. |
|---|---|---|---|
| **Phosphodiesterase 5 inhibitors (oral)** | | | |
| Sildenafil | RCT, open-label extension: tolerability, efficacy | Yes, for ≥1 year of age<br>Recommended dosing:<br><20 kg: 30 mg/day in 3 doses; ≥20 kg: 60 mg/day in 3 doses<br>Avoid higher dosing in children (>3 mg/kg/day) | 613,614 |
| Tadalafil | RCT, open-label: safety, tolerability, pharmacokinetics | No<br>Suggested dosing:<br>0.5–1 mg/kg/day in one dose<br>Max: 40 mg/day<br>Evaluated only in<br>children aged >3 years | 615,616 |
| **Endothelin receptor antagonists (oral)** | | | |
| Bosentan | Open-label, uncontrolled: safety, tolerability, pharmacokinetics, efficacy | Yes, for ≥1 year of age<br>Paediatric formulation<br>Recommended dosing:<br>4 mg/kg/day in 2 doses<br>Max: 250 mg/day | 617–620 |
| Ambrisentan | Open-label, uncontrolled: safety, tolerability, pharmacokinetics | Yes, for children aged >8 years<br>Recommended dosing:<br>2.5–10 mg/day in one dose | 621,622 |
| Macitentan | Insufficient data in children<br>Open-label, ongoing: efficacy, safety, pharmacokinetics in children aged 2–18 years | No | |
| **Prostacyclin analogues (i.v./s.c.)** | | | |
| Epoprostenol i.v. | Cohort studies, retrospective | No<br>Suggested dosing:<br>Starting dose: 1–2 ng/kg/min<br>without a known maximum<br>In children, a stable dose<br>is usually 40–80 ng/kg/min<br>Dose increases may be required | 623–626 |
| Treprostinil i.v./s.c. | Cohort studies, retrospective: pharmacokinetics | No<br>Suggested dosing:<br>Starting dose: 2 ng/kg/min<br>without a known maximum<br>In children, a stable dose<br>is usually 50–100 ng/kg/min<br>Dose increases may be required | 624,626,627 |
| **Other** | | | |
| Iloprost (inhaled) | Insufficient data in children<br>Small case series, retrospective | No | |
| Selexipag (oral) | Insufficient data in children<br>Randomized, placebo-controlled, add-on, ongoing: safety, tolerability, pharmacokinetics in children aged 2–18 years | No | |
| Riociguat (oral) | Insufficient data in children<br>Open-label, ongoing: safety, tolerability, pharmacokinetics in children aged 6–18 years | No | |

i.v., intravenous; PAH, pulmonary arterial hypertension; RCT, randomized controlled trial; s.c., subcutaneous.

© ESC/ERS 2022

treated with therapies for PAH, including sildenafil and bosentan; however, these are not approved by the EMA for use in infants with group 3 PH and developmental lung diseases (BPD, CDH). Their effects on outcomes in this population are unclear, and data enabling robust treatment recommendations are lacking. These children should be treated by multidisciplinary teams involving cardiologists, neonatologists, pulmonologists, and nutritionists. Pulmonary hypertension in these infants may disappear with lung healing, although long-term cardiovascular sequelae have been reported.[611,612]

### Recommendation Table 21 — Recommendations for paediatric pulmonary hypertension

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **Children** | | |
| It is recommended to perform the diagnostic work-up, including RHC and acute vasoreactivity testing, and treat children with PH at centres with specific expertise in paediatric PH | I | C |
| In children with PH, a comprehensive work-up for confirming diagnosis and specific aetiology is recommended (similar to that in adults, but adapted for age) | I | C |
| For confirming PH diagnosis, RHC is recommended, preferably before initiating any PAH therapy | I | C |
| In children with IPAH/HPAH, acute vasoreactivity testing is recommended to detect those who may benefit from CCB therapy | I | C |
| It is recommended to similarly define a positive response to acute vasoreactivity testing in children and adults by a reduction in mPAP ≥10 mmHg to reach an absolute value of mPAP ≤40 mmHg, with an increased or unchanged CO | I | C |
| In children with PAH, a therapeutic strategy based on risk stratification and treatment response is recommended, extrapolated from that in adults but adapted for age | I | C |
| It is recommended to monitor the treatment response in children with PAH by serially assessing a panel of data derived from clinical assessment, echocardiographic evaluation, biochemical markers, and exercise tolerance tests | I | C |
| Achieving and maintaining a low-risk profile should be considered as an adequate treatment response for children with PAH | IIa | C |
| **Infants** | | |
| It is recommended to screen infants with bronchopulmonary dysplasia for PH[628,629] | I | B |
| In infants with (or at risk of) bronchopulmonary dysplasia and PH, treating lung disease—including hypoxia, aspiration, and structural airway disease —and optimizing respiratory support is recommended before initiating PAH therapy[630] | I | B |

*Continued*

| In neonates and infants, a diagnostic and therapeutic approach to PH distinct from that in older children and adults should be considered, given the frequent association with developmental vascular and parenchymal lung disease | IIa | C |
|---|---|---|



© ESC/ERS 2022

CCB, calcium channel blocker; CO, cardiac output; HPAH, heritable pulmonary arterial hypertension; IPAH, idiopathic pulmonary arterial hypertension; mPAP, mean pulmonary arterial pressure; PAH, pulmonary arterial hypertension; PH, pulmonary hypertension; RHC, right heart catheterization.
[a]Class of recommendation.
[b]Level of evidence.

# 8. Pulmonary hypertension associated with left heart disease (group 2)

## 8.1. Definition, prognosis, and pathophysiology

Among patients with LHD, PH and RV dysfunction are frequently present and associated with high mortality.[47] This includes patients with HF with reduced, mildly reduced, or preserved ejection fraction (HFrEF, HFmrEF, or HFpEF), left-sided valvular heart disease, and congenital/acquired cardiovascular conditions leading to post-capillary PH.[13,631-635] Arguably, PH-LHD represents the most prevalent form of PH, accounting for 65–80% of cases.[47]

Consistent with the general definitions of PH, PH-LHD (group 2 PH) is defined by an mPAP >20 mmHg and a PAWP >15 mmHg. Within this haemodynamic condition of post-capillary PH, IpcPH is defined by PVR ≤2 WU and CpcPH by PVR >2 WU (*Table 5*). The diastolic pressure gradient (DPG) (calculated as the difference between dPAP and PAWP) is no longer used to distinguish between IpcPH and CpcPH because of conflicting data on prognostication in LHD.[142]

Across the spectrum of LHD, increases in PAP and PVR are associated with an increased disease burden and a worse outcome.[13,631,633,635] In a large patient cohort—predominantly with post-capillary PH—a PVR ≥2.2 WU was associated with adverse outcomes and considered abnormal.[13] However, even within this subgroup of patients with LHD and CpcPH, the risk of mortality increases with progressive elevation in PVR. In patients with advanced HFrEF and those with HFpEF or valvular heart disease, a PVR >5 WU carries additional prognostic information and is considered clinically meaningful by physicians.[142,450,631-639] Elevated PVR also appears to be associated with decreased survival in special situations, such as in patients undergoing interventions for correcting valvular heart disease,[634] heart transplantation,[142,633] or LVAD implantation.[142,637] Based on available data, a PVR >5 WU may indicate a severe pre-capillary component, the presence of which may prompt physicians to refer patients to PH centres for specialized care.

The prevalence of PH in patients with LHD is difficult to assess and depends on the methodology of diagnostic testing (echocardiography or invasive haemodynamics), cut-off values used to define PH, and populations studied. Observational studies suggest an estimated prevalence of PH of 40–72% in patients with HFrEF and 36–83% in those with HFpEF.[48,639-643] When PVR is used to define

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 11** Pathophysiology of pulmonary hypertension associated with left heart disease (group 2). CpcPH, combined post- and pre-capillary pulmonary hypertension; HFmrEF, heart failure with mildly reduced ejection fraction; HFpEF, heart failure with preserved ejection fraction; HFrEF, heart failure with reduced ejection fraction; IpcPH, isolated post-capillary pulmonary hypertension; LA, left atrial; LHD, left heart disease; RV, right ventricle/right ventricular; PA, pulmonary artery; PH, pulmonary hypertension. ªCpcPH is defined by post-capillary PH and PVR >2 WU; a PVR >5 WU may be considered a severe pre-capillary component.

a pre-capillary component in patients with HF and post-capillary PH, ~20–30% of patients are categorized as having CpcPH.[47,644,645] In patients with valvular heart disease, echocardiographic studies have shown that PH is present in up to 65% of patients with symptomatic aortic stenosis,[646–651] while virtually all patients with severe mitral

valve stenosis develop PH,[652] which can also be found in most patients with significant degenerative or functional mitral regurgitation.

The pathophysiology of PH-LHD combines several mechanisms (*Figure 11*): (1) an initial passive increase in LV filling pressures and backward transmission into the pulmonary circulation; (2) PA

endothelial dysfunction (including vasoconstriction); (3) vascular remodelling (which may occur in both venules and/or arterioles); (4) RV dilatation/dysfunction and functional TR;[653–656] and (5) altered RV–PA coupling.[656,657] The haemodynamic profile of CpcPH vs. IpcPH and elevated PVR reflects pulmonary vascular abnormalities, which contribute to an increased RV afterload. Resulting dysfunction of the RV is frequent and associated with a worse prognosis in patients with PH-LHD. In HFpEF, where RV dysfunction may occur via distinct mechanisms (*Figure S1*), deterioration of RV, but not LV systolic function, has been observed over time, and both prevalent and incident RV dysfunction are predictors of mortality.[658]

The occurrence of PH in patients with LHD may also be due to other causes, including undetected CTEPH or PAH. Further, respiratory comorbidities such as COPD and sleep apnoea are also common in patients with LHD and may contribute to PH and impact prognosis. Patients with HFpEF and PH associated with HFpEF[75,76] may also present with a low DLCO, which is an independent predictor of outcome.[75]

## 8.2. Diagnosis

In patients with LHD, symptoms (e.g. exertional dyspnoea) and physical signs of PH (e.g. peripheral oedema) frequently overlap with those of the underlying left heart condition and are mostly non-specific. However, while pulmonary congestion or pleural effusion indicate LHD as the underlying cause of PH, other features may suggest the presence of relevant PH (see *Section 5.1.1*).

Routine diagnostic tests including BNP/NT-proBNP, ECG, and echocardiography may show signs of underlying LHD, but may also indicate PH. While BNP/NT-proBNP cannot discriminate between left- or right-sided HF, ECG findings such as right axis deviation or RV strain may suggest the presence of PH in patients with LHD. Echocardiography can diagnose HFrEF and HFpEF; identify specific cardiac conditions, including those with restrictive filling pattern; and diagnose additional valvular heart disease; it may also detect elevated sPAP and other features of PH (RA area, PA enlargement, RV/LV ratio, LV eccentricity index, RV forming the apex), leading to an echocardiographic probability of PH (see *Section 5.1.5*). A stepwise, composite echocardiographic score may discriminate pre- vs. post-capillary PH and predict PVD in patients with LHD.[659,660] Additional information may be gathered from further testing, including biomarkers, imaging-derived markers of RV dysfunction, and CPET-derived variables.[142]

Given the complexity and variability of cardiopulmonary haemodynamics in patients with LHD, the distinction between post- and pre-capillary PH and the diagnosis of PH-LHD vs. other forms of PH can be challenging. Diagnostic clues in the evaluation of suspected PH in LHD include: (1) diagnosis and control of the underlying LHD; (2) evaluation for PH and patient phenotyping; and (3) invasive haemodynamic evaluation, when indicated.

### 8.2.1. Diagnosis and control of the underlying left heart disease

Patients with suspected PH-LHD will have an established diagnosis of LHD, such as HFrEF/HFmrEF, HFpEF, valvular heart disease, and/or CHD. The distinction between PH associated with HFpEF and other forms of PH (e.g. PAH, CTEPH) may be challenging, particularly given the increased burden of cardiovascular comorbidities in real-world

PAH populations.[142,293,450,661] In this context, validated scores for diagnosing HFpEF (HFA-PEFF, H2FPEF)[16,662,663] may be helpful for detecting it as an underlying condition in PH, and the presence or absence of risk factors for PAH or CTEPH should be determined. Patients with signs of predominant RV strain and/or PH should be further evaluated. Patients should be assessed or reassessed when they are fully recompensated and in a clinically stable condition.

### 8.2.2. Evaluation of pulmonary hypertension and patient phenotyping

Patients with LHD and suspected PH should be evaluated following the diagnostic strategy for PH (see *Section 5*). This requires identifying clinical features and a multimodal approach using non-invasive diagnostic tests such as echocardiography, ECG, and BNP/NT-proBNP levels. In the presence of mild PH and predominant LHD, no further testing may be necessary. Otherwise, CTEPH and significant lung disease should be ruled out by V/Q scan and PFTs, and additional cardiac imaging including cMRI may be considered in selected cases. For phenotyping, a combination of variables may help to determine the likelihood of LHD, and HFpEF in particular, vs. other causes of PH (*Table 23*). Pulmonary hypertension associated with left heart disease is likely in the presence of known cardiac disease, multiple cardiovascular comorbidities/risk factors, atrial fibrillation at diagnosis, and specific imaging findings (LV hypertrophy, increased LA size, and reduced LA strain). Although exercise echocardiography has been proposed to uncover HFpEF, it is unable to diagnose or classify PH in this context. A combination of clinical findings and phenotyping is required to decide about the need for further invasive assessment.

### 8.2.3. Invasive assessment of haemodynamics

The decision to perform cardiac catheterization and to invasively assess cardiopulmonary haemodynamics should depend on the presence of an intermediate to high echocardiographic probability of PH, and should be determined by the need to obtain relevant information for prognostication or management. In patients with a high likelihood of LHD as the main cause of PH, or with established underlying LHD and mild PH (*Table 23*), invasive assessment for PH is usually not indicated. Indications for RHC in this context include: (1) suspected PAH or CTEPH; (2) suspected CpcPH with a severe pre-capillary component, where further information will aid phenotyping and treatment decisions (*Figure S2*); and (3) advanced HF and evaluation for heart transplantation. While several haemodynamic measures (mPAP, PVR, pulmonary arterial compliance [PAC], transpulmonary pressure gradient, and DPG) are associated with outcomes in PH-LHD,[142,632,635] the most robust and consistent data are available for PVR. Invasive assessment should be conducted in experienced centres, when management of the underlying LHD has been optimized and patients are in a clinically stable condition. With respect to respiratory variations of intrathoracic pressures, all pressure readings should be taken at end-expiration.

Additional testing during RHC may be useful for distinguishing between PAH and HFpEF,[18,23,664–669] and to uncover LHD in patients with a high likelihood of PH-LHD and normal resting PAWP.[670–673] both exercise testing and fluid challenge may be considered in special situations (see *Section 5.1.12*). Conditions associated with reduced LV diastolic compliance or valvular heart disease may be associated

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Table 23** Patient phenotyping and likelihood for left heart disease as cause of pulmonary hypertension

| Feature | PH-LHD unlikely | Intermediate probability | PH-LHD likely |
|---|---|---|---|
| Age | <60 years | 60–70 years | >70 years |
| Obesity, hypertension, dyslipidaemia, glucose intolerance/diabetes | No factors | 1–2 factors | >2 factors |
| Presence of known LHD | No | Yes | Yes |
| Previous cardiac intervention | No | No | Yes |
| Atrial fibrillation | No | Paroxysmal | Permanent/persistent |
| Structural LHD | No | No | Present |
| ECG | Normal or signs of RV strain | Mild LVH | LBBB or LVH |
| Echocardiography | No LA dilation<br>E/e′ <13 | No LA dilation<br>Grade <2 mitral flow | LA dilation (LAVI >34 mL/m$^2$)<br>LVH<br>Grade >2 mitral flow |
| CPET | High VE/VCO$_2$ slope<br>No EOV | Elevated VE/VCO$_2$ slope<br>EOV | Mildly elevated VE/VCO$_2$ slope<br>EOV |
| cMRI | No left heart abnormalities | | LVH<br>LA dilation (strain or LA/RA >1) |

cMRI, cardiac magnetic resonance imaging; CPET, cardiopulmonary exercise testing; E/e′, ratio between early mitral inflow velocity and mitral annular early diastolic velocity; ECG, electrocardiogram; EOV, exercise oscillatory ventilation; LA, left atrial; LAVI, left atrial volume index; LBBB, left bundle branch block; LHD, left heart disease; LVH, left ventricular hypertrophy; PH, pulmonary hypertension; PH-LHD, left heart disease associated with pulmonary hypertension; RA, right atrium; RV, right ventricle; VE/VCO$_2$, ventilatory equivalents for carbon dioxide.

Assigning the likelihood of LHD as a cause of PH. This assessment may help to decide which patients should undergo a full work-up, including invasive haemodynamic assessment (see *Figure 11* and *Figure S2*).

with a rapid increase in PAWP when challenged with increased systemic venous return.[674] While the upper limit of normal remains controversial,[142,143,665,667] a PAWP cut-off of >18 mmHg has been suggested to identify HFpEF as the underlying cause of PH, despite normal PAWP at baseline.[143] While this may help to classify PH, therapeutic consequences of such testing remain to be determined.

As differentiating between severe PH associated with HFpEF and IPAH with cardiac comorbidities is challenging, patients with an unclear diagnosis, particularly those with a predominant pre-capillary component (e.g. PVR >5 WU), should be referred to a PH centre for individualized management.

## 8.3. Therapy

The primary strategy in managing PH-LHD is optimizing treatment of the underlying cardiac disease. Nevertheless, a pathophysiological sequence ranging from left-sided heart disease via pulmonary circulation to chronic right heart strain (at rest or exercise) is present in many patients.[47] Since deterioration of RV function over time is associated with poor outcomes in HFpEF,[658] preserving RV function should be considered an important treatment goal. Diuretics remain the cornerstone of medical therapy in the presence of fluid retention due to PH-LHD.

There is limited and conflicting evidence for the use of drugs approved for PAH in patients with group 2 PH. Some medications

may have variable and potentially detrimental effects in such patients and are therefore not indicated in PH-LHD. Management strategies for PH in various left heart aetiologies are described below.

### 8.3.1. Pulmonary hypertension associated with left-sided heart disease

#### 8.3.1.1. Heart failure with reduced ejection fraction

Patients with HFrEF or HFmrEF require guideline-directed treatment including established medical and interventional therapies.[27] In patients with advanced HFrEF, implanting an LVAD may significantly reduce or even normalize mPAP,[675] although this is not achieved in all patients,[676] and an increased DPG emerged as a negative prognostic factor after LVAD implantation.[677] With regards to PAH drugs, bosentan was assessed in an RCT of patients with PH associated with HFrEF,[678] showing no efficacy but an increase in adverse events compared with placebo, predominantly related to fluid retention. Small studies have suggested that sildenafil may improve haemodynamics and exercise capacity in PH and HFrEF,[679–681] but RCTs are lacking.

#### 8.3.1.2. Heart failure with preserved ejection fraction

In patients with HFpEF, blood pressure, volume load, and risk factors should be controlled, which may lower filling pressures and PAP.[27] Recently, the SGLT-2i empagliflozin improved outcomes in patients

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

with an LV ejection fraction of 40–60%.[682] Endothelin receptor antagonists have not proved successful in this population, as both bosentan[683] and macitentan[684] failed to show efficacy but rather led to more adverse events (fluid retention) vs. placebo in patients with HFpEF-associated PH and HF with ejection fraction >35%-associated CpcPH, respectively. Phosphodiesterase 5 inhibitors were assessed in two small RCTs in patients with HFpEF and PH with distinct haemodynamic characteristics. In patients with a predominantly IpcPH profile, sildenafil had no effect on mPAP (primary endpoint) or other haemodynamic and clinical measures vs. placebo.[685] In patients with a predominantly CpcPH profile, sildenafil improved haemodynamics, RV function, and quality of life at 6 and 12 months vs. placebo.[686] Furthermore, retrospective analyses and registry data suggested improvements in exercise capacity with PDE5i therapy in patients with HFpEF-associated CpcPH and with a severe pre-capillary component (PVR mostly >5 WU).[450,687]

### 8.3.1.3. Interatrial shunt devices

Recent data suggest that specific interventions may be considered in selected cases of HFpEF, such as interatrial shunt devices to unload the left heart. While this was associated with short-term improvements in pulmonary vascular function,[688] the long-term effect on the pulmonary circulation remains unknown. The recent REDUCE LAP-HF II trial failed to show a reduction in HF events after placement of an atrial shunt device in a population of HF patients with LVEF ≥40%,[689] with worse outcomes in the presence of PVD.[690] In addition, a sustained increase in PA blood flow may be a matter of concern, as this may trigger vascular remodelling in patients with pre-existing PH.

### 8.3.1.4. Remote pulmonary arterial pressure monitoring in heart failure

The importance of decongestion in patients with HF is underscored by the use of implantable pressure sensors, remotely monitoring PAP as a surrogate of left-sided filling pressure. Pulmonary arterial pressure-based adjustment of HF therapy substantially reduced HF hospitalizations and improved outcomes in both patients with HFpEF and HFrEF,[691–694] with adjustment of diuretic therapy being the most prominent therapeutic consequence. Further strategies to optimize management depending on the haemodynamic phenotype in PH-LHD remain to be established. In HFrEF, novel medical therapies such as ARNIs and SGLT-2is reduced remotely monitored PAP and diuretic use,[695–698] potentially providing opportunities to further optimize PAP-guided HF therapy.

## 8.3.2. Pulmonary hypertension associated with valvular heart disease

Pulmonary hypertension frequently occurs as a consequence of valvular heart disease. While surgical or interventional approaches for valvular repair improve cardiopulmonary haemodynamics by reducing PAWP and PAP and improving forward SV,[699] persistent PH after correcting valvular heart disease is frequent and associated with adverse outcomes.[634,700]

### 8.3.2.1. Mitral valve disease

Both mitral stenosis and regurgitation regularly lead to post-capillary PH. Functional (secondary) mitral regurgitation occurs in both HFrEF and HFpEF, and is an important contributor to PH in LHD. Reducing

mitral regurgitation according to the recommendations of the 2021 ESC/EACTS Guidelines for the management of valvular heart disease[28] has a crucial role in improving haemodynamics in patients with HFrEF, as this reduces mPAP and PAWP and improves the CI.[699] Nevertheless, registry data have demonstrated that even moderately elevated sPAP negatively impacts post-procedural outcomes after catheter-based therapy.[700]

### 8.3.2.2. Aortic stenosis

In patients with aortic stenosis undergoing surgical or catheter-based aortic valve repair, pre-interventional PH is associated with a higher risk of in-hospital adverse events and adverse long-term outcomes.[646–651] Although post-procedural improvement in PH correlates with symptom relief and favourable outcomes, persistence of PH is common, and even moderate PH is associated with a higher all-cause mortality.[646–651]

Of note, medical therapy of PH post-valvular repair may be harmful. A randomized study of 231 patients with surgically corrected valvular heart disease and persistent PH showed that sildenafil therapy vs. placebo was associated with worse outcome when compared with placebo,[701] however, this study did not distinguish between different types of PH (pre-capillary, IpcPH, and CpcPH).

### 8.3.2.3. Tricuspid regurgitation

Severe TR is associated with volume overload, increased RV workload, and maladaptive remodelling, leading to symptomatic right HF and impaired survival.[702,703] While primary TR is relatively rare, functional TR may arise from annular dilation in the presence of both PH and LHD. Transcatheter tricuspid valve interventions have recently emerged, aiming at reducing TR and RV volume overload. Of note, correcting TR in patients with PAH or PH in (non-valvular) LHD with significantly elevated PVR and/or RV dysfunction must be considered with great caution, as this may be hazardous.[704] Right ventricle–PA coupling is an independent predictor of all-cause mortality in such patients.[705] Patient selection appears crucial, and a comprehensive diagnostic approach integrating imaging modalities and invasive haemodynamic assessment is necessary in the evaluation process prior to tricuspid valve repair, particularly since echocardiography underestimates sPAP in the presence of severe TR.

## 8.3.3. Recommendations on the use of drugs approved for PAH in PH-LHD

The recommendations on the use of drugs approved for PAH in patients with PH-LHD have been established based on key narrative question 5 (Supplementary Data, Section 8.3).

The recommendations on the use of PDE5is in patients with CpcPH associated with HFpEF are based on PICO question II (Supplementary Data, Section 8.4). Two RCTs that enrolled patients with HFpEF and PH were identified, but no study that specifically enrolled patients with HFpEF and CpcPH. Harmful effects cannot be excluded, even if the available data from clinical studies, case series, and registries suggest that PDE5is may be safely administered to patients with HFpEF-associated CpcPH. As a result, a general recommendation for or against the use of PDE5is in patients with HFpEF and CpcPH cannot be made. However, it is clinically relevant to make a recommendation against their use for patients with HFpEF and IpcPH.

**Recommendation Table 22 — Recommendations for pulmonary hypertension associated with left heart disease**

**Recommendation Table 22A**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| In patients with LHD, optimizing treatment of the underlying condition is recommended before considering assessment of suspected PH[27,28] | I | A |
| RHC is recommended for suspected PH in patients with LHD, if it aids management decisions | I | C |
| RHC is recommended in patients with severe tricuspid regurgitation with or without LHD prior to surgical or interventional valve repair | I | C |
| For patients with LHD and suspected PH with features of a severe pre-capillary component and/or markers of RV dysfunction, referral to a PH centre for a complete diagnostic work-up is recommended[29,47,142] | I | C |
| In patients with LHD and CpcPH with a severe pre-capillary component (e.g. PVR >5 WU), an individualized approach to treatment is recommended | I | C |
| When patients with PH and multiple risk factors for LHD, who have a normal PAWP at rest but an abnormal response to exercise or fluid challenge, are treated with PAH drugs, close monitoring is recommended | I | C |
| In patients with PH at RHC, a borderline PAWP (13–15 mmHg) and features of HFpEF, additional testing with exercise or fluid challenge may be considered to uncover post-capillary PH[133,143] | IIb | C |
| Drugs approved for PAH are not recommended in PH-LHD[c] [531,678,683,684,701,706] | III | A |

**Recommendation Table 22B**

| Recommendations | GRADE | | Class[a] | Level[b] |
|---|---|---|---|---|
| | Quality of evidence | Strength of recommendation | | |
| No recommendation can be given for or against the use of PDE5is in patients with HFpEF and combined post- and pre-capillary PH | Low | None | – | – |
| The use of PDE5is in patients with HFpEF and isolated post-capillary PH is not recommended | Low | Conditional | III | C |

CpcPH, combined post- and pre-capillary PH; ERA, endothelin receptor antagonist; HF, heart failure; HFpEF, heart failure with preserved ejection fraction; HFrEF, heart failure with reduced ejection fraction; LHD, left heart disease; PAH, pulmonary arterial hypertension; PAWP, pulmonary arterial wedge pressure; PDE5is, phosphodiesterase 5 inhibitors; PH, pulmonary hypertension; PH-LHD, pulmonary hypertension associated with left heart disease; PVR, pulmonary vascular resistance; RHC, right heart catheterization; RV, right ventricular; WU, Wood units.
[a]Class of recommendation.
[b]Level of evidence.
[c]Safety concerns have been identified when ERAs are used in patients with HF (HFpEF and HFrEF, with or without PH) and when sildenafil is used in patients with persistent PH after correction of valvular heart disease.

# 9. Pulmonary hypertension associated with lung diseases and/ or hypoxia (group 3)

Pulmonary hypertension is frequently observed in patients with COPD and/or emphysema, ILD, combined pulmonary fibrosis and emphysema (CPFE), and hypoventilation syndromes.[52,165,707,708] Pulmonary hypertension is uncommon in obstructive sleep apnoea unless other conditions coexist, such as COPD or daytime hypoventilation.[709] At high altitude (>2500 m) hypoxia-induced PH is thought to affect >5% of the population, with the development of PH being related to geography and genetic factors.[710]

A PH screening study performed on a large cohort of >100 patients with lymphangioleiomyomatosis confirmed that PH is usually mild in that setting: from six patients (5.7%) presenting with pre-capillary PH, none had mPAP >30 mmHg and PH was associated with PFT alteration, suggesting that the rise in mPAP is associated with parenchymal involvement.[711] Thus, PH in lymphangioleiomyomatosis is now classified in group 3 PH.[1]

In patients with lung disease, PH is categorized as non-severe or severe, depending on haemodynamic findings (*Figure 12*). In the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH, severe PH was defined by mPAP >35 mmHg or mPAP $\geq$25 mmHg with CI <2.5 L/min/m$^2$.[25,26] However, two recent studies have demonstrated that a PVR >5 WU is a better threshold for predicting worse prognosis in patients with PH associated with both COPD and ILD.[712,713] Based on these data, the current guidelines used PVR to distinguish between non-severe PH (PVR

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 12** Pathophysiology of pulmonary hypertension associated with lung disease (group 3). COPD, chronic obstructive pulmonary disease; CPFE, combined pulmonary fibrosis and emphysema; ILD, interstitial lung disease; PH, pulmonary hypertension; PVR, pulmonary vascular resistance; WU, Wood units. Shown are underlying lung diseases (**upper panel**); contributing pathogenic pulmonary alterations of airways, parenchyma, and vessels (**middle panel**); and the relation of airway/parenchymal remodelling and vascular remodelling to the degree of PH and its consequences for exercise limitation (ventilatory vs. circulatory, **lower panel**).

$\leq$5 WU) and severe PH (PVR >5 WU). Whereas non-severe PH is common in advanced COPD and ILD defined by spirometric criteria, severe PH is uncommon, occurring in 1–5% of cases of COPD and <10% of patients with advanced ILD, with limited data in obesity hypoventilation syndrome.[714,715] Even non-severe PH in lung disease negatively impacts symptoms and survival, and is associated with increased hospitalization.[715–717] Patients with lung disease and severe PH have a worse outcome than those with non-severe PH, providing evidence that this distinction has clinical significance.[51,712,713,718,719] It is noteworthy that developing severe PH is largely independent of spirometry but usually accompanied by hypoxaemia, low $PaCO_2$, and a significant reduction in DLCO.[51,714,718,719]

Pulmonary hypertension presenting in patients with lung disease may be due to a number of causes, including undiagnosed CTEPH or PAH.[714,720] Cardiac comorbidities are also common in patients with lung disease and may contribute to PH. A number of distinct phenotypes of PH in patients with lung disease, including a pulmonary vascular phenotype, have been proposed.[51,720] The pulmonary vascular phenotype is characterized by better preserved spirometry, low DLCO, hypoxaemia, a range of parenchymal involvement on lung imaging, and a circulatory limitation to exercise.[51,714,718–722] Recent studies have shown that the clinical characteristics, disease trajectory, response to treatment,[451,718,719] and histological correlates[723,724] of patients with severe PH and minor lung disease are different to those in patients with IPAH, including a poorer prognosis.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

## 9.1. Diagnosis

In patients with lung disease, symptoms of PH, especially exertional dyspnoea, overlap with those of the underlying condition. Physical findings may also be non-specific, for example: ankle swelling is common during episodes of ventilatory failure in COPD, where activation of the renin–angiotensin–aldosterone system may cause fluid retention, usually in the setting of preserved RV function.

Non-invasive tests—such as ECG showing right axis deviation or RV strain, elevated levels of BNP/NT-proBNP, CPET, or features on cross-sectional imaging—may suggest the diagnosis of PH in patients with lung disease.[725,726] Echocardiography remains the most widely used non-invasive diagnostic tool for assessing PH; however, the accuracy of echocardiography in patients with advanced respiratory diseases is low, with a TRV unmeasurable in >50% of patients in some studies, and there is a tendency to overestimate PAP and misclassify patients with PH.[86,87,727] More recent data suggest that a stepwise, composite, echocardiographic score can identify patients with severe PH, with and without an estimate of TRV, using other echocardiographic features including RA area, RV:LV ratio, and LV eccentricity index.[728] Where PH is suspected, combining echocardiography with a contrast-enhanced CT may aid diagnostic assessment and disease classification.[108,729–731] Pulmonary artery enlargement, RV outflow hypertrophy, and increased RV:LV ratio may suggest a diagnosis of PH.[108] Ideally, assessments should be made or repeated when the patient is clinically stable, as exacerbations can significantly raise PAP.

Key parts of evaluating suspected PH in lung disease include integrating: (1) the presence or absence of risk factors for PAH, CTEPH, or LHD; (2) clinical features, including disease trajectory (e.g. rapid recent deterioration vs. gradual change over years, and oxygen requirements); (3) PFTs, including DLCO and blood gas analysis; (4) NT-proBNP measurements, ECG, and echocardiography; and (5) cross-sectional imaging with contrast-enhanced CT, SPECT, or V/Q lung scan and, in selected cases, cMRI[732] to assess the need for RHC. Cardiopulmonary exercise testing may be helpful in assessing ventilatory or cardiac limitation in patients with lung disease,[121,733] although data are limited regarding its clinical use in identifying patients with PH in lung disease.

Indications for RHC in lung disease include assessment for surgical treatments (selected patients considered for LTx and lung volume reduction surgery), suspected PAH or CTEPH, and where further information will aid phenotyping of disease and consideration of therapeutic interventions (*Figure S3*).[712,718,734] Such testing should ideally be conducted in PH centres when patients are clinically stable and treatment of underlying lung disease has been optimized. Consideration should be given to how pressure measurements are made, due to the impact of changing intrathoracic pressures on pulmonary haemodynamics during the respiratory cycle (see *Section 5.1.12*).[735]

## 9.2. Therapy

The therapeutic approach to group 3 PH starts with optimizing the treatment of the underlying lung disease, including supplementary oxygen and non-invasive ventilation, where indicated, as well as enrolment into pulmonary rehabilitation programmes.[736] There is limited and conflicting evidence for the use of medication approved for PAH in patients with group 3 PH, and these drugs may have variable and sometimes detrimental effects on haemodynamics, exercise capacity, gas exchange, and outcomes in this patient population.[181,737–740]

### 9.2.1. Pulmonary hypertension associated with chronic obstructive pulmonary disease or emphysema

Studies using drugs approved for PAH in patients with PH associated with COPD or emphysema have yielded conflicting results and are mostly limited by small sample size, short duration, and insufficient haemodynamic characterization of PH.[739,741,742] In a 16 week RCT of 28 patients with COPD and severe PH confirmed by RHC, sildenafil therapy resulted in statistically significant improvements in PVR and quality of life.[743] Registry data identified that ~30% of patients with COPD and severe PH, predominantly treated with PDE5is, had improved WHO-FC, 6MWD, and PVR vs. baseline, and those with a treatment response had improved transplant-free survival.[51,718] However, in the absence of large randomized trials, the evidence is insufficient to support the general use of medication approved for PAH in patients with COPD and PH. Patients with COPD and suspected or confirmed severe PH should be referred to PH centres for individual decision-making.

### 9.2.2. Pulmonary hypertension associated with interstitial lung disease

Numerous phase 2 and phase 3 studies have investigated the use of ERAs to treat ILD, all with negative results.[740,744,745] In addition, the PDE5i sildenafil has been investigated in phase 3 trials of patients with ILD, also with negative results.[746,747] Few data from RCTs are available for patients with PH associated with ILD, and many of the studies performed for this indication[748,749] suffered from the same limitations as the aforementioned studies in PH associated with COPD. In addition, there were several adverse safety signals: ambrisentan was associated with an increased risk of clinical worsening in patients with ILD with and without PH,[740,750] while riociguat was associated with an increased risk of clinical worsening events, including potential excess mortality, in patients with PH associated with idiopathic interstitial pneumonia.[181]

In contrast, promising results have been obtained with the use of inhaled treprostinil. A phase 3 RCT (INCREASE) examined inhaled treprostinil at a target dose of 72 µg given four times daily in 326 patients with PH associated with ILD.[734,751] The PH diagnosis was confirmed by RHC within 1 year prior to enrolment. At week 16, the placebo-corrected 6MWD improved by 31 m with inhaled treprostinil. There were also improvements in NT-proBNP and clinical worsening events, the latter driven by a lower proportion of patients whose 6MWD declined by >15% from baseline.

Given the significant impact of even non-severe PH in patients with lung disease, eligible patients should be referred for LTx evaluation. In patients with ILD and PH, inhaled treprostinil may be considered based on the findings from the INCREASE study, but further data are needed, especially on long-term outcomes. The routine use of other medication approved for PAH is not recommended in patients with ILD and non-severe PH. For patients with severe PH and/or severe RV dysfunction, or where there is uncertainty regarding the treatment of PH, referral to a PH centre is recommended for careful evaluation, to facilitate entry into RCTs, and consider PAH therapies on an individual basis (*Figure S3*). Registry data show that some patients with group 3 PH are being treated with PAH medication, predominantly PDE5is,[718,752,753] but it is unclear if and to what extent these patients benefit from this treatment.

### 9.2.3. Recommendations on the use of drugs approved for PAH in PH associated with lung disease

The recommendations on the use of drugs approved for PAH in patients with PH associated with COPD and ILD have been established based on key narrative questions 6 and 7 (Supplementary Data, *Sections 9.1* and *9.2*, respectively).

The recommendations on the use of PDE5is in patients with severe PH associated with ILD are based on PICO question III (Supplementary Data, *Section 9.3*). There are no direct data from RCTs on the safety, tolerability, and efficacy of PDE5is in patients with PH associated with ILD. The indirect data included in the guidelines do not enable firm conclusions to be drawn. Given the lack of robust evidence, the Task Force members felt unable to provide a recommendation for or against the use of PDE5is in patients with ILD and severe PH, and recommend that these patients are referred to a PH centre for individualized decision-making.

# 10. Chronic thrombo-embolic pulmonary hypertension (group 4)

All patients whose symptoms can be attributed to post-thrombo-embolic fibrotic obstructions within the PA are

**Recommendation Table 23 — Recommendations for pulmonary hypertension associated with lung disease and/or hypoxia**

**Recommendation Table 23A**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| If PH is suspected in patients with lung disease, it is recommended that echocardiography[c] be performed and the results interpreted in conjunction with ABG, PFTs including DLCO, and CT imaging | I | C |
| In patients with lung disease and suspected PH, it is recommended to optimize treatment of the underlying lung disease and, where indicated, hypoxaemia, sleep-disordered breathing, and/or alveolar hypoventilation | I | C |
| In patients with lung disease and suspected severe PH, or where there is uncertainty regarding the treatment of PH, referral to a PH centre is recommended[d] | I | C |
| In patients with lung disease and severe PH, an individualized approach to treatment is recommended | I | C |
| It is recommended to refer eligible patients with lung disease and PH for LTx evaluation | I | C |
| In patients with lung disease and suspected PH, RHC is recommended if the results are expected to aid management decisions | I | C |
| Inhaled treprostinil may be considered in patients with PH associated with ILD[734] | IIb | B |
| The use of ambrisentan is not recommended in patients with PH associated with IPF[740] | III | B |
| The use of riociguat is not recommended in patients with PH associated with IIP[181] | III | B |
| The use of PAH medication is not recommended in patients with lung disease and non-severe PH[e] | III | C |

**Recommendation Table 23B**

| Recommendations | GRADE | | Class[a] | Level[b] |
| | Quality of evidence | Strength of recommendation | | |
|---|---|---|---|---|
| PDE5is may be considered in patients with severe PH associated with ILD (individual decision-making in PH centres) | Very low | Conditional | IIb | C |
| The use of PDE5is in patients with ILD and non-severe PH is not recommended | Very low | Conditional | III | C |

ABG, arterial blood gas analysis; CT, computed tomography; DLCO, Lung diffusion capacity for carbon monoxide; IIP, idiopathic interstitial pneumonia; IPF, idiopathic pulmonary fibrosis; ILD, interstitial lung disease; LTx, lung transplantation; PAH, pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor; PFT, pulmonary function test; PH, pulmonary hypertension; RHC, right heart catheterization.
[a]Class of recommendation.
[b]Level of evidence.
[c]Assessments should ideally be made when the patient is clinically stable, as exacerbations can significantly raise pulmonary artery pressure.
[d]This recommendation does not apply to patients with end-stage lung disease who are not considered candidates for LTx.
[e]This does not include inhaled treprostinil, which may be considered in patients with PH associated with ILD, irrespective of PH severity.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 13** Diagnostic strategy in chronic thrombo-embolic pulmonary hypertension. CPET, cardiopulmonary exercise test; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; CTPA, computed tomography pulmonary angiography; DECT, dual-energy computed tomography; DSA, digital subtraction angiography; MDT, multidisciplinary team; MRI, magnetic resonance imaging; N, no; PE, pulmonary embolism; $P_{ET}CO_2$, end-tidal partial pressure of carbon dioxide; PH, pulmonary hypertension; ReCo, recommendation; RHC, right heart catheterization; sPAP, systolic pulmonary arterial pressure; V/Q, ventilation/perfusion; VE/VCO₂, ventilatory equivalents for carbon dioxide; VO₂/HR, oxygen pulse; VO₂, oxygen uptake; Y, yes. [a]CTEPH suspected from history of PE, including elevated sPAP on echocardiography and signs suggesting CTEPH on CTPA performed at the time of the acute PE (*Section 5.1.7*). [b]Alternative perfusion imaging techniques—such as iodine subtraction mapping, DECT, and MRI perfusion—are currently under evaluation. [c]Typical pattern, including low $P_{ET}CO_2$, high VE/VCO₂, low VO₂/HR, and low peak VO₂ (*Section 5.1.11*). [d]Comprehensive work-up after 3 months of therapeutic anticoagulation or sooner in unstable or rapidly deteriorating patients. Ideally, CTPA, DSA, and RHC are performed in CTEPH centres, but they are sometimes performed in PH centres, depending on the country and organization.

considered to have CTEPD with or without PH; CTEPH remains the preferred term for patients with PH, as defined in *Section 3.1* (*Table 5*).[54] Chronic thrombo-embolic pulmonary disease describes symptomatic patients with mismatched perfusion defects on V/Q scan and with signs of chronic, organized, fibrotic clots on CTPA or DSA, such as ring-like stenoses, webs/slits, and chronic total occlusions (pouch lesions or tapered lesions), after at least 3 months of therapeutic anticoagulation. Pulmonary hypertension in this setting is not only a consequence of PA obstruction by organized fibrotic clots but can also be related to the associated microvasculopathy. In those patients without PH at rest, breathlessness could be due to exercise PH (see

definition in *Section 3.1*, *Table 5*) and/or increased dead space ventilation.[54] Excluding ventilatory limitation, deconditioning and psychogenic hyperventilation syndrome by CPET and LV myocardial or valvular disease by echocardiography is of upmost importance when making therapeutic decisions in patients with CTEPD without PH.

## 10.1. Diagnosis

Chronic thrombo-embolic pulmonary hypertension is a common and important cause of PH, with a distinct management strategy. Thus, the possibility of CTEPH should be carefully considered in all patients with PH (*Figure 13*). In the context of acute PE, CTEPH

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

should be considered: (1) if radiological signs (detailed in *Section 5.1.7*) suggest CTEPH on the CTPA performed to diagnose PE,[112] and/or if estimated sPAP is >60 mmHg[112] on echocardiogram; (2) when dyspnoea or functional limitations persist in the clinical course post-PE;[754] and (3) in asymptomatic patients with risk factors for CTEPH or a high CTEPH prediction score.[755] Clinical conditions such as permanent intravascular devices (pacemaker, long-term central lines, ventriculoatrial shunts), inflammatory bowel diseases, essential thrombocythaemia, polycythaemia vera, splenectomy, antiphospholipid syndrome, high-dose thyroid hormone replacement, and malignancy are risk factors for CTEPH.[54,103,756]

Alternative causes of PA obstructions (also included in group 4 of the PH classification)—including PA sarcomas, other malignant tumours (e.g. renal carcinoma, uterine carcinoma, and germ-cell tumours of the testis), non-malignant tumours (e.g. uterine leiomyoma), arteritis without CTD, congenital or acquired PA stenoses, parasites (hydatid cyst), and foreign-body embolism—have to be considered in the differential diagnosis of CTEPD.[757] They can be explored by specific additional imaging such as [18]F-2-fluoro-2-deoxy-D-glucose-positron emission tomography (PET) scan, which can provide additional information when PA sarcoma is suspected.[758]

Ventilation/perfusion scintigraphy[207] remains the most effective tool in excluding CTEPD. Alternative perfusion imaging techniques —such as iodine subtraction mapping, DECT, and MRI perfusion— have numerous theoretical advantages over V/Q but are more technically challenging and expensive, have limited availability, and currently lack multicentre validation.

Computed tomography pulmonary angiography with bi-planar reconstruction is broadly used for diagnosing CTEPD and assessing operability, but a negative CTPA, even if high quality, does not exclude CTEPD, as distal disease can be missed. Digital subtraction angiography is still used to assess treatment options when CTPA is inconclusive. Selective segmental angiography, cone-beam CT, and area detector CT allow for more accurate visualization of subsegmental vasculature and are useful for procedural guidance for BPA. The benefits of the new technologies require validating in prospective trials before being recommended for routine clinical use; a large, European, multicentre study is currently ongoing.[759]

## 10.2. Therapy

The CTEPH treatment algorithm includes a multimodal approach of combinations of pulmonary endarterectomy (PEA), BPA, and medical therapies to target the mixed anatomical lesions: proximal, distal, and microvasculopathy, respectively (*Figures 14* and *15*).

General measures recommended for PAH also apply to CTEPH, including supervised exercise training, which is effective and safe in inoperable CTEPH patients,[760] as well as early after PEA.[761]

Lifelong therapeutic anticoagulation is recommended for patients with CTEPH, as recurrent pulmonary thrombo-embolism accompanied by insufficient clot resolution are key pathophysiological features of this disease. There are no RCTs in CTEPH with any of the approved anticoagulants; however, despite this lack of evidence, VKAs are recommended by experts, and are most widely used as background therapy for patients with CTEPH. More recently, NOACs have more frequently been used as alternatives to VKAs, again, lacking evidence from RCTs. A retrospective case series from the UK and a multicentre prospective registry (EXPERT) showed comparable bleeding rates for VKAs and

NOACs in CTEPH, but recurrent venous thrombo-embolism rates were higher in those receiving NOACs.[762,763] In patients with antiphospholipid syndrome (10% of the CTEPH population), VKAs are recommended.[103,764,765] Screening for antiphospholipid syndrome should be performed at CTEPH diagnosis. In the absence of any evidence in favour or against prolonged anticoagulation in patients with CTEPD without PH, long-term anticoagulant therapy is based on individual decision-making. It is recommended when the risk of PE recurrence is intermediate or high, thereby following the 2019 ESC/ERS Guidelines for the diagnosis and management of acute pulmonary embolism (*Table 11*).[103]

### 10.2.1. Surgical treatment

Surgical PEA is the treatment of choice for patients with accessible PA lesions.[102] As surgery may normalize pulmonary haemodynamics (65% decrease in PVR)[766] and functional capacity, an expert multidisciplinary team including an experienced PEA surgeon (on-site or closely collaborating) is mandatory for evaluating operability and deciding final treatment.[102]

Operability is based on team experience, accessibility of PA lesions, correlation between severity of PH and degree of PA obstructions, and comorbidities.[767] The surgical technique is complex but well standardized with >30 years of experience. It consists of a complete bilateral endarterectomy of the PAs down to segmental and subsegmental levels in phases of deep hypothermic circulatory arrest (*Figure 15*).[767,768] In CTEPH centres, surgical outcomes are favourable, with peri-operative mortality rates <2.5% due to improved management of cardiac and pulmonary complications and well-established use of ECMO.[768] Post-operative PH is frequently observed (~25%),[766] but long-term outcomes after PEA surgery are excellent regarding survival (averaging 90% at 3 years) and quality of life,[769-771] even in patients with distal PA obstructions.[772] On the other hand, patients with proximal operable disease declining surgery have a poor long-term outcome, with a 5 year survival of 53% compared with 83% in patients undergoing PEA.[773] Therefore, PEA should be offered to all operable patients with a favourable risk:benefit ratio, ideally during a personal consultation between the patient and the PEA surgeon.[102]

Selected symptomatic patients with CTEPD without PH can be successfully treated by PEA, with clinical and haemodynamic improvements at rest and exercise.[135,774] Those patients would require careful discussion to balance risk and benefit.

### 10.2.2. Medical therapy

To manage the microvascular component of CTEPH (*Figure 15*), medical therapies have been used off-label based on uncontrolled studies and/or regional approvals. Meanwhile, three RCTs have successfully been conducted. The first phase 3 RCT investigated the efficacy of riociguat in patients with inoperable CTEPH or those with persistent/recurrent PH after PEA.[775] Riociguat, after 16 weeks of therapy, improved 6MWD and reduced PVR by 31% compared with placebo, and is approved for this indication. Treprostinil s.c. was investigated in a phase 3 RCT, which showed improved 6MWD at week 24 in patients with inoperable CTEPH or those with persistent/recurrent PH after PEA receiving a high dose compared with a low dose;[776] s.c. treprostinil is approved for this indication. In a phase 2 study including only patients with inoperable CTEPH, macitentan 10 mg improved PVR and 6MWD vs. placebo

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022



**Figure 14** Management strategy in chronic thrombo-embolic pulmonary hypertension. BPA, balloon pulmonary angioplasty; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; MDT, multidisciplinary team; N, no; PAH, pulmonary arterial hypertension; PEA, pulmonary endarterectomy; PH, pulmonary hypertension; PVR, pulmonary vascular resistance; ReCo, recommendation; WU, Wood units; Y, yes. [a]Selected symptomatic patients with CTEPD without PH can also be treated by PEA and BPA. [b]MDT meeting can be virtual. [c]Treatment assessment may differ, depending on the level of expertise in PEA and BPA. [d]For inoperable patients with PVR >4 WU, medical therapy should be considered prior to BPA; there are limited data on BPA as first-line therapy.

at 16 and 24 weeks, respectively.[777] A phase 3 RCT is ongoing to evaluate the safety and efficacy of macitentan 75 mg in inoperable or persistent/recurrent CTEPH (NCT04271475).

Other medical therapies—PDE5is (e.g. sildenafil) and ERAs (e.g. bosentan)—have been used off-label, as their efficacy in inoperable CTEPH has not been proven by RCTs or registry data.[769,778,779] However, oral combination therapy, including PDE5is and ERAs, is common practice in patients with CTEPH with severe haemodynamic compromise.[780]

### 10.2.3. Interventional treatment

Balloon pulmonary angioplasty (*Figure 15*) has become an established treatment for selected patients with inoperable CTEPH or persistent/recurrent PH after PEA, improving haemodynamics (PVR decrease 49–66%), right heart function, and exercise capacity.[781–794] Long-term outcomes are promising, but evidence is still scarce.[795]

A staged interventional procedure with a limited number of dilated PA segments per session is preferred.[102,788] The number of sessions needed and haemodynamic results are dependent on experience.[781] While BPA is effective, it is associated with serious complications, which may be fatal. Procedural and post-interventional complications include vascular injury due to wire perforation, and lung injury with haemoptysis and/or hypoxia.[102,781,796,797] As with all interventional procedures, a significant learning curve has been shown, with reducing complication rates over time;[781] therefore, this procedure should be performed in high-volume CTEPH centres. As the rates of interventional complications can be reduced by medical pre-treatment, patients with a PVR >4 WU should be treated before BPA (*Figure 15*).[798]

Selected symptomatic patients with CTEPD without PH and segmental/subsegmental lesions can successfully be treated by BPA, with clinical and haemodynamic improvements at rest and exercise.[799]

Preliminary data on PADN point towards improved exercise capacity and pulmonary haemodynamics in patients with persistent PH after PEA,[800] further confirmation is being awaited.

A
B
C
D
E
Proximal PA fibrotic obstructions
Distal PA fibrotic obstructions
Microvasculopathy
PEA
BPA
Medical therapy
Multimodal CTEPH treatment
ESC
ERS

**Figure 15** Overlap in treatments/multimodality approaches in chronic thrombo-embolic pulmonary hypertension. BPA, balloon pulmonary angioplasty; CTEPH, chronic thrombo-embolic pulmonary hypertension; PA, pulmonary artery; PEA, pulmonary endarterectomy. Top panels: (*A*) Proximal PA fibrotic obstructions (vessel diameter 10–40 mm). (*B*) Distal segmental and subsegmental PA fibrotic obstruction potentially suitable for both PEA and BPA interventions (vessel diameter 2–10 mm). (*C*) Distal subsegmental PA fibrotic obstructions form a web-lesion in a subsegmental branch of the PA suitable for BPA interventions (vessel diameter 0.5–5 mm). (*D*) Distal subsegmental PA fibrotic obstructions form web-like lesions, which might be accompanied by microvasculopathy (vessel diameter <0.5 mm). (*E*) Microvasculopathy (vessel diameter <0.05 mm) treated with medical therapy. Bottom panels: (*A*) bottom left: PEA; vessel diameter (0.2–3 cm). The right PA is opened and the suction dissector is introduced between the artery wall and fibrosis. Following the inside of the artery down to segmental and subsegmental levels, the fibrotic material is subsequently freed from the wall and removed with forceps. (*A*) bottom right: PEA specimen with 'tails' to subsegmental branches of the PA; cross-section of partially organized and permeabilized thrombotic lesion of the large PA dissected during PEA. (*B, C, D*) The wire is introduced between the fibrotic material (*1*), then the balloon is inflated, leading to a rupture of the web (*2*). Fibrotic material is connected to the vessel wall (*3*). (*E*) Small muscular PA displaying eccentric intimal fibrosis involving intimal thickening and proliferation—target for medical therapies.

### 10.2.4. Multimodal treatment

Multimodal therapy including surgery, medication, and intervention is offered to selected patients with CTEPH (*Figure 15*).[102]

Using medical therapy in patients with high pre-operative PVR to improve pulmonary haemodynamics before PEA is common practice but still controversial, as it is felt to delay timely surgical referral and therefore definitive treatment.[801–803]

A significant proportion of symptomatic patients may have persistent or recurrent PH following PEA, which may also benefit from medical and/or interventional therapies (*Figure 15*).[804–806] An mPAP $\geq$30 mmHg has been associated with initiation of medical therapies post-PEA, and an mPAP $\geq$38 mmHg and PVR $\geq$5 WU with worse long-term survival.[806]

Some patients with CTEPH may have mixed anatomical lesions, with surgically accessible lesions in one lung and inoperable lesions in the other lung. Such patients might benefit from a combined approach with BPA (prior to or at the same time as surgery) and PEA to decrease the surgical risk and improve the final result.[807]

The recommendations on BPA and medical therapy in patients with inoperable CTEPH have been established based on key narrative question 8 (Supplementary Data, *Section 10.1*).

The recommendation on the use of medical therapy before interventional therapy in patients with CTEPH who are considered inoperable but candidates for BPA is based on PICO question IV (Supplementary Data, *Section 10.2*). The included evidence suggests

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

that pre-treatment improves pulmonary haemodynamics and safety of the procedure. This is confirmed by the clinical experience of Task Force members. However, due to the low certainty of the evidence, the recommendation is conditional.

### 10.2.5. Follow-up

Regardless of the result of PEA/BPA, patients should be regularly followed-up, including invasive assessment with RHC 3–6 months after intervention, allowing for consideration of a multimodal treatment approach. After successful treatment, yearly non-invasive follow-up, including echocardiography and an evaluation of exercise capacity, is indicated because recurrent PH has been described (Figure 14).[806]

Risk assessment with either the ESC/ERS or REVEAL risk score developed for PAH has been validated in medically treated patients with CTEPH,[300,808,809] but it is unknown if its use has any therapeutic implication or affects outcome.

There are no data or consensus on what is the therapeutic target after PEA/BPA or medical therapy in CTEPH. Most experts accept achieving a good functional class (WHO-FC I–II) and/or normalization or near

normalization of haemodynamics at rest, obtained at RHC 3–6 months post-procedure (PEA or last BPA), and improvement in quality of life.

## 10.3. Chronic thrombo-embolic pulmonary hypertension team and experience criteria

To optimize patients' outcomes, CTEPH centres should fulfil criteria for a PH centre (Section 12) and have a CTEPH multidisciplinary team consisting of a PEA surgeon, BPA interventionist, PH specialist, and thoracic radiologist, trained in high-volume PEA and/or BPA centres. The team should meet regularly to review new referrals and post-treatment follow-up cases. Ideally, CTEPH centres should have PEA activities (>50/year)[810] and BPAs (>30 patients/year or >100 procedures/year),[781] as these figures have been associated with better outcome. The CTEPH centres should also manage medically treated patients. Based on regional requirements, these numbers may be adjusted for the country's population, ideally concentrating care and expertise in high-volume centres.

**Recommendation Table 24 — Recommendations for chronic thrombo-embolic pulmonary hypertension and chronic thrombo-embolic pulmonary disease without pulmonary hypertension**

**Recommendation Table 24A**

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **CTEPH** | | |
| Lifelong, therapeutic doses of anticoagulation are recommended in all patients with CTEPH[762] | I | C |
| Antiphospholipid syndrome testing is recommended in patients with CTEPH | I | C |
| In patients with CTEPH and antiphospholipid syndrome, anticoagulation with VKAs is recommended[103,764,765] | I | C |
| It is recommended that all patients with CTEPH are reviewed by a CTEPH team for the assessment of multimodality management[54] | I | C |
| PEA is recommended as the treatment of choice for patients with CTEPH and fibrotic obstructions within pulmonary arteries accessible by surgery[54,102] | I | B |
| BPA is recommended in patients who are technically inoperable or have residual PH after PEA and distal obstructions amenable to BPA[54,102,783,784,789,793,798,811] | I | B |
| Riociguat is recommended for symptomatic patients with inoperable CTEPH or persistent/recurrent PH after PEA[772] | I | B |
| Long-term follow-up is recommended after PEA and BPA, as well as for patients with CTEPH established on medical therapy[782,805,806,812] | I | C |
| A multimodality approach should be considered for patients with persistent PH after PEA and for patients with inoperable CTEPH[804,805,812] | IIa | C |
| Treprostinil s.c. may be considered in patients in WHO-FC III–IV who have inoperable CTEPH or persistent/recurrent PH after PEA[776] | IIb | B |
| Off-label use of drugs approved for PAH may be considered in symptomatic patients who have inoperable CTEPH[55,777–779,801,803] | IIb | B |
| In patients with inoperable CTEPH, a combination of sGC stimulator/PDE5i, ERA,[777] or parenteral prostacyclin analogues[776] may be considered | IIb | C |
| BPA may be considered for technically operable patients with a high proportion of distal disease and an unfavourable risk:benefit ratio for PEA | IIb | C |
| **CTEPD without PH** | | |
| In patients with CTEPD without PH, long-term anticoagulant therapy should be considered on an individual basis[c] | IIa | C |
| PEA or BPA should be considered in selected symptomatic patients with CTEPD without PH | IIa | C |

© ESC/ERS 2022

**Recommendation Table 24B**

| Recommendations | GRADE | | Class[a] | Level[b] |
| --- | --- | --- | --- | --- |
| | Quality of evidence | Strength of recommendation | | |
| In patients with CTEPH who are candidates for BPA, medical therapy should be considered prior to the intervention[798] | Very low | Conditional | IIa | B |

BPA, balloon pulmonary angioplasty; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; ERA, endothelin receptor antagonist; PAH, pulmonary arterial hypertension; PDE5i, phosphodiesterase 5 inhibitor; PEA, pulmonary endarterectomy; PE, pulmonary embolism; PH, pulmonary hypertension; s.c., subcutaneous; sGC, soluble guanylate cyclase; VKA, vitamin K antagonist; WHO-FC, World Health Organization functional class.

[a]Class of recommendation.

[b]Level of evidence.

[c]Long-term anticoagulant therapy is recommended when the risk of PE recurrence is intermediate or high,[103] or when there is no history of venous thrombo-embolism.

# 11. Pulmonary hypertension with unclear and/or multifactorial mechanisms (group 5)

Pulmonary hypertension with unclear and/or multifactorial mechanisms (*Table 24*) includes several conditions that may be complicated by complex and sometimes overlapping pulmonary vascular

**Table 24    Pulmonary hypertension with unclear and/ or multifactorial mechanisms**

| Disorders associated with pulmonary hypertension | |
| --- | --- |
| 1 Haematological disorders | Inherited and acquired chronic haemolytic anaemia |
| | • Sickle cell disease |
| | • β-thalassaemia |
| | • Spherocytosis |
| | • Stomatocytosis |
| | • Autoimmune disorders |
| | Chronic myeloproliferative disorders |
| | • Chronic myelogenous leukaemia |
| | • Polycythaemia vera |
| | • Idiopathic myelofibrosis |
| | • Essential thrombocytopenia |
| | • Others |
| 2 Systemic disorders | Sarcoidosis |
| | Pulmonary Langerhans's cell histiocytosis |
| | Neurofibromatosis type 1 |
| 3 Metabolic disorders | Glycogen storage disease |
| | Gaucher disease |
| 4 Chronic renal failure with/ without haemodialysis | |
| 5 Pulmonary tumour thrombotic microangiopathy | |
| 6 Fibrosis mediastinitis | |

© ESC/ERS 2022

involvement. Although group 5 PH represents less-studied forms of PH, it constitutes a significant part of the worldwide burden of PH.[1] Group 5 PH includes: haematological disorders, such as SCD and chronic myeloproliferative neoplasms; systemic disorders, such as sarcoidosis; metabolic diseases, such as glycogen storage disease; and others, such as chronic renal failure, pulmonary tumour thrombotic microangiopathy, and fibrosing mediastinitis. A common feature of these diseases is that the mechanisms of PH are poorly understood and contributing factors may include, alone or in combination: hypoxic pulmonary vasoconstriction, pulmonary vascular remodelling, thrombosis, fibrotic destruction and/ or extrinsic compression of pulmonary vasculature, pulmonary vasculitis, high-output cardiac failure, and left HF. These patients need careful assessment and treatment should be directed to the underlying condition.

## 11.1. Haematological disorders

In haemoglobinopathies and chronic haemolytic anaemias, including SCD, PH has emerged as a major cause of morbidity and mortality. The prevalence of PH confirmed by RHC was 6–10% in studies of adult patients with stable SCD.[93,94,813] Patients with SCD with pre-capillary PH are more commonly homozygous for haemoglobin S, while some have S-β0 thalassaemia (S-β0 thal) or haemoglobin SCD.[814] Thrombotic lesions are a major component of PH related to SCD, more frequently in haemoglobin SCD.[814] Patients with PH and SCD should be followed by multidisciplinary SCD and PH teams, since treatment of the anaemia is a key part of management.[814] There is a lack of data to support the use of PAH drugs in patients with SCD-associated PH. In a study in patients with SCD with TRV ≥2.7 m/s and a 6MWD of 150–500 m, sildenafil showed no treatment effect on 6MWD, TRV, or NT-proBNP, but appeared to increase hospitalization rates for pain.[815] Preliminary evidence supports the short- and long-term benefits of chronic blood-exchange transfusions in patients with pre-capillary PH complicating SCD.[816] Pre-capillary PH complicating SCD has an important impact on survival, with an overall death rate of 2.0–5.3% in different populations with similar follow-up (26 months and 18 months, respectively).[94,817] In β-thalassaemia, invasive haemodynamic evaluation confirmed pre-capillary PH in 2.1% of cases, while a post-capillary profile was found in 0.3%.[818] Potential treatment strategies are awaiting an enhanced understanding of the

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

pathophysiological mechanisms. In spherocytosis, splenectomy is a risk factor for CTEPH.[819]

Multiple causes of PH have been described in patients with chronic myeloproliferative disorders.[820] In chronic myelogenous leukaemia, spleen enlargement and anaemia can give rise to hyperkinetic syndrome. Hepatosplenic enlargement can also cause PoPH. Cases of potentially reversible DPAH have been described with dasatinib, bosutinib, and ponatinib. In polycythaemia vera and essential thrombocythaemia, there is an increased risk of venous thrombo-embolic disease and CTEPH; moreover, a blood clot within the hepatic veins can lead to Budd–Chiari syndrome and subsequent PoPH. Pulmonary extramedullary haematopoiesis complicating idiopathic or secondary myelofibrosis may also contribute to dyspnoea and PH.

Group 5 PH may be described in other haematological disorders, such as common variable immunodeficiency; immunoglobulin G4 (IgG4)-related disease; Castleman disease; and polyneuropathy, organomegaly, endocrinopathy, monoclonal immunoglobulin, skin changes (POEMS) syndrome.[821–823]

## 11.2. Systemic disorders

The reported prevalence of PH in patients with sarcoidosis is 6–20%.[824] The causes are multifactorial, including fibrosing lung disease, granulomata in the PAs and/or pulmonary veins, fibrosing mediastinitis and/or extrinsic compression by lymph nodes, pulmonary vasculitis, CTEPH, and PoPH.[58,825] It is associated with significant morbidity and increased mortality compared with sarcoidosis without PH.[58,825] In a registry, factors independently associated with outcomes included physiological (forced expiratory volume in 1 s/FVC ratio and DLCO) and functional (6MWD) parameters.[58] In a large study of severe, sarcoidosis-associated PH, PAH drugs improved short-term pulmonary haemodynamics without improving 6MWD.[59] Small RCTs have suggested efficacy of PAH drugs in these patients, which requires confirmation in larger studies.[826] Corticosteroids or immunosuppressive therapy may improve haemodynamics in selected patients with active granulomatous disease. Of note, when pulmonary vascular compression is suspected (fibrosing mediastinitis and/or extrinsic compression by lymph nodes), results from pulmonary angiography and PET scans provide additional information justifying endovascular and/or anti-inflammatory approaches. Long-term survival remains poor in sarcoidosis-associated PH, which makes LTx a reasonable option for selected severe cases.

In pulmonary Langerhans's cell histiocytosis, diminished exercise capacity does not appear to be due to ventilatory limitation but may be related to pulmonary vascular dysfunction. In 29 patients with PH associated with pulmonary Langerhans's cell histiocytosis, PAH drugs improved haemodynamics without worsening oxygen levels.[827]

Pulmonary hypertension associated with neurofibromatosis type 1 is a rare but severe complication characterized by female predominance (female/male ratio 3.9:1).[828] Specific pulmonary vascular involvement exists in these patients, and despite a potential short-term benefit of PAH drugs, prognosis remains poor, and LTx should be considered in selected patients with severe disease. In the presence of dyspnoea, screening for ILD by non-contrast CT and for PH by echocardiography is required.[828]

## 11.3. Metabolic disorders

Glycogen storage diseases are caused by genetic alterations of glycogen metabolism, and PH case reports have been related to glycogen storage disease type 1 and 2.[829] The occurrence of PH has predominantly been described in glycogen storage disease type 1, where it may partly be due to vasoconstrictive amines such as serotonin. Drugs for PAH have been used in some cases.[830]

Untreated patients with Gaucher disease may develop PH, which is caused by a combination of factors, including asplenia, plugging of the vasculature by abnormal macrophages, and pulmonary vascular remodelling. Treatment with enzyme-replacement therapy may improve PH.

## 11.4. Chronic kidney failure

Although commonly recognized in chronic renal failure, the pathogenesis of PH remains poorly understood and PH is observed in patients prior to and while receiving different dialysis modalities.[831] A recent RHC study of 3504 patients with chronic kidney disease found that CpcPH was the most common phenotype, and the phenotype with the highest mortality.[832] Post-capillary PH has been described in 65% of patients receiving haemodialysis and 71% of patients without kidney replacement.[833]

## 11.5. Pulmonary tumour thrombotic microangiopathy

Pulmonary tumour thrombotic microangiopathy describes tumour-cell microemboli with occlusive fibrointimal remodelling in small PAs, pulmonary veins, and lymphatics. It is a rare cause of PH, which arises due to multiple mechanisms, but probably remains under-diagnosed, as evidenced by autopsy findings.[834] The disorder is associated with carcinomas, notably gastric carcinoma. Progressive vessel occlusion ultimately results in PH, which is often severe, of sudden onset, rapidly progressive, and accompanied by progressive hypoxaemia. Chest CT may show patchy ground-glass and septal markings (masquerading as PVOD).

## 11.6. Fibrosing mediastinitis

Fibrosing mediastinitis is caused by fibrous tissue proliferating in the mediastinum, encasing mediastinal viscera and compressing mediastinal bronchovascular structures.[835] Pre- or post-capillary PH can complicate the course of fibrosing mediastinitis due to extrinsic compression of the PAs and/or pulmonary veins. Fibrosing mediastinitis can be idiopathic or caused by irradiation, infection (tuberculosis, histoplasmosis), and systemic diseases, such as sarcoidosis and IgG4-related disease, a fibroinflammatory disease characterized by elevated serum IgG4 levels with infiltration of IgG4+ plasma cells and severe fibrosis in affected tissues.[821] Treatment should be directed to the underlying condition. No clear clinical improvement has been described with PAH drugs. Surgical and endovascular procedures have been proposed to de-obstruct or bypass the arterial and/or venous compressions.

In the absence of positive RCTs studying the use of PAH drugs for treating group 5 PH, treating the underlying disorder remains the standard of care.[836] Importantly, some of the diseases described in *Table 24* may have a pulmonary venous component that could be made worse with PAH drugs, implying that off-label use of drugs approved for PAH should be considered with great caution, if at all.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Placebo-controlled, randomized trials are currently recruiting in well-phenotyped subgroups of PH with unclear and/or multifactorial mechanisms, such as sarcoidosis-associated PH.

## 12. Definition of a pulmonary hypertension centre

While PH is not an uncommon condition, severe forms of PH, especially PAH and CTEPH, require highly specialized management. Since medical centres with multidisciplinary teams and a high volume of patients generally offer best standard of care, which translates into better clinical outcomes, establishing PH centres is clinically and economically highly desirable and is supported by

patient organizations and scientific societies. The purpose of a PH centre is to: receive new referrals; assess and investigate the cause of PH; carefully phenotype and routinely manage patients with medical, interventional, and surgical approaches; work closely with other health care providers to achieve the best outcomes for patients; undertake audits (reporting patient case mix and quality indicators); and be involved in clinical and translational research, and education. The requirements—comprising definition, multidisciplinary structure, number of cases, procedures, and staffing levels, as well as the skills and resources needed in a PH referral centre—are described below and in *Figure 16*. Criteria for paediatric and CTEPH centres are described elsewhere (*Sections 7.8.3* and *10.3*, respectively).



**Figure 16** Pulmonary hypertension centre schematic. CHD, congenital heart disease; ECMO, extracorporeal membrane oxygenation; GP, general practitioner; MDT, multidisciplinary team; PH, pulmonary hypertension. [a]Number adapted according to specific country characteristics. [b]Case manager can be a nurse specialist, social worker, physiotherapist, or administrative assistant in function of the centre organization. [c]Can be located in partner centres. Adapted from Biganzoli et al.[846]

## 12.1. Facilities and skills required for a pulmonary hypertension centre

Pulmonary hypertension centres care for a sufficient number of patients on PH therapy, as well as new referrals, to warrant this status. According to the 2015 ESC/ERS Guidelines for the diagnosis and treatment of PH and the European Reference Network on rare respiratory diseases (ERN-LUNG) competency requirements, the ideal number of patients seen by an adult centre each year is no fewer than 200, of which at least half have a final diagnosis of PAH; a PH centre follows at least 50 patients with PAH or CTEPH and receives at least two new referrals per month with documented PAH or CTEPH.[25,26,837–839] These numbers can be adapted according to specific country characteristics (small population, large geographical area) provided that strong working collaborations are established with high-volume centres. This is currently facilitated by the availability of secure virtual platforms (e.g. ERN clinical patient management system).[840]

Proper training of staff members includes core competencies, such as those outlined in the ERS Pulmonary Vascular Diseases Continuing Professional Development framework,[841] and builds on entrustable professional activities, described in the ESC Core Curriculum.[842]

Clinical, laboratory, and imaging facilities include: a ward where health care providers have expertise in PH; a specialist outpatient service; an intermediate/ICU; 24/7 emergency care; an interventional radiology unit; diagnostic investigations, including echocardiography, CT scanning, nuclear medicine, MRI, exercise tests, and PFTs; a cardiac catheterization laboratory; access to genetic counselling and testing; and fast and easy access to cardiothoracic and vascular surgery. Key diagnostic procedures are performed in sufficient numbers to guarantee good results (e.g. ERN-LUNG requirements).[837] In analogy with the 'advanced heart failure units',[843] PH centres offer the full range of PAH therapies available in their country (including i.v./ s.c. prostacyclin derivatives) and have early referral protocols to CTEPH, LTx, and rehabilitation centres. Since evaluation and early availability of new drugs and techniques are critical, PH centres participate in collaborative clinical research.

Regular multidisciplinary team meetings, including core members and on-demand invited members (extended multidisciplinary team) as needed (Figure 16), are required to establish and adapt individual patient care pathways. Case management (co-ordination of individual patient pathways) should include administrative, social, and care support. Remote accessibility of the PH centre by phone, mail, or other is a vital part of the care. Strategies have to be implemented in order to improve health literacy and shared decision-making, with the support of dedicated patient decision tools. Transitioning from a paediatric PH centre to an adult PH centre requires adequate planning to prevent gaps in care. Involving national and/or international patient associations helps to design patient-centric care and to spread medical knowledge among patients and their carers.

Pulmonary hypertension centres should record patients' data using local, national, or international patient registries, and be able to report process indicators (compliance with diagnostic and treatment guidelines, including LTx) and outcome indicators, such as WHO-FC, exercise capacity, haemodynamics, quality of life, complications, and survival. They should undergo regular audits to assess the quality of delivered care.

**Recommendation Table 25** — Recommendations for pulmonary hypertension centres

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| It is recommended that PH centres provide care by a multidisciplinary team (cardiologist, pneumologist, rheumatologist, nurse specialist, radiologist, psychological and social work support, and appropriate on-call expertise) | I | C |
| It is recommended that PH centres have direct links and quick referral patterns to other services (such as genetic counselling, PEA/BPA, LTx, and adult congenital heart disease service) | I | C |
| It is recommended that PH centres maintain a patient registry | I | C |
| It is recommended that PH centres collaborate with patient associations | I | C |
| Accreditation of the PH centres should be considered (e.g. https://ec.europa.eu/health/ern/assessment_en) | IIa | C |
| PH centres' participation in collaborative clinical research should be considered | IIa | C |
| PH centres should follow-up a sufficient number of patients to maintain expertise (at least 50 patients with PAH or CTEPH and at least two new referrals per month with documented PAH or CTEPH), and consider establishing collaborations with high-volume centres | IIa | C |

BPA, balloon pulmonary angioplasty; CTEPH, chronic thrombo-embolic pulmonary hypertension; LTx, lung transplantation; PAH, pulmonary arterial hypertension; PEA, pulmonary endarterectomy; PH, pulmonary hypertension.
[a]Class of recommendation.
[b]Level of evidence.

## 12.2. European Reference Network

In 2017, the European Commission launched European Reference Networks (ERNs) for rare diseases that included the ERN-LUNG with a PH core network. European Reference Networks are patient-centred networks of commissioned centres offering guidance and cross-border best standard of care in the European Union. The PH network includes over 20 full members, contributing each year ~1500 new patients with PAH or CTEPH.[844] It also includes UK supporting centres, and affiliated partners (who do not necessarily have to fulfil the minimum competency criteria of the ERN-LUNG PH network). The ERN-LUNG requires and monitors standards for these centres.

## 12.3. Patient associations and patient empowerment

Pulmonary hypertension centres should inform patients about patient associations and encourage them to join such groups. Patient associations are a valuable resource for managing patients, as they provide educational and emotional support, and can have positive effects on coping, confidence, and outlook.[845] It is recommended that PH centres collaborate with patient associations on initiatives to

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673925 by Inova Fairfax Hospital user on 26 August 2022

empower patients and improve the patient experience, addressing issues such as health literacy, digital skills, healthy lifestyles, mental health, and self-management. Health care can be delivered more effectively and efficiently if patients are full partners in the process.

# 13. Key messages

(1) The haemodynamic definition of PH has been updated as mPAP >20 mmHg. The definition of PAH also implies a PVR >2 WU and PAWP ≤15 mmHg. These cut-off values better reflect the limits of normal ranges, but do not yet translate into new therapeutic recommendations, since the efficacy of PAH therapy in patients with PVD and an mPAP 21–24 mmHg and/or PVR 2–3 WU is still unknown.

(2) The main diagnostic algorithm for PH has been simplified following a three-step approach, from suspicion by first-line physicians, detection by echocardiography, and confirmation with RHC in PH centres. Warning signs associated with worse outcomes have been identified, which justify immediate referral and management in PH centres.

(3) Screening strategies for PAH in patients with SSc and in those at risk of HPAH are proposed based on the results of published cohort studies. Their implementation may shorten the time from symptom onset to diagnosis of PAH.

(4) An improved recognition of CT and echocardiographic signs of CTEPH at the time of an acute PE event, together with a systematic follow-up of patients with acute PE, as indicated in the 2019 ESC/ERS Guidelines for the diagnosis and management of acute pulmonary embolism, should help to remediate the underdiagnosis of CTEPH.

(5) The three-strata risk-stratification assessment in PAH has been refined after being validated in multiple registries. The MRI and echocardiographic criteria have been added to the ESC/ERS table, refining non-invasive evaluation at diagnosis.

(6) A four-strata risk stratification, dividing the large, intermediate-risk group into intermediate–low and intermediate–high risk, is proposed at follow-up.

(7) The treatment algorithm for PAH has been simplified, with a clear focus on risk assessment, cardiopulmonary comorbidities, and treatment goals. Initial combination therapy and treatment escalation at follow-up when appropriate are current standards.

(8) The Task Force has attempted to close the gap between paediatric and adult PAH care, with therapeutic and follow-up strategies based on risk stratification and treatment response, extrapolated from that in adults but adapted for age.

(9) The recommendations on sex-related issues in patients with PAH, including pregnancy, have been updated, with information and shared decision-making as key points.

(10) The recommendations for rehabilitation and exercise programmes in PH have been updated following the release of additional supportive evidence.

(11) For the first time, there is a recommendation for PH medical therapy in group 3 PH, based on a single positive RCT in patients with ILD.

(12) The concept of CTEPD with or without PH has been introduced, enabling further research on the natural history and management in the absence of PH.

(13) The treatment algorithm for CTEPH has been modified, including multimodal therapy with surgery, PH drugs, and BPA.

# 14. Gaps in evidence

## 14.1. Pulmonary arterial hypertension (group 1)

- The efficacy and safety of PAH drugs in group 1 patients with an mPAP 21–24 mmHg, PVR 2–3 WU, and exercise PH has to be established.
- The role of PAH drugs in different PAH subgroups, including schistosomiasis-associated PAH, needs to be explored.
- Risk-stratification assessment in PAH needs to be further prospectively validated through goal-orientated outcome studies, and optimized for patients with PAH and comorbidities.
- New PAH phenotypes observed in patients with significant cardiopulmonary comorbidities are common and should be the focus of more research.
- The importance of PAH patient phenotypes and the relevance of comorbidities on treatment goals and outcomes must be further evaluated.
- The impact of PAH therapies and treatment strategies on survival needs to be further assessed.
- Pulmonary arterial hypertension drugs targeting novel pathways are emerging and the impact of add-on use of this medication on outcomes has to be evaluated in RCTs.
- The role of RV imaging techniques (echocardiography, cMRI) in diagnosing and stratifying risk in PAH needs to be further studied. The proposed cut-off values for risk stratification need to be properly validated in multicentre studies.
- The role of CPET in the early diagnosis of PAH in populations at risk of developing PAH, and in assessing prognosis in PAH on top of clinical and haemodynamic data, needs further investigation.
- The role of exercise echocardiography and exercise RHC in patients at risk of developing PAH, with abnormal CPET but normal rest echocardiogram, also needs further evaluation.
- The use of mechanical circulatory support, particularly in reversible PH or in patients with advanced right HF with an exit strategy (such as LTx), has to be further studied.
- Differences in natural history and treatment response between adults and children should be further investigated.
- Further studies are needed on the effects of PADN in PAH and in other PH groups.
- The impact of centre volume, organization, and expertise on treatment outcome needs further investigation.

## 14.2. Pulmonary hypertension associated with left heart disease (group 2)

- The management of patients with group 2 PH needs further study with RCTs.
- Additional research is needed to facilitate non-invasive diagnosis of HFpEF-associated PH and distinguishing it from PAH.
- The role of fluid challenge and exercise testing to reveal left HF needs further validation.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6677392/3929 by Inova Fairfax Hospital user on 26 August 2022

- Further studies focusing on PDE5is in patients with HFpEF and a CpcPH phenotype are needed and currently underway.
- The effects that new HF medication (ARNIs, SGLT-2is) has on PH, through reverse remodelling of the LV, need further investigation.

## 14.3. Pulmonary hypertension associated with lung diseases and/or hypoxia (group 3)

- The management of patients with group 3 PH has to be further studied in RCTs.
- Refining phenotypes will be crucial, as this will inform development of trials.
- Clinical relevance and therapeutic implications of severe PH in lung disease need to be investigated.
- Long-term data on the effects of inhaled treprostinil (and other PAH drugs) in patients with PH associated with lung disease are needed.
- The impact of the hypobaric and hypoxic environment of the >150 million people living at >2500 m altitude has to be clarified, and studies need to be performed to assess potential treatment strategies for PH.

## 14.4. Chronic thrombo-embolic pulmonary hypertension (group 4)

- The differentiation between acute and chronic PE in imaging (CTPA) has to be improved.

- In patients with suspected CTEPH, the diagnostic role of DECT or iodine subtraction mapping vs. V/Q lung scintigraphy has to be validated.
- The effect of drug therapy on the outcome of patients with CTEPH needs to be established.
- The treatment goals in patients with CTEPH have to be clarified, as it is still unclear if normalizing mPAP and PVR translates into improved outcomes.
- The role of BPA vs. PEA should be further clarified: which treatment in which patient? Are they equivalent for the treatment of segmental/subsegmental disease?
- In inoperable CTEPH or persistent/recurrent PH after PEA, the potential role of combination therapy of PH drugs must be assessed.
- The role of medical treatments as bridges to interventional and operative treatments needs to be formally tested.
- Randomized controlled trials are needed to discriminate the effects of PEA and early follow-up rehabilitation.
- The effect of PEA, BPA, and medical therapy on patients with CTEPD without PH is not established.

## 14.5. Pulmonary hypertension with unclear and/or multifactorial mechanisms (group 5)

- Further research needs to inform management of group 5 PH, such as SCD-associated PH and sarcoidosis-associated PH.

# 15. 'What to do' and 'What not to do' messages from the Guidelines

| Recommendations | Class[a] | Level[b] |
|---|---|---|
| **Recommendations for right heart catheterization and vasoreactivity testing** | | |
| **Right heart catheterization** | | |
| It is recommended that RHC is performed to confirm the diagnosis of PH (especially PAH or CTEPH) and to support treatment decisions | I | B |
| In patients with suspected or known PH, it is recommended that RHC is performed in experienced centres | I | C |
| It is recommended that RHC comprises a complete set of haemodynamics and is performed following standardized protocols | I | C |
| **Vasoreactivity testing** | | |
| Vasoreactivity testing is recommended in patients with I/H/DPAH to detect those who can be treated with high doses of a CCB | I | B |
| It is recommended that vasoreactivity testing is performed at PH centres | I | C |
| It is recommended to consider a positive response to vasoreactivity testing by a reduction in mPAP ≥10 mmHg to reach an absolute value of mPAP ≤40 mmHg with an increased or unchanged CO[c] | I | C |
| Inhaled nitric oxide, inhaled iloprost, or i.v. epoprostenol are recommended for performing vasoreactivity testing | I | C |
| Vasoreactivity testing, for identifying candidates for CCB therapy, is not recommended in patients with PAH other than I/H/DPAH and in PH groups 2, 3, 4, and 5 | III | C |

Continued

ESC/ERS Guidelines

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| Recommendations for diagnostic strategy | | |
|---|---|---|
| **Echocardiography** | | |
| Echocardiography is recommended as the first-line, non-invasive, diagnostic investigation in suspected PH | I | B |
| It is recommended to assign an echocardiographic probability of PH, based on an abnormal TRV and the presence of other echocardiographic signs suggestive of PH (see *Table 10*) | I | B |
| It is recommended to maintain the current threshold for TRV (>2.8 m/s) for echocardiographic probability of PH according to the updated haemodynamic definition | I | C |
| **Imaging** | | |
| Ventilation/perfusion or perfusion lung scan is recommended in patients with unexplained PH to assess for CTEPH | I | C |
| CT pulmonary angiography is recommended in the work-up of patients with suspected CTEPH | I | C |
| Routine biochemistry, haematology, immunology, HIV testing, and thyroid function tests are recommended in all patients with PAH, to identify associated conditions | I | C |
| Abdominal ultrasound is recommended for the screening of portal hypertension | I | C |
| **Other diagnostic tests** | | |
| Pulmonary function tests with DLCO are recommended in the initial evaluation of patients with PH | I | C |
| Open or thoracoscopic lung biopsy is not recommended in patients with PAH | III | C |

| Recommendations for screening and improved detection of pulmonary arterial hypertension and chronic thrombo-embolic pulmonary hypertension | | |
|---|---|---|
| **Systemic sclerosis** | | |
| In patients with SSc, an annual evaluation of the risk of having PAH is recommended | I | B |
| In adult patients with SSc with >3 years' disease duration, an FVC ≥40%, and a DLCO <60%, the DETECT algorithm is recommended to identify asymptomatic patients with PAH | I | B |
| In patients with SSc, where breathlessness remains unexplained following non-invasive assessment, RHC is recommended to exclude PAH | I | C |
| **CTEPH/CTEPD** | | |
| In patients with persistent or new-onset dyspnoea or exercise limitation following PE, further diagnostic evaluation to assess for CTEPH/CTEPD is recommended | I | C |
| For symptomatic patients with mismatched perfusion lung defects beyond 3 months of anticoagulation for acute PE, referral to a PH/CTEPH centre is recommended after considering the results of echocardiography, BNP/NT-proBNP, and/or CPET | I | C |
| **Other** | | |
| Counselling regarding the risk of PAH and annual screening are recommended in individuals who test positive for PAH-causing mutations and in first-degree relatives of patients with HPAH | I | B |
| In patients referred for liver transplantation, echocardiography is recommended as a screening test for PH | I | C |

| Recommendations for evaluating the disease severity and risk of death in patients with pulmonary arterial hypertension | | |
|---|---|---|
| It is recommended to evaluate disease severity in patients with PAH with a panel of data derived from clinical assessment, exercise tests, biochemical markers, echocardiography, and haemodynamic evaluations | I | B |
| Achieving and maintaining a low-risk profile on optimized medical therapy is recommended as a treatment goal in patients with PAH | I | B |
| For risk stratification at the time of diagnosis, the use of a three-strata model (low, intermediate, and high risk) is recommended, taking into account all available data including haemodynamics | I | B |
| For risk stratification during follow-up, the use of a four-strata model (low, intermediate–low, intermediate–high, and high risk) based on WHO-FC, 6MWD, and BNP/NT-proBNP is recommended, with additional variables taken into account as necessary | I | B |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| Recommendations for general measures and special circumstances | | |
|---|---|---|
| **General measures** | | |
| Supervised exercise training is recommended in patients with PAH under medical therapy | I | A |
| Psychosocial support is recommended in patients with PAH | I | C |
| Immunization of patients with PAH against SARS-CoV-2, influenza, and *Streptococcus pneumoniae* is recommended | I | C |
| Diuretic treatment is recommended in patients with PAH with signs of RV failure and fluid retention | I | C |
| Long-term oxygen therapy is recommended in patients with PAH whose arterial blood oxygen pressure is <8 kPa (60 mmHg)[d] | I | C |
| In the presence of iron-deficiency anaemia, correction of iron status is recommended in patients with PAH | I | C |
| The use of ACEIs, ARBs, ARNIs, SGLT-2is, beta-blockers, or ivabradine is not recommended in patients with PAH unless required by comorbidities (i.e. high blood pressure, coronary artery disease, left HF, or arrhythmias) | III | C |
| **Special circumstances** | | |
| In-flight oxygen administration is recommended for patients using oxygen or whose arterial blood oxygen pressure is <8 kPa (60 mmHg) at sea level | I | C |
| **Recommendations for women of childbearing potential** | | |
| It is recommended that women of childbearing potential with PAH are counselled at the time of diagnosis about the risks and uncertainties associated with becoming pregnant; this should include advice against becoming pregnant, and referral for psychological support where needed | I | C |
| It is recommended to provide women of childbearing potential with PAH with clear contraceptive advice, considering the individual needs of the woman but recognizing that the implications of contraceptive failure are significant in PAH | I | C |
| It is recommended that women with PAH who consider pregnancy or who become pregnant receive prompt counselling in an experienced PH centre, to facilitate genetic counselling and shared decision-making, and to provide psychological support to the patients and their families where needed | I | C |
| For women with PAH having termination of pregnancy, it is recommended that this be performed in PH centres, with psychological support provided to the patients and their families | I | C |
| As teratogenic potential has been reported in pre-clinical models for endothelin receptor antagonists and riociguat, these drugs are not recommended during pregnancy | III | B |
| **Recommendations for the treatment of vasoreactive patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension** | | |
| High doses of CCBs are recommended in patients with IPAH, HPAH, or DPAH who are responders to acute vasoreactivity testing | I | C |
| Close follow-up with complete reassessment after 3–4 months of therapy (including RHC) is recommended in patients with IPAH, HPAH, or DPAH treated with high doses of CCBs | I | C |
| Continuing high doses of CCBs is recommended in patients with IPAH, HPAH, or DPAH in WHO-FC I or II with marked haemodynamic improvement (mPAP <30 mmHg and PVR <4 WU) | I | C |
| Initiating PAH therapy is recommended in patients who remain in WHO-FC III or IV or those without marked haemodynamic improvement after high doses of CCBs | I | C |
| CCBs are not recommended in patients without a vasoreactivity study or non-responders, unless prescribed for other indications (e.g. Raynaud's phenomenon) | III | C |
| **Recommendations for initial oral drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension without cardiopulmonary comorbidities[c]** | | |
| Initial combination therapy with ambrisentan and tadalafil is recommended | I | B |
| Initial combination therapy with macitentan and tadalafil is recommended | I | B |
| Initial combination therapy with macitentan, tadalafil, and selexipag is not recommended | III | B |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| Recommendations for sequential drug combination therapy for patients with idiopathic, heritable, or drug-associated pulmonary arterial hypertension | | |
| --- | --- | --- |
| **General recommendation for sequential combination therapy** | | |
| It is recommended to base treatment escalations on risk assessment and general treatment strategies (see treatment algorithm) | I | C |
| **Evidence from studies with a composite morbidity/mortality endpoint as the primary outcome measure** | | |
| The addition of macitentan to PDE5is or oral/inhaled prostacyclin analogues is recommended to reduce the risk of morbidity/mortality events | I | B |
| The addition of selexipag to ERAs[f] and/or PDE5is is recommended to reduce the risk of morbidity/mortality events | I | B |
| The addition of oral treprostinil to ERA or PDE5i/riociguat monotherapy is recommended to reduce the risk of morbidity/mortality events | I | B |
| The addition of bosentan to sildenafil is not recommended to reduce the risk of morbidity/mortality events | III | B |
| **Evidence from studies with change in 6MWD as the primary outcome measure** | | |
| The addition of sildenafil to epoprostenol is recommended to improve exercise capacity | I | B |
| **Evidence from studies with safety of combination therapy as primary outcome measure** | | |
| Combining riociguat and PDE5is is not recommended[g] | III | B |
| **Recommendations for intensive care management for pulmonary arterial hypertension** | | |
| When managing patients with right HF in the ICU, it is recommended to involve physicians with expertise, treat causative factors, and use supportive measures, including inotropes and vasopressors, fluid management, and PAH drugs, as appropriate | I | C |
| **Recommendations for lung transplantation** | | |
| It is recommended that potentially candidates are referred for LTx evaluation when they have an inadequate response to oral combination therapy, indicated by an intermediate–high or high risk or by a REVEAL risk score >7 | I | C |
| It is recommended to list patients for LTx who present with a high risk of death or with a REVEAL risk score ≥10 despite receiving optimized medical therapy including s.c. or i.v. prostacyclin analogues | I | C |
| **Recommendations for pulmonary arterial hypertension associated with drugs or toxins** | | |
| It is recommended to make a diagnosis of drug- or toxin-associated PAH in patients who had relevant exposure and in whom other causes of PH have been excluded | I | C |
| In patients with suspected drug- or toxin-associated PAH, it is recommended to immediately discontinue the causative agent whenever possible | I | C |
| **Recommendations for pulmonary arterial hypertension associated with connective tissue disease** | | |
| In patients with PAH associated with CTD, treatment of the underlying condition according to current guidelines is recommended | I | A |
| In patients with PAH associated with CTD, the same treatment algorithm as for patients with IPAH is recommended | I | C |
| **Recommendations for pulmonary arterial hypertension associated with human immunodeficiency virus infection** | | |
| In patients with PAH associated with HIV infection, antiretroviral treatment according to current guidelines is recommended | I | A |
| **Recommendations for pulmonary arterial hypertension associated with portal hypertension** | | |
| Echocardiography is recommended in patients with liver disease or portal hypertension with signs or symptoms suggestive of PH, and as a screening tool in patients evaluated for liver transplantation or transjugular portosystemic shunt | I | C |
| It is recommended that patients with PAH associated with portal hypertension are referred to centres with expertise in managing both conditions | I | C |
| Drugs approved for PAH are not recommended for patients with portal hypertension and unclassified PH (i.e. elevated mPAP, high CO, and a normal PVR) | III | C |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| Recommendations for shunt closure in patients with pulmonary-systemic flow ratio >1.5:1 based on calculated pulmonary vascular resistance | | |
|---|---|---|
| In patients with an ASD, VSD, or PDA and a PVR <3 WU, shunt closure is recommended | I | C |
| In patients with an ASD and a PVR >5 WU despite PAH treatment, shunt closure is not recommended | III | C |

| Recommendations for pulmonary arterial hypertension associated with adult congenital heart disease | | |
|---|---|---|
| **Risk assessment** | | |
| Risk assessment is recommended for patients with persistent PAH after defect closure | I | C |
| **Treatment** | | |
| Bosentan is recommended in symptomatic patients with Eisenmenger syndrome to improve exercise capacity | I | B |
| In women with Eisenmenger syndrome, pregnancy is not recommended | III | C |
| In patients with Eisenmenger syndrome, routine phlebotomy to lower elevated haematocrit is not recommended | III | C |

| Recommendations for pulmonary arterial hypertension with signs of venous/capillary involvement | | |
|---|---|---|
| A combination of clinical and radiological findings, ABG, PFTs, and genetic testing is recommended to diagnose PAH with signs of venous and/or capillary involvement (PVOD/PCH) | I | A |
| Identification of biallelic EIF2AK4 mutations is recommended to confirm a diagnosis of heritable PVOD/PCH | I | A |
| Referral of eligible patients with PVOD/PCH to a transplant centre for evaluation is recommended as soon as the diagnosis is established | I | C |
| Lung biopsy is not recommended to confirm a diagnosis of PVOD/PCH | III | C |

| Recommendations for paediatric pulmonary hypertension | | |
|---|---|---|
| **Children** | | |
| It is recommended to perform the diagnostic work-up, including RHC and acute vasoreactivity testing, and treat children with PH at centres with specific expertise in paediatric PH | I | C |
| In children with PH, a comprehensive work-up for confirming diagnosis and specific aetiology is recommended (similar to that in adults, but adapted for age) | I | C |
| For confirming PH diagnosis, RHC is recommended, preferably before initiating any PAH therapy | I | C |
| In children with IPAH/HPAH, acute vasoreactivity testing is recommended to detect those who may benefit from CCB therapy | I | C |
| It is recommended to similarly define a positive response to acute vasoreactivity testing in children and adults by a reduction in mPAP ≥10 mmHg to reach an absolute value of mPAP ≤40 mmHg, with an increased or unchanged CO | I | C |
| In children with PAH, a therapeutic strategy based on risk stratification and treatment response is recommended, extrapolated from that in adults, but adapted for age | II | C |
| It is recommended to monitor the treatment response in children with PAH by serially assessing a panel of data derived from clinical assessment, echocardiographic evaluation, biochemical markers, and exercise tolerance tests | II | C |
| **Infants** | | |
| It is recommended to screen infants with bronchopulmonary dysplasia for PH | I | B |
| In infants with (or at risk of) bronchopulmonary dysplasia and PH, treating lung disease—including hypoxia, aspiration, and structural airway disease—and optimizing respiratory support is recommended before initiating PAH therapy | I | B |

| Recommendations for pulmonary hypertension associated with left heart disease | | |
|---|---|---|
| In patients with LHD, optimizing treatment of the underlying condition is recommended before considering assessment of suspected PH | I | A |
| RHC is recommended for suspected PH in patients with LHD, if it aids management decisions | I | C |

*Continued*

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | |
|---|---|---|
| RHC is recommended in patients with severe tricuspid regurgitation with or without LHD prior to surgical or interventional valve repair | I | C |
| For patients with LHD and suspected PH with features of a severe pre-capillary component and/or markers of RV dysfunction, referral to a PH centre for a complete diagnostic work-up is recommended | I | C |
| In patients with LHD and CpcPH with a severe pre-capillary component (e.g. PVR >5 WU), an individualized approach to treatment is recommended | I | C |
| When patients with PH and multiple risk factors for LHD, who have a normal PAWP at rest but an abnormal response to exercise or fluid challenge, are treated with PAH drugs, close monitoring is recommended | I | C |
| Drugs approved for PAH are not recommended in PH-LHD[h] | III | A |

## Recommendations for pulmonary hypertension associated with lung disease and/or hypoxia

| | | |
|---|---|---|
| If PH is suspected in patients with lung disease, it is recommended that echocardiography[i] be performed and results interpreted in conjunction with ABG, PFTs including DLCO, and CT imaging | I | C |
| In patients with lung disease and suspected PH, it is recommended to optimize treatment of the underlying lung disease and, where indicated, hypoxaemia, sleep-disordered breathing, and/or alveolar hypoventilation | I | C |
| In patients with lung disease and suspected severe PH, or where there is uncertainty regarding the treatment of PH, referral to a PH centre is recommended[j] | I | C |
| In patients with lung disease and severe PH, an individualized approach to treatment is recommended | I | C |
| It is recommended to refer eligible patients with lung disease and PH for LTx evaluation | I | C |
| In patients with lung disease and suspected PH, RHC is recommended if the results are expected to aid management decisions | I | C |
| The use of ambrisentan is not recommended in patients with PH associated with IPF | III | B |
| The use of riociguat is not recommended in patients with PH associated with IIP | III | B |
| The use of PAH medication is not recommended in patients with lung disease and non-severe PH[k] | III | C |

## Recommendations for chronic thrombo-embolic pulmonary hypertension and chronic thrombo-embolic pulmonary disease without pulmonary hypertension

### CTEPH

| | | |
|---|---|---|
| Lifelong, therapeutic doses of anticoagulation are recommended in all patients with CTEPH | I | C |
| Antiphospholipid syndrome testing is recommended in patients with CTEPH | I | C |
| In patients with CTEPH and antiphospholipid syndrome, anticoagulation with VKAs is recommended | I | C |
| It is recommended that all patients with CTEPH are reviewed by a CTEPH team for the assessment of multimodality management | I | C |
| PEA is recommended as the treatment of choice for patients with CTEPH and fibrotic obstructions within pulmonary arteries accessible by surgery | I | B |
| BPA is recommended in patients who are technically inoperable or have residual PH after PEA and distal obstructions amenable to BPA | I | B |
| Riociguat is recommended for symptomatic patients with inoperable CTEPH or persistent/recurrent PH after PEA | I | B |
| Long-term follow-up is recommended after PEA and BPA, as well as for patients with CTEPH established on medical therapy | I | C |

## Recommendations for pulmonary hypertension centres

| | | |
|---|---|---|
| It is recommended that PH centres provide care by a multidisciplinary team (cardiologist, pneumologist, rheumatologist, nurse specialist, radiologist, psychological and social work support, appropriate on-call expertise) | I | C |
| It is recommended that PH centres have direct links and quick referral patterns to other services (such as genetic counselling, PEA/BPA, LTx, adult congenital heart disease service) | I | C |

*Continued*

© ESC/ERS 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

| | | |
|---|---|---|
| It is recommended that PH centres maintain a patient registry | I | C |
| It is recommended that PH centres collaborate with patient associations | I | C |

6MWD, 6-minute walking distance; ABG, arterial blood gas analysis; ACEi, angiotensin-converting enzyme inhibitor; ARB, angiotensin receptor blocker; ARNI, angiotensin receptor–neprilysin inhibitor; ASD, atrial septal defect; BNP/NT-proBNP, brain natriuretic peptide/N-terminal pro-brain natriuretic peptide; BPA, balloon pulmonary angioplasty; CCB, calcium channel blocker; CpcPH, combined post- and pre-capillary pulmonary hypertension; CPET, cardiopulmonary exercise testing; CT, computed tomography; CTD, connective tissue disease; CTEPD, chronic thrombo-embolic pulmonary disease; CTEPH, chronic thrombo-embolic pulmonary hypertension; DLCO, Lung diffusion capacity for carbon monoxide; DPAH, drug-associated pulmonary arterial hypertension; ERA, endothelin receptor antagonist; FVC, forced vital capacity; HF, heart failure; HFpEF, heart failure with preserved ejection fraction; HIV, human immunodeficiency virus; HPAH, heritable pulmonary arterial hypertension; ICU, intensive care unit; I/H/DPAH, idiopathic, heritable, drug-associated pulmonary arterial hypertension; IIP, idiopathic interstitial pneumonia; ILD, interstitial lung disease; IPAH, idiopathic pulmonary arterial hypertension; IPF, idiopathic pulmonary fibrosis; i.v., intravenous; LHD, left heart disease; LTx, lung transplantation; mPAP, mean pulmonary arterial pressure; PAH, pulmonary arterial hypertension; PAWP, pulmonary arterial wedge pressure; PCH, pulmonary capillary haemangiomatosis; PDA, patent ductus arteriosus; PDE5i, phosphodiesterase 5 inhibitor; PE, pulmonary embolism; PEA, pulmonary endarterectomy; PFTs, pulmonary function tests; PH, pulmonary hypertension; PH-LHD, pulmonary hypertension associated with left heart disease; PVOD, pulmonary veno-occlusive disease; PVR, pulmonary vascular resistance; RHC, right heart catheterization; RV, right ventricular; s.c., subcutaneous; SGLT-2i, sodium–glucose cotransporter-2 inhibitor; SSc, systemic sclerosis; TRV, tricuspid regurgitation velocity; VKA, vitamin K antagonist; VSD, ventricular septal defect; WHO-FC, World Health Organization functional class; WU, Wood units.

ᵃClass of recommendation.

ᵇLevel of evidence.

ᶜTesting should also be performed in patients with a baseline mPAP <40 mmHg, in whom the same responder criteria apply.

ᵈMeasured on at least two occasions.

ᵉCardiopulmonary comorbidities are predominantly encountered in elderly patients and include risk factors for HFpEF such as obesity, diabetes, coronary heart disease, a history of hypertension, and/or a low DLCO.

ᶠERA used in the GRIPHON study were bosentan and ambrisentan.

ᵍThe PATENT plus study investigated the combination of sildenafil and riociguat; however, combining riociguat with any PDE5i is contraindicated.

ʰSafety concerns have been identified when ERAs are used in patients with HF (HFpEF and HFrEF, with or without PH) and when sildenafil is used in patients with persistent PH after correction of valvular heart disease.

ⁱAssessments should ideally be made when the patient is clinically stable, as exacerbations can significantly raise pulmonary artery pressure.

ʲThis recommendation does not apply to patients with end-stage lung disease who are not considered candidates for LTx.

ᵏThis does not include inhaled treprostinil, which may be considered in patients with PH associated with ILD irrespective of PH severity.

### 'What to do' and 'What not to do' messages developed with GRADE Evidence to Decision framework

| GRADE | | | | |
|---|---|---|---|---|
| Recommendations | Quality of evidence | Strength of recommendation | Classᵃ | Levelᵇ |
| In patients with IPAH/HPAH/DPAH who present at low or intermediate risk of death, initial combination therapy with a PDE5i and an ERA is recommended | Low | Conditional | I | B |
| The use of PDE5i in patients with HFpEF and isolated post-capillary PH is not recommended | Low | Conditional | III | C |
| The use of PDE5i in patients with ILD and non-severe PH is not recommended | Very low | Conditional | III | C |

DPAH, drug-associated pulmonary arterial hypertension; ERA, endothelin receptor antagonist; HPAH, heritable pulmonary arterial hypertension; HFpEF, heart failure with preserved ejection fraction; ILD, interstitial lung disease; PDE5i, phosphodiesterase 5 inhibitor; PH, pulmonary hypertension.

ᵃClass of recommendation.

ᵇLevel of evidence.

# 16. Quality indicators

Quality indicators (QIs) are tools that may be used to evaluate care quality, including structural, process, and outcomes of care.[847] They may also serve as a mechanism for enhancing adherence to guideline recommendations through associated quality-improvement initiatives and benchmarking of care providers.[848,849] As such, the role of QIs in improving care and outcomes for cardiovascular disease is increasingly being recognized by health care authorities, professional organizations, payers, and the public.[847]

The ESC understands the need for measuring and reporting quality and outcomes of cardiovascular care, and has established

methods for developing the ESC QIs for the quantification of care and outcomes for cardiovascular diseases.[847] To date, the ESC has developed QI suites for a number of cardiovascular diseases[850–852] and embedded these in respective ESC Clinical Practice guidelines.[27,477,853,854] Furthermore, the ESC aims to integrate its QIs with clinical registries such as the EurObservational Research Programme and the European Unified Registries On Heart Care Evaluation and Randomized Trials (EuroHeart) project[855] to provide real-world data about the patterns and outcomes of care for cardiovascular disease across Europe.

In parallel with the writing of this Clinical Practice Guideline, a process has been initiated to develop QIs for patients with PH using the

ESC methodology and through collaboration with domain experts and the Heart Failure Association of the ESC. Such QIs may be used for evaluating the quality of care for patients with PH, and enable important aspects of care delivery to be captured. These QIs, alongside their specifications and development process, will be published separately.

## 17. Supplementary data

Supplementary data is available at *European Heart Journal* online including key narrative question (1-8) and PICO questions (I-IV).

## 18. Data availability statement

No new data were generated or analysed in support of this research.

## 19. Author information

**Author/Task Force Member Affiliations**: Marc Humbert\*, Faculty of Medicine, Université Paris-Saclay, Le Kremlin-Bicêtre, France, Service de Pneumologie et Soins Intensifs Respiratoires, Centre de Référence de l'Hypertension Pulmonaire, Hôpital Bicêtre, Assistance Publique Hôpitaux de Paris, Le Kremlin-Bicêtre, France, INSERM UMR_S 999, Hôpital Marie-Lannelongue, Le Plessis-Robinson, France; Gabor Kovacs, University Clinic of Internal Medicine, Division of Pulmonology, Medical University of Graz, Graz, Austria, Ludwig Boltzmann Institute for Lung Vascular Research, Graz, Austria; Marius M. Hoeper, Respiratory Medicine, Hannover Medical School, Hanover, Germany, Biomedical Research in End-stage and Obstructive Lung Disease (BREATH), member of the German Centre of Lung Research (DZL), Hanover, Germany; Roberto Badagliacca, Dipartimento di Scienze Cliniche Internistiche, Anestesiologiche e Cardiovascolari, Sapienza Università di Roma, Roma, Italy, Dipartimento Cardio-Toraco-Vascolare e Chirurgia dei Trapianti d'Organo, Policlinico Umberto I, Roma, Italy; Rolf M.F. Berger, Center for Congenital Heart Diseases, Beatrix Children's Hospital, Dept of Paediatric Cardiology, University Medical Center Groningen, University of Groningen, Groningen, Netherlands; Margarita Brida, Department of Sports and Rehabilitation Medicine, Medical Faculty University of Rijeka, Rijeka, Croatia, Adult Congenital Heart Centre and National Centre for Pulmonary Hypertension, Royal Brompton & Harefield Hospitals, Guys & St Thomas's NHS Trust, London, United Kingdom; Jørn Carlsen, Department of Cardiology, Copenhagen University Hospital, Rigshospitalet, Copenhagen, Denmark, Department of Clinical Medicine; Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark; Andrew J.S. Coats, Faculty of Medicine, University of Warwick, Coventry, United Kingdom, Faculty of Medicine, Monash University Melbourne, Australia; Pilar Escribano-Subias, Pulmonary Hypertension Unit, Cardiology Department, Hospital Universitario 12 de Octubre, Madrid, Spain, CIBER-CV (Centro de Investigaciones Biomédicas En Red de enfermedades CardioVasculares), Instituto de Salud Carlos III, Madrid, Spain, Facultad de Medicina, Universidad Complutense, Madrid, Spain; Pisana Ferrari (Italy), ESC Patient Forum, Sophia Antipolis,
France, AIPI, Associazione Italiana Ipertensione Polmonare, Bologna, Italy; Diogenes S. Ferreira, Alergia e Imunologia, Hospital de Clinicas, Universidade Federal do Parana, Curitiba, Brazil; Hossein Ardeschir Ghofrani, Department of Internal Medicine, University Hospital Giessen, Justus-Liebig University, Giessen, Germany, Department of Pneumology, Kerckhoff Klinik, Bad Nauheim, Germany, Department of Medicine, Imperial College London, London, United Kingdom; George Giannakoulas, Cardiology Department, Aristotle University of Thessaloniki, AHEPA University Hospital, Thessaloniki, Greece; David G. Kiely, Department of Infection, Immunity and Cardiovascular Disease, University of Sheffield, Sheffield, United Kingdom, Sheffield Pulmonary Vascular Disease Unit, Sheffield Teaching Hospitals NHS Foundation Trust, Sheffield, United Kingdom, Insigneo Institute, University of Sheffield, Sheffield, United Kingdom; Eckhard Mayer, Thoracic Surgery, Kerckhoff Clinic, Bad Nauheim, Germany; Gergely Meszaros (Hungary), ESC Patient Forum, Sophia Antipolis, France, European Lung Foundation (ELF), Sheffield, United Kingdom; Blin Nagavci, Institute for Evidence in Medicine, Faculty of Medicine and Medical Center, University of Freiburg, Freiburg, Germany; Karen M. Olsson, Clinic of Respiratory Medicine, Hannover Medical School, member of the German Center of Lung Research (DZL), Hannover, Germany; Joanna Pepke-Zaba, Pulmonary Vascular Diseases Unit, Royal Papworth Hospital, Cambridge, United Kingdom; Jennifer K. Quint, NHLI, Imperial College London, London, United Kingdom; Göran Rådegran, Department of Cardiology, Clinical Sciences Lund, Faculty of Medicine, Lund, Sweden, The Haemodynamic Lab, The Section for Heart Failure and Valvular Disease, VO. Heart and Lung Medicine, Skåne University Hospital, Lund, Sweden; Gerald Simonneau, Faculté Médecine, Université Paris Saclay, Le Kremlin-Bicêtre, France, Centre de Référence de l'Hypertension Pulmonaire, Hopital Marie-Lannelongue, Le Plessis-Robinson, France; Olivier Sitbon, Faculty of Medicine, Université Paris-Saclay, Le Kremlin-Bicêtre, France, Service de Pneumologie et Soins Intensifs Respiratoires, Centre de Référence de l'Hypertension Pulmonaire, Hôpital Bicêtre, Assistance Publique Hôpitaux de Paris, Le Kremlin-Bicêtre, France, INSERM UMR_S 999, Hôpital Marie-Lannelongue, Le Plessis-Robinson, France; Thomy Tonia, Institute of Social and Preventive Medicine, University of Bern, Bern, Switzerland; Mark Toshner, Heart Lung Research Institute, Dept of Medicine, University of Cambridge, Cambridge, United Kingdom, Royal Papworth NHS Trust; Jean-Luc Vachiery, Department of Cardiology, Pulmonary Vascular Diseases and Heart Failure Clinic, HUB Hôpital Erasme, Brussels, Belgium; and Anton Vonk Noordegraaf, Pulmonology, Amsterdam UMC, Amsterdam, Netherlands.

\*Marc Humbert is supported by the Investissement d'Avenir programme managed by the French National Research Agency under the grant contract ANR-18-RHUS-0006 (DESTINATION 2024).

## 20. Appendix

### ESC/ERS Scientific Document Group

Includes Document Reviewers and ESC National Cardiac Societies.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

**Document Reviewers**: Markus Schwerzmann (ESC Review Coordinator) (Switzerland), Anh-Tuan Dinh-Xuan (ERS Review Coordinator) (France), Andy Bush (United Kingdom), Magdy Abdelhamid (Egypt), Victor Aboyans (France), Eloisa Arbustini (Italy), Riccardo Asteggiano (Italy), Joan-Albert Barberà (Spain), Maurice Beghetti (Switzerland), Jelena Čelutkienė (Lithuania), Maja Cikes (Croatia), Robin Condliffe (United Kingdom), Frances de Man (Netherlands), Volkmar Falk (Germany), Laurent Fauchier (France), Sean Gaine (Ireland), Nazzareno Galié (Italy), Wendy Gin-Sing (United Kingdom), John Granton (Canada), Ekkehard Grünig (Germany), Paul M. Hassoun (United States of America), Merel Hellemons (Netherlands), Tiny Jaarsma (Sweden), Barbro Kjellström (Sweden), Frederikus A. Klok (Netherlands), Aleksandra Konradi (Russian Federation), Konstantinos C. Koskinas (Switzerland), Dipak Kotecha (United Kingdom), Irene Lang (Austria), Basil S. Lewis (Israel), Ales Linhart (Czech Republic), Gregory Y.H. Lip (United Kingdom), Maja-Lisa Løchen (Norway), Alexander G. Mathioudakis (United Kingdom), Richard Mindham (United Kingdom), Shahin Moledina (United Kingdom), Robert Naeije (Belgium), Jens Cosedis Nielsen (Denmark), Horst Olschewski (Austria), Isabelle Opitz (Switzerland), Steffen E. Petersen (United Kingdom), Eva Prescott (Denmark), Amina Rakisheva (Kazakhstan), Abilio Reis (Portugal), Arsen D. Ristić (Serbia), Nicolas Roche (France), Rita Rodrigues (Portugal), Christine Selton-Suty (France), Rogerio Souza (Brazil), Andrew J. Swift (United Kingdom), Rhian M. Touyz (Canada/United Kingdom), Silvia Ulrich (Switzerland), Martin R. Wilkins (United Kingdom), and Stephen John Wort (United Kingdom).

**ESC National Cardiac Societies** actively involved in the review process of the 2022 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension: **Algeria**: Algerian Society of Cardiology, Messaad Krim; **Armenia**: Armenian Cardiologists Association, Hamlet Hayrapetyan; **Austria**: Austrian Society of Cardiology, Irene Lang; **Azerbaijan**: Azerbaijan Society of Cardiology, Oktay Musayev; **Belarus**: Belorussian Scientific Society of Cardiologists, Irina Lazareva; **Bosnia and Herzegovina**: Association of Cardiologists of Bosnia and Herzegovina, Šekib Sokolović; **Bulgaria**: Bulgarian Society of Cardiology, Vasil Velchev; **Croatia**: Croatian Cardiac Society, Maja Cikes; **Cyprus**: Cyprus Society of Cardiology, Ioannis Michaloliakos; **Czechia**: Czech Society of Cardiology, Pavel Jansa; **Denmark**: Danish Society of Cardiology, Søren Mellemkjær; **Egypt**: Egyptian Society of Cardiology, Ahmed Hassan; **Estonia**: Estonian Society of Cardiology, Ly Anton; **Finland**: Finnish Cardiac Society, Markku Pentikäinen; **France**: French Society of Cardiology, Nicolas Meneveau; **Georgia**: Georgian Society of Cardiology, Mikheil Tsverava; **Germany**: German Cardiac Society, Mareike Lankeit; **Greece**: Hellenic Society of Cardiology, Athanasios Manginas; **Hungary**: Hungarian Society of Cardiology, Istvan Hizoh; **Ireland**: Irish Cardiac Society, Vincent Maher; **Israel**: Israel Heart Society, Rafael Hirsch; **Italy**: Italian Federation of Cardiology, Nazzareno Galié; **Kazakhstan**: Association of Cardiologists of Kazakhstan, Murat A. Mukarov; **Kosovo (Republic of)**: Kosovo Society of Cardiology, Pranvera Ibrahimi; **Kyrgyzstan**: Kyrgyz Society of Cardiology, Sooronbaev Talant, **Latvia**: Latvian Society of Cardiology, Ainars Rudzitis; **Lebanon**: Lebanese Society of Cardiology, Ghassan Kiwan; **Lithuania**: Lithuanian Society of Cardiology, Lina Gumbienė; **Luxembourg**: Luxembourg Society of Cardiology, Andrei Codreanu; **Malta**: Maltese Cardiac Society, Josef Micallef; **Moldova (Republic of)**: Moldavian Society of Cardiology, Eleonora Vataman; **Montenegro**: Montenegro Society of Cardiology, Nebojsa Bulatovic; **Morocco**: Moroccan Society of Cardiology, Said Chraibi; **Netherlands**: Netherlands Society of Cardiology, Marco C. Post; **North Macedonia**: North Macedonian Society of Cardiology, Elizabeta Srbinovska Kostovska; **Norway**: Norwegian Society of Cardiology, Arne Kristian Andreassen; **Poland**: Polish Cardiac Society, Marcin Kurzyna; **Portugal**: Portuguese Society of Cardiology, Rui Plácido; **Romania**: Romanian Society of Cardiology, Ioan Mircea Coman; **Russian Federation**: Russian Society of Cardiology, Oksana Vasiltseva; **San Marino**: San Marino Society of Cardiology, Marco Zavatta; **Serbia**: Cardiology Society of Serbia, Arsen D. Ristić; **Slovakia**: Slovak Society of Cardiology, Iveta Šimkova; **Slovenia**: Slovenian Society of Cardiology, Gregor Poglajen; **Spain**: Spanish Society of Cardiology, María Lázaro Salvador; **Sweden**: Swedish Society of Cardiology, Stefan Söderberg; **Switzerland**: Swiss Society of Cardiology, Silvia Ulrich; **Syrian Arab Republic**: Syrian Cardiovascular Association, Mhd Yassin Bani Marjeh; **Tunisia**: Tunisian Society of Cardiology and Cardio-Vascular Surgery, Fatma Ouarda; **Turkey**: Turkish Society of Cardiology, Bulent Mutlu; **Ukraine**: Ukrainian Association of Cardiology, Yuriy Sirenko; **United Kingdom of Great Britain and Northern Ireland**: British Cardiovascular Society, J. Gerry Coghlan; and **Uzbekistan**: Association of Cardiologists of Uzbekistan, Timur Abdullaev.

**ESC Clinical Practice Guidelines (CPG) Committee**: Colin Baigent (Chairperson) (United Kingdom), Magdy Abdelhamid (Egypt), Victor Aboyans (France), Sotiris Antoniou (United Kingdom), Elena Arbelo (Spain), Riccardo Asteggiano (Italy), Andreas Baumbach (United Kingdom), Michael A. Borger (Germany), Jelena Čelutkienė (Lithuania), Maja Cikes (Croatia), Jean-Philippe Collet (France), Volkmar Falk (Germany), Laurent Fauchier (France), Chris P. Gale (United Kingdom), Sigrun Halvorsen (Norway), Bernard Iung (France), Tiny Jaarsma (Sweden), Aleksandra Konradi (Russian Federation), Konstantinos C. Koskinas (Switzerland), Dipak Kotecha (United Kingdom), Ulf Landmesser (Germany), Basil S. Lewis (Israel), Ales Linhart (Czech Republic), Maja-Lisa Løchen (Norway), Richard Mindham (United Kingdom), Jens Cosedis Nielsen (Denmark), Steffen E. Petersen (United Kingdom), Eva Prescott (Denmark), Amina Rakisheva (Kazakhstan), Marta Sitges (Spain), and Rhian M. Touyz (Canada/ United Kingdom).

**Independent Research Methodologists**: Rebecca L. Morgan (United States of America) and Kapeena Sivakumaran (Canada).

# 21. References

1. Simonneau G, Montani D, Celermajer DS, Denton CP, Gatzoulis MA, Krowka M, et al. Haemodynamic definitions and updated clinical classification of pulmonary hypertension. Eur Respir J 2019;53:1801913.
2. Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol 2011;64:383–394.
3. Alonso-Coello P, Oxman AD, Moberg J, Brignardello-Petersen R, Akl EA, Davoli M, et al. GRADE Evidence to Decision (EtD) frameworks: a systematic and transparent approach to making well informed healthcare choices. 2: Clinical practice guidelines. BMJ 2016;353:i2089.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

4. Nagavci B, Tonia T, Roche N, Genton C, Vaccaro V, Humbert M, et al. European Respiratory Society clinical practice guidelines: methodological guidance. ERJ Open Res 2022;8:0655–2021.

5. Schünemann HB, Guyatt G, Oxman A. GRADE handbook for grading quality of evidence and strength of recommendations. The GRADE Working Group; 2013.

6. Miravitlles M, Tonia T, Rigau D, Roche N, Genton C, Vaccaro V, et al. New era for European Respiratory Society clinical practice guidelines: joining efficiency and high methodological standards. Eur Respir J 2018;51:1800221.

7. Kovacs G, Berghold A, Scheidl S, Olschewski H. Pulmonary arterial pressure during rest and exercise in healthy subjects: a systematic review. Eur Respir J 2009;34: 888–894.

8. Kovacs G, Olschewski A, Berghold A, Olschewski H. Pulmonary vascular resistances during exercise in normal subjects: a systematic review. Eur Respir J 2012; 39:319–328.

9. Wolsk E, Bakkestrom R, Thomsen JH, Balling L, Andersen MJ, Dahl JS, et al. The influence of age on hemodynamic parameters during rest and exercise in healthy individuals. JACC Heart Fail 2017;5:337–346.

10. Maron BA, Hess E, Maddox TM, Opotowsky AR, Tedford RJ, Lahm T, et al. Association of borderline pulmonary hypertension with mortality and hospitalization in a large patient cohort: insights from the Veterans Affairs Clinical Assessment, Reporting, and Tracking program. Circulation 2016;133:1240–1248.

11. Douschan P, Kovacs G, Avian A, Foris V, Gruber F, Olschewski A, et al. Mild elevation of pulmonary arterial pressure as a predictor of mortality. Am J Respir Crit Care Med 2018;197:509–516.

12. Kolte D, Lakshmanan S, Jankowich MD, Brittain EL, Maron BA, Choudhary G. Mild pulmonary hypertension is associated with increased mortality: a systematic review and meta-analysis. J Am Heart Assoc 2018;7:e009729.

13. Maron BA, Brittain EL, Hess E, Waldo SW, Baron AE, Huang S, et al. Pulmonary vascular resistance and clinical outcomes in patients with pulmonary hypertension: a retrospective cohort study. Lancet Respir Med 2020;8:873–884.

14. Xanthouli P, Jordan S, Milde N, Marra A, Blank N, Egenlauf B, et al. Haemodynamic phenotypes and survival in patients with systemic sclerosis: the impact of the new definition of pulmonary arterial hypertension. Ann Rheum Dis 2020;79:370–378.

15. Paulus WJ, Tschope C, Sanderson JE, Rusconi C, Flachskampf FA, Rademakers FE, et al. How to diagnose diastolic heart failure: a consensus statement on the diagnosis of heart failure with normal left ventricular ejection fraction by the Heart Failure and Echocardiography Associations of the European Society of Cardiology. Eur Heart J 2007;28:2539–2550.

16. Pieske B, Tschope C, de Boer RA, Fraser AG, Anker SD, Donal E, et al. How to diagnose heart failure with preserved ejection fraction: the HFA-PEFF diagnostic algorithm: a consensus recommendation from the Heart Failure Association (HFA) of the European Society of Cardiology (ESC). Eur Heart J 2019;40:3297–3317.

17. Zeder K, Banfi C, Steinrisser-Allex G, Maron BA, Humbert M, Lewis GD, et al. Diagnostic, prognostic and differential-diagnostic relevance of pulmonary hemodynamics during exercise – a systematic review. Eur Respir J 2022;2:103181.

18. Ho JE, Zern EK, Lau ES, Wooster L, Bailey CS, Cunningham T, et al. Exercise pulmonary hypertension predicts clinical outcomes in patients with dyspnea on effort. J Am Coll Cardiol 2020;75:17–26.

19. Stamm A, Saxer S, Lichtblau M, Hasler ED, Jordan S, Huber LC, et al. Exercise pulmonary haemodynamics predict outcome in patients with systemic sclerosis. Eur Respir J 2016;48:1658–1667.

20. Hasler ED, Muller-Mottet S, Furian M, Saxer S, Huber LC, Maggiorini M, et al. Pressure-flow during exercise catheterization predicts survival in pulmonary hypertension. Chest 2016;150:57–67.

21. Lewis GD, Murphy RM, Shah RV, Pappagianopoulos PP, Malhotra R, Bloch KD, et al. Pulmonary vascular response patterns during exercise in left ventricular systolic dysfunction predict exercise capacity and outcomes. Circ Heart Fail 2011;4: 276–285.

22. Zeder K, Avian A, Bachmaier G, Douschan P, Foris V, Sassmann T, et al. Exercise pulmonary resistances predict long-term survival in systemic sclerosis. Chest 2021;159:781–790.

23. Eisman AS, Shah RV, Dhakal BP, Pappagianopoulos PP, Wooster L, Bailey C, et al. Pulmonary capillary wedge pressure patterns during exercise predict exercise capacity and incident heart failure. Circ Heart Fail 2018;11:e004750.

24. Bentley RF, Barker M, Esfandiari S, Wright SP, Valle FH, Granton JT, et al. Normal and abnormal relationships of pulmonary artery to wedge pressure during exercise. J Am Heart Assoc 2020;9:e016339.

25. Galiè N, Humbert M, Vachiery JL, Gibbs S, Lang I, Torbicki A, et al. 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension: The Joint Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): Endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). Eur Respir J 2015;46:903–975.

26. Galiè N, Humbert M, Vachiery JL, Gibbs S, Lang I, Torbicki A, et al. 2015 ESC/ERS Guidelines for the diagnosis and treatment of pulmonary hypertension: The Joint Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): Endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). Eur Heart J 2016;37:67–119.

27. McDonagh TA, Metra M, Adamo M, Gardner RS, Baumbach A, Bohm M, et al. 2021 ESC Guidelines for the diagnosis and treatment of acute and chronic heart failure. Eur Heart J 2021;42:3599–3726.

28. Vahanian A, Beyersdorf F, Praz F, Milojevic M, Baldus S, Bauersachs J, et al. 2021 ESC/EACTS Guidelines for the management of valvular heart disease. Eur Heart J 2022;43:561–632.

29. Hoeper MM, Humbert M, Souza R, Idrees M, Kawut SM, Sliwa-Hahnle K, et al. A global view of pulmonary hypertension. Lancet Respir Med 2016;4:306–322.

30. NHS Digital. National Audit of Pulmonary Hypertension 10th Annual Report, Great Britain, 2018-19. https://digital.nhs.uk/data-and-information/publications/statistical/national-pulmonary-hypertension-audit/2019# (24 March 2022, date last accessed 22 July 2022).

31. Leber L, Beaudet A, Muller A. Epidemiology of pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension: identification of the most accurate estimates from a systematic literature review. Pulm Circ 2021;11: 2045894020977300.

32. Lau EMT, Giannoulatou E, Celermajer DS, Humbert M. Epidemiology and treatment of pulmonary arterial hypertension. Nat Rev Cardiol 2017;14:603–614.

33. Montani D, Girerd B, Jais X, Lavenezziana P, Lau EMT, Bouchachi A, et al. Screening for pulmonary arterial hypertension in adults carrying a BMPR2 mutation. The Eur Respir J 2020;58:2004229.

34. Certain MC, Chaumais MC, Jais X, Savale L, Seferian A, Parent F, et al. Characteristics and long-term outcomes of pulmonary venoocclusive disease induced by mitomycin C. Chest 2021;159:1197–1207.

35. Cornet L, Khouri C, Roustit M, Guignabert C, Chaumais MC, Humbert M, et al. Pulmonary arterial hypertension associated with protein kinase inhibitors: a pharmacovigilance-pharmacodynamic study. Eur Respir J 2019;53:1802472.

36. McGee M, Whitehead N, Martin J, Collins N. Drug-associated pulmonary arterial hypertension. Clin Toxicol 2018;56:801–809.

37. McGregor PC, Boosalis V, Aragam J. Carfilzomib-induced pulmonary hypertension with associated right ventricular dysfunction: A case report. SAGE Open Med Case Rep 2021;9:2050313X21994031.

38. Montani D, Lau EM, Descatha A, Jais X, Savale L, Andujar P, et al. Occupational exposure to organic solvents: a risk factor for pulmonary veno-occlusive disease. Eur Respir J 2015;46:1721–1731.

39. Savale L, Chaumais MC, Cottin V, Bergot E, Frachon I, Prevot G, et al. Pulmonary hypertension associated with benfluorex exposure. Eur Respir J 2012;40: 1164–1172.

40. Weatherald J, Bondeelle L, Chaumais MC, Guignabert C, Savale L, Jais X, et al. Pulmonary complications of Bcr-Abl tyrosine kinase inhibitors. Eur Respir J 2020; 56:2000279.

41. Philen RM, Posada M. Toxic oil syndrome and eosinophilia-myalgia syndrome: May 8–10, 1991, World Health Organization meeting report. Semin Arthritis Rheum 1993;23:104–124.

42. Hertzman PA, Clauw DJ, Kaufman LD, Varga J, Silver RM, Thacker HL, et al. The eosinophilia-myalgia syndrome: status of 205 patients and results of treatment 2 years after onset. Ann Intern Med 1995;122:851–855.

43. Walker AM, Langleben D, Korelitz JJ, Rich S, Rubin LJ, Strom BL, et al. Temporal trends and drug exposures in pulmonary hypertension: an American experience. Am Heart J 2006;152:521–526.

44. Chen SC, Dastamani A, Pintus D, Yau D, Aftab S, Bath L, et al. Diazoxide-induced pulmonary hypertension in hyperinsulinaemic hypoglycaemia: Recommendations from a multicentre study in the UK. Clin Endocrinol (Oxf) 2019;91:770–775.

45. Timlin MR, Black AB, Delaney HM, Matos RI, Percival CS. Development of pulmonary hypertension during treatment with diazoxide: a case series and literature review. Pediatr Cardiol 2017;38:1247–1250.

46. Global Burden of Disease Study Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet 2015;386:743–800.

47. Rosenkranz S, Gibbs JS, Wachter R, De Marco T, Vonk-Noordegraaf A, Vachiery JL. Left ventricular heart failure and pulmonary hypertension. Eur Heart J 2016;37: 942–954.

48. Lam CS, Roger VL, Rodeheffer RJ, Borlaug BA, Enders FT, Redfield MM. Pulmonary hypertension in heart failure with preserved ejection fraction: a community-based study. J Am Coll Cardiol 2009;53:1119–1126.

49. Tichelbacker T, Dumitrescu D, Gerhardt F, Stern D, Wissmuller M, Adam M, et al. Pulmonary hypertension and valvular heart disease. Herz 2019;44:491–501.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

50. Weber L, Rickli H, Haager PK, Joerg L, Weilenmann D, Brenner R, et al. Haemodynamics mechanisms and long-term prognostic impact of pulmonary hypertension in patients with severe aortic stenosis undergoing valve replacement. Eur J Heart Fail 2019;21:172–181.

51. Hurdman J, Condliffe R, Elliot CA, Swift A, Rajaram S, Davies C, et al. Pulmonary hypertension in COPD: results from the ASPIRE registry. Eur Respir J 2013;41: 1292–1301.

52. Nathan SD, Barbera JA, Gaine SP, Harari S, Martinez FJ, Olschewski H, et al. Pulmonary hypertension in chronic lung disease and hypoxia. Eur Respir J 2019; 53:1801914.

53. Naeije R. Pulmonary hypertension at high altitude. Eur Respir J 2019;53:1900985.

54. Delcroix M, Torbicki A, Gopalan D, Sitbon O, Klok FA, Lang I, et al. ERS statement on chronic thromboembolic pulmonary hypertension. Eur Respir J 2020;57: 2002828.

55. Kramm T, Wilkens H, Fuge J, Schäfers H-J, Guth S, Wiedenroth CB, et al. Incidence and characteristics of chronic thromboembolic pulmonary hypertension in Germany. Clinical research in cardiology: official journal of the German Cardiac Society 1–6 (2018) doi:10.1007/s00392-018-1215-5.

56. Swietlik EM, Ruggiero A, Fletcher AJ, Taboada D, Knightbridge E, Harlow L, et al. Limitations of resting haemodynamics in chronic thromboembolic disease without pulmonary hypertension. Eur Respir J 2019;53:1801787.

57. Kalantari S, Gomberg-Maitland M. Group 5 pulmonary hypertension: the orphan's orphan disease. Cardiol Clin 2016;34:443–449.

58. Shlobin OA, Kouranos V, Barnett SD, Alhamad EH, Culver DA, Barney J, et al. Physiological predictors of survival in patients with sarcoidosis-associated pulmonary hypertension: results from an international registry. Eur Respir J 2020;55: 1901747.

59. Boucly A, Cottin V, Nunes H, Jaïs X, Tazi A, Prevot G, et al. Management and long-term outcomes of sarcoidosis-associated pulmonary hypertension. Eur Respir J 2017;50:1700465.

60. Rich S, Dantzker DR, Ayres SM, Bergofsky EH, Brundage BH, Detre KM, et al. Primary pulmonary hypertension. A national prospective study. Ann Intern Med 1987;107:216–223.

61. Jing ZC, Xu XQ, Han ZY, Wu Y, Deng KW, Wang H, et al. Registry and survival study in Chinese patients with idiopathic and familial pulmonary arterial hypertension. Chest 2007;132:373–379.

62. Galiè N, Saia F, Palazzini M, Manes A, Russo V, Bacchi Reggiani ML, et al. Left main coronary artery compression in patients with pulmonary arterial hypertension and angina. J Am Coll Cardiol 2017;69:2808–2817.

63. Kovacs G, Avian A, Foris V, Tscherner M, Kqiku X, Douschan P, et al. Use of ECG and other simple non-invasive tools to assess pulmonary hypertension. PLoS One 2016;11:e0168706.

64. Bonderman D, Wexberg P, Martischnig AM, Heinzl H, Lang MB, Sadushi R, et al. A noninvasive algorithm to exclude pre-capillary pulmonary hypertension. Eur Respir J 2011;37:1096–1103.

65. Klok FA, Surie S, Kempf T, Eikenboom J, van Straalen JP, van Kralingen KW, et al. A simple non-invasive diagnostic algorithm for ruling out chronic thromboembolic pulmonary hypertension in patients after acute pulmonary embolism. Thromb Res 2011;128:21–26.

66. Henkens IR, Mouchaers KT, Vonk-Noordegraaf A, Boonstra A, Swenne CA, Maan AC, et al. Improved ECG detection of presence and severity of right ventricular pressure load validated with cardiac magnetic resonance imaging. Am J Physiol Heart Circ Physiol 2008;294:H2150–H2157.

67. Rich JD, Thenappan T, Freed B, Patel AR, Thisted RA, Childers R, et al. QTc prolongation is associated with impaired right ventricular function and predicts mortality in pulmonary hypertension. Int J Cardiol 2013;167:669–676.

68. Remy-Jardin M, Ryerson CJ, Schiebler ML, Leung ANC, Wild JM, Hoeper MM, et al. Imaging of pulmonary hypertension in adults: a position paper from the Fleischner Society. Eur Respir J 2021;57:2004455.

69. Ascha M, Renapurkar RD, Tonelli AR. A review of imaging modalities in pulmonary hypertension. Ann Thorac Med 2017;12:61–73.

70. Hoeper MM, Bogaard HJ, Condliffe R, Frantz R, Khanna D, Kurzyna M, et al. Definitions and diagnosis of pulmonary hypertension. J Am Coll Cardiol 2013;62: D42–D50.

71. Sun XG, Hansen JE, Oudiz RJ, Wasserman K. Pulmonary function in primary pulmonary hypertension. J Am Coll Cardiol 2003;41:1028–1035.

72. Meyer FJ, Ewert R, Hoeper MM, Olschewski H, Behr J, Winkler J, et al. Peripheral airway obstruction in primary pulmonary hypertension. Thorax 2002;57:473–476.

73. Alonso-Gonzalez R, Borgia F, Diller GP, Inuzuka R, Kempny A, Martinez-Naharro A, et al. Abnormal lung function in adults with congenital heart disease: prevalence, relation to cardiac anatomy, and association with survival. Circulation 2013;127:882–890.

74. Hoeper MM, Dwivedi K, Pausch C, Lewis RA, Olsson KM, Huscher D, et al. Phenotyping of idiopathic pulmonary arterial hypertension: a registry analysis. Lancet Respir Med 2022. Jun  28:S2213-2600(22)00097-2. doi: 10.1016/S2213-2600(22) 00097-2. Epub ahead of print. PMID: 35777416

75. Hoeper MM, Meyer K, Rademacher J, Fuge J, Welte T, Olsson KM. Diffusion capacity and mortality in patients with pulmonary hypertension due to heart failure with preserved ejection fraction. JACC Heart Fail 2016;4:441–449.

76. Olson TP, Johnson BD, Borlaug BA. Impaired pulmonary diffusion in heart failure with preserved ejection fraction. JACC Heart Fail 2016;4:490–498.

77. Olsson KM, Fuge J, Meyer K, Welte T, Hoeper MM. More on idiopathic pulmonary arterial hypertension with a low diffusing capacity. Eur Respir J 2017;50:1700354.

78. Trip P, Nossent EJ, de Man FS, van den Berk IA, Boonstra A, Groepenhoff H, et al. Severely reduced diffusion capacity in idiopathic pulmonary arterial hypertension: patient characteristics and treatment responses. Eur Respir J 2013;42:1575–1585.

79. Melot C, Naeije R. Pulmonary vascular diseases. Compr Physiol 2011;1:593–619.

80. Harbaum L, Fuge J, Kamp JC, Hennigs JK, Simon M, Sinning C, et al. Blood carbon dioxide tension and risk in pulmonary arterial hypertension. Int J Cardiol 2020;318: 131–137.

81. Jilwan FN, Escourrou P, Garcia G, Jaïs X, Humbert M, Roisman G. High occurrence of hypoxemic sleep respiratory disorders in precapillary pulmonary hypertension and mechanisms. Chest 2013;143:47–55.

82. Rudski LG, Lai WW, Afilalo J, Hua L, Handschumacher MD, Chandrasekaran K, et al. Guidelines for the echocardiographic assessment of the right heart in adults: a report from the American Society of Echocardiography endorsed by the European Association of Echocardiography, a registered branch of the European Society of Cardiology, and the Canadian Society of Echocardiography. J Am Soc Echocardiogr 2010;23:685–713.

83. Lang RM, Badano LP, Mor-Avi V, Afilalo J, Armstrong A, Ernande L, et al. Recommendations for cardiac chamber quantification by echocardiography in adults: an update from the American Society of Echocardiography and the European Association of Cardiovascular Imaging. Eur Heart J Cardiovasc Imaging 2015;16:233–270.

84. Galderisi M, Cosyns B, Edvardsen T, Cardim N, Delgado V, Di Salvo G, et al. Standardization of adult transthoracic echocardiography reporting in agreement with recent chamber quantification, diastolic function, and heart valve disease recommendations: an expert consensus document of the European Association of Cardiovascular Imaging. Eur Heart J Cardiovasc Imaging 2017;18:1301–1310.

85. Farber HW, Foreman AJ, Miller DP, McGoon MD. REVEAL Registry: correlation of right heart catheterization and echocardiography in patients with pulmonary arterial hypertension. Congest Heart Fail 2011;17:56–64.

86. Arcasoy SM, Christie JD, Ferrari VA, Sutton MS, Zisman DA, Blumenthal NP, et al. Echocardiographic assessment of pulmonary hypertension in patients with advanced lung disease. Am J Respir Crit Care Med 2003;167:735–740.

87. Fisher MR, Forfia PR, Chamera E, Housten-Harris T, Champion HC, Girgis RE, et al. Accuracy of Doppler echocardiography in the hemodynamic assessment of pulmonary hypertension. Am J Respir Crit Care Med 2009;179:615–621.

88. D'Alto M, Di Maio M, Romeo E, Argiento P, Blasi E, Di Vilio A, et al. Echocardiographic probability of pulmonary hypertension: a validation study. Eur Respir J. 2022;2102548. doi:10.1183/13993003.02548-2021. Epub ahead of print.

89. Jankowich M, Maron BA, Choudhary G. Mildly elevated pulmonary artery systolic pressure on echocardiography: bridging the gap in current guidelines. Lancet Respir Med 2021;9:1185–1191.

90. Huston JH, Maron BA, French J, Huang S, Thayer T, Farber-Eger EH, et al. Association of mild echocardiographic pulmonary hypertension with mortality and right ventricular function. JAMA Cardiol 2019;4:1112–1121.

91. Gall H, Yogeswaran A, Fuge J, Sommer N, Grimminger F, Seeger W, et al. Validity of echocardiographic tricuspid regurgitation gradient to screen for new definition of pulmonary hypertension. E Clin Med 2021;34:100822.

92. D'Alto M, Romeo E, Argiento P, D'Andrea A, Vanderpool R, Correra A, et al. Accuracy and precision of echocardiography versus right heart catheterization for the assessment of pulmonary hypertension. Int J Cardiol 2013;168:4058–4062.

93. Fonseca GH, Souza R, Salemi VM, Jardim CV, Gualandro SF. Pulmonary hypertension diagnosed by right heart catheterisation in sickle cell disease. Eur Respir J 2012; 39:112–118.

94. Parent F, Bachir D, Inamo J, Lionnet F, Driss F, Loko G, et al. A hemodynamic study of pulmonary hypertension in sickle cell disease. N Engl J Med 2011;365:44–53.

95. Grunig E, Henn P, D'Andrea A, Claussen M, Ehlken N, Maier F, et al. Reference values for and determinants of right atrial area in healthy adults by 2-dimensional echocardiography. Circ Cardiovasc Imaging 2013;6:117–124.

96. Tello K, Wan J, Dalmer A, Vanderpool R, Ghofrani HA, Naeije R, et al. Validation of the tricuspid annular plane systolic excursion/systolic pulmonary artery pressure ratio for the assessment of right ventricular-arterial coupling in severe pulmonary hypertension. Circ Cardiovasc Imaging 2019;12:e009047.

97. Tello K, Axmann J, Ghofrani HA, Naeije R, Narcin N, Rieth A, et al. Relevance of the TAPSE/PASP ratio in pulmonary arterial hypertension. Int J Cardiol 2018;266: 229–235.

98. Guazzi M, Dixon D, Labate V, Beussink-Nelson L, Bandera F, Cuttica MJ, et al. RV contractile function and its coupling to pulmonary circulation in heart failure with

preserved ejection fraction: stratification of clinical phenotypes and outcomes. *JACC Cardiovasc Imaging* 2017;**10**:1211–1221.

99. Arkles JS, Opotowsky AR, Ojeda J, Rogers F, Liu T, Prassana V, *et al.* Shape of the right ventricular Doppler envelope predicts hemodynamics and right heart function in pulmonary hypertension. *Am J Respir Crit Care Med* 2011;**183**:268–276.

100. Takahama H, McCully RB, Frantz RP, Kane GC. Unraveling the RV ejection Doppler envelope: insight into pulmonary artery hemodynamics and disease severity. *JACC Cardiovasc Imaging* 2017;**10**:1268–1277.

101. Baumgartner H, De Backer J, Babu-Narayan SV, Budts W, Chessa M, Diller GP, *et al.* 2020 ESC Guidelines for the management of adult congenital heart disease. *Eur Heart J* 2021;**42**:563–645.

102. Kim NH, Delcroix M, Jais X, Madani MM, Matsubara H, Mayer E, *et al.* Chronic thromboembolic pulmonary hypertension. *Eur Respir J* 2019;**53**:1801915.

103. Konstantinides SV, Meyer G, Becattini C, Fauueno H, Bueno H, Geersing GJ, *et al.* 2019 ESC Guidelines for the diagnosis and management of acute pulmonary embolism developed in collaboration with the European Respiratory Society (ERS). *Eur Heart J* 2020;**41**:543–603.

104. He J, Fang WV, Lv B, He JG, Xiong CM, Liu ZH, *et al.* Diagnosis of chronic thromboembolic pulmonary hypertension: comparison of ventilation/perfusion scanning and multidetector computed tomography pulmonary angiography with pulmonary angiography. *Nucl Med Commun* 2012;**33**:459–463.

105. Tunariu N, Gibbs SJ, Win Z, Gin-Sing W, Graham A, Gishen P, *et al.* Ventilation-perfusion scintigraphy is more sensitive than multidetector CTPA in detecting chronic thromboembolic pulmonary disease as a treatable cause of pulmonary hypertension. *J Nucl Med* 2007;**48**:680–684.

106. Giordano J, Khung S, Duhamel A, Hossein-Foucher C, Bellevre D, Lamblin N, *et al.* Lung perfusion characteristics in pulmonary arterial hypertension (PAH) and peripheral forms of chronic thromboembolic pulmonary hypertension (pCTEPH): dual-energy CT experience in 31 patients. *Eur Radiol* 2017;**27**:1631–1639.

107. Seferian A, Helal B, Jais X, Girerd B, Price LC, Gunther S, *et al.* Ventilation/perfusion lung scan in pulmonary veno-occlusive disease. *Eur Respir J* 2012;**40**:75–83.

108. Swift AJ, Dwivedi K, Johns C, Garg P, Chin M, Currie BJ, *et al.* Diagnostic accuracy of CT pulmonary angiography in suspected pulmonary hypertension. *Eur Radiol* 2020;**30**:4918–4929.

109. Dong C, Zhou M, Liu D, Long X, Guo T, Kong X. Diagnostic accuracy of computed tomography for chronic thromboembolic pulmonary hypertension: a systematic review and meta-analysis. *PLoS One* 2015;**10**:e0126985.

110. Rajaram S, Swift AJ, Capener D, Telfer A, Davies C, Hill C, *et al.* Diagnostic accuracy of contrast-enhanced MR angiography and unenhanced proton MR imaging compared with CT pulmonary angiography in chronic thromboembolic pulmonary hypertension. *Eur Radiol* 2012;**22**:310–317.

111. Ende-Verhaar YM, Meijboom LJ, Kroft LJM, Beenen LFM, Boon GJAM, Middeldorp S, *et al.* Usefulness of standard computed tomography pulmonary angiography performed for acute pulmonary embolism for identification of chronic thromboembolic pulmonary hypertension: results of the InShape III study. *J Heart Lung Transplant* 2019;**38**:731–738.

112. Guerin L, Couturaud F, Parent F, Revel MP, Gillaizeau F, Planquette B, *et al.* Prevalence of chronic thromboembolic pulmonary hypertension after acute pulmonary embolism. Prevalence of CTEPH after pulmonary embolism. *Thromb Haemost* 2014;**112**:598–605.

113. Tamura M, Yamada Y, Kawakami T, Kataoka M, Iwabuchi Y, Sugiura H, *et al.* Diagnostic accuracy of lung subtraction iodine mapping CT for the evaluation of pulmonary perfusion in patients with chronic thromboembolic pulmonary hypertension: correlation with perfusion SPECT/CT. *Int J Cardiol* 2017;**243**:538–543.

114. Masy M, Giordano J, Petyt G, Hossein-Foucher C, Duhamel A, Kyheng M, *et al.* Dual-energy CT (DECT) lung perfusion in pulmonary hypertension: concordance rate with V/Q scintigraphy in diagnosing chronic thromboembolic pulmonary hypertension (CTEPH). *Eur Radiol* 2018;**28**:5100–5110.

115. Hinrichs JB, Marquardt S, von Falck C, Hoeper MM, Olsson KM, Wacker FK, *et al.* Comparison of C-arm computed tomography and digital subtraction angiography in patients with chronic thromboembolic pulmonary hypertension. *Cardiovasc Intervent Radiol* 2016;**39**:53–63.

116. Hinrichs JB, Renne J, Hoeper MM, Olsson KM, Wacker FK, Meyer BC. Balloon pulmonary angioplasty: applicability of C-Arm CT for procedure guidance. *Eur Radiol* 2016;**26**:4064–4071.

117. Swift AJ, Lu H, Uthoff J, Garg P, Cogliano M, Taylor J, *et al.* A machine learning cardiac magnetic resonance approach to extract disease features and automate pulmonary arterial hypertension diagnosis. *Eur Heart J Cardiovasc Imaging* 2021;**22**:236–245.

118. Connors JM. Thrombophilia testing and venous thrombosis. *N Engl J Med* 2017;**377**:2298.

119. Rosenkranz S, Howard LS, Gomberg-Maitland M, Hoeper MM. Systemic consequences of pulmonary hypertension and right-sided heart failure. *Circulation* 2020;**141**:678–693.

120. Sun XG, Hansen JE, Oudiz RJ, Wasserman K. Exercise pathophysiology in patients with primary pulmonary hypertension. *Circulation* 2001;**104**:429–435.

121. Boerrigter BG, Bogaard HJ, Trip P, Groepenhoff H, Rietema H, Holverda S, *et al.* Ventilatory and cardiocirculatory exercise profiles in COPD: the role of pulmonary hypertension. *Chest* 2012;**142**:1166–1174.

122. Caravita S, Faini A, Deboeck G, Bondue A, Naeije R, Parati G, *et al.* Pulmonary hypertension and ventilation during exercise: role of the pre-capillary component. *J Heart Lung Transplant* 2017;**36**:754–762.

123. Dumitrescu D, Nagel C, Kovacs G, Bollmann T, Halank M, Winkler J, *et al.* Cardiopulmonary exercise testing for detecting pulmonary arterial hypertension in systemic sclerosis. *Heart* 2017;**103**:774–782.

124. Mehra MR, Canter CE, Hannan MM, Semigran MJ, Uber PA, Baran DA, *et al.* The 2016 International Society for Heart Lung Transplantation listing criteria for heart transplantation: a 10-year update. *J Heart Lung Transplant* 2016;**35**:1–23.

125. Hoeper MM, Lee SH, Voswinckel R, Palazzini M, Jais X, Marinelli A, *et al.* Complications of right heart catheterization procedures in patients with pulmonary hypertension in experienced centers. *J Am Coll Cardiol* 2006;**48**:2546–2552.

126. Kovacs G, Avian A, Olschewski A, Olschewski H. Zero reference level for right heart catheterisation. *Eur Respir J* 2013;**42**:1586–1594.

127. Opotowsky AR, Hess E, Maron BA, Brittain EL, Baron AE, Maddox TM, *et al.* Thermodilution vs estimated Fick cardiac output measurement in clinical practice: an analysis of mortality from the Veterans Affairs Clinical Assessment, Reporting, and Tracking (VA CART) Program and Vanderbilt University. *JAMA Cardiol* 2017;**2**:1090–1099.

128. Viray MC, Bonno EL, Gabrielle ND, Maron BA, Atkins J, Amoroso NS, *et al.* Role of pulmonary artery wedge pressure saturation during right heart catheterization: a prospective study. *Circ Heart Fail* 2020;**13**:e007981.

129. Sitbon O, Humbert M, Jais X, Ioos V, Hamid AM, Provencher S, *et al.* Long-term response to calcium channel blockers in idiopathic pulmonary arterial hypertension. *Circulation* 2005;**111**:3105–3111.

130. Hoeper MM, Olschewski H, Ghofrani HA, Wilkens H, Winkler J, Borst MM, *et al.* A comparison of the acute hemodynamic effects of inhaled nitric oxide and aerosolized iloprost in primary pulmonary hypertension. German PPH study group. *J Am Coll Cardiol* 2000;**35**:176–182.

131. Opitz CF, Wensel R, Bettmann M, Schaffarczyk R, Linscheid M, Hetzer R, *et al.* Assessment of the vasodilator response in primary pulmonary hypertension. Comparing prostacyclin and iloprost administered by either infusion or inhalation. *Eur Heart J* 2003;**24**:356–365.

132. Jing ZC, Jiang X, Han ZY, Xu XQ, Wang Y, Wu Y, *et al.* Iloprost for pulmonary vasodilator testing in idiopathic pulmonary arterial hypertension. *Eur Respir J* 2009;**33**:1354–1360.

133. Kovacs G, Herve P, Barbera JA, Chaouat A, Chemla D, Condliffe R, *et al.* An official European Respiratory Society statement: pulmonary haemodynamics during exercise. *Eur Respir J* 2017;**50**:1700578.

134. Claeys M, Claessen G, La Gerche A, Petit T, Belge C, Meyns B, *et al.* Impaired cardiac reserve and abnormal vascular load limit exercise capacity in chronic thromboembolic disease. *JACC Cardiovasc Imaging* 2019;**12**:1444–1456.

135. Guth S, Wiedenroth CB, Rieth A, Richter MJ, Gruenig E, Ghofrani HA, *et al.* Exercise right heart catheterization before and after pulmonary endarterectomy in patients with chronic thromboembolic disease. *Eur Respir J* 2018;**52**:1800458.

136. Godinas L, Lau EM, Chemla D, Lador F, Savale L, Montani D, *et al.* Diagnostic concordance of different criteria for exercise pulmonary hypertension in subjects with normal resting pulmonary artery pressure. *Eur Respir J* 2016;**48**:254–257.

137. Naeije R, Vanderpool R, Dhakal BP, Saggar R, Saggar R, Vachiery JL, *et al.* Exercise-induced pulmonary hypertension: physiological basis and methodological concerns. *Am J Respir Crit Care Med* 2013;**187**:576–583.

138. Nishimura RA, Otto CM, Bonow RO, Carabello BA, Erwin JP III, Guyton RA, *et al.* 2014 AHA/ACC guideline for the management of patients with valvular heart disease: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. *J Thorac Cardiovasc Surg* 2014;**148**:e1–e132.

139. Esfandiari S, Wright SP, Goodman JM, Sasson Z, Mak S. Pulmonary artery wedge pressure relative to exercise work rate in older men and women. *Med Sci Sports Exerc* 2017;**49**:1297–1304.

140. Boerrigter BG, Waxman AB, Westerhof N, Vonk-Noordegraaf A, Systrom DM. Measuring central pulmonary pressures during exercise in COPD: how to cope with respiratory effects. *Eur Respir J* 2014;**43**:1316–1325.

141. Andersen MJ, Wolsk E, Bakkestrom R, Thomsen JH, Balling L, Dahl JS, *et al.* Hemodynamic response to rapid saline infusion compared with exercise in healthy participants aged 20–80 years. *J Cardiac Failure* 2019;**25**:902–910.

142. Vachiery JL, Tedford RJ, Rosenkranz S, Palazzini M, Lang I, Guazzi M, *et al.* Pulmonary hypertension due to left heart disease. *Eur Respir J* 2019;**53**:1801897.

143. D'Alto M, Romeo E, Argiento P, Motoji Y, Correra A, Di Marco GM, *et al.* Clinical relevance of fluid challenge in patients evaluated for pulmonary hypertension. *Chest* 2017;**151**:119–126.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

144. van de Bovenkamp AA, Wijkstra N, Oosterveer FPT, Vonk Noordegraaf A, Bogaard HJ, van Rossum AC, et al. The value of passive leg raise during right heart catheterization in diagnosing heart failure with preserved ejection fraction. Circ Heart Fail 2022;**15**:e008935.

145. D'Alto M, Dimopoulos K, Coghlan JG, Kovacs G, Rosenkranz S, Naeije R. Right heart catheterization for the diagnosis of pulmonary hypertension: controversies and practical issues. Heart Fail Clin 2018;**14**:467–477.

146. Rich S, Kaufmann E, Levy PS. The effect of high doses of calcium-channel blockers on survival in primary pulmonary hypertension. N Engl J Med 1992;**327**:76–81.

147. Barst RJ, McGoon M, Torbicki A, Sitbon O, Krowka MJ, Olschewski H, et al. Diagnosis and differential assessment of pulmonary arterial hypertension. J Am Coll Cardiol 2004;**43**:40S–47S.

148. Morrell NW, Aldred MA, Chung WK, Elliott CG, Nichols WC, Soubrier F, et al. Genetics and genomics of pulmonary arterial hypertension. Eur Respir J 2019;**53**: 1801899.

149. Graf S, Haimel M, Bleda M, Hadinnapola C, Southgate L, Li W, et al. Identification of rare sequence variation underlying heritable pulmonary arterial hypertension. Nat Commun 2018;**9**:1416.

150. Zhu N, Swietlik EM, Welch CL, Pauciulo MW, Hagen JJ, Zhou X, et al. Rare variant analysis of 4241 pulmonary arterial hypertension cases from an international consortium implicates FBLN2, PDGFD, and rare de novo variants in PAH. Genome Med 2021;**13**:80.

151. Song J, Eichstaedt CA, Viales RR, Benjamin N, Harutyunova S, Fischer C, et al. Identification of genetic defects in pulmonary arterial hypertension by a new gene panel diagnostic tool. Clin Sci (Lond) 2016;**130**:2043–2052.

152. International PPHC, Lane KB, Machado RD, Pauciulo MW, Thomson JR, Phillips JA III, et al. Heterozygous germline mutations in BMPR2, encoding a TGF-beta receptor, cause familial primary pulmonary hypertension. Nat Genet 2000;**26**:81–84.

153. Bohnen MS, Ma L, Zhu N, Qi H, McClenaghan C, Gonzaga-Jauregui C, et al. Loss-of-function ABCC8 mutations in pulmonary arterial hypertension. Circ Genom Precis Med 2018;**11**:e002087.

154. Ma L, Roman-Campos D, Austin ED, Eyries M, Sampson KS, Soubrier F, et al. A novel channelopathy in pulmonary arterial hypertension. N Engl J Med 2013;**369**: 351–361.

155. Nasim MT, Ogo T, Ahmed M, Randall R, Chowdhury HM, Snape KM, et al. Molecular genetic characterization of SMAD signaling molecules in pulmonary arterial hypertension. Hum Mutat 2011;**32**:1385–1389.

156. Garg A, Kircher M, Del Campo M, Amato RS, Agarwal AK. University of Washington Center for Mendelian Genomics. Whole exome sequencing identifies de novo heterozygous CAV1 mutations associated with a novel neonatal onset lipodystrophy syndrome. Am J Med Genet A 2015;**167A**:1796–1806.

157. Kerstjens-Frederikse WS, Bongers EM, Roofthooft MT, Leter EM, Douwes JM, Van Dijk A, et al. TBX4 mutations (small patella syndrome) are associated with childhood-onset pulmonary arterial hypertension. J Med Genet 2013;**50**:500–506.

158. Eyries M, Montani D, Girerd B, Perret C, Leroy A, Lonjou C, et al. EIF2AK4 mutations cause pulmonary veno-occlusive disease, a recessive form of pulmonary hypertension. Nat Genet 2014;**46**:65–69.

159. Swietlik EM, Greene D, Zhu N, Megy K, Cogliano M, Rajaram S, et al. Bayesian inference associates rare KDR variants with specific phenotypes in pulmonary arterial hypertension. Circ Genom Precis Med 2020;**14**:e003155.

160. Chida A, Shintani M, Yagi H, Fujiwara M, Kojima Y, Sato H, et al. Outcomes of childhood pulmonary arterial hypertension in BMPR2 and ALK1 mutation carriers. Am J Cardiol 2012;**110**:586–593.

161. Hoeper MM, Pausch C, Grünig E, Klose H, Staehler G, Huscher D, et al. Idiopathic pulmonary arterial hypertension phenotypes determined by cluster analysis from the COMPERA registry. J Heart Lung Transpl 2020;**39**:1435–1444.

162. Badagliacca R, Poscia R, Pezzuto B, Papa S, Nona A, Mancone M, et al. Pulmonary arterial dilatation in pulmonary hypertension: prevalence and prognostic relevance. Cardiology 2012;**121**:76–82.

163. Santaniello A, Casella R, Vicenzi M, Rota I, Montanelli G, De Santis M, et al. Cardiopulmonary exercise testing in a combined screening approach to individuate pulmonary arterial hypertension in systemic sclerosis. Rheumatology 2020;**59**: 1581–1586.

164. Albrecht T, Blomley MJ, Cosgrove DO, Taylor-Robinson SD, Jayaram V, Eckersley R, et al. Non-invasive diagnosis of hepatic cirrhosis by transit-time analysis of an ultrasound contrast agent. Lancet 1999;**353**:1579–1583.

165. Cottin V, Le Pavec J, Prevot G, Mal H, Humbert M, Simonneau G, et al. Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome. Eur Respir J 2010;**35**:105–111.

166. Galiè N, Barbera JA, Frost AE, Ghofrani HA, Hoeper MM, McLaughlin VV, et al. Initial use of ambrisentan plus tadalafil in pulmonary arterial hypertension. N Engl J Med 2015;**373**:834–844.

167. Pulido T, Adzerikho I, Channick RN, Delcroix M, Galiè N, Ghofrani HA, et al. Macitentan and morbidity and mortality in pulmonary arterial hypertension. N Engl J Med 2013;**369**:809–818.

168. Sitbon O, Bosch J, Cottreel E, Csonka D, de Groote P, Hoeper MM, et al. Macitentan for the treatment of portopulmonary hypertension (PORTICO): a multicentre, randomised, double-blind, placebo-controlled, phase 4 trial. Lancet Respir Med 2019;**7**:594–604.

169. Armstrong I, Billings C, Kiely DG, Yorke J, Harries C, Clayton S, et al. The patient experience of pulmonary hypertension: a large cross-sectional study of UK patients. BMC Pulm Med 2019;**19**:67.

170. Strange G, Gabbay E, Kermeen F, Williams T, Carrington M, Stewart S, et al. Time from symptoms to definitive diagnosis of idiopathic pulmonary arterial hypertension: the delay study. Pulm Circ 2013;**3**:89–94.

171. Ivarsson B, Johansson A, Kjellstrom B. The odyssey from symptom to diagnosis of pulmonary hypertension from the patients and spouses perspective. J Prim Care Community Health 2021;**12**:21501327211029241. doi: 10.1177/ 21501327211029241

172. Kiely DG, Lawrie A, Humbert M. Screening strategies for pulmonary arterial hypertension. Eur Heart J Suppl 2019;**21**:K9–K20.

173. Coghlan JG, Denton CP, Grunig E, Bonderman D, Distler O, Khanna D, et al. Evidence-based detection of pulmonary arterial hypertension in systemic sclerosis: the DETECT study. Ann Rheum Dis 2014;**73**:1340–1349.

174. Weatherald J, Montani D, Jevnikar M, Jaïs X, Savale L, Humbert M. Screening for pulmonary arterial hypertension in systemic sclerosis. Eur Respir Rev 2019;**28**: 190023.

175. Krowka MJ, Fallon MB, Kawut SM, Fuhrmann V, Heimbach JK, Ramsay MA, et al. International Liver Transplant Society Practice Guidelines: diagnosis and management of hepatopulmonary syndrome and portopulmonary hypertension. Transplantation 2016;**100**:1440–1452.

176. Mancuso L, Scordato F, Pieri M, Valerio E, Mancuso A. Management of portopulmonary hypertension: new perspectives. World J Gastroenterol 2013;**19**: 8252–8257.

177. Sitbon O, Lascoux-Combe C, Delfraissy JF, Yeni PG, Raffi F, De Zuttere D, et al. Prevalence of HIV-related pulmonary arterial hypertension in the current antiretroviral therapy era. Am J Respir Crit Care Med 2008;**177**:108–113.

178. Ende-Verhaar YM, Cannegieter SC, Vonk Noordegraaf A, Delcroix M, Pruszczyk P, Mairuhu AT, et al. Incidence of chronic thromboembolic pulmonary hypertension after acute pulmonary embolism: a contemporary view of the published literature. Eur Respir J 2017;**49**:1601792.

179. Ende-Verhaar YM, Huisman MV, Klok FA. To screen or not to screen for chronic thromboembolic pulmonary hypertension after acute pulmonary embolism. Thromb Res 2017;**151**:1–7.

180. Kiely DG, Doyle O, Drage E, Jenner H, Salvatelli V, Daniels FA, et al. Utilising artificial intelligence to determine patients at risk of a rare disease: idiopathic pulmonary arterial hypertension. Pulm Circ 2019;**9**:2045894019890549.

181. Nathan SD, Behr J, Collard HR, Cottin V, Hoeper MM, Martinez FJ, et al. Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertension (RISE-IIP): a randomised, placebo-controlled phase 2b study. Lancet Respir Med 2019;**7**: 780–790.

182. Nagel C, Henn P, Ehlken N, D'Andrea A, Blank N, Bossone E, et al. Stress Doppler echocardiography for early detection of systemic sclerosis-associated pulmonary arterial hypertension. Arthritis Res Ther 2015;**17**:165.

183. Semalulu T, Rudski L, Huynh T, Langleben D, Wang M, Canadian Scleroderma Research Group, et al. An evidence-based strategy to screen for pulmonary arterial hypertension in systemic sclerosis. Semin Arthritis Rheum 2020;**50**:1421–1427.

184. Vandecasteele E, Drieghe B, Melsens K, Thevissen K, De Pauw M, Deschepper E, et al. Screening for pulmonary arterial hypertension in an unselected prospective systemic sclerosis cohort. Eur Respir J 2017;**49**:1602275.

185. Coghlan JG, Wolf M, Distler O, Denton CP, Doelberg M, Harutyunova S, et al. Incidence of pulmonary hypertension and determining factors in patients with systemic sclerosis. Eur Respir J 2018;**51**:1701197.

186. Hachulla E, Gressin V, Guillevin L, Carpentier P, Diot E, Sibilia J, et al. Early detection of pulmonary arterial hypertension in systemic sclerosis: a French nationwide prospective multicenter study. Arthritis Rheum 2005;**52**:3792–3800.

187. Humbert M, Yaici A, de Groote P, Montani D, Sitbon O, Launay D, et al. Screening for pulmonary arterial hypertension in patients with systemic sclerosis: clinical characteristics at diagnosis and long-term survival. Arthritis Rheum 2011;**63**:3522–3530.

188. Thakkar V, Stevens W, Prior D, Youssef P, Liew D, Gabbay E, et al. The inclusion of N-terminal pro-brain natriuretic peptide in a sensitive screening strategy for systemic sclerosis-related pulmonary arterial hypertension: a cohort study. Arthritis Res Ther 2013;**15**:R193.

189. Hao Y, Thakkar V, Stevens W, Morrisroe K, Prior D, Rabusa C, et al. A comparison of the predictive accuracy of three screening models for pulmonary arterial hypertension in systemic sclerosis. Arthritis Res Ther 2015;**17**:7.

190. Morrisroe K, Stevens W, Sahhar J, Rabusa C, Nikpour M, Proudman S, et al. Epidemiology and disease characteristics of systemic sclerosis-related pulmonary arterial hypertension: results from a real-life screening programme. Arthritis Res Ther 2017;**19**:42.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6679329 by Inova Fairfax Hospital user on 26 August 2022

191. Morrisroe K, Huq M, Stevens W, Rabusa C, Proudman SM, Nikpour M, et al. Risk factors for development of pulmonary arterial hypertension in Australian systemic sclerosis patients: results from a large multicenter cohort study. BMC Pulm Med 2016;16:134.

192. Smith V, Vanhaecke A, Vandecasteele E, Guerra M, Paolino S, Melsens K, et al. Nailfold videocapillaroscopy in systemic sclerosis-related pulmonary arterial hypertension: a systematic literature review. J Rheumatol 2020;47:888–895.

193. Larkin EK, Newman JH, Austin ED, Hemnes AR, Wheeler L, Robbins IM, et al. Longitudinal analysis casts doubt on the presence of genetic anticipation in heritable pulmonary arterial hypertension. Am J Respir Crit Care Med 2012;186:892–896.

194. Colle IO, Moreau R, Godinho E, Belghiti J, Ettori F, Cohen-Solal A, et al. Diagnosis of portopulmonary hypertension in candidates for liver transplantation: a prospective study. Hepatology 2003;37:401–409.

195. Kim WR, Krowka MJ, Plevak DJ, Lee J, Rettke SR, Frantz RP, et al. Accuracy of Doppler echocardiography in the assessment of pulmonary hypertension in liver transplant candidates. Liver Transpl 2000;6:453–458.

196. Raevens S, Colle I, Reyntjens K, Geerts A, Berrevoet F, Rogiers X, et al. Echocardiography for the detection of portopulmonary hypertension in liver transplant candidates: an analysis of cutoff values. Liver Transpl 2013;19:602–610.

197. Golpe R, Perez-de-Llano LA, Castro-Anon O, Vazquez-Caruncho M, Gonzalez-Juanatey C, Veres-Racamonde A, et al. Right ventricle dysfunction and pulmonary hypertension in hemodynamically stable pulmonary embolism. Respir Med 2010;104:1370–1376.

198. Pengo V, Lensing AW, Prins MH, Marchiori A, Davidson BL, Tiozzo F, et al. Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. N Engl J Med 2004;350:2257–2264.

199. Simonneau G, Hoeper MM. Evaluation of the incidence of rare diseases: difficulties and uncertainties, the example of chronic thromboembolic pulmonary hypertension. Eur Respir J 2017;49:1602522.

200. Coquoz N, Weilenmann D, Stolz D, Popov V, Azzola A, Fellrath JM, et al. Multicentre observational screening survey for the detection of CTEPH following pulmonary embolism. Eur Respir J 2018;51:1702505.

201. Valerio LM, Mavromanoli AC, Barco S, Abele C, Becker D, Bruch L, et al. FOCUS Investigators. Chronic thromboembolic pulmonary hypertension and impairment after pulmonary embolism: the FOCUS study. Eur Heart J 2022:ehac206. doi:10.1093/eurheartj/ehac206. Epub ahead of print.

202. Nijkeuter M, Hovens MM, Davidson BL, Huisman MV. Resolution of thromboemboli in patients with acute pulmonary embolism: a systematic review. Chest 2006; 129:192–197.

203. Sanchez O, Helley D, Couchon S, Roux A, Delaval A, Trinquart L, et al. Perfusion defects after pulmonary embolism: risk factors and clinical significance. J Thromb Haemost 2010;8:1248–1255.

204. Wartski M, Collignon MA. Incomplete recovery of lung perfusion after 3 months in patients with acute pulmonary embolism treated with antithrombotic agents. THESEE Study Group. Tinzaparin ou heparin standard: evaluation dans l'Embolie Pulmonaire study. J Nucl Med 2000;41:1043–1048.

205. Nilsson LT, Andersson T, Larsen F, Lang IM, Liv P, Soderberg S. Dyspnea after pulmonary embolism: a nation-wide population-based case-control study. Pulm Circ 2021;11:20458940211046831.

206. Boon G, Ende-Verhaar YM, Bavalia R, El Bouazzaoui LH, Delcroix M, Dzikowska-Diduch O, et al. Non-invasive early exclusion of chronic thromboembolic pulmonary hypertension after acute pulmonary embolism: the InShape II study. Thorax 2021;76:1002–1009.

207. Helmersen D, Provencher S, Hirsch AM, Van Dam A, Dennie C, de Perrot M, et al. Diagnosis of chronic thromboembolic pulmonary hypertension: A Canadian Thoracic Society clinical practice guideline update. Can J Respir Crit Care Sleep Med 2019;3:177–198.

208. Delcroix M, Kerr K, Fedullo P. Chronic thromboembolic pulmonary hypertension. Epidemiology and risk factors. Ann Am Thorac Soc 2016;13:S201–S206.

209. Klok FA, Tesche C, Rappold L, Delas C, Hasenfuss G, Huisman MV, et al. External validation of a simple non-invasive algorithm to rule out chronic thromboembolic pulmonary hypertension after acute pulmonary embolism. Thromb Res 2015;135:796–801.

210. Barst RJ, Chung L, Zamanian RT, Turner M, McGoon MD. Functional class improvement and 3-year survival outcomes in patients with pulmonary arterial hypertension in the REVEAL Registry. Chest 2013;144:160–168.

211. Nickel N, Golpon H, Greer M, Knudsen L, Olsson K, Westerkamp V, et al. The prognostic impact of follow-up assessments in patients with idiopathic pulmonary arterial hypertension. Eur Respir J 2012;39:589–596.

212. Sitbon O, Humbert M, Nunes H, Parent F, Garcia G, Herve P, et al. Long-term intravenous epoprostenol infusion in primary pulmonary hypertension: prognostic factors and survival. J Am Coll Cardiol 2002;40:780–788.

213. Benza RL, Miller DP, Gomberg-Maitland M, Frantz RP, Foreman AJ, Coffey CS, et al. Predicting survival in pulmonary arterial hypertension: insights from the Registry to Evaluate Early and Long-Term Pulmonary Arterial Hypertension Disease Management (REVEAL). Circulation 2010;122:164–172.

214. Humbert M, Sitbon O, Yaici A, Montani D, O'Callaghan DS, Jais X, et al. Survival in incident and prevalent cohorts of patients with pulmonary arterial hypertension. Eur Respir J 2010;36:549–555.

215. McLaughlin VV, Sitbon O, Badesch DB, Barst RJ, Black C, Galiè N, et al. Survival with first-line bosentan in patients with primary pulmonary hypertension. Eur Respir J 2005;25:244–249.

216. Nickel N, Golpon H, Greer M, Knudsen L, Olsson K, Westerkamp V, et al. The prognostic impact of follow-up assessments in patients with idiopathic pulmonary arterial hypertension. Eur Respir J 2012;39:589–596.

217. Amsallem M, Sweatt AJ, Aymami MC, Kuznetsova T, Selej M, Lu H, et al. Right heart end-systolic remodeling index strongly predicts outcomes in pulmonary arterial hypertension: comparison with validated models. Circ Cardiovasc Imaging 2017; 10:e005771.

218. Raymond RJ, Hinderliter AL, Willis PW, Ralph D, Caldwell EJ, Williams W, et al. Echocardiographic predictors of adverse outcomes in primary pulmonary hypertension. J Am Coll Cardiol 2002;39:1214–1219.

219. Badagliacca R, Papa S, Valli G, Pezzuto B, Poscia R, Manzi G, et al. Echocardiography combined with cardiopulmonary exercise testing for the prediction of outcome in idiopathic pulmonary arterial hypertension. Chest 2016;150:1313–1322.

220. Badagliacca R, Papa S, Manzi G, Miotti C, Luongo F, Sciomer S, et al. Usefulness of adding echocardiography of the right heart to risk-assessment scores in prostanoid-treated pulmonary arterial hypertension. JACC Cardiovasc Imaging 2020;13:2054–2056.

221. Ernande L, Cottin V, Leroux PY, Girerd N, Huez S, Mulliez A, et al. Right isovolumic contraction velocity predicts survival in pulmonary hypertension. J Am Soc Echocardiogr 2013;26:297–306.

222. Forfia PR, Fisher MR, Mathai SC, Housten-Harris T, Hemnes AR, Borlaug BA, et al. Tricuspid annular displacement predicts survival in pulmonary hypertension. Am J Respir Crit Care Med 2006;174:1034–1041.

223. Ghio S, Mercurio V, Fortuni F, Forfia PR, Gall H, Ghofrani A, et al. A comprehensive echocardiographic method for risk stratification in pulmonary arterial hypertension. Eur Respir J 2020;56:2000513.

224. Sachdev A, Villarraga HR, Frantz RP, McGoon MD, Hsiao JF, Maalouf JF, et al. Right ventricular strain for prediction of survival in patients with pulmonary arterial hypertension. Chest 2011;139:1299–1309.

225. Vonk Noordegraaf A, Chin KM, Haddad F, Hassoun PM, Hemnes AR, Hopkins SR, et al. Pathophysiology of the right ventricle and of the pulmonary circulation in pulmonary hypertension: an update. Eur Respir J 2019;53:1801900.

226. Batal O, Dardari Z, Costabile C, Gorcsan J, Arena VC, Mathier MA. Prognostic value of pericardial effusion on serial echocardiograms in pulmonary arterial hypertension. Echocardiography 2015;32:1471–1476.

227. Chen L, Larsen CM, Le RJ, Connolly HM, Pislaru SV, Murphy JG, et al. The prognostic significance of tricuspid valve regurgitation in pulmonary arterial hypertension. Clin Respir J 2018;12:1572–1580.

228. Fenstad ER, Le RJ, Sinak LJ, Maradit-Kremers H, Ammash NM, Ayalew AM, et al. Pericardial effusions in pulmonary arterial hypertension: characteristics, prognosis, and role of drainage. Chest 2013;144:1530–1538.

229. Badagliacca R, Poscia R, Pezzuto B, Papa S, Reali M, Pesce F, et al. Prognostic relevance of right heart reverse remodeling in idiopathic pulmonary arterial hypertension. J Heart Lung Transpl 2018;37:195–205.

230. Badano LP, Addetia K, Pontone G, Torlasco C, Lang RM, Parati G, et al. Advanced imaging of right ventricular anatomy and function. Heart 2020;106:1469–1476.

231. Lewis RA, Johns CS, Cogliano M, Capener D, Tubman E, Elliot CA, et al. Identification of cardiac magnetic resonance imaging thresholds for risk stratification in pulmonary arterial hypertension. Am J Respir Crit Care Med 2020;201: 458–466.

232. Swift AJ, Capener D, Johns C, Hamilton N, Rothman A, Elliot C, et al. Magnetic resonance imaging in the prognostic evaluation of patients with pulmonary arterial hypertension. Am J Respir Crit Care Med 2017;196:228–239.

233. van de Veerdonk MC, Kind T, Marcus JT, Mauritz GJ, Heymans MW, Bogaard HJ, et al. Progressive right ventricular dysfunction in patients with pulmonary arterial hypertension responding to therapy. J Am Coll Cardiol 2011;58:2511–2519.

234. van Wolferen SA, Marcus JT, Boonstra A, Marques KM, Bronzwaer JG, Spreeuwenberg MD, et al. Prognostic value of right ventricular mass, volume, and function in idiopathic pulmonary arterial hypertension. Eur Heart J 2007;28: 1250–1257.

235. Alabed S, Shahin Y, Garg P, Alandejani F, Johns CS, Lewis RA, et al. Cardiac-MRI predicts clinical worsening and mortality in pulmonary arterial hypertension: a systematic review and meta-analysis. JACC Cardiovasc Imaging 2021;14:931–942.

236. Swift AJ, Wilson F, Cogliano M, Kendall L, Alandejani F, Alabed S, et al. Repeatability and sensitivity to change of non-invasive end points in PAH: the RESPIRE study. Thorax 2021;76:1032–1035.

237. van der Bruggen CE, Handoko ML, Bogaard HJ, Marcus JT, Oosterveer FPT, Meijboom LJ, et al. The value of hemodynamic measurements or cardiac MRI in

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

237. the follow-up of patients with idiopathic pulmonary arterial hypertension. *Chest* 2021;**159**:1575–1585.

238. Weatherald J, Boucly A, Chemla D, Savale L, Peng M, Jevnikar M, *et al.* Prognostic value of follow-up hemodynamic variables after initial management in pulmonary arterial hypertension. *Circulation* 2018;**137**:693–704.

239. van Wolferen SA, van de Veerdonk MC, Mauritz GJ, Jacobs W, Marcus JT, Marques KMJ, *et al.* Clinically significant change in stroke volume in pulmonary hypertension. *Chest* 2011;**139**:1003–1009.

240. Huis In 't Veld AE, Van de Veerdonk MC, Spruijt O, Groeneveldt JA, Marcus JT, Westerhof N, *et al.* EXPRESS: preserving right ventricular function in patients with pulmonary arterial hypertension: single centre experience with a cardiac magnetic resonance imaging-guided treatment strategy. *Pulm Circ* 2019. doi:10.1177/2045894018824553. Epub ahead of print.

241. van de Veerdonk MC, Huis In T Veld AE, Marcus JT, Westerhof N, Heymans MW, Bogaard HJ, *et al.* Upfront combination therapy reduces right ventricular volumes in pulmonary arterial hypertension. *Eur Respir J* 2017;**49**:1700007.

242. van de Veerdonk MC, Marcus JT, Westerhof N, de Man FS, Boonstra A, Heymans MW, *et al.* Signs of right ventricular deterioration in clinically stable patients with pulmonary arterial hypertension. *Chest* 2015;**147**:1063–1071.

243. D'Alonzo GE, Barst RJ, Ayres SM, Bergofsky EH, Brundage BH, Detre KM, *et al.* Survival in patients with primary pulmonary hypertension. Results from a national prospective registry. *Ann Intern Med* 1991;**115**:343–349.

244. Humbert M, Sitbon O, Chaouat A, Bertocchi M, Habib G, Gressin V, *et al.* Survival in patients with idiopathic, familial, and anorexigen-associated pulmonary arterial hypertension in the modern management era. *Circulation* 2010;**122**:156–163.

245. McLaughlin VV, Shillington A, Rich S. Survival in primary pulmonary hypertension: the impact of epoprostenol therapy. *Circulation* 2002;**106**:1477–1482.

246. Provencher S, Chemla D, Herve P, Sitbon O, Humbert M, Simonneau G. Heart rate responses during the 6-minute walk test in pulmonary arterial hypertension. *Eur Respir J* 2006;**27**:114–120.

247. Sitbon O, Benza RL, Badesch DB, Barst RJ, Elliott CG, Gressin V, *et al.* Validation of two predictive models for survival in pulmonary arterial hypertension. *Eur Respir J* 2015;**46**:152–164.

248. Thenappan T, Shah SJ, Rich S, Tian L, Archer SL, Gomberg-Maitland M. Survival in pulmonary arterial hypertension: a reappraisal of the NIH risk stratification equation. *Eur Respir J* 2010;**35**:1079–1087.

249. Benza RL, Gomberg-Maitland M, Elliott CG, Farber HW, Foreman AJ, Frost AE, *et al.* Predicting survival in patients with pulmonary arterial hypertension: the REVEAL risk score calculator 2.0 and comparison with ESC/ERS-based risk assessment strategies. *Chest* 2019;**156**:323–337.

250. Benza RL, Gomberg-Maitland M, Miller DP, Frost A, Frantz RP, Foreman AJ, *et al.* The REVEAL registry risk score calculator in patients newly diagnosed with pulmonary arterial hypertension. *Chest* 2012;**141**:354–362.

251. Savarese G, Paolillo S, Costanzo P, D'Amore C, Cecere M, Losco T, *et al.* Do changes of 6-minute walk distance predict clinical events in patients with pulmonary arterial hypertension? A meta-analysis of 22 randomized trials. *J Am Coll Cardiol* 2012;**60**:1192–1201.

252. Zelniker TA, Huscher D, Vonk-Noordegraaf A, Ewert R, Lange TJ, Klose H, *et al.* The 6MWT as a prognostic tool in pulmonary arterial hypertension: results from the COMPERA registry. *Clin Res Cardiol* 2018;**107**:460–470.

253. Farber HW, Miller DP, McGoon MD, Frost AE, Benton WW, Benza RL. Predicting outcomes in pulmonary arterial hypertension based on the 6-minute walk distance. *J Heart Lung Transpl* 2015;**34**:362–368.

254. Heresi GA, Rao Y. Follow-up functional class and 6-minute walk distance identify long-term survival in pulmonary arterial hypertension. *Lung* 2020;**198**:933–938.

255. Souza R, Channick RN, Delcroix M, Galiè N, Ghofrani HA, Jansa P, *et al.* Association between six-minute walk distance and long-term outcomes in patients with pulmonary arterial hypertension: data from the randomized SERAPHIN trial. *PLoS One* 2018;**13**:e0193226.

256. Halliday SJ, Wang L, Yu C, Vickers BP, Newman JH, Fremont RD, *et al.* Six-minute walk distance in healthy young adults. *Respir Med* 2020;**165**:105933.

257. Khirfan G, Naal T, Abuhalimeh B, Newman J, Heresi GA, Dweik RA, *et al.* Hypoxemia in patients with idiopathic or heritable pulmonary arterial hypertension. *PLoS One* 2018;**13**:e0191869.

258. Lewis RA, Billings CG, Hurdman JA, Smith IA, Austin M, Armstrong IJ, *et al.* Maximal exercise testing using the incremental shuttle walking test can be used to risk-stratify patients with pulmonary arterial hypertension. *Ann Am Thorac Soc* 2021;**18**:34–43.

259. Laveneziana P, Di Paolo M, Palange P. The clinical value of cardiopulmonary exercise testing in the modern era. *Eur Respir Rev* 2021;**30**:200187.

260. Wensel R, Opitz CF, Anker SD, Winkler J, Hoffken G, Kleber FX, *et al.* Assessment of survival in patients with primary pulmonary hypertension: importance of cardiopulmonary exercise testing. *Circulation* 2002;**106**:319–324.

261. Badagliacca R, Papa S, Poscia R, Valli G, Pezzuto B, Manzi G, *et al.* The added value of cardiopulmonary exercise testing in the follow-up of pulmonary arterial hypertension. *J Heart Lung Transpl* 2019;**38**:306–314.

262. Deboeck G, Scoditti C, Huez S, Vachiery JL, Lamotte M, Sharples L, *et al.* Exercise testing to predict outcome in idiopathic versus associated pulmonary arterial hypertension. *Eur Respir J* 2012;**40**:1410–1419.

263. Wensel R, Francis DP, Meyer FJ, Opitz CF, Bruch L, Halank M, *et al.* Incremental prognostic value of cardiopulmonary exercise testing and resting haemodynamics in pulmonary arterial hypertension. *Int J Cardiol* 2013;**167**:1193–1198.

264. Badagliacca R, Rischard F, Giudice FL, Howard L, Papa S, Valli G, *et al.* Incremental value of cardiopulmonary exercise testing in intermediate-risk pulmonary arterial hypertension. *J Heart Lung Transplant* 2022;**41**:780–790.

265. Bouzina H, Rådegran G. Low plasma stem cell factor combined with high transforming growth factor-α identifies high-risk patients in pulmonary arterial hypertension. *ERJ Open Res* 2018;**4**:00035-02018.

266. Chin KM, Rubin LJ, Channick R, Di Scala L, Gaine S, Galiè N, *et al.* Association of N-terminal pro brain natriuretic peptide and long-term outcome in patients with pulmonary arterial hypertension: insights from the phase III GRIPHON study. *Circulation* 2019;**139**:2440–2450.

267. Frantz RP, Farber HW, Badesch DB, Elliott CG, Frost AE, McGoon MD, *et al.* Baseline and serial brain natriuretic peptide level predicts 5-year overall survival in patients with pulmonary arterial hypertension: data from the REVEAL registry. *Chest* 2018;**154**:126–135.

268. Harbaum L, Ghataorhe P, Wharton J, Jimenez B, Howard LSG, Gibbs JSR, *et al.* Reduced plasma levels of small HDL particles transporting fibrinolytic proteins in pulmonary arterial hypertension. *Thorax* 2019;**74**:380–389.

269. Naal T, Abuhalimeh B, Khirfan G, Dweik RA, Tang WHW, Tonelli AR. Serum chloride levels track with survival in patients with pulmonary arterial hypertension. *Chest* 2018;**154**:541–549.

270. Nikolic I, Yung LM, Yang P, Maihotra R, Paskin-Flerlage S, Dinter T, *et al.* Bone morphogenetic protein 9 is a mechanistic biomarker of portopulmonary hypertension. *Am J Respir Crit Care Med* 2019;**199**:891–902.

271. Rhodes CJ, Wharton J, Ghataorhe P, Watson G, Girerd B, Howard LS, *et al.* Plasma proteome analysis in patients with pulmonary arterial hypertension: an observational cohort study. *Lancet Respir Med* 2017;**5**:717–726.

272. Wetzl V, Tiede SL, Faerber L, Weissmann N, Schermuly RT, Ghofrani HA, *et al.* Plasma MMP2/TIMP4 ratio at follow-up assessment predicts disease progression of idiopathic pulmonary arterial hypertension. *Lung* 2017;**195**:489–496.

273. Arvidsson M, Ahmed A, Bouzina H, Rådegran G. Matrix metalloproteinase 7 in diagnosis and differentiation of pulmonary arterial hypertension. *Pulm Circ* 2019;**9**:2045894019895414.

274. Kylhammar D, Hesselstrand R, Nielsen S, Scheele C, Radegran G. Angiogenic and inflammatory biomarkers for screening and follow-up in patients with pulmonary arterial hypertension. *Scand J Rheumatol* 2018;**47**:319–324.

275. Saleby J, Bouzina H, Ahmed S, Lundgren J, Radegran G. Plasma receptor tyrosine kinase RET in pulmonary arterial hypertension diagnosis and differentiation. *ERJ Open Res* 2019;**5**:00037-02019.

276. van Bon L, Affandi AJ, Broen J, Christmann RB, Marijnissen RJ, Stawski L, *et al.* Proteome-wide analysis and CXCL4 as a biomarker in systemic sclerosis. *N Engl J Med* 2014;**370**:433–443.

277. Ferrer E, Dunmore BJ, Hassan D, Ormiston ML, Moore S, Deighton J, *et al.* A potential role for exosomal translationally controlled tumor protein export in vascular remodeling in pulmonary arterial hypertension. *Am J Respir Cell Mol Biol* 2018;**59**:467–478.

278. Lavoie JR, Ormiston ML, Perez-Iratxeta C, Courtman DW, Jiang B, Ferrer E, *et al.* Proteomic analysis implicates translationally controlled tumor protein as a novel mediator of occlusive vascular remodeling in pulmonary arterial hypertension. *Circulation* 2014;**129**:2125–2135.

279. Warwick G, Thomas PS, Yates DH. Biomarkers in pulmonary hypertension. *Eur Respir J* 2008;**32**:503–512.

280. Hoeper M, Pausch C, Olsson K, Huscher D, Pittrow D, Grünig E, *et al.* COMPERA 2.0: a refined 4-strata risk assessment model for pulmonary arterial hypertension. *Eur Respir J* 2022;**60**:2102311.

281. Delcroix M, Howard L. Pulmonary arterial hypertension: the burden of disease and impact on quality of life. *Eur Respir Rev* 2015;**24**:621–629.

282. Yorke J, Corris P, Gaine S, Gibbs JS, Kiely DG, Harries C, *et al.* emPHasis-10: development of a health-related quality of life measure in pulmonary hypertension. *Eur Respir J* 2014;**43**:1106–1113.

283. McGoon MD, Ferrari P, Armstrong I, Denis M, Howard LS, Lowe G, *et al.* The importance of patient perspectives in pulmonary hypertension. *Eur Respir J* 2019;**53**:1801919.

284. Twiss J, McKenna S, Ganderton L, Jenkins S, Ben-L'amri M, Gain K, *et al.* Psychometric performance of the CAMPHOR and SF-36 in pulmonary hypertension. *BMC Pulm Med* 2013;**13**:45.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

285. Chen H, De Marco T, Kobashigawa EA, Katz PP, Chang VW, Blanc PD. Comparison of cardiac and pulmonary-specific quality-of-life measures in pulmonary arterial hypertension. *Eur Respir J* 2011;**38**:608–616.

286. McKenna SP, Doughty N, Meads DM, Doward LC, Pepke-Zaba J. The Cambridge Pulmonary Hypertension Outcome Review (CAMPHOR): a measure of health-related quality of life and quality of life for patients with pulmonary hypertension. *Qual Life Res* 2006;**15**:103–115.

287. Lewis RA, Armstrong I, Bergbaum C, Brewis MJ, Cannon J, Charalampopoulos A, *et al*. EmPHasis-10 health-related quality of life score predicts outcomes in patients with idiopathic and connective tissue disease-associated pulmonary arterial hypertension: results from a UK multicentre study. *Eur Respir J* 2021;**57**:2000124.

288. Bonner N, Abetz L, Meunier J, Sikirica M, Mathai SC. Development and validation of the living with pulmonary hypertension questionnaire in pulmonary arterial hypertension patients. *Health Qual Life Outcomes* 2013;**11**:161.

289. McCollister D, Shaffer S, Badesch DB, Filusch A, Hunsche E, Schuler R, *et al*. Development of the Pulmonary Arterial Hypertension-Symptoms and Impact (PAH-SYMPACT®) questionnaire: a new patient-reported outcome instrument for PAH. *Respir Res* 2016;**17**:72.

290. McCabe C, Bennett M, Doughty N, MacKenzie Ross R, Sharples L, Pepke-Zaba J. Patient-reported outcomes assessed by the CAMPHOR questionnaire predict clinical deterioration in idiopathic pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension. *Chest* 2013;**144**:522–530.

291. Min J, Badesch D, Chakinala M, Elwing J, Frantz R, Horn E, *et al*. Prediction of health-related quality of life and hospitalization in pulmonary arterial hypertension: the Pulmonary Hypertension Association Registry. *Am J Respir Crit Care Med* 2021;**203**:761–764.

292. Kylhammar D, Kjellström B, Hjalmarsson C, Jansson K, Nisell M, Soderberg S, *et al*. A comprehensive risk stratification at early follow-up determines prognosis in pulmonary arterial hypertension. *Eur Heart J* 2018;**39**:4175–4181.

293. Hoeper MM, Kramer T, Pan Z, Eichstaedt CA, Spiesshoefer J, Benjamin N, *et al*. Mortality in pulmonary arterial hypertension: prediction by the 2015 European pulmonary hypertension guidelines risk stratification model. *Eur Respir J* 2017;**50**: 1700740.

294. Hjalmarsson C, Kjellström B, Jansson K, Nisell M, Kylhammar D, Kavianipour M, *et al*. Early risk prediction in patients with idiopathic versus connective tissue disease-associated pulmonary arterial hypertension: call for a refined assessment. *ERJ Open Res* 2021;**7**:00854-02020.

295. Boucly A, Weatherald J, Savale L, Jais X, Cottin V, Prevot G, *et al*. Risk assessment, prognosis and guideline implementation in pulmonary arterial hypertension. *Eur Respir J* 2017;**50**:1700889.

296. Benza RL, Kanwar MK, Raina A, Scott JV, Zhao CL, Selej M, *et al*. Development and validation of an abridged version of the REVEAL 2.0 risk score calculator, REVEAL Lite 2, for use in patients with pulmonary arterial hypertension. *Chest* 2021;**159**: 337–346.

297. Bouzina H, Rådegran G, Butler O, Hesselstrand R, Hjalmarsson C, Holl K, *et al*. Longitudinal changes in risk status in pulmonary arterial hypertension. *ESC Heart Fail* 2021;**8**:680–690.

298. D'Alto M, Badagliacca R, Lo Giudice F, Argiento P, Casu G, Corda M, *et al*. Hemodynamics and risk assessment 2 years after the initiation of upfront ambrisentan–tadalafil in pulmonary arterial hypertension. *J Heart Lung Transpl* 2020;**39**:1389–1397.

299. Hjalmarsson C, Rådegran G, Kylhammar D, Rundqvist B, Multing J, Nisell MD, *et al*. Impact of age and comorbidity on risk stratification in idiopathic pulmonary arterial hypertension. *Eur Respir J* 2018;**51**:1702310.

300. Humbert M, Farber HW, Ghofrani HA, Benza RL, Busse D, Meier C, *et al*. Risk assessment in pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension. *Eur Respir J* 2019;**53**:1802004.

301. Kuwana M, Blair C, Takahashi T, Langley J, Coghlan JG. Initial combination therapy of ambrisentan and tadalafil in connective tissue disease-associated pulmonary arterial hypertension (CTD-PAH) in the modified intention-to-treat population of the AMBITION study: post hoc analysis. *Ann Rheum Dis* 2020;**79**:626–634.

302. Kylhammar D, Hjalmarsson C, Hesselstrand R, Jansson K, Kavianipour M, Kjellstrom B, *et al*. Predicting mortality during long-term follow-up in pulmonary arterial hypertension. *ERJ Open Res* 2021;**7**:00837-02020.

303. Sitbon O, Chin KM, Channick RN, Benza RL, Di Scala L, Gaine S, *et al*. Risk assessment in pulmonary arterial hypertension: insights from the GRIPHON study. *J Heart Lung Transpl* 2020;**39**:300–309.

304. Rhodes CJ, Wharton J, Swietlik EM, Harbaum L, Girerd B, Coghlan JG, *et al*. Using the plasma proteome for risk stratifying patients with pulmonary arterial hypertension. *Am J Respir Crit Care Med* 2022;**205**:1102–1111.

305. Benza RL, Lohmueller LC, Kraisangka J, Kanwar M. Risk assessment in pulmonary arterial hypertension patients: the long and short of it. *Adv Pulm Hypertens* 2018; **16**:125–135.

306. Yogeswaran A, Richter MJ, Sommer N, Ghofrani HA, Seeger W, Tello K, *et al*. Advanced risk stratification of intermediate risk group in pulmonary arterial hypertension. *Pulm Circ* 2020;**10**:2045894020961739.

307. Zelt JGE, Hossain A, Sun LY, Mehta S, Chandy G, Davies RA, *et al*. Incorporation of renal function in mortality risk assessment for pulmonary arterial hypertension. *J Heart Lung Transplant* 2020;**39**:675–685.

308. Boucly A, Weatherald J, Savale L, de Groote P, Cottin V, Prévot G, *et al*. External validation of a refined 4-strata risk assessment score from the French pulmonary hypertension registry. *Eur Respir J* 2022;**59**:2102419.

309. Olsson KM, Richter MJ, Kamp JC, Gall H, Heine A, Ghofrani HA, *et al*. Intravenous treprostinil as an add-on therapy in patients with pulmonary arterial hypertension. *J Heart Lung Transplant* 2019;**38**:748–756.

310. Tonelli AR, Sahay S, Gordon KW, Edwards LD, Allmon AG, Broderick M, *et al*. Impact of inhaled treprostinil on risk stratification with noninvasive parameters: a post hoc analysis of the TRIUMPH and BEAT studies. *Pulm Circ* 2020;**10**: 2045894020977025.

311. Weatherald J, Boucly A, Launay D, Cottin V, Prévot G, Bourlier D, *et al*. Haemodynamics and serial risk assessment in systemic sclerosis associated pulmonary arterial hypertension. *Eur Respir J* 2018;**52**:1800678.

312. Chan L, Chin LMK, Kennedy M, Woolstenhulme JG, Nathan SD, Weinstein AA, *et al*. Benefits of intensive treadmill exercise training on cardiorespiratory function and quality of life in patients with pulmonary hypertension. *Chest* 2013;**143**: 333–343.

313. de Man FS, Handoko ML, Groepenhoff H, van 't Hul AJ, Abbink J, Koppers RJ, *et al*. Effects of exercise training in patients with idiopathic pulmonary arterial hypertension. *Eur Respir J* 2009;**34**:669–675.

314. Ehlken N, Lichtblau M, Klose H, Weidenhammer J, Fischer C, Nechwatal R, *et al*. Exercise training improves peak oxygen consumption and haemodynamics in patients with severe pulmonary arterial hypertension and inoperable chronic thrombo-embolic pulmonary hypertension: a prospective, randomized, controlled trial. *Eur Heart J* 2016;**37**:35–44.

315. Grunig E, MacKenzie A, Peacock AJ, Eichstaedt CA, Benjamin N, Nechwatal R, *et al*. Standardized exercise training is feasible, safe, and effective in pulmonary arterial and chronic thromboembolic pulmonary hypertension: results from a large European multicentre randomized controlled trial. *Eur Heart J* 2021;**42**:2284–2295.

316. Mereles D, Ehlken N, Kreuscher S, Ghofrani S, Hoeper MM, Halank M, *et al*. Exercise and respiratory training improve exercise capacity and quality of life in patients with severe chronic pulmonary hypertension. *Circulation* 2006;**114**: 1482–1489.

317. Grunig E, Eichstaedt C, Barbera JA, Benjamin N, Blanco I, Bossone E, *et al*. ERS statement on exercise training and rehabilitation in patients with severe chronic pulmonary hypertension. *Eur Respir J* 2019;**53**:1800332.

318. Johnson SR, Granton JT, Mehta S. Thrombotic arteriopathy and anticoagulation in pulmonary hypertension. *Chest* 2006;**130**:545–552.

319. Olsson KM, Delcroix M, Ghofrani HA, Tiede H, Huscher D, Speich R, *et al*. Anticoagulation and survival in pulmonary arterial hypertension: results from the Comparative, Prospective Registry of Newly Initiated Therapies for Pulmonary Hypertension (COMPERA). *Circulation* 2014;**129**:57–65.

320. Preston IR, Roberts KE, Miller DP, Sen GP, Selej M, Benton WW, *et al*. Effect of warfarin treatment on survival of patients with pulmonary arterial hypertension (PAH) in the Registry to Evaluate Early and Long-term PAH Disease Management (REVEAL). *Circulation* 2015;**132**:2403–2411.

321. Khan MS, Usman MS, Siddiqi TJ, Khan SU, Murad MH, Mookadam F, *et al*. Is anticoagulation beneficial in pulmonary arterial hypertension? *Circ Cardiovasc Qual Outcomes* 2018;**11**:e004757.

322. Wang P, Hu L, Yin Y, Yan D, Zheng H, Zhang J, *et al*. Can anticoagulants improve the survival rate for patients with idiopathic pulmonary arterial hypertension? A systematic review and meta-analysis. *Thromb Res* 2020;**196**:251–256.

323. Stickel S, Gin-Sing W, Wagenaar M, Gibbs JSR. The practical management of fluid retention in adults with right heart failure due to pulmonary arterial hypertension. *Eur Heart J Suppl* 2019;**21**:K46–K53.

324. Sandoval J, Aguirre JS, Pulido T, Martinez-Guerra ML, Santos E, Alvarado P, *et al*. Nocturnal oxygen therapy in patients with the Eisenmenger syndrome. *Am J Respir Crit Care Med* 2001;**164**:1682–1687.

325. Weitzenblum E, Sautegeau A, Ehrhart M, Mammosser M, Pelletier A. Long-term oxygen therapy can reverse the progression of pulmonary hypertension in patients with chronic obstructive pulmonary disease. *Am Rev Respir Dis* 1985;**131**:493–498.

326. Ulrich S, Saxer S, Hasler ED, Schwarz EI, Schneider SR, Furian M, *et al*. Effect of domiciliary oxygen therapy on exercise capacity and quality of life in patients with pulmonary arterial or chronic thromboembolic pulmonary hypertension: a randomised, placebo-controlled trial. *Eur Respir J* 2019;**54**:1900276.

327. Ulrich S, Hasler ED, Saxer S, Furian M, Muller-Mottet S, Keusch S, *et al*. Effect of breathing oxygen-enriched air on exercise performance in patients with precapillary pulmonary hypertension: randomized, sham-controlled cross-over trial. *Eur Heart J* 2017;**38**:1159–1168.

328. Adir Y, Humbert M, Chaouat A. Sleep-related breathing disorders and pulmonary hypertension. *Eur Respir J* 2021;**57**:2002258.

329. McDonagh T, Damy T, Doehner W, Lam CSP, Sindone A, van der Meer P, *et al.* Screening, diagnosis and treatment of iron deficiency in chronic heart failure: putting the 2016 European Society of Cardiology heart failure guidelines into clinical practice. *Eur J Heart Fail* 2018;**20**:1664–1672.

330. Rhodes CJ, Howard LS, Busbridge M, Ashby D, Kondili E, Gibbs JS, *et al.* Iron deficiency and raised hepcidin in idiopathic pulmonary arterial hypertension: clinical prevalence, outcomes, and mechanistic insights. *J Am Coll Cardiol* 2011;**58**:300–309.

331. Ruiter G, Lankhorst S, Boonstra A, Postmus PE, Zweegman S, Westerhof N, *et al.* Iron deficiency is common in idiopathic pulmonary arterial hypertension. *Eur Respir J* 2011;**37**:1386–1391.

332. Ruiter G, Lanser IJ, de Man FS, van der Laarse WJ, Wharton J, Wilkins MR, *et al.* Iron deficiency in systemic sclerosis patients with and without pulmonary hypertension. *Rheumatology* 2014;**53**:285–292.

333. Van De Bruaene A, Delcroix M, Pasquet A, De Backer J, De Pauw M, Naeije R, *et al.* Iron deficiency is associated with adverse outcome in Eisenmenger patients. *Eur Heart J* 2011;**32**:2790–2799.

334. Sonnweber T, Nairz M, Theurl I, Petzer V, Tymoszuk P, Haschka D, *et al.* The crucial impact of iron deficiency definition for the course of precapillary pulmonary hypertension. *PLoS One* 2018;**13**:e0203396.

335. Ruiter G, Manders E, Happe CM, Schalij I, Groepenhoff H, Howard LS, *et al.* Intravenous iron therapy in patients with idiopathic pulmonary arterial hypertension and iron deficiency. *Pulm Circ* 2015;**5**:466–472.

336. Viethen T, Gerhardt F, Dumitrescu D, Knoop-Busch S, Ten Freyhaus H, Rudolph TK, *et al.* Ferric carboxymaltose improves exercise capacity and quality of life in patients with pulmonary arterial hypertension and iron deficiency: a pilot study. *Int J Cardiol* 2014;**175**:233–239.

337. Kramer T, Wissmuller M, Natsina K, Gerhardt F, Ten Freyhaus H, Dumitrescu D, *et al.* Ferric carboxymaltose in patients with pulmonary arterial hypertension and iron deficiency: a long-term study. *J Cachexia Sarcopenia Muscle* 2021;**12**:1501–1512.

338. Olsson KM, Fuge J, Brod T, Kamp JC, Schmitto J, Kempf T, *et al.* Oral iron supplementation with ferric maltol in patients with pulmonary hypertension. *Eur Respir J* 2020;**56**:2000616.

339. Howard LSGE, He J, Watson GMJ, Huang L, Wharton J, Luo Q, *et al.* Supplementation with iron in pulmonary arterial hypertension. Two randomized crossover trials. *Ann Am Thorac Soc* 2021;**18**:981–988.

340. Larisch A, Neeb C, de Zwaan M, Pabst C, Tiede H, Ghofrani A, *et al.* Mental distress and wish for psychosomatic treatment of patients with pulmonary hypertension. *Psychother Psychosom Med Psychol* 2014;**64**:384–389.

341. Olsson KM, Meltendorf T, Fuge J, Kamp JC, Park DH, Richter MJ, *et al.* Prevalence of mental disorders and impact on quality of life in patients with pulmonary arterial hypertension. *Front Psychiatry* 2021;**31**:667602.

342. Pfeuffer E, Krannich H, Halank M, Wilkens H, Kolb P, Jany B, *et al.* Anxiety, depression, and health-related QOL in patients diagnosed with PAH or CTEPH. *Lung* 2017;**195**:759–768.

343. Zhou X, Shi H, Yang Y, Zhang Z, Zhai Z, Wang C. Anxiety and depression in patients with pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension: results from a Chinese survey. *Exp Ther Med* 2020;**19**:3124–3132.

344. Kingman M, Hinzmann B, Sweet O, Vachiery JL. Living with pulmonary hypertension: unique insights from an international ethnographic study. *BMJ Open* 2014;**4**:e004735.

345. Harzheim D, Klose H, Pinado FP, Ehlken N, Nagel C, Fischer C, *et al.* Anxiety and depression disorders in patients with pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension. *Respir Res* 2013;**14**:104.

346. Anand V, Vallabhajosyula S, Cheungpasitporn W, Frantz RP, Cajigas HR, Strand JJ, *et al.* Inpatient palliative care use in patients with pulmonary arterial hypertension: temporal trends, predictors, and outcomes. *Chest* 2020;**158**:2568–2578.

347. Osterberg L, Blaschke T. Adherence to medication. *N Engl J Med* 2005;**353**:487–497.

348. Kjellstrom B, Sandqvist A, Hjalmarsson C, Nisell M, Nasman P, Ivarsson B. Adherence to disease-specific drug treatment among patients with pulmonary arterial hypertension or chronic thromboembolic pulmonary hypertension. *ERJ Open Res* 2020;**6**:00299-02020.

349. Shah NB, Mitchell RE, Proctor ST, Choi L, DeClercq J, Jolly JA, *et al.* High rates of medication adherence in patients with pulmonary arterial hypertension: an integrated specialty pharmacy approach. *PLoS One* 2019;**14**:e0217798.

350. Weiss BM, Zemp L, Seifert B, Hess OM. Outcome of pulmonary vascular disease in pregnancy: a systematic overview from 1978 through 1996. *J Am Coll Cardiol* 1998;**31**:1650–1657.

351. Bedard E, Dimopoulos K, Gatzoulis MA. Has there been any progress made on pregnancy outcomes among women with pulmonary arterial hypertension? *Eur Heart J* 2009;**30**:256–265.

352. Duarte AG, Thomas S, Safdar Z, Torres F, Pacheco LD, Feldman J, *et al.* Management of pulmonary arterial hypertension during pregnancy: a retrospective, multicenter experience. *Chest* 2013;**143**:1330–1336.

353. Jais X, Olsson KM, Barbera JA, Blanco I, Torbicki A, Peacock A, *et al.* Pregnancy outcomes in pulmonary arterial hypertension in the modern management era. *Eur Respir J* 2012;**40**:881–885.

354. Kiely DG, Condliffe R, Webster V, Mills GH, Wrench I, Gandhi SV, *et al.* Improved survival in pregnancy and pulmonary hypertension using a multiprofessional approach. *BJOG* 2010;**117**:565–574.

355. Luo J, Shi H, Xu L, Su W, Li J. Pregnancy outcomes in patients with pulmonary arterial hypertension: a retrospective study. *Medicine* 2020;**99**:e20285.

356. Kamp JC, von Kaisenberg C, Greve S, Winter L, Park DH, Fuge J, *et al.* Pregnancy in pulmonary arterial hypertension: midterm outcomes of mothers and offspring. *J Heart Lung Transplant* 2021;**40**:229–233.

357. Corbach N, Berlier C, Lichtblau M, Schwarz EI, Gautschi F, Groth A, *et al.* Favorable pregnancy outcomes in women with well-controlled pulmonary arterial hypertension. *Front Med (Lausanne)* 2021;**8**:689764.

358. Bostock S, Sheares K, Cannon J, Taboada D, Pepke-Zaba J, Toshner M. The potential effects of pregnancy in a patient with idiopathic pulmonary arterial hypertension responding to calcium channel blockade. *Eur Respir J* 2017;**50**:1701141.

359. de Raaf MA, Beekhuijzen M, Guijnabert C, Vonk Noordegraaf A, Bogaard HJ. Endothelin-1 receptor antagonists in fetal development and pulmonary arterial hypertension. *Reprod Toxicol* 2015;**56**:45–51.

360. Dunn L, Greer R, Flenady V, Kumar S. Sildenafil in pregnancy: a systematic review of maternal tolerance and obstetric and perinatal outcomes. *Fetal Diagn Ther* 2017;**41**:81–88.

361. van Giersbergen PL, Halabi A, Dingemanse J. Pharmacokinetic interaction between bosentan and the oral contraceptives norethisterone and ethinyl estradiol. *Int J Clin Pharmacol Ther* 2006;**44**:113–118.

362. Meyer S, McLaughlin VV, Seyfarth HJ, Bull TM, Vizza CD, Gomberg-Maitland M, *et al.* Outcomes of noncardiac, nonobstetric surgery in patients with PAH: an international prospective survey. *Eur Respir J* 2013;**41**:1302–1307.

363. Hassan HJ, Housten T, Balasubramanian A, Simpson CE, Damico RL, Mathai SC, *et al.* A novel approach to perioperative risk assessment for patients with pulmonary hypertension. *ERJ Open Res* 2021;**7**:00257-02021.

364. Non-cardiac surgery: Halvorsen S, Mehilli J, Cassese S, Hall TS, Abdelhamid M, Barbato E, *et al.* 2022 ESC Guidelines on cardiovascular assessment and management of patients undergoing non-cardiac surgery. *Eur Heart J.* 2022. doi:10.1093/eurheartj/ehac270.

365. Burns RM, Peacock AJ, Johnson MK, Church AC. Hypoxaemia in patients with pulmonary arterial hypertension during simulated air travel. *Respir Med* 2013;**107**:298–304.

366. Kylhammar D, Rådegran G. The principal pathways involved in the in vivo modulation of hypoxic pulmonary vasoconstriction, pulmonary arterial remodelling and pulmonary hypertension. *Acta Physiol* 2017;**219**:728–756.

367. Code of Federal Regulations. Chapter I, Subchapter C, Part 25, Subpart D, Subjgrp - Pressurization. Section 25.841 - Pressurized cabins. Washington, DC: US Government Printing Office; 2012.

368. Groth A, Saxer S, Bader PR, Lichtblau M, Furian M, Schneider SR, *et al.* Acute hemodynamic changes by breathing hypoxic and hyperoxic gas mixtures in pulmonary arterial and chronic thromboembolic pulmonary hypertension. *Int J Cardiol* 2018;**270**:262–267.

369. Roubinian N, Elliott CG, Barnett CF, Blanc PD, Chen J, De Marco T, *et al.* Effects of commercial air travel on patients with pulmonary hypertension air travel and pulmonary hypertension. *Chest* 2012;**142**:885–892.

370. Schneider SR, Mayer LC, Lichtblau M, Berlier C, Schwarz EI, Saxer S, *et al.* Effect of normobaric hypoxia on exercise performance in pulmonary hypertension: randomized trial. *Chest* 2021;**159**:757–771.

371. Seccombe LM, Chow V, Zhao W, Lau EMT, Rogers PG, Ng ACC, *et al.* Right heart function during simulated altitude in patients with pulmonary arterial hypertension. *Open Heart* 2017;**4**:e000532.

372. Thamm M, Voswinckel R, Tiede H, Lendeckel F, Grimminger F, Seeger W, *et al.* Air travel can be safe and well tolerated in patients with clinically stable pulmonary hypertension. *Pulm Circ* 2011;**1**:239–243.

373. Cramer D, Ward S, Geddes D. Assessment of oxygen supplementation during air travel. *Thorax* 1996;**51**:202–203.

374. Dubroff J, Melendres L, Lin Y, Beene DR, Ketai L. High geographic prevalence of pulmonary artery hypertension: associations with ethnicity, drug use, and altitude. *Pulm Circ* 2020;**10**:2045894019894534.

375. Fakhri S, Hannon K, Moulden K, Peterson R, Hountras P, Bull T, *et al.* Residence at moderately high altitude and its relationship with WHO Group 1 pulmonary arterial hypertension symptom severity and clinical characteristics: the Pulmonary Hypertension Association Registry. *Pulm Circ* 2020;**10**:2045894020964342.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

376. Schneider SR, Mayer LC, Lichtblau M, Berlier C, Schwarz EI, Saxer S, et al. Effect of a day-trip to altitude (2500 m) on exercise performance in pulmonary hypertension: randomised crossover trial. ERJ Open Res 2021;7:00314-02021.

377. Makowski CT, Rissmiller RW, Bullington WM. Riociguat: a novel new drug for treatment of pulmonary hypertension. Pharmacotherapy 2015;35:502–519.

378. Montani D, Savale L, Natali D, Jaïs X, Herve P, Garcia G, et al. Long-term response to calcium-channel blockers in non-idiopathic pulmonary arterial hypertension. Eur Heart J 2010;31:1898–1907.

379. Galiè N, Ussia G, Passarelli P, Parlangeli R, Branzi A, Magnani B. Role of pharmacologic tests in the treatment of primary pulmonary hypertension. Am J Cardiol 1995; 75:55A–62A.

380. Clozel M, Maresta A, Humbert M. Endothelin receptor antagonists. Handb Exp Pharmacol 2013;218:199–227.

381. Xing J, Cao Y, Yu Y, Li H, Song Z, Yu H. In vitro micropatterned human pluripotent stem cell test (microP-hPST) for morphometric-based teratogen screening. Sci Rep 2017;7:8491.

382. Galiè N, Olschewski H, Oudiz RJ, Torres F, Frost A, Ghofrani HA, et al. Ambrisentan for the treatment of pulmonary arterial hypertension: results of the ambrisentan in pulmonary arterial hypertension, randomized, double-blind, placebo-controlled, multicenter, efficacy (ARIES) study 1 and 2. Circulation 2008; 117:3010–3019.

383. Rubin LJ, Badesch DB, Barst RJ, Galiè N, Black CM, Keogh A, et al. Bosentan therapy for pulmonary arterial hypertension. N Engl J Med 2002;346:896–903.

384. Humbert M, Segal ES, Kiely DG, Carlsen J, Schwierin B, Hoeper MM. Results of European post-marketing surveillance of bosentan in pulmonary hypertension. Eur Respir J 2007;30:338–344.

385. Paul GA, Gibbs JS, Boobis AR, Abbas A, Wilkins MR. Bosentan decreases the plasma concentration of sildenafil when coprescribed in pulmonary hypertension. Br J Clin Pharmacol 2005;60:107–112.

386. Weber C, Banken L, Birnboeck H, Schulz R. Effect of the endothelin-receptor antagonist bosentan on the pharmacokinetics and pharmacodynamics of warfarin. J Clin Pharmacol 1999;39:847–854.

387. Wrishko RE, Dingemanse J, Yu A, Darstein C, Phillips DL, Mitchell MI. Pharmacokinetic interaction between tadalafil and bosentan in healthy male subjects. J Clin Pharmacol 2008;48:610–618.

388. Ghofrani HA, Osterloh IH, Grimminger F. Sildenafil: from angina to erectile dysfunction to pulmonary hypertension and beyond. Nat Rev Drug Discov 2006;5: 689–702.

389. Galiè N, Muller K, Scalise AV, Grunig E. PATENT PLUS: a blinded, randomised and extension study of riociguat plus sildenafil in pulmonary arterial hypertension. Eur Respir J 2015;45:1314–1322.

390. Galiè N, Ghofrani HA, Torbicki A, Barst RJ, Rubin LJ, Badesch D, et al. Sildenafil citrate therapy for pulmonary arterial hypertension. N Engl J Med 2005;353: 2148–2157.

391. Sastry BK, Narasimhan C, Reddy NK, Raju BS. Clinical efficacy of sildenafil in primary pulmonary hypertension: a randomized, placebo-controlled, double-blind, crossover study. J Am Coll Cardiol 2004;43:1149–1153.

392. Simonneau G, Rubin LJ, Galiè N, Barst RJ, Fleming TR, Frost AE, et al. Addition of sildenafil to long-term intravenous epoprostenol therapy in patients with pulmonary arterial hypertension: a randomized trial. Ann Intern Med 2008;149:521–530.

393. Galiè N, Brundage BH, Ghofrani HA, Oudiz RJ, Simonneau G, Safdar Z, et al. Tadalafil therapy for pulmonary arterial hypertension. Circulation 2009;119: 2894–2903.

394. Schermuly RT, Janssen W, Weissmann N, Stasch JP, Grimminger F, Ghofrani HA. Riociguat for the treatment of pulmonary hypertension. Expert Opin Investig Drugs 2011;20:567–576.

395. Ghofrani HA, Galiè N, Grimminger F, Grunig E, Humbert M, Jing ZC, et al. Riociguat for the treatment of pulmonary arterial hypertension. N Engl J Med 2013;369: 330–340.

396. Galiè N, Manes A, Branzi A. Prostanoids for pulmonary arterial hypertension. Am J Respir Med 2003;2:123–137.

397. Jones DA, Benjamin CW, Linseman DA. Activation of thromboxane and prostacyclin receptors elicits opposing effects on vascular smooth muscle cell growth and mitogen-activated protein kinase signaling cascades. Mol Pharmacol 1995;48: 890–896.

398. Sitbon O, Delcroix M, Bergot E, Boonstra AB, Granton J, Langleben D, et al. EPITOME-2: An open-label study assessing the transition to a new formulation of intravenous epoprostenol in patients with pulmonary arterial hypertension. Am Heart J 2014;167:210–217.

399. Barst RJ, Rubin LJ, Long WA, McGoon MD, Rich S, Badesch DB, et al. A comparison of continuous intravenous epoprostenol (prostacyclin) with conventional therapy for primary pulmonary hypertension. The Primary Pulmonary Hypertension Study Group. N Engl J Med 1996;334:296–302.

400. Rubin LJ, Mendoza J, Hood M, McGoon M, Barst R, Williams WB, et al. Treatment of primary pulmonary hypertension with continuous intravenous prostacyclin (epoprostenol). Results of a randomized trial. Ann Intern Med 1990;112:485–491.

401. Badesch DB, Tapson VF, McGoon MD, Brundage BH, Rubin LJ, Wigley FM, et al. Continuous intravenous epoprostenol for pulmonary hypertension due to the scleroderma spectrum of disease. A randomized, controlled trial. Ann Intern Med 2000;132:425–434.

402. Krowka MJ, Frantz RP, McGoon MD, Severson C, Plevak DJ, Wiesner RH. Improvement in pulmonary hemodynamics during intravenous epoprostenol (prostacyclin): a study of 15 patients with moderate to severe portopulmonary hypertension. Hepatology 1999;30:641–648.

403. Nunes H, Humbert M, Sitbon O, Morse JH, Deng Z, Knowles JA, et al. Prognostic factors for survival in human immunodeficiency virus-associated pulmonary arterial hypertension. Am J Respir Crit Care Med 2003;167:1433–1439.

404. Rosenzweig EB, Kerstein D, Barst RJ. Long-term prostacyclin for pulmonary hypertension with associated congenital heart defects. Circulation 1999;99:1858–1865.

405. Boucly A, O'Connell C, Savale L, O'Callaghan DS, Jaïs X, Montani D, et al. Tunnelled central venous line-associated infections in patients with pulmonary arterial hypertension treated with intravenous prostacyclin. Presse Med 2016;45:20–28.

406. Doran AK, Ivy DD, Barst RJ, Hill N, Murali S, Benza RL, et al. Guidelines for the prevention of central venous catheter-related blood stream infections with prostanoid therapy for pulmonary arterial hypertension. Int J Clin Pract Suppl 2008;(160):5–9.

407. Olschewski H, Simonneau G, Galiè N, Higenbottam T, Naeije R, Rubin LJ, et al. Inhaled iloprost for severe pulmonary hypertension. N Engl J Med 2002;347: 322–329.

408. Simonneau G, Barst RJ, Galiè N, Naeije R, Rich S, Bourge RC, et al. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med 2002;165:800–804.

409. Bourge RC, Waxman AB, Gomberg-Maitland M, Shapiro SM, Tarver JH III, Zwicke DL, et al. Treprostinil administered to treat pulmonary arterial hypertension using a fully implantable programmable intravascular delivery system: results of the DelIVery for PAH trial. Chest 2016;150:27–34.

410. Richter MJ, Harutyunova S, Bollmann T, Classen S, Gall H, Gerhardt Md F, et al. Long-term safety and outcome of intravenous treprostinil via an implanted pump in pulmonary hypertension. J Heart Lung Transplant 2018;37:1235–1244.

411. McLaughlin VV, Benza RL, Rubin LJ, Channick RN, Voswinckel R, Tapson VF, et al. Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial. J Am Coll Cardiol 2010;55:1915–1922.

412. Tapson VF, Jing ZC, Xu KF, Pan L, Feldman J, Kiely DG, et al. Oral treprostinil for the treatment of pulmonary arterial hypertension in patients receiving background endothelin receptor antagonist and phosphodiesterase type 5 inhibitor therapy (the FREEDOM-C2 study): a randomized controlled trial. Chest 2013;144:952–958.

413. Tapson VF, Torres F, Kermeen F, Keogh AM, Allen RP, Frantz RP, et al. Oral treprostinil for the treatment of pulmonary arterial hypertension in patients on background endothelin receptor antagonist and/or phosphodiesterase type 5 inhibitor therapy (the FREEDOM-C study): a randomized controlled trial. Chest 2012;142: 1383–1390.

414. Jing ZC, Parikh K, Pulido T, Jerjes-Sanchez C, White RJ, Allen R, et al. Efficacy and safety of oral treprostinil monotherapy for the treatment of pulmonary arterial hypertension: a randomized, controlled trial. Circulation 2013;127:624–633.

415. White RJ, Jerjes-Sanchez C, Bohns Meyer GM, Pulido T, Sepulveda P, Wang KY, et al. Combination therapy with oral treprostinil for pulmonary arterial hypertension. A double-blind placebo-controlled clinical trial. Am J Respir Crit Care Med 2020; 201:707–717.

416. Barst RJ, McGoon M, McLaughlin V, Tapson V, Rich S, Rubin L, et al. Beraprost therapy for pulmonary arterial hypertension. J Am Coll Cardiol 2003;41:2119–2125.

417. Galiè N, Humbert M, Vachiery JL, Vizza CD, Kneussl M, Manes A, et al. Effects of beraprost sodium, an oral prostacyclin analogue, in patients with pulmonary arterial hypertension: a randomized, double-blind, placebo-controlled trial. J Am Coll Cardiol 2002;39:1496–1502.

418. Simonneau G, Torbicki A, Hoeper MM, Delcroix M, Karlocai K, Galiè N, et al. Selexipag: an oral, selective prostacyclin receptor agonist for the treatment of pulmonary arterial hypertension. Eur Respir J 2012;40:874–880.

419. Sitbon O, Channick R, Chin KM, Frey A, Gaine S, Galiè N, et al. Selexipag for the treatment of pulmonary arterial hypertension. N Engl J Med 2015;373:2522–2533.

420. Hoeper MM, McLaughlin VV, Barbera JA, Frost AE, Ghofrani HA, Peacock AJ, et al. Initial combination therapy with ambrisentan and tadalafil and mortality in patients with pulmonary arterial hypertension: a secondary analysis of the results from the randomised, controlled AMBITION study. Lancet Respir Med 2016;4:894–901.

421. Chin KM, Sitbon O, Doelberg M, Feldman J, Gibbs JSR, Grunig E, et al. Three- versus two-drug therapy for patients with newly diagnosed pulmonary arterial hypertension. J Am Coll Cardiol 2021;78:1393–1403.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

422. Badagliacca R, D'Alto M, Ghio S, Argiento P, Bellomo V, Brunetti ND, et al. Risk reduction and hemodynamics with initial combination therapy in pulmonary arterial hypertension. Am J Respir Crit Care Med 2021;**203**:484–492.

423. Hassoun PM, Zamanian RT, Damico R, Lechtzin N, Khair R, Kolb TM, et al. Ambrisentan and tadalafil up-front combination therapy in scleroderma-associated pulmonary arterial hypertension. Am J Respir Crit Care Med 2015;**192**:1102–1110.

424. Kirtania L, Maiti R, Srinivasan A, Mishra A. Effect of combination therapy of endothelin receptor antagonist and phosphodiesterase-5 inhibitor on clinical outcome and pulmonary haemodynamics in patients with pulmonary arterial hypertension: a meta-analysis. Clin Drug Investig 2019;**39**:1031–1044.

425. Montani D, Lau EM, Dorfmuller P, Girerd B, Jais X, Savale L, et al. Pulmonary veno-occlusive disease. Eur Respir J 2016;**47**:1518–1534.

426. Sitbon O, Jais X, Savale L, Cottin V, Bergot E, Macari EA, et al. Upfront triple combination therapy in pulmonary arterial hypertension: a pilot study. Eur Respir J 2014;**43**:1691–1697.

427. D'Alto M, Badagliacca R, Argiento P, Romeo E, Farro A, Papa S, et al. Risk reduction and right heart reverse remodeling by upfront triple combination therapy in pulmonary arterial hypertension. Chest 2020;**157**:376–383.

428. Boucly A, Savale L, Jais X, Bauer F, Bergot E, Bertolotti L, et al. Association between initial treatment strategy and long-term survival in pulmonary arterial hypertension. Am J Respir Crit Care Med 2021;**204**:842–854.

429. Hoeper MM, Al-Hiti H, Benza RL, Chang SA, Corris PA, Gibbs JSR, et al. Switching to riociguat versus maintenance therapy with phosphodiesterase-5 inhibitors in patients with pulmonary arterial hypertension (REPLACE): a multicentre, open-label, randomised controlled trial. Lancet Respir Med 2021;**9**:573–584.

430. Sitbon O, Cottin V, Canuet M, Clerson P, Gressin V, Perchenet L, et al. Initial combination therapy of macitentan and tadalafil in pulmonary arterial hypertension. Eur Respir J 2020;**56**:2000673.

431. Coghlan JG, Channick R, Chin K, Di Scala L, Galiè N, Ghofrani HA, et al. Targeting the prostacyclin pathway with selexipag in patients with pulmonary arterial hypertension receiving double combination therapy: insights from the randomized controlled GRIPHON study. Am J Cardiovasc Drugs 2018;**18**:37–47.

432. Lajoie AC, Lauziere G, Lega JC, Lacasse Y, Martin S, Simard S, et al. Combination therapy versus monotherapy for pulmonary arterial hypertension: a meta-analysis. Lancet Respir Med 2016;**4**:291–305.

433. Hoeper MM, Pausch C, Grunig E, Staehler G, Huscher D, Pittrow D, et al. Temporal trends in pulmonary arterial hypertension: results from the COMPERA registry. Eur Respir J 2022;**59**:2102024. doi:10.1183/13993003.02024-2021.

434. Zelt JGE, Sugarman J, Weatheraid J, Partridge ACR, Liang JC, Swiston J, et al. Mortality trends in pulmonary arterial hypertension in Canada: a temporal analysis of survival per ESC/ERS Guideline Era. Eur Respir J 2022;**59**:2101552. doi:10.1183/13993003.01552-2021.

435. Hoeper MM, Simonneau G, Corris PA, Ghofrani HA, Klinger JR, Langleben D, et al. RESPITE: switching to riociguat in pulmonary arterial hypertension patients with inadequate response to phosphodiesterase-5 inhibitors. Eur Respir J 2017;**50**:1602425.

436. Bartolome SD, Sood N, Shah TG, Styrvoky K, Torres F, Chin KM. Mortality in patients with pulmonary arterial hypertension treated with continuous prostanoids. Chest 2018;**154**:532–540.

437. Galiè N, Jansa P, Pulido T, Channick RN, Delcroix M, Ghofrani HA, et al. SERAPHIN haemodynamic substudy: the effect of the dual endothelin receptor antagonist macitentan on haemodynamic parameters and NT-proBNP levels and their association with disease progression in patients with pulmonary arterial hypertension. Eur Heart J 2017;**38**:1147–1155.

438. Simonneau G, Rubin LJ, Galiè N, Barst RJ, Fleming TR, Frost A, et al. Long-term sildenafil added to intravenous epoprostenol in patients with pulmonary arterial hypertension. J Heart Lung Transplant 2014;**33**:689–697.

439. Benza RL, Seeger W, McLaughlin VV, Channick RN, Voswinckel R, Tapson VF, et al. Long-term effects of inhaled treprostinil in patients with pulmonary arterial hypertension: the Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) study open-label extension. J Heart Lung Transplant 2011;**30**:1327–1333.

440. Rubin LJ, Galiè N, Grimminger F, Grunig E, Humbert M, Jing ZC, et al. Riociguat for the treatment of pulmonary arterial hypertension: a long-term extension study (PATENT-2). Eur Respir J 2015;**45**:1303–1313.

441. Hoeper MM, Leuchte H, Halank M, Wilkens H, Meyer FJ, Seyfarth HJ, et al. Combining inhaled iloprost with bosentan in patients with idiopathic pulmonary arterial hypertension. Eur Respir J 2006;**28**:691–694.

442. McLaughlin VV, Oudiz RJ, Frost A, Tapson VF, Murali S, Channick RN, et al. Randomized study of adding inhaled iloprost to existing bosentan in pulmonary arterial hypertension. Am J Respir Crit Care Med 2006;**174**:1257–1263.

443. Baldassarre DB, Feldman J, Keogh A, Mathier MA, Oudiz RJ, Shapiro S, et al. ARIES-3: ambrisentan therapy in a diverse population of patients with pulmonary hypertension. Cardiovasc Ther 2012;**30**:93–99.

444. Dardi F, Manes A, Palazzini M, Bachetti C, Mazzanti G, Rinaldi A, et al. Combining bosentan and sildenafil in pulmonary arterial hypertension patients failing monotherapy: real-world insights. Eur Respir J 2015;**46**:414–421.

445. Iversen K, Jensen AS, Jensen TV, Vejlstrup NG, Sondergaard L. Combination therapy with bosentan and sildenafil in Eisenmenger syndrome: a randomized, placebo-controlled, double-blinded trial. Eur Heart J 2010;**31**:1124–1131.

446. Vizza CD, Jansa P, Teal S, Dombi T, Zhou D. Sildenafil dosed concomitantly with bosentan for adult pulmonary arterial hypertension in a randomized controlled trial. BMC Cardiovasc Disord 2017;**17**:239.

447. Hoeper MM, Huscher D, Ghofrani HA, Delcroix M, Distler O, Schweiger C, et al. Elderly patients diagnosed with idiopathic pulmonary arterial hypertension: results from the COMPERA registry. Int J Cardiol 2013;**168**:871–880.

448. Khou V, Anderson JJ, Strange G, Corrigan C, Collins N, Celermajer DS, et al. Diagnostic delay in pulmonary arterial hypertension: insights from the Australian and New Zealand pulmonary hypertension registry. Respirology 2020;**25**:863–871.

449. McLaughlin VV, Vachiery JL, Oudiz RJ, Rosenkranz S, Galiè N, Barbera JA, et al. Patients with pulmonary arterial hypertension with and without cardiovascular risk factors: results from the AMBITION trial. J Heart Lung Transplant 2019;**38**:1286–1295.

450. Opitz CF, Hoeper MM, Gibbs JS, Kaemmerer H, Pepke-Zaba J, Coghlan JG, et al. Pre-capillary, combined, and post-capillary pulmonary hypertension: a pathophysiological continuum. J Am Coll Cardiol 2016;**68**:368–378.

451. Lewis RA, Thompson AAR, Billings CG, Charalampopoulos A, Elliot CA, Hamilton N, et al. Mild parenchymal lung disease and/or low diffusion capacity impacts survival and treatment response in patients diagnosed with idiopathic pulmonary arterial hypertension. Eur Respir J 2020;**55**:2000041.

452. Valentin S, Maurac A, Sitbon O, Beurnier A, Gomez E, Guillaumot A, et al. Outcomes of patients with decreased arterial oxyhaemoglobin saturation on pulmonary arterial hypertension drugs. Eur Respir J 2021;**58**:2004066.

453. Rosenkranz S, Channick R, Chin KM, Jenner B, Gaine S, Galiè N, et al. The impact of comorbidities on selexipag treatment effect in patients with pulmonary arterial hypertension: insights from the GRIPHON study. Eur J Heart Fail 2022;**24**:205–214.

454. Khan MS, Memon MM, Amin E, Yamani N, Khan SU, Figueredo VM, et al. Use of balloon atrial septostomy in patients with advanced pulmonary arterial hypertension: a systematic review and meta-analysis. Chest 2019;**156**:53–63.

455. Sandoval J, Gaspar J, Pulido T, Bautista E, Martinez-Guerra ML, Zeballos M, et al. Graded balloon dilation atrial septostomy in severe primary pulmonary hypertension. A therapeutic alternative for patients nonresponsive to vasodilator treatment. J Am Coll Cardiol 1998;**32**:297–304.

456. Aggarwal M, Grady RM, Choudhry S, Anwar S, Eghtesady P, Singh GK. Potts shunt improves right ventricular function and coupling with pulmonary circulation in children with suprasystemic pulmonary arterial hypertension. Circ Cardiovasc Imaging 2018;**11**:e007964.

457. Baruteau AE, Belli E, Boudjemline Y, Laux D, Levy M, Simonneau G, et al. Palliative Potts shunt for the treatment of children with drug-refractory pulmonary arterial hypertension: updated data from the first 24 patients. Eur J Cardiothorac Surg 2015;**47**:e105–e110.

458. Grady RM, Canter M, Shmalts A, Coleman R, Beghetti M, Berger RM, et al. Pulmonary-to-systemic arterial shunt in children with severe pulmonary hypertension. J Am Coll Cardiol 2021;**78**:468–477.

459. Rosenzweig EB, Ankola A, Krishnan U, Middlesworth W, Bacha E, Bacchetta M. A novel unidirectional-valved shunt approach for end-stage pulmonary arterial hypertension: early experience in adolescents and adults. J Thorac Cardiovasc Surg 2021;**161**:1438–1446.e1432.

460. Ciarka A, Doan V, Velez-Roa S, Naeije R, van de Borne P. Prognostic significance of sympathetic nervous system activation in pulmonary arterial hypertension. Am J Respir Crit Care Med 2010;**181**:1269–1275.

461. Velez-Roa S, Ciarka A, Najem B, Vachiery JL, Naeije R, van de Borne P. Increased sympathetic nerve activity in pulmonary artery hypertension. Circulation 2004;**110**:1308–1312.

462. Juratsch CE, Jengo JA, Castagna J, Laks MM. Experimental pulmonary hypertension produced by surgical and chemical denervation of the pulmonary vasculature. Chest 1980;**77**:525–530.

463. Rothman A, Jonas M, Castel D, Tzafriri AR, Traxler H, Shav D, et al. Pulmonary artery denervation using catheter-based ultrasonic energy. EuroIntervention 2019;**15**:722–730.

464. Chen SL, Zhang FF, Xu J, Xie DJ, Zhou L, Nguyen T, et al. Pulmonary artery denervation to treat pulmonary arterial hypertension: the single-center, prospective, first-in-man PADN-1 study (first-in-man pulmonary artery denervation for treatment of pulmonary artery hypertension). J Am Coll Cardiol 2013;**62**:1092–1100.

465. Rothman AMK, Vachiery JL, Howard LS, Mikhail GW, Lang IM, Jonas M, et al. Intravascular ultrasound pulmonary artery denervation to treat pulmonary arterial hypertension (TROPHY1): multicenter, early feasibility study. JACC Cardiovasc Interv 2020;**13**:989–999.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

466. Sztrymf B, Souza R, Bertoletti L, Jais X, Sitbon O, Price LC, et al. Prognostic factors of acute heart failure in patients with pulmonary arterial hypertension. Eur Respir J 2010;**35**:1286–1293.

467. Campo A, Mathai SC, Le Pavec J, Zaiman AL, Hummers LK, Boyce D, et al. Outcomes of hospitalisation for right heart failure in pulmonary arterial hypertension. Eur Respir J 2011;**38**:359–367.

468. Hoeper MM, Benza RL, Corris P, de Perrot M, Fadel E, Keogh AM, et al. Intensive care, right ventricular support and lung transplantation in patients with pulmonary hypertension. Eur Respir J 2019;**53**:1801906.

469. Kapur NK, Esposito ML, Bader Y, Morine KJ, Kiernan MS, Pham DT, et al. Mechanical circulatory support devices for acute right ventricular failure. Circulation 2017;**136**:314–326.

470. Konstam MA, Kiernan MS, Bernstein D, Bozkurt B, Jacob M, Kapur NK, et al. Evaluation and management of right-sided heart failure: a scientific statement from the American Heart Association. Circulation 2018;**137**:e578–e622.

471. Olsson KM, Richter MJ, Kamp JC, Gall H, Ghofrani HA, Fuge J, et al. Refined risk stratification in pulmonary arterial hypertension and timing of lung transplantation. Eur Respir J 2022. doi:10.1183/13993003.03087-2021. Epub ahead of print.

472. Moser B, Jaksch P, Taghavi S, Murakozy G, Lang G, Hager H, et al. Lung transplantation for idiopathic pulmonary arterial hypertension on intraoperative and postoperatively prolonged extracorporeal membrane oxygenation provides optimally controlled reperfusion and excellent outcome. Eur J Cardiothorac Surg 2018;**53**:178–185.

473. Christie JD, Edwards LB, Kucheryavaya AY, Benden C, Dipchand AI, Dobbels F, et al. The Registry of the International Society for Heart and Lung Transplantation: 29th adult lung and heart-lung transplant report-2012. J Heart Lung Transplant 2012;**31**:1073–1086.

474. Egan TM, Edwards LB. Effect of the lung allocation score on lung transplantation in the United States. J Heart Lung Transplant 2016;**35**:433–439.

475. Savale L, Le Pavec J, Mercier O, Mussot S, Jais X, Fabre D, et al. Impact of high-priority allocation on lung and heart-lung transplantation for pulmonary hypertension. Ann Thorac Surg 2017;**104**:404–411.

476. Yusen RD, Edwards LB, Kucheryavaya AY, Benden C, Dipchand AI, Goldfarb SB, et al. The Registry of the International Society for Heart and Lung Transplantation: Thirty-second Official Adult Lung and Heart-Lung Transplantation Report–2015; Focus Theme: Early Graft Failure. J Heart Lung Transplant 2015;**34**:1264–1277.

477. Hindricks G, Potpara T, Dagres N, Arbelo E, Bax JJ, Blomstrom-Lundqvist C, et al. 2020 ESC Guidelines for the diagnosis and management of atrial fibrillation developed in collaboration with the European Association for Cardio-Thoracic Surgery (EACTS): the Task Force for the diagnosis and management of atrial fibrillation of the European Society of Cardiology (ESC) developed with the special contribution of the European Heart Rhythm Association (EHRA) of the ESC. Eur Heart J 2021;**42**:373–498.

478. Wanamaker B, Cascino T, McLaughlin V, Oral H, Latchamsetty R, Siontis KC. Atrial arrhythmias in pulmonary hypertension: pathogenesis, prognosis and management. Arrhythm Electrophysiol Rev 2018;**7**:43–48.

479. Andersen MO, Diederichsen SZ, Svendsen JH, Carlsen J. Assessment of cardiac arrhythmias using long-term continuous monitoring in patients with pulmonary hypertension. Int J Cardiol 2021;**334**:110–115.

480. Olsson KM, Nickel NP, Tongers J, Hoeper MM. Atrial flutter and fibrillation in patients with pulmonary hypertension. Int J Cardiol 2013;**167**:2300–2305.

481. Wen L, Sun ML, An P, Jiang X, Sun K, Zheng L, et al. Frequency of supraventricular arrhythmias in patients with idiopathic pulmonary arterial hypertension. Am J Cardiol 2014;**114**:1420–1425.

482. Luesebrink U, Fischer D, Gezgin F, Duncker D, Koenig T, Oswald H, et al. Ablation of typical right atrial flutter in patients with pulmonary hypertension. Heart Lung Circ 2012;**21**:695–699.

483. Santangeli P, Zado ES, Hutchinson MD, Riley MP, Lin D, Frankel DS, et al. Prevalence and distribution of focal triggers in persistent and long-standing persistent atrial fibrillation. Heart Rhythm 2016;**13**:374–382.

484. Ghigna MR, Guignabert C, Montani D, Girerd B, Jais X, Savale L, et al. BMPR2 mutation status influences bronchial vascular changes in pulmonary arterial hypertension. Eur Respir J 2016;**48**:1668–1681.

485. Rasciti E, Sverzellati N, Silva M, Casadei A, Attina D, Palazzini M, et al. Bronchial artery embolization for the treatment of haemoptysis in pulmonary hypertension. Radiol Med 2017;**122**:257–264.

486. Yang S, Wang J, Kuang T, Gong J, Ma Z, Shen YH, et al. Efficacy and safety of bronchial artery embolization on hemoptysis in chronic thromboembolic pulmonary hypertension: a pilot prospective cohort study. Crit Care Med 2019;**47**:e182–e189.

487. Demerouti EA, Manginas AN, Athanassopoulos GD, Karatasakis GT. Complications leading to sudden cardiac death in pulmonary arterial hypertension. Respir Care 2013;**58**:1246–1254.

488. Kreibich M, Siepe M, Kroll J, Hohn R, Grohmann J, Beyersdorf F. Aneurysms of the pulmonary artery. Circulation 2015;**131**:310–316.

489. Mak SM, Strickland N, Gopalan D. Complications of pulmonary hypertension: a pictorial review. Br J Radiol 2017;**90**:20160745.

490. Nuche J, Montero Cabezas JM, Alonso Charterina S, Escribano Subias P. Management of incidentally diagnosed pulmonary artery dissection in patients with pulmonary arterial hypertension. Eur J Cardiothorac Surg 2019;**56**:210–212.

491. Russo V, Zompatori M, Galiè N. Extensive right pulmonary artery dissection in a young patient with chronic pulmonary hypertension. Heart 2012;**98**:265–266.

492. Zylkowska J, Kurzyna M, Florczyk M, Burakowska B, Grzegorczyk F, Burakowski J, et al. Pulmonary artery dilatation correlates with the risk of unexpected death in chronic arterial or thromboembolic pulmonary hypertension. Chest 2012;**142**:1406–1416.

493. Florczyk M, Wieteska M, Kurzyna M, Gosciniak P, Pepke-Zaba J, Biederman A, et al. Acute and chronic dissection of pulmonary artery: new challenges in pulmonary arterial hypertension? Pulm Circ 2018;**8**:2045893217749114.

494. Velazquez Martin M, Montero Cabezas JM, Huertas S, Nuche J, Albarran A, Delgado JF, et al. Clinical relevance of adding intravascular ultrasound to coronary angiography for the diagnosis of extrinsic left main coronary artery compression by a pulmonary artery aneurysm in pulmonary hypertension. Catheter Cardiovasc Interv 2021;**98**:691–700.

495. Torres F, Farber H, Ristic A, McLaughlin V, Adams J, Zhang J, et al. Efficacy and safety of ralinepag, a novel oral IP agonist, in PAH patients on mono or dual background therapy: results from a phase 2 randomised, parallel group, placebo-controlled trial. Eur Respir J 2019;**54**:1901030.

496. Humbert M, McLaughlin V, Gibbs JSR, Gomberg-Maitland M, Hoeper MM, Preston IR, et al. Sotatercept for the treatment of pulmonary arterial hypertension. N Engl J Med 2021;**384**:1204–1215.

497. Chin KM, Channick RN, Rubin LJ. Is methamphetamine use associated with idiopathic pulmonary arterial hypertension? Chest 2006;**130**:1657–1663.

498. Zamanian RT, Hedlin H, Greuenwald P, Wilson DM, Segal JI, Jorden M, et al. Features and outcomes of methamphetamine-associated pulmonary arterial hypertension. Am J Respir Crit Care Med 2018;**197**:788–800.

499. Savale L, Sattler C, Gunther S, Montani D, Chaumais MC, Perrin S, et al. Pulmonary arterial hypertension in patients treated with interferon. Eur Respir J 2014;**44**:1627–1634.

500. Weatherald J, Chaumais MC, Savale L, Jais X, Seferian A, Canuet M, et al. Long-term outcomes of dasatinib-induced pulmonary arterial hypertension: a population-based study. Eur Respir J 2017;**50**:1700217.

501. Cardio-Oncology: Lyon AR, López-Fernández T, Couch LS, Asteggiano R, Aznar MC, Bergler-Klein J, et al. Guidelines on cardio-oncology. Eur Heart J 2022. doi:10.1093/eurheartj/ehac244.

502. Avouac J, Airo P, Meune C, Beretta L, Dieude P, Caramaschi P, et al. Prevalence of pulmonary hypertension in systemic sclerosis in European Caucasians and metaanalysis of 5 studies. J Rheumatol 2010;**37**:2290–2298.

503. Launay D, Montani D, Hassoun PM, Cottin V, Le Pavec J, Clerson P, et al. Clinical phenotypes and survival of pre-capillary pulmonary hypertension in systemic sclerosis. PLoS One 2018;**13**:e0197112.

504. Launay D, Sobanski V, Hachulla E, Humbert M. Pulmonary hypertension in systemic sclerosis: different phenotypes. Eur Respir Rev 2017;**26**:170056.

505. Hachulla E, Jais X, Cinquetti G, Clerson P, Rottat L, Launay D, et al. Pulmonary arterial hypertension associated with systemic lupus erythematosus: results from the French Pulmonary Hypertension Registry. Chest 2018;**153**:143–151.

506. Jais X, Launay D, Yaici A, Le Pavec J, Tcherakian C, Sitbon O, et al. Immunosuppressive therapy in lupus- and mixed connective tissue disease-associated pulmonary arterial hypertension: a retrospective analysis of twenty-three cases. Arthritis Rheum 2008;**58**:521–531.

507. Qian J, Li M, Zhang X, Wang Q, Zhao J, Tian Z, et al. Long-term prognosis of patients with systemic lupus erythematosus-associated pulmonary arterial hypertension: CSTAR-PAH cohort study. Eur Respir J 2019;**53**:1800081.

508. Sanges S, Yelnik CM, Sitbon O, Benveniste O, Mariampillai K, Phillips-Houlbracq M, et al. Pulmonary arterial hypertension in idiopathic inflammatory myopathies: data from the French pulmonary hypertension registry and review of the literature. Medicine (Baltimore) 2016;**95**:e4911.

509. Wang J, Li M, Wang Q, Zhang X, Qian J, Zhao J, et al. Pulmonary arterial hypertension associated with primary Sjogren's syndrome: a multicentre cohort study from China. Eur Respir J 2020;**56**:1902157.

510. Montani D, Henry J, O'Connell C, Jais X, Cottin V, Launay D, et al. Association between rheumatoid arthritis and pulmonary hypertension: data from the French Pulmonary Hypertension Registry. Respiration 2018;**95**:244–250.

511. Humbert M, Sitbon O, Chaouat A, Bertocchi M, Habib G, Gressin V, et al. Pulmonary arterial hypertension in France: results from a national registry. Am J Respir Crit Care Med 2006;**173**:1023–1030.

512. Humbert M, Khaltaev N, Bousquet J, Souza R. Pulmonary hypertension: from an orphan disease to a public health problem. Chest 2007;**132**:365–367.

513. Gunther S, Jais X, Maitre S, Berezne A, Dorfmuller P, Seferian A, et al. Computed tomography findings of pulmonary venoocclusive disease in scleroderma patients

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

presenting with precapillary pulmonary hypertension. *Arthritis Rheum* 2012;**64**: 2995–3005.

514. Hsu S, Kokkonen-Simon KM, Kirk JA, Kolb TM, Damico RL, Mathai SC, *et al.* Right ventricular myofilament functional differences in humans with systemic sclerosis-associated versus idiopathic pulmonary arterial hypertension. *Circulation* 2018;**137**:2360–2370.

515. Chauvelot L, Gamondes D, Berthiller J, Nieves A, Renard S, Catella-Chatron J, *et al.* Hemodynamic response to treatment and outcomes in pulmonary hypertension associated with interstitial lung disease versus pulmonary arterial hypertension in systemic sclerosis: data from a study identifying prognostic factors in pulmonary hypertension associated with interstitial lung disease. *Arthritis Rheum* 2021;**73**: 295–304.

516. Launay D, Sitbon O, Hachulla E, Mouthon L, Gressin V, Rottat L, *et al.* Survival in systemic sclerosis-associated pulmonary arterial hypertension in the modern management era. *Ann Rheum Dis* 2013;**72**:1940–1946.

517. Ramjug S, Hussain N, Hurdman J, Billings C, Charalampopoulos A, Elliot CA, *et al.* Idiopathic and systemic sclerosis-associated pulmonary arterial hypertension: a comparison of demographic, hemodynamic, and MRI characteristics and outcomes. *Chest* 2017;**152**:92–102.

518. Pan J, Lei L, Zhao C. Comparison between the efficacy of combination therapy and monotherapy in connective tissue disease associated pulmonary arterial hypertension: a systematic review and meta-analysis. *Clin Exp Rheumatol* 2018;**36**: 1095–1102.

519. Sanchez O, Sitbon O, Jais X, Simonneau G, Humbert M. Immunosuppressive therapy in connective tissue diseases-associated pulmonary arterial hypertension. *Chest* 2006;**130**:182–189.

520. Humbert M, Coghlan JG, Ghofrani HA, Grimminger F, He JG, Riemekasten G, *et al.* Riociguat for the treatment of pulmonary arterial hypertension associated with connective tissue disease: results from PATENT-1 and PATENT-2. *Ann Rheum Dis* 2017;**76**:422–426.

521. Kawut SM, Taichman DB, Archer-Chicko CL, Palevsky HI, Kimmel SE. Hemodynamics and survival in patients with pulmonary arterial hypertension related to systemic sclerosis. *Chest* 2003;**123**:344–350.

522. Trombetta AC, Pizzorni C, Ruaro B, Paolino S, Sulli A, Smith V, *et al.* Effects of long-term treatment with bosentan and iloprost on nailfold absolute capillary number, fingertip blood perfusion, and clinical status in systemic sclerosis. *J Rheumatol* 2016; **43**:2033–2041.

523. Pradere P, Tudorache I, Magnusson J, Savale L, Brugiere O, Douvry B, *et al.* Lung transplantation for scleroderma lung disease: An international, multicenter, observational cohort study. *J Heart Lung Transplant* 2018;**37**:903–911.

524. Gaine S, Chin K, Coghlan G, Channick R, Di Scala L, Galiè N, *et al.* Selexipag for the treatment of connective tissue disease-associated pulmonary arterial hypertension. *Eur Respir J* 2017;**50**:1602493.

525. Barbaro G, Lucchini A, Pellicelli AM, Grisorio B, Giancaspro G, Fauarbarini G, *et al.* Highly active antiretroviral therapy compared with HAART and bosentan in combination in patients with HIV-associated pulmonary hypertension. *Heart* 2006;**92**: 1164–1166.

526. Degano B, Guillaume M, Savale L, Montani D, Jais X, Yaici A, *et al.* HIV-associated pulmonary arterial hypertension: survival and prognostic factors in the modern therapeutic era. *AIDS* 2010;**24**:67–75.

527. Sitbon O. HIV-related pulmonary arterial hypertension: clinical presentation and management. *AIDS* 2008;**22**:S55–S62.

528. Opravil M, Sereni D. Natural history of HIV-associated pulmonary arterial hypertension: trends in the HAART era. *AIDS (London, England)* 2008;**22**:S35–S40.

529. Humbert M, Monti G, Fartoukh M, Magnan A, Brenot F, Rain B, *et al.* Platelet-derived growth factor expression in primary pulmonary hypertension: comparison of HIV seropositive and HIV seronegative patients. *Eur Respir J* 1998; **11**:554–559.

530. Mehta NJ, Khan IA, Mehta RN, Sepkowitz DA. HIV-related pulmonary hypertension: analytic review of 131 cases. *Chest* 2000;**118**:1133–1141.

531. Zuber JP, Calmy A, Evison JM, Hasse B, Schiffer V, Wagels T, *et al.* Pulmonary arterial hypertension related to HIV infection: improved hemodynamics and survival associated with antiretroviral therapy. *Clin Infect Dis* 2004;**38**:1178–1185.

532. Sitbon O, Gressin V, Speich R, Macdonald PS, Opravil M, Cooper DA, *et al.* Bosentan for the treatment of human immunodeficiency virus-associated pulmonary arterial hypertension. *Am J Respir Crit Care Med* 2004;**170**:1212–1217.

533. Degano B, Yaici A, Le Pavec J, Savale L, Jais X, Camara B, *et al.* Long-term effects of bosentan in patients with HIV-associated pulmonary arterial hypertension. *Eur Respir J* 2009;**33**:92–98.

534. Carlsen J, Kjeldsen K, Gerstoft J. Sildenafil as a successful treatment of otherwise fatal HIV-related pulmonary hypertension. *AIDS* 2002;**16**:1568–1569.

535. Schumacher YO, Zdebik A, Huonker M, Kreisel W. Sildenafil in HIV-related pulmonary hypertension. *AIDS* 2001;**15**:1747–1748.

536. Muirhead GJ, Wulff MB, Fielding A, Kleinermans D, Buss N. Pharmacokinetic interactions between sildenafil and saquinavir/ritonavir. *Br J Clin Pharmacol* 2000;**50**: 99–107.

537. Garraffo R, Lavrut T, Ferrando S, Durant J, Rouyrre N, MacGregor TR, *et al.* Effect of tipranavir/ritonavir combination on the pharmacokinetics of tadalafil in healthy volunteers. *J Clin Pharmacol* 2011;**51**:1071–1078.

538. Aguilar RV, Farber HW. Epoprostenol (prostacyclin) therapy in HIV-associated pulmonary hypertension. *Am J Respir Crit Care Med* 2000;**162**:1846–1850.

539. Cea-Calvo L, Escribano Subias P, Telio de Menesses R, Lazaro Salvador M, Gomez Sanchez MA, Delgado Jimenez JF, *et al.* Treatment of HIV-associated pulmonary hypertension with treprostinil. *Rev Esp Cardiol* 2003;**56**:421–425.

540. Ghofrani HA, Friese G, Discher T, Olschewski H, Schermuly RT, Weissmann N, *et al.* Inhaled iloprost is a potent acute pulmonary vasodilator in HIV-related severe pulmonary hypertension. *Eur Respir J* 2004;**23**:321–326.

541. Bigna JJ, Sime PS, Koulla-Shiro S. HIV related pulmonary arterial hypertension: epidemiology in Africa, physiopathology, and role of antiretroviral treatment. *AIDS Res Ther* 2015;**12**:36.

542. Ryom L, Cotter A, De Miguel R, Beguelin C, Podlekareva D, Arribas JR, *et al.* 2019 update of the European AIDS Clinical Society Guidelines for treatment of people living with HIV version 10.0. *HIV Med* 2020;**21**:617–624.

543. Krowka MJ, Miller DP, Barst RJ, Taichman D, Dweik RA, Badesch DB, *et al.* Portopulmonary hypertension: a report from the US-based REVEAL Registry. *Chest* 2012;**141**:906–915.

544. Lazaro Salvador M, Quezada Loaiza CA, Rodriguez Padial L, Barbera JA, Lopez-Meseguer M, Lopez-Reyes R, *et al.* Portopulmonary hypertension: prognosis and management in the current treatment era - results from the REHAP registry. *Intern Med J* 2021;**51**:355–365.

545. Savale L, Guimas M, Ebstein N, Fertin M, Jevnikar M, Renard S, *et al.* Portopulmonary hypertension in the current era of pulmonary hypertension management. *J Hepatol* 2020;**73**:130–139.

546. Baiges A, Turon F, Simon-Talero M, Tasayco S, Bueno J, Zekrini K, *et al.* Congenital extrahepatic portosystemic shunts (Abernethy malformation): an international observational study. *Hepatology* 2020;**71**:658–669.

547. Fussner LA, Iyer VN, Cartin-Ceba R, Lin G, Watt KD, Krowka MJ. Intrapulmonary vascular dilatations are common in portopulmonary hypertension and may be associated with decreased survival. *Liver Transpl* 2015;**21**:1355–1364.

548. Hoeper MM, Halank M, Marx C, Hoeffken G, Seyfarth HJ, Schauer J, *et al.* Bosentan therapy for portopulmonary hypertension. *Eur Respir J* 2005;**25**:502–508.

549. Olsson KM, Meyer K, Berliner D, Hoeper MM. Development of hepatopulmonary syndrome during combination therapy for portopulmonary hypertension. *Eur Respir J* 2019;**53**:1801880.

550. Krowka MJ, Plevak DJ, Findlay JY, Rosen CB, Wiesner RH, Krom RA. Pulmonary hemodynamics and perioperative cardiopulmonary-related mortality in patients with portopulmonary hypertension undergoing liver transplantation. *Liver Transpl* 2000;**6**:443–450.

551. Cartin-Ceba R, Burger C, Swanson K, Vargas H, Aqel B, Keaveny AP, *et al.* Clinical outcomes after liver transplantation in patients with portopulmonary hypertension. *Transplantation* 2021;**105**:2283–2290.

552. Deroo R, Trepo E, Holvoet T, De Pauw M, Geerts A, Verhelst X, *et al.* Vasomodulators and liver transplantation for portopulmonary hypertension: evidence from a systematic review and meta-analysis. *Hepatology* 2020;**72**: 1701–1716.

553. Sadd CJ, Osman F, Li Z, Chybowski A, Decker C, Henderson B, *et al.* Long-term outcomes and survival in moderate-severe portopulmonary hypertension after liver transplant. *Transplantation* 2021;**105**:346–353.

554. Savale L, Sattler C, Coilly A, Conti F, Renard S, Francoz C, *et al.* Long-term outcome in liver transplantation candidates with portopulmonary hypertension. *Hepatology* 2017;**65**:1683–1692.

555. Diller GP, Kempny A, Alonso-Gonzalez R, Swan L, Uebing A, Li W, *et al.* Survival prospects and circumstances of death in contemporary adult congenital heart disease patients under follow-up at a large tertiary centre. *Circulation* 2015;**132**: 2118–2125.

556. van Riel AC, Schuuring MJ, van Hessen ID, Zwinderman AH, Cozijnsen L, Reichert CL, *et al.* Contemporary prevalence of pulmonary arterial hypertension in adult congenital heart disease following the updated clinical classification. *Int J Cardiol* 2014;**174**:299–305.

557. Lammers AE, Bauer LJ, Diller GP, Helm PC, Abdul-Khaliq H, Bauer UMM, *et al.* Pulmonary hypertension after shunt closure in patients with simple congenital heart defects. *Int J Cardiol* 2020;**308**:28–32.

558. Ntiloudi D, Zanos S, Gatzoulis MA, Karvounis H, Giannakoulas G. How to evaluate patients with congenital heart disease-related pulmonary arterial hypertension. *Expert Rev Cardiovasc Ther* 2019;**17**:11–18.

559. Dimopoulos K, Condliffe R, Tulloh RMR, Clift P, Alonso-Gonzalez R, Bedair R, *et al.* Echocardiographic screening for pulmonary hypertension in congenital heart disease: JACC review topic of the week. *J Am Coll Cardiol* 2018;**72**:2778–2788.

560. Kempny A, Dimopoulos K, Fraisse A, Diller GP, Price LC, Rafiq I, et al. Blood viscosity and its relevance to the diagnosis and management of pulmonary hypertension. J Am Coll Cardiol 2019;**73**:2640–2642.

561. Arvanitaki A, Giannakoulas G, Baumgartner H, Lammers AE. Eisenmenger syndrome: diagnosis, prognosis and clinical management. Heart 2020;**106**:1638–1645.

562. Diller GP, Korten MA, Bauer UM, Miera O, Tutarel O, Kaemmerer H, et al. Current therapy and outcome of Eisenmenger syndrome: data of the German National Register for congenital heart defects. Eur Heart J 2016;**37**:1449–1455.

563. Kempny A, Hjortshoj CS, Gu H, Li W, Opotowsky AR, Landzberg MJ, et al. Predictors of death in contemporary adult patients with Eisenmenger syndrome: a multicenter study. Circulation 2017;**135**:1432–1440.

564. Arvind B, Relan J, Kothari SS. "Treat and repair" strategy for shunt lesions: a critical review. Pulm Circ 2020;**10**:2045894020917885.

565. Brida M, Nashat H, Gatzoulis MA. Pulmonary arterial hypertension: closing the gap in congenital heart disease. Curr Opin Pulm Med 2020;**26**:422–428.

566. van der Feen DE, Bartelds B, de Boer RA, Berger RMF. Assessment of reversibility in pulmonary arterial hypertension and congenital heart disease. Heart 2019;**105**:276–282.

567. Becker-Grunig T, Klose H, Ehlken N, Lichtblau M, Nagel C, Fischer C, et al. Efficacy of exercise training in pulmonary arterial hypertension associated with congenital heart disease. Int J Cardiol 2013;**168**:375–381.

568. Hartopo AB, Anggrahini DW, Nurdiati DS, Emoto N, Dinarti LK. Severe pulmonary hypertension and reduced right ventricle systolic function associated with maternal mortality in pregnant uncorrected congenital heart diseases. Pulm Circ 2019;**9**:2045894019884516.

569. Li Q, Dimopoulos K, Liu T, Xu Z, Liu Q, Li Y, et al. Peripartum outcomes in a large population of women with pulmonary arterial hypertension associated with congenital heart disease. Eur J Prev Cardiol 2019;**26**:1067–1076.

570. Regitz-Zagrosek V, Roos-Hesselink JW, Bauersachs J, Blomstrom-Lundqvist C, Cifkova R, De Bonis M, et al. 2018 ESC Guidelines for the management of cardiovascular diseases during pregnancy. Eur Heart J 2018;**39**:3165–3241.

571. Blanche C, Alonso-Gonzalez R, Uribarri A, Kempny A, Swan L, Price L, et al. Use of intravenous iron in cyanotic patients with congenital heart disease and/or pulmonary hypertension. Int J Cardiol 2018;**267**:79–83.

572. Bertoletti L, Mismetti V, Giannakoulas G. Use of anticoagulants in patients with pulmonary hypertension. Hamostaseologie 2020;**40**:348–355.

573. Freisinger E, Gerss J, Makowski L, Marschall U, Reinecke H, Baumgartner H, et al. Current use and safety of novel oral anticoagulants in adults with congenital heart disease: results of a nationwide analysis including more than 44 000 patients. Eur Heart J 2020;**41**:4168–4177.

574. Galiè N, Beghetti M, Gatzoulis MA, Granton J, Berger RM, Lauer A, et al. Bosentan therapy in patients with Eisenmenger syndrome: a multicenter, double-blind, randomized, placebo-controlled study. Circulation 2006;**114**:48–54.

575. Gatzoulis MA, Landzberg M, Beghetti M, Berger RM, Efficace M, Gesang S, et al. Evaluation of Macitentan in patients with Eisenmenger syndrome. Circulation 2019;**139**:51–63.

576. Zuckerman WA, Leaderer D, Rowan CA, Mituniewicz JD, Rosenzweig EB. Ambrisentan for pulmonary arterial hypertension due to congenital heart disease. Am J Cardiol 2011;**107**:1381–1385.

577. Nashat H, Kempny A, Harries C, Dormand N, Alonso-Gonzalez R, Price LC, et al. A single-centre, placebo-controlled, double-blind randomised cross-over study of nebulised iloprost in patients with Eisenmenger syndrome: A pilot study. Int J Cardiol 2020;**299**:131–135.

578. D'Alto M, Constantine A, Balint OH, Romeo E, Argiento P, Ablonczy L, et al. The effects of parenteral prostacyclin therapy as add-on treatment to oral compounds in Eisenmenger syndrome. Eur Respir J 2019;**54**:1901401.

579. Manes A, Palazzini M, Leci E, Bacchi Reggiani ML, Branzi A, Galiè N. Current era survival of patients with pulmonary arterial hypertension associated with congenital heart disease: a comparison between clinical subgroups. Eur Heart J 2014;**35**:716–724.

580. Savale L, Manes A. Pulmonary arterial hypertension populations of special interest: portopulmonary hypertension and pulmonary arterial hypertension associated with congenital heart disease. Eur Heart J Suppl 2019;**21**:K37–K45.

581. Dimopoulos K, Diller GP, Opotowsky AR, D'Alto M, Gu H, Giannakoulas G, et al. Definition and management of segmental pulmonary hypertension. J Am Heart Assoc 2018;**7**:e008587.

582. Amedro P, Gavotto A, Abassi H, Picot MC, Matecki S, Malekzadeh-Milani S, et al. Efficacy of phosphodiesterase type 5 inhibitors in univentricular congenital heart disease: the SV-INHIBITION study design. ESC Heart Fail 2020;**7**:747–756.

583. Goldberg DJ, Zak V, Goldstein BH, Schumacher KR, Rhodes J, Penny DJ, et al. Results of the FUEL Trial. Circulation 2020;**141**:641–651.

584. Ridderbos FS, Hagdorn QAJ, Berger RMF. Pulmonary vasodilator therapy as treatment for patients with a Fontan circulation: the Emperor's new clothes? Pulm Circ 2018;**8**:2045894018811148.

585. Dimopoulos K, Muthiah K, Alonso-Gonzalez R, Banner NR, Wort SJ, Swan L, et al. Heart or heart-lung transplantation for patients with congenital heart disease in England. Heart 2019;**105**:596–602.

586. Lapa M, Dias B, Jardim C, Fernandes CJ, Dourado PM, Figueiredo M, et al. Cardiopulmonary manifestations of hepatosplenic schistosomiasis. Circulation 2009;**119**:1518–1523.

587. Knafl D, Gerges C, King CH, Humbert M, Bustinduy AL. Schistosomiasis-associated pulmonary arterial hypertension: a systematic review. Eur Respir Rev 2020;**29**:190089.

588. Fernandes CJC, Piloto B, Castro M, Gavilanes Oleas F, Alves JL Jr, Lopes Prada LF, et al. Survival of patients with schistosomiasis-associated pulmonary arterial hypertension in the modern management era. Eur Respir J 2018;**51**:1800307.

589. Weatherald J, Dorfmuller P, Perros F, Ghigna MR, Girerd B, Humbert M, et al. Pulmonary capillary haemangiomatosis: a distinct entity? Eur Respir Rev 2020;**29**:190168.

590. Humbert M, Guignabert C, Bonnet S, Dorfmuller P, Klinger JR, Nicolls MR, et al. Pathology and pathobiology of pulmonary hypertension: state of the art and research perspectives. Eur Respir J 2019;**53**:1801887.

591. Montani D, Girerd B, Jais X, Levy M, Amar D, Savale L, et al. Clinical phenotypes and outcomes of heritable and sporadic pulmonary veno-occlusive disease: a population-based study. Lancet Respir Med 2017;**5**:125–134.

592. Perez-Olivares C, Segura de la Cal T, Flox-Camacho A, Nuche J, Tenorio J, Martinez Menaca A, et al. The role of cardiopulmonary exercise test in identifying pulmonary veno-occlusive disease. Eur Respir J 2021;**57**:2100115.

593. Bergbaum C, Samaranayake CB, Pitcher A, Weingart E, Semple T, Kokosi M, et al. A case series on the use of steroids and mycophenolate mofetil in idiopathic and heritable pulmonary veno-occlusive disease: is there a role for immunosuppression? Eur Respir J 2021;**57**:2004354.

594. van Loon RL, Roofthooft MT, Hillege HL, ten Harkel AD, van Osch-Gevers M, Delhaas T, et al. Pediatric pulmonary hypertension in the Netherlands: epidemiology and characterization during the period 1991 to 2005. Circulation 2011;**124**:1755–1764.

595. del Cerro Marin MJ, Sabate Rotes A, Rodriguez Ogando A, Mendoza Soto A, Quero Jimenez M, Gavilan Camacho JL, et al. Assessing pulmonary hypertensive vascular disease in childhood. Data from the Spanish registry. Am J Respir Crit Care Med 2014;**190**:1421–1429.

596. Li L, Jick S, Breitenstein S, Hernandez G, Michel A, Vizcaya D. Pulmonary arterial hypertension in the USA: an epidemiological study in a large insured pediatric population. Pulm Circ 2017;**7**:126–136.

597. Berger RM, Beghetti M, Humpl T, Raskob GE, Ivy DD, Jing ZC, et al. Clinical features of paediatric pulmonary hypertension: a registry study. Lancet 2012;**379**:537–546.

598. Abman SH, Mullen MP, Sleeper LA, Austin ED, Rosenzweig EB, Kinsella JP, et al. Characterisation of paediatric pulmonary hypertensive vascular disease from the PPHNet Registry. Eur Respir J 2021;**59**:2003337.

599. Rosenzweig EB, Abman SH, Adatia I, Beghetti M, Bonnet D, Haworth S, et al. Paediatric pulmonary arterial hypertension: updates on definition, classification, diagnostics and management. Eur Respir J 2019;**53**:1801916.

600. Haarman MG, Kerstjens-Frederikse WS, Vissia-Kazemier TR, Breeman KTN, Timens W, Vos YJ, et al. The genetic epidemiology of pediatric pulmonary arterial hypertension. J Pediatr 2020;**225**:65–73.e65.

601. Levy M, Eyries M, Szezepanski I, Ladouceur M, Nadaud S, Bonnet D, et al. Genetic analyses in a cohort of children with pulmonary hypertension. Eur Respir J 2016;**48**:1118–1126.

602. Mourani PM, Abman SH. Pulmonary hypertension and vascular abnormalities in bronchopulmonary dysplasia. Clin Perinatol 2015;**42**:839–855.

603. van Loon RL, Roofthooft MT, van Osch-Gevers M, Delhaas T, Strengers JL, Blom NA, et al. Clinical characterization of pediatric pulmonary hypertension: complex presentation and diagnosis. J Pediatr 2009;**155**:176–182.e171.

604. Arjaans S, Zwart EAH, Ploegstra MJ, Bos AF, Kooi EMW, Hillege HL, et al. Identification of gaps in the current knowledge on pulmonary hypertension in extremely preterm infants: a systematic review and meta-analysis. Paediatr Perinatal Epidemiol 2018;**32**:258–267.

604a. Haarman MG, Do JM, Ploegstra MJ, Roofthooft MTR, Vissia-Kazemier TR, Hillege HL, et al. The clinical value of proposed risk stratification tools in pediatric pulmonary arterial hypertension. Am J Respir Crit Care Med 2019;**200**:1312–1315.

605. Beghetti M, Schulze-Neick I, Berger RM, Ivy DD, Bonnet D, Weintraub RG, et al. Haemodynamic characterisation and heart catheterisation complications in children with pulmonary hypertension: insights from the Global TOPP Registry (tracking outcomes and practice in paediatric pulmonary hypertension). Int J Cardiol 2016;**203**:325–330.

606. Ploegstra MJ, Zijlstra WMH, Douwes JM, Hillege HL, Berger RMF. Prognostic factors in pediatric pulmonary arterial hypertension: a systematic review and meta-analysis. Int J Cardiol 2015;**184**:198–207.

607. Ivy DD, Rosenzweig EB, Lemarie JC, Brand M, Rosenberg D, Barst RJ. Long-term outcomes in children with pulmonary arterial hypertension treated with bosentan in real-world clinical settings. Am J Cardiol 2010;**106**:1332–1338.

608. Zijlstra WMH, Douwes JM, Rosenzweig EB, Schokker S, Krishnan U, Roofthooft MTR, et al. Survival differences in pediatric pulmonary arterial hypertension: clues

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

to a better understanding of outcome and optimal treatment strategies. *J Am Coll Cardiol* 2014;**63**:2159–2169.

609. Ploegstra MJ, Douwes JM, Roofthooft MT, Zijlstra WM, Hillege HL, Berger RM. Identification of treatment goals in paediatric pulmonary arterial hypertension. *Eur Respir J* 2014;**44**:1616–1626.

610. Singh Y, Lakshminrusimha S. Pathophysiology and management of persistent pulmonary hypertension of the newborn. *Clin Perinatol* 2021;**48**:595–618.

611. Arjaans S, Haarman MG, Roofthooft MTR, Fries MWF, Kooi EMW, Bos AF, et al. Fate of pulmonary hypertension associated with bronchopulmonary dysplasia beyond 36 weeks postmenstrual age. *Arch Dis Child Fetal Neonatal Ed* 2021;**106**: 45–50.

612. Goss KN, Beshish AG, Barton GP, Haraldsdottir K, Levin TS, Tetri LH, et al. Early pulmonary vascular disease in young adults born preterm. *Am J Respir Crit Care Med* 2018;**198**:1549–1558.

613. Barst RJ, Beghetti M, Pulido T, Layton G, Konourina I, Zhang M, et al. STARTS-2: long-term survival with oral sildenafil monotherapy in treatment-naive pediatric pulmonary arterial hypertension. *Circulation* 2014;**129**:1914–1923.

614. Barst RJ, Ivy DD, Gaitan G, Szatmari A, Rudzinski A, Garcia AE, et al. A randomized, double-blind, placebo-controlled, dose-ranging study of oral sildenafil citrate in treatment-naive children with pulmonary arterial hypertension. *Circulation* 2012; **125**:324–334.

615. Ivy D, Bonnet D, Berger R, Meyer G, Baygani S, Li B. Efficacy and safety of tadalafil in a pediatric population with pulmonary arterial hypertension: phase 3 randomized, double-blind placebo-controlled study. *Pulm Circ* 2021;**11**:2045894021102494955.

616. Small D, Ferguson-Sells L, Dahdah N, Bonnet D, Lancry J, Li B. Pharmacokinetics and safety of tadalafil in a paediatric population with pulmonary arterial hypertension: a multiple ascending-dose study. *Br J Clin Pharmacol* 2019;**85**:2302–2309.

617. Barst RJ, Ivy D, Dingemanse J, Widlitz A, Schmitt K, Doran A, et al. Pharmacokinetics, safety, and efficacy of bosentan in pediatric patients with pulmonary arterial hypertension. *Clin Pharmacol Ther* 2003;**73**:372–382.

618. Beghetti M, Haworth SG, Bonnet D, Barst RJ, Acar P, Fraisse A, et al. Pharmacokinetic and clinical profile of a novel formulation of bosentan in children with pulmonary arterial hypertension: the FUTURE-1 study. *Br J Clin Pharmacol* 2009;**68**:948–955.

619. Berger RM, Haworth SG, Bonnet D, Dulac Y, Fraisse A, Galiè N, et al. FUTURE-2: results from an open-label, long-term safety and tolerability extension study using the pediatric FormUlation of bosenTan in pUlmonary arterial hypeRtEnsion. *Int J Cardiol* 2016;**202**:52–58.

620. Berger RMF, Gehin M, Beghetti M, Ivy D, Kusic-Pajic A, Cornelisse P, et al. A bosentan pharmacokinetic study to investigate dosing regimens in paediatric patients with pulmonary arterial hypertension: FUTURE-3. *Br J Clin Pharmacol* 2017;**83**: 1734–1744.

621. Ivy D, Beghetti M, Juaneda-Simian E, Miller D, Lukas M, Ioannou C, et al. A randomized study of safety and efficacy of two doses of ambrisentan to treat pulmonary arterial hypertension in pediatric patients aged 8 years up to 18 years. *J Pediatr* 2020;**5**:100055.

622. Takatsuki S, Rosenzweig EB, Zuckerman W, Brady D, Calderbank M, Ivy DD. Clinical safety, pharmacokinetics, and efficacy of ambrisentan therapy in children with pulmonary arterial hypertension. *Pediatr Pulmonol* 2013;**48**:27–34.

623. Barst RJ, Maislin G, Fishman AP. Vasodilator therapy for primary pulmonary hypertension in children. *Circulation* 1999;**99**:1197–1208.

624. Hopper RK, Wang Y, DeMatteo V, Santo A, Kawut SM, Elci OU, et al. Right ventricular function mirrors clinical improvement with use of prostacyclin analogues in pediatric pulmonary hypertension. *Pulm Circ* 2018;**8**:2045894018759247.

625. Lammers AE, Hislop AA, Flynn Y, Haworth SG. Epoprostenol treatment in children with severe pulmonary hypertension. *Heart* 2007;**93**:739–743.

626. Douwes JM, Zijlstra WM, Rosenzweig EB, Ploegstra MJ, Krishnan US, Haarman MG, et al. Parenteral prostanoids in pediatric pulmonary arterial hypertension: start early, dose high, combine. *Ann Am Thorac Soc* 2022;**19**:227–237.

627. Telia JB, Kulik TJ, McSweeney JE, Sleeper LA, Lu M, Mullen MP. Prostanoids in pediatric pulmonary hypertension: clinical response, time-to-effect, and dose-response. *Pulm Circ* 2020;**10**:2045894020944858.

628. Krishnan U, Feinstein JA, Adatia I, Austin ED, Mullen MP, Hopper RK, et al. Evaluation and management of pulmonary hypertension in children with bronchopulmonary dysplasia. *J Pediatr* 2017;**188**:24–34.e21.

629. Vayalthrikkovil S, Vorhies E, Stritzke A, Bashir RA, Mohammad K, Kamaluddeen M, et al. Prospective study of pulmonary hypertension in preterm infants with bronchopulmonary dysplasia. *Pediatr Pulmonol* 2019;**54**:171–178.

630. Abman SH, Collaco JM, Shepherd EG, Keszler M, Cuevas-Guaman M, Welty SE, et al. Interdisciplinary care of children with severe bronchopulmonary dysplasia. *J Pediatr* 2017;**181**:12–28.e11.

631. Bermejo J, Gonzalez-Mansilla A, Mombiela T, Fernandez AI, Martinez-Legazpi P, Yotti R, et al. Persistent pulmonary hypertension in corrected valvular heart disease: hemodynamic insights and long-term survival. *J Am Heart Assoc* 2021;**10**: e019949.

632. Caravita S, Dewachter C, Soranna D, D'Araujo SC, Khaldi A, Zambon A, et al. Haemodynamics to predict outcome in pulmonary hypertension due to left heart disease: a meta-analysis. *Eur Respir J* 2018;**51**:1702427.

633. Crawford TC, Leary PJ, Fraser CD III, Suarez-Pierre A, Magruder JT, Baumgartner WA, et al. Impact of the new pulmonary hypertension definition on heart transplant outcomes: expanding the hemodynamic risk profile. *Chest* 2020;**157**: 151–161.

634. O'Sullivan CJ, Wenaweser P, Ceylan O, Rat-Wirtzler J, Stortecky S, Heg D, et al. Effect of pulmonary hypertension hemodynamic presentation on clinical outcomes in patients with severe symptomatic aortic valve stenosis undergoing transcatheter aortic valve implantation: insights from the new proposed pulmonary hypertension classification. *Circ Cardiovasc Interv* 2015;**8**:e002358.

635. Vanderpool RR, Saul M, Nouraie M, Gladwin MT, Simon MA. Association between hemodynamic markers of pulmonary hypertension and outcomes in heart failure with preserved ejection fraction. *JAMA Cardiol* 2018;**3**:298–306.

636. Murali S, Kormos RL, Uretsky BF, Schechter D, Reddy PS, Denys BG, et al. Preoperative pulmonary hemodynamics and early mortality after orthotopic cardiac transplantation: the Pittsburgh experience. *Am Heart J* 1993;**126**:896–904.

637. Zimpfer D, Zrunek P, Roethy W, Czerny M, Schima H, Huber L, et al. Left ventricular assist devices decrease fixed pulmonary hypertension in cardiac transplant candidates. *J Thorac Cardiovasc Surg* 2007;**133**:689–695.

638. Al-Naamani N, Preston IR, Paulus JK, Hill NS, Roberts KE. Pulmonary arterial capacitance is an important predictor of mortality in heart failure with a preserved ejection fraction. *JACC Heart Fail* 2015;**3**:467–474.

639. Miller WL, Grill DE, Borlaug BA. Clinical features, hemodynamics, and outcomes of pulmonary hypertension due to chronic heart failure with reduced ejection fraction: pulmonary hypertension and heart failure. *JACC Heart Fail* 2013;**1**:290–299.

640. Leung CC, Moondra V, Catherwood E, Andrus BW. Prevalence and risk factors of pulmonary hypertension in patients with elevated pulmonary venous pressure and preserved ejection fraction. *Am J Cardiol* 2010;**106**:284–286.

641. Shah AM, Shah SJ, Anand IS, Sweitzer NK, O'Meara E, Heitner JF, et al. Cardiac structure and function in heart failure with preserved ejection fraction: baseline findings from the echocardiographic study of the Treatment of Preserved Cardiac Function Heart Failure with an Aldosterone Antagonist trial. *Circ Heart Fail* 2014;**7**:104–115.

642. Ghio S, Gavazzi A, Campana C, Inserra C, Klersy C, Sebastiani R, et al. Independent and additive prognostic value of right ventricular systolic function and pulmonary artery pressure in patients with chronic heart failure. *J Am Coll Cardiol* 2001;**37**: 183–188.

643. Tampakakis E, Leary PJ, Selby VN, De Marco T, Cappola TP, Felker GM, et al. The diastolic pulmonary gradient does not predict survival in patients with pulmonary hypertension due to left heart disease. *JACC Heart Fail* 2015;**3**:9–16.

644. Naeije R, Gerges M, Vachiery JL, Caravita S, Gerges C, Lang IM. Hemodynamic phenotyping of pulmonary hypertension in left heart failure. *Circ Heart Fail* 2017;**10**: e004082.

645. Guazzi M, Naeije R. Pulmonary hypertension in heart failure: pathophysiology, pathobiology, and emerging clinical perspectives. *J Am Coll Cardiol* 2017;**69**: 1718–1734.

646. Zlotnick DM, Ouellette ML, Malenka DJ, DeSimone JP, Leavitt BJ, Helm RE, et al. Effect of preoperative pulmonary hypertension on outcomes in patients with severe aortic stenosis following surgical aortic valve replacement. *Am J Cardiol* 2013;**112**:1635–1640.

647. Melby SJ, Moon MR, Lindman BR, Bailey MS, Hill LL, Damiano RJ Jr. Impact of pulmonary hypertension on outcomes after aortic valve replacement for aortic valve stenosis. *J Thorac Cardiovasc Surg* 2011;**141**:1424–1430.

648. Lucon A, Oger E, Bedossa M, Boulmier D, Verhoye JP, Eltchaninoff H, et al. Prognostic implications of pulmonary hypertension in patients with severe aortic stenosis undergoing transcatheter aortic valve implantation: study from the FRANCE 2 Registry. *Circ Cardiovasc Interv* 2014;**7**:240–247.

649. Faggiano P, Antonini-Canterin F, Ribichini F, D'Aloia A, Ferrero V, Cervesato E, et al. Pulmonary artery hypertension in adult patients with symptomatic valvular aortic stenosis. *Am J Cardiol* 2000;**85**:204–208.

650. Zuern CS, Eick C, Rizas K, Stoleriu C, Woernle B, Wildhirt S, et al. Prognostic value of mild-to-moderate pulmonary hypertension in patients with severe aortic valve stenosis undergoing aortic valve replacement. *Clin Res Cardiol* 2012;**101**:81–88.

651. Roques F, Nashef SA, Michel P, Gauducheau E, de Vincentiis C, Baudet E, et al. Risk factors and outcome in European cardiac surgery: analysis of the EuroSCORE multinational database of 19030 patients. *Eur J Cardiothorac Surg* 1999;**15**: 816–822; discussion 822–813.

652. Chandrashekhar Y, Westaby S, Narula J. Mitral stenosis. *Lancet* 2009;**374**: 1271–1283.

653. Dreyfus GD, Martin RP, Chan KM, Dulguerov F, Alexandrescu C. Functional tricuspid regurgitation: a need to revise our understanding. *J Am Coll Cardiol* 2015;**65**: 2331–2336.

654. Muraru D, Parati G, Badano L. The importance and the challenges of predicting the progression of functional tricuspid regurgitation. *JACC Cardiovasc Imaging* 2020;**13**: 1652–1654.

655. Andersen MJ, Hwang SJ, Kane GC, Melenovsky V, Olson TP, Fetterly K, et al. Enhanced pulmonary vasodilator reserve and abnormal right ventricular: pulmonary artery coupling in heart failure with preserved ejection fraction. *Circ Heart Fail* 2015;**8**:542–550.

656. Tedford RJ, Hassoun PM, Mathai SC, Girgis RE, Russell SD, Thiemann DR, et al. Pulmonary capillary wedge pressure augments right ventricular pulsatile loading. *Circulation* 2012;**125**:289–297.

657. Bosch L, Lam CSP, Gong L, Chan SP, Sim D, Yeo D, et al. Right ventricular dysfunction in left-sided heart failure with preserved versus reduced ejection fraction. *Eur J Heart Fail* 2017;**19**:1664–1671.

658. Obokata M, Reddy YNV, Melenovsky V, Pislaru S, Borlaug BA. Deterioration in right ventricular structure and function over time in patients with heart failure and preserved ejection fraction. *Eur Heart J* 2019;**40**:689–697.

659. D'Alto M, Romeo E, Argiento P, Pavelescu A, Melot C, D'Andrea A, et al. Echocardiographic prediction of pre- versus postcapillary pulmonary hypertension. *J Am Soc Echocardiogr* 2015;**28**:108–115.

660. D'Alto M, Romeo E, Argiento P, Pavelescu A, D'Andrea A, Di Marco GM, et al. A simple echocardiographic score for the diagnosis of pulmonary vascular disease in heart failure. *J Cardiovasc Med* 2017;**18**:237–243.

661. Hoeper MM, Lam CSP, Vachiery JL, Bauersachs J, Gerges C, Lang IM, et al. Pulmonary hypertension in heart failure with preserved ejection fraction: a plea for proper phenotyping and further research. *Eur Heart J* 2017;**38**:2869–2873.

662. Churchill TW, Li SX, Curreri L, Zern EK, Lau ES, Liu EE, et al. Evaluation of 2 existing diagnostic scores for heart failure with preserved ejection fraction against a comprehensively phenotyped cohort. *Circulation* 2021;**143**:289–291.

663. Reddy YNV, Carter RE, Obokata M, Redfield MM, Borlaug BA. A simple, evidence-based approach to help guide diagnosis of heart failure with preserved ejection fraction. *Circulation* 2018;**138**:861–870.

664. Andersen MJ, Ersboll M, Bro-Jeppesen J, Gustafsson F, Hassager C, Kober L, et al. Exercise hemodynamics in patients with and without diastolic dysfunction and preserved ejection fraction after myocardial infarction. *Circ Heart Fail* 2012;**5**:444–451.

665. Andersen MJ, Olson TP, Melenovsky V, Kane GC, Borlaug BA. Differential hemodynamic effects of exercise and volume expansion in people with and without heart failure. *Circ Heart Fail* 2015;**8**:41–48.

666. Borlaug BA, Nishimura RA, Sorajja P, Lam CS, Redfield MM. Exercise hemodynamics enhance diagnosis of early heart failure with preserved ejection fraction. *Circ Heart Fail* 2010;**3**:588–595.

667. Fujimoto N, Borlaug BA, Lewis GD, Hastings JL, Shafer KM, Bhella PS, et al. Hemodynamic responses to rapid saline loading: the impact of age, sex, and heart failure. *Circulation* 2013;**127**:55–62.

668. Ho JE, Zern EK, Wooster L, Bailey CS, Cunningham T, Eisman AS, et al. Differential clinical profiles, exercise responses, and outcomes associated with existing HFpEF definitions. *Circulation* 2019;**140**:353–365.

669. Baratto C, Caravita S, Soranna D, Faini A, Dewachter C, Zambon A, et al. Current limitations of invasive exercise hemodynamics for the diagnosis of heart failure with preserved ejection fraction. *Circ Heart Fail* 2021;**14**:e007555.

670. Fox BD, Shimony A, Langleben D, Hirsch A, Rudski L, Schiesinger R, et al. High prevalence of occult left heart disease in scleroderma-pulmonary hypertension. *Eur Respir J* 2013;**42**:1083–1091.

671. Lewis GD, Bossone E, Naeije R, Grunig E, Saggar R, Lancellotti P, et al. Pulmonary vascular hemodynamic response to exercise in cardiopulmonary diseases. *Circulation* 2013;**128**:1470–1479.

672. Maor E, Grossman Y, Balmor RG, Segel M, Fefer P, Ben-Zekry S, et al. Exercise haemodynamics may unmask the diagnosis of diastolic dysfunction among patients with pulmonary hypertension. *Eur J Heart Fail* 2015;**17**:151–158.

673. Robbins IM, Hemnes AR, Pugh ME, Brittain EL, Zhao DX, Piana RN, et al. High prevalence of occult pulmonary venous hypertension revealed by fluid challenge in pulmonary hypertension. *Circ Heart Fail* 2014;**7**:116–122.

674. Borlaug BA. Invasive assessment of pulmonary hypertension: time for a more fluid approach? *Circ Heart Fail* 2014;**7**:2–4.

675. Selim AM, Wadhwani L, Burdorf A, Raichlin E, Lowes B, Zolty R. Left ventricular assist devices in pulmonary hypertension group 2 with significantly elevated pulmonary vascular resistance: a bridge to cure. *Heart Lung Circ* 2019;**28**:946–952.

676. Al-Kindi SG, Farhoud M, Zacharias M, Ginwalla MB, ElAmm CA, Benatti RD, et al. Left ventricular assist devices or inotropes for decreasing pulmonary vascular resistance in patients with pulmonary hypertension listed for heart transplantation. *J Card Fail* 2017;**23**:209–215.

677. Imamura T, Chung B, Nguyen A, Rodgers D, Sayer G, Adatya S, et al. Decoupling between diastolic pulmonary artery pressure and pulmonary capillary wedge pressure as a prognostic factor after continuous flow ventricular assist device implantation. *Circ Heart Fail* 2017;**10**:e003882.

678. Kaluski E, Cotter G, Leitman M, Milo-Cotter O, Krakover R, Kobrin I, et al. Clinical and hemodynamic effects of bosentan dose optimization in symptomatic heart failure patients with severe systolic dysfunction, associated with secondary pulmonary hypertension-a multi-center randomized study. *Cardiology* 2008;**109**:273–280.

679. Lewis GD, Shah R, Shahzad K, Camuso JM, Pappagianopoulos PP, Hung J, et al. Sildenafil improves exercise capacity and quality of life in patients with systolic heart failure and secondary pulmonary hypertension. *Circulation* 2007;**116**:1555–1562.

680. Dumitrescu D, Seck C, Mohle L, Erdmann E, Rosenkranz S. Therapeutic potential of sildenafil in patients with heart failure and reactive pulmonary hypertension. *Int J Cardiol* 2012;**154**:205–206.

681. Wu X, Yang T, Zhou Q, Li S, Huang L. Additional use of a phosphodiesterase 5 inhibitor in patients with pulmonary hypertension secondary to chronic systolic heart failure: a meta-analysis. *Eur J Heart Fail* 2014;**16**:444–453.

682. Anker SD, Butler J, Filippatos G, Ferreira JP, Bocchi E, Bohm M, et al. Empagliflozin in heart failure with a preserved ejection fraction. *N Engl J Med* 2021;**385**:1451–1461.

683. Koller B, Steringer-Mascherbauer R, Ebner CH, Weber T, Ammer M, Eichinger J, et al. Pilot study of endothelin receptor blockade in heart failure with diastolic dysfunction and pulmonary hypertension (BADDHY-trial). *Heart Lung Circ* 2017;**26**: 433–441.

684. Vachiery JL, Delcroix M, Al-Hiti H, Efficace M, Hutyra M, Lack G, et al. Macitentan in pulmonary hypertension due to left ventricular dysfunction. *Eur Respir J* 2018;**51**: 1701886.

685. Hoendermis ES, Liu LC, Hummel YM, van der Meer P, de Boer RA, Berger RM, et al. Effects of sildenafil on invasive haemodynamics and exercise capacity in heart failure patients with preserved ejection fraction and pulmonary hypertension: a randomized controlled trial. *Eur Heart J* 2015;**36**:2565–2573.

686. Guazzi M, Vicenzi M, Arena R, Guazzi MD. Pulmonary hypertension in heart failure with preserved ejection fraction: a target of phosphodiesterase-5 inhibition in a 1-year study. *Circulation* 2011;**124**:164–174.

687. Kramer T, Dumitrescu D, Gerhardt F, Orlova K, Ten Freyhaus H, Hellmich M, et al. Therapeutic potential of phosphodiesterase type 5 inhibitors in heart failure with preserved ejection fraction and combined post- and pre-capillary pulmonary hypertension. *Int J Cardiol* 2019;**283**:152–158.

688. Obokata M, Reddy YNV, Shah SJ, Kaye DM, Gustafsson F, Hasenfubeta G, et al. Effects of interatrial shunt on pulmonary vascular function in heart failure with preserved ejection fraction. *J Am Coll Cardiol* 2019;**74**:2539–2550.

689. Shah SJ, Borlaug BA, Chung ES, Cutlip DE, Debonnaire P, Fail PS, et al. Atrial shunt device for heart failure with preserved and mildly reduced ejection fraction (REDUCE LAP-HF II): a randomised, multicentre, blinded, sham-controlled trial. *Lancet* 2022;**399**:1130–1140.

690. Borlaug BA, Blair J, Bergmann MW, Bugger H, Burkhoff D, Bruch L, et al. Latent pulmonary vascular disease may alter the response to therapeutic atrial shunt device in heart failure. *Circulation* 2022;**145**:1592–1604.

691. Abraham WT, Stevenson LW, Bourge RC, Lindenfeld JA, Bauman JG, Adamson PB, et al. Sustained efficacy of pulmonary artery pressure to guide adjustment of chronic heart failure therapy: complete follow-up results from the CHAMPION randomised trial. *Lancet* 2016;**387**:453–461.

692. Angermann CE, Assmus B, Anker SD, Asselbergs FW, Brachmann J, Brett ME, et al. Pulmonary artery pressure-guided therapy in ambulatory patients with symptomatic heart failure: the CardioMEMS European Monitoring Study for Heart Failure (MEMS-HF). *Eur J Heart Fail* 2020;**22**:1891–1901.

693. Shavelle DM, Desai AS, Abraham WT, Bourge RC, Raval N, Rathman LD, et al. Lower rates of heart failure and all-cause hospitalizations during pulmonary artery pressure-guided therapy for ambulatory heart failure: one-year outcomes from the CardioMEMS Post-Approval Study. *Circ Heart Fail* 2020;**13**:e006863.

694. Lindenfeld J, Zile MR, Desai AS, Bhatt K, Ducharme A, Horstmanshof D, et al. Haemodynamic-guided management of heart failure (GUIDE-HF): a randomised controlled trial. *Lancet* 2021;**398**:991–1001.

695. Nassif ME, Qintar M, Windsor SL, Jermyn R, Shavelle DM, Tang F, et al. Empagliflozin effects on pulmonary artery pressure in patients with heart failure: results from the EMBRACE-HF trial. *Circulation* 2021;**143**:1673–1686.

696. Tran JS, Havakuk O, McLeod JM, Hwang J, Kwong HY, Shavelle D, et al. Acute pulmonary pressure change after transition to sacubitril/valsartan in patients with heart failure reduced ejection fraction. *ESC Heart Fail* 2021;**8**:1706–1710.

697. Vardeny O, Claggett B, Kachadourian J, Desai AS, Packer M, Rouleau J, et al. Reduced loop diuretic use in patients taking sacubitril/valsartan compared with enalapril: the PARADIGM-HF trial. *Eur J Heart Fail* 2019;**21**:337–341.

698. Wachter R, Fonseca AF, Balas B, Kap E, Engelhard J, Schlienger R, et al. Real-world treatment patterns of sacubitril/valsartan: a longitudinal cohort study in Germany. *Eur J Heart Fail* 2019;**21**:588–597.

699. Gaemperli O, Moccetti M, Surder D, Biaggi P, Hurlimann D, Kretschmar O, et al. Acute haemodynamic changes after percutaneous mitral valve repair: relation to mid-term outcomes. *Heart* 2012;**98**:126–132.

700. Tigges E, Blankenberg S, von Bardeleben RS, Zurn C, Bekeredjian R, Ouarrak T, et al. Implication of pulmonary hypertension in patients undergoing MitraClip

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

therapy: results from the German transcatheter mitral valve interventions (TRAMI) registry. *Eur J Heart Fail* 2018;**20**:585–594.

701. Bermejo J, Yotti R, Garcia-Orta R, Sanchez-Fernandez PL, Castano M, Segovia-Cubero J, *et al.* Sildenafil for improving outcomes in patients with corrected valvular heart disease and persistent pulmonary hypertension: a multicenter, double-blind, randomized clinical trial. *Eur Heart J* 2018;**39**:1255–1264.

702. Chorin E, Rozenbaum Z, Topilsky Y, Konigstein M, Ziv-Baran T, Richert E, *et al.* Tricuspid regurgitation and long-term clinical outcomes. *Eur Heart J Cardiovasc Imaging* 2020;**21**:157–165.

703. Topilsky Y, Nkomo VT, Vatury O, Michelena HI, Letourneau T, Suri RM, *et al.* Clinical outcome of isolated tricuspid regurgitation. *JACC Cardiovasc Imaging* 2014;**7**:1185–1194.

704. Lurz P, Orban M, Besler C, Braun D, Schlotter F, Noack T, *et al.* Clinical characteristics, diagnosis, and risk stratification of pulmonary hypertension in severe tricuspid regurgitation and implications for transcatheter tricuspid valve repair. *Eur Heart J* 2020;**41**:2785–2795.

705. Brener MI, Lurz P, Hausleiter J, Rodes-Cabau J, Fam N, Kodali SK, *et al.* Right ventricular-pulmonary arterial coupling and afterload reserve in patients undergoing transcatheter tricuspid valve repair. *J Am Coll Cardiol* 2022;**79**:448–461.

706. Cao JY, Wales KM, Cordina R, Lau EMT, Celermajer DS. Pulmonary vasodilator therapies are of no benefit in pulmonary hypertension due to left heart disease: A meta-analysis. *Int J Cardiol* 2018;**273**:213–220.

707. Kessler R, Faller M, Weitzenblum E, Chaouat A, Aykut A, Ducolone A, *et al.* "Natural history" of pulmonary hypertension in a series of 131 patients with chronic obstructive lung disease. *Am J Respir Crit Care Med* 2001;**164**:219–224.

708. Oswald-Mammosser M, Weitzenblum E, Quoix E, Moser G, Chaouat A, Charpentier C, *et al.* Prognostic factors in COPD patients receiving long-term oxygen therapy. Importance of pulmonary artery pressure. *Chest* 1995;**107**:1193–1198.

709. Thurnheer R, Ulrich S, Bloch KE. Precapillary pulmonary hypertension and sleep-disordered breathing: is there a link? *Respiration* 2017;**93**:65–77.

710. Leon-Velarde F, Maggiorini M, Reeves JT, Aldashev A, Asmus I, Bernardi L, *et al.* Consensus statement on chronic and subacute high altitude diseases. *High Alt Med Biol* 2005;**6**:147–157.

711. Freitas CSG, Baldi BG, Jardim C, Araujo MS, Sobral JB, Heiden GI, *et al.* Pulmonary hypertension in lymphangioleiomyomatosis: prevalence, severity and the role of carbon monoxide diffusion capacity as a screening method. *Orphanet J Rare Dis* 2017;**12**:74.

712. Zeder K, Avian A, Bachmaier G, Douschan P, Foris V, Sassmann T, *et al.* Elevated pulmonary vascular resistance predicts mortality in COPD patients. *Eur Respir J* 2021;**58**:2100944.

713. Olsson KM, Hoeper MM, Pausch C, Grunig E, Huscher D, Pittrow D, *et al.* Pulmonary vascular resistance predicts mortality in patients with pulmonary hypertension associated with interstitial lung disease: results from the COMPERA registry. *Eur Respir J* 2021;**58**:2101483.

714. Chaouat A, Bugnet AS, Kadaoui N, Schott R, Enache I, Ducolone A, *et al.* Severe pulmonary hypertension and chronic obstructive pulmonary disease. *Am J Respir Crit Care Med* 2005;**172**:189–194.

715. Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF. Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. *Chest* 2006;**129**:746–752.

716. Medrek SK, Sharafkhaneh A, Spiegelman AM, Kak A, Pandit LM. Admission for COPD exacerbation is associated with the clinical diagnosis of pulmonary hypertension: results from a Retrospective Longitudinal Study of a Veteran Population. *COPD* 2017;**14**:484–489.

717. Kessler R, Faller M, Fourgaut G, Mennecier B, Weitzenblum E. Predictive factors of hospitalization for acute exacerbation in a series of 64 patients with chronic obstructive pulmonary disease. *Am J Respir Crit Care Med* 1999;**159**:158–164.

718. Vizza CD, Hoeper MM, Huscher D, Pittrow D, Benjamin N, Olsson KM, *et al.* Pulmonary hypertension in patients with COPD: results from COMPERA. *Chest* 2021;**160**:678–689.

719. Dauriat G, Reynaud-Gaubert M, Cottin V, Lamia B, Montani D, Canuet M, *et al.* Severe pulmonary hypertension associated with chronic obstructive pulmonary disease: a prospective French multicenter cohort. *J Heart Lung Transplant* 2021;**40**:1009–1018.

720. Kovacs G, Agusti A, Barbera JA, Celli B, Criner G, Humbert M, *et al.* Pulmonary vascular involvement in COPD - is there a pulmonary vascular phenotype? *Am J Respir Crit Care Med* 2018;**198**:1000–1011.

721. Andersen KH, Iversen M, Kjaergaard J, Mortensen J, Nielsen-Kudsk JE, Bendstrup E, *et al.* Prevalence, predictors, and survival in pulmonary hypertension related to end-stage chronic obstructive pulmonary disease. *J Heart Lung Transplant* 2012;**31**:373–380.

722. Thabut G, Dauriat G, Stern JB, Logeart D, Levy A, Marrash-Chahla R, *et al.* Pulmonary hemodynamics in advanced COPD candidates for lung volume reduction surgery or lung transplantation. *Chest* 2005;**127**:1531–1536.

723. Carlsen J, Hasseriis Andersen K, Boesgaard S, Iversen M, Steinbruchel D, Bogelund Andersen C. Pulmonary arterial lesions in explanted lungs after transplantation correlate with severity of pulmonary hypertension in chronic obstructive pulmonary disease. *J Heart Lung Transplant* 2013;**32**:347–354.

724. Bunel V, Guyard A, Dauriat G, Danel C, Montani D, Gauvain C, *et al.* Pulmonary arterial histologic lesions in patients with COPD with severe pulmonary hypertension. *Chest* 2019;**156**:33–44.

725. Kovacs G, Avian A, Douschan P, Foris V, Olschewski A, Olschewski H. Patients with pulmonary arterial hypertension less represented in clinical trials - who are they and how are they? *Am J Respir Crit Care Med* 2016;**193**:A3979.

726. Torres-Castro R, Gimeno-Santos E, Vilaro J, Roque-Figuls M, Moises J, Vasconcello-Castillo L, *et al.* Effect of pulmonary hypertension on exercise tolerance in patients with COPD: a prognostic systematic review and meta-analysis. *Eur Respir Rev* 2021;**30**:200321.

727. Nathan SD, Shlobin OA, Barnett SD, Saggar R, Belperio JA, Ross DJ, *et al.* Right ventricular systolic pressure by echocardiography as a predictor of pulmonary hypertension in idiopathic pulmonary fibrosis. *Respir Med* 2008;**102**:1305–1310.

728. Bax S, Bredy C, Kempny A, Dimopoulos K, Devaraj A, Walsh S, *et al.* A stepwise composite echocardiographic score predicts severe pulmonary hypertension in patients with interstitial lung disease. *ERJ Open Res* 2018;**4**:00124-2017.

729. Bax S, Jacob J, Ahmed R, Bredy C, Dimopoulos K, Kempny A, *et al.* Right ventricular to left ventricular ratio at CT pulmonary angiogram predicts mortality in interstitial lung disease. *Chest* 2020;**157**:89–98.

730. Chin M, Johns C, Currie BJ, Weatherley N, Hill C, Elliot C, *et al.* Pulmonary artery size in interstitial lung disease and pulmonary hypertension: association with interstitial lung disease severity and diagnostic utility. *Front Cardiovasc Med* 2018;**5**:53.

731. Kiely DG, Levin D, Hassoun P, Ivy DD, Jone PN, Bwika J, *et al.* Statement on imaging and pulmonary hypertension from the Pulmonary Vascular Research Institute (PVRI). *Pulm Circ* 2019;**9**:2045894019841990.

732. Johns CS, Rajaram S, Capener DA, Oram C, Elliot C, Condliffe R, *et al.* Non-invasive methods for estimating mPAP in COPD using cardiovascular magnetic resonance imaging. *Eur Radiol* 2018;**28**:1438–1448.

733. Pynnaert C, Lamotte M, Naeije R. Aerobic exercise capacity in COPD patients with and without pulmonary hypertension. *Respir Med* 2010;**104**:121–126.

734. Waxman A, Restrepo-Jaramillo R, Thenappan T, Ravichandran A, Engel P, Bajwa A, *et al.* Inhaled treprostinil in pulmonary hypertension due to interstitial lung disease. *N Engl J Med* 2021;**384**:325–334.

735. Kovacs G, Avian A, Pienn M, Naeije R, Olschewski H. Reading pulmonary vascular pressure tracings. How to handle the problems of zero leveling and respiratory swings. *Am J Respir Crit Care Med* 2014;**190**:252–257.

736. Blanco I, Santos S, Gea J, Guell R, Torres F, Gimeno-Santos E, *et al.* Sildenafil to improve respiratory rehabilitation outcomes in COPD: a controlled trial. *Eur Respir J* 2013;**42**:982–992.

737. Ghofrani HA, Wiedemann R, Rose F, Schermuly RT, Olschewski H, Weissmann N, *et al.* Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. *Lancet* 2002;**360**:895–900.

738. Olschewski H, Ghofrani HA, Walmrath D, Schermuly R, Temmesfeld-Wollbruck B, Grimminger F, *et al.* Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis. *Am J Respir Crit Care Med* 1999;**160**:600–607.

739. Stolz D, Rasch H, Linka A, Di Valentino M, Meyer A, Brutsche M, *et al.* A randomised, controlled trial of bosentan in severe COPD. *Eur Respir J* 2008;**32**:619–628.

740. Raghu G, Behr J, Brown KK, Egan JJ, Kawut SM, Flaherty KR, *et al.* Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. *Ann Intern Med* 2013;**158**:641–649.

741. Goudie AR, Lipworth BJ, Hopkinson PJ, Wei L, Struthers AD. Tadalafil in patients with chronic obstructive pulmonary disease: a randomised, double-blind, parallel-group, placebo-controlled trial. *Lancet Respir Med* 2014;**2**:293–300.

742. Lederer DJ, Bartels MN, Schluger NW, Brogan F, Jellen P, Thomashow BM, *et al.* Sildenafil for chronic obstructive pulmonary disease: a randomized crossover trial. *COPD* 2012;**9**:268–275.

743. Vitulo P, Stanziola A, Confalonieri M, Libertucci D, Oggionni T, Rottoli P, *et al.* Sildenafil in severe pulmonary hypertension associated with chronic obstructive pulmonary disease: A randomized controlled multicenter clinical trial. *J Heart Lung Transplant* 2017;**36**:166–174.

744. King TE Jr, Behr J, Brown KK, du Bois RM, Lancaster L, de Andrade JA, *et al.* BUILD-1: a randomized placebo-controlled trial of bosentan in idiopathic pulmonary fibrosis. *Am J Respir Crit Care Med* 2008;**177**:75–81.

745. King TE Jr, Brown KK, Raghu G, du Bois RM, Lynch DA, Martinez F, *et al.* BUILD-3: a randomized, controlled trial of bosentan in idiopathic pulmonary fibrosis. *Am J Respir Crit Care Med* 2011;**184**:92–99.

746. Idiopathic Pulmonary Fibrosis Clinical Research Network, Zisman DA, Schwarz M, Anstrom KJ, Collard HR, Flaherty KR, *et al.* A controlled trial of sildenafil in advanced idiopathic pulmonary fibrosis. *N Engl J Med* 2010;**363**:620–628.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

747. Kolb M, Raghu G, Wells AU, Behr J, Richeldi L, Schinzel B, et al. Nintedanib plus sildenafil in patients with idiopathic pulmonary fibrosis. N Engl J Med 2018;**379**: 1722–1731.

748. Corte TJ, Keir GJ, Dimopoulos K, Howard L, Corris PA, Parfitt L, et al. Bosentan in pulmonary hypertension associated with fibrotic idiopathic interstitial pneumonia. Am J Respir Crit Care Med 2014;**190**:208–217.

749. Han MK, Bach DS, Hagan PG, Yow E, Flaherty KR, Toews GB, et al. Sildenafil preserves exercise capacity in patients with idiopathic pulmonary fibrosis and rightsided ventricular dysfunction. Chest 2013;**143**:1699–1708.

750. Raghu G, Nathan SD, Behr J, Brown KK, Egan JJ, Kawut SM, et al. Pulmonary hypertension in idiopathic pulmonary fibrosis with mild-to-moderate restriction. Eur Respir J 2015;**46**:1370–1377.

751. Nathan SD, Tapson VF, Elwing J, Rischard F, Mehta J, Shapiro S, et al. Efficacy of inhaled treprostinil on multiple disease progression events in patients with pulmonary hypertension due to parenchymal lung disease in the INCREASE trial. Am J Respir Crit Care Med 2022;**205**:198–207.

752. Gall H, Felix JF, Schneck FK, Milger K, Sommer N, Voswinckel R, et al. The Giessen pulmonary hypertension registry: survival in pulmonary hypertension subgroups. J Heart Lung Transplant 2017;**36**:957–967.

753. Hoeper MM, Behr J, Held M, Grunig E, Vizza CD, Vonk-Noordegraaf A, et al. Pulmonary hypertension in patients with chronic fibrosing idiopathic interstitial pneumonias. PLoS One 2015;**10**:e0141911.

754. Klok FA, Delcroix M, Bogaard HJ. Chronic thromboembolic pulmonary hypertension from the perspective of patients with pulmonary embolism. J Thromb Haemost 2018;**16**:1040–1051.

755. Klok FA, Dzikowska-Diduch O, Kostrubiec M, Vliegen HW, Pruszczyk P, Hasenfuss G, et al. Derivation of a clinical prediction score for chronic thromboembolic pulmonary hypertension after acute pulmonary embolism. J Thromb Haemost 2016;**14**: 121–128.

756. Bonderman D, Wilkens H, Wakounig S, Schafers HJ, Jansa P, Lindner J, et al. Risk factors for chronic thromboembolic pulmonary hypertension. Eur Respir J 2009; **33**:325–331.

757. Narechania S, Renapurkar R, Heresi GA. Mimickers of chronic thromboembolic pulmonary hypertension on imaging tests: a review. Pulm Circ 2020;**10**: 2045894019882620.

758. Xi XY, Gao W, Gong JN, Guo XJ, Wu JY, Yang YH, et al. Value of (18)F-FDG PET/CT in differentiating malignancy of pulmonary artery from pulmonary thromboembolism: a cohort study and literature review. Int J Cardiovasc Imaging 2019;**35**: 1395–1403.

759. Lasch F, Karch A, Koch A, Derlin T, Voskrebenzev A, Alsady TM, et al. Comparison of MRI and VQ-SPECT as a screening test for patients with suspected CTEPH: CHANGE-MRI study design and rationale. Front Cardiovasc Med 2020;**7**:51.

760. Nagel C, Prange F, Guth S, Herb J, Ehlken N, Fischer C, et al. Exercise training improves exercise capacity and quality of life in patients with inoperable or residual chronic thromboembolic pulmonary hypertension. PLoS One 2012;**7**:e41603.

761. Nagel C, Nasereddin M, Benjamin N, Egenlauf B, Harutyunova S, Eichstaedt CA, et al. Supervised exercise training in patients with chronic thromboembolic pulmonary hypertension as early follow-up treatment after pulmonary endarterectomy: a prospective cohort study. Respiration 2020;**99**:577–588.

762. Bunclark K, Newnham M, Chiu YD, Ruggiero A, Villar SS, Cannon JE, et al. A multicenter study of anticoagulation in operable chronic thromboembolic pulmonary hypertension. J Thromb Haemost 2020;**18**:114–122.

763. Humbert MS, Simonneau G, Pittrow D, Delcroix M, Pepke-Zaba J, Langleben D, et al. Oral anticoagulants (NOAC and VKA) in chronic thromboembolic pulmonary hypertension. J Heart Lung Transplant 2022;**41**:716–721.

764. Ordi-Ros J, Saez-Cornet L, Perez-Conesa M, Vidal X, Riera-Mestre A, Castro-Salomo A, et al. Rivaroxaban versus vitamin K antagonist in antiphospholipid syndrome: a randomized noninferiority trial. Ann Intern Med 2019;**171**: 685–694.

765. Pengo V, Denas G, Zoppellaro G, Jose SP, Hoxha A, Ruffatti A, et al. Rivaroxaban vs warfarin in high-risk patients with antiphospholipid syndrome. Blood 2018;**132**: 1365–1371.

766. Hsieh WC, Jansa P, Huang WC, Niznansky M, Omara M, Lindner J. Residual pulmonary hypertension after pulmonary endarterectomy: a meta-analysis. J Thorac Cardiovasc Surg 2018;**156**:1275–1287.

767. Madani MM, Auger WR, Pretorius V, Sakakibara N, Kerr KM, Kim NH, et al. Pulmonary endarterectomy: recent changes in a single institution's experience of more than 2,700 patients. Ann Thorac Surg 2012;**94**:97–103; discussion 103.

768. Lankeit M, Krieg V, Hobohm L, Kolmel S, Liebetrau C, Konstantinides S, et al. Pulmonary endarterectomy in chronic thromboembolic pulmonary hypertension. J Heart Lung Transplant 2018;**37**:250–258.

769. Delcroix M, Lang I, Pepke-Zaba J, Jansa P, D'Armini AM, Snijder R, et al. Long-term outcome of patients with chronic thromboembolic pulmonary hypertension: results from an international prospective registry. Circulation 2016;**133**:859–871.

770. Newnham M, Bunclark K, Abraham N, Ali S, Amaral-Almeida L, Cannon JE, et al. CAMPHOR score: patient-reported outcomes are improved by pulmonary endarterectomy in chronic thromboembolic pulmonary hypertension. Eur Respir J 2020;**56**:1902096.

771. Vuylsteke A, Sharples L, Charman G, Kneeshaw J, Tsui S, Dunning J, et al. Circulatory arrest versus cerebral perfusion during pulmonary endarterectomy surgery (PEACOG): a randomised controlled trial. Lancet 2011;**378**:1379–1387.

772. D'Armini AM, Morsolini M, Mattiucci G, Grazioli V, Pin M, Valentini A, et al. Pulmonary endarterectomy for distal chronic thromboembolic pulmonary hypertension. J Thorac Cardiovasc Surg 2014;**148**:1005–1011.

773. Quadery SR, Swift AJ, Billings CG, Thompson AAR, Elliot CA, Hurdman J, et al. The impact of patient choice on survival in chronic thromboembolic pulmonary hypertension. Eur Respir J 2018;**52**:1800589.

774. Taboada D, Pepke-Zaba J, Jenkins DP, Berman M, Treacy CM, Cannon JE, et al. Outcome of pulmonary endarterectomy in symptomatic chronic thromboembolic disease. Eur Respir J 2014;**44**:1635–1645.

775. Ghofrani HA, D'Armini AM, Grimminger F, Hoeper MM, Jansa P, Kim NH, et al. Riociguat for the treatment of chronic thromboembolic pulmonary hypertension. N Engl J Med 2013;**369**:319–329.

776. Sadushi-Kolici R, Jansa P, Kopec G, Torbicki A, Skoro-Sajer N, Campean IA, et al. Subcutaneous treprostinil for the treatment of severe non-operable chronic thromboembolic pulmonary hypertension (CTREPH): a double-blind, phase 3, randomised controlled trial. Lancet Respir Med 2019;**7**:239–248.

777. Ghofrani HA, Simonneau G, D'Armini AM, Fedullo P, Howard LS, Jais X, et al. Macitentan for the treatment of inoperable chronic thromboembolic pulmonary hypertension (MERIT-1): results from the multicentre, phase 2, randomised, double-blind, placebo-controlled study. Lancet Respir Med 2017;**5**:785–794.

778. Jais X, D'Armini AM, Jansa P, Torbicki A, Delcroix M, Ghofrani HA, et al. Bosentan for treatment of inoperable chronic thromboembolic pulmonary hypertension: BENEFiT (Bosentan Effects in iNopErable Forms of chronic Thromboembolic pulmonary hypertension), a randomized, placebo-controlled trial. J Am Coll Cardiol 2008;**52**:2127–2134.

779. Reichenberger F, Voswinckel R, Enke B, Rutsch M, El Fechtali E, Schmehl T, et al. Long-term treatment with sildenafil in chronic thromboembolic pulmonary hypertension. Eur Respir J 2007;**30**:922–927.

780. Guth S, D'Armini AM, Delcroix M, Nakayama K, Fadel E, Hoole SP, et al. Current strategies for managing chronic thromboembolic pulmonary hypertension: results of the worldwide prospective CTEPH Registry. ERJ Open Res 2021;**7**:00850–02020.

781. Brenot P, Jais X, Taniguchi Y, Garcia Alonso C, Gerardin B, Mussot S, et al. French experience of balloon pulmonary angioplasty for chronic thromboembolic pulmonary hypertension. Eur Respir J 2019;**53**:1802095.

782. Darocha S, Pietura R, Pietrasik A, Norwa J, Dobosiewicz A, Pilka M, et al. Improvement in quality of life and hemodynamics in chronic thromboembolic pulmonary hypertension treated with balloon pulmonary angioplasty. Circ J 2017;**81**: 552–557.

783. Fukui S, Ogo T, Morita Y, Tsuji A, Tateishi E, Ozaki K, et al. Right ventricular reverse remodelling after balloon pulmonary angioplasty. Eur Respir J 2014;**43**:1394–1402.

784. Kataoka M, Inami T, Hayashida K, Shimura N, Ishiguro H, Abe T, et al. Percutaneous transluminal pulmonary angioplasty for the treatment of chronic thromboembolic pulmonary hypertension. Circ Cardiovasc Interv 2012;**5**:756–762.

785. Kriechbaum SD, Wiedenroth CB, Peters K, Barde MA, Ajnwojner R, Wolter JS, et al. Galectin-3, GDF-15, and sST2 for the assessment of disease severity and therapy response in patients suffering from inoperable chronic thromboembolic pulmonary hypertension. Biomarkers 2020;**25**:578–586.

786. Kriechbaum SD, Scherwitz L, Wiedenroth CB, Rudolph F, Wolter JS, Haas M, et al. Mid-regional pro-atrial natriuretic peptide and copeptin as indicators of disease severity and therapy response in CTEPH. ERJ Open Res 2020;**6**:00356-02020.

787. Lang I, Meyer BC, Ogo T, Matsubara H, Kurzyna M, Ghofrani HA, et al. Balloon pulmonary angioplasty in chronic thromboembolic pulmonary hypertension. Eur Respir Rev 2017;**26**:160119.

788. Mahmud E, Behnamfar O, Ang L, Patel MP, Poch D, Kim NH. Balloon pulmonary angioplasty for chronic thromboembolic pulmonary hypertension. Interv Cardiol Clin 2018;**7**:103–117.

789. Mizoguchi H, Ogawa A, Munemasa M, Mikouchi H, Ito H, Matsubara H. Refined balloon pulmonary angioplasty for inoperable patients with chronic thromboembolic pulmonary hypertension. Circ Cardiovasc Interv 2012;**5**:748–755.

790. Ogawa A, Matsubara H. After the dawn-balloon pulmonary angioplasty for patients with chronic thromboembolic pulmonary hypertension. Circ J 2018;**82**:1222–1230.

791. Olsson KM, Wiedenroth CB, Kamp JC, Breithecker A, Fuge J, Krombach GA, et al. Balloon pulmonary angioplasty for inoperable patients with chronic thromboembolic pulmonary hypertension: the initial German experience. Eur Respir J 2017;**49**:1602409.

792. Roller FC, Kriechbaum S, Breithecker A, Liebetrau C, Haas M, Schneider C, et al. Correlation of native T1 mapping with right ventricular function and pulmonary

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

haemodynamics in patients with chronic thromboembolic pulmonary hypertension before and after balloon pulmonary angioplasty. *Eur Radiol* 2019;**29**:1565–1573.

793. Sugimura K, Fukumoto Y, Satoh K, Nochioka K, Miura Y, Aoki T, *et al.* Percutaneous transluminal pulmonary angioplasty markedly improves pulmonary hemodynamics and long-term prognosis in patients with chronic thromboembolic pulmonary hypertension. *Circ J* 2012;**76**:485–488.

794. Ogawa A, Satoh T, Fukuda T, Sugimura K, Fukumoto Y, Emoto N, *et al.* Balloon pulmonary angioplasty for chronic thromboembolic pulmonary hypertension: results of a multicenter registry. *Circ Cardiovasc Qual Outcomes* 2017;**10**:e004029.

795. Inami T, Kataoka M, Yanagisawa R, Ishiguro H, Shimura N, Fukuda K, *et al.* Long-term outcomes after percutaneous transluminal pulmonary angioplasty for chronic thromboembolic pulmonary hypertension. *Circulation* 2016;**134**: 2030–2032.

796. Ejiri K, Ogawa A, Fujii S, Ito H, Matsubara H. Vascular injury is a major cause of lung injury after balloon pulmonary angioplasty in patients with chronic thromboembolic pulmonary hypertension. *Circ Cardiovasc Interv* 2018;**11**:e005884.

797. Shimokawahara H, Ogawa A, Mizoguchi H, Yagi H, Ikemiyagi H, Matsubara H. Vessel stretching is a cause of lumen enlargement immediately after balloon pulmonary angioplasty: intravascular ultrasound analysis in chronic thromboembolic pulmonary hypertension. *Circ Cardiovasc Interv* 2018;**11**:e006010.

798. Jais X, Brenot P, Bouvaist H, Jevnikar M, Canuet M, Chabanne C, *et al.* Balloon pulmonary angioplasty versus riociguat for the treatment of inoperable chronic thromboembolic pulmonary hypertension (RACE): a multicentre, phase 3, open-label, randomised controlled trial and ancillary follow-up study. *Lancet Respir Med* 2022. doi:10.1016/S2213-2600(22)00214-4

799. Wiedenroth CB, Olsson KM, Guth S, Breithecker A, Haas M, Kamp JC, *et al.* Balloon pulmonary angioplasty for inoperable patients with chronic thromboembolic disease. *Pulm Circ* 2018;**8**:2045893217753122.

800. Romanov A, Cherniavskiy A, Novikova N, Edemskiy A, Ponomarev D, Shabanov V, *et al.* Pulmonary artery denervation for patients with residual pulmonary hypertension after pulmonary endarterectomy. *J Am Coll Cardiol* 2020;**76**:916–926.

801. Bresser P, Fedullo PF, Auger WR, Channick RN, Robbins IM, Kerr KM, *et al.* Continuous intravenous epoprostenol for chronic thromboembolic pulmonary hypertension. *Eur Respir J* 2004;**23**:595–600.

802. Nagaya N, Sasaki N, Ando M, Ogino H, Sakamaki F, Kyotani S, *et al.* Prostacyclin therapy before pulmonary thromboendarterectomy in patients with chronic thromboembolic pulmonary hypertension. *Chest* 2003;**123**:338–343.

803. Reesink HJ, Surie S, Kloek JJ, Tan HL, Tepaske R, Fedullo PF, *et al.* Bosentan as a bridge to pulmonary endarterectomy for chronic thromboembolic pulmonary hypertension. *J Thorac Cardiovasc Surg* 2010;**139**:85–91.

804. Araszkiewicz A, Darocha S, Pietrasik A, Pietura R, Jankiewicz S, Banaszkiewicz M, *et al.* Balloon pulmonary angioplasty for the treatment of residual or recurrent pulmonary hypertension after pulmonary endarterectomy. *Int J Cardiol* 2019;**278**: 232–237.

805. Shimura N, Kataoka M, Inami T, Yanagisawa R, Ishiguro H, Kawakami T, *et al.* Additional percutaneous transluminal pulmonary angioplasty for residual or recurrent pulmonary hypertension after pulmonary endarterectomy. *Int J Cardiol* 2015; **183**:138–142.

806. Cannon JE, Su L, Kiely DG, Page K, Toshner M, Swietlik E, *et al.* Dynamic risk stratification of patient long-term outcome after pulmonary endarterectomy: results From the UK National Cohort. *Circulation* 2016;**133**:1761–1771.

807. Wiedenroth CB, Liebetrau C, Breithecker A, Guth S, Lautze HJ, Ortmann E, *et al.* Combined pulmonary endarterectomy and balloon pulmonary angioplasty in patients with chronic thromboembolic pulmonary hypertension. *J Heart Lung Transplant* 2016;**35**:591–596.

808. Delcroix M, Staehler G, Gall H, Grunig E, Held M, Halank M, *et al.* Risk assessment in medically treated chronic thromboembolic pulmonary hypertension patients. *Eur Respir J* 2018;**52**:1800248.

809. Benza RL, Farber HW, Frost A, Grunig E, Hoeper MM, Busse D, *et al.* REVEAL risk score in patients with chronic thromboembolic pulmonary hypertension receiving riociguat. *J Heart Lung Transplant* 2018;**37**:836–843.

810. Mayer E, Jenkins D, Lindner J, D'Armini A, Kloek J, Meyns B, *et al.* Surgical management and outcome of patients with chronic thromboembolic pulmonary hypertension: results from an international prospective registry. *J Thorac Cardiovasc Surg* 2011;**141**:702–710.

811. Andreassen AK, Ragnarsson A, Gude E, Geiran O, Andersen R. Balloon pulmonary angioplasty in patients with inoperable chronic thromboembolic pulmonary hypertension. *Heart* 2013;**99**:1415–1420.

812. Wiedenroth CB, Ghofrani HA, Adameit MSD, Breithecker A, Haas M, Kriechbaum S, *et al.* Sequential treatment with riociguat and balloon pulmonary angioplasty for patients with inoperable chronic thromboembolic pulmonary hypertension. *Pulm Circ* 2018;**8**:2045894018783996.

813. Mehari A, Gladwin MT, Tian X, Machado RF, Kato GJ. Mortality in adults with sickle cell disease and pulmonary hypertension. *JAMA* 2012;**307**:1254–1256.

814. Savale L, Habibi A, Lionnet F, Maitre B, Cottin V, Jais X, *et al.* Clinical phenotypes and outcomes of precapillary pulmonary hypertension of sickle cell disease. *Eur Respir J* 2019;**54**:1900585.

815. Machado RF, Barst RJ, Yovetich NA, Hassell KL, Kato GJ, Gordeuk VR, *et al.* Hospitalization for pain in patients with sickle cell disease treated with sildenafil for elevated TRV and low exercise capacity. *Blood* 2011;**118**:855–864.

816. Turpin M, Chantalat-Auger C, Parent F, Driss F, Lionnet F, Habibi A, *et al.* Chronic blood exchange transfusions in the management of pre-capillary pulmonary hypertension complicating sickle cell disease. *Eur Respir J* 2018;**52**:1800272.

817. Gladwin MT, Sachdev V, Jison ML, Shizukuda Y, Plehn JF, Minter K, *et al.* Pulmonary hypertension as a risk factor for death in patients with sickle cell disease. *N Engl J Med* 2004;**350**:886–895.

818. Derchi G, Galanello R, Bina P, Cappellini MD, Piga A, Lai ME, *et al.* Prevalence and risk factors for pulmonary arterial hypertension in a large group of beta-thalassemia patients using right heart catheterization: a Webthal study. *Circulation* 2014;**129**: 338–345.

819. Jais X, Ioos V, Jardim C, Sitbon O, Parent F, Hamid A, *et al.* Splenectomy and chronic thromboembolic pulmonary hypertension. *Thorax* 2005;**60**:1031–1034.

820. Adir Y, Humbert M. Pulmonary hypertension in patients with chronic myeloproliferative disorders. *Eur Respir J* 2010;**35**:1396–1406.

821. Takanashi S, Akiyama M, Suzuki K, Otomo K, Takeuchi T. IgG4-related fibrosing mediastinitis diagnosed with computed tomography-guided percutaneous needle biopsy: two case reports and a review of the literature. *Medicine* 2018;**97**:e10935.

822. Montani D, Achouh L, Marcelin AG, Viard JP, Hermine O, Canioni D, *et al.* Reversibility of pulmonary arterial hypertension in HIV/HHV8-associated Castleman's disease. *Eur Respir J* 2005;**26**:969–972.

823. Jouve P, Humbert M, Chauveheid MP, Jais X, Papo T. POEMS syndrome-related pulmonary hypertension is steroid-responsive. *Respir Med* 2007;**101**:353–355.

824. Savale L, Huitema M, Shlobin O, Kouranos V, Nathan SD, Nunes H, *et al.* WASOG statement on the diagnosis and management of sarcoidosis-associated pulmonary hypertension. *Eur Respir Rev* 2022;**31**:210165.

825. Bandyopadhyay D, Humbert M. An update on sarcoidosis-associated pulmonary hypertension. *Curr Opin Pulm Med* 2020;**26**:582–590.

826. Baughman RP, Shlobin OA, Gupta R, Engel PJ, Stewart JI, Lower EE, *et al.* Riociguat for sarcoidosis-associated pulmonary hypertension: results of a 1-year double-blind, placebo-controlled trial. *Chest* 2022;**161**:448–457.

827. Le Pavec J, Lorillon G, Jais X, Tcherakian C, Feuillet S, Dorfmuller P, *et al.* Pulmonary Langerhans cell histiocytosis-associated pulmonary hypertension: clinical characteristics and impact of pulmonary arterial hypertension therapies. *Chest* 2012;**142**: 1150–1157.

828. Jutant EM, Jais X, Girerd B, Savale L, Ghigna MR, Perros F, *et al.* Phenotype and outcomes of pulmonary hypertension associated with neurofibromatosis type 1. *Am J Respir Crit Care Med* 2020;**202**:843–852.

829. Oliveros, E, Vaidya, A. Metabolic disorders of pulmonary hypertension. *Adv Pulm Hypertens* 2021;**20**:35–39.

830. Humbert M, Labrune P, Simonneau G. Severe pulmonary arterial hypertension in type 1 glycogen storage disease. *Eur J Pediatr* 2002;**161**:593–596.

831. Kawar B, Ellam T, Jackson C, Kiely DG. Pulmonary hypertension in renal disease: epidemiology, potential mechanisms and implications. *Am J Nephrol* 2013;**37**: 281–290.

832. Edmonston DL, Parikh KS, Rajagopal S, Shaw LK, Abraham D, Grabner A, *et al.* Pulmonary hypertension subtypes and mortality in CKD. *Am J Kidney Dis* 2020; **75**:713–724.

833. Pabst S, Hammerstingl C, Hundt F, Gerhardt T, Grohe C, Nickenig G, *et al.* Pulmonary hypertension in patients with chronic kidney disease on dialysis and without dialysis: results of the PEPPER-study. *PLoS One* 2012;**7**:e35310.

834. Price LC, Seckl MJ, Dorfmuller P, Wort SJ. Tumoral pulmonary hypertension. *Eur Respir Rev* 2019;**28**:180065.

835. Seferian A, Steriade A, Jais X, Planche O, Savale L, Parent F, *et al.* Pulmonary hypertension complicating fibrosing mediastinitis. *Medicine* 2015;**94**:e1800.

836. Baughman RP, Culver DA, Cordova FC, Padilla M, Gibson KF, Lower EE, *et al.* Bosentan for sarcoidosis-associated pulmonary hypertension: a double-blind placebo controlled randomized trial. *Chest* 2014;**145**:810–817.

837. Humbert MG, Galié N, Meszaros G. Competency requirements for ERN-lung PH centres. https://ern-lung.eu/inhalt/wp-content/uploads/2020/10/PH-MCC.pdf (24 June 2022, date last accessed 22 July 2022).

838. Doyle-Cox C, Nicholson G, Stewart T, Gin-Sing W. Current organization of specialist pulmonary hypertension clinics: results of an international survey. *Pulm Circ* 2019;**9**:2045894019855611.

839. Saunders H, Helgeson SA, Abdelrahim A, Rottman-Pietrzak K, Reams V, Zeiger TK, *et al.* Comparing diagnosis and treatment of pulmonary hypertension patients at a pulmonary hypertension center versus community centers. *Diseases* 2022;**10**:5.

840. European Reference Network. Clinical Patient Management System (CPMS). https://ern-euro-nmd.eu/clinical-patient-management-system/ (24 March 2022, date last accessed 22 July 2022).

ESC/ERS Guidelines

841. ERS. Continuing Professional Development - Pulmonary Vascular Diseases. https://www.ersnet.org/wp-content/uploads/2021/02/Continuing-professional-development-Pulmonary-Vascular-Diseases.pdf (24 March 2022, date last accessed 22 July 2022).

842. Tanner FC, Brooks N, Fox KF, Goncalves L, Kearney P, Michalis L, et al. ESC core curriculum for the cardiologist. *Eur Heart J* 2020;**41**:3605–3692.

843. Crespo-Leiro MG, Metra M, Lund LH, Milicic D, Costanzo MR, Filippatos G, et al. Advanced heart failure: a position statement of the Heart Failure Association of the European Society of Cardiology. *Eur J Heart Fail* 2018;**20**:1505–1535.

844. Google Maps. ERN-LUNG reference centres. https://www.google.com/maps/d/viewer?mid=1VVJW2YWYN1q6NYMWPdk78nltgTOptt4C&ll=50.878853000000014%2C4.674352999999955&z=8 (24 March 2022, date last accessed 22 July 2022).

845. Girl PC, Stevens GJ, Merrill-Henry J, Oyoyo U, Balasubramanian VP. Participation in pulmonary hypertension support group improves patient-reported health quality outcomes: a patient and caregiver survey. *Pulm Circ* 2021;**11**:20458940211013258.

846. Biganzoli L, Cardoso F, Beishon M, Cameron D, Cataliotti L, Coles CE, et al. The requirements of a specialist breast centre. *Breast* 2020;**51**:65–84.

847. Aktaa S, Batra G, Wallentin L, Baigent C, Erlinge D, James S, et al. European Society of Cardiology methodology for the development of quality indicators for the quantification of cardiovascular care and outcomes. *Eur Heart J Qual Care Clin Outcomes* 2022;**8**:4–13.

848. Minchin M, Roland M, Richardson J, Rowark S, Guthrie B. Quality of care in the UK after removal of financial incentives. *N Engl J Med* 2018;**379**:948–957.

849. Song Z, Ji Y, Safran DG, Chernew ME. Health care spending, utilization, and quality 8 years into global payment. *N Engl J Med* 2019;**381**:252–263.

850. Arbelo E, Aktaa S, Bollmann A, D'Avila A, Drossart I, Dwight J, et al. Quality indicators for the care and outcomes of adults with atrial fibrillation. *Europace* 2021;**23**:494–495.

851. Schiele F, Aktaa S, Rossello X, Ahrens I, Claeys MJ, Collet JP, et al. 2020 Update of the quality indicators for acute myocardial infarction: a position paper of the Association for Acute Cardiovascular Care: the study group for quality indicators from the ACVC and the NSTE-ACS guideline group. *Eur Heart J Acute Cardiovasc Care* 2021;**10**:224–233.

852. Aktaa S, Abdin A, Arbelo E, Burri H, Vernooy K, Blomstrom-Lundqvist C, et al. European Society of Cardiology quality indicators for the care and outcomes of cardiac pacing: developed by the Working Group for Cardiac Pacing Quality Indicators in collaboration with the European Heart Rhythm Association of the European Society of Cardiology. *Europace* 2022;**24**:165–172.

853. Glikson M, Nielsen JC, Kronborg MB, Michowitz Y, Auricchio A, Barbash IM, et al. 2021 ESC Guidelines on cardiac pacing and cardiac resynchronization therapy. *Eur Heart J* 2021;**42**:3427–3520.

854. Collet JP, Thiele H, Barbato E, Barthelemy O, Bauersachs J, Bhatt DL, et al. 2020 ESC Guidelines for the management of acute coronary syndromes in patients presenting without persistent ST-segment elevation. *Eur Heart J* 2021;**42**:1289–1367.

855. Batra G, Aktaa S, Wallentin L, Maggioni AP, Wilkinson C, Casadei B, et al. Methodology for the development of international clinical data standards for common cardiovascular conditions: European Unified Registries for Heart Care Evaluation and Randomised Trials (EuroHeart). *Eur Heart J Qual Care Clin Outcomes* 2021. doi:10.1093/ehjqcco/qcab052. Epub ahead of print.

Downloaded from https://academic.oup.com/eurheartj/advance-article/doi/10.1093/eurheartj/ehac237/6673929 by Inova Fairfax Hospital user on 26 August 2022

# EXHIBIT 19





Episode 71 - Richard N. Channick, MD



Planet **Depos**
We Make It *Happen*

# Transcript of Recorded Conversation 02

**Date:** April 3, 2024
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1

2

3

4

5

6

7                          In re:

8

9

10                  RECORDED CONVERSATION

11

12

13

14

15

16

17

18

19

20   Job No.:   532687

21   Pages:   1 - 9

22   Transcribed by: Lauren Bishop

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                    2

| | | |
|---|---|---|
| 1 | RICHARD CHANNICK: I'm Richard Channick. | 00:00:01 |
| 2 | I'm a pulmonary critical care specialist and director | 00:00:02 |
| 3 | of the pulmonary hypertension program at | 00:00:05 |
| 4 | Massachusetts General Hospital in Boston. Today I'd | 00:00:08 |
| 5 | like to talk a little bit about clinical trials. | 00:00:11 |
| 6 | Clinical trials are testing of new treatments is how | 00:00:13 |
| 7 | we develop these treatments. The only way one can get | 00:00:17 |
| 8 | a new treatment, get it approved and get it to | 00:00:21 |
| 9 | patients, is by doing properly conducted clinical | 00:00:24 |
| 10 | trials. There's a very rigid system for how this | 00:00:27 |
| 11 | should be done to ensure safety of patients and to | 00:00:32 |
| 12 | ensure proper testing. So the clinical trial process | 00:00:35 |
| 13 | is intrinsic in getting any kind of therapy to | 00:00:39 |
| 14 | patients. There are many concerns patients have | 00:00:43 |
| 15 | rightfully so when it -- it comes to clinical trial | 00:00:45 |
| 16 | and their participation in the trial. The first is | 00:00:48 |
| 17 | that -- and sometimes there's a misconception that by | 00:00:51 |
| 18 | getting, you know, going to a clinical trial, they're | 00:00:54 |
| 19 | actually guaranteed a treatment and one has to | 00:00:56 |
| 20 | explain that many of these trials, like most of the | 00:00:59 |
| 21 | trials, have a placebo group so they may not be | 00:01:02 |
| 22 | getting any active treatment and they have to | 00:01:06 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                    3

| | | |
|---|---|---|
| 1 | understand that. Now we have situations, clauses set | 00:01:08 |
| 2 | up to ensure safety so if the patient's getting | 00:01:13 |
| 3 | worse, they can come out of the trial and actually go | 00:01:14 |
| 4 | on to the active treatment. So, you know, we usually | 00:01:17 |
| 5 | can reassure patients that even if they're quote in | 00:01:21 |
| 6 | the placebo group that we won't allow anything, you | 00:01:23 |
| 7 | know, bad to happen without having a plan. What we | 00:01:27 |
| 8 | call a rescue plan. | 00:01:31 |
| 9 | Secondly, and this is very important, the | 00:01:32 |
| 10 | reason why we're studying these drugs is because we | 00:01:34 |
| 11 | don't know if they work. So I don't think patients | 00:01:36 |
| 12 | can assume because they're getting this experimental | 00:01:39 |
| 13 | drug that they're being guaranteed an effective | 00:01:41 |
| 14 | treatment. That's why we're doing this study and | 00:01:44 |
| 15 | we're trying to do the study to find out if it's | 00:01:47 |
| 16 | effective and if it's safe. So there's two sides, you | 00:01:49 |
| 17 | know, of the coin. And so patients need to understand | 00:01:52 |
| 18 | that usually by the point that a drug gets to a | 00:01:56 |
| 19 | certain phase in the clinical trial development, we | 00:01:59 |
| 20 | call it phase 3, there's some pretty good evidence | 00:02:03 |
| 21 | that the drug has benefit but we need to do these | 00:02:05 |
| 22 | bigger trials, these phase 3 trials to really prove | 00:02:09 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                    4

```
 1   that. And I think patients, you know, need to          00:02:11
 2   understand what -- what they're getting into. In       00:02:14
 3   every clinical trial we have what we call inclusion    00:02:17
 4   factors and exclusion factors and we try to design     00:02:19
 5   these trials to test the treatment in the best         00:02:22
 6   possible way to give the highest chance of success.    00:02:26
 7   And with pulmonary hypertension, it's complex because  00:02:30
 8   pulmonary hypertension is not one disease. It's many   00:02:32
 9   diseases. When we're trying to design inclusion and    00:02:35
10   exclusion criteria, we have to take that into          00:02:38
11   account. We can't, for instance, take a treatment and  00:02:41
12   apply it to every patient with pulmonary               00:02:43
13   hypertension. We know very clearly and have clear      00:02:45
14   experience that drugs that work for some forms of      00:02:48
15   pulmonary arterial hypertension won't work for other   00:02:52
16   forms, and in fact can make things worse. So we        00:02:55
17   really have to think about all those things. There     00:02:57
18   are many ways to research in pulmonary hypertension,   00:02:59
19   obviously with everyone being online, there are many   00:03:01
20   different sources or something called                  00:03:04
21   clinicaltrials.gov, which is a government website       00:03:05
22   where every registered clinical trial is listed. Now   00:03:09
```

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                               5

| | | |
|---|---|---|
| 1 | that can be a little bit user unfriendly to go on | 00:03:12 |
| 2 | there and try to find every trial. Probably an easier | 00:03:15 |
| 3 | way is to ask your physician and especially your | 00:03:18 |
| 4 | physician is a PH specialist. One of the motivations | 00:03:21 |
| 5 | behind forming a accreditation program for the | 00:03:25 |
| 6 | pulmonary hypertension centers is that it would give | 00:03:29 |
| 7 | patients a resource by which they could, you know, | 00:03:32 |
| 8 | know where to go, know who to contact. And certainly | 00:03:36 |
| 9 | any expert in pulmonary hypertension whether or not | 00:03:38 |
| 10 | they're even at an accredited center will either be | 00:03:42 |
| 11 | doing those clinical trials or will be aware of all | 00:03:44 |
| 12 | the trials. So going to the PH specialists is | 00:03:47 |
| 13 | probably the single most efficient way of figuring | 00:03:49 |
| 14 | out where the trials are. Once the patient is in a | 00:03:53 |
| 15 | clinical trial, there's a very rigid schedule for | 00:03:55 |
| 16 | what needs to be done. And these trials have to be | 00:04:01 |
| 17 | done in a very uniform way and patient again has to | 00:04:03 |
| 18 | understand what -- what they're committing to. That | 00:04:08 |
| 19 | this is not something that we want three weeks into | 00:04:11 |
| 20 | it for someone to say, well, you know, I don't really | 00:04:15 |
| 21 | want to do this anymore. Now, obviously that can | 00:04:17 |
| 22 | happen at times, but before we even start we want to | 00:04:19 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                6

| | | |
|---|---|---|
| 1 | feel very confident that a patient really is going to | 00:04:22 |
| 2 | quote stick with the program and -- and in each study | 00:04:25 |
| 3 | visit have all the testing that's been described to | 00:04:28 |
| 4 | them will be done. The principal investigator is kind | 00:04:32 |
| 5 | of ultimately in charge of all of that. He or she | 00:04:35 |
| 6 | really has to make sure the study's being conducted | 00:04:38 |
| 7 | properly, that all the paperwork's in order. All that | 00:04:40 |
| 8 | stuff. The study coordinator is the one who kind of | 00:04:43 |
| 9 | implements a lot of it. So they'll be collecting | 00:04:47 |
| 10 | information from the patient, whether it's | 00:04:49 |
| 11 | questionnaires, whether they're doing walk testing. | 00:04:51 |
| 12 | All the different things that are done at a study | 00:04:55 |
| 13 | visit will typically be done by the coordinator. The | 00:04:57 |
| 14 | participation in clinical trial really is a -- is a - | 00:05:00 |
| 15 | - a great commitment on a patient's part and in a | 00:05:03 |
| 16 | good way. And I think first and foremost, we make it | 00:05:06 |
| 17 | very clear that the reason we're studying a treatment | 00:05:10 |
| 18 | is because we don't know if it will help that | 00:05:13 |
| 19 | individual person. So they're really making a | 00:05:15 |
| 20 | selfless gesture, if you will, by going into the | 00:05:17 |
| 21 | trial and it may help future patients. We may find | 00:05:21 |
| 22 | that this drug wasn't beneficial and that is helpful | 00:05:26 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                    7

| | | |
|---|---|---|
| 1 | as well to understand what doesn't work. And so | 00:05:31 |
| 2 | although if the drug turns out to be effective and | 00:05:35 |
| 3 | patient gets benefit, the study subject gets benefit, | 00:05:38 |
| 4 | then that's obviously a very positive thing. But I | 00:05:42 |
| 5 | think the concept of doing this for other patients to | 00:05:45 |
| 6 | benefit the community, to benefit the knowledge about | 00:05:49 |
| 7 | the disease is really, you know, what should drive a | 00:05:52 |
| 8 | person to want to participate. We have so many | 00:05:56 |
| 9 | patients who -- who have contributed to developing | 00:05:59 |
| 10 | and now over a dozen treatments in pulmonary | 00:06:02 |
| 11 | hypertension. It can never been done without these | 00:06:03 |
| 12 | patients. I mean I could remember and in fact, we | 00:06:06 |
| 13 | still care for some of them who were like the first | 00:06:08 |
| 14 | patients enrolled in the very first trial. I recently | 00:06:11 |
| 15 | got correspondence from somebody who was on the first | 00:06:17 |
| 16 | oral therapy approved in like 2001 and this patient | 00:06:20 |
| 17 | was I think the very first subject enrolled in that | 00:06:26 |
| 18 | first trial of an oral therapy, you know, back in the | 00:06:30 |
| 19 | in the late 90s and she's still on the treatment. And | 00:06:33 |
| 20 | she brags how she thinks she was like the number one | 00:06:38 |
| 21 | first patient enrolled and was actually very, very | 00:06:41 |
| 22 | proud of it and she's doing great. My name is Rich | 00:06:44 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                    8

1    Channick and I'm aware that I'm rare.                    00:06:47

2    (The recording was concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1              CERTIFICATE OF TRANSCRIBER

2              I, Lauren Bishop, do hereby certify that

3    the transcript was prepared from the digital audio

4    recording of the foregoing proceeding; that said

5    proceedings were reduced to typewriting under my

6    supervision; that said transcript is a true and

7    accurate record of the proceedings to the best of my

8    knowledge, skills, and ability; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to the case and have no interest, financial

11   or otherwise, in its outcome.

12

13   *Lauren Bishop*

14   _____

15   LAUREN BISHOP

16   Planet Depos,

17   April 4, 2024

18

19

20

21

22

Transcript of Recorded Conversation 02
Conducted on April 3, 2024

10

| A | B |
|---|---|
| ability | back |
| 9:8 | 7:18 |
| about | bad |
| 2:5, 4:17, 7:6 | 3:7 |
| account | because |
| 4:11 | 3:10, 3:12, |
| accreditation | 4:7, 6:18 |
| 5:5 | been |
| accredited | 6:3, 7:11 |
| 5:10 | before |
| accurate | 5:22 |
| 9:7 | behind |
| active | 5:5 |
| 2:22, 3:4 | being |
| actually | 3:13, 4:19, 6:6 |
| 2:19, 3:3, 7:21 | beneficial |
| again | 6:22 |
| 5:17 | benefit |
| all | 3:21, 7:3, 7:6 |
| 4:17, 5:11, | best |
| 6:3, 6:5, 6:7, | 4:5, 9:7 |
| 6:12 | bigger |
| allow | 3:22 |
| 3:6 | bishop |
| although | 1:22, 9:2, 9:15 |
| 7:2 | bit |
| any | 2:5, 5:1 |
| 2:13, 2:22, | boston |
| 5:9, 9:9 | 2:4 |
| anymore | brags |
| 5:21 | 7:20 |
| anything | |
| 3:6 | **C** |
| apply | call |
| 4:12 | 3:8, 3:20, 4:3 |
| approved | called |
| 2:8, 7:16 | 4:20 |
| april | can't |
| 9:17 | 4:11 |
| arterial | care |
| 4:15 | 2:2, 7:13 |
| assume | case |
| 3:12 | 9:10 |
| audio | center |
| 9:3 | 5:10 |
| aware | centers |
| 5:11, 8:1 | 5:6 |

certain
3:19
certainly
5:8
certificate
9:1
certify
9:2
chance
4:6
channick
2:1, 8:1
charge
6:5
clauses
3:1
clear
4:13, 6:17
clearly
4:13
clinical
2:5, 2:6, 2:9,
2:12, 2:15,
2:18, 3:19, 4:3,
4:22, 5:11,
5:15, 6:14
clinicaltrials
4:21
coin
3:17
collecting
6:9
come
3:3
comes
2:15
commitment
6:15
committing
5:18
community
7:6
complex
4:7
concept
7:5
concerns
2:14

concluded
8:2
conducted
2:9, 6:6
confident
6:1
contact
5:8
contributed
7:9
conversation
1:10
coordinator
6:8, 6:13
correspondence
7:15
could
5:7, 7:12
counsel
9:9
criteria
4:10
critical
2:2

| D |
|---|
| depos |
| 9:16 |
| described |
| 6:3 |
| design |
| 4:4, 4:9 |
| develop |
| 2:7 |
| developing |
| 7:9 |
| development |
| 3:19 |
| different |
| 4:20, 6:12 |
| digital |
| 9:3 |
| director |
| 2:2 |
| disease |
| 4:8, 7:7 |
| diseases |
| 4:9 |

Transcript of Recorded Conversation 02
Conducted on April 3, 2024

11

doing
2:9, 3:14,
5:11, 6:11, 7:5,
7:22
done
2:11, 5:16,
5:17, 6:4, 6:12,
6:13, 7:11
dozen
7:10
drive
7:7
drug
3:13, 3:18,
3:21, 6:22, 7:2
drugs
3:10, 4:14

**E**

each
6:2
easier
5:2
effective
3:13, 3:16, 7:2
efficient
5:13
either
5:10
employed
9:9
enrolled
7:14, 7:17,
7:21
ensure
2:11, 2:12, 3:2
especially
5:3
even
3:5, 5:10, 5:22
every
4:3, 4:12,
4:22, 5:2
everyone
4:19
evidence
3:20
exclusion
4:4, 4:10

experience
4:14
experimental
3:12
expert
5:9
explain
2:20

**F**

fact
4:16, 7:12
factors
4:4
feel
6:1
figuring
5:13
financial
9:10
find
3:15, 5:2, 6:21
first
2:16, 6:16,
7:13, 7:14,
7:15, 7:17,
7:18, 7:21
foregoing
9:4
foremost
6:16
forming
5:5
forms
4:14, 4:16
future
6:21

**G**

general
2:4
gesture
6:20
getting
2:13, 2:18,
2:22, 3:2, 3:12,
4:2
give
4:6, 5:6

go
3:3, 5:1, 5:8
going
2:18, 5:12,
6:1, 6:20
good
3:20, 6:16
gov
4:21
government
4:21
great
6:15, 7:22
group
2:21, 3:6
guaranteed
2:19, 3:13

**H**

happen
3:7, 5:22
help
6:18, 6:21
helpful
6:22
hereby
9:2
highest
4:6
hospital
2:4
hypertension
2:3, 4:7, 4:8,
4:13, 4:15,
4:18, 5:6, 5:9,
7:11

**I**

implements
6:9
important
3:9
inclusion
4:3, 4:9
individual
6:19
information
6:10

instance
4:11
interest
9:10
intrinsic
2:13
investigator
6:4

**J**

job
1:20

**K**

kind
2:13, 6:4, 6:8
know
2:18, 3:4, 3:7,
3:11, 3:17, 4:1,
4:13, 5:7, 5:8,
5:20, 6:18, 7:7,
7:18
knowledge
7:6, 9:8

**L**

late
7:19
lauren
1:22, 9:2, 9:15
listed
4:22
little
2:5, 5:1
lot
6:9

**M**

make
4:16, 6:6, 6:16
making
6:19
many
2:14, 2:20,
4:8, 4:18, 4:19,
7:8
massachusetts
2:4

Transcript of Recorded Conversation 02
Conducted on April 3, 2024

12.

mean
7:12
misconception
2:17
most
2:20, 5:13
motivations
5:4

**N**

name
7:22
need
3:17, 3:21, 4:1
needs
5:16
neither
9:8
never
7:11
new
2:6, 2:8
number
7:20

**O**

obviously
4:19, 5:21, 7:4
once
5:14
one
2:7, 2:19, 4:8,
5:4, 6:8, 7:20
online
4:19
only
2:7
oral
7:16, 7:18
order
6:7
other
4:15, 7:5
otherwise
9:11
out
3:3, 3:15,
5:14, 7:2

outcome
9:11
over
7:10

**P**

pages
1:21
paperwork's
6:7
part
6:15
participate
7:8
participation
2:16, 6:14
parties
9:10
patient
4:12, 5:14,
5:17, 6:1, 6:10,
7:3, 7:16, 7:21
patient's
3:2, 6:15
patients
2:9, 2:11,
2:14, 3:5, 3:11,
3:17, 4:1, 5:7,
6:21, 7:5, 7:9,
7:12, 7:14
person
6:19, 7:8
ph
5:4, 5:12
phase
3:19, 3:20,
3:22
physician
5:3, 5:4
placebo
2:21, 3:6
plan
3:7, 3:8
planet
9:16
point
3:18
positive
7:4

possible
4:6
prepared
9:3
pretty
3:20
principal
6:4
probably
5:2, 5:13
proceeding
9:4
proceedings
9:5, 9:7
process
2:12
program
2:3, 5:5, 6:2
proper
2:12
properly
2:9, 6:7
proud
7:22
prove
3:22
pulmonary
2:2, 2:3, 4:7,
4:8, 4:12, 4:15,
4:18, 5:6, 5:9,
7:10

**Q**

questionnaires
6:11
quote
3:5, 6:2

**R**

rare
8:1
really
3:22, 4:17,
5:20, 6:1, 6:6,
6:14, 6:19, 7:7
reason
3:10, 6:17
reassure
3:5

recently
7:14
record
9:7
recorded
1:10
recording
8:2, 9:4
reduced
9:5
registered
4:22
related
9:9
remember
7:12
rescue
3:8
research
4:18
resource
5:7
rich
7:22
richard
2:1
rightfully
2:15
rigid
2:10, 5:15

**S**

safe
3:16
safety
2:11, 3:2
said
9:4, 9:6
say
5:20
schedule
5:15
secondly
3:9
selfless
6:20
set
3:1

Transcript of Recorded Conversation 02
Conducted on April 3, 2024                                      13

| | | | |
|---|---|---|---|

should
2:11, 7:7
sides
3:16
signature-k91vk
9:12
single
5:13
situations
3:1
skills
9:8
some
3:20, 4:14,
7:13
somebody
7:15
someone
5:20
something
4:20, 5:19
sometimes
2:17
sources
4:20
specialist
2:2, 5:4
specialists
5:12
start
5:22
stick
6:2
still
7:13, 7:19
study
3:14, 3:15,
6:2, 6:8, 6:12,
7:3
study's
6:6
studying
3:10, 6:17
stuff
6:8
subject
7:3, 7:17
success
4:6

supervision
9:6
sure
6:6
system
2:10

**T**

take
4:10, 4:11
talk
2:5
test
4:5
testing
2:6, 2:12, 6:3,
6:11
therapy
2:13, 7:16,
7:18
thing
7:4
things
4:16, 4:17,
6:12
think
3:11, 4:1,
4:17, 6:16, 7:5,
7:17
thinks
7:20
three
5:19
times
5:22
today
2:4
transcribed
1:22
transcriber
9:1
transcript
9:3, 9:6
treatment
2:8, 2:19,
2:22, 3:4, 3:14,
4:5, 4:11, 6:17,
7:19

treatments
2:6, 2:7, 7:10
trial
2:12, 2:15,
2:16, 2:18, 3:3,
3:19, 4:3, 4:22,
5:2, 5:15, 6:14,
6:21, 7:14, 7:18
trials
2:5, 2:6, 2:10,
2:20, 2:21,
3:22, 4:5, 5:11,
5:12, 5:14, 5:16
true
9:6
try
4:4, 5:2
trying
3:15, 4:9
turns
7:2
two
3:16
typewriting
9:5
typically
6:13

**U**

ultimately
6:5
under
9:5
understand
3:1, 3:17, 4:2,
5:18, 7:1
unfriendly
5:1
uniform
5:17
user
5:1
usually
3:4, 3:18

**V**

visit
6:3, 6:13

**W**

walk
6:11
want
5:19, 5:21,
5:22, 7:8
way
2:7, 4:6, 5:3,
5:13, 5:17, 6:16
ways
4:18
we're
3:10, 3:14,
3:15, 4:9, 6:17
website
4:21
weeks
5:19
whether
5:9, 6:10, 6:11
without
3:7, 7:11
work
3:11, 4:14,
4:15, 7:1
worse
3:3, 4:16

**2**

2001
7:16
2024
9:17

**5**

532687
1:20

**9**

90
7:19

# EXHIBIT 20



**OUTSIDE COUNSEL EYES ONLY**

# Transcript of Douglas G. Kidder

**Date:** April 5, 2024
**Case:** United Therapeutics Corporation -v- Liquidia Technologies, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

1 (1 to 4)

---

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF DELAWARE
3    ------------------------x    :
4   UNITED THERAPEUTICS          :
5   CORPORATION,                 :
6     Plaintiff,        :  C.A. No.
7   v.                  :  23-975 (RGA)
8   LIQUIDIA TECHNOLOGIES, INC., :
9     Defendant.        :
10   ------------------------x    :
11
12        ** OUTSIDE COUNSEL EYES ONLY **
13
14   Videotaped Deposition of DOUGLAS G. KIDDER
15            Conducted Virtually
16           Friday, April 5, 2024
17         Commencing at 8:31 a.m. MST
18
19
20
21   Job No.:  532484
22   Reported by:  Melanie Giamarco, RMR, CRR, RPR
23
24
25
```

**Page 2**

```
1
2        PURSUANT TO NOTICE, the videotaped
3   deposition of DOUGLAS G. KIDDER was taken on behalf
4   of the Plaintiff on Friday, April 5, 2024,
5   commencing at 8:31 a.m. MST, before Melanie L.
6   Giamarco, Registered Merit Reporter, Certified
7   Realtime Reporter, Registered Professional Reporter
8   and Notary Public, appearing remotely.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1            REMOTE APPEARANCES
2
3   On behalf of the Plaintiff, United Therapeutics
4   Corporation:
5     GOODWIN PROCTER LLP
6     BY:  LOUIS LOBEL, ESQ.
7     100 Northern Avenue
8     Boston, Massachusetts 02210
9     (617) 570-1000
10       -and-
11     McDERMOTT WILL & EMERY
12     BY:  LILLIAN SPETRINO, ESQ.
13     500 North Capitol Street, NW
14     Washington, DC 20001-1531
15     (202) 756-8000
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1         REMOTE APPEARANCES (CONTINUED)
2
3   On behalf of the Defendant, Liquidia Technologies,
4   Inc., and the Deponent, Douglas G. Kidder:
5     COOLEY LLP
6     BY:  PHILLIP MORTON, ESQ.
7          JOHN HABIBI, ESQ.
8     1299 Pennsylvania Avenue NW
9     Washington, DC 20004
10     (202) 842-7800
11     pmorton@cooley.com
12     jhabibi@cooley.com
13
14   Also Present:
15     Jon Potler, Planet Depos Remote Host/Technician
16     Maddie Reif, Planet Depos Videographer
17
18
19
20
21
22
23
24
25
```

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

---

**5**

1                I N D E X
2  EXAMINATION OF DOUGLAS G. KIDDER        PAGE
3    April 5, 2024
4  By Mr. Lobel                            8
5              E X H I B I T S
6  EXHIBIT     DESCRIPTION                 PAGE
7  Exhibit 1   United Therapeutics         9
8              Corporation'S Notice of
9              Deposition of Douglas Kidder
10 Exhibit 2   Declaration of Douglas Kidder 17
11 Exhibit 3   Preliminary Declaration of  19
12             Frederick Selck submitted on
13             February 26, 2024
14 Exhibit 4   1/10/24 J.P.Morgan Healthcare 48
15             Conference slide deck
16             UTC_PH-ILD_009374 -
17             UTC_PH-ILD_009393
18 Exhibit 5   Exhibit 4.1                 68
19             Annual Price for Therapy
20             (Forecast)
21             LIQ_PH-ILD_00003012 -
22             LIQ_PH-ILD_00003014
23
24
25

---

**6**

1               E X H I B I T S
2  EXHIBIT     DESCRIPTION                 PAGE
3  Exhibit 6   Document entitled "FDA Accepts 72
4             Submission to Add PH-ILD to
5             Yutrepia Label"
6             UTC-PH-ILD_003152
7  Exhibit 7  42nd Annual J.P. Morgan      119
8             Healthcare Conference
9             UTC-PH-ILD_009395 -
10            UTC-PH-ILD_009407
11 Exhibit 8  Article entitled "First-Mover 139
12            Advantages" by Marvin D.
13            Lieberman and David B.
14            Montgomery
15            UTC-PH-ILD_002311 -
16            UTC-PH-ILD_002328
17
18
19
20
21
22
23
24
25

---

**7**

1                P R O C E E D I N G S
2        VIDEOGRAPHER:  Here begins media number one
3   in the videotaped deposition of Douglas Kidder in
4   the matter of United Therapeutics Corporation v.
5   Liquidia Technologies, Inc., in the United States
6   District Court, District of Delaware, Case Number
7   23-975 (RGA).
8        Today's date is April 5th, 2024.  The time
9   on the video monitor is 8:31 Mountain Standard
10  Time.  The remote videographer today is Maddie
11  Reif, representing Planet Depos.  All the parties
12  on this video deposition are attending remotely.
13       Would counsel please voice-identify
14  themselves and state whom they represent?
15       MR. LOBEL:  My name is Louis Lobel of
16  Goodwin Procter.  I'm with my co-counsel Lillian
17  Spetrino of McDermott Will & Emery.  And we're here
18  on behalf of the plaintiff, United Therapeutics
19  Corporation.
20       MR. MORTON:  Phillip Morton from Cooley on
21  behalf of defendant, Liquidia, and the witness.
22  Also with me is John Habibi, also from Cooley.
23       VIDEOGRAPHER:  Thank you, counsels.  The
24  court reporter today is Melanie Giamarco,
25  representing Planet Depos.  The witness will now be

---

**8**

1   sworn.
2        DOUGLAS G. KIDDER,
3   after having been duly remotely sworn, was examined
4   and testified as follows:
5                EXAMINATION
6   BY MR. LOBEL:
7        Q.  Mr. Kidder, will you please state your
8   full name for the record?
9        **A.  Yes.  Douglas George Kidder.**
10       Q.  And what is your current address?
11  ████████████████████████████████
12  ████████████
13       Q.  And is that where you physically are
14  right now?
15       **A.  That's correct.**
16       Q.  And are you alone?
17       **A.  Yes, I am.**
18       Q.  Are there any programs open on your
19  computer or anything else open on your screen other
20  than Zoom and the exhibit share?
21       **A.  No.**
22       Q.  If, as happened, something pops up on
23  your screen today during the deposition, will you
24  just notify us so we can either address it or take
25  a pause?

---

9

1     A.  Absolutely.  And just so you know, I've
2  turned off Outlook, so if I accidentally close
3  Zoom, it's going to take me a bit to get back.
4     Q.  Do you have any notes or papers on your
5  desk with you today?
6     A.  I have a notebook.  Let me get rid of
7  it.  It's got nothing relevant.  So the only other
8  things on my desk now are, you know, headphones and
9  the two reports that you sent me in the mail.
10    Q.  Great.  And have you made any notes in
11  the two reports that I sent you by mail?
12    A.  No.
13    MR. LOBEL:  I would like to introduce tab
14  one, which I'll mark as Exhibit 1.  Mr. Potler, if
15  you could pull that up with you have a chance.
16  Just scroll down.
17    (Exhibit 1 was marked for identification.)
18    Q.  (By Mr. Lobel)  I'm marking as Exhibit 1
19  United Therapeutic Corporation's Notice of
20  Deposition of Douglas Kidder.
21    Mr. Kidder, have you seen this before?
22    A.  No, I don't recognize this.
23    Q.  Do you understand you're being deposed
24  today pursuant to this notice of deposition filed
25  with the court?

10

1     A.  That is my understanding, yes.
2     MR. LOBEL:  And you can take that down.
3     Q.  (By Mr. Lobel)  Mr. Kidder, how many
4  times have you been deposed before, more or less?
5     A.  Approximately 90.
6     Q.  So you understand the general rules for
7  depositions.  I'll just go through a few ground
8  rules, if that's okay.
9     I ask that you answer my questions audibly
10  and verbally today, so that as, like, nodding your
11  head or any nonverbal answers will not be noted by
12  the court reporter.
13    Does that work for you?
14    A.  Yes.
15    Q.  And for the benefit of the court
16  reporter, please wait until I've finished my
17  question before you begin to answer, and I will do
18  the same, wait until you are done answering before
19  I ask the next question.
20    Does that work?
21    A.  Yes.
22    Q.  And your attorney may object to my
23  questions.  I expect he will.  You should still
24  answer, unless your attorney instructs you not to
25  answer.  Understand?

11

1     A.  Yes.
2     Q.  And if you don't understand any part of
3  my question, will you please say so?
4     A.  Yes.
5     Q.  And if you do not ask for clarification,
6  I will assume you understood the question.
7     I would also ask that you ask me rather than
8  your lawyer for any clarification or definitions or
9  explanations of any words.
10    Does that work for you?
11    A.  Absolutely.
12    Q.  And if you need a break, please let me
13  know.  I'll just ask that you answer whatever
14  pending question we have before we go into that
15  break, if that's okay.
16    A.  Yeah, I appreciate that.  And a small
17  thing.  Is there a way you could angle your camera
18  down a little bit?  I'm seeing a lot of the top of
19  your head and your eyebrows.
20    Q.  I was trying to.  I'm also -- I think --
21  is that a little better?
22    A.  That's much better.  Thank you.
23    Q.  Okay.  Great.
24    You understand your testimony today is under
25  oath and that you're being videotaped?

12

1     A.  Yes.
2     Q.  And is there any reason you cannot
3  provide truthful or accurate testimony today?
4     A.  No.
5     Q.  You're not taking any medication that
6  would interfere with your ability to testify
7  truthfully?
8     A.  No.
9     Q.  So you said you were deposed 90 times.
10    About how many times have you been deposed
11  or submitted an expert report in preliminary
12  injunction or temporary restraining order
13  proceedings?
14    A.  I can't recall any temporary restraining
15  order proceedings.  Preliminary injunction
16  proceedings, somewhere, I think, less than ten, but
17  probably between seven and ten.
18    Q.  And were any of those patent
19  infringement cases?
20    A.  Yes.
21    Q.  Were any of those pharmaceutical-related
22  patent infringement cases?
23    A.  There was -- one that comes to mind was
24  a -- it was a dural sealant.  It was with the
25  pharmaceutical or surgical product.  I can't recall

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

4 (13 to 16)

---

13

1  them off the top of my head.
2      Q. And was that dura -- was that a drug or
3  a device?
4      A. It was -- I believe it was classified as
5  a device. It was a sealant, so it was a glue.
6      Q. So no other pharmaceutical-related
7  preliminary injunction proceedings come to mind?
8      A. Not come to mind. We can go through my
9  résumé, if you want, but I . . .
10     Q. Has a court ever excluded your opinions
11 or testimony?
12     A. In one case. It's under appeal right
13 now.
14     Q. And what were the circumstances of that?
15     A. It was a patent infringement case. I
16 was testifying on behalf of the plaintiffs. And
17 the plaintiffs had previously licensed the
18 patents-in-suit to another company. And I used
19 that license as the basis for my reasonable royalty
20 opinion. And the court felt like I had not
21 properly given credit to the patent other than the
22 patents-in-suit that were part of that license.
23     Q. And that's the only time that you're
24 aware of that your testimony was excluded, or --
25     A. There -- early on in my career there was

---

14

1  an order that came out that said that I could redo
2  my report. I never actually understood why. I'm
3  not sure if I hadn't seen something anyway.
4      And there was an order in the Lance
5  Armstrong case precluding me from testifying about
6  a specific agreement that was in that case.
7      Q. How did you prepare for today's
8  deposition?
9      A. I re-read my own declaration. I re-read
10 Dr. Selck's declaration. I reviewed some of the
11 underlying documents. I spoke with the attorneys,
12 and also reviewed the motion -- the, whatever it
13 is, countermotion? I'm not sure how to phrase it,
14 but it was Liquidia's filing that incorporated the
15 references to my declaration.
16     Q. And how long did you speak with
17 attorneys, more or less?
18     A. I believe it was about an hour -- I'm
19 sorry?
20     Q. I just wanted to clarify. In
21 preparation for the declaration -- I mean for the
22 deposition.
23     A. And I did understand it that way. About
24 an hour and a half.
25     Q. And about how long did you take to go

---

15

1  through materials in preparation for the
2  deposition?
3      A. It was most of the rest of the day
4  yesterday and a little bit of time on Wednesday.
5      Q. And have you discussed this deposition
6  with anyone other than counsel?
7      A. My wife knows it's happening, but . . .
8      Q. Understood.
9      Did you review Mr. -- or Dr. Channick's
10 expert report in preparation for today's
11 deposition?
12     A. No, I did not.
13     Q. But you reviewed that while you were
14 drafting your report?
15     A. No, I had a conversation with
16 Dr. Channick.
17     Q. And when was that conversation,
18 approximately?
19     A. It was a day or two before I filed my
20 report. It was relatively late in the process.
21     Q. And about how long was that
22 conversation?
23     A. Ten or 15 minutes.
24     Q. And what did you guys talk about?
25     A. I just wanted some additional detail

---

16

1  about diagnosing PAH and PH-ILD in patients.
2      Q. And what additional information did you
3  want?
4      A. So Dr. Selck and -- I'm trying to recall
5  the other evidence. There was some UTC evidence
6  describing the difficulty of discerning PAH and
7  PH-ILD. And I just wanted a little -- I didn't
8  feel like I had a really concise summary of that.
9  And so that's what I was asking Dr. Channick about
10 was, you know, how do you tell the difference? Are
11 they overlapping? Is it -- you know, essentially,
12 I started to have this idea or understanding that
13 maybe it wasn't very easy to put people into the
14 buckets, that it was a -- that there was a
15 significant amount of overlap. And that's what
16 Dr. Channick was describing to me was essentially
17 overlap in these disease states.
18     Q. And do you remember talking about
19 anything else other than the overlap in the disease
20 states?
21     A. We had a brief discussion about
22 off-label use.
23     Q. And what was that discussion about?
24     A. I'm trying to recall the details. I was
25 just -- what was I asking about? Oh, I think what

---

5 (17 to 20)

---

17

1 I was asking, I believe, was that Dr. Nathan had
2 testified about his use of a prior drug, and I
3 forget which one, to use off-label to treat PH-ILD,
4 and I was just asking about how easy or hard that
5 was to do.
6    Q. To use an off-label drug for PH-ILD?
7    A. Just about off-label drugs in general.
8 I didn't -- we didn't -- it was a very small part
9 of a short conversation.
10    Q. Okay. If I -- we've already started
11 using the term PH-ILD, but I assume that we can
12 agree that when we use the term PH-ILD, we're both
13 referring to pulmonary hypertension interstitial
14 lung disease? Can we agree on that?
15    A. Yes, that is my understanding as well.
16    Q. And then if I -- if you or I say PAH,
17 can we assume we're referring to pulmonary arterial
18 hypertension?
19    A. Yes. I think that's the WHO Group 1.
20 PH-ILD is WHO Group 3.
21    Q. Great.
22    MR. LOBEL: I would like to mark Exhibit 2,
23 which is your -- the declaration of Douglas Kidder.
24    (Exhibit 2 was marked for identification.)
25    Q. (By Mr. Lobel) And, Mr. Kidder, I am

---

18

1 happy to have the technician pull up your report on
2 the screen as we go through it, if that's what you
3 prefer. Otherwise, I'm just going to refer you to
4 paragraphs, and we can just use your paper copy.
5 Do you --
6    A. Oh, sure. I was just going to bring it
7 up on -- I'm just using the exhibit share. I see
8 Exhibit 3. No, Exhibit 3 is Dr. Selck. I
9 apologize. I need to go back. Yeah, Exhibit 2 is
10 my -- so I just brought it up on a separate screen,
11 so you can -- do you want to screen share? Okay.
12 Whatever works for you.
13    Q. Yeah, let's not screen share. I'll take
14 it down. I'd rather look at you than your report.
15    A. Yeah, that was my feeling, too.
16    Q. Great.
17    And then, just quickly, can you -- well,
18 Mr. Kidder, is this your report?
19    A. Yeah. And I'll just -- I'll verify on
20 the printed copy. I don't know --
21    Q. If you could just confirm your signature
22 on page 54?
23    A. Thank you. That's exactly where I was
24 going. Yes, that's my signature signed April 1st,
25 2024.

---

19

1    Q. Great.
2    And do you have any corrections that you
3 know of to your report?
4    A. I noticed some typos as I was reading
5 through it yesterday. You always find a typo
6 afterwards, but there wasn't anything material. I
7 think I repeated a word, or something like that.
8    Q. Okay. So no substantive corrections?
9    A. No.
10    MR. LOBEL: And then, I'm not going to
11 actually talk about it right now, but just for --
12 since you've already looked at it, I'd just like to
13 introduce Exhibit 3, which is the preliminary
14 declaration of Frederick Selck submitted on
15 February 26, 2024.
16    (Exhibit 3 was marked for identification.)
17    A. Yes, I have the printed copy of that,
18 and I had seen it previously in the exhibit share.
19    Q. (By Mr. Lobel) Great. And we'll come
20 back to that, but I'm going to start focusing on
21 your report.
22    Did you draft your report?
23    A. Yes.
24    Q. Who wrote the first draft?
25    A. I did.

---

20

1    Q. And how much time did you spend
2 preparing this report?
3    A. That's an interesting question. I'm
4 guessing, in total, 50 or 60 hours.
5    Q. And did anyone assist you in preparing
6 the report?
7    A. Yes.
8    Q. And who was that?
9    A. Primarily, it would have been David
10 Sanders.
11    Q. And he works at --
12    A. OSKR. Yes, he does.
13    Q. And you are paid $750 per hour --
14    A. My firm is paid $750 an hour for my time
15 spent, yes.
16    Q. That is a fair distinction.
17    And do you have any financial interest in
18 the outcome of this matter?
19    A. No.
20    Q. When were you retained as an expert in
21 this matter?
22    A. So I don't recall whether it was before
23 or after Dr. Selck's declaration. And the date on
24 that I'm seeing is February 26. It would have been
25 about that time frame.

---

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

6 (21 to 24)

---

21

1      Q.  And had you heard of Liquidia
2  Technologies prior to being retained?
3      A.  No.
4      Q.  Had you heard of United Therapeutics
5  Corporation?
6      A.  No.
7      Q.  So you graduated from Amherst; is that
8  right?
9      A.  That's correct.
10     Q.  And then you have a graduate degree, a
11  master's in science, from U.C. Berkeley?
12     A.  That's correct.
13     Q.  Do you have any clinical degrees?
14     A.  No.  I spent time working in a
15  pharmaceutical lab between college and graduate
16  school, but I have no degrees.
17     Q.  And what pharmaceutical lab was that?
18     A.  It was the laboratory of Dr. Paul Thut,
19  T-h-u-t, University of Maryland, Baltimore.  And
20  what we were doing was screening compounds for a
21  fast-acting muscle relaxant.
22     Q.  And did that result, to your knowledge,
23  in any therapy, therapeutic?
24     A.  I don't know, one way or the other.
25     Q.  And was that the one time you worked for

---

22

1  a pharmaceutical lab or a pharmaceutical company?
2      MR. MORTON:  Objection; form.
3      A.  Yeah, so my -- when I was at Amherst
4  College, my grandfather was a professor emeritus of
5  biology at Amherst, and I -- so I worked in his
6  laboratory during that time frame.  Most of that
7  was basic lab bench work.  We were culturing, and
8  he was studying enzyme activity.
9      Q.  When did you work at the pharmaceutical
10  lab for screening compounds --
11     A.  It would have been in the basically
12  latter part of 1983.
13     Q.  And, Mr. Kidder, are you an economist?
14     A.  I have no formal degrees in economics.
15  I have -- so I tend not to describe myself as an
16  economist, but I certainly know a lot of economic
17  theory.
18     Q.  And how did you come to know a lot of
19  economic theory?
20     A.  Starting with my time at Booz, Allen &
21  Hamilton working in strategy for Fortune 500
22  companies, one of the first big projects we did was
23  developing supply-and-demand curves for natural gas
24  in the UTC, and so that was kind of -- that would
25  have been back in, whatever it was, '86, '87, 1986

---

23

1  or 1987.  That was my first introduction to supply
2  curves, demand curves, microeconomics.  And it's
3  just kind of been for part of what I've been doing
4  for the -- since that time, so, it's an
5  embarrassingly long time.  What is that, 38 years?
6  Ouch.  Okay.
7      Q.  And you -- I'm referring to paragraph 5
8  of your report.  You write that you've published
9  and spoken on business and valuation issues mostly
10  related to intellectual property.
11     Have you published or spoken on business
12  valuations related to pharmaceutical patents?
13     A.  Not pharmaceutical patents specifically.
14  I believe there are some mentions in those
15  articles.  Pharmaceutical patents tend to be sort
16  of a different -- they have slightly different
17  characteristics than a lot of other patents if
18  they're on the compound themselves.
19     Q.  And what do you mean "slightly different
20  characteristics"?
21     A.  With the pharmaceutical -- you know, if
22  you've got a patent on the compound itself as
23  opposed to a method of use, the question of
24  infringement is usually sort of not debated.
25  You've got the compound or you don't have the

---

24

1  compound.
2      Q.  Any other differences you were referring
3  to?
4      A.  No, that's -- there's that clarity about
5  infringement.
6      Q.  In any of the -- in any of your
7  publications or speeches, did you discuss
8  pharmaceutical markets specifically?
9      A.  I don't believe so.
10     Q.  It also says you've co-authored seven
11  published articles relating to intellectual
12  property damages.
13     Were any of those publications related to
14  pharmaceutical patents?
15     A.  That's what I was referring to earlier,
16  not specifically --
17     Q.  Oh, okay.
18     A.  But -- I'm sorry.  I -- maybe I
19  misunderstood your prior question, but no, there
20  are, I believe, some references to pharmaceutical
21  patents in there, but . . .
22     Q.  Okay.  I'm missing exactly where, but
23  you write somewhere that you were part of the
24  Licensing Executives Society.  I think that's in
25  paragraph 3.

---

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

7 (25 to 28)

25

1      What's the Licensing Executives Society?
2      A. It's basically a group of people who are
3 interested in intellectual property licensing. It
4 spans -- as far as I know, it's worldwide. And
5 it's -- it involves people who are damages experts,
6 people who are licensing -- that were involved in
7 licensing and outlicensing of various companies.
8 They have a publication that deals with, basically,
9 licensing issues. And they also -- they do some
10 surveys that are interesting at times.
11      Q. And is it a specific type of technology
12 that's licensed, or does it --
13      A. Oh, it's broad. It's pharmaceutical.
14 It's high-tech. It's mining, you know, whatever.
15      Q. And as a member, what specifically do
16 you do with the Licensing Executives Society?
17      A. I find it just useful to keep up on what
18 people are writing about. It's sort of a
19 collection of people around the world who are
20 interested in these topics.
21      And so the les Nouvelles, which is a journal
22 that comes out of the Licensing Executives Society,
23 I review, see if there are interesting articles,
24 read the interesting articles, look at the --
25 things like surveys, the results of those, I

26

1 understand what other people are seeing and
2 thinking.
3      Q. I see that you're a former director of
4 i-CAP Partners.
5      What is i-CAP Partners?
6      A. It was a venture capital fund.
7      Q. And it says you invest in technology
8 companies.
9      What sort of technology?
10      A. That was some years ago. It's funny. I
11 recall there was software investment. I do not
12 recall the rest of them. Again, that was -- that
13 would have been a number of years ago.
14      Q. So you don't remember a pharmaceutical
15 focus of the investments?
16      A. It was not pharmacy focused, no, that is
17 true.
18      Q. So currently, what percentage of your
19 job would you say is in litigation?
20      A. Probably 90 -- well, right now, I
21 believe it's a hundred percent litigation. It
22 varies by time frame. Over the course of my
23 career -- well, over the course of my time at OSKR,
24 it's been probably 95 percent litigation-focused.
25      Q. And how long have you been at OSKR?

27

1      A. We started in 2007.
2      Q. An interesting year with the markets.
3      What percentage of your work is for
4 defendant side of litigation?
5      A. So that's always an interesting
6 question, because, you know, we've got -- what are
7 they? What do you call them when where the
8 defendant sues first? I'm sorry. I'm blanking on
9 that term. When somebody's going to be accused of
10 a patent infringement --
11      Q. Oh, a declaratory judgment?
12      A. Thank you. Declaratory judgment. So
13 that gets a little difficult.
14      I would say that more of my work has been
15 focused on people -- or companies accused of patent
16 infringement than people accusing other --
17 companies accusing others of patent infringement.
18      Q. Okay. And, like, two-thirds/one-third,
19 or more than that?
20      A. I don't really have a -- I don't have a
21 good number for that. One thing I would point out,
22 though, I think in almost every case where I am
23 working for the company that's been accused of
24 patent infringement, I am offering an affirmative
25 opinion that says, here is a proper quantum of

28

1 damages.
2      So it's -- you know, and I think that's true
3 on the plaintiff's side, too, is you offer a
4 quantum of damages, and you apply to somebody
5 else's, so it's, you know -- I'd say that in almost
6 every case, I've offered an affirmative opinion of
7 the proper quantum of patent damages.
8      Q. Have you ever worked on a case involving
9 the 505(b)(2) pathway?
10      A. No, I have not.
11      Q. So you don't have a medical degree,
12 correct?
13      A. That is correct.
14      Q. Do you have any sort of life-science
15 degree?
16      A. Not a degree, no.
17      Q. You're not holding yourself out as a
18 medical expert in this --
19      A. No, I -- my apologies. I am not. I am
20 a damages expert. I am not a technical expert.
21      Q. And you're not a scientific expert?
22      A. That is correct.
23      Q. And you've never diagnosed or been
24 involved in the treatment of any disease state
25 professionally?

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 141 of 224
PageID #: 6014

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

8 (29 to 32)

29
1    A. No, I haven't suggested treatments for
2 other people.
3    Q. And you said this is the first time you
4 worked on a matter involving 505(b)(2) pathways.
5    Is this also the first time you've worked on
6 a matter involving any form of pulmonary
7 hypertension?
8    A. Yes, it is.
9    Q. Do you consider yourself an expert in
10 pharmaceutical markets?
11    MR. MORTON: Object to the form.
12    A. It's not an easy question to answer,
13 because the fundamentals of markets are true across
14 markets. So, I mean, the DOJ, for example, doesn't
15 have a specific guideline for how you define a
16 pharmaceutical market different from how you define
17 any other market.
18    As part of my work, I am very familiar with
19 markets and with the underlying ideas of
20 competition. So I don't know what more you want me
21 to say on that.
22    Q. And so you've studied markets, in
23 general.
24    I guess, how much of your work has been on
25 offering opinions involving pharmaceutical markets

30
1 as opposed to other types of markets?
2    A. I think you're drawing a distinction
3 that's probably not particularly germane. You
4 know, most of my work has not been in
5 pharmaceuticals.
6    Q. Do you consider yourself an expert in
7 the andapath [sic] line?
8    A. No.
9    Q. Do you consider yourself an expert in
10 payor dynamics in pharmaceutical markets?
11    A. No.
12    Q. Do you consider yourself an expert in
13 PBM behaviors?
14    A. No.
15    MR. MORTON: Objection to form.
16    Q. (By Mr. Lobel) Do you consider yourself
17 an expert in pharmaceutical formularies?
18    A. No.
19    Q. Do you consider yourself an expert in
20 Dr. Selck's prescription behaviors?
21    A. I wouldn't call myself an expert.
22 It's -- I've run across that in a number of cases.
23    Q. Do you consider yourself an expert in
24 drug pricing?
25    MR. MORTON: Objection; form.

31
1    A. No, I don't consider myself an expert in
2 drug pricing.
3    Q. (By Mr. Lobel) Turning briefly to your
4 materials considered, which I believe is Exhibit 2
5 of your declaration . . .
6    A. Yeah, I'll just try scrolling down to
7 it. Yes.
8    Q. Are you aware that you considered any
9 documents or information not -- or any documents
10 not included in this documents-considered list?
11    A. No. We try to be complete. And it's
12 interesting. I didn't realize that I actually had
13 the PI declaration of Dr. -- oh, it's Selck.
14 Sorry. Don't know why there's a missing line under
15 "Declarations." I assume that's a typo.
16    No, we -- we went through -- so I can
17 describe our process, but we went through all of
18 the documents that we had and produced them to the
19 attorneys and listed them on this list. And my
20 understanding was that everything we produced to
21 the attorneys was subsequently Bates-stamped and
22 given to you in production.
23    Q. And how did -- what process did you go
24 about in identifying these materials?
25    A. I need a little more clarity on that.

32
1    Q. Did you -- that's not an important
2 question. I'll move on.
3    Let's go to paragraph 1 of your report.
4    A. All right. Scrolling back up. Yes.
5    Q. You write you were retained on behalf of
6 Liquidia to review and comment on the declaration
7 submitted by Frederick Selck.
8    Do you see that?
9    A. Yes.
10    Q. And is that the full scope of your
11 assignment?
12    A. Yes.
13    Q. So do you have any affirmative opinions
14 in your report?
15    MR. MORTON: Object to form.
16    A. Sorry. So only in response to opinions
17 that were offered by Dr. Selck.
18    Q. (By Mr. Lobel) And in forming your
19 opinions, you assume that the '327 patent is valid,
20 enforceable and infringed, correct?
21    A. That is correct.
22    Q. Did you make any other assumptions about
23 the '327 patent?
24    A. No, I -- it's interesting. I don't -- I
25 don't believe so, no.

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 142 of 224
PageID #: 6015

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

9 (33 to 36)



33

1    Q.  Do you believe that UTC and Liquidia are
2  competitors?
3    A.  Sorry.  I'm -- that's a, in some ways, a
4  complicated question.  In this case, I think
5  it's -- I think it's fair to characterize Liquidia
6  and UTC as competitors because they sell competing
7  products.
8    Q.  And so do you believe Liquidia's
9  Yutrepia product will compete with UTC's Tyvaso
10 products?
11   A.  Yes, that is my understanding.
12   Q.  And is that what you were referring to
13 when you said that Liquidia and UTC sell competing
14 products?
15   A.  Yes.
16   Q.  If Liquidia is allowed to launch
17 Yutrepia for PH-ILD, do you agree that Yutrepia and
18 the Tyvaso products will compete for patients
19 diagnosed with PH-ILD?
20   A.  I do think they will compete for
21 patients.  I'm sorry.  I'm just making sure I heard
22 you correct.  I do believe that Yutrepia will, if
23 it is approved for PH-ILD, that it will prescribed
24 for patients who have been diagnosed with PH-ILD.
25 And to that extent, there is a chance that they

34

1  will be competing with Tyvaso for that patient.
2  There's a chance they may not be.
3    Q.  And what do you mean there's a chance
4  they may not be?
5    A.  The number of patients that are
6  estimated to have PH-ILD in this country varies
7  widely, but it's between something like 30,000 and
8  70,000.
9
10
11
12
13         So if the patient comes from that
14 population, then the sale of Yutrepia will not
15 displace the sale of Tyvaso.
16   Q.  And conversely, what did you mean that
17 there's a chance they will be competing for
18 patients with PH-ILD?
19   A.  It's if the diagnosed patient is
20 considering, or the -- let me put it this way.  If
21 the doctor who is prescribing for the patient is
22 considering Tyvaso as well as Yutrepia, then there
23 will be an element of competition there.  It's more
24 complex than just what the doctor wants, but it --
25 essentially, what I'm distinguishing between is the

35

1  subset of PH-ILD patients that Tyvaso believes
2  they're going to access and the other, you know, at
3  least half that they are not going to access.
4    Q.  Would you agree that both Liquidia and
5  UTC would want to access as many patients with
6  PH-ILD as possible?
7    A.  I think that, generally, companies want
8  to maximize their sales, so I do believe that both
9  companies are trying to sell more of their
10 products, yes.
11
12
13
14
15
16
17
18
19
20
21   Q.  (By Mr. Lobel)  On page 10,
22 paragraph 18, you note that Liquidia believes that
23 Yutrepia offers advantages relative to other
24 therapies for PAH and PH-ILD.
25      Do you see that?

36

1    A.  Yes, I do.
2    Q.  And you only rely on Liquidia's
3  statements for this point, correct?
4    A.  Well, certainly, paragraph 18.  I'm
5  just -- I don't recall whether there are other
6  references throughout the declaration.
7    Q.  You didn't rely on Dr. Channick, for
8  example, for this point, did you?
9    A.  I don't believe it came up in
10 conversation with Dr. Channick, no.
11   Q.  And you didn't do an independent
12 assessment as to whether Yutrepia offers advantages
13 relative to other therapies?
14   A.  That's correct.
15   Q.  Do you believe that payors and PBMs will
16 view Yutrepia and the Tyvaso products as
17 competitors?
18   A.  I don't have any particular insight into
19 what the PBMs are going to think or not think.
20   Q.  So you don't have a viewpoint either
21 way?
22   A.  That is correct.
23   Q.  Do you believe that payors and PBMs will
24 view the Tyvaso products and Yutrepia as
25 alternatives?

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 143 of 224
PageID #: 9016
OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

10 (37 to 40)

---

37

1    A. I -- you know, I can look at that from a
2  basic economics and strategy perspective, but I
3  don't have any -- as I said, I don't have any
4  particular insight into what their thought
5  processes are going to be.
6    Q. From a basic economics and strategy
7  perspective, do you believe that the payors and
8  PBMs will view the Tyvaso and Yutrepia products as
9  alternatives?
10   A. I would say that Yutrepia and the Tyvaso
11 products are partial substitutes. They're not, you
12 know, perfect substitutes, but they're certainly --
13 there's a degree of substitutability between those
14 products.
15   Q. And that's true if Yutrepia has approval
16 for both PAH and PH-ILD?
17   MR. MORTON: Objection; form.
18   A. So, I'm sorry, the question -- so can
19 you -- maybe you can make that a complete question.
20   Q. (By Mr. Lobel) Well, if Yutrepia's
21 approved for both indications, PAH and PH-ILD, it
22 will have the same indications as the Tyvaso
23 products, correct?
24   A. Yes.
25   Q. Now, if Yutrepia only launches on one

38

1  indication, PAH, then Yutrepia and the Tyvaso
2  products will be differentiated as to approved
3  indications, correct?
4    A. Correct.
5    Q. Turning to paragraph 47 on page 25, you
6  critique Dr. Selck's -- the beginning of your
7  critique of Dr. Selck --
8    A. Hang on a second. I'm getting down to
9  47.
10   Q. Yeah. Sorry. I forgot you're
11 scrolling.
12   A. I'm not scrolling as fast. Yes, maybe
13 if I was using paper, that's an advantage. Okay.
14 Sorry. So paragraph 47,
15   Q. And in this section, you critique
16 Dr. Selck's stock price analysis, essentially?
17   A. Yes.
18   Q. But you ultimately conclude that UTC and
19 Liquidia's stock prices indicated there was a
20 statistically significant change in UTC's -- in
21 Liquidia's stock price on December 20th, 2023; is
22 that right?
23   A. That's correct. That's much lower down,
24 but yes.
25   Q. And that was following the Federal

39

1  Circuit affirmation of the PTAB decision to
2  invalidate the '793 patent; is that right?
3    A. That's correct.
4    Q. And Liquidia's stock has been affected
5  by rulings in the prior patent case with UTC as
6  well, correct?
7    A. That's correct. It appears to react
8  more strongly to rulings in the prior patent case
9  than UTC stock does.
10   Q. And Liquidia's stock also reacted to the
11 launch of Tyvaso DPI; is that right?
12   A. I'm just scrolling down to my Table 9 on
13 page 29. And the -- yeah. On May 23rd and -4th,
14 Tyvaso DPI received FDA approval, and yes,
15 Liquidia's stock took a statistically significant
16 drop at that point.
17   Q. So based on your stock market analysis,
18 do you agree that investors expect direct
19 competition between Yutrepia and the Tyvaso
20 products?
21   MR. MORTON: Objection to form.
22   A. So I'll give you my lecture about direct
23 competition. Adding "direct" to "competition"
24 doesn't actually help. It doesn't clarify
25 anything. And people think that it's a different

40

1  thing. So I would agree that investors expect
2  there to be competition between Liquidia and UTC,
3  yes.
4    Q. (By Mr. Lobel) You think your stock
5  market analysis shows that there is competition --
6  or that investors see competition between the
7  Tyvaso products and Yutrepia?
8    A. Yes.
9    Q. And turning to page 35, paragraph --
10 sorry, in paragraph 77, you have a section called
11 "PH-ILD Market."
12   A. Yes.
13   Q. Let me know when you are there.
14   A. Yeah, I am there. Thank you.
15   Q. And in this section, you're discussing
16 Dr. Selck's opinion that there is a separate market
17 for PH-ILD?
18   A. Yes.
19   Q. What is a market, in your view?
20   A. Sorry. I'm laughing because this has
21 long been one of my beefs with economics, is that
22 as a profession, economics is centered on the idea
23 of a market, and yet the best working definition of
24 a market actually comes out of the DOJ who has to
25 wrestle with this very directly. So the -- I

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

11 (41 to 44)

**41**

1 believe that the SSNIP test is the best way to
2 identify a market.
3     Q.  Okay.  And so that's a way to identify
4 it, but just conceptually, without a task like --
5 well, what is a -- what do you consider a market to
6 be?
7     A.  Ah, okay.  I'm sorry.  I misunderstood
8 your question.
9         So as a general proposition, a market
10 involves products that are substitutes.  And that's
11 a -- substitutes is a complicated question, but
12 it's sort of a general shorthand, lay description.
13 That's not a bad way to think about it.
14     Q.  And you mention -- do I say, "the SSNIP
15 test"?
16     A.  Yes.
17     Q.  Would you agree that there are different
18 ways to analyze the question:  What is a market,
19 the SSNIP test being one of them?
20     A.  I'd love to see any other workable
21 definition.  I'm genuinely not aware of anything
22 other than sort of hand-waving about what a market
23 is other than the SSNIP test.
24     Q.  So it's your testimony that the SSNIP
25 test is the only reliable test for a market?

**42**

1     A.  That is not my testimony.  I said that I
2 am unaware of any other workable definitions.
3     Q.  Okay.  What is a submarket?
4     A.  I think that depends on who you ask.
5 I'm not sure -- excuse me?
6     Q.  I'm asking your opinion.  What -- in
7 your opinion, what is a submarket?
8     A.  I don't have a good definition for
9 either a submarket or a market segment, because,
10 you know, the fundamental underlying question comes
11 to substitutability of products and the jury [sic]
12 of substitution.  And it essentially -- you know,
13 you can ask a question about the cross-price
14 elasticity of demand for two products and things
15 like that, but I don't know that there's -- there's
16 a line that gets crossed or something that says
17 that these two are now a submarket, and this is the
18 overall market.
19         And I don't -- it's kind of a fractal
20 problem.  I don't know that describing something as
21 a submarket -- I'm not sure what the
22 characteristics of a submarket are that make it
23 different from the characteristics of a market.
24     Q.  You don't offer any opinion on what the
25 appropriate market is here, do you?

**43**

1     A.  That is correct.  I have not come to
2 that opinion.
3     Q.  You just disagree with Dr. Selck's basis
4 for asserting there is a separate PH-ILD market?
5     A.  I wouldn't say "just," but I strongly
6 disagree were Dr. Selck's assertion that there is a
7 PH-ILD market.
8     Q.  In paragraph 79, you state in the last
9 sentence, "Under any definition, he opines that UTC
10 is the only company in the market."
11         Do you see that?
12     A.  Yes.
13     Q.  What point are you trying to make in
14 this sentence?
15     A.  So paragraph 79 took me a surprisingly
16 long time to write, because Dr. Selck had used this
17 idea -- he repeatedly used the phrase "PH-ILD
18 market.  PH-ILD market."  And so the immediate
19 question I had was:  What's his definition of that?
20         And in his declaration, he offers two
21 slightly different versions.  And then in his
22 deposition, he offered a novel version.
23         And my point -- and so I had written
24 paragraph 79 from the point of view of his
25 declaration, then when I got his deposition, I

**44**

1 realize I had to go back and, like, re-think and
2 add stuff.
3         And my point was that basically, the
4 underlying construct for him is that in this PH-ILD
5 market, however he was going to define it, was that
6 UTC was the only company that was selling a drug
7 that was approved for the PH-ILD indication.
8     Q.  In your opinion, can a market contain
9 only one company?
10     A.  Yes, a market could contain a single
11 company.  It's called monopoly.
12     Q.  You criticize Dr. Selck for being aware
13 of the SSNIP test but not applying it.  I believe
14 that's in paragraph -- or starting in paragraph 80.
15 Is that right?
16     A.  Yes.  He was specifically asked about it
17 in his deposition.
18     Q.  And the SSNIP test is a hypothetical
19 monopolist test?
20     A.  That's correct.
21     Q.  And that's relevant to evaluating an
22 antitrust market; is that right?
23     A.  Yes.  It is applied by the DOJ in the
24 context of an antitrust market.  I have found it
25 useful in market definitions, in general.

45

1    Q.  In your opinion, is the SSNIP test
2  required to determine the relevant market for
3  determining damages in a patent infringement case?
4    A.  I don't believe it's a requirement.
5  I've seen a lot of bad market definitions in patent
6  infringement cases before.
7    Q.  Are you aware of any case -- of any
8  opinions of a patent infringement case being
9  excluded for failure to use the SSNIP test?
10    A.  I'm not aware of that, no.
11    Q.  In your opinion, is the SSNIP test
12  required for assessments of irreparable harm in a
13  patent infringement case?
14    A.  So first of all, that's a legal
15  question.  I don't have legal opinions.  The -- my
16  point of the SSNIP test was that Dr. Selck, his
17  definitions clearly fail the SSNIP test.  So by
18  that definition, there is no PH-ILD market.
19    Q.  Have you offered opinions about markets
20  in patent infringement cases where you have not
21  used the SSNIP test?
22    A.  In general in my work, what I look at is
23  the substitution and the degree of substitution
24  between two different products.  I have in the past
25  relied on the definition of a market as proposed by

46

1  Gardner, Forrester, or somebody else who is looking
2  at market shares.  So use that to use the state
3  industry's more flow market share apportionment
4  without personally doing a SSNIP test to decide
5  whether or not that's the appropriate market, yes.
6    Q.  Do you think the SSNIP test is necessary
7  to determine the market in this case?
8    A.  I think it's a variant of your previous
9  question about whether it's required.  I -- in my
10  view -- the problem is what Dr. Selck has done is
11  just propose a market without ever thinking about
12  whether that actually the market and the one he's
13  proposed clearly doesn't pass the SSNIP test.
14    Q.  So is it your opinion that if the PH-ILD
15  market as put forth by Dr. Selck is not formally
16  established using the SSNIP test to be a separate
17  market, then there is no possibility of harm to
18  United from Yutrepia receiving an indication for
19  PH-ILD?
20    MR. MORTON:  Objection to form.
21    A.  Sorry.  I think you're conflating a
22  couple of things.  My belief is that Dr. Selck
23  throughout -- has this clear error running
24  throughout his declaration asserting that there is
25  irreparable harm, and that clear error is a belief

47

1  that there is a separate market for PH-ILD.
2    And so I don't believe that Dr. Selck has
3  shown that, A, there is a separate market for
4  PH-ILD and, therefore, all of his conclusions that
5  rest on that assumption are also shown to be wrong,
6  or unsupported.
7    Q.  (By Mr. Lobel)  Now, UTC discusses
8  PH-ILD as a market, correct?
9    A.  I would like to see that.  That doesn't
10  ring any particular bells for me.
11    Q.  If you look at paragraph 44 of your
12  report, which is on page -- well, starts on
13  page 23, but I am referring to the quote you
14  include on page 24.  Let me know when you're there.
15    A.  Yes, I do see that.  And that's a
16  question that was posed to, was it Michael
17  Benkowitz by an analyst.
18    Q.  Right.  And Mr. Benkowitz says, I think
19  it's the last sentence of his first paragraph, "I
20  think it is fair to say that we are kind of in that
21  low single digits of the PH-ILD market." And he
22  goes on to say, in the next paragraph, "I mean,
23  that's a really good-sized market for us."
24    Do you see that?
25    A.  Yes.  And my understanding is he's

48

1  talking about patients with PH-ILD.  It's not
2  obvious to me that that's a market.
3    Q.  And why not?
4    A.  So this gets back to Dr. Selck's
5  deposition definition where he says that, you know,
6  it's patients with PH-ILD.  And the problem is that
7  diagnosing someone with PH-ILDs is difficult.  And
8  I think the phrase that Dr. Channick used was, you
9  know, people sort of exist on this spectrum.  And
10  so there's no clear distinction between what you
11  would call the PAH market and the PH-ILD market.
12    Q.  Okay.  Are you aware that Liquidia
13  discusses a PH-ILD market as separate from a PAH
14  market?
15    A.  I'm happy to review something if you've
16  got it in mind.  It doesn't -- I didn't look at
17  that.
18    MR. LOBEL:  Mr. Potler, if we could pull up
19  tab 11, which I will mark as Exhibit 4.
20    TECHNICIAN:  Stand by one moment.
21    (Exhibit 4 was marked for identification.)
22    TECHNICIAN:  It should be uploading to the
23  files for now.  Would you like me to bring it up on
24  the screen, also?
25    MR. LOBEL:  Yeah, that'd be great.  We'll

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 146 of 224
PageID #: 6019

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

13 (49 to 52)

49

1  just be looking at it briefly.
2      Q.  (By Mr. Lobel)  So this is Liquidia's
3  J.P. Morgan Healthcare conference, January 10,
4  2024, PowerPoint presentation with Bates number
5  starting at UTC_PH-ILD_009374.  If we could turn to
6  page 5, Bates numbers ending with 378, Liquidia, at
7  the top, discusses, "PAH and PH-ILD Represent
8  Attractive Markets With Unmet Need."
9      Do you see that?
10     A.  Yes, I do.
11     Q.  So it appears that Liquidia tracks PAH
12 and PH-ILD patients separately.
13     Would you agree with that?
14     A.  I don't know if they track them
15 separately.  This is a graphic that separates WHO
16 Group 1 and Group 3, PAH and PH-ILD.
17     Q.  And Liquidia states there's 40,000 plus
18 treated patients under PAH.
19     Do you see that?
20     A.  Yes.
21     Q.  And that those patients have a
22 three-year survival rate of approximately 75
23 percent?
24     A.  Yes.  That's the next line down, yes.
25     Q.  And then for PH-ILD, they track about

50

1  60,000 plus prevalent patients.
2      Do you see that?
3      A.  Yes, I do.
4      Q.  And they have approximately a 35 percent
5  three-year survival, correct?
6      A.  Yes, I do see that.  These look like
7  they were statistics, so cites 1, 2 and 3, there's
8  a reference to what looks like an article in a
9  journal, something "CVrg Market Strategies."  I'm
10 not sure what that is.  And the last one is another
11 cite to an article.  Looks like somebody's tried to
12 identify patient counts from those and survival
13 rates from people that are diagnosed with these
14 conditions.
15     Q.  So would you agree that Liquidia tracks
16 PAH patients separately from PH-ILD patients?
17     A.  I can't agree with that comment.  I can
18 look at the slide.  I can say that I agree that
19 this slide appears to rely on third-party sources
20 to estimate the number of treated patients, the
21 number of prevalent patients for PAH and PH-ILD.
22 What Liquidia's internal practices are, I don't
23 know.
24     Q.  Do you agree that at J.P. Morgan, they
25 are representing PH-ILD and PAH to be separate

51

1  markets?
2      MR. MORTON:  Objection.
3      A.  Well, kind of yes and no in that those
4  two join at the top.  It's sort of in the figure of
5  a lung, it looks like.  I'd have to know what they
6  actually said at the conference.  I mean, we can
7  both look at the slide and discuss what it is, but
8  as to how they track it and think about it and talk
9  about it, I don't know.
10     Q.  (By Mr. Lobel)  And if we scroll to
11 page 18 with Bates numbers ending in 391, do you
12 see on the right-hand side that Liquidia plans to
13 conduct a single global Phase 3 study in PH-ILD?
14     A.  Yes, I see that.
15     Q.  And so do you believe that supports
16 Liquidia's view of PH-ILD as its own unique disease
17 state separate from PAH?
18     MR. MORTON:  Objection to form.
19     A.  I, you know, I don't know.  I recall
20 seeing some discussions about the difficulty of
21 identifying PH-ILD candidates for a study, but --
22 so I don't -- I don't know how these were
23 determined.  You're asking essentially a clinical
24 question.
25     MR. LOBEL:  We can take that -- we can take

52

1  down Exhibit 4.
2      Q.  (By Mr. Lobel)  Are you aware that
3  Liquidia's lawyers discussed PH-ILD market in its
4  brief that your declaration accompanied?
5      A.  I didn't catch that, no.
6      Q.  As of today, how many products are
7  currently approved therapies to treat PH-ILD?
8      A.  It is my understanding there are two.
9      Q.  And that's Tyvaso DPI and nebulized
10 Tyvaso?
11     A.  Yes, those are the two I was thinking
12 of.
13     Q.  So if Yutrepia is approved for PH-ILD,
14 it will be the third therapy to treat PH-ILD?
15     A.  I believe that's correct, yes.
16     Q.  And if Yutrepia launches on PAH only and
17 not for PH-ILD, do you agree there will still only
18 be one treprostinil provider for PH-ILD?
19     MR. MORTON:  Objection to form.
20     A.  I'm sorry.  I sort of lost the thread of
21 that question.
22     Q.  (By Mr. Lobel)  I can ask it again.
23     If Yutrepia launches on PAH only, but not
24 for PH-ILD, there will still only be two approved
25 therapies for PH-ILD, correct?

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 147 of 224
PageID #: 6026

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

14 (53 to 56)

**53**

1    A. Yes.
2    Q. Now, if we turn to paragraph 9 of your
3 report on page 4.
4    A. I'm just bringing that back up again.
5 Sorry. I was looking for a way I could type in a
6 page number, but I'm just not seeing it, so I got
7 to scroll. All right. So page 4, paragraph 9.
8    Q. On the first sentence, you say, "Any
9 such harm would apparently happen slowly, if at
10 all."
11    Do you see that?
12    A. Yes.
13    Q. And what did you mean by "harm" in that
14 sentence?
15    A. I meant any lost sales to UTC.
16    Q. And are you not referring to price
17 erosion in that sentence?
18    A. No, I -- no.
19    Q. You note that Dr. Selck -- I'm still
20 focusing on that same paragraph.
21    You note that Dr. Selck characterized the
22 proposed market, the PH-ILD market, as nascent with
23 a rate-limiting step.
24    Do you see that?
25    A. Yes.

**54**

1    Q. And you note that it's nascent three
2 years after Tyvaso was first approved for a PH-ILD
3 indication, correct?
4    A. Yes.
5    Q. Do you agree that the PH-ILD -- well, do
6 you agree that Dr. Selck's PH-ILD market is
7 nascent?
8    A. So first of all, it presupposes a PH-ILD
9 market. It's his description. He's calling it
10 nascent three years later. And it's got a
11 rate-limiting step, both which indicate that it's
12 small, and growing slowly. And -- anyway, so small
13 and growing slowly, I believe, is a reference to
14 the count of patients who are diagnosed with PH-ILD
15 and receiving Tyvaso.
16    Q. And what is a nascent market?
17    A. That's a great question for Dr. Selck.
18    Q. Well, you write in your last sentence,
19 "A market that is still nascent after three years
20 with a rate-limiting step suggests a lack of
21 urgency even if the patent is assumed to be found
22 valid" --
23    (Reporter clarification.)
24    Q. Yes. I said -- I was reading his last
25 sentence of paragraph 9, which is, "A market that

**55**

1 is still nascent after three years with a
2 rate-limiting step suggests a lack of urgency even
3 if the patent is assumed to be found valid and
4 infringed at the trial in 2025."
5    Mr. Kidder, what is your basis to say that a
6 market that remains nascent after three years
7 suggests a lack of urgency?
8    A. So recognize that Dr. Selck is
9 characterizing this market he's proposing as being
10 nascent after three years. That suggests that it
11 is not growing rapidly, or essentially coming into
12 fruition quickly. That's a three-year time period.
13 We've got a one or one-and-change-year time period
14 before trial, and so there is nothing in
15 Dr. Selck's description that would suggest that
16 this market is going to grow rapidly, or something
17 is going to change quickly between now and trial,
18 suggesting that there is, in fact, no urgency to
19 this.
20    Q. So are you not saying that UTC has a
21 lack of urgency in this sentence?
22    MR. MORTON: Object to form.
23    A. I feel like we're missing each other a
24 little bit. My point is that what we're -- the
25 underlying question we're looking at is irreparable

**56**

1 harm. Is there something that suggests that unless
2 the judge acts now, that things are going to be
3 essentially irreparable or unfixable in a year and
4 change?
5    And my point is that the market, if it's
6 small and growing slowly, there isn't going to be a
7 tremendous distinction between now and trial,
8 suggesting that something, if it's not done now,
9 it's not going to be able to be done in a year and
10 change.
11    Q. (By Mr. Lobel) Do you assume that
12 PH-ILD patients are readily identifiable?
13    A. No, I do not.
14
15
16
17
18
19
20
21
22
23
24
25    MR. MORTON: Object to form.

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

15 (57 to 60)

57

1    A.  As a subpart of their, UTC's motivation
2  to sell as much Tyvaso as possible, I think
3  that's -- it should be a helpful lever for that,
4  yes.
5    Q.  (By Mr. Lobel)  And are you aware of any
6  supply or manufacturing issues for Tyvaso products
7  that would limit UTC's ability to fulfill any
8  increased demand?
9    MR. MORTON:  Objection; form.
10    A.  No, I have not -- I have not looked at
11  UTC's manufacturing capability at this stage.
12    Q.  (By Mr. Lobel)  What did you mean by
13  "rate-limiting step"?
14    A.  It was a phrase that I used from
15  Dr. Selck.  Dr. Selck characterized it as a
16  rate-limiting step.  And my understanding of how he
17  was using that was the difficulty in identifying
18  PH-ILD patients.
19    Q.  And do you agree that the difficulty in
20  identifying PH-ILD patients is a rate-limiting
21  step?
22    A.  I don't have an opinion, one way or the
23  other.  My point is that this is Dr. Selck's
24  opinion.  And Dr. Selck's opinion, I think,
25  justifies my comment that there's a lack of urgency

58

1  here.
2    Q.  If we turn to paragraph 92 of your
3  report, which is on page 39.
4    A.  Huh, got very close.  92, yes.
5    Q.  And you write, "Dr. Selck also claims
6  that there is a separation between his PAH market
7  and PH-ILD market because writing prescriptions for
8  PH-ILD off-label would be rejected by insurers."
9    Do you see that?
10    A.  Yes.
11    Q.  And I believe in the quote you include,
12  he says it would be rejected by the payor or the
13  PBM.  And that's on the next page.
14    A.  Yes, it's the final sentence of that
15  quote, yes.
16    Q.  Do you agree with Dr. Selck that writing
17  prescriptions for PH-ILD off-label would be
18  rejected by insurers?
19    A.  I don't have a particular opinion on
20  that.  The final paragraphs, 93 and 94, point out
21  that other drugs have been prescribed for PH-ILD
22  off-label.  So we sort of have in existence proof
23  that Dr. Selck's opinion about being rejected by
24  the payor or the PBM isn't uniformly correct.
25    Q.  And you're referring in paragraphs 93

59

1  and 94 to, I'm probably going to mispronounce this,
2  but sildenafil being prescribed off-label; is that
3  correct?
4    A.  That is correct.
5    Q.  And Dr. Nathan testified about writing
6  sildenafil off-label prior to the existence of any
7  approved products for PH-ILD; is that right?
8    A.  That is correct.
9    Q.  And to your knowledge, is sildenafil a
10  drug that requires prior authorizations?
11    A.  I do not know.  I haven't looked into
12  that.  And the other thing I was realizing in
13  reviewing this just now was that there is also
14  evidence I'm aware of doctors using Tyvaso
15  off-label for PH-ILD.
16    Q.  And where is that in your report?
17    A.  It's not in my report.  This came
18  from -- it was reviewing the brief yesterday filed
19  by the Cooley attorneys and referencing -- I
20  believe Dr. Channick testifies to that.  But it was
21  just something I noted as I was going -- doing my
22  studying.
23    Q.  So your testimony about there being
24  Tyvaso products written off-label for PH-ILD is
25  from the Liquidia brief written by Cooley?

60

1    A.  Correct, citing to Dr. Channick's
2  declaration, which I did not read to -- I assume
3  they characterized it correctly.  But my only point
4  is it's not only -- and I apologize for
5  mispronouncing this as well, the sildenafil, but it
6  appears to be there were other off-label uses, too.
7    Q.  And so the Tyvaso products would have
8  been written off-label prior to the addition of the
9  indication PH-ILD to its labels, correct?
10    A.  Definitionally, I think that's correct,
11  yes.
12    Q.  Have you performed a comparison of the
13  price of sildenafil compared to the price of
14  Tyvaso?
15    A.  No, I have not.
16    Q.  Is it your opinion that it is easy to
17  obtain an off-label prescription for Tyvaso or
18  Tyvaso DPI?
19    MR. MORTON:  Objection; form.
20    A.  I haven't looked into that question.
21  Like I said, I had a brief conversation with
22  Dr. Channick, but I didn't ask him, you know, how
23  easy or how hard it was.
24    Q.  (By Mr. Lobel)  Are you aware of any
25  off-label prescriptions for PH-ILD since the Tyvaso

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

61

1  products were approved for PH-ILD?
2      **A. No, I am not. I haven't looked into**
3  **that question.**
4      Q. Paragraph 95, you argue, "Dr. Selck's
5  claim that off-label prescriptions would not enter
6  the proposed market is belied by the evidence. In
7  fact, given the difficulty of distinguishing
8  between PAH and PH-ILD, a patient with PH-ILD could
9  be diagnosed with PAH making the use on-label."
10     Do you see that?
11     **A. Yes.**
12     Q. And you rely on Dr. Channick for this
13 point?
14     **A. That was part of my conversation with**
15 **him, this difficulty of distinguishing between the**
16 **two.**
17     Q. Aren't you just saying in that paragraph
18 that there would be on-label use even if based on a
19 misdiagnosis?
20     **A. So I -- no.**
21     Q. Why not?
22     **A. Because part of the conversation with**
23 **Dr. Channick was the -- essentially, that these**
24 **diseases appear to sort of exist on a spectrum, and**
25 **that it wouldn't necessarily be a misdiagnosis.**

62

1  **You can have a patient who could be equally**
2  **categorized as either having PAH or PH-ILD. It**
3  **would be the same patient, same demand for a**
4  **product, and the doctor could decide to do a PAH or**
5  **could decide to do a PH-ILD.**
6      MR. MORTON: We've been going about an hour
7  and 15. Is there a good breaking point here?
8      MR. LOBEL: Yeah, let's take a break.
9      VIDEOGRAPHER: All right. We are going off
10 the record at 9:47.
11     (Recess taken.)
12     VIDEOGRAPHER: We are back on the record at
13 9:54.
14     Q. (By Mr. Lobel) Mr. Kidder, if you could
15 turn to paragraph 17 of your report, which starts
16 on page 9.
17     **A. Yes, I'm there.**
18     Q. And on -- I'm actually going to ask you
19 about the second paragraph -- or the first
20 paragraph on page 10, the second paragraph.
21     But here, you are quoting from Liquidia's
22 2022 10-K; is that right?
23     **A. I believe that's correct, yes. Yes.**
24     Q. And in the last sentence of that first
25 paragraph on page 10, you write, "The prevalence of

63

1  PH in many of these underlying ILD diseases is not
2  yet known due to factors including underdiagnosis
3  and lack of approved treatments until recently."
4      Do you see that?
5      **A. Yes, I do.**
6      Q. So would you agree that Liquidia agrees
7  this is a nascent market?
8      **A. So you threw the term "market" in there,**
9  **and as I understood this to be discussing is**
10 **patients.**
11     Q. Fair enough.
12     Do you agree that Liquidia agrees that
13 PH-ILD patients remain largely untreated because
14 they are not diagnosed?
15     **A. I don't know that I -- I mean, I can**
16 **read the exact words here. It just -- it says that**
17 **current estimates of diagnosed and undiagnosed**
18 **prevalence range, and it's, you know, the**
19 **prevalence is unknown, is not yet known.**
20     Q. In part 2, underdiagnosis?
21     **A. Including -- "due to factors including**
22 **underdiagnosis and lack of approved treatments**
23 **until recently."**
24     Q. Is it your opinion that Liquidia's
25 launch will increase the -- well, scratch that.

64

1      Is it your opinion that Liquidia's launch
2  will increase the market size?
3      **A. So there's a lot to unpack in there,**
4  **because the focus of this declaration is launching**
5  **with a PH-ILD indication. Is that what you're**
6  **referring to?**
7      Q. Right now, just in general, launching on
8  PAH and PH-ILD.
9      **A. So if the definition of "market" is,**
10 **will some patients get treatment that, without**
11 **Yutrepia's launch, would not get treatment, I don't**
12 **have a firm opinion, but that looks like a**
13 **possibility.**
14     Q. So you don't -- you don't have a firm
15 opinion, but it's a possibility, okay.
16     And what in your background or experience
17 informs your opinion that it's a possibility?
18     **A. Because with the launch of a substitute**
19 **or competing product, there is always the question**
20 **about substitution versus market expansion. And so**
21 **market expansion is always a possibility, that**
22 **there was -- you know, this is not a direct generic**
23 **substitute. And even a generic isn't a perfect**
24 **substitute as, as I understand it, a differentiated**
25 **drug delivery. And so that may work for some**

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 150 of 224
PageID #: 6023

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

17 (65 to 68)

65

1 population of patients for whom Tyvaso in either
2 form does not work.
3      Q.  And outside of those general market
4 dynamics, are you aware of any evidence in this
5 case that Liquidia's launch will impact the size of
6 the market?
7      A.  I don't think I've seen evidence, one
8 way or the other, from either party on that.
9      Q.  Are you aware of any evidence of
10 Liquidia's launch strategy that would impact the
11 size of the market?
12      A.  I don't know anything about Liquidia's
13 launch strategy.
14      Q.  So you don't know what, if anything,
15 Liquidia's doing to expand the market?
16      A.  That is correct.
17      Q.  You're not aware of any efforts by
18 Liquidia to screen for patients with PH-ILD?
19      A.  I'm unaware of their launch strategy,
20 what they're planning to do, I'm not privy to any
21 of that.
22
23
24
25

66

1
2
3      Q.  And I believe if you turn to page 24,
4 I'm actually going to ask you about paragraph 44
5 which starts on 23, but I'm going to ask about the
6 paragraph on page 24.
7      A.  Okay.  Sorry.  I'm just getting there
8 now.  So this is -- this is -- and again, this is
9 the comments from Michael Benkowitz.  Okay.
10      Q.  And in that last paragraph, quoting from
11 Mr. Benkowitz on August 2nd, 2023, the last
12 paragraph, yeah, the last sentence, "We are really
13 focused on continuing to penetrate in the market."
14 Well, he talks about -- well, scratch that.
15      Anyway, you -- put that paragraph to the
16 side.  I can't find what I was looking for.
17      A.  Okay.
18
19
20
21
22
23
24
25



Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 151 of 224
PageID #: 6024
OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

18 (69 to 72)



OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

19 (73 to 76)



OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

20 (77 to 80)



Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 154 of 224
PageID #: 6027

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

21 (81 to 84)

81



18      Q. (By Mr. Lobel)  I want to turn to
19 paragraph 86 of your report, which is on page 38.
20      A. Let me make sure -- I have up now on
21 PDF.  Yes, that works.  Okay.  So if you give me
22 page numbers, I can jump right there.  All right.
23 So paragraph 86.
24      Q. And you identify three significant
25 problems with claims that PH-ILD is a separate

82

1 market from PAH.
2      Do you see that?
3      A. I do.  Yes, but recognize, this is in
4 the context of Dr. Selck's claim that the market is
5 observable.  And he defined the observable market
6 as patients with PAH or PH-ILD.
7      Q. Okay.  So that's going to be my -- the
8 first problem you identified was observability does
9 not remove the need to establish whether it is a
10 market, right?
11      A. Correct.
12      Q. And you cited Dr. Selck's testimony
13 regarding observability in paragraph 85?
14      A. Yes. So this is his deposition
15 testimony about how he's defining the market.
16      Q. And you write, or Dr. Selck's testimony
17 was the market was well-defined, in part, because
18 the market consists of observable characteristics,
19 correct?
20      A. Yeah, that was his testimony.
21      Q. Well, that's the part you quote.
22      So in testifying that it was, in part, it
23 was part of the inquiry, Dr. Selck is testifying
24 that it's not the entirety of the basis for
25 concluding separate markets, correct?

83

1      A. That may be -- I was -- again, I was
2 looking for how he was defining the market.  And
3 this is market definition number three.  So, and it
4 says, "in part, because," and he didn't go on to
5 explain what the other parts were.
6      Q. If there are observable differences
7 between two groups of potential patients that would
8 allow various parties like the manufacturers,
9 physicians, payors to treat those group
10 differently -- that was a badly phrased question.
11 Let me rephrase.
12      If there are observable differences between
13 two groups of potential patients, that would allow
14 manufacturers, physicians and payors to treat those
15 groups differently, correct?
16      A. It depends what the characteristics are,
17 and it's possible.  It's also possible that an
18 observable characteristic is meaningless.  All bald
19 men, for example, is an observable characteristic.
20 And for the purposes of PAH medication, it doesn't
21 make us a separate market.
22      Q. Well, one way that groups could be
23 treated differently is by using different treatment
24 options, correct?
25      A. I think, as a theoretical matter, that

84

1 seems correct.
2      Q. So if PH-ILD only had Tyvaso as approved
3 treatments while PAH had both Tyvaso and Yutrepia,
4 wouldn't that provide an observable difference
5 between the two indications?
6      A. I'm sorry.  I did not follow that
7 question.
8      Q. If Tyvaso -- if the Tyvaso products are
9 the only approved treatment for PH-ILD, whereas
10 both Yutrepia and the Tyvaso products are approved
11 for PAH, does that provide an observable difference
12 between PH-ILD and PAH?
13      A. I'm sorry.  That's still -- you kind of
14 repeated the question.  I didn't understand it any
15 better the second time.  I apologize.
16      Q. If there are three products approved for
17 PAH and only two products approved for PH-ILD, is
18 that an observable difference between the two
19 indications?
20      A. That still doesn't make any sense.
21      Q. Why not?
22      A. Because you're describing the treatment
23 as an observable difference, and I don't understand
24 how that works.  I mean, yes, the treatments are
25 observably different.  Tyvaso is observably

---

**85**

1 different from Yutrepia, presumably because of how
2 it's branded and marketed. I can observe that.
3 But I don't understand how that makes an observable
4 difference from a market perspective or anything
5 like that.
6     Q. You're saying whether or not there are
7 more approved treatments for a particular
8 indication does not make an observable difference
9 from a market perspective?
10     A. I'm not -- I'm still -- I feel like
11 we're -- I feel like I'm just not quite
12 understanding the thrust of your question, because
13 you posed it -- it still doesn't really make sense
14 to me.
15     Q. All right. I'll try one more angle.
16     So PH-ILD has only Tyvaso products approved
17 to treat PH-ILD, whereas PAH had the Tyvaso
18 products and Yutrepia approved for PAH.
19     Is that, from a market perspective, an
20 observable difference between PH-ILD and PAH?
21     A. I think I'm just going to have to say
22 no, it's, but anything else, I still don't -- I
23 don't think I understand the question, but no would
24 be the answer, that the available treatments aren't
25 going to make an observable characteristic

**86**

1 difference between PAH and PH-ILD.
2     Q. Okay. Move on from that for now.
3     Well, the second problem you identify, and
4 we're still in the same paragraph, 86, is that
5 patients are typically not the buyers of drugs, and
6 doctors and often insurance companies determine
7 whether a patient may be prescribed drugs, correct?
8 I paraphrased a little bit, but . . .
9     A. Understood. Yes. And you got the
10 spirit of that sentence.
11     Q. So the doctors attempting to prescribe
12 these drugs would see -- assuming only the Tyvaso
13 products are approved for PH-ILD, the doctors would
14 know that, correct?
15     A. I would assume the doctors would
16 understand what indications were approved and what
17 ones weren't.
18     Q. And presently, the Tyvaso products
19 typically require prior authorization from payors,
20 correct?
21     MR. MORTON: Objection to form.
22     A. That is my understanding, yes.
23     Q. (By Mr. Lobel) So payors also would be
24 aware of whether the physician is prescribing a
25 product for PAH or PH-ILD?

**87**

1     A. I would assume so, given the prior --
2 well, maybe -- so two concepts here. One is, I
3 believe that the payors understand what indications
4 are approved, and prior authorization would be, as
5 I understand it, for an indication. But then there
6 was a separate part of that which maybe I didn't
7 quite follow, or maybe I wasn't --
8     Q. Yeah, I think you got both my points
9 there. Well, in other words -- anyway, I'll leave
10 that.
11     The third problem you identify in paragraph
12 86 is that doctors have difficulty diagnosing
13 PH-ILD, correct?
14     A. Yes.
15     Q. And one -- would you agree that there's
16 potentially two different sources of the difficulty
17 in diagnosing? One would be diagnosing PH among
18 patients with ILD, and another would be
19 distinguishing PAH from PH-ILD?
20     MR. MORTON: Object to form.
21     A. I'm not a doctor. I believe those were
22 two of the things that I discussed with
23 Dr. Channick. That doesn't mean that there aren't
24 other causes or sources of difficulty in
25 diagnosing.

**88**

1     Q. (By Mr. Lobel) Would you agree those
2 are two distinct difficulties in diagnosing PH-ILD?
3     MR. MORTON: Objection; form.
4     A. So the two being understanding the
5 prevalence of PH in ILD patients, and then
6 secondly, distinguishing that from PAH? I'm just
7 trying to make sure --
8     Q. (By Mr. Lobel) Yeah. You had the first
9 one right, diagnosing PH among patients with ILD,
10 and then the separate, simply distinguishing PAH
11 from PH-ILD. Are you with me?
12     A. Yeah, but we're getting into essentially
13 diagnostic questions, and I'm not terribly
14 comfortable. I can tell you what I understand, but
15 I'm not sure that I'm going to be able to give you
16 a good or correct answer about whatever follows
17 from this.
18     Q. Understood. Well, taking a looking at
19 the first, if a patient already is diagnosed with
20 ILD, and then PH is further diagnosed, that
21 wouldn't be a source of confusion with PAH, would
22 it?
23     A. I don't know.
24     Q. Do you have an opinion as to whether for
25 some patients it is clear that they have PH-ILD

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 156 of 224
PageID #: 8029
OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

23 (89 to 92)

**89**

1 rather than PAH?
2 **A. I don't have an opinion. The discussion**
3 **with Dr. Channick indicated it was a spectrum. And**
4 **I don't know how clear it becomes on the ends of**
5 **those -- on the ends of that spectrum.**
6 Q. And if it is true that for some patients
7 it is clear that they have PH-ILD rather than PAH,
8 does that have any impact on whether there are --
9 on your criticism that PH-IL -- that Dr. Selck has
10 not established a PH-ILD market?
11 MR. MORTON: Object to form.
12 **A. You know, I think the short answer is**
13 **no, because I think it's -- the evidence is quite**
14 **clear that it is hard to diagnose PAH. It's**
15 **further hard to distinguish PAH from PH-ILD. And**
16 **there may be some patients for whom, you know, the**
17 **diagnosis is very clear, but it's also obvious from**
18 **the evidence that that is not a generally true**
19 **statement.**
20 Q. (By Mr. Lobel) And that's based on your
21 conversation with Dr. Channick?
22 **A. And the other things I cite here. This**
23 **is from Dr. Selck's own declaration. He -- I don't**
24 **think he would disagree with that proposition.**
25 Q. I want to turn to your discussion of UTC

**90**

1 statements which starts on page 22 of your report.
2 **A. Okay.**
3 Q. So first, before we get into the actual
4 statement, Liquidia announced that it -- we
5 discussed earlier, Liquidia announced that it
6 submitted its amendment to add the PH-ILD
7 indication on July 27th, 2023. Is that --
8 **A. That sounds -- I remember it as July. I**
9 **don't remember the specific date, but that sounds**
10 **right.**
11 Q. That's fair.
12 And as we saw in Exhibit 6, Liquidia did not
13 announce that FDA accepted its amendment to add the
14 PH-ILD indication until September 25th, 2023; is
15 that right?
16 **A. I think that's the date of the press**
17 **release you showed me, yes.**
18 Q. And you point to a number of UTC
19 management statements to support that UTC's public
20 statements, I'm quoting your paragraph 41, "suggest
21 that it does not expect any harm from the launch of
22 Yutrepia."
23 Do you see that?
24 **A. That's correct.**
25 Q. And you point to a statement from

**91**

1 February 22nd, 2023, in paragraph 42, and a
2 statement from May 3rd, 2023, in paragraph 43,
3 correct?
4 **A. Yes.**
5 Q. And both of those statements are from
6 before Liquidia's request to amend its NDA to add
7 PH-ILD to the Yutrepia label?
8 **A. Yes, that's correct.**
9 Q. And so UTC could not possibly be
10 commenting on its expected harm from the launch of
11 Yutrepia and the PH-ILD indication before it was
12 even aware that Liquidia had requested that
13 indication, correct?
14 MR. MORTON: Objection to form.
15 **A. The -- these statements predate the UTC**
16 **letter to -- I'm sorry -- Liquidia letter to UTC as**
17 **to what UTC knew or didn't know or, you know, was**
18 **conjecturing. I don't know.**
19 Q. (By Mr. Lobel) And then in paragraph
20 44, you point to a statement from August 2nd, 2023;
21 is that right?
22 **A. Yes.**
23 Q. And that statement is from before FDA
24 granted Liquidia's request to amend its NDA to add
25 PH-ILD to the Yutrepia label?

**92**

1 **A. It certainly predates that press**
2 **release. And I'm assuming that the press release**
3 **was on or about the same time Liquidia got that**
4 **notice.**
5 Q. And then in paragraph 45, you quote a
6 March 5th, 2024, statement from Mr. Benkowitz; is
7 that right?
8 **A. Yes.**
9 Q. So this is the only UTC quote you
10 include, at least in this section, from after FDA
11 granting Liquidia's request to amend its NDA to add
12 PH-ILD to the Yutrepia label, correct?
13 **A. Yes. And it's an interesting sort of**
14 **thread going through that UTC doesn't seem to be**
15 **forecasting significant changes to their business**
16 **from the launch of Yutrepia regardless of the**
17 **indication.**
18 Q. Well, again, the -- so we have one quote
19 from after FDA's approval of adding PH-ILD to the
20 Yutrepia label, correct?
21 **A. Yes. It's the most recent one. As I**
22 **said, it doesn't -- what's interesting about it, it**
23 **doesn't seem to change their stance. So it -- in**
24 **reading these, it feels like the FDA notification**
25 **that it approved the -- or it had already accepted**

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

24 (93 to 96)

93

1  the expansion is a distinction without a difference
2  as far as UTC's management statements are
3  concerned.
4      Q.  Well, you bold, "And then on the payor
5  side, you were in these discussions right now with
6  payors and kind of working that out.  But I think
7  we're feeling increasingly confident that there's
8  not going to be preference, so it's going to be a
9  level playing field.  So it's really going to be up
10 to the patient and the physician, and we feel
11 confident about how we're going to do there."
12     Do you see that?
13     A.  Yes.
14     Q.  And that's from the March 5th, 2024,
15 statement?
16     A.  Correct.
17     Q.  And what is your understanding of what
18 he means by "level playing field"?
19     A.  So, you know, the best person to ask
20 that would be Mr. Benkowitz.  But as I read this,
21 my understanding was that they -- that UTC felt
22 confident about its ability to continue to sell
23 Tyvaso, that they felt like they had good
24 relationships, and they weren't going to be
25 disadvantaged somehow by Yutrepia coming onto the

94

1  market.
2      Q.  Where does he say that?
3      A.  You asked me what I -- what -- I mean, I
4  can read the words back to you, but that was my
5  understanding.  You asked me what a level playing
6  field meant, and that was my understanding of what
7  he meant in that.  But the better person to ask
8  would be Mr. Benkowitz.
9      Q.  So you're reading "level playing field"
10 to mean that UTC believes it will not be
11 disadvantaged by Yutrepia's launch?
12     A.  Yes.
13     Q.  Would you read "level playing field" as
14 being level as to price?
15     A.  Oh, I didn't -- I actually didn't have
16 that interpretation, no.
17     Q.  Do you agree that UTC management's
18 aspirational statements and projections with
19 respect to Tyvaso and Tyvaso DPI may differ from
20 the actual realized outcomes if an injunction's not
21 granted?
22     MR. MORTON:  Objection to form.
23     A.  So I think there's always going to be a
24 difference between aspirations and outcomes.  I
25 don't know what to say beyond that.

95

1      Q.  (By Mr. Lobel)  Okay.  What work have
2  you done in your career analyzing payor dynamics in
3  the pharmaceutical industry?
4      A.  I haven't done any specific work on
5  payor dynamics in the pharmaceutical industry as a
6  damages expert, no.
7      Q.  The Tyvaso products and Yutrepia are all
8  treprostinil-based products, correct?
9      A.  That's my understanding, yes.
10     Q.  And the Tyvaso products and Yutrepia are
11 all inhaled products, correct?
12     A.  That is my understanding, yes.
13     Q.  And Tyvaso DPI and Yutrepia are both
14 inhaled dry powders?
15     A.  That is my understanding, that they're
16 both what are referred to as DPIs.
17     Q.  Yutrepia used data from nebulized Tyvaso
18 in pursuit of its FDA approval under the 505(b)(2)
19 application pathway, correct?
20     A.  I take your representation for that.  I
21 didn't look at that, in particular.
22     Q.  But it's -- would you agree Yutrepia is
23 anticipated to have a similar label to Tyvaso DPI?
24     MR. MORTON:  Objection to form.
25     A.  I don't know.

96

1      Q.  (By Mr. Lobel)  Would you agree that
2  payors and PBMs play a significant role in
3  overseeing reimbursement for medical treatments?
4      MR. MORTON:  Objection to form.
5      A.  I'm sorry.  That just -- they're
6  overseeing?  I'm sorry.  Maybe you could just
7  repeat the question.  I'll try to follow it.
8      Q.  (By Mr. Lobel)  Would you agree that
9  payors and PBMs play a significant role in
10 overseeing reimbursement for medical treatments?
11     MR. MORTON:  Objection to form.
12     A.  I'm not sure what you mean by
13 "overseeing," but I know that they play a
14 significant role in the reimbursements for medical
15 treatments.
16     Q.  (By Mr. Lobel)  Okay.  Would you agree
17 that payors and PBMs are involved in negotiating
18 prices and coverage with pharmaceutical
19 manufacturers?
20     A.  Yes, that is my understanding of their
21 role.
22     Q.  Would you agree that payors and PBMs
23 structure formularies as part of their negotiation
24 of prices and coverage?
25     A.  Yes, that is my understanding.

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

25 (97 to 100)

97

1    Q.  For example, payors and PBMs negotiate
2  whether given treatments will have fixed co-payment
3  amounts or co-insurance amounts as a percentage of
4  total drug costs, correct?
5    **A.  I saw reference to that in Dr. Selck's**
6  **declaration, but I -- I'm not aware of the details**
7  **of how they would structure the reimbursements.**
8    Q.  Would you agree that some pharmaceutical
9  products are characterized as -- excuse me --
10 categorized as specialty products by payors and
11 PBMs?
12   **A.  I'm not aware of that distinction.**
13   Q.  You don't know the term "specialty
14 products"?
15   **A.  I can sort of assume what it means, but**
16 **I'm not aware of what a specialty product**
17 **categorization might be by any given payor or PBM.**
18   Q.  So are you aware of whether or not
19 Tyvaso products are considered specialty products?
20   MR. MORTON:  Objection; form.
21   **A.  Sorry.  I'm not aware of that.**
22   Q.  (By Mr. Lobel)  So you don't know
23 whether or not specialty products tend to have
24 higher prices than other types of pharmaceutical
25 products?

98

1    MR. MORTON:  Objection to form.
2    **A.  I think, as I stated earlier, I don't**
3  **know what would be considered a specialty product**
4  **by any particular payor or PBM.**
5    Q.  (By Mr. Lobel)  Would you agree that
6  payors and PBMs use tools like prior authorizations
7  and step edits as sources of leverage when
8  negotiating prices for pharmaceuticals?
9    MR. MORTON:  Objection to form.
10   **A.  I don't know what the details of the**
11 **negotiations are between the payors, PBMs and the**
12 **pharmaceutical companies.**
13   Q.  (By Mr. Lobel)  Do you know what a prior
14 authorization is?
15   **A.  I think I have a lay understanding of**
16 **it.**
17   Q.  And what is your lay understanding of a
18 prior authorization?
19   **A.  Is that before a drug can be prescribed,**
20 **it has to be authorized by the payor or PBM.**
21   Q.  And do you know what a step edit is?
22   **A.  I don't recall seeing the phrase "step**
23 **edit."  I think I saw something called step -- it**
24 **was --**
25   Q.  A step therapy, maybe?

99

1    **A.  Step therapy.  Thank you.**
2    Q.  And do you know what a step therapy is?
3  Another term for step edit?
4    **A.  I can give the lay understanding of what**
5  **that is.**
6    Q.  And what's your lay understanding of a
7  step therapy?
8    **A.  My understanding is that the payor or**
9  **PBM may require a less expensive alternative to be**
10 **tried before a more expensive alternative is**
11 **approved.**
12   Q.  And would you agree that payors and PBMs
13 sometimes require prior authorization for certain
14 products?
15   **A.  Well, it's my understanding that prior**
16 **authorization is required for the Tyvaso product,**
17 **so yes.**
18   Q.  And it's your understanding, prior
19 authorization would be required for the Yutrepia
20 products?
21   **A.  I do not know.**
22   Q.  When payors and PBMs require prior
23 authorization, would you agree they often require
24 documentation of the diagnosed medical condition in
25 order to approve the request to treat with a

100

1  relevant product?
2    MR. MORTON:  Objection to form.
3    **A.  I don't have any knowledge about the**
4  **details of the prior authorization process.**
5    Q.  (By Mr. Lobel)  Do you know if payors
6  will cover treatments require prior authorization
7  until they have reviewed and approved the request?
8    MR. MORTON:  Objection to form.
9    **A.  I don't know the details of the prior**
10 **authorization process.**
11   Q.  (By Mr. Lobel)  So you're unaware of
12 whether or not a prior authorization requires a
13 diagnosis?
14   MR. MORTON:  Objection to form.
15   **A.  I am unaware of the details of the prior**
16 **authorization process.**
17   Q.  (By Mr. Lobel)  Would you agree that in
18 price negotiations, in general, parties seek
19 sources of leverage to exert pressure in support of
20 their preferred price?
21   MR. MORTON:  Objection to form.
22   **A.  I think, you know, negotiations are**
23 **negotiations.  And everybody's trying to -- one**
24 **side's trying to get a higher price, one side's**
25 **trying to get a lower price.**

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

26 (101 to 104)

101

1    Q. (By Mr. Lobel)  And would you agree, all
2 else being equal, a purchaser with more leverage
3 will obtain a lower price for a product than a
4 purchaser with less leverage?
5    MR. MORTON: Objection to form.
6    **A. I'm not sure that it can be answered**
7 **from a hypothetical theoretical perspective.**
8    Q. (By Mr. Lobel)  Even when we say, all
9 else being equal, you can't say that more leverage
10 will help obtain lower prices?
11    **A. Well, Dr. Selck would have said "ceteris**
12 **paribus." And, you know, it depends on what you**
13 **mean by leverage and whether it will actually**
14 **affect the price.**
15    Q. Would you agree that one source of
16 leverage for price negotiations is the existence of
17 competing products?
18    MR. MORTON: Object to form.
19    **A. It could be a factor in the negotiation.**
20 **I agree with that.**
21    Q. (By Mr. Lobel)  And would you agree in
22 the pharmaceutical setting that the availability of
23 other treatments for a given indication would be a
24 source of leverage for payors and PBMs in
25 negotiating prices?

102

1    **A. As a matter of theory, I can't tell you**
2 **how those negotiations work.**
3    Q. So you don't know, one way or another?
4    **A. That is correct.**
5    Q. Would you agree that all else being
6 equal -- scratch that.
7    Do you agree that competition leads to
8 pressure on companies to lower the prices of its
9 competing products?
10    MR. MORTON: Objection to form.
11    **A. I think, in general, competition can**
12 **lead to an incentive to lower prices and lower**
13 **costs. Competition comes up in all kinds of odd**
14 **ways.**
15    Q. (By Mr. Lobel)  What is price erosion?
16    **A. It's generally the concept that the**
17 **price obtained is lower than it would have been**
18 **absent some, in the case of price erosion, an**
19 **allegedly wrongful act.**
20    Q. So broadly speaking, if UTC has to lower
21 the price of its Tyvaso products following
22 Liquidia's launch of Yutrepia, is that price
23 erosion?
24    MR. MORTON: Object to form.
25    **A. So let's parse that carefully.  It can**

103

1 **be. It can be just the result of competition with**
2 **Yutrepia, which is perfectly lawful.  So you can**
3 **call it price erosion, but in fact, it's just --**
4 **it's competition.**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

104

1
2
3    Q. (By Mr. Lobel)  If Liquidia launches, to
4 your knowledge, would that be a material event that
5 allows payors to renegotiate contracts with UTC?
6    MR. MORTON: Objection to form.
7    **A. I have no opinion. Don't know.**
8    Q. (By Mr. Lobel)  Do you agree that
9 Liquidia has an economic incentive to offer payors
10 favorable pricing or discounts relative to Tyvaso?
11    MR. MORTON: Objection to form.
12    **A. I'm sorry. You just -- I want to make**
13 **sure I heard that question.**
14    Q. (By Mr. Lobel)  Yes.  Do you agree that
15 Liquidia has an economic incentive to offer payors
16 favorable pricing or discounts relative to the
17 Tyvaso products?
18    MR. MORTON: Objection to form.
19    **A. No. I don't know -- you know, as you**
20 **were describing earlier, Liquidia has an incentive**
21 **to price its product as high as possible to get as**
22 **much revenue as possible. So I don't know what**
23 **their incentives are and how they're thinking about**
24 **pricing or any of that.**
25    **As I understand it, this is a differentiated**

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

27 (105 to 108)

**105**

1   delivery mechanism. Whether they think they can
2   charge a price premium for that, I don't know.
3       Q. (By Mr. Lobel) So are you saying you
4   don't think they have an economic incentive to
5   offer payors favorable pricing relative to the
6   Tyvaso products, or you don't know if they have
7   one?
8       MR. MORTON: Objection; form.
9       A. Yeah, I don't have an definitive
10  viewpoint on whether it's in their economic best
11  interest to offer a higher or lower price. There
12  are arguments for both of those. I just don't know
13  how Yutrepia -- I mean, excuse me, how Liquidia is
14  thinking about that.
15      Q. (By Mr. Lobel) Do you agree that payors
16  will request discounts from UTC based on a Yutrepia
17  launch?
18      MR. MORTON: Objection to form.
19      A. I don't know. The only -- the only
20  evidence I have there is the undocumented
21  conversation with Mr. Barton, who says that he's
22  hearing about that.
23      Q. (By Mr. Lobel) We'll get to that
24  conversation.
25      Do you know how long negotiations between

**106**

1   drug manufacturers and payors take?
2       A. No, I do not.
3       MR. MORTON: Object.
4       THE WITNESS: Sorry.
5       Q. (By Mr. Lobel) If there are two
6   products on the market, one with approval for one
7   indication, the other with approval for two
8   indications, and all else being equal, will payors
9   favor one product over the other?
10      MR. MORTON: Objection to form.
11      A. I can't possibly answer that theoretical
12  hypothetical question.
13      Q. (By Mr. Lobel) Why not?
14      A. Because it's entirely hypothetical and
15  theoretical. You know, you -- you're asking me to
16  make a general statement about all products, all
17  indications, all payors. I can't possibly answer
18  that.
19      Q. And I'm saying, everything else being
20  equal, except that one product has one indication
21  and the other product has two indications, will
22  payors favor one of those products over the other?
23      A. What indications are we talking about?
24  What products are we talking about? What payors
25  are we talking about? I can't make a blanket

**107**

1   statement for every payor out there, every
2   indication and every drug.
3       Q. So let's talk in this case. We have
4   Yutrepia and we have the Tyvaso products. And
5   Yutrepia has approval for PAH, and the Tyvaso
6   products have approval for PAH and PH-ILD.
7       All else being equal, will payors favor one
8   over the other?
9       A. I have no idea.
10      Q. You note in paragraph 83 of your report
11  that UTC has --
12      A. I thought you were going to give me a
13  page number.
14      Q. I'm sorry. Page 37. I forgot I need to
15  give you the pages. Sorry about that.
16      A. Thank you. 83, yes.
17      Q. You write, "Dr. Selck also describes how
18  UTC has no ability to charge different prices for
19  Tyvaso for a PH-ILD indication."
20      A. Yes.
21      Q. And you quote Dr. Selck and his
22  reference to Medicare and average sales price.
23      Do you see that?
24      A. Yes.
25      Q. Are you familiar with the different

**108**

1   parts of Medicare, like Medicare Part B, Medicare
2   Part D?
3       A. At a high level, yes. I'm not an expert
4   on the distinction.
5       Q. And do you know which part of Medicare
6   uses ASP to establish prices for Medicare
7   beneficiaries when paying for services?
8       A. My understanding is that's Part B.
9       Q. And does Medicare Part D use ASP to
10  establish prices for services provided to Medicare
11  beneficiaries?
12      A. I am less clear on how prices are set in
13  Part D. My understanding is that is more of the
14  negotiations with the payors and the PBMs.
15      Q. Are you aware whether or not nebulized
16  Tyvaso and Tyvaso DPI are covered by different
17  Medicare parts?
18      A. I believe -- I'm trying to recall. I
19  believe that nebulized Tyvaso is Part B, and I
20  think Tyvaso DPI may be Part D.
21      Q. So the quote you include in paragraph 83
22  only applies to nebulized Tyvaso, correct?
23      A. That's correct, but when you look at the
24  lockstep average sales -- sorry, the lockstep
25  forecast, it doesn't appear that -- that there's a

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

28 (109 to 112)

109

1 significant difference as far as UTC is concerned
2 and how they think about pricing for Tyvaso
3 nebulized and DPI.
4     Q. Would you agree that Medicare does not
5 cover all patients?
6     A. I'm one of them. Yes, I would agree
7 that Medicare doesn't cover all patients. Give me
8 a couple of years.
9     Q. Exactly.
10     Some patients have, probably like you and
11 me, private health insurance?
12     A. Yes.
13     Q. Do you know if private health insurance
14 plans can differentiate prices based on
15 indications?
16     A. I'm not going to talk to what every
17 private health plan in the country can or cannot
18 do. I don't know the details of that.
19     Q. And do you know whether Medicare
20 Part D cal- -- excuse me, Medicare Part B
21 calculations based on ASP directly set prices that
22 private insurance pay for treatments?
23     MR. MORTON: Objection; form.
24     A. Again, I can't talk to what every
25 private insurance company does or doesn't do in the

110

1 country.
2     Q. (By Mr. Lobel) So you don't know?
3     A. That is correct. I cannot testify for
4 every private insurer in the country.
5     Q. You agree that UTC has not -- or you
6 have no evidence that UTC has increased its
7 discounts in Tyvaso as of today, correct?
8     A. I don't quite understand the question.
9 I think the last data we have goes -- trying to
10 remember the exact time frame. We don't have it
11 out through today. We grabbed the most recent data
12 we could find.
13     Q. Okay. The most recent data you could
14 find today, so, has not -- there has not been
15 increased discounts for Tyvaso, correct?
16     A. I put a note into the chart looking at
17 the average selling prices that seems to indicate
18 there's a slight decrease in the last
19 fourth-quarter data that we have, and I don't know
20 why that is there. It's not significant. It's
21 like a couple of dollars, but -- I think that was
22 prior -- and I'm pretty -- well, in fact, I know
23 certain that it was prior to the launch of
24 Yutrepia, so it wasn't due to a Yutrepia launch.
25     Q. Well, Yutrepia hasn't launched yet,

111

1 right?
2     A. That was -- that was the conclusion I
3 was working through, yes.
4     Q. I guess my point is, if Yutrepia had
5 already increased its discounts, then whatever harm
6 that evidences would have already occurred, right?
7     A. You'd have to know why UTC had increased
8 its discounts.
9     Q. I'm moving on. Let's turn to --
10     A. If you're going to change, is this a
11 good time to take a quick break?
12     Q. Yeah, we can take a quick break. Let's
13 go off the record.
14     VIDEOGRAPHER: All right. We are going off
15 the record at 11:05.
16     (Recess taken.)
17     VIDEOGRAPHER: We are back on the record at
18 11:12.
19     Q. (By Mr. Lobel) Mr. Kidder, if I could
20 direct you to page 30 of your declaration. And I'm
21 going to look at paragraph 61 on the top of the
22 page.
23     A. Yes.
24     Q. And you quote Dr. Selck in that
25 paragraph as stating, "Even though there may be

112

1 some price erosion following Yutrepia's launch in
2 the PAH indication, it will be materially greater
3 if Yutrepia is permitted to launch for PAH and
4 PH-ILD."
5     Do you see that?
6     A. Yes.
7     Q. And then you note in the next paragraph
8 that Dr. Selck's opinion is based on a general
9 discussion of price erosion and pharmaceuticals in
10 an undocumented interview lasting less than an hour
11 of a UTC employee who generally claims that he
12 expected potential payors to request greater
13 discounts if Yutrepia launches.
14     Do you see that?
15     A. Yes.
16     Q. And you state that Dr. -- or, you state
17 that you agree with Dr. Selck that price erosion
18 appears to have occurred as a result of competitor
19 entry for hepatitis C treatments and PCSK9
20 inhibitors, correct?
21     A. Right. Those are the two examples he
22 cited.
23     Q. And do you agree that Mr. Selck also
24 states that the outcome of direct competition in
25 these markets can demonstrate that harm resulting

Case 1:23-cv-00975-RGA-SRF     Document 75-3     Filed 04/22/24     Page 162 of 224
PageID #: 9035

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

29 (113 to 116)

113

1    from direct competition can be significant?
2        A. That's what he states from the paragraph
3    I cited from his report. And he further goes and
4    says that these are not, however, helpful in this
5    case.
6        Q. Well, do you agree that these examples
7    can help demonstrate the magnitude of harm that can
8    be caused by direct competition?
9        A. No, I don't agree with that. I think
10   they are -- I think the magnitude of harm is very
11   case- and fact-specific, and so I don't know that
12   they demonstrate anything beyond what might have
13   happened. And I didn't spend enough time to decide
14   whether or not his characterization of what
15   happened in those markets was, in fact, fair and
16   accurate, because he simply said that, but they're
17   not useful, so didn't spend a lot of time with
18   them.
19       Q. So as a general matter, do you think
20   analogs can provide insight as to types of harms
21   that Yutrepia will experience?
22       MR. MORTON: Objection.
23       A. I'd have to know a lot more about the
24   analog. I mean, it's a comparable, maybe, maybe
25   not.

114

1        Q. (By Mr. Lobel) So you don't have an
2    opinion as to whether or not analogs could be used
3    in this case?
4        MR. MORTON: Object to form.
5        A. I think analogs can be useful, but you
6    have to be very careful about what the analogy is.
7        Q. (By Mr. Lobel) Do you have an opinion
8    that Dr. Selck used the wrong analogs?
9        A. I don't think he used any analogs. I
10   think he basically says that, "I looked at these
11   two, but they are sufficiently different not to be
12   useful in this case and, therefore, didn't rely on
13   them," other than --
14       Q. You say --
15       A. Sorry. Other than, it appears to be the
16   basis of his ████████████████████████ that
17   he uses in a later calculation.
18       Q. You say that he says they are
19   sufficiently different not to be useful in this
20   case.
21       Do you remember saying that just now?
22       A. Yes.
23       Q. Where does Dr. Selck say that?
24       A. Well, I mean, we could -- the -- part of
25   his commentary I've ellipsed out, but it's his

115

1    final sentence here in the quote saying, "A similar
2    logic applies to other potential benchmarks. There
3    is no comparable that is a close enough comparator
4    to the circumstances of Tyvaso and Tyvaso DPI."
5        He says, you know, his final sentence from
6    the paragraph above that I quoted was, "The
7    only products indicated to treat PH-ILD are Tyvaso
8    and Tyvaso DPI. This means there are no
9    competitive benchmarks available in the PH-ILD
10   marketplace."
11       He just says: Everything I've talked about
12   is meaningless.
13       Q. So in the paragraph before that, he
14   writes, "The PH-ILD market is unique such that the
15   experience of other products is a deficient
16   benchmark for quantifying the full extent of the
17   impact of Liquidia's infringement on United."
18       Do you see that?
19       A. I do see that sentence, yes.
20       Q. Is it your testimony that no conclusions
21   can be drawn from an analog unless it shows the
22   full extent of the impact?
23       A. No, that's not my conclusion.
24       Q. So you're saying that Dr. Selck wrote
25   that no conclusions can be drawn from the PCSK9

116

1    inhibitors or hepatitis C treatment markets.
2        Isn't he just saying that you can't quantify
3    the full extent of their impact?
4        A. He's just described them as deficient
5    benchmarks, so -- and now he's -- so it sounds like
6    your proposition is he thinks it would be far worse
7    in PH-ILD than the impacts that he believes he's
8    identified in these other two markets. And there's
9    absolutely no basis for him to say that it would be
10   greater or less than that. He simply hasn't done
11   any work on that. So I don't think that your
12   attempt to characterize that as, well, these are
13   just -- they won't show the full extent, he's shown
14   no basis to say in which it would be even the same
15   extent.
16       Q. So you're not saying that he thinks
17   there's -- it shows nothing. You're saying that
18   your interpretation of his analysis is that it
19   shows nothing?
20       A. My reading of his words says that
21   they're not reliable benchmarks.
22       Q. And do you have an opinion as to any
23   analogs that would be reliable benchmarks?
24       A. I don't know what you mean by analog. I
25   mean, as we were discussing previously, the

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 163 of 224
PageID #: 6036

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

30 (117 to 120)

117

1  approval of Tyvaso and Tyvaso DPI for a PH-ILD
2  indication with no effect on price seems like a
3  reasonable analog.
4      Q. So that's the only analog that you think
5  is relevant?
6      A. That's the only one -- that's the only
7  one that I've, like, I see as relevant at the
8  moment. I'm not -- I'm trying -- I hadn't thought
9  about it enough to understand whether there may be
10 other additional analogs.
11     Q. And in that analog that you are
12 discussing, it's a UTC product competing against
13 itself?
14     MR. MORTON: Objection to form.
15     A. It's a UTC product that has been
16 approved for an indication that it wasn't
17 previously approved for. And I'm seeing no
18 evidence that they increased the price as a result
19 of that.
20     Q. (By Mr. Lobel) So it's not an analog
21 where there's competition?
22     A. I -- I wasn't aware we were looking for
23 analogs with competition. Just -- you know, an
24 analog is never the exact thing. It's always an
25 analog. And the question is, is it sufficiently

118

1  tied to the facts and the evidence to be useful?
2  And I think that's one that's useful. There maybe
3  others.
4      Q. But that's not an analog where there is
5  a new product, correct?
6      A. No, it is an analysis, what actually
7  happened in the market with Tyvaso being approved
8  for PH-ILD indication.
9      Q. You then, in paragraph 64, state, "The
10 evidence Dr. Selck proffers for price erosion,
11 specifically linked to launching Yutrepia with a
12 PH-ILD indication, comes entirely from a single,
13 undocumented interview with UTC's 'Associated Vice
14 President of Managed Markets and Reimbursement,'
15 David Barton."
16     And then you -- do you see that?
17     A. Yes.
18     Q. And then you proceed to quote certain
19 parts of Dr. Selck's report relying on Mr. Barton,
20 correct?
21     A. Yes. And what I attempted to do here,
22 and I apologize if I missed some, but I literally
23 went through his report and tried to find every
24 place where he cited to David Barton for a
25 proposition.

119

1      Q. Do you have an opinion as to whether or
2  not Mr. Barton is qualified to talk about payor
3  behavior?
4      A. I don't have an opinion, one way or the
5  other.
6      Q. So the first paragraph you quote states
7  that Mr. Selck understands from David Barton that,
8  "[...] based on United's discussions with payors,
9  Yutrepia may be expected to enter the PH-ILD
10 indication ███████████████████████████
11 ████████████████████████████████████
12 ██████
13     A. I do see that, yes.
14     Q. Do you have any reason to think Liquidia
15 is not engaging in payor negotiations currently?
16     A. I have no idea what Liquidia is doing or
17 not doing around payor negotiations.
18     Q. Did you ask Liquidia?
19     A. No, I did not.
20     MR. LOBEL: Okay. Mr. Potler, if we could
21 pull up tab 19, which I will mark as Exhibit 7.
22     (Exhibit 7 was marked for identification.)
23     MR. LOBEL: As he is pulling it up, I'll say
24 tab 19 is a final transcript, Liquidia Corporation,
25 from the 42nd Annual J.P. Morgan Healthcare

120

1  Conference, with beginning Bates numbers
2  UTC_PH-ILD_009394.
3      Q. (By Mr. Lobel) Do you see that
4  document, Mr. Kidder?
5      A. I do.
6      Q. And if we turn to page 11 of this PDF,
7  the Bates numbers ending 9404, and scroll to the
8  bottom, the last comment by Roger Jeffs talks
9  about, "We've had top-to-top conversations with the
10 leadership at the payors already."
11     Do you see that?
12     A. I do see that.
13     Q. And then above that, Michael Kaseta
14 talks about, "We have great relations with the
15 payors. We've had discussions with them over the
16 last couple years. They're obviously ramped up and
17 are aware of the situation."
18     Do you see that?
19     A. I'm -- actually, I don't.
20     Q. That paragraph just above the Roger --
21     A. Oh, I see "ramped up." I'm sorry. I do
22 see that now, yes. Sorry. I was too high up.
23     Q. So Liquidia has at least discussed at
24 the J.P. Morgan conference that it has had
25 conversations with payors, correct?

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 164 of 224
PageID #: 9037

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

31 (121 to 124)

**121**

1  A. Yes.

2  Q. And that is consistent with Dr. Selck's

3  recollection of his conversation with David Barton,

4  correct?

5  MR. MORTON: Objection to form.

6  A. I don't know whether it's consistent

7  with what David Barton told Dr. Selck and Dr. Selck

8  reported what David Barton said.

9  MR. LOBEL: And you can take that down,

10  Mr. Potler.

11  Q. (By Mr. Lobel) In your opinion, does

12  Liquidia's conversations with payors put pressure

13  on UTC to offer competitive prices regarding

14  Tyvaso?

15  A. I don't know, one way or the other.

16  Q. So the next quote you have attributed to

17  David Barton is that, "United expects competition

18  from Yutrepia to cause United to have to offer

19  additional discounts and rebates to payors to

20  maintain parity at minimum, if not some degree of

21  preference on formularies."

22  Do you see that?

23  A. Yes.

24  Q. Is it typical in the industry to have to

25  offer discounts and rebates to payors when a

**122**

1  competing product enters?

2  MR. MORTON: Object to form.

3  A. I can't tell you what's typical or not

4  typical.

5  The other thing about this comment is you

6  notice it doesn't say anything about PH-ILD. It is

7  simply a comment about competition from Yutrepia.

8  Q. (By Mr. Lobel) Okay. And what does it

9  mean to maintain parity?

10  A. I'm sorry. Where are you seeing

11  "maintain parity"?

12  Q. That quote I just read. "United expects

13  competition from Yutrepia" --

14  A. Oh.

15  Q. -- "to cause United to have to offer

16  additional discounts and rebates to payors to

17  maintain parity."

18  What does it mean, "to maintain parity"?

19  A. That's a good question for David Barton.

20  This is my, you know, my excerpting Dr. Selck's

21  characterization of his notes with his discussion

22  with David Barton.

23  Q. Okay. So you don't know what that

24  means?

25  A. I am sort of two levels removed from

**123**

1  knowing what David Barton, if he used those words,

2  what he meant by it.

3  Q. And then the next paragraph you quote,

4  "Some payors have expressed interest in carrying

5  only one product on their formularies."

6  Do you see that?

7  A. Yes.

8  Q. And to your knowledge, is it typical in

9  the industry for payors or PBMs to only carry one

10  product on their formularies?

11  A. I don't think this statement even says

12  anything about typical. It just says, "some

13  payors." And again, this is the opinion of David

14  Barton as expressed by Mr. Selck -- or Dr. Selck.

15  Excuse me.

16  Q. And my question to you is, to your

17  knowledge, is it typical in the industry for payors

18  to only carry one product on their formularies?

19  MR. MORTON: Objection.

20  A. I'm sorry. I don't know what's typical

21  or not typical for payors in terms of how many

22  products they want to carry on their formularies.

23  Q. (By Mr. Lobel) And then he continues in

24  the next paragraph that you quote, "[...] certain

25  payors have threatened to require step therapy with

**124**

1  Yutrepia before a patient is authorized for the

2  Tyvaso product."

3  Do you see that?

4  A. Yes.

5  Q. I believe you defined it earlier, but

6  what was your lay understanding of what step

7  therapy is?

8  A. You would have to try the less expensive

9  alternative before you used a more expensive

10  alternative.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



125

10    Q. (By Mr. Lobel)  And then in the next
11 paragraph that you quote attributed to David
12 Barton, it states, "United expects to face
13 significantly greater pressure to lower prices if
14 Yutrepia is available for both PAH and PH-ILD
15 indications."
16    Do you see that?
17    A. Yes, I do.
18    Q. Do you agree or disagree with that
19 statement?
20    A. I don't know, one way or the other.
21 I -- you know, that appears to be Dr. Selck's
22 characterization of Mr. Barton's opinion.  And that
23 seems to be contrary to the public statements from
24 United's upper management.
25    Q. And then the last paragraph you quote

126

1 attributed to David Barton, it writes, "Prices for
2 the Tyvaso products are likely to be downward
3 sticky.
4
5
6
7
8    What do you understand "downward sticky" to
9 mean?
10    A. It's basically a term of art meaning
11 that some prices, you know, once lowered, downward
12 sticky means that it's hard to raise them again.
13    Q. And is that typical in the
14 pharmaceutical industry, to your knowledge?
15    MR. MORTON: Object to form.
16    A. I don't know that there's a typical
17 here.
18
19
20
21
22    Q. (By Mr. Lobel)  But are you aware of any
23 products that, once the price has been lowered,
24 they have later been raised back to their higher --
25 prior higher price?

127

1    A. Not off the top of my head, but that --
2 I'm -- I would be surprised if that hadn't happened
3 somewhere in the pharmaceutical industry.
4    Q. But you're not aware of it happening?
5    A. I am not aware of a specific instance,
6 no.
7    Q. So your main criticism of Dr. Selck's
8 reliance on Mr. Barton is that it's a single,
9 undocumented conversation?
10    MR. MORTON: Object to form.
11    A. That is a criticism.  I agree with that.
12    Q. (By Mr. Lobel)  So what would you say is
13 your main criticism, if not that?
14    A. I don't know that I think of it as a
15 main criticism.  I looked at all the evidence here.
16
17
18
19
20
21
22
23
24
25

128

1
2
3
4
5
6
7
8
9
10    Q. And we can't know what actually is going
11 to happen prior to launch, correct?
12    MR. MORTON: Objection to form.
13    A. I think that's right.  So -- because the
14 issue is that, you know, we can talk about all the
15 theory about price pressures and all that, but how
16 prices are set is a choice by UTC.  And what Mr. --
17 sorry.  What Dr. Selck has testified to is that
18 David Barton had told them that choice has not yet
19 been made by UTC.
20    Q. (By Mr. Lobel)  Okay.  Mr. Selck also
21 opines that -- I'm referring, actually, to
22 paragraph 16 of his report, if you want to look at
23 it, which is Exhibit 3.  Do you have the printed --
24    A. You know, we'll try this on paper.
25 Okay.

129

1    Q. I'm not going to spend much time on
2 that.
3    A. Okay. Great. I'll just go to the
4 paper, then. So, I'm sorry. You said paragraph
5 16?
6    Q. Yes.
7    A. Yes, I'm there.
8    Q. And he writes, "If the '327 patent is
9 later found to be valid and infringed, it will be
10 virtually impossible for United to raise prices
11 back to pre-Yutrepia entry levels."
12    Do you see that?
13    A. I do see that.
14    Q. Do you agree?
15    A. I have no idea. This is his -- this is
16 his belief that prices are downward sticky. And
17 he's -- but he hasn't provided any evidence to the
18 fact that prices are downward sticky. So this is
19 simply like an unsupported assertion on his part.
20    Q. So do you have an opinion either way on
21 whether prices are downward sticky?
22    A. I do not, not for this product and
23 this -- you know, or for these products.
24    Q. You can put that away for now. You're
25 welcome to keep reading it, if you'd like to.

130

1    Is it your opinion that if UT's revenue
2 continues to grow, it is not harmed by lost sales?
3    MR. MORTON: Objection to form.
4    A. So I'm not -- so UTC has sources of
5 revenue other than Tyvaso. Are you referring
6 specifically to the Tyvaso products?
7    Q. (By Mr. Lobel) First, let's do -- yes,
8 if the revenue from Tyvaso products continues to
9 grow, but UTC also loses sales for Tyvaso products
10 to Yutrepia, is UTC harmed, in your opinion?
11    A. So let's use harm in the context of
12 damages for an unlawful act. And if -- as I
13 understand it, Yutrepia is approved to launch now
14 with a PAH indication, so you would expect to see
15 some sales that would otherwise have gone to Tyvaso
16 go to Yutrepia. How many? Don't know. But I
17 wouldn't call that harm. I would call that
18 competition.
19    Q. Okay. And if we're now -- if we're
20 focusing only on the PH-ILD indication, and UTC's
21 revenue -- UTC's sales to patients with PH-ILD
22 grows, but it loses sales to Yutrepia for patients
23 with PH-ILD, is UTC harmed in that situation?
24    MR. MORTON: Objection to form.
25    A. As a matter of theory, yes. But there's

131

1 a lot of work understanding, you know, whether --
2 what a patient would have done in a situation in
3 which they were not able to access the Yutrepia,
4 would they have actually started using one of the
5 forms of Tyvaso? Or was that a patient who simply
6 wouldn't be using Tyvaso?
7    Q. (By Mr. Lobel) On page 34 of your
8 declaration, paragraph 73 --
9    A. Yes.
10    Q. -- you quote Dr. Selck to say, "Even
11 though there will be some lost unit sales and
12 market share following Yutrepia's launch in the PAH
13 indication, lost sales and market share will be
14 materially greater if Yutrepia is permitted to
15 launch for both PAH and PH-ILD."
16    Do you see that?
17    A. Yes.
18    Q. And then the next paragraph, you write,
19 "Tyvaso will be competing with Yutrepia," and then
20 two more things, "but the real question is how many
21 sales, if any, will Tyvaso lose as a result of
22 Yutrepia having a PH-ILD indication?"
23    Do you see that?
24    A. Yes.
25    Q. And then you say that "Dr. Selck has

132

1 provided no basis on which one could conclude that
2 the differences will be material," correct?
3    A. Yes.
4    Q. What difference would be material, in
5 your opinion?
6    A. So this is my quoting him. He says
7 "materially greater." The -- you know, in this
8 context is sort of the accounting disclosure rules
9 which is sort of 5 percent is material. But I
10 haven't given much thought about it. But, you
11 know, I -- so let's distinguish. Like, as a matter
12 of theory, there could be theoretically some lost
13 sales. And the question is, is that one or two, or
14 is it a material portion of Tyvaso's sales? And
15 material, however you define it, there's no
16 evidence that Dr. Selck has put forward that
17 indicates that that would be a material portion of
18 Tyvaso's sales.
19    Q. And just out of curiosity, what
20 accounting disclosure rules say that 5 percent is
21 material?
22    A. Oh, boy. It has to do with disclosure
23 of -- so, for example, I'm most familiar with it in
24 the context of whether or not you have to
25 publically disclose a patent license that you sign.

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

34 (133 to 136)

---

**133**

1 And if it's deemed to be more than 5 percent of,
2 it's either revenues or assets, you have to
3 disclose it.
4     Q. So then you conclude in paragraph 75,
5 "The evidence suggests that Yutrepia could serve
6 some patients that Tyvaso would not be serving."
7     Do you see that?
8     A. Correct.
9     Q. And what evidence are you referring to?
10     A. Oh, just, as I describe in this
11 paragraph, paragraph 75, that

---

**134**

7     Q. Would you agree that Yutrepia will also
8 serve some patients that Tyvaso would be serving
9 for PH-ILD?
10     A. I think as a matter of theory, that's
11 correct, yes.
12     Q. If you turn to paragraph 134 of your
13 report, which is on page 52.
14     A. Yes.
15     Q. And you state that you do not currently
16 have an opinion as to how different UTC's profits
17 would be with or without an injunction, correct?
18     A. Correct.
19     Q. In your opinion, would UTC's profits be
20 less without an injunction?
21     MR. MORTON: Object to form.
22     A. Again, as a matter of theory, yes. I
23 don't know the details at this point, but theory --
24 it's the same theory we were just talking about,
25 which is, there may be some patients who would

---

**135**

1 have, without Yutrepia having a PH-ILD indication
2 approval, they might have used -- they might use
3 Yutrepia instead of Tyvaso to treat the PH-ILD
4 indication.
5     Q. (By Mr. Lobel)  In paragraph 132 on the
6 previous page, you state, "UTC's" -- let me look at
7 the last -- you state, "UTC's risk if an injunction
8 is not granted is that it might get a lower return
9 on its investment than it otherwise would," and
10 that, "This reduced return is equal to any lost
11 profits damages UTC might suffer."
12     Do you see that?
13     A. Yes.
14     Q. And is that reduced return harm, in your
15 opinion?
16     A. Well, it would be the damages that UTC
17 would suffer.
18     Q. And then you also state in that same
19 paragraph that the discussion of risk collapses
20 into the prior discussions about price erosion and
21 lost sales, correct?
22     A. Yes.
23     Q. Given that an injunction wouldn't change
24 the entry of Yutrepia for PAH, do you believe that
25 in the case without an injunction where UTC's

---

**136**

1 profits are less than they would be with an
2 injunction, that this reduction in profits would
3 occur through lost sales, price erosion, or both
4 due to PH-ILD indication?
5     MR. MORTON: Objection to form.
6     A. At this point, I don't have an opinion
7 one way or the other. I'm saying as a matter of,
8 if I'm going to quantify damages at some point in
9 the future, assuming the patent's valid and
10 infringed, and that no injunction is issued, then I
11 would look at lost profits and price erosion to see
12 whether those -- there had been any actual harm.
13 Those are the two buckets I would look at, but I
14 don't have an opinion at this point as to how much
15 money, if any, is in either one of those buckets.
16     Q. (By Mr. Lobel)  And if price erosion is
17 not possible, hypothetically speaking, are you
18 stating that any lost profits due to the PH-IL
19 indication would only come through lost sales?
20     MR. MORTON: Object to form.
21     A. I -- I don't quite understand, but if
22 there's no price erosion, then lost sales could
23 still happen.
24     Q. (By Mr. Lobel)  I guess my question is,
25 can lost profits -- putting aside price erosion,



Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 168 of 224
PageID #: 9041

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

35 (137 to 140)

137

1 can lost profits -- is there any other sort of lost
2 profits other than lost sales if you assume there's
3 no price erosion?
4     MR. MORTON: Object to form.
5     A. In this case, I can't think of another
6 source.
7     Q. (By Mr. Lobel) I was going to turn to
8 page 42 of your report, "Lost First Mover
9 Advantage." It's a new topic. I don't know if you
10 would like a break before we jump into --
11     A. I'm fine to keep going. Thank you.
12     Q. So Tyvaso was the first FDA approved
13 treatment for PH-ILD, correct?
14     A. Yes. My understanding is that was the
15 nebulized Tyvaso in 2021.
16     Q. And currently, there are no other
17 products on the market approved to treat PH-ILD
18 other than the Tyvaso products, correct?
19     A. That is my understanding.
20     Q. Is it your opinion that there is no
21 first-mover advantage here?
22     A. It's my opinion that Dr. Selck has not
23 actually studied the question. And he's
24 essentially asserted that there is a first-mover
25 advantage, and he doesn't seem to be aware of the

138

1 extensive literature describing times when there is
2 and times when there is not first-mover advantage.
3 And the evidence that I've been able to see does
4 not indicate that if there was a first-mover
5 advantage, it's significant.
6     Q. In paragraph 101, you point to purported
7 disadvantages to being the first mover, correct?
8     A. Yes.
9     Q. But you don't actually opine that any of
10 those disadvantages are present in this case, do
11 you?
12     A. So let me step back for a moment. What
13 I was surprised by was that Dr. Selck, you know,
14 cited this paper but apparently didn't read it all
15 the way through to come to the conclusion that
16 first-mover advantages are not a given.
17     The potential disadvantages here, one of the
18 first ones that they list, is free-rider problems,
19 which is a term I don't like, because it's
20 pejorative. But it's one of the things that
21 Dr. Selck describes as being something that he's
22 essentially accusing Liquidia of being a
23 free-rider.
24     So I would argue that, yes, there is
25 evidence that there is an advantage enjoyed by a

139

1 late-mover rival here that would be a disadvantage
2 to being first to market.
3     Q. And you cite this Lieberman article that
4 Dr. Selck has cited for that point, correct?
5     A. Yes. That's where this cite comes from.
6 And I pulled it out because it's something he knew
7 about.
8     Q. And are you aware that the Lieberman
9 article describes obtaining patents as a way of
10 preventing free-riding?
11     A. I don't recall that specifically. I
12 read the article that -- it was some weeks ago now.
13     MR. LOBEL: Okay. We can pull it up.
14 Mr. Potler, if we could pull up tab 13 which I will
15 mark as, I believe it's Exhibit 8.
16     TECHNICIAN: Stand by.
17     (Exhibit 8 was marked for identification.)
18     MR. LOBEL: While you pull that up, for the
19 record, this is the article that Mr. Kidder cites
20 in footnote 144 with Bates numbers starting with
21 UTC_PH-ILD_002310. It is an article called
22 First-Mover Advantages by Marvin D. Lieberman and
23 David B. Montgomery.
24     Q. (By Mr. Lobel) Do you see the article
25 on your screen, Mr. Kidder?

140

1     A. Yes, I do.
2     Q. And if we turn to Bates numbers ending
3 with 2324, it is page 54 of the article. Sorry, I
4 don't know the PDF page. No, it's --
5     A. It would be about 15 or so?
6     Q. Yes, thank you. There you go. And on
7 the top right, Mr. Lieberman and Mr. Montgomery
8 state, "First, how can the pioneer protect itself
9 from imitation to prevent later entrants from
10 'free-riding' on the pioneer's efforts? Patents
11 are one obvious way to achieve this."
12     Do you see that?
13     A. Yes, I do.
14     Q. And then if we move 11 pages earlier
15 than that with Bates numbers ending 2313,
16 Mr. Lieberman writes, "When technological advantage
17 is largely a function of R&D expenditures, pioneers
18 can gain advantage if technology can be patented or
19 maintained as trade secrets."
20     Do you see that?
21     A. Yes.
22     Q. And so would you agree, again, assuming,
23 as you do in this report, that the patents are
24 valid, enforceable and infringed, that the patent
25 is good protection against this free-rider problem

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

36 (141 to 144)

---

**141**

1  you were discussing?
2      A. Patents, in general, will buffer the
3  patent owner from competition. I would point out
4  that there's an unlike supposition here that there
5  is an advantage, that there's a first-mover
6  advantage in this particular product. And for
7  products that are, you know, basically sold on
8  price and performance without essentially a
9  capturable asset, then there isn't necessarily a
10  first-mover advantage. There was an advantage to
11  Tyvaso from getting the three years of exclusivity
12  on its PH-ILD indication, so they got that
13  advantage. But is there an advantage that goes
14  beyond that? That's -- I mean, Dr. Selck has
15  simply assumed that. He hasn't shown how, in this
16  case, that would be an advantage to UTC.
17      Q. Well, didn't you testify earlier that
18  one of the disadvantages in this case is a
19  free-rider problem?
20      A. Well, you were asking me specifically
21  whether any of those potential disadvantages are
22  here, and I pointed out that Dr. Selck had claimed
23  that Liquidia was a free-rider.
24      Q. And this article by Mr. Lieberman and
25  Mr. Montgomery show that patents are good

**142**

1  protection against that free-rider problem?
2      A. Yes, they can slow competition from any
3  form.
4      Q. You then state in paragraph 105 of your
5  report that while a first-mover advantage is
6  possible, it's not always a given. And you cite
7  the Lieberman article again, saying that -- scratch
8  that. We're looking at paragraph 105.
9      A. I'm with you.
10      Q. Great. And it writes that the Lieberman
11  article on first-mover advantage cited heavily by
12  Dr. Selck suggests that first-mover advantages
13  arrive from three sources.
14      Do you see that?
15      A. Yes.
16      Q. And the first is leadership in product
17  and process technology, second is preemption of
18  assets, and the third is development of
19  buyer-switching costs, correct?
20      A. Yes.
21      Q. You state, then, that preemption of
22  assets does not apply to this case since there are
23  no assets to preempt here?
24      A. Yes.
25      Q. Do you agree that whether or not

**143**

1  Yutrepia is comparable for PH-ILD is irrelevant if
2  it does not have approval for that indication?
3      MR. MORTON: Objection to form.
4      A. I'm sorry. I didn't understand.
5      Q. (By Mr. Lobel) So whether or not
6  Yutrepia is a comparable product for PH-ILD is
7  irrelevant if it does not have approval for that
8  indication, correct?
9      MR. MORTON: Objection to form.
10      A. So I'm getting tripped up on the notion
11  of a comparable product. Why are we talking about
12  comparable products?
13      Q. (By Mr. Lobel) Because if we're talking
14  about leadership in product and -- sorry.
15      If we're talking about preemption of assets,
16  which I believe is what you said does not apply in
17  this case, does preemption of assets not assume a
18  comparable product? Am I misunderstanding
19  preemption of assets?
20      A. I'm not -- I think maybe you're not
21  understanding preemption of assets.
22      Q. What do you mean by "preemption of
23  assets"?
24      A. So it typically means, for example,
25  let's step back to Dr. Teece's article about

**144**

1  profiting from technological innovation. And it's
2  one of the topics that he discusses at length in
3  that. And so, for example, you can have -- and he
4  talks about -- it's fundamentally this question of:
5  Why is it that innovators sometimes profit from
6  technological innovation and sometimes don't profit
7  from technological innovation?
8      One of the classic examples he uses is the
9  development of CAT scanners. And they were
10  originally developed by EMI in England. And EMI
11  was a first mover and got absolutely run over in
12  the market by GE, because GE already had the
13  distribution into all of the hospitals that were
14  buying these things. And they had a support
15  mechanism. They had all these assets in place.
16  And they just basically ran straight over EMI on
17  that. So that would be an example of an asset that
18  could be preempted. Essentially, GE got there
19  first.
20      So in this case, there doesn't seem to be
21  anything that would argue that because Tyvaso got
22  there first, or UTC got there first, that it was,
23  therefore, unavailable to Liquidia.
24      Q. You quote Dr. Teece in paragraph 104,
25  correct?

145

1    A. That sounds right. Yes.
2    Q. And that quote says, from Dr. Teece,
3 about the middle of the paragraph, "The paper
4 demonstrates that when imitation is easy, markets
5 don't work well, and the profits from innovation
6 may accrue to the owners of certain complementary
7 assets rather than the developers of intellectual
8 property."
9    A. Yes.
10   Q. Did I read that correctly?
11   A. You did. And it's funny reading this.
12 I'm not sure what Dr. Teece meant by saying,
13 "markets don't work well." I'm not sure why he
14 included that comment.
15   Q. Would you -- in your opinion, is
16 imitation easy in the pharmaceutical context?
17   A. Generally, no. It's not what I think
18 across most businesses would be considered easy in
19 that you've got a regulatory hurdle you need to
20 clear.
21   Q. And in your opinion, is imitation easy
22 in the PH-ILD space?
23   A. Imitation of product? I mean, what are
24 you -- in what context?
25   Q. Well, would you agree that there are

146

1 many therapeutic candidates for PH-ILD that have
2 failed previously?
3    MR. MORTON: Objection to form.
4    A. Yeah, I'm not -- I'm not aware of the
5 history. I do recall seeing some evidence that
6 other drugs have been tried to treat PH-ILD and had
7 not succeeded.
8    Q. (By Mr. Lobel) So to your knowledge,
9 what complementary assets exist for therapies for
10 PH-ILD, if any?
11   A. I'm not sure there are any assets that
12 are specialized to PH-ILD.
13   Q. Turning back briefly to your paragraph
14 106, you write, "The final category, the
15 'development of buyer switching costs,' appears to
16 be weak at best."
17   Do you see that?
18   A. Yes.
19   Q. Do you agree that in a case where
20 there's only one approved treatment for PH-ILD,
21 switching costs can be considered extremely large
22 for patients?
23   MR. MORTON: Objection to form.
24   A. I'd have to think -- that's an
25 interesting thought, and I just haven't thought

147

1 about it. I'd have to spend some more time
2 thinking about how you would think about switching
3 costs with only one available product.
4    Q. (By Mr. Lobel) But you have not done
5 that analysis?
6    A. That is correct.
7    Q. So do you provide any evidence that any
8 purported disadvantage to UTC reduced any
9 first-mover advantage it might have had?
10   MR. MORTON: Objection to form.
11   A. I'm sorry. Did I -- can you just repeat
12 the question?
13   Q. (By Mr. Lobel) Do you provide any
14 evidence of any purported disadvantage to UTC's
15 alleged first-mover advantage, any of the
16 disadvantages you discussed?
17   MR. MORTON: Object to form.
18   A. Well, the -- so it's funny, because I
19 don't think of it as being a disadvantage to being
20 the first mover unless you've got the product wrong
21 and somebody else comes along and figures that out,
22 but even that, you should have a leg up on doing
23 that.
24   And I think about it as being the advantages
25 to being second and whether or not -- so let me put

148

1 it this way. I think it's rare that you would find
2 a case where there was a negative first-mover
3 advantage. The underlying question, though, is
4 whether that is significant or material or matters.
5 There are lots of markets where it just doesn't
6 matter.
7    Q. (By Mr. Lobel) Would you agree that the
8 benefits of a first-mover advantage decline over
9 time with competition?
10   A. It depends on the source of the
11 first-mover advantage, if there is one. I mean,
12 there's, you know, the classic markets that involve
13 first-mover competition -- first-mover advantage
14 are network-effect markets. So that's not going to
15 decline over time with competition if you're
16 growing your metrics faster than the next person.
17 This isn't a market that has network effects.
18   Q. So in the pharmaceutical context, would
19 you agree the benefits of a first-mover advantage
20 decline over time with competition?
21   MR. MORTON: Objection to form.
22   A. I can't answer a general question like
23 that, I don't know, across all pharmaceuticals.
24   Q. (By Mr. Lobel) Assuming UTC has a
25 first-mover advantage and that advantage is lost

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

38 (149 to 152)

149

1  with a Yutrepia launch in PH-ILD, is that fully
2  compensable with monetary damages?
3      A.  Yes.
4      Q.  How?
5      A.  Because a first-mover advantage, the
6  advantage you gain is greater sales and potentially
7  pricing ability.  So that's -- you know, it's a
8  flavor of lost profits.
9      Q.  And it's your testimony that you would
10 calculate that in the same way you would with lost
11 profits?
12     MR. MORTON:  Object to form.
13     A.  I'd certainly have to look at it.  I
14 haven't thought about trying to quantify
15 first-mover advantage, particularly not in a market
16 like this, but that's the -- but that's what you
17 get from a first-mover advantage.  The underlying
18 question:  Is there any evidence that there is such
19 a thing here?  And I don't think there is.
20     Q.  (By Mr. Lobel)  And what's your basis to
21 say that you don't think there is?
22     A.  Because it's the paragraph 107 that
23 Dr. Selck alludes to the conventional wisdom, but
24 it doesn't appear that he's pointed to anything
25 about this market that would provide a first-mover

150

1  advantage.  I mean, in fact, in the pharmaceutical
2  market, what do you care about?  You care about how
3  well it works, and you also care about price.
4  Although, price is attenuated against how well it
5  works.  So, like, that's not something that's going
6  to come from first-mover advantage.
7      Q.  What do you mean that price is
8  attenuated against how well the product works?
9      A.  If you have a life-saving compound,
10 people are willing to pay a very high amount for
11 that, right?  If you've got something that works,
12 and potentially even a little bit better than the
13 next one, you can get a significant premium for
14 that.  People put a very high value on their
15 health.
16     MR. LOBEL:  Let's take a break.
17     VIDEOGRAPHER:  All right.  We are going off
18 the record at 12:07.
19     (Recess taken.)
20     VIDEOGRAPHER:  We are back on the record at
21 12:45.
22     Q.  (By Mr. Lobel)  Mr. Kidder, have you
23 discussed your testimony with counsel at all during
24 the breaks?
25     A.  No.  I haven't talked to anybody on the

151

1  breaks, other than my dog, but I don't think that
2  counts.
3      Q.  I'm really curious what you have to say
4  to your dog, but we'll wait -- we'll wait for
5  another day to talk about that.
6      Okay.  Let's turn to page 46 of your
7  declaration.
8      A.  Yes.
9      Q.  And in paragraph 114, you write,
10 "Dr. Selck does not consider whether UTC has
11 already suffered the claimed reputational harm by
12 filing the present lawsuit that is attempting to
13 keep an additional product for PH-ILD patients from
14 the marketplace."
15     Do you see that?
16     A.  Yes.
17     Q.  Are you offering an opinion that UTC has
18 already experienced reputational harm?
19     A.  So I'm responding to Dr. Selck.  And
20 Dr. Selck is claiming that, you know, United might
21 be viewed negatively for having removed an
22 additional product for PH-ILD patients from the
23 marketplace.  But my point is that that would have
24 to be harm in addition to United filing this
25 lawsuit to keep an additional product.

152

1  So it's -- I don't know what kind of
2  reputational -- what kind of reputation UTC has or
3  doesn't have in the marketplace.  My point is that
4  Dr. Selck seems to be, at best, imprecise.
5      Q.  Are you suggesting that asserting patent
6  rights negates the ability to claim reputational
7  harm?
8      MR. MORTON:  Objection to form.
9      A.  No.
10     Q.  (By Mr. Lobel)  Assuming, or,
11 hypothetically, UTC has already experienced
12 reputational harm, in your opinion, could UTC
13 experience additional reputational harm?
14     MR. MORTON:  Objection; form, incomplete
15 hypothetical.
16     A.  Yeah, I don't know that I have an
17 opinion on that.  I think, as a theoretical matter,
18 it's possible.
19     Q.  (By Mr. Lobel)  In your opinion, will
20 UTC experience reputational harm if Yutrepia is on
21 the market for PH-ILD and then later taken off the
22 market for PH-ILD?
23     MR. MORTON:  Objection; form.
24     A.  I don't -- I don't have an opinion on
25 that.  Again, I was responding to Dr. Selck's

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 172 of 224
PageID #: 6045

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

39 (153 to 156)

153

1  comments about reputational harm that's similar to
2  his comments about first-mover advantage seemed to
3  start with these suppositions that he didn't do any
4  work to provide evidence that they existed.
5      Q.  Turning to another topic, I'm going
6  to -- you note in paragraph 10 of your report,
7  which is on page 5 --
8      A.  Thank you.  Okay.  I'm there now.
9      Q.  In the second sentence, second part of
10 the sentence, you write, "There is nothing to
11 suggest that the quantum of damages will be so
12 great that Liquidia will be unable to pay them."
13     Do you see that?
14     A.  That's correct.
15     Q.  And then you discuss this a bit more,
16 starting on page 47, some of which I'll ask you
17 about.
18     A.  Shall I go to page 47 or should I stay
19 here?
20     Q.  You can go down to 47.  But let me know
21 when you're there.
22     A.  Yes, I'm there.
23     Q.  Before I ask about any particular
24 paragraph, are you aware of any evidence that
25 Liquidia has produced in this case showing its

154

1  ability to pay damages for patent infringement?
2      MR. MORTON:  Object to form.
3      A.  So the evidence I've looked at is
4  Liquidia's publically available financials.
5      Q.  (By Mr. Lobel)  And is that the 10-Ks
6  that you've cited in your report?
7      A.  That's correct.  Yes.  And there are
8  some 10-Qs, but ultimately 10-Ks.
9      Q.  And you discuss what Dr. Selck described
10 as an illustrative analysis or an illustrative
11 example, starting on paragraph 117 of your report,
12 correct?
13     A.  Yes.
14     Q.  And Dr. Selck created an estimate of
15 potential damages under two assumptions,
16 essentially, correct?
17     A.  Well, that's how he characterized it,
18 but go ahead.
19     Q.







161

162

163

13 Mr. Potler.
14    Q. (By Mr. Lobel) In paragraph 124 on
15 page 49 of your report, you say, "This is not a new
16 market as Tyvaso got a PH-ILD indication three
17 years ago."
18    In your opinion, what is a new market versus
19 a not-new market?
20    A. I don't think that there is a strict
21 definition of that. But I don't know that I would
22 characterize something that's been around for three
23 years as being a new market in the context that
24 he's -- so his comment -- this is replying to
25 Dr. Selck's comment that the PH-ILD market is

164

1 complex and unique because it is essentially a new
2 market. And, okay, so he says it's essentially a
3 new market. It's been around for three years. So
4 at what point does it not become essentially a new
5 market?
6    Q. That's my question for you.
7    At what point does it become not essentially
8 a new market?
9    A. I don't know why he believes that being
10 a new market makes something complex and unique, so
11 the answer to that question comes to, at what point
12 is the market not -- I don't want to use the word
13 "old," but not new enough that it's no longer
14 complex and unique. And I don't know what it is
15 about a new market that is necessarily complex and
16 unique. I can understand something about
17 uniqueness, but I can't understand anything about
18 complexity for a new market.
19    Q. On 126, the next page, you state,
20 "Comparing Liquidia's market capitalization with no
21 forecasted evidence of either lost sales or price
22 erosion for UTC, I conclude that Liquidia should be
23 able to pay damages at trial in 2025 if it is found
24 to infringe UTC's '327 patent."
25    Do you see that?

Case 1:23-cv-00975-RGA-SRF     Document 75-3     Filed 04/22/24     Page 175 of 224
PageID #: 9048

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

42 (165 to 168)



**165**

1    A. Yes.
2    Q. Are you saying if you assume damages are
3 zero, that Liquidia can pay?
4    A. I haven't assumed damages. I have
5 looked at the evidence. And, in particular, I've
6 looked at that UTC forecast of its projected
7 revenues, prices, sales, et cetera, and they're not
8 showing anything.
9    And so Dr. Selck has simply provided a
10 calculation that is meaningless. I agree that if
11 you multiply big numbers, you get to a very big
12 number. And Liquidia may not be able to pay a big
13 number. But that -- there's no evidence that a big
14 number is anywhere near other than Dr. Selck's
15 illustrative, back-of-the-envelope, deeply-flawed
16 calculation.
17
18
19
20
21
22
23
24
25

**166**

1
2
3
4
5
6
7
8
9
10
11
12    Q. You state in paragraph 125 that you
13 think damages could be quantified in this case,
14 correct?
15    A. Yes.
16    Q. And you've been quantifying damages from
17 patent infringement for over 25 years; is that
18 right?
19    A. Yes.
20    Q. And you've never quantified damages for
21 a 505(b)(2) launch?
22    A. I'm not sure how the relevance of the
23 launch matters. I don't recall quantifying damages
24 for a 505(b)(2) launch, but the mechanism of
25 approval should be irrelevant to how you calculate

**167**

1 damages.
2    Q. And what's your basis for saying that
3 the mechanism for approval is irrelevant to
4 calculating damages?
5    A. Because what we've been talking about --
6 so patent damages, essentially lost profits in the
7 form of lost sales and price erosion, those will be
8 triggered by the start date or a reasonable
9 royalty, which, again, is -- it's a start -- you
10 know, date of first infringement. So I don't see
11 how the precise mechanism for approval would
12 matter, whether it was, you know -- what particular
13 FDA mechanism was used to approve the product.
14    Q. Have you ever quantified damages for an
15 infringing product with approval for one indication
16 against an innovator with approval for two
17 indications?
18    MR. MORTON: Objection to form.
19    A. I don't recall that particular fact
20 pattern.
21    Q. (By Mr. Lobel) Have you ever quantified
22 damages for a therapeutic that all parties agree is
23 difficult to diagnose?
24    MR. MORTON: Objection to form.
25    A. I don't recall that fact pattern either.

**168**

1    Q. (By Mr. Lobel) Do you agree that
2 patents reward innovation?
3    MR. MORTON: Objection to form.
4    A. That is the way that they are frequently
5 described. I don't have any particular objection
6 to that.
7    Q. (By Mr. Lobel) And research and
8 development costs are often used in developing
9 technology that goes into patents, correct?
10    MR. MORTON: Objection.
11    A. So R&D efforts can result in patents, if
12 that's your question, yes.
13    Q. (By Mr. Lobel) And do you agree that
14 UTC made an investment in research and development
15 that, in part, resulted in the '327 patent?
16    MR. MORTON: Objection to form.
17    A. I don't have any particular idea about
18 whether there was any R&D involved in filing for
19 the '327 patent.
20    Q. (By Mr. Lobel) In your opinion, has UTC
21 had a chance to recoup its investment for R&D?
22    A. So I think I looked at this, and I'm
23 trying to remember. You may know the paragraph off
24 the top of your head.
25    A. It's -- we start --



**169**

1      A. Sorry. Go ahead.
2      Q. Maybe 132? Is that what you're
3 referring to?
4      A. Yes. That's exactly what it was.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q. Is it your opinion that a bigger company
23 can never suffer irreparable harm from the acts of
24 a smaller company?
25      MR. MORTON: Objection; form.

**170**

1      A. I don't think that's a generally true
2 statement, no.
3      Q. (By Mr. Lobel) Are you aware of any
4 evidence that UTC does not have the capacity to
5 supply any unmet need?
6      A. I think this is the same question you
7 asked me earlier about UTC's manufacturing
8 capacity. And I don't -- I haven't looked at that.
9 And I don't have any evidence from UTC as to what
10 their manufacturing capacity is for any potential
11 bottlenecks.
12      Q. Do you agree that the Tyvaso products
13 are generally covered by insurance?
14      A. I have not looked at that.
15      Q. Are you aware of any patients unable to
16 access the Tyvaso products because of cost?
17      A. I'm just thinking, because I thought I
18 saw something about UTC, but I'm -- nothing comes
19 to mind. No, I'm not aware of anything.
20      MR. LOBEL: I have no further questions.
21 Thank you for your time, Mr. Kidder.
22      MR. MORTON: Okay. Thank you. I don't have
23 any questions for the witness at this time. I
24 think we're done. Although, Louis, I don't know if
25 you want to designate this transcript --

**171**

1      MR. LOBEL: Oh, yeah. Let's designate this
2 transcript as outside counsel eyes only. And we
3 can figure that out at a later time.
4      VIDEOGRAPHER: Should I read us off the
5 record now, the video record?
6      MR. LOBEL: Yes, please.
7      VIDEOGRAPHER: All right. This marks the
8 end of the videotaped deposition of Douglas Kidder.
9 We are going off the record at 13:13.
10      COURT REPORTER: May I have transcript
11 orders and signature instructions before closing
12 record, beginning with noticing counsel?
13      MR. LOBEL: For Goodwin, yes, we would like
14 next-day delivery, if possible, or as soon as
15 possible.
16      COURT REPORTER: And Mr. Morton?
17      MR. MORTON: Yeah, I'll take whatever
18 they're taking.
19      (Whereupon, the within proceedings were
20 concluded at 1:14 p.m. on April 5, 2024.)
21
22
23
24
25

**172**

1      I, DOUGLAS G. KIDDER, do hereby certify that
2 I have read the foregoing transcript and that the
3 same and accompanying amendment sheets, if any,
4 constitute a true and complete record of my
5 testimony.
6
7
8      _____
9        Signature of Deponent
10
11        ( ) No Amendments
12        ( ) Amendments Attached
13
14        Subscribed and sworn to before me
15 this _____ day of _____, 2024.
16
17      Notary Public: _____
18      Address: _____
19        _____
20      My commission expires: _____
21      Seal:
22
23
24
25        MLG

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

173

```
 1        REPORTER'S CERTIFICATE
 2   STATE OF COLORADO    ) ss.
 3   COUNTY OF DENVER    )
 4        I, MELANIE L. GIAMARCO, do hereby certify
 5   that I am a Registered Professional Reporter and
 6   Notary Public within the State of Colorado.
 7        I further certify that this deposition was
 8   taken in machine shorthand by me at the time herein
 9   set forth, that it was thereafter reduced to
10   typewritten form, and that the foregoing
11   constitutes a true and correct transcript of the
12   proceedings had.
13        I further certify that I am not employed by,
14   related to, nor of counsel for any of the parties
15   herein, nor otherwise interested in the result of
16   the within litigation.
17        In witness whereof, I have affixed my
18   signature this 7th day of April, 2024.
19
20
21        Melanie L. Giamarco
22        Registered Professional Reporter
23        Registered Merit Reporter
24        Certified Realtime Reporter
     Notary ID:  20014025991
25   My Commission expires:  August 14, 2025
```

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

45

| A |
|---|
| **a-c-a-c-i-a** |
| 8:11 |
| **ability** |
| 12:6, 57:7, |
| 75:20, 93:22, |
| 107:18, 149:7, |
| 152:6, 154:1 |
| **able** |
| 56:9, 88:15, |
| 126:4, 131:3, |
| 138:3, 155:3, |
| 161:11, 162:4, |
| 164:23, 165:12 |
| **above** |
| 115:6, 120:13, |
| 120:20 |
| **absent** |
| 102:18 |
| **absolutely** |
| 9:1, 11:11, |
| 75:11, 116:9, |
| 144:11, 161:20 |
| **acacia** |
| 8:11 |
| **accepted** |
| 72:1, 90:13, |
| 92:25 |
| **accepts** |
| 6:3, 72:10, |
| 72:23 |
| **access** |
| 35:2, 35:3, |
| 35:5, 131:3, |
| 169:12, 170:16 |
| **accidentally** |
| 9:2 |
| **accompanied** |
| 52:4 |
| **accompanying** |
| 172:3 |
| **accounting** |
| 132:8, 132:20 |
| **accrue** |
| 145:6 |
| **accurate** |
| 12:3, 113:16 |

**accused**
27:9, 27:15,
27:23
**accusing**
27:16, 27:17,
138:22
**achieve**
140:11
**across**
29:13, 30:22,
145:18, 148:23
**act**
102:19, 130:12
**activity**
22:8
**acts**
56:2, 169:23
**actual**
90:3, 94:20,
125:9, 136:12
**actually**
14:2, 19:11,
31:12, 35:19,
39:24, 40:24,
46:12, 51:6,
62:18, 66:4,
94:15, 101:13,
118:6, 120:19,
124:14, 128:5,
128:10, 128:21,
131:4, 137:23,
138:9, 156:4,
157:2, 158:8,
160:3, 169:15
**add**
6:4, 44:2,
71:9, 71:12,
71:20, 72:2,
72:11, 72:23,
80:21, 90:6,
90:13, 91:6,
91:24, 92:11
**adding**
39:23, 74:15,
92:19
**addition**
60:8, 74:12,
75:2, 151:24

**additional**
15:25, 16:2,
56:15, 78:13,
79:18, 79:19,
103:12, 117:10,
121:19, 122:16,
151:13, 151:22,
151:25, 152:13,
169:9
**address**
8:10, 8:24,
172:18
**adjusted**
159:21
**advance**
69:6
**advantage**
38:13, 137:9,
137:21, 137:25,
138:2, 138:5,
138:25, 140:16,
140:18, 141:5,
141:6, 141:10,
141:13, 141:16,
142:5, 142:11,
147:9, 147:15,
148:3, 148:8,
148:11, 148:13,
148:19, 148:25,
149:5, 149:6,
149:15, 149:17,
150:1, 150:6,
153:2
**advantages**
6:12, 35:23,
36:12, 138:16,
139:22, 142:12,
147:24
**affect**
74:16, 101:14
**affected**
39:4, 75:19
**affects**
75:2
**affirmation**
39:1
**affirmative**
27:24, 28:6,

32:13
**affixed**
173:17
**after**
8:3, 20:23,
54:2, 54:19,
55:1, 55:6,
55:10, 70:25,
71:8, 73:4,
75:13, 92:10,
92:19, 126:5,
158:16, 161:13,
162:8, 166:6
**afterwards**
19:6
**again**
26:12, 52:22,
53:4, 66:8,
83:1, 92:18,
109:24, 123:13,
124:11, 126:12,
134:22, 140:22,
142:7, 152:25,
160:15, 160:17,
167:9
**against**
117:12, 140:25,
142:1, 150:4,
150:8, 167:16
**ago**
26:10, 26:13,
139:12, 163:17
**agree**
17:12, 17:14,
33:17, 35:4,
39:18, 40:1,
41:17, 49:13,
50:15, 50:17,
50:18, 50:24,
52:17, 54:5,
54:6, 56:22,
57:19, 58:16,
63:6, 63:12,
87:15, 88:1,
94:17, 95:22,
96:1, 96:8,
96:16, 96:22,
97:8, 98:5,

99:12, 99:23,
100:17, 101:1,
101:15, 101:20,
101:21, 102:5,
102:7, 103:11,
103:22, 104:8,
104:14, 105:15,
109:4, 109:6,
110:5, 112:17,
112:23, 113:6,
113:9, 125:18,
127:11, 129:14,
134:7, 140:22,
142:25, 145:25,
146:19, 148:7,
148:19, 156:7,
162:20, 165:10,
167:22, 168:1,
168:13, 170:12
**agreement**
14:6
**agrees**
63:6, 63:12
**ah**
41:7, 68:16
**ahead**
154:18, 155:9,
159:6, 169:1
**all**
7:11, 31:17,
32:4, 45:14,
47:4, 53:7,
53:10, 54:8,
62:9, 68:11,
68:19, 79:16,
79:24, 80:6,
81:22, 83:18,
85:15, 95:7,
95:11, 101:1,
101:8, 102:5,
102:13, 106:8,
106:16, 106:17,
107:7, 109:5,
109:7, 111:14,
127:15, 128:7,
128:14, 128:15,
133:12, 138:14,
144:13, 144:15,

148:23, 150:17,
150:23, 157:22,
159:2, 160:25,
161:24, 162:10,
165:20, 167:22,
171:7
**alleged**
127:23, 147:15
**allegedly**
102:19
**allen**
22:20
**allow**
83:8, 83:13
**allowed**
33:16
**allowing**
80:3
**allows**
104:5
**alludes**
149:23
**almost**
27:22, 28:5
**alone**
8:16, 103:7,
157:3
**along**
147:21
**already**
17:10, 19:12,
88:19, 92:25,
111:5, 111:6,
120:10, 144:12,
151:11, 151:18,
152:11
**also**
4:14, 7:22,
11:7, 11:20,
14:12, 24:10,
25:9, 29:5,
39:10, 47:5,
48:24, 58:5,
59:13, 69:15,
83:17, 86:23,
89:17, 107:17,
112:23, 126:6,
127:19, 128:20,

130:9, 134:7,
135:18, 150:3,
157:14
**alter**
80:20
**alternative**
99:9, 99:10,
124:9, 124:10
**alternatives**
36:25, 37:9
**although**
150:4, 170:24
**always**
19:5, 27:5,
64:19, 64:21,
94:23, 117:24,
142:6, 159:25
**amend**
71:19, 91:6,
91:24, 92:11
**amended**
71:12, 166:2
**amendment**
71:25, 72:2,
90:6, 90:13,
172:3
**amendments**
172:11, 172:12
**amherst**
21:7, 22:3,
22:5
**among**
87:17, 88:9,
160:25
**amount**
16:15, 150:10
**amounts**
97:3
**analog**
74:19, 74:25,
113:24, 115:21,
116:24, 117:3,
117:4, 117:11,
117:20, 117:24,
117:25, 118:4,
156:2
**analogs**
113:20, 114:2,

114:5, 114:8,
114:9, 116:23,
117:10, 117:23
**analogy**
114:6
**analysis**
38:16, 39:17,
40:5, 116:18,
118:6, 147:5,
154:10, 157:12,
159:15, 161:6,
161:10, 161:13,
162:12, 163:3,
163:4, 163:5,
163:9
**analyst**
47:17
**analyze**
41:18, 162:13
**analyzing**
95:2
**andapath**
30:7
**angle**
11:17, 85:15
**announce**
90:13
**announced**
71:9, 90:4,
90:5
**annual**
5:19, 6:7,
74:14, 75:16,
119:25
**another**
13:18, 50:10,
87:18, 99:3,
102:3, 137:5,
151:5, 153:5,
160:24
**answer**
10:9, 10:17,
10:24, 10:25,
11:13, 29:12,
67:17, 74:22,
78:17, 85:24,
88:16, 89:12,
106:11, 106:17,

148:22, 164:11
**answered**
101:6
**answering**
10:18
**answers**
10:11
**anticipated**
95:23
**antitrust**
44:22, 44:24
**anybody**
150:25
**anyone**
15:6, 20:5
**anything**
8:19, 16:19,
19:6, 39:25,
41:21, 65:12,
65:14, 69:9,
70:11, 85:4,
85:22, 113:12,
122:6, 123:12,
144:21, 149:24,
161:16, 164:17,
165:8, 170:19
**anyway**
14:3, 54:12,
66:15, 87:9
**anywhere**
165:14
**apologies**
28:19
**apologize**
18:9, 60:4,
84:15, 118:22
**apparently**
34:11, 53:9,
138:14
**appeal**
13:12
**appear**
61:24, 74:23,
74:24, 75:1,
108:25, 124:15,
126:19, 149:24
**appearances**
3:1, 4:1

**appeared**
156:6
**appearing**
2:8
**appears**
39:7, 49:11,
50:19, 60:6,
77:2, 112:18,
114:15, 125:21,
127:24, 146:15
**appendices**
157:6
**appendix**
157:19
**application**
71:1, 71:9,
95:19
**applied**
44:23, 77:4
**applies**
108:22, 115:2
**apply**
28:4, 142:22,
143:16
**applying**
44:13, 71:19,
161:19, 166:7
**apportionment**
46:3
**appreciate**
11:18
**appropriate**
42:25, 46:5,
160:17
**approval**
37:15, 39:14,
73:8, 73:15,
75:6, 75:13,
92:19, 95:18,
106:6, 106:7,
107:5, 107:6,
117:1, 135:2,
143:2, 143:7,
166:25, 167:3,
167:11, 167:15,
167:16
**approve**
99:25, 167:13

**approved**
33:23, 37:21,
38:2, 44:7,
52:7, 52:13,
52:24, 54:2,
59:7, 61:1,
63:3, 63:22,
71:11, 71:16,
74:10, 84:2,
84:9, 84:10,
84:16, 84:17,
85:7, 85:16,
85:18, 86:13,
86:16, 87:4,
92:25, 99:11,
100:7, 117:16,
117:17, 118:7,
130:13, 137:17,
146:20
**approving**
166:9, 166:11
**approximately**
10:5, 15:18,
49:22, 50:4,
160:18
**april**
1:16, 2:4, 5:3,
7:8, 18:24,
159:8, 159:17,
160:9, 171:20,
173:18
**arbitrary**
161:19
**aren't**
34:12, 61:17,
85:24, 87:23,
161:15
**argue**
61:4, 138:24,
144:21
**arguments**
105:12
**armstrong**
14:5
**around**
25:19, 119:17,
159:9, 163:22,
164:3

**arrive**
142:13
**art**
126:10
**arterial**
17:17
**article**
6:11, 50:8,
50:11, 139:3,
139:9, 139:12,
139:19, 139:21,
139:24, 140:3,
141:24, 142:7,
142:11, 143:25
**articles**
23:15, 24:11,
25:23, 25:24
**aside**
136:25
**asked**
44:16, 94:3,
94:5, 127:20,
170:7
**asking**
16:9, 16:25,
17:1, 17:4,
42:6, 51:23,
74:4, 106:15,
141:20, 162:1
**asp**
108:6, 108:9,
109:21
**aspirational**
94:18
**aspirations**
94:24
**asserted**
137:24
**asserting**
43:4, 46:24,
152:5
**assertion**
43:6, 129:19
**assessment**
36:12
**assessments**
45:12
**asset**
141:9, 144:17

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

48

| | | | |
|---|---|---|---|
| **assets** | 154:15, 158:24, | 125:14, 134:4, | **back-of-the-enve-** |
| 133:2, 142:18, | 160:21, 161:19 | 147:3, 154:4 | **lope** |
| 142:22, 142:23, | **attached** | **avenue** | 165:15 |
| 143:15, 143:17, | 172:12 | 3:7, 4:8, 8:11 | **background** |
| 143:19, 143:21, | **attachment** | **average** | 64:16 |
| 143:23, 144:15, | 157:19, 158:2 | 73:21, 74:12, | **bad** |
| 145:7, 146:9, | **attempt** | 107:22, 108:24, | 41:13, 45:5, |
| 146:11 | 116:12 | 110:17 | 156:19, 161:22, |
| **assignment** | **attempted** | **avoiding** | 161:23 |
| 32:11 | 118:21 | 35:14 | **badly** |
| **assist** | **attempting** | **aware** | 83:10 |
| 20:5 | 56:14, 86:11, | 13:24, 31:8, | **baked** |
| **associated** | 151:12 | 41:21, 44:12, | 73:12, 77:6, |
| 118:13 | **attending** | 45:7, 45:10, | 103:15 |
| **assume** | 7:12 | 48:12, 52:2, | **balance** |
| 11:6, 17:11, | **attenuated** | 57:5, 59:14, | 162:5 |
| 17:17, 31:15, | 150:4, 150:8 | 60:24, 65:4, | **bald** |
| 32:19, 56:11, | **attorney** | 65:9, 65:17, | 83:18 |
| 56:14, 60:2, | 10:22, 10:24 | 65:22, 66:18, | **baltimore** |
| 79:14, 86:15, | **attorneys** | 86:24, 91:12, | 21:19 |
| 87:1, 97:15, | 14:11, 14:17, | 97:6, 97:12, | **barton** |
| 137:2, 143:17, | 31:19, 31:21, | 97:16, 97:18, | 105:21, 118:15, |
| 160:7, 165:2 | 59:19 | 97:21, 108:15, | 118:19, 118:24, |
| **assumed** | **attractive** | 117:22, 120:17, | 119:2, 119:7, |
| 54:21, 55:3, | 49:8 | 126:22, 127:4, | 121:3, 121:7, |
| 69:4, 103:14, | **attributed** | 127:5, 137:25, | 121:8, 121:17, |
| 141:15, 160:9, | 121:16, 125:11, | 139:8, 146:4, | 122:19, 122:22, |
| 165:4 | 126:1 | 153:24, 170:3, | 123:1, 123:14, |
| **assumes** | **audibly** | 170:15, 170:19 | 124:11, 124:15, |
| 69:21, 73:8, | 10:9 | **away** | 125:3, 125:12, |
| 73:14, 77:1, | **august** | 103:14, 129:24 | 126:1, 126:3, |
| 154:19 | 66:11, 91:20, | | 127:8, 127:16, |
| **assuming** | 173:26 | **B** | 127:24, 128:6, |
| 75:22, 86:12, | **authorization** | | 128:18 |
| 92:2, 133:17, | 86:19, 87:4, | **b) (2** | **barton's** |
| 136:9, 140:22, | 98:14, 98:18, | 28:9, 29:4, | 124:12, 125:1, |
| 148:24, 152:10, | 99:13, 99:16, | 95:18, 166:21, | 125:22 |
| 155:2, 161:6, | 99:19, 99:23, | 166:24 | **based** |
| 161:9 | 100:4, 100:6, | **back** | 39:17, 61:18, |
| **assumption** | 100:10, 100:12, | 9:3, 18:9, | 69:17, 70:12, |
| 47:5, 70:20, | 100:16 | 19:20, 22:25, | 71:22, 75:12, |
| 71:3, 73:16, | **authorizations** | 32:4, 44:1, | 76:8, 89:20, |
| 75:23, 80:21, | 59:10, 98:6 | 48:4, 53:4, | 103:11, 105:16, |
| 124:17, 124:19, | **authorized** | 62:12, 68:16, | 109:14, 109:21, |
| 154:20 | 98:20, 124:1 | 94:4, 111:17, | 112:8, 119:8, |
| **assumptions** | **availability** | 126:5, 126:24, | 125:3, 133:23, |
| 32:22, 69:7, | 101:22 | 129:11, 138:12, | 157:11, 159:15, |
| 70:5, 73:11, | **available** | 143:25, 146:13, | 165:17 |
| | 85:24, 115:9, | 150:20 | |

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

49

| | | | |
|---|---|---|---|
| **basic**<br>22:7, 37:2,<br>37:6<br>**basically**<br>22:11, 25:2,<br>25:8, 44:3,<br>114:10, 126:10,<br>141:7, 144:16<br>**basis**<br>13:19, 43:3,<br>55:5, 69:25,<br>70:9, 82:24,<br>114:16, 116:9,<br>116:14, 132:1,<br>149:20, 167:2<br>**bates**<br>49:4, 49:6,<br>51:11, 68:21,<br>68:22, 72:12,<br>120:1, 120:7,<br>139:20, 140:2,<br>140:15<br>**bates-stamped**<br>31:21<br>**because**<br>27:6, 29:13,<br>33:6, 40:20,<br>42:9, 43:16,<br>58:7, 61:22,<br>63:13, 64:4,<br>64:18, 73:17,<br>77:15, 82:17,<br>83:4, 84:22,<br>85:1, 85:12,<br>89:13, 106:14,<br>113:16, 124:25,<br>128:13, 138:19,<br>139:6, 143:13,<br>144:12, 144:21,<br>147:18, 149:5,<br>149:22, 156:5,<br>156:16, 156:18,<br>156:23, 164:1,<br>167:5, 169:5,<br>170:16, 170:17<br>**become**<br>164:4, 164:7<br>**becomes**<br>89:4, 169:11 | **beefs**<br>40:21<br>**been**<br>8:3, 10:4,<br>12:10, 20:9,<br>20:24, 22:11,<br>22:25, 23:3,<br>26:13, 26:24,<br>26:25, 27:14,<br>27:23, 28:23,<br>29:24, 30:4,<br>33:24, 39:4,<br>40:21, 58:21,<br>60:8, 62:6,<br>68:15, 79:24,<br>80:8, 102:17,<br>110:14, 117:15,<br>126:18, 126:23,<br>126:24, 128:19,<br>136:12, 138:3,<br>146:6, 163:22,<br>164:3, 166:16,<br>167:5, 169:19<br>**before**<br>2:5, 9:21,<br>10:4, 10:17,<br>10:18, 11:14,<br>15:19, 20:22,<br>45:6, 55:14,<br>81:17, 90:3,<br>91:6, 91:11,<br>91:23, 98:19,<br>99:10, 115:13,<br>124:1, 124:9,<br>137:10, 153:23,<br>171:11, 172:14<br>**begin**<br>10:17, 69:21<br>**beginning**<br>38:6, 68:22,<br>120:1, 171:12<br>**begins**<br>7:2<br>**begun**<br>81:3<br>**behalf**<br>2:3, 3:3, 4:3,<br>7:18, 7:21, | **13:16, 32:5**<br>**behavior**<br>119:3<br>**behaviors**<br>30:13, 30:20<br>**being**<br>9:23, 11:25,<br>21:2, 41:19,<br>44:12, 45:8,<br>55:9, 58:23,<br>59:2, 59:23,<br>76:16, 77:9,<br>78:3, 78:13,<br>88:4, 94:14,<br>101:2, 101:9,<br>102:5, 106:8,<br>106:19, 107:7,<br>118:7, 138:7,<br>138:21, 138:22,<br>139:2, 147:19,<br>147:24, 147:25,<br>163:23, 164:9<br>**belied**<br>61:6<br>**belief**<br>46:22, 46:25,<br>124:12, 125:1,<br>129:16<br>**beliefs**<br>127:25<br>**believe**<br>13:4, 14:18,<br>17:1, 23:14,<br>24:9, 24:20,<br>26:21, 31:4,<br>32:25, 33:1,<br>33:8, 33:22,<br>34:10, 35:8,<br>36:9, 36:15,<br>36:23, 37:7,<br>41:1, 44:13,<br>45:4, 47:2,<br>51:15, 52:15,<br>54:13, 58:11,<br>59:20, 62:23,<br>66:3, 67:23,<br>68:1, 68:4,<br>77:21, 77:24, | **87:3, 87:21,**<br>108:18, 108:19,<br>124:5, 128:6,<br>134:2, 134:3,<br>135:24, 139:15,<br>143:16, 156:6,<br>157:4, 158:9,<br>161:16<br>**believes**<br>35:1, 35:22,<br>94:10, 116:7,<br>164:9<br>**bells**<br>47:10<br>**bench**<br>22:7<br>**benchmark**<br>115:16<br>**benchmarks**<br>115:2, 115:9,<br>116:5, 116:21,<br>116:23<br>**beneficiaries**<br>108:7, 108:11<br>**benefit**<br>10:15<br>**benefits**<br>148:8, 148:19<br>**benkowitz**<br>47:17, 47:18,<br>66:9, 66:11,<br>92:6, 93:20,<br>94:8<br>**berkeley**<br>8:12, 21:11<br>**best**<br>34:9, 40:23,<br>41:1, 93:19,<br>105:10, 146:16,<br>152:4<br>**better**<br>11:21, 11:22,<br>84:15, 94:7,<br>150:12<br>**between**<br>12:17, 21:15,<br>34:7, 34:25,<br>37:13, 39:19, |

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

50

40:2, 40:6,
45:24, 48:10,
55:17, 56:7,
58:6, 61:8,
61:15, 67:23,
83:7, 83:12,
84:5, 84:12,
84:18, 85:20,
86:1, 94:24,
98:11, 105:25
**beyond**
70:11, 94:25,
113:12, 141:14,
156:24
**big**
22:22, 165:11,
165:12, 165:13
**bigger**
169:22
**billion**
159:22
**biology**
22:5
**bit**
9:3, 11:18,
15:4, 55:24,
86:8, 150:12,
153:15, 159:9
**blanket**
106:25
**blanking**
27:8
**bold**
93:4
**booz**
22:20
**boston**
3:8
**both**
17:12, 35:4,
35:8, 37:16,
37:21, 51:7,
54:11, 84:3,
84:10, 87:8,
91:5, 95:13,
95:16, 103:10,
105:12, 125:14,
131:15, 136:3,

158:7
**bother**
156:15
**bottlenecks**
170:11
**bottom**
120:8, 158:22
**boy**
132:22, 157:22
**branded**
85:2
**break**
11:12, 11:15,
62:8, 111:11,
111:12, 137:10,
150:16
**breaking**
62:7
**breaks**
150:24, 151:1
**brief**
16:21, 52:4,
59:18, 59:25,
60:21
**briefly**
31:3, 49:1,
146:13
**bring**
18:6, 48:23
**bringing**
53:4
**broad**
25:13
**broadly**
102:20
**brought**
18:10
**buckets**
16:14, 136:13,
136:15
**buffer**
141:2
**built**
124:17, 124:19
**business**
23:9, 23:11,
92:15
**businesses**
145:18

**but-for**
74:5, 74:7,
81:10
**buyer**
146:15
**buyer-switching**
142:19
**buyers**
86:5
**buying**
144:14

### C

**c1**
157:19, 158:2
**cal**
109:20
**calculate**
81:6, 81:13,
149:10, 166:25
**calculating**
167:4
**calculation**
81:11, 114:17,
157:25, 165:10,
165:16
**calculations**
109:21, 156:14,
157:2
**california**
8:12
**call**
27:7, 30:21,
48:11, 103:3,
130:17
**called**
40:10, 44:11,
98:23, 139:21
**calling**
54:9
**calls**
155:7, 155:16
**came**
14:1, 36:9,
59:17
**camera**
11:17
**can't**
12:14, 12:25,

34:12, 50:17,
66:16, 101:9,
102:1, 104:2,
106:11, 106:17,
106:25, 109:24,
116:2, 122:3,
128:10, 137:5,
148:22, 164:17
**candidates**
51:21, 146:1
**cannot**
12:2, 109:17,
110:3
**cap**
126:20, 162:13,
162:17, 162:19,
162:21, 163:5,
163:8, 163:11
**capability**
57:11
**capacity**
170:4, 170:8,
170:10
**capital**
26:6
**capitalization**
164:20
**capitol**
3:13
**caps**
35:18
**capturable**
141:9
**capture**
70:17
**care**
150:2, 150:3
**cared**
160:3
**career**
13:25, 26:23,
95:2
**careful**
114:6
**carefully**
102:25
**carry**
123:9, 123:18,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

51

123:22
**carrying**
123:4
**case**
7:6, 13:12,
13:15, 14:5,
14:6, 27:22,
28:6, 28:8,
33:4, 34:9,
39:5, 39:8,
45:3, 45:7,
45:8, 45:13,
46:7, 65:5,
68:6, 81:13,
102:18, 107:3,
113:5, 113:11,
114:3, 114:12,
114:20, 135:25,
137:5, 138:10,
141:16, 141:18,
142:22, 143:17,
144:20, 146:19,
148:2, 153:25,
165:22, 166:13
**cases**
12:19, 12:22,
30:22, 45:6,
45:20
**cash**
162:7, 162:8
**cat**
144:9
**catch**
52:5
**categorization**
97:17
**categorized**
62:2, 97:10
**category**
146:14
**cause**
121:18, 122:15
**caused**
113:8
**causes**
87:24
**centered**
40:22

**certain**
66:19, 99:13,
110:23, 118:18,
123:24, 145:6
**certainly**
22:16, 36:4,
37:12, 92:1,
149:13
**certificate**
173:1
**certified**
2:6, 173:24
**certify**
172:1, 173:4,
173:7, 173:13
**cetera**
70:13, 165:7,
166:11
**ceteris**
101:11
**chance**
9:15, 33:25,
34:2, 34:3,
34:17, 67:6,
72:17, 133:15,
133:16, 133:21,
168:21
**change**
38:20, 55:17,
56:4, 56:10,
70:19, 74:11,
75:9, 92:23,
111:10, 135:23,
161:18
**changes**
92:15
**channick**
15:16, 16:9,
16:16, 36:7,
36:10, 48:8,
59:20, 60:22,
61:12, 61:23,
87:23, 89:3,
89:21
**channick's**
15:9, 60:1
**characteristic**
83:18, 83:19,

85:25
**characteristics**
23:17, 23:20,
42:22, 42:23,
82:18, 83:16
**characterization**
113:14, 122:21,
125:22
**characterize**
33:5, 116:12,
163:22
**characterized**
53:21, 57:15,
60:3, 97:9,
154:17
**characterizing**
55:9
**charge**
105:2, 107:18
**chart**
110:16
**check**
159:2
**checking**
156:15, 156:25
**choice**
128:16, 128:18
**circuit**
39:1
**circumstances**
13:14, 115:4
**cite**
50:11, 89:22,
139:3, 139:5,
142:6
**cited**
82:12, 112:22,
113:3, 118:24,
138:14, 139:4,
142:11, 154:6
**cites**
50:7, 139:19
**citing**
60:1
**claim**
61:5, 82:4,
152:6
**claimed**
141:22, 151:11,

169:6
**claiming**
151:20
**claims**
58:5, 81:25,
112:11
**clarification**
11:5, 11:8,
54:23
**clarify**
14:20, 39:24
**clarity**
24:4, 31:25,
68:19
**classic**
144:8, 148:12
**classified**
13:4
**clear**
46:23, 46:25,
48:10, 88:25,
89:4, 89:7,
89:14, 89:17,
108:12, 145:20,
162:16
**clearly**
45:17, 46:13
**clinical**
21:13, 51:23
**close**
9:2, 58:4,
115:3, 157:21
**closing**
171:11
**co-authored**
24:10
**co-counsel**
7:16
**co-insurance**
97:3
**co-payment**
97:2
**collapses**
135:19
**collection**
25:19
**college**
21:15, 22:4

colorado
173:2, 173:6
column
158:16, 160:12
columns
157:4
com
4:11, 4:12
come
13:7, 13:8,
19:19, 22:18,
43:1, 136:19,
138:15, 150:6,
160:8
comes
12:23, 25:22,
34:13, 40:24,
42:10, 102:13,
118:12, 139:5,
147:21, 164:11,
170:18
comfortable
88:14
coming
55:11, 80:17,
93:25, 133:21
commencing
1:17, 2:5
comment
32:6, 50:17,
57:25, 77:23,
120:8, 122:5,
122:7, 124:11,
145:14, 163:24,
163:25
commentary
114:25
commenting
91:10
comments
66:9, 153:1,
153:2
commission
172:20, 173:26
companies
22:22, 25:7,
26:8, 27:15,
27:17, 35:7,

35:9, 86:6,
98:12, 102:8
company
13:18, 22:1,
27:23, 43:10,
44:6, 44:9,
44:11, 78:4,
78:5, 109:25,
162:18, 169:22,
169:24
company's
78:24
comparable
113:24, 115:3,
143:1, 143:6,
143:11, 143:12,
143:18
comparator
115:3
compared
60:13
comparing
164:20
comparison
60:12
compensable
149:2
compete
33:9, 33:18,
33:20
competing
33:6, 33:13,
34:1, 34:17,
64:19, 69:22,
101:17, 102:9,
117:12, 122:1,
131:19
competition
29:20, 34:23,
39:19, 39:23,
40:2, 40:5,
40:6, 70:3,
70:15, 70:21,
71:2, 71:4,
102:7, 102:11,
102:13, 103:1,
103:4, 112:24,
113:1, 113:8,

117:21, 117:23,
121:17, 122:7,
122:13, 130:18,
141:3, 142:2,
148:9, 148:13,
148:15, 148:20
competitive
115:9, 121:13
competitor
112:18
competitors
33:2, 33:6,
36:17
complementary
145:6, 146:9
complete
31:11, 37:19,
172:4
complex
34:24, 164:1,
164:10, 164:14,
164:15
complexity
164:18
complicated
33:4, 41:11
compound
23:18, 23:22,
23:25, 24:1,
150:9
compounds
21:20, 22:10
computer
8:19
concept
102:16
concepts
76:11, 87:2
conceptually
41:4
concerned
93:3, 109:1
concise
16:8
conclude
38:18, 132:1,
133:4, 164:22
concluded
159:16, 171:20

concludes
158:24
concluding
82:25
conclusion
111:2, 115:23,
138:15, 155:8,
155:11, 155:17,
157:8
conclusions
47:4, 115:20,
115:25, 157:9,
157:11
condition
99:24
conditions
50:14
conduct
51:13
conducted
1:15
conference
5:15, 6:8,
49:3, 51:6,
120:1, 120:24
confident
93:7, 93:11,
93:22
confirm
18:21
conflating
46:21
confused
77:20
confusion
88:21
conjecturing
91:18
consider
29:9, 30:6,
30:9, 30:12,
30:16, 30:19,
30:23, 31:1,
41:5, 151:10
considered
31:4, 31:8,
97:19, 98:3,
145:18, 146:21

considering
34:20, 34:22
consistent
121:2, 121:6
consists
82:18
constitute
172:4
constitutes
173:11
construct
44:4, 79:17,
79:22, 79:25,
80:3, 80:9,
80:18, 80:20
contain
44:8, 44:10
context
44:24, 65:24,
65:25, 82:4,
130:11, 132:8,
132:24, 145:16,
145:24, 148:18,
163:23
continue
67:9, 73:22,
75:20, 93:22
continued
4:1
continues
66:23, 74:14,
123:23, 130:2,
130:8
continuing
66:13
contracts
104:5
contrary
125:23, 127:17,
127:18, 127:19
conventional
149:23
conversation
15:15, 15:17,
15:22, 17:9,
36:10, 60:21,
61:14, 61:22,
89:21, 105:21,

105:24, 121:3,
127:9, 169:6
conversations
120:9, 120:25,
121:12
conversely
34:16
cooley
4:5, 7:20,
7:22, 59:19,
59:25
copy
18:4, 18:20,
19:17
corporation
1:5, 3:4, 7:4,
7:19, 21:5,
119:24
corporation's
9:19
corporation's
5:8
corrections
19:2, 19:8
correctly
60:3, 145:10
cost
170:16
costs
97:4, 102:13,
142:19, 146:15,
146:21, 147:3,
168:8
could
9:15, 11:17,
14:1, 18:21,
44:10, 48:18,
49:5, 53:5,
61:8, 62:1,
62:4, 62:5,
62:14, 67:3,
67:25, 72:15,
74:8, 83:22,
91:9, 96:6,
101:19, 103:17,
110:12, 110:13,
111:19, 114:2,
114:24, 119:20,

126:6, 132:1,
132:12, 133:5,
136:22, 139:14,
144:18, 152:12,
155:15, 158:14,
160:2, 160:3,
161:25, 166:13
counsel
1:12, 7:13,
15:6, 150:23,
171:2, 171:12,
173:14
counsels
7:23
count
54:14
countermotion
14:13
country
34:6, 34:10,
109:17, 110:1,
110:4
counts
50:12, 77:23,
151:2
county
173:3
couple
46:22, 109:8,
110:21, 120:16
course
26:22, 26:23
court
1:1, 7:6, 7:24,
9:25, 10:12,
10:15, 13:10,
13:20, 171:10,
171:16
cover
100:6, 109:5,
109:7, 162:14
coverage
96:18, 96:24
covered
108:16, 170:13
created
68:25, 69:5,
77:5, 154:14

credit
13:21
criticism
89:9, 127:7,
127:11, 127:13,
127:15
criticisms
128:8
criticize
44:12
critique
38:6, 38:7,
38:15, 156:20
cross-price
42:13
crossed
42:16
crr
1:22
culturing
22:7
curiosity
132:19
curious
151:3
current
8:10, 63:17,
160:15
currently
26:18, 52:7,
119:15, 134:15,
137:16
curves
22:23, 23:2
cvrg
50:9

---

**D**

---

damages
24:12, 25:5,
28:1, 28:4,
28:7, 28:20,
45:3, 95:6,
130:12, 135:11,
135:16, 136:8,
149:2, 153:11,
154:1, 154:15,
154:19, 156:21,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024                                    54

161:12, 161:17,
162:4, 162:14,
162:18, 164:23,
165:2, 165:4,
165:22, 166:13,
166:16, 166:20,
166:23, 167:1,
167:4, 167:6,
167:14, 167:22
**data**
81:2, 95:17,
110:9, 110:11,
110:13, 110:19
**date**
7:8, 20:23,
69:4, 90:9,
90:16, 160:16,
167:8, 167:10
**dated**
73:1
**david**
6:13, 20:9,
118:15, 118:24,
119:7, 121:3,
121:7, 121:8,
121:17, 122:19,
122:22, 123:1,
123:13, 124:11,
124:12, 124:15,
125:1, 125:2,
125:11, 126:1,
127:16, 128:18,
139:23
**day**
15:3, 15:19,
151:5, 163:1,
172:15, 173:18
**dc**
3:14, 4:9
**deals**
25:8
**debated**
23:24
**december**
38:21
**decide**
46:4, 62:4,
62:5, 113:13

**decided**
69:8, 71:6,
127:21
**decides**
67:8
**decision**
39:1
**deck**
5:15
**declaration**
5:10, 5:11,
14:9, 14:10,
14:15, 14:21,
17:23, 19:14,
20:23, 31:5,
31:13, 32:6,
36:6, 43:20,
43:25, 46:24,
52:4, 60:2,
64:4, 67:19,
68:10, 76:1,
89:23, 97:6,
111:20, 131:8,
151:7, 157:18,
161:1
**declarations**
31:15
**declaratory**
27:11, 27:12
**decline**
148:8, 148:15,
148:20
**decrease**
110:18, 154:24,
155:23, 159:12
**decreased**
159:20
**deemed**
133:1
**deeply-flawed**
165:15
**defendant**
1:9, 4:3, 7:21,
27:4, 27:8
**deficient**
115:15, 116:4
**define**
29:15, 29:16,

44:5, 78:2,
132:15
**defined**
82:5, 124:5
**defining**
82:15, 83:2
**definition**
40:23, 41:21,
42:8, 43:9,
43:19, 45:18,
45:25, 48:5,
56:21, 64:9,
83:3, 163:21
**definitionally**
60:10
**definitions**
11:8, 42:2,
44:25, 45:5,
45:17
**definitive**
105:9
**degree**
21:10, 28:11,
28:15, 28:16,
37:13, 45:23,
121:20
**degrees**
21:13, 21:16,
22:14
**delaware**
1:2, 7:6
**deliberately**
35:18
**delivery**
64:25, 105:1,
171:14
**demand**
23:2, 42:14,
57:8, 62:3
**demonstrate**
112:25, 113:7,
113:12
**demonstrates**
145:4
**denver**
173:3
**depends**
42:4, 83:16,

101:12, 148:10
**deponent**
4:4, 172:9
**depos**
4:15, 4:16,
7:11, 7:25
**deposed**
9:23, 10:4,
12:9, 12:10
**deposition**
1:14, 2:3, 5:9,
7:3, 7:12, 8:23,
9:20, 9:24,
14:8, 14:22,
15:2, 15:5,
15:11, 43:22,
43:25, 44:17,
48:5, 82:14,
127:20, 171:8,
173:7
**depositions**
10:7
**describe**
22:15, 31:17,
133:10
**described**
67:5, 75:25,
78:22, 116:4,
154:9, 168:5
**describes**
107:17, 138:21,
139:9
**describing**
16:6, 16:16,
42:20, 66:1,
66:19, 84:22,
104:20, 127:24,
138:1
**description**
5:6, 6:2,
41:12, 54:9,
55:15
**designate**
170:25, 171:1
**desk**
9:5, 9:8
**despite**
73:23

Case 1:23-cv-00975-RGA-SRF    Document 75-3    Filed 04/22/24    Page 188 of 224
OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

55

detail
15:25
details
16:24, 70:23,
97:6, 98:10,
100:4, 100:9,
100:15, 109:18,
134:23
determine
45:2, 46:7,
78:2, 86:6
determined
51:23
determining
45:3
developed
144:10
developers
145:7
developing
22:23, 168:8
development
142:18, 144:9,
146:15, 168:8,
168:14
device
13:3, 13:5
diagnose
89:14, 167:23
diagnosed
28:23, 33:19,
33:24, 34:19,
50:13, 54:14,
61:9, 63:14,
63:17, 88:19,
88:20, 99:24
diagnosing
16:1, 48:7,
87:12, 87:17,
87:25, 88:2,
88:9
diagnosis
89:17, 100:13
diagnostic
88:13
differ
94:19
difference
16:10, 84:4,

84:11, 84:18,
84:23, 85:4,
85:8, 85:20,
86:1, 93:1,
94:24, 109:1,
132:4
differences
24:2, 83:6,
83:12, 132:2
different
23:16, 23:19,
29:16, 39:25,
41:17, 42:23,
43:21, 45:24,
83:23, 84:25,
85:1, 87:16,
107:18, 107:25,
108:16, 114:11,
114:19, 134:16
differentiate
109:14
differentiated
38:2, 64:24,
104:25
differently
83:10, 83:15,
83:23
difficult
27:13, 48:7,
81:5, 167:23
difficulties
88:2
difficulty
16:6, 51:20,
57:17, 57:19,
61:7, 61:15,
87:12, 87:16,
87:24
digits
47:21
direct
39:18, 39:22,
39:23, 64:22,
111:20, 112:24,
113:1, 113:8
directly
40:25, 109:21
director
26:3

disadvantage
139:1, 147:8,
147:14, 147:19
disadvantaged
93:25, 94:11
disadvantages
138:7, 138:10,
138:17, 141:18,
141:21, 147:16
disagree
43:3, 43:6,
89:24, 125:18
discerning
16:6
disclose
132:25, 133:3
disclosure
132:8, 132:20,
132:22
discount
124:13
discounts
104:10, 104:16,
105:16, 110:7,
110:15, 111:5,
111:8, 112:13,
121:19, 121:25,
122:16, 126:5,
126:6
discuss
24:7, 51:7,
67:19, 67:22,
153:15, 154:9
discussed
15:5, 52:3,
87:22, 90:5,
120:23, 147:16,
150:23
discusses
47:7, 48:13,
49:7, 144:2
discussing
40:15, 63:9,
116:25, 117:12,
141:1, 163:6
discussion
16:21, 16:23,
89:2, 89:25,

112:9, 122:21,
135:19
discussions
51:20, 93:5,
119:8, 120:15,
125:3, 125:4,
135:20
disease
16:17, 16:19,
17:14, 28:24,
51:16
diseases
61:24, 63:1
displace
34:15
dispute
156:13
distinct
88:2
distinction
20:16, 30:2,
48:10, 56:7,
93:1, 97:12,
108:4
distinguish
89:15, 132:11
distinguishing
34:25, 61:7,
61:15, 87:19,
88:6, 88:10
distribution
144:13
district
1:1, 1:2, 7:6
doctor
34:21, 34:24,
62:4, 67:3,
87:21
doctors
56:19, 59:14,
66:1, 66:20,
66:24, 67:11,
86:6, 86:11,
86:13, 86:15,
87:12
document
6:3, 69:11,
70:11, 70:24,

72:10, 72:20,
120:4
**documentation**
99:24
**documents**
14:11, 31:9,
31:18, 66:1,
66:19
**documents-consid-**
**ered**
31:10
**dog**
151:1, 151:4
**doing**
21:20, 23:3,
46:4, 56:18,
59:21, 65:15,
67:16, 68:15,
70:12, 119:16,
119:17, 147:22,
160:5
**doj**
29:14, 40:24,
44:23
**dollars**
110:21, 161:3,
162:1
**done**
10:18, 46:10,
56:8, 56:9,
76:17, 81:17,
95:2, 95:4,
116:10, 131:2,
147:4, 154:22,
161:10, 161:13,
163:2, 163:8,
170:24
**douglas**
1:14, 2:3, 4:4,
5:2, 5:9, 5:10,
7:3, 8:2, 8:9,
9:20, 17:23,
171:8, 172:1
**down**
9:16, 10:2,
11:18, 18:14,
31:6, 38:8,
38:23, 39:12,

49:24, 52:1,
73:18, 121:9,
153:20, 158:21,
163:12
**download**
68:10
**downward**
126:2, 126:8,
126:11, 129:16,
129:18, 129:21
**dp**
159:20
**dpi**
39:11, 39:14,
52:9, 60:18,
94:19, 95:13,
95:23, 108:16,
108:20, 109:3,
115:4, 115:8,
117:1, 159:21,
169:8, 169:14
**dpis**
95:16
**draft**
19:22, 19:24
**drafting**
15:14
**drawing**
30:2, 157:8
**drawn**
115:21, 115:25
**drop**
39:16
**drug**
13:2, 17:2,
17:6, 30:24,
31:2, 44:6,
59:10, 64:25,
97:4, 98:19,
106:1, 107:2
**drugs**
17:7, 58:21,
86:5, 86:7,
86:12, 146:6
**dry**
95:14
**due**
63:2, 63:21,

67:9, 110:24,
136:4, 136:18
**duly**
8:3
**dura**
13:2
**dural**
12:24
**during**
8:23, 22:6,
150:23
**dynamics**
30:10, 65:4,
95:2, 95:5

## E

**each**
55:23, 154:25
**earlier**
24:15, 90:5,
98:2, 104:20,
124:5, 140:14,
141:17, 170:7
**early**
13:25
**easier**
158:8
**easy**
16:13, 17:4,
29:12, 60:16,
60:23, 145:4,
145:16, 145:18,
145:21
**economic**
22:16, 22:19,
56:23, 104:9,
104:15, 105:4,
105:10, 162:24
**economics**
22:14, 37:2,
37:6, 40:21,
40:22
**economist**
22:13, 22:16
**edit**
98:21, 98:23,
99:3
**edits**
98:7

**educate**
56:19, 66:1,
66:19, 66:23,
67:11
**effect**
74:20, 74:22,
117:2
**effects**
148:17
**efforts**
65:17, 65:22,
66:23, 66:24,
67:9, 140:10,
168:11
**either**
8:24, 36:20,
42:9, 62:2,
65:1, 65:8,
71:5, 73:13,
129:20, 133:2,
136:15, 160:11,
160:17, 160:24,
164:21, 167:25
**elasticity**
42:14
**element**
34:23
**ellipsed**
114:25
**else**
8:19, 16:19,
46:1, 85:22,
101:2, 101:9,
102:5, 106:8,
106:19, 107:7,
147:21
**else's**
28:5
**embarrassingly**
23:5
**emeritus**
22:4
**emery**
3:11, 7:17
**emi**
144:10, 144:16
**employed**
173:13

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

57

employee
112:11
end
134:1, 157:20,
171:8
ending
49:6, 51:11,
120:7, 140:2,
140:15
ends
89:4, 89:5
enforceable
32:20, 140:24
engaging
119:15
england
144:10
enjoyed
138:25
enough
63:13, 67:15,
113:13, 115:3,
117:9, 160:25,
164:13
enter
61:5, 119:9,
125:5
enters
122:1
entire
71:15, 78:25,
103:15, 159:8
entirely
106:14, 118:12
entirety
82:24, 157:11
entitled
6:3, 6:11
entrants
140:9
entry
112:19, 129:11,
135:24, 159:22
enzyme
22:8
equal
101:2, 101:9,
102:6, 106:8,

106:20, 107:7,
135:10
equally
62:1
erosion
53:17, 102:15,
102:18, 102:23,
103:3, 103:11,
103:18, 103:23,
112:1, 112:9,
112:17, 114:16,
118:10, 135:20,
136:3, 136:11,
136:16, 136:22,
136:25, 137:3,
154:21, 155:4,
155:14, 155:23,
164:22, 167:7
error
46:23, 46:25,
156:18
esq
3:6, 3:12, 4:6,
4:7
essentially
16:11, 16:16,
34:25, 38:16,
42:12, 51:23,
55:11, 56:3,
61:23, 88:12,
137:24, 138:22,
141:8, 144:18,
154:16, 164:1,
164:2, 164:4,
164:7, 167:6
establish
82:9, 108:6,
108:10
established
46:16, 89:10
estimate
50:20, 154:14,
160:22
estimated
34:6, 162:21
estimates
63:17
estimating
34:8

et
70:13, 165:7,
166:11
evaluated
74:1
evaluating
44:21
even
54:21, 55:2,
61:18, 64:23,
91:12, 101:8,
111:25, 116:14,
123:11, 125:4,
128:7, 131:10,
147:22, 150:12,
156:10, 161:9
event
104:4
ever
13:10, 28:8,
46:11, 167:14,
167:21
every
27:22, 28:6,
107:1, 107:2,
109:16, 109:24,
110:4, 118:23,
163:1
everybody's
100:23
everything
31:20, 106:19,
115:11, 162:25
evidence
16:5, 59:14,
61:6, 65:4,
65:7, 65:9,
67:7, 75:8,
89:13, 89:18,
103:17, 103:18,
103:21, 103:25,
104:2, 105:20,
110:6, 117:18,
118:1, 118:10,
124:25, 127:15,
129:17, 132:16,
133:5, 133:9,
133:23, 138:3,

138:25, 146:5,
147:7, 147:14,
149:18, 153:4,
153:24, 154:3,
164:21, 165:5,
165:13, 165:20,
169:18, 170:4,
170:9
evidences
111:6
exact
63:16, 110:10,
117:24
exactly
18:23, 24:22,
109:9, 169:4
examination
5:2, 8:5
examined
8:3
example
29:14, 36:8,
83:19, 97:1,
132:23, 143:24,
144:3, 144:17,
154:11, 160:8
examples
112:21, 113:6,
144:8, 155:24,
156:2, 156:5
except
106:20
excerpting
122:20
excess
169:16
excluded
13:10, 13:24,
45:9
exclusivity
141:11
excuse
42:5, 97:9,
105:13, 109:20,
123:15
executives
24:24, 25:1,
25:16, 25:22

exert
100:19
exhibit
5:6, 5:7, 5:10,
5:11, 5:14,
5:18, 6:2, 6:3,
6:7, 6:11, 8:20,
9:14, 9:17,
9:18, 17:22,
17:24, 18:7,
18:8, 18:9,
19:13, 19:16,
19:18, 31:4,
48:19, 48:21,
52:1, 68:1,
68:3, 68:10,
68:14, 68:17,
68:20, 72:7,
72:9, 72:18,
90:12, 119:21,
119:22, 128:23,
139:15, 139:17,
157:13, 157:17,
158:9
exist
48:9, 61:24,
146:9
existed
153:4
existence
58:22, 59:6,
101:16
expand
65:15, 77:4,
80:6
expansion
64:20, 64:21,
80:4, 80:21,
80:25, 81:9,
93:1
expect
10:23, 39:18,
40:1, 90:21,
130:14
expected
91:10, 112:12,
119:9, 125:5
expects
121:17, 122:12,

125:12
expenditure
169:9
expenditures
140:17
expenses
169:7, 169:19
expensive
99:9, 99:10,
124:8, 124:9,
124:21
experience
64:16, 70:12,
113:21, 115:15,
152:13, 152:20
experienced
151:18, 152:11,
155:13
expert
12:11, 15:10,
20:20, 28:18,
28:20, 28:21,
29:9, 30:6,
30:9, 30:12,
30:17, 30:19,
30:21, 30:23,
31:1, 95:6,
108:3
experts
25:5
expires
172:20, 173:26
explain
76:11, 83:5
explanations
11:9
explode
72:14
expressed
123:4, 123:14
expressly
69:20
extending
156:21
extensive
138:1
extent
33:25, 74:21,

78:16, 115:16,
115:22, 116:3,
116:13, 116:15,
155:4
extremely
146:21
eyebrows
11:19
eyes
1:12, 171:2

F

face
70:24, 125:12,
160:6
fact
55:18, 61:7,
75:15, 103:3,
110:22, 113:15,
126:5, 129:18,
150:1, 167:19,
167:25
fact-specific
113:11
factor
101:19, 162:6
factors
63:2, 63:21
facts
118:1, 166:4
fail
45:17
failed
146:2
failure
45:9
fair
20:16, 33:5,
34:11, 47:20,
63:11, 90:11,
113:15
familiar
29:18, 107:25,
132:23
far
25:4, 69:6,
76:25, 93:2,
109:1, 116:6,

157:1, 160:10
fast
38:12
fast-acting
21:21
faster
148:16
favor
106:9, 106:22,
107:7
favorable
104:10, 104:16,
105:5
fda
6:3, 39:14,
71:11, 71:16,
71:25, 72:1,
72:10, 72:22,
73:8, 73:14,
90:13, 91:23,
92:10, 92:24,
95:18, 166:1,
166:8, 166:10,
167:13
fda's
92:19
fda-approved
137:12
february
5:13, 19:15,
20:24, 91:1
federal
38:25
feel
16:8, 55:23,
85:10, 85:11,
93:10, 157:14
feeling
18:15, 93:7
feels
92:24
felt
13:20, 93:21,
93:23, 162:16
few
10:7, 72:14
field
93:9, 93:18,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

59

94:6, 94:9,
94:13
**figure**
51:4, 68:11,
114:16, 160:4,
162:18, 171:3
**figures**
147:21, 156:9
**file**
69:2
**filed**
9:24, 15:19,
59:18
**files**
48:23
**filing**
14:14, 151:12,
151:24, 168:18
**final**
58:14, 58:20,
115:1, 115:5,
119:24, 146:14
**financial**
20:17
**financials**
154:4
**find**
19:5, 25:17,
66:16, 68:11,
70:20, 110:12,
110:14, 118:23,
148:1
**fine**
137:11, 157:16
**finished**
10:16
**firm**
20:14, 64:12,
64:14
**first**
19:24, 22:22,
23:1, 27:8,
29:3, 29:5,
45:14, 47:19,
53:8, 54:2,
54:8, 62:19,
62:24, 69:2,
78:1, 82:8,

88:8, 88:19,
90:3, 119:6,
130:7, 137:8,
137:12, 138:7,
138:18, 139:2,
140:8, 142:16,
144:11, 144:19,
144:22, 147:20,
158:16, 167:10
**first-mover**
6:11, 137:21,
137:24, 138:2,
138:4, 138:16,
139:22, 141:5,
141:10, 142:5,
142:11, 142:12,
147:9, 147:15,
148:2, 148:8,
148:11, 148:13,
148:19, 148:25,
149:5, 149:15,
149:17, 149:25,
150:6, 153:2
**fixed**
97:2
**flavor**
149:8
**flow**
46:3, 162:7
**focus**
26:15, 64:4
**focused**
26:16, 27:15,
66:13
**focusing**
19:20, 53:20,
79:19, 130:20
**follow**
84:6, 87:7,
96:7
**follow-on**
124:11
**followed**
78:16
**following**
38:25, 78:11,
102:21, 103:6,
103:9, 112:1,

131:12
**follows**
8:4, 88:16
**footnote**
139:20
**forecast**
5:20, 35:17,
67:20, 67:22,
67:24, 68:25,
69:3, 69:7,
69:10, 69:12,
70:5, 70:8,
70:22, 71:20,
73:5, 73:8,
73:12, 73:14,
75:23, 76:14,
76:17, 76:21,
77:5, 77:6,
77:13, 77:17,
77:20, 78:19,
108:25, 127:17,
133:24, 165:6,
165:18, 165:19,
165:25, 166:5
**forecasted**
69:20, 75:17,
76:2, 76:15,
159:22, 164:21
**forecasting**
76:8, 77:8,
78:8, 92:15,
133:11
**forecasts**
70:12, 70:13
**foregoing**
172:2, 173:10
**forget**
17:3
**forgetting**
72:6
**forgot**
38:10, 107:14
**form**
22:2, 29:6,
29:11, 30:15,
30:25, 32:15,
35:16, 37:17,
39:21, 46:20,

51:18, 52:19,
55:22, 56:16,
56:25, 57:9,
60:19, 65:2,
67:2, 67:14,
76:24, 78:15,
80:15, 81:14,
86:21, 87:20,
88:3, 89:11,
91:14, 94:22,
95:24, 96:4,
96:11, 97:20,
98:1, 98:9,
100:2, 100:8,
100:14, 100:21,
101:5, 101:18,
102:10, 102:24,
103:13, 103:24,
104:6, 104:11,
104:18, 105:8,
105:18, 106:10,
109:23, 114:4,
117:14, 121:5,
122:2, 126:15,
127:10, 128:12,
130:3, 130:24,
134:21, 136:5,
136:20, 137:4,
142:3, 143:3,
143:9, 146:3,
146:23, 147:10,
147:17, 148:21,
149:12, 152:8,
152:14, 152:23,
154:2, 156:3,
159:18, 162:15,
162:23, 166:3,
167:7, 167:18,
167:24, 168:3,
168:16, 169:25,
173:10
**formal**
22:14
**formally**
46:15
**former**
26:3
**forming**
32:18

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

60

| | | | |
|---|---|---|---|
| forms | fruition | 45:22, 64:7, | global |
| 131:5 | 55:12 | 65:3, 100:18, | 51:13 |
| formularies | fulfill | 102:11, 106:16, | glue |
| 30:17, 96:23, | 57:7 | 112:8, 113:19, | 13:5 |
| 121:21, 123:5, | full | 141:2, 148:22, | go |
| 123:10, 123:18, | 8:8, 32:10, | 169:9 | 10:7, 11:14, |
| 123:22 | 79:15, 115:16, | generally | 13:8, 14:25, |
| formulated | 115:22, 116:3, | 35:7, 89:18, | 18:2, 18:9, |
| 127:20 | 116:13, 159:12, | 102:16, 112:11, | 31:23, 32:3, |
| forrester | 160:14 | 145:17, 170:1, | 44:1, 68:12, |
| 46:1 | fully | 170:13 | 68:16, 79:4, |
| forth | 133:12, 149:1, | generated | 80:24, 83:4, |
| 46:15, 173:9 | 169:19 | 69:10, 70:25 | 111:13, 129:3, |
| fortune | function | generating | 130:16, 140:6, |
| 22:21 | 140:17 | 69:10 | 153:18, 153:20, |
| forward | fund | generic | 154:18, 155:9, |
| 132:16 | 26:6 | 64:22, 64:23 | 158:13, 159:6, |
| found | fundamental | genuinely | 169:1 |
| 44:24, 54:21, | 42:10 | 41:21 | goes |
| 55:3, 129:9, | fundamentally | george | 47:22, 80:25, |
| 155:19, 161:12, | 144:4 | 8:9 | 110:9, 113:3, |
| 164:23 | fundamentals | germane | 141:13, 168:9 |
| foundation | 29:13 | 30:3 | going |
| 156:18 | funny | getting | 9:3, 18:3, |
| fourth-quarter | 26:10, 145:11, | 38:8, 66:7, | 18:6, 18:24, |
| 110:19 | 147:18 | 88:12, 141:11, | 19:10, 19:20, |
| fractal | further | 143:10 | 27:9, 35:2, |
| 42:19 | 88:20, 89:15, | giamarco | 35:3, 36:19, |
| frame | 113:3, 170:20, | 1:22, 2:6, | 37:5, 44:5, |
| 20:25, 22:6, | 173:7, 173:13 | 7:24, 173:4, | 55:16, 55:17, |
| 26:22, 110:10 | future | 173:21 | 56:2, 56:6, |
| frank | 75:17, 104:1, | give | 56:9, 59:1, |
| 156:15 | 126:7, 136:9, | 39:22, 67:17, | 59:21, 62:6, |
| frederick | 162:22 | 81:21, 88:15, | 62:9, 62:18, |
| 5:12, 19:14, | | 99:4, 107:12, | 66:4, 66:5, |
| 32:7 | **G** | 107:15, 109:7, | 74:21, 79:16, |
| free | gain | 155:11 | 82:7, 85:21, |
| 157:14 | 140:18, 149:6 | given | 85:25, 88:15, |
| free-rider | gardner | 13:21, 31:22, | 92:14, 93:8, |
| 138:18, 138:23, | 46:1 | 61:7, 70:7, | 93:9, 93:11, |
| 140:25, 141:19, | gas | 87:1, 97:2, | 93:24, 94:23, |
| 141:23, 142:1 | 22:23 | 97:17, 101:23, | 103:19, 107:12, |
| free-riding | ge | 132:10, 135:23, | 109:16, 111:10, |
| 139:10, 140:10 | 144:12, 144:18 | 138:16, 142:6, | 111:14, 111:21, |
| frequently | general | 159:22, 166:6, | 124:13, 125:9, |
| 168:4 | 10:6, 17:7, | 169:20 | 127:22, 127:23, |
| friday | 29:23, 41:9, | glasses | 128:5, 128:10, |
| 1:16, 2:4 | 41:12, 44:25, | 157:23 | 129:1, 134:4, |

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

| | | | |
|---|---|---|---|
| 136:8, 137:7, 137:11, 148:14, 150:5, 150:17, 153:5, 157:17, 157:18, 158:10, 160:8, 171:9 | 116:10, 125:13, 131:14, 132:7, 149:6 | **hand** 162:10 | 13:1, 127:1, 168:24 |
| **gone** 81:1, 130:15 | **gross** 161:7 | **hand-waving** 41:22 | **headphones** 9:8 |
| **good** 27:21, 42:8, 62:7, 88:16, 93:23, 111:11, 122:19, 134:4, 140:25, 141:25 | **ground** 10:7 | **hang** 38:8 | **health** 109:11, 109:13, 109:17, 150:15 |
| | **group** 17:19, 17:20, 25:2, 49:16, 71:4, 83:9 | **happen** 53:9, 79:16, 103:20, 125:9, 128:5, 128:11, 136:23 | **healthcare** 5:14, 6:8, 49:3, 119:25 |
| **good-sized** 47:23 | **groups** 83:7, 83:13, 83:15, 83:22 | **happened** 8:22, 104:1, 113:13, 113:15, 118:7, 127:2 | **heard** 21:1, 21:4, 33:21, 104:13, 162:18 |
| **goodwin** 3:5, 7:16, 171:13 | **grow** 55:16, 74:2, 130:2, 130:9 | **happening** 15:7, 103:19, 127:4 | **hearing** 71:16, 105:22 |
| **gotten** 81:10 | **growing** 54:12, 54:13, 55:11, 56:6, 79:2, 148:16 | **happy** 18:1, 48:15, 159:19 | **heavily** 142:11 |
| **grabbed** 110:11 | **grows** 130:22 | **hard** 17:4, 56:17, 60:23, 89:14, 89:15, 125:9, 126:12 | **help** 39:24, 101:10, 113:7 |
| **graduate** 21:10, 21:15 | **growth** 69:20, 73:22, 74:14, 75:16, 78:25, 159:23 | **harm** 45:12, 46:17, 46:25, 53:9, 53:13, 56:1, 80:13, 80:17, 90:21, 91:10, 111:5, 112:25, 113:7, 113:10, 130:11, 130:17, 135:14, 136:12, 151:11, 151:18, 151:24, 152:7, 152:12, 152:13, 152:20, 153:1, 169:23 | **helpful** 57:3, 113:4 |
| **graduated** 21:7 | | | **hepatitis** 112:19, 116:1, 155:25 |
| **grandfather** 22:4 | **guess** 29:24, 74:8, 111:4, 136:24, 169:5 | | **here** 7:2, 7:17, 27:25, 42:25, 58:1, 62:7, 62:21, 63:16, 87:2, 89:22, 103:15, 103:20, 115:1, 118:21, 124:17, 124:19, 125:1, 126:17, 127:15, 128:4, 137:21, 138:17, 139:1, 141:4, 141:22, 142:23, 149:19, 153:19, 156:24, 159:13, 161:14 |
| **granted** 91:24, 94:21, 135:8 | **guessing** 20:4 | | |
| **granting** 92:11, 166:1 | **guideline** 29:15 | | |
| **graphic** 49:15, 70:2 | **guys** 15:24 | | |
| **graphics** 68:5 | **H** | | |
| **great** 9:10, 11:23, 17:21, 18:16, 19:1, 19:19, 48:25, 54:17, 72:15, 120:14, 129:3, 142:10, 153:12, 163:1 | **habibi** 4:7, 7:22 | **harmed** 66:25, 67:12, 79:11, 130:2, 130:10, 130:23 | |
| | **half** 14:24, 34:9, 35:3, 35:12, 35:14, 134:5, 160:18, 161:2, 161:7, 161:8 | **harms** 113:20 | **hereby** 172:1, 173:4 |
| **greater** 112:2, 112:12, | **hamilton** 22:21 | **head** 10:11, 11:19, | **herein** 173:8, 173:15 |
| | | | **high** 104:21, 108:3, |

120:22, 134:1,
150:10, 150:14
**high-tech**
25:14
**higher**
97:24, 100:24,
105:11, 126:24,
126:25
**historic**
75:16
**history**
146:5
**holding**
28:17
**hospitals**
144:13
**host**
4:15
**hour**
14:18, 14:24,
20:13, 20:14,
62:6, 112:10
**hours**
20:4
**however**
44:5, 113:4,
132:15
**huh**
58:4
**hundred**
26:21
**hurdle**
145:19
**hypertension**
17:13, 17:18,
29:7
**hypothetical**
44:18, 79:12,
79:13, 79:21,
79:25, 80:2,
80:20, 101:7,
103:15, 103:16,
106:12, 106:14,
152:15
**hypothetically**
103:10, 136:17,
152:11

---
**I**
---
**i-cap**
26:4, 26:5

**id**
173:25
**idea**
16:12, 40:22,
43:17, 107:9,
119:16, 129:15,
159:7, 168:17
**ideas**
29:19
**identifiable**
56:12
**identification**
9:17, 17:24,
19:16, 48:21,
68:3, 72:18,
119:22, 139:17
**identified**
82:8, 116:8,
155:25
**identify**
41:2, 41:3,
50:12, 56:15,
56:21, 56:23,
65:22, 66:24,
67:11, 81:24,
86:3, 87:11
**identifying**
31:24, 51:21,
57:17, 57:20
**ild**
63:1, 87:18,
88:5, 88:9,
88:20
**illustrative**
154:10, 156:12,
157:24, 165:15
**imitation**
140:9, 145:4,
145:16, 145:21,
145:23
**immediate**
43:18
**impact**
65:5, 65:10,
70:6, 70:21,
89:8, 115:17,
115:22, 116:3,
126:6

**impacts**
116:7
**important**
32:1
**impossible**
129:10
**imprecise**
152:4
**inc**
1:8, 4:4, 7:5
**incentive**
56:23, 102:12,
104:9, 104:15,
104:20, 105:4
**incentives**
104:23
**include**
47:14, 58:11,
70:20, 92:10,
108:21
**included**
31:10, 69:8,
145:14
**includes**
75:23, 154:22,
158:25
**including**
63:2, 63:21
**income**
162:6, 162:7
**incomplete**
152:14
**incorporated**
14:14
**incorporates**
70:5, 162:21
**increase**
63:25, 64:2,
76:8, 77:13,
77:18, 78:23,
79:1
**increased**
57:8, 78:5,
110:6, 110:15,
111:5, 111:7,
117:18
**increases**
69:13, 69:15,

**increasing**
69:17, 75:21
76:3, 76:16,
77:15, 77:16,
126:18
**increasingly**
93:7
**indeed**
126:3
**independent**
36:11
**indeterminant**
76:19
**indicate**
54:11, 110:17,
138:4, 169:18
**indicated**
38:19, 89:3,
115:7
**indicates**
103:19, 132:17,
165:21
**indication**
38:1, 44:7,
46:18, 54:3,
60:9, 64:5,
70:15, 71:17,
74:3, 74:13,
74:15, 74:20,
75:2, 75:10,
75:14, 75:19,
76:20, 78:10,
79:24, 80:5,
85:8, 87:5,
90:7, 90:14,
91:11, 91:13,
92:17, 101:23,
103:12, 106:7,
106:20, 107:2,
107:19, 112:2,
117:2, 117:16,
118:8, 118:12,
119:10, 125:6,
130:14, 130:20,
131:13, 131:22,
133:25, 135:1,
135:4, 136:4,
136:19, 141:12,

Case 1:23-cv-00975-RGA-SRF   Document 75-3   Filed 04/22/24   Page 196 of 224

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

63

143:2, 143:8,
161:23, 163:16,
166:7, 167:15,
169:10
**indications**
37:21, 37:22,
38:3, 77:4,
84:5, 84:19,
86:16, 87:3,
106:8, 106:17,
106:21, 106:23,
109:15, 125:15,
126:7, 167:17
**industry**
95:3, 95:5,
121:24, 123:9,
123:17, 126:14,
127:3
**industry's**
46:3
**information**
16:2, 31:9
**informs**
64:17
**infringe**
164:24
**infringed**
32:20, 55:4,
129:9, 136:10,
140:24, 155:19,
161:12
**infringement**
12:19, 12:22,
13:15, 23:24,
24:5, 27:10,
27:16, 27:17,
27:24, 45:3,
45:6, 45:8,
45:13, 45:20,
115:17, 154:1,
155:21, 166:17,
167:10
**infringing**
167:15
**inhaled**
95:11, 95:14
**inhibitors**
112:20, 116:1

**initial**
119:10, 125:6
**injunction**
12:12, 12:15,
13:7, 71:15,
134:17, 134:20,
135:7, 135:23,
135:25, 136:2,
136:10
**injunction's**
94:20
**innovation**
144:1, 144:6,
144:7, 145:5,
168:2
**innovator**
167:16
**innovators**
144:5
**inquiry**
82:23
**insight**
36:18, 37:4,
113:20, 162:9
**instance**
127:5
**instead**
135:3
**instructions**
171:11
**instructs**
10:24
**insurance**
86:6, 109:11,
109:13, 109:22,
109:25, 170:13
**insurer**
110:4
**insurers**
58:8, 58:18
**intellectual**
23:10, 24:11,
25:3, 145:7
**interest**
20:17, 105:11,
123:4
**interested**
25:3, 25:20,

173:15
**interesting**
20:3, 25:10,
25:23, 25:24,
27:2, 27:5,
31:12, 32:24,
92:13, 92:22,
128:4, 146:25
**interfere**
12:6
**internal**
50:22, 127:17,
169:13
**interpret**
70:4
**interpretation**
94:16, 116:18
**interstitial**
17:13
**interview**
112:10, 118:13
**introduce**
9:13, 19:13
**introduction**
23:1
**invalidate**
39:2
**invest**
26:7
**investment**
26:11, 135:9,
168:14, 168:21
**investments**
26:15
**investors**
39:18, 40:1,
40:6, 162:21
**involve**
148:12
**involved**
25:6, 28:24,
96:17, 168:18
**involves**
25:5, 41:10
**involving**
28:8, 29:4,
29:6, 29:25
**irrelevant**
143:1, 143:7,

156:16, 166:25,
167:3
**irreparability**
157:9
**irreparable**
45:12, 46:25,
55:25, 56:3,
169:23
**issue**
128:14
**issued**
136:10
**issues**
23:9, 25:9,
57:6
**it'll**
158:8
**itself**
23:22, 69:11,
70:5, 117:13,
140:8

---
**J**
---
**january**
49:3
**jeffs**
120:8
**jhabibi@cooley**
4:12
**job**
1:21, 26:19
**john**
4:7, 7:22
**join**
51:4
**jon**
4:15
**journal**
25:21, 50:9
**judge**
56:2
**judgment**
27:11, 27:12
**july**
71:23, 90:7,
90:8
**jump**
81:22, 137:10

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

64

| | | | |
|---|---|---|---|
| **jury** | 75:17, 76:18, | 120:16, 125:25, | 104:3, 112:13 |
| 42:11 | 76:19, 100:3, | 135:7, 158:10, | **launching** |
| **justifies** | 104:4, 123:8, | 159:16 | 64:4, 64:7, |
| 57:25 | 123:17, 126:14, | **lasting** | 78:10, 79:8, |
| **K** | 146:8 | 112:10 | 118:11 |
| **k** | **known** | **late** | **lawful** |
| 62:22 | 63:2, 63:19 | 15:20 | 103:2 |
| **kaseta** | **knows** | **late-mover** | **lawsuit** |
| 120:13 | 15:7 | 139:1 | 151:12, 151:25 |
| **keep** | **ks** | **later** | **lawyer** |
| 25:17, 129:25, | 154:5, 154:8 | 54:10, 114:17, | 11:8 |
| 137:11, 151:13, | **L** | 126:24, 129:9, | **lawyers** |
| 151:25 | **lab** | 140:9, 152:21, | 52:3 |
| **kidder** | 21:15, 21:17, | 171:3 | **lay** |
| 1:14, 2:3, 4:4, | 22:1, 22:7, | **latter** | 41:12, 98:15, |
| 5:2, 5:9, 5:10, | 22:10 | 22:12 | 98:17, 99:4, |
| 7:3, 8:2, 8:7, | **label** | **laughing** | 99:6, 124:6 |
| 8:9, 9:20, 9:21, | 6:5, 71:10, | 40:20 | **layering** |
| 10:3, 17:23, | 71:12, 71:19, | **launch** | 161:22 |
| 17:25, 18:18, | 72:3, 72:11, | 33:16, 39:11, | **lead** |
| 22:13, 55:5, | 72:24, 91:7, | 63:25, 64:1, | 102:12 |
| 62:14, 68:5, | 91:25, 92:12, | 64:11, 64:18, | **leadership** |
| 68:17, 72:19, | 92:20, 95:23, | 65:5, 65:10, | 120:10, 142:16, |
| 111:19, 120:4, | 166:2 | 65:13, 65:19, | 143:14 |
| 139:19, 139:25, | **labels** | 67:10, 73:23, | **leads** |
| 150:22, 158:16, | 60:9 | 74:2, 74:5, | 102:7 |
| 170:21, 171:8, | **laboratory** | 75:18, 75:24, | **least** |
| 172:1 | 21:18, 22:6 | 76:9, 76:18, | 35:3, 75:18, |
| **kidder's** | **lack** | 76:20, 76:22, | 92:10, 120:23, |
| 68:21 | 54:20, 55:2, | 78:11, 79:23, | 128:8 |
| **kind** | 55:7, 55:21, | 90:21, 91:10, | **leave** |
| 22:24, 23:3, | 57:25, 63:3, | 92:16, 94:11, | 87:9 |
| 42:19, 47:20, | 63:22 | 102:22, 103:7, | **leaving** |
| 51:3, 76:10, | **lance** | 103:9, 103:12, | 34:11 |
| 84:13, 93:6, | 14:4 | 105:17, 110:23, | **lecture** |
| 103:14, 152:1, | **large** | 110:24, 112:1, | 39:22 |
| 152:2, 161:21, | 146:21, 165:23 | 112:3, 128:11, | **leg** |
| 161:22 | **largely** | 130:13, 131:12, | 147:22 |
| **kinds** | 63:13, 140:17 | 131:15, 149:1, | **legal** |
| 102:13 | **last** | 161:13, 162:8, | 45:14, 45:15, |
| **knew** | 43:8, 47:19, | 166:21, 166:23, | 155:7, 155:11, |
| 70:25, 77:3, | 50:10, 54:18, | 166:24, 169:7 | 155:16, 157:8 |
| 91:17, 139:6 | 54:24, 62:24, | **launched** | **length** |
| **knowing** | 66:10, 66:11, | 110:25 | 144:2 |
| 123:1 | 66:12, 68:9, | **launches** | **les** |
| **knowledge** | 74:13, 110:9, | 37:25, 52:16, | 25:21 |
| 21:22, 59:9, | 110:18, 120:8, | 52:23, 75:7, | **less** |
| | | 75:10, 80:5, | 10:4, 12:16, |

14:17, 99:9,
101:4, 108:12,
112:10, 116:10,
119:11, 124:8,
124:21, 125:7,
134:20, 136:1,
155:24, 156:1
**let's**
18:13, 32:3,
62:8, 102:25,
107:3, 111:9,
111:12, 130:7,
130:11, 132:11,
143:25, 150:16,
151:6, 171:1
**letter**
71:23, 91:16
**level**
93:9, 93:18,
94:5, 94:9,
94:13, 94:14,
108:3
**levels**
122:25, 129:11
**lever**
57:3
**leverage**
98:7, 100:19,
101:2, 101:4,
101:9, 101:13,
101:16, 101:24
**license**
13:19, 13:22,
132:25
**licensed**
13:17, 25:12
**licensing**
24:24, 25:1,
25:3, 25:6,
25:7, 25:9,
25:16, 25:22
**lieberman**
6:13, 139:3,
139:8, 139:22,
140:7, 140:16,
141:24, 142:7,
142:10
**life-saving**
150:9

**life-science**
28:14
**likely**
126:2
**lillian**
3:12, 7:16
**limit**
57:7
**line**
30:7, 31:14,
42:16, 49:24
**linkage**
162:25, 163:1
**linked**
118:11
**liq ph-ild**
5:21, 5:22,
68:22
**liquidia**
1:8, 4:3, 7:5,
7:21, 21:1,
32:6, 33:1,
33:5, 33:13,
33:16, 35:4,
35:22, 40:2,
48:12, 49:6,
49:11, 49:17,
50:15, 51:12,
59:25, 63:6,
63:12, 65:18,
70:2, 70:14,
70:22, 71:1,
71:2, 71:3,
71:9, 71:19,
71:23, 77:3,
90:4, 90:5,
90:12, 91:12,
91:16, 92:3,
104:3, 104:9,
104:15, 104:20,
105:13, 119:14,
119:16, 119:18,
119:24, 120:23,
138:22, 141:23,
144:23, 153:12,
153:25, 155:2,
155:12, 155:19,
161:11, 161:25,

162:3, 164:22,
165:3, 165:12,
165:23, 166:6
**liquidia's**
14:14, 33:8,
36:2, 38:19,
38:21, 39:4,
39:10, 39:15,
49:2, 50:22,
51:16, 52:3,
62:21, 63:24,
64:1, 65:5,
65:10, 65:12,
65:15, 67:9,
69:21, 70:6,
71:11, 72:2,
76:9, 78:11,
91:6, 91:24,
92:11, 102:22,
103:7, 103:9,
115:17, 121:12,
154:4, 162:13,
164:20, 166:1
**list**
31:10, 31:19,
138:18
**listed**
31:19
**literally**
118:22
**literature**
138:1
**litigation**
26:19, 26:21,
27:4, 173:16
**litigation-focus-
ed**
26:24
**little**
11:18, 11:21,
15:4, 16:7,
27:13, 31:25,
55:24, 86:8,
150:12, 159:9,
161:3
**llp**
3:5, 4:5
**located**
67:4

**lockstep**
108:24
**logic**
115:2
**long**
14:16, 14:25,
15:21, 23:5,
26:25, 40:21,
43:16, 105:25
**longer**
164:13
**look**
18:14, 25:24,
37:1, 45:22,
47:11, 48:16,
50:6, 50:18,
51:7, 56:20,
66:2, 66:20,
95:21, 108:23,
111:21, 128:22,
135:6, 136:11,
136:13, 149:13,
159:3, 160:7,
169:13
**looked**
19:12, 57:10,
59:11, 60:20,
61:2, 114:10,
127:15, 154:3,
157:1, 162:5,
163:11, 165:5,
165:6, 168:22,
170:8, 170:14
**looking**
46:1, 49:1,
53:5, 55:25,
66:16, 69:2,
83:2, 88:18,
110:16, 117:22,
142:8, 156:24,
156:25, 158:7
**looks**
50:8, 50:11,
51:5, 64:12,
157:24, 159:24,
162:8
**lose**
78:6, 79:1,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

**loses**
131:21
130:9, 130:22,
155:2, 155:12
**loss**
79:5, 79:6,
80:12, 80:25,
169:13
**losses**
155:15, 169:14
**lost**
52:20, 53:15,
78:14, 78:21,
80:13, 80:16,
80:17, 130:2,
131:11, 131:13,
132:12, 135:10,
135:21, 136:3,
136:11, 136:18,
136:19, 136:22,
136:25, 137:1,
137:2, 137:8,
148:25, 149:8,
149:10, 155:3,
155:14, 158:22,
158:23, 160:19,
164:21, 167:6,
167:7
**lost-profits**
81:11
**lot**
11:18, 22:16,
22:18, 23:17,
45:5, 64:3,
78:18, 81:2,
113:17, 113:23,
131:1
**lots**
148:5
**louis**
3:6, 7:15,
170:24
**love**
41:20
**low**
47:21
**lower**
38:23, 100:25,

101:3, 101:10,
102:8, 102:12,
102:17, 102:20,
103:5, 103:8,
105:11, 125:13,
135:8
**lowered**
126:11, 126:23
**lung**
17:14, 51:5

**M**

**machine**
173:8
**maddie**
4:16, 7:10
**made**
9:10, 128:19,
156:18, 157:9,
168:14, 169:15
**magnitude**
113:7, 113:10
**mail**
9:9, 9:11
**main**
127:7, 127:13,
127:15
**maintain**
121:20, 122:9,
122:11, 122:17,
122:18
**maintained**
140:19
**make**
32:22, 37:19,
42:22, 43:13,
81:20, 83:21,
84:20, 85:8,
85:13, 85:25,
88:7, 104:12,
106:16, 106:25,
158:14, 161:1
**makes**
85:3, 124:23,
164:10
**making**
33:21, 61:9,
79:13

**managed**
118:14
**management**
90:19, 93:2,
125:24, 127:18,
165:20
**management's**
94:17
**manufacturers**
83:8, 83:14,
96:19, 106:1
**manufacturing**
57:6, 57:11,
170:7, 170:10
**many**
10:3, 12:10,
35:5, 52:6,
56:23, 63:1,
81:17, 123:21,
125:8, 130:16,
131:20, 146:1
**march**
92:6, 93:14
**mark**
9:14, 17:22,
48:19, 67:24,
67:25, 68:2,
72:6, 72:9,
119:21, 139:15
**marked**
9:17, 17:24,
19:16, 48:21,
68:3, 72:18,
119:22, 139:17
**market's**
79:2
**marketed**
85:2
**marketing**
67:9
**marketplace**
115:10, 151:14,
151:23, 152:3
**markets**
24:8, 27:2,
29:10, 29:13,
29:14, 29:19,
29:22, 29:25,

**managed** 30:1, 30:10,
45:19, 49:8,
51:1, 82:25,
112:25, 113:15,
116:1, 116:8,
118:14, 145:4,
145:13, 148:5,
148:12, 148:14,
156:1
**marking**
9:18, 68:6,
68:20
**marks**
171:7
**marvin**
6:12, 139:22
**maryland**
21:19
**massachusetts**
3:8
**master's**
21:11
**material**
19:6, 104:4,
132:2, 132:4,
132:9, 132:14,
132:15, 132:17,
132:21, 148:4
**materially**
112:2, 131:14,
132:7
**materials**
15:1, 31:4,
31:24
**math**
77:12, 154:22,
155:1, 156:13,
156:18, 156:25,
159:3, 161:22
**matter**
7:4, 20:18,
20:21, 29:4,
29:6, 83:25,
102:1, 103:16,
103:17, 113:19,
130:25, 132:11,
134:10, 134:22,
136:7, 148:6,

152:17, 167:12
**matters**
71:6, 148:4,
166:23
**max**
70:17
**maximize**
35:8
**maybe**
16:13, 24:18,
37:19, 38:12,
76:11, 87:2,
87:6, 87:7,
96:6, 98:25,
113:24, 118:2,
143:20, 158:8,
161:5, 169:2
**mcdermott**
3:11, 7:17
**mean**
14:21, 23:19,
29:14, 34:3,
34:16, 47:22,
51:6, 53:13,
57:12, 63:15,
70:4, 70:24,
71:14, 78:17,
81:7, 84:24,
87:23, 94:3,
94:10, 96:12,
101:13, 105:13,
113:24, 114:24,
116:24, 116:25,
122:9, 122:18,
124:15, 126:9,
126:17, 133:25,
141:14, 143:22,
145:23, 148:11,
150:1, 150:7,
155:11
**meaning**
126:10
**meaningless**
83:18, 115:12,
165:10
**means**
70:24, 71:5,
93:18, 97:15,

115:8, 122:24,
126:12, 143:24
**meant**
53:15, 94:6,
94:7, 123:2,
145:12
**measure**
162:17
**mechanism**
105:1, 144:15,
166:24, 167:3,
167:11, 167:13
**media**
7:2
**medical**
28:11, 28:18,
96:3, 96:10,
96:14, 99:24
**medicare**
107:22, 108:1,
108:5, 108:6,
108:9, 108:10,
108:17, 109:4,
109:7, 109:19,
109:20
**medication**
12:5, 83:20
**meets**
56:20
**melanie**
1:22, 2:5,
7:24, 173:4,
173:21
**member**
25:15
**memory**
169:5
**men**
83:19
**mention**
41:14
**mentions**
23:14
**merit**
2:6, 173:23
**method**
23:23
**metrics**
148:16

**michael**
47:16, 66:9,
120:13
**microeconomics**
23:2
**middle**
145:3, 160:16
**might**
67:23, 68:13,
97:17, 113:12,
134:5, 135:2,
135:8, 135:11,
147:9, 151:20
**million**
158:25, 160:20,
161:3, 161:8,
161:9, 161:25,
169:7, 169:10,
169:16
**mind**
12:23, 13:7,
13:8, 48:16,
170:19
**minimum**
121:20
**mining**
25:14
**minus**
74:17
**minutes**
15:23
**misdiagnosis**
61:19, 61:25
**mispronounce**
59:1
**mispronouncing**
60:5
**miss**
78:18, 159:25
**missed**
118:22
**missing**
24:22, 31:14,
55:23, 162:6
**misstates**
166:3
**misunderstanding**
71:21, 143:18

**misunderstood**
24:19, 41:7
**mlg**
172:25
**moment**
48:20, 117:8,
138:12
**monetary**
149:2
**money**
136:15
**monitor**
7:9
**monopolist**
44:19
**monopoly**
44:11
**montgomery**
6:14, 139:23,
140:7, 141:25
**more**
10:4, 14:17,
27:14, 27:19,
29:20, 31:25,
34:9, 34:23,
35:9, 39:8,
46:3, 70:23,
72:14, 74:20,
77:9, 77:21,
78:9, 78:12,
79:2, 79:7,
79:9, 81:2,
85:7, 85:15,
99:10, 101:2,
101:9, 108:13,
113:23, 124:9,
131:20, 133:1,
147:1, 153:15,
155:1, 159:19,
161:3
**morgan**
5:14, 6:7,
49:3, 50:24,
119:25, 120:24
**morton**
4:6, 7:20,
22:2, 29:11,
30:15, 30:25,

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

68

32:15, 35:16,
37:17, 39:21,
46:20, 51:2,
51:18, 52:19,
55:22, 56:16,
56:25, 57:9,
60:19, 62:6,
67:2, 67:14,
76:24, 78:15,
80:15, 81:14,
86:21, 87:20,
88:3, 89:11,
91:14, 94:22,
95:24, 96:4,
96:11, 97:20,
98:1, 98:9,
100:2, 100:8,
100:14, 100:21,
101:5, 101:18,
102:10, 102:24,
103:13, 103:24,
104:6, 104:11,
104:18, 105:8,
105:18, 106:3,
106:10, 109:23,
113:22, 114:4,
117:14, 121:5,
122:2, 123:19,
126:15, 127:10,
128:12, 130:3,
130:24, 134:21,
136:5, 136:20,
137:4, 143:3,
143:9, 146:3,
146:23, 147:10,
147:17, 148:21,
149:12, 152:8,
152:14, 152:23,
154:2, 155:7,
155:16, 156:3,
159:18, 162:15,
162:23, 166:3,
167:18, 167:24,
168:3, 168:10,
168:16, 169:25,
170:22, 171:16,
171:17
**most**
15:3, 22:6,

30:4, 68:5,
92:21, 110:11,
110:13, 132:23,
145:18
**mostly**
23:9
**motion**
14:12
**motivation**
57:1
**motivations**
67:16
**mountain**
7:9
**move**
32:2, 86:2,
140:14
**mover**
137:8, 138:7,
144:11, 147:20
**moving**
111:9
**mst**
1:17, 2:5
**much**
11:22, 20:1,
29:24, 38:23,
57:2, 80:25,
81:1, 104:22,
129:1, 132:10,
136:14
**multiply**
165:11
**muscle**
21:21
**myself**
22:15, 30:21,
31:1

---
**N**
---
**name**
7:15, 8:8, 69:2
**nascent**
53:22, 54:1,
54:7, 54:10,
54:16, 54:19,
55:1, 55:6,
55:10, 63:7

**nathan**
17:1, 59:5
**natural**
22:23
**nd**
6:7, 91:1,
119:25
**nda**
71:25, 91:6,
91:24, 92:11
**near**
157:19, 165:14
**neatly**
158:4
**nebulized**
52:9, 95:17,
108:15, 108:19,
108:22, 109:3,
137:15
**necessarily**
61:25, 74:7,
78:17, 124:18,
124:20, 124:24,
128:2, 141:9,
164:15
**necessary**
46:6
**need**
11:12, 18:9,
31:25, 49:8,
68:13, 81:2,
82:9, 107:14,
145:19, 170:5
**negates**
152:6
**negative**
148:2
**negatively**
151:21
**negotiate**
97:1
**negotiating**
96:17, 98:8,
101:25, 127:25,
128:1, 128:3,
128:6
**negotiation**
96:23, 101:19

**negotiations**
98:11, 100:18,
100:22, 100:23,
101:16, 102:2,
105:25, 108:14,
119:15, 119:17
**net**
69:13, 69:16,
158:23, 159:11,
159:20, 160:19
**network**
148:17
**network-effect**
148:14
**never**
14:2, 28:23,
117:24, 133:12,
162:17, 166:20,
169:23
**new**
67:11, 68:14,
118:5, 137:9,
163:15, 163:18,
163:23, 164:1,
164:3, 164:4,
164:8, 164:10,
164:13, 164:15,
164:18
**next**
10:19, 47:22,
49:24, 58:13,
70:15, 72:8,
112:7, 121:16,
123:3, 123:24,
125:10, 131:18,
148:16, 150:13,
161:17, 164:19
**next-day**
171:14
**nodding**
10:10
**none**
103:18, 165:21
**nonverbal**
10:11
**north**
3:13
**northern**
3:7

not-new
163:19
notably
69:20
notary
2:8, 172:17,
173:6, 173:25
note
35:22, 53:19,
53:21, 54:1,
69:12, 70:4,
70:7, 70:14,
70:16, 71:2,
71:3, 71:8,
107:10, 110:16,
112:7, 153:6,
159:10
notebook
9:6
noted
10:11, 59:21
notes
9:4, 9:10,
70:1, 73:12,
73:17, 75:25,
122:21
nothing
9:7, 55:14,
81:16, 116:17,
116:19, 153:10,
156:10, 159:13,
170:18
notice
2:2, 5:8, 9:19,
9:24, 92:4,
122:6, 124:10,
166:6
noticed
19:4
noticing
171:12
notification
92:24
notify
8:24
notifying
71:24
noting
163:10

notion
143:10
nouvelles
25:21
novel
43:22
number
7:2, 7:6,
26:13, 27:21,
30:22, 34:5,
34:11, 49:4,
50:20, 50:21,
53:6, 68:9,
69:17, 78:23,
83:3, 90:18,
107:13, 159:1,
159:5, 165:12,
165:13, 165:14,
165:23
number's
159:5
numbers
49:6, 51:11,
68:21, 68:23,
72:12, 81:22,
120:1, 120:7,
139:20, 140:2,
140:15, 161:15,
165:11
nw
3:13, 4:8

**O**

oath
11:25
object
10:22, 29:11,
32:15, 55:22,
56:16, 56:25,
67:2, 76:24,
80:15, 87:20,
89:11, 101:18,
102:24, 106:3,
114:4, 122:2,
126:15, 127:10,
134:21, 136:20,
137:4, 147:17,
149:12, 154:2

objection
22:2, 30:15,
30:25, 35:16,
37:17, 39:21,
46:20, 51:2,
51:18, 52:19,
57:9, 60:19,
67:14, 78:15,
81:14, 86:21,
88:3, 91:14,
94:22, 95:24,
96:4, 96:11,
97:20, 98:1,
98:9, 100:2,
100:8, 100:14,
100:21, 101:5,
102:10, 103:13,
103:24, 104:6,
104:11, 104:18,
105:8, 105:18,
106:10, 109:23,
113:22, 117:14,
121:5, 123:19,
128:12, 130:3,
130:24, 136:5,
143:3, 143:9,
146:3, 146:23,
147:10, 148:21,
152:8, 152:14,
152:23, 155:7,
155:16, 156:3,
159:18, 162:15,
162:23, 166:3,
167:18, 167:24,
168:3, 168:5,
168:10, 168:16,
169:25
observability
82:8, 82:13
observable
82:5, 82:18,
83:6, 83:12,
83:18, 83:19,
84:4, 84:11,
84:18, 84:23,
85:3, 85:8,
85:20, 85:25
observably
84:25

observation
74:9
observe
85:2
obtain
60:17, 101:3,
101:10, 169:10
obtained
102:17
obtaining
139:9
obvious
48:2, 89:17,
140:11
obviously
120:16
occur
136:3
occurred
111:6, 112:18
odd
102:13
off-label
16:22, 17:3,
17:6, 17:7,
58:8, 58:17,
58:22, 59:2,
59:6, 59:15,
59:24, 60:6,
60:8, 60:17,
60:25, 61:5
offer
28:3, 42:24,
104:9, 104:15,
105:5, 105:11,
121:13, 121:18,
121:25, 122:15
offered
28:6, 32:17,
43:22, 45:19,
126:5, 126:6,
157:5
offering
27:24, 29:25,
151:17
offers
35:23, 36:12,
43:20

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

70

| | | | |
|---|---|---|---|
| **often** | 21:25, 22:22, | 60:4, 65:24, | 145:21, 151:17, |
| 86:6, 99:23, | 27:21, 37:25, | 65:25, 69:11, | 152:12, 152:17, |
| 168:8 | 40:21, 41:19, | 70:16, 74:9, | 152:19, 152:24, |
| **oh** | 44:9, 46:12, | 78:12, 79:9, | 157:5, 163:18, |
| 16:25, 18:6, | 48:20, 50:10, | 80:6, 84:2, | 168:20, 169:22 |
| 24:17, 25:13, | 52:18, 55:13, | 84:9, 84:17, | **opinions** |
| 27:11, 31:13, | 57:22, 65:7, | 85:16, 86:12, | 13:10, 29:25, |
| 68:17, 94:15, | 72:8, 78:3, | 92:9, 105:19, | 32:13, 32:16, |
| 120:21, 122:14, | 83:22, 85:15, | 108:22, 115:7, | 32:19, 45:8, |
| 132:22, 133:10, | 87:2, 87:15, | 117:4, 117:6, | 45:15, 45:19, |
| 157:22, 158:13, | 87:17, 88:9, | 123:5, 123:9, | 157:7 |
| 171:1 | 92:18, 92:21, | 123:18, 124:25, | **opposed** |
| **okay** | 100:23, 100:24, | 130:20, 133:24, | 23:23, 30:1 |
| 10:8, 11:15, | 101:15, 102:3, | 136:19, 146:20, | **options** |
| 11:23, 17:10, | 105:7, 106:6, | 147:3, 171:2 | 83:24 |
| 18:11, 19:8, | 106:9, 106:20, | **open** | **order** |
| 23:6, 24:17, | 106:22, 107:7, | 8:18, 8:19 | 12:12, 12:15, |
| 24:22, 27:18, | 109:6, 117:6, | **opine** | 14:1, 14:4, |
| 38:13, 41:3, | 117:7, 118:2, | 138:9 | 68:14, 99:25 |
| 41:7, 42:3, | 119:4, 121:15, | **opines** | **orders** |
| 48:12, 64:15, | 123:5, 123:9, | 43:9, 128:21 | 171:11 |
| 66:7, 66:9, | 123:18, 125:20, | **opinion** | **originally** |
| 66:17, 68:16, | 128:2, 131:4, | 13:20, 27:25, | 144:10 |
| 69:6, 70:9, | 132:1, 132:13, | 28:6, 40:16, | **oskr** |
| 78:20, 79:21, | 136:7, 136:15, | 42:6, 42:7, | 20:12, 26:23, |
| 80:2, 80:11, | 138:17, 138:20, | 42:24, 43:2, | 26:25 |
| 81:21, 82:7, | 140:11, 141:18, | 44:8, 45:1, | **other** |
| 86:2, 90:2, | 144:2, 144:8, | 45:11, 46:14, | 8:19, 9:7, |
| 95:1, 96:16, | 146:20, 147:3, | 57:22, 57:24, | 13:6, 13:21, |
| 110:13, 119:20, | 148:11, 150:13, | 58:19, 58:23, | 15:6, 16:5, |
| 122:8, 122:23, | 158:10, 167:15 | 60:16, 63:24, | 16:19, 21:24, |
| 128:20, 128:25, | **one-and-change-y-** | 64:1, 64:12, | 23:17, 24:2, |
| 129:3, 130:19, | **ear** | 64:15, 64:17, | 26:1, 27:16, |
| 139:13, 151:6, | 55:13 | 67:1, 67:13, | 29:2, 29:17, |
| 153:8, 156:20, | **one-third** | 70:19, 73:13, | 30:1, 32:22, |
| 157:23, 159:15, | 27:18 | 75:4, 75:22, | 35:2, 35:14, |
| 161:2, 164:2, | **ones** | 88:24, 89:2, | 35:23, 36:5, |
| 170:22 | 73:11, 86:17, | 104:7, 112:8, | 36:13, 41:20, |
| **old** | 138:18 | 114:2, 114:7, | 41:22, 41:23, |
| 164:13 | **only** | 116:22, 119:1, | 42:2, 55:23, |
| **on-label** | 1:12, 9:7, | 119:4, 121:11, | 57:23, 58:21, |
| 61:9, 61:18 | 13:23, 32:16, | 123:13, 125:22, | 59:12, 60:6, |
| **once** | 35:12, 36:2, | 129:20, 130:1, | 65:8, 70:9, |
| 126:11, 126:23 | 37:25, 41:25, | 130:10, 132:5, | 73:11, 79:10, |
| **one** | 43:10, 44:6, | 134:16, 134:19, | 83:5, 87:9, |
| 7:2, 9:14, | 44:9, 52:16, | 135:15, 136:6, | 87:24, 89:22, |
| 12:23, 13:12, | 52:17, 52:23, | 136:14, 137:20, | 97:24, 101:23, |
| 17:3, 21:24, | 52:24, 60:3, | 137:22, 145:15, | 106:7, 106:9, |

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

71

106:21, 106:22,
107:8, 114:13,
114:15, 115:2,
115:15, 116:8,
117:10, 119:5,
121:15, 122:5,
125:20, 128:3,
130:5, 136:7,
137:1, 137:2,
137:16, 137:18,
146:6, 151:1,
160:25, 163:10,
165:14
**others**
27:17, 118:3
**otherwise**
18:3, 80:8,
81:1, 130:15,
135:9, 173:15
**ouch**
23:6
**out**
14:1, 25:22,
27:21, 28:17,
40:24, 58:20,
68:11, 70:1,
70:20, 93:6,
107:1, 110:11,
114:25, 132:19,
133:14, 139:6,
141:3, 141:22,
147:21, 156:11,
157:1, 158:4,
160:4, 171:3
**outcome**
20:18, 112:24,
128:2
**outcomes**
94:20, 94:24
**outlicensing**
25:7
**outlook**
9:2
**outside**
1:12, 65:3,
171:2
**over**
26:22, 26:23,

70:13, 74:13,
79:18, 106:9,
106:22, 107:8,
120:15, 126:17,
144:11, 144:16,
148:8, 148:15,
148:20, 161:17,
166:17
**overall**
42:18, 169:21
**overestimates**
161:7
**overlap**
16:15, 16:17,
16:19
**overlapping**
16:11
**overseeing**
96:3, 96:6,
96:10, 96:13
**own**
14:9, 51:16,
70:12, 89:23,
125:4
**owner**
141:3
**owners**
145:6

---

**P**

**page**
5:2, 5:6, 6:2,
18:22, 35:21,
38:5, 39:13,
40:9, 47:12,
47:13, 47:14,
49:6, 51:11,
53:3, 53:6,
53:7, 58:3,
58:13, 62:16,
62:20, 62:25,
66:3, 66:6,
67:19, 69:2,
81:19, 81:22,
90:1, 107:13,
107:14, 111:20,
111:22, 120:6,
131:7, 134:13,

135:6, 137:8,
140:3, 140:4,
151:6, 153:7,
153:16, 153:18,
158:1, 158:12,
158:22, 163:15,
164:19
**pages**
107:15, 140:14,
158:3, 158:4,
158:10
**pah**
16:1, 16:6,
17:16, 35:24,
37:16, 37:21,
38:1, 48:11,
48:13, 49:7,
49:11, 49:16,
49:18, 50:16,
50:21, 50:25,
51:17, 52:16,
52:23, 58:6,
61:8, 61:9,
62:2, 62:4,
64:8, 67:5,
75:18, 75:24,
82:1, 82:6,
83:20, 84:3,
84:11, 84:12,
84:17, 85:17,
85:18, 85:20,
86:1, 86:25,
87:19, 88:6,
88:10, 88:21,
89:1, 89:7,
89:14, 89:15,
103:7, 103:10,
107:5, 107:6,
112:2, 112:3,
125:14, 130:14,
131:12, 131:15,
135:24, 162:9,
162:22
**paid**
20:13, 20:14
**paper**
18:4, 38:13,
128:24, 129:4,

138:14, 145:3
**papers**
9:4
**paragraph**
23:7, 24:25,
32:3, 35:22,
36:4, 38:5,
38:14, 40:9,
40:10, 43:8,
43:15, 43:24,
44:14, 47:11,
47:19, 47:22,
53:2, 53:7,
53:20, 54:25,
58:2, 61:4,
61:17, 62:15,
62:19, 62:20,
62:25, 66:4,
66:6, 66:10,
66:12, 66:15,
69:19, 70:2,
73:20, 76:1,
81:19, 81:23,
82:13, 86:4,
87:11, 90:20,
91:1, 91:2,
91:19, 92:5,
107:10, 108:21,
111:21, 111:25,
112:7, 113:2,
115:6, 115:13,
118:9, 119:6,
120:20, 123:3,
123:24, 125:11,
125:25, 128:22,
129:4, 131:8,
131:18, 133:4,
133:11, 134:12,
135:5, 135:19,
138:6, 142:4,
142:8, 144:24,
145:3, 146:13,
149:22, 151:9,
153:6, 153:24,
154:11, 156:22,
163:14, 166:12,
168:23
**paragraphs**
18:4, 58:20,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

72

paraphrased
86:8
paribus
101:12
parity
121:20, 122:9,
122:11, 122:17,
122:18
parse
102:25
part
11:2, 13:22,
17:8, 22:12,
23:3, 24:23,
29:18, 61:14,
61:22, 63:20,
82:17, 82:21,
82:22, 82:23,
83:4, 87:6,
96:23, 108:1,
108:2, 108:5,
108:8, 108:9,
108:13, 108:19,
108:20, 109:20,
114:24, 129:19,
153:9, 157:7,
162:12, 168:15
partial
37:11
particular
36:18, 37:4,
47:10, 58:19,
78:4, 85:7,
95:21, 98:4,
141:6, 153:23,
163:4, 165:5,
167:12, 167:19,
168:5, 168:17
particularly
30:3, 81:16,
149:15
parties
7:11, 83:8,
100:18, 128:1,
128:7, 167:22,
173:14
partners
26:4, 26:5

58:25, 67:23

parts
83:5, 108:1,
108:17, 118:19
party
65:8
pass
46:13
past
45:24, 126:17
patent
12:18, 12:22,
13:15, 13:21,
23:22, 27:10,
27:15, 27:17,
27:24, 28:7,
32:19, 32:23,
39:2, 39:5,
39:8, 45:3,
45:5, 45:8,
45:13, 45:20,
54:21, 55:3,
129:8, 132:25,
140:24, 141:3,
152:5, 154:1,
155:19, 155:21,
164:24, 166:17,
167:6, 168:15,
168:19
patent's
136:9
patented
140:18
patents
23:12, 23:13,
23:15, 23:17,
24:14, 24:21,
139:9, 140:10,
140:23, 141:2,
141:25, 168:2,
168:9, 168:11
patents-in-suit
13:18, 13:22
pathway
28:9, 95:19
pathways
29:4
patient
34:1, 34:13,

34:19, 34:21,
50:12, 61:8,
62:1, 62:3,
67:4, 67:5,
77:23, 86:7,
88:19, 93:10,
124:1, 131:2,
131:5, 133:14,
133:19
patients
16:1, 33:18,
33:21, 33:24,
34:5, 34:10,
34:11, 34:18,
35:1, 35:5,
35:13, 35:15,
48:1, 48:6,
49:12, 49:18,
49:21, 50:1,
50:16, 50:20,
50:21, 54:14,
56:12, 56:15,
56:21, 56:24,
57:18, 57:20,
63:10, 63:13,
64:10, 65:1,
65:18, 65:23,
67:11, 69:18,
76:3, 76:4,
76:8, 76:15,
76:17, 76:22,
77:9, 77:15,
77:22, 78:9,
78:12, 79:7,
79:10, 79:11,
79:14, 79:18,
79:20, 80:7,
82:6, 83:7,
83:13, 86:5,
87:18, 88:5,
88:9, 88:25,
89:6, 89:16,
109:5, 109:7,
109:10, 130:21,
130:22, 133:6,
133:12, 133:25,
134:8, 134:25,
146:22, 151:13,

151:22, 154:25,
155:24, 158:19,
158:20, 159:11,
170:15
pattern
167:20, 167:25
paul
21:18
pause
8:25
pay
109:22, 126:21,
150:10, 153:12,
154:1, 161:11,
161:25, 162:4,
164:23, 165:3,
165:12, 165:24
paying
108:7, 162:18
payor
30:10, 58:12,
58:24, 93:4,
95:2, 95:5,
97:17, 98:4,
98:20, 99:8,
107:1, 119:2,
119:15, 119:17
payors
36:15, 36:23,
37:7, 83:9,
83:14, 86:19,
86:23, 87:3,
93:6, 96:2,
96:9, 96:17,
96:22, 97:1,
97:10, 98:6,
98:11, 99:12,
99:22, 100:5,
101:24, 104:5,
104:9, 104:15,
105:5, 105:15,
106:1, 106:8,
106:17, 106:22,
106:24, 107:7,
108:14, 112:12,
119:8, 120:10,
120:15, 120:25,
121:12, 121:19,

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

73

121:25, 122:16,
123:4, 123:9,
123:13, 123:17,
123:21, 123:25,
124:16, 125:4
**pbm**
30:13, 58:13,
58:24, 97:17,
98:4, 98:20,
99:9
**pbms**
36:15, 36:19,
36:23, 37:8,
96:2, 96:9,
96:17, 96:22,
97:1, 97:11,
98:6, 98:11,
99:12, 99:22,
101:24, 108:14,
123:9
**pcsk9**
112:19, 115:25
**pdf**
67:24, 81:21,
120:6, 140:4
**pejorative**
138:20
**pending**
11:14
**penetrate**
66:13
**penetration**
35:18
**pennsylvania**
4:8
**people**
16:13, 25:2,
25:5, 25:6,
25:18, 25:19,
26:1, 27:15,
27:16, 29:2,
39:25, 48:9,
50:13, 126:20,
134:5, 150:10,
150:14
**percent**
26:21, 26:24,
35:19, 49:23,

50:4, 70:17,
74:14, 75:16,
103:6, 103:9,
114:16, 119:10,
119:11, 124:13,
125:7, 126:19,
132:9, 132:20,
133:1, 133:15,
133:16, 133:20,
133:24, 154:20,
154:23, 154:24,
155:14, 155:22,
155:23, 156:8,
159:23
**percentage**
26:18, 27:3,
78:3, 97:3,
156:1
**percentages**
156:5
**perfect**
37:12, 64:23
**perfectly**
103:2
**performance**
141:8
**performed**
60:12
**period**
55:12, 55:13,
156:21
**permitted**
112:3, 131:14
**person**
93:19, 94:7,
148:16
**personally**
46:4
**perspective**
37:2, 37:7,
85:4, 85:9,
85:19, 101:7
**ph**
63:1, 65:24,
87:17, 88:5,
88:9, 88:20
**ph-il**
89:9, 136:18

**ph-ilds**
48:7
**pharmaceutical**
12:25, 21:15,
21:17, 22:1,
22:9, 23:12,
23:13, 23:15,
23:21, 24:8,
24:14, 24:20,
25:13, 26:14,
29:10, 29:16,
29:25, 30:10,
30:17, 95:3,
95:5, 96:18,
97:8, 97:24,
98:12, 101:22,
126:14, 127:3,
145:16, 148:18,
150:1
**pharmaceutical-r-
elated**
12:21, 13:6
**pharmaceuticals**
30:5, 98:8,
112:9, 148:23
**pharmacy**
26:16
**phase**
51:13
**phillip**
4:6, 7:20
**phrase**
14:13, 43:17,
48:8, 57:14,
98:22
**phrased**
83:10
**phrases**
125:2
**physically**
8:13
**physician**
86:24, 93:10
**physicians**
83:9, 83:14
**pi**
31:13
**pick**
133:14

**pioneer**
140:8
**pioneer's**
140:10
**pioneers**
140:17
**place**
118:24, 144:15
**plaintiff**
1:6, 2:4, 3:3,
7:18
**plaintiff's**
28:3
**plaintiffs**
13:16, 13:17
**plan**
109:17
**planet**
4:15, 4:16,
7:11, 7:25
**planning**
65:20
**plans**
51:12, 109:14
**play**
96:2, 96:9,
96:13
**playing**
93:9, 93:18,
94:5, 94:9,
94:13
**please**
7:13, 8:7,
10:16, 11:3,
11:12, 171:6
**plus**
49:17, 50:1,
74:17
**pmorton@cooley**
4:11
**point**
27:21, 36:3,
36:8, 39:16,
43:13, 43:23,
43:24, 44:3,
45:16, 55:24,
56:5, 57:23,
58:20, 60:3,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

74

61:13, 62:7,
71:4, 90:18,
90:25, 91:20,
111:4, 134:23,
136:6, 136:8,
136:14, 138:6,
139:4, 141:3,
151:23, 152:3,
160:1, 160:16,
160:25, 164:4,
164:7, 164:11,
169:12
**pointed**
141:22, 149:24
**pointless**
156:17
**points**
87:8
**pops**
8:22
**population**
34:14, 65:1,
133:14, 133:22
**portion**
132:14, 132:17,
159:4
**posed**
47:16, 85:13
**possibility**
46:17, 64:13,
64:15, 64:17,
64:21, 156:10
**possible**
35:6, 56:24,
57:2, 67:3,
83:17, 104:21,
104:22, 136:17,
142:6, 152:18,
155:20, 161:17,
171:14, 171:15
**possibly**
91:9, 106:11,
106:17
**potential**
70:21, 83:7,
83:13, 112:12,
115:2, 138:17,
141:21, 154:15,

170:10
**potentially**
87:16, 149:6,
150:12
**potler**
4:15, 9:14,
48:18, 72:5,
72:16, 73:19,
119:20, 121:10,
139:14, 158:9,
163:13
**powders**
95:14
**powerpoint**
49:4
**practices**
50:22
**pre-yutrepia**
129:11
**precise**
167:11
**precisely**
56:17
**precluding**
14:5
**predate**
91:15
**predates**
92:1
**predicate**
161:14
**predicated**
124:12, 157:10
**predicting**
35:12
**preempt**
142:23
**preempted**
144:18
**preemption**
142:17, 142:21,
143:15, 143:17,
143:19, 143:21,
143:22
**prefer**
18:3
**preference**
93:8, 121:21

**preferred**
100:20
**preliminary**
5:11, 12:11,
12:15, 13:7,
19:13, 71:15
**premium**
105:2, 150:13
**preparation**
14:21, 15:1,
15:10
**prepare**
14:7
**preparing**
20:2, 20:5
**prescribe**
86:11
**prescribed**
33:23, 58:21,
59:2, 86:7,
98:19
**prescribing**
34:21, 86:24
**prescription**
30:20, 60:17
**prescriptions**
58:7, 58:17,
60:25, 61:5
**present**
4:14, 138:10,
151:12
**presentation**
49:4
**presently**
86:18
**president**
118:14
**press**
90:16, 92:1,
92:2
**pressure**
100:19, 102:8,
121:12, 125:13
**pressures**
127:23, 128:15
**presumably**
85:1
**presupposes**
54:8

**pretty**
81:8, 81:10,
110:22, 159:5
**prevalence**
62:25, 63:18,
63:19, 88:5
**prevalent**
50:1, 50:21
**prevent**
140:9
**preventing**
139:10
**previous**
46:8, 135:6
**previously**
13:17, 19:18,
116:25, 117:17,
146:2
**price**
5:19, 38:16,
38:21, 53:16,
60:13, 73:21,
74:12, 74:14,
74:16, 75:12,
75:20, 77:16,
94:14, 100:18,
100:20, 100:24,
100:25, 101:3,
101:14, 101:16,
102:15, 102:17,
102:18, 102:21,
102:22, 103:3,
103:6, 103:8,
103:11, 103:17,
103:22, 104:21,
105:2, 105:11,
107:22, 112:1,
112:9, 112:17,
114:16, 117:2,
117:18, 118:10,
126:23, 126:25,
128:15, 135:20,
136:3, 136:11,
136:16, 136:22,
136:25, 137:3,
141:8, 150:3,
150:4, 150:7,
154:20, 154:23,

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

75

155:4, 155:14,
155:22, 164:21,
167:7
**prices**
38:19, 74:1,
74:21, 74:22,
75:3, 75:9,
96:18, 96:24,
97:24, 98:8,
101:10, 101:25,
102:8, 102:12,
107:18, 108:6,
108:10, 108:12,
109:14, 109:21,
110:17, 121:13,
125:13, 126:1,
126:11, 126:19,
128:16, 129:10,
129:16, 129:18,
129:21, 165:7
**pricing**
30:24, 31:2,
69:13, 75:4,
104:10, 104:16,
104:24, 105:5,
109:2, 119:10,
125:6, 126:7,
149:7, 159:11,
159:20
**primarily**
20:9
**print**
157:23
**printed**
18:20, 19:17,
128:23, 157:14,
158:4
**prior**
17:2, 21:2,
24:19, 39:5,
39:8, 59:6,
59:10, 60:8,
71:20, 86:19,
87:1, 87:4,
98:6, 98:13,
98:18, 99:13,
99:15, 99:18,
99:22, 100:4,

100:6, 100:9,
100:12, 100:15,
110:22, 110:23,
126:25, 128:11,
135:20, 166:1,
166:8, 166:10
**private**
109:11, 109:13,
109:17, 109:22,
109:25, 110:4
**privy**
65:20
**probably**
12:17, 26:20,
26:24, 30:3,
59:1, 109:10
**problem**
42:20, 46:10,
48:6, 82:8,
86:3, 87:11,
140:25, 141:19,
142:1
**problems**
81:25, 138:18,
160:25
**proceed**
118:18
**proceedings**
12:13, 12:15,
12:16, 13:7,
171:19, 173:12
**process**
15:20, 31:17,
31:23, 69:10,
100:4, 100:10,
100:16, 142:17
**processes**
37:5
**procter**
3:5, 7:16
**produced**
31:18, 31:20,
153:25
**product**
12:25, 33:9,
62:4, 64:19,
78:4, 86:25,
97:16, 98:3,

99:16, 100:1,
101:3, 104:21,
106:9, 106:20,
106:21, 117:12,
117:15, 118:5,
122:1, 123:5,
123:10, 123:18,
124:2, 129:22,
141:6, 142:16,
143:6, 143:11,
143:14, 143:18,
145:23, 147:3,
147:20, 150:8,
151:13, 151:22,
151:25, 167:13,
167:15
**production**
31:22
**products**
33:7, 33:10,
33:14, 33:18,
35:10, 36:16,
36:24, 37:8,
37:11, 37:14,
37:23, 38:2,
39:20, 40:7,
41:10, 42:11,
42:14, 45:24,
52:6, 57:6,
59:7, 59:24,
60:7, 61:1,
73:23, 75:13,
81:1, 84:8,
84:10, 84:16,
84:17, 85:16,
85:18, 86:13,
86:18, 95:7,
95:8, 95:10,
95:11, 97:9,
97:10, 97:14,
97:19, 97:23,
97:25, 99:14,
99:20, 101:17,
102:9, 102:21,
103:6, 103:8,
104:17, 105:6,
106:6, 106:16,
106:22, 106:24,

107:4, 107:6,
115:7, 115:15,
119:11, 123:22,
125:7, 126:2,
126:23, 129:23,
130:6, 130:8,
130:9, 137:17,
137:18, 141:7,
143:12, 170:12,
170:16
**profession**
40:22
**professional**
2:7, 173:5,
173:22
**professionally**
28:25
**professor**
22:4
**proffers**
118:10
**profit**
144:5, 144:6,
169:13
**profitability**
169:21
**profiting**
144:1
**profits**
80:16, 134:16,
134:19, 135:11,
136:1, 136:2,
136:11, 136:18,
136:25, 137:1,
137:2, 145:5,
149:8, 149:11,
155:3, 160:23,
167:6, 169:14,
169:15
**programs**
8:18
**projected**
73:22, 74:4,
165:6
**projections**
94:18
**projects**
22:22

proof
58:22
proper
27:25, 28:7
properly
13:21
property
23:10, 24:12,
25:3, 145:8
propose
46:11
proposed
45:25, 46:13,
53:22, 61:6
proposing
55:9
proposition
41:9, 89:24,
116:6, 118:25
prorated
160:2, 160:7
prorating
159:14
protect
140:8
protection
140:25, 142:1
prove
103:22, 103:25,
155:4, 155:13
provide
12:3, 84:4,
84:11, 113:20,
147:7, 147:13,
149:25, 153:4
provided
108:10, 129:17,
132:1, 165:9,
165:20
provider
52:18
provides
161:23
ptab
39:1
public
2:8, 90:19,
125:23, 172:17,

173:6
publically
132:25, 154:4
publication
25:8
publications
24:7, 24:13
published
23:8, 23:11,
24:11
pull
9:15, 18:1,
48:18, 72:5,
72:16, 119:21,
126:4, 139:13,
139:14, 139:18,
158:9
pulled
70:1, 139:6
pulling
119:23
pulmonary
17:13, 17:17,
29:6
purchaser
101:2, 101:4
purported
138:6, 147:8,
147:14
purposes
83:20
pursuant
2:2, 9:24
pursuit
95:18
put
16:13, 34:20,
46:15, 66:15,
70:17, 71:7,
73:5, 77:2,
110:16, 121:12,
129:24, 132:16,
133:13, 147:25,
150:14
puts
156:11
putting
72:13, 136:25

**Q**
qs
154:8
qualified
119:2
qualifiers
125:8
quantified
166:13, 166:20,
167:14, 167:21
quantify
79:5, 116:2,
136:8, 149:14
quantifying
80:24, 115:16,
166:16, 166:23
quantum
27:25, 28:4,
28:7, 153:11,
161:11, 162:4
question
10:17, 10:19,
11:3, 11:6,
11:14, 20:3,
23:23, 24:19,
27:6, 29:12,
32:2, 33:4,
37:18, 37:19,
41:8, 41:11,
41:18, 42:10,
42:13, 43:19,
45:15, 46:9,
47:16, 51:24,
52:21, 54:17,
55:25, 60:20,
61:3, 64:19,
71:13, 74:18,
74:19, 78:17,
81:4, 81:8,
83:10, 84:7,
84:14, 85:12,
85:23, 96:7,
103:15, 104:13,
106:12, 110:8,
117:25, 122:19,
123:16, 128:4,
131:20, 132:13,

136:24, 137:23,
144:4, 147:12,
148:3, 148:22,
149:18, 161:24,
162:3, 164:6,
164:11, 168:12,
169:11, 170:6
questions
10:9, 10:23,
88:13, 170:20,
170:23
quick
111:11, 111:12
quickly
18:17, 55:12,
55:17, 79:2
quite
85:11, 87:7,
89:13, 110:8,
136:21
quote
47:13, 58:11,
58:15, 82:21,
92:5, 92:9,
92:18, 107:21,
108:21, 111:24,
115:1, 118:18,
119:6, 121:16,
122:12, 123:3,
123:24, 125:11,
125:25, 131:10,
144:24, 145:2
quoted
115:6
quoting
62:21, 66:10,
90:20, 132:6

**R**
r&d
140:17, 168:11,
168:18, 168:21,
169:7, 169:9
raise
126:12, 129:10
raised
126:24
ramped
120:16, 120:21

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

77

| | | | |
|---|---|---|---|
| **ran** 144:16 | **reading** 19:4, 54:24, 92:24, 94:9, 116:20, 129:25, 145:11 | **receiving** 46:18, 54:15 | 95:16 |
| **random** 133:14 | | **recent** 92:21, 110:11, 110:13 | **referring** 17:13, 17:17, 23:7, 24:2, 24:15, 33:12, 47:13, 53:16, 58:25, 64:6, 128:21, 130:5, 133:9, 169:3 |
| **randomly** 133:19 | **real** 74:8, 128:4, 131:20 | **recently** 63:3, 63:23 | |
| **range** 63:18 | | **recess** 62:11, 111:16, 150:19 | |
| **rapidly** 55:11, 55:16 | **realize** 31:12, 44:1 | | **refers** 156:11 |
| **rare** 148:1 | **realized** 94:20 | **recognize** 9:22, 55:8, 82:3 | **refresh** 68:13 |
| **rate** 49:22 | **realizing** 59:12 | **recollection** 121:3 | **regarding** 70:21, 75:24, 76:21, 82:13, 121:13, 155:25, 157:9 |
| **rate-limiting** 53:23, 54:11, 54:20, 55:2, 57:13, 57:16, 57:20 | **really** 16:8, 27:20, 47:23, 66:12, 67:7, 71:13, 74:9, 85:13, 93:9, 151:3 | **record** 8:8, 62:10, 62:12, 68:23, 111:13, 111:15, 111:17, 139:19, 150:18, 150:20, 171:5, 171:9, 171:12, 172:4 | **regardless** 92:16 |
| **rates** 50:13 | **realtime** 2:7, 173:24 | | **registered** 2:6, 2:7, 173:5, 173:22, 173:23 |
| **rather** 11:7, 18:14, 89:1, 89:7, 145:7 | **reason** 12:2, 34:12, 71:6, 119:14, 134:2, 134:3 | **recoup** 168:21 | **regulatory** 145:19 |
| **rd** 39:13 | **reasonable** 13:19, 74:18, 74:25, 117:3, 167:8 | **recouped** 169:20 | **reif** 4:16, 7:11 |
| **re-read** 14:9 | | **recover** 155:3, 155:15 | **reimbursement** 96:3, 96:10, 118:14 |
| **re-think** 44:1 | **reasons** 78:18 | **redo** 14:1 | |
| **reach** 35:12, 79:9, 133:24 | **rebates** 121:19, 121:25, 122:16 | **reduced** 135:10, 135:14, 147:8, 173:9 | **reimbursements** 96:14, 97:7 |
| **react** 39:7, 69:11, 162:10 | **recall** 12:14, 12:25, 16:4, 16:24, 20:22, 26:11, 26:12, 36:5, 51:19, 56:18, 98:22, 108:18, 139:11, 146:5, 156:4, 166:23, 167:19, 167:25 | **reduction** 136:2, 154:23 | **rejected** 58:8, 58:12, 58:18, 58:23 |
| **reacted** 39:10 | | **refer** 18:3 | **related** 23:10, 23:12, 24:13, 173:14 |
| **read** 25:24, 60:2, 63:16, 93:20, 94:4, 94:13, 122:12, 138:14, 139:12, 145:10, 171:4, 172:2 | | **reference** 50:8, 54:13, 68:7, 97:5, 107:22 | **relating** 24:11 |
| | | **references** 14:15, 24:20, 36:6 | **relations** 120:14 |
| | **received** 39:14, 75:13 | **referencing** 59:19 | **relationships** 93:24 |
| **readily** 56:12 | **receives** 75:6 | **referred** 35:11, 71:19, | **relative** 35:23, 36:13, 78:24, 104:10, |

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

78

104:16, 105:5,
124:14
**relatively**
15:20
**relaxant**
21:21
**release**
90:17, 92:2
**relevance**
156:8, 166:22
**relevant**
9:7, 44:21,
45:2, 100:1,
117:5, 117:7
**reliable**
41:25, 116:21,
116:23, 161:16
**reliance**
127:8
**relied**
45:25
**rely**
36:2, 36:7,
50:19, 61:12,
114:12
**relying**
118:19
**remain**
63:13
**remains**
55:6
**remedies**
155:20
**remember**
16:18, 26:14,
66:21, 90:8,
90:9, 110:10,
114:21, 168:23
**remote**
3:1, 4:1, 4:15,
7:10
**remotely**
2:8, 7:12, 8:3
**remove**
82:9
**removed**
122:25, 151:21
**renegotiate**
104:5

**repeat**
96:7, 147:11
**repeated**
19:7, 84:14
**repeatedly**
43:17
**rephrase**
83:11
**replying**
163:24
**report**
12:11, 14:2,
15:10, 15:14,
15:20, 18:1,
18:14, 18:18,
19:3, 19:21,
19:22, 20:2,
20:6, 23:8,
32:3, 32:14,
47:12, 53:3,
58:3, 59:16,
59:17, 62:15,
68:5, 68:21,
69:19, 73:21,
81:19, 90:1,
107:10, 113:3,
118:19, 118:23,
128:22, 134:13,
137:8, 140:23,
142:5, 153:6,
154:6, 154:11,
157:7, 158:2,
163:15
**reported**
1:22, 121:8
**reporter**
2:6, 2:7, 7:24,
10:12, 10:16,
54:23, 171:10,
171:16, 173:5,
173:22, 173:23,
173:24
**reporter's**
173:1
**reports**
9:9, 9:11
**represent**
7:14, 49:7,

80:12
**representation**
95:20
**representative**
161:15
**representing**
7:11, 7:25,
50:25
**reputation**
152:2
**reputational**
151:11, 151:18,
152:2, 152:6,
152:12, 152:13,
152:20, 153:1
**request**
71:12, 91:6,
91:24, 92:11,
99:25, 100:7,
105:16, 112:12,
166:1
**requested**
91:12
**require**
86:19, 99:9,
99:13, 99:22,
99:23, 100:6,
123:25, 156:25
**required**
45:2, 45:12,
46:9, 99:16,
99:19, 156:25
**requirement**
45:4
**requires**
59:10, 100:12
**research**
168:7, 168:14
**respect**
94:19
**respond**
127:23
**responding**
151:19, 152:25
**response**
32:16
**rest**
15:3, 26:12,

47:5
**restraining**
12:12, 12:14
**result**
21:22, 66:25,
103:1, 112:18,
117:18, 131:21,
161:18, 168:11,
173:15
**resulted**
168:15
**resulting**
112:25
**results**
25:25
**retained**
20:20, 21:2,
32:5
**return**
135:8, 135:10,
135:14
**revenue**
104:22, 130:1,
130:5, 130:8,
130:21, 158:23,
160:20, 160:23
**revenues**
133:2, 165:7
**review**
15:9, 25:23,
32:6, 48:15
**reviewed**
14:10, 14:12,
15:13, 100:7
**reviewing**
59:13, 59:18,
70:13
**reward**
168:2
**rga**
1:7, 7:7
**rid**
9:6
**right**
8:14, 13:12,
19:11, 21:8,
26:20, 32:4,
38:22, 39:2,

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

79

39:11, 44:15,
44:22, 47:18,
53:7, 59:7,
62:9, 62:22,
64:7, 68:19,
77:14, 81:22,
82:10, 85:15,
88:9, 90:10,
90:15, 91:21,
92:7, 93:5,
111:1, 111:6,
111:14, 112:21,
128:13, 134:2,
140:7, 145:1,
150:11, 150:17,
156:22, 157:22,
158:1, 158:21,
159:24, 160:10,
166:18, 171:7
**right-hand**
51:12
**rights**
152:6
**ring**
47:10
**risk**
135:7, 135:19
**rival**
139:1
**rmr**
1:22
**roger**
120:8, 120:20
**role**
96:2, 96:9,
96:14, 96:21
**routine**
81:8
**royalty**
13:19, 167:9
**rpr**
1:22
**rules**
10:6, 10:8,
132:8, 132:20
**rulings**
39:5, 39:8
**run**
30:22, 144:11

**running**
46:23
**résumé**
13:9

**S**

**said**
12:9, 14:1,
29:3, 33:13,
37:3, 42:1,
51:6, 54:24,
60:21, 70:10,
92:22, 101:11,
113:16, 121:8,
129:4, 143:16,
159:2, 160:4
**sake**
68:20
**sale**
34:14, 34:15
**sales**
35:8, 53:15,
66:25, 69:16,
73:21, 74:12,
77:14, 78:5,
78:23, 78:25,
79:1, 80:12,
80:13, 80:17,
107:22, 108:24,
130:2, 130:9,
130:15, 130:21,
130:22, 131:11,
131:13, 131:21,
132:13, 132:14,
132:18, 135:21,
136:3, 136:19,
136:22, 137:2,
149:6, 155:14,
162:22, 164:21,
165:7, 167:7,
169:20
**same**
10:18, 37:22,
53:20, 62:3,
86:4, 92:3,
116:14, 134:24,
135:18, 149:10,
170:6, 172:3

**sanders**
20:10
**saw**
90:12, 97:5,
98:23, 170:18
**say**
11:3, 17:16,
26:19, 27:14,
28:5, 29:21,
37:10, 41:14,
43:5, 47:20,
47:22, 50:18,
53:8, 55:5,
75:8, 85:21,
94:2, 94:25,
101:8, 101:9,
114:14, 114:18,
114:23, 116:9,
116:14, 119:23,
122:6, 125:4,
127:12, 131:10,
131:25, 132:20,
149:21, 151:3,
156:10, 161:7,
163:15
**saying**
35:13, 55:20,
61:17, 74:24,
76:21, 76:25,
79:22, 80:4,
85:6, 105:3,
106:19, 114:21,
115:1, 115:24,
116:2, 116:16,
116:17, 127:16,
127:21, 136:7,
142:7, 145:12,
157:6, 165:2,
167:2
**says**
24:10, 26:7,
27:25, 42:16,
47:18, 48:5,
58:12, 63:16,
70:2, 70:24,
83:4, 105:21,
113:4, 114:10,
114:18, 115:5,

115:11, 116:20,
123:11, 123:12,
132:6, 145:2,
160:1, 161:8,
161:9, 164:2
**scanners**
144:9
**scenario**
154:20
**school**
21:16
**science**
21:11
**scientific**
28:21
**scope**
32:10
**scratch**
63:25, 66:14,
102:6, 142:7
**screen**
8:19, 8:23,
18:2, 18:10,
18:11, 18:13,
48:24, 65:18,
72:17, 72:20,
139:25
**screening**
21:20, 22:10
**scroll**
9:16, 51:10,
53:7, 120:7,
158:21, 159:9
**scrolling**
31:6, 32:4,
38:11, 38:12,
39:12
**seal**
172:21
**sealant**
12:24, 13:5
**second**
38:8, 62:19,
62:20, 84:15,
86:3, 142:17,
147:25, 153:9,
158:12, 160:12
**secondly**
88:6

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

**seconds**
72:14, 159:16
**secrets**
140:19
**section**
38:15, 40:10,
40:15, 92:10
**see**
18:7, 25:23,
26:3, 32:8,
35:25, 40:6,
41:20, 43:11,
47:9, 47:15,
47:24, 49:9,
49:19, 50:2,
50:6, 51:12,
51:14, 53:11,
53:24, 58:9,
61:10, 63:4,
68:8, 68:9,
68:14, 68:16,
69:1, 69:23,
72:19, 72:22,
73:1, 73:3,
74:11, 76:5,
81:2, 82:2,
86:12, 90:23,
93:12, 107:23,
112:5, 112:14,
115:18, 115:19,
117:7, 118:16,
119:13, 120:3,
120:11, 120:12,
120:18, 120:21,
120:22, 121:22,
123:6, 124:3,
125:16, 129:12,
129:13, 130:14,
131:16, 131:23,
133:7, 135:12,
136:11, 138:3,
139:24, 140:12,
140:20, 142:14,
146:17, 151:15,
153:13, 156:17,
158:15, 158:22,
159:1, 159:10,
159:20, 160:19,

161:23, 162:25,
164:25, 167:10
**seeing**
11:18, 20:24,
26:1, 51:20,
53:6, 56:18,
98:22, 117:17,
122:10, 146:5
**seek**
100:18
**seem**
75:19, 92:14,
92:23, 137:25,
144:20, 169:18
**seemed**
153:2, 160:24
**seems**
79:13, 81:16,
84:1, 110:17,
117:2, 125:23,
127:16, 127:17,
152:4
**seen**
9:21, 14:3,
19:18, 35:18,
45:5, 65:7,
67:7, 126:17
**segment**
42:9
**selck**
5:12, 16:4,
18:8, 19:14,
31:13, 32:7,
32:17, 38:7,
43:16, 44:12,
45:16, 46:10,
46:15, 46:22,
47:2, 53:19,
53:21, 54:17,
55:8, 57:15,
58:5, 58:16,
82:23, 89:9,
101:11, 107:17,
107:21, 111:24,
112:17, 112:23,
114:8, 114:23,
115:24, 118:10,
119:7, 121:7,

123:14, 125:2,
128:17, 128:20,
131:10, 131:25,
132:16, 137:22,
138:13, 138:21,
139:4, 141:14,
141:22, 142:12,
149:23, 151:10,
151:19, 151:20,
152:4, 154:9,
154:14, 154:19,
155:25, 156:6,
158:24, 162:16,
165:9, 165:21,
169:5
**selck's**
14:10, 20:23,
30:20, 38:6,
38:16, 40:16,
43:3, 43:6,
48:4, 54:6,
55:15, 57:23,
57:24, 58:23,
61:4, 82:4,
82:12, 82:16,
89:23, 97:5,
112:8, 118:19,
121:2, 122:20,
125:21, 127:7,
127:19, 152:25,
156:14, 157:7,
157:18, 158:2,
160:21, 163:25,
165:14
**select**
133:19
**sell**
33:6, 33:13,
35:9, 57:2,
93:22
**selling**
44:6, 110:17
**sense**
84:20, 85:13
**sent**
9:9, 9:11,
71:23
**sentence**
43:9, 43:14,

47:19, 53:8,
53:14, 53:17,
54:18, 54:25,
55:21, 58:14,
62:24, 66:12,
86:10, 115:1,
115:5, 115:19,
153:9, 153:10
**separate**
18:10, 40:16,
43:4, 46:16,
47:1, 47:3,
48:13, 50:25,
51:17, 81:25,
82:25, 83:21,
87:6, 88:10,
157:4
**separately**
49:12, 49:15,
50:16
**separates**
49:15
**separation**
58:6
**september**
68:25, 69:7,
70:22, 70:25,
71:20, 73:2,
73:5, 73:8,
73:14, 75:23,
76:15, 90:14,
165:18, 165:19,
165:25, 166:5
**serve**
133:5, 134:8
**serviced**
78:3
**services**
108:7, 108:10
**serving**
133:6, 134:8
**set**
79:12, 108:12,
109:21, 128:16,
173:9
**setting**
101:22
**seven**
12:17, 24:10

shall
153:18
share
8:20, 18:7,
18:11, 18:13,
19:18, 46:3,
68:14, 77:18,
77:25, 78:1,
78:14, 78:21,
78:24, 79:2,
81:9, 131:12,
131:13
shares
46:2
sheet
162:5
sheets
172:3
short
17:9, 89:12
shorthand
41:12, 173:8
should
10:23, 48:22,
57:3, 147:22,
153:18, 161:7,
161:8, 162:13,
164:22, 166:25,
171:4
show
116:13, 141:25,
161:10
showed
90:17
showing
77:21, 153:25,
165:8
shown
47:3, 47:5,
116:13, 141:15
shows
40:5, 69:12,
69:15, 77:13,
77:17, 115:21,
116:17, 116:19
sic
30:7, 42:11
side
27:4, 28:3,

51:12, 66:16,
93:5
side's
100:24
sign
132:25
signature
18:21, 18:24,
171:11, 172:9,
173:18
signature-p1kal
173:19
signed
18:24
significant
16:15, 38:20,
39:15, 81:24,
92:15, 96:2,
96:9, 96:14,
109:1, 110:20,
113:1, 138:5,
148:4, 150:13
significantly
125:13
sildenafil
59:2, 59:6,
59:9, 60:5,
60:13
similar
95:23, 115:1,
153:1
simply
80:4, 88:10,
113:16, 116:10,
122:7, 129:19,
131:5, 141:15,
165:9
since
19:12, 23:4,
60:25, 142:22
single
44:10, 47:21,
51:13, 118:12,
127:8
situation
67:12, 79:11,
120:17, 130:23,
131:2

size
64:2, 65:5,
65:11
slide
5:15, 50:18,
50:19, 51:7
slight
110:18
slightly
23:16, 23:19,
43:21, 80:19
slow
142:2
slowly
53:9, 54:12,
54:13, 56:6
small
11:16, 17:8,
54:12, 56:6,
157:23, 160:24
smaller
169:24
society
24:24, 25:1,
25:16, 25:22
software
26:11
sold
141:7
some
14:10, 15:25,
16:5, 19:4,
23:14, 24:20,
25:9, 26:10,
33:3, 51:20,
56:18, 64:10,
64:25, 65:24,
65:25, 80:7,
88:25, 89:6,
89:16, 97:8,
102:18, 109:10,
112:1, 118:22,
121:20, 123:4,
123:12, 126:11,
128:8, 130:15,
131:11, 132:12,
133:6, 134:2,
134:3, 134:8,

134:25, 136:8,
139:12, 146:5,
147:1, 153:16,
154:8, 154:22,
160:16
somebody
28:4, 46:1,
147:21, 169:6
somebody's
27:9, 50:11
somehow
93:25
someone
48:7
something
8:22, 14:3,
19:7, 34:7,
42:16, 42:20,
48:15, 50:9,
55:16, 56:1,
56:8, 59:21,
98:23, 103:25,
134:4, 138:21,
139:6, 150:5,
150:11, 159:25,
163:22, 164:10,
164:16, 170:18
sometimes
99:13, 144:5,
144:6
somewhere
12:16, 24:23,
127:3
soon
77:19, 171:14
sorry
14:19, 24:18,
27:8, 31:14,
32:16, 33:3,
33:21, 37:18,
38:10, 38:14,
40:10, 40:20,
41:7, 46:21,
52:20, 53:5,
65:25, 66:7,
68:18, 75:1,
75:6, 76:10,
79:6, 79:23,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

82

84:6, 84:13,
91:16, 96:5,
96:6, 97:21,
104:12, 106:4,
107:14, 107:15,
108:24, 114:15,
120:21, 120:22,
122:10, 123:20,
128:17, 129:4,
140:3, 143:4,
143:14, 147:11,
158:6, 159:21,
169:1
**sort**
23:15, 23:24,
25:18, 26:9,
28:14, 41:12,
41:22, 48:9,
51:4, 52:20,
58:22, 61:24,
77:20, 92:13,
97:15, 122:25,
126:20, 132:8,
132:9, 137:1,
156:11, 163:8
**sounds**
90:8, 90:9,
116:5, 145:1
**source**
69:1, 88:21,
101:15, 101:24,
137:6, 148:10,
156:9, 158:16
**sources**
50:19, 87:16,
87:24, 98:7,
100:19, 130:4,
142:13
**space**
145:22
**spans**
25:4
**speak**
14:16
**speaking**
102:20, 103:10,
136:17
**specialized**
146:12

**specialty**
97:10, 97:13,
97:16, 97:19,
97:23, 98:3
**specific**
14:6, 25:11,
29:15, 90:9,
95:4, 127:5
**specifically**
23:13, 24:8,
24:16, 25:15,
44:16, 71:2,
118:11, 130:6,
139:11, 141:20
**specifics**
81:15
**spectrum**
48:9, 61:24,
89:3, 89:5
**speculative**
156:17
**speeches**
24:7
**spend**
20:1, 113:13,
113:17, 129:1,
147:1, 159:19,
160:3
**spent**
20:15, 21:14
**spetrino**
3:12, 7:17
**spirit**
86:10
**spoke**
14:11
**spoken**
23:9, 23:11
**ss**
173:2
**ssnip**
41:1, 41:14,
41:19, 41:23,
41:24, 44:13,
44:18, 45:1,
45:9, 45:11,
45:16, 45:17,
45:21, 46:4,

46:6, 46:13,
46:16
**stage**
57:11, 126:6
**stance**
92:23, 128:3
**stances**
127:25, 128:1,
128:6
**stand**
48:20, 139:16
**standard**
7:9, 81:11
**start**
19:20, 153:3,
159:17, 167:8,
167:9, 168:25
**started**
16:12, 17:10,
27:1, 131:4,
159:10
**starting**
22:20, 44:14,
49:5, 139:20,
153:16, 154:11
**starts**
47:12, 62:15,
66:5, 90:1,
158:18, 158:19,
159:7
**state**
7:14, 8:7,
28:24, 43:8,
46:2, 51:17,
69:20, 73:20,
112:16, 118:9,
134:15, 135:6,
135:7, 135:18,
140:8, 142:4,
142:21, 164:19,
166:12, 173:2,
173:6
**stated**
66:18, 98:2
**statement**
78:24, 89:19,
90:4, 90:25,
91:2, 91:20,

91:23, 92:6,
93:15, 106:16,
107:1, 123:11,
125:19, 162:7,
165:17, 170:2
**statements**
36:3, 56:19,
90:1, 90:19,
90:20, 91:5,
91:15, 93:2,
94:18, 125:23,
127:18, 162:6,
165:20, 169:13
**states**
1:1, 7:5,
16:17, 16:20,
49:17, 112:24,
113:2, 119:6,
125:12
**stating**
69:25, 111:25,
136:18
**statistically**
38:20, 39:15
**statistics**
50:7
**stay**
153:18
**steady**
69:13, 69:15
**step**
53:23, 54:11,
54:20, 55:2,
57:13, 57:16,
57:21, 98:7,
98:21, 98:22,
98:23, 98:25,
99:1, 99:2,
99:3, 99:7,
123:25, 124:6,
138:12, 143:25
**sticky**
126:3, 126:8,
126:12, 129:16,
129:18, 129:21
**still**
10:23, 52:17,
52:24, 53:19,

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

54:19, 55:1,
68:9, 78:6,
84:13, 84:20,
85:10, 85:13,
85:22, 86:4,
136:23
**stock**
38:16, 38:19,
38:21, 39:4,
39:9, 39:10,
39:15, 39:17,
40:4
**stop**
79:16
**straight**
144:16
**strategies**
50:9
**strategy**
22:21, 37:2,
37:6, 65:10,
65:13, 65:19,
127:21
**street**
3:13
**strict**
163:20
**strongly**
39:8, 43:5
**structure**
96:23, 97:7
**studied**
29:22, 137:23
**study**
51:13, 51:21
**studying**
22:8, 59:22
**stuff**
44:2
**subject**
71:15
**submarket**
42:3, 42:7,
42:9, 42:17,
42:21, 42:22
**submission**
6:4, 72:11,
72:23

**submitted**
5:12, 12:11,
19:14, 32:7,
71:24, 90:6
**subpart**
57:1
**subscribed**
172:14
**subsequently**
31:21
**subset**
35:1
**substantive**
19:8
**substitutability**
37:13, 42:11
**substitute**
64:18, 64:23,
64:24
**substitutes**
37:11, 37:12,
41:10, 41:11
**substitution**
42:12, 45:23,
64:20
**succeeded**
146:7
**successfully**
126:18
**sues**
27:8
**suffer**
135:11, 135:17,
169:23
**suffered**
151:11
**sufficient**
162:14
**sufficiently**
114:11, 114:19,
117:25
**suggest**
55:15, 90:20,
153:11, 159:13
**suggested**
29:1
**suggesting**
55:18, 56:8,

152:5
**suggests**
54:20, 55:2,
55:7, 55:10,
56:1, 74:15,
133:5, 142:12
**summary**
16:8
**supply**
23:1, 57:6,
170:5
**supply-and-demand**
22:23
**support**
90:19, 100:19,
144:14, 161:20
**supports**
51:15
**supposition**
141:4
**suppositions**
153:3
**sure**
14:3, 14:13,
18:6, 33:21,
42:5, 42:21,
50:10, 79:13,
81:20, 88:7,
88:15, 96:12,
101:6, 104:13,
128:7, 145:12,
145:13, 146:11,
159:5, 166:22
**surgical**
12:25
**surprised**
127:2, 138:13,
159:24
**surprisingly**
43:15
**surveys**
25:10, 25:25
**survival**
49:22, 50:5,
50:12
**switching**
146:15, 146:21,
147:2

**sworn**
8:1, 8:3,
172:14

**T**

**t-h-u-t**
21:19
**tab**
9:13, 48:19,
67:25, 68:17,
72:6, 119:21,
119:24, 139:14
**table**
39:12
**take**
8:24, 9:3,
10:2, 14:25,
18:13, 51:25,
62:8, 72:14,
73:18, 80:7,
95:20, 106:1,
111:11, 111:12,
121:9, 150:16,
157:22, 163:12,
171:17
**taken**
2:3, 62:11,
111:16, 150:19,
152:21, 173:8
**taking**
12:5, 79:24,
88:18, 171:18
**talk**
15:24, 19:11,
51:8, 107:3,
109:16, 109:24,
119:2, 128:14,
151:5
**talked**
115:11, 150:25
**talking**
16:18, 48:1,
106:23, 106:24,
106:25, 134:24,
143:11, 143:13,
143:15, 167:5
**talks**
66:14, 120:8,

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

84

120:14, 144:4
**task**
41:4
**tbi**
159:20
**technical**
28:20
**technician**
4:15, 18:1,
48:20, 48:22,
68:2, 72:8,
72:13, 139:16
**technological**
140:16, 144:1,
144:6, 144:7
**technologies**
1:8, 4:3, 7:5,
21:2
**technology**
25:11, 26:7,
26:9, 140:18,
142:17, 168:9
**teece**
144:24, 145:2,
145:12
**teece's**
143:25
**tell**
16:10, 77:1,
88:14, 102:1,
122:3, 160:6
**tells**
163:1
**temporary**
12:12, 12:14
**ten**
12:16, 12:17,
15:23, 159:16
**tend**
22:15, 23:15,
97:23
**term**
17:11, 17:12,
27:9, 63:8,
97:13, 99:3,
126:10, 138:19
**terms**
123:21

**terribly**
88:13
**test**
41:1, 41:15,
41:19, 41:23,
41:25, 44:13,
44:18, 44:19,
45:1, 45:9,
45:11, 45:16,
45:17, 45:21,
46:4, 46:6,
46:13, 46:16
**testified**
8:4, 17:2,
59:5, 128:17
**testifies**
59:20
**testify**
12:6, 110:3,
141:17
**testifying**
13:16, 14:5,
82:22, 82:23
**testimony**
11:24, 12:3,
13:11, 13:24,
41:24, 42:1,
59:23, 73:7,
73:10, 76:7,
82:12, 82:15,
82:16, 82:20,
115:20, 149:9,
150:23, 172:5
**th**
38:21, 73:2,
90:7, 90:14
**thank**
7:23, 11:22,
18:23, 27:12,
40:14, 68:8,
99:1, 107:16,
137:11, 140:6,
153:8, 170:21,
170:22
**that'd**
48:25
**themselves**
7:14, 23:18

**theoretical**
67:6, 79:17,
80:9, 80:18,
83:25, 101:7,
103:17, 106:11,
106:15, 152:17
**theoretically**
132:12
**theory**
22:17, 22:19,
80:11, 102:1,
128:15, 130:25,
132:12, 134:10,
134:22, 134:23,
134:24, 162:24
**therapeutic**
9:19, 21:23,
146:1, 167:22
**therapeutics**
1:4, 3:3, 5:7,
7:4, 7:18, 21:4
**therapies**
35:24, 36:13,
52:7, 52:25,
146:9
**therapy**
5:19, 21:23,
52:14, 98:25,
99:1, 99:2,
99:7, 123:25,
124:7
**thereafter**
173:9
**therefore**
47:4, 67:10,
114:12, 144:23
**thing**
11:17, 27:21,
40:1, 59:12,
80:6, 81:5,
117:24, 122:5,
149:19
**things**
9:8, 25:25,
42:14, 46:22,
56:2, 87:22,
89:22, 131:20,
138:20, 144:14

**think**
11:20, 12:16,
16:25, 17:19,
19:7, 24:24,
27:22, 28:2,
30:2, 33:4,
33:5, 33:20,
35:7, 36:19,
39:25, 40:4,
41:13, 42:4,
46:6, 46:8,
46:21, 47:18,
47:20, 48:8,
51:8, 57:2,
57:24, 60:10,
65:7, 67:6,
71:5, 75:10,
76:14, 77:17,
81:3, 83:25,
85:21, 85:23,
87:8, 89:12,
89:13, 89:24,
90:16, 93:6,
94:23, 98:2,
98:15, 98:23,
100:22, 102:11,
103:16, 105:1,
105:4, 108:20,
109:2, 110:9,
110:21, 113:9,
113:10, 113:19,
114:5, 114:9,
114:10, 116:11,
117:4, 118:2,
119:14, 123:11,
124:23, 127:14,
128:13, 133:20,
134:10, 137:5,
143:20, 145:17,
146:24, 147:2,
147:19, 147:24,
148:1, 149:19,
149:21, 151:1,
152:17, 157:21,
159:1, 161:18,
163:20, 166:13,
168:22, 170:1,
170:6, 170:24

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

85

thinking
26:2, 35:20,
46:11, 52:11,
104:23, 105:14,
147:2, 170:17
thinks
116:6, 116:16
third
52:14, 87:11,
142:18
third-party
50:19
thought
37:4, 70:17,
71:18, 81:7,
81:12, 81:15,
107:12, 117:8,
132:10, 146:25,
149:14, 161:25,
170:17
thousand
79:9
thread
52:20, 92:14
threatened
123:25
three
54:1, 54:10,
54:19, 55:1,
55:6, 55:10,
74:13, 81:24,
83:3, 84:16,
141:11, 142:13,
163:16, 163:22,
164:3
three-year
49:22, 50:5,
55:12
threw
63:8
through
10:7, 13:8,
15:1, 18:2,
19:5, 31:16,
31:17, 81:15,
92:14, 110:11,
111:3, 118:23,
136:3, 136:19,

138:15, 162:14
throughout
36:6, 46:23,
46:24
thrust
85:12
thut
21:18
tied
118:1
time
7:8, 7:10,
13:23, 15:4,
20:1, 20:14,
20:25, 21:14,
21:25, 22:6,
22:20, 23:4,
23:5, 26:22,
26:23, 29:3,
29:5, 43:16,
55:12, 55:13,
71:5, 77:5,
84:15, 92:3,
110:10, 111:11,
113:13, 113:17,
129:1, 147:1,
148:9, 148:15,
148:20, 159:19,
160:3, 169:12,
170:21, 170:23,
171:3, 173:8
times
10:4, 12:9,
12:10, 25:10,
81:17, 138:1,
138:2
titled
72:10, 72:22
today
7:10, 7:24,
8:23, 9:5, 9:24,
10:10, 11:24,
12:3, 52:6,
81:3, 110:7,
110:11, 110:14,
162:11, 166:10
today's
7:8, 14:7,

15:10
together
73:5
told
121:7, 128:18
took
39:15, 43:15,
160:18
tools
98:6
top
11:18, 13:1,
49:7, 51:4,
111:21, 127:1,
140:7, 168:24
top-to-top
120:9
topic
137:9, 153:5
topics
25:20, 144:2
total
20:4, 78:23,
97:4, 159:21,
161:9
track
49:14, 49:25,
51:8
tracks
49:11, 50:15
trade
140:19
transcript
119:24, 170:25,
171:2, 171:10,
172:2, 173:11
translate
128:2
treat
17:3, 52:7,
52:14, 83:9,
83:14, 85:17,
99:25, 115:7,
133:12, 135:3,
137:17, 146:6
treated
49:18, 50:20,
69:18, 76:3,

76:16, 77:9,
77:10, 78:13,
79:15, 83:23,
133:16, 133:17,
133:20, 154:24,
155:23
treating
77:21, 77:22,
78:8
treatment
28:24, 64:10,
64:11, 83:23,
84:9, 84:22,
116:1, 134:5,
137:13, 146:20
treatments
29:1, 63:3,
63:22, 84:3,
84:24, 85:7,
85:24, 96:3,
96:10, 96:15,
97:2, 100:6,
101:23, 109:22,
112:19
treats
78:12
tremendous
56:7
trend
75:5
treprostinil
52:18
treprostinil-bas-
ed
95:8
trial
55:4, 55:14,
55:17, 56:7,
155:3, 155:18,
160:15, 162:14,
164:23
tried
50:11, 99:10,
118:23, 146:6,
161:21
triggered
167:8
tripped
143:10

OUTSIDE COUNSEL EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

86

true
26:17, 28:2,
29:13, 37:15,
89:6, 89:18,
170:1, 172:4,
173:11
truthful
12:3
truthfully
12:7
try
31:6, 31:11,
85:15, 96:7,
124:8, 128:24,
155:15, 158:10
trying
11:20, 16:4,
16:24, 35:9,
43:13, 56:19,
56:21, 66:1,
66:19, 79:4,
88:7, 100:23,
100:24, 100:25,
108:18, 110:9,
117:8, 149:14,
168:23
turn
49:5, 53:2,
58:2, 62:15,
66:3, 67:18,
81:18, 89:25,
111:9, 120:6,
134:12, 137:7,
140:2, 151:6,
157:13, 157:17,
157:18
turned
9:2, 160:23
turning
31:3, 38:5,
40:9, 146:13,
153:5
two
9:9, 9:11,
15:19, 42:14,
42:17, 43:20,
45:24, 51:4,
52:8, 52:11,

52:24, 61:16,
76:10, 83:7,
83:13, 84:5,
84:17, 84:18,
87:2, 87:16,
87:22, 88:2,
88:4, 106:5,
106:7, 106:21,
112:21, 114:11,
116:8, 122:25,
131:20, 132:13,
136:13, 154:15,
155:24, 156:5,
167:16
two-thirds
27:18
type
25:11, 53:5
types
30:1, 97:24,
113:20
typewritten
173:10
typical
121:24, 122:3,
122:4, 123:8,
123:12, 123:17,
123:20, 123:21,
126:13, 126:16
typically
86:5, 86:19,
143:24
typo
19:5, 31:15
typos
19:4
tyvaso's
132:14, 132:18

U

ultimately
38:18, 154:8
unable
153:12, 165:23,
170:15
unavailable
144:23
unaware
42:2, 65:19,

100:11, 100:15
unchanged
75:5
under
11:24, 13:12,
31:14, 43:9,
49:18, 95:18,
154:15, 158:24,
160:20
underdiagnosis
63:2, 63:20,
63:22
underlying
14:11, 29:19,
42:10, 44:4,
55:25, 63:1,
148:3, 149:17
understand
9:23, 10:6,
10:25, 11:2,
11:24, 14:23,
26:1, 64:24,
71:13, 76:12,
79:13, 84:14,
84:23, 85:3,
85:23, 86:16,
87:3, 87:5,
88:14, 104:25,
110:8, 117:9,
125:2, 126:3,
126:8, 130:13,
136:21, 143:4,
160:15, 164:16,
164:17, 169:15
understanding
10:1, 16:12,
17:15, 31:20,
33:11, 47:25,
52:8, 57:16,
71:14, 71:22,
85:12, 86:22,
88:4, 93:17,
93:21, 94:5,
94:6, 95:9,
95:12, 95:15,
96:20, 96:25,
98:15, 98:17,
99:4, 99:6,

99:8, 99:15,
99:18, 108:8,
108:13, 124:6,
131:1, 137:14,
137:19, 143:21,
155:10, 155:18
understands
119:7
understood
11:6, 14:2,
15:8, 63:9,
86:9, 88:18
undiagnosed
63:17
undocumented
105:20, 112:10,
118:13, 127:9
unfixable
56:3
uniformly
58:24
uninterrupted
73:22
unique
51:16, 115:14,
164:1, 164:10,
164:14, 164:16
uniqueness
164:17
unit
131:11
united
1:1, 1:4, 3:3,
5:7, 7:4, 7:5,
7:18, 9:19,
21:4, 46:18,
115:17, 121:17,
121:18, 122:12,
122:15, 125:12,
126:4, 129:10,
151:20, 151:24
united's
119:8, 125:3,
125:24
university
21:19
unknown
63:19

OUTSIDE COUNSEL EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

87

| | | | |
|---|---|---|---|
| unlawful | 118:1, 118:2, | valuations | visually |
| 130:12 | 156:7 | 23:12 | 159:3 |
| unless | uses | value | voice-identify |
| 10:24, 56:1, | 60:6, 108:6, | 150:14, 162:21 | 7:13 |
| 115:21, 147:20 | 114:17, 144:8 | variant | volatile |
| unlike | using | 46:8 | 163:10 |
| 141:4 | 17:11, 18:7, | varies | volumes |
| unlikely | 34:12, 38:13, | 26:22, 34:6 | 169:20 |
| 126:4 | 46:16, 57:17, | various | |
| unmet | 59:14, 80:8, | 25:7, 83:8 | **W** |
| 49:8, 170:5 | 83:23, 131:4, | venture | wait |
| unpack | 131:6 | 26:6 | 10:16, 10:18, |
| 64:3 | usually | verbally | 151:4 |
| unrelated | 23:24 | 10:10 | want |
| 76:11, 76:13, | ut's | verify | 13:9, 16:3, |
| 76:22 | 130:1 | 18:19 | 18:11, 29:20, |
| unsupported | utc's | version | 35:5, 35:7, |
| 47:6, 129:19 | 33:9, 38:20, | 43:22 | 67:18, 68:6, |
| until | 57:1, 57:7, | versions | 80:19, 80:20, |
| 10:16, 10:18, | 57:11, 65:25, | 43:21 | 81:18, 89:25, |
| 63:3, 63:23, | 67:15, 70:5, | versus | 104:12, 123:22, |
| 90:14, 100:7 | 74:1, 75:19, | 64:20, 78:25, | 128:22, 160:1, |
| untreated | 81:1, 90:19, | 159:22, 163:18 | 164:12, 170:25 |
| 63:13, 133:21 | 93:2, 118:13, | vice | wanted |
| unusual | 127:17, 130:20, | 118:13 | 14:20, 15:25, |
| 81:17 | 130:21, 133:23, | video | 16:7 |
| uploading | 134:16, 134:19, | 7:9, 7:12, | wants |
| 48:22 | 135:6, 135:7, | 171:5 | 34:24 |
| upper | 135:25, 147:14, | videographer | washington |
| 125:24 | 164:24, 165:19, | 4:16, 7:2, | 3:14, 4:9 |
| urgency | 169:12, 170:7 | 7:10, 7:23, | way |
| 54:21, 55:2, | utc_ph-ild | 62:9, 62:12, | 11:17, 14:23, |
| 55:7, 55:18, | 5:16, 5:17, | 111:14, 111:17, | 21:24, 34:20, |
| 55:21, 57:25 | 6:6, 6:9, 6:10, | 150:17, 150:20, | 36:21, 41:1, |
| use | 6:15, 6:16, | 171:4, 171:7 | 41:3, 41:13, |
| 16:22, 17:2, | 49:5, 72:12, | videotaped | 53:5, 57:22, |
| 17:3, 17:6, | 120:2, 139:21 | 1:14, 2:2, 7:3, | 65:8, 73:13, |
| 17:12, 18:4, | uthr | 11:25, 171:8 | 76:12, 77:3, |
| 23:23, 45:9, | 69:3 | view | 83:22, 102:3, |
| 46:2, 61:9, | | 36:16, 36:24, | 119:4, 121:15, |
| 61:18, 68:6, | **V** | 37:8, 40:19, | 125:1, 125:20, |
| 77:19, 98:6, | valid | 43:24, 46:10, | 128:2, 129:20, |
| 108:9, 130:11, | 32:19, 54:22, | 51:16, 75:20 | 133:13, 136:7, |
| 135:2, 164:12 | 55:3, 129:9, | viewed | 138:15, 139:9, |
| useful | 136:9, 140:24, | 151:21 | 140:11, 148:1, |
| 25:17, 44:25, | 155:19 | viewpoint | 149:10, 161:15, |
| 113:17, 114:5, | valuation | 36:20, 105:10 | 168:4 |
| 114:12, 114:19, | 23:9 | virtually | ways |
| | | 1:15, 129:10 | 33:3, 41:18, |

Transcript of Douglas G. Kidder
Conducted on April 5, 2024

88

| | | | |
|---|---|---|---|
| 102:14 | **whereupon** | 135:25, 141:8 | 61:25, 84:4, |
| **we'll** | 171:19 | **witness** | 88:21, 130:17, |
| 19:19, 48:25, | **whether** | 7:21, 7:25, | 131:6, 135:23, |
| 105:23, 128:24, | 20:22, 36:5, | 106:4, 158:12, | 160:17 |
| 151:4 | 36:12, 46:5, | 170:23, 173:17 | **wrestle** |
| **we're** | 46:9, 46:12, | **word** | 40:25 |
| 7:17, 17:12, | 71:16, 73:14, | 19:7, 77:19, | **write** |
| 17:17, 55:23, | 74:19, 75:5, | 164:12 | 23:8, 24:23, |
| 55:24, 55:25, | 75:6, 75:9, | **words** | 32:5, 43:16, |
| 69:2, 72:7, | 76:19, 77:5, | 11:9, 63:16, | 54:18, 58:5, |
| 79:19, 85:11, | 81:13, 82:9, | 87:9, 94:4, | 62:25, 76:2, |
| 86:4, 88:12, | 85:6, 86:7, | 116:20, 123:1 | 82:16, 107:17, |
| 93:7, 93:11, | 86:24, 88:24, | **work** | 131:18, 146:14, |
| 130:19, 142:8, | 89:8, 97:2, | 10:13, 10:20, | 151:9, 153:10 |
| 143:13, 143:15, | 97:18, 97:23, | 11:10, 22:7, | **writes** |
| 156:24, 170:24 | 100:12, 101:13, | 22:9, 27:3, | 115:14, 126:1, |
| **we've** | 105:1, 105:10, | 27:14, 29:18, | 129:8, 140:16, |
| 17:10, 27:6, | 108:15, 109:19, | 29:24, 30:4, | 142:10 |
| 55:13, 62:6, | 113:14, 114:2, | 45:22, 64:25, | **writing** |
| 120:9, 120:15, | 117:9, 119:1, | 65:2, 95:1, | 25:18, 58:7, |
| 126:17, 167:5 | 121:6, 127:20, | 95:4, 102:2, | 58:16, 59:5 |
| **weak** | 129:21, 131:1, | 116:11, 131:1, | **written** |
| 146:16 | 132:24, 136:12, | 145:5, 145:13, | 43:23, 59:24, |
| **wednesday** | 141:21, 142:25, | 153:4 | 59:25, 60:8, |
| 15:4 | 143:5, 147:25, | **workable** | 70:11, 73:11, |
| **weeks** | 148:4, 151:10, | 41:20, 42:2 | 73:17 |
| 73:4, 139:12 | 156:17, 159:7, | **worked** | **wrong** |
| **welcome** | 160:4, 161:24, | 21:25, 22:5, | 47:5, 114:8, |
| 129:25 | 162:3, 162:13, | 28:8, 29:4, 29:5 | 147:20, 159:5, |
| **well-defined** | 167:12, 168:18, | **working** | 159:6 |
| 82:17 | 169:15 | 21:14, 22:21, | **wrongful** |
| **went** | **widely** | 27:23, 40:23, | 102:19 |
| 31:16, 31:17, | 34:7 | 93:6, 111:3 | **wrote** |
| 118:23 | **wife** | **works** | 19:24, 115:24 |
| **weren't** | 15:7 | 18:12, 20:11, | **Y** |
| 86:17, 93:24, | **willing** | 81:21, 84:24, | **yeah** |
| 156:6 | 126:21, 150:10 | 150:3, 150:5, | 11:16, 18:9, |
| **whatever** | **wisdom** | 150:8, 150:11 | 18:13, 18:15, |
| 11:13, 14:12, | 149:23 | **world** | 18:19, 22:3, |
| 18:12, 22:25, | **within** | 25:19, 74:5, | 31:6, 38:10, |
| 25:14, 34:12, | 69:8, 171:19, | 74:7, 74:8, | 39:13, 40:14, |
| 71:6, 88:16, | 173:6, 173:16 | 81:10 | 48:25, 62:8, |
| 111:5, 171:17 | **without** | **worldwide** | 66:12, 68:15, |
| **whenever** | 41:4, 46:4, | 25:4 | 82:20, 87:8, |
| 72:16 | 46:11, 64:10, | **worse** | 88:8, 88:12, |
| **whereas** | 78:9, 79:8, | 116:6 | 105:9, 111:12, |
| 84:9, 85:17 | 93:1, 134:17, | **wouldn't** | 134:1, 146:4, |
| **whereof** | 134:20, 135:1, | 30:21, 43:5, | |
| 173:17 | | | |

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

89

152:16, 157:21,
157:24, 158:13,
160:14, 171:1,
171:17
**year**
27:2, 56:3,
56:9, 126:19,
154:25, 159:12,
160:14, 161:4,
161:17
**years**
23:5, 26:10,
26:13, 54:2,
54:10, 54:19,
55:1, 55:6,
55:10, 70:13,
74:13, 109:8,
120:16, 141:11,
163:17, 163:23,
164:3, 166:17
**yesterday**
15:4, 19:5,
59:18
**yourself**
28:17, 29:9,
30:6, 30:9,
30:12, 30:16,
30:19, 30:23
**yutrepia's**
37:20, 64:11,
73:23, 75:24,
76:18, 76:20,
76:22, 77:1,
94:11, 112:1,
131:12

**Z**

**zero**
165:3
**zoom**
8:20, 9:3

**$**

**$180**
161:8
**$285**
169:7, 169:16
**$350**
161:9

**$362.2**
158:25
**$50**
169:10, 169:16
**$547.7**
160:20
**$750**
20:13, 20:14

**0**

**00003012**
5:21, 68:22
**00003014**
5:22
**002310**
139:21
**002311**
6:15
**002328**
6:16
**003152**
6:6, 72:12
**009374**
5:16, 49:5
**009393**
5:17
**009394**
120:2
**009395**
6:9
**009407**
6:10
**02210**
3:8
**05**
111:15
**06**
69:3
**07**
150:18
**09**
69:3

**1**

**1**
171:20
**1,000**
78:12

**1,900**
77:9, 78:8,
79:7, 79:14,
79:18, 79:24
**10**
5:14, 35:21,
49:3, 62:20,
62:22, 62:25,
153:6, 154:5,
154:8
**100**
3:7
**1000**
3:9
**101**
138:6
**104**
144:24
**105**
142:4, 142:8
**106**
146:14
**107**
149:22
**11**
48:19, 111:15,
111:18, 120:6,
140:14
**114**
151:9
**117**
154:11
**119**
6:7
**12**
111:18, 150:18,
150:21
**120**
156:22
**122**
158:13
**123**
158:11
**124**
163:14
**125**
166:12
**126**
164:19

**1299**
4:8
**13**
139:14, 171:9
**132**
135:5, 169:2
**134**
134:12
**139**
6:11
**14**
171:20, 173:26
**144**
139:20
**15**
15:23, 62:7,
140:5
**1531**
3:14
**16**
128:22, 129:5
**17**
5:10, 62:15,
67:19
**18**
35:22, 36:4,
51:11
**19**
5:11, 22:25,
119:21, 119:24
**194**
159:12
**1983**
22:12
**1986**
22:25
**1987**
23:1
**1st**
18:24, 159:8,
159:17, 160:9

**2**

**20**
38:21, 114:16,
119:10, 124:13,
125:6, 154:20,
154:23, 154:24,

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Douglas G. Kidder
Conducted on April 5, 2024

90

155:13, 155:14,
155:22, 155:23,
156:8
**20001**
3:14
**20004**
4:9
**20014025991**
173:25
**2007**
27:1
**202**
3:15, 4:10
**2021**
74:10, 137:15
**2022**
62:22
**2023**
38:21, 66:11,
68:25, 69:3,
69:7, 70:22,
70:25, 71:20,
71:23, 73:2,
73:8, 73:14,
75:23, 76:15,
78:9, 90:7,
90:14, 91:1,
91:2, 91:20,
165:18, 165:19,
165:25, 166:5
**2024**
1:16, 2:4, 5:3,
5:13, 7:8,
18:25, 19:15,
49:4, 69:22,
70:3, 71:2,
73:24, 74:3,
74:6, 76:2,
76:18, 76:20,
77:11, 77:22,
78:9, 79:8,
79:19, 92:6,
93:14, 157:3,
157:10, 158:17,
158:24, 158:25,
159:2, 159:4,
159:8, 160:2,
161:7, 161:10,

171:20, 172:15,
173:18
**2025**
55:4, 76:4,
77:10, 77:22,
79:15, 157:3,
157:10, 158:19,
160:12, 160:14,
160:16, 160:20,
161:8, 161:10,
164:23, 173:26
**2026**
156:21
**2032**
156:21
**2035**
69:3
**22**
90:1, 91:1
**23**
1:7, 7:7,
38:21, 39:13,
47:13, 66:5,
73:5
**2313**
140:15
**2324**
140:3
**24**
5:14, 47:14,
66:3, 66:6
**25**
38:5, 73:2,
90:14, 166:17
**250**
161:3
**26**
5:13, 19:15,
20:24
**27**
90:7
**28**
103:8
**29**
39:13
**2nd**
66:11, 91:20

_____ 3 _____
**30**
111:20, 119:11,

124:13, 125:7
**30,000**
34:7
**31**
1:17, 2:5, 7:9
**32**
67:23
**327**
32:19, 32:23,
129:8, 164:24,
168:15, 168:19
**34**
73:21, 131:7
**35**
40:9, 50:4,
76:1
**350**
161:25
**37**
107:14
**378**
49:6
**38**
23:5, 69:19,
70:2, 81:19
**39**
58:3, 67:23
**391**
51:11
**3rd**
91:2

_____ 4 _____
**4.1**
5:18, 68:20
**40,000**
49:17
**41**
90:20
**42**
6:7, 91:1,
119:25, 137:8
**43**
91:2
**44**
47:11, 66:4,
91:20
**45**
92:5, 150:21

**46**
151:6
**47**
38:5, 38:9,
38:14, 62:10,
153:16, 153:18,
153:20
**48**
5:14
**49**
163:15
**4th**
39:13

_____ 5 _____
**5,600**
76:2, 76:15,
158:19, 159:10
**50**
20:4, 35:18,
70:17, 133:15,
133:16, 133:20,
133:24, 159:23
**500**
3:13, 22:21
**505**
28:9, 29:4,
95:18, 166:21,
166:24
**52**
134:13
**532484**
1:21
**54**
18:22, 62:13,
140:3
**540**
160:19
**570**
3:9
**5th**
7:8, 92:6,
93:14

_____ 6 _____
**60**
20:4
**60,000**
50:1

OUTSIDE COUNSEL'S EYES ONLY

Transcript of Douglas G. Kidder

Conducted on April 5, 2024

91

| | | |
|---|---|---|
| **61**<br>111:21<br>**617**<br>3:9<br>**64**<br>118:9<br>**643.8**<br>159:22<br>**65**<br>8:11<br>**68**<br>5:18 | 108:21<br>**842**<br>4:10<br>**85**<br>82:13<br>**86**<br>22:25, 81:19,<br>81:23, 86:4,<br>87:12<br>**87**<br>22:25 | |
| **7** | **9** | |
| **7,500**<br>76:4, 76:16,<br>158:19<br>**70,000**<br>34:8<br>**72**<br>6:3<br>**73**<br>131:8<br>**75**<br>49:22, 133:4,<br>133:11<br>**756**<br>3:15<br>**77**<br>40:10<br>**7800**<br>4:10<br>**79**<br>43:8, 43:15,<br>43:24<br>**793**<br>39:2<br>**7th**<br>173:18 | **9**<br>62:10, 62:13<br>**90**<br>10:5, 12:9,<br>26:20<br>**900**<br>78:13, 79:10<br>**92**<br>58:2, 58:4<br>**93**<br>58:20, 58:25<br>**94**<br>58:20, 59:1<br>**9404**<br>120:7<br>**95**<br>26:24, 61:4<br>**975**<br>1:7, 7:7 | |
| **8** | | |
| **8**<br>1:17, 2:5, 7:9<br>**80**<br>44:14<br>**8000**<br>3:15<br>**83**<br>107:10, 107:16, | | |