IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | C.A. No. 23-975 (RGA) (SRF) |
| v. | ) ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff United Therapeutics Corporation ("UTC") hereby moves for an order to exempt Douglas Carsten and Art Dykhuis from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, UTC states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A preliminary injunction hearing is scheduled in this case for April 23 2024, in Courtroom 6A.

3. UTC requests that Douglas Carsten and Art Dykhuis, co-lead counsel, be allowed to bring their electronic devices into the courtroom on April 23 for use during the hearing. Mr.

Carsten and Mr. Dykhuis have been admitted *pro hac vice* in this matter, but do not have access to a state-issued bar card.

WHEREFORE, UTC respectfully requests that the Court issue an order to exempt Mr. Carsten and Mr. Dykhuis from the May 15, 2023 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

April 22, 2024

IT IS SO ORDERED this __22__ day of April, 2024.

/s/ Richard G. Andrews

The Hon. Richard G. Andrews
U.S. District Judge
