IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED THERAPEUTICS CORPORATION, | ) ) ) |  |
|---|---|---|
| Plaintiff, | ) ) |  |
| v. | ) ) | C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendant. |  |  |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS ANSWERING BRIEF IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

| Ex. No. | Description | Page No. |
|---|---|---|
| 1 | United Therapeutics Corporation FQ1 2018 Earnings Call (May 2, 2018) (LIQ_PH-ILD_00000001) | DA0001 |
| 2 | UTC Q4 2022 Earnings Call Edited Transcript (LIQ_PH-ILD_00000013) | DA0014 |
| 3 | Email from Sanya Sukduang dated Feb. 26, 2024 (LIQ_PH-ILD_00000024) | DA0026 |
| 4 | Mar. 15, 2024 Deposition Transcript of Dr. Frederic Selck (LIQ_PH-ILD_00000597) | DA0034 |
| 5 | Email from Michael Flynn dated Feb. 22, 2024 (LIQ_PH-ILD_00000031) | DA0106 |
| 6 | U.S. Patent No. 11,826,327 (UTC_PH-ILD_005310) | DA0110 |
| 7 | U.S. Patent No. 10,716,793 (UTC_PH-ILD_009772) | DA0162 |
| 8 | Sept. 15, 2021 Deposition Transcript of Dr. Lewis Rubin (excerpted) (LIQ_PH-ILD_00000668) | DA0188 |
| 9 | Mar. 10, 2024 Deposition Transcript of Dr. Steven Nathan (LIQ_PH-ILD_00000677) | DA0198 |
| 10 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), Trial Transcript (Mar. 30, 2022) (excerpted) (LIQ_PH-ILD_00000792) | DA0314 |

1

| Ex. No. | Description | Page No. |
|---|---|---|
| 11 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), Joint PTO Ex. 2 (UTC's Statement of Contested Facts) (LIQ_PH-ILD_00000801) | DA0324 |
| 12 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), Rebuttal Expert Report of Dr. Andrew Clark (excerpted) (LIQ_PH-ILD_00000841) | DA0365 |
| 13 | United Therapeutics Corporation's Letter to the FDA regarding Yutrepia™ NDA (Feb. 12, 2024) (LIQ_PH-ILD_00000847) | DA0372 |
| 14 | *Liquidia Techs., Inc. v. United Therapeutics Corp.*, No. IPR2021-00406, U.S. Patent No. 10,716,793, Patent Owner Response (Paper 29) (LIQ_PH-ILD_00000110) | DA0391 |
| 15 | 2022 Tyvaso Label (UTC_PH-ILD_005268) | DA0467 |
| 16 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), Initial Expert Report of Dr. Andrew Clark (excerpted) (LIQ_PH-ILD_00000865) | DA0484 |
| 17 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), Initial Expert Report of Dr. Aaron Waxman (excerpted) (LIQ_PH-ILD_00000871) | DA0491 |
| 18 | *United Therapeutics Corp. v. Liquidia Techs.*, C.A. No. 20-755 (RGA) (JLH) (D. Del.), January 14, 2022 Deposition Transcript of Dr. Andrew Clark (excerpted) (LIQ_PH-ILD_00000879) | DA0500 |
| 19 | February 10, 2017 Version of Clinicaltrials.gov Webpage for NCT02630316 (INCREASE Trial) (LIQ_PH-ILD_00000185) | DA0518 |
| 20 | Steven D. Nathan et al., *Inhaled treprostinil and forced vital capacity in patients with interstitial lung disease and associated pulmonary hypertension: a post-hoc analysis of the INCREASE study*, 9 LANCET RESPIRATORY MED. 1266 (2021) (LIQ_PH-ILD_00000216) | DA0550 |
| 21 | Agarwal M, et al., *Inhaled Treprostinil in Group-3 Pulmonary Hypertension*, J HEART LUNG TRANSPLANT 2015; 34: Suppl:S343. Abstract (UTC_PH-ILD_009828) | DA0561 |
| 22 | Rajeev Saggar et al., *Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis*, 69 THORAX 123 (2014) (LIQ_PH-ILD_00000226) | DA0563 |
| 23 | Aaron Waxman et al., *Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease*, 384 N. Eng. J. Med. 325-34 (2021) (UTC_PH-ILD_010790) | DA0585 |

