# EXHIBITS  21 - 39

# EXHIBIT 21



## 958

**A Comparative Study of Right Ventricular Strain to Established Echocardiographic Parameters in Pulmonary Hypertension**

*D. Seaton,[1] A. Yamada,[2] J. Chan,[3] B. Shearer,[1] K. Aldridge,[1] F. Kermeen.[4] [1]Queensland Nuclear Imaging, The Prince Charles Hospital, Brisbane, Australia; [2]Heart Foundation Research Centre, Griffith University, Gold Coast, Australia; [3]Cardiology Department, The Prince Charles Hospital, Brisbane, Australia; [4]Queensland Lung Transplant Unit, The Prince Charles Hospital, Brisbane, Australia.*

**Purpose:** Right ventricular (RV) function is a strong predictor of morbidity and mortality in pulmonary hypertension (PH). The measurement of right ventricular global strain (RVGS) is a developing quantitative, non-invasive parameter in the assessment of the RV. The aim of this study was to compare global RV longitudinal strain (RVLS) relative to established echocardiographic indices in the assessment RV dysfunction in a cohort of PH patients with pseudo-normalised tricuspid annular plane systolic excursion (TAPSE) and S' velocity.

**Methods:** 52 consecutive patients (mean age 56±2.2, mean NYHA-FC 3.2, 25 IPAH, 13 PAH-CVD, 5 PAH-CHD, 5 CTEPH, 5 out of proportion PHT & 1 Porto-pulmonary-PH) underwent 2D transthoracic speckle tracking echocardiography with modified apical 4 chamber view focused on RV. Global RVLS was measured offline using EchoPAC BT011 GE software. Global RVLS was compared to established RV echocardiographic parameters using Pearson's correlation.

**Results:** Global RVLS demonstrated modest correlation with RV dysfunction by visual estimation (r=0.458, p=0.001; r=0.512,p=0.001) and NYHA functional class (r=0.487,p<0.001; r=.0481,p<0.001) compared with other parameters of RV function, including TAPSE ( r=0.017; p=0.916), RV S' tissue Doppler (r=-0.273; p=0.069 ), PAEDP (r=0.063; p=0.71 ) and fractional area change (r=-0.337; p = 0.025).

**Conclusion:** Our study failed to show correlation of global RVLS to established echocardiographic parameters of RV dysfunction in a cohort of patients with severe PH. However, RVGS is a developing quantitative, non-invasive parameter that requires more study to define the relationship of RVGS to mortality and morbidity in PH.

## 959

**Inhaled Treprostinil in Group-3 Pulmonary Hypertension**

*M. Agarwal,[1] A.B. Waxman.[2] [1]Pulmonary Critical Care and Cardiovascular Medicine, Brigham & Women's Hospital, Boston, MA; [2]Center for Pulmonary Heart Disease, Brigham & Women's Hosp, Boston, MA.*

**Purpose:** WHO Group-3PH is frequently encountered and adversely affects patients' quality of life and survival. Treatment with systemic pulmonary vasodilators may result in V/Q imbalance. Inhaled prostanoid therapy is delivered directly to well ventilated lung units preserving V/Q, and reducing undesirable alterations in perfusion. We conducted a retrospective assessment of Group-3 PH patients (pts) receiving inhaled Treprostinil (iTre) to investigate the effects of iTre on dyspnea, 6MWD, BDI, and WHO FC.

**Methods:** We followed 35 WHO Group-3PH pts treated with iTre for 6 months (mo). 15 had obstructive, 15 restrictive disease and 5 were classified as mixed obstructive/restrictive. All pts had a diagnostic right heart cath prior to treatment. Baseline (BL) hemodynamics: mPAP 44.37 +/- 9.80, PAOP 9.68 +/- 4.71. In one patient CO and PVR was not reported. For the remaining 34 pts CO 4.7 +/- 1.34, and PVR 8.775WU +/- 4.7625. All pts started on 3-breaths (br) 4x daily and increased to goal of 9-12 br 4x daily as tolerated. 6-MWD, BDI, WHO FC, AE's, number of breaths and subjective improvement were assessed.

**Results:** All 35 pts started iTre, 16 women, 19 men, mean age of 68.77 +/- 9.77. There were no significant changes in WHO FC (p= 0.08), 30 pts had subjective improvement. The most common AE was cough. Of the 35 pts, 9 were on therapy less than 6 mo; 1 death unrelated to therapy, 2 stopped because of intolerance, 3 stopped for lack of efficacy, 2 lost to follow up, and 1 who entered hospice. 26 pts remained on therapy for at least 6 mo. Number of breaths at 6 months was 6 (n=2), 9 (n=15), 12 (n=3), and 15 (n=1). 24 of these pts reported subjective improvement and 21 had 6MWD available at BL and 6mos. Mean change in 6 MWD +60.85m +/- 92.60 (median change +45m, p = 0.0019). In patients with obstruction 6MWD improved by a mean of 71m +/- 120 (median +26m), and restriction by 50m +/- 57 (median +61m). There was no significant change in the Borg Dyspnea Index (p=0.8783).

**Conclusion:** Group-3 PH can be effectively and safely treated with iTre. Inhaled Treprostinil may offer a well-tolerated treatment in advanced lung disease patients complicated by pulmonary vascular remodeling. A prospective clinical trial is indicated.

UTC_PH-ILD_009828

# EXHIBIT 22

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

ORIGINAL ARTICLE

# Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis

Rajeev Saggar,[1] Dinesh Khanna,[2] Anjali Vaidya,[3] Ariss Derhovanessian,[4] Paul Maranian,[2] Erin Duffy,[5] John A Belperio,[4] Sam S Weigt,[4] Shiv Dua,[6] Shelley S Shapiro,[4] Jonathan G Goldin,[7] Fereidoun Abtin,[7] Joseph P Lynch III,[4] David J Ross,[4] Paul R Forfia,[8] Rajan Saggar[4]

▶ Additional material is published online only. To view please visit the journal online (http://dx.doi.org/10.1136/thoraxjnl-2013-204150).

For numbered affiliations see end of article.

**Correspondence to**
Dr Rajan Saggar, David Geffen School of Medicine, University of California Los Angeles, 10833 Le Conte Ave. CHS 37-131, Los Angeles, CA 90095, USA; rsaggar@mednet.ucla.edu

Received 8 July 2013
Revised 19 December 2013
Accepted 20 December 2013



▶ http://dx.doi.org/10.1136/thoraxjnl-2013-204964



**To cite:** Saggar R, Khanna D, Vaidya A, et al. Thorax 2014;69:123–129.

## ABSTRACT

**Background** Pulmonary hypertension (PH)-targeted therapy in the setting of pulmonary fibrosis (PF) is controversial; the main clinical concern is worsening of systemic hypoxaemia. We sought to determine the effects of gentle initiation and chronic administration of parenteral treprostinil on right heart function in patients with PF associated with an advanced PH phenotype.

**Methods** Open-label, prospective analysis of patients with PF-PH referred for lung transplantation (LT). Advanced PH was defined as mean pulmonary artery pressure (mPAP) ≥35 mm Hg. We compared haemodynamics, Doppler echocardiography (DE), oxygenation, dyspnoea and quality of life indices, and 6 min walk distance (6MWD) before and 12 weeks after parenteral treprostinil.

**Results** 15 patients were recruited in the study. After therapy, there were significant improvements in right heart haemodynamics (right atrial pressure (9.5 ± 3.4 vs 6.0 ± 3.7); mPAP (47 ± 8 vs 38.9 ± 13.4); CI (2.3 ± 0.5 vs 2.7 ± 0.6); pulmonary vascular resistance (698 ± 278 vs 496 ± 229); transpulmonary gradient (34.7 ± 8.7 vs 28.5 ± 10.3); mvO$_2$ (65 ± 7.2 vs 70.9 ± 7.4); and stroke volume index (29.2 ± 6.7 vs 33 ± 7.3)) and DE parameters reflecting right heart function (right ventricular (RV) end diastolic area (36.4 ± 5.2 vs 30.9 ± 8.2 cm$^2$), left ventricular eccentricity index (1.7 ± 0.6 vs 1.3 ± 0.5), tricuspid annular planar systolic excursion (1.6 ± 0.5 vs 1.9 ± 0.2 cm)). These changes occurred without significant alteration in systemic oxygenation, heart rate, or mean systemic arterial pressure. In addition, improvements were seen in 6MWD (171 ± 93 vs 230 ± 114), 36-Item Short Form Health Survey Mental Component Summary aggregate (38 ± 11 vs 44.2 ± 10.7), University of California, San Diego Shortness of Breath Questionnaire (87 ± 17.1 vs 73.1 ± 21), and brain natriuretic peptide (558 ± 859 vs 228 ± 340).

**Conclusions** PH-targeted therapy may improve right heart haemodynamics and echocardiographic function without affecting systemic oxygen saturation in an advanced PH phenotype associated with RV dysfunction in the setting of PF.

**Key messages**

**What is the key question?**
▶ What are the effects of parenteral treprostinil on right heart function of patients with pulmonary fibrosis (PF) referred for lung transplantation (LT) with an advanced pulmonary hypertension (PH) phenotype?

**What is the bottom line?**
▶ Parenteral treprostinil improves right heart haemodynamics and echocardiographic function without affecting systemic oxygen saturation in PH-PF with an advanced PH phenotype.

**Why read on?**
▶ This pilot study suggests parenteral treprostinil improves right ventricle function and is a safe therapeutic option in patients with PH-PF with an advanced PH phenotype; as such, this approach may be a consideration for patients with advanced PH-PF if they are ineligible for, or as a bridge to, LT.

studies have focused on the treatment of advanced PH in this context.[1–4] Furthermore, no prospective chronic parenteral prostanoid administration studies are available in patients with PF homogenised for the less common advanced PH phenotype, characterised by significantly altered right heart haemodynamics and right ventricular (RV) dysfunction. We previously reported a case where the rationale for parenteral treprostinil as a bridge to lung transplantation (LT) was outlined in the index patient with PF-PH for this study.[5] Importantly, parenteral prostanoid therapy associated with worsening of ventilation-perfusion (V-Q) mismatch and subsequent hypoxaemia remains a major clinical concern. The purpose of this pilot study was to evaluate the effects of acute and subsequent chronic parenteral treprostinil therapy on right heart haemodynamics and echocardiographic function in patients with PH referred for LT in the setting of an advanced PH phenotype and right heart dysfunction.

## INTRODUCTION

Pulmonary hypertension (PH) may complicate pulmonary fibrosis (PF) of different causes, but few

DA0564

LIQ_PH-ILD_00000226

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

## MATERIALS AND METHODS

This study was approved by the IRB at University of California, Los Angeles (UCLA IRB# 07-11-087-03; clinicaltrials.gov Identifier NCT00705133). We recruited 15 outpatients with PF referred to our LT programme between July 2008 and January 2011 who had advanced PH based on right heart catheterisation (RHC) (figure 1). Sarcoidosis and systemic sclerosis spectrum of disease were excluded, as were patients requiring >10 L/min of oxygen at baseline. Importantly, threshold measures of right heart size and/or function were not required for study enrolment. Patients with combined pulmonary fibrosis emphysema were included.[6] Formal pulmonary rehabilitation was not prescribed during the study period.

Advanced PH was defined using haemodynamic criteria: mean pulmonary artery pressure (mPAP) ≥ 35 mm Hg, pulmonary artery wedge pressure (PAWP) ≤ 15 mm Hg, and pulmonary vascular resistance (PVR) > 240 dyn s/cm[5]. Other PH aetiologies were ruled out based on current recommendations.[7] All follow-up RHCs were performed after ≥12 weeks of stable dose background PH-targeted therapy, and background PF-related therapy remained unaltered during the study period.

### Six minute walk distance and oxygen supplementation protocols

Patients were ambulated per American Thoracic Society criteria with a modification regarding oxygen supplementation (OS), given the inherent hypoxaemia in this patient population (see online supplementary repository).[8]

### Pulmonary function testing and Doppler echocardiogram protocols

Pulmonary function testing (PFT) was obtained at treprostinil initiation and at 12 weeks and included forced vital capacity (FVC), forced expiratory volume in 1 s (FEV$_1$), FEV$_1$/FVC ratio and single-breath diffusing capacity for carbon monoxide (DLCO). Total lung capacity (TLC) was only performed at baseline. Doppler echocardiogram (DE) was performed using conventional equipment (Hewlett-Packard, Palo Alto, California, USA) at baseline and 12 weeks (see online supplementary repository).

### Dyspnoea and quality of life assessments

Dyspnoea was measured with the University of California, San Diego Shortness of Breath (UCSD SOB) questionnaire and the Borg Dyspnoea Index (BDI) (see online supplementary repository).

Health-related quality of life was measured with the 36-Item Short Form Health Survey (SF-36). SF-36 scales are summarised into Physical Component (PCS) and Mental Component (MCS) Summary scores. The eight SF-36 scales and the PCS and MCS scores are standardised to a mean of 50 and an SD of 10 in the general US population. Minimally important difference (MID) estimates for SF-36 PCS and MCS are 2.5 points (see online supplementary repository).

### Parenteral treprostinil titration protocol

All patients were hospitalised for 48 h for treprostinil initiation and uptitration (see online supplementary repository).

### High-resolution CT lung parenchymal scoring

Thin slice (<3 mm) CT scans were used for objective assessment of lung parenchymal abnormality at baseline (see online supplementary repository).

### Study parameters

Patient assessments were made at baseline and after 12 weeks of parenteral treprostinil and included RHC and systemic haemodynamics, echocardiographic parameters, 6 min walk distance (6MWD), PFT, systemic and central oxygenation, brain natriuretic peptide (BNP), and SF-36/UCSD SOB questionnaires.



**Figure 1** Recruitment of patients (n=15) with pulmonary fibrosis and advanced pulmonary hypertension being evaluated for lung transplantation at a single tertiary medical centre between July 2008 and January 2011. CPFE, combined pulmonary fibrosis emphysema; mPAP, mean pulmonary artery pressure; NSIP-F, non-specific interstitial pneumonia fibrosis; PAH, pulmonary arterial hypertension; PF, pulmonary fibrosis; PVR, pulmonary vascular resistance.

Saggar R, et al. Thorax 2014;69:123–129. doi:10.1136/thoraxjnl-2013-204150

DA0565

LIQ_PH-ILD_00000227

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

## Statistics

Baseline characteristics were described as frequencies (%) for categorical variables and means (SD) for continuous variables. Clinical, haemodynamic, and echocardiographic data were reported at baseline and 12 weeks, and the Shapiro–Wilk test was used to assess the normality of the distributions of baseline and week 12 data. For variables where normality was rejected at the p<0.05 level, median (IQR) values were reported and the Wilcoxon signed rank test was used to compare DLCO (% predicted), FVC%/DLCO%, 6 min walk 10 L face mask (FM) (% saturation), SF-36 Physical Functioning, stroke volume (SV), and systolic blood pressure (SBP) measures at baseline and week 12. For all other clinical, haemodynamic, and echocardiographic variables, mean (SD) were reported and paired t tests were used to compare variables at baseline and week 12. Q-values were computed to assess the impact of multiple comparisons in the domains of pulmonary function, quality of life, and haemodynamics. Analyses were conducted with Stata V.13 (Stata Corp LP, College Station, Texas, USA), and p values <0.05 were considered statistically significant.

## RESULTS

### Demographics

Fifteen patients aged 63 ± 15 years (mean ± SD) (20% female) referred for LT met all study criteria and agreed to enrolment (figure 1). Baseline WHO functional class was equally split with 53% class III (n=8) and 47% class IV (n=7). Background PH therapy (≥12 weeks of stable dose therapy) and the underlying clinical diagnoses regarding the aetiology of the PF are displayed in table 1. A subgroup of clinical diagnoses (n=10) had pathological confirmation made by surgical lung biopsy (n=2), eventual explantation (n=7), or autopsy (n=1) (see online

supplementary repository table S2). Individual patient data are presented in the repository (see online supplementary table S1). The extent of baseline lung parenchymal abnormality by high-resolution CT (HRCT) chest imaging is reported for each patient in the repository (see online supplementary table S2).

### Safety/adverse events

Of the 15 patients, 14 patients received subcutaneous treprostinil and 1 patient was placed on intravenous treprostinil.[5] The treprostinil dose for the group at 12 weeks was 34 ± 21 ng/kg/min (mean ± SD) and a range of 18–97 ng/kg/min. During inpatient treprostinil initiation, there were no changes in vital signs, particularly oxygen saturation by peripheral pulse oximetry (PPO), or adverse haemodynamic changes that led to acute discontinuation of the medication. During inpatient and outpatient treprostinil uptitration, patients experienced typical prostanoid effects, including jaw pain, diarrhoea, lower extremity bone pain, site pain/reaction, headache, and/or flushing.[9]

### Pulmonary function testing, 6MWD, and oxygen status

The mean (±SD) baseline % predicted values for FEV1, FVC, TLC, and FEV1/FVC ratio were 62 (17), 62 (21), 70 (15), 77 (11), and 24 (13), respectively and the median (IQR) baseline % predicted value for DLCO was 24 (13); for the cohort of patients without CPFE (n=12), baseline TLC was 67 (16). There were no significant changes in PFT parameters following 12 weeks of treprostinil (table 2). Comprehensive individual patient data are presented in the repository (see online supplementary table S3).

The baseline 6MWD (mean ± SD) was 171 ± 93 m with a resting room air pulse oximetry of 83 ± 7%. All except one

---

**Table 1** Patient demographics, underlying fibrotic lung disease clinical subtype, and background PH-targeted therapy

|  | N=15 | |
| --- | --- | --- |
| **Patient characteristics** | **Mean** | **SD** |
| Age in years | 63 | 15 |
|  | **N** | **Per cent** |
| NYHA class |  |  |
| III | 8 | 53 |
| IV | 7 | 47 |
| Race |  |  |
| Hispanic | 8 | 53 |
| Caucasian | 4 | 27 |
| Filipino/Japanese | 2 | 13 |
| Middle Eastern | 1 | 7 |
| Fibrotic lung disease clinical subtype |  |  |
| Idiopathic pulmonary fibrosis | 8 | 53 |
| NSIP-fibrosis | 2 | 13 |
| PF/emphysema (CPFE) | 3 | 20 |
| Chronic Hypersensitivity Pneumonitis (HP) | 1 | 7 |
| Silicosis | 1 | 7 |
| Background therapy |  |  |
| Sildenafil monotherapy | 4 | 27 |
| Bosentan monotherapy | 2 | 13 |
| Sildenafil/bosentan combination | 3 | 20 |
| None | 6 | 40 |

CPFE, combined pulmonary fibrosis/emphysema; NSIP, non-specific interstitial pneumonia; NYHA, New York Heart Association; PF, pulmonary fibrosis; PH, pulmonary hypertension.

---

**Table 2** Pulmonary function testing, oxygen requirements, and 6 min walk distance with Borg Dyspnoea Index (BDI) scores at baseline and end of study

|  | Baseline N=15 Mean (SD) | 12 weeks N=15 Mean (SD) | p Value* |
| --- | --- | --- | --- |
| Pulmonary function |  |  |  |
| FVC, % predicted | 62 (21) | 63 (18) | 0.687 |
| FEV1, % predicted | 62 (17) | 64 (16) | 0.215 |
| FEV1/FVC | 77 (11) | 80 (12) | 0.134 |
| TLC, % predicted |  |  |  |
| All patients | 70 (15) | – |  |
| Patients without CPFE, n=12 | 67 (16) | – |  |
| DLCO, % predicted† | 24 (13) | 22 (11) | 0.206† |
| FVC%/DLCO%† | 2.5 (2.4) | 3.0 (1.6) | 0.625† |
| Oxygen flow (L/min) | 3.9 (1.9) | 3.9 (2.1) | >0.999 |
| 6 min walk: |  |  |  |
| 6 min walk distance (m) | 171 (93) | 230 (114) | <0.001 |
| Room air % saturation | 83 (7) | 80 (10) | 0.078 |
| 10 L face mask, % saturation† | 98 (3) | 99 (4) | 0.372† |
| 10 L face mask, % saturation nadir | 85 (9) | 82 (10) | 0.084 |
| BDI score | 13.7 (2.3) | 13.1 (2.6) | 0.203 |

*Paired t test p value presented, except when Wilcoxon signed rank indicated.
†Data are non-normally distributed; median (IQR) and Wilcoxon signed rank p value presented.
CPFE, combined pulmonary fibrosis emphysema; DLCO, diffusing capacity for carbon monoxide; FEV1, forced expiratory volume in 1 s; FVC, forced vital capacity; TLC, total lung capacity.

DA0566

LIQ_PH-ILD_00000228

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

patient required oxygen supplementation at rest; 11 of 15 (73%) required ≥3 L of oxygen supplementation at rest. Table 2 shows the 6MWD improvements following 12 weeks of parenteral treprostinil therapy (mean 59 m; p<.001). Specifically, 8 of 15 patients improved by ≥57 m (range 57–150); 5 improved by ≥17 m (range 17–30); and 2 patients each improved by 10 m (figure 2). At 12 weeks, there were no significant differences in baseline oxygen requirements (see online supplementary repository figure S1) or oxygenation parameters by PPO either at rest on room air, at rest on 10 L FM, or at the completion of the 6MWD test on 10 L FM (table 2). Individual patient data are presented in the repository (see online supplementary table S3).

### SF-36, UCSD SOB and BDI assessments

Patients had a statistically significant improvement in UCSD SOB and SF-36 MCS scores at the end of the study (p<0.05; table 3). When we assessed the clinical significance of these improvements, 77% and 50% had improvement ≥MID estimates for UCSD SOB and SF-36 MCS, respectively. Additionally, there was no significant change in SF-36 PCS and BDI (table 3) between baseline and 12 weeks. Individual patient data are presented in the repository (see online supplementary table S4).

### Haemodynamics, BNP and Doppler echocardiography

All 15 patients had baseline mPAP ≥ 35 mm Hg; 10 (66%) had mPAP ≥ 40 mm Hg and 7 (47%) had mPAP ≥ 50 mm Hg. The transpulmonary gradient (TPG) at baseline was ≥20 mm Hg for all patients and ≥30 mm Hg in 12 of 15 (80%) patients. The average PVR was 698 ± 278 dyn s/cm⁵, representing 44% of

$$\text{average PVR was } 698 \pm 278 \text{ dyn s/cm}^5$$

the mean systemic vascular resistance (SVR). The baseline PVR was ≥480 dyn s/cm$^5$ in all but three patients. Following 12 weeks of treprostinil, there was evidence of decreased RV afterload, as per significant reductions in mPAP, TPG, PVR, and increased pulmonary capacitance (table 4; see online supplementary repository figure S2). Right heart function improved, as per reductions in right atrial pressure and increased mixed venous oxygen saturation, cardiac index and SV index (table 4). Although the SBP fell by 11 mm Hg (124 ± 21 to 113 ± 13 mm Hg; p=0.028), the mean systemic arterial pressure was not altered and there was a downward trend in the PVR/systemic vascular resistance (SVR) ratio (p=0.060), suggesting proportionally greater pulmonary than systemic vasodilation. Importantly, there were no significant changes in resting heart rate, arterial oxygen content, or oxygen delivery. Individual patient data are presented in the repository (see online supplementary table S5).

The two-dimensional echocardiographic examination at baseline revealed normal left ventricular cavity size (LV end-diastolic dimension 4.1 ± 0.5 cm) and systolic function (LV ejection fraction 64 ± 6%), and Doppler evidence of normal left atrial pressure (transmitral Doppler E/e' ratio 5.4 ± 1.4). In contrast, subjects were noted to have severe RV dilatation (RV end-diastolic area 36.4 ± 5.2 cm²), marked right-to-left displacement of the interventricular septum (systolic eccentricity index 1.7 ± 0.6) and moderate RV systolic dysfunction (tricuspid annular planar systolic excursion (TAPSE) 1.6 ± 0.5 cm; see online supplementary repository figure S3). Doppler estimated pulmonary artery systolic pressure at baseline was 72 ± 12 mm Hg. The RV outflow tract (RVOT) acceleration time was markedly reduced (66 ± 16 ms) and 100% of subjects showed evidence of systolic flow deceleration or 'notching' of the RVOT Doppler envelope. Of note, 85% of subjects showed evidence of both a TAPSE <2.0 cm and RVOT Doppler notching, consistent with afterload-dependent RV dysfunction at baseline.

Figure 3 illustrates that following 12 weeks of parenteral treprostinil treatment, there were significant reductions in RV size (p=0.021), less evidence of interventricular septal flattening

**Table 3** Quality of life and dyspnoea score changes using Short Form 36 (SF-36) and University of California San Diego Shortness of Breath (UCSD SOB) questionnaire

| Quality of life/dyspnoea | Baseline N=15 Mean (SD) | 12 weeks N=15 Mean (SD) | p Value* |
|---|---|---|---|
| UCSD SOB | 87 (17.1) | 73.1 (21) | 0.002 |
| SF-36 PCS aggregate | 27.1 (5.8) | 28 (8.8) | 0.479 |
| SF-36 MCS aggregate | 38 (11) | 44.2 (10.7) | 0.005 |
| Individual SF-36 domains | | | |
| Physical functioning† | 10.0 (15.0) | 25.0 (30.0) | 0.003† |
| Role—physical | 22.4 (6.6) | 28.6 (9.4) | 0.024 |
| Bodily pain | 47.6 (11.1) | 39.4 (9.4) | 0.049 |
| General health | 28.4 (7.6) | 30.8 (7.6) | 0.173 |
| Vitality | 36.9 (10.4) | 41.9 (9.1) | 0.026 |
| Social functioning | 28.0 (9.4) | 33.9 (13.6) | 0.014 |
| Role—emotional | 25.9 (13.2) | 34.4 (11.1) | 0.006 |
| Mental health | 42.4 (10.8) | 45.3 (9.6) | 0.150 |

*Paired t test p value presented, except when Wilcoxon signed rank indicated.
†Data are non-normally distributed; median (IQR) and Wilcoxon signed rank p value presented.
MCS, Mental Component Summary; PCS, Physical Component Summary.



**Figure 2** Individual 6 minute walk (6MW) distance responses to parenteral treprostinil at baseline and 12 weeks.

Saggar R, et al. Thorax 2014;69:123–129. doi:10.1136/thoraxjnl-2013-204150

DA0567

LIQ_PH-ILD_00000229

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

**Table 4** Systemic and pulmonary haemodynamics and oxygenation at baseline compared with 12 weeks after parenteral treprostinil therapy

| | Baseline N=15 Mean (SD) | 12 weeks N=14 Mean (SD) | p Value* |
|---|---|---|---|
| Haemodynamics, mm Hg | | | |
| Right atrial pressure | 9.5 (3.4) | 6.0 (3.7) | <0.001 |
| Mean pulmonary pressure | 47.0 (8.0) | 38.9 (13.4) | 0.005 |
| Pulmonary artery wedge pressure | 12.5 (4.1) | 10.5 (6.1) | 0.247 |
| Cardiac output (L/min) | 4.3 (1.1) | 4.9 (1.1) | 0.042 |
| Cardiac index (L/min/m²) | 2.3 (0.5) | 2.7 (0.6) | 0.017 |
| PVR (dyn s/cm⁵) | 698 (278) | 496 (229) | <0.001 |
| Mixed venous $O_2$ saturation (%) | 65 (7.2) | 70.9 (7.4) | 0.023 |
| Haemoglobin (g/dL) | 14.1 (2.1) | 13.6 (2.2) | 0.310 |
| Arterial $O_2$ content (mL $O_2$/100 mL) | 16.6 (3.1) | 15.4 (3.6) | 0.086 |
| $O_2$ delivery (mL/min)† | 6332 (2295) | 7263 (5337) | 0.246† |
| Pulmonary capacitance (mL/mm Hg)‡ | 1.28 (0.54) | 1.64 (0.91) | 0.013 |
| RV pulsatility | 0.94 (0.16) | 1.04 (0.16) | 0.010 |
| Pulse pressure | 44.1 (8.9) | 40.3 (14.1) | 0.182 |
| Stroke volume (mL) † | 51.8 (8.7) | 61.8 (21.7) | 0.031† |
| Stroke volume index | 29.2 (6.7) | 33 (7.3) | 0.037 |
| Systolic blood pressure† | 125 (25) | 109 (13) | 0.028† |
| Mean arterial pressure | 88.6 (15.8) | 84.8 (9.4) | 0.278 |
| HR (beats/min) | 79 (9.9) | 80 (11.8) | 0.490 |
| Rs (dyn s/cm⁵) | 1575 (487) | 1306 (357) | 0.015 |
| PVR/SVR | 0.46 (0.13) | 0.39 (0.15) | 0.060 |
| TPG | 34.7 (8.7) | 28.5 (10.3) | 0.014 |
| BNP (pg/mL) | 558 (859) | 228 (340) | 0.004† |

*Paired t test p value presented, except when Wilcoxon signed rank indicated.
†Data are non-normally distributed; median (IQR) and Wilcoxon signed rank p value presented.
‡Pulmonary capacitance = stroke volume/pulse pressure.
BNP, brain natriuretic peptide; PVR, pulmonary vascular resistance; RV, right ventricular; SVR, systemic vascular resistance; TPG, transpulmonary gradient.

(p=0.037), and improved RV systolic function (p=0.006). In parallel with haemodynamic and echocardiographic evidence of RV unloading, BNP levels fell significantly in subjects at 12-week follow-up (table 4).

### Patient status

Of the 15 patients, 8 were actively listed for LT (figure 1). Of the 7 patients not offered LT, 5 died (mean ± SD) 504 ± 295 days after treprostinil initiation, while 2 patients remained alive 1059 and 1401 days after treprostinil initiation. After active listing, 7 patients were successfully bridged to LT which occurred at a median of 268 days (range 140–1379 days) after

the baseline RHC and treprostinil initiation. The remaining listed patient died 272 days after treprostinil initiation.

### DISCUSSION

The purpose of this investigation was to assess the effects of *chronic* parenteral treprostinil administration on right heart haemodynamics and echocardiographic function in a PF population referred for LT with an advanced PH phenotype, characterised by significantly increased PVR and RV dysfunction.[10] We studied this population either as a bridge to LT or to achieve clinical stabilisation in otherwise transplant ineligible patients at risk of clinical deterioration due to advanced PH and right heart dysfunction.[5 7 10] Significant improvements were demonstrated in right heart haemodynamics and echocardiographic function in response to chronic parenteral treprostinil infusion, without significant decrement in peripheral oxygen saturation, arterial oxygen content, or oxygen delivery.

At baseline, our subjects had a markedly elevated PVR, moderate to severe RV dysfunction, and thus abnormal coupling between the RV and pulmonary vascular load. In the context of significant RV–pulmonary artery uncoupling, RV afterload reduction leads to a predictable, afterload-dependent improvement in right heart function, as was seen in our cohort by way of improved haemodynamics and echocardiographic parameters.[11] These improvements in RV afterload and RV function (enhanced RV coupling) likely augmented the circulatory reserve of our patients, explaining their functional advantage and decreased dyspnoea.

The potential for worsening gas exchange with PH-targeted therapy deserves particular attention. We did not appreciate any significant hypoxaemia as assessed by PPO after treprostinil therapy, either at rest or after 6MWD testing. Importantly, pulmonary function (ie, degree of PF) remained unaltered during the study and did not likely confound these findings. Although arterial blood gases (ABG) were not obtained to confirm this finding, we can suggest a rationale based on the available literature. Prior work using multiple inert gas elimination technique (MIGET) has demonstrated a relatively preserved V-Q spectrum at rest, manifesting absent or mild resting hypoxaemia in patients with either WHO Group I pulmonary arterial hypertension (PAH)[12] or isolated PF.[13] Importantly, during exercise, the MIGET-derived V-Q spectrum remains preserved in both conditions, despite predictable widening of the alveolar-arterial gradient and hypoxaemia.[13–15] In PAH, this hypoxaemia is driven by a low mixed venous $pO_2$,[14] while in PF, hypoxaemia is characterised by a relative augmentation in diffusion abnormality, which in turn is further accentuated by low mixed venous oxygenation.[16] Consequently, a PH-targeted therapy that augments mixed venous oxygenation may be particularly desirable in a cohort of patients with PF and advanced PH to attenuate any predisposition for hypoxaemia at rest or during exercise.



**Figure 3** Bar graphs comparing indices of right ventricular size (RV end diastolic area), interventricular septal position (systolic eccentricity index), and RV systolic function (tricuspid annular planar systolic excursion) at baseline (open bars; n=15) and following 12 weeks of parenteral treprostinil (solid black bars; n=14), with error bars indicating SE. Paired t test results indicate significant improvements in RV size (p=0.021), interventricular septal flattening (p=0.037), and RV systolic function (p=0.006) indices from baseline to week 12. TAPSE, tricuspid annular planar systolic excursion.

DA0568

LIQ_PH-ILD_00000230

The use of acute[15] or chronic[17–20] PH-targeted, non-prostanoid therapy does not appear to alter gas exchange in patients with PF without advanced PH during rest or exercise, which challenges the notion of predictable V-Q inequality and hypoxaemia as a direct result of underlying fibrotic lung disease. Despite this finding, acute parenteral prostanoid administration in patients with PF and advanced PH raises concern for predictable intrapulmonary shunt and hypoxaemia.[3 21] Interestingly, even patients with PAH (WHO Group I) demonstrated increased shunt by MIGET during acute parenteral prostanoid administration.[22] The question is whether this potential shunt and hypoxaemia are related to the parenteral route of administration or to the aggressive uptitration strategy routinely implemented when initiating parenteral prostanoid therapy.[23] In fact, prior studies evaluating acute parenteral prostanoid administration in PAH[22] and PF associated with advanced PH[3 21] employed this same aggressive uptitration protocol and report relatively worsened gas exchange, V-Q spectrum, and systemic haemodynamic data specifically at the prostanoid dose associated with intolerable adverse reaction and/or unacceptable haemodynamic deterioration. Similar and predictable V-Q inequality has also been demonstrated with other aggressively titrated, non-prostanoid vasodilators in patients with PAH.[24]

This approach may result in undesired physiology driven by decreased SVR, including reflex tachycardia, increased cardiac output (CO), systemic hypotension, and unchanged or increased PVR/SVR ratio. Comparable untoward physiology was recently demonstrated after riociguat therapy in patients with PF and advanced PH with resultant mild hypoxaemia.[25] While a patient with PAH may be able to tolerate an aggressive uptitration of parenteral prostanoid,[22] this strategy may place a patient with PF and advanced PH at risk of acute cardiopulmonary decompensation.[3] Consequently, a more gradual parenteral prostanoid uptitration approach may attenuate shunt physiology and subsequent hypoxaemia, especially if significant systemic vasodilation and the resulting abrupt rise in CO are avoided. Cardiac output may itself be associated with increased intrapulmonary shunt.[26] Based on the above, we surmise that a gentler uptitration of parenteral prostanoid, as employed in our study PF population with advanced PH, may lessen the potential for haemodynamic instability and/or hypoxaemia and rather parallel the chronic parenteral prostanoid administration haemodynamic and gas exchange data reported in WHO Group I PAH.

The inclusion of patients restricted to a severe baseline PH phenotype likely decreased the predisposition to arterial oxygen desaturation in response to treprostinil. Our subjects had a markedly elevated PVR and borderline reduced CO at baseline with evidence of significantly improved right heart function following treprostinil infusion, delineated by less septal bowing, a falling right atrial pressure, and improved CO. These salutary effects on right heart function may further optimise arterial oxygen content via enhanced mixed venous oxygen saturation.[16 27]

The improvement of 59 m in 6MWD following 12 weeks of parenteral treprostinil was noted in parallel with improvements in the UCSD SOB questionnaire and the SF-36 MCS, representing preliminary but encouraging findings. Recent independent studies in subjects with idiopathic pulmonary fibrosis (IPF) and Group I PAH suggested the minimally clinically important significant 6MWD difference to be 24–45 m and 25–38 m, respectively.[28 29] The augmentation in functional capacity seen in our subjects with PF-PH in response to treprostinil does not contravene prior studies reporting a lack of improvement in functional parameters in patients with PF treated with PH-targeted therapies.[17–19] Patients in these prior studies had

no or mild PH, while our subjects had an average mPAP>45 mm Hg, a markedly elevated PVR, and degrees of RV dilatation and dysfunction comparable to severe WHO Group I PAH.[30]

These physiological differences are likely critical when considering the potential response to PH-targeted therapies, given that patients with advanced lung disease in the absence of advanced PH typically do not possess evidence of a circulatory limitation to exercise.[31 32] In contrast, patients with parenchymal lung disease (COPD or PF) and advanced PH demonstrate (in addition to their inherent ventilatory limitation) a circulatory limitation on exertion and an overall cardiopulmonary exercise stress test profile similar to isolated Group I PAH, with blunted oxygen pulse and marked ventilatory inefficiency (ie, increased $V_E/V_{CO_2}$).[31 32] Importantly, the moderate degree of restrictive lung disease in our patient cohort may not have warranted consideration of LT, had it been isolated from the severe extent of superimposed PH. Interestingly, a recent post hoc analysis of a placebo-controlled randomised clinical trial in IPF[20] showed that the subgroup of patients with, compared with those without, RV dysfunction and RV hypertrophy improved their 6MWD in response to sildenafil.[33] In addition, the Royal Brompton group retrospectively reported a significant 6MWD improvement with sildenafil in a mixed interstitial lung disease population with pulmonary function and right heart haemodynamics similar to our experience.[2]

The combined observations of improved right heart function and stable arterial oxygen saturation in our PF-PH cohort after chronic parenteral treprostinil suggests the advanced PH phenotype may be critical when considering PH-targeted therapy, as it lends itself towards an increased likelihood of improved circulatory reserve and decreased risk of hypoxaemia. As such, an advanced PH phenotype in the context of chronic respiratory disease may be essential for predicting a beneficial response and minimising potential adverse effects of therapy.

### LIMITATIONS

Limitations of this study include the heterogeneity of the PF population, variable background PH-targeted therapy, and the absence of ABG testing. The absence of a placebo arm is a particularly significant limitation; therefore, our findings must be confirmed with a randomised, placebo-controlled trial. At this point, the routine use of PH-targeted therapy in PF-PH is not recommended and should only be cautiously considered at specialised PH centres to avoid the serious potential for worsening cardiopulmonary status in this patient population. In addition, the explanation proposed for the lack of significant hypoxaemia with parenteral prostanoid in our PF-PH cohort remains speculative and requires further investigation. To address the limitation of multiple comparisons in the domains of pulmonary function, quality of life, and haemodynamics, we calculated that observed p values < 0.05 corresponded to a maximum q-value of 0.067, indicating that the proportion of significant findings attributable to false discovery is small. As such, we were reassured to see encouraging results in a real-world cohort of patients with PF referred for LT, characterised by an 'advanced PH and right heart dysfunction' phenotype. The lack of ABG testing is offset by stable arterial oxygen content, oxygen delivery, and oxygen saturation values at rest and 6MWD testing, following treprostinil therapy.

### CONCLUSION

This open-label study suggests that gradual initiation and chronic administration of parenteral treprostinil therapy may

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

Thorax: first published as 10.1136/thoraxjnl-2013-204150 on 15 January 2014. Downloaded from http://thorax.bmj.com/ on February 23, 2024 by guest. Protected by copyright.

improve haemodynamics and right heart function without compromising systemic oxygenation in an advanced PH phenotype with RV dysfunction in the setting of PF. These findings are only hypothesis generating and require confirmation in a multicentre, randomised study design. Future studies of PH-targeted therapy for PF should focus on patients with PF with the combination of advanced PH and RV dysfunction, as these subjects may have greater capacity for benefit. Finally, given the high mortality inherent to this population, a future study may consider survival as an endpoint.

**Author affiliations**
[1]Thoracic Transplantation, Heart-Lung Institute, St Joseph Hospital & Medical Center, Phoenix, Arizona, USA
[2]Division of Rheumatology, Department of Medicine, University of Michigan, Ann Arbor, Michigan, USA
[3]Cardiovascular Division, Department of Medicine, Perelman School of Medicine at the University of Pennsylvania, Philadelphia, Pennsylvania, USA
[4]Division of Pulmonary and Critical Care Medicine, Department of Medicine, David Geffen School of Medicine at UCLA, Los Angeles, California, USA
[5]Department of Medicine Statistics Core, David Geffen School of Medicine at UCLA, Los Angeles, California, USA
[6]George Washington University, School of Medicine and Health Sciences, Washington, DC, USA
[7]Division of Radiology, Department of Medicine, David Geffen School of Medicine at UCLA, Los Angeles, California, USA
[8]Cardiovascular Division, Temple University School of Medicine, Philadelphia, Pennsylvania, USA

**Acknowledgements** The authors would like to acknowledge Lynne Yoder RN, Bryant Torres BS, Glenna Traiger RN, Eileen Callahan CCRP, and Paul Lopez LVN for their dedicated support with data collection and study coordination as well as NHLBI HL112990 to JAB.

**Contributors** RS: conceptual design; patient care and procedures; writing of manuscript; data collection. DK: conceptual design; editing of manuscript; statistical support. AV: blinded review of echocardiograms. AD: patient care and procedures; statistical support. PM: statistical support. ED: statistical support. JAB: patient care and procedures. SSW: patient care and procedures. SD: patient care and procedures; data collection. SSS: patient care. JGG: blinded review of chest CT scans. FA: blinded review of chest CT scans. JPLIII: conceptual design; patient care. DJR: patient care. PRF: editing of manuscript; blinded review of echocardiograms. RS: conceptual design; patient care and procedures; writing of manuscript; data collection.

**Funding** NHLBI and United Therapeutics.

**Competing interests** None.

**Ethics approval** Institutional Review Board at University of California, Los Angeles.

**Provenance and peer review** Not commissioned; externally peer reviewed.

**REFERENCES**
1 Minai OA, Sahoo D, Chapman JT, et al. Vaso active therapy can improve 6 min walk distance in patients with pulmonary hypertension and fibrotic interstitial lung disease. Respir Med. 2008;102:1015 20.
2 Corte TJ, Gatzoulis MA, Parfitt L, et al. The use of sildenafil to treat pulmonary hypertension associated with interstitial lung disease. Respirology 2010;15:1226 32.
3 Olschewski H, Ghofrani HA, Walmrath D, et al. Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis. Am J Respir Crit Care Med 1999;160:600 7.
4 Le Pavec J, Girgis RE, Lechtzin N, et al. Systemic sclerosis related pulmonary hypertension associated with interstitial lung disease: impact of pulmonary arterial hypertension therapies. Arthritis Rheum 2011;63:2456 64.
5 Saggar R, Shapiro SS, Ross DJ, et al. Treprostinil to reverse pulmonary hypertension associated with idiopathic pulmonary fibrosis as a bridge to single lung transplantation. J Heart Lung Transplant 2009;28:964 7.
6 Cottin V, Le Pavec J, Prevot G, et al. Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome. Eur Respir J 2010;35:105 11.

7 McLaughlin VV, Archer SL, Badesch DB, et al. ACCF/AHA 2009 expert consensus document on pulmonary hypertension: a report of the American College of Cardiology Foundation Task Force on Expert Consensus Documents and the American Heart Association: developed in collaboration with the American College of Chest Physicians, American Thoracic Society, Inc., and the Pulmonary Hypertension Association. Circulation 2009;119:2250 94.
8 American Thoracic Society. Guideline for the six minute walk test. Am J Respir Crit Care Med 2002;166:111 17.
9 Mathier MA, McDevitt S, Saggar R. Subcutaneous treprostinil in pulmonary arterial hypertension: practical considerations. J Heart Lung Transplant 2010;29:1210 17.
10 Hoeper MM, Andreas S, Bastian A, et al. Pulmonary hypertension due to chronic lung disease: updated Recommendations of the Cologne Consensus Conference 2011. Int J Cardiol 154(Suppl 1):S45 53.
11 Van de Veerdonk MC, Kind T, Marcus JT, et al. Progressive right ventricular dysfunction in patients with pulmonary arterial hypertension responding to therapy. J Am Coll Cardiol 2011;58:2511 19.
12 Dantzker DR, Bower JS. Mechanisms of gas exchange abnormality in patients with chronic obliterative pulmonary vascular disease. J Clin Invest 1979;64:1050 5.
13 Agusti AG, Roca J, Gea J, et al. Mechanisms of gas exchange impairment in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1991;143:219 25.
14 Dantzker DR, D'Alonzo GE, Bower JS, et al. Pulmonary gas exchange during exercise in patients with chronic obliterative pulmonary hypertension. Am Rev Respir Dis 1984;130:412 16.
15 Blanco I, Ribas J, Xaubet A, et al. Effects of inhaled nitric oxide at rest and during exercise in idiopathic pulmonary fibrosis. J Appl Physiol 2011;110:638 45.
16 Wagner PD. Influence of mixed venous PO2 on diffusion of O2 across the pulmonary blood:gas barrier. Clin Physiol 1982;2:105 15.
17 King TE Jr, Brown KK, Raghu G, et al. BUILD 3: a randomized, controlled trial of bosentan in idiopathic pulmonary fibrosis. Am J Respir Crit Care Med 2011;184:92 9.
18 Raghu G, Behr J, Brown KK, et al. Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. Ann Intern Med 2013;158:641 9.
19 Raghu G, Million Rousseau R, Morganti A, et al. Macitentan for the treatment of idiopathic pulmonary fibrosis: the randomised controlled MUSIC trial. Eur Respir J 2013;42:1622 32.
20 Zisman DA, Schwarz M, Anstrom KJ, et al. A controlled trial of sildenafil in advanced idiopathic pulmonary fibrosis. N Engl J Med 2010;363:620 8.
21 Ghofrani HA, Wiedemann R, Rose F, et al. Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. Lancet 2002;360:895 900.
22 Bratel T, Lagerstrand L, Brodin LA, et al. Ventilation perfusion relationships in pulmonary arterial hypertension: effect of intravenous and inhaled prostacyclin treatment. Respir Physiol Neurobiol 2007;158:59 69.
23 Barst RJ, Rubin LJ, Long WA, et al. A comparison of continuous intravenous epoprostenol (prostacyclin) with conventional therapy for primary pulmonary hypertension. N Engl J Med 1996;334:296 301.
24 Dantzker DR, Bower JS. Pulmonary vascular tone improves VA/Q matching in obliterative pulmonary hypertension. J Appl Physiol 1981;51:607 13.
25 Hoeper MM, Halank M, Wilkens H, et al. Riociguat for interstitial lung disease and pulmonary hypertension: a pilot trial. Eur Respir J 41:853 60.
26 Lynch JP, Mhyre JG, Dantzker DR. Influence of cardiac output on intrapulmonary shunt. J Appl Physiol 1979;46:315 21.
27 Agusti AG, Rodriguez Roisin R. Effect of pulmonary hypertension on gas exchange. Eur Respir J. 1993;6:1371 7.
28 du Bois RM, Weycker D, Albera C, et al. Six minute walk test in idiopathic pulmonary fibrosis: test validation and minimal clinically important difference. Am J Respir Crit Care Med 2011;183:1231 7.
29 Mathai SC, Puhan MA, Lam D, et al. The minimal important difference in the 6 minute walk test for patients with pulmonary arterial hypertension. Am J Respir Crit Care Med 2012;186:428 33.
30 Forfia PR, Fisher MR, Mathai SC, et al. Tricuspid annular displacement predicts survival in pulmonary hypertension. Am J Respir Crit Care Med 2006;174:1034 41.
31 Boutou AK, Pitsiou GG, Trigonis I, et al. Exercise capacity in idiopathic pulmonary fibrosis: the effect of pulmonary hypertension. Respirology 2011;16:451 8.
32 Glaser S, Noga O, Koch B, et al. Impact of pulmonary hypertension on gas exchange and exercise capacity in patients with pulmonary fibrosis. Respir Med 2009;103:317 24.
33 Han MK, Bach DS, Hagan PG, et al. Sildenafil preserves exercise capacity in patients with idiopathic pulmonary fibrosis and right sided ventricular dysfunction. Chest 2013;143:1699 1708.

<u>CHANGES IN RIGHT HEART HEMODYNAMICS AND ECHOCARDIOGRAPHIC FUNCTION IN AN ADVANCED PHENOTYPE OF PULMONARY HYPERTENSION AND RIGHT HEART DYSFUNCTION ASSOCIATED WITH PULMONARY FIBROSIS</u>

DATA REPOSITORY FIGURES



Figure 1: Individual oxygen requirements (liters/minute) at baseline and 12 weeks

LIQ_PH-ILD_00000233



Figure 2: Individual pulmonary vascular resistance (PVR) calculations at baseline and 12 weeks

LIQ_PH-ILD_00000234



Figure 3: Individual tricuspid annular planar systolic excursion (TAPSE) measurements at baseline and 12 weeks

LIQ_PH-ILD_00000235

Repository:

Materials and Methods

Six minute walk distance (6MWD) and Oxygen Supplementation (OS) protocols:

Patients were seated for 10 minutes on room air and peripheral pulse oximetry (PPO) was recorded. A 10 liter oxygen face-mask (FM) was then applied and PPO was recorded after an additional 10 minutes at rest. 6MW testing was subsequently performed on a 10 liter oxygen FM with recording of the nadir oxygen saturation by PPO and the Borg Dyspnea Index (BDI) at the end of six minutes or at the end of the final ambulatory effort. The 6MW test was not interrupted or terminated for any degree of hypoxemia. No baseline 6MWD minimum was required for study entry. All RHCs and associated measurements were performed on a 10 liter oxygen FM.

Pulmonary function testing (PFT) and Doppler Echocardiogram (DE) protocols:

All measurements were made by 2 experienced echocardiographers (AF, PF) blinded to invasive hemodynamics and clinical data. Standard parameters were measured, including left ventricular ejection fraction, dimensions of the left atrium, left ventricular cavity and wall thickness, transtricuspid flow velocity, valvular regurgitation, transmitral E and A wave velocities, tissue Doppler of the mitral annulus, and inferior vena cava dimensions and collapse. In addition, parameters specific to pulmonary vascular disease and right ventricular size and function were assessed, including systolic eccentricity index, notching of the right ventricular outflow tract (RVOT) Doppler profile, acceleration time of this profile, RV two-dimensional area, and tricuspid annular plane systolic excursion (TAPSE). All measurements were made in accordance with American Society of Echocardiography guidelines and previously published literature,[1-3]

Dyspnea and Quality of Life Assessments:

A higher UCSD SOBQ score indicates more dyspnea with a minimally important difference (MID) of 5 points.[4] The BDI measures perceived breathlessness on a scale of 0 to 10 (maximum) with a MID of 1 point.[4]

LIQ_PH-ILD_00000236

The 8 SF-36 scales and the PCS and MCS scores are standardized to a mean of 50 and standard deviation of 10 in the US general population.  MID estimates for SF-36 PCS and MCS are 2.5 points.[5]

Parenteral treprostinil titration protocol:

After treprostinil initiation at 2ng/kg/min and at any subsequent dose uptitration, vital signs including PPO were recorded every 15 minutes for 1 hour, then every hour for 3 hours, and subsequently every 4 hours until discharge.  Arterial blood gases were not obtained in a standardized fashion.  Inpatient treprostinil was increased by a maximum of 1ng/kg/min every 12 hours such that patients were discharged from the hospital at 48 hours on treprostinil doses of 3 to 5 ng/kg/min.  After discharge, all attempts were made to uptitrate treprostinil by a maximum of 1ng/kg/min every 48 to 72 hours; however, the frequency and final dose of treprostinil was determined by the individual patient adverse reaction profile.[6]

High Resolution Computed Tomography (HRCT) Lung Parenchymal Scoring:

A likert scoring system was used based on percentage of area affected (0 = absent, 1= 1 to 5%, 2= 6 to 25%, 3= 26 to 50%, 4= 51 to 75% and 5= 76 to 100%) and assessed the extent of parenchymal abnormality involving three categories: groundglass opacity, lung fibrosis, and honeycombing.  Each lobe and then both lungs were scored separately.  Our scoring system is modified from earlier scoring systems reported by Kazerooni et al. and Kim et al.[7-8]  In addition, both lungs were scored for total extent of ground glass opacity, fibrosis and/or honeycombing as being definitively less than 20%, definitively more than 20%, or indeterminate (10-30%).[9]  In the few patients with combined pulmonary fibrosis and emphysema (CPFE), the extent of parenchymal abnormality was calculated without taking into account the extent of emphysema.

The following definitions were used for description of each of the radiographic findings: (1) ground-glass opacity; hazy parenchymal opacity with preservation of bronchial and vascular markings in the absence of reticular opacity, (2) architectural distortion/lung fibrosis; reticular opacification,

LIQ_PH-ILD_00000237

inter and intralobular septal thickening, traction bronchiectasis, or bronchiolectasis and architectural distortion, and (3) honeycombing; clustered air-filled cysts with well defined walls.[10]

LIQ_PH-ILD_00000238

1.     Forfia PR, Fisher MR, Mathai SC et al. Tricuspid annular displacement predicts survival in pulmonary hypertension. *Am J Respir Crit Care Med.* 2006;174(9):1034-41.Epub 2006/08/05.

2.     Rudski LG, Lai WW, Afilalo J et al. Guidelines for the echocardiographic assessment of the right heart in adults: a report from the American Society of Echocardiography endorsed by the European Association of Echocardiography, a registered branch of the European Society of Cardiology, and the Canadian Society of Echocardiography. *J Am Soc Echocardiogr.* 2010;23(7):685-713.;quiz 86- 8. Epub 2010/07/14.

3.     Arkles JS, Opotowsky AR, Ojeda J et al. Shape of the right ventricular Doppler envelope predicts hemodynamics and right heart function in pulmonary hypertension. *Am J Respir Crit Care Med.* 2011;183(2):268-76. Epub 2010/08/17.

4.     Kupferberg DH, Kaplan RM, Slymen DJ et al. Minimal clinically important difference for the UCSD Shortness of Breath Questionnaire. *J Cardiopulm Rehabil.* 2005;25(6):370-7. Epub 2005/12/06.

5.     Khanna D, Yan X, Tashkin DP et al. Impact of oral cyclophosphamide on health-related quality of life in patients with active scleroderma lung disease: results from the scleroderma lung study. *Arthritis Rheum.* 2007;56(5):1676-84. Epub 2007/05/01.

6.     Mathier MA, McDevitt S, Saggar R. Subcutaneous treprostinil in pulmonary arterial hypertension: Practical considerations. *J Heart Lung Transplant.* 2010;29(11):1210-7. Epub 2010/09/22.

7.     Kazerooni EA, Martinez FJ, Flint A et al. Thin- section CT obtained at 10-mm increments versus limited three-level thin-section CT for idiopathic pulmonary fibrosis: correlation with pathologic scoring. *AJR Am J Roentgenol.* 1997;169(4):977-83. Epub 1997/10/06.

LIQ_PH-ILD_00000239

8.     Kim HG, Tashkin DP, Clements PJ et al. A computer-aided diagnosis system for quantitative scoring of extent of lung fibrosis in scleroderma patients. *Clin Exp Rheumatol.* 2010;28(5 Suppl 62):S26-35. Epub 2010/11/26.

9.     Goh NS, Desai SR, Veeraraghavan S et al. Interstitial lung disease in systemic sclerosis: a simple staging system. *Am J Respir Crit Care Med.* 2008;177(11):1248-54. Epub 2008/03/29.

10.    Hansell DM, Bankier AA, MacMahon H et al. Remy J. Fleischner Society: glossary of terms for thoracic imaging. *Radiology.* 2008;246(3):697-722. Epub 2008/01/16.

LIQ_PH-ILD_00000240

CHANGES IN RIGHT HEART HEMODYNAMICS AND ECHOCARDIOGRAPHIC FUNCTION IN AN ADVANCED PHENOTYPE OF PULMONARY HYPERTENSION AND RIGHT HEART DYSFUNCTION ASSOCIATED WITH PULMONARY FIBROSIS

DATA REPOSITORY TABLES

| | Patients | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient Characteristics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| NYHA | IV | IV | III | IV | III | III | III | IV | III | IV | IV | III | IV | III | III |
| Age in Years (at study entry) | 69 | 75 | 67 | 84 | 60 | 44 | 40 | 71 | 34 | 68 | 71 | 65 | 65 | 65 | 69 |
| Background Therapy | P | E/P | E | N | E | P | P | E/P | P | N | E/P | N | N | N | N |
| Clinical Subtype | IPF | IPF | IPF | IPF | NSIP-F | S | NSIP-F | CPFE | HP | CPFE | IPF | CPFE | IPF | IPF | IPF |
| Treprostinil dose at discharge | 2 | 1 | 2 | 3 | 5 | 6 | 2 | 6 | 2 | 4 | 2 | 2 | 2 | 2 | 2 |
| Treprostinil dose at 3 months | 33 | 19 | 32 | 18 | 32 | 17 | 30 | 23 | 25 | 19 | 36 | 18 | 25 | 38 | 50 |
| Treprostinil dose at 6 months | 32 | 19 | - | 18 | 52 | 17 | 34 | 42 | 30 | 27 | 29 | 80 | 36 | 38 | - |
| Treprostinil dose at 12 months | - | 19 | - | - | 52 | 17 | 34 | - | 30 | 27 | - | - | 36 | 41 | - |
| Treprostinil dose at last visit (i.e at time of lung transplant or at last clinic visit just before death) | 36 | 19 | 32 | 18 | 52 | 17 | 34 | 55 | 29 | 16 | 29 | 80 | 56 | 26 | 58 |
| Outcome | T | D | T | D | T | T | A | D | T | D | D | D | A | T | T |
| Time from treatment initiation to Outcome/Censor (days) | 257 | 858 | 118 | 199 | 267 | 348 | 1498 | 311 | 1255 | 576 | 275 | 272 | 1351 | 606 | 148 |

Table 1: Patient demographics, underlying fibrotic lung disease clinical subtype, and background PH-targeted therapy

Background Endothelin receptor antagonist (E); Phosphodiesterase 5 inhibitor (P); No background therapy (N)
Clinical Subtypes: Idiopathic Pulmonary Fibrosis (IPF); NSIP-Fibrosis (NSIP-F); PF/Emphysema (CPFE); Chronic Hypersensitivity Pneumonitis (HP); Silicosis (S)
Outcome: Transplant (T); Death (D); Alive/Censor (A)

[1]

LIQ_PH-ILD_00000241

| | Patients | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Pathologic Confirmation | Y | Y | Y | N | Y | Y | Y | N | Y | N | N | N | Y | Y | Y |
| | | | | | | | | | | | | | | | |
| < or > 20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% | >20% |
| Total Combined Score | 5 | 4 | 3 | 3 | 5 | 3 | 3 | 3 | 5 | 3 | 5 | 4 | 4 | 5 | 4 |
| | | | | | | | | | | | | | | | |
| Total Fibrosis RT Lung | 2 | 4 | 2 | 3 | 2 | 1 | 1 | 3 | 3 | 2 | 1 | 3 | 3 | 3 | 2 |
| Total Fibrosis LT Lung | 2 | 4 | 2 | 3 | 2 | 1 | 1 | 3 | 3 | 2 | 0 | 3 | 3 | 3 | 2 |
| Fibrosis RT Upper Lobe | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 0 | 2 | 2 | 3 | 2 |
| Fibrosis RT Middle Lobe | 2 | 3 | 2 | 2 | 3 | 1 | 1 | 2 | 3 | 1 | 1 | 3 | 3 | 3 | 2 |
| Fibrosis RT Lower Lobe | 2 | 4 | 1 | 3 | 3 | 1 | 1 | 3 | 3 | 2 | 0 | 3 | 4 | 3 | 1 |
| Fibrosis LT Upper Lobe | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 0 | 2 | 2 | 3 | 2 |
| Fibrosis LT Lower Lobe | 2 | 4 | 1 | 3 | 3 | 1 | 1 | 3 | 3 | 2 | 0 | 3 | 4 | 3 | 2 |
| | | | | | | | | | | | | | | | |
| Total GGO RT Lung | 4 | 2 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 2 | 1 | 1 | 2 | 1 | 0 |
| Total GGO LT Lung | 4 | 1 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 2 | 0 | 1 | 2 | 1 | 0 |
| GGO RT Upper Lobe | 4 | 1 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 1 | 1 | 1 | 3 | 1 | 0 |
| GGO RT Middle Lobe | 4 | 1 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 1 | 1 | 1 | 2 | 1 | 0 |
| GGO RT Lower Lobe | 4 | 2 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 2 | 0 | 1 | 1 | 1 | 0 |
| GGO LT Upper Lobe | 4 | 2 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 1 | 0 | 1 | 2 | 1 | 0 |
| GGO LT Lower Lobe | 4 | 2 | 1 | 2 | 4 | 2 | 1 | 0 | 2 | 2 | 0 | 1 | 1 | 1 | 0 |
| | | | | | | | | | | | | | | | |
| Total HC RT Lung | 1 | 1 | 0 | 2 | 0 | 0 | 3 | 1 | 0 | 0 | 4 | 2 | 0 | 2 | 3 |
| Total HC LT Lung | 0 | 1 | 0 | 2 | 0 | 0 | 3 | 1 | 0 | 0 | 5 | 2 | 0 | 2 | 2 |
| HC RT Upper Lobe | 0 | 1 | 0 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 3 | 1 | 0 | 3 | 1 |
| HC RT Middle Lobe | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 1 | 0 | 0 | 2 | 2 | 0 | 1 | 2 |
| HC RT Lower Lobe | 1 | 1 | 0 | 2 | 0 | 0 | 4 | 1 | 0 | 0 | 5 | 2 | 0 | 1 | 3 |
| HC LT Upper Lobe | 0 | 1 | 0 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 5 | 2 | 0 | 2 | 1 |
| HC LT Lower Lobe | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 5 | 2 | 0 | 1 | 3 |

Table 2: Baseline high resolution computed tomography (HRCT) analysis of lung parenchymal abnormalities
RT: Right; LT: Left; GGO: Ground Glass Opacity; HC: Honeycombing; Ordinal Scoring System for Degree of Radiographic Involvement: 0= None; 1= 1 to 5%; 2= 6 to 25%; 3= 25 to 50%; 4= 51 to 75%; 5= >75%

[2]

LIQ_PH-ILD_00000242

| | Week | Patients | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| <u>Pulmonary Function</u> | | | | | | | | | | | | | | | | |
| FVC, % Predicted | 0 | 57 | 38 | 78 | 54 | 69 | 57 | 50 | 88 | 58 | 77 | 37 | 105 | 84 | 44 | 38 |
| | 12 | 66 | 33 | 82 | 62 | 74 | 64 | 54 | 66 | 63 | 82 | 38 | 94 | 84 | 44 | 41 |
| $FEV_1$, % Predicted | 0 | 58 | 48 | 74 | 70 | 74 | 43 | 51 | 90 | 49 | 71 | 43 | 95 | 70 | 46 | 49 |
| | 12 | 71 | 43 | 80 | 75 | 80 | 52 | 55 | 76 | 54 | 79 | 43 | 90 | 70 | 44 | 53 |
| $FEV_1$/FVC | 0 | - | 93 | 70 | 91 | 85 | 59 | 82 | 75 | 70 | 68 | 84 | 67 | 64 | 79 | 87 |
| | 12 | 81 | 96 | 73 | 85 | 109 | 65 | 82 | 85 | 70 | 71 | 82 | 71 | 64 | 76 | 88 |
| TLC, % Predicted | 0 | 71 | 45 | 78 | 58 | 51 | 89 | 64 | 78 | 75 | 84 | 59 | 98 | 84 | 55 | 55 |
| | 12 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DLCO, % Predicted | 0 | 24 | 31 | 34 | 12 | 15 | 61 | 28 | 9 | 27 | 26 | 15 | 26 | 18 | 17 | 16 |
| | 12 | 29 | - | - | 14 | 19 | 61 | 33 | 22 | 23 | 29 | 12 | 22 | 18 | 14 | 25 |
| FVC%/DLCO% | 0 | 2.4 | 1.2 | 2.3 | 4.5 | 4.6 | 0.9 | 1.8 | 9.8 | 2.1 | 3 | 2.5 | 4 | 4.7 | 2.6 | 2.4 |
| | 12 | 2.3 | - | - | 4.4 | 3.9 | 1 | 1.6 | 3 | 2.7 | 2.8 | 3.2 | 4.3 | 4.7 | 3.1 | 1.6 |
| Oxygen Flow (Liters/min) | 0 | 2 | 5 | 3 | 6 | 6 | 4 | 0 | 5 | 3 | 3 | 6 | 2 | 6 | 5 | 2 |
| | 12 | 2 | 4 | 3.5 | 6 | 6 | 6 | 0 | 4 | 2.5 | 1 | 7 | 3 | 6 | 5 | 2 |
| | 26 | 2 | 4 | - | 6 | 6 | 8 | 3 | 4 | 2.5 | 3 | 8 | 6 | 6 | 5 | - |
| | 52 | - | 5 | - | - | - | - | 3 | - | 2 | 4 | - | - | - | 4 | - |
| <u>Six Minute Walk:</u> | | | | | | | | | | | | | | | | |
| 6-minute walk distance (meters) | 0 | 93 | 190 | 330 | 1 | 159 | 120 | 324 | 78 | 210 | 210 | 90 | 210 | 210 | 90 | 255 |
| | 12 | 240 | 180 | 390 | 18 | 216 | 150 | 414 | 99 | 360 | 303 | 120 | 200 | 327 | 160 | 275 |
| | 26 | 235 | 178 | - | 0 | 126 | 190 | 420 | 75 | 363 | 272 | 80 | 291 | 240 | 142 | - |
| | 52 | - | 165 | - | - | - | - | 507 | - | 333 | 275 | - | - | - | 80 | - |
| Room Air % saturation (RA) | 0 | - | 87 | 84 | 79 | 79 | 90 | 82 | 84 | 94 | 84 | 66 | 85 | 80 | 74 | 89 |
| | 12 | - | 85 | 79 | 78 | 65 | 86 | 92 | 80 | 94 | 84 | 61 | 88 | 79 | 64 | 80 |
| 10L face mask, % saturation | 0 | 97 | 98 | 97 | 100 | 95 | 98 | 100 | 100 | 99 | 97 | 100 | 99 | 98 | 92 | 100 |
| | 12 | 100 | 94 | 95 | 96 | 100 | 97 | 100 | 99 | 100 | 98 | 99 | 100 | 97 | 86 | 100 |
| 10L face mask, % saturation nadir | 0 | 93 | 75 | 76 | 89 | 81 | 97 | 92 | 80 | 98 | 82 | 77 | 87 | 85 | 70 | 95 |
| | 12 | - | 80 | 76 | 89 | 72 | 91 | 87 | 86 | 96 | 86 | 70 | 89 | 72 | 60 | 88 |
| <u>BDI Score</u> | 0 | - | - | - | - | 13 | 9 | 14 | 12 | 16 | 17 | 17 | 13 | 13 | 14 | 13 |
| | 12 | - | 17 | 13 | 13 | 13 | 9 | 14 | 13 | 13 | 17 | 15 | 11 | 13 | 8 | 15 |

<u>Table 3</u>: Pulmonary function testing, oxygen requirements, and 6 minute walk distance with Borg dyspnea index scores at baseline and end of study

[3]

LIQ_PH-ILD_00000243

| | Week | Patients | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Quality of Life/Dyspnea | | | | | | | | | | | | | | | | |
| UCSD SOB | 0 | 97 | 63 | 54 | 103 | 81 | - | 89 | 115 | 100 | 101 | 94 | 76 | 79 | - | 79 |
| | 12 | 67 | 77 | 32 | 101 | 70 | - | 68 | 104 | 71 | 88 | 72 | 43 | 52 | 97 | 81 |
| SF36 PCS aggregate | 0 | - | 15 | 87 | 33 | 56 | 21 | 52 | . | 17 | 16 | 22 | 40.4 | 20.2 | 13.2 | 63 |
| | 12 | - | 38 | 97 | 17 | 17 | 61 | 54 | 9 | 82 | 65 | 86 | 59.4 | 24.4 | 45.2 | 68 |
| SF36 MCS aggregate | 0 | - | 58 | 129 | 28 | 64 | 31 | 50 | . | 68 | 27 | 67 | 37.9 | 43.97 | 48.27 | 108.37 |
| | 12 | - | 80 | 137 | 48 | 112 | 42 | 74 | 63 | 108 | 72 | 79 | 73.63 | 56.53 | 68.53 | 106.3 |
| Individual SF36 Domains | | | | | | | | | | | | | | | | |
| Physical Functioning | 0 | - | 10 | 25 | 0 | 0 | 0 | 25 | - | 15 | 0 | 0 | 15 | 10 | 0 | 20 |
| | 12 | - | 25 | 35 | 0 | 0 | 100 | 30 | 0 | 45 | 15 | 15 | 50 | 5 | 15 | 30 |
| Role-Physical | 0 | - | 0 | 200 | 0 | 100 | 0 | 125 | - | 0 | 0 | 0 | 25 | 0 | 0 | 100 |
| | 12 | - | 100 | 300 | 0 | 0 | 100 | 125 | 0 | 200 | 200 | 275 | 100 | 0 | 100 | 100 |
| Bodily Pain | 0 | - | 32 | 100 | 100 | 100 | 52 | 52 | - | 41 | 42 | 62 | 62 | 61 | 31 | 100 |
| | 12 | - | 12 | 52 | 32 | 31 | 50 | 41 | 22 | 74 | 31 | 62 | 52 | 62 | 41 | 100 |
| General Health | 0 | - | 10 | 52 | 45 | 45 | 20 | 30 | - | 10 | 25 | 20 | 45 | 0 | 10 | 25 |
| | 12 | - | 25 | 42 | 35 | 25 | 10 | 30 | 5 | 25 | 40 | 30 | 40 | 15 | 25 | 40 |
| Vitality | 0 | - | 25 | 60 | 20 | 35 | 35 | 30 | - | 20 | 15 | 30 | 55 | 30 | 25 | 70 |
| | 12 | - | 30 | 55 | 20 | 30 | 45 | 45 | 20 | 65 | 40 | 50 | 55 | 40 | 45 | 70 |
| Social Functioning | 0 | - | 63 | 88 | 13 | 25 | 38 | 38 | - | 25 | 0 | 38 | 37.5 | 12.5 | 25 | 37.5 |
| | 12 | - | 75 | 100 | 13 | 38 | 0 | 63 | 0 | 88 | 25 | 63 | 62.5 | 25 | 50 | 37.5 |
| Role-Emotional | 0 | - | 133 | 367 | 0 | 133 | 0 | 100 | - | 233 | 67 | 200 | 0 | 133.33 | 133.33 | 333.33 |
| | 12 | - | 200 | 400 | 100 | 400 | 100 | 167 | 233 | 300 | 200 | 200 | 166.67 | 166.67 | 166.67 | 300 |
| Mental Health | 0 | - | 60 | 80 | 64 | 84 | 64 | 52 | - | 52 | 28 | 48 | 52 | 44 | 48 | 76 |
| | 12 | - | 68 | 88 | 72 | 68 | 56 | 64 | 56 | 60 | 56 | 52 | 44 | 36 | 56 | 84 |

Table 4: Quality of life and dyspnea score changes using Short Form 36 (SF-36) and University of California San Diego shortness of breath questionnaire
PCS: Physical Component Summary; MCS: Mental Component Summary

[4]

LIQ_PH-ILD_00000244

| | Week | Patients | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **Hemodynamics, mmHg** | | | | | | | | | | | | | | | | |
| Right atrial pressure (RA) | 0 | 11 | 12 | 18 | 8 | 8 | 9 | 8 | 14 | 11 | 7 | 6 | 10 | 10 | 5 | 6 |
| | 12 | 5 | 9 | 11 | 1 | 8 | 11 | 0 | 8 | 9 | 4 | 6 | 8 | 2 | 2 | 3 |
| mean Pulmonary Pressure (mPA) | 0 | 49 | 56 | 59 | 40 | 50 | 55 | 46 | 53 | 52 | 40 | 56 | 42 | 36 | 38 | 36 |
| | 12 | 20 | 51 | 51 | 30 | 48 | 70 | 29 | 49 | 35 | 31 | 47 | 35 | 22 | 32 | 34 |
| Pulmonary Artery Wedge Pressure | 0 | 18 | 12 | 18 | 6 | 10 | 15 | 15 | 5 | 14 | 10 | 9 | 12 | 14 | 18 | 11 |
| | 12 | 10 | 15 | 25 | 7 | 9 | 20 | 4 | 7 | 15 | 6 | 12 | 8 | 4 | 10 | 5 |
| Cardiac Output (L/min) | 0 | 3.73 | 3.75 | 3.87 | 3 | 4.1 | 3.07 | 7.2 | 2.9 | 5 | 3.7 | 4.5 | 5 | 5.7 | 4.6 | 3.6 |
| | 12 | 4 | 5.5 | 6.23 | 2.8 | 5.5 | 4.2 | 5.9 | 4.2 | 5.9 | 3.9 | 3.3 | 6.2 | 5.1 | 5.7 | 4.5 |
| Cardiac Index (L/min/m2) | 0 | 2.2 | 2.25 | 2.02 | 1.75 | 2.3 | 1.68 | 3.36 | 1.31 | 2.7 | 1.96 | 2.6 | 2.8 | 3.05 | 2.2 | 2.1 |
| | 12 | 2.63 | 3.35 | 3.31 | 1.6 | 3.13 | 2.28 | 2.75 | 2.28 | 3.17 | 2.16 | 1.92 | 3.46 | 2.8 | 3.54 | 2.6 |
| PVR (dyn sec/cm$^5$) | 0 | 600 | 874 | 786 | 906 | 784 | 1040 | 344 | 1324 | 608 | 649 | 835 | 480 | 336 | 347 | 555 |
| | 12 | 200 | 378 | 462 | 657 | 567 | 952 | 338 | 800 | 271 | 512 | 848 | 348 | 282 | 313 | 515 |
| Mixed Venous O$_2$ Saturation (%) | 0 | 60 | 61 | 65 | 60 | 72 | - | 49 | - | 65 | 75 | 69 | . | 69 | . | |
| | 12 | 66 | 68 | 77 | 69 | 79 | 58 | | 59 | 76 | 79 | 72 | 80 | | 72 | 66 |
| Hemoglobin (g/dL) | 0 | 10.1 | 12.8 | 17.1 | 14.5 | 12.5 | 16.1 | 16.4 | 13 | 17.3 | 15 | 11.2 | 14 | 12.5 | 14.5 | 13.8 |
| | 12 | 10.8 | 13 | 16.5 | 13.8 | 13.1 | 12.9 | 14.9 | 11.3 | 14.6 | 18.7 | 10.1 | 15 | 12.9 | 14.4 | 11.8 |
| Arterial O$_2$ Content (mL O$_2$/100mL) | 0 | - | 1547.9 | 1996.6 | 1592.23 | 1372.63 | 2014.1 | 1869.27 | 1517.87 | 2260.42 | 1751.49 | 1027.45 | 1654.1 | 1390 | 1491.44 | 1707.2 |
| | 12 | - | 1535.95 | 1811.8 | 1496.2 | 1183.55 | 1542.02 | 1905.44 | 1256.56 | 1907.64 | 2183.41 | 856.38 | 1834.8 | 1416.55 | 1281.01 | 1312.12 |
| O$_2$ Delivery (mL/min) | 0 | - | 5804.64 | 7726.83 | 4776.74 | 5627.72 | 6183.32 | 13458.68 | 4401.85 | 11302.68 | | 4623.7 | 8270.5 | 7923 | 6860.71 | 6145.9 |
| | 12 | - | 8447.73 | 11287.9 | 4189.35 | 6509.7 | 6476.6 | 11241 | 5277.5 | 11255 | 8515.3 | 2826.05 | 11375.8 | 7224.4 | 7301.88 | 5904.72 |
| Pulmonary Capacitance (mL/mmHg) | 0 | 1.15 | 1.25 | 1.06 | 0.87 | 1.06 | 0.56 | 2.5 | 0.96 | 1.09 | 1.27 | 0.85 | 1.79 | 2.06 | 1.6 | 1.51 |
| | 12 | 3.03 | 1.34 | 1.84 | 1.17 | 1.16 | 0.63 | 3.29 | 1 | 2.45 | 1.54 | 0.62 | 1.75 | 3.8 | 1.78 | 1.6 |
| RV Pulsatility | 0 | 0.92 | 0.71 | 0.78 | 1.35 | 0.98 | 1.07 | 0.87 | 0.85 | 0.92 | 0.9 | 1.07 | 0.74 | 0.92 | 1.05 | 0.97 |
| | 12 | 1 | 0.902 | 0.9216 | 1.4 | 1.125 | 0.9714 | 0.9655 | 1.0204 | 0.8286 | 1.0323 | 1.234 | 1.0571 | 0.7727 | 1.25 | 1.0588 |
| Pulse Pressure | 0 | 45 | 40 | 46 | 54 | 49 | 59 | 40 | 45 | 48 | 36 | 60 | 31 | 33 | 40 | 35 |
| | 12 | 20 | 46 | 47 | 42 | 54 | 68 | 28 | 50 | 29 | 32 | 58 | 37 | 17 | 40 | 36 |
| Stroke Volume (mL) | 0 | 51.81 | 50 | 48.99 | 46.88 | 51.9 | 33.01 | 100 | 43.28 | 52.08 | 45.68 | 51.14 | 55.56 | 67.86 | 63.89 | 52.94 |
| | 12 | 60.61 | 61.8 | 86.53 | 49.12 | 62.5 | 42.86 | 92.19 | 50 | 71.08 | 49.37 | 35.87 | 64.58 | 64.56 | 71.25 | 57.69 |
| Stroke Volume Index | 0 | 30.56 | 30 | 25.57 | 27.34 | 29.11 | 18.06 | 46.67 | 19.55 | 28.13 | 24.2 | 25.51 | 31.11 | 36.31 | 30.56 | 30.96 |
| | 12 | 35.75 | 37.08 | 45.16 | 28.66 | 35.06 | 23.45 | 43.02 | 22.59 | 38.39 | 26.15 | 20.72 | 36.17 | 34.54 | 34.08 | 33.74 |
| Systolic Blood Pressure | 0 | 125 | 160 | 124 | 136 | 109 | 119 | - | 90 | 128 | 135 | 159 | 110 | 135 | 91 | 120 |
| | 12 | 107 | 147 | 101 | 103 | 106 | 113 | - | 100 | 126 | 109 | 127 | 105 | 108 | 118 | 116 |
| Mean Arterial Pressure | 0 | 75 | 114 | 91 | 98 | 68 | 96 | - | 70 | 92 | 105 | 113 | 83 | 92 | 73 | 70 |
| | 12 | 81 | 108 | 87 | 75 | 76 | 90 | - | 82 | 94 | 85 | 94 | 75 | 75 | 81 | 84 |
| HR (beats/minute) | 0 | 72 | 75 | 79 | 64 | 79 | 93 | 72 | 67 | 96 | 81 | 88 | 90 | 84 | 72 | 68 |
| | 12 | 66 | 89 | 72 | 57 | 88 | 98 | 64 | 84 | 83 | 79 | 92 | 96 | 79 | 80 | 78 |
| Rs (dyn sec/cm$^5$) | 0 | 1222.52 | 2176 | 1509.04 | 2453.33 | 1131.7 | 2110.75 | - | 1793.1 | 1248 | 2054.05 | 1848.89 | 1136 | 1094.74 | 956.52 | 1311.1 |
| | 12 | 1420 | 1207.2 | 924.56 | 1942.86 | 974.55 | 1333.33 | - | 1428.57 | 1071.19 | 1620.58 | 1987.88 | 864.52 | 1113.73 | 996.49 | 1404.4 |
| PVR/Rs | 0 | 0.49 | 0.4 | 0.52 | 0.37 | 0.69 | 0.49 | - | 0.74 | 0.49 | 0.32 | 0.45 | 0.42 | 0.31 | 0.36 | 0.42 |
| | 12 | 0.14 | 0.31 | 0.5 | 0.34 | 0.58 | 0.71 | - | 0.56 | 0.25 | 0.32 | 0.43 | 0.4 | 0.25 | 0.31 | 0.37 |
| TPG | 0 | 31 | 44 | 41 | 34 | 40 | 40 | 31 | 48 | 38 | 30 | 47 | 30 | 22 | 20 | 25 |

[5]

LIQ_PH-ILD_00000245

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 10 | 26 | 36 | 23 | 39 | 50 | 25 | 42 | 20 | 25 | 35 | 27 | 18 | 22 | 29 |
| BNP (pg/mL) | 0 | 352 | 368 | 858 | 839 | 171 | 125 | 21 | 3470 | 20 | 66 | 250 | 408 | 54 | 554 | 810 |
| | 12 | 150 | 31 | 644 | 288 | 77 | 213 | 20 | 1310 | 20 | 123 | 20 | 102 | 20 | 165 | 244 |
| | 26 | 84 | 64 | - | 251 | 165 | 113 | 20 | 2030 | 20 | 20 | 240 | 189 | 21 | 102 | - |
| | 52 | - | 39 | - | - | - | - | 20 | - | 20 | 81 | - | - | - | 607 | - |

Table 5: Systemic & pulmonary hemodynamics and oxygenation at baseline compared to 12 weeks after parenteral treprostinil therapy

PVR: pulmonary vascular resistance; pulmonary capacitance = (stroke Volume/pulse pressure); Rs: systemic vascular resistance
TPG: transpulmonary gradient)
BNP: brain natriuretic peptide

[6]

LIQ_PH-ILD_00000246

# EXHIBIT 23

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

## ORIGINAL ARTICLE

# Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease

Aaron Waxman, M.D., Ph.D., Ricardo Restrepo-Jaramillo, M.D.,
Thenappan Thenappan, M.D., Ashwin Ravichandran, M.D., Peter Engel, M.D.,
Abubakr Bajwa, M.D., Roblee Allen, M.D., Jeremy Feldman, M.D.,
Rahul Argula, M.D., Peter Smith, Pharm.D., Kristan Rollins, Pharm.D.,
Chunqin Deng, M.D., Ph.D., Leigh Peterson, Ph.D., Heidi Bell, M.D.,
Victor Tapson, M.D., and Steven D. Nathan, M.D.

ABSTRACT

**BACKGROUND**

No therapies are currently approved for the treatment of pulmonary hypertension in patients with interstitial lung disease. The safety and efficacy of inhaled treprostinil for patients with this condition are unclear.

**METHODS**

We enrolled patients with interstitial lung disease and pulmonary hypertension (documented by right heart catheterization) in a multicenter, randomized, double-blind, placebo-controlled, 16-week trial. Patients were assigned in a 1:1 ratio to receive inhaled treprostinil, administered by means of an ultrasonic, pulsed-delivery nebulizer in up to 12 breaths (total, 72 $\mu g$) four times daily, or placebo. The primary efficacy end point was the difference between the two groups in the change in peak 6-minute walk distance from baseline to week 16. Secondary end points included the change in N-terminal pro–B-type natriuretic peptide (NT-proBNP) level at week 16 and the time to clinical worsening.

**RESULTS**

A total of 326 patients underwent randomization, with 163 assigned to inhaled treprostinil and 163 to placebo. Baseline characteristics were similar in the two groups. At week 16, the least-squares mean difference between the treprostinil group and the placebo group in the change from baseline in the 6-minute walk distance was 31.12 m (95% confidence interval [CI], 16.85 to 45.39; P<0.001). There was a reduction of 15% in NT-proBNP levels from baseline with inhaled treprostinil as compared with an increase of 46% with placebo (treatment ratio, 0.58; 95% CI, 0.47 to 0.72; P<0.001). Clinical worsening occurred in 37 patients (22.7%) in the treprostinil group as compared with 54 patients (33.1%) in the placebo group (hazard ratio, 0.61; 95% CI, 0.40 to 0.92; P=0.04 by the log-rank test). The most frequently reported adverse events were cough, headache, dyspnea, dizziness, nausea, fatigue, and diarrhea.

**CONCLUSIONS**

In patients with pulmonary hypertension due to interstitial lung disease, inhaled treprostinil improved exercise capacity from baseline, assessed with the use of a 6-minute walk test, as compared with placebo. (Funded by United Therapeutics; INCREASE ClinicalTrials.gov number, NCT02630316.)

From Brigham and Women's Hospital, Boston (A.W.); the University of South Florida, Tampa (R.R.-J.), and St. Vincent's Lung, Sleep, and Critical Care Specialists, Jacksonville (A.B.) — both in FL; the University of Minnesota, Minneapolis (T.T.); St. Vincent Medical Group, Indianapolis (A.R.); the Carl and Edyth Lindner Research Center at the Christ Hospital, Cincinnati (P.E.); University of California Davis Medical Center, Sacramento (R. Allen), and Cedars–Sinai, Los Angeles (V.T.); Arizona Pulmonary Specialists, Phoenix (J.F.); the Medical University of South Carolina, Charleston (R. Argula); United Therapeutics Corporation, Silver Spring, MD (P.S., K.R., C.D., L.P., H.B.); and Inova Fairfax Hospital, Falls Church, VA (S.D.N.). Address reprint requests to Dr. Nathan at the Advanced Lung Disease and Lung Transplant Program, Inova Heart and Vascular Institute, 3300 Gallows Rd., Falls Church, VA 22042, or at steven.nathan@inova.org.

This article was published on January 13, 2021, at NEJM.org.

N Engl J Med 2021;384:325-34.
DOI: 10.1056/NEJMoa2008470
*Copyright © 2021 Massachusetts Medical Society.*

325

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010790

DA0586

*The* NEW ENGLAND JOURNAL *of* MEDICINE

PRECAPILLARY PULMONARY HYPERTENsion is defined as an elevation in mean pulmonary arterial pressure and pulmonary vascular resistance.[1] In the World Health Organization (WHO) classification of pulmonary hypertension, precapillary pulmonary hypertension due to lung disease is classified as group 3. The most common lung diseases associated with group 3 pulmonary hypertension are chronic obstructive pulmonary disease and interstitial lung disease.

Pulmonary hypertension has been reported in up to 86% of patients with interstitial lung disease and is associated with reduced exercise capacity, greater need for supplemental oxygen, decreased quality of life, and earlier death.[2-4] Despite the global prevalence and poor clinical course of pulmonary hypertension due to interstitial lung disease, there are currently no approved therapies for these patients. Although data are limited, therapies approved for group 1 pulmonary hypertension (pulmonary arterial hypertension) have been used to treat group 3 pulmonary hypertension.[5] Previous studies of vasodilator therapies have shown conflicting results. The largest trial to date evaluated the soluble guanylate cyclase stimulator riociguat in a patient population with group 3 pulmonary hypertension and was stopped early owing to serious harm.[6]

Treprostinil is a stable analogue of prostacyclin, which promotes direct vasodilation of pulmonary and systemic arterial vascular beds and inhibits platelet aggregation.[7] An inhaled formulation of treprostinil was previously shown to improve exercise capacity after 12 weeks of therapy in patients with group 1 pulmonary hypertension.[8] Data from previously completed pilot studies suggest that inhaled treprostinil can improve hemodynamics and functional capacity in patients with group 3 pulmonary hypertension.[9-12] Therefore, the objective of the INCREASE trial was to evaluate the safety and efficacy of inhaled treprostinil in patients with pulmonary hypertension due to interstitial lung disease.

## METHODS

### TRIAL DESIGN AND OVERSIGHT

INCREASE was a multicenter, randomized, doubleblind, placebo-controlled trial. The steering committee (the first author and last two authors), in collaboration with the trial sponsor (United Therapeutics), designed the trial and oversaw its conduct. The trial protocol (available with the full text of this article at NEJM.org) was approved by the institutional review board at each participating site. The trial was monitored by an independent data and safety monitoring committee and was conducted in accordance with Good Clinical Practice guidelines. A full list of trial personnel, including the investigators and trial committees, is provided in Section S1 in the Supplementary Appendix, available at NEJM.org.

The collection, management, and analysis of the data were performed by the sponsor according to a prespecified statistical analysis plan (provided in the protocol). An independent academic statistician reviewed the statistical analysis plan and confirmed the primary efficacy analyses. Authors had independent access to the data and authority to conduct and confirm statistical analyses. All manuscript drafts were written by the steering committee and authors affiliated with the sponsor and were reviewed and approved by all the authors. The authors assume responsibility for the accuracy and completeness of the data, as well as for the fidelity of the trial to the protocol.

### TRIAL POPULATION

The trial population consisted of patients 18 years of age or older in whom interstitial lung disease was diagnosed on the basis of evidence of diffuse parenchymal lung disease on computed tomography of the chest (not centrally adjudicated) performed within 6 months before randomization. Confirmation of group 3 pulmonary hypertension by right heart catheterization within 1 year before randomization was required. Group 3 pulmonary hypertension was defined by pulmonary vascular resistance of more than 3 Wood units, pulmonary capillary wedge pressure of 15 mm Hg or lower, and mean pulmonary arterial pressure of 25 mm Hg or higher. Patients with group 3 pulmonary hypertension due to connective tissue disease were also required to have a baseline forced vital capacity of less than 70%. Eligible patients also had to walk at least 100 m during a 6-minute walk test. Patients receiving drug treatment (i.e., pirfenidone or nintedanib) for their underlying lung disease were required to have been receiving a stable dose for at least 30 days before undergoing randomization. Patients re-

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010791

DA0587

ceiving approved therapy for pulmonary arterial hypertension within 60 days before randomization were not eligible for enrollment. A complete list of trial enrollment criteria is provided in Section S2. Written informed consent was obtained from all the patients.

### TRIAL PROCEDURES

Within 30 days after screening, eligible patients were randomly assigned in a 1:1 ratio to receive inhaled treprostinil (Tyvaso, United Therapeutics) or placebo in a double-blind manner. Randomization, based on permuted blocks, was stratified by baseline 6-minute walk distance (≤350 m vs. >350 m) and was implemented through an interactive Web-response system.

Inhaled treprostinil (0.6 mg per milliliter) was administered by means of an ultrasonic, pulsed-delivery nebulizer at 6 $\mu$g per breath. Placebo was administered similarly as a visually identical solution. The first dose of trial drug (3 breaths) was administered in the clinic, followed by at least a 1-hour observation period. The dose of treprostinil or placebo was adjusted, with dose escalation (an additional 1 breath four times daily) occurring as often as every 3 days, with a target dose of 9 breaths four times daily and a maximum dose of 12 breaths four times daily. Investigators adjusted the dose on an individual patient basis to achieve the maximum tolerated dose leading to functional improvement.

### TRIAL ASSESSMENTS

The 6-minute walk test was performed and laboratory data were obtained at baseline and at weeks 4, 8, 12, and 16, or at the time of early discontinuation of treprostinil or placebo. Each 6-minute walk test was performed 10 to 60 minutes after the most recent dose of active drug or placebo, which is the time of peak plasma treprostinil exposure. (A description of the procedure for the 6-minute walk test is provided in Section S3.) A trough test was performed at week 15 at least 4 hours after the participant received a dose of treprostinil or placebo and at least 24 hours before the week 16 test. Pulse oximetry was performed immediately before, during, and after each 6-minute walk test. Measurement of N-terminal pro–B-type natriuretic peptide (NT-proBNP) levels and pulmonary function tests were performed at baseline and at

weeks 8 and 16 (or at early discontinuation) after the patients recovered from the 6-minute walk test. The St. George's Respiratory Questionnaire (SGRQ), a quality-of-life measure, was completed at baseline and week 16 or at the time of early discontinuation.

### OUTCOME MEASURES

The primary end point of the trial was the difference between the two groups in the change in peak 6-minute walk distance from baseline to week 16. Secondary efficacy end points were analyzed in the following hierarchical testing order: the change in NT-proBNP level from baseline to week 16, the time to clinical worsening, the change in 6-minute walk distance at peak plasma treprostinil level at week 12, and the change in 6-minute walk distance at trough treprostinil level at week 15. The time to clinical worsening was evaluated from the time of randomization until the patient's withdrawal from the trial and was defined as the time until the occurrence of any one of the following events: hospitalization for a cardiopulmonary indication, a decrease in 6-minute walk distance greater than 15% from baseline that was directly related to the disease under study at two consecutive visits and at least 24 hours apart, death from any cause, or lung transplantation.

Exploratory end points were the changes in peak 6-minute walk distance at weeks 4 and 8, quality of life as measured with the use of the SGRQ at week 16, and the distance–saturation product (calculated by multiplying the total distance walked by the lowest oxygen saturation measurement during the 6-minute walk) at week 16. Safety end points included adverse events, abnormal laboratory results, oxygenation as measured by pulse oximetry ($Spo_2$) and supplemental oxygen requirement, changes in pulmonary function test results, hospitalization for a cardiopulmonary indication, and investigator-reported exacerbations of underlying lung disease, defined as acute, clinically significant respiratory deterioration characterized by evidence of new widespread alveolar abnormality. A full list of trial end points is provided in Section S4.

### STATISTICAL ANALYSIS

Original estimates suggested that with 266 patients randomly assigned in a 1:1 ratio to receive

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010792

DA0588

*The* NEW ENGLAND JOURNAL *of* MEDICINE

inhaled treprostinil or placebo, the trial would have at least 90% power at a significance level of 0.05 (two-sided) to detect a between-group difference of 30 m in the change in peak 6-minute walk distance from baseline at week 16, assuming a standard deviation of 75 m. To account for approximately 15% of participants discontinuing the trial, 314 patients would need to be enrolled.

For the primary efficacy analysis, the change in 6-minute walk distance was analyzed by mixed-model repeated-measures methods, under the assumption that missing data were missing at random. The model included the change from baseline to peak 6-minute walk distance as the dependent variable, with treatment, week, and treatment-by-week interaction as fixed effects, and the baseline 6-minute walk distance as a covariate. A sensitivity analysis for the primary end point was performed by means of a multiple imputation approach with a multivariate normal imputation model according to the Markov chain Monte Carlo method. The imputation model included treatment group, all scheduled visits, the patient's sex, and the patient's age at randomization. If the result for the primary efficacy end point was significant, secondary efficacy end points were to be evaluated according to a hierarchical testing procedure. Confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects for secondary efficacy end points. Additional details of the statistical methods are provided in Section S5.

## RESULTS

### PATIENTS

Of 462 patients screened for eligibility, 326 were enrolled at 93 centers from February 3, 2017, through August 30, 2019, and were randomly assigned to receive placebo (163 patients) or inhaled treprostinil (163 patients) (Fig. 1). Reasons for screening failure for the 136 patients who were excluded are shown in Table S1. Baseline characteristics were similar in the two groups (Table 1). The mean age of the patients was 66.5 years, 46.9% were female, and the most common diagnosis was idiopathic interstitial pneumonia (in 44.8%). Baseline test data are provided in Table S2. At baseline, the mean 6-minute walk distance was 259.6 m, the mean pulmonary vascular resistance

was 6.2 Wood units, and the mean NT-proBNP level was 1832.9 pg per milliliter.

### EXPOSURE AND FOLLOW-UP

Patients in the treprostinil group took a median of 11 breaths from the inhaler (66 $\mu$g) at each of four daily sessions at week 12 and 12 breaths (72 $\mu$g) per session at week 16. The percentage of patients in this group who took 10 to 12 breaths (60 to 72 $\mu$g) per session was 57.0% at week 12 and 57.8% at week 16. Patients in the placebo group took a median of 12 breaths from the inhaler per session at weeks 12 and 16.

The date of the database lock was February 18, 2020. Forty patients assigned to receive inhaled treprostinil (24.5%) and 38 assigned to placebo (23.3%) discontinued the assigned regimen prematurely. These patients were encouraged to remain in the trial and complete assessments through week 16; 33 patients in the treprostinil group and 35 in the placebo group discontinued participation in the trial. The reasons for discontinuation are shown in Figure 1.

### PRIMARY END POINT

Mean within-group changes in the 6-minute walk distance are shown in Figure 2. Mixed-model repeated-measures analysis showed that the least-squares mean difference between the treprostinil group and the placebo group in the change from baseline in peak 6-minute walk distance was 31.12 m (95% confidence interval [CI], 16.85 to 45.39; P<0.001) (Table 2 and Fig. S1). Similar effects were observed across subgroups, including subgroups defined by disease cause and severity (as measured by baseline 6-minute walk distance), baseline hemodynamics, and dose group (Fig. S2). In addition, the between-group difference in the change from baseline in peak 6-minute walk distance at week 16 was significant when analyzed with multiple imputation according to the Markov chain Monte Carlo method (30.97 m; 95% CI, 16.53 to 45.41; P<0.001) (Fig. S3).

### SECONDARY AND EXPLORATORY END POINTS

Patients assigned to inhaled treprostinil, as compared with those assigned to placebo, showed significant improvements in each of the secondary end points (Table 2). The NT-proBNP level decreased 15% from baseline with inhaled treprostinil and increased 46% from baseline with

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

**UTC_PH-ILD_010793**

DA0589



**Figure 1. Screening, Randomization, and Follow-up.**

Of 462 patients screened for eligibility, 326 patients underwent randomization and received at least one dose of the assigned treprostinil or placebo (included in the intention-to-treat and safety populations). Reasons for screening failure (136 patients) are shown in Table S1. Of the patients who underwent randomization, 40 patients in the treprostinil group and 38 in the placebo group discontinued the assigned regimen prematurely. These patients were not withdrawn from the trial but were encouraged to remain and complete assessments through week 16; 33 patients in the treprostinil group and 35 in the placebo group discontinued trial participation before week 16.

placebo, as assessed by the least-squares mean for the log-transformed ratio to the baseline level at week 16 (treatment ratio, 0.58; 95% CI, 0.47 to 0.72; P<0.001) (Fig. S4). Clinical worsening occurred in 37 patients (22.7%) in the treprostinil group, as compared with 54 patients (33.1%) in the placebo group (hazard ratio, 0.61; 95% CI, 0.40 to 0.92; P=0.04 by the log-rank test) (Fig. S5). The least-squares mean change from baseline to week 12 in peak 6-minute walk distance was 31.29 m greater in the treprostinil group than in the placebo group (P<0.001), and the change

from baseline to week 15 in trough 6-minute walk distance was 21.99 m greater in the treprostinil group (P=0.004). There was no significant between-group difference in patient-reported quality of life as assessed with the SGRQ or in the distance–saturation product at week 16 (Tables S3 and S4).

**SAFETY END POINTS**

The most frequently reported adverse events were cough, headache, dyspnea, dizziness, nausea, fatigue, and diarrhea (Table 3). Most of these

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010794

DA0590

The NEW ENGLAND JOURNAL of MEDICINE

**Table 1. Characteristics of the Patients at Baseline.***

| Characteristic | Inhaled Treprostinil (N=163) | Placebo (N=163) | All Patients (N=326) |
|---|---|---|---|
| Female sex — no. (%) | 85 (52.1) | 68 (41.7) | 153 (46.9) |
| Mean age at randomization (range) — yr | 65.6 (26–90) | 67.4 (36–85) | 66.5 (26–90) |
| Age distribution — no. (%) | | | |
| <65 yr | 64 (39.3) | 48 (29.4) | 112 (34.4) |
| 65 to <80 yr | 83 (50.9) | 100 (61.3) | 183 (56.1) |
| ≥80 yr | 16 (9.8) | 15 (9.2) | 31 (9.5) |
| Race or ethnic group — no. (%)† | | | |
| White | 112 (68.7) | 126 (77.3) | 238 (73.0) |
| Black or African American | 41 (25.2) | 30 (18.4) | 71 (21.8) |
| American Indian or Alaska Native | 2 (1.2) | 1 (0.6) | 3 (0.9) |
| Asian | 7 (4.3) | 5 (3.1) | 12 (3.7) |
| Multiple | 0 | 1 (0.6) | 1 (0.3) |
| Unknown | 1 (0.6) | 0 | 1 (0.3) |
| Hispanic or Latino ethnic group — no. (%)† | | | |
| Yes | 11 (6.7) | 16 (9.8) | 27 (8.3) |
| No | 152 (93.3) | 146 (89.6) | 298 (91.4) |
| Data missing | 0 | 1 (0.6) | 1 (0.3) |
| Mean time since diagnosis — yr | 0.54±1.16 | 0.54±1.31 | 0.54±1.23 |
| Cause of lung disease — no. (%) | | | |
| Idiopathic interstitial pneumonia | 65 (39.9) | 81 (49.7) | 146 (44.8) |
| Chronic hypersensitivity pneumonitis | 10 (6.1) | 9 (5.5) | 19 (5.8) |
| Occupational lung disease | 5 (3.1) | 1 (0.6) | 6 (1.8) |
| Combined pulmonary fibrosis and emphysema | 42 (25.8) | 40 (24.5) | 82 (25.2) |
| Connective tissue disease | 40 (24.5) | 32 (19.6) | 72 (22.1) |
| Other | 1 (0.6) | 0 | 1 (0.3) |
| Idiopathic interstitial pneumonia subcategory — no. (%) | | | |
| Idiopathic pulmonary fibrosis | 37 (22.7) | 55 (33.7) | 92 (28.2) |
| Idiopathic nonspecific interstitial pneumonia | 21 (12.9) | 16 (9.8) | 37 (11.3) |
| Respiratory bronchiolitis associated with interstitial lung disease | 2 (1.2) | 0 | 2 (0.6) |
| Desquamative interstitial pneumonia | 0 | 1 (0.6) | 1 (0.3) |
| Acute interstitial pneumonia | 0 | 1 (0.6) | 1 (0.3) |
| Unclassified idiopathic interstitial pneumonia | 5 (3.1) | 8 (4.9) | 13 (4.0) |
| Use of supplemental oxygen — no. (%) | 119 (73.0) | 114 (69.9) | 233 (71.5) |
| Background therapy — no. (%) | | | |
| None | 133 (81.6) | 119 (73.0) | 252 (77.3) |
| Pirfenidone only | 19 (11.7) | 25 (15.3) | 44 (13.5) |
| Nintedanib only | 11 (6.7) | 19 (11.7) | 30 (9.2) |

* Plus–minus values are means ±SD. Additional patient characteristics at baseline are provided in Table S2 in the Supplementary Appendix. Percentages may not total 100 because of rounding.
† Race and ethnic group were reported by the patient.

330

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010795

DA0591

events were of mild-to-moderate intensity. Serious adverse events occurred in 23.3% of the patients who received inhaled treprostinil and in 25.8% of those who received placebo (Table S5). No serious adverse events were reported significantly more frequently in the treprostinil group than in the placebo group. A full list of serious adverse events is provided in Table S5.

Significantly fewer patients in the treprostinil group than in the placebo group had exacerbations of underlying lung disease (43 [26.4%] vs. 63 [38.7%]; P=0.02 by Fisher's exact test). Fewer patients in the treprostinil group than in the placebo group had a first occurrence of clinical worsening that involved hospitalization for a cardiopulmonary indication (18 [11.0%] vs. 24 [14.7%]; P=0.41). Inhaled treprostinil had no deleterious effect on any pulmonary function test variable during the trial (Table S6). There were no significant treatment-related changes in pulse oximetry or supplemental oxygen use in either group over the trial period (Tables S7 and S8).

## DISCUSSION

Pulmonary hypertension frequently complicates the treatment of patients with interstitial lung disease and is associated with worse functional status, greater need for supplemental oxygen, and worse outcomes.[3,13] In the INCREASE trial, patients treated with inhaled treprostinil had significant improvements in exercise capacity, as evidenced by changes in the 6-minute walk distance. Treatment with inhaled treprostinil was also associated with a lower risk of clinical worsening than that in patients who received placebo, as well as reductions in NT-proBNP levels and fewer exacerbations of underlying lung disease, over the 16-week treatment period. The safety profile of inhaled treprostinil observed in this vulnerable patient population was similar to that reported in previous studies. The most frequently reported adverse events were cough, headache, dyspnea, dizziness, nausea, fatigue, and diarrhea. The use of inhaled treprostinil was not associated with any decrement in lung function.

Patients with group 3 pulmonary hypertension are often treated with systemic pulmonary vasodilators, which are currently approved only for treatment of group 1 pulmonary hypertension. However, there is concern that such agents



**Figure 2. Mean Change from Baseline in Peak 6-Minute Walk Distance through Week 16.**

Shown are mean (±SE) changes from baseline (dashed line) in peak 6-minute walk distance over the 16-week trial period. The data shown are for patients with available data (observed) as well as for the results of two analysis methods used to account for missing data. The values shown at each data point indicate the number of patients assessed at that time point. The primary analysis used mixed-model repeat-measurement (MMRM) methods, with the assumption that missing data were missing at random. The model included the change from baseline to peak 6-minute walk distance as the dependent variable, with treatment, week, and treatment-by-week interaction as fixed effects, and the baseline 6-minute walk distance as a covariate. A sensitivity analysis for the primary end point was performed with the use of a multiple imputation approach with a multivariate normal imputation model using the Markov chain Monte Carlo (MCMC) method. The imputation model included treatment group, all scheduled visits, patient's sex, and patient's age at randomization. The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

could worsen ventilation–perfusion matching in patients with group 3 pulmonary hypertension. Inhaled agents have the advantage of preferentially redirecting blood flow to the best-ventilated lung units, thus reducing the risk of ventilation–perfusion mismatching.[9,14] Indeed, a retrospective study of inhaled treprostinil in patients with group 3 pulmonary hypertension showed that such patients had improvements in functional class and 6-minute walk distance without any adverse effect on peripheral oxygen saturation, reinforcing the concept of unchanged or even improved ventilation–perfusion matching with inhaled treprostinil.[10] Similarly, in the current trial, we found no evidence of worsened oxygenation, which further allays concerns about ventilation–perfusion mismatching.

The INCREASE trial was not without its limi-

The New England Journal of Medicine

Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.

Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010796

DA0592

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 2. Summary of Primary and Secondary End Points.***

| End Point | Inhaled Treprostinil (N = 163) | Placebo (N = 163) | Treatment Effect (95% CI) | P Value |
|---|---|---|---|---|
| **Primary end point** | | | | |
| Change in peak 6-minute walk distance from baseline to wk 16 — m† | 21.08±5.12 | −10.04±5.12 | 31.12±7.25 (16.85 to 45.39)‡ | <0.001 |
| **Secondary end points§** | | | | |
| Change in plasma concentration of NT-proBNP from baseline to wk 16¶ | | | | |
| Mean (±SD) change — pg/ml | −396.35±1904.90 | 1453.95±7296.20 | | |
| Median — pg/ml | −22.65 | 20.65 | | |
| Range — pg/ml | −11,433.0 to 5373.1 | −5483.3 to 87,148.3 | | |
| Ratio to baseline | 0.85±0.06 | 1.46±0.11 | 0.58±0.06 (0.47 to 0.72)‖ | <0.001 |
| Occurrence of clinical worsening — no. (%) | | | 0.61 (0.4 to 0.92)** | 0.04 |
| Any event | 37 (22.7) | 54 (33.1) | | |
| Hospitalization for cardiopulmonary indication | 18 (11.0) | 24 (14.7) | | |
| Decrease in 6-minute walk distance of >15% from baseline | 13 (8.0) | 26 (16.0) | | |
| Death from any cause | 4 (2.5) | 4 (2.5) | | |
| Lung transplantation | 2 (1.2) | 0 | | |
| Least-squares mean change in peak 6-minute walk distance from baseline to wk 12 — m† | 18.77±4.99 | −12.52±5.01 | 31.29±7.07 (17.37 to 45.21)‡ | <0.001 |
| Least-squares mean change in trough 6-minute walk distance from baseline to wk 15 — m | 9.3±5.5 | −12.7±5.5 | 21.99±7.7 (6.85 to 37.14)‡ | 0.005†† |

\* Plus–minus values are means ±SE, unless otherwise indicated. For secondary end points, the confidence intervals (CIs) have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects. NT-proBNP denotes N-terminal pro–B-type natriuretic peptide.

† The effect of inhaled treprostinil as compared with placebo on the change in 6-minute walk distance was evaluated with the use of a mixed-model repeat measurement with the change from baseline in peak 6-minute walk distance as the dependent variable; treatment, week, and treatment-by-week interaction as the fixed effects; baseline 6-minute walk distance as the covariate; and subject as the random effect. Results are shown in Figures S1 and S3.

‡ This is a least-squares mean difference between the groups.

§ The effect of inhaled treprostinil as compared with placebo on the change in log-transformed NT-proBNP was evaluated with the use of a mixed-model repeat measurement with the change from baseline in log-transformed NT-proBNP as the dependent variable; treatment, week, and treatment-by-week interaction as the fixed effects; and log-transformed baseline NT-proBNP as the covariate. Ratio to baseline is the least-squares mean of the change from baseline in log-transformed data.

¶ The change in plasma concentration of NT-proBNP from baseline to week 16 was assessed in 156 patients in the treprostinil group and 160 in the placebo group.

‖ This is the treatment ratio, which is the ratio of ratios between two treatment groups.

** This is a hazard ratio, calculated from a Cox proportional-hazards model. The P value was calculated with the use of a log-rank test stratified by the baseline 6-minute walk distance category.

†† The P value was obtained from 100 multiple imputations with Markov chain Monte Carlo estimation with the use of analysis of covariance (ANCOVA) modeling, with the change from baseline in peak 6-minute walk distance as the dependent variable, treatment as a fixed effect, and baseline 6-minute walk distance as a covariate.

tations. The trial was of short duration, and 21% of the patients discontinued the trial prematurely (before week 16). In addition, events of clinical worsening and exacerbation of underlying lung disease were investigator-reported and not adjudicated by an independent review committee. Finally, the size of the favorable treatment effect

on the 6-minute walk distance with inhaled treprostinil is similar to estimates of the minimum clinically important difference for this test in patients with pulmonary disease (21.7 to 37 m in a study by Nathan et al., and 24 to 45 m in a study by du Bois et al.).[15,16]

This study showed that among patients with

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010797

DA0593

**Table 3.** Summary of Adverse Events.

| Variable | Inhaled Treprostinil (N=163) | Placebo (N=163) | P Value* |
|---|---|---|---|
| Total no. of adverse events | 890 | 793 | |
| Patients with ≥1 adverse event — no. (%) | 152 (93.3) | 149 (91.4) | 0.68 |
| Total no. of serious adverse events† | 53 | 89 | |
| Patients with ≥1 serious adverse event — no. (%) | 38 (23.3) | 42 (25.8) | 0.70 |
| Total no. of adverse events leading to withdrawal of treprostinil or placebo | 47 | 38 | |
| Most frequently occurring adverse events — no. of patients (%)‡ | | | |
| Cough | 71 (43.6) | 54 (33.1) | 0.07 |
| Headache | 45 (27.6) | 32 (19.6) | 0.12 |
| Dyspnea | 41 (25.2) | 51 (31.3) | 0.27 |
| Dizziness | 30 (18.4) | 23 (14.1) | 0.37 |
| Nausea | 25 (15.3) | 26 (16.0) | >0.99 |
| Fatigue | 23 (14.1) | 23 (14.1) | >0.99 |
| Diarrhea | 22 (13.5) | 19 (11.7) | 0.74 |
| Throat irritation | 20 (12.3) | 6 (3.7) | 0.007 |
| Oropharyngeal pain | 18 (11.0) | 4 (2.5) | 0.003 |
| NT-proBNP increased | 9 (5.5) | 25 (15.3) | 0.006 |

* P values were calculated with the use of Fisher's exact test.
† A list of serious adverse events is shown in Table S5.
‡ Shown are the most frequently occurring adverse events occurring in more than 10% of patients in either group in the safety population, which comprised all patients who underwent randomization and received at least one dose of treprostinil or placebo.

pulmonary hypertension due to interstitial lung disease, treatment with inhaled treprostinil improved exercise capacity as shown by improvement in the 6-minute walk distance through the end of the 16-week treatment period. In addition, treatment with inhaled treprostinil was associated with a lower risk of clinical worsening than that with placebo, a reduction in NT-proBNP levels, and fewer exacerbations of underlying lung disease.

Supported by United Therapeutics.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

A data sharing statement provided by the authors is available with the full text of this article at NEJM.org.

We thank Lisa Edwards, Ph.D. (United Therapeutics), for statistical expertise and support provided in the conduct of the trial; and Eric Shen, Pharm.D. (United Therapeutics), and April Ingram (Upstart Medical Communications) for editorial support with an earlier version of the manuscript, funded by United Therapeutics.

**REFERENCES**

1. Simonneau G, Montani D, Celermajer DS, et al. Haemodynamic definitions and updated clinical classification of pulmonary hypertension. Eur Respir J 2019;53: 1801913.
2. Nathan SD. Pulmonary hypertension in interstitial lung disease. Int J Clin Pract Suppl 2008;160:21-8.
3. Nathan SD, Hassoun PM. Pulmonary hypertension due to lung disease and/or hypoxia. Clin Chest Med 2013;34:695-705.

4. King CS, Shlobin OA. The trouble with group 3 pulmonary hypertension in interstitial lung disease: dilemmas in diagnosis and the conundrum of treatment. Chest 2020;158:1651-64.
5. Trammell AW, Pugh ME, Newman JH, Hemnes AR, Robbins IM. Use of pulmonary arterial hypertension-approved therapy in the treatment of non-group 1 pulmonary hypertension at US referral centers. Pulm Circ 2015;5:356-63.

6. Nathan SD, Behr J, Collard HR, et al. Riociguat for idiopathic interstitial pneumonia-associated pulmonary hypertension (RISE-IIP): a randomised, placebo-controlled phase 2b study. Lancet Respir Med 2019;7:780-90.
7. Whittle BJ, Silverstein AM, Mottola DM, Clapp LH. Binding and activity of the prostacyclin receptor (IP) agonists, treprostinil and iloprost, at human prostanoid receptors: treprostinil is a potent

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010798

DA0594

DP1 and EP2 agonist. Biochem Pharmacol 2012;84:68-75.

**8.** McLaughlin VV, Benza RL, Rubin LJ, et al. Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial. J Am Coll Cardiol 2010;55:1915-22.

**9.** Faria-Urbina M, Oliveira RKF, Agarwal M, Waxman AB. Inhaled treprostinil in pulmonary hypertension associated with lung disease. Lung 2018;196:139-46.

**10.** Agarwal M, Waxman AB. Inhaled treprostinil in group-3 pulmonary hypertension. J Heart Lung Transplant 2015;34: Suppl:S343. abstract.

**11.** Bajwa AA, Shujaat A, Patel M, Thomas C, Rahaghi F, Burger CD. The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease. Pulm Circ 2017;7:82-8.

**12.** Wang L, Jin Y-Z, Zhao Q-H, et al. Hemodynamic and gas exchange effects of inhaled iloprost in patients with COPD and pulmonary hypertension. Int J Chron Obstruct Pulmon Dis 2017;12: 3353-60.

**13.** Lettieri CJ, Nathan SD, Browning RF, Barnett SD, Ahmad S, Shorr AF. The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis. Respir Med 2006;100:1734-41.

**14.** Dernaika TA, Beavin M, Kinasewitz GT. Iloprost improves gas exchange and exercise tolerance in patients with pulmonary hypertension and chronic obstructive pulmonary disease. Respiration 2010; 79:377-82.

**15.** Nathan SD, du Bois RM, Albera C, et al. Validation of test performance characteristics and minimal clinically important difference of the 6-minute walk test in patients with idiopathic pulmonary fibrosis. Respir Med 2015;109:914-22.

**16.** du Bois RM, Weycker D, Albera C, et al. Six-minute-walk test in idiopathic pulmonary fibrosis: test validation and minimal clinically important difference. Am J Respir Crit Care Med 2011;183:1231-7.

*Copyright © 2021 Massachusetts Medical Society.*

---

RECEIVE IMMEDIATE NOTIFICATION WHEN AN ARTICLE IS PUBLISHED ONLINE FIRST

To be notified by email when *Journal* articles are published online first, sign up at NEJM.org.

---

The New England Journal of Medicine
Downloaded from nejm.org on February 16, 2024. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

UTC_PH-ILD_010799

DA0595

# Supplementary Appendix

This appendix has been provided by the authors to give readers additional information about their work.

Supplement to: Waxman A, Restrepo-Jaramillo R, Thenappan T, et al. Inhaled treprostinil in pulmonary hypertension due to interstitial lung disease. N Engl J Med 2021;384:325-34. DOI: 10.1056/NEJMoa2008470

UTC_PH-ILD_010800

INCREASE Supplementary Appendix

# Table of Contents

1. List of Investigators and Trial Committees ............................................................................. 3

2. Study Inclusion and Exclusion Criteria ................................................................................... 6

    **2.1 Inclusion Criteria** ............................................................................................................ **6**

    **2.2 Exclusion Criteria** .......................................................................................................... **7**

3. Methods ................................................................................................................................... 8

    **3.1  Procedure for 6-Minute Walk Test** ............................................................................... **8**

4. Study Endpoints .................................................................................................................... 10

5. Statistical Methods ............................................................................................................... 12

6. Supplementary Figures ........................................................................................................ 14

    **Figure S1. 6-Minute Walk Distance Treatment Effect Using Mixed Model Repeated Measurement Through Week 16.** ................................................................................... **14**

    **Figure S2. Forest Plot on Subgroup Analyses of Peak 6-Minute Walk Distance (meter) at Week 16.** **15**

    **Figure S3. 6-Minute Walk Distance Treatment Effect Using Multiple Imputation Through Week 16.** **16**

    **Figure S4. NT-proBNP Results by Study Visit (pg/mL).** ..................................................... **17**

    **Figure S5. Kaplan-Meier Plot of Time to First Clinical Worsening Event.** ......................... **18**

    **Figure S6. Hodges-Lehmann Estimate of Treatment Effect for 6-Minute Walk Distance Through Week 16.** ................................................................................................................ **19**

7. Supplementary Tables .......................................................................................................... 20

    **Table S1. Summary of Screen Failure Reasons.** ............................................................... **20**

    **Table S2. Additional Baseline Patient Characteristics.** ..................................................... **21**

    **Table S3. St. George's Respiratory Questionnaire Results.** .............................................. **22**

    **Table S4. Distance Saturation Product Results by Study Visit (m%).** ................................ **23**

    **Table S5. Serious Adverse Events by Preferred Term** ....................................................... **24**

    **Table S6. Analysis of Lung Function Test Parameters Using Mixed Model Repeated Measurement.** **26**

    **Table S7. SpO$_2$ (%) Measured by Pulse Oximetry Results at Baseline and Week 16.** ......... **28**

    **Table S8. Supplemental Oxygen Use (L/min) at Baseline and Week 16.** ........................... **29**

8. References ............................................................................................................................. 30

UTC_PH-ILD_010801

INCREASE Supplementary Appendix

# 1. List of Investigators and Trial Committees

**The INCREASE Investigators are as follows:**

Roblee Allen, MD, University of California, Davis Medical Center; Hassan Alnuaimat, MD, University of Florida Clinical Research Center; MaryEllen Antkowiak, MD, Vermont Lung Center; Alvaro Aranda, MD, Auxilio Mutuo Hospital; Rahul Argula, MD, Medical University of South Carolina; Francis J Averill, MD, JD, St. Francis Sleep Allergy and Lung Institute; Rana Awdish, MD, Henry Ford Health System; Remzi Bag, MD, University of Chicago Medical Center; Abubakr A. Bajwa, MD, St. Vincent's Lung, Sleep, and Critical Care Specialists; Vandana Kavita Seeram, MD, Abubakr A. Bajwa, MD, University of Florida College of Medicine; Vijay Balasubramanian, MD, University of California San Francisco – Fresno; Christopher Barnett, MD, MedStar Washington Hospital Center; Sonja Bartolome, MD, UT Southwestern Medical School; Himanshu Bhardwaj, MD, OU Medical Center; Robert C Bourge, MD, The Kirklin Clinic of UAB Hospital; Jeffrey Robinson, MD, John Butler, MD, The Oregon Clinic-Pulmonary, Critical Care & Sleep Medicine-West; Andrew Kolodziej, MD, Ketan Buch, MD, University of Kentucky Medical Center; Todd M. Bull, MD, University of Colorado Hospital – Cardiac and Vascular Center; Charles Burger, MD, Mayo Clinic Florida; Hector Cajigas, MD, Northwestern University School of Medicine; Michael Campos, MD, Miami Veterans Affairs Medical Center; Amy Case, MD, Piedmont – Georgia Lung Associates; Roxana Sulica, MD, Rany Condos, MD, NYU Langone Health; David De La Zerda, MD, University of Miami Pulmonary Research Center; Shilpa DeSouza, MD, Winthrop-University Hospital, Clinical Trials Center; Adrian G. DiVittorio, MD, IMC - Diagnostic & Medical Clinic; Hilary M. DuBrock, MD, MMSc, Mayo Clinic; Michael S. Eggert, MD, Sentara Norfolk General Hospital; Sherif G. El Bayadi, MD, Pulmonary Health Physicians, PC; Jean Elwing, MD, UC Health; Peter J. Engel, MD, The Carl and Edyth Lindner Research Center at The Christ Hospital; Karen A. Fagan, MD, University of South Alabama; Peter S. Marshall, MD, Wassim Fares, MD, Yale New Haven Hospital; Jeremy P. Feldman, MD, Arizona Pulmonary Specialists, Ltd.; Micah Fisher, MD, The Emory Clinic; Hubert James Ford III, MD, University of North Carolina Hospitals; Dr. Sandeep Sahay, MD, Adaani Frost, MD, Houston Methodist; James Patrick Gagermeier, MD, Loyola University Medical Center; Sivagini Ganesh, MD, University of Southern California, Health Sciences Campus; Hernando Garcia, MD, Texas Tech University, Health Sciences Center at El Paso; Alicia Gerke, MD, University of Iowa Hospitals & Clinics; Reda Ebeid Girgis, MD, Spectrum Health Heart & Lung Specialized Care Clinic; Jeffrey Golden, MD, University of California San Francisco; Maria Giovanna Trivieri, MD, Radha Gopalan, MD, Mount Sinai Medical Center; John Kingrey, MD, Janardhana Gorthi, MD, INTEGRIS Baptist Medical Center; Dana McGlothlin, MD, Sachin Gupta, MD, Kaiser Permanente; Antoine Hage, MD, Cedars - Sinai Medical Center; William Harvey, MD, IU Health Physicians Advanced Heart & Lung Clinic; Paul Hassoun, MD, Johns Hopkins University, Pulmonary and Critical Care Medicine; Nicholas Hill, MD, Tufts Medical Center; Lawrence Ho, MD, University of Washington Medical Center; Ahmed El-Bershawi, MD, Heba Ismail, MD, Pacific Pulmonary Medical Group; Behrouz Jafari, MD, VA Long Beach Healthcare System; Javier Jimenez, MD, South Miami Heart Specialists; Shilpa Johri,

UTC_PH-ILD_010802

INCREASE Supplementary Appendix

MD, Pulmonary Associates of Richmond, Inc.; Christopher King, MD, Inova Fairfax Medical Campus; Tunay Kuru, MD, MedStar Georgetown University Hospital; Matthew Lammi, MD, Louisiana State University Health Sciences Center – New Orleans; Jennifer Davel, MD, Navneet Lather, MD, Community Heart and Vascular Facility of Community Hospital East; Deborah J. Levine, MD, University of Texas Health Science Center; Dustin R. Fraidenburg, MD, Roberto F. Machado, MD, University of Illinois at Chicago Hospital; Yolanda Mageto, MD, MPH, Baylor University Medical Center; Catherine J. Markin, MD, Legacy Medical Group - Pulmonary and Sleep Clinic; Scott E. Mattson, DO, Lutheran Medical Group; John W. McConnell, MD, Kentuckiana Pulmonary Associates; Colleen A. McEvoy, MD, Washington University; Boris I. Medarov, MD, Albany Medical College; Lana Melendres-Groves, MD, University of New Mexico; Jeffrey E. Michaelson, MD, Wellstar Medical Group - Pulmonary Medicine; Ruth Minkin, MD, New York Methodist Hospital; Hadi Chohan, MD, Syed I. Mobin, MD, Central Florida Pulmonary Group, PA; Sydney B. Montesi, MD, Massachusetts General Hospital; Majid Mughal, MD, McLaren Greater Lansing; Rachel E. Nisbet, MD, Hamilton Mill Clinical Research; Amy Olson, MD, National Jewish Health; Lavannya Pandit, MD, Michael E. DeBakey VA Medical Center; Joseph Parambil, MD, Cleveland Clinic; Bela Patel, MD, Memorial Hermann Hospital - Texas Medical Center; David Poch, MD, USCD Medical Center; Kenneth W. Presberg, MD, Medical College of Wisconsin/Froedtert Hospital; Michael A. Pritchett, DO, Pinehurst Medical Clinic; Jinesh Mehta, MD, Franck Rahaghi, MD, Cleveland Clinic Florida; Sudarshan Rajagopal, MD, PhD, Duke University Medical Center - Duke South Clinic; Amresh Raina, MD, Allegheny General Hospital; Gautam V. Ramani, MD, University of Maryland Medical Center Division of Cardiology; Abhijit Raval, MD, AnMed Health Pulmonary and Sleep Medicine; Ashwin K. Ravichandran, MD, St. Vincent Medical Group, Inc.; Ricardo Restrepo-Jaramillo, MD, University of South Florida; Michael Risbano, MD, UPMC Montfiore University Hospital; Franz Rischard, DO, University of Arizona; Justin Roberts, DO, Lancaster General Health; James Runo, MD, University of Wisconsin School of Medicine and Public Health; Shigeki Saito, MD, Tulane Medical Center; Jeffrey Sager, MD, Santa Barbara Cottage Hospital; Robert J Schilz, DO, PhD, University Hospitals Case Medical Center (UHCMC); Karim El-Kersh, MD, Jimmy Shaun Smith, DO, University of Louisville Physicians Outpatient Center; Shelley Shapiro, MD, PhD, Department of Veterans Affairs Greater Los Angeles Healthcare System; Kerri Akaya Smith, MD, Penn Medicine University City; Lewis Gilmer Satterwhite, MD, Leslie Spikes, MD, University of Kansas Medical Center; Irina Sobol, MD, New York Presbyterian - Weill Cornell Medicine; John Robert Spurzem, MD, University of Mississippi Medical Center; Joseph Stevenson, DO, Saint Mary's Regional Medical Center, Saint Mary's Health Network; John Swisher, PhD, MD, Statcare Pulmonary Consultants; Roxana Sulica, MD, ICAHN School of Medicine – Mount Sinai Beth Israel; Arunabh Talwar, MD, FCCP, Northwell Health; Nitin Y. Bhatt, MD, Rajive Tandon, MD, The Ohio State University Wexner Medical Center; James Tarver, MD, Florida Hospital; Thenappan Thenappan, MD, University of Minnesota; Austin B. Thompson III, MD, Nebraska Medicine; Fred Umeh, MD, Clinical Research Specialists, LLC; Rajat Walia, MD, St. Joseph's Hospital and Medical Center; Aaron B. Waxman, MD, PhD, Brigham and Women's Hospital; Sheila Weaver, DO, Temple

4

UTC_PH-ILD_010803

INCREASE Supplementary Appendix

University Hospital, Temple Lung Center; Joel A. Wirth, MD, Chest Medicine Associates; Mark Yagan, MD, Saint Luke's Hospital of Kansas City; Peter Yau, MD, FCCP, Scott & White Memorial Hospital and Clinic; Mark Yoder, MD, Rush University Medical Center; Dianne L. Zwicke, MD, Aurora St. Luke's Medical Center.

**INCREASE Steering Committee Members:** Aaron Waxman, MD, PhD, Brigham and Women's Hospital; Victor Tapson, MD, Cedars Sinai; Steven D. Nathan, MD, Inova Fairfax Hospital

**INCREASE Data Monitoring Committee:** David Badesch, MD, FACP, FCCP, University of Colorado Denver; David Langleben, MD, Jewish General Hospital; Ronald Oudiz, MD, FACP, FACC, FCCP, UCLA Medical Center; Lisa Weisfeld, PhD, Statistics Collaborative

**Independent Academic Statistician:** Joseph Ibrahim, PhD, Gillings School of Global Public Health, University of North Carolina at Chapel Hill

UTC_PH-ILD_010804

INCREASE Supplementary Appendix

# 2. Study Inclusion and Exclusion Criteria

## 2.1 Inclusion Criteria

1. Subject voluntarily gives informed consent to participate in the study.
2. Males and females aged 18 years or older at the time of informed consent.
   a. Females of reproductive potential[1] must be non-pregnant (as confirmed by a urine pregnancy test at screening) and non-lactating, and will:
      i. Either abstain from intercourse (when it is in line with their preferred and usual lifestyle), or
      ii. Use 2 medically acceptable, highly effective forms of contraception[2] for the duration of the study, and at least 30 days after discontinuing study drug.
   b. Males with a partner of childbearing potential must use a condom for the duration of treatment and for at least 48 hours after discontinuing study drug.
3. The subject has a confirmed diagnosis of World Health Organization Group 3 pulmonary hypertension based on computed tomography imaging, which demonstrates evidence of diffuse parenchymal lung disease performed within 6 months prior to randomization. Subjects may have any form of interstitial lung disease or combined pulmonary fibrosis and emphysema.
4. Subjects are required to have a right heart catheterization within 1 year prior to randomization with the following documented parameters:
   a. Pulmonary vascular resistance >3 Wood Units and
   b. A pulmonary capillary wedge pressure of ≤15 mmHg and
   c. A mean pulmonary arterial pressure of ≥25 mmHg
5. Baseline 6-minute walk distance ≥ 100 meters.
6. Subjects on a chronic medication for underlying lung disease (ie, pirfenidone, nintedanib, etc) must be on a stable and optimized dose for ≥30 days prior to randomization.
7. In the opinion of the Investigator, the subject is able to communicate effectively with study personnel, and is considered reliable, willing and likely to be cooperative with protocol requirements, including attending all study visits.
8. Subjects with connective tissue disease must have a Baseline forced vital capacity of <70%.

[1] Females who are successfully sterilized (surgical sterilization methods include hysterectomy, bilateral tubal ligation, or bilateral oophorectomy) or are postmenopausal (defined as amenorrhea for at least 12 consecutive months) are not considered to be of reproductive potential.

[2] Medically acceptable, highly effective forms of contraception can include approved hormonal contraceptives (oral, injectable, and implantable), and barrier methods (such as a condom or diaphragm) when used with a spermicide. For women of reproductive potential, a negative pregnancy test is required at Screening and Baseline prior to initiating study drug.

6

UTC_PH-ILD_010805

INCREASE Supplementary Appendix

## 2.2 Exclusion Criteria

1. The subject has a diagnosis of pulmonary arterial hypertension or pulmonary hypertension for reasons other than World Health Organization Group 3 pulmonary hypertension due to interstitial lung disease as outlined in inclusion criterion 3.
2. The subject has shown intolerance or significant lack of efficacy to a prostacyclin or prostacyclin analogue that resulted in discontinuation or inability to effectively titrate that therapy.
3. The subject has received any pulmonary arterial hypertension approved therapy including: prostacyclin therapy (ie, epoprostenol, treprostinil, iloprost, or beraprost; except for acute vasoreactivity testing), IP receptor agonist (selexipag), endothelin receptor antagonist, phosphodiesterase type 5 inhibitor, or soluble guanylate cyclase stimulator within 60 days of randomization.
4. The subject has evidence of clinically significant left-sided heart disease as defined by:
   a. Pulmonary capillary wedge pressure >15 mmHg
   b. Left ventricular ejection fraction <40%.

*Note: Subjects with abnormal left ventricular function attributable entirely to impaired left ventricular filling due to the effects of right ventricular overload (ie, right ventricular hypertrophy and/or dilatation) will not be excluded.*

5. The subject is receiving >10 L/min of oxygen supplementation by any mode of delivery at rest at Baseline.
6. Current use of any inhaled tobacco/marijuana products or significant history of drug abuse at the time of informed consent.
7. Exacerbation of underlying lung disease or active pulmonary or upper respiratory infection within 30 days of randomization.
8. Initiation of pulmonary rehabilitation within 12 weeks prior to randomization.
9. In the opinion of the investigator, the subject has any condition that would interfere with the interpretation of study assessments or has any disease or condition (ie, peripheral vascular disease, musculoskeletal disorder, morbid obesity) that would likely be the primary limit to ambulation (as opposed to pulmonary hypertension).
10. Use of any investigational drug/device, or participation in any investigational study with therapeutic intent within 30 days prior to randomization.
11. Severe concomitant illness limiting life expectancy (<6 months).
12. Acute pulmonary embolism within 90 days of randomization.

7

UTC_PH-ILD_010806

INCREASE Supplementary Appendix

## 3. Methods

### 3.1 Procedure for 6-Minute Walk Test

The 6-minute walk test at peak plasma treprostinil exposure was conducted between 10 to 60 minutes after the most recent dose of study drug and the trough 6-minute walk test, at Week 15, was conducted at least 4 hours after the most recent study drug dose and at least 24 hours prior to the Week 16 6-minute walk test.

The 6-minute walk test was administered by the same tester at each study site throughout the study, whenever possible. The administration of the test and specifications of the testing area should be generally consistent with the American Thoracic Society guidelines[1,2] and the usual practice of the investigative site. Subjects receiving supplemental oxygen during the baseline 6-minute walk test continued to receive the same flow rate at all subsequent 6-minute walk test assessments.

The area used for the 6-minute walk test was pre-measured at approximately 30 meters in length and at least 2 to 3 m in width. There were no turns or significant curves to the 6-minute walk test area. The length was marked with gradations to ensure the accurate measurement of the distance walked. The area was well ventilated. The tester may be at the starting end of the corridor or at the midpoint of the corridor with a stop-watch. Intermittent rest periods were allowed if the subject could no longer continue. If the subject needed to rest briefly, he/she could stand or sit and then begin again when he/she is sufficiently rested but the clock continued to run. At the end of 6 minutes, the tester called, "stop where you are" while simultaneously stopping the watch and then measured the distance walked.

**Instructions to the Subject**

Subjects were instructed that the preceding meal should be light. Subjects were told to wear comfortable clothing and sneakers or comfortable walking shoes. The person administering the test used the following exact dialogue with the subject:

> "The purpose of this test is to find out how far you can walk in 6 minutes. You will start from this point and follow the hallway to the marker (eg, chair) at the end, turn around and walk back. When you arrive back at the starting point you will go back and forth again. You will go back and forth as many times as you can in the 6-minute period. You may stop and rest if you need to. Just remain where you are until you can go on again. However, the most important thing about the test is that you cover as much ground as you possibly can during the 6 minutes. I will tell you the time, and I will let you know when the 6 minutes are up. When I say 'STOP,' please stand right where you are."

After these instructions are given to the subject, the person administering the test then asked:

> "Do you have any questions about the test?"

The person administering the test then started the test by saying the following to the subject:

8

UTC_PH-ILD_010807

INCREASE Supplementary Appendix

"Are you ready?"
"Start when I say 'GO.'"

The person administering the test told the subject the time at each minute by saying:

"You have 5 minutes to go."
"You have 4 minutes to go."
"You have 3 minutes to go."
"You have 2 minutes to go."
"You have 1 minute to go."

At 6 minutes, the person administering the test told the subject:

"Stop where you are."

No other instruction or encouragement were given during the test. Eye contact with the subject was to be avoided during the test.

9

UTC_PH-ILD_010808

INCREASE Supplementary Appendix

# 4. Study Endpoints

**PRIMARY ENDPOINT**

- The primary endpoint is the change in 6-minute walk distance measured at peak exposure from Baseline to Week 16.

**SECONDARY ENDPOINTS**

- The secondary efficacy endpoints are (listed in hierarchical testing order):

    1. Change in plasma concentration of N-terminal pro-brain natriuretic peptide (NT-proBNP) from Baseline to Week 16
    2. Time to clinical worsening calculated as the time from randomization until 1 of the following criteria are met:
        a. Hospitalization due to a cardiopulmonary indication
        b. Decrease in 6-minute walk distance >15% from Baseline directly related to disease under study, at 2 consecutive visits, and at least 24 hours apart
        c. Death (all causes)
        d. Lung transplantation
    3. Change in peak 6-minute walk distance from Baseline to Week 12
    4. Change in trough 6-minute walk distance from Baseline to Week 15

**EXPLORATORY ENDPOINTS**

- Exploratory endpoints are (not included in hierarchical testing):

    1. Change in peak 6-minute walk distance from Baseline to Week 4
    2. Change in peak 6-minute walk distance from Baseline to Week 8
    3. Change in quality of life as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16
    4. Change in distance saturation product from Baseline to Week 16

Exploratory endpoints of optional evaluation are change in biomarkers from Baseline to Week 16, and optional evaluation of whole genome sequence. They are specified in separate documents and are not covered in the statistical analysis plan.

**SAFETY ENDPOINTS**

- Safety endpoints are (not included in hierarchical testing):
    1. Adverse events
    2. Oxygenation as measured by pulse oximetry (saturation of peripheral capillary oxygenation) and supplemental oxygen requirement (L/min)
    3. Pulmonary function tests, specifically: forced expiratory volume in 1 second, forced vital capacity, total lung capacity, and lung diffusion capacity

10

UTC_PH-ILD_010809

INCREASE Supplementary Appendix

4. Clinical laboratory parameters
5. Vital signs
6. Electrocardiograms
7. Hospitalizations due to a cardiopulmonary indication
8. Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality

UTC_PH-ILD_010810

INCREASE Supplementary Appendix

# 5. Statistical Methods

**Primary End Point Analyses**

MMRM methodology was used to assess treatment differences at Week 16 for change from baseline in peak 6-minute walk distance.  The model included the change from baseline at Week 16 as the dependent variable with treatment, week, and treatment by week interaction as fixed effects and baseline 6-minute walk distance as a covariate.  This method allows for use of all available data in the analysis of longitudinal continuous outcomes; however, it assumes that the data are "missing at random" (MAR).  That is, the probability that a value is missing depends only on the observed values and not the unobserved values.  In some cases, this assumption is untenable, and the data are considered "missing not at random" (MNAR).

The assumption of MAR was examined by the sensitivity analyses using the control-based pattern-mixture model (PMM) method of Yuan (2014) and the approach of Permutt (2016), Mehrotra (2017) under MNAR.[3,4,5] If the results under MNAR differ from the results from the MMRM method, then the conclusion under the MAR assumption is questionable.  In particular, (1) multiple imputation (MI) was done under control-based imputation and the MMRM analysis was carried out on the imputed data; and (2) tests of treatment effect were carried out over a range of plausible values for the treatment differences in a systematic manner.

The control-based PMM model creates imputed values for the active treatment group from the observed data in the placebo treatment group.  This assumes that subjects who discontinue from active treatment would behave similarly after dropout to those in the placebo group.  Treatment, baseline 6-minute walk distance, age at randomization, sex, and all observed values of the 6-minute walk were included in the multiple imputation model with 100 imputations, 200 burn-in imputations, and a noninformative prior.  The results are shown below, which are similar with the results from the MMRM method

| Estimated Treatment Difference (SE) | 95% CI | p-value |
|---|---|---|
| 24.69 (7.70) | 9.59, 39.79 | 0.0014 |

The method of Permutt allows for a systematic and comprehensive exploration over the space of plausible assumptions and does not require imputation.  The shift in change in 6MWD at Week 16 in the placebo group ranged from -60 meters to 0 meters and the shift in the active group ranged from -50 meters to -10 meters.  These ranges were determined from a review of changes from baseline based on the pattern of missingness.  The p-values for the test treatment effect were all significant (p<0.033) for all possible assumptions.  Since the plausible range of deviations from MAR lies entirely within the range of statistical significance, the evidence for efficacy was convincing despite the missing data.

MI was designated as a sensitivity analysis for the MMRM.  The imputed values were generated using the Markov chain Monte Carlo method assuming a multivariate normal distribution for the data.  The Jeffreys prior with 100 imputations and 200 burn-in imputations was used.  The ANCOVA model was fit to each set of imputed data and the results of the 100 estimates were combined under the Rubin (1987)

12

UTC_PH-ILD_010811

INCREASE Supplementary Appendix

rule.[6]  Note that MI generates imputed values under the MAR assumption.  As discussed in the MMRM section above, there was no reason to discount the MAR assumption.

The protocol-specified analysis of the primary efficacy endpoint of change from baseline in peak 6-minute walk distance at Week 16 was analysis of covariance (ANCOVA).  Change from baseline at Week 16 was the dependent variable with independent terms for baseline 6-minute walk distance and treatment in the ANCOVA model.  Missing data were imputed as zero if the subject had died, was too ill to walk, or had experienced a clinical worsening event.  For all other reasons, the last observation was carried forward.  Since the assumptions for the ANCOVA were not met, a non-parametric ANCOVA was conducted under the single imputation rules above.  Median treatment difference was estimated via the Hodges-Lehmann estimator.  The conclusions of this analysis were concordant with the MMRM and MI analyses.  This preplanned analysis has been deemed supplementary (Figure S6) in this manuscript due to the journal's policy with regards to missing data handling.


**Secondary End Point Analyses**

The NT-proBNP data were log-transformed prior to analysis due to non-normal distribution.  Similar methods as described for the primary end point were applied to the NT-proBNP data.

Time to clinical worsening was assessed by calculation of the associated Kaplan-Meier estimates and the log-rank test stratified by baseline 6-minute walk distance.  The hazard ratio was estimated from a Cox proportional hazards model that adjusted for baseline 6-minute walk distance.

The change in peak 6-minute walk distance at Week 12 was analyzed similarly to the primary end point.  The change in 6-minute walk distance at Week 15 was analyzed via ANCOVA with missing data imputed using MI.

13

UTC_PH-ILD_010812

INCREASE Supplementary Appendix

## 6. Supplementary Figures

**Figure S1. 6-Minute Walk Distance Treatment Effect Using Mixed Model Repeated Measurement Through Week 16.**



A longitudinal data analysis using mixed model repeated measurement was also performed to estimate the treatment difference in change in peak 6-minute walk distance at Week 16. The mixed model repeated measurement includes the change from baseline in peak 6-minute walk distance as the dependent variable; treatment, week, and treatment by week interaction as fixed effects; and baseline 6-minute walk distance as a covariate. An unstructured variance/covariance structure shared across treatment groups was used to model the within-subject errors

14

UTC_PH-ILD_010813

INCREASE Supplementary Appendix

**Figure S2. Forest Plot on Subgroup Analyses of Peak 6-Minute Walk Distance (meter) at Week 16.**



| Subgroup | Inhaled Treprostinil # Patients | Placebo # Patients | LS Mean Difference (95% CI) |
|---|---|---|---|
| Overall | 121 | 120 | 31.1 (16.9, 45.4) |
| **Age Group** | | | |
| <65 years | 48 | 32 | 27.0 (-2.2, 56.1) |
| 65 to 80 years | 63 | 78 | 32.9 (15.2, 50.5) |
| ≥80 years | 10 | 10 | 28.3 (-16.2, 72.9) |
| **Sex** | | | |
| Male | 55 | 68 | 24.3 (6.1, 42.5) |
| Female | 66 | 52 | 36.9 (13.7, 60.0) |
| **Baseline 6MWD Category** | | | |
| ≤350 meters | 99 | 100 | 33.8 (18.0, 49.6) |
| >350 meters | 22 | 20 | 14.6 (-19.5, 48.7) |
| **Baseline DLCO (% Predicted)** | | | |
| <40% | 90 | 98 | 33.0 (17.7, 48.3) |
| ≥40% | 23 | 18 | 10.7 (-23.5, 45.0) |
| **PH-ILD Etiology** | | | |
| Idiopathic Interstitial Pneumonia | 48 | 62 | 39.5 (18.3, 60.7) |
| Combined Pulmonary Fibrosis and Emphysema | 30 | 28 | 7.9 (-15.4, 31.3) |
| Connective Tissue Disease | 34 | 24 | 43.5 (9.6, 77.4) |
| Other | 9 | 6 | 22.4 (-61.4, 106.3) |
| **Baseline PVR Category** | | | |
| <4 Wood units | 27 | 25 | -7.6 (-30.9, 15.6) |
| ≥4 Wood units | 94 | 95 | 40.8 (24.1, 57.6) |
| **Maximum Study Drug Dose** | | | |
| 4-6 breaths | 6 | 2 | -9.5 (-52.2, 33.1) |
| 7-9 breaths | 37 | 24 | 17.7 (-10.9, 46.2) |
| 10-12 breaths | 77 | 92 | 33.7 (15.8, 51.7) |
| >12 breaths | 1 | 2 | |

-100   -50   0   50   100
Placebo Better     Inhaled Treprostinil Better

6MWD, 6-minute walk distance; CI, confidence interval; ILD, interstitial lung disease; PH, pulmonary hypertension; PVR, pulmonary vascular resistance

LS mean differences and their 95% confidence intervals, and p-values are from the mixed model repeated measures. The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

For etiology, the "other" category includes chronic hypersensitivity pneumonitis and occupational lung disease.

15

**UTC_PH-ILD_010814**

INCREASE Supplementary Appendix

**Figure S3. 6-Minute Walk Distance Treatment Effect Using Multiple Imputation Through Week 16.**



Multiple imputation approach using a multivariate normal imputation model with the Markov Chain Monte Carlo method.

P-values are obtained from 100 multiple imputations using Markov Chain Monte Carlo estimation with ANCOVA model with change from Baseline in 6-minute walk distance as the dependent variable, treatment as fixed effect, and Baseline 6-minute walk distance measurement as a covariate.

16

UTC_PH-ILD_010815

INCREASE Supplementary Appendix

**Figure S4. NT-proBNP Results by Study Visit (pg/mL).**



CI, confidence interval; IQR, interquartile range; NT-proBNP, N-terminal pro-brain natriuretic peptide

As displayed above, inhaled treprostinil was associated with a 42% reduction in NT-proBNP compared to placebo at Week 16 (Treatment Ratio 0.58; 95% CI: 0.47, 0.72; P<0.001). Only subjects with a Baseline NT-proBNP measurement are included in this analysis. P-values, estimated treatment ratio, and associated 95% CIs (LS Mean difference expressed as ratio) are obtained from the analysis of covariance with change from baseline in log-transformed data in NT-proBNP as the dependent variable, treatment as the fixed effect, and log-transformed baseline NT-proBNP as a covariate. The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

17

UTC_PH-ILD_010816

INCREASE Supplementary Appendix

**Figure S5. Kaplan-Meier Plot of Time to First Clinical Worsening Event.**



CI, confidence interval; HR, hazard ratio

Subjects who discontinued from the study early had their time to first clinical worsening event censored at their last visit. Subjects who did not experience a clinical worsening event had their time to first clinical worsening event censored at the study termination date.

The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

(1) P-value was calculated with log-rank test stratified by baseline 6-minute walk distance category.

(2) Hazard ratio, 95% CI, and p-value were calculated with proportional hazards model with treatment and baseline 6-minute walk distance (continuous) as explanatory variables.

18

UTC_PH-ILD_010817

INCREASE Supplementary Appendix

**Figure S6. Hodges-Lehmann Estimate of Treatment Effect for 6-Minute Walk Distance Through Week 16.**



For those subjects who withdrew early due to death, were too ill to walk, or had no 6-minute walk distance measurement due to a clinical worsening event, the 6-minute walk distance was set to 0; for all other withdrawals without a measurement, last observation carried forward was used for imputation.

P-values are obtained from nonparametric ANCOVA adjusted for Baseline 6-minute walk distance category.

19

**UTC_PH-ILD_010818**

INCREASE Supplementary Appendix

# 7. Supplementary Tables

**Table S1. Summary of Screen Failure Reasons.**

| Screen Failure Reason Reported | N=136* |
|---|---|
| • Did not meet inclusion criteria per right heart catheterization parameters | 58 |
| • Consent withdrawn/decided not to continue | 14 |
| • Did not have qualifying computed tomography scan | 12 |
| • Baseline 6-minute walk test <100 m | 12 |
| • Exacerbation of underlying lung disease/active upper respiratory infection within 30 days prior to randomization | 11 |
| • Connective tissue disease patient did not have Baseline FVC <70% | 11 |
| • Receiving other pulmonary arterial hypertension therapy | 6 |
| • Subject has a diagnosis of pulmonary hypertension other than Group 3 | 5 |
| • In the opinion of the Investigator, the subject had any condition that would interfere with the interpretation of study assessments or meeting protocol requirements, including attending all study visits | 6 |
| • Subject not on stabilized dose of background medication for at least 30 days prior to randomization | 4 |
| • Pulmonary rehabilitation initiated within 12 weeks prior to randomization | 3 |
| • Hospitalization prior to randomization | 2 |
| • Receiving greater than 10L/min of $O_2$ at rest at Baseline | 2 |
| • Current use of any inhaled tobacco/marijuana products or significant history of drug abuse | 1 |
| • Did not meet age/agree to birth control requirement | 1 |
| • Severe concomitant illness limiting life expectancy (< 6 months) | 1 |
| • Subject passed away while in screening window | 1 |

FVC, forced vital capacity

*Note, 10 patients had 2 reasons and 1 patient had 5 reasons for screen failure reported.

20

UTC_PH-ILD_010819

INCREASE Supplementary Appendix

**Table S2. Additional Baseline Patient Characteristics.**

| | Inhaled Treprostinil (N=163) | Placebo (N=163) | All Patients (N=326) |
|---|---|---|---|
| 6-minute walk distance, meters; mean (range) | 254.1 (100-538) | 265.1 (30-505) | 259.6 (30-538) |
| Median | 256.0 | 260.0 | 259.0 |
| Pulmonary vascular resistance, Woods units; mean (range) | 6.369 (3.11-18.05) | 6.013 (3.06-17.62) | 6.191 (3.06-18.05) |
| Median | 5.570 | 5.060 | 5.275 |
| NT-proBNP, pg/mL; mean (range) | 1857.53 (10.2-21942.0) | 1808.86 (23.0-16297.0) | 1832.88 (10.2-21942.0) |
| Median* | 550.50 | 420.80 | 503.85 |
| Pulmonary arterial pressure, mmHg; mean (range) | 37.2 (25-74) | 36.0 (25-61) | 36.6 (25-74) |
| Median | 35.0 | 35.0 | 35.0 |
| Pulmonary capillary wedge pressure, mmHg; mean (range) | 10.1 (2-20) | 9.6 (0-15) | 9.8 (0-20) |
| Median | 10.0 | 10.0 | 10.0 |
| Pulmonary function tests | | | |
| FEV$_1$ % Predicted; mean (range) | 63.9 (23, 120) | 65.0 (22, 145) | |
| Median | 63.0 | 63.0 | |
| FVC % Predicted; mean (range) | 62.5 (24, 130) | 63.8 (20, 134) | |
| Median | 60.0 | 61.0 | |
| TLC % Predicted; mean (range) | 62.9 (25, 126) | 64.2 (30, 109) | |
| Median | 62.0 | 62.5 | |
| DLCO % Predicted; mean (range) | 30.0 (5, 86) | 28.1 (1, 86) | |
| Median | 29.0 | 26.0 | |

DLCO, lung diffusion capacity; FEV$_1$, forced expiratory volume in 1 second; FVC, forced vital capacity; NT-proBNP, N-terminal pro-brain natriuretic peptide; TLC, total lung capacity

*N=156 inhaled treprostinil; N=160 placebo.

UTC_PH-ILD_010820

INCREASE Supplementary Appendix

**Table S3. St. George's Respiratory Questionnaire Results.**

The St. George's Respiratory Questionnaire has a range of results from 0 to 100, with higher scores indicating greater impairment and with a minimum clinically important difference of 4 points.

| Visit<br>Statistic | Inhaled Treprostinil<br>N=163 | | Placebo<br>N=163 | |
| --- | --- | --- | --- | --- |
| | Value | Change from<br>Baseline | Value | Change from<br>Baseline |
| Baseline | | | | |
| n | 143 | | 134 | |
| Mean (SD) | 57.17 (15.77) | | 57.67 (15.78) | |
| Median | 59.80 | | 56.30 | |
| Interquartile | 45.60, 67.90 | | 46.50, 70.70 | |
| Min, Max | 14.7, 94.9 | | 18.4, 88.6 | |
| Week 16 | | | | |
| n | 143 | 143 | 134 | 134 |
| Mean (SD) | 55.91 (17.07) | -1.25 (10.99) | 57.49 (15.33) | -0.18 (10.72) |
| Median | 56.30 | -0.70 | 55.50 | 0.10 |
| Interquartile | 40.50, 67.00 | -7.10, 5.20 | 46.80, 69.70 | -6.50, 6.10 |
| Min, Max | 3.5, 92.0 | -40.4, 29.0 | 16.9, 96.5 | -31.9, 33.3 |
| LS Mean (SE) | | -1.30 (0.87) | | -0.13 (0.90) |
| LS Mean Difference (SE) and (95% CI) | | -1.18 (1.25) (-3.63, 1.28) | | |

ANCOVA, analysis of covariance; CI, confidence interval; LS Mean, least squares mean; SD, standard deviation; SE, standard error

The changes from baseline in Total Score and each of the 3 domain scores were analyzed by parametric ANCOVA with no imputation for missing data.

The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

22

**UTC_PH-ILD_010821**

INCREASE Supplementary Appendix

**Table S4. Distance Saturation Product Results by Study Visit (m%).**

| Visit / Variable<br>Statistic | Inhaled Treprostinil<br>N=163 | Placebo<br>N=163 |
|---|---|---|
| **Baseline** | | |
| n | 118 | 109 |
| Mean (SD) | 208.140 (81.130) | 218.247 (77.405) |
| Median | 201.320 | 215.760 |
| Interquartile | 150.060, 256.750 | 170.800, 268.800 |
| Min, Max | 77.04, 421.07 | 63.00, 417.35 |
| **Week 16 Change from Baseline** | | |
| n | 118 | 109 |
| Mean (SD) | 7.607 (45.680) | -4.803 (53.026) |
| Median | 8.385 | -1.950 |
| Interquartile | -12.960, 34.890 | -38.180, 32.000 |
| Min, Max | -217.26, 117.42 | -184.85, 129.28 |
| LS Mean (SE) | 7.2 (4.5) | -4.3 (4.7) |
| LS Mean Difference (SE) and 95% CI | 11.51 (6.5), 95% CI (-1.33, 24.35) | |

ANCOVA, analysis of covariance; CI, confidence interval; LS Mean, least squares mean; SD, standard deviation; SE, standard error; SpO2, saturation of peripheral capillary oxygenation

Change in distance saturation product is the product of distance walked and lowest SpO2 recorded during the 6-minute walk test.[7] Change from baseline to Week 16 in distance saturation product was analyzed by parametric ANCOVA with no imputation for missing distance saturation product values.

The confidence intervals have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

23

**UTC_PH-ILD_010822**

INCREASE Supplementary Appendix

## Table S5. Serious Adverse Events by Preferred Term

| Serious Adverse Events | Inhaled treprostinil N=163 n | Placebo N=163 n |
|---|---|---|
| Any Serious Event | 53 events in 38 patients (23.3%) | 89 events in 42 patients (25.8%) |
| Acute respiratory failure | 4 | 5 |
| Death with unknown cause | 3 | 1 |
| Dyspnoea | 3 | 7 |
| Interstitial lung disease | 3 | 2 |
| Bronchitis | 2 | 1 |
| Chronic obstructive pulmonary disease | 2 | 2 |
| Chronic respiratory failure | 2 | 0 |
| Respiratory failure | 2 | 5 |
| Upper respiratory tract infection | 2 | 1 |
| Acute myocardial infarction | 1 | 2 |
| Acute right ventricular failure | 1 | 0 |
| Arrhythmia | 1 | 0 |
| B-cell lymphoma | 1 | 0 |
| Bronchopulmonary aspergillosis | 1 | 0 |
| Cardiac arrest | 1 | 2 |
| Cardiac failure congestive | 1 | 2 |
| Cardiopulmonary failure | 1 | 0 |
| Cellulitis | 1 | 0 |
| Cerebral haemorrhage | 1 | 0 |
| Chest pain | 1 | 1 |
| Combined pulmonary fibrosis and emphysema | 1 | 0 |
| Cor pulmonale | 1 | 0 |
| Haemoptysis | 1 | 0 |
| Hyperglycaemia | 1 | 0 |
| Hypervolaemia | 1 | 0 |
| Hypoxia | 1 | 0 |
| Idiopathic pulmonary fibrosis | 1 | 4 |
| Influenza | 1 | 1 |
| Left ventricular failure | 1 | 0 |
| Pain in extremity | 1 | 0 |
| Pneumonia | 1 | 9 |
| Pneumothorax | 1 | 1 |
| Pulmonary hypertension | 1 | 1 |
| Pulmonary oedema | 1 | 0 |
| Rhinovirus infection | 1 | 0 |
| Right ventricular failure | 1 | 2 |
| Syncope | 1 | 1 |
| Tachycardia | 1 | 0 |
| Abdominal pain | 0 | 2 |
| Acute kidney injury | 0 | 1 |
| Aspiration | 0 | 1 |
| Atrial fibrillation | 0 | 1 |
| Bradycardia | 0 | 1 |
| Cardiac failure | 0 | 2 |
| Cardiac failure acute | 0 | 1 |
| Cardiogenic shock | 0 | 1 |
| Chronic right ventricular failure | 0 | 1 |
| Coagulopathy | 0 | 1 |
| Cor pulmonale acute | 0 | 1 |
| Coronary artery disease | 0 | 1 |
| Disease progression | 0 | 2 |
| Epistaxis | 0 | 1 |

24

UTC_PH-ILD_010823

INCREASE Supplementary Appendix

| | | |
|---|---|---|
| Fluid overload | 0 | 4 |
| Haematochezia | 0 | 1 |
| Hypertension | 0 | 1 |
| Lumbar vertebral fracture | 0 | 1 |
| Metabolic encephalopathy | 0 | 1 |
| Pain | 0 | 1 |
| Pneumonia influenzal | 0 | 1 |
| Post procedural infection | 0 | 1 |
| Presyncope | 0 | 2 |
| Pulmonary congestion | 0 | 1 |
| Respiratory distress | 0 | 1 |
| Scleroderma | 0 | 1 |
| Sepsis | 0 | 2 |
| Transplant dysfunction | 0 | 1 |
| Urosepsis | 0 | 1 |

25

UTC_PH-ILD_010824

INCREASE Supplementary Appendix

**Table S6. Analysis of Lung Function Test Parameters Using Mixed Model Repeated Measurement.**

| Variable<br>Visit<br>Treatment | N | LS Mean | Contrast: Inhaled treprostinil - Placebo<br>Estimated Difference<br>(95% CI) | P-value |
|---|---|---|---|---|
| **FVC (mL)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 142 | 5.49 | 28.47 | |
| Placebo | 141 | -22.98 | (-30.81, 87.74) | 0.35 |
| **Week 16** | | | | |
| Inhaled treprostinil | 130 | 9.77 | 44.40 | |
| Placebo | 126 | -34.63 | (-25.25, 114.05) | 0.21 |
| **FVC (% predicted)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 142 | 0.77 | 1.79 | |
| Placebo | 141 | -1.02 | (0.37, 3.21) | 0.01 |
| **Week 16** | | | | |
| Inhaled treprostinil | 130 | 1.07 | 1.80 | |
| Placebo | 126 | -0.72 | (0.20, 3.39) | 0.03 |
| **$FEV_1$ (mL)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 142 | -21.34 | -8.95 | |
| Placebo | 141 | -12.39 | (-57.16, 39.26) | 0.72 |
| **Week 16** | | | | |
| Inhaled treprostinil | 130 | -32.18 | -2.56 | |
| Placebo | 126 | -29.62 | (-57.67, 52.55) | 0.93 |
| **$FEV_1$ (% predicted)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 142 | -0.18 | 0.57 | |
| Placebo | 141 | -0.75 | (-0.83, 1.96) | 0.43 |
| **Week 16** | | | | |
| Inhaled treprostinil | 130 | -0.24 | 0.38 | |
| Placebo | 126 | -0.62 | (-1.25, 2.01) | 0.65 |
| **TLC (mL)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 135 | -38.75 | -16.23 | |
| Placebo | 136 | -22.51 | (-141.9, 109.41) | 0.80 |
| **Week 16** | | | | |
| Inhaled treprostinil | 127 | 45.43 | 17.37 | |
| Placebo | 116 | 28.06 | (-158.9, 193.61) | 0.85 |
| **TLC (% predicted)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 135 | -0.05 | 0.28 | |
| Placebo | 136 | -0.32 | (-1.49, 2.05) | 0.76 |
| **Week 16** | | | | |
| Inhaled treprostinil | 127 | 2.52 | 1.49 | |
| Placebo | 116 | 1.03 | (-1.57, 4.54) | 0.34 |

26

UTC_PH-ILD_010825

INCREASE Supplementary Appendix

| | | | | |
|---|---|---|---|---|
| **DLCO (mL/min/mmHg)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 136 | -0.27 | 0.19 | 0.56 |
| Placebo | 136 | -0.47 | (-0.45, 0.84) | |
| **Week 16** | | | | |
| Inhaled treprostinil | 128 | -0.61 | 0.02 | 0.96 |
| Placebo | 112 | -0.63 | (-0.73, 0.76) | |
| **DLCO (% predicted)** | | | | |
| **Week 8** | | | | |
| Inhaled treprostinil | 136 | -0.13 | 1.07 | 0.13 |
| Placebo | 136 | -1.20 | (-0.32, 2.47) | |
| **Week 16** | | | | |
| Inhaled treprostinil | 128 | -1.14 | 0.60 | 0.44 |
| Placebo | 112 | -1.74 | (-0.93, 2.14) | |

CI, confidence interval; DLCO, diffusing capacity of the lungs for carbon monoxide; $FEV_1$, forced expiratory volume in 1 second; FVC, forced vital capacity; TLC, total lung capacity;; LS Mean, least squares mean; SE, standard error; TLC, total lung capacity

LS Mean (SE), P-values, estimated difference (SE), and associated 95% CIs are from the mixed model repeated measurement with the change from Baseline in pulmonary function test parameter as the dependent variable; treatment, week, treatment by week interaction as the fixed effects; Baseline measurement as the covariate; and subject as the random effect. An unstructured variance/covariance structure shared across treatment groups was used to model the within-subject errors.

The confidence intervals and p-values have not been adjusted for multiplicity and cannot be used to infer definitive treatment effects.

27

UTC_PH-ILD_010826

INCREASE Supplementary Appendix

**Table S7. SpO$_2$ (%) Measured by Pulse Oximetry Results at Baseline and Week 16.**

| Visit<br>Statistic | Inhaled Treprostinil<br>N=163 | | Placebo<br>N=163 | | P-value* |
| --- | --- | --- | --- | --- | --- |
| | Value | Change from Pre-walk | Value | Change from Pre-Walk | |
| **Baseline Pre-walk SpO$_2$ (%)** | | | | | |
| n | 163 | | 162 | | |
| Mean (SD) | 95.3 (3.95) | | 94.5 (4.81) | | |
| Median | 96.0 | | 96.0 | | |
| Min, Max | 72, 100 | | 68, 100 | | |
| **Baseline During Walk SpO$_2$ (%)** | | | | | |
| n | 154 | 154 | 153 | 153 | 0.13 |
| Mean (SD) | 80.3 (8.22) | -15.0 (7.87) | 78.5 (8.20) | -16.1 (7.76) | |
| Median | 81.0 | -14.0 | 78.0 | -15.0 | |
| Min, Max | 53, 99 | -41, 2 | 53, 98 | -39, 4 | |
| **Baseline Post-walk SpO$_2$ (%)** | | | | | |
| n | 163 | 163 | 162 | 162 | 0.17 |
| Mean (SD) | 85.3 (7.31) | -9.9 (6.50) | 83.7 (8.74) | -10.9 (8.06) | |
| Median | 86.0 | -10.0 | 83.5 | -11.0 | |
| Min, Max | 59, 100 | -26, 5 | 57, 99 | -39, 7 | |
| **Week 16 Pre-walk SpO$_2$ (%)** | | | | | |
| n | 130 | | 122 | | |
| Mean (SD) | 94.5 (4.35) | | 94.5 (4.22) | | |
| Median | 95.0 | | 95.0 | | |
| Min, Max | 74, 100 | | 78, 100 | | |
| **Week 16 During Walk SpO$_2$ (%)** | | | | | |
| n | 123 | 123 | 114 | 114 | 0.27 |
| Mean (SD) | 76.8 (7.70) | -17.6 (7.01) | 78.2 (9.28) | -16.6 (9.04) | |
| Median | 77.0 | -17.0 | 79.0 | -16.0 | |
| Min, Max | 46, 99 | -38, -1 | 28, 98 | -61, -1 | |
| **Week 16 Post-walk SpO$_2$ (%)** | | | | | |
| n | 128 | 128 | 122 | 122 | 0.07 |
| Mean (SD) | 82.1 (9.24) | -12.4 (8.05) | 83.7 (7.75) | -10.8 (7.09) | |
| Median | 83.0 | -13.0 | 84.0 | -11.5 | |
| Min, Max | 51, 100 | -29, 3 | 65, 100 | -31, 6 | |

SD, standard deviation; SpO$_2$, saturation of peripheral capillary oxygenation

*P-values are calculated from analysis of covariance with change from pre-walk as dependent variable, treatment as fixed effect, and baseline SpO2 as covariate.

UTC_PH-ILD_010827

INCREASE Supplementary Appendix

**Table S8. Supplemental Oxygen Use (L/min) at Baseline and Week 16.**

| Visit<br>Statistic | Inhaled Treprostinil<br>N=163 | | Placebo<br>N=163 | | P-value* |
|---|---|---|---|---|---|
| | Value | Change from<br>Baseline | Value | Change from<br>Baseline | |
| **Baseline Pre-walk (L/min)** | | | | | |
| n | 163 | | 163 | | |
| Mean (SD) | 2.7 (2.2) | | 2.4 (2.0) | | |
| Median | 3.0 | | 2.0 | | |
| Min, Max | 0, 10 | | 0, 8 | | |
| **Baseline During Walk (L/min)** | | | | | |
| n | 163 | | 163 | | |
| Mean (SD) | 4.9 (4.0) | | 4.5 (3.8) | | |
| Median | 4.0 | | 4.0 | | |
| Min, Max | 0, 25 | | 0, 15 | | |
| **Week 16 Pre-walk (L/min)** | | | | | |
| n | 131 | 131 | 129 | 129 | 0.18 |
| Mean (SD) | 3.0 (2.5) | 0.4 (1.4) | 2.9 (2.4) | 0.6 (1.3) | |
| Median | 3.0 | 0.0 | 3.0 | 0.0 | |
| Min, Max | 0, 10 | -3, 6 | 0, 10 | -3, 5 | |
| **Week 16 During Walk (L/min)** | | | | | |
| n | 129 | 129 | 123 | 123 | 0.39 |
| Mean (SD) | 4.9 (4.0) | 0.1 (0.8) | 4.6 (3.7) | 0.1 (0.3) | |
| Median | 4.0 | 0.0 | 4.0 | 0.0 | |
| Min, Max | 0, 25 | -2, 8 | 0, 15 | 0, 3 | |

SD, standard deviation

Subjects who did not use supplemental oxygen were coded as 0 in the summaries.

Subjects who received supplemental oxygen during the Baseline 6-minute walk test continued to receive the same flow rate at all subsequent 6-minute walk test assessments.

*P-values are calculated from analysis of covariance with change from baseline as dependent variable, treatment as fixed effect, and baseline oxygen use as covariate.

29

UTC_PH-ILD_010828

INCREASE Supplementary Appendix

## 8. References

1. ATS Statement: Guidelines for the Six-Minute Walk Test. Am J Respir Crit Care Med 2002;166:111-7.

2. Holland AE, Spruit MA, Troosters T, et al. An official European Respiratory Society/American Thoracic Society technical standard: field walking tests in chronic respiratory disease. Eur Respir J 2014;44(6):1428-46.

3. Yuan Y. Sensitivity analysis in multiple imputation for missing data. 2014 SAS Global Forum.

4. Permutt T. Sensitivity analysis for missing data in regulatory submissions. Stat Med. 2016 Jul 30;35(17):2876-9.

5. Mehrotra DV, Liu F, Permutt T. Missing data in clinical trials: control-based mean imputation and sensitivity analysis. Pharm Stat 2017; 16:378-392.

6. Rubin DB. Multiple imputation for nonresponse in surveys. 1987 John Wiley and Sons, Inc.: New York.

7. Lettieri CJ, Nathan SD, Browning RF, Barnett SD, Ahmad S, Shorr AF. The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis. Respir Med 2006;100:1734-41.

30

UTC_PH-ILD_010829

# EXHIBIT 24

# Protocol

This trial protocol has been provided by the authors to give readers additional information about their work.

Protocol for: Waxman A, Restrepo-Jaramillo R, Thenappan T, et al. Inhaled treprostinil in pulmonary hypertension due to interstitial lung disease. N Engl J Med 2021;384:325-34. DOI: 10.1056/NEJMoa2008470

LIQ_PH-ILD_00000247

This supplement containing the following items:

- Original Protocol, 21Oct2015 (Link)
- Final Protocol, Amendment 3, 15Feb2017 (Link)
- Study Protocol Summary of Changes document (Link)
  - Amendment 1, 20Nov2015
  - Amendment 2, 13Sept2016
  - Amendment 3, 15Feb2017
- Original Statistical Analysis Plan, 27Feb2019 (Link)
- Final Statistical Analysis Plan, Amendment 1, 12Dec2019 (Link)
- Statistical Analysis Plan Summary of Changes document (Link)

LIQ_PH-ILD_00000248

Original Protocol - RIN-PH-201

21October 2015

**LIQ-PH-ILD_00000249**

United Therapeutics Corp.

RIN-PH-201
Original Protocol

# A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease

## IND 70,362

## Protocol RIN-PH-201

## CONFIDENTIAL

## UNITED THERAPEUTICS CORPORATION

Original Protocol Date:   21 October 2015

**CONFIDENTIAL AND PROPRIETARY, UNITED THERAPEUTICS CORPORATION**

All content contained herein is confidential and proprietary information of United Therapeutics Corporation and shall not be disclosed in whole or in part except as permitted by a signed contract with United Therapeutics Corporation.
© 2015 United Therapeutics Corporation

DA0630

LIQ_PH-ILD_00000250

**United Therapeutics Corp.**                                                      **RIN-PH-201**
                                                                                    **Original Protocol**

## LIST OF CONTACTS FOR STUDY

Study Sponsor                United Therapeutics Corp.
                             55 TW Alexander Drive
                             Research Triangle Park, NC 27709

                             Nicole Leedom
                             Clinical Trial Leader
                             Telephone:        (919) 425-5870
                             Fax:              (919) 485-8352
                             nleedom@unither.com

                             Allison Lim, PharmD
                             Product Leader
                             Telephone:        (919) 425-8799
                             Fax:              (919) 485-8352
                             alim@unither.com

                             Kiernan DeAngelis, MD
                             Medical Monitor
                             Telephone:        (919) 425-5698
                             Fax:              (919) 287-2772
                             rinph201and202medicalmonitoring@unither.com

                             UT Global Drug Safety
                             SAE Phone:        (855) 735-7312
                             SAE Fax:          (919) 313-1297
                             drugsafety@unither.com

Clinical Laboratory          Covance Central Laboratories
                             8211 SciCor Drive
                             Indianapolis, IN 46214
                             Telephone:        (888) 268-2623
                             Fax:              (317) 273-4030

DA0631                                                              LIQ_PH-ILD_00000251

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

## INVESTIGATOR'S AGREEMENT

I have read the attached protocol entitled "A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease," dated 21 October 2015 and agree to abide by all provisions set forth therein.

I agree to comply with the International Conference on Harmonisation (ICH) Guideline for Good Clinical Practice and applicable Food and Drug Administration regulations/guidelines set forth in 21 Code of Federal Regulations Parts 50, 54, 56 and 312 and any local regulations per country.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of United Therapeutics Corp.

I also have read the current Clinical Investigators' Brochure for inhaled treprostinil and acknowledge that review of the information contained in the Clinical Investigators' Brochure is a requirement for Investigators before using inhaled treprostinil in a clinical trial.

This protocol has been received for information only and must not be implemented before all necessary regulatory agency and Ethics Committee / Institutional Review Board approval documents have been obtained.

_____          _____
Signature of Principal Investigator                              Date


_____          _____
Printed Name of Principal Investigator

United Therapeutics Corp.

RIN-PH-201
Original Protocol

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Title** | A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease |
| **Study Phase** | Phase II/III |
| **Indication** | Pre-capillary pulmonary hypertension (PH) associated with interstitial lung disease (ILD) including combined pulmonary fibrosis and emphysema (CPFE) |
| **Primary Objective** | To evaluate the safety and efficacy of inhaled treprostinil in subjects with PH associated with ILD including CPFE |
| **Primary Endpoint** | To evaluate the change in six-minute walk distance (6MWD) measured at peak exposure from Baseline to Week 16 |
| **Secondary Endpoints** | To evaluate the effect of inhaled treprostinil on the following parameters:<br><br>1. Change in peak 6MWD from Baseline to Week 12<br><br>2. Change in plasma concentration of N-terminal pro-Brain Natriuretic Peptide (NT-proBNP) from Baseline to Week 16<br><br>3. Change in trough 6MWD from Baseline to Week 15 |
| **Exploratory Endpoints** | To evaluate the effect of inhaled treprostinil on the following parameters:<br><br>1. Change in peak 6MWD at Week 4<br><br>2. Change in peak 6MWD at Week 8<br><br>3. Change in quality of life as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16<br><br>4. Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:<br><br>    a. Hospitalization due to a cardiopulmonary indication |

DA0633          LIQ_PH-ILD_00000253

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                 **Original Protocol**

|  |  |
|---|---|
|  | b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart<br>c. Death (all causes)<br>d. Lung transplantation<br><br>5. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16<br><br>6. Change in distance saturation product (DSP) from Baseline to Week 16 |
| **Safety Endpoints** | 1. Adverse events (AEs)<br><br>2. Oxygenation<br>   a. Pulse oximetry (saturation of peripheral capillary oxygenation [$SpO_2$])<br>   b. Supplemental oxygen requirement (L/min)<br>3. Pulmonary function:<br>   a. Forced expiratory volume in one second ($FEV_1$)<br>   b. Forced vital capacity (FVC)<br>   c. Total lung capacity (TLC)<br>   d. Lung diffusion capacity (DLCO)<br>4. Clinical laboratory parameters<br><br>5. Vital signs<br><br>6. Electrocardiograms (ECG)<br><br>7. Hospitalization due to a cardiopulmonary indication<br><br>8. Exacerbations of underlying lung disease; defined as worsening of respiratory symptoms which require the modification or addition of systemic corticosteroids, antibiotics, or both |
| **Study Design** | Multi-center, randomized, double-blinded, placebo-controlled, 16-week, parallel group study |
| **Sample Size** | Approximately 314 subjects at approximately 75 centers |
| **Summary of Subject Eligibility Criteria** | Inclusion criteria:<br><br>1. Subject voluntarily gives informed consent to participate in the study. |

**Version Date 21 Oct 2015**                **Confidential**                **Page 5**

**United Therapeutics Corp.**                                           **RIN-PH-201**
                                                                    **Original Protocol**

2. Males and females aged 18 – 79 years at the time of informed consent.

   a. Females of reproductive potential must be non-pregnant (as confirmed by a serum pregnancy test at screening) and non-lactating, and will:

      i. Either abstain from intercourse (when it is in line with their preferred and usual lifestyle), or

      ii. Use two medically acceptable, highly-effective forms of contraception for the duration of study, and <u>at least</u> 30 days after discontinuing study drug.

   b. Males must use a condom for the duration of treatment and for at least 48 hours after discontinuing study drug.

3. The subject has a confirmed diagnosis (based on computed tomography [CT] imaging and pulmonary function tests [PFTs] performed within six months prior to the first dose of study drug) of World Health Organization (WHO) Group 3 PH associated with one of the following:

   a. Idiopathic interstitial pneumonia (IIP) including:

      i. Idiopathic pulmonary fibrosis (IPF)

      ii. Idiopathic nonspecific interstitial pneumonia

      iii. Respiratory bronchiolitis-associated interstitial lung disease (RB-ILD)

      iv. Desquamative interstitial pneumonia (DIP)

      v. Cryptogenic organizing pneumonia (COP)

      vi. Acute interstitial pneumonitis (AIP)

      vii. Idiopathic lymphoid interstitial pneumonia

      viii. Idiopathic pleuroparenchymal fibroelastosis

**United Therapeutics Corp.**                                    **RIN-PH-201**
**Original Protocol**

---

     ix. Unclassifiable idiopathic interstitial pneumonia

    b. Chronic hypersensitivity pneumonitis (CHP)

    c. Occupational lung disease (drug or radiation-induced)

    d. Combined pulmonary fibrosis and emphysema (CPFE)

4. Subjects are required to have a right heart catheterization (RHC) within one year prior to the first dose of study drug with the following documented parameters:

    a. Pulmonary vascular resistance (PVR) $\geq$ 4 Wood Units (WU) and

    b. A left ventricular end diastolic pressure (LVEDP) or pulmonary capillary wedge pressure (PCWP) of $\leq$ 12 mmHg if PVR $\geq$ 4 WU to < 6.25 WU or $\leq$ 15 mmHg if PVR $\geq$ 6.25 WU and

    c. A mean pulmonary arterial pressure (mPAP) of $\geq$ 30 mmHg

*Note: For subjects receiving background therapy with an FDA approved medication (i.e., endothelin receptor antagonist [ERA], phosphodiesterase type-5 inhibitor [PDE-5I], or soluble guanylate cyclase stimulator [sGC]) for pulmonary arterial hypertension (PAH), the RHC must be performed after the initiation of aforementioned PAH therapy to ensure the subject meets the required RHC parameters.*

5. An uncorrected diffusing capacity of the lungs for carbon monoxide (DLCO) of < 50%

6. Baseline 6MWD $\geq$ 100 meters

7. The subject is either not receiving any PAH-approved oral therapy (ERA, PDE-5I, or sGC), or is receiving monotherapy (ERA, PDE-5I, or sGC) for at least 90 days and receiving a stable dose for $\geq$ 30 days prior to randomization.

8. Subjects on a chronic medication for underlying lung disease must be on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug. Subjects receiving pirfenidone or nintedanib must have been receiving treatment for at least

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                 **Original Protocol**

---

90 days and on a stable dose for at least 30 days prior to the first dose of study drug.

9.  Subjects on a supportive medication therapy (*e.g.,* anticoagulants, diuretics, oxygen, etc.) must be on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug. Exceptions are the discontinuation or dose changes of anticoagulants and / or dose change of diuretics.

10. In the opinion of the Investigator, the subject is able to communicate effectively with study personnel, and is considered reliable, willing and likely to be cooperative with protocol requirements, including attending all study visits.

Exclusion criteria:

1.  The subject has a diagnosis of pulmonary arterial hypertension (PAH) or PH for reasons other than ILD as outlined in inclusion criterion 3. This would include, but is not limited to, the concomitant presence of thromboembolic disease (acute or chronic), untreated or inadequately treated obstructive sleep apnea (OSA), connective tissue disease (including but not limited to systemic sclerosis, scleroderma, or systemic lupus erythematosus [SLE]), sarcoidosis, human immunodeficiency virus (HIV)-1 infection, toxin exposure such as methamphetamine or anorexigen use, and other conditions of the WHO Group I, II, IV, and V classification.

2.  The subject has shown intolerance or significant lack of efficacy to a prostacyclin or prostacyclin analogue that resulted in discontinuation or inability to effectively titrate that therapy.

3.  The subject has received any prostacyclin therapy (i.e., epoprostenol, treprostinil, iloprost, or beraprost) within 30 days of informed consent, except for acute vasoreactivity testing.

4.  The subject has evidence of clinically significant left-sided heart disease as defined by:

    a.  LVEDP or PCWP > 15 mmHg (or > 12 mmHg if PVR $\geq$ 4 to < 6.25 WU)

---

**Version Date 21 Oct 2015**              **Confidential**                    **Page 8**

**United Therapeutics Corp.**                         **RIN-PH-201**
                                                      **Original Protocol**

  b. Left ventricular ejection fraction < 40% as assessed by either multigated angiogram (MUGA), angiography or echocardiography.

  *Note: Subjects with abnormal left ventricular function attributable entirely to impaired left ventricular filling due to the effects of right ventricular overload (i.e., right ventricular hypertrophy and/or dilatation) will not be excluded.*

5. Subjects must not have three or more of the following left ventricular disease/dysfunction risk factors:
   a. Body Mass Index (BMI) ≥ 30 kg/m$^2$
   b. History of Essential Hypertension
   c. Diabetes Mellitus – any type
   d. Historical evidence of significant coronary disease established by any one of the following:
      i. history of myocardial infarction or percutaneous coronary intervention or angiographic, or
      ii. evidence of coronary artery disease (> 50% stenosis in at least one coronary artery), or
      iii. positive stress test with imaging, or previous coronary artery bypass graft, or stable angina

6. The subject is receiving > 10 L/min of oxygen supplementation by any mode of delivery at rest at Baseline.

7. Use of any inhaled tobacco products or significant history of drug abuse within six months prior to first dose of study drug.

8. Exacerbation of underlying lung disease or active pulmonary or upper respiratory infection within 30 days of the first dose of study drug.

9. Initiation of pulmonary rehabilitation within 12 weeks prior to the first dose of study drug.

10. The subject has uncontrolled systemic hypertension as evidenced by systolic blood pressure > 160 mmHg or diastolic blood pressure > 100 mmHg.

**Version Date 21 Oct 2015**          **Confidential**          **Page 9**

LIQ_PH-ILD_00000258

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

|  |  |
|---|---|
|  | 11. The subject has any form of congenital heart disease or congenital heart defect (repaired or unrepaired) (other than a patent foramen ovale [PFO]). |
|  | 12. The subject has anemia as defined by a screening hemoglobin value < 9.0 g/dL, active infection, or any other condition that would interfere with the interpretation of study assessments. |
|  | 13. The subject has a Body Mass Index $\geq$ 40 kg/m$^2$. |
|  | 14. The subject has any musculoskeletal disorder (*i.e.,* arthritis affecting the lower limbs, recent hip or knee joint replacement, artificial leg), is using a device to assist walking (*i.e.,* cane or walker), or has any other condition that would limit ambulation. |
|  | 15. Use of any investigational drug/device, or participation in any investigational study within 30 days prior to the first dose of study drug. |
| **Drug Dosage and Formulation** | Inhaled treprostinil (6 mcg/breath) or placebo<br><br>Treatment phase:<br>All subjects will initiate inhaled treprostinil or placebo at a dose of 3 breaths (18 mcg) four times daily (during waking hours). Study drug doses should be maximized throughout the study, dose escalations (additional one breath four times daily) can occur up to every three days with a target dosing regimen of 9 breaths (54 mcg) four times daily and a maximum dose of up to 12 breaths (72 mcg) four times daily, as clinically tolerated. |
| **Control Group** | Placebo |
| **Route of Administration** | Inhaled |
| **Procedures** | Subjects will be assessed during Screening and Baseline to determine eligibility for the study. Once eligible, five Treatment Phase visits to the clinic will be required at Weeks 4, Week 8, Week 12, Week 15, and Week 16 (Final study visit). An early termination (ET) visit will be conducted for subjects who end treatment prior to Week 16; all assessments planned for the final Week 16 visit will be conducted during the ET visit, as applicable. Subjects will |

**Version Date 21 Oct 2015**            **Confidential**            **Page 10**

LIQ_PH-ILD_00000259

**United Therapeutics Corp.**                                            **RIN-PH-201**
**Original Protocol**

---

also be contacted at least weekly by telephone or email to assess tolerance to study drug, AEs, and changes to concomitant medications.

Key Assessments:

- Pregnancy test: Females of childbearing potential will undergo a serum pregnancy test at Screening followed by urine pregnancy tests at Baseline and every subsequent scheduled study visit.
- Blood for NT-Pro-BNP and clinical labs will be obtained at Baseline, Week 8, and Week 16.
- A peak 6MWT will be conducted at Baseline, Week 4, Week 8, Week 12, and Week 16/ET.
- A trough 6MWT will be performed at Week 15 (at least 24 hours prior to the Week 16/ET visit).
- Pulse oximetry will be performed immediately prior to, during, and immediately after each 6MWT.
- PFTs will be conducted at Baseline, Week 8, and Week 16/ET.
- SGRQ will be completed at Baseline and Week 16/ET.
- An optional blood sample will be collected for the analysis of biomarkers (specific targets to be determined) at Baseline and Week 16/ET.
- An ECG will be conducted at Baseline and Week 16/ET.
- Time to clinical worsening, hospitalizations due to cardiopulmonary indications, and exacerbations of underlying lung disease will be evaluated from the time of informed consent until study discontinuation.

---

**Statistical Considerations**    Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (two-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD measured at peak exposure assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

The primary efficacy endpoint is the change in 6MWD measured at peak exposure from Baseline to Week 16. The

---

**Version Date 21 Oct 2015**              **Confidential**                    **Page 11**

**United Therapeutics Corp.**                                            **RIN-PH-201**
                                                            **Original Protocol**

|  | clinical hypothesis is that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects with PH associated with ILD including CPFE.  Non-parametric analysis of covariance will be used to estimate the treatment effect.  The magnitude of treatment effect will be estimated with the Hodges-Lehmann median difference between two treatment groups.  For subjects who discontinue from the study early, the last observation carried forward method will be used to impute the 6MWD at Week 16. |
|---|---|
| **Sponsor** | United Therapeutics Corp. 55 T.W. Alexander Dr. P.O. Box 14186 Research Triangle Park, NC 27709 United States of America |

United Therapeutics Corp.

RIN-PH-201
Original Protocol

## TABLE OF CONTENTS

LIST OF CONTACTS FOR STUDY ................................................................ 2
INVESTIGATOR'S AGREEMENT ............................................................... 3
PROTOCOL SYNOPSIS ............................................................................... 4
TABLE OF CONTENTS ............................................................................... 13
Table of In-Text Tables ................................................................................ 15
1    BACKGROUND AND RATIONALE ...................................................... 16
1.1    DEFINITION OF CLINICAL PROBLEM ............................................ 16
1.2    INHALED TREPROSTINIL BACKGROUND ..................................... 16
1.2.1    General Pharmacology ......................................................................... 16
1.2.2    General Toxicology .............................................................................. 17
1.2.3    Clinical Experience ............................................................................. 17
1.3    RATIONALE FOR DEVELOPMENT OF STUDY DRUG IN
         DISEASE/CONDITION ........................................................................ 18
1.4    CLINICAL HYPOTHESIS ................................................................... 19
2    OBJECTIVES ......................................................................................... 19
2.1    Primary Endpoint .................................................................................. 19
2.2    Secondary Endpoints ............................................................................ 19
2.3    Exploratory Endpoints .......................................................................... 19
2.4    Safety Endpoints ................................................................................... 20
3    EXPERIMENTAL PLAN ....................................................................... 20
3.1    STUDY DESIGN ................................................................................... 20
3.2    OVERALL SCHEDULE OF TIMES AND EVENTS ........................... 22
3.3    CLINICAL ASSESSMENTS ................................................................ 26
3.3.1    Efficacy ................................................................................................ 26
3.3.1.1    Six-Minute Walk Test (6MWT) ....................................................... 26
3.3.1.2    St. George's Respiratory Questionnaire ........................................... 27
3.3.1.3    N-terminal pro-brain natriuretic peptide (NT-proBNP) ................... 27
3.3.1.4    Optional Biomarker .......................................................................... 27
3.3.1.5    Time to Clinical Worsening ............................................................. 27
3.3.1.6    Change in DSP .................................................................................. 28
3.3.2    Safety ................................................................................................... 28
3.3.2.1    Medical History and Physical Examinations .................................... 28
3.3.2.2    Vital Signs ........................................................................................ 28
3.3.2.3    12-Lead ECG .................................................................................... 28
3.3.2.4    Clinical Laboratory Assessments ..................................................... 29
3.3.2.5    Pulmonary Function Tests (PFTs) .................................................... 30
3.3.2.6    Oxygenation ...................................................................................... 30
3.3.2.7    Adverse Events ................................................................................. 30
3.3.2.8    Concomitant Medications ................................................................. 31
3.3.2.9    Hospitalization due to Cardiopulmonary Indications ....................... 31
3.3.2.10    Exacerbations of Underlying Lung Disease ................................... 31
3.3.2.11    Weekly Telephone/Email Contact ................................................. 31
3.4    NUMBER OF SUBJECTS .................................................................... 31
3.5    NUMBER OF CENTERS ...................................................................... 32

DA0642

LIQ_PH-ILD_00000262

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 84 of 482 PageID #: 6769

United Therapeutics Corp.                                          RIN-PH-201
                                                              Original Protocol

| | | |
|---|---|---|
| 3.6 | ESTIMATED STUDY DURATION | 32 |
| 4 | SUBJECT ELIGIBILITY | 32 |
| 4.1 | INCLUSION CRITERIA | 32 |
| 4.2 | EXCLUSION CRITERIA | 34 |
| 4.3 | PRESCRIBED THERAPY | 35 |
| 5 | SUBJECT ENROLLMENT | 36 |
| 5.1 | TREATMENT ASSIGNMENT | 36 |
| 5.2 | RANDOMIZATION | 36 |
| 5.3 | BLINDING | 36 |
| 6 | DRUGS AND DOSING (OR TREATMENT PROCEDURES) | 36 |
| 6.1 | DRUG DOSAGE, ADMINISTRATION AND SCHEDULE | 36 |
| 6.2 | ACCESS TO BLINDED TREATMENT ASSIGNMENT | 37 |
| 6.3 | COMPLIANCE | 37 |
| 7 | EXPERIMENTAL PROCEDURES | 38 |
| 7.1 | SCREENING VISIT | 38 |
| 7.2 | BASELINE/RANDOMIZATION VISIT | 39 |
| 7.3 | COMBINED SCREENING AND BASELINE | 40 |
| 7.4 | TREATMENT PHASE: WEEKS 4, 8, AND 12 | 41 |
| 7.5 | TREATMENT PHASE: WEEK 15 (TROUGH) | 42 |
| 7.6 | END OF STUDY (WEEK 16) OR EARLY TERMINATION (ET) VISIT | 43 |
| 7.6.1 | Study Contacts | 44 |
| 8 | STUDY TERMINATION | 44 |
| 8.1 | CRITERIA FOR SUBJECT WITHDRAWAL | 44 |
| 8.2 | LOST TO FOLLOW-UP | 45 |
| 8.3 | CRITERIA FOR TERMINATING THE STUDY | 45 |
| 8.4 | CRITERIA FOR DISCONTINUING THE SITE | 45 |
| 9 | ADVERSE EVENT REPORTING | 45 |
| 9.1 | DEFINITIONS | 45 |
| 9.1.1 | Adverse Event | 45 |
| 9.1.2 | Serious Adverse Event | 46 |
| 9.2 | DOCUMENTATION OF ADVERSE EVENTS | 46 |
| 9.3 | FOLLOW UP OF ADVERSE EVENTS | 47 |
| 9.4 | REPORTING RESPONSIBILITIES OF THE INVESTIGATOR | 47 |
| 9.5 | PREGNANCY | 47 |
| 9.6 | SAFETY REPORTS | 47 |
| 10 | STATISTICAL CONSIDERATIONS | 48 |
| 10.1 | DATA PROCESSING | 48 |
| 10.2 | SAMPLE SIZE | 48 |
| 10.3 | ANALYSIS PLAN | 48 |
| 10.3.1 | Primary Efficacy Endpoint | 49 |
| 10.3.2 | Secondary Efficacy Endpoints | 49 |
| 10.3.3 | Exploratory Endpoints | 49 |
| 10.3.4 | Safety Analyses | 50 |
| 10.4 | INTERIM ANALYSES | 50 |
| 10.5 | OTHER ANALYSES | 50 |

United Therapeutics Corp.

RIN-PH-201
Original Protocol

10.6    DATA LISTINGS AND SUMMARIES ........................................................ 51
10.7    DATA MONITORING COMMITTEE ......................................................... 51
11  PACKAGING AND FORMULATION ............................................................ 51
11.1    CONTENTS OF STUDY DRUG ................................................................ 51
11.1.1    Study Drug ............................................................................................. 51
11.1.2    Study Device .......................................................................................... 51
11.2    LABELING .................................................................................................. 51
11.2.1    Study Drug ............................................................................................. 51
11.2.2    Study Device .......................................................................................... 51
11.3    STORAGE AND HANDLING OF CLINICAL TRIAL MATERIAL (CTM) .... 52
11.4    SUPPLY AND RETURN OF CTM ........................................................... 52
11.5    DRUG ACCOUNTABILITY ...................................................................... 52
12  REGULATORY AND ETHICAL OBLIGATION ............................................. 53
12.1    APPLICABLE REGULATORY REQUIREMENTS..................................... 53
12.2    INFORMED CONSENT REQUIREMENTS ............................................. 53
12.3    INDEPENDENT ETHICS COMMITTEE/INSTITUTIONAL REVIEW BOARD
.................................................................................................................... 53
12.4    PRESTUDY DOCUMENTATION REQUIREMENTS............................... 54
12.5    SUBJECT CONFIDENTIALITY ............................................................... 54
13  ADMINISTRATIVE AND LEGAL OBLIGATIONS ....................................... 54
13.1    PROTOCOL AMENDMENTS AND STUDY TERMINATION ................. 54
13.2    STUDY DOCUMENTATION AND STORAGE ........................................ 54
13.3    STUDY MONITORING AND DATA COLLECTION ............................... 55
14  REFERENCES ............................................................................................... 56
15  APPENDICES ................................................................................................ 58
15.1    PROCEDURE FOR SIX-MINUTE WALK TEST ................................... 58
15.2    GUIDELINES AND DEFINITIONS FOR RECORDING ADVERSE EVENTS 60
15.3    ST. GEORGE'S RESPIRATORY QUESTIONNAIRE .............................. 63

*Table of In-Text Tables*

Table 6-1    Recommended Inhaled Treprostinil Dose Escalation Table................................ 37

**Version Date 21 Oct 2015**                **Confidential**                **Page 15**

LIQ_PH-ILD_00000264

United Therapeutics Corp.                                              RIN-PH-201
                                                                 Original Protocol

# 1    BACKGROUND AND RATIONALE

## 1.1    DEFINITION OF CLINICAL PROBLEM

Pulmonary hypertension (PH) is defined as an elevation in pulmonary arterial pressure and
pulmonary vascular resistance.  The World Health Organization (WHO) classifies PH due to
lung diseases and/or hypoxemia as WHO Group 3 PH (Simonneau 2009).  This classification
includes PH due to interstitial lung disease (ILD) including combined pulmonary fibrosis and
emphysema (CPFE).

Interstitial lung disease encompasses a heterogeneous group of parenchymal lung diseases
that are characterized by significant scarring or fibrosis of the bronchioles and alveolar sacs
within the lungs (Travis 2013, Seeger 2013).  Increased fibrotic tissue in ILD prevents
oxygenation and free gas exchange between the pulmonary capillaries and alveolar sacs.  The
symptomatology of ILD is non-specific, and covers a wide range of symptoms, whose
severity can vary substantially among patients.  The incidence of PH in ILD has been reported
in up to 86% of patients and is associated with a poorer prognosis and decreased quality of
life (Nathan 2008, Nathan 2013).

Combined pulmonary fibrosis and emphysema characterized by emphysema, fibrosis, and
abnormalities of gas exchange (Jankowich 2012).  Up to 50% of CPFE patients have been
reported to develop PH with increased pulmonary vascular resistance (PVR) associated with a
decreased survival (Cottin 2010; Seeger 2013).

There are no approved treatments for PH in patients with ILD or CPFE; however, the results
of some approved therapies for pulmonary arterial hypertension (PAH) have stimulated
further investigation in these indications (Seeger 2013, Saggar 2014, Agarwal 2015, Roccia
2013).

## 1.2    INHALED TREPROSTINIL BACKGROUND

### 1.2.1    General Pharmacology

Treprostinil, 2-[[(1R,2R,3aS,9aS)-[[2,3,3a,4,9,9a-hexahydro-2-hydroxy-1-[(3S)-3-
hydroxyoctyl]-1Hbenz[f]inden-5-yl]oxy]acetic acid, is a chemically stable tricyclic analogue
of prostacyclin.  The pharmacology of treprostinil is well-characterized and approved for the
treatment of PAH following either the subcutaneous (SC), intravenous (IV), inhaled (as
treprostinil sodium), or oral (as treprostinil diolamine) routes of administration.

Prostacyclin is known to lower pulmonary artery pressure, increase cardiac output without
affecting the heart rate, improve systemic oxygen transport and possibly reverse pulmonary
arterial remodeling.  There is increasing evidence that the ability to block the proliferation of
pulmonary artery smooth muscle cells, along with vasodilation, may contribute to the
therapeutic effects of prostacyclin in the treatment of PAH.  Treprostinil acts by triggering
direct vasodilation of the pulmonary and systemic arterial vascular beds and inhibition of
platelet aggregation.  *In vitro*, treprostinil induced concentration dependent relaxation of
rabbit isolated pre-contracted mesenteric arteries and inhibited adenosine diphosphate induced
platelet aggregation in human and rat platelet rich plasma.  In animals, the vasodilatory effects

United Therapeutics Corp.

RIN-PH-201
Original Protocol

of treprostinil reduce right and left ventricular afterload, thereby increasing cardiac output and stroke volume.  The mechanism of action of treprostinil is therefore likely to be multifactorial.

Treprostinil for inhalation (Tyvaso®) is approved in the United States and Israel for the treatment of PAH (WHO Group I) in patients with New York Heart Association (NYHA) functional classification III symptoms, to increase exercise ability.

### 1.2.2    General Toxicology

A well-defined clinical safety profile exists for treprostinil sodium; acute toxicity studies, repeat-dose toxicity studies, reproductive toxicity studies, and genotoxicity studies have been performed in both rats and dogs and support the chronic administration to patients (Remodulin® Package Insert 2014).

The toxicokinetic profile of treprostinil was also evaluated in acute and repeat dose toxicity studies of up to 13 weeks in duration in rodents and dogs which supported the chronic administration of inhaled treprostinil to patients.  In addition, a two-year rat carcinogenicity study was performed with treprostinil inhalation at target doses up to 5.26, 10.6, and 34.1 mcg/kg/day which found no evidence for carcinogenic potential associated with inhaled treprostinil in rats at systemic exposure levels up to 35 times the clinical exposure at the target maintenance dose of 54 mcg.  Refer to the inhaled treprostinil Clinical Investigators Brochure for a full description of nonclinical data.

### 1.2.3    Clinical Experience

A series of acute and chronic investigator-initiated clinical studies were conducted with inhaled treprostinil to optimize the formulation for inhalation, determine dose response, tolerability, and safety and also to evaluate safety and tolerability when combined with other PAH therapies (Channick 2006, Voswinckel 2006).  In the acute dosing studies, administration of inhaled treprostinil resulted in pulmonary vasodilation at relatively low doses.  In the chronic studies, administration of inhaled treprostinil resulted in sustained improvement of exercise capacity.

A randomized, double blind, placebo controlled, Phase III study (TRIUMPH-I) was conducted to assess the safety and efficacy of inhaled treprostinil in combination with approved PAH therapies.  Two hundred and thirty-five subjects who were clinically stable on an approved background oral PAH therapy (bosentan or sildenafil) were randomly allocated to receive either placebo or inhaled treprostinil for 12 weeks.  The primary efficacy endpoint was change in exercise capacity at Week 12 as measured by six-minute walk distance (6MWD).  At Week 12, subjects receiving inhaled treprostinil had a median improvement of +21.6 meters in 6MWD and subjects in the placebo group had a median improvement of +3.0 meters.  The Hodges-Lehmann placebo-corrected median change from baseline in peak 6MWD was +20.0 meters (p=0.00044).  The durability of this result was supported by secondary measures related to the trough 6MWD, which was measured at least four hours after the last dose of inhaled treprostinil.  At Week 12, trough 6MWD showed a placebo-corrected median treatment effect of 13.7 meters (p=0.0066).  The most commonly reported

United Therapeutics Corp.                                         RIN-PH-201
                                                                 Original Protocol

adverse events (AEs) in the inhaled treprostinil group were cough (54%), headache (41%), and nausea (19%). There were no remarkable treatment related changes in vital signs, physical examination findings, chest x-rays, pulmonary function tests, or clinical laboratory parameters (McLaughlin 2010).

An open-label, extension study of the TRIUMPH-I study to evaluate the use of long-term inhaled treprostinil therapy was also conducted (TRIUMPH-OL). Subjects received one to 12 breaths (6 to 72 mcg) four times daily to achieve daily doses of 24 to 288 mcg. The longest duration of inhaled treprostinil exposure in the open-label study was 5.4 years and the mean duration 2.3 years. There were observed improvements in median 6MWD at 6, 12, 18, and 24 months of 28, 31, 32, and 18 meters, respectively. These data support the durability of improvement in 6MWD obtained with inhaled treprostinil as demonstrated during the double-blind phase of the study. Therapeutic benefit was also noted with improvements in the Borg dyspnea score, NYHA functional classification and quality of life (QOL). Survival was robust with one and two year Kaplan-Meier survival estimates of 97% and 91%, respectively, for subjects that remained in the trial. The most frequently reported AEs during the open-label study were cough (39%), headache (31%), upper respiratory tract infection (22%), and nausea (22%). There were no clinically significant changes in clinical chemistry or hematology parameters. Unique findings that related to the inhaled route of administration, in addition to cough, were throat pain and throat irritation, occurring in 12% and 10% of subjects, respectively. These events were usually of mild or moderate severity and transient in duration. In a few subjects, these specific AEs were more pronounced as six subjects (3%) discontinued inhaled treprostinil due to cough, including one subject (<1%) with dry throat (Benza 2011).

## 1.3    RATIONALE FOR DEVELOPMENT OF STUDY DRUG IN DISEASE/CONDITION

Inhaled treprostinil has shown clinical improvements in exercise capacity after 12 weeks of therapy in patients with WHO Group I PH (McLaughlin 2010). Inhaled treprostinil is expected to directly target the more ventilated portion of the lungs in patients with WHO Group 3 PH minimizing the risk of ventilation perfusion mismatch and allowing for improvements in exercise capacity (Seeger 2013).

The use of inhaled prostacyclin therapy in patients with WHO Group 3 PH has been recently evaluated. In particular, Wang and colleagues (Wang 2015) reported data on 67 COPD patients with PH and found no change in arterial blood gases when a single dose of iloprost was administered during right heart catheterization (RHC). In addition, Bajwa and colleagues recently completed a prospective 16-Week study in nine COPD subjects with PH which reported no notable changes in arterial blood gases over the 16-Week treatment period (Bajwa submitted). Finally, Agarwal and colleagues (Agarwal 2015) recently presented data on 35 patients with WHO Group 3 PH who received treatment with inhaled treprostinil for six months. This retrospective review reported a mean increase from baseline in 6MWD of 61 meters with obstructive and restrictive patients reporting mean increases of 71 meters and 50 meters, respectively. Notably, this study also found that inhaled treprostinil was well tolerated with cough being the most commonly reported AE. Data from these recently

**Version Date 21 Oct 2015**              **Confidential**              **Page 18**

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                              **Original Protocol**

completed pilot studies suggest that inhaled treprostinil can be safely administered in patients with WHO Group 3 PH.

## 1.4    CLINICAL HYPOTHESIS

This study hypothesizes that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects with PH associated with ILD including CPFE.

## 2    OBJECTIVES

To evaluate the safety and efficacy of inhaled treprostinil in subjects with PH associated with ILD including CPFE.

## 2.1    PRIMARY ENDPOINT

To evaluate the change in 6MWD measured at peak exposure from Baseline to Week 16.

## 2.2    SECONDARY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1. Change in peak 6MWD from Baseline to Week 12

2. Change in plasma concentration of N-terminal pro-Brain Natriuretic Peptide (NT-proBNP) from Baseline to Week 16

3. Change in trough 6MWD from Baseline to Week 15

## 2.3    EXPLORATORY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1. Change in peak 6MWD at Week 4

2. Change in peak 6MWD at Week 8

3. Change in quality of life as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16

4. Time to clinical worsening from the time of randomization until one of the following criteria are met:

   a. Hospitalization due to a cardiopulmonary indication
   b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
   c. Death (all causes)
   d. Lung transplantation

5. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16

**Version Date 21 Oct 2015**                **Confidential**                **Page 19**

LIQ_PH-ILD_00000268

**United Therapeutics Corp.**                                      **RIN-PH-201**
                                                                  **Original Protocol**

6.   Change in distance saturation product (DSP) from Baseline to Week 16

## 2.4    SAFETY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1.   Adverse events (AEs)

2.   Oxygenation

     a.   Pulse oximetry (saturation of peripheral capillary oxygenation [$SpO_2$])

     b.   Supplemental oxygen requirement (L/min)

3.   Pulmonary function:

     a.   Forced expiratory volume in one second ($FEV_1$)

     b.   Forced vital capacity (FVC)

     c.   Total lung capacity (TLC)

     d.   Lung diffusion capacity (DLCO)

4.   Clinical laboratory parameters

5.   Vital signs

6.   Electrocardiograms (ECG)

7.   Hospitalizations due to a cardiopulmonary indication

8.   Exacerbations of underlying lung disease; defined as worsening of respiratory symptoms which require the modification or addition of systemic corticosteroids, antibiotics, or both.

## 3      EXPERIMENTAL PLAN

## 3.1    STUDY DESIGN

This is a multi-center, randomized, double-blinded, placebo-controlled, 16-Week, parallel group study.  Subject eligibility will be based on inclusion and exclusion criteria described in Section 4.  Approximately 314 eligible subjects will be randomized to study treatment in a 1:1 ratio.  Subjects will be stratified based on Baseline 6MWD ($\leq$ 350 m and > 350 m).  Subjects will be treated with either inhaled treprostinil (6 mcg/breath) or placebo.

The study will consist of the following phases:

**Screening Phase**: Prospective subjects will undergo a screening evaluation within 30 days prior to the Baseline Visit (first dose of study drug).  During this phase, eligible subjects will sign the informed consent form (ICF) and undergo screening assessments as described in Sections 7.1 and 7.3.  The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug.  Baseline pulmonary function tests (PFTs), 6MWT, and computed topography (CT) scan used to confirm eligibility criteria may be performed on the same day but prior to the first dose of study drug.

**Version Date 21 Oct 2015**                    **Confidential**                         **Page 20**

LIQ_PH-ILD_00000269

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                **Original Protocol**

**Baseline Visit**: The Baseline assessments may be conducted over a 48 hour period prior to the first dose of study drug to allow for scheduling of all activities. Eligible subjects will undergo Baseline assessments (Sections 7.2 and 7.3), be assigned to a treatment group based on the randomization schedule, and receive the first dose of study drug (Day 1 is defined as the day the first dose of study drug is given). The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug. Baseline PFTs, 6MWT, and CT scan used to confirm eligibility criteria may be performed on the same day but prior to the first dose of study drug.

**Treatment Phase**: The Treatment phase consists of five study visits to the clinic at Week 4, Week 8, Week 12, Week 15, and Week 16 (at least 24 hours after the Week 15 visit [Final study visit/early termination [ET]]). Subjects will also be contacted at least weekly by telephone or email to assess subject tolerance to study drug, AEs, and changes to concomitant medications.

A schedule of visits and assessments is presented in Section 3.2.

United Therapeutics Corp.

RIN-PH-201
Original Protocol

## 3.2 OVERALL SCHEDULE OF TIMES AND EVENTS

| Study Procedures / Study Week | Screening Phase | Baseline[1] | Combined Screening & Baseline Visit[1] | Week 4[2] | Week 8[2] | Week 12[2] | Week 15[2] (Trough 6MWD) | Week 16[2]/ Early Termination (at least 24 hours after Week 15) |
|---|---|---|---|---|---|---|---|---|
| Study Day | -30 to -1 | 1 | 1 | 29 | 57 | 85 | 106 | 113 |
| Informed Consent | X | | X | | | | | |
| Subject Eligibility[3] | X | X | X | | | | | |
| Medical History with PH History and Demographics | X | | X | | | | | |
| SGRQ | | X | X | | | | | X |
| Physical Examination | X | X | X | | | | | X |
| Vital Signs[4] | X | X | X | X | X | X | X | X |
| Clinical Laboratory Assessments | X | X | X | | X | | | X |
| N-terminal proBNP[5] | | X | X | | X | | | X |
| Blood sample for biomarker evaluation (optional)[6] | | X | X | | | | | X |
| Serum Pregnancy Test[7] | X | X | X | | | | | |
| Urine Pregnancy Test[7] | | X | | X | X | X | X | X |
| 12-Lead ECG | X | X | X | | | | | X |
| Peak 6MWT[8] | X | X | X | X | X | X | | X |
| Trough 6MWT[9] | | | | | | | X | |

United Therapeutics Corp.

RIN-PH-201
Original Protocol

| Study Procedures | Screening Phase | Baseline[1] | Combined Screening & Baseline Visit[1] | Treatment Phase | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | | | | Week 4[2] | Week 8[2] | Week 12[2] | Week 15[2] (Trough 6MWD) | Week 16[2]/ Early Termination (at least 24 hours after Week 15) |
| Pulse Oximetry[10] | X-- | | X | X | X | X | X | X |
| Documentation of Supplemental Oxygen Requirement | X | | X | X | X | X | X | X |
| PFTs[11] | | X | X | | X | | | X |
| Randomization | | X | X | | | | | |
| Device Training | | X | X | | | | | |
| Dosing instructions / Dosing / Accountability | | X[17] | X[17] | X | X | X | X | X |
| Weekly Telephone/Email Contact[12] | | | | --- | --- | --- | | |
| Adverse Events[13] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X |
| Concomitant Medications | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X |
| Hospitalizations[14] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X |
| Exacerbations of Underlying Lung Disease[15] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X |
| Time to Clinical Worsening[16] | | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X |

ECG: electrocardiogram; N-terminal pro-brain natriuretic peptide; PFTs: pulmonary function tests; PH: pulmonary hypertension; SGRQ: St. George Respiratory Questionnaire; 6MWT: six-minute walk test

[1] Screening visit assessments can occur up to 30 days prior to the first dose of study drug. Baseline assessments can occur up to 48 hours prior to the first dose of study drug to allow for scheduling of all activities; however the Baseline 6MWT must be performed prior to but on the same day as the first dose of study drug. Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug. Baseline

LIQ_PH-ILD_00000272

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

PFTs, 6MWT, and CT (if a historical scan within 6 months is not available) assessments used to determine eligibility criteria may be performed on the same day as but prior to the first dose of study drug.

[2] The visit window for Week 4, Week 8, Week 12, Week 15, and Week 16 is ± 5 days. The Week 16 visit must occur at least 24 hours after the Week 15 visit.

[3] For the Screening and Baseline visits, the subject must be evaluated for and meet all inclusion/exclusion criteria.

[4] Vital signs must be collected after five minutes of rest (seated); no other measurements or procedures should be performed during this five minute period. When possible, vital signs should be collected prior to the 6MWT. If vital signs cannot be obtained prior to the 6MWT then they should be obtained after recovery from the 6MWT.

[5] Blood for NT-proBNP assessment must be drawn prior to conducting the 6MWT and will occur prior to the first dose of study drug at Baseline (or as part of the Screening visit assessment if the Screening and Baseline visits are combined.

[6] For subjects consenting to the optional biomarker sample.

[7] For females of childbearing potential. If the Screening and Baseline visits are combined, only a serum pregnancy test will be required.

[8] If the subject has not previously undergone a 6MWT at the study site, a practice test must be conducted at the Screening visit and must precede the Baseline 6MWT by at least one day. The Baseline 6MWT must precede the first dose of study drug. The Week 4, Week 8, Week 12, and Week 16 peak 6MWT must occur within 10 to 60 minutes after the most recent study drug dose. Prior to the start of each 6MWT the subject should rest (seated) for at least 10 minutes. Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate by simple face mask at all subsequent 6MWT assessments. The supplemental oxygen flow rate must be recorded at each study visit, as applicable.

[9] The Week 15 trough 6MWT must occur at least four hours after the most recent study drug dose and at least 24 hours prior to the Week 16 visit. Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate by simple face mask at all subsequent 6MWT assessments. The supplemental oxygen flow rate must be recorded at each study visit, as applicable.

[10] Pulse oximetry will be performed immediately prior to, during and immediately following each 6MWT. Pulse oximetry will include the measurement of $SpO_2$ and HR. The $SpO_2$ and HR obtained immediately prior to and immediately following completion of the 6MWT will be recorded in the eCRF. In addition, the lowest recorded $SpO_2$ obtained during each 6MWT will be recorded in the eCRF.

[11] PFTs will include the evaluation of $FEV_1$, FVC, TLC, and DLCO. In the event of a combined Screening/Baseline visit, Baseline PFTs should be performed prior to the first dose of study drug. PFTs should be performed after recovering from the Baseline, Week 8, and Week 16/ET 6MWTs.

[12] At least weekly telephone contact is required throughout the study (may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit). Subjects may be contacted via email in lieu of a telephone call. A copy of the emails and/or telephone contact sheets must be documented in the subject's source documentation. Email should not replace direct follow-up by phone or in clinic for clinically significant AEs or other emergent issues.

[13] All AEs will be documented from the time of informed consent until the time screen failure is documented, or until the subject is either discontinued from the study or all Week 16 study assessments have been completed and should be followed until either resolution (or return to normal or baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final study visit (Week 16).

[14] Hospitalizations due to cardiopulmonary indications must be recorded in the eCRF from the time of informed consent until study termination. Adverse events resulting in hospitalizations, regardless of cause or duration, should also be recorded as SAEs per Appendix 15.2.

[15] Exacerbations of underlying lung disease; defined as worsening of respiratory symptoms which require the modification or addition of systemic corticosteroids, antibiotics, or both. Exacerbations will also be recorded as AEs or SAEs per Appendix 15.2.

**Version Date 21 Oct 2015**    **Confidential**    **Page 24**

RIN-PH-201
Original Protocol

[16] Time to clinical worsening will be measured from the time of randomization until one of the following criteria are met: Hospitalization due to a cardiopulmonary indication, decrease in 6MWD > 15% from Baseline directly related to the disease under study, at two consecutive visits and at least 24 hours apart, death (all causes), or lung transplantation.

[17] Once all entry criteria have been met and the randomized treatment assignment confirmed, the first dose of study drug (3 breaths; 18 mcg) will be inhaled in the clinic, followed by at least a one hour observation period (Defined as Day 1).

**United Therapeutics Corp.**                                   **RIN-PH-201**
                                                                **Original Protocol**

### 3.3    CLINICAL ASSESSMENTS

### 3.3.1    *Efficacy*

### 3.3.1.1    *Six-Minute Walk Test (6MWT)*

The 6MWT is a validated and reliable measure of exercise capacity in patients with chronic
respiratory diseases (Holland 2014).  This study will utilize an unencouraged 6MWT to
minimize potential bias associated with encouragement.  All 6MWTs will be conducted by
qualified, trained personnel in a designated 6MWT area which meets the requirements as
described in Appendix 15.1.  Prior to the start of each 6MWT the subject must rest (seated)
for at least 10 minutes.  This 6MWT protocol applies to practice (if applicable), Baseline, and
treatment 6MWTs.  Subjects receiving supplemental oxygen during the Baseline 6MWT must
continue to receive the same flow rate by simple face mask at all subsequent 6MWT
assessments.  Pulmonary rehabilitation may not be introduced to a subject's treatment
regimen between Baseline (first dose of study drug) and Week 16.  Pulse oximetry is to be
performed immediately prior to, during, and immediately following each scheduled 6MWT as
outlined in Section 3.3.2.6.1.

#### 3.3.1.1.1    *Practice Six-Minute Walk Test*

All subjects must have a documented 6MWT conducted at the study site on the course
intended for use during the study.  Subjects who have not previously performed the 6MWT at
the study site on the course intended for use during the study, must perform a practice 6MWT
at the study site at least one day prior to the Baseline Visit.

#### 3.3.1.1.2    *Baseline Six-Minute Walk Test*

Baseline 6MWT must be performed in the following fashion: a) prior to initiation of study
drug and b) on the day of randomization (*i.e.,* the Baseline Visit on same day but prior to the
first dose of study drug).  Pulse oximetry is to be performed immediately prior to, during, and
immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

Note:  The Baseline 6MWT (not the practice 6MWT) will determine the subject's eligibility
to participate in the study (6MWD ≥ 100 meters per inclusion criteria).

#### 3.3.1.1.3    *Treatment Six-Minute Walk Tests*

#### 3.3.1.1.3.1    *Peak Six-Minute Walk Tests*

Peak 6MWTs will be conducted at Weeks 4, 8, 12, and 16/ET.  The 6MWT must be
conducted between 10 to 60 minutes after the most recent dose of study drug.  If subjects are
receiving supplemental oxygen during the Baseline 6MWT, they must continue to receive the
same flow rate by simple face mask at all subsequent 6MWT assessments.  The Week 16 peak
6MWT should occur at least 24 hours after the Week 15 visit.  Refer to Appendix 15.1 for
guidelines regarding the 6MWT assessment.  Pulse oximetry is to be performed immediately
prior to, during, and immediately following each scheduled 6MWT as outlined in Section
3.3.2.6.1.

DA0655                                     LIQ_PH-ILD_00000275

United Therapeutics Corp.

**RIN-PH-201**
**Original Protocol**

*3.3.1.1.3.2     Trough Six-Minute Walk Test*

A trough 6MWT will be performed during the Week 15 visit.  The trough 6MWT must be performed at least four hours after the most recent dose of study drug and at least 24 hours prior to the end of study visit (Week 16).  If subjects are receiving supplemental oxygen during the Baseline 6MWT, they must continue to receive the same flow rate by simple face mask at all subsequent 6MWT assessments.  Refer to Appendix 15.1 for guidelines regarding the 6MWT assessment.  Pulse oximetry is to be performed immediately prior to, during, and immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

### 3.3.1.2     St. George's Respiratory Questionnaire

The SGRQ will be conducted at Baseline (prior to study drug) or as part of the Screening visit assessment if the Screening and Baseline visits are combined and at Week 16 (or ET for those subjects discontinuing the study prematurely).  The SGRQ should be completed as the first assessment during these visits (after informed consent is obtained) before the subject completes any of the other scheduled visit assessments.  A copy of the SGRQ can be found in Appendix 15.3.

### 3.3.1.3     N-terminal pro-brain natriuretic peptide (NT-proBNP)

Plasma NT-proBNP concentration is a useful biomarker associated with changes in right heart morphology and function (Fijalkowska 2006).  NT-proBNP sample collection will occur at Baseline (or as part of the Screening visit assessment if the Screening and Baseline visits are combined) prior to starting study drug, at Week 8, and at Week 16/ET.  Blood for NT-proBNP assessment must be drawn prior to conducting the 6MWT.

### 3.3.1.4     Optional Biomarker

For subjects consenting to the optional biomarker sample, blood will be collected for the evaluation of biomarkers (specific targets to be determined) at Baseline and at Week 16/ET.

### 3.3.1.5     Time to Clinical Worsening

Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:

a. Hospitalization due to a cardiopulmonary indication
b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
c. Death (all causes)
d. Lung transplantation

Because there are no Food and Drug Administration (FDA) approved therapies for the treatment of WHO Group 3 PH, subjects experiencing clinical worsening will remain on study therapy for the duration of the study (or until criteria for study termination are met per Section 8.1 of the protocol).  Subjects experiencing death or lung transplantation will be discontinued from the study per Section 8.1 of the protocol.

DA0656          LIQ_PH-ILD_00000276

United Therapeutics Corp.                                                    RIN-PH-201
                                                                      Original Protocol

### 3.3.1.6    Change in DSP

Change in DSP is the product of distance walked and lowest oxygen saturation recorded
during the 6MWT. This assessment has been shown to be predictive of mortality in patients
with idiopathic pulmonary fibrosis and as such will be evaluated as an exploratory endpoint in
this study (Lettieri 2006). Change from Baseline to Week 16 in DSP will be calculated.

### 3.3.2    Safety

During this study, treatment emergent changes in physical examination (PE) findings, vital
signs, clinical laboratory parameters, ECG parameters, PFTs, oxygenation, and the
development of AEs after treatment will be the primary assessments of safety.
Hospitalizations due to cardiopulmonary indications will also be recorded from the time of
informed consent until study termination (or ET for those subjects discontinuing the study
prematurely). Exacerbations of underlying lung disease will also be recorded from the time of
informed consent until study termination.

### 3.3.2.1    Medical History and Physical Examinations

A complete medical history, demographics, PH history, and PE will be conducted during
Screening. If any changes to the medical history occur between the Screening and Baseline
visit, those should be recorded. Significant past or present illnesses, current prescription or
nonprescription medications (including vitamins and herbal products), and history of allergies
or idiosyncratic responses to drugs should be recorded. Any significant changes to the
subject's medical condition and PE must be documented throughout the course of the study.
A complete PE will also be conducted by appropriate study personnel (as documented on the
Delegation of Authority Log) at the Week 16/ET visit. Any clinically significant changes
from Baseline noted during the Week 16/ET PE should be reported as AEs.

### 3.3.2.2    Vital Signs

Vital signs will be assessed at Screening, Baseline, each subsequent study visit, and at Study
Termination. Vital signs measured will include blood pressure (systolic and diastolic), heart
rate (HR), respiratory rate (RR), temperature, and weight. Height will be assessed at Baseline
only. Vital signs must be assessed following at least five minutes of rest (sitting) to ensure
accurate measurement. No other measurements or procedures should be performed during
this five-minute period. When possible, vital signs should be collected prior to the 6MWT. If
vital signs cannot be obtained prior to the 6MWT, they should be obtained after recovery of
the 6MWT. Vital signs should also be assessed in the case of abnormal clinical signs and
symptoms.

### 3.3.2.3    12-Lead ECG

A 12-lead ECG will be recorded after at least five minutes of rest in the semi-recumbent
position at Baseline (prior to study drug) and repeated at the Week 16/ET visit. Recordings
should include lead II as a rhythm strip and contain at least five QRS complexes. ECG
parameters to be collected include rhythm, HR, PR interval, QT interval, QRS duration, and
any clinically significant abnormalities.

**United Therapeutics Corp.**                                            **RIN-PH-201**
                                                                        **Original Protocol**

### 3.3.2.4    Clinical Laboratory Assessments

The results of all clinical laboratory tests conducted at Screening and Baseline must be assessed by the Investigator to determine each subject's eligibility to participate in the study prior to starting study drug.  Screening and Baseline clinical laboratory assessments can be combined into a single blood draw if all eligibility criteria are met within 48 hours prior to the first dose of study drug at Baseline.  Central laboratory data are ultimately used to qualify subjects for the study.  However, for subjects who are well known to the Investigator and who are clinically stable, the Investigator may confirm eligibility using local laboratory values so as not to delay randomization while waiting for central laboratory results if the Screening and Baseline visits are combined.

Clinical laboratory results outside the normal reference range must be assessed for clinical significance by the Investigator.  Clinically significant refers to a laboratory value that is unusual with respect to the subject's medical history or current health status.

Clinically significant abnormal laboratory test values will be reported as AEs and treated and/or followed-up until the symptoms or values return to normal or acceptable levels, as judged by the Investigator.  Where appropriate, medical tests and examinations will be performed to assess and document resolution.

### 3.3.2.4.1    Clinical Chemistry and Hematology

Blood for the measurement and evaluation of clinical chemistry and hematology, will be collected at the Screening and Baseline visits prior to administration of study drug and repeated at Week 8 and Week 16/ET to assess for treatment-emergent changes in clinical chemistry and hematological laboratory parameters.  Values for the following parameters will be obtained:

| **Electrolyte Panel** | **Chemistry Panel** | **Hematology Panel** |
|---|---|---|
| • Sodium | • Total bilirubin | • Hemoglobin |
| • Potassium | • Alkaline phosphatase | • Hematocrit |
| • Bicarbonate | • Alanine aminotransferase | • Red blood cell count |
| • Chloride | • Aspartate aminotransferase | • Red blood cell morphology |
| | • Urea nitrogen | • White blood cell count |
| | • Creatinine | • Platelet count |
| | • Calcium | |
| | • Albumin | |

### 3.3.2.4.2    Pregnancy Testing

Females of childbearing potential will undergo a serum pregnancy test at Screening followed by urine pregnancy tests at Baseline and each subsequent study visit.  A serum pregnancy test will be collected at the Screening Visit (or Baseline visit if the Screening and Baseline visits

**Version Date 21 Oct 2015**                **Confidential**                **Page 29**

LIQ_PH-ILD_00000278

**United Therapeutics Corp.**                                                              **RIN-PH-201**
                                                                                          **Original Protocol**

are combined). A positive pregnancy test will exclude the subject from further participation in the study. Pregnant subjects who are discontinued from the study will be transitioned to an alternate therapy at the discretion of the Investigator.

### 3.3.2.5    Pulmonary Function Tests (PFTs)

Pulmonary Function Tests (PFTs) will be assessed at Baseline and repeated at Week 8 and Week 16/ET. Baseline PFTs are to be conducted prior to the first dose of study drug and after recovery from 6MWT. The Week 8 and Week 16/ET PFTs should be conducted after recovery from the 6MWT. If the PFTs are done both prior to and after a bronchodilator, only the pre-bronchodilator values will be recorded.

The following parameters will be recorded (absolute values and % predicted): $FEV_1$, FVC, TLC, and DLCO (uncorrected and corrected for hemoglobin).

### 3.3.2.6    Oxygenation

#### 3.3.2.6.1    Pulse Oximetry

Pulse oximetry will be assessed immediately prior to, throughout the conduct of, and immediately after each scheduled 6MWT assessment at Baseline, Week 4, Week 8, Week 12, Week 15, and Week 16/ET. Pulse oximetry will also be performed during the practice 6MWT assessment as applicable. Pulse oximetry will include the collection of $SpO_2$ and HR. The $SpO_2$ and HR obtained immediately prior to and immediately following completion of the 6MWT will be recorded in the electronic case report form (eCRF). In addition, the lowest recorded $SpO_2$ (and associated HR) obtained during each 6MWT will be recorded in the eCRF.

#### 3.3.2.6.2    Supplemental Oxygen Requirement

The amount of supplemental oxygen (L/min) required at rest will be assessed at Baseline and at regularly scheduled visits. The amount of supplemental oxygen required at the 6MWT assessment will also be recorded for each 6MWT assessment.

### 3.3.2.7    Adverse Events

Adverse events will be recorded throughout the course of the study from the time that each subject signs the ICF until the time screen failure is documented, or until the subject is either discontinued from the study or all Week 16 study assessments have been completed. Each subject will be questioned for AEs at each scheduled study visit and during required telephone/email contacts. Subjects will also be instructed to spontaneously report all AEs throughout the study.

All AEs should be followed until either resolution (or return to normal or Baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final study visit. All AEs meeting the criteria for serious (*i.e.,* serious adverse events [SAEs]) should be followed until resolution, death, or the subject is lost to follow-up even if they are ongoing more than 30 days after completion of the

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

final study visit (Week 16/ET). All AEs/SAEs that occur while the subject is on study drug will be recorded as instructed in this protocol.

Sections 9 and 15.2 provide the guidelines and definitions for recording AEs.

### 3.3.2.8    Concomitant Medications

All concomitant medications taken during the conduct of the study, including those taken for AEs or other medical events, should be recorded in the subject's source documents and captured in the eCRF as required.

### 3.3.2.9    Hospitalization due to Cardiopulmonary Indications

Hospitalizations due to cardiopulmonary indications must be recorded in the eCRF from the time of informed consent until study termination. Adverse events resulting in hospitalizations, regardless of cause or duration should also be recorded as SAEs per Appendix 15.2. Please note that, when possible, study medication should be continued during hospitalizations.

### 3.3.2.10   Exacerbations of Underlying Lung Disease

Exacerbations of underlying lung disease are defined as the worsening of respiratory symptoms which require the modification or addition of systemic corticosteroids, antibiotics, or both. Exacerbations of underlying lung disease should be recorded throughout the duration of the study from the time of informed consent until study termination. Exacerbations of underlying lung disease will also be reported as AEs or SAEs per Appendix 15.2.

### 3.3.2.11   Weekly Telephone/Email Contact

Weekly telephone/email contact is required throughout the 16 week study to instruct the subject to titrate their dose of study drug and to assess for AEs and concomitant medications. Weekly telephone/email contact may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit). The subject may be contacted via email in lieu of a telephone call; however, email should not replace direct follow-up by telephone or in clinic for clinically significant AEs or other emergent issues. All telephone or email contacts (*i.e.*, any dosing instructions, AEs reported and/or medication changes) with the subject must be noted in the source documentation.

## 3.4    NUMBER OF SUBJECTS

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (two-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

**United Therapeutics Corp.**                                      RIN-PH-201
                                                               Original Protocol

### 3.5    NUMBER OF CENTERS

This study is a multi-center with approximately 75 participating study centers.

### 3.6    ESTIMATED STUDY DURATION

From Screening until study completion, expected duration of study participation is approximately 20 weeks (includes a four week Screening period and 16 week treatment period).

### 4    SUBJECT ELIGIBILITY

Inclusion and exclusion criteria are to be assessed during the Screening period and reconfirmed at the Baseline visit prior to the first dose of study drug. Study related procedures must be conducted during the Screening period after obtaining informed consent to determine subject eligibility for the study.

### 4.1    INCLUSION CRITERIA

1. Subject voluntarily gives informed consent to participate in the study.

2. Males and females aged 18 – 79 years at the time of informed consent.

   a. Females of reproductive potential[1] must be non-pregnant (as confirmed by a serum pregnancy test at screening) and non-lactating, and will:

      i. Either abstain from intercourse (when it is in line with their preferred and usual lifestyle), or

      ii. Use two medically acceptable, highly-effective forms of contraception[2] for the duration of study, and <u>at least</u> 30 days after discontinuing study drug.

   b. Males must use a condom for the duration of treatment and for at least 48 hours after discontinuing study drug.

---

[1] Females who are successfully sterilized (surgical sterilization methods include hysterectomy, bilateral tubal ligation, or bilateral oophorectomy) or are postmenopausal (defined as amenorrhea for at least 12 consecutive months) are not considered to be of reproductive potential.

[2] Medically acceptable, highly-effective forms of contraception can include approved hormonal contraceptives (oral, injectable, and implantable), and barrier methods (such as a condom or diaphragm) when used with a spermicide. For women of reproductive potential, a negative pregnancy test is required at Screening and Baseline prior to initiating study drug.

3. The subject has a confirmed diagnosis (based on CT imaging and PFTs performed within six months prior to the first dose of study drug) of WHO Group 3 PH associated with one of the following:

   a. Idiopathic interstitial pneumonia (IIP) including:

      i. Idiopathic pulmonary fibrosis (IPF)

---

**Version Date 21 Oct 2015**              **Confidential**              **Page 32**

ii.  Idiopathic nonspecific interstitial pneumonia

iii.  Respiratory bronchiolitis-associated interstitial lung disease (RB-ILD)

iv.  Desquamative interstitial pneumonia (DIP)

v.  Cryptogenic organizing pneumonia (COP)

vi.  Acute interstitial pneumonitis (AIP)

vii.  Idiopathic lymphoid interstitial pneumonia

viii.  Idiopathic pleuroparenchymal fibroelastosis

ix.  Unclassifiable idiopathic interstitial pneumonia

b.  Chronic hypersensitivity pneumonitis (CHP)

c.  Occupational lung disease (drug or radiation-induced)

d.  Combined pulmonary fibrosis and emphysema (CPFE)

4. Subjects are required to have a RHC within one year prior to the first dose of study drug with the following documented parameters:

a.  Pulmonary vascular resistance (PVR) $\geq$ 4 Wood Units (WU) and

b.  A left ventricular end diastolic pressure (LVEDP) or pulmonary capillary wedge pressure (PCWP) of $\leq$ 12 mmHg if PVR $\geq$ 4 WU to < 6.25 WU or $\leq$ 15 mmHg if PVR $\geq$ 6.25 WU and

c.  A mean pulmonary arterial pressure (mPAP) of $\geq$ 30 mmHg

*Note: For subjects receiving background therapy with an FDA approved medication (i.e., endothelin receptor antagonist [ERA], phosphodiesterase type-5 inhibitor [PDE-5I], or soluble guanylate cyclase stimulator [sGC]) for PAH, the RHC must be performed after the initiation of aforementioned PAH therapy to ensure the subject meets the required RHC parameters.*

5. An uncorrected diffusing capacity of the lungs for carbon monoxide (DLCO) of < 50%.

6. Baseline 6MWD $\geq$ 100 meters.

7. The subject is either not receiving any PAH-approved oral therapy (ERA, PDE-5I, or sGC), or is receiving monotherapy (ERA, PDE-5I, or sGC) for at least 90 days and receiving a stable dose for $\geq$ 30 days prior to randomization.

8. Subjects on a chronic medication for underlying lung disease must be on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug. Subjects receiving pirfenidone or nintedanib must have been receiving treatment for at least 90 days and on a stable dose for at least 30 days prior to the first dose of study drug.

9. Subjects on a supportive medication therapy (*e.g.,* anticoagulants, diuretics, oxygen, etc.) must be on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug. Exceptions are the discontinuation or dose changes of anticoagulants and / or dose change of diuretics.

LIQ_PH-ILD_00000282

**United Therapeutics Corp.**

RIN-PH-201
Original Protocol

10. In the opinion of the Investigator, the subject is able to communicate effectively with study personnel, and is considered reliable, willing and likely to be cooperative with protocol requirements, including attending all study visits.

## 4.2    EXCLUSION CRITERIA

1. The subject has a diagnosis of PAH or PH for reasons other than ILD as outlined in inclusion criterion 3.  This would include, but is not limited to, the concomitant presence of thromboembolic disease (acute or chronic), untreated or inadequately treated obstructive sleep apnea (OSA), sarcoidosis, human immunodeficiency virus (HIV)-1 infection, toxin exposure such as methamphetamine or anorexigen use, and other conditions of the WHO Group I, II, IV, and V classification.

2. The subject has shown intolerance or significant lack of efficacy to a prostacyclin or prostacyclin analogue that resulted in discontinuation or inability to effectively titrate that therapy.

3. The subject has received any prostacyclin therapy (i.e., epoprostenol, treprostinil, iloprost, or beraprost) within 30 days of informed consent, except for acute vasoreactivity testing.

4. The subject has evidence of clinically significant left-sided heart disease as defined by:

   a. LVEDP or PCWP > 15 mmHg (or >12 if PVR $\geq$ 4 to < 6.25 WU)

   b. Left ventricular ejection fraction < 40% as assessed by either multigated angiogram (MUGA), angiography or echocardiography.

   *Note: Subjects with abnormal left ventricular function attributable entirely to impaired left ventricular filling due to the effects of right ventricular overload (i.e., right ventricular hypertrophy and/or dilatation) will not be excluded.*

5. Subjects must not have three or more of the following left ventricular disease/dysfunction risk factors:
   a. Body Mass Index (BMI) $\geq$ 30 kg/m$^2$
   b. History of Essential Hypertension
   c. Diabetes Mellitus – any type
   d. Historical evidence of significant coronary disease established by any one of the following:
      i. history of myocardial infarction or percutaneous coronary intervention or angiographic, or
      ii. evidence of coronary artery disease (> 50% stenosis in at least one coronary artery), or
      iii. positive stress test with imaging, or previous coronary artery bypass graft, or stable angina

6. The subject is receiving > 10 L/min of oxygen supplementation by any mode of delivery at rest at Baseline.

7. Use of any inhaled tobacco products or significant history of drug abuse within six months prior to first dose of study drug.

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                **Original Protocol**

8.  Exacerbation of underlying lung disease or active pulmonary or upper respiratory infection within 30 days of the first dose of study drug.

9.  Initiation of pulmonary rehabilitation within 12 weeks prior to the first dose of study drug.

10. The subject has uncontrolled systemic hypertension as evidenced by systolic blood pressure > 160 mmHg or diastolic blood pressure > 100 mmHg.

11. The subject has any form of congenital heart disease or congenital heart defect (repaired or unrepaired) (other than a patent foramen ovale [PFO]).

12. The subject has anemia as defined by a screening hemoglobin value < 9.0 g/dL, active infection, or any other condition that would interfere with the interpretation of study assessments.

13. The subject has a Body Mass Index $\geq$ 40 kg/m$^2$.

14. The subject has any musculoskeletal disorder (*i.e.,* arthritis affecting the lower limbs, recent hip or knee joint replacement, artificial leg), is using a device to assist walking (*i.e.,* cane or walker), or has any other condition that would limit ambulation.

15. Use of any investigational drug/device, or participation in any investigational study within 30 days prior to the first dose of study drug.

## 4.3    PRESCRIBED THERAPY

Subjects must not be receiving any prostacyclin (i.e., epoprostenol, treprostinil, iloprost, beraprost, or any other prostacyclin therapy) within 30 days prior to informed consent (unless used for acute vasoreactivity testing).  Subjects can either be on no FDA approved PAH background therapy or on a single FDA approved PAH therapy including: an ERA, a PDE-5I, or a sGC so long as they have been receiving treatment for a minimum of 90 days and on a stable dose for at least 30 days prior to randomization.

Subjects on a supportive therapy (*e.g.,* anticoagulants, diuretics, oxygen) must have been on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug.  Exceptions are the discontinuation or dose changes of anticoagulants and / or dose change of diuretics. Subjects on a chronic medication for underlying lung disease should be on a stable and optimized dose for $\geq$ 30 days prior to the first dose of study drug.  Subjects receiving pirfenidone or nintedanib should have been receiving treatment for a minimum of 90 days and at the current dose for at least 30 days prior to the first dose of study drug.  Subjects may not newly initiate pirfenidone or nintedanib from the first dose of study drug (Baseline) through study termination.

Subjects may not initiate pulmonary rehabilitation (rehab) within 12 weeks prior to the first dose of study drug until the end of the study (Week 16).

All concomitant medications taken during the conduct of the study, including those taken for AEs or other medical events, should be recorded in the subject's source documents and transcribed into the eCRF as required.  The flow rate of supplemental oxygen should be recorded as outlined in Section 3.3.2.6.2.

DA0664                                                    LIQ_PH-ILD_00000284

United Therapeutics Corp.

RIN-PH-201
Original Protocol

## 5    SUBJECT ENROLLMENT

### 5.1    TREATMENT ASSIGNMENT

Subjects will be randomized (1:1) to receive treatment with inhaled treprostinil (6 mcg/breath) or placebo.

### 5.2    RANDOMIZATION

Subjects will be randomized (1:1) to receive treatment with inhaled treprostinil (6 mcg/breath) or placebo.  An IXRS will be utilized for the central randomization procedure.  Sites will enter values of the qualifying 6MWT and the date the test was conducted into the IXRS and will be notified if the subject qualifies for the study.

All subjects will be randomized using a centrally administered stratified permuted block randomization, stratified by Baseline 6MWD ($\leq$ 350 m and > 350 m) and receipt of background FDA approved therapy for PAH (i.e., treatment naïve or receiving an FDA approved therapy for PAH [i.e., ERA, PDE-5I, or sGC]).

### 5.3    BLINDING

The Investigator, study site, subject and Sponsor will not be aware of the treatment allocation.  All clinical trial material will be provided as blinded study drug.

## 6    DRUGS AND DOSING (OR TREATMENT PROCEDURES)

### 6.1    DRUG DOSAGE, ADMINISTRATION AND SCHEDULE

Treprostinil for inhalation solution (0.6 mg/mL) is delivered via an ultrasonic nebulizer which emits a dose of approximately 6 mcg per breath.  Placebo will be provided as an identical solution that will be inhaled using the same ultrasonic nebulizer.  All subjects will receive study drug (inhaled treprostinil or placebo) using the commercially available TD-100 ultrasonic nebulizer (Tyvaso Inhalation System).  Subjects will be trained on inhalation of study drug using the nebulizer device.  Detailed instructions for the use of these devices will be provided to all study subjects.  In addition, all subjects will receive a copy of the commercially available Tyvaso Inhalation System Instructions for Use (IFU) for the TD-100 ultrasonic nebulizer.

Once informed consent has been signed, all entry criteria have been met, and the randomized treatment assignment confirmed, the first dose of study drug (3 breaths; 18 mcg) will be inhaled in the clinic, followed by at least a one hour observation period (defined as Day 1).  Study drug doses should be maximized throughout the study, dose escalations (additional one breath four times daily) can occur up to every three days with a target dosing regimen of 9 breaths (54 mcg) four times daily and a maximum of 12 breaths (72 mcg) four times daily within four weeks of beginning the treatment.  Table 6-1 provides a guideline for recommended dose escalations.

United Therapeutics Corp.

**RIN-PH-201**
**Original Protocol**

**Table 6-1    Recommended Inhaled Treprostinil Dose Escalation Table**

| Study Day[1] | Single Dose | Total Daily Dose |
|---|---|---|
| Titrating to maximum dose of 12 breaths | | |
| 1-3 | 3 breaths QID (18 mcg) | 72 mcg |
| 4-6 | 4 breaths QID (24 mcg) | 96 mcg |
| 7-9 | 5 breaths QID (30 mcg) | 120 mcg |
| 10-12 | 6 breaths QID (36 mcg) | 144 mcg |
| 13-15 | 7 breaths QID (42 mcg) | 168 mcg |
| 16-18 | 8 breaths QID (48 mcg) | 192 mcg |
| 19-21 | 9 breaths QID (54 mcg) | 216 mcg |
| 22-24 | 10 breaths QID (60 mcg) | 240 mcg |
| 25-27 | 11 breaths QID (66 mcg) | 264 mcg |
| 28 (and beyond) | 12 breaths QID (72 mcg) | 288 mcg |

∗  QID: four times daily; mcg: micrograms
[1]  Study day refers to the days on study drug with Day 1 referring to the first dose of study drug.

The dosing schedule is recommended as a guide only.  The Investigator may determine the appropriate dosing schedule on an individual subject basis, considering tolerability and functional improvement.

If subjects are unable to tolerate the initial three breaths, they may decrease their next dose to one or two breaths of study drug (as determined by the Investigator) four times a day during waking hours.  The subject will then gradually increase their dose to reach a minimum of three breaths and titrate to a target of 9 breaths and a maximum dose of 12 breaths four times a day during waking hours, as tolerated.

Dose changes should be conducted under appropriate medical supervision in consultation with the study site.  Telephone calls/emails between the site and subject should occur prior to each dose adjustment or at least weekly to monitor for AEs, clinical worsening events and make decisions about dose titration.

## 6.2    ACCESS TO BLINDED TREATMENT ASSIGNMENT

During the study, the site personnel, subject, and Sponsor will remain blinded to the treatment assignment of all subjects.  A medical emergency (*e.g.,* a life threatening event) constitutes the only reason for unblinding during the treatment phase.  Appropriate communications must take place between the site and the Sponsor before accessing the IXRS to allow unblinding of a subject's treatment assignment.

## 6.3    COMPLIANCE

Each subject will be provided with a dosing diary in order to record dosing information from Randomization until Week 16/ET.  Subjects will be required to bring the completed dosing diary and all empty and unused study drug ampoules to each scheduled study visit.  At each visit, all study drug returned by the subject (used and unused) will be collected and new study

drug will be dispensed. The appropriate study personnel must document the number of used and unused ampoules and determine if the appropriate amount of study drug remains based on the dose of study drug prescribed.

Subject compliance with the prescribed dosage regimen will be monitored throughout the study. At each study visit, the subject will be asked whether he or she has been compliant with dosing instructions. If it is determined that a subject is not compliant with study drug then site personnel must re-educate the subject on proper dosing compliance and its importance. Continued non-compliance may lead to withdrawal of the subject from the study, after consultation between the Investigator and the Sponsor.

## 7    EXPERIMENTAL PROCEDURES

Screening may begin up to 30 days prior to first dose of study drug. Baseline assessments may be conducted over a 48 hour period prior to the first dose of study drug to allow for scheduling of all activities. Alternately, the Screening and Baseline assessments may be conducted in one visit if all assessments are performed and all entry criteria are satisfied within the 48 hours prior to randomization and first dose of study drug.

### 7.1    SCREENING VISIT

The recommended sequence of assessments for the Screening visit is as follows (if not combined with the Baseline visit [See Section 7.2 for the recommended sequence of events for the combined Screening/Baseline visit]):

- Informed consent
- Inclusion/exclusion criteria review
  - If necessary, the following procedure may be performed during the 30 day Screening window if required to satisfy inclusion/exclusion criteria (previous medical records documenting eligibility criteria may also be used provided the previous records document subject eligibility within the protocol mandated timelines, as applicable):
    - RHC (Must be performed within one year prior to the first dose of study drug and after initiating PAH background therapy [if applicable]. If a historical RHC is not available in this timeframe, a RHC may be performed during Screening so long as it is performed at least five days prior to the first dose of study drug [Baseline (Day 1)]; a RHC cannot be combined with the Baseline visit)
    - CT scan (must be performed within six months prior to the first dose of study drug)
- Demographics
- PH history
- Medical history
- Physical exam

Case 1:23-cv-00975-RGA-SRF     Document 80-2     Filed 04/29/24     Page 109 of 482
PageID #: 6794

United Therapeutics Corp.                                                    RIN-PH-201
                                                                       Original Protocol

- Vital signs (following at least five minutes of rest; collected prior to 6MWT or after recovery from the 6MWT, if practice 6MWT is applicable) including: height, weight, RR, HR, systolic blood pressure (SBP), diastolic blood pressure (DBP), and temperature.

- Serum pregnancy test, for women of childbearing potential

- Blood draws for clinical laboratory parameters

- Practice 6MWT (only required if the subject has not previously performed a 6MWT at the study site; to be conducted following at least 10 minutes of rest [sitting])

- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT, if applicable)

- Documentation of supplemental oxygen requirement (L/min)

- Hospitalizations due to a cardiopulmonary indication

- Exacerbations of underlying lung disease

- Adverse events

- Concomitant medications

## 7.2    BASELINE/RANDOMIZATION VISIT

All Baseline assessments must be performed prior to the first dose of study drug. Baseline assessments may be conducted over a 48 hour period prior to the first dose of study drug to allow for scheduling of assessments; however, the Baseline 6MWT must occur on the same day as but prior to the first dose of study drug. The recommended sequence of assessments for the Baseline visit is as follows (if not combined with the Screening visit):

- SGRQ (questionnaire must be administered prior to any results, procedures, or blood draws)

- Vital signs (following at least five minutes of rest; collected prior to 6MWT or after recovery from the 6MWT); including weight, RR, HR, SBP, DBP, and temperature.

- Urine pregnancy test, for women of childbearing potential

- Blood draws for clinical laboratory parameters

- NT-proBNP (must be drawn prior to 6MWT and first dose of study drug; for central laboratory processing only)

- Collection of blood sample for evaluation of biomarkers (optional)

- 12-lead ECG (following at least five minutes of rest in the semi-recumbent position)

- Documentation of supplemental oxygen requirement (L/min)

- 6MWT (must be conducted prior to first dose of study drug on the day of randomization; to be conducted following at least 10 minutes of rest [sitting])

- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)

- PFTs (must be done prior to first dose of study drug and after recovery from the Baseline 6MWT)

- Hospitalizations due to a cardiopulmonary indication

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

- Exacerbations of underlying lung disease
- Adverse events
- Concomitant medications
- Re-confirm inclusion/exclusion criteria (Baseline 6MWD [not the practice Screening 6MWD] will be used for inclusion/exclusion verification)
- Randomization using IXRS
- Administer study drug and provide dosing instructions and device training (subject must remain in the clinic for at least one hour after the first dose of study drug for observation)
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:
  - Hospitalization due to a cardiopulmonary indication
  - Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
  - Death (all causes)
  - Lung transplantation

## 7.3    COMBINED SCREENING AND BASELINE

The Screening and Baseline assessments may be conducted in one visit if all assessments are performed and all entry criteria are satisfied within 48 hours prior to randomization and dosing of study drug.  Baseline PFTs, 6MWT, and CT (if a historical assessment is not available within six months prior to the first dose of study drug) assessments used to determine eligibility criteria may be performed on the same day but prior to the first dose of study drug.  The recommended order of assessments for a combined Screening and Baseline Visit is outlined below.

Assessments to be completed as part of the Screening phase:

- Informed consent
- SGRQ (questionnaire must be administered prior to any results, procedures, or blood draws)
- Inclusion/exclusion criteria review
- Blood draws for clinical laboratory parameters and serum pregnancy test (enough blood should be drawn for local laboratory to confirm the entry criteria for hemoglobin and serum pregnancy test [as applicable], as well as for the complete panel for central laboratory processing)
- NT-proBNP (must be drawn prior to 6MWT and first dose of study drug; for central laboratory processing only)
- Collection of blood sample for evaluation of biomarkers (optional)
- Demographics
- PH history
- Medical history

**Version Date 21 Oct 2015**            **Confidential**                          **Page 40**

LIQ_PH-ILD_00000289

**United Therapeutics Corp.**                                             RIN-PH-201
                                                                    Original Protocol

- Physical examination
- Vital Signs (following at least five minutes of rest; collected prior to the 6MWT or after recovery from the 6MWT) including: weight, RR, HR, SBP, DBP, and temperature.
- Documentation of supplemental oxygen requirement (L/min)
- Practice 6MWT to be conducted one day prior to Baseline assessments (only required if the subject has not previously performed a 6MWT at the study site; to be conducted following at least 10 minutes of rest [sitting])
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Adverse events
- Concomitant medications

Assessments to be completed as part of the Baseline Visit:

- 12-Lead ECG (following at least five minutes of rest in the semi-recumbent position)
- 6MWT (must be conducted on the same day as but prior to first dose of study drug; to be conducted following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (must be done prior to first dose of study drug and after recovery from the Baseline 6MWT).
- Re-confirm inclusion/exclusion criteria (Baseline 6MWD [not the practice Screening 6MWD] will be used for inclusion/exclusion verification)
- Randomization using IXRS
- Administer study drug and provide dosing instructions and device training (subject must remain in the clinic for at least one hour after the first dose of study drug for observation)
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:
  - Hospitalization due to a cardiopulmonary indication
  - Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
  - Death (all causes)
  - Lung transplantation

## 7.4    TREATMENT PHASE: WEEKS 4, 8, AND 12

The following assessments to be completed during the Treatment phase:

- Vital signs (following at least five minutes of rest; collected prior to 6MWT or after recovery from 6MWT)
- Documentation of supplemental oxygen requirement (L/min)

**Version Date 21 Oct 2015**              **Confidential**              **Page 41**

- Urine pregnancy test, for women of childbearing potential
- Blood draws for clinical laboratory parameters (Week 8 only)
- NT-proBNP (for central laboratory processing only [Week 8 only])
- Peak 6MWT (must be conducted between 10 to 60 minutes after the most recent dose of study drug and following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (Week 8 only; to be performed after recovery from the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:

  o Hospitalization due to a cardiopulmonary indication
  o Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart.
  o Death (all causes)
  o Lung transplantation

- Adverse events
- Concomitant medications
- Study drug accountability

Please note the visit window for the Week 4, Week 8, and Week 12 visits is ± 5 days.

## 7.5    TREATMENT PHASE: WEEK 15 (TROUGH)

- Vital signs (following at least five minutes of rest; collected prior to 6MWT or after recovery from the 6MWT)
- Documentation of supplemental oxygen requirement (L/min)
- Urine pregnancy test, for women of childbearing potential
- Trough 6MWT (at least four hours after the last dose of study drug)
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:

  o Hospitalization due to a cardiopulmonary indication
  o Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
  o Death (all causes)

o   Lung transplantation
- Adverse events
- Concomitant medications
- Dosing instructions/study drug accountability

Please note the visit window for the Week 15 visit is ± 5 days and at least 24 hours prior to the Week 16 visit.

### 7.6    END OF STUDY (WEEK 16) OR EARLY TERMINATION (ET) VISIT

The assessments to be completed during the Week 16 visit are listed below in recommended sequence of events.  If a decision is made to early terminate a subject, the following assessments should be conducted as soon as possible and prior to study drug discontinuation, if possible:

- SGRQ (questionnaire must be administered prior to any results, procedures, or blood draws)
- Physical examination
- Vital signs (following at least five minutes of rest; collected prior to 6MWT or after recovery from the 6MWT)
- Documentation of supplemental oxygen requirement (L/min)
- 12-Lead ECG (following at least five minutes of rest in the semi-recumbent position)
- Urine pregnancy test, for women of childbearing potential
- Blood draws for clinical laboratory parameters
- NT-proBNP (must be drawn prior to 6MWT; for central laboratory processing only)
- Collection of blood sample for evaluation of biomarkers (optional)
- Peak 6MWT (must be conducted between 10 to 60 minutes after the most recent dose of study drug and following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (to be performed after recovery from the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:
  - Hospitalization due to a cardiopulmonary indication
  - Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
  - Death (all causes)
  - Lung transplantation
- Adverse events

**United Therapeutics Corp.**                                         **RIN-PH-201**
                                                                     **Original Protocol**

- Concomitant medications
- Study drug accountability

Subjects who remain on study drug, complete all assessments during the 16 week Treatment Phase, and who meet all eligibility criteria for the open-label extension study (RIN-PH-202) are eligible for an open-label extension study (RIN-PH-202). Subjects who permanently discontinue study drug during the 16 week Treatment Phase are not eligible for entry in the open-label extension study.

### 7.6.1    Study Contacts

During the treatment phase, all subjects will be contacted at least once a week via telephone or email (or more often as needed) to follow-up on adherence of the correct dose titration of study drug, and to assess for AEs and concomitant medications. A copy of emails and/or telephone contact sheets must be documented in the subject's source documentation. Email should not replace direct follow-up by telephone or in clinic for clinically significant AEs or other emergent issues. All study contacts (*i.e.,* any dosing instructions, AEs reported, and/or medication changes) with the subject will be recorded.

The weekly study contacts may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit.

## 8    STUDY TERMINATION

## 8.1    CRITERIA FOR SUBJECT WITHDRAWAL

A subject may voluntarily withdraw or be withdrawn from the study and/or study drug by the Investigator at any time for reasons including, but not limited to, the following:

- The subject wishes to withdraw from further participation.
- A serious or life-threatening AE occurs or the Investigator considers that it is necessary to discontinue study drug to protect the safety of the subject.
- The subject consistently deviated from the protocol.
- Lung transplantation.
- The subject becomes pregnant.
- The subject's behavior is likely to undermine the validity of his/her results.

If a subject is discontinued from the study prematurely, the Investigator must provide an explanation in the eCRF and complete the End of Study Record for that subject. If study drug has been administered, the Investigator should make every effort to perform all scheduled evaluations prior to discharge. In the event that a subject discontinues study drug prematurely due to an AE, the subject will be followed until either the Investigator determines that the AE has resolved, it is no longer considered clinically significant, the subject is lost to further follow-up, or for 30 days if the AE extends beyond the final visit.

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

## 8.2    LOST TO FOLLOW-UP

If a subject fails to return to clinic or respond after at least three documented attempts by the site to contact the subject by telephone or email, the Investigator should issue a written letter by certified mail requesting the subject to contact the clinic.  If no response is received, the subject will be considered lost to follow-up.  The site will record the last date of contact in the eCRF as the termination date.

## 8.3    CRITERIA FOR TERMINATING THE STUDY

The study may be stopped at any time if, in the opinion of the Investigator and/or Sponsor, continuation of the study represents a serious medical risk to the subjects.  This may include, but is not limited to, the presence of serious, life-threatening, or fatal AEs, or AEs that are unacceptable in nature, severity, or frequency.  The Sponsor reserves the right to discontinue the study for any reason at any time.

## 8.4    CRITERIA FOR DISCONTINUING THE SITE

The study may also be terminated at a given site if:

- The Investigator elects to discontinue the study.
- The Sponsor elects to discontinue the study at the site.
- U.S. FDA, European, or national regulations are not observed.
- The protocol is consistently violated.
- Changes in personnel or facilities adversely affect performance of the study.

## 9    ADVERSE EVENT REPORTING

## 9.1    DEFINITIONS

### *9.1.1    Adverse Event*

An AE is any untoward medical occurrence in a subject administered a pharmaceutical product which does not necessarily have to have a causal relationship with this treatment.  An AE can therefore be any unfavorable and unintended sign (including an abnormal laboratory finding for example), symptom, or disease temporally associated with the use of a medicinal product, whether or not related to the use of the medicinal product.

An AE may include:

- An intercurrent illness, injury, or any other concomitant impairment of the subject's health, as well as abnormal laboratory findings if deemed to have clinical significance.
- A worsening of an existing symptom or condition or post-treatment events that occur as a result of protocol-mandated procedures (*e.g.,* exacerbation of a pre-existing illness following the start of the study or an increase in frequency or intensity of a pre-existing episodic event or condition).

**Version Date 21 Oct 2015**                    **Confidential**                    **Page 45**

LIQ_PH-ILD_00000294

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

Thus, no causal relationship with the study drug is implied by the use of the term "adverse event".

An AE does not include the following:

- Medical or surgical procedures (*e.g.,* surgery, endoscopy, tooth extraction, transfusion); however, the condition for which the surgery is required may be an AE.
- Planned surgical measures permitted by the study protocol and the condition(s) leading to these measures are not AEs.
- Day to day fluctuations of pre-existing disease or conditions present or detected at the start of the study that do not worsen.
- Situations where an untoward medical occurrence has not occurred (*e.g.,* hospitalizations for cosmetic elective surgery, social and/or convenience admissions).
- The disease or disorder being studied or a sign or symptom associated with the disease or disorder unless more severe than expected for the subject's condition.

### *9.1.2    Serious Adverse Event*

A serious adverse event (SAE) is an AE occurring at any time after informed consent that results in any of the following outcomes:

- Death
- A life-threatening AE
- Inpatient hospitalization or prolongation of existing hospitalization
- A persistent or significant disability/incapacity
- A congenital anomaly/birth defect
- Results in a medically important event of reaction

Life-threatening in this context refers to a reaction in which the subject was at risk of death at the time of the reaction; it does not refer to a reaction that hypothetically might have caused death if more severe.

Medical and scientific judgment should be exercised in deciding whether other situations should be considered serious reactions, such as important medical events that might not be immediately life threatening or result in death or hospitalization, but might jeopardize the subject or might require intervention to prevent one of the other outcomes listed above. Examples of such events are intensive treatment in an emergency room or at home for allergic bronchospasm, blood dyscrasias, or convulsions that do not result in hospitalization or development of dependency or abuse.  Any suspected transmission via a medicinal product of an infectious agent is also considered a serious adverse reaction.

### 9.2    DOCUMENTATION OF ADVERSE EVENTS

An AE or SAE occurring during the study must be documented in the subject's source documents and on the appropriate eCRF page.  Information relating to the AE such as onset and cessation date and times, intensity, seriousness, relationship to study drug, and outcome is

LIQ_PH-ILD_00000295

also to be documented in the eCRF (see Appendix 15.2 for definitions). Where possible, AEs should be recorded using standard medical terminology. The Investigator should attempt, if possible, to establish a diagnosis based on the presenting signs and symptoms. If several signs or symptoms are clearly related to a medically-defined diagnosis or syndrome, the diagnosis or syndrome should be recorded on the eCRF page, not the individual signs and symptoms.

## 9.3   FOLLOW UP OF ADVERSE EVENTS

All AEs should be followed until either resolution (or return to normal or baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final visit. All SAEs that occur during the study will be followed until resolution, death, or the subject is lost to follow-up even if they are ongoing more than four weeks after completion of the final study visit. Supplemental measurements and/or evaluations may be necessary to investigate fully the nature and/or causality of an AE or SAE. This may include additional laboratory tests, diagnostic procedures, or consultation with other healthcare professionals. The eCRF pages should be updated with any new or additional information as appropriate.

## 9.4   REPORTING RESPONSIBILITIES OF THE INVESTIGATOR

**All SAEs, regardless of expectedness or causality, must be reported to the Sponsor by fax/email (+ 1 919-313-1297 or drugsafety@unither.com) within 24 hours of awareness.** A completed SAE Notification Report form along with any relevant hospital records and autopsy reports should be provided to Global Drug Safety at United Therapeutics Corporation. A follow-up SAE Notification Report form must be forwarded to Global Drug Safety at United Therapeutics Corporation within 24 hours of the receipt of any new or updated information. The Investigator must also promptly notify their Investigational Review Board (IRB) or Ethics Committee (EC) of the SAE, including any follow-up information, in accordance with applicable national regulations and guidelines set forth by the IRB or EC.

## 9.5   PREGNANCY

If a study subject becomes pregnant during participation in this clinical study, site staff must notify the Sponsor within 24 hours of learning of the pregnancy by completing the Pregnancy Notification Form and submitting via fax or e-mail to Global Drug Safety at United Therapeutics Corporation (+ 1 919-313-1297 or drugsafety@unither.com). The United Therapeutics Global Drug Safety department will follow-up with the Investigator to ensure appropriate data are provided regarding the outcome of the pregnancy, and to ask the Investigator to update the Pregnancy Notification Form. Pregnancy only becomes an AE/SAE if there is an abnormal outcome, a spontaneous abortion, an elective termination for medical reasons, or a congenital anomaly in the offspring.

## 9.6   SAFETY REPORTS

In accordance with national regulations, the sponsor will notify the appropriate regulatory authority(ies), and all participating Investigators of any AE that is considered to be possibly attributable to study drug and is both serious and unexpected. The Investigator must report

these AEs to their IRB or EC in accordance with applicable national regulations and guidelines set forth by the IRB or EC.

## 10    STATISTICAL CONSIDERATIONS

## 10.1    DATA PROCESSING

The results of assessments will be transcribed into an eCRF for each subject who signs an ICF until study completion, or study discontinuation for any reason. A representative from the sponsor will verify eCRF data fields against source documentation. All data transmitted from the site will be reviewed and entered into a quality assured computerized database. Data clarifications will be generated and the database will be edited as appropriate. The eCRF screens are to be reviewed by the Investigator for completeness and accuracy. The Investigator must electronically sign each subject's eCRF to signify his/her approval of the data. The Investigator will be required to re-sign an eCRF if changes are made to a subject's eCRF by the site after the Investigator initially signs the eCRF. The database will be final when all outstanding queries have been resolved and all data management quality assurance procedures are complete.

## 10.2    SAMPLE SIZE

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (two-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline in 6MWD assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

## 10.3    ANALYSIS PLAN

Details of the efficacy and safety analyses are provided below. A separate statistical analysis plan will document further details of the statistical methods to be employed, including any changes to planned analyses specified within this protocol. The analysis plan will be finalized prior to any unblinding of study data by the Sponsor. Unless otherwise specified, all statistical tests will be two-sided at alpha level of 0.05. All statistical calculations will be completed using the latest version of SAS®.

The Intent-to-Treat (ITT) population will be defined as all subjects randomized into the study; all ITT subjects will be counted in the group to which they were randomized, regardless of the study drug they were actually given. All efficacy analyses will be performed on this ITT population, unless otherwise specified. The Safety population will be defined as all subjects enrolled into the study who received at least one dose of study drug; all safety population subjects will be counted in the group corresponding to the study drug actually received, regardless of randomized assignment. All safety analyses will be performed on this Safety population, unless otherwise specified.

**United Therapeutics Corp.**

RIN-PH-201
Original Protocol

### 10.3.1    Primary Efficacy Endpoint

The primary efficacy endpoint is the change in 6MWD measured at peak exposure from Baseline to Week 16. This study hypothesizes that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects with PH associated with ILD including CPFE. Non-parametric analysis of covariance will be used to estimate the treatment effect. The magnitude of treatment effect will be estimated with the Hodges-Lehmann median difference between two treatment groups. For subjects who discontinue from the study early, the last observation carried forward method will be used to impute the 6MWD at Week 16.

### 10.3.2    Secondary Efficacy Endpoints

The effect of inhaled treprostinil will be formally tested on the following three secondary efficacy endpoints:

1. Change in peak 6MWD from Baseline to Week 12
2. Change in plasma concentration of NT-proBNP from Baseline to Week 16
3. Change in trough 6MWD from Baseline to Week 15

The similar approach for the analysis of primary efficacy endpoint will be used. No adjustment for multiplicity is planned.

### 10.3.3    Exploratory Endpoints

The effect of inhaled treprostinil will be evaluated on the following parameters:

1. Change in peak 6MWD from Baseline to Week 4
2. Change in peak 6MWD at from Baseline to Week 8
3. Change in SGRQ from Baseline to Week 16
4. Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until one of the following criteria are met:

   a. Hospitalization due to a cardiopulmonary indication
   b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at two consecutive visits and at least 24 hours apart
   c. Death (all causes)
   d. Lung transplantation

5. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16
6. Change in distance saturation product (DSP) from Baseline to Week 16

For changes in peak 6MWD and SGRQ, a similar approach for the analysis of primary efficacy endpoint will be used. For time to clinical worsening, Kaplan-Meier estimator will be provided and log-rank test will be used to compare the treatment difference.

LIQ_PH-ILD_00000298

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                **Original Protocol**

### 10.3.4    Safety Analyses

The safety of inhaled treprostinil will be evaluated by comparison of the following parameters between the two treatment groups:

1. AEs
2. Oxygenation
   a. Pulse oximetry ($SpO_2$)
   b. Supplemental oxygen (L/min) requirement
3. Pulmonary function:
   a. $FEV_1$
   b. FVC
   c. TLC
   d. DLCO
4. Clinical laboratory parameters
5. Vital signs
6. 12-Lead ECG
7. Hospitalizations due to cardiopulmonary indications
8. Exacerbations of underlying lung disease; defined as worsening of respiratory symptoms which require the modification or addition of systemic corticosteroids, antibiotics, or both.

All AEs as recorded by the Investigators will be assigned a Medical Dictionary for Regulatory Activities (MedDRA) preferred term and system organ class by the Sponsor for reporting purposes. The summary of AEs will include the number and percentage of subjects, as well as the number of events reported for each preferred term. No inferential analyses are planned for the AEs.

Data collected prior to dosing will serve as Baseline values for the evaluation of data collected during the treatment phase. Summary statistics will be calculated for measured values and changes from Baseline values. Treatment-emergent changes in vital signs, ECGs, PFTs, oxygenation parameters and clinical laboratory parameters will be summarized by treatment group. Incidence of hospitalization due to cardiopulmonary indications and exacerbations of underlying lung disease will be summarized by treatment group. No inferential analyses are planned on these safety endpoints.

### 10.4    INTERIM ANALYSES

Interim analyses for safety data will be performed at the request of the Data Monitoring Committee (DMC). Interim analyses for efficacy data are not planned for this study.

### 10.5    OTHER ANALYSES

Exploratory analyses may be conducted based on available study data.

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

## 10.6     DATA LISTINGS AND SUMMARIES

All data gathered in this study will be presented in summary tables and listings in the clinical study report.

## 10.7     DATA MONITORING COMMITTEE

A DMC will be established for the study including physicians knowledgeable in the treatment of PH.  Throughout the course of the study the DMC will meet on a regular basis to monitor the safety of the study.  Meetings will occur as outlined in the DMC charter.  The DMC will be blinded to individual subject treatment allocation during the review process.  All analyses will be prepared by an independent external consultant and reviewed only by the DMC as defined in the DMC charter.  The sponsor will only have access to blinded study data during this process.

## 11     PACKAGING AND FORMULATION

## 11.1     CONTENTS OF STUDY DRUG

### 11.1.1     Study Drug

The Sponsor will supply study medication (treprostinil inhalation solution, 0.6 mg/mL or placebo), as clear liquid in 2.9 mL ampoules.  The ampoules will be packaged in groups of four, sealed in aluminum pouches.  There will be nine pouches per carton.

### 11.1.2     Study Device

The Sponsor will supply commercially available TD-100 nebulizers (Tyvaso Inhalation System®) and accessories to the site in standard packaging labeled with the study number. The Tyvaso Inhalation will also be provided with the commercially available Instructions for Use (IFU).

Each subject will receive two nebulizers at the start of the study.  In addition, the subjects will be provided with a month worth of plastic accessories at each study visit.

## 11.2     LABELING

### 11.2.1     Study Drug

The foil pouch and the outer carton will each be labeled with the same information and sent to the site.  At a minimum, the study medication outer packaging (pouch and carton) will be labeled to disclose clearly the product name, study number, kit identification number, expiry date, Sponsor's name and address, instructions for use, and storage information (subject to regulatory requirements in each study region or country).

### 11.2.2     Study Device

Study subjects will receive commercially available TD-100 nebulizers and accessories separately from study drug.  Study subjects will receive two devices at Baseline supplied as a device starter kit.  Subjects will receive replacement parts as part of a monthly device

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 122 of 482
PageID #: 6807

United Therapeutics Corp.                                                    RIN-PH-201
Original Protocol

resupply kit.  The nebulizers and accessories will be supplied using standard packaging labeled with the study number.

## 11.3    STORAGE AND HANDLING OF CLINICAL TRIAL MATERIAL (CTM)

All study drug will be stored at room temperature 25°C (77°F) with excursions permitted to 15°C-30°C (59°F – 86°F).  Study drug should not be frozen, refrigerated, or exposed to heat. Keep the ampoules in the foil pouch to protect from light.  Once the foil pouch is opened, use within seven days.  See investigational medicinal product label for information on use and storage of the product.

Study drug will be stored in a securely locked cabinet or enclosure with appropriate temperature monitoring.  Access should be strictly limited to the Investigators and their designees.  Neither the Investigators nor any designees may provide study drug to any subject not participating in this protocol.

## 11.4    SUPPLY AND RETURN OF CTM

Study sites will be supplied with a sufficient quantity of study drug to begin enrollment in the study.  At Baseline, an IXRS will be utilized to randomize the subjects and assign the appropriate study drug for the first four-week treatment interval.  At subsequent study visits, the IXRS will be utilized by study staff to assign subsequent study drug kits to the subjects based upon their current treatment allocation.  At each study visit, all study drug dispensed to a subject should be returned to the study site, including all used and unused ampoules.

At the end of the study, nebulizers used during the study should be collected from each subject not continuing into the open-label extension study.  Subjects continuing into the open-label extension study will retain their devices for use in the open-label extension study.

## 11.5    DRUG ACCOUNTABILITY

The Investigator is responsible for study drug accountability and reconciliation overall and on a per subject basis.  Drug accountability records are to be maintained during the study and these records include, but are not limited to: the amount of study drug received from the sponsor, the amount dispensed to each subject, and the amount of used/unused study drug returned to the site from the subject.

At each visit, site personnel will:

- Collect and document all study drug returned by the subject (both used and unused).
- Compute study drug compliance using the dosing instructions given to the subject since the previous study visit and the amount of study drug returned.
- Re-educate the subject about the importance of following the prescribed dosing regimen (if compliance is low).

DA0681                                        LIQ_PH-ILD_00000301

**United Therapeutics Corp.**

RIN-PH-201
Original Protocol

Once a representative from the Sponsor is able to confirm drug accountability for a completed subject, unused study drug and nebulizers will be returned to a Sponsor designated location for destruction.

## 12    REGULATORY AND ETHICAL OBLIGATION

### 12.1    APPLICABLE REGULATORY REQUIREMENTS

The study will be conducted in accordance with ICH and GCP guidelines and all applicable national regulations.  The Sponsor will obtain the required approval from each national regulatory authority to conduct the study.  During the conduct of the study, an annual safety report will be compiled by the sponsor for submission to those regulatory authorities and IRBs/ECs that require it.  Any additional national reporting requirements as specified by the applicable regulations, regulatory authorities, or IRB/EC will also be fulfilled during the conduct of the study.

### 12.2    INFORMED CONSENT REQUIREMENTS

Before a subject is enrolled in the study, the Investigator or his/her designees must explain the purpose and nature of the study, including potential benefits and risks and all study procedures to the subject.  The subject must sign and date an IRB/EC-approved informed consent form prior to the conduct of any study-related activities.  A copy of the signed consent form will be given to the subject and the original will be retained in the study site's records.

### 12.3    INDEPENDENT ETHICS COMMITTEE/INSTITUTIONAL REVIEW BOARD

Prior to study initiation at each site, the Investigator will obtain approval for the study from an appropriate IRB/EC and provide the sponsor with a copy of the approval letter.  The IRB/EC must also review and approve the study site's informed consent form and any other written information provided to the subject prior to enrollment, as well as any advertising materials used for subject recruitment.  Copies of the informed consent form and advertising materials must be forwarded to the Sponsor for review before submission to the IRB/EC prior to the start of the study.

If, during the study, it is necessary to amend either the protocol or the informed consent form, the Investigator is responsible for obtaining IRB/EC approval of these amended documents prior to implementation.  Copies of the IRB/EC correspondence and approval letters must be sent to the Sponsor.

During the conduct of the study, an annual progress report will be compiled by the Sponsor for submission to those IRBs/ECs that require it.

A written summary of the study will be provided by the Investigator to the IRB/EC following study completion or termination according to the IRB or EC standard procedures.  Additional updates will also be provided in accordance with the IRB/EC's standard procedures.

**United Therapeutics Corp.**

RIN-PH-201
Original Protocol

## 12.4    PRESTUDY DOCUMENTATION REQUIREMENTS

Before the commencement of the clinical trial, at a minimum, the following documents will be provided to the site:  Investigators' Brochure, Protocol, Informed Consent Form, Subject Dosing Diary, the Tyvaso Inhalation System IFU, Budget Agreement, and Case Report Form.

At a minimum, the site will be required to provide the following documents to United Therapeutics Corporation or designee prior to study start:  Signature page of the protocol, Form FDA 1572, Financial Disclosure Form, IRB/EC Composition and Roster, IRB/EC protocol and informed consent approval letters, and Curriculum Vitae of study staff listed on the 1572.

## 12.5    SUBJECT CONFIDENTIALITY

Every effort will be made to keep medical information confidential.  United Therapeutics Corporation, the FDA or other regulatory bodies, and the IRB/EC governing this study may inspect the medical records of any subject involved in this study.  The Investigator may release the subject's medical records to employees or agents of the Sponsor, the IRB/EC or the FDA or appropriate local regulatory agencies for purposes of checking the accuracy of the data.  A number will be assigned to all subjects and any report published will not identify the subject's name.

## 13    ADMINISTRATIVE AND LEGAL OBLIGATIONS

## 13.1    PROTOCOL AMENDMENTS AND STUDY TERMINATION

Protocol amendments that could potentially adversely affect the safety of participating subjects or that alter the scope of the investigation, the scientific quality of the study, the experimental design, dosages, duration of therapy, assessment variables, the number of subjects treated, or subject selection criteria may be made only after consultation between United Therapeutics Corporation or its designee and the Investigator.

All protocol amendments must be submitted to and approved by the appropriate regulatory authorities and IRB/EC prior to implementation.

A report documenting study termination must also be submitted to and acknowledged by the appropriate IRB/EC for each study site.

At the end of the study, where applicable, a final report will be provided to the local regulatory agencies.

## 13.2    STUDY DOCUMENTATION AND STORAGE

In accordance with federal/national regulations, ICH, and GCP guidelines, the Investigator must retain study records for at least two years after the last approval of a marketing application in an ICH region and until there are no pending or contemplated marketing applications in an ICH region or at least two years have elapsed since the formal discontinuation of clinical development of the investigational product.  The Investigator must

**Version Date 21 Oct 2015**          **Confidential**          **Page 54**

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                **Original Protocol**

notify United Therapeutics Corporation before any disposal or change in location of study records.

### 13.3    STUDY MONITORING AND DATA COLLECTION

In accordance with federal/national regulations, ICH, and GCP guidelines, monitors for United Therapeutics Corporation or its designee will periodically contact the site and conduct on-site visits.  During these visits, the monitor will at a minimum:  confirm ethical treatment of subjects, assess study progress, review data collected, conduct source document verification, verify drug accountability periodically, and identify any issues requiring resolution.

The Investigator agrees to allow the monitor direct access to all relevant documents and to allocate his/her time and his/her staff to the monitor to discuss any findings or any relevant issues.

DA0684                                    LIQ_PH-ILD_00000304

**United Therapeutics Corp.**                                    RIN-PH-201
                                                        Original Protocol

## 14    REFERENCES

Agarwal, M. and A. Waxman (2015). Inhaled Treprostinil in Group-3 Pulmonary Hypertension. International Heart and Lung Transplant. Nice France.

ATS Statement: Guidelines for the Six-Minute Walk Test. Am J Respir Crit Care Med 2002; 166: 111–117.

Bajwa, A., A. Shujaat, C. Thomas, et al (2015). The impact of inhaled treprostinil sodium inhalation on ventilation perfusion matching when used in patients with group 1 PAH with concomitant COPD. Chest. Montreal Canada.

Benza, R. L., W. Seeger, V. V. McLaughlin, et al (2011). "Long-term effects of inhaled treprostinil in patients with pulmonary arterial hypertension: the Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) study open-label extension." Journal of Heart Lung Transplantion 30(12): 1327-1333.

Channick, R. N., H. Olschewski, W. Seeger, et al (2006). "Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension." Journal of the American College of Cardiology 48(7): 1433-1437.

Cottin, V., J. Le Pavec, G. Prèvot, et al (2010). "Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome." European Respiratory Journal 351: 105-111.

Fijalkowska, A., M. Kurzyna, A. Torbicki, et al (2006). "Serum N-terminal brain natriuretic peptide as a prognostic parameter in patients with pulmonary hypertension." Chest 129(5): 1313-1321.

Holland, A. E., M. A. Spruit, T. Troosters, et al (2014). "An official European Respiratory Society/American Thoracic Society technical standard: field walking tests in chronic respiratory disease." European Respiratory Journal 44(6): 1428-1446.

Jankowich, M. D. and S. I. Rounds (2012). "Combined pulmonary fibrosis and emphysema syndrome: a review." Chest 141(1): 222-231.

Lettieri, C. J., S. D. Nathan, R. F. Browning, et al (2006). "The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis". Respiratory Medicine 100: 1734-1741.

McLaughlin, V. V., R. L. Benza, L. J. Rubin, et al (2010). "Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial." Journal of the American College of Cardiology 55(18): 1915-1922.

Nathan, S. D. (2008). "Pulmonary hypertension in interstitial lung disease." International Journal of Clinical Practice 62(SUPPL.160): 21-28.

Nathan, S. D. and P. M. Hassoun (2013). "Pulmonary hypertension due to lung disease and/or hypoxia." Clinical Chest Medicine 34(4): 695-705.

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                 **Original Protocol**

Remodulin (treprostinil) Injection package insert.  United Therapeutics Corp.  Research Triangle Park, NC.  December 2014.

Roccia, F., B. Campolo, and L. Gallelli, et al.  "Effects of ambrisentan in a patient affected by combined pulmonary fibrosis and emphysema and by severe pulmonary hypertension: clinical, functional, and biomolecular findings."  Clinical Drug Investigation 33(6): 451-457.

Saggar R, D. Khanna, A. Vaidya, et al (2014).  "Changes in right heart hemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis." Thorax 69, no. 2: 123-9.

Seeger, W., Y. Adir, J. A. Barbera, et al (2013). "Pulmonary hypertension in chronic lung diseases." Journal of the American College of Cardiology 62(25 Suppl): D109-116.

Simonneau, G., I. M. Robbins, M. Beghetti, et al (2009). "Updated clinical classification of pulmonary hypertension." Journal of the American College of Cardiology 54(1 Suppl): S43-54.

Travis, W., U. Costabel, D. Hansell, et al (2013).  "An Official American Thoracic Society/European Respiratory Society Statement: Update of the International Multidisciplinary Classification of the Idiopathic Interstitial Pneumonias."  American Journal of Respiratory and Critical Care medicine 188(6): 733-748.

Voswinckel, R., H. A. Ghofrani, F. Grimminger, et al (2006). "Inhaled treprostinil [corrected] for treatment of chronic pulmonary arterial hypertension."  Annals of Internal Medicine 144(2): 149-150.

Wang, L., L. Bai, R. Sapkota, et al (2015).  Hemodynamic and gas exchange effects of iloprost in patients with chronic obstructive pulmonary disease and pulmonary hypertension. Pulmonary Vascular Research Institute.  Guangzhou, China.

DA0686                                                          LIQ_PH-ILD_00000306

**United Therapeutics Corp.**                                    **RIN-PH-201**
                                                                **Original Protocol**

## 15     APPENDICES

### 15.1     PROCEDURE FOR SIX-MINUTE WALK TEST

<u>General Procedures</u>

The 6MWT should be administered by the same tester at each study site throughout the study, whenever possible.  The administration of the test and specifications of the testing area should be generally consistent with the American Thoracic Society guidelines[1,2] and the usual practice of the investigative site.  Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate by simple face mask at all subsequent 6MWT assessments.

The area used for the 6MWT should be pre-measured at approximately 30 meters in length and at least 2 to 3 meters in width.  There must be no turns or significant curves to the 6MWT area.  The length should be marked with gradations to ensure the accurate measurement of the distance walked.  The area should be well ventilated.  The tester may be at the starting end of the corridor or at the midpoint of the corridor with a stop-watch.  Intermittent rest periods are allowed if the subject can no longer continue.  If the subject needs to rest briefly, he/she may stand or sit and then begin again when he/she is sufficiently rested but the clock will continue to run.  At the end of 6 minutes, the tester will call "stop where you are" while simultaneously stopping the watch and then measure the distance walked.

<u>Instructions to the Subject</u>

Subjects will be instructed that the preceding meal should be light.  Subjects should be told to wear comfortable clothing and sneakers or comfortable walking shoes.  The person administering the test will use the following **exact** dialogue with the subject:

"The purpose of this test is to find out how far you can walk in 6 minutes.  You will start from this point and follow the hallway to the marker (e.g., chair) at the end, turn around and walk back.  When you arrive back at the starting point you will go back and forth again.  You will go back and forth as many times as you can in the 6-minute period.  You may stop and rest if you need to.  Just remain where you are until you can go on again.  However, the most important thing about the test is that you cover as much ground as you possibly can during the six-minutes.  I will tell you the time, and I will let you know when the 6 minutes are up.  When I say STOP, please stand right where you are."

After these instructions are given to the subject, the person administering the test will then ask:

"Do you have any questions about the test?"

The person administering the test will then start the test by saying the following to the subject:

"Are you ready?"

"Start when I say "GO."

The person administering the test will tell the subject the time at each minute by saying:

"You have 5 minutes to go."

**Version Date 21 Oct 2015**          **Confidential**          **Page 58**

LIQ_PH-ILD_00000307

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

"You have 4 minutes to go."

"You have 3 minutes to go."

"You have 2 minutes to go."

"You have 1 minute to go."

At 6 minutes, the person administering the test will tell the subject: "stop where you are."

No other instruction or encouragement will be given during the test. Eye contact with the subject should be avoided during the test.

[1] ATS Statement: Guidelines for the Six-Minute Walk Test. Am J Respir Crit Care Med 2002; 166: 111  117.
[2] Holland, A. E., M. A. Spruit, T. Troosters, M. A. Puhan, V. Pepin, D. Saey, M. C. McCormack, B. W. Carlin, F. C. Sciurba, F. Pitta, J. Wanger, N. MacIntyre, D. A. Kaminsky, B. H. Culver, S. M. Revill, N. A. Hernandes, V. Andrianopoulos, C. A. Camillo, K. E. Mitchell, A. L. Lee, C. J. Hill and S. J. Singh (2014). "An official European Respiratory Society/American Thoracic Society technical standard: field walking tests in chronic respiratory disease." Eur Respir J 44(6): 1428-1446.

## 15.2    GUIDELINES AND DEFINITIONS FOR RECORDING ADVERSE EVENTS

The Investigator or a designated member of his/her staff will probe each subject for any AEs that may have occurred.  The Investigator should always ask the same question when conducting the verbal probe in order to ensure uniformity between subjects.  The Investigator should ask:

"How are you doing (feeling)?"

Based on the subject's response to this question, the Investigator should ask additional questions relevant to the specific complaint such as:

"How severe is/was the symptom?"

"How often did the symptom occur?"

"How long did the symptom last?"

It is the Investigator's responsibility to review the results of all diagnostic and laboratory tests as they become available and ascertain if there is a clinically significant change from Baseline.  If the results are determined to be a clinically significant change from Baseline, this should be reported as an AE.  The Investigator may repeat the diagnostic procedure or laboratory test or request additional tests to verify the results of the original tests.  When possible, a diagnosis associated with the abnormality should be used as the reported AE.

Using provided definitions, the Investigator will then:

(1) rate the intensity and seriousness of the AE, (2) estimate the causality of the AE to study drug, and (3) note actions taken to counteract the AE.

Definitions of Intensity, Seriousness, Causality, Action Taken, and Outcome

**INTENSITY**

An assessment of the relative intensity (severity) of an AE is based on the Investigator's clinical judgment.  The maximum intensity encountered during the evaluation period should be checked.  The assessment of intensity should be independent of the assessment of the seriousness of the AE.

**SERIOUSNESS**

A serious AE is one that represents an actual or potential significant hazard.  This includes, but is not limited to, an event that is fatal, life-threatening, permanently or severely disabling, requires or prolongs inpatient hospitalization*, is a congenital abnormality (offspring of subject) or is medically significant (important medical events that may not result in death, be life-threatening, or require hospitalization may be considered an SAE when, based upon appropriate medical judgment, they may jeopardize the subject and may require medical or surgical intervention to prevent one of the outcomes listed in this definition).

*Hospitalizations that would not be considered SAEs include those for:

- Routine treatment or monitoring of the study indication not associated with any deterioration in condition (e.g., hospitalization for a routine RHC).

LIQ_PH-ILD_00000309

- Treatment which was elective or pre-planned, for a pre-existing condition not associated with any deterioration in condition (e.g., pre-planned operation which does not lead to further complications etc.).
- Treatment of an emergency, in an outpatient setting for an event not fulfilling any of the definitions of serious as given above and not resulting in hospital admission.

**CAUSALITY**

An estimate of causality between a specified AE and the study drug is made by the Investigator. Several factors should be considered when determining causality. These factors include temporal relationship and response to withdrawal or reintroduction of the study drug.

Definitions of the causality categories are as follows:

- NOT RELATED – There is not a temporal relationship to study drug administration (too early, or late, or study drug not taken), or there is a reasonable causal relationship between another drug, or concurrent disease and the SAE, or any of the following:
  - An event that precedes the first administration of study drug
  - An event for which the cause is clearly related to an external event
  - Temporal relationship to study drug is atypical
  - Is readily explained by an intercurrent illness AND has an expected level of severity, duration and resolution
  - An alternative explanation (concomitant drug, intercurrent illness) is likely

- POSSIBLE – There is a reasonable causal relationship between the study drug and the SAE. Dechallenge information is lacking or unclear, study drug administration was not modified in response to the SAE, or any of the following:
  - Has a reasonable temporal relationship to study drug
  - The event has a plausible biological link to the activity of the study drug
  - Is unlikely to be related to an intercurrent illness or has an unexpected degree of severity, duration or complication

- PROBABLE – There is a reasonable causal relationship between the study drug and the SAE. The event responds to dechallenge - the event resolves or improves with modification of study drug administration. Rechallenge (the original study drug was restarted) is not required, or any of the following:
  - Has a reasonable temporal relationship to study drug
  - The event has a plausible biologic link to the activity of the study drug
  - Not readily explained by an intercurrent illness
  - Not readily explained by external event
  - Improves on discontinuation of study drug
  - If study drug has been discontinued, may recur or reintroduction of study drug

LIQ_PH-ILD_00000310

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

**ACTION TAKEN**

STUDY DRUG DOSE MODIFICATION*

- Dose Not Changed – The dose or regimen of the study drug was not changed.

- Dose Increased – The dose or regimen of study drug was increased

- Dose Decreased – The dose or regimen of study drug was decreased

- Drug Interrupted – Administration of the study drug was stopped temporarily

- Drug Withdrawn – Administration of the study drug was stopped permanently and not restarted

- Unknown – Changes to the administration of the study drug cannot be determined

- Not Applicable

*NOTE: Only the last study drug action should be recorded in the eCRF. For example, if the study drug is withdrawn and then the decision is made to restart, the dose modification of "Drug interrupted" should be reported on the SAE form.

**OUTCOME**

- Fatal – The study subject died.

- Not Recovered/Not Resolved – The AE was ongoing at the time of death or at the time the subject was lost to follow up.

- Recovered/Resolved – The AE resolved.

- Recovered/Resolved with Sequelae – The AE is considered resolved however there is residual sequelae. Some events do not return to baseline, such as metastasis or progression of disease; however, once these events are determined by the Investigator to be stable or chronic, the Investigator may consider the event to be resolved or resolved with sequelae.

- Recovering/Resolving – The AE is improving but is not yet completely recovered/resolved.

- Unknown – The outcome of the AE cannot be determined.

DA0691          LIQ_PH-ILD_00000311

**United Therapeutics Corp.**

**RIN-PH-201**
**Original Protocol**

### 15.3  ST. GEORGE'S RESPIRATORY QUESTIONNAIRE

# ST. GEORGE'S RESPIRATORY QUESTIONNAIRE
# ENGLISH FOR THE UNITED STATES

**ST. GEORGE'S RESPIRATORY QUESTIONNAIRE (SGRQ)**

*This questionnaire is designed to help us learn much more about how your breathing is troubling you and how it affects your life. We are using it to find out which aspects of your illness cause you the most problems, rather than what the doctors and nurses think your problems are.*

*Please read the instructions carefully and ask if you do not understand anything. Do not spend too long deciding about your answers.*

*Before completing the rest of the questionnaire:*

*Please check one box to show how you describe your current health:*

| Very good | Good | Fair | Poor | Very poor |
|-----------|------|------|------|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**Copyright reserved**
P.W. Jones, PhD FRCP
Professor of Respiratory Medicine,
St. George's University of London,
Jenner Wing,
Cranmer Terrace,
London SW17 ORE, UK.

Tel.  +44 (0) 20 8725 5371
Fax  +44 (0) 20 8725 5955

*continued…*

LIQ_PH-ILD_00000313

# St. George's Respiratory Questionnaire

## PART 1

*Please describe how often your respiratory problems have affected you over the past 4 weeks.*

Please check (✔) *one box for each question*:

|  | almost every day | several days a week | a few days a month | only with respiratory infections | not at all |
|---|---|---|---|---|---|
| 1. Over the past 4 weeks, I have coughed: | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. Over the past 4 weeks, I have brought up phlegm (sputum): | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Over the past 4 weeks, I have had shortness of breath: | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. Over the past 4 weeks, I have had wheezing attacks: | ☐ | ☐ | ☐ | ☐ | ☐ |

5. How many times during the past 4 weeks have you suffered from severe or very unpleasant respiratory attacks?

Please check (✔) *one*:

more than 3 times ☐
3 times ☐
2 times ☐
1 time ☐
none of the time ☐

6. How long did the worst respiratory attack last?
*(Go to Question 7 if you did not have a severe attack)*

Please check (✔) *one*:

a week or more ☐
3 or more days ☐
1 or 2 days ☐
less than a day ☐

7. Over the past 4 weeks, in a typical week, how many good days (with few respiratory problems) have you had?

Please check (✔) *one*:

No good days ☐
1 or 2 good days ☐
3 or 4 good days ☐
nearly every day was good ☐
every day was good ☐

8. If you wheeze, is it worse when you get up in the morning?

Please check (✔) *one*:

No ☐
Yes ☐

**USA / US English version**                    2

*continued…*

LIQ_PH-ILD_00000314

# St. George's Respiratory Questionnaire
## PART 2

---

**Section 1**

How would you describe your respiratory condition?

Please check (✔) *one*:

| | |
|---|---|
| The most important problem I have | ☐ |
| Causes me quite a lot of problems | ☐ |
| Causes me a few problems | ☐ |
| Causes no problems | ☐ |

If you have ever held a job:

Please check (✔) *one*:

| | |
|---|---|
| My respiratory problems made me stop working altogether | ☐ |
| My respiratory problems interfere with my job or made me change my job | ☐ |
| My respiratory problems do not affect my job | ☐ |

**Section 2**

***These are questions about what activities usually make you feel short of breath <u>these days</u>.***

For each statement please check (✔) ***the box*** that applies to you ***these days***:

| | True | False |
|---|:---:|:---:|
| Sitting or lying still | ☐ | ☐ |
| Washing or dressing yourself | ☐ | ☐ |
| Walking around the house | ☐ | ☐ |
| Walking outside on level ground | ☐ | ☐ |
| Walking up a flight of stairs | ☐ | ☐ |
| Walking up hills | ☐ | ☐ |
| Playing sports or other physical activities | ☐ | ☐ |

---

**USA / US English version**

3

*continued…*

# St. George's Respiratory Questionnaire
## PART 2

**Section 3**

*These are more questions about your cough and shortness of breath <u>these days</u>.*

For each statement please check
(✔) *the box* that applies
to you *these days*:

| | True | False |
|---|---|---|
| Coughing hurts | ☐ | ☐ |
| Coughing makes me tired | ☐ | ☐ |
| I am short of breath when I talk | ☐ | ☐ |
| I am short of breath when I bend over | ☐ | ☐ |
| My coughing or breathing disturbs my sleep | ☐ | ☐ |
| I get exhausted easily | ☐ | ☐ |

**Section 4**

*These are questions about other effects that your respiratory problems may have on you <u>these days</u>.*

For each statement, please
check (✔) *the box* that
applies to you *these days*:

| | True | False |
|---|---|---|
| My cough or breathing is embarrassing in public | ☐ | ☐ |
| My respiratory problems are a nuisance to my family, friends or neighbors | ☐ | ☐ |
| I get afraid or panic when I cannot catch my breath | ☐ | ☐ |
| I feel that I am not in control of my respiratory problems | ☐ | ☐ |
| I do not expect my respiratory problems to get any better | ☐ | ☐ |
| I have become frail or an invalid because of my respiratory problems | ☐ | ☐ |
| Exercise is not safe for me | ☐ | ☐ |
| Everything seems too much of an effort | ☐ | ☐ |

**Section 5**

*These are questions about your respiratory treatment. If you are not receiving treatment go to section 6.*

For each statement, please
check (✔) *the box* that applies
to you *these days*:

| | True | False |
|---|---|---|
| My treatment does not help me very much | ☐ | ☐ |
| I get embarrassed using my medication in public | ☐ | ☐ |
| I have unpleasant side effects from my medication | ☐ | ☐ |
| My treatment interferes with my life a lot | ☐ | ☐ |

**USA / US English version**     4

*continued…*

# St. George's Respiratory Questionnaire
## PART 2

**Section 6**

***These are questions about how your activities might be affected by your respiratory problems.***

For each statement, please check (✔)
***the box*** that applies to you
***because of your respiratory problems***:

|  | True | False |
|---|:---:|:---:|
| I take a long time to get washed or dressed | ☐ | ☐ |
| I cannot take a bath or shower, or I take a long time to do it | ☐ | ☐ |
| I walk slower than other people my age, or I stop to rest | ☐ | ☐ |
| Jobs such as household chores take a long time, or I have to stop to rest | ☐ | ☐ |
| If I walk up one flight of stairs, I have to go slowly or stop | ☐ | ☐ |
| If I hurry or walk fast, I have to stop or slow down | ☐ | ☐ |
| My breathing makes it difficult to do things such as walk up hills, carry things up stairs, light gardening such as weeding, dance, bowl or play golf | ☐ | ☐ |
| My breathing makes it difficult to do things such as carry heavy loads, dig in the garden or shovel snow, jog or walk briskly (5 miles per hour), play tennis or swim | ☐ | ☐ |
| My breathing makes it difficult to do things such as very heavy manual work, ride a bike, run, swim fast, or play competitive sports | ☐ | ☐ |

**Section 7**

***We would like to know how your respiratory problems <u>usually</u> affect your daily life.***

For each statement, please check (✔)
***the box*** that applies to you ***because of
your respiratory problems***:

|  | True | False |
|---|:---:|:---:|
| I cannot play sports or do other physical activities | ☐ | ☐ |
| I cannot go out for entertainment or recreation | ☐ | ☐ |
| I cannot go out of the house to do the shopping | ☐ | ☐ |
| I cannot do household chores | ☐ | ☐ |
| I cannot move far from my bed or chair | ☐ | ☐ |

*continued…*

f:\institut\cultadap\project\gsk1881\question\final versions\sgrqusaq.doc 18/04/03

LIQ_PH-ILD_00000317

# St. George's Respiratory Questionnaire

*Here is a list of other activities that your respiratory problems may prevent you from doing. (You do not have to check these, they are just to remind you of ways your shortness of breath may affect you):*

Going for walks or walking the dog

Doing activities or chores at home or in the garden

Sexual intercourse

Going to a place of worship, or a place of entertainment

Going out in bad weather or into smoky rooms

Visiting family or friends or playing with children

Please write in any other important activities that your respiratory problems may stop you from doing:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Now please check the box (one only) that you think best describes how your respiratory problems affect you:

It does not stop me from doing anything I would like to do ☐

It stops me from doing one or two things I would like to do ☐

It stops me from doing most of the things I would like to do ☐

It stops me from doing everything I would like to do ☐

*Thank you for completing this questionnaire. Before you finish would you please make sure that you have answered all the questions.*

f:\institut\cultadap\project\gsk1881\question\final versions\sgrqusaq.doc 18/04/03

Final Protocol - RIN-PH-201

Amendment 3

15February2017

LIQ_PH-ILD_00000319

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                             Inhaled Treprostinil



# A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease

## IND 70,362

## Protocol RIN-PH-201

## CONFIDENTIAL

## UNITED THERAPEUTICS CORPORATION

| | |
|---|---|
| Original Protocol Date: | 21 October 2015 |
| Amendment 1 | 20 November 2015 |
| Amendment 2 | 13 September 2016 |
| Amendment 3 | 15 February 2017 |

**CONFIDENTIAL AND PROPRIETARY, UNITED THERAPEUTICS CORPORATION**

All content contained herein is confidential and proprietary information of United Therapeutics Corporation and shall not be disclosed in whole or in part except as permitted by a signed contract with United Therapeutics Corporation. © 2017 United Therapeutics Corporation

**United Therapeutics Corp.**　　　　　　　　　　**RIN-PH-201 Protocol Amendment 3**
　　　　　　　　　　　　　　　　　　　　　　　　　**Inhaled Treprostinil**

## LIST OF CONTACTS FOR STUDY

Study Sponsor

United Therapeutics Corp.
55 TW Alexander Drive
Research Triangle Park, NC 27709

Nicole Leedom
Clinical Trial Leader
Telephone:　　　(919) 425-5870
Fax:　　　　　　(919) 485-8352
nleedom@unither.com

Allison Lim, PharmD
Product Leader
Telephone:　　　(919) 425-8799
Fax:　　　　　　(919) 485-8352
alim@unither.com

Kiernan DeAngelis, MD
Medical Monitor
Telephone:　　　(919) 425-5698
Fax:　　　　　　(919) 287-2772
medicalmonitoring@unither.com

UT Global Drug Safety
SAE Phone:　　　(855) 735-7312
SAE Fax:　　　　(919) 313-1297
drugsafety@unither.com

Clinical Laboratory

Covance Central Laboratories
8211 SciCor Drive
Indianapolis, IN 46214
Telephone:　　　(866) 762-6209
Fax:　　　　　　(317) 616-2362

DA0701　　　　　　　　　　　　　　　　　　　LIQ_PH-ILD_00000321

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                      Inhaled Treprostinil

**INVESTIGATOR'S AGREEMENT**

I have read the attached protocol entitled "A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease," protocol amendment 3 dated 15 February 2017 and agree to abide by all provisions set forth therein.

I agree to comply with the International Council for Harmonisation (ICH) Guideline for Good Clinical Practice and applicable Food and Drug Administration regulations/guidelines set forth in 21 Code of Federal Regulations Parts 50, 54, 56, and 312 and any local regulations per country.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of United Therapeutics Corp.

I also have read the current Investigator's Brochure for inhaled treprostinil and acknowledge that review of the information contained in the Investigator's Brochure is a requirement for Investigators before using inhaled treprostinil in a clinical study.

This protocol has been received for information only and must not be implemented before all necessary regulatory agency and Ethics Committee/Institutional Review Board approval documents have been obtained.

_____        _____
Signature of Principal Investigator                          Date

_____        _____
Printed Name of Principal Investigator

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                     Inhaled Treprostinil

### PROTOCOL SYNOPSIS

| | |
|---|---|
| **Title** | A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease |
| **Study Phase** | Phase II/III |
| **Indication** | Pre-capillary pulmonary hypertension (PH) associated with interstitial lung disease (ILD) including combined pulmonary fibrosis and emphysema (CPFE) |
| **Primary Objective** | To evaluate the safety and efficacy of inhaled treprostinil in subjects with PH associated with ILD including CPFE |
| **Primary Endpoint** | To evaluate the change in 6-minute walk distance (6MWD) measured at peak exposure from Baseline to Week 16 |
| **Secondary Endpoints** | To evaluate the effect of inhaled treprostinil on the following parameters:<br>1. Change in peak 6MWD from Baseline to Week 12<br>2. Change in plasma concentration of N-terminal pro-brain natriuretic peptide (NT-proBNP) from Baseline to Week 16<br>3. Change in trough 6MWD from Baseline to Week 15 |
| **Exploratory Endpoints** | To evaluate the effect of inhaled treprostinil on the following parameters:<br>1. Change in peak 6MWD from Baseline to Week 4<br>2. Change in peak 6MWD from Baseline to Week 8<br>3. Change in quality of life (QOL) as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16<br>4. Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:<br>   a. Hospitalization due to a cardiopulmonary indication |

**Version Date 15 Feb 2017**              **Confidential**                    **Page 4**

LIQ_PH-ILD_00000323

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
                                                       **Inhaled Treprostinil**

|   |   |
|---|---|
|   | b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart |
|   | c. Death (all causes) |
|   | d. Lung transplantation |
|   | 5. Change in distance saturation product (DSP) from Baseline to Week 16 |
|   | 6. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16 |
|   | 7. Optional evaluation of whole genome sequence at Baseline |
| **Safety Endpoints** | 1. Adverse events (AEs) |
|   | 2. Oxygenation |
|   |    a. Pulse oximetry (saturation of peripheral capillary oxygenation [$SpO_2$]) |
|   |    b. Supplemental oxygen requirement (L/min) |
|   | 3. Pulmonary function: |
|   |    a. Forced expiratory volume in 1 second (FEV1) |
|   |    b. Forced vital capacity (FVC) |
|   |    c. Total lung capacity (TLC) |
|   |    d. Lung diffusion capacity (DLCO) |
|   | 4. Clinical laboratory parameters |
|   | 5. Vital signs |
|   | 6. Electrocardiograms (ECG) |
|   | 7. Hospitalization due to a cardiopulmonary indication |
|   | 8. Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality |
| **Study Design** | Multicenter, randomized, double-blinded, placebo-controlled, 16-week, parallel group study |
| **Sample Size** | Approximately 314 subjects at approximately 120 centers |

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
                                                  **Inhaled Treprostinil**

---

| | |
|---|---|
| **Summary of Subject Eligibility Criteria** | Inclusion criteria: |

Inclusion criteria:

1. Subject voluntarily gives informed consent to participate in the study.

2. Males and females aged 18 years or older at the time of informed consent.

   a. Females of reproductive potential must be non-pregnant (as confirmed by a urine pregnancy test at screening) and non-lactating, and will:

      i. Either abstain from intercourse (when it is in line with their preferred and usual lifestyle), or

      ii. Use 2 medically acceptable, highly-effective forms of contraception for the duration of study, and <u>at least</u> 30 days after discontinuing study drug.

   b. Males with a partner of childbearing potential must use a condom for the duration of treatment and for at least 48 hours after discontinuing study drug.

3. The subject has a confirmed diagnosis of World Health Organization (WHO) Group 3 PH based on computed tomography (CT) imaging, which demonstrates evidence of diffuse parenchymal lung disease performed within 6 months prior to randomization. Subjects may have any form of ILD or CPFE.

4. Subjects are required to have a right heart catheterization (RHC) within 1 year prior to randomization with the following documented parameters:

   a. Pulmonary vascular resistance (PVR) > 3 Wood Units (WU) and

   b. A pulmonary capillary wedge pressure (PCWP) of $\leq$ 15 mmHg and

   c. A mean pulmonary arterial pressure (mPAP) of $\geq$ 25 mmHg

5. Baseline 6MWD $\geq$ 100 meters

---

**Version Date 15 Feb 2017**              **Confidential**                    **Page 6**

LIQ_PH-ILD_00000325

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                      Inhaled Treprostinil

6. Subjects on a chronic medication for underlying lung disease (ie, pirfenidone, nintedanib, etc) must be on a stable and optimized dose for $\geq 30$ days prior to randomization.

7. In the opinion of the Investigator, the subject is able to communicate effectively with study personnel, and is considered reliable, willing and likely to be cooperative with protocol requirements, including attending all study visits.

8. Subjects with connective tissue disease (CTD) must have a Baseline FVC of < 70%.

Exclusion criteria:

1. The subject has a diagnosis of pulmonary arterial hypertension (PAH) or PH for reasons other than WHO Group 3 PH-ILD as outlined in inclusion criterion 3.

2. The subject has shown intolerance or significant lack of efficacy to a prostacyclin or prostacyclin analogue that resulted in discontinuation or inability to effectively titrate that therapy.

3. The subject has received any PAH approved therapy including: prostacyclin therapy (ie, epoprostenol, treprostinil, iloprost, or beraprost; except for acute vasoreactivity testing), IP receptor agonist (selexipag), endothelin receptor antagonist (ERA), phosphodiesterase type 5 inhibitor (PDE5-I), or soluble guanylate cyclase (sGC) stimulator within 60 days of randomization.

4. The subject has evidence of clinically significant left-sided heart disease as defined by:
   a. PCWP > 15 mmHg
   b. Left ventricular ejection fraction < 40%.
   *Note: Subjects with abnormal left ventricular function attributable entirely to impaired left ventricular filling due to the effects of right ventricular overload (ie, right ventricular hypertrophy and/or dilatation) will not be excluded.*

5. The subject is receiving > 10 L/min of oxygen supplementation by any mode of delivery at rest at Baseline.

DA0706                                      LIQ_PH-ILD_00000326

United Therapeutics Corp.                          RIN-PH-201 Protocol Amendment 3
                                                        Inhaled Treprostinil

|  | 6. Current use of any inhaled tobacco/marijuana products or a significant history of drug abuse at the time of informed consent. |
|---|---|
|  | 7. Exacerbation of underlying lung disease or active pulmonary or upper respiratory infection within 30 days of randomization. |
|  | 8. Initiation of pulmonary rehabilitation within 12 weeks prior to randomization. |
|  | 9. In the opinion of the Investigator, the subject has any condition that would interfere with the interpretation of study assessments or has any disease or condition (ie, peripheral vascular disease, musculoskeletal disorder, morbid obesity) that would likely be the primary limit to ambulation (as opposed to PH). |
|  | 10. Use of any investigational drug/device, or participation in any investigational study with therapeutic intent within 30 days prior to randomization. |
|  | 11. Severe concomitant illness limiting life expectancy (< 6 months). |
|  | 12. Acute pulmonary embolism within 90 days of randomization. |
| **Drug Dosage and Formulation** | Inhaled treprostinil (6 mcg/breath) or placebo<br><br>Treatment Phase:<br>All subjects will initiate inhaled treprostinil or placebo at a dose of 3 breaths (18 mcg) 4 times daily (during waking hours). Study drug doses should be maximized throughout the study, dose escalations (additional 1 breath 4 times daily) can occur up to every 3 days with a target dosing regimen of 9 breaths (54 mcg) 4 times daily and a maximum dose of 12 breaths (72 mcg) 4 times daily, as clinically tolerated. |
| **Control Group** | Placebo |
| **Route of Administration** | Inhaled |

DA0707

LIQ_PH-ILD_00000327

United Therapeutics Corp.                          RIN-PH-201 Protocol Amendment 3
                                                              Inhaled Treprostinil

**Procedures**                Subjects will be assessed during Screening and Baseline to
                              determine eligibility for the study.  Once eligible,
                              5 Treatment Phase visits to the clinic will be required at
                              Week 4, Week 8, Week 12, Week 15, and Week 16 (final
                              study visit).  An Early Termination (ET) Visit will be
                              conducted for subjects who end treatment prior to Week 16;
                              all assessments planned for the final Week 16 Visit will be
                              conducted during the ET Visit, as applicable.  Subjects will
                              also be contacted at least weekly by telephone or email to
                              assess tolerance to study drug, AEs, and changes to
                              concomitant medications.

                              Key Assessments:

                              - Pregnancy test: Females of childbearing potential
                                will undergo a urine pregnancy test at Screening
                                followed by urine pregnancy tests at Baseline and
                                every subsequent scheduled study visit or ET.
                              - Blood for NT-proBNP and clinical labs will be
                                obtained at Baseline, Week 8, and Week 16 or ET.
                              - A peak 6-minute walk test (6MWT) will be
                                conducted at Baseline, Week 4, Week 8, Week 12,
                                and Week 16 or ET.
                              - A trough 6MWT will be performed at Week 15 (at
                                least 24 hours prior to the Week 16 6MWT).
                              - Pulse oximetry will be performed immediately prior
                                to, during, and immediately after each 6MWT.
                              - Pulmonary function tests (PFTs) will be conducted
                                at Baseline, Week 8, and Week 16 or ET.
                              - SGRQ will be completed at Baseline and Week 16
                                or ET.
                              - An optional blood sample will be collected for
                                whole genome sequencing at Baseline.
                              - An optional blood sample will be collected for the
                                analysis of biomarkers (specific targets to be
                                determined) at Baseline and Week 16 or ET.
                              - An ECG will be conducted at Baseline and Week 16
                                or ET.
                              - Hospitalizations due to cardiopulmonary indications
                                and exacerbations of underlying lung disease will be
                                evaluated from the time of informed consent until
                                study discontinuation.

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                      Inhaled Treprostinil

| | |
|---|---|
| | • Time to clinical worsening will be evaluated from the time of randomization until study discontinuation. |
| **Statistical Considerations** | Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (2-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD measured at peak exposure assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%. |
| | The primary efficacy endpoint is the change in 6MWD measured at peak exposure from Baseline to Week 16. The clinical hypothesis is that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects with PH associated with ILD including CPFE. Non-parametric analysis of covariance will be used to estimate the treatment effect. The magnitude of treatment effect will be estimated with the Hodges-Lehmann median difference between 2 treatment groups. For subjects who discontinue from the study early, the last observation carried forward method will be used to impute the 6MWD at Week 16. |
| **Sponsor** | United Therapeutics Corp. 55 TW Alexander Drive P.O. Box 14186 Research Triangle Park, NC 27709 United States of America |

United Therapeutics Corp.      RIN-PH-201 Protocol Amendment 3
                Inhaled Treprostinil

**TABLE OF CONTENTS**

LIST OF CONTACTS FOR STUDY ................................................................. 2

INVESTIGATOR'S AGREEMENT ................................................................. 3

PROTOCOL SYNOPSIS ................................................................................. 4

TABLE OF CONTENTS .................................................................................. 11

Table of In-Text Tables ................................................................................... 14

1  BACKGROUND AND RATIONALE ........................................................ 15

1.1  DEFINITION OF CLINICAL PROBLEM ........................................ 15

1.2  INHALED TREPROSTINIL BACKGROUND ................................. 15

1.2.1  General Pharmacology ..................................................................... 15

1.2.2  General Toxicology ........................................................................... 16

1.2.3  Clinical Experience .......................................................................... 17

1.3  RATIONALE FOR DEVELOPMENT OF STUDY DRUG IN
     DISEASE/CONDITION .................................................................... 18

1.4  CLINICAL HYPOTHESIS ............................................................... 19

2  OBJECTIVES ........................................................................................ 19

2.1  Primary Endpoint ............................................................................. 19

2.2  Secondary Endpoints ....................................................................... 19

2.3  Exploratory Endpoints ..................................................................... 19

2.4  Safety Endpoints .............................................................................. 20

3  EXPERIMENTAL PLAN ..................................................................... 20

3.1  STUDY DESIGN .............................................................................. 20

3.2  OVERALL SCHEDULE OF TIMES AND EVENTS ..................... 22

3.3  CLINICAL ASSESSMENTS ........................................................... 26

3.3.1  Efficacy ............................................................................................. 26

3.3.1.1  6-Minute Walk Test ......................................................................... 26

3.3.1.2  St. George's Respiratory Questionnaire ......................................... 27

3.3.1.3  N-terminal Pro-brain Natriuretic Peptide ...................................... 28

3.3.1.4  Time to Clinical Worsening ............................................................. 28

3.3.1.5  Change in Distance Saturation Product ......................................... 28

3.3.1.6  Optional Biomarker ......................................................................... 29

3.3.1.7  Optional Whole Genome Sequencing.............................................. 29

3.3.2  Safety ................................................................................................. 29

3.3.2.1  Medical History and Physical Examinations .................................. 29

3.3.2.2  Vital Signs ........................................................................................ 29

3.3.2.3  12-Lead Electrocardiogram ............................................................ 30

3.3.2.4  Clinical Laboratory Assessments ................................................... 30

3.3.2.5  Pulmonary Function Tests .............................................................. 31

3.3.2.6  Oxygenation ..................................................................................... 32

3.3.2.7  Adverse Events ................................................................................. 32

3.3.2.8    Concomitant Medications ................................................................. 33
3.3.2.9    Hospitalization due to Cardiopulmonary Indications ..................... 33
3.3.2.10   Exacerbations of Underlying Lung Disease ..................................... 33
3.3.2.11   Weekly Telephone/Email Contact ................................................... 34
3.4    NUMBER OF SUBJECTS ...................................................................... 34
3.5    NUMBER OF CENTERS ........................................................................ 34
3.6    ESTIMATED STUDY DURATION ........................................................ 34
4    SUBJECT ELIGIBILITY ........................................................................... 34
4.1    INCLUSION CRITERIA ......................................................................... 35
4.2    EXCLUSION CRITERIA ........................................................................ 35
4.3    PRESCRIBED THERAPY ....................................................................... 36
5    SUBJECT ENROLLMENT ......................................................................... 37
5.1    TREATMENT ASSIGNMENT ............................................................... 37
5.2    RANDOMIZATION ................................................................................ 37
5.3    BLINDING .............................................................................................. 37
6    DRUGS AND DOSING (OR TREATMENT PROCEDURES) ................. 38
6.1    DRUG DOSAGE, ADMINISTRATION, AND SCHEDULE ................ 38
6.2    ACCESS TO BLINDED TREATMENT ASSIGNMENT ..................... 39
6.3    COMPLIANCE ........................................................................................ 39
7    EXPERIMENTAL PROCEDURES ............................................................ 40
7.1    SCREENING VISIT ................................................................................ 40
7.2    BASELINE/RANDOMIZATION VISIT ................................................ 41
7.3    COMBINED SCREENING AND BASELINE ....................................... 42
7.4    TREATMENT PHASE: WEEKS 4, 8, AND 12 ..................................... 44
7.5    TREATMENT PHASE: WEEK 15 (TROUGH) ..................................... 45
7.6    END OF STUDY (WEEK 16) AND/OR EARLY TERMINATION VISIT ......... 46
7.7    STUDY CONTACTS ................................................................................ 47
7.8    ACCESS TO OPEN-LABEL STUDY ..................................................... 47
8    STUDY TERMINATION ............................................................................. 48
8.1    CRITERIA FOR SUBJECT WITHDRAWAL ....................................... 48
8.2    LOST TO FOLLOW-UP .......................................................................... 48
8.3    CRITERIA FOR TERMINATING THE STUDY ................................... 49
8.4    CRITERIA FOR DISCONTINUING THE SITE .................................... 49
9    ADVERSE EVENT REPORTING ............................................................... 49
9.1    DEFINITIONS ......................................................................................... 49
9.1.1    Adverse Event ....................................................................................... 49
9.1.2    Serious Adverse Event .......................................................................... 50
9.2    DOCUMENTATION OF ADVERSE EVENTS ..................................... 51
9.3    FOLLOW-UP OF ADVERSE EVENTS ................................................. 51
9.4    REPORTING RESPONSIBILITIES OF THE INVESTIGATOR ........... 51

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 153 of 482
PageID #: 6838

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                    Inhaled Treprostinil

9.5     PREGNANCY ............................................................................................ 52
9.6     SAFETY REPORTS .................................................................................. 52
10   STATISTICAL CONSIDERATIONS ........................................................ 52
10.1   DATA PROCESSING ................................................................................ 52
10.2   SAMPLE SIZE .......................................................................................... 53
10.3   ANALYSIS PLAN ..................................................................................... 53
10.3.1   Primary Efficacy Endpoint ................................................................ 53
10.3.2   Secondary Efficacy Endpoints .......................................................... 54
10.3.3   Exploratory Endpoints ...................................................................... 54
10.3.4   Safety Analyses .................................................................................. 55
10.4   INTERIM ANALYSES .............................................................................. 56
10.5   OTHER ANALYSES ................................................................................. 56
10.6   DATA LISTINGS AND SUMMARIES ..................................................... 56
10.7   DATA MONITORING COMMITTEE ...................................................... 56
11   PACKAGING AND FORMULATION ......................................................... 56
11.1   CONTENTS OF STUDY DRUG ............................................................... 56
11.1.1   Study Drug ......................................................................................... 56
11.1.2   Study Device ...................................................................................... 56
11.2   LABELING ................................................................................................ 57
11.2.1   Study Drug ......................................................................................... 57
11.2.2   Study Device ...................................................................................... 57
11.3   STORAGE AND HANDLING OF CLINICAL STUDY MATERIAL.......... 57
11.4   SUPPLY AND RETURN OF CLINICAL STUDY MATERIAL ................ 57
11.5   DRUG ACCOUNTABILITY ..................................................................... 58
12   REGULATORY AND ETHICAL OBLIGATION ........................................ 58
12.1   APPLICABLE REGULATORY REQUIREMENTS ................................... 58
12.2   INFORMED CONSENT REQUIREMENTS ............................................. 59
12.3   INDEPENDENT ETHICS COMMITTEE/INSTITUTIONAL REVIEW
         BOARD .................................................................................................... 59
12.4   PRESTUDY DOCUMENTATION REQUIREMENTS.............................. 60
12.5   SUBJECT CONFIDENTIALITY .............................................................. 60
13   ADMINISTRATIVE AND LEGAL OBLIGATIONS................................... 60
13.1   PROTOCOL AMENDMENTS AND STUDY TERMINATION .................. 60
13.2   STUDY DOCUMENTATION AND STORAGE ......................................... 61
13.3   STUDY MONITORING AND DATA COLLECTION................................ 61
14   REFERENCES ............................................................................................ 62
15   APPENDICES ............................................................................................. 64
15.1   PROCEDURE FOR 6-MINUTE WALK TEST ........................................ 64
15.2   GUIDELINES AND DEFINITIONS FOR RECORDING ADVERSE
         EVENTS.................................................................................................. 66

United Therapeutics Corp.                          **RIN-PH-201 Protocol Amendment 3**
                                                                **Inhaled Treprostinil**

**15.3   ST. GEORGE'S RESPIRATORY QUESTIONNAIRE** .......................................... **70**

**Table of In-Text Tables**

Table 6-1     Recommended Inhaled Treprostinil Dose Escalation Table .......................... 38

# 1    BACKGROUND AND RATIONALE

## 1.1    DEFINITION OF CLINICAL PROBLEM

Pulmonary hypertension (PH) is defined as an elevation in pulmonary arterial pressure and pulmonary vascular resistance (PVR).  The World Health Organization (WHO) classifies PH due to lung diseases and/or hypoxemia as WHO Group 3 PH (Simonneau 2009).  This classification includes PH due to interstitial lung disease (ILD) including combined pulmonary fibrosis and emphysema (CPFE).

Interstitial lung disease encompasses a heterogeneous group of parenchymal lung diseases that are characterized by significant scarring or fibrosis of the bronchioles and alveolar sacs within the lungs (Travis 2013, Seeger 2013).  Increased fibrotic tissue in ILD prevents oxygenation and free gas exchange between the pulmonary capillaries and alveolar sacs.  The symptomatology of ILD is non-specific, and covers a wide range of symptoms, whose severity can vary substantially among patients.  The incidence of PH in ILD has been reported in up to 86% of patients and is associated with a poorer prognosis and decreased quality of life (QOL) (Nathan 2008, Nathan 2013).

Combined pulmonary fibrosis and emphysema is characterized by emphysema, fibrosis, and abnormalities of gas exchange (Jankowich 2012).  Up to 50% of CPFE patients have been reported to develop PH with increased PVR associated with a decreased survival (Cottin 2010, Seeger 2013).

There are no approved treatments for PH in patients with ILD or CPFE; however, the results of some approved therapies for pulmonary arterial hypertension (PAH) have stimulated further investigation in these indications (Seeger 2013, Saggar 2014, Agarwal 2015, Roccia 2013).

## 1.2    INHALED TREPROSTINIL BACKGROUND

### 1.2.1    General Pharmacology

Treprostinil, 2-[[(1R,2R,3aS,9aS)-[[2,3,3a,4,9,9a-hexahydro-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1Hbenz[f]inden-5-yl]oxy]acetic acid, is a chemically stable tricyclic analogue of prostacyclin.  The pharmacology of treprostinil is well-characterized and approved for the

treatment of PAH following either the subcutaneous (SC), intravenous (IV), inhaled (as treprostinil sodium), or oral (as treprostinil diolamine) routes of administration.

Prostacyclin is known to lower pulmonary artery pressure, increase cardiac output without affecting the heart rate (HR), improve systemic oxygen transport and possibly reverse pulmonary arterial remodeling.  There is increasing evidence that the ability to block the proliferation of pulmonary artery smooth muscle cells, along with vasodilation, may contribute to the therapeutic effects of prostacyclin in the treatment of PAH.  Treprostinil acts by triggering direct vasodilation of the pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.  In vitro, treprostinil induced concentration dependent relaxation of rabbit isolated pre-contracted mesenteric arteries and inhibited adenosine diphosphate induced platelet aggregation in human and rat platelet rich plasma.  In animals, the vasodilatory effects of treprostinil reduce right and left ventricular afterload, thereby increasing cardiac output and stroke volume.  The mechanism of action of treprostinil is therefore likely to be multifactorial.

Treprostinil for inhalation (Tyvaso®) is approved in the United States, Argentina, and Israel for the treatment of PAH (WHO Group 1) in patients with New York Heart Association (NYHA) Functional Classification III symptoms, to increase exercise ability.

### 1.2.2    General Toxicology

A well-defined clinical safety profile exists for treprostinil sodium; acute toxicity studies, repeat-dose toxicity studies, reproductive toxicity studies, and genotoxicity studies have been performed in both rats and dogs and support the chronic administration to patients (Remodulin® Package Insert 2014).

The toxicokinetic profile of treprostinil was also evaluated in acute and repeat dose toxicity studies of up to 13 weeks in duration in rodents and dogs which supported the chronic administration of inhaled treprostinil to patients.  In addition, a 2-year rat carcinogenicity study was performed with treprostinil inhalation at target doses up to 5.26, 10.6, and 34.1 mcg/kg/day which found no evidence for carcinogenic potential associated with inhaled treprostinil in rats at systemic exposure levels up to 35 times the clinical exposure at the target

United Therapeutics Corp.                    **RIN-PH-201 Protocol Amendment 3**
                                             **Inhaled Treprostinil**

maintenance dose of 54 mcg. Refer to the inhaled treprostinil Investigator's Brochure for a full description of nonclinical data.

### 1.2.3    Clinical Experience

A series of acute and chronic investigator-initiated clinical studies were conducted with inhaled treprostinil to optimize the formulation for inhalation, determine dose response, tolerability, and safety and also to evaluate safety and tolerability when combined with other PAH therapies (Channick 2006, Voswinckel 2006). In the acute dosing studies, administration of inhaled treprostinil resulted in pulmonary vasodilation at relatively low doses. In the chronic studies, administration of inhaled treprostinil resulted in sustained improvement of exercise capacity.

A randomized, double blind, placebo controlled, Phase III study (TRIUMPH-I) was conducted to assess the safety and efficacy of inhaled treprostinil in combination with approved PAH therapies. Two hundred and thirty-five subjects who were clinically stable on an approved background oral PAH therapy (bosentan or sildenafil) were randomly allocated to receive either placebo or inhaled treprostinil for 12 weeks. The primary efficacy endpoint was change in exercise capacity at Week 12 as measured by 6-minute walk distance (6MWD). At Week 12, subjects receiving inhaled treprostinil had a median improvement of +21.6 meters in 6MWD and subjects in the placebo group had a median improvement of +3.0 meters. The Hodges-Lehmann placebo-corrected median change from baseline in peak 6MWD was +20.0 meters (p=0.00044). The durability of this result was supported by secondary measures related to the trough 6MWD, which was measured at least 4 hours after the last dose of inhaled treprostinil. At Week 12, trough 6MWD showed a placebo-corrected median treatment effect of 13.7 meters (p=0.0066). The most commonly reported adverse events (AEs) in the inhaled treprostinil group were cough (54%), headache (41%), and nausea (19%). There were no remarkable treatment-related changes in vital signs, physical examination (PE) findings, chest x-rays, pulmonary function tests (PFTs), or clinical laboratory parameters (McLaughlin 2010).

An open-label, extension study of the TRIUMPH-I study to evaluate the use of long-term inhaled treprostinil therapy was also conducted (TRIUMPH-OL). Subjects received 1 to

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                       Inhaled Treprostinil

12 breaths (6 to 72 mcg) 4 times daily to achieve daily doses of 24 to 288 mcg.  The longest
duration of inhaled treprostinil exposure in the open-label study was 5.4 years and the mean
duration 2.3 years.  There were observed improvements in median 6MWD at 6, 12, 18, and
24 months of 28, 31, 32, and 18 meters, respectively.  These data support the durability of
improvement in 6MWD obtained with inhaled treprostinil as demonstrated during the double-
blind phase of the study.  Therapeutic benefit was also noted with improvements in the Borg
dyspnea score, NYHA Functional Classification, and QOL.  Survival was robust with 1 and
2 year Kaplan-Meier survival estimates of 97% and 91%, respectively, for subjects that
remained in the study.  The most frequently reported AEs during the open-label study were
cough (39%), headache (31%), upper respiratory tract infection (22%), and nausea (22%).
There were no clinically significant changes in clinical chemistry or hematology parameters.
Unique findings that related to the inhaled route of administration, in addition to cough, were
throat pain and throat irritation, occurring in 12% and 10% of subjects, respectively.  These
events were usually of mild or moderate severity and transient in duration.  In a few subjects,
these specific AEs were more pronounced as 6 subjects (3%) discontinued inhaled treprostinil
due to cough, including 1 subject (<1%) with dry throat (Benza 2011).

## 1.3     RATIONALE FOR DEVELOPMENT OF STUDY DRUG IN DISEASE/CONDITION

Inhaled treprostinil has shown clinical improvements in exercise capacity after 12 weeks of
therapy in patients with WHO Group 1 PH (McLaughlin 2010).  Inhaled treprostinil is
expected to directly target the more ventilated portion of the lungs in patients with WHO
Group 3 PH minimizing the risk of ventilation perfusion mismatch and allowing for
improvements in exercise capacity (Seeger 2013).

The use of inhaled prostacyclin therapy in patients with WHO Group 3 PH has been recently
evaluated.  In particular, Wang and colleagues (Wang 2015) reported data on 67 chronic
obstructive pulmonary disease (COPD) patients with PH and found no change in arterial
blood gases when a single dose of iloprost was administered during right heart catheterization
(RHC).  In addition, Bajwa and colleagues recently completed a prospective 16-Week study
in 9 COPD subjects with PH which reported no notable changes in arterial blood gases over
the 16-Week treatment period (Bajwa 2016).  Finally, Agarwal and colleagues (Agarwal

United Therapeutics Corp.                          **RIN-PH-201 Protocol Amendment 3**
                                                          **Inhaled Treprostinil**

2015) recently presented data on 35 patients with WHO Group 3 PH who received treatment with inhaled treprostinil for 6 months. This retrospective review reported a mean increase from baseline in 6MWD of 61 meters with obstructive and restrictive patients reporting mean increases of 71 meters and 50 meters, respectively. Notably, this study also found that inhaled treprostinil was well tolerated with cough being the most commonly reported AE. Data from these recently completed pilot studies suggest that inhaled treprostinil can be safely administered in patients with WHO Group 3 PH.

## 1.4    CLINICAL HYPOTHESIS

This study hypothesizes that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects with PH associated with ILD including CPFE.

## 2    OBJECTIVES

To evaluate the safety and efficacy of inhaled treprostinil in subjects with PH associated with ILD including CPFE.

## 2.1    PRIMARY ENDPOINT

To evaluate the change in 6MWD measured at peak exposure from Baseline to Week 16.

## 2.2    SECONDARY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1. Change in peak 6MWD from Baseline to Week 12
2. Change in plasma concentration of N-terminal pro-brain natriuretic peptide (NT-proBNP) from Baseline to Week 16
3. Change in trough 6MWD from Baseline to Week 15

## 2.3    EXPLORATORY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1. Change in peak 6MWD from Baseline to Week 4
2. Change in peak 6MWD from Baseline to Week 8
3. Change in QOL as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16
4. Time to clinical worsening from the time of randomization until 1 of the following criteria are met:

DA0718                                                    LIQ_PH-ILD_00000338

United Therapeutics Corp.                          RIN-PH-201 Protocol Amendment 3
                                                              Inhaled Treprostinil

    a. Hospitalization due to a cardiopulmonary indication

    b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart

    c. Death (all causes)

    d. Lung transplantation

5. Change in distance saturation product (DSP) from Baseline to Week 16

6. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16

7. Optional evaluation of whole genome sequence at Baseline

## 2.4    SAFETY ENDPOINTS

To evaluate the effect of inhaled treprostinil on the following parameters:

1. AEs

2. Oxygenation

    a. Pulse oximetry (saturation of peripheral capillary oxygenation [SpO2])

    b. Supplemental oxygen requirement (L/min)

3. Pulmonary function:

    a. Forced expiratory volume in 1 second (FEV1)

    b. Forced vital capacity (FVC)

    c. Total lung capacity (TLC)

    d. Lung diffusion capacity (DLCO)

4. Clinical laboratory parameters

5. Vital signs

6. Electrocardiograms (ECG)

7. Hospitalization due to a cardiopulmonary indication

8. Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality

## 3    EXPERIMENTAL PLAN

## 3.1    STUDY DESIGN

This is a multicenter, randomized, double-blinded, placebo-controlled, 16-week, parallel group study. Subject eligibility will be based on inclusion and exclusion criteria described in Section 4. Approximately 314 eligible subjects will be randomized to study treatment in a 1:1 ratio. Subjects will be stratified based on Baseline 6MWD (≤ 350 meters and > 350 meters). Subjects will be treated with either inhaled treprostinil (6 mcg/breath) or placebo.

**Version Date 15 Feb 2017**                    **Confidential**                    **Page 20**

LIQ_PH-ILD_00000339

United Therapeutics Corp.                      **RIN-PH-201 Protocol Amendment 3**
                                                        **Inhaled Treprostinil**

The study will consist of the following phases:

**Screening Phase**: Prospective subjects will undergo a screening evaluation within 30 days prior to the Baseline Visit (first dose of study drug). During this phase, eligible subjects will sign the informed consent form (ICF) and undergo screening assessments as described in Sections 7.1 and 7.3. The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug. Baseline PFTs and 6-minute walk test (6MWT) used to confirm eligibility criteria must be performed prior to randomization.

**Baseline Visit**: The Baseline assessments may be conducted over a 48-hour period prior to the first dose of study drug to allow for scheduling of all activities. Eligible subjects will undergo Baseline assessments (Sections 7.2 and 7.3), be assigned to a treatment group based on the randomization schedule, and receive the first dose of study drug (Day 1 is defined as the day the first dose of study drug is given). The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug. Baseline PFTs and 6MWT used to confirm eligibility criteria must be performed prior to randomization.

**Treatment Phase**: The Treatment Phase consists of 5 study visits to the clinic at Week 4, Week 8, Week 12, Week 15, and Week 16 (final study visit; at least 24 hours after the Week 15 Visit). Subjects will also be contacted at least weekly by telephone or email to assess subject tolerance to study drug, AEs, and changes to concomitant medications.

A schedule of visits and assessments is presented in Section 3.2.

DA0720                                                    **LIQ_PH-ILD_00000340**

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

## 3.2    OVERALL SCHEDULE OF TIMES AND EVENTS

| Study Procedures | Screening Phase[a] | Baseline[a] | Combined Screening & Baseline Visit[a] | Treatment Phase | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Week 4[b] | Week 8[b] | Week 12[b] | Week 15[b,s] (Trough 6MWD) | Week 16[b] (at least 24 hours after Week 15) | Premature Discontinuation of Study Drug / Early Study Termination[s,t] |
| **Study Week** | | | | | | | | | |
| Study Day | -30 to -1 | 1 | 1 | 29 | 57 | 85 | 106 | 113 | |
| Informed Consent | X | | X | | | | | | |
| Subject Eligibility[c] | X | X | X | | | | | | |
| Pre-Baseline Review Form[e] | X | | X | | | | | | |
| Medical History with PH History and Demographics | X | | X | | | | | | |
| SGRQ | | X | X | | | | | | |
| Physical Examination[d] | X | X | X | | | | | | X |
| Vital Signs[d] | X | X | X | X | | X | X | | X |
| Clinical Laboratory Assessments | X | X | X | | X | | | X | X |
| NT-proBNP[e] | | X | X | | X | | | | X |
| Blood Sample for Biomarker Evaluation (Optional)[f] | | X | X | | | | | X | X |
| Blood Sample for Whole Genome Sequencing (Optional)[g] | | X | X | | | | | | |
| Urine Pregnancy Test[h] | X | X | X | X | X | X | X | X | X |

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

| Study Procedures / Study Week | Screening Phase[a] | Baseline[a] | Combined Screening & Baseline Visit[a] | Treatment Phase | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Week 4[b] | Week 8[b] | Week 12[b] | Week 15[b,s] (Trough 6MWD) | Week 16[b] (at least 24 hours after Week 15) | Premature Discontinuation of Study Drug / Early Study Termination[s,t] |
| 12-Lead ECG | | X | X | X | X | X | | X | X |
| 6MWT[i] | X | X | X | X | X | X | | X | X |
| Trough 6MWT[j] | | | | | | | X | | |
| Pulse Oximetry[k] | X | X | X | X | X | X | X | X | X |
| Documentation of Supplemental Oxygen Requirement | X | X | X | X | X | X | X | X | X |
| PFTs[l] | | X | X | | X | | | X | X |
| Randomization | | X | X | | | | | | |
| Device Training | | X | X | | | | | | |
| Dosing instructions / Dosing / Dosing Diary / Accountability | | X[r] | X[r] | X | X | X | X | X | X |
| Weekly Telephone / Email Contact[m] | | --X-- | X-- | --X-- | --X-- | --X-- | --X-- | --X | |
| Adverse Events[n] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X | --X | X |
| Concomitant Medications | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X | --X | X |
| Hospitalization due to a cardiopulmonary indication[o] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X | --X | X |
| Exacerbations of Underlying Lung Disease[p] | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X | --X | X |

Version Date 15 Feb 2017

Confidential

Page 23

LIQ_PH-ILD_00000342

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

| Study Procedures | Screening Phase[a] | Baseline[a] | Combined Screening & Baseline Visit[a] | Week 4[b] | Week 8[b] | Week 12[b] | Week 15[b,s] (Trough 6MWD) | Week 16[b] (at least 24 hours after Week 15) | Premature Discontinuation of Study Drug / Early Study Termination[s,t] |
|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | | | | | | | | | |
| Time to Clinical Worsening[q] | | X-- | --X-- | --X-- | --X-- | --X-- | --X-- | --X | X |

Abbreviations: ECG, electrocardiogram; NT-proBNP, N-terminal pro-brain natriuretic peptide; PFTs, pulmonary function tests; PH, pulmonary hypertension; SGRQ, St. George's Respiratory Questionnaire; 6MWT, 6-minute walk test; 6MWD, 6-minute walk distance; CT, computed topography; SpO₂, saturation of peripheral capillary oxygenation; HR, heart rate; eCRF, electronic case report form; FEV1, forced expiratory volume in 1 second; FVC, forced vital capacity; TLC, total lung capacity; DLCO, lung diffusion capacity; AE, adverse event; SAE, serious adverse event; ET, early termination

a  Screening Visit assessments can occur up to 30 days prior to the first dose of study drug. Baseline assessments can occur up to 48 hours prior to the first dose of study drug or during scheduling of all activities; however, the Baseline 6MWT must be performed prior to randomization. Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug. Baseline PFTs, 6MWT, and CT scan (if a historical scan within 6 months is not available) assessments used to determine eligibility criteria must be performed prior to randomization. Sites should provide a completed Pre-Baseline review form to the Medical Monitor which will be reviewed, signed, and returned to the site prior to randomization.
b  The visit window for Week 4, Week 8, Week 12, Week 15, and Week 16 is ± 5 days. The Week 16 visit must occur at least 24 hours after the Week 15 visit.
c  For the Screening and Baseline Visits, the subject must be evaluated for and meet all inclusion/exclusion criteria.
d  Vital signs must be collected after 5 minutes of rest (seated); no other measurements or procedures should be performed during this 5-minute period. When possible, vital signs should be collected prior to the 6MWT. If vital signs cannot be obtained prior to the 6MWT then they should be obtained after recovery from the 6MWT.
e  Blood for NT-proBNP assessment must be drawn prior to conducting the 6MWT and will occur prior to randomization at Baseline (or as part of the Screening Visit assessment if the Screening and Baseline Visits are combined).
f  For subjects consenting to the optional biomarker sample.
g  For subjects consenting to the optional whole genome sequencing sample.
h  For females of childbearing potential.
i  If the subject has not previously undergone a 6MWT at the study site on the course intended for use during the study, a practice test must be conducted at the Screening Visit and must precede the Baseline 6MWT by at least 1 day. The Baseline 6MWT must precede randomization. The Week 4, Week 8, Week 12, and Week 16 peak 6MWT must occur within 10 to 60 minutes after the most recent study drug dose. Prior to the start of each 6MWT the subject should rest (seated) for at least 10 minutes. Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate at all subsequent 6MWT assessments. The supplemental oxygen flow rate must be recorded at each study visit, as applicable.
j  The Week 15 trough 6MWT must occur at least 4 hours after the most recent study drug dose and at least 24 hours prior to the Week 16 6MWT. Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate at all subsequent 6MWT assessments. The supplemental oxygen flow rate must be recorded at each study visit, as applicable.

Version Date 15 Feb 2017                     Confidential                                   Page 24

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

k    Pulse oximetry will be performed immediately prior to, during, and immediately following each 6MWT.  Pulse oximetry will include the measurement of $SpO_2$ and HR.  The $SpO_2$ and HR obtained immediately prior to and immediately following completion of the 6MWT will be recorded in the eCRF.  In addition, the lowest recorded $SpO_2$ obtained during each 6MWT will be recorded in the eCRF.

l    PFTs will include the evaluation of FEV1, FVC, TLC, and DLCO.  Baseline PFTs must be performed prior to randomization.  PFTs should be performed after recovering from the Baseline, Week 8, and Week 16 or ET 6MWTs.

m   At least weekly telephone contact is required throughout the study (may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit).  Subjects may be contacted via email in lieu of a telephone call.  A copy of the emails and/or telephone contact sheets must be documented in the subject's source documentation.  Email should not replace direct follow-up by phone or in clinic for clinically significant AEs or other emergent issues.

n    All AEs will be documented from the time of informed consent until the time screen failure is documented, or until the subject is either discontinued from the study or all Week 16 study assessments have been completed and should be followed until either resolution (or return to normal or baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final study visit (Week 16).

o    Hospitalizations due to cardiopulmonary indications must be recorded in the eCRF from the time of informed consent until study termination.  Adverse events resulting in hospitalizations, regardless of cause or duration, should also be recorded as SAEs per Appendix 15.2.

p    Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality (see Section 3.3.2.10).  Exacerbations will also be recorded as AEs or SAEs per Appendix 15.2.

q    Time to clinical worsening will be measured from the time of randomization until 1 of the following criteria are met: hospitalization due to a cardiopulmonary indication; decrease in 6MWD > 15% from Baseline directly related to the disease under study, at 2 consecutive visits and at least 24 hours apart; death (all causes); or lung transplantation.

r    Once all entry criteria have been met and the randomized treatment assignment confirmed, the first dose of study drug (3 breaths; 18 mcg) will be inhaled in the clinic, followed by at least a 1 hour observation period (Defined as Day 1).

s    Subjects who permanently discontinue study drug during the 16-week Treatment Phase are encouraged to undergo premature termination assessments prior to discontinuing study drug and are required complete all remaining scheduled study visits through Week 16 (excluding the Week 15 Visit) to be eligible for entry into the open-label study.

t    The premature termination of study drug visit should be conducted prior to study drug discontinuation or as close as possible to the last dose of study drug.

Version Date 15 Feb 2017                    **Confidential**                    Page 25

LIQ_PH-ILD_00000344

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 166 of 482
PageID #: 6851

United Therapeutics Corp.                          RIN-PH-201 Protocol Amendment 3
                                                                  Inhaled Treprostinil

### 3.3    CLINICAL ASSESSMENTS

#### 3.3.1    *Efficacy*

##### 3.3.1.1    *6-Minute Walk Test*

The 6MWT is a validated and reliable measure of exercise capacity in patients with chronic respiratory diseases (Holland 2014).  This study will utilize an unencouraged 6MWT to minimize potential bias associated with encouragement.  All 6MWTs will be conducted by qualified, trained personnel in a designated 6MWT area which meets the requirements as described in Appendix 15.1.  Prior to the start of each 6MWT the subject must rest (seated) for at least 10 minutes.  This 6MWT protocol applies to the practice (if applicable), Baseline, and treatment 6MWTs.  Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate at all subsequent 6MWT assessments.  Pulmonary rehabilitation may not be introduced to a subject's treatment regimen between randomization and Week 16 or until the permanent discontinuation of study drug.  Pulse oximetry is to be performed immediately prior to, during, and immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

###### 3.3.1.1.1    *Practice 6-Minute Walk Test*

All subjects must have a documented 6MWT conducted at the study site on the course intended for use during the study.  Subjects who have not previously performed the 6MWT at the study site on the course intended for use during the study, must perform a practice 6MWT at the study site at least 1 day prior to the Baseline Visit.

###### 3.3.1.1.2    *Baseline 6-Minute Walk Test*

The Baseline 6MWT must be performed prior to randomization.  Pulse oximetry is to be performed immediately prior to, during, and immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

Note:  The Baseline 6MWT (not the practice 6MWT) will determine the subject's eligibility to participate in the study (6MWD $\geq$ 100 meters per inclusion criteria).

DA0725

LIQ_PH-ILD_00000345

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 167 of 482
PageID #: 6852

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                           Inhaled Treprostinil

*3.3.1.1.3      Treatment 6-Minute Walk Tests*

*3.3.1.1.3.1    Peak 6-Minute Walk Tests*

Peak 6MWTs will be conducted at Weeks 4, 8, 12, and 16 or Early Termination (ET).  The 6MWT must be conducted between 10 to 60 minutes after the most recent dose of study drug. If subjects are receiving supplemental oxygen during the Baseline 6MWT, they must continue to receive the same flow rate at all subsequent 6MWT assessments.  The Week 16 peak 6MWT should occur at least 24 hours after the Week 15 Visit.  Refer to Appendix 15.1 for guidelines regarding the 6MWT assessment.  Pulse oximetry is to be performed immediately prior to, during, and immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

*3.3.1.1.3.2    Trough 6-Minute Walk Test*

A trough 6MWT will be performed during the Week 15 Visit.  The trough 6MWT must be performed at least 4 hours after the most recent dose of study drug and at least 24 hours prior to the Week 16 6MWT.  If subjects are receiving supplemental oxygen during the Baseline 6MWT, they must continue to receive the same flow rate at all subsequent 6MWT assessments.  Refer to Appendix 15.1 for guidelines regarding the 6MWT assessment.  Pulse oximetry is to be performed immediately prior to, during, and immediately following each scheduled 6MWT as outlined in Section 3.3.2.6.1.

Subjects who discontinue study drug prematurely prior to the Week 15 Visit do not need to return to the clinic for the Week 15 Visit to be eligible for participation in the open-label extension study (Section 7.8).

### 3.3.1.2    St. George's Respiratory Questionnaire

The SGRQ will be conducted at Baseline (prior to study drug) or as part of the Screening Visit assessment if the Screening and Baseline Visits are combined and at Week 16 (or ET for those subjects discontinuing study drug/study prematurely).  The SGRQ should be completed as the first assessment during these visits (after informed consent is obtained) before the subject completes any of the other scheduled visit assessments.  A copy of the SGRQ can be found in Appendix 15.3.

### 3.3.1.3    N-terminal Pro-brain Natriuretic Peptide

Plasma NT-proBNP concentration is a useful biomarker associated with changes in right heart morphology and function (Fijalkowska 2006).  NT-proBNP sample collection will occur at Baseline (or as part of the Screening Visit assessment if the Screening and Baseline Visits are combined) prior to starting study drug, Week 8, and Week 16 or ET.  Blood for NT-proBNP assessment must be drawn prior to conducting the 6MWT.

### 3.3.1.4    Time to Clinical Worsening

Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:

a. Hospitalization due to a cardiopulmonary indication
b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
c. Death (all causes)
d. Lung transplantation

Because there are no Food and Drug Administration (FDA) approved therapies for the treatment of WHO Group 3 PH, subjects experiencing clinical worsening may remain on study therapy for the duration of the study (or until criteria for study termination are met per Section 8.1 of the protocol).  However, if a subject is removed from study therapy due to clinical worsening, the subject must return to the clinic for regularly scheduled study visits (excluding the Week 15 Visit) to be eligible for the open-label extension study (Section 7.8). Subjects experiencing death or lung transplantation will be discontinued from the study per Section 8.1 of the protocol.

### 3.3.1.5    Change in Distance Saturation Product

Change in DSP is the product of distance walked and lowest $SpO_2$ recorded during the 6MWT.  This assessment has been shown to be predictive of mortality in patients with idiopathic pulmonary fibrosis and as such will be evaluated as an exploratory endpoint in this study (Lettieri 2006).  Change from Baseline to Week 16 or ET in DSP will be calculated.

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
**Inhaled Treprostinil**

### 3.3.1.6    Optional Biomarker

For subjects consenting to the optional biomarker sample, blood will be collected for the evaluation of biomarkers (specific targets to be determined) at Baseline and at Week 16 or ET.

### 3.3.1.7    Optional Whole Genome Sequencing

For subjects consenting to whole genome sequence analysis, a blood sample will be collected at Baseline. These samples will be shipped to the central laboratory for processing and storage prior to analysis. Whole genome sequences will be analyzed for genetic makers that may be associated with clinical response and tolerability.

### 3.3.2    Safety

During this study, treatment emergent changes in PE findings, vital signs, clinical laboratory parameters, ECG parameters, PFTs, oxygenation, and the development of AEs after treatment will be the primary assessments of safety. Hospitalizations due to cardiopulmonary indications will also be recorded from the time of informed consent until study termination (or ET for those subjects discontinuing the study prematurely). Exacerbations of underlying lung disease will also be recorded from the time of informed consent until study termination.

### 3.3.2.1    Medical History and Physical Examinations

A complete medical history, demographics, PH history, and PE will be conducted during Screening. If any changes to the medical history occur between the Screening and Baseline Visit, those should be recorded. Significant past or present illnesses, current prescription or nonprescription medications (including vitamins and herbal products), and history of allergies or idiosyncratic responses to drugs should be recorded. Any significant changes to the subject's medical condition and PE must be documented throughout the course of the study. A complete PE will also be conducted by appropriate study personnel (as documented on the Delegation of Authority Log) at the Week 16 or ET Visit. Any clinically significant changes from Baseline noted during the Week 16 or ET PE should be reported as AEs.

### 3.3.2.2    Vital Signs

Vital signs will be assessed at Screening, Baseline, and each subsequent study visit or ET. Vital signs measured will include blood pressure (systolic and diastolic), HR, respiratory rate

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 170 of 482
PageID #: 6855

United Therapeutics Corp.                                        RIN-PH-201 Protocol Amendment 3
                                                                            Inhaled Treprostinil

(RR), temperature, and weight.  Height will be assessed at Screening only.  Vital signs must be assessed following at least 5 minutes of rest (sitting) to ensure accurate measurement.  No other measurements or procedures should be performed during this 5-minute period.  When possible, vital signs should be collected prior to the 6MWT.  If vital signs cannot be obtained prior to the 6MWT, they should be obtained after recovery of the 6MWT.  Vital signs should also be assessed in the case of abnormal clinical signs and symptoms.

### 3.3.2.3    *12-Lead Electrocardiogram*

A 12-lead ECG will be recorded after at least 5 minutes of rest in the semi-recumbent position at Baseline (prior to study drug) and repeated at the Week 16 or ET Visit.  Recordings should include lead II as a rhythm strip and contain at least 5 QRS complexes.  ECG parameters to be collected include rhythm, HR, PR interval, QT interval, QRS duration, and any clinically significant abnormalities.

### 3.3.2.4    *Clinical Laboratory Assessments*

The results of all clinical laboratory tests conducted at Screening and Baseline must be assessed by the Investigator to determine each subject's eligibility to participate in the study prior to starting study drug.  Screening and Baseline clinical laboratory assessments can be combined into a single blood draw if all eligibility criteria are met within 48 hours prior to the first dose of study drug at Baseline.  Central laboratory data are ultimately used to qualify subjects for the study.  However, for subjects who are well known to the Investigator and who are clinically stable, the Investigator may confirm eligibility using local laboratory values so as not to delay randomization while waiting for central laboratory results if the Screening and Baseline Visits are combined.

Clinical laboratory results outside the normal reference range must be assessed for clinical significance by the Investigator.  Clinically significant refers to a laboratory value that is unusual with respect to the subject's medical history or current health status.

Clinically significant abnormal laboratory test values will be reported as AEs and treated and/or followed-up until the symptoms or values return to normal or acceptable levels, as judged by the Investigator.  Where appropriate, medical tests and examinations will be performed to assess and document resolution.

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                         Inhaled Treprostinil

*3.3.2.4.1    Clinical Chemistry and Hematology*

Blood for the measurement and evaluation of clinical chemistry and hematology, will be collected at the Screening and Baseline Visits prior to administration of study drug and repeated at Week 8 and Week 16 or ET to assess for treatment-emergent changes in clinical chemistry and hematological laboratory parameters. Values for the following parameters will be obtained:

| Electrolyte Panel | Chemistry Panel | Hematology Panel |
|---|---|---|
| • Sodium | • Total bilirubin | • Hemoglobin |
| • Potassium | • Alkaline phosphatase | • Hematocrit |
| • Bicarbonate | • Alanine aminotransferase | • Red blood cell count |
| • Chloride | • Aspartate aminotransferase | • Red blood cell morphology |
| | • Urea nitrogen | • White blood cell count |
| | • Creatinine | • Platelet count |
| | • Calcium | |
| | • Albumin | |

*3.3.2.4.2    Pregnancy Testing*

Females of childbearing potential will undergo a urine pregnancy test at Screening followed by urine pregnancy tests at Baseline and each subsequent study visit (or Baseline Visit if the Screening and Baseline Visits are combined) or ET. A positive pregnancy test will exclude the subject from further participation in the study. Pregnant subjects who are discontinued from the study will be transitioned to an alternate therapy at the discretion of the Investigator.

### 3.3.2.5    Pulmonary Function Tests

Pulmonary Function Tests will be assessed at Baseline and repeated at Week 8 and Week 16 or ET. Baseline PFTs are to be conducted prior to randomization and after recovery from the 6MWT. The Week 8 and Week 16 or ET PFTs should be conducted after recovery from the 6MWT. If the PFTs are done both prior to and after a bronchodilator, only the pre-bronchodilator values will be recorded.

The following parameters will be recorded (absolute values and % predicted): FEV1, FVC, TLC, and DLCO (uncorrected for hemoglobin and lung volume).

**Version Date 15 Feb 2017**           **Confidential**              **Page 31**

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                         Inhaled Treprostinil

### 3.3.2.6     Oxygenation

#### 3.3.2.6.1     Pulse Oximetry

Pulse oximetry will be assessed immediately prior to, throughout the conduct of, and immediately after each scheduled 6MWT assessment at Baseline, Week 4, Week 8, Week 12, Week 15, and Week 16 or ET.  Pulse oximetry will also be performed at Screening during the practice 6MWT assessment as applicable.  Pulse oximetry will include the collection of $SpO_2$ and HR.  The $SpO_2$ and HR obtained immediately prior to and immediately following completion of the 6MWT will be recorded in the electronic case report form (eCRF).  In addition, the lowest recorded $SpO_2$ obtained during each 6MWT will be recorded in the eCRF.

When possible, pulse oximetry should be recorded using the provided pulse oximeter (Nonin 3150).  In the event the provided pulse oximeter cannot be used (ie, subject has known issues with obtaining accurate readings from a finger probe, etc) an alternative device may be used with prior Sponsor approval so long as the same device is used for all planned 6MWT.

#### 3.3.2.6.2     Supplemental Oxygen Requirement

The amount of supplemental oxygen (L/min) required at rest will be assessed at Baseline and at regularly scheduled visits or ET.  The amount of supplemental oxygen required at the 6MWT assessment will also be recorded for each 6MWT assessment.

### 3.3.2.7     Adverse Events

Adverse events will be recorded throughout the course of the study from the time that each subject signs the ICF until the time screen failure is documented, or until the subject is either discontinued from the study or all Week 16 study assessments have been completed.  Each subject will be questioned for AEs at each scheduled study visit and during required telephone/email contacts.  Subjects will also be instructed to spontaneously report all AEs throughout the study.

All AEs should be followed until either resolution (or return to normal or baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final study visit.  All AEs meeting the criteria for serious (ie, serious adverse events [SAEs]) should be followed until resolution, death, or the

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
                                                              **Inhaled Treprostinil**

subject is lost to follow-up even if they are ongoing more than 30 days after completion of the final study visit (Week 16 or ET). All AEs/SAEs that occur while the subject is in study will be recorded as instructed in this protocol.

Sections 9 and 15.2 provide the guidelines and definitions for recording AEs.

### 3.3.2.8    *Concomitant Medications*

All concomitant medications taken during the conduct of the study, including those taken for AEs or other medical events, should be recorded in the subject's source documents and captured in the eCRF as required.

### 3.3.2.9    *Hospitalization due to Cardiopulmonary Indications*

Hospitalizations due to cardiopulmonary indications must be recorded in the eCRF from the time of informed consent until study termination. Adverse events resulting in hospitalizations, regardless of cause or duration should also be recorded as SAEs per Appendix 15.2. Please note that, when possible, study medication should be continued during hospitalizations.

### 3.3.2.10    *Exacerbations of Underlying Lung Disease*

An exacerbation of underlying lung disease is defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality (Collard 2016). As adapted from the publication by Collard and colleagues (Collard 2016), the following diagnostic criteria may be used to help support a diagnosis of acute exacerbation:

1. Previous or concurrent diagnosis of ILD including CPFE
2. Acute worsening or development of dyspnea typically of less than 1 month duration
3. Computed topography (CT) with new bilateral ground-glass opacity and/or consolidation superimposed on a background pattern consistent with usual interstitial pneumonia pattern
4. Deterioration not fully explained by cardiac failure or fluid overload

For the purposes of this protocol, events that are clinically considered to meet the definition of acute exacerbation but fail to meet all 4 diagnostic criteria due to missing CT data should still be considered an exacerbation for reporting purposes.

**Version Date 15 Feb 2017**              **Confidential**                    **Page 33**

LIQ_PH-ILD_00000352

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 174 of 482
PageID #: 6859

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                    Inhaled Treprostinil

Exacerbations of underlying lung disease should be recorded throughout the duration of the study from the time of informed consent until study termination. Exacerbations of underlying lung disease will also be reported as AEs or SAEs per Appendix 15.2.

### 3.3.2.11    *Weekly Telephone/Email Contact*

Weekly telephone/email contact is required throughout the 16-week study to instruct the subject to titrate their dose of study drug and to assess for AEs and concomitant medications. Weekly telephone/email contact may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit). The subject may be contacted via email in lieu of a telephone call; however, email should not replace direct follow-up by telephone or in clinic for clinically significant AEs or other emergent issues. All telephone or email contacts (ie, any dosing instructions, AEs reported and/or medication changes) with the subject must be noted in the source documentation.

### 3.4    NUMBER OF SUBJECTS

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (2-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

### 3.5    NUMBER OF CENTERS

This study is multicenter with approximately 120 participating study centers.

### 3.6    ESTIMATED STUDY DURATION

From Screening until study completion, expected duration of study participation is approximately 20 weeks (includes a 4-week Screening period and 16-week Treatment Phase).

### 4    SUBJECT ELIGIBILITY

Inclusion and exclusion criteria are to be assessed during the Screening period and reconfirmed at the Baseline Visit prior to the first dose of study drug. Study related procedures must be conducted during the Screening period after obtaining informed consent to determine subject eligibility for the study.

DA0733                                                    LIQ_PH-ILD_00000353

United Therapeutics Corp.                              RIN-PH-201 Protocol Amendment 3
                                                               Inhaled Treprostinil

## 4.1    INCLUSION CRITERIA

1. Subject voluntarily gives informed consent to participate in the study.

2. Males and females aged 18 years or older at the time of informed consent.

    a. Females of reproductive potential[1] must be non-pregnant (as confirmed by a urine pregnancy test at screening) and non-lactating, and will:

        i. Either abstain from intercourse (when it is in line with their preferred and usual lifestyle), or

        ii. Use 2 medically acceptable, highly-effective forms of contraception[2] for the duration of study, and <u>at least</u> 30 days after discontinuing study drug.

    b. Males with a partner of childbearing potential must use a condom for the duration of treatment and for at least 48 hours after discontinuing study drug.

3. The subject has a confirmed diagnosis of WHO Group 3 PH based on CT imaging, which demonstrates evidence of diffuse parenchymal lung disease performed within 6 months prior to randomization.  Subjects may have any form of ILD or CPFE.

4. Subjects are required to have a RHC within 1 year prior to randomization with the following documented parameters:

    a. Pulmonary vascular resistance (PVR) > 3 Wood Units (WU) and

    b. A pulmonary capillary wedge pressure (PCWP) of $\leq$ 15 mmHg and

    c. A mean pulmonary arterial pressure (mPAP) of $\geq$ 25 mmHg

5. Baseline 6MWD $\geq$ 100 meters.

6. Subjects on a chronic medication for underlying lung disease (ie, pirfenidone, nintedanib, etc) must be on a stable and optimized dose for $\geq$ 30 days prior to randomization.

7. In the opinion of the Investigator, the subject is able to communicate effectively with study personnel, and is considered reliable, willing and likely to be cooperative with protocol requirements, including attending all study visits.

8. Subjects with connective tissue disease (CTD) must have a Baseline FVC of < 70%.

## 4.2    EXCLUSION CRITERIA

1. The subject has a diagnosis of PAH or PH for reasons other than WHO Group 3 PH-ILD as outlined in inclusion criterion 3.

2. The subject has shown intolerance or significant lack of efficacy to a prostacyclin or prostacyclin analogue that resulted in discontinuation or inability to effectively titrate that therapy.

---

[1] Females who are successfully sterilized (surgical sterilization methods include hysterectomy, bilateral tubal ligation, or bilateral oophorectomy) or are postmenopausal (defined as amenorrhea for at least 12 consecutive months) are not considered to be of reproductive potential.

[2] Medically acceptable, highly-effective forms of contraception can include approved hormonal contraceptives (oral, injectable, and implantable), and barrier methods (such as a condom or diaphragm) when used with a spermicide. For women of reproductive potential, a negative pregnancy test is required at Screening and Baseline prior to initiating study drug.

3. The subject has received any PAH approved therapy including: prostacyclin therapy (ie, epoprostenol, treprostinil, iloprost, or beraprost; except for acute vasoreactivity testing), IP receptor agonist (selexipag), endothelin receptor antagonist (ERA), phosphodiesterase type 5 inhibitor (PDE5-I), or soluble guanylate cyclase (sGC) stimulator within 60 days of randomization.

4. The subject has evidence of clinically significant left-sided heart disease as defined by:

   a. PCWP > 15 mmHg

   b. Left ventricular ejection fraction < 40%.

*Note: Subjects with abnormal left ventricular function attributable entirely to impaired left ventricular filling due to the effects of right ventricular overload (ie, right ventricular hypertrophy and/or dilatation) will not be excluded.*

5. The subject is receiving > 10 L/min of oxygen supplementation by any mode of delivery at rest at Baseline.

6. Current use of any inhaled tobacco/marijuana products or significant history of drug abuse at the time of informed consent.

7. Exacerbation of underlying lung disease or active pulmonary or upper respiratory infection within 30 days of randomization.

8. Initiation of pulmonary rehabilitation within 12 weeks prior to randomization.

9. In the opinion of the Investigator, the subject has any condition that would interfere with the interpretation of study assessments or has any disease or condition (ie, peripheral vascular disease, musculoskeletal disorder, morbid obesity) that would likely be the primary limit to ambulation (as opposed to PH).

10. Use of any investigational drug/device, or participation in any investigational study with therapeutic intent within 30 days prior to randomization.

11. Severe concomitant illness limiting life expectancy (< 6 months).

12. Acute pulmonary embolism within 90 days of randomization.

## 4.3    PRESCRIBED THERAPY

Subjects must not be receiving any prostacyclin (ie, epoprostenol, treprostinil, iloprost, beraprost, or any other prostacyclin therapy) within 60 days prior to randomization (unless used for acute vasoreactivity testing) until study termination.  Subjects must also not be receiving any other FDA approved PAH background therapies including:  an IP receptor agonist, ERA, PDE5-I, and/or sGC stimulator within 60 days of randomization through the permanent discontinuation of study drug or study termination.

Subjects on a chronic medication for underlying lung disease (ie, pirfenidone, nintedanib, etc) must be on a stable and optimized dose for ≥ 30 days prior to randomization.  Subjects may

not newly initiate pirfenidone or nintedanib from randomization through the permanent discontinuation of study drug or study termination.

Subjects may not initiate pulmonary rehabilitation (rehab) within 12 weeks prior to randomization until the permanent discontinuation of study drug or study termination.

All concomitant medications taken during the conduct of the study, including those taken for AEs or other medical events, should be recorded in the subject's source documents and transcribed into the eCRF as required.  The flow rate of supplemental oxygen should be recorded as outlined in Section 3.3.2.6.2.

# 5    SUBJECT ENROLLMENT

## 5.1    TREATMENT ASSIGNMENT

Subjects will be randomized (1:1) to receive treatment with inhaled treprostinil (6 mcg/breath) or placebo.

## 5.2    RANDOMIZATION

Subjects will be randomized (1:1) to receive treatment with inhaled treprostinil (6 mcg/breath) or placebo.  An IXRS will be utilized for the central randomization procedure.  Sites will enter values of the qualifying 6MWT and the date the test was conducted into the IXRS and will be notified if the subject qualifies for the study.

All subjects will be randomized using a centrally administered stratified permuted block randomization, stratified by Baseline 6MWD ($\leq$ 350 meters and > 350 meters).

Prior to randomization, site personnel should complete a Pre-Baseline Review Form for review and approval by the Medical Monitor.

## 5.3    BLINDING

The Investigator, study site, subject and Sponsor will not be aware of the treatment allocation.  All clinical study material will be provided as blinded study drug.

DA0736                                   LIQ_PH-ILD_00000356

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                    Inhaled Treprostinil

## 6       DRUGS AND DOSING (OR TREATMENT PROCEDURES)

## 6.1     DRUG DOSAGE, ADMINISTRATION, AND SCHEDULE

Treprostinil for inhalation solution (0.6 mg/mL) is delivered via an ultrasonic nebulizer which emits a dose of approximately 6 mcg per breath. Placebo will be provided as an identical solution that will be inhaled using the same ultrasonic nebulizer. All subjects will receive study drug (inhaled treprostinil or placebo) using the commercially available TD-100 ultrasonic nebulizer (Tyvaso Inhalation System®). Subjects will be trained on inhalation of study drug using the nebulizer device. Detailed instructions for the use of these devices will be provided to all study subjects. In addition, all subjects will receive a copy of the commercially available Tyvaso Inhalation System Instructions for Use (IFU) for the TD-100 ultrasonic nebulizer.

Once informed consent has been signed, all entry criteria have been met, and the randomized treatment assignment confirmed, the first dose of study drug (3 breaths; 18 mcg) will be inhaled in the clinic, followed by at least a 1 hour observation period (defined as Day 1). Study drug doses should be maximized throughout the study, dose escalations (additional 1 breath 4 times daily) can occur up to every 3 days with a target dosing regimen of 9 breaths (54 mcg) 4 times daily and a maximum dose of 12 breaths (72 mcg) 4 times daily within 4 weeks of beginning the treatment, as clinically tolerated. Table 6-1 provides a guideline for the recommended dose escalations.

**Table 6-1        Recommended Inhaled Treprostinil Dose Escalation Table**

| Study Day[a] | Single Dose | Total Daily Dose |
|---|---|---|
| Titrating to maximum dose of 12 breaths | | |
| 1-3 | 3 breaths QID (18 mcg) | 72 mcg |
| 4-6 | 4 breaths QID (24 mcg) | 96 mcg |
| 7-9 | 5 breaths QID (30 mcg) | 120 mcg |
| 10-12 | 6 breaths QID (36 mcg) | 144 mcg |
| 13-15 | 7 breaths QID (42 mcg) | 168 mcg |
| 16-18 | 8 breaths QID (48 mcg) | 192 mcg |
| 19-21 | 9 breaths QID (54 mcg) | 216 mcg |
| 22-24 | 10 breaths QID (60 mcg) | 240 mcg |
| 25-27 | 11 breaths QID (66 mcg) | 264 mcg |
| 28 (and beyond) | 12 breaths QID (72 mcg) | 288 mcg |

Abbreviations: QID, 4 times daily; mcg,: micrograms
[a] Study day refers to the days on study drug with Day 1 referring to the first dose of study drug.

**Version Date 15 Feb 2017**              **Confidential**                    **Page 38**

LIQ_PH-ILD_00000357

**United Therapeutics Corp.**

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

The dosing schedule is recommended as a guide only. The Investigator may determine the appropriate dosing schedule on an individual subject basis, considering tolerability and functional improvement.

If subjects are unable to tolerate the initial 3 breaths, they may decrease their next dose to 1 or 2 breaths of study drug (as determined by the Investigator) 4 times a day during waking hours. The subject will then gradually increase their dose to reach a minimum of 3 breaths, and titrate to a target dose of 9 breaths and a maximum dose of 12 breaths 4 times a day during waking hours, as clinically tolerated.

Dose changes should be conducted under appropriate medical supervision in consultation with the study site. Telephone calls/emails between the site and subject should occur prior to each dose adjustment or at least weekly to monitor for AEs, clinical worsening events, and make decisions about dose titration.

## 6.2     ACCESS TO BLINDED TREATMENT ASSIGNMENT

During the study, the site personnel, subject, and Sponsor will remain blinded to the treatment assignment of all subjects. A medical emergency (eg, a life threatening event) constitutes the only reason for unblinding during the Treatment Phase. Appropriate communications must take place between the site and the Sponsor before accessing the IXRS to allow unblinding of a subject's treatment assignment.

## 6.3     COMPLIANCE

Each subject will be provided with a dosing diary in order to record dosing information from randomization until Week 16. Subjects will be required to bring the completed dosing diary and all empty and unused study drug ampoules to each scheduled study visit. At each visit, all study drug returned by the subject (used and unused) will be collected and new study drug will be dispensed. The appropriate study personnel must document the number of used and unused ampoules and determine if the appropriate amount of study drug remains based on the dose of study drug prescribed.

Subject compliance with the prescribed dosage regimen will be monitored throughout the study. At each study visit, the subject will be asked whether he or she has been compliant

with dosing instructions.  If it is determined that a subject is not compliant with study drug then site personnel must re-educate the subject on proper dosing compliance and its importance.  Continued non-compliance may lead to withdrawal of the subject from the study, after consultation between the Investigator and the Sponsor.

## 7    EXPERIMENTAL PROCEDURES

Screening may begin up to 30 days prior to first dose of study drug.  Baseline assessments may be conducted over a 48-hour period prior to the first dose of study drug to allow for scheduling of all activities.  Alternately, the Screening and Baseline assessments may be conducted in 1 visit if all assessments are performed and all entry criteria are satisfied within the 48 hours prior to randomization and first dose of study drug.

### 7.1    SCREENING VISIT

The recommended sequence of assessments for the Screening Visit is as follows (if not combined with the Baseline Visit [see Section 7.3 for the recommended sequence of events for the combined Screening/Baseline Visit]):

- Informed consent
- Inclusion/exclusion criteria review
  - If necessary, the following procedures may be performed during the 30 day Screening window if required to satisfy inclusion/exclusion criteria (previous medical records documenting eligibility criteria may also be used provided the previous records document subject eligibility within the protocol mandated timelines, as applicable):
    - RHC (Must be performed within 1 year prior to randomization.  If a historical RHC is not available in this timeframe, a RHC may be performed during Screening so long as it is performed at least 5 days prior to randomization [Baseline (Day 1)]; a RHC cannot be combined with the Baseline Visit). Select RHC parameters will be recorded in the eCRF including: mPAP, PVR, PCWP, and vasodilator response (as applicable).
    - CT scan (must be performed within 6 months prior to randomization).  A redacted copy of the CT scan used to confirm subject eligibility should be sent to the Sponsor.
    - Although not required for eligibility, the date of lung biopsy for subjects with a biopsy confirmed diagnosis of ILD will be recorded in the eCRF.
- Demographics
- PH history
- Medical history

United Therapeutics Corp.                           **RIN-PH-201 Protocol Amendment 3**
                                                              **Inhaled Treprostinil**

- PE
- Vital signs (following at least 5 minutes of rest; collected prior to 6MWT or after recovery from the 6MWT, if practice 6MWT is applicable); including height, weight, RR, HR, systolic blood pressure (SBP), diastolic blood pressure (DBP), and temperature.
- Blood draws for clinical laboratory parameters
- Urine pregnancy test, for women of childbearing potential
- Practice 6MWT (only required if the subject has not previously performed a 6MWT at the study site; to be conducted following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT, if applicable)
- Documentation of supplemental oxygen requirement (L/min)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- AEs
- Concomitant medications
- Complete and submit Pre-Baseline Review Form to the Sponsor for Medical Monitor review prior to randomization

## 7.2    BASELINE/RANDOMIZATION VISIT

All Baseline assessments must be performed prior to the first dose of study drug.  Baseline assessments may be conducted over a 48-hour period prior to the first dose of study drug to allow for scheduling of assessments; however, the Baseline 6MWT must occur prior to randomization.  The recommended sequence of assessments for the Baseline Visit is as follows (if not combined with the Screening Visit [see Section 7.3 for the recommended sequence of events for the combined Screening/Baseline Visit]):

- SGRQ (questionnaire must be administered prior to any results, procedures, or blood draws)
- Vital signs (following at least 5 minutes of rest; collected prior to 6MWT or after recovery from the 6MWT); including weight, RR, HR, SBP, DBP, and temperature.
- Urine pregnancy test, for women of childbearing potential
- Blood draws for clinical laboratory parameters
- NT-proBNP (must be drawn prior to 6MWT and first dose of study drug; for central laboratory processing only)
- Collection of blood sample for evaluation of biomarkers (optional)
- Collection of blood sample for evaluation of whole genome sequence (optional)
- 12-lead ECG (following at least 5 minutes of rest in the semi-recumbent position)

**Version Date 15 Feb 2017**                **Confidential**                **Page 41**

                                                            LIQ_PH-ILD_00000360

**United Therapeutics Corp.**

**RIN-PH-201 Protocol Amendment 3**
**Inhaled Treprostinil**

- Documentation of supplemental oxygen requirement (L/min)
- 6MWT (must be conducted prior to randomization; to be conducted following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (must be done prior to randomization and after recovery from the Baseline 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- AEs
- Concomitant medications
- Re-confirm inclusion/exclusion criteria (Baseline 6MWD [not the practice Screening 6MWD] will be used for inclusion/exclusion verification)
- Randomization using IXRS
- Administer study drug and provide dosing instructions and device training (subject must remain in the clinic for at least 1 hour after the first dose of study drug for observation)
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:
  - Hospitalization due to a cardiopulmonary indication
  - Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
  - Death (all causes)
  - Lung transplantation

## 7.3    COMBINED SCREENING AND BASELINE

The Screening and Baseline assessments may be conducted in 1 visit if all assessments are performed and all entry criteria are satisfied within 48 hours prior to randomization and dosing of study drug. Baseline PFTs, 6MWT, and CT (if a historical assessment is not available within 6 months prior to randomization) assessments used to determine eligibility criteria may be performed on the same day but prior to randomization. The recommended order of assessments for a combined Screening and Baseline Visit is outlined below.

Assessments to be completed as part of the Screening Visit:

- Informed consent
- SGRQ (questionnaire must be administered prior to any results, procedures, or blood draws)
- Inclusion/exclusion criteria review

**Version Date 15 Feb 2017**         **Confidential**                    **Page 42**

LIQ_PH-ILD_00000361

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 183 of 482
PageID #: 6868

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                        Inhaled Treprostinil

- o RHC (Must be performed within 1 year prior to randomization. If a historical RHC is not available in this timeframe, a RHC may be performed during Screening so long as it is performed at least 5 days prior to randomization [Baseline (Day 1)]; a RHC cannot be combined with the Baseline Visit). Select RHC parameters will be recorded in the eCRF including: mPAP, PVR, and PCWP, and vasodilator response (as applicable).
- o CT scan (must be performed within 6 months prior to randomization. A redacted copy of the CT scan used to confirm subject eligibility should be sent to the Sponsor.
- o Although not required for eligibility, the date of lung biopsy for subjects with a biopsy confirmed diagnosis of ILD will be recorded in the eCRF.

- Blood draws for clinical laboratory parameters (enough blood should be drawn for local laboratory to confirm the entry criteria for hemoglobin, as well as for the complete panel for central laboratory processing)
- NT-proBNP (must be drawn prior to 6MWT and first dose of study drug; for central laboratory processing only)
- Collection of blood sample for evaluation of biomarkers (optional)
- Collection of blood sample for evaluation of whole genome sequence (optional)
- Demographics
- PH history
- Medical history
- PE
- Vital signs (following at least 5 minutes of rest; collected prior to the 6MWT or after recovery from the 6MWT); including height, weight, RR, HR, SBP, DBP, and temperature.
- Documentation of supplemental oxygen requirement (L/min)
- Practice 6MWT to be conducted 1 day prior to Baseline assessments (only required if the subject has not previously performed a 6MWT at the study site; to be conducted following at least 10 minutes of rest [sitting])
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- AEs
- Concomitant medications
- Complete and submit the Pre-Baseline Review Form to the Sponsor for Medical Monitor review prior to randomization

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                      Inhaled Treprostinil

Assessments to be completed as part of the Baseline Visit:

- Urine pregnancy test, for women of childbearing potential
- 12-Lead ECG (following at least 5 minutes of rest in the semi-recumbent position)
- 6MWT (must be conducted prior to randomization; to be conducted following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (must be done prior to randomization and after recovery from the Baseline 6MWT).
- Re-confirm inclusion/exclusion criteria (Baseline 6MWD [not the practice Screening 6MWD] will be used for inclusion/exclusion verification)
- Randomization using IXRS
- Administer study drug and provide dosing instructions and device training (subject must remain in the clinic for at least 1 hour after the first dose of study drug for observation)
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:
  o Hospitalization due to a cardiopulmonary indication
  o Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
  o Death (all causes)
  o Lung transplantation

## 7.4    TREATMENT PHASE: WEEKS 4, 8, AND 12

The following assessments to be completed during the Treatment Phase:

- Vital signs (following at least 5 minutes of rest; collected prior to 6MWT or after recovery from 6MWT); including weight, RR, HR, SBP, DBP, and temperature.
- Documentation of supplemental oxygen requirement (L/min)
- Urine pregnancy test, for women of childbearing potential
- Blood draws for clinical laboratory parameters (Week 8 only)
- NT-proBNP (must be drawn prior to 6MWT; for central laboratory processing only [Week 8 only])
- Peak 6MWT (must be conducted between 10 to 60 minutes after the most recent dose of study drug and following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- PFTs (Week 8 only; to be performed after recovery from the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease

Version Date 15 Feb 2017              Confidential                    Page 44

LIQ_PH-ILD_00000363

**United Therapeutics Corp.**                                    **RIN-PH-201 Protocol Amendment 3**
                                                                **Inhaled Treprostinil**

- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:
  o Hospitalization due to a cardiopulmonary indication
  o Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart.
  o Death (all causes)
  o Lung transplantation
- AEs
- Concomitant medications
- Dosing instructions/study drug accountability

Please note the visit window for the Week 4, Week 8, and Week 12 Visits is ± 5 days.

### 7.5    TREATMENT PHASE: WEEK 15 (TROUGH)

- Vital signs (following at least 5 minutes of rest; collected prior to 6MWT or after recovery from the 6MWT); including weight, RR, HR, SBP, DBP, and temperature.
- Documentation of supplemental oxygen requirement (L/min)
- Urine pregnancy test, for women of childbearing potential
- Trough 6MWT (at least 4 hours after the last dose of study drug)
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and immediately following the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:
  o Hospitalization due to a cardiopulmonary indication
  o Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
  o Death (all causes)
  o Lung transplantation
- AEs
- Concomitant medications
- Dosing instructions/study drug accountability

Please note the visit window for the Week 15 Visit is ± 5 days and at least 24 hours prior to the Week 16 6MWT.  If a subject discontinues study drug prematurely, the subject does not need to return to the clinic for the Week 15 Visit.

**Version Date 15 Feb 2017**                **Confidential**                **Page 45**

LIQ_PH-ILD_00000364

Case 1:23-cv-00975-RGA-SRF   Document 80-2   Filed 04/29/24   Page 186 of 482
PageID #: 6871

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
                                                                              Inhaled Treprostinil

## 7.6   END OF STUDY (WEEK 16) AND/OR EARLY TERMINATION VISIT

The assessments to be completed during the Week 16 Visit are listed below in the
recommended sequence of events.  If a decision is made to early terminate a subject from
study drug or from the study in its entirety, the following assessments should be conducted as
soon as possible and prior to study drug discontinuation, if possible.  If the subject
permanently discontinues study drug prior to Week 16 for any reason, the subject should be
encouraged to remain in the study and complete all visits (excluding the Week 15 Visit) up to
and including Week 16:

- SGRQ (questionnaire must be administered prior to any results, procedures, or blood
  draws)
- PE
- Vital signs (following at least 5 minutes of rest; collected prior to 6MWT or after
  recovery from the 6MWT); including weight, RR, HR, SBP, DBP, and temperature.
- Documentation of supplemental oxygen requirement (L/min)
- 12-Lead ECG (following at least 5 minutes of rest in the semi-recumbent position)
- Urine pregnancy test, for women of childbearing potential
- Blood draws for clinical laboratory parameters
- NT-proBNP (must be drawn prior to 6MWT; for central laboratory processing only)
- Collection of blood sample for evaluation of biomarkers (optional)
- Peak 6MWT (must be conducted between 10 to 60 minutes after the most recent dose
  of study drug and following at least 10 minutes of rest [sitting])
- Pulse oximetry (to be performed immediately prior to, throughout the conduct of, and
  immediately following the 6MWT)
- PFTs (to be performed after recovery from the 6MWT)
- Hospitalizations due to a cardiopulmonary indication
- Exacerbations of underlying lung disease
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time
  of randomization until 1 of the following criteria are met:
  - Hospitalization due to a cardiopulmonary indication
  - Decrease in 6MWD > 15% from Baseline directly related to disease under study,
    at 2 consecutive visits and at least 24 hours apart
  - Death (all causes)
  - Lung transplantation
- AEs
- Concomitant medications
- Study drug accountability

Subjects who remain on study drug, complete all assessments during the 16-week Treatment Phase, and meet all eligibility criteria for the open-label extension study (RIN-PH-202) are eligible for an open-label extension study (RIN-PH-202).  Additionally, subjects who are withdrawn from study drug prior to Week 16 due to clinical worsening should continue to return to the clinic for scheduled visits (excluding the Week 15 Visit) to be eligible for the open-label study.  Refer to Section 7.8 for more information regarding access to the open-label study.

## 7.7     STUDY CONTACTS

During the Treatment Phase, all subjects will be contacted at least once a week via telephone or email (or more often as needed) to follow-up on adherence of the correct dose titration of study drug, and to assess for AEs and concomitant medications.  A copy of emails and/or telephone contact sheets must be documented in the subject's source documentation.  Email should not replace direct follow-up by telephone or in clinic for clinically significant AEs or other emergent issues.  All study contacts (ie, any dosing instructions, AEs reported, and/or medication changes) with the subject will be recorded.

The weekly study contacts may be replaced by a face-to-face interaction on the weeks where study visits occur and the information can be obtained during the visit.

## 7.8     ACCESS TO OPEN-LABEL STUDY

Subjects who remain on study drug, complete all assessments during the 16-week Treatment Phase, and who meet all eligibility criteria for the open-label extension study (RIN-PH-202) are eligible for an open-label extension study (RIN-PH-202).  Additionally, subjects who experience clinical worsening and are withdrawn from study drug prior to Week 16 should undergo premature termination assessments prior to discontinuing study drug (when possible) and complete all remaining scheduled study visits (excluding the Week 15 Visit) through Week 16 to be eligible for entry into the open-label study.

Subjects who permanently discontinue study drug during the 16-week Treatment Phase due to treatment-related AEs are not eligible for entry into the open-label study even if they complete all remaining scheduled study visits.  The site personnel must never be unblinded to the treatment assignment of these subjects unless required for safety reasons.

United Therapeutics Corp.                    **RIN-PH-201 Protocol Amendment 3**
                                                          **Inhaled Treprostinil**

Subjects who permanently discontinue study drug during the 16-week Treatment Phase and do not undergo premature termination assessments prior to discontinuing study drug and/or who do not complete all remaining study visits (excluding the Week 15 Visit) through the Week 16 Visit are also not eligible for entry into the open-label study. The site personnel must never be unblinded to the treatment assignment of these subjects, unless medically necessary.

## 8    STUDY TERMINATION

### 8.1    CRITERIA FOR SUBJECT WITHDRAWAL

A subject may voluntarily withdraw or be withdrawn from the study and/or study drug by the Investigator at any time for reasons including, but not limited to, the following:

- The subject wishes to withdraw from further participation.
- A serious or life-threatening AE occurs or the Investigator considers that it is necessary to discontinue study drug to protect the safety of the subject.
- The subject consistently deviated from the protocol.
- Lung transplantation.
- The subject becomes pregnant.
- The subject's behavior is likely to undermine the validity of his/her results.

If a subject is discontinued from the study prematurely, the Investigator must provide an explanation in the eCRF and complete the End of Study Record for that subject. If study drug has been administered, the Investigator should make every effort to perform all scheduled evaluations prior to discharge. In the event that a subject discontinues study drug prematurely due to an AE, the subject will be followed until either the Investigator determines that the AE has resolved, it is no longer considered clinically significant, the subject is lost to further follow-up, or for 30 days if the AE extends beyond the final visit.

If a subject discontinues study drug prematurely for any reason, the subject should be encouraged to remain in the study and attend the remaining scheduled study visits (excluding the Week 15 Visit) up to and including Week 16.

### 8.2    LOST TO FOLLOW-UP

If a subject fails to return to clinic or respond after at least three documented attempts by the site to contact the subject by telephone or email, the Investigator should issue a written letter

**Version Date 15 Feb 2017**              **Confidential**                    **Page 48**

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 189 of 482
PageID #: 6874

United Therapeutics Corp.                            RIN-PH-201 Protocol Amendment 3
                                                                    Inhaled Treprostinil

by certified mail requesting the subject to contact the clinic.  If no response is received, the subject will be considered lost to follow-up.  The site will record the last date of contact in the eCRF as the termination date.

## 8.3    CRITERIA FOR TERMINATING THE STUDY

The study may be stopped at any time if, in the opinion of the Investigator and/or Sponsor, continuation of the study represents a serious medical risk to the subjects.  This may include, but is not limited to, the presence of serious, life-threatening, or fatal AEs, or AEs that are unacceptable in nature, severity, or frequency.  The Sponsor reserves the right to discontinue the study for any reason at any time.

## 8.4    CRITERIA FOR DISCONTINUING THE SITE

The study may also be terminated at a given site if:

- The Investigator elects to discontinue the study.
- The Sponsor elects to discontinue the study at the site.
- United States FDA, European, or national regulations are not observed.
- The protocol is consistently violated.
- Changes in personnel or facilities adversely affect performance of the study.

## 9    ADVERSE EVENT REPORTING

All AEs/SAEs that occur while the subject is participating in the study will be recorded as instructed in this protocol (Section 9.2).

## 9.1    DEFINITIONS

### 9.1.1    Adverse Event

An AE is any untoward medical occurrence in a subject administered a pharmaceutical product which does not necessarily have to have a causal relationship with this treatment.  An AE can therefore be any unfavorable and unintended sign (including an abnormal laboratory finding for example), symptom, or disease temporally associated with the use of a medicinal product, whether or not related to the use of the medicinal product.

An AE may include:

- An intercurrent illness, injury, or any other concomitant impairment of the subject's health, as well as abnormal laboratory findings if deemed to have clinical significance.

Case 1:23-cv-00975-RGA-SRF     Document 80-2     Filed 04/29/24     Page 190 of 482
PageID #: 6875

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                      Inhaled Treprostinil

- A worsening of an existing symptom or condition or post-treatment events that occur as a result of protocol-mandated procedures (eg, exacerbation of a pre-existing illness following the start of the study or an increase in frequency or intensity of a pre-existing episodic event or condition).

Thus, no causal relationship with the study drug is implied by use of the term "adverse event."

An AE does not include the following:

- Medical or surgical procedures (eg, surgery, endoscopy, tooth extraction, transfusion); however, the condition for which the surgery is required may be an AE.
- Planned surgical measures permitted by the study protocol and the condition(s) leading to these measures are not AEs.
- Day to day fluctuations of pre-existing disease or conditions present or detected at the start of the study that do not worsen.
- Situations where an untoward medical occurrence has not occurred (eg, hospitalizations for cosmetic elective surgery, social and/or convenience admissions).
- The disease or disorder being studied or a sign or symptom associated with the disease or disorder unless more severe than expected for the subject's condition.

### *9.1.2     Serious Adverse Event*

A SAE is an AE occurring at any time after informed consent that results in any of the following outcomes:

- Death
- A life-threatening AE
- Inpatient hospitalization or prolongation of existing hospitalization
- A persistent or significant disability/incapacity
- A congenital anomaly/birth defect
- Results in a medically important event of reaction

Life-threatening in this context refers to a reaction in which the subject was at risk of death at the time of the reaction; it does not refer to a reaction that hypothetically might have caused death if more severe.

Medical and scientific judgment should be exercised in deciding whether other situations should be considered serious reactions, such as important medical events that might not be immediately life-threatening or result in death or hospitalization, but might jeopardize the subject or might require intervention to prevent 1 of the other outcomes listed above.

DA0749                                                          LIQ_PH-ILD_00000369

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

Examples of such events are intensive treatment in an emergency room or at home for allergic bronchospasm, blood dyscrasias, or convulsions that do not result in hospitalization or development of dependency or abuse. Any suspected transmission via a medicinal product of an infectious agent is also considered a serious adverse reaction.

## 9.2    DOCUMENTATION OF ADVERSE EVENTS

An AE or SAE occurring during the study must be documented in the subject's source documents and on the appropriate eCRF page. Information relating to the AE such as onset and cessation date and times, intensity, seriousness, relationship to study drug, and outcome is also to be documented in the eCRF (see Appendix 15.2 for definitions). Where possible, AEs should be recorded using standard medical terminology. The Investigator should attempt, if possible, to establish a diagnosis based on the presenting signs and symptoms. If several signs or symptoms are clearly related to a medically-defined diagnosis or syndrome, the diagnosis or syndrome should be recorded on the eCRF page, not the individual signs and symptoms.

## 9.3    FOLLOW-UP OF ADVERSE EVENTS

All AEs should be followed until either resolution (or return to normal or baseline values), until they are judged by the Investigator to no longer be clinically significant, or for at least 30 days if the AE extends beyond the final visit. All SAEs that occur during the study will be followed until resolution, death, or the subject is lost to follow-up even if they are ongoing more than 4 weeks after completion of the final study visit. Supplemental measurements and/or evaluations may be necessary to investigate fully the nature and/or causality of an AE or SAE. This may include additional laboratory tests, diagnostic procedures, or consultation with other healthcare professionals. The eCRF pages should be updated with any new or additional information as appropriate.

## 9.4    REPORTING RESPONSIBILITIES OF THE INVESTIGATOR

**All SAEs, regardless of expectedness or causality, must be reported to the Sponsor by fax/email (+ 1-919-313-1297 or drugsafety@unither.com) within 24 hours of awareness**. A completed SAE Notification Report form along with any relevant hospital records and autopsy reports should be provided to Global Drug Safety at United Therapeutics Corporation. A follow-up SAE Notification Report form must be forwarded to Global Drug

**Version Date 15 Feb 2017**          **Confidential**          **Page 51**

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 192 of 482
PageID #: 6877

United Therapeutics Corp.                              RIN-PH-201 Protocol Amendment 3
                                                                    Inhaled Treprostinil

Safety at United Therapeutics Corporation within 24 hours of the receipt of any new or updated information. The Investigator must also promptly notify their Institutional Review Board (IRB) or Ethics Committee (EC) of the SAE, including any follow-up information, in accordance with applicable national regulations and guidelines set forth by the IRB or EC.

## 9.5    PREGNANCY

If a study subject becomes pregnant during participation in this clinical study, site staff must notify the Sponsor within 24 hours of learning of the pregnancy by completing the Pregnancy Notification Form and submitting via fax or email to Global Drug Safety at United Therapeutics Corporation (+ 1-919-313-1297 or drugsafety@unither.com). The United Therapeutics Global Drug Safety department will follow-up with the Investigator to ensure appropriate data are provided regarding the outcome of the pregnancy, and to ask the Investigator to update the Pregnancy Notification Form. Pregnancy only becomes an AE/SAE if there is an abnormal outcome, a spontaneous abortion, an elective termination for medical reasons, or a congenital anomaly in the offspring.

## 9.6    SAFETY REPORTS

In accordance with national regulations, the Sponsor will notify the appropriate regulatory authority(ies), and all participating Investigators of any AE that is considered to be possibly attributable to study drug and is both serious and unexpected. The Investigator must report these AEs to their IRB or EC in accordance with applicable national regulations and guidelines set forth by the IRB or EC.

## 10    STATISTICAL CONSIDERATIONS

## 10.1    DATA PROCESSING

The results of assessments will be transcribed into an eCRF for each subject who signs an ICF until study completion, or study discontinuation for any reason. A representative from the Sponsor will verify eCRF data fields against source documentation. All data transmitted from the site will be reviewed and entered into a quality assured computerized database. Data clarifications will be generated and the database will be edited as appropriate. The eCRF screens are to be reviewed by the Investigator for completeness and accuracy. The Investigator must electronically sign each subject's eCRF to signify his/her approval of the data. The Investigator will be required to re-sign an eCRF if changes are made to a subject's

Case 1:23-cv-00975-RGA-SRF     Document 80-2     Filed 04/29/24     Page 193 of 482
PageID #: 6878

United Therapeutics Corp.                         RIN-PH-201 Protocol Amendment 3
                                                              Inhaled Treprostinil

eCRF by the site after the Investigator initially signs the eCRF. The database will be final when all outstanding queries have been resolved and all data management quality assurance procedures are complete.

## 10.2   SAMPLE SIZE

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (2-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline in 6MWD assuming a standard deviation of 75 meters. The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

## 10.3   ANALYSIS PLAN

Details of the efficacy and safety analyses are provided below. A separate statistical analysis plan will document further details of the statistical methods to be employed, including any changes to planned analyses specified within this protocol. The analysis plan will be finalized prior to any unblinding of study data by the Sponsor. Unless otherwise specified, all statistical tests will be 2-sided at alpha level of 0.05. All statistical calculations will be completed using the latest version of SAS®.

The Intent-to-Treat (ITT) population will be defined as all subjects randomized into the study and receive at least 1 dose of study drug; all ITT subjects will be counted in the group to which they were randomized, regardless of the study drug they were actually given. All efficacy analyses will be performed on this ITT population, unless otherwise specified. The Safety population will be defined as all subjects enrolled into the study who received at least 1 dose of study drug; all Safety population subjects will be counted in the group corresponding to the study drug actually received, regardless of randomized assignment. All safety analyses will be performed on this Safety population, unless otherwise specified.

### 10.3.1   Primary Efficacy Endpoint

The primary efficacy endpoint is the change in 6MWD measured at peak exposure from Baseline to Week 16. This study hypothesizes that inhaled treprostinil will improve exercise capacity after 16 weeks of therapy as compared with placebo when administered to subjects

United Therapeutics Corp.

RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

with PH associated with ILD including CPFE.  Non-parametric analysis of covariance will be used to estimate the treatment effect.  The magnitude of treatment effect will be estimated with the Hodges-Lehmann median difference between 2 treatment groups.  For subjects who discontinue from the study early, the last observation carried forward method will be used to impute the 6MWD at Week 16.

### 10.3.2    Secondary Efficacy Endpoints

The effect of inhaled treprostinil will be formally tested on the following 3 secondary efficacy endpoints:

1. Change in peak 6MWD from Baseline to Week 12
2. Change in plasma concentration of NT-proBNP from Baseline to Week 16
3. Change in trough 6MWD from Baseline to Week 15

The similar approach for the analysis of primary efficacy endpoint will be used.  No adjustment for multiplicity is planned.

### 10.3.3    Exploratory Endpoints

The effect of inhaled treprostinil will be evaluated on the following parameters:

1. Change in peak 6MWD from Baseline to Week 4
2. Change in peak 6MWD at from Baseline to Week 8
3. Change in SGRQ from Baseline to Week 16
4. Time to clinical worsening will be evaluated as an exploratory endpoint from the time of randomization until 1 of the following criteria are met:
   a. Hospitalization due to a cardiopulmonary indication
   b. Decrease in 6MWD > 15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
   c. Death (all causes)
   d. Lung transplantation
5. Change in DSP from Baseline to Week 16
6. Optional evaluation of change in biomarkers (specific targets to be determined) from Baseline to Week 16
7. Optional evaluation of whole genome sequence at Baseline

For changes in peak 6MWD and SGRQ, a similar approach for the analysis of primary efficacy endpoint will be used.  For time to clinical worsening, Kaplan-Meier estimator will be provided and log-rank test will be used to compare the treatment difference.

**Version Date 15 Feb 2017**          **Confidential**          **Page 54**

LIQ_PH-ILD_00000373

United Therapeutics Corp.                              RIN-PH-201 Protocol Amendment 3
                                                                 Inhaled Treprostinil

### 10.3.4    Safety Analyses

The safety of inhaled treprostinil will be evaluated by comparison of the following parameters

between the 2 treatment groups:

1. AEs
2. Oxygenation
   a. Pulse oximetry (SpO$_2$)
   b. Supplemental oxygen (L/min) requirement
3. Pulmonary function:
   a. FEV1
   b. FVC
   c. TLC
   d. DLCO
4. Clinical laboratory parameters
5. Vital signs
6. 12-Lead ECG
7. Hospitalization due to cardiopulmonary indications
8. Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality

All AEs as recorded by the Investigators will be assigned a Medical Dictionary for Regulatory

Activities (MedDRA) preferred term and system organ class by the Sponsor for reporting

purposes.  The summary of AEs will include the number and percentage of subjects, as well

as the number of events reported for each preferred term.  No inferential analyses are planned

for the AEs.

Data collected prior to dosing will serve as Baseline values for the evaluation of data collected

during the Treatment Phase.  Summary statistics will be calculated for measured values and

changes from Baseline values.  Treatment-emergent changes in vital signs, ECGs, PFTs,

oxygenation parameters, and clinical laboratory parameters will be summarized by treatment

group.  Incidence of hospitalization due to cardiopulmonary indications and exacerbations of

underlying lung disease will be summarized by treatment group.  No inferential analyses are

planned on these safety endpoints.

LIQ_PH-ILD_00000374

Case 1:23-cv-00975-RGA-SRF     Document 80-2     Filed 04/29/24     Page 196 of 482
PageID #: 6881

United Therapeutics Corp.                                    RIN-PH-201 Protocol Amendment 3
Inhaled Treprostinil

## 10.4    INTERIM ANALYSES

Interim analyses for safety data will be performed at the request of the Data Monitoring Committee (DMC).  Interim analyses for efficacy data are not planned for this study.

## 10.5    OTHER ANALYSES

Exploratory analyses may be conducted based on available study data.

## 10.6    DATA LISTINGS AND SUMMARIES

All data gathered in this study will be presented in summary tables and listings in the clinical study report.

## 10.7    DATA MONITORING COMMITTEE

A DMC will be established for the study including physicians knowledgeable in the treatment of PH.  Throughout the course of the study the DMC will meet on a regular basis to monitor the safety of the study.  Meetings will occur as outlined in the DMC charter.  The DMC will be blinded to individual subject treatment allocation during the review process.  All analyses will be prepared by an independent external consultant and reviewed only by the DMC as defined in the DMC charter.  The Sponsor will only have access to blinded study data during this process.

## 11    PACKAGING AND FORMULATION

## 11.1    CONTENTS OF STUDY DRUG

### 11.1.1    Study Drug

The Sponsor will supply study medication (treprostinil inhalation solution, 0.6 mg/mL or placebo), as clear liquid in 2.9 mL ampoules.  The ampoules will be packaged in groups of 4, sealed in aluminum pouches.  There will be 9 pouches per carton.

### 11.1.2    Study Device

The Sponsor will supply commercially available TD-100 nebulizers (Tyvaso Inhalation System) and accessories to the site in standard packaging labeled with the study number.  The Tyvaso Inhalation System will also be provided with the commercially available IFU.

Each subject will receive 2 nebulizers at the start of the study.  In addition, the subjects will be provided with a month worth of plastic accessories at each study visit.

United Technologies Corp.                              RIN-PH-201 Protocol Amendment 3
                                                                  Inhaled Treprostinil

## 11.2    LABELING

### 11.2.1    Study Drug

The foil pouch and the outer carton will each be labeled with the same information and sent to the site.  At a minimum, the study medication outer packaging (pouch and carton) will be labeled to disclose clearly the product name, study number, kit identification number, expiry date, Sponsor's name and address, IFU, and storage information (subject to regulatory requirements in each study region or country).

### 11.2.2    Study Device

Study subjects will receive commercially available TD-100 nebulizers and accessories separately from study drug.  Study subjects will receive 2 devices at Baseline supplied as a device starter kit.  Subjects will receive replacement parts as part of a monthly device resupply kit.  The nebulizers and accessories will be supplied using standard packaging labeled with the study number.

## 11.3    STORAGE AND HANDLING OF CLINICAL STUDY MATERIAL

All study drug will be stored at room temperature 25°C (77°F) with excursions permitted to 15°C to 30°C (59°F to 86°F).  Study drug should not be frozen, refrigerated, or exposed to heat.  Keep the ampoules in the foil pouch to protect from light.  Once the foil pouch is opened, use within 7 days.  See investigational medicinal product label for information on use and storage of the product.

Study drug will be stored in a securely locked cabinet or enclosure with appropriate temperature monitoring.  Access should be strictly limited to the Investigators and their designees.  Neither the Investigators nor any designees may provide study drug to any subject not participating in this protocol.

## 11.4    SUPPLY AND RETURN OF CLINICAL STUDY MATERIAL

Study sites will be supplied with a sufficient quantity of study drug to begin enrollment in the study.  At Baseline, an IXRS will be utilized to randomize the subjects and assign the appropriate study drug for the first 4-week treatment interval.  At subsequent study visits, the IXRS will be utilized by study staff to assign subsequent study drug kits to the subjects based

upon their current treatment allocation. At each study visit, all study drug dispensed to a subject should be returned to the study site, including all used and unused ampoules.

At the end of the study, nebulizers used during the study should be collected from each subject not continuing into the open-label extension study. Subjects continuing into the open-label extension study will retain their devices for use in the open-label extension study.

## 11.5    DRUG ACCOUNTABILITY

The Investigator is responsible for study drug accountability and reconciliation overall and on a per subject basis. Drug accountability records are to be maintained during the study and these records include, but are not limited to: the amount of study drug received from the Sponsor, the amount dispensed to each subject, and the amount of used/unused study drug returned to the site from the subject.

At each visit, site personnel will:

- Collect and document all study drug returned by the subject (both used and unused).
- Compute study drug compliance using the dosing instructions given to the subject since the previous study visit and the amount of study drug returned.
- Re-educate the subject about the importance of following the prescribed dosing regimen (if compliance is low).

Once a representative from the Sponsor is able to confirm drug accountability for a completed subject, study drug will be returned to a Sponsor designated location for destruction and/or destroyed onsite per institutional policy. At the end of the study, nebulizers used during the study should be collected from each subject not continuing into the open-label extension study. These nebulizers will be returned to a Sponsor designated location for destruction. In the event of device malfunction, at any point during the study, the nebulizer should be returned to the Sponsor. Subjects continuing into the open-label extension study will retain their devices for use in the open-label extension study.

## 12    REGULATORY AND ETHICAL OBLIGATION

## 12.1    APPLICABLE REGULATORY REQUIREMENTS

The study will be conducted in accordance with International Council for Harmonisation (ICH) and Good Clinical Practice (GCP) guidelines and all applicable national regulations.

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
                                                **Inhaled Treprostinil**

The Sponsor will obtain the required approval from each national regulatory authority to conduct the study.  During the conduct of the study, an annual safety report will be compiled by the Sponsor for submission to those regulatory authorities and IRBs/ECs that require it. Any additional national reporting requirements as specified by the applicable regulations, regulatory authorities, or IRB/EC will also be fulfilled during the conduct of the study.

## 12.2    INFORMED CONSENT REQUIREMENTS

Before a subject is enrolled in the study, the Investigator or his/her designees must explain the purpose and nature of the study, including potential benefits and risks and all study procedures to the subject.  The subject must sign and date an IRB/EC-approved ICF prior to the conduct of any study-related activities.  A copy of the signed consent form will be given to the subject and the original will be retained in the study site's records.

## 12.3    INDEPENDENT ETHICS COMMITTEE/INSTITUTIONAL REVIEW BOARD

Prior to study initiation at each site, the Investigator will obtain approval for the study from an appropriate IRB/EC and provide the Sponsor with a copy of the approval letter.  The IRB/EC must also review and approve the study site's ICF and any other written information provided to the subject prior to enrollment, as well as any advertising materials used for subject recruitment.  Copies of the ICF and advertising materials must be forwarded to the Sponsor for review before submission to the IRB/EC prior to the start of the study.

If, during the study, it is necessary to amend either the protocol or the ICF, the Investigator is responsible for obtaining IRB/EC approval of these amended documents prior to implementation.  Copies of the IRB/EC correspondence and approval letters must be sent to the Sponsor.

During the conduct of the study, an annual progress report will be compiled by the Sponsor for submission to those IRBs/ECs that require it.

A written summary of the study will be provided by the Investigator to the IRB/EC following study completion or termination according to the IRB/EC's standard procedures.  Additional updates will also be provided in accordance with the IRB/EC's standard procedures.

**United Therapeutics Corp.**                   **RIN-PH-201 Protocol Amendment 3**
                                                        **Inhaled Treprostinil**

## 12.4    PRESTUDY DOCUMENTATION REQUIREMENTS

Before the commencement of the clinical study, at a minimum, the following documents will be provided to the site: Investigator's Brochure, Protocol, ICF, Subject Dosing Diary, the Tyvaso Inhalation System IFU, Clinical Trial Agreement, Budget Agreement, and eCRF.

At a minimum, the site will be required to provide the following documents to United Therapeutics Corporation or designee prior to study start: Signature page of the protocol, Form FDA 1572, Financial Disclosure Form, IRB/EC Composition and Roster, IRB/EC protocol and informed consent approval letters, and Curriculum Vitae of study staff listed on the Form FDA 1572.

## 12.5    SUBJECT CONFIDENTIALITY

Every effort will be made to keep medical information confidential. United Therapeutics Corporation, the FDA or other regulatory bodies, and the IRB/EC governing this study may inspect the medical records of any subject involved in this study. The Investigator may release the subject's medical records to employees or agents of the Sponsor, the IRB/EC or the FDA or appropriate local regulatory agencies for purposes of checking the accuracy of the data. A number will be assigned to all subjects and any report published will not identify the subject's name.

## 13    ADMINISTRATIVE AND LEGAL OBLIGATIONS

## 13.1    PROTOCOL AMENDMENTS AND STUDY TERMINATION

Protocol amendments that could potentially adversely affect the safety of participating subjects or that alter the scope of the investigation, the scientific quality of the study, the experimental design, dosages, duration of therapy, assessment variables, the number of subjects treated, or subject selection criteria may be made only after consultation between United Therapeutics Corporation or its designee and the Investigator.

All protocol amendments must be submitted to and approved by the appropriate regulatory authorities and IRB/EC prior to implementation.

A report documenting study termination must also be submitted to and acknowledged by the appropriate IRB/EC for each study site.

**United Therapeutics Corp.**                                    **RIN-PH-201 Protocol Amendment 3**
**Inhaled Treprostinil**

At the end of the study, where applicable, a final report will be provided to the local regulatory agencies.

## 13.2    STUDY DOCUMENTATION AND STORAGE

In accordance with federal/national regulations, ICH, and GCP guidelines, the Investigator must retain study records for at least 2 years after the last approval of a marketing application in an ICH region and until there are no pending or contemplated marketing applications in an ICH region or at least 2 years have elapsed since the formal discontinuation of clinical development of the investigational product.  The Investigator must notify United Therapeutics Corporation before any disposal or change in location of study records.

## 13.3    STUDY MONITORING AND DATA COLLECTION

In accordance with federal/national regulations, ICH, and GCP guidelines, monitors for United Therapeutics Corporation or its designee will periodically contact the site and conduct on-site visits.  During these visits, the monitor will at a minimum:  confirm ethical treatment of subjects, assess study progress, review data collected, conduct source document verification, verify drug accountability periodically, and identify any issues requiring resolution.

The Investigator agrees to allow the monitor direct access to all relevant documents and to allocate his/her time and his/her staff to the monitor to discuss any findings or any relevant issues.

                                                          LIQ_PH-ILD_00000380

**United Therapeutics Corp.**                    **RIN-PH-201 Protocol Amendment 3**
                                                 **Inhaled Treprostinil**

## 14    REFERENCES

Agarwal M, Waxman AB.  Inhaled treprostinil in group-3 pulmonary hypertension.  J Heart Lung Transplant.  2015;34(4):S343.

ATS Committee on Proficiency Standards for Clinical Pulmonary Function Laboratories.  ATS Statement: Guidelines for the Six-Minute Walk Test.  Am J Respir Crit Care Med.  2002;166(1):111–117.

Bajwa A, Shujaat A, Thomas C, et al.  The safety and tolerability of inhaled treprostinil in patients with pulmonary hypertension and chronic obstructive pulmonary disease.  Pulm Circ.  2016.  Epub ahead of print.

Benza RL, Seeger W, McLaughlin VV, et al.  Long-term effects of inhaled treprostinil in patients with pulmonary arterial hypertension: the Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) study open-label extension.  J Heart Lung Transplant.  2011;30(12):1327-1333.

Channick RN, Olschewski H, Seeger W, et al.  Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension.  J Am Coll of Cardiol.  2006;48(7):1433-1437.

Collard HR, Ryerson CJ, Corte TJ, et al.  Acute exacerbation of idiopathic pulmonary fibrosis: an international working group report.  Am J Respir Crit Care Med.  2016;194(3):265-275.

Cottin V, Le Pavec J, Prévot G, et al.  Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome.  Eur Respir J.  2010;35(1):105-111.

Fijalkowska A, Kurzyna M, Torbicki A, et al.  Serum N-terminal brain natriuretic peptide as a prognostic parameter in patients with pulmonary hypertension.  Chest.  2006;129(5):1313-1321.

Holland AE, Spruit MA, Troosters T, et al.  An official European Respiratory Society/American Thoracic Society technical standard: field walking tests in chronic respiratory disease.  Eur Respir J.  2014;44(6):1428-1446.

Jankowich MD, Rounds SI.  Combined pulmonary fibrosis and emphysema syndrome: a review.  Chest.  2012;141(1):222-231.

Lettieri CJ, Nathan SD, Browning RF, et al.  The distance-saturation product predicts mortality in idiopathic pulmonary fibrosis.  Respir Med.  2006;100(10):1734-1741.

McLaughlin VV, Benza RL, Rubin LJ, et al.  Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial.  J Am Coll Cardiol.  2010;55(18):1915-1922.

Nathan SD.  Pulmonary hypertension in interstitial lung disease.  Int J Clin Pract.  2008;62(Suppl 160):21-28.

**Version Date 15 Feb 2017**              **Confidential**              **Page 62**

**United Therapeutics Corp.**                                   **RIN-PH-201 Protocol Amendment 3**
**Inhaled Treprostinil**

Nathan SD, Hassoun PM.  Pulmonary hypertension due to lung disease and/or hypoxia.  Clin Chest Med.  2013;34(4):695-705.

Remodulin (treprostinil) Injection Package Insert.  United Therapeutics Corp.:Research Triangle Park, NC; December 2014.

Roccia F, Campolo B, Gallelli L, et al.  Effects of ambrisentan in a patient affected by combined pulmonary fibrosis and emphysema and by severe pulmonary hypertension: clinical, functional, and biomolecular findings.  Clin Drug Investig.  2013;33(6):451-457.

Saggar R, Khanna D, Vaidya A, et al.  Changes in right heart hemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis.  Thorax.  2014;69(2):123-129.

Seeger W, Adir Y, Barbera JA, et al.  Pulmonary hypertension in chronic lung diseases.  J Am Coll Cardiol.  2013;62(25 Suppl): D109-116.

Simonneau G, Robbins IM, Beghetti M, et al.  Updated clinical classification of pulmonary hypertension.  J Am Coll Cardiol.  2009;54(1 Suppl):S43-54.

Travis WD, Costabel U, Hansell DM, et al.  An official American Thoracic Society/European Respiratory Society statement: Update of the international multidisciplinary classification of the idiopathic interstitial pneumonias.  Am J Respir Crit Care Med.  2013;188(6):733-748.

Voswinckel R, Ghofrani HA, Grimminger F, et al.  Inhaled treprostinil [corrected] for treatment of chronic pulmonary arterial hypertension.  Ann Intern Med.  2006;144(2):149-150.

Wang L, Bai L, Sapkota R, et al.  Hemodynamic and gas exchange effects of iloprost in patients with chronic obstructive pulmonary disease and pulmonary hypertension.  The PVRI 8th Annual World Congress on Pulmonary Vascular Disease.  The 7th Annual National Congress on Pulmonary Embolism and Pulmonary Vascular Diseases.  January 14-18, 2015.  Guangzhou, China.

DA0762                                          LIQ_PH-ILD_00000382

## 15    APPENDICES

### 15.1    PROCEDURE FOR 6-MINUTE WALK TEST

General Procedures

The 6MWT should be administered by the same tester at each study site throughout the study, whenever possible.  The administration of the test and specifications of the testing area should be generally consistent with the American Thoracic Society guidelines[1,2] and the usual practice of the investigative site.  Subjects receiving supplemental oxygen during the Baseline 6MWT must continue to receive the same flow rate at all subsequent 6MWT assessments.

The area used for the 6MWT should be pre-measured at approximately 30 meters in length and at least 2 to 3 meters in width.  There must be no turns or significant curves to the 6MWT area.  The length should be marked with gradations to ensure the accurate measurement of the distance walked.  The area should be well ventilated.  The tester may be at the starting end of the corridor or at the midpoint of the corridor with a stop-watch.  Intermittent rest periods are allowed if the subject can no longer continue.  If the subject needs to rest briefly, he/she may stand or sit and then begin again when he/she is sufficiently rested but the clock will continue to run.  At the end of 6 minutes, the tester will call "stop where you are" while simultaneously stopping the watch and then measure the distance walked.

Instructions to the Subject

Subjects will be instructed that the preceding meal should be light.  Subjects should be told to wear comfortable clothing and sneakers or comfortable walking shoes.  The person administering the test will use the following **exact** dialogue with the subject:

"The purpose of this test is to find out how far you can walk in 6 minutes.  You will start from this point and follow the hallway to the marker (eg, chair) at the end, turn around and walk back.  When you arrive back at the starting point you will go back

---

[1] ATS Statement: Guidelines for the Six-Minute Walk Test.  Am J Respir Crit Care Med 2002; 166: 111–117.
[2] Holland, A. E., M. A. Spruit, T. Troosters, M. A. Puhan, V. Pepin, D. Saey, M. C. McCormack, B. W. Carlin, F. C. Sciurba, F. Pitta, J. Wanger, N. MacIntyre, D. A. Kaminsky, B. H. Culver, S. M. Revill, N. A. Hernandes, V. Andrianopoulos, C. A. Camillo, K. E. Mitchell, A. L. Lee, C. J. Hill and S. J. Singh (2014). "An official European Respiratory Society/American Thoracic Society technical standard: field walking tests in chronic respiratory disease." Eur Respir J 44(6): 1428-1446.

and forth again.  You will go back and forth as many times as you can in the 6-minute period.  You may stop and rest if you need to.  Just remain where you are until you can go on again.  However, the most important thing about the test is that you cover as much ground as you possibly can during the 6-minutes.  I will tell you the time, and I will let you know when the 6 minutes are up.  When I say 'STOP,' please stand right where you are."

After these instructions are given to the subject, the person administering the test will then ask:

"Do you have any questions about the test?"

The person administering the test will then start the test by saying the following to the subject:

"Are you ready?"
"Start when I say 'GO.'"

The person administering the test will tell the subject the time at each minute by saying:

"You have 5 minutes to go."
"You have 4 minutes to go."
"You have 3 minutes to go."
"You have 2 minutes to go."
"You have 1 minute to go."

At 6 minutes, the person administering the test will tell the subject:

"Stop where you are."

No other instruction or encouragement will be given during the test.  Eye contact with the subject should be avoided during the test.

LIQ_PH-ILD_00000384

**15.2    GUIDELINES AND DEFINITIONS FOR RECORDING ADVERSE EVENTS**

The Investigator or a designated member of his/her staff will probe each subject for any AEs that may have occurred.  The Investigator should always ask the same question when conducting the verbal probe in order to ensure uniformity between subjects.  The Investigator should ask:

> "How are you doing (feeling)?"

Based on the subject's response to this question, the Investigator should ask additional questions relevant to the specific complaint such as:

> "How severe is/was the symptom?"
> "How often did the symptom occur?"
> "How long did the symptom last?"

It is the Investigator's responsibility to review the results of all diagnostic and laboratory tests as they become available and ascertain if there is a clinically significant change from Baseline.  If the results are determined to be a clinically significant change from Baseline, this should be reported as an AE.  The Investigator may repeat the diagnostic procedure or laboratory test or request additional tests to verify the results of the original tests.  When possible, a diagnosis associated with the abnormality should be used as the reported AE.

Using provided definitions, the Investigator will then:
(1) rate the intensity and seriousness of the AE, (2) estimate the causality of the AE to study drug, and (3) note actions taken to counteract the AE.

Definitions of Intensity, Seriousness, Causality, Action Taken, and Outcome

**INTENSITY**

An assessment of the relative intensity (severity) of an AE is based on the Investigator's clinical judgment.  The maximum intensity encountered during the evaluation period should be checked.  The assessment of intensity should be independent of the assessment of the seriousness of the AE.

LIQ_PH-ILD_00000385

**United Therapeutics Corp.**                                              **RIN-PH-201 Protocol Amendment 3**
                                                                              **Inhaled Treprostinil**

**SERIOUSNESS**

A serious AE is one that represents an actual or potential significant hazard.  This includes, but is not limited to, an event that is fatal, life-threatening, permanently or severely disabling, requires or prolongs inpatient hospitalization*, is a congenital abnormality (offspring of subject) or is medically significant (important medical events that may not result in death, be life-threatening, or require hospitalization may be considered an SAE when, based upon appropriate medical judgment, they may jeopardize the subject and may require medical or surgical intervention to prevent 1 of the outcomes listed in this definition).

*Hospitalizations that would not be considered SAEs include those for:

- Routine treatment or monitoring of the study indication not associated with any deterioration in condition (eg, hospitalization for a routine RHC).
- Treatment which was elective or pre-planned, for a pre-existing condition not associated with any deterioration in condition (eg, pre-planned operation which does not lead to further complications etc).
- Treatment of an emergency, in an outpatient setting for an event not fulfilling any of the definitions of serious as given above and not resulting in hospital admission.

**CAUSALITY**

An estimate of causality between a specified AE and the study drug is made by the Investigator.  Several factors should be considered when determining causality.  These factors include temporal relationship and response to withdrawal or reintroduction of the study drug.

Definitions of the causality categories are as follows:

- NOT RELATED – There is not a temporal relationship to study drug administration (too early, or late, or study drug not taken), or there is a reasonable causal relationship between another drug, or concurrent disease and the SAE, or any of the following:
  - An event that precedes the first administration of study drug
  - An event for which the cause is clearly related to an external event
  - Temporal relationship to study drug is atypical
  - Is readily explained by an intercurrent illness AND has an expected level of severity, duration, and resolution
  - An alternative explanation (concomitant drug, intercurrent illness) is likely
- POSSIBLE – There is a reasonable causal relationship between the study drug and the SAE.  Dechallenge information is lacking or unclear, study drug administration was not modified in response to the SAE, or any of the following:

**Version Date 15 Feb 2017**                **Confidential**                **Page 67**

**United Therapeutics Corp.**                                      **RIN-PH-201 Protocol Amendment 3**
**Inhaled Treprostinil**

- o  Has a reasonable temporal relationship to study drug
- o  The event has a plausible biological link to the activity of the study drug
- o  Is unlikely to be related to an intercurrent illness or has an unexpected degree of severity, duration or complication
- PROBABLE – There is a reasonable causal relationship between the study drug and the SAE.  The event responds to dechallenge - the event resolves or improves with modification of study drug administration.  Rechallenge (the original study drug was restarted) is not required, or any of the following:
  - o  Has a reasonable temporal relationship to study drug
  - o  The event has a plausible biologic link to the activity of the study drug
  - o  Not readily explained by an intercurrent illness
  - o  Not readily explained by external event
  - o  Improves on discontinuation of study drug
  - o  If study drug has been discontinued, may recur or reintroduction of study drug

**ACTION TAKEN**

STUDY DRUG DOSE MODIFICATION*

- Dose Not Changed – The dose or regimen of the study drug was not changed.
- Dose Increased – The dose or regimen of study drug was increased
- Dose Decreased – The dose or regimen of study drug was decreased
- Drug Interrupted – Administration of the study drug was stopped temporarily
- Drug Withdrawn – Administration of the study drug was stopped permanently and not restarted
- Unknown – Changes to the administration of the study drug cannot be determined
- Not Applicable

*NOTE:  Only the last study drug action should be recorded in the eCRF.  For example, if the study drug is withdrawn and then the decision is made to restart, the dose modification of "Drug interrupted" should be reported on the SAE form.*

**OUTCOME**

- Fatal – The study subject died.
- Not Recovered/Not Resolved – The AE was ongoing at the time of death or at the time the subject was lost to follow up.
- Recovered/Resolved – The AE resolved.
- Recovered/Resolved with Sequelae – The AE is considered resolved however there is residual sequelae.  Some events do not return to baseline, such as metastasis or progression of disease; however, once these events are determined by the Investigator to be stable or chronic, the Investigator may consider the event to be resolved or resolved with sequelae.

**Version Date 15 Feb 2017**                 **Confidential**                          **Page 68**

**LIQ_PH-ILD_00000387**

**United Therapeutics Corp.**                                 **RIN-PH-201 Protocol Amendment 3**
                                                                          **Inhaled Treprostinil**

- Recovering/Resolving – The AE is improving but is not yet completely recovered/resolved.
- Unknown – The outcome of the AE cannot be determined.

United Therapeutics Corp.                    RIN-PH-201 Protocol Amendment 3
                                                    Inhaled Treprostinil

**15.3    ST. GEORGE'S RESPIRATORY QUESTIONNAIRE**

# ST. GEORGE'S RESPIRATORY QUESTIONNAIRE
# ENGLISH FOR THE UNITED STATES

## ST. GEORGE'S RESPIRATORY QUESTIONNAIRE (SGRQ)

*This questionnaire is designed to help us learn much more about how your breathing is troubling you and how it affects your life. We are using it to find out which aspects of your illness cause you the most problems, rather than what the doctors and nurses think your problems are.*

*Please read the instructions carefully and ask if you do not understand anything. Do not spend too long deciding about your answers.*

*Before completing the rest of the questionnaire:*

*Please check one box to show how you describe your current health:*

| Very good | Good | Fair | Poor | Very poor |
|-----------|------|------|------|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**Copyright reserved**
P.W. Jones, PhD FRCP
Professor of Respiratory Medicine,
St. George's University of London,
Jenner Wing,
Cranmer Terrace,                          Tel.  +44 (0) 20 8725 5371
London SW17 ORE, UK.                      Fax  +44 (0) 20 8725 5955

**USA / US English version**                     1

f:\institut\cultadap\project\gsk1881\question\final versions\sgrqusaq.doc 18/04/03

*continued…*

DA0770                          LIQ_PH-ILD_00000390

# St. George's Respiratory Questionnaire
## PART 1

*Please describe how often your respiratory problems have affected you over the past 4 weeks.*

Please check (✔) *one box for each question*:

| | almost every day | several days a week | a few days a month | only with respiratory infections | not at all |
|---|---|---|---|---|---|
| 1. Over the past 4 weeks, I have coughed: | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. Over the past 4 weeks, I have brought up phlegm (sputum): | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Over the past 4 weeks, I have had shortness of breath: | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. Over the past 4 weeks, I have had wheezing attacks: | ☐ | ☐ | ☐ | ☐ | ☐ |

5. How many times during the past 4 weeks have you suffered from severe or very unpleasant respiratory attacks?

Please check (✔) *one*:

more than 3 times ☐
3 times ☐
2 times ☐
1 time ☐
none of the time ☐

6. How long did the worst respiratory attack last?
*(Go to Question 7 if you did not have a severe attack)*

Please check (✔) *one*:

a week or more ☐
3 or more days ☐
1 or 2 days ☐
less than a day ☐

7. Over the past 4 weeks, in a typical week, how many good days (with few respiratory problems) have you had?

Please check (✔) *one*:

No good days ☐
1 or 2 good days ☐
3 or 4 good days ☐
nearly every day was good ☐
every day was good ☐

8. If you wheeze, is it worse when you get up in the morning?

Please check (✔) *one*:

No ☐
Yes ☐

# St. George's Respiratory Questionnaire
## PART 2

**Section 1**

How would you describe your respiratory condition?

Please check (✔) *one*:

The most important problem I have ☐

Causes me quite a lot of problems ☐

Causes me a few problems ☐

Causes no problems ☐

If you have ever held a job:

Please check (✔) *one*:

My respiratory problems made me stop working altogether ☐

My respiratory problems interfere with my job or made me change my job ☐

My respiratory problems do not affect my job ☐

**Section 2**

***These are questions about what activities usually make you feel short of breath these days.***

For each statement please check (✔) *the box* that applies to you *these days*:

|  | True | False |
|---|---|---|
| Sitting or lying still | ☐ | ☐ |
| Washing or dressing yourself | ☐ | ☐ |
| Walking around the house | ☐ | ☐ |
| Walking outside on level ground | ☐ | ☐ |
| Walking up a flight of stairs | ☐ | ☐ |
| Walking up hills | ☐ | ☐ |
| Playing sports or other physical activities | ☐ | ☐ |

**USA / US English version**

3

*continued…*

f:\institut\cultadap\project\gsk1881\question\final versions\sgrqusaq.doc 18/04/03

LIQ_PH-ILD_00000392

# St. George's Respiratory Questionnaire
## PART 2

**Section 3**

*These are more questions about your cough and shortness of breath <u>these days</u>.*

For each statement please check
(✔) **the box** that applies
to you **these days**:

|  | True | False |
|---|---|---|
| Coughing hurts | ☐ | ☐ |
| Coughing makes me tired | ☐ | ☐ |
| I am short of breath when I talk | ☐ | ☐ |
| I am short of breath when I bend over | ☐ | ☐ |
| My coughing or breathing disturbs my sleep | ☐ | ☐ |
| I get exhausted easily | ☐ | ☐ |

**Section 4**

*These are questions about other effects that your respiratory problems may have on you <u>these days</u>.*

For each statement, please
check (✔) **the box** that
applies to you **these days**:

|  | True | False |
|---|---|---|
| My cough or breathing is embarrassing in public | ☐ | ☐ |
| My respiratory problems are a nuisance to my family, friends or neighbors | ☐ | ☐ |
| I get afraid or panic when I cannot catch my breath | ☐ | ☐ |
| I feel that I am not in control of my respiratory problems | ☐ | ☐ |
| I do not expect my respiratory problems to get any better | ☐ | ☐ |
| I have become frail or an invalid because of my respiratory problems | ☐ | ☐ |
| Exercise is not safe for me | ☐ | ☐ |
| Everything seems too much of an effort | ☐ | ☐ |

**Section 5**

*These are questions about your respiratory treatment. If you are not receiving treatment go to section 6.*

For each statement, please
check (✔) **the box** that applies
to you **these days**:

|  | True | False |
|---|---|---|
| My treatment does not help me very much | ☐ | ☐ |
| I get embarrassed using my medication in public | ☐ | ☐ |
| I have unpleasant side effects from my medication | ☐ | ☐ |
| My treatment interferes with my life a lot | ☐ | ☐ |

**USA / US English version**    4

*continued…*

# St. George's Respiratory Questionnaire
## PART 2

**Section 6**

***These are questions about how your activities might be affected by your respiratory problems.***

For each statement, please check (✔)
***the box*** that applies to you
***because of your respiratory problems***:

|  | True | False |
|---|:---:|:---:|
| I take a long time to get washed or dressed | ☐ | ☐ |
| I cannot take a bath or shower, or I take a long time to do it | ☐ | ☐ |
| I walk slower than other people my age, or I stop to rest | ☐ | ☐ |
| Jobs such as household chores take a long time, or I have to stop to rest | ☐ | ☐ |
| If I walk up one flight of stairs, I have to go slowly or stop | ☐ | ☐ |
| If I hurry or walk fast, I have to stop or slow down | ☐ | ☐ |
| My breathing makes it difficult to do things such as walk up hills, carry things up stairs, light gardening such as weeding, dance, bowl or play golf | ☐ | ☐ |
| My breathing makes it difficult to do things such as carry heavy loads, dig in the garden or shovel snow, jog or walk briskly (5 miles per hour), play tennis or swim | ☐ | ☐ |
| My breathing makes it difficult to do things such as very heavy manual work, ride a bike, run, swim fast, or play competitive sports | ☐ | ☐ |

**Section 7**

***We would like to know how your respiratory problems <u>usually</u> affect your daily life.***

For each statement, please check (✔)
***the box*** that applies to you ***because of
your respiratory problems***:

|  | True | False |
|---|:---:|:---:|
| I cannot play sports or do other physical activities | ☐ | ☐ |
| I cannot go out for entertainment or recreation | ☐ | ☐ |
| I cannot go out of the house to do the shopping | ☐ | ☐ |
| I cannot do household chores | ☐ | ☐ |
| I cannot move far from my bed or chair | ☐ | ☐ |

**USA / US English version**                     5

*continued…*

# St. George's Respiratory Questionnaire

*Here is a list of other activities that your respiratory problems may prevent you from doing. (You do not have to check these, they are just to remind you of ways your shortness of breath may affect you):*

Going for walks or walking the dog

Doing activities or chores at home or in the garden

Sexual intercourse

Going to a place of worship, or a place of entertainment

Going out in bad weather or into smoky rooms

Visiting family or friends or playing with children

Please write in any other important activities that your respiratory problems may stop you from doing:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Now please check the box (one only) that you think best describes how your respiratory problems affect you:

It does not stop me from doing anything I would like to do ☐

It stops me from doing one or two things I would like to do ☐

It stops me from doing most of the things I would like to do ☐

It stops me from doing everything I would like to do ☐

*Thank you for completing this questionnaire. Before you finish would you please make sure that you have answered all the questions.*

f:\institut\cultadap\project\gsk1881\question\final versions\sgrqusaq.doc 18/04/03

# Summary of Changes

# Protocol - RIN-PH-201

Amendment 1 - 20November2015

Amendment 2 -  13September2016

Amendment 3 (Final Protocol) -  15February2017

LIQ_PH-ILD_00000396

**Original Protocol (21 October 2015)**

**Amendment 1 (20 November 2015):**

- Correction for diffusing capacity method to calculate DLCO

- Clarified the language in exclusion criteria 1

- Minor clarifying administrative text added throughout.

**Amendment 2 (13 September 2016):**

- Addition of exploratory optional evaluation of whole genome sequencing

- Time period for meeting inclusion (3 and 4) and exclusion criteria (8, 9 and 15) relative to baseline updated

- Change in definition for exacerbation of underlying lung disease

- Increased number of planned study sites

- Changed to screening urine pregnancy test

- Revised method to calculate DLCO for eligibility

- Revised to exclude background PAH therapies

- Clarifying administrative text added throughout.

**Amendment 3 (15 February 2017):**

- Eligibility criteria were updated to streamline and broaden entry to address slow study enrollment.

- Removed upper age limit

- Revised eligibility to broad ILD requirement for pulmonary hypertension

- Revised right heart catheterization criteria

- Remove DLCO eligibility criteria

- Revised criteria for time period for stable doses of nintedanib and pirefenidone relative to baseline

- Included subjects with Group 3 connective tissue disease with FVC < 70% requirement

- Modified Exclusion criteria 4, 5, 9, 10, 13 and 14 to broaden patient population in alignment with clinical practice

- Added exclusion for acute pulmonary embolism within 90 days of randomization

- Clarifying administrative text added throughout.

LIQ_PH-ILD_00000397

Original Statistical Analysis Plan - RIN-PH-201

27February 2019

LIQ_PH-ILD_00000398

**United Therapeutics Corp.**                              **RIN-PH-201 Statistical Analysis Plan**
                                                                            **Inhaled Treprostinil**

| | | | |
|---|---|---|---|
| **Document Type:** | Statistical Analysis Plan | **Protocol / Study No.:** | RIN-PH-201 |
| **First Draft Date:** | 10 APR 2018 | **Total Number of** | 39 |
| **Finalization Date:** | 27 FEB 2019 | **Pages including** | |
| | | **Appendices:** | |
| **Classification:** | Confidential | **Version:** | 2.0 |

**Title:**

A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease

**Author:**   CQ Deng, MB, MPH, PhD, and Lisa Edwards, PhD

**CONFIDENTIAL AND PROPRIETARY, UNITED THERAPEUTICS CORPORATION**

All content contained herein is confidential and proprietary information of United Therapeutics Corporation and shall not be disclosed in whole or in part except as permitted by a signed contract with United Therapeutics Corporation. © 2019 United Therapeutics Corporation

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                                        Inhaled Treprostinil

**TABLE OF CONTENTS**

TABLE OF CONTENTS ..................................................................................................... 2

Table of In-Text Tables ................................................................................................... 3

ABBREVIATIONS AND DEFINITIONS ....................................................................... 4

1   PREFACE ................................................................................................................... 6

2   STUDY OBJECTIVES AND ENDPOINTS ............................................................ 6

2.1   PRIMARY ENDPOINT ......................................................................................... 6

2.2   SECONDARY ENDPOINTS ................................................................................. 6

2.3   EXPLORATORY ENDPOINTS ............................................................................ 6

2.4   SAFETY ENDPOINTS .......................................................................................... 7

3   STUDY DESIGN ....................................................................................................... 7

4   SEQUENCE OF PLANNED ANALYSES ............................................................... 8

5   SAMPLE SIZE CONSIDERATIONS ...................................................................... 9

6   ANALYSIS POPULATIONS .................................................................................... 9

7   INTERIM ANALYSES ............................................................................................ 10

8   GENERAL CONSIDERATIONS FOR DATA ANALYSES ............................... 10

8.1   COVARIATES ...................................................................................................... 11

8.2   EXAMINATION OF SUBGROUPS ................................................................... 11

8.3   PREMATURE DISCONTINUATION AND MISSING DATA ........................... 12

8.3.1   Missing Data Handling for 6MWD ................................................................. 12

8.3.2   Missing Data Handling for Other Efficacy Assessments ............................... 13

8.4   MULTIPLE COMPARISONS AND MULTIPLICITY ....................................... 13

8.5   DERIVED AND TRANSFORMED DATA .......................................................... 14

8.6   ASSESSMENT WINDOWS ................................................................................. 15

9   STUDY POPULATION .......................................................................................... 17

9.1   SUBJECT ACCOUNTABILITY ......................................................................... 17

9.2   PROTOCOL DEVIATIONS ................................................................................. 18

9.3   OTHER DESCRIPTIONS OF STUDY POPULATION ...................................... 18

9.3.1   Demographics .................................................................................................. 18

9.3.2   Baseline Characteristics .................................................................................. 19

9.3.3   Medical History and PH-ILD History ............................................................. 19

9.3.4   Concomitant Medications ................................................................................ 19

10   EFFICACY ANALYSES ........................................................................................ 20

10.1   PRIMARY EFFICACY MEASURES ................................................................ 20

10.1.1   Primary Efficacy Analyses ........................................................................... 20

10.1.1.1   Hypothesis .................................................................................................. 20

10.1.1.2   Primary Efficacy Analysis ......................................................................... 20

10.1.1.3   Sensitivity and Subgroup Analyses ........................................................... 23

10.2   SECONDARY EFFICACY MEASURES .......................................................... 24

Version 27 FEB 2019                    **Confidential**                    Page 2

10.2.1   Change in Peak 6MWD at Week 12 ............................................ 24
10.2.2   Change in NT-proBNP at Week 16 ............................................ 24
10.2.3   Change in Trough 6MWD at Week 15 ......................................... 25
10.3    EXPLORATORY EFFICACY MEASURES ........................................ 26
10.3.1   Change in Peak 6MWD at Weeks 4 and 8 .................................... 26
10.3.2   Change in SGRQ at Week 16 ................................................... 26
10.3.3   Time to Clinical Worsening ................................................... 27
10.3.4   Change in DSP .................................................................... 28
11   HEALTH OUTCOMES ............................................................... 29
11.1   QUALITY OF LIFE MEASURES ................................................... 29
11.2   RESOURCE UTILIZATION MEASURES ......................................... 29
12   SAFETY ANALYSES .................................................................. 29
12.1   EXTENT OF EXPOSURE ........................................................... 29
12.2   ADVERSE EVENTS ................................................................. 30
12.3   OXYGENATION ...................................................................... 31
12.4   PULMONARY FUNCTION TESTS ................................................ 32
12.5   CLINICAL LABORATORY EVALUATIONS ..................................... 32
12.5.1   Clinical Chemistry ............................................................. 32
12.5.2   Hematology ...................................................................... 33
12.5.3   Pregnancy Test .................................................................. 34
12.6   OTHER SAFETY MEASURES ..................................................... 34
12.6.1   Electrocardiograms ............................................................. 34
12.6.2   Hospitalizations ................................................................. 34
12.6.3   Vital Signs ....................................................................... 34
12.6.4   Exacerbations of Underlying Lung Disease ................................. 35
13   PHARMACOKINETICS .............................................................. 35
14   REFERENCES ......................................................................... 35
15   LIST OF TABLES, LISTINGS AND FIGURES .................................... 36
15.1   LIST OF TABLES .................................................................... 36
15.2   LIST OF LISTINGS ................................................................. 38
15.3   LIST OF FIGURES .................................................................. 39

**Table of In-Text Tables**

Table 8-1    Imputation Rules for Peak 6MWD ...................................... 12
Table 8-2    Imputation Rules for Trough 6MWD .................................... 13
Table 8-3    Derivation of Time to Clinical Worsening ............................. 14
Table 8-4    Assessment Windows for Scheduled Visits ............................ 16

United Therapeutics Corp.                      RIN-PH-201 Statistical Analysis Plan
                                                        Inhaled Treprostinil

**ABBREVIATIONS AND DEFINITIONS**

| | |
|---|---|
| 6MWD | 6-Minute Walk Distance |
| 6MWT | 6-Minute Walk Test |
| AE | Adverse event |
| ANCOVA | Analysis of covariance |
| BMI | Body mass index |
| BOCF | Baseline Observation Carried Forward |
| CHP | Chronic Hypersensitivity Pneumonitis |
| CPFE | Combined Pulmonary Fibrosis and Emphysema |
| CSR | Clinical study report |
| CT | Computed Tomography |
| CTD | Connective tissue disease |
| DLCO | Lung diffusion capacity |
| DMC | Data Monitoring Committee |
| DSP | Distance saturation product |
| ECG | Electrocardiogram |
| eCRF | Electronic Case Report Form |
| ET | Early termination |
| $FEV_1$ | Forced expiratory volume in 1 second |
| FVC | Forced vital capacity |
| HR | Heart rate |
| ICF | Informed consent form |
| IIP | Idiopathic interstitial pneumonia |
| ILD | Interstitial lung disease |
| ITT | Intent-to-treat |
| LOCF | Last observation carried forward |
| LRCF | Last rank carried forward |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MMRM | Mixed model repeated measurement |
| NT-proBNP | N-Terminal pro-brain natriuretic peptide |
| PAPm | Pulmonary artery pressure mean |
| PCWP | Pulmonary capillary wedge pressure |
| PFT | Pulmonary function test |
| PH | Pulmonary hypertension |
| PH-ILD | Pulmonary hypertension associated with interstitial lung disease |

**Version 27 FEB 2019**              **Confidential**                  **Page 4**

LIQ_PH-ILD_00000402

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                              **Inhaled Treprostinil**

| | |
|---|---|
| P-R | Time between P wave and beginning of QRS complex in electrocardiography |
| PT | Preferred Term |
| PVR | Pulmonary vascular resistance |
| Q-T | Electrocardiographic interval from beginning of QRS complex to end of the T wave |
| QTc | QT interval corrected for heart rate |
| QRS | Electrocardiographic wave interval |
| RHC | Right heart catheterization |
| RMST | Restricted mean survival time |
| SAE | Serious adverse event |
| SAP | Statistical analysis plan |
| SGRQ | St. George's Respiratory Questionnaire |
| SOC | System Organ Class |
| $SpO_2$ | Saturation of Peripheral Capillary Oxygenation |
| TLC | Total lung capacity |
| WHO-DD | World Health Organization Drug Dictionary |
| WU | Wood Units |

**Version 27 FEB 2019**                **Confidential**                        **Page 5**

LIQ_PH-ILD_00000403

United Therapeutics Corp.                          RIN-PH-201 Statistical Analysis Plan
                                                          Inhaled Treprostinil

# 1     PREFACE

This plan provides further details of the planned analyses for the RIN-PH-201 study as
presented in the study protocol.  This plan, based on the original RIN-PH-201 study protocol
dated 21 Oct 2015 and the subsequent study protocol amendments (latest version study
protocol amendment 3 dated 15 February 2017), provides further details of the planned
analyses stated in the study protocol as well as any additional planned analyses.  Additional
post hoc or unplanned analyses that are not defined in this statistical analysis plan (SAP) may
be performed.  Such analyses will be documented in the clinical study report (CSR).

# 2     STUDY OBJECTIVES AND ENDPOINTS

The primary objective of this study is to evaluate the safety and efficacy of inhaled treprostinil
in subjects with Pulmonary Hypertension (PH) associated with Interstitial Lung Disease
(ILD), including Combined Pulmonary Fibrosis and Emphysema (CPFE).

## 2.1     PRIMARY ENDPOINT

The primary endpoint is the change in 6-Minute Walk Distance (6MWD) measured at peak
exposure from Baseline to Week 16.

## 2.2     SECONDARY ENDPOINTS

The secondary endpoints are:

1. Change in peak 6MWD from Baseline to Week 12
2. Change in plasma concentration of N-terminal pro-brain natriuretic peptide
   (NT-proBNP) from Baseline to Week 16
3. Change in trough 6MWD from Baseline to Week 15

## 2.3     EXPLORATORY ENDPOINTS

Exploratory endpoints are:

1. Change in peak 6MWD from Baseline to Week 4
2. Change in peak 6MWD from Baseline to Week 8
3. Change in quality of life as measured by the St. George's Respiratory Questionnaire
   (SGRQ) from Baseline to Week 16
4. Time to clinical worsening will be evaluated as an exploratory endpoint from the time
   to randomization until 1 of the following criteria are met:

**United Therapeutics Corp.**    **RIN-PH-201 Statistical Analysis Plan**
**Inhaled Treprostinil**

    a.  Hospitalization due to a cardiopulmonary indication

    b.  Decrease in 6MWD >15% from Baseline directly related to disease under study, at 2 consecutive visits, and at least 24 hours apart

    c.  Death (all causes)

    d.  Lung transplantation

5.  Change in distance saturation product (DSP) from Baseline to Week 16

Exploratory endpoints of optional evaluation are change in biomarkers from Baseline to Week 16, and optional evaluation of whole genome sequence. They will be specified in separate documents and not covered in this statistical analysis plan.

## 2.4    SAFETY ENDPOINTS

Safety endpoints will be used to evaluate safety based on the following assessments:

1.  Adverse events (AEs)
2.  Oxygenation:
    a.  Pulse oximetry (saturation of peripheral capillary oxygenation [SpO2])
    b.  Supplemental oxygen requirement (L/min)
3.  Pulmonary function:
    a.  Forced expiratory volume in 1 second (FEV1)
    b.  Forced vital capacity (FVC)
    c.  Total lung capacity (TLC)
    d.  Lung diffusion capacity (DLCO)
4.  Clinical laboratory parameters
5.  Vital signs
6.  Electrocardiograms (ECG)
7.  Hospitalization due to a cardiopulmonary indication.
8.  Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality.

## 3    STUDY DESIGN

This is a multicenter, randomized, double-blinded, placebo-controlled, 16-week, parallel group study. Subject eligibility will be based on the inclusion and exclusion criteria described in Section 4 of the protocol. Approximately 314 eligible subjects will be randomized to study

LIQ_PH-ILD_00000405

United Therapeutics Corp.                              RIN-PH-201 Statistical Analysis Plan
                                                                    Inhaled Treprostinil

treatments (inhaled treprostinil or placebo) in a 1:1 ratio.  Subjects will be stratified based on

Baseline 6MWD (≤350 meters versus >350 meters).

Subjects will be treated with either inhaled treprostinil (6 mcg/breath) or placebo.

The study will consist of the following phases:

> **Screening Phase:** Prospective subjects will undergo a screening evaluation within
> 30 days prior to the Baseline Visit (randomization and first dose of study drug).
> During this phase, eligible subjects will sign the informed consent form (ICF) and
> undergo Screening assessments.  The Screening and Baseline assessments may be
> combined if all entry criteria are satisfied within 48 hours prior to the first dose of
> study drug.  Baseline pulmonary function tests (PFTs) and 6-Minute Walk Test
> (6MWT) used to confirm eligibility criteria may be performed on the same day but
> prior to the first dose of study drug.

> **Baseline Visit:** The Baseline assessments may be conducted over a 48-hour period prior
> to the first dose of study drug to allow for scheduling of all activities.  Eligible
> subjects will undergo Baseline assessments, be assigned to a treatment group based on
> the randomization schedule, and receive the first dose of study drug (Day 1 is defined
> as the day the first dose of study drug is given).  The Screening and Baseline
> assessments may be combined if all entry criteria are satisfied within 48 hours prior to
> the first dose of study drug.  Baseline PFTs and 6MWT used to confirm eligibility
> criteria may be performed on the same day but prior to the first dose of study drug.

> **Treatment Phase:** The Treatment phase consists of 5 study visits to the clinic at Week 4,
> Week 8, Week 12, Week 15, and Week 16 (final study visit; at least 24 hours after the
> Week 15 Visit [final study visit/early termination {ET}]).  Subjects will also be
> contacted at least weekly by telephone or email to assess subject tolerance to study
> drug, AEs, and changes to concomitant medications.

## 4      SEQUENCE OF PLANNED ANALYSES

### *Interim Safety Analyses*

Interim safety analyses are intended to be performed according to the Data Monitoring

Committee (DMC) Charter.  In particular, interim safety analyses are planned following the

enrollment of approximately 25%, 50%, and 75% of subjects in the study, or at least annually

(whichever is sooner).  All analyses will be prepared by an independent external consultant and

reviewed only by the independent DMC as defined in the DMC Charter.  The Sponsor will

only have access to the blinded study data during this process.  Interim efficacy analyses are

not planned in this study.

United Therapeutics Corp.                                    RIN-PH-201 Statistical Analysis Plan
                                                                              Inhaled Treprostinil

*Dry-run Analysis Prior to Database Lock (Soft Lock)*

At the completion of the study enrollment and prior to the database lock, a dry-run analysis is planned. This dry-run analysis utilizes a dummy randomization schedule in a blinded fashion. The purpose of the dry-run analysis is to verify programming of the analysis data sets and the planned tables, listings, and figures, and to identify any data issues. Programming and data issues identified through the dry-run process will be resolved prior to the database lock and study unblinding.

*Final Analysis after Database Lock and Study Unblinding*

After the database has been quality assured and locked, the treatment assignments will be provided to the sponsor's project statistician by the central randomization service and all planned analyses described in this document will be performed. By intent, no changes will be made to the clinical database after unblinding. However, any changes that are deemed necessary, after unblinding, will be clearly documented in the CSR.

## 5    SAMPLE SIZE CONSIDERATIONS

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (2-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD, assuming a standard deviation of 75 meters.

The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

## 6    ANALYSIS POPULATIONS

The Intent-to-Treat (ITT) population is defined as all subjects randomized into the study who received at least 1 dose of study drug. All ITT subjects will be counted in the group to which they were randomized, regardless of the study drug they were given. All efficacy analyses will be performed on this ITT population, unless otherwise specified.

                                    LIQ_PH-ILD_00000407

United Therapeutics Corp.                                RIN-PH-201 Statistical Analysis Plan
                                                                Inhaled Treprostinil

The Safety population is defined as all subjects enrolled into the study who received at least 1 dose of study drug.  All Safety population subjects will be counted in the group corresponding to the study drug received, regardless of randomized assignment.  All safety analyses will be performed on this Safety population, unless otherwise specified.

The Per-protocol population will include all subjects in ITT population, excluding subjects with major protocol deviations that may have an impact on the primary efficacy analyses. The major protocol deviations and the subject's exclusion from the Per-protocol population will be reviewed at a blinded data review meeting and documented prior to the database lock and the study unblinding.

## 7    INTERIM ANALYSES

There is no interim efficacy analysis for this study.

A DMC will be established for the study including physicians knowledgeable in the treatment of PH and a statistician.  Throughout the course of the study the DMC will meet on a regular basis to monitor the safety of the study.  Meetings will occur as outlined in the DMC Charter. All analyses will be prepared by an independent external consultant and reviewed only by the DMC as defined in the DMC Charter.  The Sponsor will only have access to blinded study data during this process. The details regarding the interim safety analysis will be included in a separate statistical analysis plan.

## 8    GENERAL CONSIDERATIONS FOR DATA ANALYSES

All the data collected in the electronic Case Report Form (eCRF) will be listed.  In general, listings will be sorted by treatment group, subject number, and scheduled assessment (if applicable).  Listings will include assessment date, assessment time (if available), study day, and all relevant data collected in the eCRFs.  For data collected on a fixed schedule, the assessment identifier or the nominal time point will also be included on the listing.  Repeat or redundant observations within an assessment window and observations that do not fall within any predefined assessment window (and will, therefore, be excluded from summaries) will be flagged in these listings.  Subjects who are not to be included in the analysis population (eg, Safety population, Per-protocol population) will be flagged.

United Therapeutics Corp.                    **RIN-PH-201 Statistical Analysis Plan**
**Inhaled Treprostinil**

In general, the data will be summarized by scheduled assessment (if applicable) within each treatment group. For continuous variables, summary statistics will include the mean, standard deviation, median, minimum, and maximum. For summaries of non-normal data such as 6MWD, interquartile range (lower quartile, upper quartile) may also be included. Minimums and maximums will be expressed using the level of precision in which the variable was collected. All other statistics will be rounded, using an additional decimal place than was collected. For discrete variables, summaries will include the frequency and percentage in each category. Percentages will be rounded to 1 decimal place. For all inferential analyses and descriptive comparisons, p-values will be rounded to 4 decimal places. Values less than 0.0001 will be denoted as <0.0001, and values greater than 0.9999 will be denoted as >0.9999 whenever practical, categories of discrete variables will be ordered and labelled as they appear in the eCRF, and all categories represented on the case report form will be included in summaries, even when they do not apply to any subjects in the study.

Unless otherwise specified, all statistical tests will be 2-sided at alpha level 0.05. All statistical calculations will be completed using SAS® Version 9.4 or above.

## 8.1    COVARIATES

The primary efficacy analyses of change in 6MWD at Week 16 will be adjusted for Baseline 6MWD (as a continuous variable). For sensitivity analyses of the primary efficacy endpoints and the secondary/exploratory endpoints with continuous variables, the baseline measure will always be the covariate.

## 8.2    EXAMINATION OF SUBGROUPS

For primary efficacy endpoints of change in 6MWD at Week 16, subgroup analyses will be performed. These subgroups will include:

- Etiology of ILD (Idiopathic Interstitial Pneumonia [IIP], Chronic Hypersensitivity Pneumonitis [CHP], Occupational, CPFE, Connective Tissue Disease [CTD], and Other)
- Baseline walk categories (≤350 meters versus >350 meters, ≤ median baseline 6MWD versus > median baseline 6MWD)
- ILD disease severity as measured by Baseline DLCO (<40% predicted versus ≥40% predicted)

**Version 27 FEB 2019**                    **Confidential**                    **Page 11**

LIQ_PH-ILD_00000409

United Therapeutics Corp.                                      RIN-PH-201 Statistical Analysis Plan
                                                                          Inhaled Treprostinil

- Sex (male versus female)
- Pulmonary Vascular Resistance (PVR) (<4 versus ≥4 Wood Units [WU])
- Age group (<65 years of age, 65 to <80 years of age, and ≥80 years of age)
- Study drug dose at Week 16 (0 to 3 breaths, 4 to 6 breaths, 7 to 9 breaths, and 10 to 12 breaths)

No Type 1 error adjustments will be performed for these subgroup analyses.

## 8.3     PREMATURE DISCONTINUATION AND MISSING DATA

### 8.3.1     *Missing Data Handling for 6MWD*

For the analysis of 6MWD, subjects may not have completed the treatment with study drug prior to the Week 16 visit for the following reasons: death, progressive disease, AE, withdrawal of consent by the subject, protocol violation, loss to follow-up, termination of study by the sponsor, or withdrawal for other reasons. Every attempt must be made to perform all efficacy assessments immediately prior to premature termination of study drug or withdrawal from the study. In addition, subjects still receiving study drug may be too critically ill to perform the 6MWT, resulting in missing data for that assessment.

Every effort should be made to complete all scheduled study assessments for all randomized subjects. Although attempts will be made to continue to collect data after termination of study drug, these data are being collected for sensitivity analyses and descriptive purposes only. Assessments performed after treatment unblinding or more than 24 hours after the last dose of study drug will not be included in the main analyses of peak 6MWD.

For subjects whose peak 6MWD measures at Week 4, Week 8, Week 12, or Week 16 are missing, the missing value will be imputed as described in Table 8-1.

**Table 8-1     Imputation Rules for Peak 6MWD**

| Reason for missing 6MWD measure | Imputation |
|---|---|
| Death (all causes) | Worst score (0 meters) |
| Clinical worsening event | Worst score (0 meters) |
| Too ill to perform 6MWT | Worst score (0 meters) |
| All other reasons | Last (peak) Observation Carried Forward (LOCF) |

Abbreviations: 6MWD, 6-Minute Walk Distance; 6MWT, 6-Minute Walk Test.

LIQ_PH-ILD_00000410

United Therapeutics Corp.                              RIN-PH-201 Statistical Analysis Plan
                                                              Inhaled Treprostinil

For subjects whose trough 6MWD measures at Week 15 are missing, the missing values will
be imputed as described in Table 8-2.

**Table 8-2    Imputation Rules for Trough 6MWD**

| Reason for missing 6MWD measure | Imputation |
|---|---|
| Death (all causes) | Worst score (0 meters) |
| Clinical worsening | Worst score (0 meters) |
| Too ill to perform 6MWT | Worst score (0 meters) |
| All other reasons | Baseline Observation Carried Forward (BOCF) |

Abbreviations: 6MWD, 6-Minute Walk Distance; 6MWT, 6-Minute Walk Test, BOCF, Baseline observation carried
    forward.

### 8.3.2    *Missing Data Handling for Other Efficacy Assessments*

For the secondary endpoints of NT-proBNP, the missing value at Week 16 will be imputed
using LOCF. If the NT-proBNP measure at Baseline is missing, the change from Baseline
will not be calculated. The subject will not be included in the analyses.

For exploratory endpoints of SGRQ, biomarkers, and DSP, the missing values will not be
imputed, and all analyses will be based on the observed cases.

## 8.4    MULTIPLE COMPARISONS AND MULTIPLICITY

The primary efficacy endpoint of change in 6MWD measured at peak exposure from Baseline
to Week 16 will be tested at alpha level 0.05. If the primary efficacy endpoint is statistically
significant at alpha level 0.05, the statistical tests for secondary efficacy endpoints will be
performed.

To control the Type 1 error rate, the secondary efficacy endpoints will be tested using a
hierarchical (fixed-sequence) testing procedure. The change from Baseline in peak 6MWD at
Week 12 will be tested at a 2-sided Type 1 error rate of 0.05. The subsequent tests for change
from Baseline in NT-proBNP at Week 16, and then the change from Baseline in trough
6MWD at Week 15, will be tested sequentially only if the preceding test is statistically
significant.

LIQ_PH-ILD_00000411

United Therapeutics Corp.                          RIN-PH-201 Statistical Analysis Plan
                                                              Inhaled Treprostinil

## 8.5    DERIVED AND TRANSFORMED DATA

Time to clinical worsening will be evaluated as an exploratory endpoint from the time to

randomization until 1 of the following criteria are met:

- Hospitalization due to a cardiopulmonary indication
- Decrease in 6MWD >15% from Baseline directly related to disease under study at 2 consecutive visits and at least 24 hours apart
- Death (all causes)
- Lung transplantation

Time to clinical worsening is calculated as described in Table 8-3.

**Table 8-3      Derivation of Time to Clinical Worsening**

| Parameter | Scenario | Formula | Status |
|---|---|---|---|
| Time to clinical worsening (weeks) | Subjects with clinical worsening event reported | = (Worsening date − Randomization date +1)/7 | 0 (event) |
| | Subjects who died during the study | = (Death date − Randomization date +1)/7 | 0 (event) |
| | Subjects without clinical worsening event during the study | = (Last assessment date − Randomization date +1)/7 | 1 (censored) |
| | Subjects discontinued from the study prematurely | = (Last assessment date − Randomization date +1)/7 | 1 (censored) |

For subjects with clinical worsening due to decrease from Baseline in 6MWD, a confirmatory

6MWT should be conducted.  The event time is based on the date of the confirmatory 6MWT.

If the confirmatory 6MWT is not conducted, the event time is then based on the date of the

first 6MWT.

**United Therapeutics Corp.**                              **RIN-PH-201 Statistical Analysis Plan**
**Inhaled Treprostinil**

Distance Saturation Product (DSP) is calculated as follows:

| Parameter | Formula |
|---|---|
| DSP (m%) | = (Distance walked in meters) x (Lowest oxygen saturation recorded during the 6MWT) |

Abbreviations: 6MWT, 6-Minute Walk Test; DSP, Distance Saturation Product.

Adjustments to the QT intervals will be calculated as follows:

| Parameter | Formula |
|---|---|
| QTc (Bazett) | $= Q\text{-}T/\sqrt{60/HR}$ |
| QTc (Fridericia) | $= Q\text{-}T/\sqrt[3]{60/HR}$ |

Abbreviations: HR, Heart rate; QTc, Q-T interval corrected for heart rate; Q-T, Electrocardiographic interval from beginning of QRS complex to end of the T wave.

## 8.6    ASSESSMENT WINDOWS

For any data summarized by scheduled visit, an analysis visit window will be used. The scheduled visits, as recorded on the eCRFs, and the corresponding target days and study day intervals are specified in Table 8-4. The analysis visit window will be derived based on the information specified in Table 8-4.

In the protocol, the visit window for Week 4, Week 8, Week 12, and Week 16 is ±5 days and the visit window for the Week 15 visit is ±5 days and at least 24 hours prior to Week 16 6MWT. In order to allow slotting of discontinuation visits and visits outside the planned schedule, the visit windows have been expanded for analysis purposes for Week 4, Week 8, Week 12, and Week 16. The nominal study visit identified as Week 15 in the eCRF will be used for the Week 15 visit provided it is at least 24 hours prior to Week 16 6MWT or there is no Week 16 visit.

**Version 27 FEB 2019**                    **Confidential**                    **Page 15**

LIQ_PH-ILD_00000413

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                             Inhaled Treprostinil

**Table 8-4      Assessment Windows for Scheduled Visits**

| Visit | Target Study Day | Study Day Interval |
|-------|-----------------|--------------------|
| **ECGs, SGRQ:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the date of the first dose) |
| Week 16 | 113 | 1 < Study Day |
| **PFTs, Clinical laboratory assessments and NT-proBNP:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 8 | 57 | 1 < Study Day ≤ 71 |
| Week 16 | 113 | 99 < Study Day |
| **Peak 6MWT:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 4 | 29 | 1 < Study Day ≤ 43 |
| Week 8 | 57 | 43 < Study Day ≤ 71 |
| Week 12 | 85 | 71 < Study Day ≤ 99 |
| Week 16 | 113 | 99 < Study Day |
| **Trough 6MWT:** | | |
| Week 15 | 106 | Nominal study visit and at least 24 hours prior to Week 16 6MWT or no Week 16 visit |
| **Vital signs, Pulse oximetry:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 4 | 29 | 1 < Study Day ≤ 43 |
| Week 8 | 57 | 43 < Study Day ≤ 71 |
| Week 12 | 85 | 71 < Study Day ≤ 99 |
| Week 15 | 106 | Nominal study visit and at least 24 hours prior to Week 16 6MWT or no Week 16 visit |
| Week 16 | 113 | 99 < Study Day |

Note: Study Day = (Assessment Date)    (First Dosing Date) +1
Abbreviations: 6MWT, 6-Minute Walk Test; ECG, Electrocardiogram; NT-proBNP, N-Terminal pro-brain natriuretic peptide; PFT, Pulmonary function test.

**Multiple Evaluations within the Same Analysis Window**

After all the observations have been slotted based on the table above, if there are multiple valid observations for an assessment within an assigned analysis visit window, only 1 of these observations will be used for summary statistics and analyses. The observation to be used is determined using the following hierarchy (in decreasing order):

- The observation closest to the target study day
- The later observation if 2 observations are equally close to the target study day

For missing values where the LOCF algorithm is applied, it is always the last valid observation on treatment carried forward, even though this might not be the observation obtained by the above hierarchy and used in the summaries by visit window.

## 9    STUDY POPULATION

Unless otherwise specified, all efficacy analyses will be performed on the ITT population and all safety analyses will be based on the Safety population.  In the ITT population, the treatment assignment is based on the assignment upon randomization.  In the Safety population, the treatment assignment is based on the actual treatment the subject received.

The comparability between the 2 treatment groups will be checked for demographic and baseline characteristics.  The p-values from Fisher's exact test (for discrete variables) or Group t-test or Wilcoxon rank sum test (for continuous variables) will be included on summaries but are not intended to be used to test formal hypotheses.  For these comparisons, missing or unknown values will be excluded from the calculations.

## 9.1    SUBJECT ACCOUNTABILITY

All subjects' disposition information will be listed by individual subject number, including the analysis population the subjects belong to, premature study drug discontinuation status, primary reason for premature study drug discontinuation, premature study discontinuation status, primary reason for premature study discontinuation, number of days on the study drug, and enrollment in the open label extension study (RIN-PH-202).

The listing of subject accountability will include the dates of informed consent and randomization, the first study drug dose, last study drug dose, and last assessment dates and times, and the last dose and assessment weeks.  Whether subjects received the study drug, whether subjects completed the Weeks 4, 8, 12, 15, 16 assessments, and study discontinuation status will be summarized.

United Therapeutics Corp.                          RIN-PH-201 Statistical Analysis Plan
                                                              Inhaled Treprostinil

Information regarding whether each subject is included in each analysis population (see
Section 6) will be listed.  If a subject is not included in a particular analysis population, the
reason for exclusion will be noted on the listing.  Also noted on the listing will be the
randomized treatment assignment and the actual treatment subjects have received.  The
summary will include the frequency and percentage of all subjects in each analysis
population.

The stratification information used in the random assignment of subjects to treatment group
(from the central randomization database) will be listed, including date and time of
randomization and Baseline 6MWD category ($\leq$350 meters versus >350 meters).  Status of
the treatment blind, and if broken, date/time of blind broken will be listed.  The number of
subjects in each stratum will be summarized by treatment group and overall.

## 9.2    PROTOCOL DEVIATIONS

The status of the entry criteria will be listed for all subjects.  The listing will include the date
of the initial screening assessment, whether all eligibility criteria were met (Yes/No), and a
list of any specific entry criteria not met.  This listing will also include the protocol version
that the subject was enrolled under.  Entry criteria violations will be summarized by treatment
group and overall.

Additional protocol deviations will be documented throughout the study.  All deviations will
be reviewed by the clinical team prior to database lock and those that might affect subject
safety or efficacy outcomes will be considered 'Major'.  All other deviations will be classified
as 'Minor'.  Protocol deviations will be listed, including the date of the deviation, the type of
deviation, the severity of the deviation (Major/Minor), and a description of the deviation.  The
protocol deviations will also be summarized by treatment group and overall.

## 9.3    OTHER DESCRIPTIONS OF STUDY POPULATION

### 9.3.1    Demographics

All demographic data will be listed for all subjects, including assessment date, date of birth,
country, age, sex, ethnicity, race, weight, height, and body mass index (BMI).  Age, age
category (<65 years of age, 65 to <80 years of age, and $\geq$80 years of age), sex, ethnicity, race,

LIQ_PH-ILD_00000416

height, weight, and BMI will be summarized by treatment group and overall. The summary will include p-values (2-sided) from Fisher's exact test (for age category, sex, ethnicity, and race) and group t-test or Wilcoxon rank sum test (for age, weight, height, and BMI) comparing treatment groups.

### 9.3.2    Baseline Characteristics

Baseline characteristics will include the Baseline 6MWD, Baseline NT-proBNP, and hemodynamic parameters. Hemodynamic parameters, measured by the right heart catheterization (RHC), will include PVR, pulmonary artery pressure mean (PAPm), pulmonary capillary wedge pressure (PCWP), and details concerning vasodilator testing will be listed and summarized.

### 9.3.3    Medical History and PH-ILD History

All significant past or ongoing medical conditions will be listed for all subjects. The listing will include the Medical Dictionary for Regulatory Activities (MedDRA) system organ class (SOC) and preferred term (PT) for each condition listed, and whether the condition is ongoing at Randomization. These medical conditions will be summarized by PT within each SOC.

Information related to subjects' PH-ILD history will be listed. The listing will include the date of initial PH diagnosis, years since PH diagnosis, etiology of ILD (including IIP subcategory), date of confirmatory computed tomography (CT) scan, whether ILD diagnosis confirmed with a lung biopsy, and if so, the date of lung biopsy.

The current ILD diagnosis (ILD category) and IIP subcategory, time since PH diagnosis, and whether ILD diagnosis was confirmed via lung biopsy will be summarized by treatment group and overall. The summary will include p-values (2-sided) from Fisher's exact test (for current ILD diagnosis) or Wilcoxon rank sum test (for time since diagnosis) comparing treatment groups.

### 9.3.4    Concomitant Medications

All concomitant medications specified on the eCRF will be mapped to a standard name using the World Health Organization Drug Dictionary (WHO-DD).

LIQ_PH-ILD_00000417

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                              **Inhaled Treprostinil**

The standard name and verbatim term of all concomitant medications will be listed for all subjects. This listing will include the date started (or indication that drug was ongoing at randomization), date discontinued (or indication that drug was ongoing at end of study), and the condition(s) treated/indication(s). If a subject received no medications, this will be indicated on the listing. Summary of concomitant medications present at Baseline and summary of concomitant medications added during the study will include the frequency and percentage of subjects in each treatment group receiving each drug (by coded standard name).

## 10    EFFICACY ANALYSES

Except where otherwise noted, all efficacy analyses will only be performed on the ITT population (see Section 6).

### 10.1    PRIMARY EFFICACY MEASURES

#### 10.1.1    *Primary Efficacy Analyses*

#### 10.1.1.1    *Hypothesis*

The primary efficacy endpoint of peak 6MWD assesses if inhaled treprostinil will increase the distance traversed in the peak 6MWT at Week 16 over placebo in subjects with PH-ILD. The null and alternative hypotheses are:

$$H_0: \mu_1 = \mu_2$$
$$H_a: \mu_1 \neq \mu_2,$$

where $\mu_1$ and $\mu_2$ are the median change from Baseline in 6MWD of the inhaled treprostinil and placebo treatment groups, respectively.

#### 10.1.1.2    *Primary Efficacy Analysis*

All 6MWT data will be listed for all subjects. For each scheduled assessment, this listing will include the date test was performed (or date test was intended to be performed if subject is unable to attempt the test), start time of the test, nominal time point, last treatment dose, hours from last treatment dose to 6MWT start, if walk was attempted, total distance walked (in meters), whether subject received oxygen during the test, amount of supplemental oxygen, and any circumstances that adversely affected the walk (if any) including reason for not

**United Therapeutics Corp.**                **RIN-PH-201 Statistical Analysis Plan**
                                             **Inhaled Treprostinil**

attempting test (if any). The trough 6MWT measure will also be indicated. In addition, a listing of 6MWD with imputed values will be included for both peak and trough 6MWD data.

For the primary efficacy analysis, the effect of inhaled treprostinil versus placebo on change in peak 6MWD at Week 16 will be evaluated via analysis of covariance (ANCOVA). Change from Baseline in peak 6MWD is the dependent variable, and treatment and Baseline 6MWD are covariates in this ANCOVA model. Least squares means and standard errors for each treatment group, the least squares mean difference and its standard error, as well as a 95% confidence interval for the treatment group difference and p-value for treatment group comparison will be calculated from the ANCOVA model. This methodology will be carried out as follows:

1. Walk distances obtained after study drug termination or unblinding will be excluded (as described in Section 8).
2. Imputation rules in Table 8-1 will be applied.
3. The LOCF algorithm will be applied.
4. ANCOVA will be conducted based on the pseudo SAS code:
   proc glm;
     class Treatment;
     model DistC = Treatment Dist0;
   run;

where DistC is the change from Baseline in peak 6MWD at Week 16 and Dist0 is the baseline measure of the 6MWD.

If the ANCOVA assumptions are violated, the primary efficacy analysis will be based on non-parametric analysis of covariance within the framework of the extended Cochran-Mantel-Haenszel test (Koch 1990, Koch 1998, Stokes 2000). Specifically, a Cochran-Mantel-Haenszel mean score test will be used on the standardized mid-ranks (ie, overall rank divided by the number of ranks +1, or "modified ridit" scores) of the residuals from an ordinary least squares regression with change from Baseline in peak 6MWD at Week 16 as a linear function of distance walked at Baseline (as a continuous variable). This methodology will be carried out as follows:

**Version 27 FEB 2019**                **Confidential**                **Page 21**

LIQ_PH-ILD_00000419

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                             **Inhaled Treprostinil**

1. Walk distances obtained after study drug termination or unblinding will be excluded (as described in Section 8).

2. Imputation rules in Table 8-1 will be applied.

3. Calculate ranks. The pseudo SAS code is as follows:

   proc rank nplus1 ties=mean out=ranks;
       var DistC Dist0;
   run;

   where DistC is the change from Baseline in peak 6MWD at Week 16 and Dist0 is the baseline measure of the 6MWD.

4. Linear regression model will be fit using the rank values generated above. The pseudo SAS code is as follows:

   proc reg data=ranks noprint;
       model DistC=Dist0;
       output out=residual r=resid;
   run;

   where DistC is the rank value of the change from Baseline in peak 6MWD at Week 16 and Dist0 is the rank value of the baseline measure of the 6MWD.

5. A mean score test, using the values of the residuals as scores, compares the treatment groups. Cochran-Mantel-Haenszel mean score statistic and p-value will be calculated, using the NOPRINT and CMH2 options in the TABLES statement of the FREQ procedure of SAS. The pseudo SAS code is as follows:

   proc freq data=residual;
       tables Treatment*Resid / noprint cmh2;
   run;

   where Treatment indicates the randomized treatment group, and Resid represents the residuals obtained from the above linear regression models.

In addition to the p-value from the non-parametric method described above, the Wilcoxon rank sum test and the Hodges-Lehmann estimate of median difference (as an estimate of location shift between 2 treatment groups for the placebo-controlled treatment effect) will be provided. The Wilcoxon rank sum test and the Hodges-Lehmann estimate can be obtained through the following pseudo SAS code:

    proc npar1way hl Wilcoxon;
        class treatment;
        var DistC;
    run;

where DistC is the change from Baseline in peak 6MWD at Week 16.

**Version 27 FEB 2019**                    **Confidential**                    **Page 22**

LIQ_PH-ILD_00000420

United Therapeutics Corp.                          RIN-PH-201 Statistical Analysis Plan
                                                              Inhaled Treprostinil

### *10.1.1.3    Sensitivity and Subgroup Analyses*

In order to analyze walk distances at each scheduled assessment, values for missing or excluded assessments up to and including Week 16 will be imputed according to rules described in Section 8.3.1.

To further support the robustness and assess the sensitivity of the primary efficacy analysis of change in peak 6MWD at Week 16 (provided that the primary analysis yields significant results), the above non-parametric and parametric analyses and summaries will be repeated using each of the following modifications (as data permit):

- The Per-protocol population will be used instead of the ITT population
- Missing data imputation using the LOCF method (based on peak values)
- Missing data imputation using the last rank carried forward (LRCF) method (based on peak values) (O'Brien 2005)
- Using only the observed values without imputation
- Including data collected after termination of the study drug
- ITT population excluding subjects with a reported exacerbation within 3 days of the Week 16 peak 6MWT measure
- Stratified by ILD etiology categories (IIP, CHP, Occupational, CPFE, and Other)
- Stratified by Baseline 6MWD categories (≤350 meters versus >350 meters, ≤median baseline 6MWD versus > median baseline 6MWD)
- Stratified by Baseline DLCO percent predicted (<40% versus ≥40%)
- Stratified by Baseline pulmonary vascular resistance (PVR) (<4 versus ≥4 WU)
- Stratified by sex (male versus female)
- Stratified by age group (<65 years of age, 65 to <80 years of age, and ≥80 years of age)
- Stratified by study drug dose at Week 16 (0 to 3 breaths, 4 to 6 breaths, 7 to 9 breaths, and 10 to 12 breaths).

A longitudinal data analysis using mixed model repeated measurement (MMRM) will also be performed to estimate the treatment difference in change in peak 6MWD at Week 16. The MMRM will include the change from Baseline in peak 6MWD as the dependent variable, treatment, week, and treatment by week interaction as fixed effects, and Baseline 6MWD as a covariate. An unstructured variance/covariance structure shared across treatment groups will be used to model the within-subject errors.

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                                        Inhaled Treprostinil

An additional sensitivity analysis will be performed for percent change from Baseline to Week 16 in peak 6MWD using the same approach as the primary analysis method where the percent change from Baseline is calculated as

$$\frac{\text{peak 6MWD at Week 16} - \text{Baseline 6MWD}}{\text{Baseline 6MWD}} \text{X} \,(100\%).$$

In addition, the impact of Baseline hemodynamics and Baseline PFTs, including PVR, PAPm, PCWP, $FEV_1$, FVC, TLC, and DLCO as continuous variables, on peak 6MWD, will be explored using the regression approach.

## 10.2    SECONDARY EFFICACY MEASURES

Secondary efficacy endpoints include the following:

- Change in peak 6MWD from Baseline to Week 12
- Change in plasma concentration of NT-proBNP from Baseline to Week 16
- Change in trough 6MWD from Baseline to Week 15

As specified in Section 8.4 above, the hierarchical (fixed-sequence) testing procedure will be employed to control the overall alpha level at 0.05.

### 10.2.1    *Change in Peak 6MWD at Week 12*

The methodology for primary efficacy analysis of change in peak 6MWD at Week 16 will also be carried out for the Week 12 assessment, as described above in Section 10.1.1.2.

### 10.2.2    *Change in NT-proBNP at Week 16*

The efficacy endpoint of change in NT-proBNP assesses if inhaled treprostinil decreases the level of NT-proBNP at Week 16 over placebo in subjects with PH-ILD. The null and alternative hypotheses are:

$$H_0: \mu_1 = \mu_2$$
$$H_a: \mu_1 \neq \mu_2,$$

where $\mu_1$ and $\mu_2$ are the median change from Baseline to Week 16 in NT-proBNP of the inhaled treprostinil and placebo treatment groups, respectively.

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                                **Inhaled Treprostinil**

The NT-proBNP values will be listed for all subjects, including the nominal time point, collection date/time, normal range and "High/Low" flag. The values and their respective changes from Baseline will be summarized for each assessment. The difference between treatment groups for the change from Baseline to Week 16 will be tested using the analysis of covariance with change from Baseline in NT-proBNP as the dependent variable, treatment as the fixed effect, and Baseline NT-proBNP as the covariate. The pseudo SAS code is as follows:

```
proc glm;
    class treatment;
    model BNP_C=Treatment BNP_B;
run;
```

where BNP_C is the change from Baseline to Week 16 in NT-proBNP and BNP_B is the NT-proBNP at Baseline.

If assumptions (normality and equal variance) for the parametric test are violated, the nonparametric Wilcoxon rank-sum test will be used. For subjects who do not have NT-proBNP measurements at Week 16, the LOCF imputation will be used. The analyses will also be performed for the data without imputation for the missing measures.

As an exploratory analysis, the NT-proBNP at Week 8 will be analysed using the same method as the NT-proBNP at Week 16.

### 10.2.3    Change in Trough 6MWD at Week 15

The methodology for primary efficacy analysis of change in peak 6MWD described in Section 10.1.1.2 will also be carried out for the change in trough 6MWD from Baseline to Week 15. Missing trough 6MWD will be imputed as described in Table 8-2 in Section 8.3.1. The analysis will be repeated to include only subjects with trough 6MWD at Week 15 (ie, missing trough 6MWD at Week 15 is not imputed).

United Therapeutics Corp.                                RIN-PH-201 Statistical Analysis Plan
Inhaled Treprostinil

## 10.3     EXPLORATORY EFFICACY MEASURES

Exploratory efficacy endpoints include the following parameters:

- Change in peak 6MWD from Baseline to Week 4
- Change in peak 6MWD from Baseline to Week 8
- Change in quality of life as measured by SGRQ from Baseline to Week 16
- Time to clinical worsening will be evaluated as an exploratory endpoint from the time to randomization until 1 of the following criteria are met:
  a. Hospitalization due to a cardiopulmonary indication
  b. Decrease in 6MWD >15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
  c. Death (all causes)
  d. Lung transplantation
- Change in DSP from Baseline to Week 16

### 10.3.1     *Change in Peak 6MWD at Weeks 4 and 8*

The methodology for primary efficacy analysis of change in peak 6MWD described in Section 10.1.1.2 will also be carried out for the assessments obtained at Week 4 and Week 8.

### 10.3.2     *Change in SGRQ at Week 16*

The responses to the SGRQ questionnaire at Baseline and Week 16 will be converted to the Total score and 3 domain scores according to the SGRQ manual (Jones 2002).  Scores for Total and each domain will range from 0 to 100, with higher scores indicating more limitations.  Both individual item responses as well as calculated scores will be listed.  The change from Baseline for the Total and 3 domain scores (Symptoms, Activity, and Impacts) will be calculated.

The Total score and for the 3 domain scores as well as their changes from Baseline will be summarized by treatment group using descriptive statistics.

For the Total score and each of the 3 domain scores, treatment differences (inhaled treprostinil vs. placebo) will be tested by using analysis of covariance with change from Baseline as the dependent variable, treatment as a fixed effect, and baseline score as the covariate.  The analyses will be based on the observed data with no imputation.

LIQ_PH-ILD_00000424

**United Therapeutics Corp.**                                    **RIN-PH-201 Statistical Analysis Plan**
**Inhaled Treprostinil**

The pseudo SAS code is as follows:

```
proc glm;
   class treatment;
   model Score_C=Treatment Score_B;
run;
```

where Score_C is the change from Baseline in Total score or each of the 3 domain scores and Score_B is the corresponding score at Baseline.

### 10.3.3    Time to Clinical Worsening

- Data on the clinical worsening assessment page of the eCRF will be used to determine clinical worsening status. Investigator-reported clinical worsening events including the date (study day) of the event, category of the clinical worsening event, Baseline 6MWD, first 6MWT details, and second 6MWT details will be listed. The time to clinical worsening will be calculated according to the rules described in Table 8-3 in Section 8.5.

The number and percentage of subjects with any clinical worsening and with each category of clinical worsening will be summarized by treatment group. Time to clinical worsening will be summarized by treatment group using product-limit estimates calculated by the Kaplan-Meier method and displayed graphically as Kaplan-Meier curves. A tabular summary of this analysis will include the number of subjects at risk (sample size), estimated median duration, and a 95% confidence interval for the median duration for each treatment group. The log-rank test, adjusted for Baseline 6MWD category, will be used to calculate the p-value for treatment differences in the ITT population.

The SAS Procedure LIFETEST will be used. The pseudo SAS statements are listed below:

```
proc lifetest;
   time TimeToWorsening*Censor_Status(1);
   strata B_6MWD / group = Treatment test=all;
run;
```

where B_6MWD denotes the categorical Baseline 6MWD variable ($\leq$350 meters versus >350 meters).

**Version 27 FEB 2019**                    **Confidential**                    **Page 27**

LIQ_PH-ILD_00000425

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                              **Inhaled Treprostinil**

In addition, the Cox proportional hazards model will be fit to obtain the hazard ratio and its associated 95% confidence interval. The model will include treatment and Baseline 6MWD as explanatory variables. The SAS procedure PHREG will be used. The pseudo SAS statements are listed below:

```
proc phreg;
  class Treatment;
  model TimeToWorsening*Censor_Status(1) = Treatment Dist0
         / risklimits alpha=0.05 ties=efron;
  assess var=Dist0 ph;
run;
```

where Dist0 denotes the Baseline 6MWD variable (continuous). If it is determined that the proportional hazards assumption does not hold for Baseline 6MWD, a stratified analysis will be conducted. The above SAS code will be amended to remove Dist0 from the model statement and add the 'strata B_6MWD;' statement.

If the proportional hazards assumption does not hold for the Cox model, the restricted mean survival time (RMST) and its associated standard error will be calculated for each treatment group at Week 16 (Royston 2013). A 95% confidence interval will be constructed for the difference in RMST between the 2 treatment groups at Week 16.

### 10.3.4    Change in DSP

The DSP will be calculated, and DSP results will be included in the data listing for pulse oximetry. DSP values and their respective changes from Baseline to Week 16 will be summarized by treatment group. The difference between treatment groups for the change from Baseline to Week 16 will be tested using analysis of covariance with change from Baseline in DSP as the dependent variable, treatment as a fixed effect, and Baseline DSP measure as the covariate. The analyses will be based on the observed data with no imputation.

LIQ_PH-ILD_00000426

The pseudo SAS code is as follows:

```
proc glm;
  class treatment;
  model DSP_C=Treatment DSP_B;
run;
```

where DSP_C is the change from Baseline to Week 16 in DSP (m%) and DSP_B is DSP at Baseline.

In addition, the DSP at Week 4, Week 8, and Week 12 will each be analyzed in the same way as the DSP at Week 16.

## 11    HEALTH OUTCOMES

### 11.1    QUALITY OF LIFE MEASURES

Quality of life was assessed using SGRQ. The analyses of SGRQ are described in Section 10.3.2.

### 11.2    RESOURCE UTILIZATION MEASURES

Hospitalizations and hospitalizations related to cardiopulmonary indications are collected during the study. The analysis is discussed in Section 12.6.2.

## 12    SAFETY ANALYSES

All safety analyses will be performed only on the Safety population (see Section 6).

### 12.1    EXTENT OF EXPOSURE

All study drug dosing will be listed for all subjects. The listing will include initial dose (number of breaths for each session and number of breaths for the day) and date of this initial dose and dose and date of each subsequent dose change. Dosing at Weeks 4, 8, 12, 15, and 16 will be summarized for subjects still receiving study drug at each of these assessments. The summary will include both the numeric summaries and the categorical summaries for number of breaths per session as well as the number of breaths per day. If study drug is dosed differently across different sessions on the same day, the maximum number of breaths is used for summarization. Summary of overall duration of exposure will be included as well as the

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                                        Inhaled Treprostinil

final dose (breath/session) and the maximum study drug dose (breath/session) reached for
each subject (numerically and categorically).

For study treatment compliance, the number and percentage of days with dose >0 breaths will
be calculated and summarized.

## 12.2    ADVERSE EVENTS

All AEs will be coded to the appropriate PT and SOC using MedDRA.  AEs will be listed by
treatment group including all details recorded on the eCRF plus an indicator of whether the
event was treatment-emergent.  The AE listings will include the AE verbatim term and its
corresponding PT and SOC.

The AE summaries will be limited to include only treatment-emergent AEs.  Treatment-
emergent AEs are those AEs with onset date equal to or after the start date of the study drug.
The non-treatment-emergent AEs (the AEs occur after signing the informed consent form but
before receiving study drug) will be listed but not included in summary tables.

All summaries will include the number and percentage of subjects experiencing each type of
adverse event and the total number of each type of adverse event, in order of overall
frequency and/or SOC.  Serious adverse events (SAE) and non-serious AEs will also be
summarized by SOC and PT.

The total number of AEs and the AE rates will be calculated and summarized for each
display, as appropriate.  The AE rate will be calculated as the total number of AEs divided by
the total patient years of exposure to study drug per treatment group.

Adverse events possibly or probably related to study drug will be summarized.  An AE
summary by severity (mild, moderate, and severe) will also be provided.

Separate listings and summary tables will be provided for all SAEs, AEs leading to the
discontinuation of study drug, and all deaths during the study (if data permit).  For listing of
deaths, information for all subjects who die during the study period from the randomization to
the end of study (including 30 days after the last study treatment dosing) will be included.

**Version 27 FEB 2019**              **Confidential**                    **Page 30**

LIQ_PH-ILD_00000428

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                                          Inhaled Treprostinil

## 12.3    OXYGENATION

Oxygenation is measured by pulse oximetry ($SpO_2$ and supplemental oxygen requirement [L/min]) during each 6MWT.  At each 6MWT, pulse oximetry (for $SpO_2$) will be measured at pre-walk, during walk, and post-walk.  During walk, the lowest $SpO_2$ will be recorded.  All pulse oximetry results along with the collection date/time (study day) will be listed.  Heart rate will be listed for pre-walk and post-walk only.

The $SpO_2$ will be summarized by treatment group, visit, and time point (pre-walk, during walk, and post-walk).  The summary will be provided for the original values, change from pre-walk for each visit, and change from baseline values.  For change from Baseline calculations, the measurements pre-walk, during walk, and post walk at post-Baseline Visits will be compared with the measurements at corresponding pre-walk, during walk, and post-walk at Baseline.

In addition, for each time point at each visit, the number and percentage of subjects with $SpO_2$ or lowest $SpO_2$ <80%, ≥80 to <88, and ≥88%, and with $SpO_2$ dropping ≥10% during walk and/or post-walk from pre-walk will be summarized by treatment group.

At each visit, supplemental oxygen requirements will be collected at rest and during 6MWT. These data will be listed, including visit, 6MWT date/time, and oxygen use at rest and during walk.  The number and percentage of subjects requiring supplemental oxygen use at rest and during the 6MWT will also be summarized by the treatment group.  Supplemental oxygen level at rest at each visit and the corresponding changes from Baseline will be summarized by treatment group.

Heart rate will be summarized by treatment group, by time point (pre-walk and post-walk) and visit.  The summary will be provided for the original values, change from pre-walk for each visit, and change from baseline values.  For change from baseline calculations, the measurements pre-walk and post-walk at post-Baseline Visits will be compared with the measurements at corresponding pre-walk and post-walk at Baseline.

LIQ_PH-ILD_00000429

**United Therapeutics Corp.**                              **RIN-PH-201 Statistical Analysis Plan**
                                                                    **Inhaled Treprostinil**

## 12.4   PULMONARY FUNCTION TESTS

The PFT parameters include:

- Forced expiratory volume in 1 second ($FEV_1$)
- Forced vital capacity (FVC)
- Total lung capacity (TLC)
- Lung diffusion capacity (DLCO)

Only pre-bronchodilator values will be recorded on eCRF and will be listed.  All PFT parameters and their change from baseline values will be summarized by treatment group and visit.

For $FEV_1$ results, the number and percentage of subjects with $FEV_1$ decreasing more than 20% from Baseline at any post-Baseline Visit will be summarized by treatment group.

## 12.5   CLINICAL LABORATORY EVALUATIONS

Blood samples will be taken at Screening and/or Baseline, Week 8, and Week 16.  All samples will be sent to a central laboratory for evaluation of clinical chemistry and hematology.

### 12.5.1   Clinical Chemistry

The following clinical chemistry parameters will be evaluated by the central laboratory:

| Parameter | Units |
|---|---|
| Sodium | mmol/L |
| Potassium | mmol/L |
| Bicarbonate | mmol/L |
| Chloride | mmol/L |
| Total bilirubin | umol/dL |
| Alkaline phosphatase | U/L |
| Alanine aminotrasferase | U/L |
| Aspartate aminotransferase | U/L |
| Urea nitrogen | mmol/dL |
| Creatinine | umol/L |
| Calcium | mmol/L |
| Albumin | g/L |

**Version 27 FEB 2019**                      **Confidential**                      **Page 32**

**LIQ_PH-ILD_00000430**

United Therapeutics Corp.                          RIN-PH-201 Statistical Analysis Plan
                                                              Inhaled Treprostinil

Values that are "High" or "Low" with respect to the reference range provided by the central laboratory will be flagged with an "H" or an "L," respectively. All parameters will be listed for all subjects and assessments, along with their respective "High/Low" flags.

Values of these parameters at each visit, and their corresponding changes from Baseline will be descriptively summarized by treatment group.

For each parameter, the frequency and percentage of subjects within each treatment group who had "Low," "Normal," or "High" Baseline values, then subsequently had "Low," "Normal," or "High" follow-up values at each visit will be presented in a shift summary.

### 12.5.2   Hematology

The following hematology parameters will be evaluated by the central laboratory:

| Parameter | Units |
|---|---|
| Hemoglobin | g/dL |
| Hematocrit | % |
| Red blood cell count | $10^6$/uL |
| Red blood cell morphology | |
| White blood cell count | $10^3$/uL |
| Platelet count | $10^3$/uL |

Values that are "High" or "Low" with respect to the reference range provided by the central laboratory will be flagged with an "H" or an "L," respectively. All parameters will be listed for all subjects and assessments, along with their respective "High/Low" flags.

Numeric values of these parameters at each visit and their corresponding changes from Baseline will be summarized by treatment group.

For each parameter, the frequency and percentage of subjects within each treatment group who have "Low," "Normal," or "High" Baseline values, then subsequently have "Low," "Normal," or "High" follow-up values at each assessment will be presented in a shift summary.

Version 27 FEB 2019                     Confidential                          Page 33

LIQ_PH-ILD_00000431

United Therapeutics Corp.                     **RIN-PH-201 Statistical Analysis Plan**
                                                          **Inhaled Treprostinil**

### 12.5.3    Pregnancy Test

Females of childbearing potential will undergo a urine pregnancy test at Screening followed by urine pregnancy tests at Baseline and every subsequent scheduled study visit.  All pregnancy tests will be performed at study sites.  Pregnancy status during the study will be listed.

## 12.6    OTHER SAFETY MEASURES

### 12.6.1    Electrocardiograms

All ECG assessments will be listed for all subjects.  This listing will include the heart rate, the ECG interval from the beginning of QRS complex to end of the T wave (Q-T interval), the QT interval corrected for heart rate (QTc) (calculated using formulas by both Bazett and Fridericia as described in Section 8.4), the time between P wave and beginning of QRS complex in ECG (P-R interval), the electrocardiographic wave (QRS) duration, ECG results (Normal/Abnormal), whether there were clinically significant changes from Screening visit, whether abnormalities were present, and details and comments on any abnormalities.  The ECG results at Baseline and changes at Week 16 will be descriptively summarized by treatment group.  In addition, for QTc intervals calculated using both the Bazett and Fridericia methods, the number and percent of subjects with values $\geq$500 msec and the number and percent of subjects with changes from Screening of <30 msec, 30 to <60 msec, and $\geq$60 msec will be presented.  Additionally, each abnormality will be summarized by number and percentage of subjects reporting at each visit by treatment group.

### 12.6.2    Hospitalizations

Details for all hospitalizations will be listed.  Number of hospitalizations for cardiopulmonary indications and total duration of hospitalization for cardiopulmonary indications will be summarized for each treatment group as well as overall number of hospitalizations and total duration regardless of indication.

### 12.6.3    Vital Signs

All vital sign assessments will be listed for all subjects.  This listing will include height, weight, body mass index (BMI), heart rate, systolic and diastolic blood pressures, respiratory

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan**
                                                  **Inhaled Treprostinil**

rate, and temperature.  The vital sign results at each assessment and changes for each post-Baseline assessment will be descriptively summarized by treatment group.

### 12.6.4    *Exacerbations of Underlying Lung Disease*

Exacerbation of underlying lung disease is defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality.  Number of subjects with exacerbation of underlying lung disease will be summarized for each treatment group and included in the overall AE summary table.  A listing of these events will also be provided.

## 13    PHARMACOKINETICS

No pharmacokinetic measures will be assessed in this study.

## 14    REFERENCES

Jones PW.  Interpreting thresholds for a clinically significant change in health status in asthma and COPD.  *Eur Respiratory J.*  2002;19:398–404.

Koch GG, Carr GJ, Amara IA, et al.  Categorical data analysis.  In Berry DA ed. *Statistical Methodology in the Pharmaceutical Sciences.*  New York, NY: Marcel Dekker Inc.; 1990:391–475.

Koch GG, Tangen CM, Jung JW, et al.  Issues for covariance analysis of dichotomous and ordered categorical data from randomized clinical trials and non-parametric strategies for addressing them.  *Stat Med.*  1998;17(15-16):1863–1892.

O'Brien PC, Zhang D, Bailey KR. Semi-parametric and non-parametric methods for clinical trials with incomplete data.  *Statist. Med.*  2005;24:341–358.

Royston P, Parmar MKB.  Restricted mean survival time: an alternative to the hazard ratio for the design and analysis of randomized trials with a time-to-event outcome.  *BMC Medical Research Methodology*  2013;13:152.

Stokes ME, Davis CS, Koch GG.  *Categorical Data Analysis Using the SAS System.*  2nd Edition.  Cary, NC: SAS Institute Inc.; 2000.

LIQ_PH-ILD_00000433

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                                      Inhaled Treprostinil

## 15   LIST OF TABLES, LISTINGS AND FIGURES

### 15.1   LIST OF TABLES

| Table Number | Table Title |
|---|---|
| 14.1.1 | Summary of Subject Accountability |
| 14.1.2 | Summary of Analysis Population Information |
| 14.1.3 | Summary of Demographic Data |
| 14.1.4 | Summary of Baseline Characteristics |
| 14.1.5 | Summary of PH-ILD History |
| 14.1.6.1 | Summary of Entry Criteria Violations |
| 14.1.6.2 | Summary of Protocol Deviations |
| 14.1.7 | Summary of Randomization Information |
| 14.1.8 | Summary of Medical History |
| 14.1.9 | Summary of Concomitant Medications Ongoing at Baseline |
| 14.1.10 | Summary of Concomitant Medications Added During the Study |
| 14.1.11 | Summary of Study Drug Dosing and Exposure |
| 14.1.12 | Summary of Study Drug Treatment Compliance |
| 14.2.1.1 | Summary and Analysis of Peak 6MWD (meter) at Week 16   Primary Efficacy Endpoint |
| 14.2.1.2 | Summary and Analysis of Peak 6MWD (meter) at Week 16   Per Protocol Population |
| 14.2.1.3 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with LOCF Imputation for Missing Data |
| 14.2.1.4 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with LRCF Imputation for Missing Data |
| 14.2.1.5 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with No Imputation for Missing Data |
| 14.2.1.6 | Summary and Analysis of Peak 6MWD (meter) at Week 16 Including Data Collected after Termination of Study Drug |
| 14.2.1.7 | Summary and Analysis of Peak 6MWD (meter) at Week 16 Excluding Subjects with a Reported Exacerbation within 3 Days of the Week 16 6MWD Measure |
| 14.2.1.8 | Analysis of Peak 6MWD (meter) at Week 16 Using Mixed Model Repeated Measurement (MMRM) |
| 14.2.1.9 | Summary and Analysis of Percent Change from Baseline to Week 16 in Peak 6MWD |
| 14.2.1.10 | Summary and Analysis of Peak 6-Minute Walk Distance (meter) at Week 16 by ILD Etiology Category |
| 14.2.1.11.1 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline 6MWD Category (≤350 meters versus >350 meters) |
| 14.2.1.11.2 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline 6MWD Category (≤baseline median meters versus>baseline median meters) |

DA0814                                    LIQ_PH-ILD_00000434

United Therapeutics Corp.

RIN-PH-201 Statistical Analysis Plan
Inhaled Treprostinil

| Table Number | Table Title |
|---|---|
| 14.2.1.12 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline DLCO Percent Predicted |
| 14.2.1.13 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline PVR |
| 14.2.1.14 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Sex |
| 14.2.1.15 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Age Group |
| 14.2.1.16 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Study Drug Dose at Week 16 |
| 14.2.1.17 | Summary of Effects of Baseline Hemodynamics and Baseline PFTs on Peak 6MWD by Week |
| 14.2.2.1 | Summary and Analysis of Peak 6MWD (meter) at Week 12    Secondary Efficacy Endpoint |
| 14.2.2.2 | Summary and Analysis of Peak 6MWD (meter) at Weeks 4 and 8 |
| 14.2.3.1 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 16 Secondary Efficacy Endpoint |
| 14.2.3.2 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 16    with Observed Case |
| 14.2.3.3 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 8 |
| 14.2.3.4 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 8 with Observed Case |
| 14.2.4.1 | Summary and Analysis of Trough 6MWD (meter) at Week 15    Secondary Efficacy Endpoint |
| 14.2.4.2 | Summary and Analysis of Trough 6MWD (meter) at Week 15 with Observed Case |
| 14.2.5.1 | Summary and Analysis of Clinical Worsening Events |
| 14.2.5.2 | Summary of Hospitalization Information |
| 14.2.6.1 | Summary and Analysis of SGRQ Total Score |
| 14.2.6.2 | Summary and Analysis of SGRQ Symptoms Score |
| 14.2.6.3 | Summary and Analysis of SGRQ Activity Score |
| 14.2.6.4 | Summary and Analysis of SGRQ Impacts Score |
| 14.2.7 | Summary and Analysis of Distance Saturation Product (DSP) (m%) |
| 14.3.1.1 | Overall Summary of Adverse Events and Exacerbations of Underlying Lung Diseases |
| 14.3.1.2 | Summary of Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.3 | Summary of Adverse Events by Preferred Term |
| 14.3.1.4 | Summary of Deaths |
| 14.3.1.5 | Summary of Serious Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.6 | Summary of Non-Serious Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.7 | Summary of Adverse Events Probably or Possibly Related to Study Drug by System Organ Class and Preferred Term |

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan
                                             Inhaled Treprostinil

| Table Number | Table Title |
|---|---|
| 14.3.1.8 | Summary of Adverse Events Leading to Permanent Discontinuation of Study Drug by Preferred Term |
| 14.3.1.9 | Summary of Adverse Events by System Organ Class, Preferred Term, and Severity |
| 14.3.1.10 | Summary of Adverse Events by Study Drug Dose at AE Onset |
| 14.3.2.1 | List of Deaths |
| 14.3.2.2 | List of Serious Adverse Events |
| 14.3.4.1 | Summary of SpO2 (%) Measured by Pulse Oximetry |
| 14.3.4.2 | Categorical Summary of SpO2 (%) Measured by Pulse Oximetry |
| 14.3.4.3 | Summary of Heart Rate (beats/min) by Pulse Oximetry |
| 14.3.4.4 | Summary of Supplemental Oxygen Use |
| 14.3.4.5 | Summary of Supplemental Oxygen (L/min) |
| 14.3.4.6 | Summary of Pulmonary Function Test Results |
| 14.3.4.7 | Summary of Subjects with ≥20% Decrease in FEV1 from Baseline |
| 14.3.4.8.1 | Summary of Laboratory Data – Clinical Chemistry |
| 14.3.4.8.2 | Summary of Clinical Chemistry Shift from Baseline |
| 14.3.4.8.3 | Summary of Laboratory Data – Hematology |
| 14.3.4.8.4 | Summary of Hematology Shift from Baseline |
| 14.3.4.9 | Summary of Vital Signs |
| 14.3.4.10.1 | Summary of Electrocardiogram Parameters |
| 14.3.4.10.2 | Summary of Electrocardiogram Categorical Results |

## 15.2    LIST OF LISTINGS

| Listing Number | Listing Title |
|---|---|
| 16.2.1.1 | Subject Dispositions |
| 16.2.1.2 | Subject Accountability |
| 16.2.2 | Protocol Deviations |
| 16.2.3.1 | Subject Randomization |
| 16.2.3.2 | Analysis Population Information |
| 16.2.3.3 | Entry Criteria |
| 16.2.4.1 | Demographics |
| 16.2.4.2 | PH-ILD History |
| 16.2.4.3 | Medical History |
| 16.2.4.4 | Concomitant Medications |
| 16.2.5 | Study Drug Dosing |
| 16.2.6.1 | 6-Minute Walk Test |
| 16.2.6.2 | 6MWT Information with Imputed Data – Peak 6MWD |
| 16.2.6.3 | 6MWT Information with Imputed Data – Trough 6MWD |
| 16.2.6.4 | Plasma NT-proBNP (pg/mL) |

United Therapeutics Corp.

RIN-PH-201 Statistical Analysis Plan
Inhaled Treprostinil

| Listing Number | Listing Title |
|---|---|
| 16.2.6.5 | Clinical Worsening Events |
| 16.2.6.6 | The St. George's Hospital Respiratory Questionnaire |
| 16.2.6.7 | The St. George's Hospital Respiratory Questionnaire Score by Domain |
| 16.2.6.8 | Hospitalizations |
| 16.2.6.9 | Death Records |
| 16.2.6.10 | RHC and Hemodynamic Measures |
| 16.2.7.1 | Adverse Events |
| 16.2.7.2 | Serious Adverse Events |
| 16.2.7.3 | Adverse Events Leading to Discontinuation of Study Drug |
| 16.2.7.4 | Exacerbations of Underlying Lung Disease |
| 16.2.8.1 | Pulse Oximetry and DSP |
| 16.2.8.2 | Supplemental Oxygen |
| 16.2.8.3 | Pulmonary Function Test Results |
| 16.2.8.4 | Laboratory Results   Clinical Chemistry |
| 16.2.8.5 | Laboratory Results   Hematology |
| 16.2.8.6 | Pregnancy Status |
| 16.2.8.7 | Vital Signs |
| 16.2.8.8 | ECG Results |

### 15.3    LIST OF FIGURES

| Figure Number | Figure Title |
|---|---|
| 14.2.1 | Mean Change from Baseline in Peak 6MWD (meter) by Visit |
| 14.2.2 | Mean Change from Baseline in Peak 6MWD (meter) at Week 16 by Inhaled Treprostinil Dose at Week 16 |
| 14.2.3 | Forest Plot on Subgroup Analyses of Peak 6MWD (meter) at Week 16 |
| 14.2.4 | Kaplan-Meier Plot of Time to Clinical Worsening Events |

DA0817

LIQ_PH-ILD_00000437

# Final Statistical Analysis Plan - RIN-PH-201

# 12December 2019

**LIQ_PH-ILD_00000438**

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 260 of 482
PageID #: 6945

United Therapeutics Corp.              RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                              Inhaled Treprostinil

| | | | |
|---|---|---|---|
| **Document Type:** | Statistical Analysis Plan Amendment 1 | **Protocol / Study No.:** | RIN-PH-201 |
| **Finalization Date:** | 12 DEC 2019 | **Total Number of Pages including Appendices:** | 40 |
| **Classification:** | Confidential | **Version:** | 2.0 |

**Title:**

A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease

**Author:**  Lisa Edwards, PhD

**CONFIDENTIAL AND PROPRIETARY, UNITED THERAPEUTICS CORPORATION**

All content contained herein is confidential and proprietary information of United Therapeutics Corporation and shall not be disclosed in whole or in part except as permitted by a signed contract with United Therapeutics Corporation.
© 2019 United Therapeutics Corporation

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                              Inhaled Treprostinil

**TABLE OF CONTENTS**

TABLE OF CONTENTS ........................................................................................... 2

Table of In-Text Tables ........................................................................................ 3

ABBREVIATIONS AND DEFINITIONS ................................................................ 4

1   PREFACE ............................................................................................................ 6

1.1   CHANGES FROM PROTOCOL-SPECIFIED ANALYSES ........................... 6

2   STUDY OBJECTIVES AND ENDPOINTS .................................................... 6

2.1   PRIMARY ENDPOINT ..................................................................................... 6

2.2   SECONDARY ENDPOINTS ............................................................................. 6

2.3   EXPLORATORY ENDPOINTS ....................................................................... 7

2.4   SAFETY ENDPOINTS ...................................................................................... 7

3   STUDY DESIGN ................................................................................................ 8

4   SEQUENCE OF PLANNED ANALYSES ........................................................ 9

5   SAMPLE SIZE CONSIDERATIONS ............................................................... 9

6   ANALYSIS POPULATIONS ............................................................................. 10

7   INTERIM ANALYSES ....................................................................................... 10

8   GENERAL CONSIDERATIONS FOR DATA ANALYSES .......................... 11

8.1   COVARIATES ................................................................................................... 11

8.2   EXAMINATION OF SUBGROUPS ............................................................... 12

8.3   PREMATURE DISCONTINUATION AND MISSING DATA .................... 12

8.3.1   Missing Data Handling for 6MWD ........................................................... 12

8.3.2   Missing Data Handling for Other Efficacy Assessments ......................... 13

8.4   MULTIPLE COMPARISONS AND MULTIPLICITY ................................ 13

8.5   DERIVED AND TRANSFORMED DATA ..................................................... 14

8.6   ASSESSMENT WINDOWS ............................................................................. 16

9   STUDY POPULATION ..................................................................................... 17

9.1   SUBJECT ACCOUNTABILITY ..................................................................... 18

9.2   PROTOCOL DEVIATIONS ............................................................................. 19

9.3   OTHER DESCRIPTIONS OF STUDY POPULATION ............................... 19

9.3.1   Demographics ............................................................................................. 19

9.3.2   Baseline Characteristics ............................................................................ 19

9.3.3   Medical History and PH-ILD History ....................................................... 20

9.3.4   Concomitant Medications ......................................................................... 20

10   EFFICACY ANALYSES .................................................................................. 21

10.1   PRIMARY EFFICACY MEASURES ........................................................... 21

10.1.1   Primary Efficacy Analyses ...................................................................... 21

10.1.1.1   Hypothesis .............................................................................................. 21

10.1.1.2   Primary Efficacy Analysis .................................................................... 21

10.1.1.3   Sensitivity and Subgroup Analyses ..................................................... 23

Version 12 DEC 2019                    Confidential                    Page 2

10.2    SECONDARY EFFICACY MEASURES ................................................................ 25
10.2.1    Change in NT-proBNP at Week 16 ............................................................ 25
10.2.2    Time to Clinical Worsening ...................................................................... 27
10.2.3    Change in Peak 6MWD at Week 12 ......................................................... 28
10.2.4    Change in Trough 6MWD at Week 15 ...................................................... 28
10.3    EXPLORATORY EFFICACY MEASURES ......................................................... 29
10.3.1    Change in Peak 6MWD at Weeks 4 and 8 ................................................ 29
10.3.2    Change in SGRQ at Week 16 .................................................................... 29
10.3.3    Change in DSP .......................................................................................... 30
11 HEALTH OUTCOMES ........................................................................................... 30
11.1    QUALITY OF LIFE MEASURES ....................................................................... 30
11.2    RESOURCE UTILIZATION MEASURES .......................................................... 30
12 SAFETY ANALYSES .............................................................................................. 31
12.1    EXTENT OF EXPOSURE .................................................................................. 31
12.2    ADVERSE EVENTS .......................................................................................... 31
12.3    OXYGENATION ................................................................................................ 32
12.4    PULMONARY FUNCTION TESTS ................................................................... 33
12.5    CLINICAL LABORATORY EVALUATIONS ..................................................... 33
12.5.1    Clinical Chemistry ................................................................................... 34
12.5.2    Hematology .............................................................................................. 34
12.5.3    Pregnancy Test ......................................................................................... 35
12.6    OTHER SAFETY MEASURES .......................................................................... 35
12.6.1    Electrocardiograms .................................................................................. 35
12.6.2    Hospitalizations ....................................................................................... 36
12.6.3    Vital Signs ............................................................................................... 36
12.6.4    Exacerbations of Underlying Lung Disease .............................................. 36
13 PHARMACOKINETICS ......................................................................................... 36
14 REFERENCES ........................................................................................................ 37
15 LIST OF TABLES, LISTINGS, AND FIGURES ..................................................... 38
15.1    LIST OF TABLES .............................................................................................. 38
15.2    LIST OF LISTINGS ........................................................................................... 40
15.3    LIST OF FIGURES ............................................................................................ 41

**Table of In-Text Tables**

Table 8-1    Imputation Rules for Peak 6MWD ................................................. 13
Table 8-2    Imputation Rules for Trough 6MWD ............................................... 13
Table 8-3    Derivation of Time to Clinical Worsening....................................... 15
Table 8-4    Assessment Windows for Scheduled Visits...................................... 16

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                              **Inhaled Treprostinil**

### ABBREVIATIONS AND DEFINITIONS

| | |
|---|---|
| 6MWD | 6-Minute Walk Distance |
| 6MWT | 6-Minute Walk Test |
| AE | Adverse event |
| ANCOVA | Analysis of covariance |
| ATC | Anatomical therapeutic chemical |
| BMI | Body mass index |
| BOCF | Baseline Observation Carried Forward |
| CHP | Chronic Hypersensitivity Pneumonitis |
| CPFE | Combined Pulmonary Fibrosis and Emphysema |
| CSR | Clinical study report |
| CT | Computed Tomography |
| CTD | Connective tissue disease |
| DLCO | Lung diffusion capacity |
| DMC | Data Monitoring Committee |
| DSP | Distance saturation product |
| ECG | Electrocardiogram |
| eCRF | Electronic Case Report Form |
| ET | Early termination |
| $FEV_1$ | Forced expiratory volume in 1 second |
| FVC | Forced vital capacity |
| HR | Heart rate |
| ICF | Informed consent form |
| IIP | Idiopathic interstitial pneumonia |
| ILD | Interstitial lung disease |
| ITT | Intent-to-treat |
| LOCF | Last observation carried forward |
| LRCF | Last rank carried forward |
| MCMC | Markov chain Monte Carlo |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MMRM | Mixed model repeated measurement |
| NT-proBNP | N-Terminal pro-brain natriuretic peptide |
| PAPm | Pulmonary artery pressure mean |
| PCWP | Pulmonary capillary wedge pressure |
| PFT | Pulmonary function test |
| PH | Pulmonary hypertension |

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                             Inhaled Treprostinil

| | |
|---|---|
| PH-ILD | Pulmonary hypertension associated with interstitial lung disease |
| P-R | Time between P wave and beginning of QRS complex in electrocardiography |
| PT | Preferred Term |
| PVR | Pulmonary vascular resistance |
| Q-T | Electrocardiographic interval from beginning of QRS complex to end of the T wave |
| QTc | QT interval corrected for heart rate |
| QRS | Electrocardiographic wave interval |
| RHC | Right heart catheterization |
| RMST | Restricted mean survival time |
| SAE | Serious adverse event |
| SAP | Statistical analysis plan |
| SGRQ | St. George's Respiratory Questionnaire |
| SOC | System Organ Class |
| $SpO_2$ | Saturation of Peripheral Capillary Oxygenation |
| TLC | Total lung capacity |
| WHO | World Health Organization |
| WU | Wood Units |

DA0823                                                              LIQ_PH-ILD_00000443

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                                 Inhaled Treprostinil

# 1    PREFACE

This plan provides further details of the planned analyses for the RIN-PH-201 study as
presented in the study protocol.  This plan, based on the original RIN-PH-201 study protocol
dated 21 Oct 2015 and the subsequent study protocol amendments (latest version study
protocol amendment 3 dated 15 February 2017), provides further details of the planned
analyses stated in the study protocol as well as any additional planned analyses.  Additional
post hoc or unplanned analyses that are not defined in this statistical analysis plan (SAP) may
be performed.  Such analyses will be documented in the clinical study report (CSR).

## 1.1    CHANGES FROM PROTOCOL-SPECIFIED ANALYSES

The ordering of secondary and exploratory endpoints were re-ordered in the
SAP Amendment 1 and differ from the order specified in RIN-PH-201 Protocol
Amendment 3.  In the protocol, time to clinical worsening was identified as an exploratory
endpoint.  In the SAP Amendment 1 analyses, time to clinical worsening will be analyzed as a
secondary endpoint.

# 2    STUDY OBJECTIVES AND ENDPOINTS

The primary objective of this study is to evaluate the safety and efficacy of inhaled treprostinil
in subjects with Pulmonary Hypertension (PH) associated with Interstitial Lung Disease
(ILD), including Combined Pulmonary Fibrosis and Emphysema (CPFE).

## 2.1    PRIMARY ENDPOINT

The primary endpoint is the change in 6-Minute Walk Distance (6MWD) measured at peak
exposure from Baseline to Week 16.

## 2.2    SECONDARY ENDPOINTS

The secondary endpoints are:

1. Change in plasma concentration of N-terminal pro-brain natriuretic peptide
   (NT-proBNP) from Baseline to Week 16
2. Time to clinical worsening calculated as the time from randomization until 1 of the
   following criteria are met:
   a. Hospitalization due to a cardiopulmonary indication

DA0824                                                          LIQ_PH-ILD_00000444

United Therapeutics Corp.        RIN-PH-201 Statistical Analysis Plan Amendment 1
Inhaled Treprostinil

    b. Decrease in 6MWD >15% from Baseline directly related to disease under study, at 2 consecutive visits, and at least 24 hours apart

    c. Death (all causes)

    d. Lung transplantation

3. Change in peak 6MWD from Baseline to Week 12

4. Change in trough 6MWD from Baseline to Week 15

## 2.3 EXPLORATORY ENDPOINTS

Exploratory endpoints are:

1. Change in peak 6MWD from Baseline to Week 4

2. Change in peak 6MWD from Baseline to Week 8

3. Change in quality of life as measured by the St. George's Respiratory Questionnaire (SGRQ) from Baseline to Week 16

4. Change in distance saturation product (DSP) from Baseline to Week 16

Exploratory endpoints of optional evaluation are change in biomarkers from Baseline to Week 16, and optional evaluation of whole genome sequence. They will be specified in separate documents and are not covered in this SAP.

## 2.4 SAFETY ENDPOINTS

Safety endpoints will be used to evaluate safety based on the following assessments:

1. Adverse events (AEs)

2. Oxygenation:

    a. Pulse oximetry (saturation of peripheral capillary oxygenation [SpO2])

    b. Supplemental oxygen requirement (L/min)

3. Pulmonary function:

    a. Forced expiratory volume in 1 second (FEV1)

    b. Forced vital capacity (FVC)

    c. Total lung capacity (TLC)

    d. Lung diffusion capacity (DLCO)

4. Clinical laboratory parameters

5. Vital signs

6. Electrocardiograms (ECG)

7. Hospitalization due to a cardiopulmonary indication.

8.  Exacerbations of underlying lung disease; defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality.

## 3    STUDY DESIGN

This is a multicenter, randomized, double-blinded, placebo-controlled, 16-week, parallel group study.  Subject eligibility will be based on the inclusion and exclusion criteria described in Section 4 of the protocol.  Approximately 314 eligible subjects will be randomized to study treatments (inhaled treprostinil or placebo) in a 1:1 ratio.  Subjects will be stratified based on Baseline 6MWD (≤350 meters versus >350 meters).

Subjects will be treated with either inhaled treprostinil (6 mcg/breath) or placebo.

The study will consist of the following phases:

**Screening Phase:** Prospective subjects will undergo a screening evaluation within 30 days prior to the Baseline Visit (randomization and first dose of study drug). During this phase, eligible subjects will sign the informed consent form (ICF) and undergo Screening assessments.  The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug.  Baseline pulmonary function tests (PFTs) and 6-Minute Walk Test (6MWT) used to confirm eligibility criteria may be performed on the same day but prior to the first dose of study drug.

**Baseline Visit:** The Baseline assessments may be conducted over a 48-hour period prior to the first dose of study drug to allow for scheduling of all activities.  Eligible subjects will undergo Baseline assessments, be assigned to a treatment group based on the randomization schedule, and receive the first dose of study drug (Day 1 is defined as the day the first dose of study drug is given).  The Screening and Baseline assessments may be combined if all entry criteria are satisfied within 48 hours prior to the first dose of study drug.  Baseline PFTs and 6MWT used to confirm eligibility criteria may be performed on the same day but prior to the first dose of study drug.

**Treatment Phase:** The Treatment phase consists of 5 study visits to the clinic at Week 4, Week 8, Week 12, Week 15, and Week 16 (final study visit; at least 24 hours after the Week 15 Visit [final study visit/early termination {ET}]).  Subjects will also be contacted at least weekly by telephone or email to assess subject tolerance to study drug, AEs, and changes to concomitant medications.

LIQ_PH-ILD_00000446

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                         Inhaled Treprostinil

# 4      SEQUENCE OF PLANNED ANALYSES

*Interim Safety Analyses*

Interim safety analyses are intended to be performed according to the Data Monitoring Committee (DMC) Charter.  In particular, interim safety analyses are planned following the enrollment of approximately 25%, 50%, and 75% of subjects in the study, or at least annually (whichever is sooner).  All analyses will be prepared by an independent external consultant and reviewed only by the independent DMC as defined in the DMC Charter.  The Sponsor will only have access to the blinded study data during this process.  Interim efficacy analyses are not planned in this study.

*Dry-run Analysis Prior to Database Lock (Soft Lock)*

At the completion of the study enrollment and prior to the database lock, a dry-run analysis is planned.  This dry-run analysis utilizes a dummy randomization schedule in a blinded fashion. The purpose of the dry-run analysis is to verify programming of the analysis data sets and the planned tables, listings, and figures, and to identify any data issues.  Programming and data issues identified through the dry-run process will be resolved prior to the database lock and study unblinding.

*Final Analysis after Database Lock and Study Unblinding*

After the database has been quality assured and locked, the treatment assignments will be provided to the sponsor's project statistician by the central randomization service and all planned analyses described in this document will be performed.  By intent, no changes will be made to the clinical database after unblinding.  However, any changes that are deemed necessary, after unblinding, will be clearly documented in the CSR.

# 5      SAMPLE SIZE CONSIDERATIONS

Using an allocation ratio of 1:1 between inhaled treprostinil and placebo, a sample size of approximately 266 subjects (133 per treatment) would provide at least 90% power at a significance level of 0.05 (2-sided hypothesis) to detect a 30 meter between-treatment difference in the change from Baseline to Week 16 in 6MWD, assuming a standard deviation of 75 meters.

United Therapeutics Corp.          RIN-PH-201 Statistical Analysis Plan Amendment 1
                                              Inhaled Treprostinil

The total sample size will be approximately 314 subjects to account for a discontinuation rate of approximately 15%.

## 6      ANALYSIS POPULATIONS

The Intent-to-Treat (ITT) population is defined as all subjects randomized into the study who received at least 1 dose of study drug.  All ITT subjects will be counted in the group to which they were randomized, regardless of the study drug they were given.  All efficacy analyses will be performed on this ITT population, unless otherwise specified.

The Safety population is defined as all subjects enrolled into the study who received at least 1 dose of study drug.  All Safety population subjects will be counted in the group corresponding to the study drug received, regardless of randomized assignment.  All safety analyses will be performed on this Safety population, unless otherwise specified.

The Per-protocol population will include all subjects in ITT population, excluding subjects with major protocol deviations that may have an impact on the primary efficacy analyses. The major protocol deviations and the subject's exclusion from the Per-protocol population will be reviewed at a blinded data review meeting and documented prior to the database lock and the study unblinding.

## 7      INTERIM ANALYSES

There is no interim efficacy analysis for this study.

A DMC will be established for the study including physicians knowledgeable in the treatment of PH and a statistician.  Throughout the course of the study the DMC will meet on a regular basis to monitor the safety of the study.  Meetings will occur as outlined in the DMC Charter. All analyses will be prepared by an independent external consultant and reviewed only by the DMC as defined in the DMC Charter.  The Sponsor will only have access to blinded study data during this process. The details regarding the interim safety analysis will be included in a separate SAP.

LIQ_PH-ILD_00000448

United Therapeutics Corp.                 RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                        Inhaled Treprostinil

## 8      GENERAL CONSIDERATIONS FOR DATA ANALYSES

All the data collected in the electronic Case Report Form (eCRF) will be listed.  In general, listings will be sorted by treatment group, subject number, and scheduled assessment (if applicable).  Listings will include assessment date, assessment time (if available), study day, and all relevant data collected in the eCRFs.  For data collected on a fixed schedule, the assessment identifier or the nominal time point will also be included on the listing.  Repeat or redundant observations within an assessment window and observations that do not fall within any predefined assessment window (and will, therefore, be excluded from summaries) will be flagged in these listings.  Subjects who are not to be included in the analysis population (eg, Safety population, Per-protocol population) will be flagged.

In general, the data will be summarized by scheduled assessment (if applicable) within each treatment group.  For continuous variables, summary statistics will include the mean, standard deviation, median, minimum, and maximum.  For summaries of non-normal data such as 6MWD, interquartile range (lower quartile, upper quartile) may also be included.  Minimums and maximums will be expressed using the level of precision in which the variable was collected.  All other statistics will be rounded, using an additional decimal place than was collected.  For discrete variables, summaries will include the frequency and percentage in each category.  Percentages will be rounded to 1 decimal place.  For all inferential analyses and descriptive comparisons, p-values will be rounded to 4 decimal places.  Values less than 0.0001 will be denoted as <0.0001, and values greater than 0.9999 will be denoted as >0.9999 whenever practical, categories of discrete variables will be ordered and labelled as they appear in the eCRF, and all categories represented on the case report form will be included in summaries, even when they do not apply to any subjects in the study.

Unless otherwise specified, all statistical tests will be 2-sided at alpha level 0.05.  All statistical calculations will be completed using SAS® Version 9.4 or above.

## 8.1      COVARIATES

The primary efficacy analyses of change in 6MWD at Week 16 will be adjusted for Baseline 6MWD (as a continuous variable).  For sensitivity analyses of the primary efficacy endpoints

LIQ_PH-ILD_00000449

**United Therapeutics Corp.**    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

and the secondary/exploratory endpoints with continuous variables, the baseline measure will always be the covariate.

## 8.2    EXAMINATION OF SUBGROUPS

For primary efficacy endpoints of change in 6MWD at Week 16, subgroup analyses will be performed. These subgroups will include:

- Etiology of ILD (Idiopathic Interstitial Pneumonia [IIP], Chronic Hypersensitivity Pneumonitis [CHP], Occupational, CPFE, Connective Tissue Disease [CTD], and Other)
- Baseline walk categories (≤350 meters versus >350 meters, ≤ median baseline 6MWD versus > median baseline 6MWD)
- ILD disease severity as measured by Baseline DLCO (<40% predicted versus ≥40% predicted)
- Sex (male versus female)
- Pulmonary Vascular Resistance (PVR) (<4 versus ≥4 Wood Units [WU])
- Age group (<65 years of age, 65 to <80 years of age, and ≥80 years of age)
- Study drug dose at Week 16 (0 to 3 breaths, 4 to 6 breaths, 7 to 9 breaths, and 10 to 12 breaths)

No Type 1 error adjustments will be performed for these subgroup analyses.

## 8.3    PREMATURE DISCONTINUATION AND MISSING DATA

### 8.3.1    *Missing Data Handling for 6MWD*

For the analysis of 6MWD, subjects may not have completed the treatment with study drug prior to the Week 16 visit for the following reasons: death, progressive disease, AE, withdrawal of consent by the subject, protocol violation, loss to follow-up, termination of study by the sponsor, or withdrawal for other reasons. Every attempt must be made to perform all efficacy assessments immediately prior to premature termination of study drug or withdrawal from the study. In addition, subjects still receiving study drug may be too critically ill to perform the 6MWT, resulting in missing data for that assessment.

Every effort should be made to complete all scheduled study assessments for all randomized subjects. Although attempts will be made to continue to collect data after termination of study drug, these data are being collected for sensitivity analyses and descriptive purposes

**Version 12 DEC 2019**    **Confidential**    **Page 12**

only.  Assessments performed after treatment unblinding or more than 24 hours after the last dose of study drug will not be included in the main analyses of peak 6MWD.

For subjects whose peak 6MWD measures at Week 4, Week 8, Week 12, or Week 16 are missing, the missing value will be imputed as described in Table 8-1.

**Table 8-1    Imputation Rules for Peak 6MWD**

| Reason for missing 6MWD measure | Imputation |
|---|---|
| Death (all causes) | Worst score (0 meters) |
| Clinical worsening event | Worst score (0 meters) |
| Too ill to perform 6MWT | Worst score (0 meters) |
| All other reasons | Last (peak) Observation Carried Forward (LOCF) |

Abbreviations: 6MWD, 6-Minute Walk Distance; 6MWT, 6-Minute Walk Test

For subjects whose trough 6MWD measures at Week 15 are missing, the missing values will be imputed as described in Table 8-2.

**Table 8-2    Imputation Rules for Trough 6MWD**

| Reason for missing 6MWD measure | Imputation |
|---|---|
| Death (all causes) | Worst score (0 meters) |
| Clinical worsening | Worst score (0 meters) |
| Too ill to perform 6MWT | Worst score (0 meters) |
| All other reasons | Baseline Observation Carried Forward (BOCF) |

Abbreviations: 6MWD, 6-Minute Walk Distance; 6MWT, 6-Minute Walk Test

### 8.3.2    *Missing Data Handling for Other Efficacy Assessments*

For the secondary endpoints of NT-proBNP, the missing value at Week 16 will be imputed using LOCF.  If the NT-proBNP measure at Baseline is missing, the change from Baseline will not be calculated.  The subject will not be included in the analyses.

For exploratory endpoints of SGRQ, biomarkers, and DSP, the missing values will not be imputed, and all analyses will be based on the observed cases.

### 8.4    MULTIPLE COMPARISONS AND MULTIPLICITY

The primary efficacy endpoint of change in 6MWD measured at peak exposure from Baseline to Week 16 will be tested at alpha level 0.05.  If the primary efficacy endpoint is statistically

LIQ_PH-ILD_00000451

United Therapeutics Corp.                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                             **Inhaled Treprostinil**

significant at alpha level 0.05, the statistical tests for secondary efficacy endpoints will be
performed.

To control the Type 1 error rate, the secondary efficacy endpoints will be tested using a
hierarchical (fixed sequence) testing procedure. The secondary endpoints will be tested in the
following order:

1.  Change from Baseline in plasma concentration of NT-proBNP at Week 16
2.  Time to clinical worsening
3.  Change from Baseline in peak 6MWD at Week 12
4.  Change from Baseline in trough 6MWD at Week 15

Testing will proceed only if the preceding test is statistically significant at 2-sided alpha level
equal to 0.05 and will stop if non-significance is reached.

## 8.5    DERIVED AND TRANSFORMED DATA

Time to clinical worsening will be evaluated as a secondary endpoint and calculated as the
time from randomization until 1 of the following criteria are met:

- Hospitalization due to a cardiopulmonary indication
- Decrease in 6MWD >15% from Baseline directly related to disease under study at
  2 consecutive visits and at least 24 hours apart
- Death (all causes)
- Lung transplantation

Time to clinical worsening is calculated as described in Table 8-3.

**United Therapeutics Corp.**                     **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                           **Inhaled Treprostinil**

**Table 8-3        Derivation of Time to Clinical Worsening**

| Parameter | Scenario | Formula | Status |
|---|---|---|---|
| Time to clinical worsening (weeks) | Subjects with clinical worsening event reported | = (Worsening date – Randomization date +1)/7 | 0 (event) |
| | Subjects who died during the study | = (Death date – Randomization date +1)/7 | 0 (event) |
| | Subjects without clinical worsening event during the study | = (Last assessment date – Randomization date +1)/7 | 1 (censored) |
| | Subjects discontinued from the study prematurely | = (Last assessment date – Randomization date +1)/7 | 1 (censored) |

For subjects with clinical worsening due to decrease from Baseline in 6MWD, a confirmatory 6MWT should be conducted. The event time is based on the date of the confirmatory 6MWT. If the confirmatory 6MWT is not conducted, the event time is then based on the date of the first 6MWT.

Distance Saturation Product (DSP) is calculated as follows:

| Parameter | Formula |
|---|---|
| DSP (m%) | = (Distance walked in meters) x (Lowest oxygen saturation recorded during the 6MWT) |

Abbreviations: 6MWT, 6-Minute Walk Test; DSP, Distance Saturation Product

Adjustments to the QT intervals will be calculated as follows:

| Parameter | Formula |
|---|---|
| QTc (Bazett) | $= Q\text{-}T/\sqrt{60/HR}$ |
| QTc (Fridericia) | $= Q\text{-}T/\sqrt[3]{60/HR}$ |

Abbreviations: HR, Heart rate; QTc, Q-T interval corrected for heart rate; Q-T, Electrocardiographic interval from beginning of QRS complex to end of the T wave

**Version 12 DEC 2019**                     **Confidential**                     **Page 15**

LIQ_PH-ILD_00000453

United Therapeutics Corp.          RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                          Inhaled Treprostinil

## 8.6    ASSESSMENT WINDOWS

For any data summarized by scheduled visit, an analysis visit window will be used.  The scheduled visits, as recorded on the eCRFs, and the corresponding target days and study day intervals are specified in Table 8-4.  The analysis visit window will be derived based on the information specified in Table 8-4.

In the protocol, the visit window for Week 4, Week 8, Week 12, and Week 16 is ±5 days and the visit window for the Week 15 visit is ±5 days and at least 24 hours prior to Week 16 6MWT.  In order to allow slotting of discontinuation visits and visits outside the planned schedule, the visit windows have been expanded for analysis purposes for Week 4, Week 8, Week 12, and Week 16.  The nominal study visit identified as Week 15 in the eCRF will be used for the Week 15 visit.

**Table 8-4    Assessment Windows for Scheduled Visits**

| Visit | Target Study Day | Study Day Interval |
|---|---|---|
| **ECGs, SGRQ:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the date of the first dose) |
| Week 16 | 113 | 1 < Study Day |
| **PFTs, Clinical laboratory assessments and NT-proBNP:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 8 | 57 | 1 < Study Day ≤ 84 |
| Week 16 | 113 | 84 < Study Day |
| **Peak 6MWT:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 4 | 29 | 1 < Study Day ≤ 43 |
| Week 8 | 57 | 43 < Study Day ≤ 71 |
| Week 12 | 85 | 71 < Study Day ≤ 99 |
| Week 16 | 113 | 99 < Study Day |
| **Trough 6MWT:** | | |
| Week 15 | 106 | Nominal study visit |

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                             Inhaled Treprostinil

| Visit | Target Study Day | Study Day Interval |
|---|---|---|
| **Vital signs, Pulse oximetry:** | | |
| Baseline | 1 | Study Day ≤1 (prior to the first dose) |
| Week 4 | 29 | 1 < Study Day ≤ 43 |
| Week 8 | 57 | 43 < Study Day ≤ 71 |
| Week 12 | 85 | 71 < Study Day ≤ 99 |
| Week 15 | 106 | Nominal study visit |
| Week 16 | 113 | 99 < Study Day |

Abbreviations: 6MWT, 6-Minute Walk Test; ECG, Electrocardiogram; NT-proBNP, N-Terminal pro-brain natriuretic
    peptide; PFT, Pulmonary function test, SGRQ, St. George's Respiratory Questionnaire
Note: Study Day = (Assessment Date) − (First Dosing Date) +1

**Multiple Evaluations within the Same Analysis Window**

After all the observations have been slotted based on the table above, if there are multiple
valid observations for an assessment within an assigned analysis visit window, only 1 of these
observations will be used for summary statistics and analyses. The observation to be used is
determined using the following hierarchy (in decreasing order):

- The observation closest to the target study day
- The later observation if 2 observations are equally close to the target study day

For missing values where the LOCF algorithm is applied, it is always the last valid
observation on treatment carried forward, even though this might not be the observation
obtained by the above hierarchy and used in the summaries by visit window.

**9      STUDY POPULATION**

Unless otherwise specified, all efficacy analyses will be performed on the ITT population and
all safety analyses will be based on the Safety population. In the ITT population, the
treatment assignment is based on the assignment upon randomization. In the Safety
population, the treatment assignment is based on the actual treatment the subject received.

The comparability between the 2 treatment groups will be checked for demographic and
baseline characteristics. The p-values from Fisher's exact test (for discrete variables) or
Group t-test or Wilcoxon rank sum test (for continuous variables) will be included on

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                  **Inhaled Treprostinil**

summaries but are not intended to be used to test formal hypotheses.  For these comparisons, missing or unknown values will be excluded from the calculations.

## 9.1    SUBJECT ACCOUNTABILITY

All subjects' disposition information will be listed by individual subject number, including the analysis population the subjects belong to, premature study drug discontinuation status, primary reason for premature study drug discontinuation, premature study discontinuation status, primary reason for premature study discontinuation, number of days on the study drug, and enrollment in the open label extension study (RIN-PH-202).

The listing of subject accountability will include the dates of informed consent and randomization, the first study drug dose, last study drug dose, and last assessment dates and times, and the last dose and assessment weeks.  Whether subjects received the study drug, whether subjects completed the Weeks 4, 8, 12, 15, 16 assessments, and study discontinuation status will be summarized.

Information regarding whether each subject is included in each analysis population (see Section 6) will be listed.  If a subject is not included in a particular analysis population, the reason for exclusion will be noted on the listing.  Also noted on the listing will be the randomized treatment assignment and the actual treatment subjects have received.  The summary will include the frequency and percentage of all subjects in each analysis population.

The stratification information used in the random assignment of subjects to treatment group (from the central randomization database) will be listed, including date and time of randomization and Baseline 6MWD category ($\leq$350 meters versus >350 meters).  Status of the treatment blind, and if broken, date/time of blind broken will be listed.  The number of subjects in each stratum will be summarized by treatment group and overall.

**Version 12 DEC 2019**                    **Confidential**                    **Page 18**

LIQ_PH-ILD_00000456

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

## 9.2    PROTOCOL DEVIATIONS

The status of the entry criteria will be listed for all subjects.  The listing will include the date of the initial screening assessment, whether all eligibility criteria were met (Yes/No), and a list of any specific entry criteria not met.  This listing will also include the protocol version that the subject was enrolled under.  Entry criteria violations will be summarized by treatment group and overall.

Additional protocol deviations will be documented throughout the study.  All deviations will be reviewed by the clinical team prior to database lock and those that might affect subject safety or efficacy outcomes will be considered 'Major'.  All other deviations will be classified as 'Minor'.  Protocol deviations will be listed, including the date of the deviation, the type of deviation, the severity of the deviation (Major/Minor), and a description of the deviation.  The protocol deviations will also be summarized by treatment group and overall.

## 9.3    OTHER DESCRIPTIONS OF STUDY POPULATION

### 9.3.1    Demographics

All demographic data will be listed for all subjects, including assessment date, date of birth, country, age, sex, ethnicity, race, weight, height, and body mass index (BMI).  Age, age category (<65 years of age, 65 to <80 years of age, and ≥80 years of age), sex, ethnicity, race, height, weight, and BMI will be summarized by treatment group and overall.  The summary will include p-values (2-sided) from Fisher's exact test (for age category, sex, ethnicity, and race) and group t-test or Wilcoxon rank sum test (for age, weight, height, and BMI) comparing treatment groups.

### 9.3.2    Baseline Characteristics

Baseline characteristics will include the Baseline 6MWD, Baseline NT-proBNP, and hemodynamic parameters.  Hemodynamic parameters, measured by the right heart catheterization (RHC), will include PVR, pulmonary artery pressure mean (PAPm), pulmonary capillary wedge pressure (PCWP), and details concerning vasodilator testing will be listed and summarized.

### 9.3.3    Medical History and PH-ILD History

All significant past or ongoing medical conditions will be listed for all subjects.  The listing will include the Medical Dictionary for Regulatory Activities (MedDRA) system organ class (SOC) and preferred term (PT) for each condition listed, and whether the condition is ongoing at Randomization.  These medical conditions will be summarized by PT within each SOC.

Information related to subjects' PH-ILD history will be listed.  The listing will include the date of initial PH diagnosis, years since PH diagnosis, etiology of ILD (including IIP subcategory), date of confirmatory computed tomography (CT) scan, whether ILD diagnosis confirmed with a lung biopsy, and if so, the date of lung biopsy.

The current ILD diagnosis (ILD category) and IIP subcategory, time since PH diagnosis, and whether ILD diagnosis was confirmed via lung biopsy will be summarized by treatment group and overall.  The summary will include p-values (2-sided) from Fisher's exact test (for current ILD diagnosis) or Wilcoxon rank sum test (for time since diagnosis) comparing treatment groups.

### 9.3.4    Concomitant Medications

All concomitant medications recorded on the eCRF will be mapped to a standard name and Anatomical Therapeutic Chemical (ATC) Levels 1 to 4 using the World Health Organization (WHO) WHODrug Global drug dictionary.  The ATC Levels 2 and 4 and verbatim term of all concomitant medications will be listed for all subjects.  This listing will include the date started (or indication that drug was ongoing at randomization), date discontinued (or indication that drug was ongoing at end of study), and the condition(s) treated/indication(s).  Summary of concomitant medications present at Baseline and summary of concomitant medications added during the study will include the frequency and percentage of subjects in each treatment group receiving each drug by ATC Level 2 and Level 4.  If ATC Level 4 is not available for a medication, ATC Level 3 will be substituted.  If ATC Level 3 is not available, ATC Level 2 will be substituted.  If ATC Level 2 is not available, ATC Level 1 will be substituted.

United Therapeutics Corp.          **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                               **Inhaled Treprostinil**

## 10    EFFICACY ANALYSES

Except where otherwise noted, all efficacy analyses will only be performed on the ITT
population (see Section 6).

### 10.1    PRIMARY EFFICACY MEASURES

#### 10.1.1    *Primary Efficacy Analyses*

##### 10.1.1.1    *Hypothesis*

The primary efficacy endpoint of peak 6MWD assesses if inhaled treprostinil will increase the
distance traversed in the peak 6MWT at Week 16 over placebo in subjects with PH-ILD.  The
null and alternative hypotheses are:

$$H_0: \mu_1 = \mu_2$$
$$H_a: \mu_1 \neq \mu_2,$$

where $\mu_1$ and $\mu_2$ are the median change from Baseline in 6MWD of the inhaled treprostinil
and placebo treatment groups, respectively.

##### 10.1.1.2    *Primary Efficacy Analysis*

All 6MWT data will be listed for all subjects.  For each scheduled assessment, this listing will
include the date test was performed (or date test was intended to be performed if subject is
unable to attempt the test), start time of the test, nominal time point, last treatment dose, hours
from last treatment dose to 6MWT start, if walk was attempted, total distance walked (in
meters), whether subject received oxygen during the test, amount of supplemental oxygen,
and any circumstances that adversely affected the walk (if any) including reason for not
attempting test (if any).  The trough 6MWT measure will also be indicated.  In addition, a
listing of 6MWD with imputed values will be included for both peak and trough 6MWD data.

For the primary efficacy analysis, the effect of inhaled treprostinil versus placebo on change
in peak 6MWD at Week 16 will be evaluated via analysis of covariance (ANCOVA).  Change
from Baseline in peak 6MWD is the dependent variable, and treatment and Baseline 6MWD
are covariates in this ANCOVA model.  Least squares means and standard errors for each
treatment group, the least squares mean difference and its standard error, as well as a 95%
confidence interval for the treatment group difference and p-value for treatment group

**Version 12 DEC 2019**                    **Confidential**                    **Page 21**

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                                              **Inhaled Treprostinil**

comparison will be calculated from the ANCOVA model. This methodology will be carried
out as follows:

1. Walk distances obtained after study drug termination or unblinding will be excluded
   (as described in Section 8).
2. Imputation rules in Table 8-1 will be applied.
3. The LOCF algorithm will be applied.
4. ANCOVA will be conducted based on the pseudo SAS code:
   proc glm;
      class Treatment;
      model DistC = Treatment Dist0;
   run;

where DistC is the change from Baseline in peak 6MWD at Week 16 and Dist0 is the baseline
measure of the 6MWD.

If the ANCOVA assumptions are violated, the primary efficacy analysis will be based on
non-parametric analysis of covariance within the framework of the extended
Cochran-Mantel-Haenszel test (Koch 1990, Koch 1998, Stokes 2000). Specifically, a
Cochran-Mantel-Haenszel mean score test will be used on the standardized mid-ranks (ie,
overall rank divided by the number of ranks +1, or "modified ridit" scores) of the residuals
from an ordinary least squares regression with change from Baseline in peak 6MWD at
Week 16 as a linear function of distance walked at Baseline (as a continuous variable). This
methodology will be carried out as follows:

1. Walk distances obtained after study drug termination or unblinding will be excluded
   (as described in Section 8).
2. Imputation rules in Table 8-1 will be applied.
3. Calculate ranks. The pseudo SAS code is as follows:
   proc rank nplus1 ties=mean out=ranks;
      var DistC Dist0;
   run;
   where DistC is the change from Baseline in peak 6MWD at Week 16 and Dist0 is the
   baseline measure of the 6MWD.
4. Linear regression model will be fit using the rank values generated above. The pseudo
   SAS code is as follows:

**Version 12 DEC 2019**                         **Confidential**                              **Page 22**

LIQ_PH-ILD_00000460

```
proc reg data=ranks noprint;
   model DistC=Dist0;
   output out=residual r=resid;
run;
```

where DistC is the rank value of the change from Baseline in peak 6MWD at Week 16 and Dist0 is the rank value of the baseline measure of the 6MWD.

5. A mean score test, using the values of the residuals as scores, compares the treatment groups. Cochran-Mantel-Haenszel mean score statistic and p-value will be calculated, using the NOPRINT and CMH2 options in the TABLES statement of the FREQ procedure of SAS. The pseudo SAS code is as follows:

```
proc freq data=residual;
   tables Treatment*Resid / noprint cmh2;
run;
```

where Treatment indicates the randomized treatment group, and Resid represents the residuals obtained from the above linear regression models.

In addition to the p-value from the non-parametric method described above, the Wilcoxon rank sum test and the Hodges-Lehmann estimate of median difference (as an estimate of location shift between 2 treatment groups for the placebo-controlled treatment effect) will be provided. The Wilcoxon rank sum test and the Hodges-Lehmann estimate can be obtained through the following pseudo SAS code:

```
proc npar1way hl Wilcoxon;
    class treatment;
    var DistC;
run;
```

where DistC is the change from Baseline in peak 6MWD at Week 16.

### 10.1.1.3   *Sensitivity and Subgroup Analyses*

In order to analyze walk distances at each scheduled assessment, values for missing or excluded assessments up to and including Week 16 will be imputed according to rules described in Section 8.3.1.

To further support the robustness and assess the sensitivity of the primary efficacy analysis of change in peak 6MWD at Week 16 (provided that the primary analysis yields significant

LIQ_PH-ILD_00000461

results), the above non-parametric and parametric analyses and summaries will be repeated
using each of the following modifications (as data permit):

- The Per-protocol population will be used instead of the ITT population
- Missing data imputation using the LOCF method (based on peak values)
- Missing data imputation using the last rank carried forward (LRCF) method (based on peak values) (O'Brien 2005)
- Using only the observed values without imputation
- Including data collected after termination of the study drug
- ITT population excluding subjects with a reported exacerbation within 3 days of the Week 16 peak 6MWT measure
- Stratified by ILD etiology categories (IIP, CHP, Occupational, CPFE, and Other)
- Stratified by Baseline 6MWD categories (≤350 meters versus >350 meters, ≤median baseline 6MWD versus > median baseline 6MWD)
- Stratified by Baseline DLCO percent predicted (<40% versus ≥40%)
- Stratified by Baseline pulmonary vascular resistance (PVR) (<4 versus ≥4 WU)
- Stratified by sex (male versus female)
- Stratified by age group (<65 years of age, 65 to <80 years of age, and ≥80 years of age)
- Stratified by study drug dose at Week 16 (0 to 3 breaths, 4 to 6 breaths, 7 to 9 breaths, and 10 to 12 breaths).

A longitudinal data analysis using mixed model repeated measurement (MMRM) will also be
performed to estimate the treatment difference in change in peak 6MWD at Week 16. The
MMRM will include the change from Baseline in peak 6MWD as the dependent variable,
treatment, week, and treatment by week interaction as fixed effects, and Baseline 6MWD as a
covariate. An unstructured variance/covariance structure shared across treatment groups will
be used to model the within-subject errors.

Additional sensitivity analyses on the ITT and Per-protocol populations for change from
Baseline to Week 16 in peak 6MWD will be based on a multivariate normal imputation model
using the Markov chain Monte Carlo (MCMC) method. The imputation model will include
treatment group, all scheduled visits (Baseline and Weeks 4, 8, 12, and 16), subject's sex, and
subject's age at randomization.

LIQ_PH-ILD_00000462

**United Therapeutics Corp.**  **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

An additional sensitivity analysis will be performed for percent change from Baseline to Week 16 in peak 6MWD using the same approach as the primary analysis method where the percent change from Baseline is calculated as

$$\frac{\text{peak 6MWD at Week 16} - \text{Baseline 6MWD}}{\text{Baseline 6MWD}} X\ (100\%).$$

In addition, the impact of Baseline hemodynamics and Baseline PFTs, including PVR, PAPm, PCWP, $FEV_1$, FVC, TLC, and DLCO as continuous variables, on peak 6MWD, will be explored using the regression approach.

Finally, to determine whether site has an effect on treatment estimates, site will be added to the ANCOVA model in Section 10.1.1.2 as a random effect. If necessary, sites with small numbers of subjects may be pooled.

## 10.2    SECONDARY EFFICACY MEASURES

Secondary efficacy endpoints include the following:

- Change in plasma concentration of NT-proBNP from Baseline to Week 16
- Time to clinical worsening calculated as the time from randomization until 1 of the following criteria are met:
    a.  Hospitalization due to a cardiopulmonary indication
    b.  Decrease in 6MWD >15% from Baseline directly related to disease under study, at 2 consecutive visits and at least 24 hours apart
    c.  Death (all causes)
    d.  Lung transplantation
- Change in peak 6MWD from Baseline to Week 12
- Change in trough 6MWD from Baseline to Week 15

As specified in Section 8.4 above, the hierarchical (fixed-sequence) testing procedure will be employed to control the overall alpha level at 0.05.

### 10.2.1    *Change in NT-proBNP at Week 16*

The efficacy endpoint of the change in NT-proBNP plasma concentration assesses if inhaled treprostinil decreases the level of NT-proBNP at Week 16 over placebo in subjects with PH-ILD. The null and alternative hypotheses are:

LIQ_PH-ILD_00000463

**United Therapeutics Corp.**                **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                              **Inhaled Treprostinil**

$$H_0: \mu_1 = \mu_2$$
$$H_a: \mu_1 \neq \mu_2,$$

where $\mu_1$ and $\mu_2$ are the mean changes from Baseline to Week 16 in log-transformed NT-proBNP of the inhaled treprostinil and placebo treatment groups, respectively, and change from Baseline is calculated as log(value at Week 16) – log(value at Baseline).

The NT-proBNP values will be listed for all subjects, including the nominal time point, collection date/time, normal range and "High/Low" flag. The values and their respective changes from Baseline will be summarized for each assessment. The summary will also include the geometric mean and geometric standard deviation. The difference between treatment groups for the change from Baseline to Week 16 will be tested using the analysis of covariance with change from Baseline in log-transformed NT-proBNP as the dependent variable, treatment as the fixed effect, and Baseline log-transformed NT-proBNP as the covariate. The pseudo SAS code is as follows:

```
proc glm;
   class treatment;
   model BNP_C=Treatment BNP_B;
run;
```

where BNP_C is the change from Baseline to Week 16 in log-transformed NT-proBNP and BNP_B is the log-transformed NT-proBNP at Baseline.

For subjects who do not have NT-proBNP measurements at Week 16, the LOCF imputation will be used. The analyses will also be performed for the data without imputation for the missing measures.

As an exploratory analysis, the NT-proBNP at Week 8 will be analyzed using the same method as the NT-proBNP at Week 16.

A longitudinal data analysis using MMRM will also be performed to estimate the treatment difference in changes from Baseline for log-transformed data in NT-proBNP. The MMRM will include log-transformed NT-proBNP as the dependent variable; treatment, week, and

**Version 12 DEC 2019**                    **Confidential**                    **Page 26**

LIQ_PH-ILD_00000464

treatment by week interaction as fixed effects; and Baseline log-transformed NT-proBNP as a covariate. An unstructured variance/covariance structure shared across treatment groups will be used to model the within-subject errors and the Kenward-Roger method will be used for calculating the denominator degrees of freedom. The appropriate contrasts will be constructed in order to estimate treatment effect at Weeks 8 and 16.

### 10.2.2    Time to Clinical Worsening

Data on the clinical worsening assessment page of the eCRF will be used to determine clinical worsening status. Investigator-reported clinical worsening events including the date (study day) of the event, category of the clinical worsening event, Baseline 6MWD, first 6MWT details, and second 6MWT details will be listed. The time to clinical worsening will be calculated according to the rules described in Table 8-3 in Section 8.5.

The number and percentage of subjects with any clinical worsening and with each category of clinical worsening will be summarized by treatment group. Time to clinical worsening will be summarized by treatment group using product-limit estimates calculated by the Kaplan-Meier method and displayed graphically as Kaplan-Meier curves. A tabular summary of this analysis will include the number of subjects at risk (sample size), estimated median duration, and a 95% confidence interval for the median duration for each treatment group. The log-rank test, adjusted for Baseline 6MWD category, will be used to calculate the p-value for treatment differences in the ITT population.

The SAS Procedure LIFETEST will be used. The pseudo SAS statements are listed below:

```
proc lifetest;
   time TimeToWorsening*Censor_Status(1);
   strata B_6MWD / group = Treatment test=all;
run;
```

where B_6MWD denotes the categorical Baseline 6MWD variable (≤350 meters versus >350 meters).

LIQ_PH-ILD_00000465

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

In addition, the Cox proportional hazards model will be fit to obtain the hazard ratio and its associated 95% confidence interval. The model will include treatment and Baseline 6MWD as explanatory variables. The SAS procedure PHREG will be used. The pseudo SAS statements are listed below:

```
proc phreg;
   class Treatment;
   model TimeToWorsening*Censor_Status(1) = Treatment Dist0
           / risklimits alpha=0.05 ties=efron;
   assess var=Dist0 ph;
run;
```

where Dist0 denotes the Baseline 6MWD variable (continuous). If it is determined that the proportional hazards assumption does not hold for Baseline 6MWD, a stratified analysis will be conducted. The above SAS code will be amended to remove Dist0 from the model statement and add the 'strata B_6MWD;' statement.

If the proportional hazards assumption does not hold for the Cox model, the restricted mean survival time (RMST) and its associated standard error will be calculated for each treatment group at Week 16 (Royston 2013). A 95% confidence interval will be constructed for the difference in RMST between the 2 treatment groups at Week 16.

### 10.2.3    Change in Peak 6MWD at Week 12

The methodology for primary efficacy analysis of change in peak 6MWD at Week 16 will also be carried out for the Week 12 assessment, as described above in Section 10.1.1.2.

### 10.2.4    Change in Trough 6MWD at Week 15

The methodology for primary efficacy analysis of change in peak 6MWD described in Section 10.1.1.2 will also be carried out for the change in trough 6MWD from Baseline to Week 15. Missing trough 6MWD will be imputed as described in Table 8-2 in Section 8.3.1. The analysis will be repeated to include only subjects with trough 6MWD at Week 15 (ie, missing trough 6MWD at Week 15 is not imputed).

**Version 12 DEC 2019**                    **Confidential**                    **Page 28**

LIQ_PH-ILD_00000466

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                             Inhaled Treprostinil

## 10.3    EXPLORATORY EFFICACY MEASURES

Exploratory efficacy endpoints include the following parameters:

- Change in peak 6MWD from Baseline to Week 4
- Change in peak 6MWD from Baseline to Week 8
- Change in quality of life as measured by SGRQ from Baseline to Week 16
- Change in DSP from Baseline to Week 16

### 10.3.1    *Change in Peak 6MWD at Weeks 4 and 8*

The methodology for primary efficacy analysis of change in peak 6MWD described in Section 10.1.1.2 will also be carried out for the assessments obtained at Week 4 and Week 8.

### 10.3.2    *Change in SGRQ at Week 16*

The responses to the SGRQ questionnaire at Baseline and Week 16 will be converted to the Total score and 3 domain scores according to the SGRQ manual (Jones 2002).  Scores for Total and each domain will range from 0 to 100, with higher scores indicating more limitations.  Both individual item responses as well as calculated scores will be listed.  The change from Baseline for the Total and 3 domain scores (Symptoms, Activity, and Impacts) will be calculated.

The Total score and for the 3 domain scores as well as their changes from Baseline will be summarized by treatment group using descriptive statistics.

For the Total score and each of the 3 domain scores, treatment differences (inhaled treprostinil vs. placebo) will be tested by using analysis of covariance with change from Baseline as the dependent variable, treatment as a fixed effect, and baseline score as the covariate.  The analyses will be based on the observed data with no imputation.

The pseudo SAS code is as follows:

```
proc glm;
   class treatment;
   model Score_C=Treatment Score_B;
run;
```

**Version 12 DEC 2019**                    **Confidential**                    **Page 29**

**LIQ_PH-ILD_00000467**

**United Therapeutics Corp.**      **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

where Score_C is the change from Baseline in Total score or each of the 3 domain scores and Score_B is the corresponding score at Baseline.

### 10.3.3    Change in DSP

The DSP will be calculated, and DSP results will be included in the data listing for pulse oximetry.  DSP values and their respective changes from Baseline to Week 16 will be summarized by treatment group.  The difference between treatment groups for the change from Baseline to Week 16 will be tested using analysis of covariance with change from Baseline in DSP as the dependent variable, treatment as a fixed effect, and Baseline DSP measure as the covariate.  The analyses will be based on the observed data with no imputation.

The pseudo SAS code is as follows:

```
proc glm;
   class treatment;
   model DSP_C=Treatment DSP_B;
run;
```

where DSP_C is the change from Baseline to Week 16 in DSP (m%) and DSP_B is DSP at Baseline.

In addition, the DSP at Week 4, Week 8, and Week 12 will each be analyzed in the same way as the DSP at Week 16.

## 11    HEALTH OUTCOMES

### 11.1    QUALITY OF LIFE MEASURES

Quality of life was assessed using SGRQ.  The analyses of SGRQ are described in Section 10.3.2.

### 11.2    RESOURCE UTILIZATION MEASURES

Hospitalizations and hospitalizations related to cardiopulmonary indications are collected during the study.  The analysis is discussed in Section 12.6.2.

LIQ_PH-ILD_00000468

**United Therapeutics Corp.**                    **RIN-PH-201 Statistical Analysis Plan Amendment 1**
                                                                            **Inhaled Treprostinil**

## 12    SAFETY ANALYSES

All safety analyses will be performed only on the Safety population (see Section 6).

## 12.1    EXTENT OF EXPOSURE

All study drug dosing will be listed for all subjects.  The listing will include initial dose (number of breaths for each session and number of breaths for the day) and date of this initial dose and dose and date of each subsequent dose change.  Dosing at Weeks 4, 8, 12, 15, and 16 will be summarized for subjects still receiving study drug at each of these assessments.  The summary will include both the numeric summaries and the categorical summaries for number of breaths per session as well as the number of breaths per day.  If study drug is dosed differently across different sessions on the same day, the maximum number of breaths is used for summarization.  Summary of overall duration of exposure will be included as well as the final dose (breath/session) and the maximum study drug dose (breath/session) reached for each subject (numerically and categorically).

For study treatment compliance, the number and percentage of days with dose >0 breaths will be calculated and summarized.

## 12.2    ADVERSE EVENTS

All AEs will be coded to the appropriate PT and SOC using MedDRA.  AEs will be listed by treatment group including all details recorded on the eCRF plus an indicator of whether the event was treatment-emergent.  The AE listings will include the AE verbatim term and its corresponding PT and SOC.

The AE summaries will be limited to include only treatment-emergent AEs.  Treatment-emergent AEs are those AEs with onset date equal to or after the start date of the study drug.  The non-treatment-emergent AEs (the AEs occur after signing the informed consent form but before receiving study drug) will be listed but not included in summary tables.

All summaries will include the number and percentage of subjects experiencing each type of adverse event and the total number of each type of adverse event, in order of overall frequency and/or SOC.  Serious adverse events (SAE) and non-serious AEs will also be summarized by SOC and PT.

The total number of AEs and the AE rates will be calculated and summarized for each display, as appropriate.  The AE rate will be calculated as the total number of AEs divided by the total patient years of exposure to study drug per treatment group.

Adverse events possibly or probably related to study drug will be summarized.  An AE summary by severity (mild, moderate, and severe) will also be provided.

Separate listings and summary tables will be provided for all SAEs, AEs leading to the discontinuation of study drug, and all deaths during the study (if data permit).  For listing of deaths, information for all subjects who die during the study period from the randomization to the end of study (including 30 days after the last study treatment dosing) will be included.

## 12.3    OXYGENATION

Oxygenation is measured by pulse oximetry ($SpO_2$ and supplemental oxygen requirement [L/min]) during each 6MWT.  At each 6MWT, pulse oximetry (for $SpO_2$) will be measured at pre-walk, during walk, and post-walk.  During walk, the lowest $SpO_2$ will be recorded.  All pulse oximetry results along with the collection date/time (study day) will be listed.  Heart rate will be listed for pre-walk and post-walk only.

The $SpO_2$ will be summarized by treatment group, visit, and time point (pre-walk, during walk, and post-walk).  The summary will be provided for the original values, change from pre-walk for each visit, and change from baseline values.  For change from Baseline calculations, the measurements pre-walk, during walk, and post walk at post-Baseline Visits will be compared with the measurements at corresponding pre-walk, during walk, and post-walk at Baseline.

In addition, for each time point at each visit, the number and percentage of subjects with $SpO_2$ or lowest $SpO_2$ <80%, ≥80 to <88, and ≥88%, and with $SpO_2$ dropping ≥10% during walk and/or post-walk from pre-walk will be summarized by treatment group.

At each visit, supplemental oxygen requirements will be collected at rest and during 6MWT. These data will be listed, including visit, 6MWT date/time, and oxygen use at rest and during walk.  The number and percentage of subjects requiring supplemental oxygen use at rest and

LIQ_PH-ILD_00000470

United Therapeutics Corp.                RIN-PH-201 Statistical Analysis Plan Amendment 1
                                          Inhaled Treprostinil

during the 6MWT will also be summarized by the treatment group.  Supplemental oxygen level at rest at each visit and the corresponding changes from Baseline will be summarized by treatment group.

Heart rate will be summarized by treatment group, by time point (pre-walk and post-walk) and visit.  The summary will be provided for the original values, change from pre-walk for each visit, and change from baseline values.  For change from baseline calculations, the measurements pre-walk and post-walk at post-Baseline Visits will be compared with the measurements at corresponding pre-walk and post-walk at Baseline.

## 12.4    PULMONARY FUNCTION TESTS

The PFT parameters include:

- Forced expiratory volume in 1 second ($FEV_1$)
- Forced vital capacity (FVC)
- Total lung capacity (TLC)
- Lung diffusion capacity (DLCO)

Only pre-bronchodilator values will be recorded on eCRF and will be listed.  All PFT parameters and their change from baseline values will be summarized by treatment group and visit.

For $FEV_1$ results, the number and percentage of subjects with $FEV_1$ decreasing more than 20% from Baseline at any post-Baseline Visit will be summarized by treatment group.

## 12.5    CLINICAL LABORATORY EVALUATIONS

Blood samples will be taken at Screening and/or Baseline, Week 8, and Week 16.  All samples will be sent to a central laboratory for evaluation of clinical chemistry and hematology.

United Therapeutics Corp.          RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                                    Inhaled Treprostinil

### 12.5.1    Clinical Chemistry

The following clinical chemistry parameters will be evaluated by the central laboratory:

| Parameter | Units |
|---|---|
| Sodium | mmol/L |
| Potassium | mmol/L |
| Bicarbonate | mmol/L |
| Chloride | mmol/L |
| Total bilirubin | umol/dL |
| Alkaline phosphatase | U/L |
| Alanine aminotrasferase | U/L |
| Aspartate aminotransferase | U/L |
| Urea nitrogen | mmol/dL |
| Creatinine | umol/L |
| Calcium | mmol/L |
| Albumin | g/L |

Values that are "High" or "Low" with respect to the reference range provided by the central laboratory will be flagged with an "H" or an "L," respectively.  All parameters will be listed for all subjects and assessments, along with their respective "High/Low" flags.

Values of these parameters at each visit, and their corresponding changes from Baseline will be descriptively summarized by treatment group.

For each parameter, the frequency and percentage of subjects within each treatment group who had "Low," "Normal," or "High" Baseline values, then subsequently had "Low," "Normal," or "High" follow-up values at each visit will be presented in a shift summary.

### 12.5.2    Hematology

The following hematology parameters will be evaluated by the central laboratory:

| Parameter | Units |
|---|---|
| Hemoglobin | g/dL |
| Hematocrit | % |
| Red blood cell count | $10^6$/uL |
| Red blood cell morphology | |
| White blood cell count | $10^3$/uL |
| Platelet count | $10^3$/uL |

LIQ_PH-ILD_00000472

United Therapeutics Corp.            RIN-PH-201 Statistical Analysis Plan Amendment 1
Inhaled Treprostinil

Values that are "High" or "Low" with respect to the reference range provided by the central laboratory will be flagged with an "H" or an "L," respectively. All parameters will be listed for all subjects and assessments, along with their respective "High/Low" flags.

Numeric values of these parameters at each visit and their corresponding changes from Baseline will be summarized by treatment group.

For each parameter, the frequency and percentage of subjects within each treatment group who have "Low," "Normal," or "High" Baseline values, then subsequently have "Low," "Normal," or "High" follow-up values at each assessment will be presented in a shift summary.

### 12.5.3    Pregnancy Test

Females of childbearing potential will undergo a urine pregnancy test at Screening followed by urine pregnancy tests at Baseline and every subsequent scheduled study visit. All pregnancy tests will be performed at study sites. Pregnancy status during the study will be listed.

## 12.6    OTHER SAFETY MEASURES

### 12.6.1    Electrocardiograms

All ECG assessments will be listed for all subjects. This listing will include the heart rate, the ECG interval from the beginning of QRS complex to end of the T wave (Q-T interval), the QT interval corrected for heart rate (QTc) (calculated using formulas by both Bazett and Fridericia as described in Section 8.4), the time between P wave and beginning of QRS complex in ECG (P-R interval), the electrocardiographic wave (QRS) duration, ECG results (Normal/Abnormal), whether there were clinically significant changes from Screening visit, whether abnormalities were present, and details and comments on any abnormalities. The ECG results at Baseline and changes at Week 16 will be descriptively summarized by treatment group. In addition, for QTc intervals calculated using both the Bazett and Fridericia methods, the number and percent of subjects with values $\geq 500$ msec and the number and percent of subjects with changes from Screening of $<30$ msec, 30 to $<60$ msec, and $\geq 60$ msec

LIQ_PH-ILD_00000473

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                             Inhaled Treprostinil

will be presented.  Additionally, each abnormality will be summarized by number and percentage of subjects reporting at each visit by treatment group.

### 12.6.2    Hospitalizations

Details for all hospitalizations will be listed.  Number of hospitalizations for cardiopulmonary indications and total duration of hospitalization for cardiopulmonary indications will be summarized for each treatment group as well as overall number of hospitalizations and total duration regardless of indication.

### 12.6.3    Vital Signs

All vital sign assessments will be listed for all subjects.  This listing will include height, weight, body mass index (BMI), heart rate, systolic and diastolic blood pressures, respiratory rate, and temperature.  The vital sign results at each assessment and changes for each post-Baseline assessment will be descriptively summarized by treatment group.

### 12.6.4    Exacerbations of Underlying Lung Disease

Exacerbation of underlying lung disease is defined as an acute, clinically significant, respiratory deterioration characterized by evidence of new widespread alveolar abnormality. Number of subjects with exacerbation of underlying lung disease will be summarized for each treatment group and included in the overall AE summary table.  A listing of these events will also be provided.

## 13    PHARMACOKINETICS

No pharmacokinetic measures will be assessed in this study.

**LIQ_PH-ILD_00000474**

**United Therapeutics Corp.**              **RIN-PH-201 Statistical Analysis Plan Amendment 1**
**Inhaled Treprostinil**

## 14    REFERENCES

Jones PW.  Interpreting thresholds for a clinically significant change in health status in asthma and COPD.  Eur. Respir. J.  2002;19:398–404.

Koch GG, Carr GJ, Amara IA, et al.  Categorical data analysis.  In Berry DA ed. *Statistical Methodology in the Pharmaceutical Sciences.*  New York, NY: Marcel Dekker Inc.; 1990:391–475.

Koch GG, Tangen CM, Jung JW, et al.  Issues for covariance analysis of dichotomous and ordered categorical data from randomized clinical trials and non-parametric strategies for addressing them.  Statist. Med.  1998;17:1863–1892.

O'Brien PC, Zhang D, Bailey KR.  Semi-parametric and non-parametric methods for clinical trials with incomplete data.  Statist. Med.  2005(3);24:341–358.

Royston P, Parmar MKB.  Restricted mean survival time: an alternative to the hazard ratio for the design and analysis of randomized trials with a time-to-event outcome.  BMC Medical Research Methodology  2013;13:152.

Stokes ME, Davis CS, Koch GG.  *Categorical Data Analysis Using the SAS System.*  2nd Edition.  Cary, NC: SAS Institute Inc.; 2000.

## 15   LIST OF TABLES, LISTINGS, AND FIGURES

### 15.1   LIST OF TABLES

| Table Number | Table Title |
|---|---|
| 14.1.1 | Summary of Subject Accountability |
| 14.1.2 | Summary of Analysis Population Information |
| 14.1.3 | Summary of Demographic Data |
| 14.1.4 | Summary of Baseline Characteristics |
| 14.1.5 | Summary of PH-ILD History |
| 14.1.6.1 | Summary of Entry Criteria Violations |
| 14.1.6.2 | Summary of Protocol Deviations |
| 14.1.7 | Summary of Randomization Information |
| 14.1.8 | Summary of Medical History |
| 14.1.9 | Summary of Concomitant Medications Ongoing at Baseline |
| 14.1.10 | Summary of Concomitant Medications Added During the Study |
| 14.1.11 | Summary of Study Drug Dosing and Exposure |
| 14.1.12 | Summary of Study Drug Treatment Compliance |
| 14.2.1.1 | Summary and Analysis of Peak 6MWD (meter) at Week 16 – Primary Efficacy Endpoint |
| 14.2.1.2 | Summary and Analysis of Peak 6MWD (meter) at Week 16 – Per Protocol Population |
| 14.2.1.3 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with LOCF Imputation for Missing Data |
| 14.2.1.4 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with LRCF Imputation for Missing Data |
| 14.2.1.5 | Summary and Analysis of Peak 6MWD (meter) at Week 16 with No Imputation for Missing Data |
| 14.2.1.6 | Summary and Analysis of Peak 6MWD (meter) at Week 16 Including Data Collected after Termination of Study Drug |
| 14.2.1.7 | Summary and Analysis of Peak 6MWD (meter) at Week 16 Excluding Subjects with a Reported Exacerbation within 3 Days of the Week 16 6MWD Measure |
| 14.2.1.8 | Analysis of Peak 6MWD (meter) at Week 16 Using Mixed Model Repeated Measurement (MMRM) |
| 14.2.1.9 | Summary and Analysis of Percent Change from Baseline to Week 16 in Peak 6MWD |
| 14.2.1.10 | Summary and Analysis of Peak 6-Minute Walk Distance (meter) at Week 16 by ILD Etiology Category |
| 14.2.1.11.1 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline 6MWD Category (≤350 meters versus >350 meters) |
| 14.2.1.11.2 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline 6MWD Category (≤baseline median meters versus >baseline median meters) |

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                                    Inhaled Treprostinil

| Table Number | Table Title |
|---|---|
| 14.2.1.12 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline DLCO Percent Predicted |
| 14.2.1.13 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Baseline PVR |
| 14.2.1.14 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Sex |
| 14.2.1.15 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Age Group |
| 14.2.1.16 | Summary and Analysis of Peak 6MWD (meter) at Week 16 by Study Drug Dose at Week 16 |
| 14.2.1.17 | Summary of Effects of Baseline Hemodynamics and Baseline PFTs on Peak 6MWD by Week |
| 14.2.1.18 | Summary and Analysis of Peak 6MWD (meter) at Week 16 – Multiple Imputation for Missing Values |
| 14.2.1.19 | Summary and Analysis of Peak 6MWD (meter) at Week 16 – ANCOVA Model with Random Site Effects |
| 14.2.2.1 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 16 – Secondary Efficacy Endpoint |
| 14.2.2.2 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 16 – with Observed Case |
| 14.2.2.3 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 8 |
| 14.2.2.4 | Summary and Analysis of NT-proBNP (pg/mL) Data at Week 8 with Observed Case |
| 14.2.2.5 | Analysis of NT-proBNP (pg/mL) Data Using Mixed Model Repeated Measurement (MMRM) |
| 14.2.3.1 | Summary and Analysis of Clinical Worsening Events – Secondary Efficacy Endpoint |
| 14.2.3.2 | Summary of Hospitalization Information |
| 14.2.4.1 | Summary and Analysis of Peak 6MWD (meter) at Week 12 – Secondary Efficacy Endpoint |
| 14.2.4.2 | Summary and Analysis of Peak 6MWD (meter) at Weeks 4 and 8 |
| 14.2.5.1 | Summary and Analysis of Trough 6MWD (meter) at Week 15 – Secondary Efficacy Endpoint |
| 14.2.5.2 | Summary and Analysis of Trough 6MWD (meter) at Week 15 with Observed Case |
| 14.2.6.1 | Summary and Analysis of SGRQ Total Score |
| 14.2.6.2 | Summary and Analysis of SGRQ Symptoms Score |
| 14.2.6.3 | Summary and Analysis of SGRQ Activity Score |
| 14.2.6.4 | Summary and Analysis of SGRQ Impacts Score |
| 14.2.7 | Summary and Analysis of Distance Saturation Product (DSP) (m%) |
| 14.3.1.1 | Overall Summary of Adverse Events and Exacerbations of Underlying Lung Diseases |
| 14.3.1.2 | Summary of Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.3 | Summary of Adverse Events by Preferred Term |

DA0857

LIQ_PH-ILD_00000477

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                                    Inhaled Treprostinil

| Table Number | Table Title |
|---|---|
| 14.3.1.4 | Summary of Deaths |
| 14.3.1.5 | Summary of Serious Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.6 | Summary of Non-Serious Adverse Events by System Organ Class and Preferred Term |
| 14.3.1.7 | Summary of Adverse Events Probably or Possibly Related to Study Drug by System Organ Class and Preferred Term |
| 14.3.1.8 | Summary of Adverse Events Leading to Permanent Discontinuation of Study Drug by Preferred Term |
| 14.3.1.9 | Summary of Adverse Events by System Organ Class, Preferred Term, and Severity |
| 14.3.1.10 | Summary of Adverse Events by Study Drug Dose at AE Onset |
| 14.3.2.1 | List of Deaths |
| 14.3.2.2 | List of Serious Adverse Events |
| 14.3.4.1 | Summary of SpO2 (%) Measured by Pulse Oximetry |
| 14.3.4.2 | Categorical Summary of SpO2 (%) Measured by Pulse Oximetry |
| 14.3.4.3 | Summary of Heart Rate (beats/min) by Pulse Oximetry |
| 14.3.4.4 | Summary of Supplemental Oxygen Use |
| 14.3.4.5 | Summary of Supplemental Oxygen (L/min) |
| 14.3.4.6 | Summary of Pulmonary Function Test Results |
| 14.3.4.7 | Summary of Subjects with ≥20% Decrease in FEV1 from Baseline |
| 14.3.4.8.1 | Summary of Laboratory Data – Clinical Chemistry |
| 14.3.4.8.2 | Summary of Clinical Chemistry Shift from Baseline |
| 14.3.4.8.3 | Summary of Laboratory Data – Hematology |
| 14.3.4.8.4 | Summary of Hematology Shift from Baseline |
| 14.3.4.9 | Summary of Vital Signs |
| 14.3.4.10.1 | Summary of Electrocardiogram Parameters |
| 14.3.4.10.2 | Summary of Electrocardiogram Categorical Results |

## 15.2   LIST OF LISTINGS

| Listing Number | Listing Title |
|---|---|
| 16.2.1.1 | Subject Dispositions |
| 16.2.1.2 | Subject Accountability |
| 16.2.2 | Protocol Deviations |
| 16.2.3.1 | Subject Randomization |
| 16.2.3.2 | Analysis Population Information |
| 16.2.3.3 | Entry Criteria |
| 16.2.4.1 | Demographics |
| 16.2.4.2 | PH-ILD History |

United Therapeutics Corp.                    RIN-PH-201 Statistical Analysis Plan Amendment 1
                                                               Inhaled Treprostinil

| Listing Number | Listing Title |
|---|---|
| 16.2.4.3 | Medical History |
| 16.2.4.4 | Concomitant Medications |
| 16.2.5 | Study Drug Dosing |
| 16.2.6.1 | 6-Minute Walk Test |
| 16.2.6.2 | 6MWT Information with Imputed Data – Peak 6MWD |
| 16.2.6.3 | 6MWT Information with Imputed Data – Trough 6MWD |
| 16.2.6.4 | Plasma NT-proBNP (pg/mL) |
| 16.2.6.5 | Clinical Worsening Events |
| 16.2.6.6 | The St. George's Hospital Respiratory Questionnaire |
| 16.2.6.7 | The St. George's Hospital Respiratory Questionnaire Score by Domain |
| 16.2.6.8 | Hospitalizations |
| 16.2.6.9 | Death Records |
| 16.2.6.10 | RHC and Hemodynamic Measures |
| 16.2.7.1 | Adverse Events |
| 16.2.7.2 | Serious Adverse Events |
| 16.2.7.3 | Adverse Events Leading to Discontinuation of Study Drug |
| 16.2.7.4 | Exacerbations of Underlying Lung Disease |
| 16.2.8.1 | Pulse Oximetry and DSP |
| 16.2.8.2 | Supplemental Oxygen |
| 16.2.8.3 | Pulmonary Function Test Results |
| 16.2.8.4 | Laboratory Results – Clinical Chemistry |
| 16.2.8.5 | Laboratory Results – Hematology |
| 16.2.8.6 | Pregnancy Status |
| 16.2.8.7 | Vital Signs |
| 16.2.8.8 | ECG Results |

### 15.3   LIST OF FIGURES

| Figure Number | Figure Title |
|---|---|
| 14.2.1 | Mean Change from Baseline in Peak 6MWD (meter) by Visit |
| 14.2.2 | Mean Change from Baseline in Peak 6MWD (meter) at Week 16 by Inhaled Treprostinil Dose at Week 16 |
| 14.2.3 | Forest Plot on Subgroup Analyses of Peak 6MWD (meter) at Week 16 |
| 14.2.4 | Kaplan-Meier Plot of Time to Clinical Worsening |

DA0859

LIQ_PH-ILD_00000479

# Summary of Changes

# Statistical Analysis Plan - RIN-PH-201

## Amendment 1 (Final SAP) - 12Dec2019

LIQ_PH-ILD_00000480

**Original Statistical Analysis Plan (27 February 2019)**

**Amendment 1 (12 December 2019):**

— The ordering of secondary and exploratory endpoints were re-ordered in the SAP Amendment 1 and differ from the order specified in RIN-PH-201 Protocol Amendment 3.

— In the protocol, time to clinical worsening was identified as an exploratory endpoint.

— In the SAP Amendment 1 analyses, time to clinical worsening will be analyzed as a secondary endpoint.

**LIQ_PH-ILD_00000481**

# EXHIBIT 25

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use YUTREPIA™ safely and effectively. See full prescribing information for YUTREPIA™.**

**YUTREPIA™ (treprostinil) inhalation powder, for oral inhalation**
**Initial U.S. Approval: 2002**

---------------------------**INDICATIONS AND USAGE**---------------------------
YUTREPIA is a prostacyclin mimetic indicated for the treatment of:

- Pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue disease (33%). (1.1)

- Pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability. The study establishing effectiveness predominately included patients with etiologies of idiopathic interstitial pneumonia (IIP) (45%) inclusive of idiopathic pulmonary fibrosis (IPF), combined pulmonary fibrosis and emphysema (CPFE) (25%), and WHO Group 3 connective tissue disease (22%). (1.2)

---------------------**DOSAGE AND ADMINISTRATION**---------------------
- For oral inhalation only. Do not swallow YUTREPIA capsules. Use only with the provided inhaler (2)
- YUTREPIA should be administered 3 to 5 times per day. The contents of each capsule can be inhaled in 2 breaths. (2.1)
- See *Dosage and Administration* for full instructions on dosing of patients who are treprostinil-naïve or transitioning from treprostinil inhalation solution to YUTREPIA (2.1)

----------------**DOSAGE FORMS AND STRENGTHS**----------------
YUTREPIA inhalation powder contained in capsule is available in 4 strengths: 26.5 mcg, 53 mcg, 79.5 mcg, 106 mcg (3)

-------------------------------**CONTRAINDICATIONS**-------------------------------
██████

----------------------**WARNINGS AND PRECAUTIONS**----------------------
- Treprostinil may cause symptomatic hypotension. (5.1)
- Treprostinil inhibits platelet aggregation and increases the risk of bleeding. (5.2)
- Dosage adjustments may be necessary if inhibitors or inducers of CYP2C8 are added or withdrawn. (5.3, 7.1)
- May cause bronchospasm: Patients with a history of hyperreactive airway disease may be more sensitive. (5.4)

----------------------------**ADVERSE REACTIONS**----------------------------
Most common adverse reactions with YUTREPIA (≥10%) are cough, headache, throat irritation, and dizziness. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Liquidia Technologies, Inc. at 1-XXX-XXX-XXXX or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling (Instructions for Use).**

**Revised: 01/2024**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
   2.1 Usual Dosage In Adults
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
   Infections
   5.1 Risk of Symptomatic Hypotension

   5.2 Risk of Bleeding
   5.3 Effect of Other Drugs on Treprostinil
**6 ADVERSE REACTIONS**
   6.1 Clinical Trials Experience
   6.2 Adverse Reactions Identified in Post-Marketing Experience
**7 DRUG INTERACTIONS**
   7.1 Effect of Cytochrome P450 Inhibitors and Inducers
   7.2 Effect of Other Drugs on Treprostinil

**8 USE IN SPECIFIC POPULATIONS**
   8.1 Pregnancy
   8.2 Lactation
   8.4 Pediatric Use
   8.5 Geriatric Use
   8.6 Patients with Hepatic Insufficiency
   8.7 Patients with Renal Insufficiency
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
   12.1 Mechanism of Action
   12.2 Pharmacodynamics
   12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
   13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
   13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
   14.1 Pulmonary Arterial Hypertension (WHO Group 1)
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

## 1 INDICATIONS AND USAGE

### 1.1 Pulmonary Arterial Hypertension

YUTREPIA is indicated for the treatment of pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%).

The effects diminish over the minimum recommended dosing interval of 4 hours; treatment timing can be adjusted for planned activities.

While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase type 5 inhibitor). The controlled clinical experience was limited to 12 weeks in duration [*see Clinical Studies (14)*].

### 1.2 Pulmonary Hypertension Associated with ILD

YUTREPIAis indicated for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability. The study establishing effectiveness predominately included patients with etiologies of idiopathic interstitial pneumonia (IIP) (45%) inclusive of idiopathic pulmonary fibrosis (IPF), combined pulmonary fibrosis and emphysema (CPFE) (25%), and WHO Group 3 connective tissue disease (22%) [*see Clinical Studies (14.2)*].

## 2 DOSAGE AND ADMINISTRATION

### 2.1    Usual Dosage In Adults

YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler.

*YUTREPIA Dosing in treprostinil-naïve patients:*

In patients naïve to treprostinil, therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response.

*Dosing in patients transitioning from treprostinil inhalation solution (Tyvaso):*

Patients transitioning from treprostinil inhalation solution (Tyvaso), can begin YUTREPIA therapy 3 to 5 times per day, in 2 breaths, using the doses specified below (**Error! Reference source not found.**):

**Table 1: YUTREPIA Dosing in Patients Transitioning from Treprostinil Inhalation Solution**

| Current Tyvaso Dose* | YUTREPIA Dose |
|---|---|
| Breaths | mcg |
| ≤5 | 26.5 |

| ≥6 and ≤8 | 53 |
| ≥9 and ≤11 | 79.5 |
| ≥12 and ≤14 | 106 |
| ≥15 and ≤17 | 132.5 |
| ≥18 | 159 |

*Each breath of Tyvaso delivers approximately 6 mcg of treprostinil

In treprostinil-naïve patients and those transitioning from treprostinil inhalation solution, dose increases of 26.5 mcg per dose each week may be implemented, as tolerated. The target maintenance dosage is 79.5-106 mcg, 4 times daily. Doses above 848 mcg per day have not been studied in patients with PAH.

## 3   DOSAGE FORMS AND STRENGTHS

YUTREPIA inhalation powder contained in capsule available in 4 strengths:

- 26.5 mcg: opaque yellow cap and clear body capsule with "LIQUIDIA 26.5" in black radial imprint on capsule cap.

- 53 mcg: opaque green cap and clear body capsule with "LIQUIDIA 53" in white radial imprint on capsule cap.

- 79.5 mcg: opaque blue cap and clear body capsule with "LIQUIDIA 79.5" in white radial imprint on capsule cap.

- 106 mcg: opaque purple cap and clear body capsule with "LIQUIDIA 106" in white radial imprint on capsule cap.

## 4   CONTRAINDICATIONS

None

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Risk of Symptomatic Hypotension

Treprostinil is a pulmonary and systemic vasodilator. In patients with low systemic arterial pressure, treatment with treprostinil may produce symptomatic hypotension.

### 5.2   Risk of Bleeding

Treprostinil inhibits platelet aggregation and increases the risk of bleeding.

### 5.3   Effect of Other Drugs on Treprostinil

Co-administration of a cytochrome P450 (CYP) 2C8 enzyme inhibitor (e.g., gemfibrozil) may increase exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of a CYP2C8 enzyme inducer (e.g., rifampin) may decrease exposure to treprostinil. Increased exposure is likely to increase adverse events associated with treprostinil administration, whereas decreased exposure is likely to reduce clinical effectiveness *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*.

### 5.4    Bronchospasm

Like other inhaled prostaglandins, YUTREPIA may cause acute bronchospasm. Patients with asthma or chronic obstructive pulmonary disease (COPD), or other bronchial hyperreactivity, are at increased risk for bronchospasm. Ensure that such patients are treated optimally for reactive airway disease prior to and during treatment with YUTREPIA.

## 6    ADVERSE REACTIONS

The following potential adverse reactions are described in Warnings and Precautions (5):

–    Decrease in systemic blood pressure *[see Warnings and Precautions (5.1)]*.

–    Bleeding *[see Warnings and Precautions (5.2)]*.

### 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety and tolerability of YUTREPIA was evaluated in an open label study (INSPIRE) of 121 patients with PAH (WHO Group 1 and NYHA Functional Class II [80 patients] and Class III [41 patients]) followed for up to 2 months. The most commonly reported adverse reactions included cough, headache, throat irritation, dizziness, which are known side effects of treprostinil inhalation solution. **Error! Reference source not found.** lists the adverse reactions that occurred at a rate of at least 4% of the overall INSPIRE safety population. The adverse reactions in the INSPIRE study were consistent with those observed in previous studies of inhaled treprostinil.

**Error! Reference source not found.: Adverse Reactions Occurring in ≥ 4% of Patients in the INSPIRE Study**

| Adverse Reaction | Transition*<br>N=55<br>n (%) | Add-On†<br>N=66<br>n (%) |
|---|---|---|
| Cough | 15 (27) | 36 (55) |
| Headache | 14 (25) | 18 (27) |
| Throat Irritation | 5 (9) | 14 (21) |
| Dizziness | 6 (11) | 7 (11) |
| Diarrhea | 3 (6) | 8 (12) |
| Chest Discomfort | 5 (9) | 5 (8) |
| Nausea | 4 (7) | 5 (8) |
| Dyspnea | 3 (6) | 3 (5) |
| Flushing | 1 (2) | 5 (8) |
| Oropharyngeal Pain | 1 (2) | 4 (6) |

*Transition: Patients were on stable doses of treprostinil inhalation solution for at least 3 months prior to enrollment in the study and transitioned to treatment with YUTREPIA.

†Add-on: Patients were prostacyclin-naïve and were taking no more than 2 approved oral PAH therapies for at least 3 months at time of enrollment and addition of treatment with YUTREPIA.

## 6.2    Adverse Reactions Identified in Post-Marketing Experience

The following adverse reaction has been identified during the post-approval use of treprostinil inhalation solution. Because this reaction is reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate the frequency or establish a causal relationship to drug exposure:

- Angioedema

## 7    DRUG INTERACTIONS

## 7.1    Effect of Cytochrome P450 Inhibitors and Inducers

*In vitro* studies of human hepatic microsomes showed that treprostinil does not inhibit cytochrome P450 (CYP) isoenzymes CYP1A2, CYP2A6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP2E1 and CYP3A.

Additionally, treprostinil does not induce cytochrome P450 isoenzymes CYP1A2, CYP2B6, CYP2C9, CYP2C19, and CYP3A.

Human pharmacokinetic studies with an oral formulation of treprostinil (treprostinil diolamine) indicated that co-administration of the cytochrome P450 (CYP) 2C8 enzyme inhibitor gemfibrozil increases exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of the CYP2C8 enzyme inducer rifampin decreases exposure to treprostinil. It is unclear if the safety and efficacy of treprostinil by the inhalation route are altered by inhibitors or inducers of CYP2C8 *[see Warnings and Precautions (5.3)]*.

## 7.2    Effect of Other Drugs on Treprostinil

Drug interaction studies have been carried out with treprostinil (oral or subcutaneous) co-administered with acetaminophen (4 g/day), warfarin (25 mg/day), and fluconazole (200 mg/day), respectively, in healthy volunteers. These studies did not show a clinically significant effect on the pharmacokinetics of treprostinil. Treprostinil does not affect the pharmacokinetics or pharmacodynamics of warfarin. The pharmacokinetics of R- and S- warfarin and the INR in healthy subjects given a single 25 mg dose of warfarin were unaffected by continuous subcutaneous infusion of treprostinil at an infusion rate of 10 ng/kg/min.

## 8    USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

Risk Summary

Limited case reports of treprostinil use in pregnant women are insufficient to inform a drug-associated risk of adverse developmental outcomes. However, there are risks to the mother and the fetus associated with pulmonary arterial hypertension (see *Clinical Considerations*). In animal studies, no adverse reproductive and

developmental effects were seen for treprostinil at ≥9 and ≥145 times the human exposure when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

The estimated background risk of major birth defects and miscarriage for the indicated populations is unknown. All pregnancies have a background risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively.

Clinical Considerations

*Disease-associated maternal and embryo-fetal risk*

Pulmonary arterial hypertension is associated with an increased risk of maternal and fetal mortality.

Data

Animal reproduction studies have been conducted with treprostinil via continuous subcutaneous administration and with treprostinil diolamine administered orally. In studies with orally administered treprostinil diolamine, no adverse effect doses for fetal viability/growth, fetal development (teratogenicity), and postnatal development were determined in rats. In pregnant rats, no evidence of harm to the fetus was observed following oral administration of treprostinil diolamine at the highest dose tested (20 mg/kg/day), which represents about 154 and 1479 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg. In pregnant rabbits, external fetal and soft tissue malformations and fetal skeletal malformation occurred. The dose at which no adverse effects were seen (0.5 mg/kg/day) represents about 9 and 145 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg.  No treprostinil treatment-related effects on labor and delivery were seen in animal studies. Animal reproduction studies are not always predictive of human response.

## 8.2    Lactation

Risk Summary

There are no data on the presence of treprostinil in human milk, the effects on the breastfed infant, or the effects on milk production.

## 8.4    Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5    Geriatric Use

Placebo-controlled clinical studies of treprostinil inhalation solution did not include sufficient numbers of patients aged 65 years and over to determine whether they respond differently from younger patients. The open-label INSPIRE study in PAH patients included 28 patients aged 65 and over in which no age-related differences were noted. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of hepatic, renal, or cardiac dysfunction, and of concomitant diseases or other drug therapy.

**8.6    Patients with Hepatic Insufficiency**

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects with mild-to-moderate hepatic insufficiency. Uptitrate slowly when treating patients with hepatic insufficiency because of the risk of an increase in systemic exposure which may lead to an increase in dose-dependent adverse effects. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Clinical Pharmacology (12.3)]*.

**8.7    Patients with Renal Insufficiency**

No dose adjustments are required in patients with renal impairment. Treprostinil is not cleared by dialysis *[see Clinical Pharmacology (12.3)]*.

## 10  OVERDOSAGE

In general, symptoms of overdose with treprostinil include flushing, headache, hypotension, nausea, vomiting, and diarrhea. Provide general supportive care until the symptoms of overdose have resolved.

## 11  DESCRIPTION

YUTREPIA contains treprostinil sodium, a prostacyclin vasodilator.  The chemical name for tresprostinil sodium is 2-{[(1R,2R,3aS,9aS)-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1H,2H,3H,3aH,4H,9H,9aH-cyclopenta[b]naphthalen-5-yl]oxy}acetic acid, sodium salt with the structural formula:



Treprostinil sodium has a molecular formula of $C_{23}H_{33}O_5Na$ and a molecular weight of 412.49 daltons equivalent to 390.5 daltons of Treprostinil

YUTREPIA inhalation powder contained in a capsule is intended for oral inhalation. The capsule contains white to off-white powder of treprostinil sodium and the inactive ingredients trehalose, polysorbate 80, L-leucine, sodium citrate, and sodium chloride. 26.5 mcg of treprostinil is equivalent to 28 mcg of treprostinil sodium.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

The major pharmacologic actions of treprostinil are direct vasodilation of pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.

### 12.2 Pharmacodynamics

In animals, the vasodilatory effects reduce right and left ventricular afterload and increase cardiac output and stroke volume. Other studies have shown that treprostinil causes a dose-related negative inotropic and lusitropic effect. No major effects on cardiac conduction have been observed. Treprostinil produces vasodilation and tachycardia.

Cardiac Electrophysiology

In a clinical trial of 240 healthy volunteers, single doses of treprostinil inhalation solution 54 mcg (the target maintenance dose per session) and 84 mcg (supratherapeutic inhalation dose) prolonged the corrected QTc interval by approximately 10 ms. The QTc effect dissipated rapidly as the concentration of treprostinil decreased.

### 12.3 Pharmacokinetics

Absorption

in healthy volunteer studies, the systemic exposure (AUC and $C_{max}$) post-inhalation was shown to be proportional to the YUTREPIA doses administered (25 mcg – 150 mcg). The treprostinil mean $C_{max}$, mean $AUC_{inf}$ and median $T_{max}$ following a single inhaled target maintenance dose of 79.5 mcg YUTREPIA were 1.48 ng/mL, 1.04 hr.ng/mL and 0.13 hr, respectively.

Distribution

*In vitro* treprostinil is 91% bound to human plasma proteins over the 330-10,000 ng/mL concentration range.

Metabolism and Excretion

Of subcutaneously administered treprostinil, only 4% is excreted unchanged in urine. Treprostinil is substantially metabolized by the liver, primarily by CYP2C8. Metabolites are excreted in urine (79%) and feces (13%) over 10 days. Five apparently inactive metabolites were detected in the urine, each accounting for 10-15% of the dose administered. Four of the metabolites are products of oxidation of the 3-hydroxyloctyl side chain and one is a glucuroconjugated derivative (treprostinil glucuronide).

Elimination

Following inhaled administration of YUTREPIA, disposition and elimination is monophasic with a half-life of approximately 30 minutes.

Specific Populations

*Hepatic Insufficiency*

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects presenting with mild-to-moderate hepatic insufficiency. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Use in Specific Populations (8.6)]*.

*Renal Insufficiency*

In patients with severe renal impairment requiring dialysis (n=8), administration of a single 1 mg dose of orally administered treprostinil pre-and post-dialysis resulted in AUC0-inf that was not significantly altered compared to healthy subjects *[see Use in Specific Populations (8.7)]*.

# 13 NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

A two-year rat carcinogenicity study was performed with treprostinil inhalation solution at target treprostinil doses of 5.26, 10.6, and 34.1 µg/kg/day. There was no evidence for carcinogenic potential associated with treprostinil inhalation in rats at systemic exposure levels up to 35 times following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]. In vitro* and *in vivo* genetic toxicology studies did not demonstrate any mutagenic or clastogenic effects of treprostinil. Treprostinil sodium did not affect fertility or mating performance of male or female rats given continuous subcutaneous (sc) infusions at rates of up to 450 ng treprostinil/kg/min. In this study, males were dosed from 10 weeks prior to mating and through the 2-week mating period. Females were dosed from 2 weeks prior to mating until gestational day 6.

Oral administration of treprostinil diolamine to Tg.rasH2 mice at 0, 5, 10 and 20 mg/kg/day in males and 0, 3, 7.5 and 15 mg/kg/day in females daily for 26 weeks did not significantly increase the incidence of tumors.

Treprostinil diolamine was tested *in vivo* in a rat micronucleus assay and did not induce an increased incidence of micronucleated polychromatic erythrocytes.

## 13.2 Animal Toxicology and/or Pharmacology

In a 2-year rat study with treprostinil inhalation at target doses of 5.26, 10.6, and 34.1 mcg/kg/day, there were more deaths (11) in the mid- and high-dose treprostinil groups during the first 9 weeks of the study, compared to 1 in control groups. At the high-dose level, males showed a higher incidence of inflammation in teeth and preputial gland, and females showed high incidences of inflammation and urothelial hyperplasia in the urinary bladder. The exposures in rats at mid- and high-dose levels were about 15 and 35 times, respectively, the clinical exposure following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

# 14 CLINICAL STUDIES

## 14.1 Pulmonary Arterial Hypertension (WHO Group 1)

TRIUMPH I was a 12-week, randomized, double-blind, placebo-controlled multi-center study of patients with PAH. The study population included 235 clinically stable patients with pulmonary arterial hypertension (WHO Group 1), nearly all with NYHA Class III (98%) symptoms who were receiving either bosentan (an endothelin

receptor antagonist) or sildenafil (a phosphodiesterase-5 inhibitor) for at least three months prior to study initiation. Concomitant therapy also could have included anticoagulants, other vasodilators (e.g., calcium channel blockers), diuretics, oxygen, and digitalis, but not a prostacyclin. These patients were administered either placebo or treprostinil inhalation solution in four daily treatment sessions with a target dose of 9 breaths (equivalent to 79.5 mcg YUTREPIA) per session over the course of the 12-week study. Patients were predominantly female (82%), had the origin of PAH as idiopathic/heritable (56%), secondary to connective tissue diseases (33%) or secondary to HIV or previous use of anorexigens (12%); bosentan was the concomitant oral medication in 70% of those enrolled, sildenafil in 30%.

The primary efficacy endpoint of the trial was the change in six-minute walk distance (6MWD) relative to baseline at 12 weeks. 6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3-5 hours after bosentan or 0.5-2 hours after sildenafil. Patients receiving treprostinil inhalation solution had a placebo-corrected median change from baseline in peak 6MWD of 20 meters at Week 12 (p<0.001).

The distribution of these 6MWD changes from baseline at Week 12 were plotted across the range of observed values (Figure 11). 6MWD measured at trough exposure (defined as measurement of 6MWD at least 4 hours after dosing) improved by 14 meters. There were no placebo-controlled 6MWD assessments made after 12 weeks.



**Figure 1.    Distributions of 6MWD Changes from Baseline at Week 12 during Peak Plasma Concentration of Treprostinil Inhalation Solution**

The placebo-corrected median treatment effect on 6MWD was estimated (using the Hodges-Lehmann estimator) within various subpopulations defined by age quartile, gender, geographic region of the study site, disease etiology, baseline 6MWD quartile, and type of background therapy (Figure 2).



**Figure 2.**    Placebo-Corrected Median Treatment Effect (Hodges-Lehmann estimate with 95% CI) on 6MWD Change from Baseline at Week 12 During Peak Plasma Concentration of Treprostinil Inhalation Solution for Various Subgroups

## 14.2   Pulmonary Hypertension Associated with ILD (WHO Group 3)

INCREASE was a 16-week, randomized, double-blind, placebo-controlled, multicenter study that enrolled 326 patients with PH-ILD. Enrolled study patients predominately had etiologies of idiopathic interstitial pneumonia (45%) inclusive of idiopathic pulmonary fibrosis, combined pulmonary fibrosis and emphysema (25%), and WHO Group 3 connective tissue disease (22%). The mean baseline 6MWD was 260 meters.

Patients in the INCREASE study were randomized (1:1) to either placebo or treprostinil inhalation solution in four daily treatment sessions with a target dose of 9 breaths (equivalent to 79.5 mcg YUTREPIA) per session and a maximum dose of 12 breaths (equivalent to 106 mcg YUTREPIA) per session over the course of the 16-week study. Approximately 75% of patients randomized to treprostinil inhalation solution titrated up to a dose of 9 breaths, 4 times daily or greater, with 48% of patients randomized to treprostinil inhalation solution reaching a dose of 12 breaths, 4 times daily during the study. The primary efficacy endpoint was the change in 6MWD measured at peak exposure (between 10 and 60 minutes after dosing) from baseline to Week 16. Patients receiving treprostinil inhalation solution had a placebo-corrected median change from baseline in peak 6MWD of 21 meters at Week 16 (p=0.004) using HodgesLehmann estimate (Figure 3).

**Figure 3: Hodges-Lehmann Estimate of Treatment Effect by Visit for 6MWD at Peak Exposure (PH-ILD)**



The treatment effect on 6MWD at Week 16 was consistent for various subgroups, including etiology of PH-ILD, disease severity, age, sex, baseline hemodynamics, and dose (Figure 4).

**Figure 4: Forest Plot on Subgroup Analyses of Peak 6MWD (Meter) at Week 16 (PH-ILD)**

| Subgroup | Tyvaso | Placebo | H-L Estimate (95% CI) | | p-value |
|---|---|---|---|---|---|
| | # of Patients | | | | |
| Overall | 163 | 163 | | 21.0(7.0, 37.0) | 0.0043 |
| Age Group | | | | | |
| <65 years old | 64 | 48 | | 11.0(-11.0, 46.0) | 0.3203 |
| 65 - <80 years old | 83 | 100 | | 27.0(7.0, 46.0) | 0.0111 |
| >=80 years old | 16 | 15 | | 19.5(-38.0, 74.0) | 0.9457 |
| Sex | | | | | |
| Male | 78 | 95 | | 8.0(-12.0, 30.0) | 0.4877 |
| Female | 85 | 68 | | 34.0(12.0, 57.0) | 0.0010 |
| Baseline 6MWD Category | | | | | |
| <=350 meters | 136 | 133 | | 24.0(6.0, 41.0) | 0.0084 |
| >350 meters | 27 | 30 | | 16.0(-16.0, 47.0) | 0.2697 |
| PH-ILD Etiology | | | | | |
| IIP | 65 | 81 | | 32.0(12.0, 55.0) | 0.0030 |
| CPFE | 42 | 40 | | 2.0(-28.0, 32.0) | 0.8742 |
| CTD | 40 | 32 | | 39.0(3.0, 78.0) | 0.0317 |
| Other | 16 | 10 | | 0.0(-89.0, 54.0) | 0.3607 |
| Baseline PVR Category | | | | | |
| <4 WU | 32 | 34 | | -3.0(-26.0, 26.0) | 0.7345 |
| >=4 WU | 131 | 129 | | 28.0(11.0, 46.0) | 0.0019 |
| Maximum Study Drug Dose | | | | | |
| 4-6 breaths | 6 | 2 | | -16.5(-62.0, 29.0) | 0.8481 |
| 7-9 breaths | 37 | 24 | | 18.0(-8.0, 43.0) | 0.2875 |
| >=10 breaths | 78 | 94 | | 30.0(14.0, 48.0) | 0.0006 |

-100    -50    0    50    100
<-Placebo Better    Tyvaso Better->

Time to clinical worsening in the INCREASE study was defined as the time of randomization until 1 of the following criteria were met: hospitalization due to a cardiopulmonary indication, decrease in 6MWD >15% from baseline directly related to PH-ILD at 2 consecutive visits and at least 24 hours apart, death (all causes), or lung transplantation. Treatment with  treprostinil inhalation solution in patients with PH-ILD resulted in numerically fewer hospitalizations. The numbers of reported deaths were the same for both treatment groups (Table 3). Overall, treatment with  treprostinil inhalation solution demonstrated a statistically significant

increase in the time to first clinical worsening event (log-rank test p=0.041; Figure 5), and a 39% overall reduction in the risk of a clinical worsening event (HR=0.61 [95% CI; 0.40, 0.92]; Figure 5).

Error! Reference source not found.: **Clinical Worsening Events (PH-ILD)**

| | | Tyvaso n=163 n (%) | Placebo n=163 n (%) | HR (95% CI) |
|---|---|---|---|---|
| **Clinical worsening** | | 37 (22.7%) | 54 (33.1%) | 0.61 (0.40, 0.92) |
| **First contributing event** | **Hospitalization due to a cardiopulmonary indication** | 18 (11.0%) | 24 (14.7%) | |
| | **Decrease in 6MWD >15% from baseline directly related to PH-ILD** | 13 (8.0%) | 26 (16.0%) | |
| | **Death (all causes)** | 4 (2.5%) | 4 (2.5%) | |
| | **Lung transplantation** | 2 (1.2%) | 0 | |

| | | Tyvaso n=163 n (%) | Placebo n=163 n (%) | HR (95% CI) |
|---|---|---|---|---|
| **First of each event** | **Hospitalization due to a cardiopulmonary indication** | 21 (12.9) | 30 (18.4%) | |
| | **Decrease in 6MWD >15% from baseline directly related to PH-ILD** | 16 (9.8%) | 31 (19.0%) | |
| | **Death (all causes)** | 8 (4.9%) | 10 (6.1%) | |
| | **Lung transplantation** | 2 (1.2%) | 1 (0.6%) | |

**Figure 5: Kaplan-Meier Plot of Time to Clinical Worsening Events (PH-ILD)**



## 16 HOW SUPPLIED/STORAGE AND HANDLING

YUTREPIA is supplied in a carton consisting of 1 capsule based, dry powder inhaler (referred to as "inhaler"), 28 capsules (7 foil blister cards of 4 capsules each), and 7 single-use cleaning brushes. The individual capsule well is connected by an air channel to a separate blister well containing a desiccant strip. Descriptions of YUTREPIA carton by capsule strength are provided in Table 4 below:

**Table 4: YUTREPIA Carton Contents by Capsule Strength**

| Capsule Strength (mcg treprostinil) | Capsule Description | NDC Number |
|---|---|---|
| 26.5 | Opaque yellow cap, clear body, imprinted with "LIQUIDIA 26.5" in black ink radially on cap | 72964-011-01 |
| 53 | Opaque green cap, clear body, imprinted with "LIQUIDIA 53" in white ink radially on cap | 72964-012-01 |
| 79.5 | Opaque blue cap, clear body, imprinted with "LIQUIDIA 79.5" in white ink radially on cap | 72964-013-01 |
| 106 | Opaque purple cap, clear body, imprinted with "LIQUIDIA 106" in white ink radially on cap | 72964-014-01 |

YUTREPIA inhalation powder capsules should only be delivered using the capsule-based inhaler.. The off-white plastic inhaler consists of a blue protective cap marked with YUTREPIA and a base with a mouthpiece, capsule chamber, and two blue push buttons. Discard the inhaler device after 7 days of use or 56 actuations, whichever comes first.

Store at 20°C to 25°C (68°F to 77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature].

Capsules should remain in the blister to protect them from moisture and light, and each capsule should be removed only when ready to administer a dose.

Keep out of the reach of children.

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Instructions for Use).

Train patients in the administration process for YUTREPIA, including dosing, inhaler preparation, administration, cleaning, and maintenance, according to the instructions for use *[see Instructions for Use]*.

To avoid potential interruptions in drug delivery because of equipment malfunction, patients should have access to a back-up.

In the event that a scheduled dose is missed, take another dose as soon as possible.

®Copyright 2021 Liquidia Technologies, Inc. All rights reserved.

Distributed by: Liquidia Technologies, Inc. Morrisville, NC 27560

**HIGHLY CONFIDENTIAL**                                DA0877                                **LIQ_PH-ILD_00000910**

# EXHIBIT 26

**United Therapeutics Tyvaso Forecast (2023-2035)**



CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2

UTC_PH-ILD_009410

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| TD-300 Treated Pts % | | | | | | | | | | |
| DPI Treated Pts % | | | | | | | | | | |

| Net Pricing | | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adcirca | $ | | | | | | | | | | |
| Orenitram | $ | | | | | | | | | | |
| Remodulin | $ | | | | | | | | | | |
| Ralinepag | $ | | | | | | | | | | |
| Neuroblastoma US (Unituxin) per Vial | $ | | | | | | | | | | |
| Neuroblastoma ROW (Unituxin) per Vial | $ | | | | | | | | | | |
| Remodun ROW | $ | | | | | | | | | | |
| Tyvaso ROW | $ | | | | | | | | | | |
| Tyvaso TD-300 | $ | | | | | | | | | | |
| Tyvaso DPI | $ | | | | | | | | | | |
| EVLP XPS | $ | | | | | | | | | | |
| EVLP CLES | $ | | | | | | | | | | |
| XENO | $ | | | | | | | | | | |
| Manufactured Organs | $ | | | | | | | | | | |

| US Net Revenue ($MM) | | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adcirca | $ | | | | | | | | | | |
| Orenitram | $ | | | | | | | | | | |
| Remodulin | $ | | | | | | | | | | |
| Ralinepag | $ | | | | | | | | | | |
| Neuroblastoma US (Unituxin) | $ | | | | | | | | | | |
| Neuroblastoma ROW (Unituxin) | $ | | | | | | | | | | |
| Remodulin ROW | $ | | | | | | | | | | |
| Tyvaso ROW | $ | | | | | | | | | | |
| Tyvaso WHO GROUP 1 (PAH) | $ | | | | | | | | | | |
| Tyvaso WHO GROUP 3 (PH-ILD) | $ | | | | | | | | | | |

**CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2**

DA0880

**UTC_PH-ILD_009411**

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tyvaso IPF | $ | | | | | | | | | | |
| Tyvaso PPF | $ | | | | | | | | | | |
| | | | | | | | | | | | |
| EVLP XPS | $ | | | | | | | | | | |
| EVLP CLES | $ | | | | | | | | | | |
| | | | | | | | | | | | |
| Xeno Kidney | $ | | | | | | | | | | |
| Xeno Hearts | $ | | | | | | | | | | |
| Manufactured Lungs (Scaffolding) | $ | | | | | | | | | | |
| Manufactured Livers (Scaffolding) | $ | | | | | | | | | | |
| **Total** | $ | | | | | | | | | | |
| **Total ($B)** | $ | | | | | | | | | | |
| | | | | | | | | | | | |
| Tyvaso Revenue ($MM) | $ | | | | | | | | | | |
| DPI Revenue ($MM) | $ | | | | | | | | | | |

**CONFIDENTIAL – OUTSIDE COUNSEL ONLY PURSUANT TO L.R. 26.2**

UTC_PH-ILD_009412

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|
| WHO GROUP 1 (PAH) | | | | |
| WHO GROUP 3 (PH-ILD) | | | | |
| IPF | | | | |
| PPF | | | | |

| UTHR Treated Pts (Except Tyvaso) | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|
| Adcirca | | | | |
| Orenitram | | | | |
| Remodulin | | | | |
| Ralinepag (IP Agonist) | | | | |
| *Orenitram Ending Pts* | | | | |
| *Remodulin Ending Pts* | | | | |
| *Ralinepag Ending Pts* | | | | |
| Neuroblastoma US (Vials) | | | | |
| Neuroblastoma ROW (Vials) | | | | |
| Remodulin ROW | | | | |
| Tyvaso ROW | | | | |
| EVLP - XPS | | | | |
| EVLP - CLES | | | | |

**Xeno:** Same # of organs for both or one only?

| | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|
| Xeno Kidney | | | | |
| Xeno Hearts | | | | |
| Manufactured Lungs (Scaffolding) | | | | |
| Manufactured Livers (Scaffolding) | | | | |

| Tyvaso Treated Patients | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|
| Tyvaso WHO GROUP 1 (PAH) | | | | |
| Tyvaso WHO GROUP 3 (PH-ILD) | | | | |
| Tyvaso IPF | | | | |
| Tyvaso PPF | | | | |
| *Tyvaso Ending Pts* | | | | |

**CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2**

**UTC_PH-ILD_009413**



United Therapeutics Tyvaso Forecast (2023-2035)

CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2

UTC_PH-ILD_009414

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|
| Tyvaso IPF | $ | | | | |
| Tyvaso PPF | $ | | | | |
| | | | | | |
| EVLP XPS | $ | | | | |
| EVLP CLES | $ | | | | |
| | | | | | |
| Xeno Kidney | $ | | | | |
| Xeno Hearts | $ | | | | |
| Manufactured Lungs (Scaffolding) | $ | | | | |
| Manufactured Livers (Scaffolding) | $ | | | | |
| **Total** | $ | | | | |
| **Total ($B)** | $ | | | | |
| | | | | | |
| Tyvaso Revenue ($MM) | $ | | | | |
| DPI Revenue ($MM) | $ | | | | |

**CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2**

DA0884

**UTC_PH-ILD_009415**

**United Therapeutics Tyvaso Forecast (2023-2035)**



**US Market by Indications**                                    Notes:

WHO GROUP 1 (PAH)                                              Annual Growth Rate
WHO GROUP 3 (PH-ILD)                                           Annual Growth Rate
IPF                                                           Annual Growth Rate
PPF                                                           Annual Growth Rate

**UTHR Treated Pts (Except Tyvaso)**                          Notes:

Adcirca
Orenitram                                                    avg. growth per year till
Remodulin
Ralinepag (IP Agonist)

*Orenitram Ending Pts*
*Remodulin Ending Pts*
*Ralinepag Ending Pts*

Neuroblastoma US (Vials)                                     Induction 2022;
Neuroblastoma ROW (Vials)

Remodulin ROW
Tyvaso ROW                                                  Follows US launch uptake;          Launch

EVLP - XPS
EVLP - CLES                                                2023 launch
**Xeno: Same # of organs for both or one only?**
    Xeno Kidney                                            Launch
    Xeno Hearts                                            Launch
Manufactured Lungs (Scaffolding)                           Launch
Manufactured Livers (Scaffolding)                          Launch

**Tyvaso Treated Patients**                                  Notes:

Tyvaso WHO GROUP 1 (PAH)
Tyvaso WHO GROUP 3 (PH-ILD)
Tyvaso IPF
Tyvaso PPF

*Tyvaso Ending Pts*

**CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2**

**UTC_PH-ILD_009416**

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | Notes: |
| --- | --- |
| TD-300 Treated Pts % | ██████████████ |
| DPI Treated Pts % | |

| Net Pricing | Notes: |
| --- | --- |

Adcirca
Orenitram
Remodulin
Ralinepag

Neuroblastoma US (Unituxin) per Vial
Neuroblastoma ROW (Unituxin) per Vial

Remodun ROW
Tyvaso ROW

Tyvaso TD-300
Tyvaso DPI

EVLP XPS
EVLP CLES

XENO
Manufactured Organs

**US Net Revenue ($MM)**

Adcirca
Orenitram
Remodulin
Ralinepag

Neuroblastoma US (Unituxin)
Neuroblastoma ROW (Unituxin)

Remodulin ROW
Tyvaso ROW

Tyvaso WHO GROUP 1 (PAH)
Tyvaso WHO GROUP 3 (PH-ILD)

**CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2**

**UTC_PH-ILD_009417**

**United Therapeutics Tyvaso Forecast (2023-2035)**

| US Market by Indications | Notes: |
|---|---|
| Tyvaso IPF | |
| Tyvaso PPF | |
| | |
| EVLP XPS | |
| EVLP CLES | |
| | |
| Xeno Kidney | |
| Xeno Hearts | |
| Manufactured Lungs (Scaffolding) | |
| Manufactured Livers (Scaffolding) | |

| Total |
|---|
| |
| Total ($B) |

**Tyvaso Revenue ($MM)**
**DPI Revenue ($MM)**

CONFIDENTIAL – OUTSIDE COUNSEL
ONLY PURSUANT TO L.R. 26.2

UTC_PH-ILD_009418

# EXHIBIT 27

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference

EVENT DATE/TIME: MARCH 05, 2024 / 5:50PM GMT

**OVERVIEW:**

Company Summary

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000482

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

## CORPORATE PARTICIPANTS

**James C. Edgemond** *United Therapeutics Corporation - CFO & Treasurer*

**Michael I. Benkowitz** *United Therapeutics Corporation - President & COO*

## CONFERENCE CALL PARTICIPANTS

**Joseph John-Charles Thome** *TD Cowen, Research Division - MD & Senior Research Analyst*

## PRESENTATION

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

44th Annual TD Cowen Healthcare Conference. I'm Joe Thome, I'm one of the senior biotech analyst here on the team at TD Cowen. And it's my pleasure to have with me today the team from United Therapeutics. We have President and COO, Mike Benkowitz and CFO and Treasurer, James Edgemond. Thank you both for joining us.

## QUESTIONS AND ANSWERS

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

So maybe just to start things off, congrats on the record revenues in 2023. Maybe just give us a brief overview of the company's recent progress and your outline goals for the rest of this year?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Thanks, Joe, and thanks for hosting us today. Before I get started, my lawyers would want me to say something about forward-looking statements. So there you go. You guys can check out our public filings with the SEC to look at the risks and uncertainties associated with that.

So yes, 2023 was really a fantastic year for us, and I think it sets us up well for the future. What we're really focusing on, really last year, this year and in the future is executing on what we've called the 3 ways of growth that we've been talking about the last few investor conferences and at our last earnings call. So the first wave is what we call the foundational wave, which is really about commercial execution with respect to our already approved products, continuing on the recent growth trajectory from a revenue standpoint with those products.

The second wave is the innovation wave and really there, what we're focused on is development and then eventually commercialization of ralinepag in pulmonary arterial hypertension, PAH and then Tyvaso in IPF or PPF or progressive pulmonary fibrosis.

And then the third wave is what we call a revolutionary wave and that's our organ manufacturing business. And so we now have a really well-rounded multiple shots on goal approach to developing an unlimited supply of commercial organs in the kidney, heart, lung and liver space.

So that's really, I think, at a high level, what we're focused on, specifically with respect to 2024, it's really 4 things. One is to continue, like I said, continued revenue growth in the -- along the same trends that we saw in the last couple of years, 20% plus. We're looking on the innovation side, we're looking to complete enrollment in the ralinepag study and the 2 IPF studies with Tyvaso.

On the revolutionary side, where we expect to complete the preclinical work for the xenokidney and this quarter actually and then hopefully get a meeting with the FDA later this year that will lead to commencing a clinical trial as early as 2025. And then we're also excited with one of our recent acquisitions, Miromatrix, to begin the first human clinical trial with a bioengineered organ, which is the miroliverELAP.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

LIQ_PH-ILD_00000483

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

And the company has previously indicated, hoping to achieve a $4 billion run rate by the end of 2025. I guess what are sort of the key aspects of the commercial franchise that get you there? And maybe what proportion of that is going to come from? Tyvaso versus the rest of the franchise?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So we said $4 billion run rate by mid-decade. So 2025, 2026 in that time frame. And really, if you just kind of draw a line or extend the growth over the last couple of years, we're well positioned to do that. The lion's share of that growth will come from Tyvaso, particularly (inaudible) associated (inaudible) where we are currently the only approved therapy for that disease. Continue to make good traction in identifying those patients that are good candidates for that therapy.

But we also expect to, at a minimum, maintain Remodulin revenues. Though even with that said, last year, we actually had modest growth in Remodulin on our U.S. business, which is, we think, pretty phenomenal given that we've had a generic competitor for 5 years now. And then we expect to run (inaudible) to continue to grow on the heels of the expedite data, which we published a couple of years ago. And then we have a new study with Remodulin to Orenitram transitions, which is our ARTISAN study.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Okay. And obviously, the Tyvaso expansion into PH-ILD has been a huge investor focus and good for the top line. Can you tell us a little bit how many patients have you treated with PH-ILD or rather how penetrated into this market are you? Just kind of overall, where is the franchise there in terms of patient finding and how penetrated drug is?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So for PH-ILD, if you look at the epi data, it's a pretty broad range. I think the epi data suggests anywhere from 15% tied to 85% of the 230,000 ILD patients have or will get pulmonary hypertension. We've tended to really kind of focused on the low end of that range, 15%. So we look at the market as being around 30,000. I think you talked to various KOLs. I'd say it's significantly higher, but 30,000 is a good number for us to start with. It's almost as large as the PAH market. And as I said earlier, we're the only approved product in that space. So that's really kind of how we think about the size of the market right now.

And then in terms of penetration, we're in kind of the low double-digit range there, kind of in that 10% to 15% range and then continue to make progress every month, every quarter, every year and growing that patient base. And so we've undertaken, I think, several steps, which I'm sure I'm going to talk about, to continue to increase that penetration, educate those ILD physicians about pulmonary hypertension, steps they need to go through to screen those patients. And then at that point, they have a decision about whether they want to treat or refer to a PAH clinic.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

And maybe along that point, the company did expand the Tyvaso sales effort and sales force in 2023. Maybe if you can just remind us how large an expansion this was maybe what was driving this decision, if anything different than what you just highlighted? And maybe when will we start to see the impact from that expansion in revenues?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So I mean the expansion actually, I would say, the expansion of our field-based teams actually started about 12 to 15 months ago. So it was broader than just the sales representatives. We increased our medical science liaisons. We increased a team that we call our regional nurse specialists.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

LIQ_PH-ILD_00000484

MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference

So these are nurses that we employ to go in and work with nurses in the office and teach them how to use our products, how to titrate, how to manage side effects.

And then we also deployed last year a team of what we call field reimbursement managers and the goal of that team or the objective of that team is, again, to go work with offices, particularly new prescribers and help them navigate the reimbursement process. We're filling out the referral form with how to write an appeals letter. So educating them on that whole process, because it's a pretty complex process for those practices that are used to dealing with our therapies.

And then the second half of last year, we augmented the sales team. So on a numbers basis, the sales team, we increased like say by maybe 25%. But really, I think the impact is going to be greater than that, because in addition to increasing the size of the teams, we also realign promotional priorities. So we now have a group of sales representatives that are only calling on ILD doctors and talking about PH-ILD. So the magnitude impact of that is greater than 25%, because they're now spending 100% of their time talking about PH-ILD.

And so really, what I think was just a recognition -- the reason we did it was just a recognition by us that we needed to provide more support, there was more opportunity out there that we maybe weren't optimizing. I think we felt like the -- maybe the sales representatives were spread a little (inaudible) of why they were reaching all the prescribers, the frequency by which they were able to talk to them and educate them wasn't where we thought it needed to be.

So that expansion on the sales force started middle of last year. You have to go through the hiring process, the training. So really, they deployed in earnest 1st of this year. And so it'll probably take a couple of quarters, really, I think, to start to see traction on the benefit of that. So as we get to the second half of the year, we would expect to see the payoff from that investment.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And the company does typically highlight seasonality in the fourth quarter and first quarter, at least relative to Q2, Q3. But obviously, in the last quarter, we did see quarter-over-quarter growth in Tyvaso specifically. Did this kind of buck the trend? Or is there underlying seasonality still in Tyvaso? Or what was sort of behind that growth?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So there's a natural seasonality to our business. We talked about this on prior calls. It's really a function of when we look -- at least when you look at the revenue line, because we have 2 specialty pharmacies, right? So it's a closed channel really 2 customers. They have an algorithm for which they can determine how much they're going to order, that's tied predominantly to shipping data in the quarter. So when you get into the fourth quarter, you really lose 2 to 3 weeks with the holidays in terms of shipping days. On the physician patient side, there's also fewer clinic days. So fewer days for physicians to see the patients.

And then we see this phenomenon often typically between Thanksgiving and Christmas where, just because of the complex nature of our therapies, patients will often wait until after the first of the year. So we may have referrals and prescriptions coming in. The starts may not occur until after the 1st of the year. And so that happens really across what we see that to varying degrees across all of our products. And so that -- we saw that in Q4 on a relative basis. But particularly with Tyvaso, we were able to grow through it, right, just because of the volume that was coming through.

Now the interesting thing is we didn't see it the prior year when you're looking at the revenue line, if you look at the underlying drug product going out to patients, we actually grew through it last year, too. The challenge we had last year, as you recall, is we had this inventory adjustment, because we were -- we had the nebulizer. We launched DPI. And so the specialty pharmacies were having to adjust their inventory levels to draw down their nebulizer inventory while they were stocking up on the DPI side. And so when you look at the revenues last year, it looks a little wacky. It looks like we actually had a down quarter, but the underlying metrics were still really strong. And so we saw that again this year as well.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000485

MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And then maybe on the capacity with the DPI is all of that now behind us, nothing related to that? And then maybe if you can give a high-level update on the capacity expansion, just in preparation for IPF and PPF successful?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Yes. So the capacity issues that we were running into last year are behind us. MannKind, who's our partner and is manufacturing DPI for us, made some enhancements to their production lines, so they're able to increase production in the middle part of last year. And then as we move to the second half of the year, where we're seeing the benefit of that. We're bringing online actually this month, a kitting line down in North Carolina, so to keep this at a high-speed kitting line, because that has been sort of our last bottleneck to the extent there was one is that we were using a third party and they weren't moving as they were limited on how fast it could move. So now we've got a high-speed kitting line.

So those issues are behind us and the specialty pharmacies are able to order, rely on fleet within their contractual limits. We're starting to build up a little bit of inventory ourselves and that will just continue as we move into the balance of the year. Not to mention MannKind is adding 2 high-speed filling lines. And so that will increase our capacity when that comes online later this year, that will increase our capacity to support up to 25,000 patients a year.

And then as we think about IPF, just to kind of round that out, we have a new production facility that we broke ground on last year in North Carolina to further manufacture DPI and that will have a capacity for an additional 50,000 patients. And that should come online right around the time that we launch into IPF.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. Maybe on the Tyvaso DPI uptake in the field yesterday on our physician panel, the doctor indicated, there's actually still quite a bit of use of the nebulized product, especially during maybe dose titration and getting patients up to speed. Maybe overall, can you tell us where are people using the DPI? Are they converting their new patients? And are you seeing the same level of use of nebulizer to DPI? Or how is it fitting in?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So if you look at our revenues the last few quarters and the last couple of quarters, I guess, where we've broken out DPI and nebulizer, I think it's roughly a 60-40 split in terms of DPI. And that's tracking well when we look at the patient level data in terms of the mix of patients. I would say that new prescriptions coming in, new referrals coming in are more along the lines of 70-30. So over time, you would expect -- we would expect that the revenue is going to reflect that, and I think it will.

So in terms of where the DPI is coming from, initially, it was a lot of transitions of patients on nebulizer that wanted the benefit or the convenience of the DPI. That's largely played out at this point. So patients that were on the maintenance dose of neb and wondering to transition to DPI have transitioned over. And so DPI now is really -- I think it's really kind of starting to solidify itself as sort of frontline prostacyclin therapy in PAH and then obviously in PH-ILD which we've talked about.

So those are -- on the PHI there's going to be prostacyclin-naive patients. Could also -- we are also seeing some transitions from the orals. So selexipag, for instance, if patients aren't doing well. That might be the next stop, depending on where the patient is in their disease progression.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Okay. And then we do have an FDA decision coming up for Merck sotatercept later this month. Maybe if you could talk just a little bit about how you expect sotatercept to impact the PAH business, I guess just the landscape overall and then -- and as it relates to your top line as well or any of the product usage?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000486

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. I think over the, I mean, the medium to long term, we don't really see it impacting our business in a material way. And it's another therapy, they have very good clinical data. It's great for patients. I think as you look at -- you peel back the onion or the covers and look at their data and where it was used, how it was used. I think the things that we're really encouraged about is that 70% of the patients were on a background prostacyclin, like a Remodulin or Orenitram. So it does seem to suggest that those 2 products work well together.

So it's -- the other thing I would say is it's not a cure, it's not a replacement for prostacyclin. I think patients are still going to need prostacyclin. Increasingly, polytherapy is becoming the norm in PAH. And so you have the various pathways you cover with a PDE5 and the [RRA] prostacyclin, and this is the fourth pathway. So I think it's additive to the products that are out there. I don't really see it as being a replacement for any one product, including ours.

And I think the nice thing for the patients and us from a financial standpoint is if the drug is working really well, then sensibly the patients are going to live longer, they're going to stand our therapies longer. So that's kind of how we see it's another the tool of the toolkit for the physicians to use. But long term, we don't really see it impacting our business.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And obviously, there's some ongoing litigation with Liquidia. So we're not going to ask specifically about those decisions. But I guess how do you see Liquidia as a potential competitor? Is that factored into your business model at all? Or maybe why is the DPI, even if liquidity were to come to market saying PAH could be the preferred agent?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Did you say why would Liquidia become the -- I think I believe -- we believe Tyvaso will continue to be the preferred agent for very -- I mean the big one is that we've got 2 years of patient data, thousands of patients on the product. The patients are -- satisfaction level is incredibly high both by the physicians and by the patients. And so they have that experience with our product, which is incredibly helpful.

I think -- we think the convenience of our device as a differentiator. Ours is one (inaudible) per session. Their's is 2. Ours doesn't require cleaning. Their's does. We don't have a max label dose. And so we just think, all in all, the patients and the physicians are going to prefer our product. We think the other thing that's attractive about our devices are just what's called a low-flow device and so that means that it requires less patient effort to actually breed the drug.

And then as a result of that, that property or that characteristic. The drug is actually getting deeper into the lungs. So what you see with a high flow device, which is what their device is. So we think all in all, the totality of the characteristics of our device are going to be preferred by physicians and patients.

And then on the payer side, you were in these discussions right now with payers and kind of working that out. But I think we're feeling increasingly confident that there's not going to be preference, so it's going to be a level playing field. So it's really going to be up to the patient and the physician, and we feel confident about how we're going to do there.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And then you mentioned earlier the Tyvaso in IPF and PPF yesterday on the panel, again, the physicians are really impressed with the increased data and sort of even in the placebo patients when you give Tyvaso, you do see that recovery in FVC. I guess what in the data package has resonated best with physicians? And maybe what -- can you update us on the status of the IPF and PPF program?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000487

MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Well, I think the main thing is the FVC improvement that we saw in the increased data, the physicians have been really excited about it. This trial has been enrolling incredibly fast. We were able to actually increase the sample size last year without sacrificing any of our time lines. So I think both trials now are -- there's 2 trials. There's a U.S. trial. There's a rest of world trial, both our sides are around 575 patients. And we expect to complete enrollment this year in both trials. It's a 52-week study. So we'll get the last patient in end of -- towards the end of 2025 and then expect to have a readout soon thereafter.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And can you talk a little bit about the addressable patient population in IPF, PPF? I guess, where would the drug fit in into this treatment paradigm?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. So for IPF in the U.S. We see that as a patient population of about 100,000 patients. And in the TETON trials, patients can be on background therapy. So it will be additive to the existing therapies that are out there. In PPF, it's we think it's roughly 60,000 patients in the U.S.

So again, another unmet need that where patients can benefit from Tyvaso. And then in the case of IPF, I think we'll actually do this in PPF, but IPF for sure, we designed that to support our European filing. So we would expect to file in Europe and launch there soon after getting FDA approval.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. Maybe jumping over to the oral prostacyclin side of the business. I know we've discussed previously how some of the Orenitram data maybe hasn't or kind of was impacted by COVID in terms of relaying that to physicians, which maybe didn't get the full impact of that data set out to the market. I guess how is Orenitram launching now? How big do you think this could get? And then we'll dive into ralinepag after that.

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Yes. So I mean, it's interesting with Orenitram, because if you look at the clinical data for all of our products, it's far and away our best data. I mean you've got clinical works team, you've got improvement in some of the risk factors that physicians look at for patients in PAH. You've got an indication of survival at a cost that's actually less expensive than (inaudible).

So the whole package there is -- the value prop for Orenitram, we think is really high. I think the challenges that we see sometimes with Orenitram is its titration is good and bad, right? I mean it's good that you can titrate up. It's also a little bit more complicated to communicate to the patient. And then you have just the normal side effect things that happen with the prostacyclin. And so I think the words getting out on the data. I think what we have seen or what we found is that the -- I think the ideal place to use Orenitram is after Remodulin.

So that was the whole point behind the expedite study. So these aren't Remodulin patients that are sitting on Remodulin for years and transitioning over. Although we do have patients like that. But the idea with the expedite study was to take a patient that you would otherwise start on Orenitram, start them with Remodulin, get them up to a good dose over a period of weeks. Some doctors have done it in days, but really the study was to do it over a number of weeks, then be able to transition the patient over to a higher level dose of Orenitram with fewer side effects.

And so I think we're finding increasingly that the doctors are using that protocol to start patients on Orenitram. So that's really starting to get traction. And I think that's why we're seeing continued growth on Orenitram and that should continue.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000488

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

And then you have ralinepag in clinical development. I guess, how would this fit into the treatment paradigm as it is right now? Would this be sort of a direct swap for Orenitram? Obviously, we talked about dose titration just now and sort of some of the data you have in relation to Remodulin. But could all of that be essentially seen as also captured in ralinepag? Or do you see it in a different setting?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

I think it remains to be seen. I think we'll see what the trial bears out in terms of the efficacy titration, how high (inaudible) and patient outcomes. And I think we certainly see it as a direct competitor to selexipag is the same class of drug, IP receptor agonist. And so -- and with the once-daily dosing, we think that that's going to be an attractive option or alternative to selexipag. And then like I said, depending on the data, we'll see how that competes with Orenitram and there are properties of prostacyclin that patients benefit from over an IP receptor agonist. I think regardless of how this plays out, there's always going to be a role for Orenitram.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. Maybe on the xenotransplantation side, the company has indicated that they're now in pivotal preclinical studies for the xenotransplantation therapy. Maybe just at a high-level progress on that side of things? And what are sort of the pivotal preclinical studies that you need ahead of moving into the clinic?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Going to let my friend, James, answer a question.

**James C. Edgemond** - *United Therapeutics Corporation - CFO & Treasurer*

Yes. Thank you. So overall, we are continuing to make very good progress. And as lead Dr. Leigh Peterson said on the last earnings call, we are in discussions with the FDA in terms of satisfying their request for data in baboon studies. And so we're progressing those final studies this year, continuing conversations with the FDA with the goal next year, Joe, early of 2025 to get an IND approved for human clinical trials in xenotransplantation. So that's kind of the goal. And I think the progress has continued. And as an organization, we're very excited, and we're doing what the FDA has asked at this point.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And as it relates to the xenotransplantation side of the business. Can you remind us the current footprint that you do have in terms of facilities and maybe what spend was associated with the current (inaudible)?

**James C. Edgemond** - *United Therapeutics Corporation - CFO & Treasurer*

Sure. So what we announced a few weeks ago was we did a ribbon-cutting grand opening for a facility in Christiansberg, Virginia that we will use for growing the pigs that will be used for human clinical trials. And what we've said publicly is that facility was about $75 million that we established, we finished construction, and that will -- we're starting to get ready again to play into the time lines of working with the FDA to start human clinical trials in early or 2025. And that should be a good footprint for us to get to where we need. And then from there, we would expand into the commercial designated pathogen-free facilities.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV** ⟋

LIQ_PH-ILD_00000489

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

And that is one of the questions that we do get is how large of an expansion you would need to do for commercial opportunities. So what is the company thinking in regards to that? How many facilities would you need? And maybe what are the major derisking steps? Obviously, you mentioned the derisking steps to get to where you're at right now. But in order to turn on that additional investment, what would you want to see, I guess, in the clinic?

**James C. Edgemond** - *United Therapeutics Corporation - CFO & Treasurer*

Yes. Thank you. So we've talked publicly about in terms of these areas, we do want to initially start, and I'll talk about when. But with the commercial DPF facility and we've targeted a range for a cost to be between $1 billion and $2 billion. I think it will settle out somewhere in between and you can average use an average of $1.5 billion. What we are anticipating and planning to do is once we get an IND approved with the FDA, we will evaluate kind of the protocol there and start to understand how the clinical trial can roll out.

What we will do at that point because it's going to take about 3 years to build a commercial-scale designated pathogen-free facility, but we want to make sure we're doing it in a very thoughtful and methodical way. So that the human clinical trial moves forward, we're understanding that process and then starting to construct the facility. But we're going to do it in a way where we can watch the clinical trial and we can start to spend money because we won't downstroke a check in day 1 for $1.5 billion on average, but that will happen in time, and we want to be very thoughtful, methodical about how we spend the money and making sure that we understand the clinical trial and where it's going so that we can make sure at the end of that clinical trial, we're in a situation and a position to be able to supply transplantable organs to those in the.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. And on the last quarterly update, the company did announce that the FDA has cleared the IND for the miroliver ELAP program. Maybe just overall. Can you discuss the rationale for the Miromatrix acquisition? And what would an initial trial look like post this IND?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Yes. So the Miro we did -- we actually did 2 acquisitions last year, Miromatrix, and IVIVA. And really, the goal there, the objective there was really to kind of round out our organ programs. That gives us some more shots on goal. So we had been -- we had the xeno programs that we've talked about. We have a regenerated lung program, and then we have an autologous lung program on a 3D-printed scaffold that we've been working on. So this gives us another shot -- more shots on goal in the kidney and the liver. So that was really the rationale behind doing those.

In terms of the miroliver ELAP trial, I think the important thing there is that it serves the first bioengineer organ that's going into clinical trial. I think as a product, it's probably a niche product, but it kind of starts or continues our discussion with the FDA around what this clinical trial design look like and for all of our programs. So that's really, I think, the more important thing to think about with the ELAP.

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. Obviously, touch on those 2 acquisitions, discussed about investment in the facilities for the xeno pipeline. Potentially, we'll have a lot of cash if you mean your goals over the next several years. I guess how does BD factor into that is BD a priority for the pipeline? And what would you be interested in?

**James C. Edgemond** - *United Therapeutics Corporation - CFO & Treasurer*

Yes. So thank you. So just to remind maybe the audience, we do have a capital allocation kind of waterfall. And in order the priorities for us continue to be research and development, which means we're investing in ourselves, both in clinical trials as well as facilities. And the second capital allocation

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

LIQ_PH-ILD_00000490

**MARCH 05, 2024 / 5:50PM, UTHR.OQ - United Therapeutics Corp at TD Cowen Health Care Conference**

priority is business development. And there, we do dedicate time, dedicate resources to look at opportunities that we can bring into the organization to provide the highest and best use of capital. We try and be very thoughtful. And we look at organizations that are synergistic to the strengths of UT and the unitarians for manufacturing to sales, the clinical trials and even as Michael just discussed, show in manufactured organs.

So it is something that we continue to look at. We just want to be very thoughtful about bringing something in and making sure we have the right resources to advance that forward and the areas could be cardiovascular, again, things where we have strength and knowledge of rare lung disease. Again, as Michael talked about, getting into the organ manufacturing space to supplement and bring in new ideas and technologies that advance that overall program forward.

---

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Perfect. Excellent. And with that, we are out of time. So thank you all for joining us.

---

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Thank you.

---

**James C. Edgemond** - *United Therapeutics Corporation - CFO & Treasurer*

Thank you.

---

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2024, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000491

# EXHIBIT 28

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

EVENT DATE/TIME: MAY 03, 2023 / 1:00PM GMT

**OVERVIEW:**

UTHR reported 1Q23 revenues of $0.5b.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000503

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

## CORPORATE PARTICIPANTS

**Dewey Steadman** *United Therapeutics Corporation - Head of IR*

**Leigh Peterson** *United Therapeutics Corporation - SVP of Product Development*

**Martine A. Rothblatt** *United Therapeutics Corporation - Founder, Chairman & CEO*

**Michael I. Benkowitz** *United Therapeutics Corporation - President & COO*

## CONFERENCE CALL PARTICIPANTS

**Andreas Argyrides** *Wedbush Securities Inc., Research Division - Analyst*

**Ashwani Verma** *UBS Investment Bank, Research Division - Director of Americas Equity Research & US Specialty Pharma Analyst*

**Eun Kyung Yang** *Jefferies LLC, Research Division - MD & Senior Equity Research Analyst*

**Hartaj Singh** *Oppenheimer & Co. Inc., Research Division - Research Analyst*

**Jessica Macomber Fye** *JPMorgan Chase & Co, Research Division - Analyst*

**Joseph John-Charles Thome** *TD Cowen, Research Division - MD & Senior Research Analyst*

## PRESENTATION

**Operator**

Good morning, and welcome to the United Therapeutics Corporation First Quarter 2023 Earnings Webcast. My name is Danielle, and I will be your conference operator today. (Operator Instructions)

Please note this call is being recorded. I would now like to turn the webcast over to Dewey Steadman, Head of Investor Relations at United Therapeutics.

---

**Dewey Steadman** - *United Therapeutics Corporation - Head of IR*

Thank you, Danielle, and good morning. It's my pleasure to welcome you to the United Therapeutics Corporation First Quarter 2023 Earnings Webcast. Accompanying me on today's call are Dr. Martine Rothblatt, our Chairperson and Chief Executive Officer; Michael Benkowitz, our President and Chief Operating Officer; James Edgemond, our Chief Financial Officer and Treasurer; and then Pat Poisson, our Executive Vice President of Technical Operations; and finally, Dr. Leigh Peterson, our Senior Vice President of Product Development.

Remarks today will include forward-looking statements representing our expectations or beliefs regarding future events. These statements involve risks and uncertainties that may cause actual results to differ materially. Our latest SEC filings, including Forms 10-K and 10-Q, contain additional information on these risks and uncertainties, and we assume no obligation to update these forward-looking statements.

Today's remarks also may discuss the progress and results of clinical trials or other developments with respect to our products. These remarks are intended solely to educate investors and are not intended to serve as the basis for medical decision-making or to suggest that any products are safe and effective for any unapproved or investigational uses. Full prescribing information for these products are available on the products' websites.

Now I will turn the webcast over to Dr. Rothblatt for an overview of our first quarter 2023 financial results and the business activities of United Therapeutics. Martine?

---

2

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000504

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Thank you, Dewey. Very excited to welcome everyone to another great quarter at United Therapeutics. We are thrilled to continue on course toward our mid-decade goals of 25,000 patients being treated for pulmonary hypertension and the doubling of our revenue run rate. This quarter, we moved toward those goals with double-digit revenue growth from first quarter '22 to first quarter '23. And that also includes, by the way, nearly 40% growth in our main growth driver, which is Tyvaso.

I think our double-digit growth rate remains a solid forecast even with the possibility of new FDA approvals of sotatercept or Liquidia. The reason is that sotatercept has not even been tested in our main growth market of Group 3 pulmonary hypertension. Indeed, systemic drugs are generally contraindicated there due to them causing V/Q or ventilation-perfusion mismatch. In the disease sotatercept was tested in, Group 1 pulmonary arterial hypertension, we expect it to be complementary to either our Orenitram, Tyvaso or Remodulin products. So we don't forecast a realistic threat from sotatercept to our growth.

(inaudible) Liquidia, if approved, also does not challenge our projected double-digit growth. It's because it's not a generic product, but is instead a strongly differentiated drug device product requiring 65% more drug to even match Tyvaso's effect based on their own clinical trial data.

Also exciting to report this quarter is the robust progress in our pipeline. We are spot-on target to fully enroll our current big Phase III trials by the end of next year, each of which have their own billion-dollar potential. In other words, the pipeline [shown] embeds more than double our current total revenues, and then there is the aforementioned organic doubling of our revenues from our existing products already commercialized and now entering the market, such as Tyvaso DPI, Remunity and our new Orenitram dose titration kits.

I'm also very excited to report big news on the use of capital front. We have allocated $0.5 billion to a new Tyvaso DPI manufacturing facility in Research Triangle Park, North Carolina, with 50,000 patient capacity. And by the way, this is in addition to our existing nearly $100 million allocation of capital to our new clinical xenotransplantation facility in Virginia.

By the way, speaking about transplant, I'd like to thank the dozens of our shareholders and other stakeholders who sent me Amy Silverstein's superb story of her heroism in the face of heart transplants and immunosuppressants. In that vein, I wanted to take a moment to update everyone on what we at United Therapeutics are doing to effectuate Amy's quest.

In our own lab center company, we reprogrammed differentiated cells from patients back to stem cells called iPSCs, or inducible pluripotent stem cells. By the end of this year, we'll be creating iPSCs from 2 patient donors every single month. In our own labs, we differentiate cells into different types of cells needed for cellularizing different organs, such as lung, including stromal cells and epithelial cells and different types of alveolar cells.

In our own labs, we grow differentiated cells in 3D chambers into the billions of cells needed to cover each organ. Indeed, in our own labs over the past 3 years, we have produced about 2 trillion cells every year.

Also in our own labs, we cellularize our organ scaffolds with the cells that we have expanded. Indeed, last month, we achieved a kind of (inaudible) level of proof of concept for one of our own cellularized lungs, provided a pig model with the level of (inaudible) considered acceptable for human lung transplants.

Again, in our own labs, we produce this time under GMP conditions about 500 lung scaffolds every year and are now working on 3D printing kidney and liver scaffolds in partnership with 3D Systems. In short, Amy's vision of an immunosuppressant-free organ transplant is realistic for this decade, the 2020s.

Here at United Therapeutics, we expect to have patient-derived, stem cell-differentiated autologous lungs, kidneys and livers in the clinic within 5 years. Hearts could also be done. No immunosuppressants would be needed because the transplanted organs will have the same DNA as the patient. So it is really the best of times here at United Therapeutics with record revenues, another $0.5 billion quarter, record pipeline potential, $2 billion-plus opportunities and record deployment of capital and business expansion.

3

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV** ⅂

LIQ_PH-ILD_00000505

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

At UT, our mantra is go big or go home. We are going big on pulmonary hypertension. We are going big on pulmonary fibrosis. And we are going big on creating an unlimited supply of transplantable, tolerable organs. Mike Benkowitz, our President and Chief Operating Officer, will now give you a deeper dive into the business. Mike?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Thanks, Martine, and good morning, everyone. We're pleased to report yet another quarter of meaningful growth for our treprostinil business. And as Martine said, we're really excited to have quarterly revenues of more than $500 million for the second time in our company's history.

As usual, I'm going to provide some color around what we're seeing with respect to each of our treprostinil products: Tyvaso, Remodulin and Orenitram. For Tyvaso and Tyvaso DPI, underlying physician and patient demand for Tyvaso remained exceptionally strong in the first quarter as we continue to grow our Tyvaso active patients at a clip consistent with the patient growth trends for the prior 3 quarters.

We saw a record number of referrals, which is what we call prescriptions, and new patient starts during the first quarter. We also continued to increase the breadth and depth of the Tyvaso prescriber base. Since the PH-ILD launch in 2021, we have now doubled the number of Tyvaso prescribers. That's our breadth metric. And in terms of prescribing depth, I've mentioned on prior calls that our key metric here is the number of prescribers with 3 or more Tyvaso patients.

I'm really happy to report that we've also doubled the number of prescribers in this category. The 3-plus Tyvaso prescribers now represent about 40% of all prescribers, which means we still have an opportunity to expand depth, which should pave the way to further accelerate Tyvaso growth over time.

The first quarter performance for Tyvaso saw the usual early year seasonality with respect to patient discontinuations due to insurance changes and also as usual, discontinuations returned to normal levels in February, March and in April. Importantly, discontinuations for Tyvaso DPI continue to run well below that of nebulized Tyvaso, reflecting patient satisfaction with Tyvaso DPI. So overall, we believe the underlying strength of the Tyvaso business is great.

Looking at first quarter revenue, as I said in the past, due to the nature of our business, we regularly encourage investors to look at longer-term revenue trends compared to quarterly revenue fluctuations. With that said, there were 3 main factors that impacted Tyvaso revenue in the first quarter, given that we're essentially in the middle of 2 product launches within the Tyvaso franchise, PH-ILD and then Tyvaso DPI.

First, and as we discussed last quarter, our specialty pharmacies are still rightsizing orders for the correct DPI and nebulized mix. In the third quarter of last year, specialty pharmacies made significant orders of nebulized Tyvaso in anticipation of increased PH-ILD demand without fully appreciating the potential for Tyvaso DPI demand.

Moving to the fourth quarter of last year and the first quarter of this year, we saw unexpectedly strong demand for Tyvaso DPI relative to nebulized Tyvaso. And the specialty pharmacies needed to reduce its nebulized inventory, which reduced Tyvaso revenue well under patient -- well under actual patient demand in the fourth quarter of 2022 and the first quarter of this year.

Second, we're seeing a higher level of PAP utilization for Tyvaso DPI than we expected. We believe this is a short-term phenomenon and will subside to a large degree when the Medicare changes that are part of the Inflation Reduction Act go into effect starting next year.

Finally, due to the incredible demand for DPI and the fact that we launched immediately upon approval without building inventory, we have not been able to allow specialty pharmacies up to their contractual minimum inventories each month. Based on our DPI demand trends and forecast, this is something that could persist for the balance of the year. Having said that, we are taking steps to increase DPI production capacity in both the short and medium term.

First, our partner, MannKind, is activating a second production line and additional kitting capacity from which we expect to see increased DPI supply as soon as this quarter. Second, and in parallel, MannKind is also on track to significantly expand manufacturing capacity in the first half of

4

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000506

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

next year to support up to 25,000 Tyvaso DPI patients a year. And finally, as Martine mentioned, we have initiated a construction project to build a new UT-owned and operated Tyvaso DPI manufacturing facility. That facility is intended to provide enough capacity to support an additional 50,000 DPI patients per year and with expansion capacity for up to 75,000 DPI patients.

Turning to Remodulin. This business continues to be incredibly resilient, even though it's faced a generic competitor for almost 4 years now. We saw the second highest number of referrals for Remodulin in the first quarter. And after a small dip in active patients following the generic launch of a subcutaneous version of Remodulin, our active patients are back to pre-generic levels. Remunity continues to gain traction in the market as it is the only subcutaneous pump widely available for new Remodulin patient starts, with Remunity representing over half of our monthly subcu Remodulin shipments during the quarter.

Finally, Orenitram had a very solid quarter, achieving record number of patients on therapy and record revenues. We launched a 90-day titration kit during the first quarter, which simplifies dosing and titration for new patients. While still early, physician and patient feedback has been very positive around the convenience of these new kits. There continues to be a lot of buzz in the physician community around the EXPEDITE data we top-lined last October, demonstrating that prostacyclin induction with Remodulin can lead to double the average Orenitram dose when patients shift to oral therapy and in a shorter period of time as compared to patients who do not have a Remodulin induction. We expect to publish a peer-reviewed manuscript detailing the study in the coming months.

To wrap up, we're very pleased with the overall treprostinil business, led by the incredible demand for Tyvaso DPI, and we believe we're on our way to hitting our goal of a $4 billion revenue run rate. With that, I'll turn the call back over to Martine to start the Q&A session.

---

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Thank you so much, Mike. Those were terrific insights into every one of the products. Really appreciate that color that you shared with everyone. Operator, could you please open the phones, and I will sort the questions to the person most appropriate for answering them.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question comes from Joseph Thome of TD Cowen.

---

**Joseph John-Charles Thome** - *TD Cowen, Research Division - MD & Senior Research Analyst*

Mike, I know you mentioned that the Tyvaso DPI discontinuations are a little bit lower than what you were seeing with the nebulized Tyvaso. Maybe what are the expectations for the Tyvaso DPI average time on therapy versus what you were seeing with the nebulizer? And as we see sotatercept potentially launching maybe next year, do you expect the Tyvaso time on therapy could actually increase as these patients kind of continue to do maybe better than they did without sotatercept? Or would they intend -- maybe ramp down their prostacyclin use? How do you expect that to kind of play out?

---

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Mike, looks like Joe directs his question to you.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000507

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Thanks, Joe. So I think overall, we're really encouraged by the lower level of discontinuation rates with Tyvaso DPI. And we do think that, that augurs well for increased time on therapy. To put a number on that, I think it's still a little early to kind of say definitively what that's going to be. But certainly, patient satisfaction has been really high with Tyvaso DPI. I think it's led to better adherence, better compliance and that leads to patients doing better, and then that will ultimately lead to patients staying on therapy longer. So I think your premise, your hypothesis that time on therapy will increase with DPI over time is absolutely right. And that's something we're certainly expecting.

Similarly, I think sotatercept probably helps in that regard as well. If you look at the underlying data in the sotatercept study, 70% of the patients in that study were on a background prostacyclin. So as Martine said in her opening comments, we think there's a lot of complementary effects between prostacyclin and sotatercept. And so we would expect that when sotatercept is launched into the market, that will continue and patients will experience a nice benefit between the 2 products as well as the other products on background therapy and should continue to lead to increased time on therapy.

---

**Operator**

Next question comes from Hartaj Singh of Oppenheimer.

---

**Hartaj Singh** - *Oppenheimer & Co. Inc., Research Division - Research Analyst*

Nice update, everybody. Just had a question on Orenitram and the EXPEDITE study. I know at ERS last year in Barcelona, really big updates there and educating the patient-physician community. It seems like at ATS this year, again, you will kind of delve into that. If you can just talk to us a little bit about what the patient flow is. Are patients mostly starting on Remodulin and then going over to Orenitram? Or are they still starting on Orenitram -- or what's the breakdown? And then how can we expect sort of that to benefit Orenitram going forward? I know it already is, but could that add even more going forward?

---

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Great question, Hartaj. Mike, I think you'd, again, be the best person to address that question.

---

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. Thanks, Hartaj, for the question. So in terms of kind of the mix of patients between starting de novo on Orenitram and transitioning from Remodulin, I think it's roughly, call it -- 2/3 roughly, 2/3 of patients are starting de novo on Orenitram right now. And as I mentioned in my comments, I think the fact that we've got that titration -- new titration kit, I think that's going to continue to help patients titrate up on Orenitram, starting de novo, and then the balance are transitions from Remodulin.

I still believe that there will be patients that will start de novo on Orenitram over time once we really fully, I think, take advantage of the EXPEDITE data. But I also think it's true that Tyvaso DPI is proving to be so convenient for patients, and it's almost sort of your gateway drug to prostacyclin. So I think over time, you're going to see a higher number -- higher percentage of patients initiate prostacyclin therapy on DPI, even over the orals, both Orenitram and selexipag.

And so the thing that we really like about the EXPEDITE data and then the ARTISAN study, which we've talked about on prior calls, is it's an opportunity to take these maybe functional class III patients or even IV patients in the case of ARTISAN, start them on Remodulin, get their hemodynamics down -- closer to normal levels. And then you can flip them over to Orenitram and really use Orenitram as their maintenance drug and continue to titrate up as you need. And if they     if over time, they decline, then you can obviously switch them back to Remodulin.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000508

But we really see that as sort of a key position for Orenitram as we move forward over the next several years. And in some, it really just kind of speaks to the flexibility of treprostinil and the fact that we've got these different delivery options. And so it really just, I think, allows us to kind of meet the patient -- the physician where the patient is in their disease progression.

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Great. Thanks so much, Mike. That was really beautiful, the way you were able to describe that with ARTISAN and EXPEDITE and the whole rapid transition to oral. We're able to get patients into a stable equilibria, if you will, with their pulmonary artery pressures down around, I would say, below 40 millimeters of mercury. And there's like an increasing volume of data out there, well over a dozen scientific papers that have shown that patients with pulmonary hypertension who are managed in this kind of potential, well between 30 and 40 millimeters of mercury, are able to achieve very long-term survival, 10, 20 years out to the limit of the papers -- of the data that the papers had access to. And those are papers by independent physicians, not from us.

So we really believe that our initial mission of the company of being able to keep patients with pulmonary hypertension living with pulmonary hypertension instead of dying from pulmonary hypertension has been very largely achieved with the combination of parenteral prostacyclin to rapidly get their pressures down and then oral prostacyclin, Orenitram, to be able to keep them stable in the long term.

**Operator**

The next question comes from Jessica Fye of JPMorgan.

**Jessica Macomber Fye** - *JPMorgan Chase & Co, Research Division - Analyst*

On the plans to increase capacity for Tyvaso DPI, that sounds pretty bullish with respect to the anticipated demand trends there. And it sounds like you're seeing nice net patient adds as well. But can you just confirm whether there's any capacity constraint on DPI right now that's at all limiting to patient adds? Or is it that you're keeping up with patient demand and then in the near term, the capacity is maybe just keeping the specialty pharmacies from reaching target inventory levels?

And just related to that, I think you said Tyvaso net patient adds were in line with the past 3 quarters. Can you just remind me what that run rate was that you're tracking in line with?

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Okay. Thanks so much for the questions, Jess. There were several questions there. So let me start with the production expansion questions. And then, Mike, if you could queue up your responses to the rest of the questions that Jess asked there.

So Jess -- so we are pretty bullish on our forecast for Tyvaso DPI. And the maximum capacity of the MannKind facility up in Danbury, Connecticut will be -- by the beginning of next year will be for 25,000 DPI patients. So we'll be entering '24 with a capacity for 25,000 patients.

Now as I mentioned in my introductory remarks, our company's goals for the middle of the decade are being able to treat 25,000 pulmonary hypertension patients. So if a large proportion of those 25,000 patients are on Tyvaso DPI, which is, I think, reasonable, then it would be like, well, where is the production capacity for the go big on pulmonary fibrosis? Where is the production capacity for what we think the pulmonary fibrosis market will be?

Well, best as we can tell, we expect the pulmonary fibrosis market to actually be for Tyvaso DPI even larger than the pulmonary hypertension market. So we would need more than an additional 25,000 patient capacity for the pulmonary fibrosis market. And indeed, the market research and the disease-modifying hypotheses that we have for Tyvaso DPI in pulmonary fibrosis is such that we could easily expect to have 50,000

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000509

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

pulmonary fibrosis patients being treated in addition to the 25,000 mid-decade pulmonary hypertension patients. So that's the reason why we need to start now deploying a substantial amount of capital to build this brand-new Tyvaso DPI production facility in Research Triangle Park, North Carolina.

As Mike mentioned, even that facility, even though its launch capacity will be 50,000 patients, it will have a surge capacity to go up to 75,000 patients. So we think between the 25,000 at MannKind, the 50,000 in North Carolina, the surge to 75,000 in North Carolina, as we enter the 2026 time frame, we then have a capacity to support 75,000 to 100,000 DPI patients, which would cover our needs for both Group 1 pulmonary hypertension, Group 3 pulmonary hypertension, idiopathic pulmonary fibrosis and additional forms of pulmonary fibrosis that go under the rubric of proliferative -- progressive pulmonary fibrosis, which in fact, we are embarking on the other additional Phase III trial for.

So Mike, with those comments in terms of the production capacity, can you answer the other questions that Jess had?

---

**Michael I. Benkowitz** *- United Therapeutics Corporation - President & COO*

Absolutely. So Jess, I think your question around your first -- first part of your question was around sort of patient demand versus SP demand to build up their inventory. So we're definitely in the category of the latter. So we're not having to halt or delay patient starts on DPI. We're making enough to meet the patient demand.

I think the issue that I was referencing in my opening comments is typically, specialty pharmacy, they have an algorithm for figuring out how much -- how they order every month. They typically try to order up to have, call it, roughly 2 months of inventory on hand and then over the course of the month, they'll get down to about 30 days. So they generally like to keep at least -- always be in a position where they have at a minimum 30 days of inventory on hand. So due to the demand, we're not able to kind of meet that need on the part of specialty pharmacy.

Like I said, we have some additional production capacity coming online as soon as this quarter. That will start to open things up a little bit. But I think really, as we're continuing to grow over the balance of the year, we're probably going to be in this situation where they're not going to be able to order up to the levels they're accustomed to ordering up to until, as Martine said, we get the significant expansion next year to get up to 25,000 patients.

Second part of your question was just sort of the average, I guess, the run rate in terms of patient adds. So if you look back over the last -- this quarter or the prior 3 quarters, it's kind of averaged out to around 500 patient adds per quarter on Tyvaso, and that's between both DPI and nebulized.

---

**Operator**

The next question comes from Eun Yang from Jefferies.

---

**Eun Kyung Yang** *- Jefferies LLC, Research Division - MD & Senior Equity Research Analyst*

I have a question on TETON trial. So we are expecting data in 2025. So based on the Phase III INCREASE trial, subgroup of patients with underlying IPF, we saw benefits on FVC up to 16 weeks. So TETON trial is a 52-week time point. So do you expect benefits on FVC to continue to increase to 52 weeks? And then can you comment on powering assumptions for the TETON trial?

---

**Martine A. Rothblatt** *- United Therapeutics Corporation - Founder, Chairman & CEO*

Thanks. Nice to hear your questions. I think it will be best to have Dr. Peterson -- she is in charge of running the TETON trial, answer your questions.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000510

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

**Leigh Peterson** *- United Therapeutics Corporation - SVP of Product Development*

Yes. Thank you for your question. Yes, so in fact, the INCREASE study, indeed, the main study, the placebo-controlled study, was 16 weeks, as you mentioned. However, we do have an open-label extension study of the INCREASE data where we've looked to see how the patients do over the longer period of time, including the 52-week time period. And we still see benefits of patients on Tyvaso in the INCREASE population. So we feel confident that, that will translate to the longer period in the TETON studies.

And as far as the TETON study, they are definitely powered, I mean, we have 90% power to detect the difference that we've seen in the INCREASE studies with regard to absolute FVC. So we have sufficient power to see the difference over the 52-week period. So again, we feel confident on that.

**Operator**

The next question comes from Andreas Argyrides of Wedbush Securities.

**Andreas Argyrides** *- Wedbush Securities Inc., Research Division - Analyst*

Congrats on the quarter. When thinking -- so quickly, first, what's the status of the organ manufacturing programs? And when can we expect [first] program to enter clinical trial? And then how should we think about spend when it comes to organ manufacturing? And I have one follow-up.

**Martine A. Rothblatt** *- United Therapeutics Corporation - Founder, Chairman & CEO*

Okay. We won't be able to take your follow-up, and Andreas, thanks for the congrats on the quarter. Your line broke up a little bit, but I think the gist of the question was to get an overview of the organ manufacturing situation and when we expect results of the organ manufacturing to enter into clinical trials. And I think you asked something about the capital associated with other spending.

So the organ manufacturing program is a broad, multifaceted, multiple shots on goal program. So it won't be really realistic to give an overview of everything beyond the really exciting things I mentioned this morning, in response to Amy Silverstein's passionate arguments, that part of our organ manufacturing program is strongly focused on organs that would not require immunosuppressants. In other words, autologous organs that are manufactured with the cells downstream from a patient's own donated cells.

And within different laboratories at United Therapeutics, we currently produce iPSC cells. In other words, we reprogram PBMCs and another differentiated cells from patients back into stem cells. We then used techniques proprietary to the company to then differentiate those stem cells into the different types of cells that we would cellularize organs with.

Other programs at other laboratories within United Therapeutics are based on allogeneic cell lines that we are able to MHC segment. So patients could expect a much lighter immunosuppressant load than if they were just taking kind of an average donor organ.

And then let me get to your question about the clinical trial. So the organs we have closest to clinical trials are our xenohearts and xeno-kidneys. These are hearts and kidneys from donor animals that have been grown under the equivalent of good manufacturing practices conditions, what are called pathogen-free conditions. And they have 10 genetic modifications that we believe will allow them to surmount hyperacute and acute rejection with no more than the normal commercially available immunosuppressants today and be able to continue on to a long-term duration in the recipient's body with the management of chronic rejection as is done today with allografts.

So those organs are currently in what's called by the FDA a pivotal preclinical program. That means it's the last preclinical program before going into a human study. And that program is -- hopefully, we will be able to complete that program by the end of '24 and be able to then enter into the first clinical trials in '25. So that would be kind of a bottom line answer to your question, that the first manufactured kidneys and hearts, hopefully, knock on wood, should be able to enter into clinical trials in '25.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

LIQ_PH-ILD_00000511

MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call

**Operator**

The next question comes from Ash Verma of UBS.

**Ashwani Verma** - *UBS Investment Bank, Research Division - Director of Americas Equity Research & US Specialty Pharma Analyst*

I had one on sotatercept impact. So the feedback that we've heard from physicians indicates that Merck's product positioning and payer reception can have an important bearing on what part of your portfolio may get impacted. In your view, does that matter? And like what is the assumption that you have on competitors' pricing in line of therapy positioning?

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Okay. Thanks for the questions, Ash.

(technical difficulty)

like a frontline question, then Mike -- I mean, answer, then Mike will give you more of a definitive answer. But as I noted in our introductory remarks, we don't see sotatercept having any effect whatsoever on the growth guidance that we've provided for our company. And the reason for that is a lot of people are not completely clear that there are 2 different diseases that are treated with drugs such as ours that sound very similar and it's easy to get them confused.

So the disease that sotatercept was tested in and the disease that all of our drugs are approved for, all of our non-cancer drugs are approved for is called Group 1 pulmonary arterial hypertension, and the acronym is PAH. A different disease is called Group 3 pulmonary hypertension or just Group 3 PH. Sotatercept has never been tested, at least anything published that we're aware of, in Group 3 pulmonary hypertension. The only drug approved for Group 3 pulmonary hypertension is Tyvaso, including Tyvaso DPI.

And as Mike described very well, most of our growth in the coming years, we expect to come from Group 3 pulmonary hypertension. So by definition, sotatercept cannot have any effect on that growth trajectory whatsoever.

In addition to that, within the Group 1 pulmonary arterial hypertension, where we do continue to have growth across our franchise, I think Mike mentioned we had our highest quarterly sales of Orenitram ever, we expect sotatercept to be complementary. And Mike, would you like to expand on that?

**Michael I. Benkowitz** - *United Therapeutics Corporation - President & COO*

Sure. I'll just kind of pick up right there, which is, I think I said in response to an earlier question around this, we definitely look at sotatercept as complementary to our drug and the other drugs that are currently on the market to treat Group 1 PAH. It's another pathway. So now we have a drug to treat 4 different pathways associated with pulmonary arterial hypertension. If you look at the -- as I said, if you look at the data in the sotatercept trial, 70, 7-0, 70% of those patients were on prostacyclin therapy. So clearly, there appears to be a complementary or synergistic effects between prostacyclin and sotatercept.

So we think that all of the drugs will continue to be used. I think some physicians that we've talked to have talked about this sort of four corners approach of treating PAH, so you have a drug to treat each of the 4 pathways. How that gets sequenced and -- in the grand scheme of things, doesn't really matter because I think it's still a progressive disease. There was nothing in the sotatercept data really that suggest that it's a cure or even a disease-modifying agent. I know there were some speculation that, that might be the case, but I don't think that's borne out in the data.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

LIQ_PH-ILD_00000512

**MAY 03, 2023 / 1:00PM, UTHR.OQ - Q1 2023 United Therapeutics Corp Earnings Call**

So clearly, patients are benefiting from it, but I think it's a combination with the other drugs. And so we think over time, it's another drug that physicians can add to their treatment armamentarium, but it doesn't appear to be something that's going to replace or displace our products.

**Martine A. Rothblatt** - *United Therapeutics Corporation - Founder, Chairman & CEO*

Thanks so much, Mike. And thank you, operator, and everybody, for joining our first quarter conference call. Great work, Dewey Steadman. We'll be presenting at various and sundry health care conferences during the balance of the year, and we look forward to seeing you there and providing additional insights and color on United Therapeutics' business. Operator, you can disconnect the call.

**Operator**

Thank you for participating in today's United Therapeutics Corporation earnings webcast. A rebroadcast of this webcast will be available for replay for 1 week by visiting the Events & Presentations section of the United Therapeutics Investor Relations website at ir.unither.com.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



LIQ_PH-ILD_00000513

# EXHIBIT 29



# Instructions for Use

TYVASO [tī-vā'-sō] DPI®
(treprostinil) Inhalation Powder
For oral inhalation only



301311000002

LIQ_PH-ILD_00000514



# Table of Contents

| | page(s) |
|---|---|
| **Read Before Starting** | **1** |
| **Important Information** | **2** |
| **Storing TYVASO DPI Inhalers and Cartridges** | **3** |
| **Preparing to Inhale TYVASO DPI** | **4-7** |
| **Inhaling TYVASO DPI** | **8-9** |
| **Removing the Used Cartridge** | **10** |
| **Disposing of TYVASO DPI Cartridge** | **11** |
| **Inhaling Multiple Cartridges of TYVASO DPI** | **12** |
| **Caring for Your TYVASO DPI Inhaler** | **13** |
| **Disposing of Your TYVASO DPI Inhaler** | **13** |

# Read Before Starting

This Instructions for Use contains information on how to inhale TYVASO DPI (treprostinil) Inhalation Powder. Read this Instructions for Use carefully before you start using your inhaler and each time you get a new inhaler. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**Your healthcare provider should show you how to use your inhaler the right way before you use it for the first time.**

### Parts of the TYVASO DPI Inhaler (see **Figure A**)



top of inhaler

bottom of inhaler

removable blue mouthpiece cover

white mouthpiece

cartridge

cartridge cup

blue base

**Figure A**

### Your Starter Kit includes a Carrying Case (see **Figure B**)

The TYVASO DPI inhaler and blister strips can be stored in the carrying case when using outside of your home or traveling.



**Figure B**

### TYVASO DPI Blister Cards (see **Figure C**)

1



blister card (7 strips per blister card)

strip (4 cartridges per strip)

**Figure C**

**Important information you need to know before inhaling TYVASO DPI Inhalation Powder using the TYVASO DPI Inhaler**

**TYVASO DPI cartridges come in 4 strengths** (see **Figure D**).
**Important:** Always make sure you have the right number of TYVASO DPI cartridges for your dose before you start. Only use TYVASO DPI cartridges with the TYVASO DPI Inhaler.



Figure D

If you are having problems with your TYVASO DPI Inhaler, have any side effects, or if your TYVASO DPI Inhaler breaks and you need a new one, please call 1-877-UNITHER (1-877-864-8437).

- Take TYVASO DPI exactly as prescribed by your healthcare provider.
- Take TYVASO DPI 4 times per day while you are awake, about 4 hours apart.
- If you miss a dose, take it as soon as possible at your usual dose.
- If your prescribed dose is higher than 64 mcg per treatment session, you will need to use more than 1 cartridge. If using more than 1 cartridge, the cartridges can be used in any order, regardless of cartridge strength.
- If you need to use more than 1 cartridge for your dose, remove the used cartridge from the inhaler before getting a new one. You can tell a cartridge has been used when the cartridge cup has moved from the front to the middle position in the cartridge base.
- **Only TYVASO DPI cartridges should be used with the TYVASO DPI Inhaler.**
- **Each cartridge is for 1 time (single use) only.** Use a new cartridge for each treatment session. After each treatment session, throw away the used cartridge right away.
- **Do not** open the cartridges. The inhaler opens the cartridge automatically during use.
- **Warning:** If any powder from the cartridge spills on your hands, throw away the cartridge right away into regular household trash and wash your hands. Then start with a new cartridge.
- **Do not** breathe in the TYVASO DPI treprostinil powder in any other way.
- **Do not** put cartridges in your mouth.
- **Do not** swallow cartridges.
- Use only 1 inhaler at a time. The same inhaler should be used even when needing to use more than 1 cartridge for your dose. Inhale 1 cartridge at a time.
- The inhaler lasts for 7 days. After 7 days of use, throw away your used inhaler and get a new one.
- Store the inhaler in a clean, dry place with the mouthpiece cover on until your next dose.

2

# Storing TYVASO DPI Inhalers and Cartridges

## Storing TYVASO DPI Inhalers

Store TYVASO DPI Inhalers, with the mouthpiece on, in a clean, dry place at room temperature between 68°F to 77°F (20°C to 25°C), such as a drawer or medicine cabinet (see **Figure E**).

Inhalers may be stored in the refrigerator between 36°F to 46°F (2°C to 8°C), but should be left out at room temperature for 10 minutes before use.

> **Do not** leave or store cartridges in the inhaler.
>
> **Keep out of the reach of children.**



**Figure E**

## Storing Unopened Blister Cards and Strips

Store unopened blister cards and strips in a clean, dry place at room temperature, such as a drawer or medicine cabinet. You can store in the carrying case when using outside your home or traveling (see **Figure F**).

> **Do not** use after 8 weeks if stored at room temperature.

Unopened blister cards and strips may also be stored in the refrigerator (see **Figure G**).

> **Do not** use after the Expiration Date has passed.

---

**Important:** If refrigerated, cartridges and inhaler should be left out at room temperature for 10 minutes before use.

**ROOM TEMPERATURE**   **10 mins.**

---



**Figure F**



**Figure G**

## Storing Opened Blister Strips

Store opened blister strips in a clean, dry place at room temperature (see **Figure H**), such as a drawer or medicine cabinet.

Opened blister strips must be used within 3 days.

> **Do not** put a blister strip back into the refrigerator after being opened or stored at room temperature.



**Figure H**

3

LIQ_PH-ILD_00000518

# Preparing to Inhale TYVASO DPI

## Step 1: Select the TYVASO DPI cartridges for your dose (see Figure I)

Select the TYVASO DPI cartridges for your dose (see **Figure I**).

**Note:** If using more than 1 cartridge, the cartridges can be used in any order, regardless of cartridge strength.

| If your prescribed TYVASO DPI dose is 16 mcg, use... | If your prescribed TYVASO DPI dose is 32 mcg, use... | If your prescribed TYVASO DPI dose is 48 mcg, use... | If your prescribed TYVASO DPI dose is 64 mcg, use... |
|---|---|---|---|
| **1 purple cartridge.** | **1 dark blue cartridge.** | **1 light blue cartridge.** | **1 light green cartridge.** |
|  |  |  |  |

**If your prescribed TYVASO DPI dose is more than 64 mcg per treatment session, you will need to use more than 1 cartridge to get the right dose.**

**Example:** If your prescribed TYVASO DPI dose is 80 mcg per treatment session, you can use...

**1 dark blue cartridge (32 mcg)**      **1 light blue cartridge (48 mcg)**

 + 

Figure I

## Step 2: Tear off 1 strip

Tear along the perforation to remove 1 strip from the blister card (see **Figure J**).





Figure J

## Step 3: Check the expiration date on the strip

Check the expiration date on the foil strip label (see **Figure K**).

**Do not** use the cartridges if the Expiration Date on the strip has passed.

EXP: YYYY/MM



Figure K

4

LIQ_PH-ILD_00000519

## Step 4: Remove cartridge(s) from strip

- Remove cartridge(s) from the strip by pushing on the white plastic to push the cartridge out (see **Figure L**).

    **Note:** Pushing on the cup will not damage the cartridge.

- Make sure to remove the right number of cartridges for your dose.

- After you have removed a cartridge (or cartridges) from the strip, if any unused cartridges remain in the strip, store the strip at room temperature.

    **Do not** put a blister strip back into the refrigerator after being opened.



**Figure L**

 

**Important:** If refrigerated, cartridges and inhaler should be left out at room temperature for 10 minutes before use.

**ROOM TEMPERATURE**     **10 mins.**

## Step 5: Check supplies before continuing

 Check that you have the right cartridge(s) for your dose.

 Only use one inhaler for multiple cartridges. Your inhaler lasts for 7 days.

5

## Step 6: Load a cartridge

### Place Inhaler on Flat Surface

Place the inhaler on a flat surface (see **Figure M**).



**Figure M**

6

### Open Inhaler

Open the inhaler by lifting the mouthpiece to an upright (vertical) position (see **Figure N**).

**Important:** If the cartridge came from a strip stored in the refrigerator (or if you stored the inhaler in the refrigerator), leave the cartridge and inhaler at room temperature for 10 minutes to remove condensation.



10 mins.

**Figure N**

### Place Cartridge in Inhaler

• Hold the cartridge with the cup facing down (see **Figure O**).

• Line up the cartridge with the opening in the inhaler.
The pointed end of the cartridge should line up with the pointed end in the inhaler (see **Figure P**).

• Place the cartridge into the inhaler so that it lies flat.



**Figure O**



**POINTED END ALIGNS**

**Figure P**

LIQ_PH-ILD_00000521

## Step 6: Load a cartridge (continued)

### Close Inhaler

Close the inhaler (this will open the cartridge). You should feel a snap when the inhaler is closed (see **Figure Q**).

**Important:** Now that the cartridge is loaded, keep the inhaler level to avoid loss of the TYVASO DPI powder, until it is in your mouth (see **Figure R**).



**Figure Q**          **KEEP INHALER LEVEL**          **Figure R**

**Not keeping the inhaler level could cause a loss of TYVASO DPI powder (see Figure S)**

**If any powder from the cartridge spills:**

- Wash your hands right away if the powder comes into contact with your hands,
- Throw away the cartridge into household trash, and
- Repeat Steps 4, 5, and 6 to load a new cartridge



DO NOT turn inhaler upside down.          DO NOT point the mouthpiece down.          DO NOT shake or drop the inhaler.

**This can cause a loss of TYVASO DPI powder.**

**Figure S**

7

# Inhaling TYVASO DPI

## Step **7**: Inhale Your Dose

### Remove the Mouthpiece Cover (see **Figure T**).

**Important:** Keep the inhaler level during and after removal of the blue mouthpiece cover to prevent loss of TYVASO DPI powder.

8



**Figure T**

### Hold Inhaler Near Cheek

While keeping the inhaler level, carefully pick up the inhaler and bring it near your cheek, but not in front of your mouth (see **Figure U**).



**KEEP INHALER LEVEL**

**Figure U**

### Exhale

Holding the inhaler away from your mouth, fully blow out (exhale) (see **Figure V**).

**Figure V**

## Step 7: Inhale Your Dose (continued)

### Position Inhaler in Mouth

- Keeping your head level, place the mouthpiece in your mouth and close your lips around the mouthpiece to form a seal.

- Tilt the inhaler slightly downward while keeping your head level (see **Figure W**).

  **Note:** This helps prevent the powder from being blocked by your tongue.

### Inhale Deeply, Hold Breath, then Exhale

- With your mouth closed around the mouthpiece, **inhale** deeply through the inhaler (see **Figure X**).

- Then remove the inhaler from your mouth and **hold your breath** for as long as you comfortably can (see **Figure Y**).

- Then **blow out** (exhale) and continue to breathe normally (see **Figure Z**).

9



**Figure W**




**Figure X**



**Figure Y**



**Figure Z**

LIQ_PH-ILD_00000524

# Removing the Used Cartridge

## Step 8: Remove the used cartridge

### Replace Mouthpiece Cover
Place the mouthpiece cover back onto the inhaler (see **Figure AA**).

> **Note:** This keeps your fingers off the exposed mouthpiece.

### Open Inhaler
Open the inhaler by lifting up the mouthpiece to an upright (vertical) position (see **Figure AB**).

### Remove Cartridge
- Remove the used cartridge from the blue base (see **Figure AC**).
- The cup should now be in the middle of the used cartridge (see **Figure AD**).

  > **Warning:** If any powder from the cartridge spills on your hands, wash your hands right away.



**Figure AA**



**Figure AB**



**Figure AC**

✔ NEW

🚫 USED

**The cup moves to the middle of the cartridge when it has been used.**

**Figure AD**

# Disposing of TYVASO DPI Cartridges

**Step 9: Throw away used cartridge**

Throw away the used cartridge in your regular household trash (see **Figure AE**).



**Figure AE**

LIQ_PH-ILD_00000526

# Inhaling Multiple Cartridges of TYVASO DPI

## Step 10: Inhaling multiple cartridges (skip if not needed)

If your dose requires you to inhale multiple cartridges, **repeat steps 6 through 9** for each cartridge.

**Example:** If your prescribed TYVASO DPI dose is 80 mcg per treatment session, you can use one 32 mcg cartridge and one 48 mcg cartridge (see **Figure AF**):

**1 dark blue cartridge (32 mcg)**   +   **1 light blue cartridge (48 mcg)**

Figure AF

12

**Warning:** Be careful not to mix NEW cartridges with used cartridges (see **Figure AG**).



The cup moves to the middle of the cartridge when it has been used.

Figure AG

LIQ_PH-ILD_00000527

# Caring for Your TYVASO DPI Inhaler

## Inhaler Care Instructions

### Cleaning

After taking your dose, powder residue in the mouthpiece is normal; this will not affect your dose.

The outside of the inhaler can be wiped with a clean, dry cloth only, if needed.

**Never wash the inhaler.** Always keep the inhaler dry.

### Use Time

Only use 1 inhaler at a time. The same inhaler can be used to take 16 mcg, 32 mcg, 48 mcg, or 64 mcg cartridges.

Replace the inhaler after 7 days (see **Figure AH** and **Figure AI**). Keep track of 7 days from when you start using the inhaler with a calendar.



**REPLACE AFTER 7 DAYS**

**Figure AH**

# Disposing of Your TYVASO DPI Inhaler

## Throw away used inhaler after 7 days of use

After 7 days of use, throw away the used inhaler in your regular household trash (see **Figure AH** and **Figure AI**).



**Figure AI**

13

LIQ_PH-ILD_00000528

For further questions and information, or to report a problem with your device or any side effects with your TYVASO DPI, please call 1-877-UNITHER (1-877-864-8437).

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Revised: November 2023

TYVASO DPI® is a registered trademark of United Therapeutics Corporation.

Patents: www.tyvasodpi.com/patent



Distributed by:
United Therapeutics Corporation
Research Triangle Park, NC 27709
USA

Manufactured by:
MannKind Corporation
Danbury, CT 06810
USA

11/2023     30-1311-006-02

**LIQ_PH-ILD_00000529**

# EXHIBIT 30



For Immediate Release

## UNITED THERAPEUTICS ANNOUNCES FDA ACCEPTANCE
## OF TYVASO DPI™ NEW DRUG APPLICATION FOR PRIORITY REVIEW

*FDA action expected in October 2021*

SILVER SPRING, Md., and RESEARCH TRIANGLE PARK, N.C., Wednesday, June 16, 2021 – United Therapeutics Corporation (Nasdaq: UTHR) today announced that the U.S. Food and Drug Administration (FDA) accepted for priority review the New Drug Application (NDA) for Tyvaso DPI™ (inhaled treprostinil) for the treatment of pulmonary arterial hypertension (PAH) and pulmonary hypertension associated with interstitial lung disease (PH-ILD). United Therapeutics expects the agency's review to be complete in October 2021. FDA also indicated that they have not identified any potential review issues at this time.

Tyvaso DPI is a next-generation dry powder formulation of Tyvaso. If approved, Tyvaso DPI is expected to provide a more convenient method of administration as compared with traditional nebulized Tyvaso therapy.

"The acceptance of the Tyvaso DPI NDA for review represents an important regulatory step toward offering this meaningful new product to both PAH and PH-ILD patients," said Martine Rothblatt, Ph.D., Chairperson and Chief Executive Officer of United Therapeutics. "If approved, Tyvaso DPI will represent yet another path to help us achieve our goal of serving 25,000 patients by the end of 2025."

The NDA includes data from the *BREEZE* study that demonstrated safety and tolerability of Tyvaso DPI in patients with PAH transitioning from Tyvaso® (treprostinil) Inhalation Solution. A separate study in healthy volunteers demonstrated comparable treprostinil exposure between Tyvaso DPI and Tyvaso Inhalation Solution.

In its communications with United Therapeutics, the FDA indicated that approval of the NDA will be subject to an inspection of the Tyvaso DPI manufacturing facility operated by MannKind Corporation; FDA and MannKind have jointly targeted the third quarter of 2021 to complete the inspection.

### About Tyvaso DPI™
Tyvaso DPI™ is an investigational drug-device combination therapy comprised of a dry powder formulation of treprostinil and a small, portable, dry powder inhaler. If approved, Tyvaso DPI is expected to provide a more convenient method of administration compared with traditional nebulized Tyvaso® therapy. United Therapeutics is developing Tyvaso DPI under a collaboration and license agreement with MannKind Corporation (Nasdaq: MNKD). Tyvaso DPI incorporates the dry powder formulation technology and Dreamboat® inhalation device technology used in MannKind's Afrezza® (insulin human) Inhalation Powder product, which was approved by the FDA in 2014.

United Therapeutics and MannKind are also developing BluHale®, a Bluetooth-connected accessory for the Tyvaso DPI inhaler with a companion mobile application intended to help the patient track information about inhaler use.

### About the *BREEZE* and healthy volunteer PK studies
The *BREEZE* study was a single-sequence study in which 51 subjects on a stable regimen of Tyvaso Inhalation Solution were transitioned to Tyvaso DPI at a corresponding treprostinil dose. The primary objective of the study was to evaluate the safety and tolerability of Tyvaso DPI during a three-week treatment phase in PAH patients previously treated with Tyvaso Inhalation Solution.

LIQ_PH-ILD_00000530

Secondary objectives of the study were to evaluate: (1) the systemic exposure and pharmacokinetics of treprostinil when delivered as Tyvaso Inhalation Solution and Tyvaso DPI; (2) six-minute walk distance (**6MWD**) at study entry and after three weeks of treatment with Tyvaso DPI; (3) the long-term safety and tolerability of Tyvaso DPI during an optional extension phase (**OEP**) in patients previously treated with Tyvaso Inhalation Solution; (4) patient satisfaction with and preference for inhaled treprostinil devices assessed at study entry when patients were using Tyvaso Inhalation Solution and after three weeks using Tyvaso DPI; and (5) patient-reported PAH symptoms and impact (**PAH-SYMPACT®**) assessed at study entry when patients were using Tyvaso Inhalation Solution and after three weeks using Tyvaso DPI.

**Primary safety and tolerability objective.** Transition from Tyvaso Inhalation Solution to Tyvaso DPI was safe and well tolerated. Forty-nine out of 51 patients (96%) completed the treatment phase and there were no study drug related adverse events. Most adverse events experienced during the study were mild to moderate in severity and occurred at severities and frequencies consistent with those seen in other inhaled treprostinil studies in patients with PAH.

**Secondary objectives.** Three weeks after switching from Tyvaso Inhalation Solution to Tyvaso DPI, patients in the *BREEZE* study demonstrated:

- Improvements in 6MWD compared to baseline. These improvements in 6MWD compared to baseline were sustained in the OEP through the data cut-off date.
- Improvements in overall satisfaction with the Tyvaso DPI inhaler compared to the Tyvaso Inhalation Solution nebulizer at baseline using an internally developed satisfaction and preference questionnaire.
- Improvement in patient-reported outcomes using the validated PAH-SYMPACT questionnaire.

**Optional extension phase.** Subjects in *BREEZE* were given the opportunity to continue in an OEP. All subjects who completed the treatment phase (49/51) elected to continue in the OEP.

***BREEZE* PK observations.** The *BREEZE* study demonstrated comparable PK between Tyvaso inhalation solution and Tyvaso DPI in PAH patients.

Detailed data from the *BREEZE* study will be presented in upcoming publications and scientific conferences.

**Healthy volunteer PK study.** The healthy volunteer pharmacokinetic (**PK**) study was a randomized six-period, six-sequence crossover study of three dose levels of Tyvaso DPI and three dose levels of Tyvaso Inhalation Solution in 36 healthy volunteers. The primary objective of the study was to evaluate the systemic exposure and PK of treprostinil administered as Tyvaso DPI and Tyvaso Inhalation Solution. Secondary objectives of the study evaluated the safety and tolerability of Tyvaso DPI.

**Study results.** Subjects demonstrated comparable systemic treprostinil exposure for each corresponding Tyvaso DPI and Tyvaso Inhalation Solution dose level. Between-subject variability for both $AUC_{0-5h}$ and $C_{max}$ was approximately 50% less for Tyvaso DPI compared to Tyvaso Inhalation Solution, suggesting a more precise dosing profile for Tyvaso DPI relative to nebulized Tyvaso.

**Safety.** The adverse event profile for Tyvaso DPI in healthy volunteers was consistent with known prostacyclin effects and previous studies of Tyvaso Inhalation Solution.

Detailed data from the healthy volunteer PK study will be presented in upcoming publications and scientific conferences.

LIQ_PH-ILD_00000531

**About PH-ILD**

Interstitial lung disease (**ILD**) is a group of lung diseases that are characterized by significant scarring or fibrosis of the bronchioles and alveolar sacs within the lungs. Increased fibrotic tissue in ILD prevents oxygenation and free gas exchange between the pulmonary capillaries and alveolar sacs, and the condition can present with a wide range of symptoms, including shortness of breath with activity, labored breathing and fatigue. Pulmonary hypertension (**PH**) frequently complicates the course of patients with interstitial lung disease and is associated with worse functional status measured by exercise capacity, greater supplemental oxygen needs, decreased quality of life, and worse outcomes.

An estimated 30,000 patients in the United States may suffer from PH-ILD, which is included within Group 3 of the World Health Organization (**WHO**) classification of PH. Only Tyvaso Inhalation Solution is approved to treat patients with this disease.

**About PAH**

Also known as World Health Organization (**WHO**) Group 1 Pulmonary Hypertension, Pulmonary arterial hypertension (**PAH**) is life-threatening high blood pressure in the arteries of the lungs, affecting the ability of the heart and lungs to work properly in afflicted patients. PAH is a serious, progressive disease for which there is no cure.

**About TYVASO® (treprostinil) Inhalation Solution**

INDICATION

TYVASO (treprostinil) is a prostacyclin mimetic indicated for the treatment of:

- Pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominantly included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%).

  The effects diminish over the minimum recommended dosing interval of 4 hours; treatment timing can be adjusted for planned activities.

  While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase type 5 inhibitor). The controlled clinical experience was limited to 12 weeks in duration.

- Pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability. The study establishing effectiveness predominantly included patients with etiologies of idiopathic interstitial pneumonia (IIP) (45%) inclusive of idiopathic pulmonary fibrosis (IPF), combined pulmonary fibrosis and emphysema (CPFE) (25%), and WHO Group 3 connective tissue disease (22%).

IMPORTANT SAFETY INFORMATION

WARNINGS AND PRECAUTIONS

- TYVASO is a pulmonary and systemic vasodilator. In patients with low systemic arterial pressure, TYVASO may produce symptomatic hypotension.
- TYVASO inhibits platelet aggregation and increases the risk of bleeding.

LIQ_PH-ILD_00000532

- Co-administration of a cytochrome P450 (CYP) 2C8 enzyme inhibitor (e.g., gemfibrozil) may increase exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of a CYP2C8 enzyme inducer (e.g., rifampin) may decrease exposure to treprostinil. Increased exposure is likely to increase adverse events associated with treprostinil administration, whereas decreased exposure is likely to reduce clinical effectiveness.

DRUG INTERACTIONS/SPECIFIC POPULATIONS

- The concomitant use of TYVASO with diuretics, antihypertensives, or other vasodilators may increase the risk of symptomatic hypotension.
- Human pharmacokinetic studies with an oral formulation of treprostinil (treprostinil diolamine) indicated that co-administration of the cytochrome P450 (CYP) 2C8 enzyme inhibitor, gemfibrozil, increases exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of the CYP2C8 enzyme inducer, rifampin, decreases exposure to treprostinil. It is unclear if the safety and efficacy of treprostinil by the inhalation route are altered by inhibitors or inducers of CYP2C8.
- Limited case reports of treprostinil use in pregnant women are insufficient to inform a drug-associated risk of adverse developmental outcomes. However, pulmonary arterial hypertension is associated with an increased risk of maternal and fetal mortality. There are no data on the presence of treprostinil in human milk, the effects on the breastfed infant, or the effects on milk production.
- Safety and effectiveness in pediatric patients have not been established.
- Across clinical studies used to establish the effectiveness of TYVASO in patients with PAH and PH-ILD, 268 (47.8%) patients aged 65 years and over were enrolled. The treatment effects and safety profile observed in geriatric patients were similar to younger patients. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of hepatic, renal, or cardiac dysfunction, and of concomitant diseases or other drug therapy.

ADVERSE REACTIONS

- <u>Pulmonary Arterial Hypertension (WHO Group 1)</u>
In a 12-week, placebo-controlled study (TRIUMPH I) of 235 patients with PAH (WHO Group 1 and nearly all NYHA Functional Class III), the most common adverse reactions seen with TYVASO in ≥4% of PAH patients and more than 3% greater than placebo in the placebo-controlled study were cough (54% vs 29%), headache (41% vs 23%), throat irritation/pharyngolaryngeal pain (25% vs 14%), nausea (19% vs 11%), flushing (15% vs <1%), and syncope (6% vs <1%). In addition, adverse reactions occurring in ≥4% of patients were dizziness and diarrhea.

- <u>Pulmonary Hypertension Associated with ILD (WHO Group 3)</u>
In a 16-week, placebo-controlled study (INCREASE) of 326 patients with PH-ILD (WHO Group 3), adverse reactions were similar to the experience in studies of PAH.

Please see <u>Full Prescribing Information</u>, the <u>TD-100</u> and <u>TD-300</u> TYVASO® Inhalation System Instructions for Use manuals, and other additional information at <u>www.tyvaso.com</u> or call 1-877-UNITHER (1-877-864-8437).


**United Therapeutics: Enabling Inspiration**
United Therapeutics Corporation focuses on the strength of a balanced, value-creating biotechnology model. We are confident in our future thanks to our fundamental attributes, namely our obsession with quality and innovation, the power of our brands, our entrepreneurial culture, and our bioinformatics leadership. We also believe that our determination to be responsible citizens – having a positive impact on patients, the environment, and society – will sustain our success in the long term.

LIQ_PH-ILD_00000533

Through our wholly owned subsidiary, Lung Biotechnology PBC, we are focused on addressing the acute national shortage of transplantable lungs and other organs with a variety of technologies that either delay the need for such organs or expand the supply. Lung Biotechnology is the first public benefit corporation subsidiary of a public biotechnology or pharmaceutical company.

Please visit unither.com to learn more.

**Forward-looking Statements**
Statements included in this press release that are not historical in nature are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements include, among others, statements relating to the timing and outcome of FDA review of our NDA for Tyvaso DPI, our goal of serving 25,000 patients by 2025, the potential benefits of Tyvaso DPI for patients, our ability to create value and sustain our success in the long-term, and our efforts to develop technologies that either delay the need for transplantable organs or expand the supply of transplantable organs. These forward-looking statements are subject to certain risks and uncertainties, such as those described in our periodic reports filed with the Securities and Exchange Commission, that could cause actual results to differ materially from anticipated results. Consequently, such forward-looking statements are qualified by the cautionary statements, cautionary language and risk factors set forth in our periodic reports and documents filed with the Securities and Exchange Commission, including our most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, and Current Reports on Form 8-K. We claim the protection of the safe harbor contained in the Private Securities Litigation Reform Act of 1995 for forward-looking statements. We are providing this information as of June 16, 2021 and assume no obligation to update or revise the information contained in this press release whether as a result of new information, future events or any other reason.

TYVASO is a registered trademark of United Therapeutics Corporation.

TYVASO DPI is a trademark of United Therapeutics Corporation.

AFREZZA, BLUHALE, and DREAMBOAT are registered trademarks of MannKind Corporation.

PAH-SYMPACT is a registered trademark of Actelion Pharmaceuticals Ltd société anonyme.

For Further Information Contact:
Dewey Steadman at (202) 919-4097
Email: ir@unither.com

\*       \*       \*

LIQ_PH-ILD_00000534

# EXHIBIT 31

# Robustness of YUTREPIA™, a Dry-Powder Inhaled Formulation of Treprostinil, in Patient Misuse Scenarios



Savan Patel[1], Jason Prabel[1], Drew MacLennan[1], Gavin Rosen[1]

[1]Liquidia Technologies, Inc., Morrisville, NC, USA.

## Background

The current standard of care for inhaled treatment of pulmonary arterial hypertension (PAH) is a nebulized treprostinil solution administered four times a day (QID). A robust and easily used alternative inhaled treprostinil would improve patient compliance and quality of life.

Investigational drug, YUTREPIA™ (LIQ861) is a novel dry-powder formulation of treprostinil designed using proprietary PRINT® Technology. The PRINT® process enables the development of drug particles that are precise and uniform in size, shape, and composition. YUTREPIA particles are monodisperse and have minimal agglomeration allowing efficient delivery to the lungs by a simple capsule-based, dry powder inhaler (DPI, Plastiape RS00 Model 8) with low resistance and high robustness to potential patient misuse.

*In vitro* aerosol performance results are presented to support the robustness of the dosage form to potential patient misuse scenarios[1].

## Methods

Liquidia studied the effect of varying DPI orientation on YUTREPIA dosing *in vitro* by measuring aerosol performance at inhaler angles of -47°, 0°, and +47° relative to horizontal after loading and puncturing the capsule within the device.



The effects of patients accidentally dropping the DPI were investigated *in vitro* using a drop height of 5 feet to approximate mouth distance from the ground and simulate two potential patient misuse scenarios. The first scenario investigated the effects of dropping the DPI with the mouthpiece facing down after loading and puncturing the capsule. The second scenario explored the effects of dropping the DPI with the mouthpiece facing up after loading but before puncturing the capsule.

Each study used capsules containing doses of 26.5 mcg and 106 mcg of YUTREPIA. These doses bracket the YUTREPIA capsule strength range as the lowest and highest strengths currently available and results are considered to support all four dosage strengths.

Standard USP <601> *in vitro* methods assessed aerosol performance. Emitted dose (ED) was measured using a Dosage Unit Sampling Apparatus (DUSA); Aerodynamic Particle Size Distribution (APSD) results were collected using a Next Generation Impactor (NGI).

## Results

**Emitted Dose (ED), Fine Particle Dose (FPD), and Median Mass Aerodynamic Diameter (MMAD) demonstrate consistent *in vitro* exposure while varying device orientation and dropping the inhaler before or after puncturing the capsule.**

DUSA and APSD assessments for 26.5 mcg and 106 mcg doses show no significant differences in ED and FPD at -47° and +47° compared to results at 0°. APSD results show MMAD is not significantly altered and is ≤2.0 μm for both dosage strengths at all orientations.

  

DUSA and APSD evaluations for 26.5 mcg and 106 mcg doses show dropping the DPI from 5 feet before or after puncturing the capsule has no significant effect on ED and FPD. APSD results for both doses show dropping the device does not significantly alter the MMAD.

  

## Conclusions

The aerosol performance of YUTREPIA is not affected by real-world patient misuse scenarios such as varying the inhalation orientation or dropping the DPI. The robustness of YUTREPIA results in consistent drug exposure to patients.

1. Melani AS, Bonavia M, Cilenti V, et al. Inhaler mishandling remains common in real life and is associated with reduced disease control [published correction appears in Respir Med. 2012 May;106(5):757. DelDonno, Mario [corrected to Del Donno, Mario]]. *Respir Med.* 2011;105(6):930-938. doi:10.1016/j.rmed.2011.01.005

DA0935

# EXHIBIT 32





# Corporate Overview

June 20, 2022

LIQ_PH-ILD_00000536

# Forward-Looking Statements

This presentation includes, and our response to questions may include, forward-looking statements within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements contained in this presentation other than statements of historical facts, including statements regarding our future results of operations and financial position, our strategic and financial initiatives, our business strategy and plans and our objectives for future operations, are forward-looking statements. The words "anticipate," "believe," "continue," "estimate," "expect," "intend," "may," "will" and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives and financial needs. These forward-looking statements include statements regarding our operating results, clinical trials, clinical studies and other clinical work (including the funding therefor, anticipated patient enrollment, safety data, study data, trial outcomes, timing or associated costs), regulatory applications and NDA submission contents and timelines, the potential for FDA final approval of the NDA for YUTREPIA™ (treprostinil) inhalation powder, previously referred to as LIQ861, the timeline or outcome related to our patent litigation pending in the U.S. District Court for the District of Delaware or the *inter partes review* with the PTAB or any appeals related thereto, the issuance of patents by the USPTO, our ability to execute on our strategic or financial initiatives and the impact of the coronavirus (COVID-19) pandemic on our Company. Moreover, we operate in a very competitive and rapidly changing environment and our industry has inherent risks. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the future events and trends discussed in this presentation may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that future results, levels of activity, performance, achievements or events and circumstances reflected in the forward-looking statements will occur. We are under no duty to update any of these forward-looking statements after the date of this presentation to conform these statements to actual results or revised expectations, except as required by law. This presentation also contains estimates and other statistical data made by independent parties and by us relating to market size and growth and other data about our industry. This data involves a number of assumptions and limitations, and you are cautioned not to give undue weight to such estimates. In addition, projections, assumptions and estimates of our future performance and the future performance of the markets in which we operate are necessarily subject to a high degree of uncertainty and risk. This presentation includes long-term goals that are forward-looking, are subject to significant business, economic, regulatory and competitive uncertainties and contingencies, many of which are beyond our control and are based upon assumptions with respect to future decisions, which are subject to change. Actual results will vary, and those variations may be material. Nothing in this presentation should be regarded as a representation by any person that these goals will be achieved, and we undertake no duty to update our goals.

 | 2

LIQ_PH-ILD_00000537

# Transformational time for Liquidia

*A growing company focused on PAH and PH-ILD*

- **Established commercial footprint with RareGen merger**
  - Treprostinil Injection, generic for Remodulin®
  - Enabled both Intravenous & Subcutaneous administration

- **Received Tentative FDA Approval of YUTREPIA™ (treprostinil) inhalation powder**
  - Confirmed full draft labeling in November 2021
  - Seeking resolution of ongoing patent litigation with UTHR

- **Prepared to expand commercial efforts**
  - Building on core team with deep experience in PAH
  - Fortified balance sheet to enable launch when ready
  - Per FDA guidance, can request PH-ILD indication in 1H2024 without need for additional studies in sNDA



**YUTREPIA™ DPI Device**



**Dry Powder Treprostinil Developed Using PRINT**



Pulmonary Arterial hypertension (PAH); Pulmonary Hypertension with Interstitial Lung Disease (PH-ILD)
Remodulin® is a registered trademark of United Therapeutics Corporation (UTHR)

Liquidia® CORPORATION | 3

LIQ_PH-ILD_00000538

# Propriety Advantage In PRINT® Technology Platform

*Particle Replication In Non-wetting Templates (PRINT®) for precise particle engineering*



- **Applicable to any therapeutic area, molecule, and route**
- **Proven science and scalable manufacturing**
- **FDA approved In-House GMP Facility**

- Utilizes manufacturing techniques from the microelectronics industry to manufacture drug product particles with precise size, shape, weight, and chemical composition to target minute absorptive lung surfaces



Milliscale implants sustained release

Microscale inhaled dry powder

Nanoscale co-delivery immunomodulation

Liquidia® | 4
CORPORATION

LIQ_PH-ILD_00000539

# Engineered Particles to Enhance Delivery to Lower Lung

*Monodisperse Particles with Precise Geometries for Inhalation*

## Shape influences aerodynamic performance

*Inspired by nature*

**Pollen Particle**



*Eperua schomburgkiana*

**YUTREPIA PRINT particles**



- **1.3 µm MMAD**
- **Trefoil shape**

## Size influences alveolar deposition

*Particle sizes $\leq$ 5 µm are respirable but deposit differently*

**4.6 µm MMAD particle**



**1.3 µm MMAD particle**



Tc[99] scintigraphy of PRINT particles in canine model[1]

 **Provides preferential delivery to alveolar region and less upper airway deposition**

Median mass aerodynamic diameter (MMAD); 1. Garcia A, et al., Journal of Drug Delivery Volume 2012, Article ID 941243

 | 5

LIQ_PH-ILD_00000540

# YUTREPIA™ (treprostinil) inhalation powder

*Engineered to enhance delivery to lower lung of PAH patients*

### FDA Tentative Approval on November 8, 2021[1]



- **Approved based on safety data from INSPIRE trial (n=121)**

- **Demonstrated comparable bioavailability of 9 breaths Tyvaso® with only 2 breaths from a single capsule**

- **Administered doses comparable to 24 breaths of Tyvaso® 4x daily**

- **No Maximum Tolerated Dose identified**

- **IP position protected with patent claims into 2037**

  - Includes claims that cover the use of ~100 to 300mcg dry-power treprostinil to treat pulmonary hypertension[2]

- **Potential commercial launch subject to ongoing IP litigation with UTHR**

1. Pulmonary Hypertension (PH), 1. Nov 8, 2021 press release; 2. Aug 28, 2020 press release; Tyvaso® is a registered trademarks of United Therapeutics Corporation (UTHR)


| 6

LIQ_PH-ILD_00000541

# YUTREPIA™ Checks All the Boxes for a Preferred Product Profile

*We believe YUTREPIA is positioned to become the prostacyclin of first-choice*



| | YUTREPIA™ |
|---|---|
| **Portability** — Replace burden of nebulizers with palm-sized, simple device; potential for earlier use | ✔ |
| **Tolerability** — Reduce systemic toxicity when adding prostacyclin to naïve patients or escalating dose | ✔ |
| **Titratability** — Demonstrate safe titration to doses comparable to 24 breaths Tyvaso, 4x day | ✔ |
| **Durability** — Potential to treat patients longer before transitioning to more invasive parenteral forms | ✔ |
| **Storage** — Store at room temperature for product lifetime | ✔ |
| **Device Resistance** — Accommodate wide range of lung capacities by using low resistance device | ✔ |
| **Device Position** — Avoid product spillage by using capsule-based drug and trusted device | ✔ |

Tyvaso® is a registered trademarks of United Therapeutics Corporation (UTHR)



7

LIQ_PH-ILD_00000542

# YUTREPIA Has Potential to Rapidly Garner Significant Market Share

*Goal of prostanoid therapy is to dose to highest tolerable level to provide symptomatic benefit*



■ **Prostanoid** ■ **ERA** ■ **sGC** ■ **PDE5**

*Analogs & IPa*

$4.3 Billion PAH Market

2020 U.S. Net Sales

53%
31%
14%

**>50% of prostanoid market included treprostinil formulations ($1.2 billion)**

**Expect paradigm shift in treatment as DPIs grow inhaled market in PAH**

+ Fewer systemic toxicities with targeted lower lung delivery
+ Portability, Tolerability, Titratability, Durability
+ Cannibalize nebulizers, capture oral share, earlier use, & delay parenteral



DPI Addressable Market

Nebulizer ~$500M

Non-Prostacyclin ~$2.0B

IV & SC Prostanoid ~$500M

Oral Prostanoid ~$1.2B

*NYHA Functional Class*

U.S. sales sourced from 2020 10-K SEC filings from United Therapeutics, JNJ, Gilead, Bayer, Merck; New York Heart Association (NYHA)

 | 8

LIQ_PH-ILD_00000543

# WHO Group 1 Represents a Significant Initial Market Opportunity

*Additional WHO Groups Provide Market Expansion Opportunities*



Pulmonary Arterial Hypertension (PAH); Pulmonary Hypertension (PH); Interstitial Lung Disease (ILD); Chronic Obstructive Pulmonary Disorder (COPD); Idiopathic Pulmonary Fibrosis (IPF); Patient estimates sourced by combination of Liquidia internal estimate and public statements by United Therapeutics (Feb 2022);
1. https://www.nejm.org/doi/full/10.1056/NEJMoa2008470;  2. https://clinicaltrials.gov/ct2/show/NCT03496623;  3. https://www.clinicaltrials.gov/ct2/show/NCT04708782

 | 9

LIQ_PH-ILD_00000544

# Deep Experience Within PAH, Rare Disease and Inhaled Products



**Roger Jeffs**
**Chief Executive Officer**

- Former UTHR Executive (18 yrs) including President/COO (2001-14) & co-CEO (2015-16)
- Led R&D, secured FDA approval of 6 rare diseases products at United Therapeutics



**Rajeev Saggar, M.D.**
**Chief Medical Officer**

> Announced Jun 20th with July 18, 2022 start

- 20+ yrs practicing pulmonologist with 60+ peer-reviewed publications incl. PAH & PH-ILD
- Served as Interim Chief of Div. of Pulmonary Critical Care at Univ. of Arizona, College of Medicine; Medical Director of PH & Fibrosis Pgms and Lung Transplant at Banner University Medical Center



**Scott Moomaw**
**Senior VP Commercial**

- Former UTHR VP Marketing (5 yrs) responsible for Remodulin®, Tyvaso® & Orenitram®
- Co-founded RareGen as COO (2018) launching generic Treprostinil Injection



**Matt Snow**
**Vice President National Sales**

- Former UTHR commercial leader (7 yrs) in multiple roles in sales leadership and training
- Launched rare disease products for SOBI (National Sales Dir.) & INSMED (Regional Lead)

United Therapeutics (UTHR), Remodulin®, Tyvaso®, Orenitram® are registered trademarks of United Therapeutics Corporation



| 10

LIQ_PH-ILD_00000545

# Existing Commercial Presence in PAH with Treprostinil Injection

*Specialty field sales team & co-pay programs replicate experience with branded drug*



✓ **Equivalent product**

✓ **Reliable Supply**

✓ **Seamless Service**

✓ **Lower Price**

- **400+ unique prescribers switched patients from brand to generic**

- **More than doubled active patients after SC route added (Apr'21)**

- **~500 active treprostinil injections patients in 1Q2022**

- **Planning for growth as payer generic mandates enforced**

- **Additional larger payers plan to implement mandates in 2022**

Liquidia Data from Specialty Pharmacies as of March 17, 2022

Liquidia CORPORATION | 11

LIQ_PH-ILD_00000546



**Pulmonary Arterial Hypertension**

LIQ_PH-ILD_00000547

# Currently Focused On Maximizing the Benefits of Prostenoid Treatment of PAH

*WHO Group 1 (Pulmonary Arterial Hypertension)*



**Abnormal changes in arteries of the lungs increase pressure in pulmonary arteries that leads to remodeling of the right ventricle (RV)**

**Multiple pathways are involved in pathogenesis**



**Prostacyclin Deficiency**

- **Prostacyclin inhibits platelet aggregation, relaxes smooth muscle, and vasodilates the pulmonary arteries**



**Nitric Oxide Deficiency**

- Nitric Oxide (NO) leads to vasodilation by increasing cGMP levels



**Endothelin Overexpress**

- Endothelin (ET-1) mediates vasoconstriction, fibrosis, proliferation, hypertrophy, and inflammation

World Health Organization (WHO)
Farber *Eur Respir Rev* 2016; Lang *Eur Respir Rev* 2014; Channik *Advances in Pulmonary Hypertension Spring,* 2002, Yen-Chun Lai et al. Circ Res. 2014;115:115-130

 | 13

LIQ_PH-ILD_00000548

# Current Options Are Suboptimal and Potentially Delay Benefit of Prostacyclin



Image from 2015 publication[2]

| Route | Key Benefit... | ...But known issues | Notes |
|---|---|---|---|
| Oral | + **Convenient** | – **Systemic toxicities**<br>– **Minimal symptom relief** | • Increases side effects in GI, nervous, and vascular systems, making up-titration challenging[1,2]<br>• Requires up-titration which is challenging given side effects[2] |
| Infused | + **Effective** | – **Systemic toxicities**<br>– **Site pain**<br>– **Lifestyle limitations**<br>– **Infection risk**[1-3] | • Up to 63% of PAH patients describe side effects as impairing therapeutic function[6] |
| Nebulized | + **Targeted** | – **Many breaths to achieve therapeutic doses** | • Limits max dose due to throat irritation and adverse events[3]<br>• Requires water, power, supplies, cleaning, time to administer[4] |

| NET IMPACT | **Many patients <u>never</u> experience the benefit of prostacyclin analogs**<br><br>• <u>Only 34% of patients enrolled in the REVEAL registry received</u> a Prostacyclin analog[7]<br><br>• <u>Only 56% of patients with a PAH-related death were treated</u> with parenteral prostacyclin before death (30% were not receiving any prostacyclin therapy)[8] |
|---|---|

GI, gastrointestinal; IV, intravenous.

1. Garcia A, et al. al. *J Drug Deliv*. 2012;2012:941243. 2. Coons JC, et al. *Pulm Circ*. 2016 Mar;6(1):132-135. 3. Lang IM, Gaine SP. *Eur Respir Rev*. 2015;24(138):630-641. 4. Hill NS, et al. INSPIRE: A Phase 3, Open-Label, Multicenter Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (PAH) (Investigation of the Safety and Pharmacology of Dry Powder Inhalation of Treprostinil NCT03399604). Poster presented at: The American Thoracic Society (ATS) Conference 2019; May 21, 2019; Dallas, TX. 5. Klinger JR, et al. Chest. 2019;155(3):565-586. 6. Burger CD, et al. Psychosocial and Financial Burden of Medical Treatment in Pulmonary Artery Hypertension. Poster presented via: Pulmonary Vascular Research Institute, February 15, 2020. 7.Badesch DB, Raskob GE, Elliott CG, et al. Pulmonary arterial hypertension: baseline characteristics from the REVEAL Registry. Chest. 2010;137(2):376-387. doi:10.1378/chest.09-1140 8.Farber HW, Miller DP, Meltzer LA, McGoon MD. Treatment of patients with pulmonary arterial hypertension at the time of death or deterioration to functional class IV: insights from the REVEAL Registry. J Heart Lung Transplant. 2013;32(11):1114-1122. doi:10.1016/j.healun.2013.08.010


14

LIQ_PH-ILD_00000549

# Higher Doses of Inhaled Treprostinil Resulted in Improved Disease Control

*Retrospective study of 5,000 patients from specialty pharmacy records*

**Higher dosed patients (>9 breaths)...**

- **Improved survival rates** were seen in each time period analyzed (yrs. 1 thru 3)

- **Longer time to transition to parenteral therapy** (17.5 months vs 9.5 months)

- **Greater drug persistence** was seen in each time period analyzed (yrs. 1 thru 3)



Shapiro S, Mandras S, Restrepo-Jaramillo R, et al. Survival and drug persistence in patients receiving inhaled treprostinil at doses greater than 54 μg (nine breaths) four times daily. *Pulm Circ.* 2021;11(4):20458940211052228. Published 2021 Oct 29.

 | 15

LIQ_PH-ILD_00000550

# Tyvaso WAC Price Within the Branded Prostanoid Class Supports Market Value

Wholesale Acquisition Cost Per Year in 2022



Source: Medi-Span April 2022; the annual WAC price is calculated by dividing the package SKU into a price per day multiplied by 365 days per year. Ventavis price is shown at 6 doses per day, lower end of range of 6-9 times/day, Tyvaso price is derived from its 28-day package quantity price, Remodulin price is shown at a dose of 10 mgs per day, Orenitram price is shown at a dose of 2.5 mg TID, Uptravi price is shown for doses ranging from 400 – 1600 mcg BID

 | 16

DA0952

LIQ_PH-ILD_00000551



# YUTREPIA™ (treprostinil) inhalation powder

**Clinical Overview**

LIQ_PH-ILD_00000552

# YUTREPIA™ Leverages PRINT to Enhance Deep Lung Deposition

*Each particle has a uniform size and shape[1]*

| Treprostinil | YUTREPIA Dry-Powder Formulation | Dry-Powder Inhaler |
|---|---|---|







**Treprostinil
(prostacyclin analog)**

**Particles are 1.3 μm
in size with trefoil shape**

**Compact, disposable inhaler previously
approved by FDA and EMEA**

1.Liquidia Data on File.

Liquidia CORPORATION | 18

LIQ_PH-ILD_00000553

# Inhaled Device Design Trusted for Decades Across Diseases

*Plastiape sells millions of units globally of the RS00 & RS01 devices to deliver generic and branded drugs*



Arrow

Figure G

Capsule Chamber

| Examples of Plastiape devices (not exhaustive) | | |
|---|---|---|
| *Company* | *Program (Stage)* | *Disease* |
| **NOVARTIS** | **Foradil®** *FDA Approved 2001* | **COPD & Asthma** |
| **Chiesi** | **Bronchitol®** *FDA Approved 2020* | **Cystic Fibrosis** |
| **insmed** | **TPIP, pro-drug** *Phase 2a & 2b 2022* | **PAH & PH-ILD** |
| **gossamerbio** | **GB-002, seralutinib** *Phase 2b 2022* | **PAH & PH-ILD** |

https://bronchitol.com/hcp/dosing-and-administration/; https://investor.insmed.com/index; https://ir.gossamerbio.com;

Liquidia CORPORATION | 19

LIQ_PH-ILD_00000554

# Well-Tolerated in Phase 1 Studies with Dose Proportional Pharmacokinetics

## Observed dose proportionality & no MTD[1]

- Conducted multiple Phase 1 studies in healthy volunteers to establish safety and PK

- All Treatment Emergent Adverse Events (TEAEs) were expected based on the known safety profile of inhaled treprostinil

- Most commonly reported were cough and nausea

- No Serious Adverse Events (SAEs)

- No observed Maximum Tolerated Dose (MTD)

- Treprostinil exposure was dose proportional across 5 doses administered

## Established comparable PK to Tyvaso (9 breaths)[2]

Table 3. Summary of statistical assessment of comparative bioavailability results

| Agent | Parameter | GMR | 90% CI | Within Subject % CV |
|-------|-----------|-----|--------|---------------------|
| LIQ861 79.5 µg vs Tyvaso® 54 µg | $AUC_{inf}$ | 0.923 | 0.802, 1.064 | 14.6 |
| LIQ861 79.5 µg vs Tyvaso® 54 µg | $AUC_{last}$ | 0.947 | 0.812, 1.103 | 15.8 |
| LIQ861 79.5 µg vs Tyvaso® 54 µg | $C_{max}$ | 0.931 | 0.819, 1.059 | 13.3 |

CI, confidence interval; CV, coefficient of variation; GMR, geometric least-squares mean ratio.



"…the **90% CIs for these ratios were within the acceptable equivalence limits of 0.80 to 1.25** (Table 3)."

1. Royal M, et al. Preclinical and Phase 1 Clinical Characterization of LIQ861, a New Dry Powder Formulation of Treprostinil [poster]. PVRI Annual World Congress 2018
2. Roscigno R, et al. Pharmacokinetic (PK) performance of LIQ861 and evaluation of comparative bioavailability with Tyvaso® in healthy subjects (Study LTI-102) [poster]. 14th PVRI Annual World Congress on Pulmonary Vascular Disease 2020

 | 20

LIQ_PH-ILD_00000555

# INSPIRE Study was Informed by FDA and 505(b)(2) Regulatory Pathway

**In**vestigation of the **S**afety and **P**harmacology of Dry Powder **I**nhalation of T**re**prostinil



| | |
|---|---|
| **Design** | • Open-label, U.S. multicenter |
| **Population** | • At least 100 WHO Group I (PAH) patients<br>• NYHA Class II, III and IV |
| **Criteria** | • **Transitions**…on stable dose of Tyvaso® for ≥3 months<br>• **PCY Naïve (Add-Ons)**…≤2 approved non-PGI oral Rx |
| **Primary endpoint** | • **Incidence of TEAEs and SAEs at 2 months** |
| **Exploratory endpoints** | • 6 minute walk distance (6MWD)<br>• Sustained treatment transition (Tyvaso® transitions)<br>• NYHA functional class improvement<br>• Quality of life using Minnesota Living with Heart Failure Questionnaire (MLHFQ) |

**Enrolled**
(N=121)

**Transitions**
(n=55; 45.5%)

**Add-Ons**
(n=66; 54.5%)

**Discontinued Study Drug or Study Participation**
(n=5; 9.1%)
• Adverse events (n=3; 5.5%)
• Lost to follow-up (n=0; 0.0%)
• Patient withdrawal (n=2; 3.6%)

**Discontinued Study Drug or Study Participation**
(n=6; 9.1%)
• Adverse events (n=5; 7.6%)
• Lost to follow-up (n=1; 1.5%)
• Patient withdrawal (n=0; 0.0%)

**Completed Month 2 Visit***
(n=53)

**Completed Month 2 Visit**
(n=60)

*3 of the Transitions patients discontinued after the Month 2 timepoint.

Sources: https://clinicaltrials.gov/ct2/show/NCT03399604; PCY – prostacyclin; TEAEs – treatment-emergent adverse events; SAEs – serious adverse events



21

LIQ_PH-ILD_00000556

# Enrollment Driven Primarily By Functional Class II & Faster Than Expected

*Suggests potential interest to use as a first-line prostacyclin*

|  |  | Transitions (n=55) | Prostacyclin Naïve (n=66) | Overall (n=121) |
|---|---|---|---|---|
| Sex | Female | 47 (85.5%) | 52 (78.8%) | 99 (81.8%) |
| Age (years) | Mean ± SD | 53 ± 14.1 | 55 ± 14.6 | 54 ± 14.3 |
| BMI (kg/m²) | Mean ± SD | 30.07 ± 7.9 | 29.31 ± 7.8 | 29.66 ± 7.8 |
| NYHA Functional Class at Screening | Class II | 43 (78.2%) | 37 (56.1%) | 80 (66.1%) |
|  | Class III | 12 (21.8%) | 29 (43.9%) | 41 (33.9%) |
| PAH Duration (years) | Mean ± SD | 7.25 ± 5.1 | 4.71 ± 5.1 | 5.87 ± 5.2 |
| Sustained Therapy at Month 2 |  | 53 (96%) | 60 (91%) | 113 (93%) |
| *Discontinued ≤ Month 2^* |  | *5* | *6* | *11* |

^Patients discontinued at or prior to Month 2 due to adverse events, patient choice, investigator decision, lost to follow up;
Hill N. S., et al. INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in PAH [virtual presentation]



22

DA0958

LIQ_PH-ILD_00000557

# Established Favorable Safety Profile Across Doses Studied Without Seeing MTD

*Primary endpoint at Month 2 presented at ISHLTv 2020 and Year 1 update presented at ATS 2022*

| TEAEs at Month 2[1] in ≥ 4% of Patients Receiving LIQ861 | YUTREPIA (treprostinil) inhalation powder | | |
|---|---|---|---|
| | Transitions (n=55) | Naïve (n=66) | All treated (n=121) |
| Cough | 27.3% | 54.5% | 42.1% |
| Headache | 25.5% | 27.3% | 26.4% |
| Throat irritation | 9.1% | 21.2% | 15.7% |
| Dizziness | 10.9% | 10.6% | 10.7% |
| Diarrhea | 5.5% | 12.1% | 9.1% |
| Chest discomfort | 9.1% | 7.6% | 8.3% |
| Nausea | 7.3% | 7.6% | 7.4% |
| Flushing | 1.8% | 7.6% | 5.0% |
| Dyspnea | 5.5% | 4.5% | 5.0% |
| Oropharyngeal pain | 1.8% | 6.1% | 4.1% |

- No SAEs related to study drug
- TEAEs mostly mild to moderate & during first 2 weeks
- Titrated most patients ≥ 79.5 mcg doses by Month 2
- Dosed up to 159 mcg at Month 2 in INSPIRE study
- Dosed up to 238.5 mcg in Extension study
- Have not yet reached an MTD
- No important adverse safety outcomes at Year 1[2]

Serious Adverse Events (SAEs); Treatment Emergent Adverse Events (TEAEs) deemed related to LIQ861; Maximum Tolerated Dose (MTD);

1. Hill et al, ISHLTv 2020 [virtual presentation]. 2. Hill et al, ATS 2022 [Symposium, Poster]



23

LIQ_PH-ILD_00000558

# Positive Trends in Exploratory Endpoint Data at Month 2 Primary Endpoint

*Exploratory endpoints from INSPIRE study, not controlled, open-label*

| | | |
|---|---|---|
| **Maintained or improved NYHA Functional Class at Month 2[1]**<br><br>98% for Transition pts<br>95% for Naïve pts | **Increased Median 6MWD at Month 2[1]**<br><br>+ 18.9m for Transition pts<br>+ 6.5m for Naïve pts | **Significant improvement in quality of life as measured by MLHFQ[2,3]**<br><br>Emotional and Physical Dimensions scored |

- **Greater percentage of subjects met 2 or 3 PAH low-risk criteria**

- **Did not observe clinically meaningful change in NT-proBNP**

- **Majority of transition patients preferred dry powder inhaler to Tyvaso® Inhalation System**

New York Heart Association (NYHA); Six Minute Walk Distance (6MWD); Minnesota Living with Heart Failure Questionnaire (MLHFQ); N-terminal pro b-type natriuretic peptide (NT-proBNP)

1. Hill et al, ATS 2020 [ePoster]; 2. Hill et al, ATS 2020 [Poster] 3. Kingman et al; PHA 2022 [Poster] Tyvaso® is a registered trademark of United Therapeutics

**Liquidia**® CORPORATION  | 24

LIQ_PH-ILD_00000559



**Legal & Financial Positioning**

LIQ_PH-ILD_00000560

# Legal Events are Gating to Final FDA Approval of YUTREPIA™

| Key Dates | Q1 2022 | | Q2 2022 | | Q3 2022 | Q4 2022 | |
|---|---|---|---|---|---|---|---|
| | | Hatch-Waxman Trial △ Mar 28-31 | '793 IPR oral arguments △ May-13 | Submit H-W Post-trial briefs △ Jun-15 | '793 IPR Written Decision ◁----▷ by Aug-11 | Hatch-Waxman Decision ◁----▷ | 30-Mo Stay Expires ▲ Oct-27 |

| U.S. Patents Asserted by UTHR | Legal Proceeding | Next Step | Comments |
|---|---|---|---|
| '901 | Hatch-Waxman Litigation[1,2] | ✓ Withdrawn | • PTAB stated 7 of 9 claims unpatentable in IPR decision (Oct 2021)[3]<br>• UTHR stipulated LQDA's non-infringement with appellate rights reserved (Dec 2021)[4]<br>• PTAB denied UTHR's request for re-hearing on IPR (June 2022) |
| '066 | | Await H-W Decision | • Product-by-process claims relate to product that is similar to product claimed in related patent invalidated by IPR[5]<br>• Process claim requires actual storage at ambient temperature |
| '793 | H-W Litigation | Await H-W Decision | • '793 IPR instituted 1 year after patent was granted (Aug 2021)[6]<br>• PTAB stated reasonable likelihood that at least one challenged claim is unpatentable |
| | *Inter Partes* Review | Await Written Decision | • Conducted IPR oral arguments on May-13; written decision expected near Aug-11 |

- **U.S. Patent numbers**: Patent 9,604,**901**, Patents 9,593,**066**, Patent 10,716,**793**
- **Under Hatch-Waxman Act:** FDA is automatically precluded from granting final approval of YUTREPIA for up to 30 months or earlier favorable resolution of lawsuit filed by UTHR in Jun-2020

Patent Trial And review Board (PTAB); *Inter Partes* Review (IPR); Press releases: 1. Jun 2020; 2. Jul 2020; 3. Oct 2021; 4. Dec 2021 5. Nov 2017 (SteadyMed); 6. Aug 2021
PACER: Civil Docket For Case#: 1:20-cv-00755-RGA-JLH on https://ecf.ded.uscourts.gov/;  PTAB: IPR2021-00406 on https://ptab.uspto.gov/#/external/search

Liquidia® CORPORATION | 26

DA0962

LIQ_PH-ILD_00000561

# Well Capitalized Through Potential Value Creating Events In 2022

- **Positive contribution from Treprostinil Injection**
  - 50:50 profit split with Sandoz
  - $15.5 million cash contribution 2021 EOY
  - $12.9 million revenue 2021 EOY, net of $2.7 in amortization of contract acquisition costs from Sandoz agreement
  - $3.5 million revenue for 1Q'2022

- **Preparing to launch YUTREPIA™ into PAH market**
  - Pre-commercial activity with key stakeholders
  - R&D activity to increase future value proposition
  - Early-stage program for life-cycle management

| | |
|---|---|
| **Cash & Equivalents** 2022 Q1 | **$57.8 million** as of 31-Mar-2022 |
| **SVB Debt Facility** January 2022 | $20.0 million drawn +$5.0 million available now +$15.0 million on future milestones |
| **Equity Raise** April 2022 | ~$53.7 million in net proceeds |
| **Shares Outstanding** | 64.4 million shares |



27

LIQ_PH-ILD_00000562



# Thank You



LIQ_PH-ILD_00000563

# EXHIBIT 33

Case 1:23-cv-00975-RGA-SRF    Document 60-2    Filed 04/29/24    Page 407 of 482
PageID #: 7092

# PRESS RELEASE

## UNITED THERAPEUTICS CORPORATION REPORTS FOURTH QUARTER AND FULL YEAR 2023 FINANCIAL RESULTS

SILVER SPRING, Md. & RESEARCH TRIANGLE PARK, N.C.--(BUSINESS WIRE)-- United Therapeutics Corporation (Nasdaq: **UTHR**), a public benefit corporation, today announced its financial results for the quarter and year ended December 31, 2023. Full year 2023 revenues rose to a record $2.33 billion, reflecting 20% growth over 2022.

"Congratulations to the dedicated Unitherians who worked tirelessly to help us achieve our third straight quarter and second straight year of record revenue," said **Martine Rothblatt, Ph.D.**, Chairperson and Chief Executive Officer of United Therapeutics. "This represents only the beginning of our growth, driven by a strong foundation in our current commercial business and upcoming enrollment milestones for our innovative pipeline. On top of this, we have continued momentum for our revolutionary organ manufacturing programs, with the first human clinical study of a bioengineered organ, the miroliver*ELAP,* cleared by the FDA, and the recent opening of the world's first designated pathogen-free clinical supply facility to support our upcoming xenotransplantation clinical program."

"Our commercial business remains a solid foundation supporting our innovative and revolutionary efforts to cure end stage organ disease," said **Michael Benkowitz**, President and Chief Operating Officer of United Therapeutics. "To that end, in the fourth quarter we saw record revenue for our Tyvaso business, and we achieved solid growth in our U.S. Remodulin business, with strong revenue growth and a record number of patients on therapy despite the presence of generic competition since 2019."

Fourth Quarter and Full Year 2023 Financial Results

Key financial highlights include (in millions, except per share data):

DA0966                                                                  LIQ_PH-ILD_00000564

3/26/24, 2:46 PM  United Therapeutics Corporation Reports Fourth Quarter and Full Year 2023 Financial Results - United Therapeutics - Investor Rel…

Case 1:23-cv-00975-RGA-SRF   Document 80-2   Filed 04/29/24   Page 408 of 482 PageID #: 7093

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
|  | 2023 | 2022 | 2023 | 2022 |
| Total revenues | $ 614.7 | $ 491.5 | $ 2,327.5 | $ 1,936.3 |
| Net income | $ 217.1 | $ 132.1 | $ 984.8 | $ 727.3 |
| Net income, per basic share | $ 4.62 | $ 2.88 | $ 21.04 | $ 15.98 |
| Net income, per diluted share | $ 4.36 | $ 2.67 | $ 19.81 | $ 15.00 |

### Revenues

The table below presents the components of total revenues (dollars in millions):

|  | Three Months Ended December 31, | | Dollar Change | Percentage Change | Year Ended December 31, | | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
|  | 2023 | 2022 | | | 2023 | 2022 | | |
| Net product sales: | | | | | | | | |
| Tyvaso DPI®(1) | $213.7 | $ 92.2 | $ 121.5 | 132% | $ 731.1 | $ 158.3 | $ 572.8 | 362% |
| Nebulized Tyvaso®(1) | 136.9 | 150.1 | (13.2) | (9)% | 502.6 | 714.7 | (212.1) | (30)% |
| Total Tyvaso | 350.6 | 242.3 | 108.3 | 45% | 1,233.7 | 873.0 | 360.7 | 41% |
| Remodulin®(2) | 115.1 | 122.5 | (7.4) | (6)% | 494.8 | 500.2 | (5.4) | (1)% |
| Orenitram® | 84.1 | 75.8 | 8.3 | 11% | 359.4 | 325.1 | 34.3 | 11% |
| Unituxin® | 54.2 | 36.7 | 17.5 | 48% | 198.9 | 182.9 | 16.0 | 9% |
| Adcirca® | 6.8 | 10.4 | (3.6) | (35)% | 28.9 | 41.3 | (12.4) | (30)% |
| Other | 3.9 | 3.8 | 0.1 | 3% | 11.8 | 13.8 | (2.0) | (14)% |
| Total revenues | $614.7 | $491.5 | $ 123.2 | 25% | $2,327.5 | $1,936.3 | $ 391.2 | 20% |

(1) Net product sales include both the drug product and the respective inhalation device.

(2) Net product sales include sales of infusion devices including the Remunity® Pump.

3/26/24, 2:46 PM    United Therapeutics Corporation Reports Fourth Quarter and Full Year 2023 Financial Results – Page 409 of 482 Therapeutics Investor Rel...

Case 1:23-cv-00975-RGA-SRF   Document 360-2   Filed 04/29/24   Page 409 of 482 PageID #: 7094

**Fourth Quarter 2023 Compared to Fourth Quarter 2022.** Total Tyvaso revenues grew by 45% to $350.6 million in the fourth quarter of 2023, compared to $242.3 million in the fourth quarter of 2022. This growth was primarily due to an increase in quantities sold, driven by the commercial launch of Tyvaso DPI in June 2022 and continued growth in utilization by patients with pulmonary hypertension associated with interstitial lung disease (**PH-ILD**). The growth in Tyvaso DPI revenues resulted primarily from an increase in quantities sold. The decrease in nebulized Tyvaso revenues was primarily due to a decrease in U.S. quantities sold following the commercial launch of Tyvaso DPI, partially offset by an increase in international nebulized Tyvaso revenues, primarily due to the commercial launch of nebulized Tyvaso in Japan in December 2022, as shown in the table below. The decrease in Remodulin revenues resulted from a decrease in international Remodulin revenues, partially offset by an increase in U.S. Remodulin revenues, as shown in the table below. The increase in Orenitram revenues resulted from a price increase and an increase in quantities sold. The increase in Unituxin revenues resulted from an increase in quantities sold and a price increase.

**Full Year 2023 Compared to Full Year 2022.** Total Tyvaso revenues grew by 41% to $1,233.7 million in 2023, compared to $873.0 million in 2022. This growth was primarily due to an increase in quantities sold, driven by the commercial launch of Tyvaso DPI in June 2022 and continued growth in utilization by patients with PH-ILD. The growth in Tyvaso DPI revenues resulted primarily from an increase in quantities sold. The decrease in nebulized Tyvaso revenues was driven by a decrease in U.S. nebulized Tyvaso revenues, primarily due to a decrease in quantities sold following the commercial launch of Tyvaso DPI, partially offset by an increase in international nebulized Tyvaso revenues, primarily due to the commercial launch of nebulized Tyvaso in Japan in December 2022, as shown in the table below. The decrease in Remodulin revenues resulted from a decrease in international Remodulin revenues, partially offset by an increase in U.S. Remodulin



The table below presents the breakdown of total revenues between the United States and rest-of-world (**ROW**) (in millions):

| | Three Months Ended December 31, | | | | | | Year Ended December 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2023 | | | 2022 | | | 2023 | | | 2 | |
| | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | R |
| Net product sales: | | | | | | | | | | | |

DA0968      LIQ_PH-ILD_00000566

3/26/24, 2:46... Case 1:23-cv-00975-RGA-SRF Unither Reports Document 130+2 Full Year Filed 04/29/24 Results Page 410 of 482 Investor Rel...

PageID #: 7095

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tyvaso DPI[1] | $213.7 | $— | $213.7 | $ 92.2 | $— | $ 92.2 | $ 731.1 | $— | $ 731.1 | $ 158.3 |
| Nebulized Tyvaso[1] | 123.7 | 13.2 | 136.9 | 148.4 | 1.7 | 150.1 | 477.1 | 25.5 | 502.6 | 708.6 |
| **Total Tyvaso** | **337.4** | **13.2** | **350.6** | **240.6** | **1.7** | **242.3** | **1,208.2** | **25.5** | **1,233.7** | **866.9** |
| Remodulin[2] | 106.3 | 8.8 | 115.1 | 97.7 | 24.8 | 122.5 | 414.6 | 80.2 | 494.8 | 407.5 |
| Orenitram | 84.1 | — | 84.1 | 75.8 | — | 75.8 | 359.4 | — | 359.4 | 325.1 |
| Unituxin | 48.7 | 5.5 | 54.2 | 36.4 | 0.3 | 36.7 | 181.3 | 17.6 | 198.9 | 170.5 |
| Adcirca | 6.8 | — | 6.8 | 10.4 | — | 10.4 | 28.9 | — | 28.9 | 41.3 |
| Other | 2.6 | 1.3 | 3.9 | 2.8 | 1.0 | 3.8 | 9.8 | 2.0 | 11.8 | 2.8 |
| Total revenues | $585.9 | $28.8 | $614.7 | $463.7 | $27.8 | $491.5 | $2,202.2 | $125.3 | $2,327.5 | $1,814.1 |

(1) Net product sales include both the drug product and the respective inhalation device.

(2) Net product sales include sales of infusion devices including the Remunity Pump.

## Expenses

**Cost of sales.** The table below summarizes cost of sales by major category (dollars in millions):

| | Three Months Ended December 31, | | Dollar Change | Percentage Change | Year Ended December 31, | | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
| | 2023 | 2022 | | | 2023 | 2022 | | |
| **Category:** | | | | | | | | |
| Cost of sales | $ 70.1 | $ 55.9 | $ 14.2 | 25% | $255.1 | $146.7 | $ 108.4 | 74% |
| Share-based compensation expense[1] | 0.9 | 2.9 | (2.0) | (69)% | 2.4 | 4.9 | (2.5) | (51)% |
| Total cost of sales | $ 71.0 | $ 58.8 | $ 12.2 | 21% | $257.5 | $151.6 | $ 105.9 | 70% |

(1) See *Share-based compensation* below.

3/26/24, 2:46 PM    United Therapeutics Corporation Reports Second Quarter and Full Year 2023 Financial Results - United Therapeutics Corporation Investor Rel…

Case 1:23-cv-00975-RGA-SRF    Document 360-2    Filed 04/29/24    Page 441 of 482 PageID #: 7096

*Cost of sales, excluding share-based compensation.* The increase in cost of sales for the quarter ended December 31, 2023, as compared to the same period in 2022, was primarily due to an increase in Tyvaso DPI royalty expense and product costs following its commercial launch in June 2022.

The increase in cost of sales for the year ended December 31, 2023, as compared to the same period in 2022, was primarily due to an increase in Tyvaso DPI royalty expense and product costs, following its commercial launch in June 2022, and an increase in Remunity product sales.

**Research and development expense.** The table below summarizes the nature of research and development expense by major expense category (dollars in millions):

| Category: | Three Months Ended December 31, 2023 | 2022 | Dollar Change | Percentage Change | Year Ended December 31, 2023 | 2022 | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
| External research and development[1] | $ 50.4 | $ 46.7 | $ 3.7 | 8% | $192.0 | $168.8 | $ 23.2 | 14% |
| Internal research and development[2] | 43.2 | 35.4 | 7.8 | 22% | 146.6 | 131.4 | 15.2 | 12% |
| Share-based compensation expense[3] | 5.7 | 11.0 | (5.3) | (48)% | 15.6 | 23.8 | (8.2) | (34)% |
| Impairments[4] | — | — | — | —% | — | — | — | —% |
| Other[5] | 52.1 | 0.8 | 51.3 | NM[6] | 53.8 | (1.1) | 54.9 | NM[6] |
| Total research and development expense | $151.4 | $ 93.9 | $ 57.5 | 61% | $408.0 | $322.9 | $ 85.1 | 26% |

(1) *External research and development* primarily includes fees paid to third parties (such as clinical trial sites, contract research organizations, and contract laboratories) for preclinical and clinical studies and payments to third-party contract manufacturers before FDA approval of the relevant product.

DA0970                                    LIQ_PH-ILD_00000568

(2) *Internal research and development* primarily includes salary-related expenses for research and development functions, internal costs to manufacture product candidates before FDA approval, and internal facilities-related expenses, including depreciation, related to research and development activities.

(3) See *Share-based compensation* below.

(4) *Impairments* primarily includes impairment charges to write down the carrying value of in-process research and development (IPR&D) and of certain property, plant, and equipment as a result of research and development activities. There were no impairment charges during the years ended December 31, 2023 and December 31, 2022.

(5) *Other* primarily includes upfront fees and milestone payments to third parties under license agreements related to development-stage products, adjustments to the fair value of our contingent consideration obligations, and costs to acquire certain IPR&D assets. During the quarter and year ended December 31, 2023, we recorded $46.0 million in IPR&D expense in connection with the acquisition of IVIVA Medical, Inc. (IVIVA).

(6) Calculation is not meaningful.

*Research and development, excluding share-based compensation.* The increase in research and development expense for the quarter ended December 31, 2023, as compared to the same period in 2022, was due to an increase in IPR&D expense in connection with the acquisition of IVIVA and increased expenditures related to the *TETON 1* and *TETON 2* clinical studies of nebulized Tyvaso in patients with idiopathic pulmonary fibrosis (IPF).

The increase in research and development expense for the year ended December 31, 2023, as compared to the same period in 2022, was due to: (1) an increase in IPR&D expense in connection with the acquisition of IVIVA; (2) increased expenditures related to the *TETON 1* and *TETON 2* clinical studies of nebulized Tyvaso in patients with IPF; and (3) increased expenditures related to organ manufacturing projects.

**Selling, general, and administrative expense.** The table below summarizes selling, general, and administrative expense by major category (dollars in millions):

| Category: | Three Months Ended December 31, | | Dollar Change | Percentage Change | Year Ended December 31, | | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
| | 2023 | 2022 | | | 2023 | 2022 | | |

LIQ_PH-ILD_00000569

3/26/24, 2:46 PM    United Therapeutics Corp. Reports Fourth Quarter and Full Year 2023 Results - Page 413 of 482 | United Therapeutics Corp. - Investor Rel...

Case 1:23-cv-00975-RGA-SRF    Document 304    Filed 04/29/24    Page 413 of 482
PageID #: 7098

| | | | Dollar Change | Percentage Change | | | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
| General and administrative | $ 98.1 | $ 89.3 | $ 8.8 | 10% | $374.2 | $333.2 | $ 41.0 | 12% |
| Sales and marketing | 24.1 | 23.0 | 1.1 | 5% | 81.8 | 70.8 | 11.0 | 16% |
| Share-based compensation expense[1] | 10.0 | 50.9 | (40.9) | (80)% | 21.1 | 78.1 | (57.0) | (73)% |
| Total selling, general, and administrative expense | $132.2 | $163.2 | $ (31.0) | (19)% | $477.1 | $482.1 | $ (5.0) | (1)% |

(1) See *Share-based compensation* below.

*General and administrative, excluding share-based compensation*. The increase in general and administrative expense for the year ended December 31, 2023, as compared to the same period in 2022, was primarily due to increases in: (1) office expenses; (2) personnel expense due to growth in headcount; and (3) sponsorships and grants.

*Sales and marketing, excluding share-based compensation*. The increase in sales and marketing expense for the year ended December 31, 2023, as compared to the same period in 2022, was primarily due to increases in: (1) personnel expense due to growth in headcount; and (2) consulting expenses.

**Share-based compensation.** The table below summarizes share-based compensation expense by major category (dollars in millions):

| | Three Months Ended December 31, | | Dollar Change | Percentage Change | Year Ended December 31, | | Dollar Change | Percentage Change |
|---|---|---|---|---|---|---|---|---|
| | 2023 | 2022 | | | 2023 | 2022 | | |
| **Category:** | | | | | | | | |
| Stock options | $ 2.9 | $ 5.8 | $ (2.9) | (50)% | $ 15.4 | $ 22.6 | $ (7.2) | (32)% |
| Restricted stock units | 14.1 | 12.1 | 2.0 | 17% | 52.4 | 35.7 | 16.7 | 47% |
| Share tracking awards plan (STAP) | (0.9) | 46.5 | (47.4) | (102)% | (30.7) | 46.7 | (77.4) | (166)% |

DA0972    LIQ_PH-ILD_00000570

3/26/24, 2:46 PM    Unither - Unither Reports Fourth Quarter and Full Year 2023 Results - Unither of Investor Rel...

Case 1:23-cv-00975-RGA-SRF   Document 364-2   Filed 04/29/24   Page 414 of 482
PageID #: 7099

| Employee stock purchase plan | 0.5 | 0.4 | 0.1 | 25% | 2.0 | 1.8 | 0.2 | 11% |
|---|---|---|---|---|---|---|---|---|
| Total share-based compensation expense | $ 16.6 | $ 64.8 | $ (48.2) | (74)% | $ 39.1 | $106.8 | $(67.7) | (63)% |

The decrease in share-based compensation expense for the quarter ended December 31, 2023, as compared to the same period in 2022, was primarily due to an increase in STAP benefit driven by a three percent decrease in our stock price during the quarter ended December 31, 2023, as compared to a 33 percent increase in our stock price for the same period in 2022. The decrease in share-based compensation expense for the year ended December 31, 2023, as compared to the same period in 2022, was primarily due to: (1) an increase in STAP benefit driven by a 21 percent decrease in our stock price during 2023, as compared to a 29 percent increase in our stock price during 2022; and (2) a decrease in stock option expense due to fewer awards remaining outstanding in 2023, as compared to the same period in 2022, partially offset by an increase in restricted stock unit expense.

**Other expense, net.** The change in other expense, net for the year ended December 31, 2023, as compared to the same period in 2022, was primarily due to net unrealized and realized gains and losses on equity securities.

**Income tax expense.** Income tax expense was $289.5 million for the year ended December 31, 2023, compared to $223.3 million for the same period in 2022. Our effective income tax rate was approximately 23 percent for the years ended December 31, 2023 and 2022.

### Inducement Restricted Stock Units

On February 19, 2024, we granted a total of 11,250 restricted stock units under our 2019 Inducement Stock Incentive Plan to six newly hired employees. All of these restricted stock units will vest in full on February 19, 2027, the third anniversary of the grant date, assuming continued employment on such date, and subject to the standard terms and conditions we filed with the SEC as Exhibit 10.2 to our Current Report on Form 8-K on March 1, 2019. We are providing this information in accordance with Nasdaq Listing Rule 5635(c)(4).

### Webcast

We will host a webcast to discuss our fourth quarter and full year 2023 financial results on Wednesday, February 21, 2024, at 9:00 a.m. Eastern Time. The webcast can be accessed live via our website at https://ir.unither.com/events-and-presentations/default.aspx. A replay of the webcast will also be available at the same location on our website.

## United Therapeutics: Enabling Inspiration

At United Therapeutics, our vision and mission are one. We use our enthusiasm, creativity, and persistence to innovate for the unmet medical needs of our patients and to benefit our other stakeholders. We are bold and unconventional. We have fun, we do good. We are the first publicly-traded biotech or pharmaceutical company to take the form of a public benefit corporation (**PBC**). Our public benefit purpose is
*to provide a brighter future for patients through (a) the development of novel pharmaceutical therapies; and (b) technologies that expand the availability of transplantable organs*
.

You can learn more about what it means to be a PBC here: unither.com/pbc.

## Forward-Looking Statements

Statements included in this press release that are not historical in nature are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements include, among others, statements related to our future growth expectations from both our current commercial operations and our pipeline; our organ manufacturing programs, including our efforts to cure end-stage organ disease and the anticipated clinical trials of miroliver*ELAP* and our xenotransplantation program; and our goals of innovating for the unmet medical needs of our patients and to benefit our other stakeholders, furthering our public benefit purpose of developing novel pharmaceutical therapies and technologies that expand the availability of transplantable organs. These forward-looking statements are subject to certain risks and uncertainties, such as those described in our periodic reports filed with the Securities and Exchange Commission, that could cause actual results to differ materially from anticipated results. Consequently, such forward-looking statements are qualified by the cautionary statements, cautionary language and risk factors set forth in our periodic reports and documents filed with the Securities and Exchange Commission, including our most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, and Current Reports on Form 8-K. We claim the protection of the safe harbor contained in the Private Securities Litigation Reform Act of 1995 for forward-looking statements. We are providing this information as of February 21, 2024, and assume no obligation to update or revise the information contained in this press release whether as a result of new information, future events, or any other reason.

MIROLIVERELAP, ORENITRAM, REMODULIN, REMUNITY, TYVASO, TYVASO DPI, and UNITUXIN are registered trademarks of United Therapeutics Corporation and/or its subsidiaries.

3/26/24, 2:46 PM    United Therapeutics Corporation Reports Second Quarter and First Half 2023 Financial Results - United Therapeutics Investor Rel...

Case 1:23-cv-00975-RGA-SRF    Document 360-2 Filed 04/29/24    Page 416 of 482 PageID #: 7101

ADCIRCA is a registered trademark of Eli Lilly and Company.

## UNITED THERAPEUTICS CORPORATION
## CONSOLIDATED STATEMENTS OF OPERATIONS
### (In millions, except per share data)

| | Three Months Ended December 31, | | Year Ended December 31, | |
| | 2023 | 2022 | 2023 | 2022 |
|---|---|---|---|---|
| | (Unaudited) | | | |
| Total revenues | $ 614.7 | $ 491.5 | $ 2,327.5 | $ 1,936.3 |
| Operating expenses: | | | | |
| Cost of sales | 71.0 | 58.8 | 257.5 | 151.6 |
| Research and development | 151.4 | 93.9 | 408.0 | 322.9 |
| Selling, general, and administrative | 132.2 | 163.2 | 477.1 | 482.1 |
| Total operating expenses | 354.6 | 315.9 | 1,142.6 | 956.6 |
| Operating income | 260.1 | 175.6 | 1,184.9 | 979.7 |
| Interest income | 51.0 | 20.8 | 162.7 | 45.2 |
| Interest expense | (15.1) | (12.3) | (59.3) | (32.4) |
| Other expense, net | (0.6) | (5.3) | (14.0) | (40.2) |
| Impairment of investment in privately-held company | — | — | — | (1.7) |
| Total other income (expense), net | 35.3 | 3.2 | 89.4 | (29.1) |
| Income before income taxes | 295.4 | 178.8 | 1,274.3 | 950.6 |
| Income tax expense | (78.3) | (46.7) | (289.5) | (223.3) |
| Net income | $ 217.1 | $ 132.1 | $ 984.8 | $ 727.3 |
| Net income per common share: | | | | |
| Basic | $ 4.62 | $ 2.88 | $ 21.04 | $ 15.98 |
| Diluted | $ 4.36 | $ 2.67 | $ 19.81 | $ 15.00 |
| Weighted average number of common shares outstanding: | | | | |
| Basic | 47.0 | 45.8 | 46.8 | 45.5 |
| Diluted | 49.8 | 49.4 | 49.7 | 48.5 |

3/26/24, 2:46 PM    Case 1:23-cv-00975-RGA-SRF Reports First Quarter 2018 Financial Results – Full Year Revenues of $406.7 million – United Therapeutics Investor Rel…
Case 1:23-cv-00975-RGA-SRF   Document 80-2   Filed 04/29/24   Page 417 of 482
PageID #: 7102

## SELECTED CONSOLIDATED BALANCE SHEET DATA

### (In millions)

| | December 31, | |
|---|---|---|
| | 2023 | 2022 |
| Cash, cash equivalents, and marketable investments | $ 4,903.9 | $ 4,154.9 |
| Total assets | 7,167.0 | 6,044.5 |
| Total liabilities | 1,182.2 | 1,247.8 |
| Total stockholders' equity | 5,984.8 | 4,796.7 |

The table below presents the breakdown of select historical total revenues between the United States and ROW (in millions):

| | Three Months Ended | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2023 | | | June 30, 2023 | | | September 30, 2023 | | | Decemb | |
| | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | R |
| Net product sales: | | | | | | | | | | | |
| Tyvaso DPI[1] | $118.7 | $ — | $118.7 | $193.6 | $ — | $193.6 | $205.1 | $ — | $205.1 | $213.7 | $ |
| Nebulized Tyvaso[1] | 115.7 | 4.0 | 119.7 | 119.6 | 5.7 | 125.3 | 118.1 | 2.6 | 120.7 | 123.7 | |
| Total Tyvaso | 234.4 | 4.0 | 238.4 | 313.2 | 5.7 | 318.9 | 323.2 | 2.6 | 325.8 | 337.4 | |
| Remodulin[2] | 93.2 | 28.2 | 121.4 | 103.5 | 23.7 | 127.2 | 111.6 | 19.5 | 131.1 | 106.3 | |
| Orenitram | 88.2 | — | 88.2 | 95.1 | — | 95.1 | 92.0 | — | 92.0 | 84.1 | |
| Unituxin | 44.3 | 4.8 | 49.1 | 39.5 | 4.8 | 44.3 | 48.8 | 2.5 | 51.3 | 48.7 | |
| Adcirca | 7.3 | — | 7.3 | 7.5 | — | 7.5 | 7.3 | — | 7.3 | 6.8 | |
| Other | 2.3 | 0.2 | 2.5 | 3.2 | 0.3 | 3.5 | 1.7 | 0.2 | 1.9 | 2.6 | |
| Total revenues | $469.7 | $37.2 | $506.9 | $562.0 | $34.5 | $596.5 | $584.6 | $24.8 | $609.4 | $585.9 | $ |

| | Three Months Ended | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2022 | | | June 30, 2022 | | | September 30, 2022 | | | Decemb | |
| | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | R |
| Net product sales: | | | | | | | | | | | |

DA0976                                                      LIQ_PH-ILD_00000574

| | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tyvaso DPI(1) | $ — | $ — | $ — | $ 3.0 | $ — | $ 3.0 | $ 63.1 | $ — | $ 63.1 | $ 92.2 | $ |
| Nebulized Tyvaso(1) | 170.1 | 1.9 | 172.0 | 196.2 | 1.8 | 198.0 | 193.9 | 0.7 | 194.6 | 148.4 | |
| Total Tyvaso | 170.1 | 1.9 | 172.0 | 199.2 | 1.8 | 201.0 | 257.0 | 0.7 | 257.7 | 240.6 | |
| Remodulin(2) | 99.1 | 32.6 | 131.7 | 108.5 | 23.5 | 132.0 | 102.2 | 11.8 | 114.0 | 97.7 | |
| Orenitram | 82.8 | — | 82.8 | 79.0 | — | 79.0 | 87.5 | — | 87.5 | 75.8 | |
| Unituxin | 48.0 | 7.6 | 55.6 | 43.3 | 1.2 | 44.5 | 42.8 | 3.3 | 46.1 | 36.4 | |
| Adcirca | 9.8 | — | 9.8 | 10.4 | — | 10.4 | 10.7 | — | 10.7 | 10.4 | |
| Other | — | 10.0 | 10.0 | — | — | — | — | — | — | 2.8 | |
| Total revenues | $409.8 | $52.1 | $461.9 | $440.4 | $26.5 | $466.9 | $500.2 | $15.8 | $516.0 | $463.7 | $ |

| | Three Months Ended | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2021 | | | June 30, 2021 | | | September 30, 2021 | | | Decemb... | |
| | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | ROW | Total | U.S. | R... |
| Net product sales: | | | | | | | | | | | |
| Tyvaso DPI(1) | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ |
| Nebulized Tyvaso(1) | 122.4 | 0.6 | 123.0 | 152.6 | 1.2 | 153.8 | 160.7 | 3.5 | 164.2 | 165.0 | |
| Total Tyvaso | 122.4 | 0.6 | 123.0 | 152.6 | 1.2 | 153.8 | 160.7 | 3.5 | 164.2 | 165.0 | |
| Remodulin(2) | 107.1 | 23.1 | 130.2 | 111.0 | 28.8 | 139.8 | 106.8 | 18.6 | 125.4 | 98.5 | |
| Orenitram | 72.4 | — | 72.4 | 76.2 | — | 76.2 | 85.2 | — | 85.2 | 72.3 | |
| Unituxin | 42.8 | 1.1 | 43.9 | 48.3 | 4.8 | 53.1 | 44.8 | 10.5 | 55.3 | 42.2 | |
| Adcirca | 9.6 | — | 9.6 | 23.6 | — | 23.6 | 14.6 | — | 14.6 | 8.1 | |
| Other | — | — | — | — | — | — | — | — | — | — | |
| Total revenues | $354.3 | $24.8 | $379.1 | $411.7 | $34.8 | $446.5 | $412.1 | $32.6 | $444.7 | $386.1 | $ |

(1) Net product sales include both the drug product and the respective inhalation device.

(2) Net product sales include sales of infusion devices including the Remunity Pump.

Category: Earnings

View source version on businesswire.com:
https://www.businesswire.com/news/home/20240221477756/en/

Dewey Steadman at (202) 919-4097

https://ir.unither.com/contact-ir

Source: United Therapeutics Corporation

DA0978                                    LIQ_PH-ILD_00000576

# EXHIBIT 34



# HHS Public Access

Author manuscript

*J Cardiovasc Pharmacol.* Author manuscript; available in PMC 2017 April 01.

Published in final edited form as:
*J Cardiovasc Pharmacol.* 2016 April ; 67(4): 322–325. doi:10.1097/FJC.0000000000000357.

# Safety and Tolerability of High-dose Inhaled Treprostinil in Pulmonary Hypertension

**Kishan S. Parikh, MD**[1], **Sudarshan Rajagopal, MD, PhD**[1], **Terry Fortin, MD, MS**[1], **Victor F. Tapson, MD**[2], and **Abby D. Poms, RRT**[1]

[1]Department of Medicine, Duke University Medical Center, Durham, USA

[2]Department of Medicine, Cedars-Sinai Medical Center, Los Angeles, USA

## Abstract

Pulmonary arterial hypertension (PAH) has emerging therapeutic options including prostacyclin analogs. Inhaled therapy offers advantages compared to alternative routes of administration. We aimed to determine the safety and tolerability of inhaled treprostinil (iTRE) titrated to target maintenance dose higher than the labeled dose for PAH. Our study included 80 consecutive patients (69% female, 70% White) followed at Duke University Medical Center prescribed iTRE at dose > 9 breaths (54 mcg). Etiology of PH was most frequently pulmonary arterial hypertension (PAH) (51%) or secondary to lung disease (35%). Median follow-up was 20.3 months (IQR 14.2–33.2). Most patients (91%) had titrated iTRE dose to 12 breaths (72 mcg) four times daily. Common side effects reported with drug initiation were cough (41%), headache (28%) and throat irritation (8%); the majority of side effects improved at follow-up. Overall, 25% patients discontinued iTRE: 9 transitioned to parenteral therapy, 4 had untolerable side effects, 3 died, and 4 had other reasons. Overall, iTRE taken at a higher dose than approved for use in PAH was safe and well-tolerated in our cohort of PH patients.

## Keywords

pulmonary hypertension; treprostinil; prostacyclin analog; inhaled therapy; optimal dose; Tyvaso

## Introduction

Pulmonary hypertension (PH) is defined hemodynamically as mean pulmonary arterial pressure greater than 25 mmHg at rest. Whether it occurs as a primary disease of the pulmonary arteries (pulmonary arterial hypertension [PAH], World Health Organization [WHO] Group 1) or secondary to left heart disease, lung disease, chronic thromboembolic disease, or other causes (WHO Groups 2–5, respectively), the diagnosis of PH portends a poor prognosis. The pathogenesis of PAH is directly related to abnormal pulmonary vasculature (i.e., increased vasoconstriction, vascular remodeling, and thrombosis) associated with an imbalance of prostacyclin, endothelin-1, and nitric oxide. (1–3) Current approved therapeutics for PAH target these molecular pathways and fall into one of several

Correspondence to: Kishan S. Parikh, MD, Duke Clinical Research Institute, 2400 Pratt St, Durham, NC USA 27710, Phone: 1-919-668-7835, Fax: 1-919-681-9607, Kishan.parikh@dm.duke.edu.

UTC_PH-ILD_010599

classes: prostacyclin analogs, endothelin receptor antagonists, phosphodiesterase-5 inhibitors, and soluble guanylate cyclase stimulators. Occasionally, WHO Groups 2 and 3 patients who have a significant precapillary component of disease are also treated with PAH-specific therapies, although evidence is lacking. (4, 5)

Treprostinil is a tricyclic benzindene prostacyclin analog that is stable at room temperature. (6) As shown in several monotherapy and combination therapy trials, treprostinil in various forms (i.e., parenteral, subcutaneous, and inhaled) improves symptom burden and 6 minute walk distance (6MWD) in PAH patients. (7–16) In particular, compared to parenteral administration, inhaled treprostinil (iTRE) therapy offers the advantage of avoiding long-term invasive access and associated complications, (16, 17) as well as potentially lowering the risk of systemic vasodilation and ventilation-perfusion mismatch in patients with lung disease. (18–20) Inhaled treprostinil was approved for PAH patients with New York Heart Association class III symptoms based on the results of the pivotal Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) trial in 2009, which randomized 235 patients on bosentan or sildenafil to added iTRE (mean dose $50 \pm 10$ μg) or placebo and showed an increase of 20 meters in 6MWD at 12 weeks in the treatment arm. (13) The currently approved iTRE dosing titration algorithm reaches a maximum of 9 breaths (54 mcg) four times daily.

However, a dose-dependent relationship with duration of pulmonary vascular resistance reduction has been previously shown. (21) Furthermore, iTRE has a half-life of only 44–52 minutes, (22, 23) making optimal dosage with each administration critical. Although doses of up to 12 breaths (72 mcg) four times daily have been reported, the safety and tolerability of > 9 breaths four times daily have not been studied. (7, 8) Of note, iTRE has not been FDA approved for WHO groups II–V. We aimed to characterize safety and tolerability of higher iTRE doses (>9 breaths four times daily and/or greater than 216 mcg/day) from our single tertiary center experience in treating PH patients.

## Methods

### Study Population

We performed a retrospective cohort study of all WHO Group 1–5 PH patients followed at the Duke University Medical Center PH Clinic prescribed high-dose iTRE (> 9 breaths four times daily) prior to August 2012. The PH clinic standard iTRE dosing protocol is as follows: 3 breaths (18 mcg)/initial session, 6 breaths (36 mcg)/second session, and then titration as tolerated, based on side effects, by 1 breath daily until a maximum dosage of 12 breaths (72 mcg) four times daily is achieved (Figure 1). Of note, iTRE initiation (first and second sessions) was performed in clinic under physician supervision with 4 hours in between the sessions.

### Data Sources

Data were collected by chart abstraction from the electronic medical record for three separate time points for each patient: 1) Baseline at 9 breaths four times daily (up to 3 months prior to beginning iTRE); 2) Follow-up 1 (3–6 months post initiation of high-dose

UTC_PH-ILD_010600

iTRE), and Follow-up 2 (most recent visit prior to August 2012). If a patient stopped high-dose iTRE (either dose reduced or stopped completely) prior to Follow-up 1 or Follow-up 2, data were collected from the most recent visit closest to the high-dose discontinuation. Patient demographics, past medical history, and WHO classification of PH were collected for each patient from the Baseline visit. Start date and initial and subsequent iTRE doses were also obtained for each patient. Study data were collected and managed using Research Electronic Data Capture (REDCap) tools hosted at Duke University Medical Center.

### Endpoints

The primary endpoints for our study were safety and tolerability. Safety parameters consisted of adverse events (AEs), routine clinical laboratory tests (serum creatinine, hematocrit, platelet count), vital signs (pulse, respiratory rate, systolic and diastolic blood pressure, body mass index), and physical examination findings (jugular venous distension, lung sounds, peripheral edema, ascites). Tolerability of high-dose iTRE was assessed by a need for dose reduction, discontinuation, and reasons for discontinuation.

In addition, the following data related to PH severity were captured for all visits: 6MWD, Borg Dyspnea Index, Dyspnea-Fatigue Index, WHO or NYHA functional class, echocardiographic findings, pulmonary function test (PFT) values, amino-terminal pro-B-type natriuretic peptide (NT-proBNP) value, and concomitant PH medications. Statistical analysis of continuous variables was performed with descriptive statistics. Continuous variables were expressed as mean ± standard deviation unless otherwise stated. Student's t-test for paired samples was performed to determine statistical significance of efficacy results. Statistical tests were performed using GraphPad Prism version 5.0a for Mac OS X, GraphPad Softare, La Jolla California USA, www.graphpad.com. Duke University Institutional Review Board determined that the study protocol adheres to ethical principles, and its approval was granted to this study prior to data collection.

## Results

A total of 80 patients were included in our study with baseline characteristics described in Table 1. Most patients had PAH (51.9%) or PH secondary to lung disease (31.6%). Dates of iTRE initiation ranged from 12/2005 to 7/2012. Among all patients, the median duration of titration from 9 breaths/dose to 12 breaths/dose was 3 days (25–75% interquartile range [Q1-Q3], 1–3; mean 32.2 days; range 0–685). Median times from start of high-dose iTRE therapy to Follow-up Visits 1 and 2 were 5.2 months (Q1-Q3: 4.0–8.7) and 20.3 months (Q1-Q3: 14.2–33.2), respectively. Finally, of the original cohort, 49 patients had available data for the Follow-up Visit 1 analysis, and 39 patients continued to Follow-up Visit 2.

### Adverse Events

Patients at baseline most frequently reported cough (39%) and headache (29%) although both decreased over time. All noted AEs by frequency at Baseline and Follow-up Visits 1 and 2 are listed in Table 2. Additionally, 26 patients (32.5%) had no AE at baseline, and 29 (59.2%) and 25 (64.1%) had no AE at Follow-up Visits 1 and 2, respectively. There were 3 patient deaths attributed to worsening PH or post-operative complications.

UTC_PH-ILD_010601

**Tolerability**

Of the total cohort, 78 patients had titrated their dose to 12 breaths (72 mcg) four times daily, while two received 10–11 breaths. During the study period, 15/78 (19.2%) patients decreased the iTRE dose below 12 breaths four times daily due to intolerable medication side effects (Table 3). Of these patients, 5 eventually discontinued iTRE completely (2 secondary to continued medication intolerance at lower dose and 3 required parenteral prostacyclin therapy). Overall, 20/78 (25.6%) patients discontinued iTRE in follow-up: 9 transitioned to parenteral therapy, 4 stopped due to side effects, 3 died, 2 self-discontinued, 1 had worsening PH symptoms on high-dose iTRE (parenteral therapy not appropriate), and 1 had lack of clinical response.

**Efficacy Parameters**

Routinely used measures including 6-minute walk distance, Borg dyspnea index, and NT-proBNP were tracked over time as biomarkers of PH severity. The average change in 6-minute walk distance was 3.9 meters (95% confidence interval: −13.4, 21.2) from Baseline to Follow-up 1 ($n$=39; $p$=0.65), and 31.6 meters (−3.8, 67.0) from the Baseline to Follow-up 2 ($n$=34; $p$=0.08). Mean Borg Dyspnea Index changed by −0.2 (−0.7, 0.2) ($n$=37; $p$=0.31) and 0.0 (−0.76, 0.76) ($n$=32; $p$=1.00) between corresponding visits. Finally, NT-proBNP decreased by 39 ng/L (−312, 234) at Follow-up 1 ($n$=32, $p$=0.77) and 630 ng/L (−1456, 197) at Follow-up 2 ($n$=23, $p$=0.13).

# Discussion

We found that adverse events in PH patients on iTRE at 12 breaths (72 mcg) four times daily were relatively few and this dose was generally well-tolerated. Approximately one-third of our patient population did not experience any untoward effects. Of patients requiring dose reduction, cough and/or headache were responsible in 42% of the cases. Furthermore, among the patients who discontinued iTRE, only 20% cited intolerable side effects. Instead, the most common reason for discontinuation was the need to transition to parenteral therapy for worsening PH.

We found the safety profile of high-dose iTRE to be comparable to prior cited adverse effect/event rates of iTRE therapy. For example, in the TRIUMPH study of 235 patients on iTRE (maximum dose 9 breaths four times daily), cough (54% of patients) and headache (41% of patients) were the most frequent AEs in a 12 week follow-up period. (13) Furthermore, our cohort of patients did not experience previously documented rates of throat irritation (14%) and pharyngolaryngeal pain (11%). Instead, we observed a decrease in throat irritation over time among patients who remained on the drug (7.5% to 2.0% and 0.0% in follow-up visits), and only 2 patients cited throat irritation as a reason for discontinuation. To provide a longer-term profile and outcomes assessment of these patients, the TRIUMPH study open-label extension cohort of 206 patients was followed to 24 months. (7) Mean iTRE doses were 7.8 ± 2.9, 8.9 ± 2.5, 9.4 ± 2.6, and 9.5 ± 2.6 breaths at 6, 12, 18, and 24 months, respectively. Adverse effects (cough and headache) accounted for 6% of events resulting in discontinuation in this longer-term follow-up.

UTC_PH-ILD_010602

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

In a sick patient population with significant functional limitations and poor reserve, rapid titration of therapy to optimal dose (one that provides increased efficacy with tolerable side effects) is a critical part of management whenever possible. In prior studies, titration has spanned 18–21 days to achieve a dose of 9 breaths. (8, 13) It is possible that a more aggressive approach when appropriate may be preferred and well-tolerated.

The iTRE delivery system allows for titration of medication beyond the recommended package insert dosing instructions. Thus, PH clinicians can vary dosing for individual patients similar to standard practice with intravenous and subcutaneous prostacyclin therapies. This allows for patient-specific medication titration to maximal clinical benefit while minimizing side effects. Finally, we report a favorable safety and tolerability profile among PH WHO group 3 patients in our study for whom there are currently no approved therapies, and iTRE may provide benefit in this patient population.

## Limitations

This study was limited by the retrospective study design and only included patients thought to be good candidates for higher dose iTRE. Because this was an observational study in clinical practice it also suffers from follow-up loss. The iTRE dosing changes were made according to a standardized protocol that resulted in most patients achieving target dose in a few days. In this analysis we did not assess the association of high-dose iTRE with the adjustment of other medications such as diuretics. There were insufficient follow-up data to analyze efficacy endpoints.

## Conclusions

In conclusion, iTRE appears to be safe and generally well-tolerated at doses > 9 breaths four times daily among PH patients in our single center experience. These results warrant further investigation into the efficacy of high-dose iTRE in PH.

## Acknowledgements

Database creation and analysis was funded by United Therapeutics. Data analysis and manuscript preparation was supported by NIH grants 5T32GM086330-05 (KSP) and HL114643 (SR) and Burroughs Wellcome Career Award for Medical Scientists (SR).

Funding Source: United Therapeutics, NIH grant 5T32GM086330-05 (KSP)

**Disclosures:** Parikh: research funding from St. Jude Medical/ Rajagopal: research funding from National Heart, Lung, and Blood Institute (NHLBI), Wellcome Burroughs Fund, Gilead, and Bayer; Advisory Board for Gilead/ Fortin: nothing to disclose/ Tapson: Research funding: Actelion, Bayer, United Therapeutics; Consulting: Actelion, Bayer, United Therapeutics, Gilead, Lung Biotechnology, Janssen, Daiichi, Portola; Speaking: Bayer, Janssen/ Poms: Speaker Bureau: Actelion, United Therapeutics; Consulting: Ikariq, Actelion, Reatta; Advisory Board: Actelion, United Therapeutics, Bayer

## References

1. Barst RJ, Gibbs JS, Ghofrani HA, Hoeper MM, McLaughlin VV, Rubin LJ, Sitbon O, Tapson VF, Galie N. Updated evidence-based treatment algorithm in pulmonary arterial hypertension. J Am Coll Cardiol. Jun 30; 2009 54(1 Suppl):S78–84. [PubMed: 19555861]

2. Galie N, Hoeper MM, Humbert M, Torbicki A, Vachiery JL, Barbera JA, Beghetti M, Corris P, Gaine S, Gibbs JS, Gomez-Sanchez MA, Jondeau G, Klepetko W, Opitz C, Peacock A, Rubin L,

UTC_PH-ILD_010603

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Zellweger M, Simonneau G, Guidelines ESCCfP. Guidelines for the diagnosis and treatment of pulmonary hypertension: the Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS), endorsed by the International Society of Heart and Lung Transplantation (ISHLT). Eur Heart J. Oct; 2009 30(20):2493–537. [PubMed: 19713419]

3. McLaughlin VV, Archer SL, Badesch DB, Barst RJ, Farber HW, Lindner JR, Mathier MA, McGoon MD, Park MH, Rosenson RS, Rubin LJ, Tapson VF, Varga J, American College of Cardiology Foundation Task Force on Expert Consensus D; American Heart A; American College of Chest P; American Thoracic Society I; Pulmonary Hypertension A. ACCF/AHA 2009 expert consensus document on pulmonary hypertension a report of the American College of Cardiology Foundation Task Force on Expert Consensus Documents and the American Heart Association developed in collaboration with the American College of Chest Physicians; American Thoracic Society, Inc.; and the Pulmonary Hypertension Association. J Am Coll Cardiol. Apr 28; 2009 53(17):1573–619. [PubMed: 19389575]

4. Seeger W, Adir Y, Barbera JA, Champion H, Coghlan JG, Cottin V, De Marco T, Galie N, Ghio S, Gibbs S, Martinez FJ, Semigran MJ, Simonneau G, Wells AU, Vachiery JL. Pulmonary hypertension in chronic lung diseases. J Am Coll Cardiol. Dec 24; 2013 62(25 Suppl):D109–16. [PubMed: 24355635]

5. Vachiery JL, Adir Y, Barbera JA, Champion H, Coghlan JG, Cottin V, De Marco T, Galie N, Ghio S, Gibbs JS, Martinez F, Semigran M, Simonneau G, Wells A, Seeger W. Pulmonary hypertension due to left heart diseases. J Am Coll Cardiol. Dec 24; 2013 62(25 Suppl):D100–8. [PubMed: 24355634]

6. Laliberte K, Arneson C, Jeffs R, Hunt T, Wade M. Pharmacokinetics and steady-state bioequivalence of treprostinil sodium (Remodulin) administered by the intravenous and subcutaneous route to normal volunteers. J Cardiovasc Pharmacol. Aug; 2004 44(2):209–14. [PubMed: 15243302]

7. Benza RL, Seeger W, McLaughlin VV, Channick RN, Voswinckel R, Tapson VF, Robbins IM, Olschewski H, Rubin LJ. Long-term effects of inhaled treprostinil in patients with pulmonary arterial hypertension: the Treprostinil Sodium Inhalation Used in the Management of Pulmonary Arterial Hypertension (TRIUMPH) study open-label extension. J Heart Lung Transplant. Dec; 2011 30(12):1327–33. [PubMed: 22055098]

8. Bourge RC, Tapson VF, Safdar Z, Benza RL, Channick RN, Rosenzweig EB, Shapiro S, White RJ, McSwain CS, Gotzkowsky SK, Nelsen AC, Rubin LJ. Rapid transition from inhaled iloprost to inhaled treprostinil in patients with pulmonary arterial hypertension. Cardiovasc Ther. Feb; 2013 31(1):38–44. [PubMed: 22970909]

9. Chen H, Rosenzweig EB, Gotzkowsky SK, Arneson C, Nelsen AC, Bourge RC. Treatment satisfaction is associated with improved quality of life in patients treated with inhaled treprostinil for pulmonary arterial hypertension. Health Qual Life Outcomes. 2013; 11:31. [PubMed: 23496856]

10. Gomberg-Maitland M, McLaughlin V, Gulati M, Rich S. Efficacy and safety of sildenafil added to treprostinil in pulmonary hypertension. Am J Cardiol. Nov 1; 2005 96(9):1334–6. [PubMed: 16253609]

11. Hiremath J, Thanikachalam S, Parikh K, Shanmugasundaram S, Bangera S, Shapiro L, Pott GB, Vnencak-Jones CL, Arneson C, Wade M, White RJ, Group TS. Exercise improvement and plasma biomarker changes with intravenous treprostinil therapy for pulmonary arterial hypertension: a placebo-controlled trial. J Heart Lung Transplant. Feb; 2010 29(2):137–49. [PubMed: 20022264]

12. Jing ZC, Parikh K, Pulido T, Jerjes-Sanchez C, White RJ, Allen R, Torbicki A, Xu KF, Yehle D, Laliberte K, Arneson C, Rubin LJ. Efficacy and safety of oral treprostinil monotherapy for the treatment of pulmonary arterial hypertension: a randomized, controlled trial. Circulation. Feb 5; 2013 127(5):624–33. [PubMed: 23307827]

13. McLaughlin VV, Benza RL, Rubin LJ, Channick RN, Voswinckel R, Tapson VF, Robbins IM, Olschewski H, Rubenfire M, Seeger W. Addition of inhaled treprostinil to oral therapy for pulmonary arterial hypertension: a randomized controlled clinical trial. J Am Coll Cardiol. May 4; 2010 55(18):1915–22. [PubMed: 20430262]

14. Oudiz RJ, Schilz RJ, Barst RJ, Galie N, Rich S, Rubin LJ, Simonneau G, Treprostinil Study G. Treprostinil, a prostacyclin analogue, in pulmonary arterial hypertension associated with connective tissue disease. Chest. Aug; 2004 126(2):420–7. [PubMed: 15302727]

UTC_PH-ILD_010604

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

15. Simonneau G, Barst RJ, Galie N, Naeije R, Rich S, Bourge RC, Keogh A, Oudiz R, Frost A, Blackburn SD, Crow JW, Rubin LJ, Treprostinil Study G. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med. Mar 15; 2002 165(6): 800–4. [PubMed: 11897647]

16. Barst RJ, Galie N, Naeije R, Simonneau G, Jeffs R, Arneson C, Rubin LJ. Long-term outcome in pulmonary arterial hypertension patients treated with subcutaneous treprostinil. Eur Respir J. Dec; 2006 28(6):1195–203. [PubMed: 16899485]

17. Kallen AJ, Lederman E, Balaji A, Trevino I, Petersen EE, Shoulson R, Saiman L, Horn EM, Gomberg-Maitland M, Barst RJ, Srinivasan A. Bloodstream infections in patients given treatment with intravenous prostanoids. Infect Control Hosp Epidemiol. Apr; 2008 29(4):342–9. [PubMed: 18462147]

18. Blanco I, Ribas J, Xaubet A, Gomez FP, Roca J, Rodriguez-Roisin R, Barbera JA. Effects of inhaled nitric oxide at rest and during exercise in idiopathic pulmonary fibrosis. J Appl Physiol (1985). Mar; 2011 110(3):638–45. [PubMed: 21183625]

19. Olschewski H, Ghofrani HA, Walmrath D, Schermuly R, Temmesfeld-Wollbruck B, Grimminger F, Seeger W. Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis. Am J Respir Crit Care Med. Aug; 1999 160(2):600–7. [PubMed: 10430735]

20. Voswinckel R, Reichenberger F, Enke B, Kreckel A, Krick S, Gall H, Schermuly RT, Grimminger F, Rubin LJ, Olschewski H, Seeger W, Ghofrani HA. Acute effects of the combination of sildenafil and inhaled treprostinil on haemodynamics and gas exchange in pulmonary hypertension. Pulm Pharmacol Ther. Oct; 2008 21(5):824–32. [PubMed: 18657627]

21. Voswinckel R, Enke B, Reichenberger F, Kohstall M, Kreckel A, Krick S, Gall H, Gessler T, Schmehl T, Ghofrani HA, Schermuly RT, Grimminger F, Rubin LJ, Seeger W, Olschewski H. Favorable effects of inhaled treprostinil in severe pulmonary hypertension: results from randomized controlled pilot studies. J Am Coll Cardiol. Oct 17; 2006 48(8):1672–81. [PubMed: 17045906]

22. Channick RN, Olschewski H, Seeger W, Staub T, Voswinckel R, Rubin LJ. Safety and efficacy of inhaled treprostinil as add-on therapy to bosentan in pulmonary arterial hypertension. J Am Coll Cardiol. Oct 3; 2006 48(7):1433–7. [PubMed: 17010807]

23. Safdar Z. Treatment of pulmonary arterial hypertension: the role of prostacyclin and prostaglandin analogs. Respir Med. Jun; 2011 105(6):818–27. [PubMed: 21273054]

UTC_PH-ILD_010605

Parikh et al.    Page 8



**Figure 1.**
High-dose inhaled treprostinil titration protocol.

UTC_PH-ILD_010606

DA0987

**Table 1**

Baseline Characteristics of Study Population ($n$=80). Continuous variables are expressed as mean±standard deviation.

| Patient Characteristic | |
|---|---|
| Mean age (years) | 63.1 |
| Female (%) | 55 (68.8) |
| White (%) | 55 (68.8) |
| Body Mass Index (kilogram/meter$^2$) Comorbid conditions | 30±7.0 |
| • Left heart disease | 17 (21.3) |
| • Diabetes mellitus | 18 (22.5) |
| • Hypertension | 36 (45.0) |
| • Depression | 4 (5.0) |
| • Obesity | 25 (31.3) |
| • Obstructive sleep apnea | 20 (25.0) |
| • Renal disease | 11 (13.8) |
| • Interstitial lung disease/ pulmonary fibrosis | 20 (25.0) |
| • Obstructive lung disease | 23 (28.8) |
| • Sarcoidosis | 2 (2.5) |
| • Venous thromboembolic disease | 11 (13.8) |
| • Non-skin cancer | 9 (11.3) |
| **PH World Health Organization Classification** | |
| • Group 1 | 41 (51.9) |
| ◦ Idiopathic | 16 (40.0) |
| ◦ Familial | 1 (2.5) |
| ◦ Drug/toxin-induced | 2 (5.0) |
| ◦ Connective tissue disease | 15 (37.5) |
| ◦ Human Immunodeficiency Virus | 2 (5.0) |
| ◦ Portopulmonary hypertension | 1 (2.5) |
| ◦ Congenital heart disease | 3 (7.5) |
| • Group 2 | 3 (3.8) |
| • Group 3 | 25 (31.6) |
| ◦ Obstructive disease | 13 (52.0) |
| ◦ Interstitial lung disease/fibrosis | 6 (24.0) |
| ◦ Mixed pattern | 6 (24.0) |
| • Group 4 | 9 (11.4) |
| • Group 5 | 1 (1.3) |
| **Concomitant pulmonary hypertension medications** | |
| • Endothelin receptor antagonist | 46 (57.5) |
| • Phosphodiesterase-5 inhibitor | 53 (66.3) |
| • Oxygen (continuous) | 46 (57.5) |
| **Biomarkers** | |
| World Health Organization Functional Class III/IV | 62 (77.5) |

*J Cardiovasc Pharmacol*. Author manuscript; available in PMC 2017 April 01.

UTC_PH-ILD_010607

Parikh et al.                                                                                              Page 10

| Patient Characteristic | |
| --- | --- |
| Bo Borg Dyspnea Index Score core | 3.6±2.2 |
| Mean 6-minute walk distance (meters) | 302±135 |
| NT-proBNP (ng/L) (reference range < 125) | 1923±3086 |

UTC_PH-ILD_010608

DA0989

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Table 2**

Adverse Events at Baseline (9 breaths/dose) and Follow-up Visits.

| Adverse effect | Baseline (%) (*n*=80) | Follow-up 1 (%) (*n*=49) | Follow-up 2 (%) (*n*=39) |
|---|---|---|---|
| Cough | 31 (38.8) | 10 (20.4) | 7 (17.9) |
| Headache | 23 (28.8) | 7 (14.3) | 5 (12.8) |
| Other | 16 (20.0) | 4 (8.2) | 5 (12.8) |
| Flushing | 13 (16.3) | 2 (4.1) | 3 (7.7) |
| Nausea/vomiting | 6 (7.5) | 0 (0.0) | 2 (5.1) |
| Throat irritation | 6 (7.5) | 1 (2.0) | 0 (0.0) |
| Diarrhea | 5 (6.3) | 3 (6.1) | 3 (7.7) |
| Lightheadedness | 4 (5.0) | 3 (6.1) | 0 (0.0) |
| Syncope | 1 (1.3) | 0 (0.0) | 0 (0.0) |
| Hypotension | 1 (1.3) | 0 (0.0) | 1 (2.6) |

*J Cardiovasc Pharmacol*. Author manuscript; available in PMC 2017 April 01.

UTC_PH-ILD_010609

Parikh et al.                                                                                    Page 12

**Table 3**

Reasons for dose reduction in high-dose iTRE cohort (15/80 patients).

| Adverse Effect | Number of Occurrences |
|----------------|----------------------|
| Headache | 6 |
| Cough | 4 |
| Throat irritation | 2 |
| Jaw pain | 2 |
| Diarrhea | 2 |
| Tremulousness | 2 |

UTC_PH-ILD_010610

DA0991

# EXHIBIT 35

Lung (2018) 196:139–146
https://doi.org/10.1007/s00408-017-0081-7

**PULMONARY HYPERTENSION**



# Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease

Mariana Faria-Urbina[1,2] · Rudolf K. F. Oliveira[1,2,3] · Manyoo Agarwal[4] · Aaron B. Waxman[1,2,5]

Received: 7 August 2017 / Accepted: 15 December 2017 / Published online: 23 December 2017
© Springer Science+Business Media, LLC, part of Springer Nature 2017

## Abstract

**Purpose** Pulmonary hypertension (PH) in the setting of parenchymal lung disease adversely affects quality of life and survival. However, PH-specific drugs may result in ventilation/perfusion imbalance and currently, there are no approved PH treatments for this patient population. In the present retrospective study, data from 22 patients with PH associated with lung disease treated with inhaled treprostinil (iTre) and followed up clinically for at least 3 months are presented.

**Methods** PH was defined by resting right heart catheterization as a mean pulmonary artery pressure (mPAP) $\geq 35$ mmHg, or mPAP $\geq 25$ mmHg associated with pulmonary vascular resistance $\geq 4$ Woods Units. Follow-up evaluation was performed at the discretion of the attending physician.

**Results** From baseline to follow-up, we observed significant improvement in functional class ($n = 22$, functional class III-IV 82 vs. 59%, $p = 0.041$) and 6-min walk distance ($n = 11$, $243 \pm 106$ vs. $308 \pm 109$; $p = 0.022$), without a deleterious effect on resting peripheral oxygen saturation ($n = 22$, $92 \pm 6$ vs. $94 \pm 4$; $p = 0.014$). Most of the patients (86%, $n = 19/22$) were using long-term nasal supplemental oxygen at baseline. During follow-up, only one patient had increased supplemental oxygen requirement. The most common adverse events were cough, headache, and diarrhea. No severe adverse event was reported.

**Conclusions** The results suggest that iTre is safe in patients with Group 3 PH and evidence of pulmonary vascular remodeling in terms of functional class, gas exchange, and exercise capacity. Additionally, iTre was well tolerated. The potential role of PH-specific drugs in Group 3 PH should be further assessed in larger prospective studies.

**Keywords** Pulmonary hypertension · Lung disease · Treprostinil · Exercise capacity

Mariana Faria-Urbina, Rudolf K. F. Oliveira contributed equally to the study.

**Electronic supplementary material** The online version of this article (https://doi.org/10.1007/s00408-017-0081-7) contains supplementary material, which is available to authorized users.

✉ Aaron B. Waxman
abwaxman@bwh.harvard.edu

1 Pulmonary and Critical Care Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA

2 Center for Pulmonary Heart Disease, Heart & Vascular Center, Brigham and Women's Hospital, Boston, MA, USA

3 Division of Respiratory Diseases, Department of Medicine, Federal University of Sao Paulo (UNIFESP), Sao Paulo, Brazil

4 Department of Medicine, University of Tennessee Health Science Center, Memphis, TN, USA

5 Pulmonary and Critical Care Medicine, Department of Medicine, Brigham and Women's Hospital, 75 Francis Street, PBB Clinics-3, Boston, MA 02115, USA

## Introduction

Pulmonary hypertension (PH) in the setting of parenchymal lung disease, termed as World Health Organization (WHO) Group 3 PH, is frequently encountered and adversely affects patients' quality of life and survival [1–3]. Among Group 3 PH, the most common etiologies are chronic obstructive pulmonary disease (COPD), interstitial lung disease (ILD), and combined pulmonary fibrosis and emphysema (CPFE) [4].

It has been shown that pulmonary vascular remodeling is a major contributor to Group 3 PH [5], being mainly characterized by changes in the media, as opposed to Group 1 PH where intima and media remodeling predominate [6]. However, animal models of hypoxia-induced PH have shown heterogeneity of findings in intimal thickness with increasingly elevated mean pulmonary arterial pressure (mPAP) levels [7]. Additionally, in COPD with severe PH, medial and intimal fibrosis and even plexiform lesions have been described, findings similar to Group I PH [8].

UTC_PH-ILD_009936

🖄 Springer

140                                                                                    Lung (2018) 196:139–146

Despite the poor survival, compromised functional capacity, and reduced quality of life in Group 3 PH, there are no approved PH treatments for this patient population [1]. This is mainly because in patients with parenchymal lung disease, PH-specific drugs may result in ventilation/perfusion (V/Q) imbalance, particularly in the setting of significant oxygen deficit [9]. However, previous studies have shown improvement in hemodynamics without deleterious effect on gas exchange in patients with Group 3 PH treated with endothelin receptor antagonists and phosphodiesterase-5 inhibitors [10, 11]. Conversely, previous clinical trials with ambrisentan [12] in idiopathic pulmonary fibrosis (IPF) and riociguat (NCT02138825) were terminated due to worse outcome when compared to placebo in Group 3 PH.

Among the available PH-specific drugs, prostacyclin is known to lower mPAP, increase cardiac output, and reduce pulmonary vascular remodeling through its effect on vascular smooth muscle proliferation [13]. Additionally, prostacyclin has demonstrated antiapoptotic properties in the pulmonary vasculature after chronic cigarette smoke exposure [14], and in an animal model of bleomycin-induced pulmonary fibrosis, prostacyclin prevented fibroblast proliferation and showed a protective effect against deterioration of lung function [15]. Furthermore, previous reports have suggested that Iloprost, a prostacyclin analogue, may represent a safe option in Group 3 PH as it is delivered directly to well-ventilated lung units, reducing undesirable alterations in perfusion and subsequently preserving V/Q matching [16].

Treprostinil, a chemically stable tricyclic analogue of prostacyclin, is approved for the treatment of Group 1 PH via subcutaneous, intravenous, inhaled (as treprostinil sodium), or oral (as treprostinil diolamine) routes of administration [1]. It provides sustained pulmonary vasodilation thanks to its longer plasma half-life [17] and specific tissue-binding characteristics [18]. In the present study, we present our experience with the use of inhaled treprostinil (iTre) in 22 WHO Group 3 PH patients who were followed up clinically for at least 3 months after initiation of therapy. We hypothesize that iTre vasodilates well-ventilated lung areas, preserving V/Q matching when administered in PH associated with lung disease.

## Methods

### Design and study population

In this single-center retrospective observational study, data from 72 patients evaluated at the Pulmonary Vascular Disease (PVD) Clinic at the Brigham and Women's Hospital (Boston, MA, USA) and treated with iTre from December 2009 to November 2016 were reviewed to identify patients with lung disease, based on pulmonary function test (PFT)

and high-resolution computed tomography (HRCT) scans of the lungs, and PH with evidence of pulmonary vascular remodeling as defined below. This retrospective analysis was approved by the Partners Human Research Committee.

Lung disease was defined by as follows: (1) COPD: post-bronchodilator FEV1/FVC < 0.7 [19] and/or evidence of emphysema on HRCT; (2) ILD: presence of fibrosis, defined as reticular septal thickening associated with architectural distortion with traction bronchiectasis, or honeycombing on HRCT [20, 21]; (3) CPFE: presence of emphysema and diffuse parenchymal lung disease with significant pulmonary fibrosis on HRCT [22].

PH was defined by resting right heart catheterization (RHC) as a mPAP ≥ 35 mmHg (severe PH) [23] or a mPAP ≥ 25 mmHg associated with pulmonary vascular resistance (PVR) ≥ 4 Woods Units (WU). No patients with isolated postcapillary PH (i.e., high PAWP and normal PVR) were included in the study.

Exclusion criteria included the following: identification of another known cause of PH (such as chronic thromboembolic disease); follow-up < 3 months; treatment with another PH-specific drug added in a period < 3 months from iTre initiation; lung transplantation during follow-up (< 3 months); recent hospitalization due to unstable lung disease (≤ 1 month), extemporaneous RHC, and/or inability to review baseline PFT or RHC data.

### Treatment regimen and follow-up

All patients consented to receive treatment based on medical judgment [23] after being informed of the potential risks and benefits of iTre. Patients received iTre at three breaths (18 μg) four times daily (72 μg/day). iTre doses were increased as tolerated by three additional breaths (18 μg) per dosing session every 3–7 days to achieve a dose of at least 9–12 breaths or more (≥ 54 μg) four times daily (≥ 216 μg/day) unless limited by side effects. If patients had dose-limiting side effects, then either a slower dose titration or a lower goal dose was prescribed. All patients were on optimized therapies for the treatment of baseline lung disease prior to consideration for iTre treatment, were followed for at least 3 months, and were compliant with the medication. Therapies related to the underlying lung disease were continued throughout the observation period.

Follow-up was performed at the discretion of the attending physician, using WHO functional class (WHO-FC), pulse oxygen saturation (SpO₂), and supplementary oxygen requirement, in addition to at least one of the following tests: resting echocardiography, 6-min walking test (6MWT), and/or 3-min step test with a portable metabolic cart (Shape Medical Systems, Inc., St. Paul, MN, USA), and/or resting RHC. Functional class was systematically estimated by the


DA0994

UTC_PH-ILD_009937

Case 1:23-cv-00975-RGA-SRF    Document 80-2    Filed 04/29/24    Page 436 of 482
PageID #: 7121

treating physician at each visit. Adverse events and discontinuation of iTre were also assessed.

## Statistical analysis

Data are presented as mean ± standard deviation or as absolute numbers, unless otherwise stated. The distribution of continuous variables was evaluated using Shapiro–Wilk test. Comparisons between parameters obtained at baseline and during follow-up were performed using paired $t$ test or Wilcoxon signed-rank test, as appropriate. $p < 0.05$ was considered statistically significant. The statistical analyses were performed using SPSS software, version 19 (IBM Company, Armonk, NY, USA).

## Results

### Baseline characteristics

Out of 72 patients receiving iTre, 67 had PH with evidence of pulmonary vascular remodeling (per the criteria described above), of which 61 had lung disease. Thirty-nine patients were excluded due to recent hospitalization due to unstable lung disease ($n = 8$), lung transplantation during follow-up ($n = 1$), PH related to chronic thromboembolic pulmonary disease ($n = 1$), initiation of other PH-specific drug in a period < 3 months from iTre initiation ($n = 17$), extemporaneous and/or unretrievable RHC ($n = 7$), and missing clinical/functional data at baseline ($n = 5$). Therefore, the study population was constituted by 22 Group 3 PH patients (Fig. 1).

The mean age was $66 \pm 10$ years (14 males and 8 females). Eight patients (36%) had COPD, nine (41%) had ILD, and five (23%) were classified as having CPFE. Of the nine ILD patients, two had associated connective tissue disease. Nineteen patients (86%) were using long-term nasal supplemental oxygen therapy at baseline. Eighteen patients (82%) were in WHO-FC III-IV. The mPAP, pulmonary arterial wedge pressure (PAWP), and PVR for the entire population were $44 \pm 10$ mmHg, $10 \pm 4$ mmHg, and $8.1 \pm 3.6$ WU, respectively. Sixteen (73%) of the subjects had severe PH (mPAP $\geq 35$ mmHg). Twenty-two (100%) patients had PVR > 4 WU. Three patients had PAWP > 15 mmHg (16–18 mmHg), but they additionally had PVR > 4 WU and therefore, were considered to have PVD as the predominant physiopathologic mechanism for PH. At baseline, the mean 6MWT distance was $242 \pm 99$ m. Ventilatory efficiency was evaluated by the step test with a portable metabolic cart, showing a baseline VE/VCO$_2$ *slope* of $46.6 \pm 20.1$. The baseline characteristics of the 22 patients of the study are summarized in Table 1.

### Follow-up assessment

Follow-up information is presented in Fig. 1 and Table 2. The mean final dose of iTre for the entire study cohort was $274 \pm 103$ µg/day and 82% of the patients ($n = 18/22$) achieved a target dose > 216 µg/day. None of the patients were undergoing pulmonary rehabilitation during the assessment period.

There was significant improvement in WHO-FC (Fig. 2) and no deleterious effect on SpO$_2$ (Table 2). Only one patient had increased supplemental oxygen requirement after iTre was started. No significant differences were observed in PFT and resting echocardiography after treatment with iTre. Eleven patients with follow-up 6MWT showed significant improvement in the distance walked (Table 2), regardless of iTre being added as the first or second PH-specific drug (Fig. 3). There were no significant changes among the 13



**Fig. 1** Study flow diagram. *iTre* inhaled treprostinil sodium, *PH* pulmonary hypertension (mPAP ≥ 35 mmHg or mPAP ≥ 25 mmHg and PVR ≥ 3 Woods Units on resting RHC), *CTEPH* chronic thromboembolic pulmonary hypertension, *RHC* right heart catheterization, *WHO-FC* World Health Organization functional class, *SpO₂* pulse oxygen saturation, *PFT* pulmonary function test, *RHC* right heart catheterization

⚛ Springer

UTC_PH-ILD_009938

DA0995

Lung (2018) 196:139–146

**Table 1** Baseline characteristics of group 3 pulmonary hypertension patients treated with inhaled treprostinil ($n=22$)

| Variable | Value |
| --- | --- |
| Age, years | $66 \pm 10$ |
| Male/female ($n$) | 14/8 |
| Body mass index | $26.7 \pm 4.2$ |
| WHO functional class I/II/III/IV ($n$) | 0/4/15/3 |
| $SpO_2$ at rest (%) | $92 \pm 6$ |
| Lung disease n (%) | |
| Chronic obstructive pulmonary disease | 8 (36) |
| Interstitial lung disease | 9 (41) |
| Combined pulmonary fibrosis and emphysema | 5 (23) |
| Pulmonary function test* | |
| $FEV_1$ (L) | $1.7 \pm 0.8$ |
| $FEV_1$ (% predicted) | $61 \pm 29$ |
| FVC (L) | $2.4 \pm 1.0$ |
| FVC (% predicted) | $64 \pm 28$ |
| $FEV_1$/FVC | $72 \pm 13$ |
| $FEV_1$/FVC (% predicted) | $93 \pm 17$ |
| TLC (L) | $5.1 \pm 0.8$ |
| TLC (% predicted) | $71 \pm 18$ |
| $D_LCO$ (%) | $32 \pm 6$ |
| Echocardiography | |
| LA AP diameter (mm) | $35 \pm 7$ |
| LVEF (%) | $60 \pm 6$ |
| TRV (m/s) | $3.7 \pm 0.5$ |
| Estimated sPAP (mmHg) | $60 \pm 16$ |
| Right heart catheterization | |
| RAP (mmHg) | $9 \pm 6$ |
| mPAP (mmHg) | $44 \pm 10$ |
| PAWP (mmHg) | $10 \pm 4$ |
| TPG (mmHg) | $33 \pm 10$ |
| CO (L/min) | $4.7 \pm 1.3$ |
| CI (L/min/m²) | $2.5 \pm 0.6$ |
| PVR (WU) | $7.8 \pm 3.4$ |
| 6-min walk test† | |
| Distance (m) | $242 \pm 99$ |
| Final dyspnea Borg score | $6 \pm 2$ |
| Final $SpO_2$ (%) | $83 \pm 8$ |
| 3-min step test with metabolic cart‡ | |
| VE/$VCO_2$ slope | $46.6 \pm 20.1$ |
| $\Delta P_{ET}CO_2$ (mmHg) | $-0.7 \pm 2.6$ |
| Final $SpO_2$ (%) | $80 \pm 8$ |

Data are presented as $n$, $n$ (%) or mean $\pm$ SD.

*WHO* World Health Organization, *$SpO_2$* arterial oxygen saturation measured by pulse oximetry, *$FEV_1$* forced expiratory volume in 1 s, *FVC* forced vital capacity, *TLC* total lung capacity, *$D_LCO$* diffusing capacity of the lung for carbon monoxide, *LAAP* left atrial antero-posterior, *LVEF* left ventricular ejection fraction, *TRV* tricuspid regurgitant jet velocity, *sPAP* systolic pulmonary arterial pressure, *RAP* right atrial pressure, *mPAP* mean pulmonary arterial pressure, *PAWP* pulmonary arterial wedge pressure, *TPG* transpulmonary gradient, *CO* cardiac output, *CI* cardiac index, *PVR* pulmonary vascular

**Table 1** (continued)

resistance, *WU* Wood units *VE* minute ventilation, *$VCO_2$* carbon dioxide production, $\Delta$ change in, *$P_{ET}CO_2$* end-tidal carbon dioxide tension

*$n=10$ for TLC and $D_LCO$

†$n=17$

‡$n=15$

patients reevaluated with step test and a portable metabolic cart (Table 2).

Specifically, out of 22 patients included in our study, 21 improved (or maintained) functional class from baseline to follow-up, after treatment with iTre. Of these 21 patients: 19 improved $SpO_2$; 10 had follow-up with 6MWT—all of them showing improvement in the distance walked; 12 had follow-up with 3-min step test with metabolic data—6 of them reporting better VE/$VCO_2$ slope. Regarding echocardiographic parameters: 7 out of 11, showed improvement in sPAP.

Three patients with severe PH had follow-up RHC that demonstrated significant improvement in systolic PAP (baseline: $82 \pm 13$ mmHg; follow-up $57 \pm 19$ mmHg; $p=0.042$), a trend toward decreased mPAP (baseline: $51 \pm 9$ mmHg; follow-up $36 \pm 13$ mmHg; $p=0.14$) and a trend toward decreased PVR (baseline: $10.3 \pm 4.4$ WU; follow-up: $4.0 \pm 2.2$ WU $p=0.160$). Individual RHC data are presented in the online supplementary material.

Adverse events were reported in ten patients, including cough ($n=3$), headache ($n=2$), diarrhea ($n=2$), cyanosis ($n=1$), dyspnea ($n=1$), and pruritus ($n=1$). None of the patients reported adverse events severe enough to cause cessation of the treatment.

## Discussion

In this retrospective study of patients with Group 3 PH treated with iTre at a specialized PVD center, therapy with iTre significantly improved WHO-FC and 6MWT distance, with no significant changes in resting $SpO_2$ and supplemental oxygen therapy requirement during follow-up. iTre was well tolerated, with cough being the most commonly reported adverse event. Taken together, the current findings suggest that iTre might be a therapeutic option in patients with Group 3 PH, since iTre may improve perfusion to areas where the ventilation is preserved, improving therefore V/Q matching.

The presence of PH in patients with lung disease has been shown to be correlated with poor prognosis [4, 24, 25]. In this context, the potential benefit of PH-specific drugs in subjects with lung disease has been assessed in several studies, with conflicting results. One critical question is whether PH-specific drugs may worsen hypoxia in patients with Group 3 PH.

Deleterious effect of inhaled nitric oxide (NO) on gas exchange has been reported in patients with lung disease

UTC_PH-ILD_009939

DA0996

Lung (2018) 196:139–146                                                                                                    143

**Table 2** Changes in clinical indices from baseline to follow-up after treatment with inhaled treprostinil

|  | N | Baseline | Follow-up | p value |
|---|---|---|---|---|
| Clinical assessment | 22 |  |  |  |
| WHO functional class I/II/III/IV (n) |  | 0/4/15/3 | 2/7/12/1 | 0.041 |
| $SpO_2$ at rest (%) |  | 92±6 | 94±4 | 0.014 |
| Pulmonary function test | 16 |  |  |  |
| $FEV_1$ (% predicted) |  | 65±27 | 60±25 | 0.23 |
| FVC (% predicted) |  | 67±26 | 59±22 | 0.12 |
| $FEV_1$/FVC (% predicted) |  | 96±15 | 96±18 | 0.99 |
| Echocardiography | 13 |  |  |  |
| TRV (m/s) |  | 3.7±0.5 | 3.6±0.5 | 0.66 |
| Estimated sPAP (mmHg) |  | 62±18 | 60±22 | 0.68 |
| 6-min walk test | 11 |  |  |  |
| Distance (m) |  | 243±106 | 308±109 | 0.022 |
| Final dyspnea Borg score |  | 6±2 | 4±2 | 0.15 |
| Final $SpO_2$ (%) |  | 82±8 | 76±9 | 0.12 |
| 3-min step test with metabolic cart | 13 |  |  |  |
| VE/$VCO_2$ slope |  | 45.9±19.7 | 47.8±20.1 | 0.55 |
| $\Delta$ $P_{ET}CO_2$ (mmHg) |  | 0.0±1.9 | -0.9±2.6 | 0.081 |
| Final $SpO_2$ (%) |  | 81±8 | 80±7 | 0.76 |

Data are presented as n or mean±SD

*WHO* World Health Organization, *SpO₂* arterial oxygen saturation measured by pulse oximetry, *FEV₁* forced expiratory volume in 1 s, *FVC* forced vital capacity, *TRV* tricuspid regurgitant jet velocity, *sPAP* systolic pulmonary arterial pressure, *VE* minute ventilation, *VCO₂* carbon dioxide production, $\Delta$ change in, *$P_{ET}CO_2$* end-tidal carbon dioxide tension



**Fig. 2** New York Heart Association functional class changes from baseline to follow-up after treatment with inhaled treprostinil. At baseline, 0, 18, 68, and 14% had functional class I, II, III, and IV, respectively. During follow-up, 9, 32, 55, and 4% had functional class I, II, III, and IV, respectively



**Fig. 3** 6-min walk distance changes from baseline to follow-up after treatment with inhaled treprostinil ($n=11$). Bold lines indicate patients treated with treprostinil monotherapy ($n=7$). Dotted lines indicate patients treated with dual therapy (treprostinil plus sildenafil or tadalafil, $n=4$)

and hypoxemia [9]. The results suggest that NO led to dilation of vessels in poorly ventilated lung areas causing reversion of hypoxic vasoconstriction, interfering therefore in the physiologic mechanism by which V/Q matching is achieved in these subjects [9]. Previous studies have reported a negative impact of PH-specific drugs in gas

exchange [26, 27] and a clinical trial of ambrisentan in IPF was terminated due to increased risk of disease progression and respiratory hospitalization. However, it is important to mention that only 10% of patients enrolled in this trial had PH [12]. A trial of riociguat in idiopathic interstitial pneumonias was also terminated due to increased risk of death and other serious adverse events as compared to placebo. (NCT02138825). However, others have found

 Springer

UTC_PH-ILD_009940

only mild worsening of arterial oxygen tension [28] or even the absence of deleterious effect in gas exchange [10, 11, 16, 29]. In our study, most of the patients (86%) were using supplementary oxygen at baseline, but only one subject experienced increased oxygen requirement after iTre. Additionally, we observed no significant change in resting $SpO_2$ at follow-up. These findings suggest that iTre might be well tolerated in Group 3 PH.

We also observed significant improvement in WHO-FC and 6MWD. Similar findings have been described previously in a population of ILD patients treated with epoprostenol or bosentan [30]. Additionally, Madden et al. reported the beneficial effect on 6MWD in 7 patients with parenchymal lung disease and PH after treatment with sildenafil [31]. In accordance with our findings, previous reports using parenteral treprostinil in ILD with PH have shown improvement in 6MWT distance and pulmonary hemodynamics without negative impact on systemic oxygen saturation [32]. Additionally, a long-term study in 27 COPD patients with PH treated with different PH-specific drugs supported our observations of significant improvement in functional class and 6MWD [33]. However, in contrast with our results, other reports have described no significant changes in 6MWT distance in lung disease patients after PH-specific treatment [10, 11].

We did not find significant changes in ventilatory efficiency (as measured by $VE/VCO_2$ *slope*) in a subgroup of 13 patients evaluated with a step test and a portable metabolic cart (a submaximum exercise test). This observation might be reflective of the severity of the lung disease of the studied sample. However, a previous study with inhaled iloprost in COPD and PH described significant improvement in $VE/VCO_2$ and narrowing of alveolar to arterial oxygen gradient (16), suggesting a better V/Q matching after iloprost inhalation. Therefore, more studies evaluating the effect of inhaled prostacyclin in different populations and in different intensities of exercise (submaximum vs. maximum) are needed to confirm our findings and those of others.

Three patients in our study had follow-up RHC. We observed significant improvement in systolic PAP, a trend toward decreased mPAP and a trend toward decrease in PVR. Previous studies have described significant improvement in hemodynamics when PH-specific drugs were used in Group 3 PH [10, 11, 28]. Others, however, have reported no hemodynamic improvement in severe ILD with PH treated with bosentan [34] and similar negative findings were reported in severe COPD [27].

iTre has been described to have a slow but sustained pulmonary vasodilatory effect, likely secondary to deposit of the drug in the lung after inhalation, followed by subsequent slow release to the pulmonary vascular smooth muscle cells [35]. Therefore, this pharmacodynamic characteristic of iTre might be correlated with our observations. Nevertheless, more studies are needed to evaluate

the use of iTre in patients with mild/moderate lung disease and hemodynamically proven severe PH and/or PH with elevated PVR and thus, predominant pulmonary vascular remodeling.

## Limitations

This study is limited by its retrospective, single-center, observational, uncontrolled design. Results should be interpreted carefully in view of the small sample size and the heterogeneity of the population (COPD, ILD, and CPFE). However, a subanalysis of each subgroup (Tables S2–S4) demonstrated that the tendency for improved functional class and 6-min walk distance, without significant deleterious effect on $SpO_2$ that was observed in the entire study population was maintained when analyzing each subcohort. Nonetheless, COPD patients tended to have greater benefit from iTre treatment by the aforementioned parameters. It is possible that our results favoring the potential use of iTRe in Group 3-PH might have been influenced by the presence of pulmonary vascular disease (by study design). However, Group 3 PH with impaired circulatory reserve is of major clinical interest in regard to PH-specific treatment. Additionally, our findings might also be limited by the intrinsic subjective nature of FC assessment, and the lack of a control group. Finally, information about the timing of $SpO_2$ assessment in relation to the administration of iTre was not available, and therefore, we are not able to comment on the acute effect of iTre on $SpO_2$.

## Conclusion

In this retrospective analysis, we showed that inhaled treprostinil sodium (iTre) was safe in patients with Group 3 PH and evidence of pulmonary vascular remodeling. iTre improved WHO-FC and 6MWT distance, without deleterious effects on resting $SpO_2$. iTre was well tolerated, with no serious adverse events reported. The potential role of inhaled PH-specific drugs in Group 3 PH should be further assessed in larger prospective studies. Until then, its use in Group 3 PH should be cautiously evaluated in specialized PH Centers, after an individualized assessment and risk–benefit consideration.

**Acknowledgements** We thank Julie A. Tracy and Abbey L. Karin from the Heart & Vascular Centre, BWH, HMS for their technical expertise.

**Funding** RKFO received funds from the São Paulo Research Foundation (FAPESP, Grant #2014/12212-5) and from the Brazilian National Council for Scientific and Technological Development (CNPq, Grant #232643/2014-8). ABW is funded by NIH U01HL125215.


UTC_PH-ILD_009941

Lung (2018) 196:139–146                                                                                                     145

## Compliance with Ethical Standards

**Conflict of interest** The authors declare that they have no conflicts of interest.

**Ethical Approval** The study protocol was approved by the Partners Human Research Committee (2011P000272).

# References

1. Galiè N, Humbert M, Vachiery J-L, Gibbs S, Lang I, Torbicki A et al (2016) 2015 ESC/ERS guidelines for the diagnosis and treatment of pulmonary hypertension: the joint task force for the diagnosis and treatment of pulmonary hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). Eur Heart J 37(1):67–119

2. Lettieri CJ, Nathan SD, Barnett SD, Ahmad S, Shorr AF (2006) Prevalence and outcomes of pulmonary arterial hypertension in advanced idiopathic pulmonary fibrosis. Chest 129(3):746–752

3. Weitzenblum E, Chaouat A, Canuet M, Kessler R (2009) Pulmonary hypertension in chronic obstructive pulmonary disease and interstitial lung diseases. Semin Respir Crit Care Med 30(4):458–470

4. Cottin V, Le Pavec J, Prévot G, Mal H, Humbert M, Simonneau G et al (2010) Pulmonary hypertension in patients with combined pulmonary fibrosis and emphysema syndrome. Eur Respir J 35(1):105–111

5. Ward JPT, McMurtry IF (2009) Mechanisms of hypoxic pulmonary vasoconstriction and their roles in pulmonary hypertension: new findings from an old problem. Curr Opin Pharmacol 9(3):287–296

6. Tuder RM (2017) Pulmonary vascular remodeling in pulmonary hypertension. Cell Tissue Res 367(3):643–649

7. Stenmark KR, Fagan KA, Frid MG (2006) Hypoxia-induced pulmonary vascular remodeling: cellular and molecular mechanisms. Circ Res 99(7):675–691

8. Carlsen J, Hasseriis Andersen K, Boesgaard S, Iversen M, Steinbrüchel D, Bøgelund Andersen C (2013) Pulmonary arterial lesions in explanted lungs after transplantation correlate with severity of pulmonary hypertension in chronic obstructive pulmonary disease. J Heart Lung Transplant 32(3):347–354

9. Barberà JA, Roger N, Roca J, Rovira I, Higenbottam TW, Rodriguez-Roisin R (1996) Worsening of pulmonary gas exchange with nitric oxide inhalation in chronic obstructive pulmonary disease. Lancet 347(8999):436–440

10. Girard A, Jouneau S, Chabanne C, Khouatra C, Lannes M, Traclet J et al (2015) Severe pulmonary hypertension associated with COPD: hemodynamic improvement with specific therapy. Respir Int Rev Thorac Dis 90(3):220–228

11. Vitulo P, Stanziola A, Confalonieri M, Libertucci D, Oggionni T, Rottoli P, Paciocco G, Tuzzolino F, Martino L, Beretta M, Callari A, Amaducci A, Badagliacca R, Poscia R, Meloni F, Refini RM, Geri P, Baldi S, Ghio S, D'Alto M, Argiento P, Sofia M, Guardamagna M, Pezzuto B, Vizza CD (2017) Sildenafil in severe pulmonary hypertension associated with chronic obstructive pulmonary disease: a randomized controlled multicenter clinical trial. J Heart Lung Transplant 36:166–174

12. Raghu G, Behr J, Brown KK, Egan JJ, Kawut SM, Flaherty KR et al (2013) Treatment of idiopathic pulmonary fibrosis with ambrisentan: a parallel, randomized trial. Ann Intern Med 158(9):641–649

13. Zhang H, Li X, Huang J, Li H, Su Z, Wang J (2016) Comparative efficacy and safety of prostacyclin analogs for pulmonary arterial hypertension: a network meta-analysis. Medicine 95(4):e2575

14. Nana-Sinkam SP, Lee JD, Sotto-Santiago S, Stearman RS, Keith RL, Choudhury Q et al (2007) Prostacyclin prevents pulmonary endothelial cell apoptosis induced by cigarette smoke. Am J Respir Crit Care Med 175(7):676–685

15. Lovgren AK, Jania LA, Hartney JM, Parsons KK, Audoly LP, Fitzgerald GA et al (2006) COX-2-derived prostacyclin protects against bleomycin-induced pulmonary fibrosis. Am J Physiol Lung Cell Mol Physiol 291(2):L144–L156

16. Dernaika TA, Beavin M, Kinasewitz GT (2010) Iloprost improves gas exchange and exercise tolerance in patients with pulmonary hypertension and chronic obstructive pulmonary disease. Respir Int Rev Thorac Dis 79(5):377–382

17. Laliberte K, Arneson C, Jeffs R, Hunt T, Wade M (2004) Pharmacokinetics and steady-state bioequivalence of treprostinil sodium (Remodulin) administered by the intravenous and subcutaneous route to normal volunteers. J Cardiovasc Pharmacol 44(2):209–214

18. Olschewski H, Rose F, Schermuly R, Ghofrani HA, Enke B, Olschewski A et al (2004) Prostacyclin and its analogues in the treatment of pulmonary hypertension. Pharmacol Ther 102(2):139–153

19. Vogelmeier CF, Criner GJ, Martinez FJ, Anzueto A, Barnes PJ, Bourbeau J et al (2017) Global strategy for the diagnosis, management, and prevention of chronic obstructive lung disease 2017 report: GOLD executive summary. Eur Respir J 49(3):1700214. https://doi.org/10.1183/13993003.00214-2017

20. Andreu J, Hidalgo A, Pallisa E, Majó J, Martinez-Rodriguez M, Cáceres J (2004) Septal thickening: HRCT findings and differential diagnosis. Curr Probl Diagn Radiol 33(5):226–237

21. Galvin JR, Frazier AA, Franks TJ (2010) Collaborative radiologic and histopathologic assessment of fibrotic lung disease. Radiology 255(3):692–706

22. Cottin V, Nunes H, Brillet P-Y, Delaval P, Devouassoux G, Tillie-Leblond I et al (2005) Combined pulmonary fibrosis and emphysema: a distinct underrecognised entity. Eur Respir J 26(4):586–593

23. Seeger W, Adir Y, Barberà JA, Champion H, Coghlan JG, Cottin V et al (2013) Pulmonary hypertension in chronic lung diseases. J Am Coll Cardiol 62(25 Supplement):D109–D116

24. Andersen KH, Iversen M, Kjaergaard J, Mortensen J, Nielsen-Kudsk JE, Bendstrup E, Videbaek R, Carlsen J (2012) Prevalence, predictors, and survival in pulmonary hypertension related to end-stage chronic obstructive pulmonary disease. J Heart Lung Transplant 31:373–380

25. Minai OA, Santacruz JF, Alster JM, Budev MM, McCarthy K (2012) Impact of pulmonary hemodynamics on 6-min walk test in idiopathic pulmonary fibrosis. Respir Med 106(11):1613–1621

26. Blanco I, Gimeno E, Munoz PA, Pizarro S, Gistau C, Rodriguez-Roisin R et al (2010) Hemodynamic and gas exchange effects of sildenafil in patients with chronic obstructive pulmonary disease and pulmonary hypertension. Am J Respir Crit Care Med 181(3):270–278

27. Stolz D, Rasch H, Linka A, Di Valentino M, Meyer A, Brutsche M et al (2008) A randomised, controlled trial of bosentan in severe COPD. Eur Respir J 32(3):619–628

28. Calcaianu G, Canuet M, Schuller A, Enache I, Chaouat A, Kessler R (2016) Pulmonary arterial hypertension-specific drug therapy in COPD patients with severe pulmonary hypertension and mild-to-moderate airflow limitation. Respir Int Rev Thorac Dis 91(1):9–17

29. Sato T, Tsujino I, Sugimoto A, Nakaya T, Watanabe T, Ohira H et al (2016) The effects of pulmonary vasodilating agents on right ventricular parameters in severe group 3 pulmonary hypertension: a pilot study. Pulm Circ 6(4):524–531

 Springer

UTC_PH-ILD_009942

146                                                                                   Lung (2018) 196:139–146

30. Minai OA, Sahoo D, Chapman JT, Mehta AC (2008) Vaso-active therapy can improve 6-min walk distance in patients with pulmonary hypertension and fibrotic interstitial lung disease. Respir Med 102(7):1015–1020

31. Madden BP, Allenby M, Loke T-K, Sheth A (2006) A potential role for sildenafil in the management of pulmonary hypertension in patients with parenchymal lung disease. Vascul Pharmacol 44(5):372–376

32. Saggar R, Khanna D, Vaidya A, Derhovanessian A, Maranian P, Duffy E et al (2014) Changes in right heart haemodynamics and echocardiographic function in an advanced phenotype of pulmonary hypertension and right heart dysfunction associated with pulmonary fibrosis. Thorax 69(2):123–129

33. Fossati L, Müller-Mottet S, Hasler E, Speich R, Bloch KE, Huber LC et al (2014) Long-term effect of vasodilator therapy in pulmonary hypertension due to COPD: a retrospective analysis. Lung 192(6):987–995

34. Corte TJ, Keir GJ, Dimopoulos K, Howard L, Corris PA, Parfitt L et al (2014) Bosentan in pulmonary hypertension associated with fibrotic idiopathic interstitial pneumonia. Am J Respir Crit Care Med 190(2):208–217

35. Voswinckel R, Enke B, Reichenberger F, Kohstall M, Kreckel A, Krick S et al (2006) Favorable effects of inhaled treprostinil in severe pulmonary hypertension: results from randomized controlled pilot studies. J Am Coll Cardiol 48(8):1672–1681

⚙ Springer

UTC_PH-ILD_009943

# EXHIBIT 36



For Immediate Release

# United Therapeutics Corporation Announces $1 Billion Accelerated Share Repurchase Program

*Repurchase reflects the strength of United Therapeutics' balance sheet and confidence in its near-term prospects*

SILVER SPRING, Md. and RESEARCH TRIANGLE PARK, N.C., March 25, 2024: United Therapeutics Corporation (Nasdaq: **UTHR**), a public benefit corporation, today announced that its Board of Directors has authorized the company to purchase up to $1 billion of United Therapeutics' common stock. This program builds on United Therapeutics' planned $400 million paydown of its revolving credit facility in 2024, of which $100 million was paid down during the first quarter of 2024.

To enact the program, United Therapeutics today will enter into an Accelerated Share Repurchase (**ASR**) agreement with Citibank, N.A. (**Citi**) to repurchase $1 billion of the company's common stock.

"We're in a unique position with a solid, growing, and profitable cash-generating business along with the potential to revolutionize the way end-stage organ disease is treated through an unlimited supply of tolerable, transplantable organs," said **Martine Rothblatt, Ph.D.**, Chairperson and Chief Executive Officer of United Therapeutics. "Having learned a great deal through the construction and commissioning of the world's first clinical-scale designated pathogen-free facility to support our xenotransplantation efforts, we are confident in our ability to fund future facilities while balancing prudent capital allocation for all of our stakeholders. The current valuation of United Therapeutics' stock makes repurchases of UTHR shares a solid investment and represents a chance to enhance long-term shareholder value."

Under the terms of the ASR agreement, on March 27, 2024, United Therapeutics will make an aggregate upfront payment of $1 billion to Citi and will receive an initial delivery of shares representing approximately 80% of the total shares that would be repurchased under the ASR agreement measured based on the closing stock price of UTHR's common stock on March 25, 2024. The final number of shares that United Therapeutics will ultimately repurchase pursuant to the ASR agreement will be based on the average of the daily volume-weighted average price per share of United Therapeutics' common stock during the term of the ASR, less a discount and subject to adjustments pursuant to the terms and conditions of the ASR agreement. At final settlement of the ASR agreement, United Therapeutics may be entitled to receive additional shares of United Therapeutics' common stock, or, under certain limited circumstances, be required to make cash payment to Citi or, if United Therapeutics elects, deliver shares to Citi. The final settlement of the ASR is expected to be completed in the second quarter of 2024 with respect to $300 million of the ASR and in the third quarter of 2024 with respect to $700 million of the ASR. As of February 14, 2024, United Therapeutics had approximately 47.1 million shares outstanding.

This press release does not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall it constitute an offer, solicitation, or sale in any jurisdiction in which such offer, solicitation, or sale is unlawful.

1

LIQ_PH-ILD_00000577

# United Therapeutics: Enabling Inspiration

At United Therapeutics, our vision and mission are one. We use our enthusiasm, creativity, and persistence to innovate for the unmet medical needs of our patients and to benefit our other stakeholders. We are bold and unconventional. We have fun; we do good. We are the first publicly-traded biotech or pharmaceutical company to take the form of a public benefit corporation (PBC). Our public benefit purpose is to provide a brighter future for patients through (a) the development of novel pharmaceutical therapies; and (b) technologies that expand the availability of transplantable organs.

You can learn more about what it means to be a PBC here: unither.com/pbc.

# Forward-Looking Statements

Statements included in this press release that are not historical in nature are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements include, among others, statements related to our confidence in our near-term prospects; the amount of our planned paydown of our revolving credit facility; the growth of our business; our potential to revolutionize the way end-stage organ disease is treated; our ability to fund future facilities; the benefits of the share repurchase to shareholders; our plan to enter into an ASR agreement; the number of shares to be repurchased under the ASR agreement; the timing and manner of the final settlement under the ASR agreement; and our goals of innovating for the unmet medical needs of our patients and to benefit our other stakeholders, furthering our public benefit purpose of developing novel pharmaceutical therapies and technologies that expand the availability of transplantable organs. These forward-looking statements are subject to certain risks and uncertainties, such as those described in our periodic reports filed with the Securities and Exchange Commission, that could cause actual results to differ materially from anticipated results. Consequently, such forward-looking statements are qualified by the cautionary statements, cautionary language and risk factors set forth in our periodic reports and documents filed with the Securities and Exchange Commission, including our most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, and Current Reports on Form 8-K. We claim the protection of the safe harbor contained in the Private Securities Litigation Reform Act of 1995 for forward-looking statements. We are providing this information as of March 25, 2024, and assume no obligation to update or revise the information contained in this press release whether as a result of new information, future events, or any other reason.

**For Further Information Contact:**

Dewey Steadman at (202) 919-4097
https://ir.unither.com/contact-ir/

2

LIQ_PH-ILD_00000578

# EXHIBIT 37



Deposition of:

# Aaron Waxman , M.D., Ph.D.

*January 8, 2022*

In the Matter of:

# United Therapeutics Corporation vs. Liquidia Technologies (IPR)

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Liquidia's Exhibit 1108

LIQ_PH-ILD_00000579

Page 1

1

       UNITED STATES PATENT AND TRADEMARK OFFICE

2          BEFORE THE PATENT TRIAL AND APPEAL BOARD

3      _____

4      LIQUIDIA TECHNOLOGIES, INC.,

5          Petitioner

6      vs.

7      UNITED THERAPEUTICS CORPORATION,

8          Patent Owner

       _____

9

10                    IPR2021-00406

11            U.S. Patent No. 10,716,793

12

13

14            Remote Videotaped Deposition of

15            AARON B. WAXMAN, M.D., Ph.D.

16                January 8, 2022

17                   10:34 a.m.

18

19

20

21      Reported by:  Bonnie L. Russo

22      Job No. 5008601

Liquidia's Exhibit 1108
Page 1

LIQ_PH-ILD_00000580

Page 2

1          Remote Videotaped Deposition of Aaron B.

2          Waxman, M.D., Ph.D. held through:

3

4

5

6

7                          Veritext Legal Solutions

8                          1250 I Street, N.W.

9                          Washington, D.C.

10

11

12

13

14

15

16

           Pursuant to Notice, when were present on behalf

17

           of the respective parties:

18

19

20

21

22

Liquidia's Exhibit 1108
Page 2

```
                                          Page 3

 1          APPEARANCES:
 2
            On behalf of the Petitioner:
 3
                JONATHAN DAVIES, ESQUIRE
 4              COOLEY LLP
                1299 Pennsylvania Avenue, N.W.
 5              Suite 700
                Washington, D.C. 20004
 6              jdavies@cooley.com
                      -and-
 7              BRITTANY CAZAKOFF, ESQUIRE
                11951 Freedom Drive
 8              1 Freedom Square
                Reston Town Center
 9              Reston, Virginia 20190
                bcazakoff@cooley.com
10
11          On behalf of the Patent Owner:
12              MANDY KIM, ESQUIRE
                McDERMOTT WILL & EMERY
13              18565 Jamboree Road, Suite 250
                Irvine, California 92612
14              mhkim@mwe.com
                      -and-
15              STEPHEN MAEBIUS, ESQUIRE
                FOLEY & LARDNER, LLP
16              321 North Clark Street
                Suite 2800
17              Chicago, Illinois 60654
                smaebius@foley.com
18
19          Also Present:
            Orson Braithwaite, Videographer
20          Peter Curran, Concierge
21
22
```

```
                                                      Page 4

 1                         I N D E X
 2           EXAMINATION OF
             AARON B. WAXMAN, M.D., Ph.D.              PAGE
 3
             BY MR. DAVIES                             8
 4
                                                      168
 5           BY MS. KIM                               165
 6
 7
 8                         EXHIBITS
 9
             Exhibit 1        Curriculum Vitae of      54
10                           Aaron B. Waxman,
                             M.D., Ph.D.
11
             Exhibit 2        Annual Report 2005       112
12                           European Society of
                             Cardiology
13
             Exhibit 1001     United States Patent     31
14                           No. 10,716,793 B2
15           Exhibit 1006     United States Patent     67
                             No. 6,521,212 B1
16
             Exhibit 1007     Excerpt of European      88
17                           Heart Journal
                             August/September 2004
18
             Exhibit 1008     Supplement to            72
19                           Circulation
                             Excerpt of Abstracts
20                           from Scientific
                             Sessions 2004
21
22
```

Liquidia's Exhibit 1108
Page 4

Page 5

1           EXHIBITS (CONTINUED):
2           Exhibit 1018       Product Information       136
                               Remodulin (Treprostinil
3                              sodium) Injection
                               Description
4
            Exhibit 1062       Article entitled          122
5                              "Ultrasonic versus
                               jet nebulization or
6                              iloprost in severe
                               pulmonary hypertension"
7
            Exhibit 1065       Article entitled          119
8                              "Inhaled Iloprost for
                               Severe Pulmonary
9                              Hypertension"
10          Exhibit 1083       Ventavis                  161
                               (iloprost) Inhalation
11                             Solution
                               Description
12
            Exhibit 2001       Declaration of            21
13                             Dr. Aaron Waxman
14          Exhibit 2002       Harvard Medical School    46
                               Curriculum Vitae of
15                             Aaron B. Waxman,
                               M.D., Ph.D.
16
            Exhibit 2034       Highlights of Prescribing 97
17                             Information for Tyvaso
18          Exhibit 2036       Article entitled          156
                               "Efficacy and Safety
19                             of Treprostinil:  An
                               Epoprostenol Analog for
20                             Primary Pulmonary Hypertension
21          Exhibit 2052       Declaration of            24
                               Aaron Waxman, M.D., Ph.D.
22          (Exhibits bound separately.)

Liquidia's Exhibit 1108
Page 5

Page 6

```
 1                  P R O E E D I N G S

 2                  (10:34 a.m.)

 3                                              10:34:44

 4          THE VIDEOGRAPHER:  Good morning.    10:34:48

 5          We are going on the record at 10:34  10:34:52

 6   a.m. on January 8, 2022.                   10:34:55

 7          This is Media Unit 1 of the         10:34:58

 8   remote-recorded deposition of Dr. Aaron Waxman  10:35:01

 9   in the matter of Liquidia Technologies versus  10:35:03

10   United Therapeutics Corporation filed in the   10:35:07

11   United States Patent and Trademark Office,     10:35:11

12   Patent Trial and Appeal Board, Case No. IPR    10:35:16

13   2021-0046 -- excuse me -00406.                 10:35:19

14          My name is Orson Braithwaite from       10:35:24

15   the firm Veritext Legal Solutions.  I am the   10:35:27

16   videographer.  The court reporter is Bonnie    10:35:29

17   Russo from the firm Veritext Legal Solutions.  10:35:30

18          Counsel will now state their            10:35:32

19   appearances and affiliations for the record.   10:35:34

20          MR. DAVIES:  Jonathan Davies from       10:35:37

21   Cooley.  With me today is my colleague,        10:35:39

22   Brittany Cazakoff, representing the petitioner,  10:35:44
```

Liquidia's Exhibit 1108
Page 6

LIQ_PH-ILD_00000585

Page 7

1          Liquidia Technologies.                    10:35:46

2                 MS. KIM:  Mandy Kim with McDermott  10:35:48

3          Will & Emery on behalf of the patent owner,  10:35:55

4          United Therapeutics Corporation.

5                 THE VIDEOGRAPHER:  Thank you.

6                 Will the court reporter please swear

7          in the witness.

8                 THE COURT REPORTER:  Yes.  Before I

9          do that I have a quick stipulation to put on

10         the record.

11                The attorneys participating in this

12         deposition acknowledge that I am not physically

13         present in the deposition room, and that I will

14         be reporting this deposition remotely.

15                They further acknowledge that, in

16         lieu of an oath administered in person, I will

17         administer the oath remotely.

18                The parties further agree that if

19         the witness is testifying from a state where I

20         am not a notary, that the witness may be sworn

21         in by an out-of-state notary.

22                If any party has an objection to

Liquidia's Exhibit 1108
Page 7

          LIQ_PH-ILD_00000586

Page 8

1          this manner of reporting, please state it now.

2                      (Pause.)

3                      THE COURT REPORTER:  Hearing, none

4          we can proceed and I will swear in the witness.

5

6                      AARON B. WAXMAN, M.D., Ph.D.,

7          being first duly sworn, to tell the truth, the

8          whole truth, and nothing but the truth,

9          testified as follows:

10             EXAMINATION BY COUNSEL FOR PETITIONER     10:36:45

11                  BY MR. DAVIES:                        10:36:45

12          Q.    Good morning, Dr. Waxman, and thank    10:36:45

13     you for giving us a little bit of your time on    10:36:50

14     a Saturday.                                       10:36:50

15          A.    Thanks for accommodating me.           10:36:50

16          Q.    Can you state your full name for the   10:36:52

17     record.                                           10:36:54

18          A.    Aaron B. Waxman.                       10:36:55

19          Q.    And can you provide your current       10:36:57

20     address?                                          10:36:59

21          A.    Home or business?                      10:36:59

22          Q.    Home.                                  10:37:02

Page 39

| | | |
|---|---|---|
| 1 | to a patient, do you? | 11:16:27 |
| 2 | A.   Not solely, no. | 11:16:28 |
| 3 | Q.   What is the other evidence that you | 11:16:30 |
| 4 | rely on in your clinical practice? | 11:16:31 |
| 5 | A.   Well, that requires not only | 11:16:34 |
| 6 | hemodynamic but also a patient's subjective | 11:16:38 |
| 7 | response to a treatment. | 11:16:41 |
| 8 | Q.   And the patient's subjective | 11:16:53 |
| 9 | response would not include the hemodynamic | 11:16:55 |
| 10 | responses that we have already discussed, | 11:16:57 |
| 11 | correct? | 11:16:57 |
| 12 | A.   I guess it depends on how you define | 11:17:01 |
| 13 | that. | 11:17:04 |
| 14 | Q.   Well, how do you define it, Doctor? | 11:17:04 |
| 15 | A.   Well, I expect there to be a | 11:17:07 |
| 16 | hemodynamic improvement that results in | 11:17:14 |
| 17 | improved blood flow which results in the | 11:17:17 |
| 18 | patient feeling better. | 11:17:20 |
| 19 | Q.   In your experience though it is not | 11:17:23 |
| 20 | always the case that a hemodynamic improvement | 11:17:25 |
| 21 | results in a subjective improvement, correct, | 11:17:29 |
| 22 | in the patient? | 11:17:31 |

Liquidia's Exhibit 1108
Page 39

LIQ_PH-ILD_00000588

Page 40

```
 1            A.    Not always, no.                      11:17:33

 2            Q.    And in your clinical practice you    11:17:35

 3      would not be able to determine from hemodynamic  11:17:51

 4      data alone whether there was a therapeutic        11:17:55

 5      benefit to a person suffering from pulmonary      11:18:00

 6      hypertension, correct?                            11:18:03

 7            A.    That I would not agree with.          11:18:04

 8            Q.    Okay.  Why not?                        11:18:06

 9            A.    Well, because the disease is quite    11:18:07

10      complicated and it is not just a hemodynamic      11:18:13

11      problem, but the hemodynamics are what define     11:18:15

12      the disease pulmonary hypertension, and if I      11:18:15

13      see a hemodynamic improvement, that likely does   11:18:25

14      result in some improvement.  Whether it's a       11:18:25

15      subjective or physiologic improvement, that may   11:18:28

16      be different, but nonetheless, if a patient has   11:18:29

17      hemodynamic improvement, it's likely that their   11:18:32

18      heart function will improve and I would           11:18:35

19      anticipate that their survival will improve.      11:18:38

20            Q.    So let me re-ask the question more    11:18:41

21      specifically.                                     11:18:44

22            You are not able to tell based on           11:18:45
```

Liquidia's Exhibit 1108
Page 40

LIQ_PH-ILD_00000589

Page 41

| | | |
|---|---|---|
| 1 | hemodynamic data alone whether there would be a | 11:18:48 |
| 2 | subjective improvement in a patient, correct? | 11:18:52 |
| 3 | MS. KIM:  Objection.  Asked and | 11:18:56 |
| 4 | answered. | 11:18:56 |
| 5 | THE WITNESS:  Just so I understand | 11:19:00 |
| 6 | the question, are you asking me if a patient | 11:19:01 |
| 7 | has a hemodynamic improvement will they always | 11:19:05 |
| 8 | have a subjective improvement? | 11:19:11 |
| 9 | BY MR. DAVIES: | 11:19:12 |
| 10 | Q.    That's correct, Doctor. | 11:19:12 |
| 11 | MS. KIM:  Same objection.  Asked and | 11:19:14 |
| 12 | answered. | 11:19:14 |
| 13 | THE WITNESS:  I would say the answer | 11:19:17 |
| 14 | is not 100 percent of the time. | 11:19:18 |
| 15 | BY MR. DAVIES: | 11:19:22 |
| 16 | Q.    So relying on hemodynamic data alone | 11:19:31 |
| 17 | you could not say with certainty that a patient | 11:19:35 |
| 18 | would experience a subjective improvement if | 11:19:39 |
| 19 | they were suffering from pulmonary | 11:19:43 |
| 20 | hypertension, correct? | 11:19:45 |
| 21 | MS. KIM:  Objection.  Asked and | 11:19:46 |
| 22 | answered.  Mischaracterizes testimony. | 11:19:47 |

Liquidia's Exhibit 1108
Page 41

LIQ_PH-ILD_00000590

Page 42

```
 1              THE WITNESS:  Not for every patient.    11:19:50

 2              BY MR. DAVIES:                          11:19:53

 3      Q.    For purposes -- strike that.             11:20:51

 4              So for the definition of               11:21:16

 5      therapeutically effective -- strike that.      11:21:20

 6              So the plain and ordinary meaning of   11:21:22

 7      therapeutically effective that you applied in  11:21:29

 8      your opinions expressed in your two            11:21:30

 9      declarations, hemodynamic changes alone could  11:21:32

10      be sufficient to demonstrate therapeutically   11:21:37

11      effectiveness, right?                          11:21:44

12              MS. KIM:  Objection.  Vague.           11:21:45

13      Mischaracterizes testimony.                    11:21:47

14              THE WITNESS:  I think importantly,     11:21:49

15      pulmonary hypertension is a hemodynamic disease 11:21:51

16      and it is defined by hemodynamics, and if you  11:21:57

17      are talking about a drug that is a vasodilator 11:22:00

18      if you don't see a hemodynamic response it     11:22:04

19      would suggest the drug probably doesn't work.  11:22:07

20      Whereas, if you do see a hemodynamic response  11:22:10

21      that would suggest the drug is effective and is 11:22:13

22      worth pursuing.                                11:22:17
```

Page 43

```
 1            BY MR. DAVIES:                          11:22:20

 2       Q.    Does that hemodynamic response that    11:22:20

 3   you just described, Dr. Waxman, does that for    11:22:23

 4   purpose of your analysis of the '793 patent      11:22:26

 5   indicate that the drug is also therapeutically   11:22:30

 6   effective?                                       11:22:35

 7       A.    Yes.                                   11:22:35

 8       Q.    So for purposes of the plain and       11:22:50

 9   ordinary meaning of therapeutically effective    11:22:53

10   that you applied in your two IPR declarations    11:22:55

11   you did not need to rely on subjective           11:23:02

12   improvement data of patients suffering from      11:23:05

13   pulmonary hypertension, correct?                 11:23:09

14       A.    Well, at the time it was not           11:23:10

15   available from an inhaled standpoint, but it     11:23:15

16   was from a subcutaneous standpoint.             11:23:19

17       Q.    If you could turn to Page 21 of your   11:23:43

18   second declaration and let me know when you are  11:24:14

19   there.                                           11:24:18

20       A.    I am there.                            11:24:20

21       Q.    Okay.  And do you see a Footnote 4?    11:24:21

22       A.    Yes.                                   11:24:27
```

Page 150

1      exercise test with gas exchange so it's an          14:17:20

2      objective test.                                     14:17:23

3              BY MR. DAVIES:                              14:17:25

4         Q.    Is there anything else you use to          14:17:26

5      assess therapeutic effectiveness in the clinic     14:17:27

6      for PH treatments?                                  14:17:31

7         A.    I also ask the patient how they are        14:17:33

8      feeling.                                            14:17:38

9         Q.    Anything else?                             14:17:38

10        A.    Like I said, right heart                   14:17:38

11     catheterization at certain time points.             14:17:43

12        Q.    Anything else?                             14:17:46

13        A.    Echocardiography at certain time           14:17:47

14     points.                                             14:17:52

15        Q.    Anything else?                             14:17:54

16        A.    More and more cardiac MR at certain        14:17:56

17     time points.                                        14:18:02

18        Q.    Anything else?                             14:18:05

19        A.    I think that is probably everything.       14:18:06

20              Well, I should add that,                   14:18:13

21     occasionally, we will also check some blood         14:18:15

22     tests like the NT-proBNP but not routinely.         14:18:18

Liquidia's Exhibit 1108
Page 150

DA1019                                    LIQ_PH-ILD_00000593

Page 151

1    Q.    In the clinic setting you don't rely    14:18:24

2    exclusively on hemodynamic data to assess    14:18:31

3    therapeutic effectiveness, correct?    14:18:35

4    A.    I do not rely exclusively on it, no.    14:18:38

5    Q.    Is it true that you don't rely    14:18:40

6    exclusively on it in the clinical setting    14:19:16

7    because improvements in hemodynamics do not    14:19:20

8    necessarily result in therapeutic    14:19:28

9    effectiveness; is that correct?    14:19:35

10    MS. KIM:  Objection.    14:19:36

11    Mischaracterizes testimony.    14:19:36

12    THE WITNESS:  Yeah, I would say    14:19:37

13    that's not the case.  I think that that    14:19:39

14    mischaracterizes what I said earlier.    14:19:41

15    BY MR. DAVIES:    14:19:43

16    Q.    Okay.  How so?    14:19:43

17    A.    Well, we don't do it routinely and    14:19:47

18    visit to visit because it's -- it's an invasive    14:19:50

19    test that is somewhat cumbersome for the    14:19:56

20    patient.  It doesn't take very long, and it's a    14:19:59

21    pretty easy test to do, but it means going to    14:20:02

22    the cath lab.    14:20:05

Page 152

| | | |
|---|---|---|
| 1 | Q.    You would agree, though, that in | 14:20:08 |
| 2 | your experience, including with patients taking | 14:20:10 |
| 3 | Tyvaso, that some patients may experience | 14:20:13 |
| 4 | improvements in hemodynamics and not see a | 14:20:17 |
| 5 | corresponding change in other nonhemodynamic | 14:20:23 |
| 6 | measures as you've described that you apply in | 14:20:26 |
| 7 | the clinic, correct? | 14:20:29 |
| 8 | A.    No. | 14:20:31 |
| 9 | MS. KIM:  Objection.  Vague. | 14:20:31 |
| 10 | THE WITNESS:  Sorry.  No. | 14:20:33 |
| 11 | MS. KIM:  That's okay. | 14:20:36 |
| 12 | BY MR. DAVIES: | 14:20:38 |
| 13 | Q.    You have patients, Dr. Waxman, on | 14:21:27 |
| 14 | pulmonary hypertension treatments that utilize | 14:21:37 |
| 15 | nebulizers for delivery of the drug, correct? | 14:21:40 |
| 16 | A.    I -- well, yes. | 14:21:50 |
| 17 | Q.    What are the products for treatment | 14:21:54 |
| 18 | of PH that utilize nebulizers for delivery? | 14:22:00 |
| 19 | A.    There are only two that I use and | 14:22:03 |
| 20 | that would include inhaled treprostinil or | 14:22:09 |
| 21 | Tyvaso and epoprostenol which generally we | 14:22:14 |
| 22 | would only use that in the hospital. | 14:22:21 |

Liquidia's Exhibit 1108
Page 152

DA1021

LIQ_PH-ILD_00000595

# EXHIBIT 38



To Whom It May Concern:

Pulmonary hypertension in patients with interstitial lung disease (PH-ILD) remains a progressive and fatal condition that can lead to heart failure and death.

YUTREPIA™ was introduced to the pulmonary hypertension community in 2015 and was the first clinical program to explore the benefits of an inhaled dry powder formulation of treprostinil for pulmonary hypertension patients.

Since that time, TYVASO has become available for the treatment of PH-ILD in nebulized and dry powder formulations. This is a significant step forward for patients suffering from the disease. However, YUTREPIA has some key differences to the profile of TYVASO that may, for at least some patients, lead to improvements in patient outcomes and quality of life.

For instance, YUTREPIA, in part due to its unique PRINT formulation, is the first low-resistance dry powder inhaler, which may be an important attribute for patients with compromised lung function. In addition, YUTREPIA provides patients with a wider and higher range of therapeutic doses, which could allow patients to delay more invasive therapies, such as parenterally administered treprostinil.

Pulmonary hypertension represents a chronic and rare disease. Our patient communities rely on the FDA to approve innovative, safe, and effective treatment to reach those in need. We believe Yutrepia meets these high-quality standards and has the potential to be a critical treatment option for our patients.

Based on these key attributes, we believe Yutrepia offers an important treatment choice for providers and patients and support the recommendation for commercial availability as soon as possible.

Sincerely,

*Dr. Hill*
Dr. Hill (Mar 28, 2024 22:28 EDT)

Nicholas Hill, MD

*Dr. Farber*
Dr. Farber (Mar 28, 2024 11:44 MDT)

Harrison Farber, MD

*John McConnell*
John McConnell (Mar 28, 2024 12:27 EDT)

John W. McConnell, MD

Dr. Ravichandran (Mar 28, 2024 16:24 EDT)

Ashwin Ravichandran, MD

Dr. Ricardo Restrepo (Mar 28, 2024 11:21 EDT)

Ricardo Restrepo-Jaramillo, MD

*Dr. Jeremy Feldman*
Dr. Jeremy Feldman (Mar 28, 2024 07:12 PDT)

Jeremy Feldman, MD

*Rajan Saggar*

Rajan Saggar, MD

*Sandeep Sahay*

Sandeep Sahay, MD, FCCP

*Akram Khan, MBBS*
Akram Khan, MBBS (Mar 28, 2024 14:07 PDT)

Akram Khan, MD

419 Davis Drive, Suite 100, Morrisville, NC  27560  USA • Phone: +1-919-328-4400 • Fax: +1-919-328-4402    liquidia.com

# EXHIBIT 39

# EXHIBIT 2

UTC_PH-ILD_010692

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use
TYVASO safely and effectively. See full prescribing information for
TYVASO.**

**TYVASO (treprostinil) inhalation solution**
**Initial U.S. Approval: 2002**
**For Oral Inhalation Only**

----------------------------INDICATIONS AND USAGE------------------------
Tyvaso is a prostacyclin vasodilator indicated for the treatment of pulmonary
arterial hypertension (WHO Group I) in patients with NYHA Class III
symptoms, to increase walk distance. (1)

----------------------DOSAGE AND ADMINISTRATION----------------------
- Use only with the Tyvaso Inhalation System. (2.1)
- Administer undiluted, as supplied. A single breath of Tyvaso delivers
  approximately 6 mcg of treprostinil. (2.1)
- Administer in 4 separate treatment sessions each day approximately four
  hours apart, during waking hours. (2.1)
- Initial dosage: 3 breaths [18 mcg] per treatment session. If 3 breaths are
  not tolerated, reduce to 1 or 2 breaths. (2.1)
- Dosage should be increased by an additional 3 breaths at approximately
  1-2 week intervals, if tolerated. (2.1)
- Titrate to target maintenance dosage of 9 breaths or 54 mcg per
  treatment session as tolerated. (2.1)

---------------------DOSAGE FORMS AND STRENGTHS---------------------
Sterile solution for oral inhalation: 2.9 mL ampule containing 1.74 mg
treprostinil (0.6 mg per mL). (3)

----------------------------CONTRAINDICATIONS---------------------------
None (4)

---------------------WARNINGS AND PRECAUTIONS---------------------
- Safety and efficacy have not been established in patients with significant
  underlying lung disease (such as asthma or chronic obstructive
  pulmonary disease). (5.1)
- In patients with low systemic arterial pressure, Tyvaso may cause
  symptomatic hypotension. (5.2)
- Tyvaso may increase the risk of bleeding, particularly in patients
  receiving anticoagulants. (5.4, 7.2)
- Tyvaso dosage adjustments may be necessary if inhibitors or inducers of
  CYP2C8 are added or withdrawn. (5.5, 7.5)
- Hepatic or renal insufficiency may increase exposure and decrease
  tolerability. (2.2, 2.3, 5.3)

----------------------------ADVERSE REACTIONS----------------------------
Most common adverse reactions (≥ 10%) are cough, headache, nausea
dizziness, flushing, throat irritation, pharyngolaryngeal pain and diarrhea. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact United
Therapeutics Corp. at 1-866-458-6479 or via e-mail at
drugsafety@unither.com, or FDA at 1-800-FDA-1088 or
*www.fda.gov/medwatch.***

----------------------------DRUG INTERACTIONS----------------------------
- Concomitant diuretics, antihypertensives or other vasodilators may
  increase the risk of systemic hypotension. (7.1)

----------------------USE IN SPECIFIC POPULATIONS--------------------
- Pregnancy: Tyvaso should be used only if clearly needed. (8.1)
- Nursing women: Caution should be exercised when administered to a
  nursing woman. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION.**

**\*Sections or subsections omitted from the full prescribing information
are not listed.**

**Revised: [July/2009]**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING**
**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
      2.1    Usual Dosage in Adults
      2.2    Patients with Hepatic Insufficiency
      2.3    Patients with Renal Insufficiency
      2.4    Administration
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
      5.1    Patients with Pulmonary Disease or Pulmonary Infections
      5.2    Risk of Symptomatic Hypotension
      5.3    Patients with Hepatic or Renal Insufficiency
      5.4    Risk of Bleeding
      5.5    Effect of Other Drugs on Treprostinil
**6    ADVERSE REACTIONS**
      6.1    Adverse Reactions Identified in Clinical Trials
**7    DRUG INTERACTIONS**
      7.1    Antihypertensive Agents or Other Vasodilators
      7.2    Anticoagulants
      7.3    Bosentan
      7.4    Sildenafil
      7.5    Effect of Cytochrome P450 Inhibitors and Inducers
      7.6    Effect of Other Drugs on Treprostinil

**8    USE IN SPECIFIC POPULATIONS**
      8.1    Pregnancy
      8.2    Labor and Delivery
      8.3    Nursing Mothers
      8.4    Pediatric Use
      8.5    Geriatric Use
      8.6    Patients with Hepatic Insufficiency
      8.7    Patients with Renal Insufficiency
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
      12.1   Mechanism of Action
      12.2   Pharmacodynamics
      12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
      13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
      13.3   Developmental Toxicity
      13.4   Inhalational Toxicity
**14   CLINICAL STUDIES**
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**

1

**UTC_PH-ILD_010693**

**FULL PRESCRIBING INFORMATION**
**Tyvaso™ (treprostinil) inhalation solution**

**For Oral Inhalation Only**

**1     INDICATIONS AND USAGE**

Tyvaso is indicated to increase walk distance in patients with WHO Group I pulmonary arterial hypertension and NYHA Class III symptoms. The effects diminish over the minimum recommended dosing interval of 4 hours; treatment timing can be adjusted for planned activities.

While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase type 5 inhibitor). The controlled clinical experience was limited to 12 weeks in duration *[see Clinical Studies (14)]*.

**2     DOSAGE AND ADMINISTRATION**

**2.1   Usual Dosage in Adults**

Tyvaso is intended for oral inhalation using the Tyvaso Inhalation System, which consists of the Optineb-ir Model ON-100/7 (an ultrasonic, pulsed-delivery device) and its accessories.

Tyvaso is dosed in 4 separate, equally spaced treatment sessions per day, during waking hours. The treatment sessions should be approximately 4 hours apart.

*Initial Dosage:*

Therapy should begin with 3 breaths of Tyvaso (18 mcg of treprostinil), per treatment session, 4 times daily. If 3 breaths are not tolerated, reduce to 1 or 2 breaths and subsequently increase to 3 breaths, as tolerated.

*Maintenance Dosage:*

Dosage should be increased by an additional 3 breaths at approximately 1-2 week intervals, if tolerated, until the target dose of 9 breaths (54 mcg of treprostinil) is reached per treatment session, 4 times daily. If adverse effects preclude titration to target dose, Tyvaso should be continued at the highest tolerated dose.

If a scheduled treatment session is missed or interrupted, therapy should be resumed as soon as possible at the usual dose.

The maximum recommended dosage is 9 breaths per treatment session, 4 times daily.

**2.2   Patients with Hepatic Insufficiency**

Plasma clearance of treprostinil is reduced in patients with hepatic insufficiency. Patients with hepatic insufficiency may therefore be at increased risk of dose-dependent adverse reactions because of an increase in systemic exposure *[see Warnings and Precautions (5.3), Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

2

UTC_PH-ILD_010694

## 2.3   Patients with Renal Insufficiency

Plasma clearance of treprostinil may be reduced in patients with renal insufficiency, since treprostinil and its metabolites are excreted mainly through the urinary route. Patients with renal insufficiency may therefore be at increased risk of dose-dependent adverse reactions *[see Warnings and Precautions (5.3), Use in Specific Populations (8.7) and Clinical Pharmacology (12.3)].*

## 2.4   Administration

Tyvaso must be used only with the Tyvaso Inhalation System. Patients should follow the instructions for use for operation of the Tyvaso Inhalation System and for daily cleaning of the device components after the last treatment session of the day. To avoid potential interruptions in drug delivery because of equipment malfunction, patients should have access to a back-up Optineb-ir device.

Do not mix Tyvaso with other medications in the Optineb-ir device. Compatibility of Tyvaso with other medications has not been studied.

The Tyvaso Inhalation System should be prepared for use each day according to the instructions for use. One ampule of Tyvaso contains a sufficient volume of medication for all 4 treatment sessions in a single day. Prior to the first treatment session, the patient should twist the top off a single Tyvaso ampule and squeeze the entire contents into the medicine cup. Between each of the 4 daily treatment sessions, the device should be capped and stored upright with the remaining medication inside.

At the end of each day, the medicine cup and any remaining medication must be discarded. The device must be cleaned each day according to the instructions for use.

Avoid skin or eye contact with Tyvaso solution. Do not orally ingest the Tyvaso solution.

## 3   DOSAGE FORMS AND STRENGTHS

Sterile solution for oral inhalation:  2.9 mL ampule containing 1.74 mg of treprostinil (0.6 mg per mL).

## 4   CONTRAINDICATIONS

None.

## 5   WARNINGS AND PRECAUTIONS

## 5.1   Patients with Pulmonary Disease or Pulmonary Infections

The safety and efficacy of Tyvaso have not been established in patients with significant underlying lung disease (e.g., asthma or chronic obstructive pulmonary disease). Patients with acute pulmonary infections should be carefully monitored to detect any worsening of lung disease and loss of drug effect.

## 5.2   Risk of Symptomatic Hypotension

Treprostinil is a pulmonary and systemic vasodilator. In patients with low systemic arterial pressure, treatment with Tyvaso may produce symptomatic hypotension.

3

**UTC_PH-ILD_010695**

**5.3    Patients with Hepatic or Renal Insufficiency**

Titrate slowly in patients with hepatic or renal insufficiency, because such patients will likely be exposed to greater systemic concentrations relative to patients with normal hepatic or renal function *[see Dosage and Administration (2.2, 2.3), Use in Specific Populations (8.6, 8.7) and Clinical Pharmacology (12.3)]*.

**5.4    Risk of Bleeding**

Since Tyvaso inhibits platelet aggregation, there may be an increased risk of bleeding, particularly among patients receiving anticoagulant therapy.

**5.5    Effect of Other Drugs on Treprostinil**

Co-administration of a cytochrome P450 (CYP) 2C8 enzyme inhibitor (e.g., gemfibrozil) may increase exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of a CYP2C8 enzyme inducer (e.g., rifampin) may decrease exposure to treprostinil. Increased exposure is likely to increase adverse events associated with treprostinil administration, whereas decreased exposure is likely to reduce clinical effectiveness *[see Drug Interactions (7.5) and Clinical Pharmacology (12.3)]*.

**6    ADVERSE REACTIONS**

The following potential adverse reactions are described in Warnings and Precautions (5):
- Decrease in systemic blood pressure *[see Warnings and Precautions (5.2)]*.
- Bleeding *[see Warnings and Precautions (5.4)]*.

4

UTC_PH-ILD_010696

**6.1   Adverse Reactions Identified in Clinical Trials**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In a 12-week placebo-controlled study (TRIUMPH I) of 235 patients with PAH (WHO Group I and nearly all NYHA Functional Class III), the most commonly reported adverse reactions on Tyvaso included:  cough and throat irritation; headache, gastrointestinal effects, muscle, jaw or bone pain, flushing and syncope. Table 1 lists the adverse reactions that occurred at a rate of at least 4% and were more frequent in patients treated with Tyvaso than with placebo.

| Table 1: Adverse Events in ≥ 4% of PAH Patients Receiving Tyvaso and More Frequent* than Placebo | | |
|---|---|---|
| **Adverse Event** | **Treatment n (%)** | |
| | **Tyvaso n = 115** | **Placebo n = 120** |
| Cough | 62 (54) | 35 (29) |
| Headache | 47 (41) | 27 (23) |
| Throat Irritation / Pharyngolaryngeal Pain | 29 (25) | 17 (14) |
| Nausea | 22 (19) | 13 (11) |
| Flushing | 17 (15) | 1 (<1) |
| Syncope | 7 (6) | 1 (<1) |

*More than 3% greater than placebo

The safety of Tyvaso was also studied in a long-term, open-label extension study in which 206 patients were dosed for a mean duration of one year. The adverse events during this chronic dosing study were qualitatively similar to those observed in the 12-week placebo controlled trial.

***Adverse Events Associated with Route of Administration***

Adverse events in the treated group during the double-blind and open-label phase reflecting irritation to the respiratory tract included: cough, throat irritation, pharyngeal pain, epistaxis, hemoptysis and wheezing. Serious adverse events during the open-label portion of the study included pneumonia in 8 subjects. There were three serious episodes of hemoptysis (one fatal) noted during the open-label experience.

**7    DRUG INTERACTIONS**

Pharmacokinetic/pharmacodynamic interaction studies have not been conducted with inhaled treprostinil (Tyvaso); however, some of such studies have been conducted with orally (treprostinil diethanolamine) and subcutaneously administered treprostinil (Remodulin®).

5

UTC_PH-ILD_010697

*Pharmacodynamics*

**7.1   Antihypertensive Agents or Other Vasodilators**

Concomitant administration of Tyvaso with diuretics, antihypertensive agents or other vasodilators may increase the risk of symptomatic hypotension.

**7.2   Anticoagulants**

Since treprostinil inhibits platelet aggregation, there may be an increased risk of bleeding, particularly among patients receiving anticoagulants.

*Pharmacokinetics*

**7.3   Bosentan**

In a human pharmacokinetic study conducted with bosentan (250 mg/day) and an oral formulation of treprostinil (treprostinil diethanolamine), no pharmacokinetic interactions between treprostinil and bosentan were observed.

**7.4   Sildenafil**

In a human pharmacokinetic study conducted with sildenafil (60 mg/day) and an oral formulation of treprostinil (treprostinil diethanolamine), no pharmacokinetic interactions between treprostinil and sildenafil were observed.

**7.5   Effect of Cytochrome P450 Inhibitors and Inducers**

*In vitro* studies of human hepatic microsomes showed that treprostinil does not inhibit cytochrome P450 (CYP) isoenzymes CYP1A2, CYP2A6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP2E1 and CYP3A. Additionally, treprostinil does not induce cytochrome P450 isoenzymes CYP1A2, CYP2B6, CYP2C9, CYP2C19, and CYP3A.

Human pharmacokinetic studies with an oral formulation of treprostinil (treprostinil diethanolamine) indicated that co-administration of the cytochrome P450 (CYP) 2C8 enzyme inhibitor gemfibrozil increases exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of the CYP2C8 enzyme inducer rifampin decreases exposure to treprostinil. It is unclear if the safety and efficacy of treprostinil by the inhalation route are altered by inhibitors or inducers of CYP2C8 *[see Warnings and Precautions (5.5)]*.

**7.6   Effect of Other Drugs on Treprostinil**

Drug interaction studies have been carried out with treprostinil (oral or subcutaneous) co-administered with acetaminophen (4 g/day), warfarin (25 mg/day), and fluconazole (200 mg/day), respectively in healthy volunteers. These studies did not show a clinically significant effect on the pharmacokinetics of treprostinil. Treprostinil does not affect the pharmacokinetics or pharmacodynamics of warfarin. The pharmacokinetics of R- and S- warfarin and the INR in healthy subjects given a single 25 mg dose of warfarin were unaffected by continuous subcutaneous infusion of treprostinil at an infusion rate of 10 ng/kg/min.

6

UTC_PH-ILD_010698

# 8     USE IN SPECIFIC POPULATIONS

## 8.1   Pregnancy

Pregnancy Category B

There are no adequate and well controlled studies with Tyvaso in pregnant women. Animal reproduction studies have not been conducted with treprostinil administered by the inhalation route. However, studies in pregnant rabbits using continuous subcutaneous (sc) infusions of treprostinil sodium at infusion rates higher than the recommended human sc infusion rate resulted in an increased incidence of fetal skeletal variations associated with maternal toxicity *[see Developmental Toxicity (13.3)]*. Animal reproduction studies are not always predictive of human response; Tyvaso should be used during pregnancy only if clearly needed.

## 8.2   Labor and Delivery

No treprostinil treatment-related effects on labor and delivery were seen in animal studies. The effect of treprostinil on labor and delivery in humans is unknown.

## 8.3   Nursing Mothers

It is not known whether treprostinil is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when treprostinil is administered to nursing women.

## 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established. Clinical studies of Tyvaso did not include patients younger than 18 years to determine whether they respond differently from older patients.

## 8.5   Geriatric Use

Clinical studies of Tyvaso did not include sufficient numbers of patients aged 65 years and over to determine whether they respond differently from younger patients. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of hepatic, renal, or cardiac dysfunction, and of concomitant diseases or other drug therapy.

## 8.6   Patients with Hepatic Insufficiency

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects with mild-to-moderate hepatic insufficiency. Uptitrate slowly when treating patients with hepatic insufficiency because of the risk of an increase in systemic exposure which may lead to an increase in dose-dependent adverse effects. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Clinical Pharmacology (12.3), Dosage and Administration (2.2) and Warnings and Precautions (5.3)]*.

## 8.7   Patients with Renal Insufficiency

No studies have been performed in patients with renal insufficiency. Since treprostinil and its metabolites are excreted mainly through the urinary route, patients with renal insufficiency may have decreased clearance of the drug and its metabolites and consequently, dose-related adverse outcomes may be more frequent *[see Clinical Pharmacology (12.3), Dosage and Administration (2.3) and Warnings and Precautions (5.3)]*.

UTC_PH-ILD_010699

## 10   OVERDOSAGE

In general, symptoms of overdose with Tyvaso include flushing, headache, hypotension, nausea, vomiting, and diarrhea. Provide general supportive care until the symptoms of overdose have resolved.

## 11   DESCRIPTION

Tyvaso is a sterile formulation of treprostinil intended for administration by oral inhalation using the Optineb-ir device. Tyvaso is supplied in 2.9 mL low density polyethylene (LDPE) ampules, containing 1.74 mg treprostinil (0.6 mg/mL). Each ampule also contains 18.9 mg sodium chloride, 18.3 mg sodium citrate, 0.58 mg sodium hydroxide, 11.7 mg 1 N hydrochloric acid, and water for injection. Sodium hydroxide and hydrochloric acid may be added to adjust pH between 6.0 and 7.2.

Treprostinil is (1R,2R,3aS,9aS)-[[2,3,3a,4,9,9a-hexahydro-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1H-benz[f]inden-5-yl]oxy]acetic acid. Treprostinil has a molecular weight of 390.51 and a molecular formula of $C_{23}H_{34}O_5$.

The structural formula of treprostinil is:



## 12   CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Treprostinil is a prostacyclin analogue. The major pharmacologic actions of treprostinil are direct vasodilation of pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.

### 12.2 Pharmacodynamics

In a clinical trial of 240 healthy volunteers, single doses of Tyvaso 54 mcg (the target maintenance dose per session) and 84 mcg (supratherapeutic inhalation dose) prolonged the corrected QTc interval by approximately 10 ms. The QTc effect dissipated rapidly as the concentration of treprostinil decreased.

### 12.3 Pharmacokinetics

Pharmacokinetic information for single doses of inhaled treprostinil was obtained in healthy volunteers in three separate studies. Treprostinil systemic exposure (AUC and $C_{max}$) post-inhalation was shown to be proportional to the doses administered (18 mcg – 90 mcg).

#### Absorption and Distribution

In a three-period crossover study, the bioavailability of two single doses of Tyvaso (18 mcg and 36 mcg) was compared with that of intravenous treprostinil in 18 healthy volunteers. Mean estimates of the

8

UTC_PH-ILD_010700

absolute systemic bioavailability of treprostinil after inhalation were approximately 64% (18 mcg) and 72% (36 mcg).

Treprostinil plasma exposure data were obtained from two studies at the target maintenance dose, 54 mcg. The mean $C_{max}$ at the target dose was 0.91 and 1.32 ng/mL with corresponding mean $T_{max}$ of 0.25 and 0.12 hr, respectively. The mean AUC for the 54 mcg dose was 0.81 and 0.97 hr•ng/mL, respectively.

Following parenteral infusion, the apparent steady state volume of distribution ($V_{ss}$) of treprostinil is approximately 14 L/70 kg ideal body weight.

*In vitro* treprostinil is 91% bound to human plasma proteins over the 330-10,000 mcg/L concentration range.

### Metabolism and Excretion

Of subcutaneously administered treprostinil, only 4% is excreted unchanged in urine. Treprostinil is substantially metabolized by the liver, primarily by CYP2C8. Metabolites are excreted in urine (79%) and feces (13%) over 10 days. Five apparently inactive metabolites were detected in the urine, each accounting for 10-15% of the dose administered. Four of the metabolites are products of oxidation of the 3-hydroxyloctyl side chain and one is a glucuroconjugated derivative (treprostinil glucuronide).

The elimination of treprostinil (following subcutaneous administration of treprostinil) is biphasic, with a terminal elimination half-life of approximately 4 hours using a two compartment model.

### Special Populations

*Hepatic Insufficiency*

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects presenting with mild-to-moderate hepatic insufficiency. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Dosage and Administration (2.2), Warnings and Precautions (5.3) and Use in Specific Populations (8.6)].*

*Renal Insufficiency*

No studies have been performed in patients with renal insufficiency; therefore, since treprostinil and its metabolites are excreted mainly through the urinary route, there is the potential for an increase in both parent drug and its metabolites and an increase in systemic exposure *[see Dosage and Administration (2.3), Warnings and Precautions (5.3) and Use in Specific Populations (8.7)].*

9

UTC_PH-ILD_010701

## 13   NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Long-term studies have not been performed to evaluate the carcinogenic potential of treprostinil. In vitro and in vivo genetic toxicology studies did not demonstrate any mutagenic or clastogenic effects of treprostinil. Treprostinil sodium did not affect fertility or mating performance of male or female rats given continuous subcutaneous (sc) infusions at rates of up to 450 ng treprostinil/kg/min [about 59 times the recommended starting human sc infusion rate (1.25 ng/kg/min) and 8 times the average rate (9.3 ng/kg/min) achieved in clinical trials, on a ng/m$^2$ basis]. In this study, males were dosed from 10 weeks prior to mating and through the 2-week mating period. Females were dosed from 2 weeks prior to mating until gestational day 6.

### 13.3 Developmental Toxicity

In pregnant rats, continuous sc infusions of treprostinil sodium during organogenesis and late gestational development, at rates as high as 900 ng treprostinil/kg/min (about 117 times the recommended starting human sc infusion rate and about 16 times the average rate achieved in clinical trials, on a ng/m$^2$ basis), resulted in no evidence of harm to the fetus. In pregnant rabbits, effects of continuous sc infusions of treprostinil during organogenesis were limited to an increased incidence of fetal skeletal variations (bilateral full rib or right rudimentary rib on lumbar vertebra 1) associated with maternal toxicity (reduction in body weight and food consumption) at an infusion rate of 150 ng treprostinil/kg/min (about 41 times the starting human sc infusion rate and 5 times the average rate achieved in clinical trials, on a ng/m$^2$ basis).

### 13.4 Inhalational Toxicity

Rats and dogs that received daily administrations of treprostinil by inhalation for 3 months developed respiratory tract lesions (respiratory epithelial degeneration, goblet cell hyperplasia/hypertrophy, epithelial ulceration, squamous epithelial degeneration and necrosis, and lung hemorrhage). Some of the same lesions seen in animals sacrificed at the end of treatment (larynx, lung and nasal cavity lesions in rats, and lesions of the larynx in dogs) were also observed in animals sacrificed after a 4-week recovery period. Rats also developed cardiac changes (degeneration/fibrosis). A no-effect dose level for these effects was not demonstrated in rats (doses as low as 7 µg/kg/day were administered); whereas 107 µg/kg/day was a no-effect dose level in dogs.

10

UTC_PH-ILD_010702

## 14  CLINICAL STUDIES

TRIUMPH I, was a 12-week, randomized, double-blind, placebo-controlled multi-center study of patients with PAH. The study population included 235 clinically stable subjects with pulmonary arterial hypertension (WHO Group I), nearly all with NYHA Class III symptoms who were receiving either bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase-5 inhibitor) for at least three months prior to study initiation. Concomitant therapy also could have included anticoagulants, other vasodilators (e.g., calcium channel blockers), diuretics, oxygen, and digitalis, but not a prostacyclin. These patients were administered either placebo or Tyvaso in four daily treatment sessions with a target dose of 9 breaths (54 mcg) per session over the course of the 12-week study. Patients were predominantly female (82%), had the origin of PAH as idiopathic/familial (56%), secondary to collagen vascular disease (33%) or secondary to HIV or previous use of anorexigens (12%); bosentan was the concomitant oral medication in 70% of those enrolled, sildenafil in 30%.

The primary efficacy endpoint of the trial was the change in six-minute walk distance (6MWD) relative to baseline at 12 weeks. 6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3-5 hours after bosentan or 0.5-2 hours after sildenafil. Patients receiving Tyvaso had a placebo-corrected median change from baseline in peak 6MWD of 20 meters at Week 12 (p<0.001). The distribution of these 6MWD changes from baseline at Week 12 were plotted across the range of observed values (Figure 1). 6MWD measured at trough exposure (defined as measurement of 6MWD at least 4 hours after dosing) improved by 14 meters. There were no placebo-controlled 6MWD assessments made after 12 weeks.



**Figure 1:  Distributions of 6MWD Changes from Baseline at Week 12 during Peak Plasma Concentration of Tyvaso**

11

UTC_PH-ILD_010703

The placebo-corrected median treatment effect on 6MWD was estimated (using the Hodges-Lehmann estimator) within various subpopulations defined by age quartile, gender, geographic region of the study site, disease etiology, baseline 6MWD quartile, and type of background therapy (Figure 2).



**Figure 2. Placebo Corrected Median Treatment Effect (Hodges-Lehmann estimate with 95% CI) on 6MWD Change from Baseline at Week 12 During Peak Plasma Concentration of Tyvaso for Various Subgroups**

## 16    HOW SUPPLIED/STORAGE AND HANDLING

Tyvaso (treprostinil) inhalation solution is supplied in 2.9 mL clear LDPE ampules packaged as four ampules in a foil pouch. Tyvaso is a clear colorless to slightly yellow solution containing 1.74 mg treprostinil per ampule at a concentration of 0.6 mg/mL.

Ampules of Tyvaso are stable until the date indicated when stored in the unopened foil pouch at 25°C (77°F), with excursions permitted to 15-30°C (59-86°F) [see USP Controlled Room Temperature]. Once the foil pack is opened, ampules should be used within 7 days. Because Tyvaso is light-sensitive, unopened ampules should be stored in the foil pouch.

One ampule of Tyvaso should be used each day in the Tyvaso Inhalation System. After a Tyvaso ampule is opened and transferred to the medicine cup, the solution should remain in the device for no more than one day (24 hours). Any remaining solution should be discarded at the end of the day.

12

UTC_PH-ILD_010704

Tyvaso Inhalation System Starter Kit containing 28 ampule carton of Tyvaso [seven foil pouches each containing four 2.9 mL ampules. Each ampule contains 1.74 mg treprostinil (0.6 mg per mL)] and the Tyvaso Inhalation System. (NDC 66302-206-01)

Tyvaso Inhalation System Refill Kit containing 28 ampule carton of Tyvaso [seven foil pouches each containing four 2.9 mL ampules. Each ampule contains 1.74 mg treprostinil (0.6 mg per mL)] and accessories. (NDC 66302-206-02)

2.9 mL LDPE ampule containing 1.74 mg treprostinil (0.6 mg per mL), carton containing 1 foil pouch with 4 ampules. (NDC 66302-206-03)

## 17    PATIENT COUNSELING INFORMATION

Patients should be properly trained in the administration process for Tyvaso, including dosing, Optineb-ir device set up, operation, cleaning, and maintenance, according to the instructions for use *[see Dosage and Administration (2.1)]*.

To avoid potential interruptions in drug delivery because of equipment malfunction, patients should have access to a back-up Optineb-ir device *[see Dosage and Administration (2.4)]*.

In the event that a scheduled treatment session is missed or interrupted, therapy should be resumed as soon as possible *[see Dosage and Administration (2.1)]*.

Patients should avoid skin or eye contact with Tyvaso. If Tyvaso comes in contact with the skin or eyes, instruct patients to rinse immediately with water *[see Dosage and Administration (2.4)]*.

US Patent No. 5,153,222
US Patent No. 6,765,117
US Patent No. 6,521,212
US Patent No. 6,756,033

United Therapeutics Corp.
Research Triangle Park, NC 27709

©Copyright 2009 United Therapeutics Corp. All rights reserved.

Tyvaso manufactured by:

Catalent Pharma Solutions
Woodstock, IL  60098

For United Therapeutics Corp.
Research Triangle Park, NC 27709

July 2009

13

UTC_PH-ILD_010705

**PATIENT PACKAGE INSERT**

**Tyvaso (Tī-vāsō)**

**(treprostinil)**

**Inhalation Solution**

Read this Patient Package Insert before you start taking Tyvaso and each time you get a refill. There may be new information. This leaflet does not take the place of talking with your healthcare provider about your medical condition or your treatment.

### What is Tyvaso?

Tyvaso is a prescription medicine used in adults to treat pulmonary arterial hypertension (PAH), which is high blood pressure in the arteries of your lungs. Tyvaso can improve the ability to do exercise in people who also take bosentan (an endothelin receptor antagonist (ERA)) or sildenafil (a phosphodiesterase-5 (PDE-5) inhibitor). Your ability to do exercise decreases 4 hours after taking Tyvaso.

It is not known if Tyvaso is safe or effective in people under 18 years of age.


### What should I tell my healthcare provider before taking Tyvaso?

Before taking Tyvaso, tell your healthcare provider about all of your medical conditions, including if you:
- have lung disease, such as asthma or chronic obstructive pulmonary disease (COPD)
- have a lung infection
- have liver problems or kidney problems
- have low blood pressure
- are pregnant or plan to become pregnant. It is not known if Tyvaso will harm your unborn baby. Women who can become pregnant should use effective birth control while taking Tyvaso.
- are breast-feeding or plan to breast-feed. It is not known if Tyvaso passes into your breast milk. Talk to your healthcare provider about the best way to feed your baby while taking Tyvaso.


**Tell your healthcare provider about all the medicines you take**, including prescription and non-prescription medicines, vitamins, and herbal supplements. Tyvaso and other medicines may affect each other.

Especially tell your healthcare provider if you take any of these medicines:
- medicines that decrease blood clotting
- water pills (diuretics)
- medicines used to treat high blood pressure or heart disease
- gemfibrozil (Lopid) (for high cholesterol)
- rifampin (Rimactane, Rifadin, Rifamate, Rifater) (for infection)

Know the medicines you take. Keep a list of them and show it to your healthcare provider and specialty pharmacist when you get a new medicine.

UTC_PH-ILD_010706

**How should I take Tyvaso?**
- Take Tyvaso each day exactly as your healthcare provider tells you.
- See the detailed Tyvaso Inhalation System Instructions for Use.
- Tyvaso is breathed in (inhaled) through your mouth into your lungs. Tyvaso should only be used with the Tyvaso Inhalation System.
- Tyvaso is taken in 4 treatment sessions each day during waking hours. The sessions should be at about 4 hours apart.
- At the beginning of each day, it will take about 5 minutes to prepare the Tyvaso Inhalation System. Each treatment session will take 2 to 3 minutes.
- Take your first Tyvaso treatment session in the morning and take your last treatment session before bedtime.
- Your healthcare provider may change your dose if needed.
- If you miss a dose of Tyvaso take it as soon as you remember.
- Do not let Tyvaso solution get into your eyes or onto your skin. If it does, rinse your skin or eyes right away with water.

**What are the possible side effects of Tyvaso?**

Tyvaso can cause serious side effects, including:
- Tyvaso may increase the risk of bleeding in people who take blood thinners (anticoagulants).
- If you have low blood pressure, Tyvaso may lower your blood pressure further.

Ask your healthcare provider if you are not sure if this applies to you.
The most common side effects of Tyvaso include:
- coughing
- headache
- nausea
- reddening of your face and neck (flushing)
- throat irritation and pain
- fainting or loss of consciousness

Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of Tyvaso. For more information, ask your healthcare provider or specialty pharmacist.

Call your healthcare provider for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store Tyvaso?**
- Store Tyvaso ampules in the unopened foil pack between 59°F to 86°F (15°C to 30°C) until ready to use.
- When the foil pouch is opened, Tyvaso ampules should be used within 7 days.
- Tyvaso is sensitive to light. The unopened Tyvaso ampules should be stored in the foil pouch.
- After a Tyvaso ampule is opened and put into the medicine cup in the Tyvaso Inhalation System, Tyvaso can be kept in the medicine cup for no more than 1 day (24 hours).
- Tyvaso that is left in the medicine cup at the end of the day must be thrown away.

**UTC_PH-ILD_010707**

**3**

**Keep Tyvaso and all medicines out of the reach of children.**

**General information about the safe and effective use of Tyvaso.**

Medicines are sometimes prescribed for conditions that are not mentioned in a patient information leaflet.  Do not use Tyvaso for a condition for which it was not prescribed. Do not give Tyvaso to other people, even if they have the same symptoms you have. It may harm them.

This patient information leaflet summarizes the most important information about Tyvaso. You can ask your healthcare provider or specialty pharmacist for information about Tyvaso that is written for health professionals.

For more information, go to www.tyvaso.com or call 1-866-458-6479.

**What are the ingredients in Tyvaso?**
Active ingredient: treprostinil
Inactive ingredients: sodium chloride, sodium citrate, sodium hydroxide, hydrochloric acid, and water for injection.

Tyvaso is a trademark of United Therapeutics Corporation.

Tyvaso is jointly marketed by United Therapeutics Corporation and Lung Rx, Inc.

Literature issued July 2009

**United Therapeutics Corp.**
**Research Triangle Park, NC  27709 USA**
Copyright © 2009, United Therapeutics Corp. All rights reserved.

**UTC_PH-ILD_010708**