IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-975-RGA ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHRDAWAL OF MOTION (DOCKET ENTRY 90)

Amicus Curiae Axicon Partners, LLC by and through its Managing Member, Robert T. Scott, hereby withdraws the Motion for Leave to File a Letter Brief in Support of Liquidia's Opposition to United Therapeutics' Motion for a Preliminary Injunction (Docket Entry 90).

Dated: May 15, 2024

/s/ Robert T. Scott

Robert T. Scott
Amicus Curiae
Axicon Partners, LLC
(214) 789-5850
rscott@axiconpartners.com

Axicon Partners, LLC
rscott@axiconpartners.com
214-789-5850



May 15, 2024

The Honorable Richard G. Andrews
United Sates District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: <u>United Therapeutics Corp. v. Liquidia Techs., Inc., No. 23-975-RGA</u>

Dear Judge Andrews:

I write to notify the court that today I filed the attached **Notice of Withdrawal** of Amicus Curiae's Motion to File a Letter Brief in Support of Liquidia's Opposition to United Therapeutics Motion for a Preliminary Injunction. The Letter Brief attached to the original Motion included a copy of this court's decision in *Baxalta v Genentech*, No. 17-509-TBD (D. Del. Aug 7, 2018) (Dyk, J) (sitting by designation).

Very truly yours,

*Robert T. Scott*

Robert T. Scott
Amicus Curiae
Axicon Partners, LLC
(214) 789-5850
rscott@axiconpartners.com

Robert Scott
Axicon Partners
rscott@axiconpartners.com

Honorable Richard G. Andrews
United States District Court
844 North King Street Unit 9/Room 6325
Wilmington DE
19801

Courtesy: Re: United Therapeutics v. Liquidia 23-975-RGA

