IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> LIQUIDIA TECHNOLOGIES, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 23-975-RGA </br> ) </br> ) </br> ) </br> ) |

**PROPOSED ORDER GRANTING MOTION OF AXICON PARTNERS TO SUPPLEMENT THE RECORD WITH THE DELAWARE DISTRICT COURT DECISION IN *BAXALTA v GENENTECH***

At Wilmington, this ___ day of _____ 2024, the Court having considered the Motion to Supplement the Record with the Decision in *Baxalta v Genentech*, in Support of Liquidia's Opposition to the Motion for a Preliminary Injunction, and all arguments and papers submitted in connection therewith, it is HEREBY ORDERED that the motion is GRANTED.

_____
Honorable Judge Richard G. Andrews