Axicon Partners, LLC
rscott@axiconpartners.com
214-789-5850

RECEIVED MAY 23 2024

May 22, 2024

The Honorable Richard G. Andrews
United Sates District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: United Therapeutics Corp. v. Liquidia Techs., Inc., No. 23-975-RGA

Dear Judge Andrews:

Attached please find a courtesy copy of a motion that I filed today, as Amicus Curiae, in the above-captioned matter. The motion seeks to supplement the record in this case with the decision in *Baxalta v Genentech*, No. 17-cv-509-TBD (D. Del. Aug 7, 2018) (Dyk, J). The motion is made in support of Liquidia's opposition to United Therapeutics' motion for a preliminary injunction.

If you have any questions, or need anything further, please do not hesitate to ask.

Very truly yours

*/s/ Robert T. Scott/*

Robert T. Scott
rscott@axiconpartners.com
(214) 789-5850