Robert Scott
Articen Partners, LLC
214 789 5850
rscotte@articenpartners.com

Honorable Richard G. Andrews
United States District Court
District of Delaware
Unit 9 / Room 6325
844 North King Street
Wilmington DE 19801-3

(302) 573-4581

Courteney Croon

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:CIBA (214) 789-5850
ROBERT SCOTT
2650 CEDAR SPRINGS RD #7717
DALLAS, TX 75201
UNITED STATES US

SHIP DATE: 22MAY24
ACTWGT: 0.55 LB
CAD: 6570654/ROSA2530

TO HONORABLE RICHARD G. ANDREW S
UNITED STATES DISTRICT COURT,
844 NORTH KING STREET
UNIT 9/ ROOM 6325
WILMINGTON DE 19801
(302) 573-4581

FedEx Express 

THU - 23 MAY 8:00A
FIRST OVERNIGHT

TRK# 7765 1101 8967
0201

X1 ZWIA

19801
DE-US PHL

FedEx First Overnight®