IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LIQUIDIA TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 23-975 (RGA) (SRF) ) ) ) ) ) ) |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff United Therapeutics Corporation's Second Set of Interrogatories to Defendant Liquidia Technologies, Inc. (Nos. 2-9)* were caused to be served on August 6, 2024, upon the following in the manner indicated:

Karen E. Keller, Esquire                                    VIA ELECTRONIC MAIL
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Liquidia Technologies, Inc.*

Sanya Sukduang, Esquire                                   VIA ELECTRONIC MAIL
Jonathan Davies, Esquire
Adam Pivovar, Esquire
Rachel Preston, Esquire
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
*Attorneys for Defendant Liquidia Technologies, Inc.*

Kyung Taeck Minn, Esquire  
Lauren Strosnick, Esquire  
COOLEY LLP  
3175 Hanover Street  
Palo Alto, CA 94304-1130  
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)  
Michael J. Flynn (#5333)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

OF COUNSEL

William C. Jackson  
Katherine Cheng  
GOODWIN PROCTER LLP  
1900 N St. NW  
Washington, DC 20036  
(202) 346-4000

Eric T. Romeo  
Louis L. Lobel  
GOODWIN PROCTER LLP  
100 Northern Avenue  
Boston, MA 02210  
(617) 570-1000

Douglas Carsten  
Art Dykhuis  
Katherine Pappas  
MCDERMOTT WILL & EMERY LLP  
18565 Jamboree Road, Suite 250  
Irvine, CA 92615  
(949) 851-0633

Adam W. Burrowbridge  
MCDERMOTT WILL & EMERY LLP  
The McDermott Building  
500 North Capitol Street, NW  
Washington, DC 20001  
(202) 756-8000

August 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Rachel Preston, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)