IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LIQUIDIA TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 23-975 (RGA) (SRF) |

**JOINT MOTION FOR CLAIM CONSTRUCTION**

Pursuant to Paragraph 8 of the Scheduling Order (D.I. 45), the parties respectfully request that the Court hold a claim construction hearing beginning at 9:00 a.m. on September 30, 2024. Claim construction briefing is now complete and the Joint Claim Construction Brief and Joint Appendix are filed herewith (D.I. 123, 124).

The parties respectfully request that the hearing be limited to a total of 2 hours, split evenly between the two sides.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ Michael J. Flynn | /s/ Nathan R. Hoeschen |
| Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com | Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff*<br>*United Therapeutics Corporation* | *Attorneys for Defendant*<br>*Liquidia Technologies, Inc.* |
| OF COUNSEL | OF COUNSEL: |
| William C. Jackson<br>Katherine Cheng<br>GOODWIN PROCTER LLP<br>1900 N St. NW<br>Washington, DC 20036<br>(202) 346-4000 | Sanya Sukduang<br>Phillip E. Morton<br>Jonathan Davies<br>Adam Pivovar<br>Rachel Preston<br>Rosalyn D. Upton<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800 |
| Eric T. Romeo<br>Louis L. Lobel<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000 | |
| Adam J. Horowitz<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800 | Lauren Strosnick<br>Kyung Taeck Minn<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000 |
| Douglas Carsten<br>Art Dykhuis<br>Katherine Pappas<br>MCDERMOTT WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA 92615<br>(949) 851-0633 | |
| August 30, 2024 | SO ORDERED this <u>3rd</u> day of September, 2024<br><br>/s/ Richard G. Andrews<br>United States District Judge |

2