IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-975-RGA |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S**
**NOTICE OF DEPOSITION OF SHAUN SNADER**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant Liquidia Technologies, Inc. ("Liquidia") will take the deposition of Shaun Snader by and through counsel commencing at 9:30 a.m. ET on September 25, 2024 at the offices of Goodwin Procter LLP, 1900 N Street NW, Washington, D.C. 20036.  The deposition will be conducted before a court reporter authorized to administer oaths and will be recorded by any means permitted by the Federal Rules of Civil Procedure, including, without limitation, stenographically, by video, and/or by instant visual display of testimony using LiveNote software or equivalent technology.

The deposition will be taken for purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)

OF COUNSEL:                            SHAW KELLER LLP
Sanya Sukduang                         I.M. Pei Building
Phillip E. Morton                      1105 North Market Street, 12th Floor
Jonathan R. Davies                     Wilmington, DE 19801
Adam Pivovar                           (302) 298-0700
Rosalyn D. Upton                       kkeller@shawkeller.com
Rachel Preston                         nhoeschen@shawkeller.com
COOLEY LLP                             *Attorneys for Defendant Liquidia*
1299 Pennsylvania Avenue, NW, Suite 700 *Technologies, Inc*
Washington, DC 20004-2400
(202) 842-7800

Lauren Strosnik
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: September 24, 2024