IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED THERAPEUTICS CORPORATION, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff United Therapeutics Corporation and Defendant Liquidia Technologies, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- **Documents produced for deposition of Mr. Snader and Snader deposition**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on September 24, 2024.

Delaware Counsel:

- Plaintiff:
  Michael J. Flynn (Morris, Nichols, Arsht & Tunnell LLP)

- Defendant:
  Karen E. Keller (Shaw Keller LLP)

Lead Counsel:

- Plaintiff:
  William C. Jackson (Goodwin Procter LLP)

- Defendant:
  Jonathan Davies (Cooley LLP)

The parties are available for a teleconference on the following dates:

- October 7, 8, 11

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Michael J. Flynn* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Flynn (No. 5333) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| nhoeschen@shawkeller.com | mflynn@morrisnichols.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

Dated: October 4, 2024