IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-975-RGA-SRF<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff United Therapeutics Corporation and Defendant Liquidia Technologies, Inc. respectfully move this Court to schedule a teleconference to address some additional outstanding disputes regarding the following discovery matters:

- **Liquidia's refusal to produce financial documentation responsive to UTC's Requests for Production Nos. 11-15**
- **Liquidia's request for a one month extension of the fact discovery deadline.**
- **UTC's refusal to collect documents from and provide a deposition of Dr. Rothblatt.**
- **UTC's refusal to respond to Interrogatories No. 4 and 5.**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on October 1, 2024.

- Plaintiff:
  Delaware Counsel: Michael J. Flynn (Morris, Nichols, Arsht & Tunnell LLP)
  Lead Counsel: Art Dykhuis and Katherine Pappas (McDermott, Will & Emery LLP)

- Defendant:
  Delaware Counsel: Karen E. Keller (Shaw Keller LLP)
  Lead Counsel: Robert Minn (Cooley LLP)

The parties respectfully request that these disputes be heard at the discovery conference currently set for October 24, 2024.  See D.I. 132.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Karen E. Keller* | /s/ *Michael J. Flynn* |
| Karen E. Keller (No. 4489) | Michael J. Flynn (No. 5333) |
| Nathan R. Hoeschen (No. 6232) | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | mflynn@morrisnichols.com |
| kkeller@shawkeller.com | *Attorneys for Plaintiff* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Defendant* | |

October 17, 2024