IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS
CORPORATION,

      Plaintiff,

  v.

LIQUIDIA TECHNOLOGIES, INC.,

      Defendant.

)
)
)
)
)
)  C.A. No. 23-975 (RGA)
)
)
)
)
)

**CLAIM CONSTRUCTION ORDER**

Having considered the parties' Joint Claim Construction Brief (D.I. 123) and

supplemental submissions (D.I. 133, 134, 139), and the arguments contained therein, and hearing

oral argument on September 30, 2024;

**IT IS HEREBY ORDERED THAT**, as used in the asserted claims of U.S. Patent No.

11,826,327 (the "'327 patent"), the terms below have the following meanings:

| Term | Construction |
|---|---|
| "A method of improving exercise capacity in a patient having pulmonary hypertension associated with interstitial lung disease"<br><br>'327patent, claim 1 | This preamble is limiting, as agreed by the parties |
| "a"/"the" in the following terms:<br><br>"a patient," "the patient," "a maximum tolerated dose," "a single administration event," "the administering," and "the single inhalation administration event"<br><br>'327 patent, claims 1-5, 8-10, and 15-19 | "one or more" |
| "maximum tolerated dose"<br><br>'327patent, claim 1 | plain and ordinary meaning; not indefinite |
| "pulsed inhalation device"<br><br>'327patent, claims 11 and 14 | "a device that provides for non-continuous inhaled drug delivery" |

**SO ORDERED** this <u>  21  </u> day of October, 2024.

/s/ Richard G. Andrews
<u>                              </u>
UNITED STATES DISTRICT JUDGE