IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-975-RGA-SRF ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## LIQUIDIA'S MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTES

Defendant Liquidia Technologies, Inc. respectfully moves this Court to schedule a teleconference to address the following discovery matters:

- Liquidia's motion to compel UTC to produce documents responsive to RFP Nos. 20, 21, 26, 27, 28, 40, 43, and 44 regarding communications between UTC and prior art authors and internal documents from UTC regarding the use of treprostinil to treat PH-ILD;
- UTC's improper Highly Confidential designation of the deposition transcripts of third-party subpoenaed witnesses Drs. Rajan Saggar and Maria Faria-Urbina and UTC's improper Highly Confidential designation of documents produced by Dr. Rajan Saggar pursuant to Liquidia's subpoena.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on October 1 and 23, 2024.

- Plaintiff:
  Delaware Counsel: Michael Flynn (Morris, Nichols, Arsht & Tunnell LLP)
  Lead Counsel: Art Dykhuis (McDermott, Will & Emery LLP)

- Defendant:
  Delaware Counsel: Karen Keller, Nathan Hoeschen (Shaw Keller LLP)
  Lead Counsel: Sanya Sukduang (Cooley LLP)

The parties are available for a teleconference at the Court's earliest convenience and on the following dates:

- November 19, 2024
- November 21, 2024 (2:00 pm or later)
- November 22, 2024

|  |  |
|---|---|
| OF COUNSEL:<br>Sanya Sukduang<br>Michael Klisch<br>Phillip E. Morton<br>Jonathan Davies<br>Adam Pivovar<br>John A. Habibi<br>Rachel Preston<br>Rosalynd D. Upton<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>Lauren Strosnick<br>Kyung Taeck Minn<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000<br><br>Thomas Touchie<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>(212) 479-6000<br><br>Dated: November 8, 2024 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |