# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

November 14, 2024

The Honorable Sherry R. Fallon                                   *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

    Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 23-975-RGA-SRF

Dear Judge Fallon:

    The parties have conferred and have no proposed redactions to the Court's sealed order of November 12, 2024 (D.I. 193).

                              Respectfully,

                              Michael Flynn (#5333)
                              *Counsel for Plaintiff*
                              *United Therapeutics Corporation*

cc:    Clerk of the Court
        All counsel of record