IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS
CORPORATION,

          Plaintiff

      v.

LIQUIDIA TECHNOLOGIES, INC.,

          Defendant.

)
)
)
)
)
)
)
)
)
)

C.A. No. 23-975 (RGA) (SRF)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE PUBLIC VERSION OF DISCOVERY LETTER BRIEFS**

IT IS STIPULATED AND AGREED by the parties, subject to the approval of the Court,

that the time for the parties to file a public version of their discovery dispute letters filed at D.I.

200 and D.I. 203 is extended to November 27, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff*


November 21, 2024

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

IT IS SO ORDERED, this _____ day of November, 2024.

_____
J.