IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-975-RGA-SRF ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**<u>UNITED THERAPEUTIC'S MOTION TO RESOLVE DISCOVERY DISPUTE</u>**

Plaintiff United Therapeutics Corporation respectfully moves this Court to resolve the following discovery matter:

- UTC seeks an order striking portions of Liquidia's final invalidity contentions that make inequitable conduct allegations not pleaded in Liquidia's Answer and Counterclaim.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on November 21, 2024.

- Plaintiff:
    Delaware Counsel: Michael Flynn (Morris, Nichols, Arsht & Tunnell LLP)
    Lead Counsel: Art Dykhuis (McDermott, Will & Emery LLP)

- Defendant:
    Delaware Counsel: Karen Keller (Shaw Keller LLP)
    Lead Counsel: Sanya Sukduang (Cooley LLP)

The parties are available on December 17, 18 or 20, or at the Court's earliest convenience.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Michael J. Flynn*

                                              Michael J. Flynn (#5333)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              mflynn@morrisnichols.com

                                              *Attorneys for Plaintiff United Therapeutics Corporation*

December 4, 2024