IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-975-RGA-SRF ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

### UNITED THERAPEUTIC'S MOTION TO RESOLVE DISCOVERY DISPUTES

Plaintiff United Therapeutics Corporation respectfully moves this Court to resolve the following discovery matters:

- UTC seeks an order striking certain of Liquidia's written discovery and invalidity contentions served after the deadlines for doing so; and

- UTC seeks an order striking Liquidia's inequitable conduct allegations contained in its invalidity contentions that were not pled in Liquidia's Answer and Counterclaim.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on November 24 and December 6, 2024. The parties have since exchanged correspondence confirming that they are at an impasse.

- Plaintiff:
    Delaware Counsel: Michael Flynn (Morris, Nichols, Arsht & Tunnell LLP)
    Lead Counsel: William Jackson (Goodwin Procter)

- Defendant:
    Delaware Counsel: Karen Keller (Shaw Keller LLP)
    Lead Counsel: Sanya Sukduang (Cooley LLP)

The parties are available at the Court's earliest convenience for a conference.

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Michael J. Flynn*

                         Michael J. Flynn (#5333)
                         1201 North Market Street
                         P.O. Box 1347
                         Wilmington, DE  19899
                         (302) 658-9200
                         mflynn@morrisnichols.com

                         *Attorneys for Plaintiff United Therapeutics Corporation*

December 18, 2024