IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. No. 23-975 (RGA) (SRF) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the Defendant to file a public version of its opposition to Plaintiff's Motion for Leave to File Motion for Summary Judgment, filed at D.I. 243, is extended to February 7, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff*

February 5, 2025

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

IT IS SO ORDERED, this _____ day of February, 2025.

_____
J.