IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 23-975 (RGA) (SRF)<br>)<br>)<br>)<br>)<br>) |

**UNITED THERAPEUTICS CORPORATION'S
NOTICE OF DEPOSITION OF DR. RICHARD N. CHANNICK**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30, and the Local Rules of this Court, Plaintiff United Therapeutics Corporation, by its counsel, will take the testimony by deposition of Richard N. Channick, M.D.

The deposition will be conducted at the offices of Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, CA 90401-4100 and will begin at 9:00 a.m. PT on Friday, March 14, 2025, before a court reporter or other person duly authorized to administer oaths, as agreed upon by counsel and will continue from day to day until completed. The testimony at the deposition will be recorded by videographic, stenographic, audio, audiovisual, or real-time computer means.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Flynn*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Michael J. Flynn (#5333)
OF COUNSEL　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
William C. Jackson　　　　　　　　　　　Wilmington, DE 19899
Katherine Cheng　　　　　　　　　　　 (302) 658-9200
Eric Levi　　　　　　　　　　　　　　　mflynn@morrisnichols.com
GOODWIN PROCTER LLP
1900 N St. NW　　　　　　　　　　　　*Attorneys for Plaintiff United Therapeutics*
Washington, DC 20036　　　　　　　　 *Corporation*
(202) 346-4000

Eric T. Romeo
Louis L. Lobel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Douglas Carsten
Art Dykhuis
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633

Adam W. Burrowbridge
Courtney Seams
Lillian Spetrino
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

Kyle Sorenson
MCDERMOTT WILL & EMERY LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

Adam J. Horowitz
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

March 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Rachel Preston, Esquire<br>Rosalynd D. Upton, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)