# SHAW KELLER LLP

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

May 14, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *United Therapeutics Corp. v. Liquidia Technologies, Inc.*
              C.A. No. 23-975-RGA-SRF

Dear Judge Andrews:

    Pursuant to D. Del. L. R. 7.1.4, Defendant Liquidia Technologies, Inc. ("Liquidia") respectfully requests oral argument on Liquidia's Daubert Motions (D.I. Nos. 278, 280 and 282).

    Briefing on the motions is complete, and the parties' submissions may be found at Docket Items 279, 281, 283, 301, 302, 303, 310, 311 and 312. Liquidia filed the reply briefs on May 8, 2025.

                                          Respectfully submitted,

                                          */s/ Nathan R. Hoeschen*

                                          Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (by CM/ECF and Hand Delivery)
        All counsel of record (by CM/ECF and Email)