## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## **DEFENDANT'S REDUCED SET OF DEFENSES AND COUNTERCLAIMS**

Pursuant to the Court's May 21 and May 22, 2025 Oral Orders (D.I. 317, 318), Defendant Liquidia Technologies Inc. ("Liquidia") hereby identifies the following invalidity and unenforceability defenses and counterclaims:

- Anticipation by Faria-Urbina 2018.

- Anticipation by the 2017 INCREASE Protocol.

- Obviousness in light of Faria-Urbina 2018, U.S. Patent No. 10,716,793, and Saggar 2014.

- Improper inventorship.

Liquidia reserves the right to amend this list pending the Court's decision with respect to the parties' *Daubert* motions and Motions *in Limine*.

|  | _/s/ Nathan R. Hoeschen_ |
|---|---|
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| Sanya Sukduang | SHAW KELLER LLP |
| Jonathan Davies | I.M. Pei Building |
| Adam Pivovar | 1105 North Market Street, 12th Floor |
| Phillip E. Morton | Wilmington, DE 19801 |
| Rachel Preston | (302) 298-0700 |
| John. A. Habibi | kkeller@shawkeller.com |
| Rosalynd D. Upton | nhoeschen@shawkeller.com |
| COOLEY LLP | _Attorneys for Defendant_ |
| 1299 Pennsylvania Avenue, NW, Suite 700 | |
| Washington, DC 20004-2400 | |
| (202) 842-7800 | |

Daniel Knauss
Lauren Strosnick
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Thomas Touchie
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Annie Beveridge
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000

Dated: May 28, 2025