IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 23-975-RGA |
| | : | |
| LIQUIDIA TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER AFTER PRETRIAL CONFERENCE

Now, this 30th day of May, 2025, after a pretrial conference, and upon consideration of the proposed pretrial order and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 334; D.I. 335) is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Monday, June 23, 2025, at 9:30 a.m. Each side should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed 10 ½ hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. Closing argument will be likely be held at 11:30 a.m. on Friday, June 27, 2025, but the time is subject to change.. The amount of time allowed for closing argument is not expected to exceed 30 minutes per side.

4. Trial counsel are to be present and ready to proceed at 9:00 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY ON MONDAYS) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be up to an hour for lunch and at least one break in both the morning and the afternoon. As noted at the pretrial conference, the start time on Wednesday, June 25, 2025, may be considerably delayed. The Court expects to have more information on the likely start time on that day by the COB Friday, June 20, 2025.

5. The Court ruled on all pending Daubert motions (D.I. 278, 280, 282, 284, and 286) and all pending motions in limine (D.I. 320, 322, 328, 330, and 332). The Court stated its disposition and reasoning at the pretrial conference. The transcript of the pretrial conference shall serve as the Court's rulings.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

7. The parties should discuss with each other page limits and a schedule for proposed post-trial findings of fact and briefing. The parties are encouraged to jointly propose a schedule that takes into account the Court's request that all briefing be completed within one month of the conclusion of trial.

/s/ Richard G. Andrews<br>
United States District Judge