IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff | ) ) ) C.A. No. 23-975 (RGA) (SRF) |
| v. | ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER FOR PLAINTIFF'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS UNDER FED. R. CIV. P. 52(C)**

The Court, having considered Plaintiff's Motion for Judgment on Partial Findings and the parties' arguments related thereto, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

JUDGMENT hereby entered in favor of Plaintiff that claim 14 of U.S. Patent No. 11,826,327 is infringed and not invalid.

SO ORDERED, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE