IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-975-RGA-SRF ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION TO EXTEND TIME

Plaintiff United Therapeutics Corporation and Defendant Liquidia Technologies, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to file public versions of docket items 320, 322, 326-335, 372-375, 377, 379, 387 and 394 is extended to July 9, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

Dated: July 1, 2025

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

**SO ORDERED** this ___ day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE