IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER ON POST-TRIAL BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following schedule shall govern the filing of post-trial briefs in this action:

| Post-Trial Brief Item | Date |
|---|---|
| Plaintiff's Opening Brief and Proposed Findings of Fact on Infringement | July 10, 2025 |
| Defendant's Opening Brief and Proposed Findings of Fact on Invalidity | July 10, 2025 |
| Plaintiff's Answering Brief and Proposed Findings of Fact on Validity | July 24, 2025 |
| Defendant's Answering Brief and Proposed Findings of Fact on Non-Infringement | July 24, 2025 |
| Plaintiff's Reply Brief | July 31, 2025 |
| Defendant's Reply Brief | July 31, 2025 |
| Submission of Hyperlinked Versions of Opening and Answering Briefs | July 31, 2025 |
| Submission of Hyperlinked Versions of Reply Briefs | August 7, 2025 |

It is further stipulated, subject to the approval of the Court, that each side shall have up to 100 total pages for its opening brief, answering brief, and Proposed Findings of Fact, to be allocated among the Opening and Answering briefs and Findings of Fact at the party's discretion. Each party shall have an additional 10 pages for its Reply brief.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Nathan R. Hoeschen* |
| Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiff United Therapeutics Corporation* | Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant Liquidia Technologies, Inc.* |

Dated: July 1, 2025

**SO ORDERED** this ___2nd___ day of July, 2025.

                                                    /s/ Richard G. Andrews
                                      UNITED STATES DISTRICT JUDGE