IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | C.A. No. 23-975 (RGA) (SRF) |
| v. | ) ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT ON INFRINGEMENT**

**TABLE OF CONTENTS**

I. BACKGROUND ........................................................................................................... 1

II. INFRINGEMENT OF THE '327 PATENT ................................................................. 2

    A. Liquidia Represents That Yutrepia Will Perform Equivalently To Tyvaso .................................................................................................................. 2

    B. Liquidia Had Knowledge Of The '327 Patent And What It Claims ..................... 4

    C. Claims 1, 5, 6, 9, 14 And 17 Are Infringed ............................................................ 5

## TRIAL WITNESSES

| Citation | Witness | Witness Description |
|---|---|---|
| Tr. 28-41 | Dr. Noah Byrd | Vice President of Global Regulatory Affairs, United Therapeutics Corp. ("UTC") |
| Tr. 42-45 | Mr. Jason Adair (by video) | Chief Business Officer, Liquidia Technologies, Inc. ("Liquidia"), 30(b)(6) Witness |
| Tr. 45-46 | Ms. Janet Tully (by video) | Principal Scientist, Liquidia |
| Tr. 47-65 | Dr. Rajeev Saggar (by video) | Chief Medical Officer, Liquidia, 30(b)(6) Witness |
| Tr. 67-164 | Dr. Steven Nathan | Expert witness called by UTC |
| Tr. 165-224 | Dr. Richard Channick | Expert witness called by Liquidia |
| Tr. 228-233 | Dr. Chunqin Deng (by video) | Named inventor on the '327 patent; Associate Vice President, Head of Biostatistics, Statistical Programming, and Data Management, UTC |
| Tr. 233-249 | Dr. Peter Smith (by video) | Named inventor on the '327 patent; Senior Vice President of Product Development, UTC; 30(b)(6) Witness |
| Tr. 250-271, 279-302 | Dr. Rajan Saggar (by video) | Fact witness; clinician at UCLA; brother of Liquidia CMO Rajeev Saggar |
| Tr. 303-323 | Dr. Kevin Laliberte | Former Senior Vice President of Product Development and Clinical Operations, UTC |
| Tr. 323-363 | Dr. Victor Tapson | Fact witness; clinician at Cedars-Sinai |
| Tr. 364-417 | Dr. Aaron Waxman (by video) | Fact witness; clinician at Brigham & Women's Hospital |
| Tr. 418-423 | Mr. Dean Bunce (by video) | Former Executive Vice President of Global Regulatory Affairs at UTC (now retired); 30(b)(6) Witness |

| Citation | Witness | Witness Description |
| --- | --- | --- |
| Tr. 423-426 | Mr. Steven Maebius (by video) | Fact witness; prosecution counsel for UTC for '327 patent |
| Tr. 427-431 | Mr. Shaun Snader (by video) | Vice President and Associate General Counsel, Intellectual Property and Litigation, UTC |
| Tr. 431-553, 562-586 | Dr. Richard Channick | Expert witness called by Liquidia |
| Tr. 586-683 | Dr. Nicholas Hill | Expert witness called by Liquidia |
| Tr. 686-699 | Dr. Peter Smith | Named inventor on the '327 patent; Senior Vice President of Product Development, UTC |
| Tr. 699-700 | Dr. Mariana Faria-Urbina (by video) | Fact witness; former postdoctoral fellow at Brigham & Women's Hospital |
| Tr. 700-709 | Dr. Kishan Parikh (by video) | Fact witness; clinician at WakeMed; adjunct associate professor at Duke University |
| Tr. 711-725 | Dr. Steven Nathan | Expert witness called by UTC |
| Tr. 726-729 | Dr. Richard Channick | Expert witness called by Liquidia |
| Tr. 729-758 | Dr. Ronald Thisted | Expert witness called by UTC |
| Tr. 758-814 | Dr. Bradley Wertheim | Expert witness called by UTC |
| Tr. 814-885, 891-931 | Dr. Steven Nathan | Expert witness called by UTC |

## I. BACKGROUND

1. Pulmonary hypertension ("PH") is characterized by elevated blood pressure in the pulmonary artery and is diagnosed by methods including right heart catheterization. Tr. 76:13-77:5, 82:14-20, 83:11-17. PH is categorized into five groups; PH-ILD falls within WHO Group 3. Tr. 77:6-78:2; PTX-309.00006. The Court construed "pulmonary hypertension associated with interstitial lung disease" ("PH-ILD") to mean "pulmonary hypertension due, at least in part, to a patient's interstitial lung disease." D.I. 393 at 12. Interstitial lung disease ("ILD") is characterized by scarring of the lungs and is diagnosed using, *e.g.*, lung CT scans. Tr. 72:15-74:21, 81:22-82:13, 83:3-10; PTX-359.00001-02, 05-09; PTX-484.00002-03.

