# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

MICHAEL J. FLYNN
(302) 351-9661
mflynn@morrisnichols.com

July 31, 2025

The Honorable Richard G. Andrews　　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
　for the District of Delaware
844 N. King Street
Wilmington, DE 19801

　　　　Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 23-975-RGA

Dear Judge Andrews:

　　Enclosed are two thumb drives, each containing electronic versions of Plaintiff's post-trial briefing and findings of fact (as identified below) with hyperlinks to the exhibits, transcripts, cases and statutes cited therein.

　　1.　Plaintiff's Opening Post-Trial Brief Regarding Infringement (D.I. 426);

　　2.　Plaintiff's Proposed Findings of Fact on Infringement (D.I. 427);

　　3.　Plaintiff's Answering Post-Trial Brief Regarding Validity (D.I. 431); and

　　4.　Plaintiff's Proposed Finding of Facts on Validity (D.I. 432).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael J. Flynn

　　　　　　　　　　　　　　　　　　Michael J. Flynn (#5333)

cc:　Clerk of Court (by hand delivery)
　　　All Counsel of Record (by e-mail)