IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) C.A. No. 23-975 (RGA) (SRF) ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that the firm of MCDERMOTT WILL & EMERY LLP, co-counsel for Plaintiff United Therapeutics Corporation is now known as MCDERMOTT WILL & SCHULTE LLP. All contact information remains the same.

                                                                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                                         */s/ Michael J. Flynn*

                                                                    Michael J. Flynn (#5333)
                                                                    1201 North Market Street
                                                                    P.O. Box 1347
                                                                    Wilmington, DE  19899
                                                                    (302) 658-9200
                                                                    mflynn@morrisnichols.com

August 1, 2025                                             *Attorneys for Plaintiff United Therapeutics Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Rachel Preston, Esquire<br>Rosalynd D. Upton, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyung Taeck Minn, Esquire<br>Lauren Strosnick, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)