# EXHIBIT 1

# FILED UNDER SEAL

DD Month 2025

Aliza Thompson, MD, MS
Division Director
Division of Cardiology and Nephrology
Office of Cardiology, Hematology, Endocrinology, and Nephrology
Center for Drug Evaluation and Research
5901-B Ammendale Road
Beltsville, MD 20705-1266

Re: **NDA 213005**; SN00XX
YUTREPIA™ (treprostinil) inhalation powder
**Prior Approval Supplement – Prescribing Information Update**

Dear Dr. Thompson:

Please refer to NDA 213005, YUTREPIA originally approved 23 May 2025 for the treatment of pulmonary arterial hypertension (PAH; WHO Group 1) and pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3), to improve exercise ability.

Within this submission, please find included:

| **Regulation** | **eCTD Module** | **Document Title** |
|---|---|---|
| 21 CFR 314.70(b)(2)(v) | 1.11.4 | Dear Healthcare Provider Letter |
| | 1.14.1.2 | Annotated Draft Labeling – Prescribing Information |
| | 1.14.2.2 | Prescribing Information – Word |
| | | Prescribing Information – PDF |

The structured product label (SPL) will be submitted directly to Daily Med upon FDA approval. This prior approval supplement is to remove the indication and associated information for PH-ILD indication.

This submission does not contain any changes of a type described in 21 CFR 314.60(f)(1).

Please contact me if you have questions or require any additional information.

Sincerely,

Kristan Amicone
Senior Director, Regulatory Affairs – CMC
Email: kristan.amicone@liquidia.com
Phone: 908.625.5622