# EXHIBIT 2

# FILED UNDER SEAL

MONTH 2025

**IMPORTANT PRESCRIBING INFORMATION UPDATE**

| | |
|---|---|
| **Subject:** | **Removing Indication for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease (PH-ILD)** |

Dear Health Care Provider:

The purpose of this letter is to inform you that YUTREPIA™ (treprostinil) inhalation powder is no longer indicated for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD) to improve exercise ability. This change does not relate to any risk to patient safety and does not affect use of YUTREPIA to treat patients with pulmonary arterial hypertension (PAH).

**Prescriber Action**

Please inform patients that YUTREPIA is no longer indicated for the treatment of PH-ILD to improve exercise capacity.

**Reporting Adverse Events**

Health care providers and patients are encouraged to report adverse events in patients taking YUTREPIA to Liquidia Technologies, Inc. at 1-888-393-LQDA (5732) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

You may also contact our medical information department at 1-888-393-LQDA (5732) if you have any questions about the information contained in this letter or the safe and effective use of YUTREPIA for the treatment of PAH.

This letter is not intended as a complete description of the benefits and risks related to the use of YUTREPIA. Please refer to the enclosed full prescribing information.

For additional information, please visit www.yutrepia.com.

Sincerely,

Rajeev Saggar, MD
Chief Medical Officer

Enclosure(s): YUTREPIA Full Prescribing Information