| Ex. No. | Description | Page No. |
|---|---|---|
| 24 | Clinical Trial Protocol for Aaron Waxman et al., *Inhaled treprostinil in pulmonary hypertension due to interstitial lung disease*, 384 N. Eng. J. Med. 325 (2021) (LIQ_PH-ILD_00000247) | DA0626 |
| 25 | Draft Yutrepia™ Label (LIQ_PH-ILD_00000896) | DA0862 |
| 26 | United Therapeutics Tyvaso Forecast (2023-2035) (UTC_PH-ILD_009410) | DA0878 |
| 27 | Edited Transcript of United Therapeutics Corp. at TD Cowen Health Care Conference (Mar. 5, 2024) (LIQ_PH-ILD_00000482) | DA0888 |
| 28 | Edited Transcript of UTC Q1 2023 Earnings Call (LIQ_PH-ILD_00000503) | DA0899 |
| 29 | Tyvaso DPI Instructions for Use (Nov. 2023), available at https://www.tyvaso.com/pdf/TYVASO-DPI-instructions-for-use.pdf (LIQ_PH-ILD_00000514) | DA0911 |
| 30 | United Therapeutics Announces FDA Acceptance of Tyvaso DPI™ New Drug Application for Priority Review (June 16, 2021), available at https://pipeline.unither.com/wp-content/uploads/2021/06/2021-06-16-DPI-accept-FINAL-formatted.pdf (LIQ_PH-ILD_00000530) | DA0928 |
| 31 | Savan Patel et al., *Robustness of Yutrepia™, a Dry-Powder Inhaled Formulation of Treprostinil, in Patient Misuse Scenarios*, CHEST (Oct. 25, 2022), available at https://investors.liquidia.com/static-files/0f869d92-5ad1-4db6-b75d-45149818ec2a (LIQ_PH-ILD_00000535) | DA0934 |
| 32 | Liquidia Corporation Corporate Overview (June 20, 2022), available at https://www.liquidia.com/static-files/be6ab802-4090-4627-ade0-6623b6c09f24 (LIQ_PH-ILD_00000536) | DA0936 |
| 33 | United Therapeutics Corporation Reports Fourth Quarter and Full Year 2023 Financial Results (Feb. 21, 2024), available at https://ir.unither.com/press-releases/2024/02-21-2024-110027752 (LIQ_PH-ILD_00000564) | DA0965 |
| 34 | K. Parikh., et al., *Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension*, J. CARDIOVASC PHARMACOL. 67(4); 322–25 (2016) (UTC_PH-ILD_010599) | DA0979 |
| 35 | M. Faria-Urbina, et al., Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease, *Lung* 196:139–46 (2018) (UTC_PH-ILD_009936) | DA0992 |
| 36 | United Therapeutics Corporation Announces $1 Billion Accelerated Share Repurchase Program (Mar. 25, 2024), available at https://ir.unither.com/press-releases/2024/03-25-2024-110046740 (LIQ_PH-ILD_00000577) | DA1001 |

| Ex. No. | Description | Page No. |
|---|---|---|
| 37 | *Liquidia Techs., Inc. v. United Therapeutics Corp.*, No. IPR2021-00406, U.S. Patent No. 10,716,793, Jan. 8, 2022 Deposition Transcript of Dr. Aaron Waxman (Ex. 1108) (LIQ_PH-ILD_00000579) | DA1004 |
| 38 | Physician endorsed letter advocating for the availability of Yutrepia™ to meet the need of PH-ILD patients (LIQ_PH-ILD_00000596) | DA1022 |
| 39 | July 2009 Tyvaso Label (UTC_PH-ILD_010692) | DA1024 |