2. The prognosis of PH-ILD is poor, having a three-year survival of around 30%, "akin to Stage 4 lung cancer." Tr. 79:16-20. As of April 2020, no drugs were approved to treat PH-ILD. Tr. 84:11-13. PH-ILD patients typically develop ILD first and then later develop PH as a consequence. Tr. 78:18-80:2. Not every patient that has symptoms of both PH and ILD has PH-ILD; for example, patients with WHO Group 1 Pulmonary Arterial Hypertension (PAH) may have coincidental ILD that does not cause their PH. Tr. 81:4-13, 83:23-84:10; PTX-471.00001, 03-05. In April 2020, the 6th World Symposium guidelines taught doctors how to diagnose PH-ILD and distinguish it from PAH. Tr. 80:3-22, 81:14-83:22, 765:6-17; *see generally,* PTX-471; DTX-356.

3. Tyvaso and Tyvaso DPI are inhaled treprostinil products manufactured and sold by UTC. Tr. 92:7-12, 92:19-23; 174:10-13. Tyvaso is a nebulized formulation that was approved to treat PAH and PH-ILD in 2009 and 2021, respectively; it was the first drug approved for PH-ILD. Tr. 33:7-10; 92:13-18, 93:2-5. Tyvaso DPI is a dry powder formulation that was approved to treat both PAH and PH-ILD in 2022. Tr. 33:21-23, 92:19-93:1, 93:6-9, 95:13-15.

4. INCREASE is a clinical trial conducted by UTC involving Tyvaso (inhaled treprostinil administered as a nebulized solution) in patients with PH-ILD. It showed that Tyvaso

1

could improve exercise capacity in PH-ILD patients; these results were groundbreaking and were reported in both peer-reviewed literature and Examples 1 and 3 of the '327 patent. Tr. 91:3-8, 124:6-13, 791:10-21; JTX-1.00034-46; PTX-147; PTX-34.

5.  Liquidia markets and sells Yutrepia, a dry powder formulation of inhaled treprostinil. PTX-291.00004; Tr. 93:16-19, 103:18-22, 173:7-8, 174:10-13. Tyvaso is the Reference Listed Drug ("RLD") for Yutrepia. Tr. 93:20-21. In July 2023, Liquidia amended its § 505(b)(2) NDA for Yutrepia to add a PH-ILD indication. Tr. 53:3-24, 95:7-9; PTX-291.00001. Yutrepia was approved to improve exercise ability in PAH and PH-ILD patients in May 2025. PTX-291.00004-05; Tr. 93:22-24, 95:16-18, 104:5-8, 173:9-15, 203:6-13.

6.  U.S. Patent No. 11,826,327 ("'327 patent") issued on November 28, 2023, and is directed to methods of using inhaled treprostinil to improve exercise capacity in PH-ILD patients. JTX-1.00001; Tr. 71:10-18. None of the Asserted Claims use the word "measure" or require a measurement step. JTX-1.00050-51; Tr. 210:1-5. The '327 patent describes INCREASE data in the specification and is listed in the Orange Book for Tyvaso. Tr. 35:14-37:23; 124:6-13, 134:24-135:1, 135:5-8, 794:5-17, 807:18-20. Claims 5, 6, 9, and 17 are supported in the '327 patent's specification by, *inter alia*, non-limiting data from INCREASE showing that, on a population basis, the use of Tyvaso in PH-ILD patients improved exercise capacity, improved six minute walk distance ("6MWD"), improved forced vital capacity ("FVC"), reduced exacerbations of ILD, and reduced levels of NT-proBNP in blood plasma. JTX-1.00034-46; Tr. 134:24-135:1, 135:5-8, 794:13-17. UTC is the owner and sole assignee of the '327 patent. JTX-1.00001; Tr. 36:13-24.

## II. INFRINGEMENT OF THE '327 PATENT

### A. Liquidia represents that Yutrepia will perform equivalently to Tyvaso

7.  "Liquidia intends that physicians prescribing Yutrepia should follow its label." Tr. 45:25-46:2. "Liquidia promotes the use of [Yutrepia] within the bounds of the package insert . . .

2

and other supporting medical information," including "[p]ublished studies of [inhaled treprostinil]." Tr. 43:16-19, 44:15-21. Thus, Liquidia instructs, encourages, recommends, and promotes infringement by doctors and patients. Tr. 113:6-18, 123:17-124:5, 125:1-4.

8. Doctors review and follow drug labels when prescribing drugs such as Tyvaso and Yutrepia to PH-ILD patients. Tr. 103:3-17, 157:15-24. "PH-ILD patients follow [their] doctors' instructions when self-administering the medication" their doctor has prescribed. Tr. 103:10-13.

9. The Yutrepia label instructs doctors and patients to prescribe and administer Yutrepia at "specific dosages with a specific device." PTX-291.00005-06, 18, 20-21; Tr. 123:17-124:5. It also says that certain Tyvaso dosages used in INCREASE are "equivalent" to specific Yutrepia doses. PTX-291.00005-06, 15; Tr. 123:23-124:5. In doing so, the Yutrepia label instructs, encourages, recommends, and promotes doctors and patients to perform each and every element of the Asserted Claims. Tr. 113:6-18, 123:17-124:5, 125:1-4.

10. Liquidia expressly relied on UTC's data from the INCREASE trial—i.e., "existing clinical efficacy and safety data for treprostinil (described in the Tyvaso PIs and peer-reviewed literature)"—when seeking FDA approval for Yutrepia in PH-ILD. PTX-377.00003; Tr. 53:3-24, 94:10-12, 96:19-99:16, 211:1-19, 214:17-217:10. FDA declared that this reliance "is acceptable." PTX-377.00003-04; Tr. 96:19-99:16. The "peer-reviewed literature" referenced by Liquidia includes the Waxman 2021 and Nathan 2021 publications. PTX-147; PTX-34.

11. The Yutrepia label relies on INCREASE to demonstrate efficacy and safety in PH-ILD patients. PTX-291.00015-17; Tr. 93:20-21, 93:25-94:5, 105:14-106:16. Liquidia has not completed any studies of Yutrepia in PH-ILD patients and had nothing to do with the conduct of INCREASE. Tr. 63:5-64:13, 94:6-12. Section 14.2 of the Yutrepia label summarizes INCREASE and states that recommended doses of Yutrepia are "equivalent" to doses of Tyvaso used in

3

INCREASE. PTX-291.00015-17; Tr. 52:22-53:24, 65:18-24, 105:14-107:5, 210:6-19. Liquidia thus tells doctors that Yutrepia will perform equivalently to Tyvaso in PH-ILD. Tr. 106:17-107:5, 117:17-19, 154:16-155:13, 162:23-164:7. Doctors will consult peer-reviewed publications about INCREASE to understand how Yutrepia will perform in PH-ILD patients. Tr. 157:9-24.

12. Liquidia tells doctors, patients, and payors that Yutrepia is equivalent to Tyvaso for treating PH-ILD and that Yutrepia will achieve results equivalent to Tyvaso in INCREASE. Tr. 52:22-53:24, 111:6-8, 116:7-14, 154:16-155:13, 162:23-164:7, 218:8-220:15; PTX-348.00001-05; PTX-381.00001, 06, 08, 10; PTX-382.00001; PTX-383.00001-02; PTX-384.00001-03, 08, 10-12; PTX-385.00001-02, 11, 14-17, 34, 39, 54-56; PTX-386.00001-02; PTX-387.00001, 03, 07-08, 13; PTX-388.00001-02; PTX-389.00001-02; PTX-390.00001, 04-06; PTX-391.00001-02, 39-45, 63, 65, 74-77. Liquidia's Chief Medical Officer, Dr. Rajeev Saggar, testified that Yutrepia would "meet or exceed" the performance of Tyvaso in INCREASE. Tr. 65:18-24.

13. Liquidia conducted a bioequivalence study showing that Yutrepia and Tyvaso have "comparable pharmacokinetics" and deliver equivalent amounts of treprostinil. PTX-379.00009; PTX-385.00011-12, 36-37; PTX-391.00085; Tr. 52:9-18, 53:3-14, 108:24-109:16.

14. On May 20, 2023, Liquidia invited an outside expert, Dr. Franck Rahaghi, to speak at a PH-ILD Advisory Board meeting about the INCREASE trial and its applicability to Yutrepia. Dr. Rahaghi stated that Yutrepia would "inherit" the results of the INCREASE trial along with Tyvaso's PH-ILD indication. Tr. 61:3-63:14; PTX-250.00007.

B. **Liquidia had knowledge of the '327 patent and what it claims**

15. Liquidia has known about the claims of the '327 patent since at least June 29, 2023, the day after the USPTO issued a notice of allowance for U.S. Patent Application No. 17/233,061. PTX-347.00002; Tr. 99:17-100:1, 100:12-101:8. On July 23, 2023, Liquidia told FDA that, as result of UTC being issued a new patent, Liquidia needed to "expedite" amending the Yutrepia

4

NDA to include a PH-ILD indication. PTX-242.00002; Tr. 55:10-57:9, 101:9-102:7.

16. UTC asserted the '327 patent against Liquidia on November 30, 2023. D.I. 8 at 1; JTX-1.00001. Despite its knowledge of the '327 patent, Liquidia pursued a PH-ILD indication for Yutrepia and marketed the drug for that purpose. Tr. 55:10-57:9, 101:9-102:7, 203:3-13.

C. **Claims 1, 5, 6, 9, 14 and 17 are infringed**

17. Liquidia stipulated to infringement of claims 1 and 14. Tr. 28:7-10, 71:1-8.

18. Liquidia knows that doctors and patients will infringe claim 5 when Yutrepia is used according to its label. Tr. 113:6-114:2, 116:7-14, 117:21-24, 123:17-125:4. In the INCREASE trial, PH-ILD patients administered inhaled treprostinil experienced a mean reduction in plasma concentration of NT-proBNP of 396.35 pg/mL at week 16 versus baseline. PTX-147.00008; Tr. 115:20-116:3, 116:7-118:5. This reduction in NT-proBNP was 1,850.30 pg/mL when compared with patients receiving placebo. PTX-147.00008; Tr. 116:7-118:5; 207:9-25. Liquidia's Yutrepia marketing materials cite to the NT-proBNP data from INCREASE. Tr. 110:1-111:8; PTX-384.00008; PTX-385.00054-55. As in INCREASE, PH-ILD patients receiving Yutrepia will likely experience a reduction in NT-proBNP of at least 200 pg/mL after 16 weeks. Tr. 116:7-117:19; 142:13-143:6, 145:5-19, 146:8-147:13.

19. Liquidia knows that doctors and patients will infringe claim 6 when Yutrepia is used according to its label. Tr. 113:6-114:2, 118:7–119:16, 123:17-125:4. In the INCREASE trial, "[s]ignificantly fewer patients in the treprostinil group than in the placebo group had exacerbations of underlying lung disease . . . P=0.02." PTX-147.00007; Tr. 118:7-119:16, 207:9-25. Liquidia's Yutrepia Provider Presentation cites these results. PTX-391.00040, 106. As in INCREASE, PH-ILD patients receiving Yutrepia will likely experience a statistically significant reduction in exacerbations of ILD. Tr. 118:7-119:16, 142:13-143:6, 145:5-19.

5

20.     Liquidia knows that doctors and patients will infringe claim 9 when Yutrepia is used according to its label. Tr. 113:6-114:2, 119:25-121:1, 123:17-125:4. In the INCREASE trial, patients administered inhaled treprostinil experienced a statistically significant improvement in percent predicted FVC at weeks 8 and 16. PTX-147.00036; Tr. 119:25-121:1, 207:9-22. As in INCREASE, PH-ILD patients receiving Yutrepia will likely experience a statistically significant improvement in FVC after 8 or 16 weeks. Tr. 119:25-121:1, 142:13-143:6, 145:5-19.

21.     Liquidia knows that doctors and patients will infringe claim 17 when Yutrepia is administered according to its label. Tr. 113:6-114:2, 121:6-123:10, 123:17-125:4. The Yutrepia label reports that, in INCREASE, patients administered inhaled treprostinil experienced a 15 m increase in 6MWD after 8 weeks. PTX-291.00015-16; PTX-147.00046; Tr. 121:13-123:2, 207:9-25. As in INCREASE, PH-ILD patients receiving Yutrepia will likely improve their 6MWD by at least 10 m after 8 weeks. Tr. 121:13-20, 142:13-143:6, 145:5-19, 153:15-154:10, 218:25-220:15.

| | |
|---|---|
| OF COUNSEL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| William C. Jackson<br>Katherine Cheng<br>Eric Levi<br>GOODWIN PROCTER LLP<br>1900 N St. NW<br>Washington, DC 20036<br>(202) 346-4000 | */s/ Michael J. Flynn*<br>_____<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com |
| Eric T. Romeo<br>Louis L. Lobel<br>Harrison Gunn<br>Jonathan E. Rankin<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000 | *Attorneys for Plaintiff United Therapeutics Corporation* |

Douglas Carsten
Art Dykhuis
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130-7025
(619) 467-1801

Adam W. Burrowbridge
Ian B. Brooks
Courtney Seams
Lillian Spetrino
Jake B. Vallen
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

Benjamin N. Ediger
Kyle Sorenson
Alexander Piala
MCDERMOTT WILL & EMERY LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

Adam J. Horowitz
Gabriel B. Ferrante
GOODWIN PROCTER LLP

7

The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

July 10, 2025