1              IN THE UNITED STATES DISTRICT COURT

2             IN AND FOR THE DISTRICT OF DELAWARE

3

   UNITED THERAPEUTICS CORPORATION,    )
4                                       )
   --------------------Plaintiff,       )
5                                       ) Case No.
   vs.                                  ) 23-CV-975-RGA
6                                       )
   LIQUIDIA TECHNOLOGIES, INC.,         )
7                                       ) Volume I
   --------------------Defendant.       )
8

9                 TRANSCRIPT OF BENCH TRIAL

10

11       BENCH TRIAL had before the Honorable Richard G.

12   Andrews, U.S.D.C.J., in Courtroom 6A on the 23rd of

13   June, 2025.

14

15                      APPEARANCES

16       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
              BY:  MICHAEL FLYNN, ESQ.
17
                        -and-
18
         GOODWIN PROCTER LLP
19            BY:  WILLIAM JACKSON, ESQ.
                   KATIE CHENG, ESQ.
20                 ERIC ROMEO, ESQ.
                   ERIC LEVI, ESQ.
21
                        -and-
22
         MCDERMOTT WILL & EMERY
23            BY:  DOUG CARSTEN, ESQ.
                   ART DYKHUIS, ESQ.
24                 ADAM BURROWBRIDGE, ESQ.

25                          Counsel for Plaintiff

```
 1    (Appearances continued.)

 2
           SHAW KELLER LLP
 3              BY:  NATHAN HOESCHEN, ESQ.
                     KAREN KELLER, ESQ.
 4
                           -and-
 5
           COOLEY LLP
 6              BY:  SANYA SUKDUANG, ESQ.
                     JONATHAN DAVIES, ESQ.
 7                   PHILLIP MORTON, ESQ.
                     DANIEL KNAUSS, ESQ.
 8                   ROZZI UPTON, ESQ.
                     ANNIE BEVERIDGE, ESQ.
 9                   JORDAN LANDERS, ESQ.
                     RACHEL PRESTON, ESQ.
10                   ROBERT MINN, ESQ.
                     ANDREW LAU, ESQ.
11
                               Counsel for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    THE COURT:  Mr. Jackson, are you ready to begin?

 2                    MR. JACKSON:  Yes, Your Honor.

 3                    THE COURT:  And, Mr. Sukduang, are you ready to

 4      begin?

 5                    MR. SUKDUANG:  Yes, Your Honor.

 6                    THE COURT:  All right.  Well, then let's begin.

 7                    MR. JACKSON:  Your Honor, I'm going to -- for my

 8      opening statement, I have a set of demonstratives.

 9                    May I approach?

10                    THE COURT:  Sure.

11                    MR. JACKSON:  May it please the Court.  Good

12      morning, Your Honor.  Thank you for having us.

13                    This is -- as you know, this is the second

14      Hatch-Waxman case between these parties before the Court.

15      It's between UTC, which I represent, and Liquidia.  This one

16      is for a new indication which is different from the last

17      case.

18                    Let me reintroduce the parties.  First UTC,

19      that's my client.  UTC is an innovator.  They started

20      focused on finding solutions for something called pulmonary

21      hypertension, which is just hypertension of the pulmonary

22      circuit, heart and lungs.  Hence the logo.

23                    They are now doing lots of research into many

24      different areas, research in new therapies and new solutions

25      for a variety of different maladies.  Liquidia is staffed by
```

1    a number of former UTC executives who left us and went into

2    Liquidia, including a number of their most senior

3    executives.

4              In this case -- the case will involve their

5    pulmonary hypertension.  There are five types of pulmonary

6    hypertension.  The last case was pulmonary arterial

7    hypertension, or PAH.  That's Group 1.  This case -- this is

8    what the world's experts have defined pulmonary hypertension

9    as being.

10             This case is about what would fall within

11   Group 3, which is pulmonary hypertension due to lung

12   disease, which is -- includes interstitial lung disease and

13   COPD.

14             As of April 2020, which is the priority date of

15   the patent, UTC and other companies have a number of drugs

16   that were approved and a number of therapies that were

17   approved for PAH, for Group 1.  There were no drugs approved

18   for PH-ILD, none.

19             But that's not for lack of trying.  Lots of

20   therapies have been tried for PH-ILD.  This slide identifies

21   what I have referred to as the seven deadly studies.  These

22   are seven studies that were attempted for Group 1

23   medications, that's PAH medications, for use in Group 3

24   populations.

25             All of these studies have been -- involved

1    randomized clinical trials for a drug used for PAH and

2    trying it in a Group 3 study.  Most of these -- or many of

3    these studies involved pilot studies -- or had pilot studies

4    that preceded them.

5              So the pilot study is a very small

6    proof-of-concept type study that -- so you try to see, like,

7    should this -- do we do a large randomized clinical trial

8    for this?  And those pilot studies generally are -- were

9    successful.  They resulted -- and they tried these studies,

10   and every one of these was a failure.  And a number of them

11   were stopped early because they were causing harm and health

12   risks to the patients.

13             And then along came INCREASE.  INCREASE was the

14   sole exception.  It's the only drug that has ever been found

15   in a successful randomized clinical trial for a PAH drug to

16   be used in PH-ILD.  So as I said, it was successful.  And

17   that was a surprise.

18             Immediately before the trial results were

19   unblinded, a number of individuals in the -- who were

20   working on the trials were petrified that the trial would be

21   a failure.  But instead of being petrified at the -- when it

22   was unblinded, there was relief and elation.  Not just for

23   those involved, but throughout the field.

24             Those results were described in detail in the

25   '327 patent.  They are detailed, for example, in Examples 1

1    and 3 of the patent.  And based on those examples and the

2    other information in the specification, UTC got a patent.

3              Here, we are asserting Claims 1, 5, 6, 9, 14,

4    and 17.  Those claims all have various elements and

5    requirements, but all of them depend from Claim 1 and that

6    Claim 1 is a method of improving exercise capacity in a

7    patient with PH-ILD.

8              So Tyvaso is now approved for PH-ILD.  Tyvaso is

9    the thing on the left.  There are two forms of Tyvaso.

10   There's the original Tyvaso and then Tyvaso DPI.  The

11   original Tyvaso is a mist, it's a nebulized mist that you

12   breathe in the mist.  The Tyvaso DPI on the right is DPI,

13   dry powder inhaler.  So it's a dry powder inhaler product.

14             Tyvaso on the left, that was approved for PAH in

15   2009.  It was approved for PH-ILD in 2021.  And it is -- the

16   one on the left, that nebulized mist, that is the referenced

17   listed drug on which Liquidia is relying here.

18             Tyvaso DPI, that's the one on the right, it was

19   the first dry power improved -- dry powder inhaled

20   treprostinil product, and it was approved for both PAH and

21   PH-ILD in 2022.

22             So let me move on to infringement.  At bottom,

23   Liquidia copies the invention.  The INCREASE data, as you

24   see in the middle, was incorporated into the '327 patent,

25   and the asserted claims are based on that data and the other

1    information in the specification.

2         And Liquidia incorporates the INCREASE data into

3    its label.  In fact, references it explicitly in its label.

4    And Liquidia told the FDA, in the process of getting -- of

5    seeking approval, that it was relying on the INCREASE data

6    and its supporting data.

7         So that the studies that came out of it -- not

8    just the INCREASE data itself, but the subsequent studies

9    and analysis that came -- that went along with them.

10        In this trial, you'll hear from three UTC

11   experts.  The first on the left is Dr. Brad Wertheim.  He's

12   a doctor at Brigham and Women's Hospital in Boston.

13        The middle, that's Dr. Steven Nathan.  He's a

14   doctor at Inova Fairfax hospital and a professor at the

15   University of Virginia.  He was also the cochair of the

16   Sixth World Symposium that you'll hear about in this

17   trial -- or in the case.

18        And then finally, Dr. Ronald Thisted, who is a

19   professor emeritus at the University of Chicago with more

20   than 50 years of experience teaching about biostatistics,

21   clinical study design, and clinical research methods.

22        In terms of infringement, we now know --

23   Liquidia has now stipulated that Claims 1 and 14 are both

24   direct -- and they will induce infringement and those will

25   be directly infringed.

1    So infringement is now established for both

2  Claims 1 and 14.  That is no longer an issue in the case.

3  We welcome a conversation with Your Honor about how we want

4  to paper that, but Liquidia is no longer challenging the

5  infringement of Claims 1 and 14.

6    But UTC will also prove infringement, both

7  direct and induced infringement, of the remaining claims.

8  As I noted earlier, the INCREASE data is in the '327 patent.

9  INCREASE is identified and referenced in the patent

10  extensively.  And we are asserting Claims 5, 6, 9, and 17,

11  in addition to 1 and 14.

12    And, again, Yutrepia, Liquidia's product, relies

13  on that same data from INCREASE, and the data more generally

14  related to INCREASE for its approval.

15    Now, yesterday we asked Liquidia, when they had

16  agreed to stipulate to induced and direct infringement of 1

17  and 14, whether they would stipulate to induced infringement

18  of the other claims, and they said no.

19    So we know that one of the inducement defenses

20  that they identified leading up to and including at the

21  final pretrial was that they had no intent to direct others

22  to infringe because they -- because doctors were doing what

23  others have been doing for years.  Those were their words at

24  the final pretrial.  Doctors are doing what others have been

25  doing for years.

1          To us, that seems just like saying the same, I

2   don't believe it's a valid patent.  I believe that the

3   patent is invalid so I'm not doing anything -- I don't have

4   an intent to induce infringement.  That's not a defense.

5   That's not a legal defense, to a claim of induced

6   infringement.

7          Here, they've -- we've established that they

8   were aware of the patent.  They're aware.  They're

9   instructing doctors and patients to perform the steps of the

10  patent, and they are representing and they are aware that

11  they will get the same -- or get similar results.  That's

12  what they told the FDA.

13         A belief in practicing what others have been

14  doing for years is simply not a defense.  And once -- and in

15  any event, once this Court rules that the patent is valid

16  and infringed, they cannot have a legitimate lack of intent

17  any longer at that point anyway.

18         Now, here, we want to identify exactly what

19  defenses they seek to identify.  This is what they are

20  saying.  We don't agree with them, but this is what they are

21  saying they -- how they want to defend validity of the

22  patent.

23         Prior sale, anticipation by DTX 08, obviousness

24  by a combination of references, and the Claim 9 lacks

25  written description.  So it's very -- there are very

1     different defenses they're putting on for different claims.

2             Let's address the prior sale first.  You will

3     recall that the Court, in the lead-up to the final pretrial,

4     did -- had ruled that Liquidia had not, in its final

5     invalidity contentions, preserved a prior use defense.  So

6     they had to change from a prior use defense to something

7     else.

8             Well, they changed to a prior sale defense.  But

9     that is a different defense than prior use.  A prior sale

10    requires an actual proof of sale of the method claimed in

11    the patent.

12            We anticipate that during their opening

13    statement and throughout this case, they will -- you will

14    hear a lot of comments and a lot of testimony about their

15    attempt to show prior use.  We dispute that there was prior

16    use, but that is irrelevant because that's out of the case.

17            They need to show there was an actual sale and

18    they need to identify what that sale was.  They cannot do

19    so and they cannot meet their burden by clear and convincing

20    evidence.

21            Next, Dr. Nathan will testify about -- explain

22    why the DTX 008 does not anticipate the patent.  Now, I've

23    used the word "DTX 008" a couple of times for a reason.

24    They described it as the 2017 INCREASE study protocol.  It's

25    not.

1          It was a draft clinical trial protocol that was

2     uploaded into an FDA website and it was -- the printout

3     they're using is a printout from that website.  So they're

4     using a draft protocol that was never implemented, that was

5     changed later and was never actually implemented or the --

6     so we don't know what the results of that draft protocol

7     would have been.

8          And in any event, as Your Honor knows,

9     anticipation requires the necessary and inevitable result.

10    Every patient who goes through that trial -- who went

11    through the INCREASE trial, will not necessarily and

12    inevitably achieve the same benefits as identified in the

13    patent.

14         We know that because not every patient in our

15    trial, in our trial that was actually conducted, achieved

16    those benefits.  So they won't be able to establish that

17    necessarily and inevitably as the requirement of

18    anticipation law requires.

19         Next, Dr. Nathan will also talk about the

20    combination of references they rely on for obviousness, and

21    he will explain why the claims are not obvious over those

22    references.

23         And just to give you an example, one of these --

24    one of the references Liquidia relies on is an IV --

25    involves an IV -- or subcutaneous administration of the --

1    of treprostinil.  That's not the inhaled version.

2              The -- because this is for pulmonary

3    hypertension, the inhaled version is very different.  It

4    goes directly into the lungs where it is -- as opposed to

5    into the bloodstream and eventually getting to the lungs.

6    It has a very different physiological and pharmacokinetic

7    effects.

8              And remember, the reference listed drug for that

9    -- their application is Tyvaso, which is the inhaled

10   version.

11             But in addition to that, in addition to

12   Dr. Nathan explaining what -- why the mode of administration

13   is important, Dr. Thisted will explain why the evidence

14   Liquidia relies on for obviousness is insufficient.  He will

15   explain there are different levels of evidence.  There's

16   randomized clinical trials at the top.  That's a grade A.

17   There's retrospective noncontrolled study.  That's a C on

18   the bottom here.  And not even on this list is anecdotal

19   accounts.  He will explain why the particular reference that

20   Liquidia relies on for obviousness, Faria-Urbina 2018, is a

21   retrospective study that does not qualify to meet the

22   sufficient level of evidence.

23             Finally, on written description, Dr. Wertheim

24   will opine that the '327 patent has sufficient written

25   description.  And, again, Liquidia has only challenged

1    written description on one claim, Claim 9.  That claim is a

2    claim that involved forced vital capacity or FVC.  You'll

3    recall at the final pretrial conference we discussed that

4    there are two forms of FVC, forced vital capacity.  There's

5    absolute and there's percent predicted.

6         At the final pretrial, the Court noted that the

7    parties had agreed that FVC encompasses both forms.  Again,

8    "encompasses" means it reaches but does not necessarily

9    require.  After the Court noted that, the parties agreed the

10   issue at the pretrial conference was moot.

11        I believe you'll hear this morning and through

12   the course of the trial that Liquidia will assert that the

13   parties agreed that the term includes both and therefore

14   requires both.  That is not what the parties agreed.  That

15   is not what the pretrial conference transcript shows and

16   that is not what we would have agreed.  But in any event, I

17   think that's where the heart of the written description will

18   be.  In any event, the patent has sufficient written

19   description, and as you can see, there are lots of examples

20   as Dr. Thisted -- or Dr. Wertheim will point out.

21        But to summarize and come back to the question

22   of validity, I want to come back to what the state of the

23   field was as of the patent's priority date.  One of that

24   that really stands out is when Lew Rubin, who my colleague

25   on the other side of the aisle has represented and described

1   as a luminary in this field, made a very telling statement

2   at the European Respiratory Meeting.

3           And you'll recall I mentioned earlier the seven

4   deadly studies.  Those are studies seeking to determine

5   whether PAH drugs would be used in Group 3 patients and,

6   again, Tyvaso is a PAH drug that's being used that is now

7   approved for a Group 3 indication.  And, again, every one of

8   those seven deadly studies were unsuccessful and stopped.

9           Dr. Nathan you'll hear from after he had

10  presented about the RISE-IIP study -- that's one of the

11  seven deadly studies -- at the meeting of the European

12  Respiratory Society.  When he was done, Dr. Rubin, who was

13  chairing the meeting, stood up and in front of 500 people

14  criticized Dr. Nathan for even trying and said everyone

15  knows that treating pulmonary hypertension associated with

16  lung disease does not work.  That's what the state of the

17  field was.  That's what people thought at the time.

18          UTC proved him wrong.  INCREASE was successful

19  and UTC got a patent for it.  We will establish Liquidia

20  infringes.  We already know it infringes 1 and 14.  And we

21  will establish Liquidia infringes both direct and induced of

22  the other claims as we will.  We will also show the patent

23  is valid.

24          Liquidia will not be able to establish prior

25  sale by clear and convincing evidence.  Again, prior use is

1   not sufficient.  It has to be a prior sale.  We'll show the

2   patent is not anticipated by DTX 008 or whatever you're

3   going to call it and we'll show that the claims are not

4   obvious based on the references they identified and that

5   Claim 9 has sufficient written description.

6               Unless Your Honor has any questions, that's it.

7               THE COURT:  Thank you, Mr. Jackson.

8               MR. JACKSON:  Thank you.

9               MR. SUKDUANG:  Good morning, Your Honor.  Sanya

10  Sukduang on behalf of Liquidia.  May I approach?

11              THE COURT:  Sure.

12              MR. SUKDUANG:  Your Honor, nice to see you

13  again.  As you know, Tyvaso was approved in 2009 for PAH.

14  We had a trial about that.  When that approval was made,

15  there was a very specific dosing regimen that was included

16  on the Tyvaso label that you have to use when you administer

17  Tyvaso to PAH patients.

18              In 2021, as you heard, UTC was able to get a

19  label expansion on the Tyvaso labelling and they got this

20  label expansion to include PAH and pulmonary hypertension

21  associated with interstitial lung disease both to improve

22  exercise ability of those patients.  This case has specific

23  label language, has specific claim language.  Counsel put up

24  on the slide the incorrect claim language that's in Claim 1.

25  It doesn't say "due to."  It says "associated with."

1          Interestingly, the dosing schedule for both

2    Tyvaso PAH and Tyvaso PH-ILD is identical.  It was the same

3    dosing schedule that was included on the 2009 label.  What

4    UTC was able to do was take the same exact drug,

5    treprostinil, the same exact route of administration,

6    inhalation, the same exact delivery mechanism, a nebulized

7    solution, using the same dosing that was existing in 2009

8    and all they did was try it in a new patient population.

9          What you'll hear and what you heard from counsel

10   is they did that through a study called INCREASE.  INCREASE,

11   as counsel indicated, not only led to the label expansion

12   but led to patent expansion, the '327 patent.  And counsel

13   acknowledged today that the data from the INCREASE study is

14   based -- excuse me.  The '327 patent claims are based on the

15   data from the INCREASE study.

16         And that's an important admission, Your Honor,

17   because as counsel indicated, the INCREASE did not treat

18   every single PH-ILD patient.  Some of them did, some of them

19   didn't.  The claim based on the INCREASE study cannot be

20   directed to every single patient because that is not what

21   INCREASE did.  And importantly, Your Honor construed the

22   claim to be one or more patients.  This will come as we go

23   through trial as it goes through with respect to our

24   invalidity defenses.

25         Now, how did UTC get to the label expansion and

1    the patent expansion on Tyvaso?  Well, it was based on the

2    work of clinicians using Tyvaso since 2009 specifically to

3    treat PH-ILD patients and treating them with the exact same

4    dosing schedule in the 2009 label, the same dosing schedule

5    that's on the 2021 label, the same dosing schedule that was

6    used in the INCREASE study, and the same dosing schedule

7    that is now claimed.  The fact that different doctors

8    throughout the country working in different facilities at

9    the exact same time treated PH-ILD patients with Tyvaso

10   establishes the obviousness of the asserted claims.

11             Dr. Saggar, you'll hear from Dr. Saggar.

12   Dr. Saggar is a doctor at UCLA.  He will testify that PH-ILD

13   patients were treated with treprostinil and they

14   specifically treated PH-ILD and observed favorable outcomes

15   regarding FVC and exercise capacity.  You'll see documents

16   from UTC indicating that the Saggar paper, Saggar 2014, was

17   a basis to justify the INCREASE study.

18             You'll hear testimony from Dr. Saggar that

19   starting in 2009, he treated PH-ILD patients with inhaled

20   treprostinil, Tyvaso, that he observed improvements in

21   exercise capacity plus other endpoints, and that Tyvaso was

22   sold to his patients.  How does he know Tyvaso was sold to

23   his patients?  Because he prescribed it, their insurance

24   companies covered that cost of Tyvaso, and this was not a

25   clinical trial.  It was real-world experience.

1     You'll hear testimony from Dr. Waxman and you

2     met Dr. Waxman in the prior trial.  Dr. Waxman is a UTC

3     expert in PAH in the trial.  He is also the lead of the

4     steering committee for the INCREASE study.  Dr. Waxman will

5     testify that like Dr. Saggar, he treated PH-ILD patients

6     since 2009 using Tyvaso and he recorded those observations

7     and results and published them and presented them in an

8     abstract we're calling Agarwal 2015.  That was presented in

9     Nice, France in March 2015.

10          You'll also hear testimony from Dr. Waxman, like

11     Dr. Saggar, that not only did he treat PH-ILD patients with

12     Tyvaso since 2009 but that Tyvaso was sold to those

13     patients.  He prescribed them.  It was sold to them and the

14     insurance companies covered their cost.  Again, Dr. Waxman

15     was not part of a clinical trial.  This was real world

16     experience with his PH-ILD patients.

17          You'll hear from Dr. Tapson.  Dr. Tapson is

18     another steering committee member on the INCREASE study.

19     Dr. Tapson worked at Duke facilities:  Duke Medical and

20     Cedars-Sinai.  Dr. Tapson will testify starting in 2009 when

21     Tyvaso became available, he treated PH-ILD patients and

22     those patients observed positive outcomes including

23     six-minute walk.  He'll testify he used the dosing schedule

24     on the Tyvaso label just like Dr. Waxman did, just like

25     Dr. Saggar did, and that he recorded those results in a

1   paper that we're calling Parikh 2016.  In Parikh 2016, he

2   identified the exact dosing schedule and the patient

3   population and result.

4           And importantly, in Agarwal and -- in Agarwal

5   2015 and in Parikh 2016, they use the same exact dosing and

6   that's the 2009 dosing criteria.

7           You'll also hear from Dr. Tapson that, again,

8   what type of patients would he use Tyvaso on, PH-ILD, and he

9   did it in 2009.  And like Dr. Saggar and like Dr. Waxman,

10  Tyvaso was sold to his patients, insurance companies covered

11  those patients, he had no difficulty in getting the Tyvaso

12  sold and covered for his PH-ILD patients both at Duke and

13  when he moved over to Cedars-Sinai in 2014.

14          Dr. Waxman continued to advocate treating PH-ILD

15  patients with Tyvaso.  He gave a public presentation in 2017

16  at the John Vane conference.  In 2017, he disclosed that

17  Agarwal, he and his colleagues at Brigham continued to treat

18  PH-ILD patients with Tyvaso because they saw great success

19  earlier, that they achieved functional outcomes including

20  increased lung capacity, and he explained why it made

21  intuitive sense to use Tyvaso in this patient population.

22  Because it's delivered to the lungs, you avoid the problems

23  with systemic administration of drugs, and Tyvaso works.

24          Counsel talked about the seven deadly studies.

25  Those studies involved systemic treatments for PAH.

1     Dr. Waxman explains and he'll testify those studies did not

2     dissuade him from using Tyvaso in PH-ILD patients.

3     Dr. Tapson testified that when he was aware of those

4     studies, he continued to use Tyvaso at Duke and then again

5     when he moved to a brand-new facility in Cedars-Sinai in

6     2014.  And Dr. Saggar continued from 2009 up through the

7     INCREASE study to use Tyvaso to treat PH-ILD patients

8     because those studies had no bearing on treprostinil and its

9     ability to treat PH-ILD.

10          Dr. Waxman testified that that data beyond

11    Agarwal was published and it was published in an article

12    Faria-Urbina 2018.  That article establishes clearly the

13    dosing schedule, the 2009 dosing schedule.  It discloses

14    PH-ILD patients and it discloses explicitly improvement in

15    six-minute walk both for exercise capacity and for 2017 ten

16    years after eight weeks.  This reference in combination with

17    the '793 and Saggar 2014 renders the claims obvious.

18          Now, I started my conversation about how did UTC

19    get to the label expansion and the patent expansion with the

20    '327 patent.  It's because of Dr. Waxman.  Dr. Waxman,

21    before he even presented his Agarwal data in Nice, sent the

22    data to UTC, to an individual named Gil Golden.  You'll hear

23    from Dr. Waxman about this and you'll hear from UTC

24    witnesses themselves about this occurrence.

25          And Dr. Waxman specifically testified that he

1    sent his Agarwal data to UTC to convince them to do the

2    INCREASE study.  And after he gave his presentation, the

3    current president of UTC at the time walked up to him,

4    patted him on the back and said, "We're going to do the

5    study."

6              You heard counsel talk about INCREASE and people

7    were petrified.  INCREASE was a Phase 3 clinical trial.  Of

8    course Phase 3 clinical trials can fail.  That happens.  The

9    problem is whether a Phase 3 clinical trial says nothing

10   about whether the drug works and we'll hear that from UTC's

11   CEO.  What's needed for a patent is not a Phase 3 clinical

12   trial.  That is not the level of evidence that you need.

13   The fact they were petrified the INCREASE results might have

14   not made it, that's fine.  What Dr. Waxman said is the

15   INCREASE trial proved he was right.  Those were his words.

16             This all led to the INCREASE study, and in 2007,

17   UTC published the INCREASE protocol.  It disclosed they were

18   going to test in pulmonary hypertension associated with

19   interstitial lung disease in 314 patients, that they're

20   going to use the same dosing that Dr. Saggar, Dr. Waxman,

21   and Dr. Tapson used in treating PH-ILD patients, that

22   Dr. Tapson and Dr. Waxman actually published in Faria-Urbina

23   and Parikh 2016, and then we're going to measure outcomes in

24   six-minute walk, NT-proBNP, and FVC.  UTC claims this

25   protocol is different than the results.  No.

1              What you'll see is when you look at the patients

2    in INCREASE that were actually dosed, they are actually very

3    severe PH-ILD patients, well beyond the criteria here, well

4    beyond the criteria that's indicated in a later protocol.

5    They all fall into the same category.  The results from this

6    protocol necessarily inevitably lead to the results of the

7    INCREASE study.

8              Now, the '327 patent is not the first patent UTC

9    got to treat PH-ILD to improve patients' exercise capacity

10   with the dosing schedule.  That was the '793 patent.  And

11   how do we know that?  UTC told the Patent Office.

12             As you know, the '793 patent was a part of IPR.

13   During the IPR proceeding, the patent was invalidated for

14   obviousness.  UTC argued that the '793 patent satisfied a

15   long-felt need.  That long-felt need is the Tyvaso 2021

16   label.  They submitted that to the Patent Office.

17             And as I showed you earlier, the Tyvaso 2021

18   label, pulmonary hypertension associated with interstitial

19   lung disease to improve exercise capacity, with the specific

20   dosing schedule.

21             You'll hear from UTC's lead IPR counsel, Steve

22   Maebius, that they included the '21 -- 2021 Tyvaso label to

23   establish in the Patent Office that the '793 disclosure and

24   claims covered that indication before the '327 patent.

25             And counsel brought up a slide, it's their slide

1    opening 121 from Dr. Rubin.  And if you take a look at

2    Dr. Rubin's slide, they specifically call him the inventor

3    of the '793 patent.

4              Dr. Rubin is on this '793 patent, the very '793

5    patent that UTC has told the Patent Office -- they actually

6    told the exact same thing to the FDA.  They told that to you

7    when they sued us on the '793 patent initially in this case.

8    This is the double side of the coin that UTC is playing

9    with.

10             They argue that the world never thought to use

11   Tyvaso to treat PH-ILD patients, but at the same time,

12   they're telling government agencies that the '793 patent

13   does that very thing.  They're suing us on the '793 patent

14   for that very thing.

15             This establishes, in combination with

16   Faria-Urbina and Saggar 2014, not only the obviousness of

17   the claims, but because the earlier issued '793 patent

18   covers the exact same subject matter as the '327 patent,

19   there is no nexus for any secondary consideration that UTC

20   may bring that they can tie to the '327 patent because the

21   '793 patent is listed in the *Orange Book*, continues to be

22   listed in the *Orange Book* for Tyvaso, and specifically

23   covered this indication.

24             Dr. Martine Rothblatt, the CEO from Liquidia --

25   excuse me, UTC, wraps this all up.  She gave a public

 1    earnings call statement in May of 2028.  And during that

 2    earnings call, she --

 3             THE COURT:  20 when?

 4             MR. SUKDUANG:  Excuse me, 2018.  She didn't

 5    speak in the future, Your Honor, she spoke in the past.

 6             So in May 2018.  And she made several important

 7    admissions.  She was asked a question during the earnings

 8    call about the Tyvaso and the treatment of PH-ILD and she

 9    answered those questions.

10             She said that through the generosity of the

11    payers throughout the country, based on their physicians'

12    recommendation, they paid for and enabled Group 3 patients

13    to benefit.  Group 3 is PH-ILD.

14             Dr. Rothblatt said that she spoke to a number of

15    leading physicians in this field.  She called out

16    specifically Dr. Waxman.  And those physicians told

17    Dr. Rothblatt and UTC this drug works.

18             And it doesn't work just amorphously.

19    Dr. Rothblatt confirmed that the drug works in their

20    exercise ability.  So Tyvaso to treat PH-ILD works in their

21    exercise ability.

22             Dr. Rothblatt said that she's reviewed data

23    that's been presented in posters and publications.  Those

24    are the posters and the publications that I discussed

25    earlier, Agarwal, Faria-Urbina.  And based on those posters,

1    UTC went ahead and did a study in ILD.  That's the INCREASE

2    study.

3            The testimony of the fact witnesses, the

4    documents presented by UTC, and Dr. Rothblatt's public

5    statements confirm not only the sale of Tyvaso, but the

6    specific use of the claimed method treating PH-ILD and

7    expressed in exercise capacity, but it establishes the

8    motivation and expectation based upon those posters and

9    publications to use treprostinil in an inhaled form

10   according to dosing in the '327 label -- patent to treat

11   PH-ILD patients and improve their exercise capacity.

12           Your Honor, they asserted Claims 1, 5, 6, 9, 14,

13   and 17.  The Court has construed terms on that.  The experts

14   in this case have applied those constructions to their

15   analysis, both on noninfringement and invalidity.

16           And you'll hear from Dr. Channick regarding

17   noninfringement of Claims 5, 6, 9, and 17, that those claims

18   are not directly infringed by any doctor, and that the

19   Yutrepia label and Liquidia does not induce infringement.

20           Counsel brought up the idea of this -- a belief

21   on invalidity.  Your Honor, that's not an argument that

22   we're making.  The label does not direct, instruct,

23   encourage to meet the outcomes that are claimed and required

24   to be measured by these claims.

25           You'll hear from Dr. Channick regarding the

obviousness based on Faria '793 and Saggar.  You'll hear
from Dr. Channick regarding anticipation.  And under
controlling Federal Circuit precedent, the issue is not
whether virtually all patients receive an outcome.  The
issue is whether the outcome will necessarily, inevitably
happen in this patient population.

The Court construed Claim 1 to be one patient.
The INCREASE study, which forms the basis of the '327
claims, does not cover all patients.  Therefore, the claim
is inherently anticipated.

You'll hear from Dr. Channick regarding the lack
of written description.  For some reason, counsel indicates
that Claim 9 doesn't require absolute and percent predicted
FVC.  That is wrong as a matter of law.

Claim 10, which they originally asserted but now
have dropped, specifically depends from Claim 9 and is
specific to absolute FVC.  Claim 9 includes, encompasses,
however you want to say it, both absolute and percent
predicted.

And finally, you'll hear from Dr. Hill regarding
the prior sale of Tyvaso, specifically for the claimed
method prior to 2020.

You've met Dr. Hill in the past.  You'll meet
Dr. Channick, who's at UCLA.  Dr. Nathan was part of the
Sixth World Symposium to set up guidelines on PDH-ILD.

1    Those guidelines have now been revamped and replaced by

2    guidelines that Dr. Channick helped develop because he was

3    the co of the task force lead for the Seventh World

4    Symposium on PH-ILD and PH with chronic lung diseases.

5            And that's the language that is now on the

6    label, pulmonary hypertension associated with interstitial

7    lung disease.

8            But we thought that UTC was going to present

9    commercial success through their expert Dr. Selck.  They now

10   acknowledge that they're not.  We don't expect to hear from

11   Dr. Selck.  If he does appear, our expert Dr. Kidd will

12   respond to that.

13           We heard that you'll hear from Dr. Thisted

14   regarding the lack of value of small studies.  Dr. Ogenstad

15   will address that.  And specifically, you'll see that

16   despite Dr. Thisted's opinions, UTC, throughout their

17   papers, both public and private, rely on the very studies

18   that form the obviousness of this invention to support the

19   studies and INCREASE.

20           Your Honor, Yutrepia is on the market.  Liquidia

21   is getting reports from patients that -- how their lives

22   have now changed to be able to use Yutrepia.  This has been

23   a long haul 20 years for Liquidia.  You've been a part of

24   that, to some extent, and we appreciate that, and we

25   appreciate your time.  Thank you.

```
 1                    THE COURT:  I take it the judge in North
 2   Carolina denied either the TRO, the preliminary injunction,
 3   or both?
 4                    MR. SUKDUANG:  Correct.  The judge determined --
 5                    THE COURT:  I don't need to hear any more.
 6                    MR. SUKDUANG:  Yes, you're absolutely right.
 7                    THE COURT:  And do I also take it, as
 8   Mr. Jackson said, that you stipulated to infringement of
 9   Claim 1 and 14 both direct and indirect?
10                    MR. SUKDUANG:  Correct, Your Honor.
11                    THE COURT:  All right.  Thank you.
12                    MR. SUKDUANG:  Thank you.
13                    MS. KELLER:  Your Honor, Karen Keller from Shaw
14   Keller on behalf of Liquidia.  One quick request by
15   Liquidia, Your Honor.  We would request under Federal Rule
16   of Evidence 615 that the fact witnesses that are in the
17   gallery be sequestered until they testify.
18                    THE COURT:  All right.  That will be granted.
19                    MS. CHENG:  Good morning, Your Honor.  Katie
20   Cheng from Goodwin Procter on behalf of United Therapeutics.
21                    THE COURT:  All right.  Good morning, Ms. Cheng.
22                    MS. CHENG:  United Therapeutics would like to
23   call Dr. Noah Byrd.
24                    THE COURT:  All right.
25                    MS. CHENG:  Your Honor, I also have a very small
```

 1    binder.

 2                    May I approach?

 3                    THE COURTROOM DEPUTY:  Please state your name

 4    and spell it for the record.

 5                    THE WITNESS:  Noah Byrd, N-O-A-H, B-Y-R-D.

 6                         NOAH BYRD,

 7               called as a witness on behalf of the

 8               Plaintiff, was sworn, and testified

 9               as follows:

10

11                    DIRECT EXAMINATION

12    BY MS. CHENG:

13    Q.    Good morning, Dr. Byrd.

14    A.    Good morning.

15    Q.    Could you please introduce yourself to the Court.

16    A.    Sure.  My name is Noah Byrd.  I am the vice president

17    of global regulatory affairs of United Therapeutics.

18    Q.    Is United Therapeutics referred to by a shorthand

19    name?

20    A.    Yes, also by UT or UTC.

21    Q.    What are your responsibilities as vice president of

22    global regulatory affairs at UTC?

23    A.    At a high level, I have regulatory responsibility and

24    regulatory strategic supports for our commercial portfolio

25    as well as for all of our products in development.

1    Q.    Do your responsibilities also include overseeing

2    regulatory submissions to agencies like the FDA?

3    A.    Yes.

4    Q.    How long have you been working at UTC?

5    A.    A little bit over 15 years.

6    Q.    During your time at UTC, have you developed a

7    high-level understanding of what UTC does?

8    A.    Yes, at a high level.

9    Q.    At a high level, what does UTC do?

10   A.    We develop drugs for patients with rare and chronic

11   diseases.

12   Q.    Are there any particular diseases on which UTC

13   primarily focuses?

14   A.    I would say our primary focus is on PAH and

15   PH-associated diseases.

16   Q.    What does "PAH" stand for?

17   A.    Pulmonary arterial hypertension.

18   Q.    What does "PH" stand for?

19   A.    Pulmonary hypertension.

20   Q.    You've been with UTC for about 15 years.

21         In that time, have you developed a high-level

22   understanding of the history of the company?

23   A.    In general terms, yes.

24   Q.    Approximately when was UTC founded?

25   A.    1996, 1997.

1   Q.      Why was UTC founded?

2   A.      My understanding is that the company was founded,

3   essentially, in response to a parent learning that their

4   child had been diagnosed with a rare life-threatening

5   disease.  The founder is Dr. Martine Rothblatt and the child

6   is Jenesis Rothblatt.

7           At the time of diagnosis, there were no

8   satisfactory treatments for PAH and so Dr. Rothblatt made it

9   her mission to develop one.  And that's what led to our

10  first drug being approved in 2002, Remodulin.

11  Q.      And has UTC continued to further develop products

12  after it brought Remodulin to market?

13  A.      Yes, we have.

14  Q.      Are you familiar with UTC's ongoing research?

15  A.      Yes, I am.

16  Q.      What kinds of research has UTC been engaged in during

17  the time you've been at the company?

18  A.      I started the company in 2010.  Prior to that, we had

19  subcutaneous and IV development.  Just before joining, we

20  got approval for inhaled treprostinil, drug called Tyvaso.

21  Once I joined, I continued to work on that product through

22  life cycle modifications.  We developed a drug for a rare

23  pediatric cancer called neuroblastoma.  We developed an oral

24  formulation for treprostinil called Orenitram.  We expanded

25  additional indications, PH-ILD, with recent approval of the

1    other formulation of treprostinil called Tyvaso DPI.  We

2    continue to expand in areas beyond xenotransplantation,

3    things of that nature.

4    Q.      You just mentioned several products that UTC has

5    developed.  Have you prepared a slide today showing the

6    products that UTC offers?

7    A.      I have.

8    Q.      I'd like to pull that up and go to slide 2.  What

9    does this slide show?

10   A.      This slide shows the drugs that we have U.S. FDA

11   approval for and that are for sale for commercial

12   distribution in the U.S.

13   Q.      Which of these products listed on the slide are based

14   on treprostinil?

15   A.      The Remodulin, Tyvaso, Orenitram, and Tyvaso DPI.

16   Q.      You also mentioned these products have been approved

17   in the U.S. by the FDA.  What does approval by the FDA allow

18   UTC to do with these products generally?

19   A.      It allows us to sell them for patients.

20   Q.      As part of your role at UTC, have you developed any

21   familiarity with the indications for which UTC's

22   treprostinil-based products are approved?

23   A.      At a high level.

24   Q.      What indications is Tyvaso, the nebulized product,

25   approved for?

1    A.    PAH, treatment of PAH.

2    Q.    Any other indications for Tyvaso nebulized?

3    A.    Also treatment of PH-ILD.

4    Q.    What does PH-ILD stand for?

5    A.    Pulmonary hypertension associated with interstitial

6    lung disease.

7    Q.    When did you receive approval for PAH for Tyvaso?

8    A.    I believe that was in 2009.

9    Q.    When did UTC receive approval for PH-ILD for Tyvaso?

10    A.    That was in March 2021.

11    Q.    Why did Tyvaso receive approval for PH-ILD some years

12    after its approval for PAH?

13    A.    That was a different clinical development program.

14    Q.    Why did UTC need a different clinical development

15    program for the PH-ILD indication?

16    A.    Because that's a different patient population than

17    patients with PAH.

18    Q.    Do you know whether UTC had to conduct additional

19    studies to obtain approval for Tyvaso in PH-ILD?

20    A.    Yes.  That was a clinical study known as INCREASE.

21    Q.    Switching to Tyvaso DPI, when did UTC receive

22    approval for PAH for Tyvaso DPI?

23    A.    I believe that was in May 2022.

24    Q.    When did UTC receive approval for PH-ILD for Tyvaso

25    DPI?

1    A.      That was at the same time, in May 2022.

2    Q.      Why did UTC get approval for Tyvaso DPI and later for

3    the Tyvaso, the nebulized product?

4    A.      That was an entirely new product.

5    Q.      For the new product, did UTC need a different

6    clinical development program?

7    A.      We did.

8    Q.      Do you have any understanding of what studies were

9    involved in the clinical development program for the DPI

10   product?

11   A.      At a high level.

12   Q.      What were those studies?

13   A.      There were two pharmacokinetics studies conducted in

14   healthy normal volunteers and there was one study called

15   Breeze, which is a switch study in patients with PAH.

16   Q.      Before UTC got approval for PH-ILD for Tyvaso

17   nebulized, could UTC market Tyvaso nebulized for the PH-ILD

18   indication?

19   A.      No.

20   Q.      Before UTC got approval for Tyvaso DPI, could UTC

21   market the dry powder product for PH-ILD indication?

22   A.      No.

23   Q.      Why could UTC not market the two Tyvaso products for

24   PH-ILD prior to their receiving approval for that

25   indication?

1    A.    Because you need approval by the FDA before you can

2    sell its products or enter them into commercial

3    distribution.

4    Q.    Have you ever signed off on UTC engaging in marketing

5    of Tyvaso or Tyvaso DPI for indications that it did not have

6    approval for?

7    A.    No.

8    Q.    In your experience at UTC, how seriously, if at all,

9    is marketing approval taken?

10   A.    Very serious.

11   Q.    To your knowledge, did UTC market Tyvaso or Tyvaso

12   DPI for PH-ILD before it had approval?

13   A.    No.

14   Q.    Switching topics, do you have any familiarity with

15   UTC's patent portfolio?

16   A.    At a high level.

17   Q.    How did you come to have a high level understanding

18   of UTC's patents?

19   A.    I'm aware of the fact they're listed in a reference

20   manual called the *Orange Book*, and as part of our regulatory

21   function, we also assist the patents to marketing

22   applications and supplements.

23   Q.    You mentioned the *Orange Book*.  Can you just provide

24   a high level understanding -- high level overview and your

25   understanding of what the *Orange Book* is.

1    A.    Sure.  It's essentially a record of FDA-approved

2    drugs and their associated patents.

3    Q.    Are you aware of the patents that UTC has listed in

4    the *Orange Book* for Tyvaso?

5    A.    At a high level, yes.

6    Q.    Have you prepared a slide showing the patents that

7    UTC listed in the *Orange Book* for Tyvaso?

8    A.    I have.

9    Q.    I'd like to go to slide 3, please.  What does this

10   slide show?

11   A.    It shows the entry for treprostinil Tyvaso and its

12   eight patents and their expiration dates.

13   Q.    Can you identify the patents that UTC has listed in

14   the *Orange Book* for Tyvaso?

15   A.    I can.  Would you like me to read them?

16   Q.    Please.

17   A.    10,376,525; 10,716,793; 1,172,387; 11,826,327;

18   9,339,507; 9,358,240; 9,593,066; 9,604,901.

19   Q.    Does UTC currently own all the patents listed on the

20   slide?

21   A.    Yes.

22   Q.    Has UTC always owned the issued patents listed on the

23   slide from the date each one was first filed?

24   A.    Yes.

25   Q.    I see there's an asterisk at the bottom of this slide

 1   regarding the '793 patent.  Can you explain briefly what

 2   that's in reference to.

 3   A.    Yes.  The '793 patent was subsequently delisted from

 4   the *Orange Book*.

 5   Q.    And approximately when did that occur, if you know?

 6   A.    Generally, within the last year.

 7   Q.    I'd like to now have you turn in your binder to the

 8   document marked as JTX 0001.  Do you recognize this

 9   document?

10   A.    I do.

11   Q.    What is this document?

12   A.    This is Patent '327.

13             MS. CHENG:  If we could admit JTX 0001.  I

14   understand there are no objections.

15             UNIDENTIFIED SPEAKER:  No objection.

16             THE COURT:  All right.  Admitted without

17   objection.

18             (Thereupon, Joint Exhibit JTX 0001 was

19   admitted.)

20   BY MS. CHENG:

21   Q.    Is the '327 patent in JTX 0001 the same patent that

22   was listed on the *Orange Book* slide we just looked at?

23   A.    It is.

24   Q.    Is the '327 patent the patent that is being

25   challenged in this case?

1   A.      Yes, that's my understanding.

2   Q.      You mentioned at the beginning that UTC is currently

3   engaged in additional research and development.

4   A.      Yes.

5   Q.      Have you prepared a slide with examples of UTC's

6   ongoing research?

7   A.      I have.

8   Q.      Go to slide 4, please.

9           Can you provide a high-level overview of the

10  kind of research and development that UTC is currently

11  engaged in?

12  A.      Sure.  This is two examples.  We have the Teton

13  program, which is an exploration of Tyvaso in new patient

14  populations comprised of IPF, idiopathic pulmonary fibrosis,

15  and PPF, progressive pulmonary fibrosis.  We have three

16  basic studies in the Teton program.

17          And we also have -- in an effort to provide a --

18  supply limitless transplantable organs, we have a number of

19  shots on goal.  One of them is a generation of genetically

20  edited pigs as a source for those organs.  And we currently

21  have a clinical study underway for 10-gene-edited

22  xenokidneys for patients with end-stage renal disease.

23  Q.      What drives UTC to continue investing in research and

24  development in these potential products and therapies?

25  A.      I think it comes from the top down from.  Our founder

1    and CEO, Martine Rothblatt, she's a visionary and a frontier

2    blazer and I think that it's culture of the company.  We

3    constantly strive to innovate and provide our patients with

4    topnotch therapeutic options.

5              MS. CHENG:  Thank you, Dr. Byrd.  No further

6    questions.

7              THE COURT:  All right.  Thank you, Ms. Cheng.

8                        CROSS-EXAMINATION

9    BY MR. MORTON:

10    Q.    Good morning.

11    A.    Good morning.

12    Q.    You testified and you're testifying with Ms. Cheng

13    that you're responsible for UTC's regulatory submissions to

14    the FDA?

15    A.    Yes, in general terms.

16    Q.    And those regulatory submissions to the FDA, those

17    include investigative brochures?

18    A.    Yes.

19    Q.    Do you recall being deposed by my colleague in this

20    matter?

21    A.    Colleague who?

22    Q.    What -- one of my colleagues in this matter?

23    A.    Yes.

24    Q.    In your binder, there's a document marked DTX 387.

25    Please turn to that.

1              Do you recall being shown this document in your

2     deposition, Dr. Byrd?

3     A.     Yes, I believe so.

4     Q.     And in that, in your deposition, you testified that

5     it was an investigative brochure for treprostinil inhalation

6     dated August 26, 2016; correct?

7     A.     Yes, that's what it appears to be.

8     Q.     You testified this document would have been submitted

9     to the FDA; correct?

10    A.     Yes, I believe so.

11    Q.     And you testified -- turn to page 10 of DTX 387.

12             You testified that the 2016 investigative

13    brochure summarizes the teaching of several publications

14    including Saggar 2009, Saggar 2014, and Agarwal 2015 as

15    shown on pages 10 and 11 of DTX 387.

16    A.     Okay.

17    Q.     You did testify to that; yes?

18    A.     I believe so, yes.

19    Q.     And if you turn to page 131 of DTX 387, there's a

20    reference to the citation to the Agarwal 2015 paper.  Do you

21    see that?

22    A.     Yes.

23    Q.     And UTC provided that citation to the FDA?

24    A.     I believe so.

25    Q.     And if you turn to the next page, 132, of DTX 387,

1    UTC provided the citation to Saggar 2014.  That's the third

2    from the top.

3    A.    I believe so.  I think I stated that at the time, I

4    wasn't -- I can't attest as to whether or not those

5    references went in with this particular submission, but that

6    in general, I don't have an expectation that they would not

7    have been submitted.

8    Q.    And those findings that were provided, they were

9    provided to support the rationale in conducting the INCREASE

10   study; correct?

11   A.    I believe so.  I was not the author of this document.

12             MR. MORTON:  Your Honor, I'd like to move to

13   admit DTX 387.

14             MS. CHENG:  No objection.

15             THE COURT:  All right.  Admitted without

16   objection.

17             (Thereupon, Defendant's Exhibit DTX 387 was

18   admitted.)

19             MR. MORTON:  Pass the witness.

20             THE COURT:  All right.  Anything further,

21   Ms. Cheng?

22             MS. CHENG:  No, Your Honor.

23             THE COURT:  You may step down, Dr. Byrd.  Thank

24   you.

25             MR. LEVI:  Good morning, Your Honor.  Eric Levi

 1   from United Therapeutics.  At this time United Therapeutics

 2   calls Jason Adair by deposition.  Mr. Adair was chief

 3   business officer at Liquidia who was deposed in this

 4   litigation on December 3, 2024.

 5            The parties' designations consist of 2 minutes

 6   and 20 seconds for United Therapeutics and 1 minute, 4

 7   seconds for Liquidia, for a total time of 3 minutes and

 8   23 seconds.

 9            May we approach to hand up the reports?

10            THE COURT:  Sure, yes.

11            MR. LEVI:  Your Honor, may we proceed?

12            THE COURT:  Yes.

13            MR. LEVI:  Mr. Smith, can you please play the

14   video.

15            (A video was played.)

16   BY THE ATTORNEY:

17   Q.     Good morning.  Can you please state your full name

18   for the record.

19   A.     Jason Trig Adair.

20   Q.     And then in July of 2023, you became chief business

21   officer; is that right?

22   A.     Yes.

23   Q.     This is a document with -- starting with Bates number

24   LIQ_PH-ILD_00126017 through 00126055.

25            Do you recognize this document?

1    A.      Just give me a moment.

2            I recognize this document, but it's multiple

3    documents.

4    Q.      Okay.  And what is it?  What are the multiple

5    documents?

6    A.      This is information that Liquidia received in

7    response to seeking approval of Yutrepia that includes the

8    FDA's letter, the draft label, the instructions for use, and

9    the labeling of the drug material.

10   Q.      In the letter, starting on the first page, it's from

11   the FDA to Liquidia, tentatively approving the attached

12   label for Yutrepia; is that correct?

13   A.      Yes, that's my understanding.

14   Q.      And it describes how to administer Yutrepia?

15   A.      It does describe how to administer.

16   Q.      Does Liquidia want physicians to follow the label

17   when prescribing Yutrepia?

18   A.      Liquidia promotes the use of its drug within the

19   bounds of the package insert.

20   Q.      And in promoting the use of Yutrepia within the

21   bounds of the package insert, does Liquidia expect

22   physicians to follow the label when prescribing Yutrepia?

23   A.      I can't speak to what a physician is or isn't going

24   to do.

25   Q.      Whether supporting medical information conflicts with

1    the package insert, is Liquidia instructing physicians to

2    follow the label or the other supporting medical

3    information?

4    A.    Again, I think you're -- we're not promoting anything

5    related to Yutrepia right now.

6            So are you asking me about the future?

7    Q.    When -- if and when Yutrepia is finally approved.

8    A.    It's not my area of responsibility, but I would say,

9    again, we would promote the drug within the regulations that

10   the FDA has provided.

11   Q.    And those are as contained within the package insert

12   and label; correct?

13   A.    I can't speak to all of the FDA regulations, but the

14   package insert sets the initial ones.

15   Q.    You would only promote using the drug within the

16   confines of the package insert?

17   A.    The package insert and other supporting medical

18   information.

19   Q.    What other supporting medical information are you

20   referring to?

21   A.    Published studies of the drug.

22   Q.    And to your knowledge, has Liquidia had conversations

23   with insurance companies regarding Yutrepia?

24   A.    What I do know is they've introduced the product as a

25   potential product coming to be approved, but that's all I

1    can speak to the topic of their conversations.

2                    (The video ended.)

3                    MR. LEVI:  Your Honor, during the clips, the

4    following exhibit was used:  PTX 0291, which corresponds

5    with deposition Exhibit 3.  We therefore move to admit PTX

6    0291.

7                    MR. SUKDUANG:  No objection, Your Honor.

8                    THE COURT:  It's admitted without objection.

9                    (Thereupon, Plaintiff's Exhibit Number PTX 0291

10   was admitted.)

11                   MR. LEVI:  At this time United Therapeutics

12   calls Janet Tully by deposition.  Ms. Tully was a principal

13   scientist at Liquidia and was deposed in this litigation on

14   October 23, 2024.  The parties' designations consist of 15

15   seconds for United Therapeutics and 36 seconds for Liquidia,

16   for a total time of 50 seconds.  The clip reports were

17   previously provided.

18                   THE COURT:  All right.

19                   MR. LEVI:  Mr. Smith, could you please play the

20   video.

21                   (A video was played.)

22   BY THE ATTORNEY:

23   Q.    Can you please state your full name for the record.

24   A.    My name is Janet Elizabeth Tully.

25   Q.    And you'd agree that Liquidia intends that physicians

1    prescribing Yutrepia should follow its label; correct?

2    A.    Yes.

3    Q.    Counsel, had you read from the FDA label quite a bit

4    today?

5    A.    Yes.

6    Q.    Were you involved in drafting Yutrepia's FDA label?

7    A.    The only involvement I had was to QC 1 table that had

8    delivered dose versus strength.

9    Q.    Okay.  Did you have any contribution to any clinical

10   information that went into the FDA label?

11   A.    No.

12   Q.    And were you involved with any correspondence with

13   the FDA about Yutrepia's label?

14   A.    No.

15             (The video ended.)

16             MR. LEVI:  Your Honor, during the clips, the

17   following exhibit was used:  PTX 0291, which corresponds

18   with deposition Exhibit 4.  And PTX 0291 was already

19   admitted through Mr. Adair's deposition testimony.

20             And at this time United Therapeutics calls

21   Dr. Rajeev Saggar by deposition.  Dr. Saggar was the chief

22   medical officer at Liquidia and was deposed in this

23   litigation on October 24, 2024.

24             The parties' designations consist of 23 minutes

25   and 2 seconds for United Therapeutics and 6 minutes, 48

1    seconds for Liquidia, for a total time of 29 minutes and

2    50 seconds.  These clip reports were also previously

3    provided.

4                    Your Honor, may we proceed?

5                    THE COURT:  Yes.

6                    MR. SUKDUANG:  Just one point of clarification.

7    There are two Dr. Saggars.  They are both Dr. Saggar.  One

8    is a Rajeev, Dr. Saggar from Liquidia, and another one that

9    is a Dr. Rajan Saggar at UCLA.

10                    They look very similar to one another because

11   they are brothers, I just wanted to make sure that the

12   record is clear.

13                    THE COURT:  All right.  This is Rajeev.

14                    MR. SUKDUANG:  This is Dr. Rajeev Saggar from

15   Liquidia.

16                    THE COURT:  All right.

17                    MR. LEVI:  Mr. Smith, can you please play the

18   video.

19                    (A video was played.)

20   BY THE ATTORNEY:

21   Q.    So you have, Dr. Saggar, an e-mail that you sent

22   to -- well, it's Exhibit 2 and it's a production of words

23   UTC_PH-ILD_095797.  And it's an e-mail from you, at the top,

24   to Leigh Peterson on January 7, 2019.

25                    Do you see that?

1   A.    I do.

2   Q.    Okay.  And the subject line is Re:  Arena and medical

3   opportunity.

4            Do you see that?

5   A.    I do.

6   Q.    And so down below on this first page, it's dated --

7   you e-mail Gil Golden and Leigh Peterson on November 16 of

8   2018, correct?

9   A.    Yes, it's -- apparently I did.

10  Q.    This was an e-mail.  The first sentence states that

11  you are -- you wrote the e-mail with humble transparency and

12  much introspection.

13           Do you see that?

14  A.    I do.

15  Q.    You said in the next paragraph that you were looking

16  to re-pursue a career in biopharmaceuticals, and

17  specifically only at United Therapeutics or Lung

18  Biotechnology.

19           Do you see that?

20  A.    I do.

21  Q.    And you -- the reason was a corporate culture vision.

22  And most importantly, with the right individuals?

23  A.    Yes.

24  Q.    Do you think you were making a true statement when

25  you said that in November 2018?

1    A.    I would think so.

2    Q.    And then if you turn the page, we're still in

3    Exhibit 2, at the very top, you mentioned -- you say that

4    you believe your recent achievements as a physician

5    executive were in large part due to the mentorship and

6    intangibles you received from true leaders including Martine

7    Rothblatt and Mike Benkowitz.

8              Do you see that?

9    A.    Yeah, I do.

10   Q.    In that paragraph, you describe your area of interest

11   and expertise resolves around the trifecta of pulmonary

12   vascular disease, pulmonary fibrosis, and lung transplant

13   issues.

14             Do you see that?

15   A.    I do.

16   Q.    Is that still your area of interest and expertise?

17   A.    It is.

18   Q.    Then you mentioned that -- the work your organization

19   is doing.

20             Do you see that sentence?

21   A.    I do.

22   Q.    And that -- "your organization," you're referring to

23   United Therapeutics?

24   A.    I believe so.

25   Q.    And you mentioned the work that United Therapeutics

1    was doing in the areas of PAH and non-WHO Group 1.

2              My question is:  Non-WHO Group 1 would include

3    WHO Group 3; correct?

4    A.      It would.

5    Q.      Which is -- includes PH-ILD?

6    A.      It does.

7    Q.      Okay.  And so at the time you sent that e-mail in

8    November of 2018, you were aware of United Therapeutic's

9    INCREASE study; correct?

10   A.      I believe I said I was.

11   Q.      And so when you mentioned the work UTC was doing in

12   non-WHO group one, that would have included your knowledge

13   of the ongoing INCREASE study; correct?

14   A.      I mean, I don't know if November 18th it was public

15   knowledge or was it December 18th, but I knew they were

16   going to start with the study in Group 3.

17   Q.      And then you said that the work UTC was doing in PAH

18   and non-WHO Group 1, including PH-ILD, is nothing short of

19   transformative.

20              Do you see that?

21   A.      I do.

22   Q.      So in your view, United Therapeutic's work with the

23   INCREASE study was transformative; correct?

24   A.      Yeah, I think it's a great study.

25   Q.      In fact, it was nothing short of transformative;

1    correct?

2    A.    Well, the study was just starting, so it hasn't -- it

3    wasn't transformative then.  But the fact that the

4    organization was pursuing an indication was a bold move.

5    Q.    Well, why was it a bold move to pursue an indication

6    for PH-ILD?

7    A.    Well, because at that time a lot of practitioners,

8    including myself, was using Tyvaso for PH-ILD already and so

9    they didn't have to try to get an approval.  They were

10    already getting patients on drug from practitioners

11    throughout the United States in that time.  At least in my

12    opinion they were.

13    Q.    You say that physicians were doing it.  Why do you

14    say the study is nothing short of transformative?

15    A.    I don't -- there is not a single thing in this letter

16    that talks about INCREASE.  And just for clarification, they

17    were studying multiple WHO groups.  I don't actually single

18    out Group 3.  I say non-WHO Group 1.

19    Q.    At the time you wrote this e-mail in 2018, there was

20    no product approved by FDA for the treatment of patients

21    with PH-ILD; correct?

22    A.    In 2018 -- well, just to be very clear, specifically

23    for pulmonary hypertension, that is correct.  For the ILD,

24    there are drugs that were approved by this time.

25    Q.    Do you specifically recall, sitting here today, what

1    you meant when you typed out the words "the work your

2    organization is doing in the areas of PAH in non-WHO Group 1

3    is nothing short of transformative"?

4    A.    Well, I'm trying to appeal to their -- my

5    relationship with them and interest in the industry and

6    acknowledging that they are studying the use of treprostinil

7    across multiple WHO groups because I believe the

8    treprostinil is a very effective drug and that work is

9    transformative.   I think it's good scientific work.

10   Q.    What research and development has Liquidia done

11   regarding treatment regimens to improve exercise capacity in

12   patients with PH-ILD with respect to Yutrepia?

13   A.    So we have done studies in humans, Phase 1 healthy

14   volunteer study.   That is a comparable bioavailability study

15   that shows comparable bioavailability between Yutrepia and

16   Tyvaso.   We have conducted an open-label safety study called

17   INSPIRE and those two studies, along with our preclinical

18   work, was done to submit an NDA for both indications, for

19   PAH and PH-ILD.

20   Q.    Did you review this document, Exhibit 4, in

21   preparation for the deposition today?

22   A.    I reviewed parts of this document.

23   Q.    You didn't add any additional Liquidia studies to

24   this section to support the request for a PH-ILD indication?

25   A.    We have -- that is correct.   We have not done any

1    additional studies outside of the studies that have listed

2    with the exception of LTI 302, which is an ongoing local

3    safety study.

4    Q.    So essentially, what you're saying to the FDA is "We

5    did a comparative bioavailability study to establish a

6    pharmacokinetics bridge to Tyvaso.  Tyvaso is effective for

7    PH-ILD.  Therefore, you should approve our product for

8    PH-ILD as well"; is that correct?

9    A.    Yes, that we want that, given the fact that we had

10   tentative approval for PAH and we had asked for general

11   advice, which the FDA provided to us in April.  And in

12   construct with that advice, we believe that it was

13   appropriate to not do any additional clinical studies and

14   request an amendment to add PH-ILD, consistent with the

15   505(b)(2) regulatory pathway.

16   Q.    In view of your reliance on the 505(b)(2) pathway and

17   the advice FDA provided you in April, Liquidia believes

18   Yutrepia should be approved for PH-ILD because of the

19   results of the INCREASE study; correct?

20   A.    Yes.  Because of the label that was granted to Tyvaso

21   for the indication of PH-ILD.  We believe that Yutrepia

22   should also be granted the same label.

23   Q.    Do you believe that Yutrepia would be just as

24   effective as Tyvaso for patients with PH-ILD?

25   A.    Absolutely, I do.

1    Q.      Are you familiar with Liquidia's ASCENT study?

2    A.      Yes, I am.

3    Q.      And that study began after Liquidia submitted a

4    request to FDA seeking a PH-ILD indication; correct?

5    A.      That is correct.

6    Q.      And so as a result of that, the ASCENT study doesn't

7    really play any role in supporting Liquidia's request for a

8    PH-ILD indication; correct?

9    A.      That is correct.  ASCENT has no regulatory status in

10   regards to the FDA's consideration for approval or

11   indication of PH-ILD for Yutrepia.

12   Q.      Why is Liquidia conducting the ASCENT study?

13   A.      I think it's important to allow -- so, first of all,

14   Yutrepia is not a generic.  We're our own brand of drug.  We

15   have a formulation, a device that is uniquely different and

16   has properties that we believe will showcase its product

17   profile.  We believe it's advantageous, potentially, in

18   patients with PH-ILD that have lung-restrictive physiology

19   because of our low-resistance device, because of our product

20   technology and how our particles flow.  And it is important

21   to showcase that in a clinical trial because it's actually

22   never been run.  And so to run a prospective open-label

23   study will allow providers to gain additional experience

24   with Yutrepia, specifically in that population, and that is

25   the scientific literature.

 1    Q.    All of the patients in the ASCENT study will --

 2    sorry.  Just to be clear, the Liquidia label for Yutrepia

 3    copies the same language described in the PH-ILD indication

 4    from the Tyvaso label; right?

 5    A.    That is correct.

 6    Q.    What is the starting dose of Yutrepia?

 7    A.    26.5 micrograms.

 8              UNIDENTIFIED SPEAKER:  Did you say 26?

 9              THE WITNESS:  I said 26.5 micrograms.

10    BY THE ATTORNEY:

11    Q.    Another document for you.  You can put that aside.

12    This is Exhibit 7.  Exhibit 7 has production number

13    LIQ_PH-ILD_00123465.  At the top, there's an e-mail from

14    Roger Jeffs to you, Dr. Saggar, on July 24, 2023; correct?

15    A.    That's correct.

16    Q.    Down below you had e-mailed Roger Jeffs about

17    collaboration between RPM and GEN; correct?

18    A.    That's correct.

19    Q.    And further below that is an e-mail from Brian Cooney

20    at FDA to Jennifer Weidman.  Do you see that?

21    A.    Yes, I do.

22    Q.    And then even below that is an e-mail on the other

23    side of the page, an e-mail from Jennifer Weidman to Brian

24    Cooney July 23, 2023.  Do you see that?

25    A.    Yes, I do.

1  Q.    So there Jennifer Weidman is e-mailing FDA and then

2  on the other side of the page, this was a -- you said, "We

3  spent a bit of time writing the e-mail below balanced

4  between what and why but with a personal touch.  Do you see

5  that?

6  A.    Yes.

7  Q.    So were you involved in writing that e-mail that

8  Jennifer Weidman had sent to Brian Cooney?

9  A.    I believe I was.

10 Q.    You actually spent a bit of time writing it; correct?

11 A.    I believe so.

12 Q.    And Jennifer Weidman, in her second paragraph to

13 Brian Cooney, is talking about the amendment to add PH-ILD

14 to the label for Liquidia's NDA; right?

15 A.    Yes.

16 Q.    And she sent this e-mail on Sunday, July 23rd?

17 A.    She did.

18 Q.    And it mentions "When you and I spoke this past

19 Friday."  So that discussion would have been -- she had a

20 discussion with Brian Cooney on Friday, July 21st of 2023;

21 correct?

22 A.    That's correct.

23 Q.    Then she says, "I and our management team were

24 unaware of the status of a new patent filing by UTHR until

25 Saturday, July 22."

1    A.      Correct.

2    Q.      UTHR is United Therapeutics?

3    A.      Correct.

4    Q.      Well, what new patent filing did you become aware of

5    on Saturday, July 22, 2023?

6    A.      Well, I believe this is the '327 patent.

7    Q.      How did you, Dr. Saggar, become aware of the '327

8    patent on July?

9    A.      I believe it was an e-mail or some sort of

10   communication from Roger that this patent was issued.

11   Q.      So before Liquidia knew about United Therapeutics'

12   '327 patent, Liquidia was already -- was going to try to add

13   PH-ILD as an indication; correct?

14   A.      That's correct.

15   Q.      And then after Liquidia found out about the '327

16   patent, Liquidia made a decision to nevertheless move

17   forward with its request for approval for PH-ILD; correct?

18   A.      That's correct.

19   Q.      Excuse me.  That's my tab 84.  But for you, it's

20   Exhibit 9 marked UTC_PH-ILD_095811.  This is an e-mail from

21   your brother, Rajan Saggar, to Leigh Peterson and yourself;

22   correct?

23   A.      Yes.

24   Q.      And then behind this e-mail, you see there's a series

25   of slides.  And then those are the slides that your brother

1   sent to Leigh Peterson and copying you; correct?

2   A.     Okay.

3   Q.     And the slides that are part of Exhibit 9 are a slide

4   deck that you and your brother had prepared; correct?

5   A.     I don't recall who prepared it, but I do know -- I do

6   recall the slides.

7   Q.     Was the purpose of these slides to propose a clinical

8   trial to UTC?

9   A.     I believe so.

10  Q.     And it would have been a clinical trial involving

11  pulmonary vascular disease and pulmonary fibrosis; is that

12  right?

13  A.     Correct.

14  Q.     Why did you and your brother, Rajan Saggar, not want

15  the slides shared with any individuals affiliated with

16  United Therapeutics' INCREASE study?

17  A.     I mean, I don't know exactly what we were thinking in

18  2017, but I would assume that's a separate group of

19  physicians and we had our own ideas, that we were in talks

20  with United Therapeutics for over a decade on this subject.

21  Q.     So as of 2017, there was negative data and negative

22  literature about the use of -- the treatment of pulmonary

23  fibrosis with PAH medications; correct?

24  A.     Yes.   There was -- medications used at clinical

25  studies resulted in negative outcomes.

1  Q.     So just in this slide alone, you mention one, two,

2  three, four, five, six, seven, at least eight negative

3  studies on -- trials done on pulmonary fibrosis with PAH

4  medications; right?

5  A.     I think roughly those numbers.  I mean, the title of

6  this was to show that effectively these drugs really don't

7  affect oxygenation as much as people might have thought.

8  But we were also trying to showcase that treprostinil

9  clearly works very well in this population, even back as

10 early as 2014.

11 Q.     I'm going to hand you a document.  This is

12 Exhibit 15.  So Exhibit 15 is LIQ_PH-ILD_00113881.  That's

13 entitled Executive Summary LIQ 861 Steering Committee

14 Meeting, November 2, 2020.

15         Do you recognize this document, Dr. Saggar?

16 A.     I do.

17 Q.     When is the last time you reviewed it?

18 A.     In preparation for this deposition.

19 Q.     Did you read it front to back?

20 A.     I scanned it.

21 Q.     It's dated November 2, 2020.  Does that mean that

22 Liquidia held a steering committee meeting on November 2,

23 2020?

24 A.     I believe that's true.

25 Q.     And bottom right has an icon that says "mentor."  Is

1    that -- and it's actually at the bottom of each page.  Is

2    that the company that Liquidia hires to make accurate

3    steering committee meeting summaries?

4    A.    Yes.

5    Q.    Raymond Benza, Todd Bull, Robert Frantz, Nick Hill,

6    and Ioana Preston were all -- comprised as a total of six

7    advisors in November 2020?

8    A.    Correct.

9    Q.    Those were all advisors that Liquidia trusted and

10   respected at the time?

11   A.    Correct.

12   Q.    If we go back, Point 9 is -- mentions a question from

13   Dr. O'Brien.  Point 9 is talking about a question by

14   Liquidia employee Dr. O'Brien; correct?

15   A.    A question from Dr. O'Brien; correct.

16   Q.    The answer to that question was:  "Steering committee

17   members said they were not aware of significant preapproval

18   prescribing for Tyvaso treprostinil in Group 3 PAH patients

19   with ILD."  Do you see that?

20   A.    I do.

21   Q.    As of November 2020, the six respected and carefully

22   selected advisors on Liquidia's steering committee were not

23   aware of significant preapproval prescribing of Tyvaso in

24   Group 3 patients with ILD; correct?

25   A.    That's what it says.

 1    Q.    And it's an accurate statement in Liquidia's steering

 2    committee meeting minutes in summary; correct?

 3    A.    Yes.

 4    Q.    I have another document for you, Dr. Saggar.  This

 5    one will be Exhibit 17.  So Exhibit 17 is

 6    LIQ_PH-ILD_00122627.  It's a Liquidia Corporation PH-ILD

 7    advisory board.  Do you see that?

 8    A.    I do.

 9    Q.    This one was prepared by Mindy, LLC?

10    A.    Correct.

11    Q.    And so that the company that in this instance

12    Liquidia hired to prepare an accurate executive summary of

13    the advisory board meeting; is that correct?

14    A.    Yes, it is.

15    Q.    And this meeting occurred May 20, 2023?

16    A.    That's correct.

17    Q.    And is this a document that you reviewed in preparing

18    for the deposition yesterday?

19    A.    Yes, it is.

20    Q.    And did you read it front to back?

21    A.    Side to side, everything.

22    Q.    Okay.  The last time you skimmed.  I didn't know if

23    you read this or skimmed.

24    A.    I read it.

25    Q.    So let's go to page 7 of 26.  The title at the top of

1    that page is:  Tyvaso and PH-ILD, the INCREASE Trial.

2    A.    Yes.

3    Q.    And it says in the next segment in there:

4    Dr. Rahaghi believed the design, patient demographics, and

5    the results of the INCREASE trial.

6          And it confirms the trial was sponsored by

7    United Therapeutics; right?

8    A.    Yes.

9    Q.    And so at the beginning of his remarks, Dr. Rahaghi

10   began by noting that several earlier trials evaluating oral

11   PH therapies to treat non-prospective PH-ILD had failed and

12   been terminated early; right?

13   A.    Yes.

14   Q.    And so this is an accurate description of what

15   happened at the advisory board meeting in May of 2023?

16   A.    Yes.

17   Q.    And what he said was that none of this stuff really

18   worked and he created a, kind of, nihilism on the part of

19   the community of ILD physicians --

20   A.    Yes.

21   Q.    -- correct?

22          And was that -- that statement was made at the

23   advisory board meeting; right?

24   A.    It was.

25   Q.    Were you the one who asked Dr. Rahaghi to talk about

1    the INCREASE trial?

2    A.    Yes.

3    Q.    Why did you ask him to come in and talk about the

4    INCREASE trial at the Liquidia advisory board meeting?

5    A.    It's relevant to our interest.

6    Q.    And do you see he said:  Because Liquidia was going

7    to inherit the indication for PH-ILD, granted to inhale

8    Tyvaso on the basis of INCREASE, they're going to inherit

9    the INCREASE study and its outcomes.

10          Do you see that text?

11   A.    I do.

12   Q.    And so what he was saying there is Liquidia was going

13   to inherit the indication, they're also going to inherit the

14   INCREASE study and the results; correct?

15   A.    That's what he said.

16   Q.    And do you agree that Liquidia inherited the

17   indication for PH-ILD and the results in the INCREASE study

18   and its outcomes?

19   A.    I don't know if we inherited anything.  I mean, we

20   relied on the reference of the label drug Tyvaso and we

21   submitted a totality package in which the key results of the

22   INCREASE study were part of that.

23          But, no, I don't agree.  We didn't inherit.  We

24   deserved it as part of our reference label.

25   Q.    Liquidia had nothing to do with the planning,

1    conduct, execution, or analysis of the results in the

2    INCREASE study, right?

3    A.    No, we did not.

4    Q.    But as far as you were concerned, even though you had

5    nothing to do with actually conducting the INCREASE study,

6    you deserved to be able to take advantage of its results?

7    A.    Yes, we do, correct.  That's correct.

8    Q.    And then the reason you deserve that is not because

9    of anything Liquidia has done for patients so far, but

10   because you prepared a package to the FDA identifying Tyvaso

11   as the reference listed drug; correct?

12   A.    Yeah.  I believe this is part of the 505(b)(2)

13   process.  And we have followed the regulatory statutes and

14   done the proper work and it's under tentative approval now.

15   Q.    And so do you know one way or the other if the '327

16   patent really is covering treating PH-ILD patients with

17   Tyvaso in accordance with Tyvaso label?

18   A.    Again, I'm not -- I don't know all the claims, but

19   what I have supported to your second question is the fact

20   that I informed him that, of course, there is a body of

21   level -- there's a body of literature that has shown that

22   Tyvaso has been used to treat PH-ILD for almost ten years or

23   longer.

24        Treprostinil has been used to treat PH-ILD

25   definitely longer than ten years.  And consistent with that

1    one statement that has my name on how I treated patients,

2    that through my own personal treatment of these patients,

3    I've been using Tyvaso to treat patients with PH-ILD since

4    on or around 2010.

5    Q.    And which papers are you thinking of when you say

6    literature?

7    A.    So there is abstract presentation at I-S-H-L-T.  I

8    know that because I was there.  It was in France.  And I

9    think it was like in 2014, '15, by a gentleman named

10   Agarwal.

11   Q.    Okay.

12   A.    There is a paper by the name of Parikh.  And I forgot

13   his first name.  But that's out of Duke University.  I

14   forget the year, but let's say it's 2017, around that, '16.

15         And there was the paper by -- I don't want to

16   say her name wrong, but Urbina, like a year later that

17   represents patients that have used Tyvaso to treat patients

18   with PH-ILD.

19   Q.    So if there was a way to do -- to give Yutrepia to

20   the same type of PH-ILD patients as were administered Tyvaso

21   INCREASE, do you think -- does Liquidia believe that

22   Yutrepia's performance would meet or exceed the performance

23   of Tyvaso in the INCREASE study?

24   A.    Yeah.  If the settings were exactly the same, yes, I

25   do believe that.

1          (The video ended.)

2          MR. LEVI:  Your Honor, during the clips, the

3     following exhibits were used:  PTX 237, which corresponds

4     with deposition Exhibit 2; PTX 239, which corresponds with

5     deposition Exhibit 4; PTX 242, which corresponds with

6     deposition Exhibit 7; PTX 243, which corresponds to

7     deposition Exhibit 9; PTX 249, which corresponds to

8     deposition Exhibit 15; PTX 250, which corresponds to

9     deposition Exhibit 17; PTX 291 was admitted through

10    Mr. Adair's deposition testimony.

11          We therefore move to admit each of these

12    exhibits:  PTX 237, PTX 239, PTX 242, PTX 243, PTX 249, PTX

13    250.

14          MR. SUKDUANG:  No objection, Your Honor.

15          THE COURT:  They're all admitted without an

16    objection.

17          And so why don't we take the midmorning break

18    here of 15 minutes and we'll be back.

19          (Thereupon, Plaintiff's Exhibit Numbers PTX 237,

20    PTX 239, PTX 242, PTX 243, PTX 249, and PTX 250 were

21    admitted.)

22          (A recess was taken, after which the following

23    proceedings were had:)

24          THE COURT:  All right.  Please be seated.  And

25    the plaintiff may continue.

```
 1              Mr. Jackson.

 2              MR. JACKSON:  Good morning, Your Honor.

 3              We call Dr. Steve Nathan to the stand.

 4              May I approach with some binders?

 5              THE COURT:  Yes.

 6              THE COURTROOM DEPUTY:  Please state and spell

 7    your full name for the record.

 8              THE WITNESS:  Steven Dale Nathan S-T-E-V-E-N,

 9    D-A-L-E, N-A-T-H-A-N.

10                        STEVEN NATHAN,

11              called as a witness on behalf of the

12              Plaintiff, was sworn, and testified

13              as follows:

14

15              MR. JACKSON:  May I proceed, Your Honor?

16              THE COURT:  Yes.

17                     DIRECT EXAMINATION

18    BY MR. JACKSON:

19    Q.    Good morning, Dr. Nathan.

20    A.    Good morning.

21    Q.    Could you please introduce yourself to the Court.

22    A.    My name is Dr. Steven Dale Nathan.

23    Q.    And, Dr. Nathan, have you prepared a set of

24    demonstratives to assist you in your testimony today?

25    A.    Yes, I have.
```

1    Q.    Can we pull those up and turn to slide 2.

2          Dr. Nathan, are you currently employed?

3    A.    Yes, I am.  I'm the director of the Advanced Lung

4    Disease and Lung Transplant Program at Inova Fairfax

5    Hospital in Falls Church, Virginia.

6    Q.    And in addition to working at Inova Medical Center,

7    do you hold any academic positions?

8    A.    I do.  I'm a professor of medical education at the

9    University of Virginia.

10   Q.    Do you conduct any medical research?

11   A.    I do.  I conduct a lot of medical research.

12   Q.    Have you published on that research?

13   A.    Yes.  I've published fairly extensively with more

14   than 500 original research manuscripts or chapters, reviews.

15   More than 200 of these are related to interstitial lung

16   disease, and more than 75 of those are related to PH-ILD.

17   Q.    Dr. Nathan, have you been involved in any clinical

18   studies or scientific advisory boards?

19   A.    Yes, I have.  I've been involved in many clinical

20   studies in varying capacities as the principle investigator,

21   on steering committees as chair of steering committees, and

22   I've been involved in many scientific advisory boards.

23   Q.    Now, Dr. Nathan, I believe in front of you there's a

24   white binder.

25          Do you see that?

 1    A.    I do.

 2    Q.    Can I direct your attention to PTX 1243?

 3    A.    Sorry, could you repeat that number, please.

 4    Q.    Sure.  PTX 1243, 1243.  It should be probably towards

 5    the back.

 6    A.    Oh, okay.  It's the last one.

 7    Q.    Yes.

 8          Do you recognize this document?

 9    A.    Give me one second.

10          Yeah, that's my CV.

11    Q.    And does this document accurately describe your

12    educational background and experience?

13    A.    Yes, it does.

14          MR. JACKSON:  UTC moves to introduce PTX 1243.

15          MR. SUKDUANG:  No objection.

16          THE COURT:  Admitted without objection.

17          (Thereupon, Plaintiff's Exhibit Number PTX 1243

18    was admitted.)

19          MR. JACKSON:  Your Honor, at this time UTC would

20    offer Dr. Steven Nathan as an expert witness in the case in

21    the field of pulmonary hypertension, interstitial lung

22    disease, and pulmonary hypertension associated with

23    interstitial lung disease.

24          MR. SUKDUANG:  No objection.

25          THE COURT:  All right.  You may proceed.

1    BY MR. JACKSON:

2    Q.    Dr. Nathan, have you prepared slides summarizing the

3    opinions you will be offering today?

4    A.    Yes, I have.

5              MR. JACKSON:  Can we go to slide 3.

6    BY MR. JACKSON:

7    Q.    Can you explain and tell the Court what opinions

8    you'll be offering today.

9    A.    I'll be providing an overview of PH-ILD.  I will be

10   talking about both Tyvaso and Yutrepia.  And I'll be talking

11   about how Liquidia infringes Claims 1, 5, 6, 9, 14, and 17

12   of the '327 patent.

13   Q.    Now, in your binder, can you go to JTX 1.

14   A.    Okay.

15   Q.    I believe this has already been admitted.

16             Do you know what this document is?

17   A.    This is the '327 patent.

18   Q.    And have you prepared a slide summarizing the claims

19   of the '327 patent that you analyzed?

20   A.    Yes, I have.

21             MR. JACKSON:  Can we go to slide 4, please.

22   BY MR. JACKSON:

23   Q.    Can you tell the Court what claims you will be

24   analyzing today?

25   A.    I'll be analyzing the highlighted ones, which are

1    Claims Number 5, 6, 9, and 17.

2    Q.    And are you aware that Liquidia agrees that you --

3    you've identified 1 and 14 on this slide, correct?

4    A.    That's correct.

5    Q.    But you -- or you're aware that Liquidia has agreed

6    that it directly and indirectly -- or induces infringement

7    of Claims 1 and 14; correct?

8    A.    Yes, I recognize that they've agreed to that already,

9    yes.

10   Q.    Okay.  So let's look for a second at Claim 1.

11         At a very high level, can you explain to the

12   Court what Claim 1 of the '327 patent covers.

13   A.    It describes a method of improving exercise capacity

14   in patients with PH-ILD through the use of inhaled

15   treprostinil.

16   Q.    And specifically, in a patient with pulmonary

17   hypertension associated with interstitial lung disease; is

18   that correct?

19   A.    Correct.

20   Q.    Do you have a shorthand for the phrase "pulmonary

21   hypertension associated with interstitial lung disease"?

22   A.    Yeah, it's commonly referred to as PH-ILD.  Although

23   based on the most recent symposium, Seventh World Symposium,

24   the correct nomenclature should really be ILD-PH because

25   it's ILD that predates onset of pulmonary hypertension.

```
 1    Q.      That seventh symposium was after the priority date of

 2    the patent; correct?

 3    A.      That's correct.

 4    Q.      So was it PH-ILD as of the priority date of the

 5    patent?

 6    A.      It was.

 7    Q.      Okay.  Now, I want to get a -- help the Court have an

 8    understanding of what both PH and ILD are.  So let's focus

 9    for a second on ILD.

10            Have you prepared a slide depicting what ILD is?

11    A.      Yes, I have.

12    Q.      And again, ILD is interstitial lung disease; right?

13    A.      That's correct.

14            MR. JACKSON:  And can we go to slide 5.  Can we

15    go to, actually, slide 6 now.

16            THE WITNESS:  So these are CAT scans of the

17    chests of patients with interstitial lung disease.  The

18    interstitium of the lung is the lining lattice-like network

19    that surrounds the alveol sacs in the lung.  Interstitial

20    lung disease refers to a group of conditions of which there

21    are approximately 200-plus that share in common and they're

22    characterized by varying amounts of inflammation and

23    fibrosis.  And it's mostly the fibrotic ILD that is of

24    concern and mostly fibrotic ILD that is associated with

25    pulmonary hypertension and as I mentioned, there are many
```

 1    different reports on those.

 2    BY MR. JACKSON:

 3    Q.    So where on these pictures would I see the -- what --

 4    the ILD that you just referenced?

 5    A.    The ILD, in the center, you can see the heart and the

 6    big vessels.  You can see the left and right lungs and black

 7    in the lung is good because that's air.  Some of those white

 8    streaks are blood vessels which are normal.  But as you go

 9    towards the outside of the lung, you see increase.  That's

10    all scarring in the fibrosis, forming fibrosis representing

11    interstitial lung disease.

12              MR. JACKSON:  Your Honor, may I approach with a

13    laser pointer?

14              THE COURT:  Yes.

15    BY MR. JACKSON:

16    Q.    I think it might be helpful for the Court for -- can

17    you point to where on this diagram the interstitial lung

18    disease is.

19    A.    So this is all interstitial lung disease here and

20    here, this is normal.  You can see ILD here.  You can see it

21    out on the outside of the lung or the periphery of the lung,

22    as we call it, and more here.  If you look for comparison,

23    upper lung zone.  So if you look here, these areas that are

24    more black are relatively normal compared to areas here.

25    And probably the best example of extensive fibrosis and ILD

1    is here and here.  You can appreciate the white appearance

2    here versus the more black appearance in other areas of the

3    lung.

4                THE COURT:  The one on the left, is that a

5    healthy lung?

6                THE WITNESS:  You know, this one is not a good

7    representation of ILD.  This is a patient who has combined

8    fibrosis and emphysema, so you have an overlayer of

9    emphysema here that makes it look relatively normal.  But if

10   you look closer here, you can see these white areas that are

11   normal, but there's also black areas where the architecture

12   has been totally destroyed, and that's the emphysema.

13   That's why I drew the attention more to this side where the

14   ILD is much more obvious.

15   BY MR. JACKSON:

16   Q.    So the ILD on the pictures on the right are the white

17   things that are in the middle of the black spaces; is that

18   right?

19   A.    That would be correct, yes.

20   Q.    Where did you get the images on the slide?

21   A.    From the publication shown at the bottom, Nunes in

22   2017 and Kolb in 2018.

23   Q.    Can you turn to PTX 359 in your binder.

24   A.    I'm here.

25   Q.    Is that Nunes that you were just referencing?

1    A.      That's correct.  This is a chapter written by Hilario

2    Nunes.

3    Q.      Did you rely on this document in forming your

4    opinions in this case?

5    A.      I did.

6            MR. JACKSON:  Move to admit PTX 359.

7            MR. SUKDUANG:  No objection.

8            THE COURT:  Admitted without objection.

9            (Thereupon, Plaintiff's Exhibit PTX 359 was

10   admitted.)

11   BY MR. JACKSON:

12   Q.      Can you go to PTX 484, please.

13   A.      This is the Martin Kolb paper.  "The Key

14   Exacerbations of Progressive Fibrosing Interstitial Lung

15   Diseases."

16   Q.      Did you rely on this document in forming your

17   opinions in this case?

18   A.      I did.

19           MR. JACKSON:  Move to admit PTX 484.

20           MR. SUKDUANG:  No objection.

21           THE COURT:  Admitted without objection.

22           (Thereupon, Plaintiff's Exhibit PTX 484 was

23   admitted.)

24   BY MR. JACKSON:

25   Q.      Are you currently treating patients with ILD?

 1   A.      Yes, I do.

 2   Q.      About how many per year?

 3   A.      Gosh, probably in excess of around 300, I would

 4   guess.

 5   Q.      Now let's discuss the pulmonary hypertension or PH

 6   part of the equation.  How many PH patients do you currently

 7   treat per year?

 8   A.      If you count all the different groups, probably in

 9   excess of 200 to 250.

10   Q.      Have you prepared a slide depicting pulmonary

11   hypertension?

12   A.      Yes, I have.

13   Q.      Can we go to slide 7.

14           What is pulmonary hypertension?

15   A.      So pulmonary hypertension is a build-up of pressure

16   in this blood vessel here, the pulmonary artery.  This is a

17   cartoon depiction of the pulmonary circulation and the

18   systemic circulation.  The right side of the heart accepts

19   deoxygenated blue blood and pumps it through the pulmonary

20   artery to the lungs where gas exchange takes place.

21           Once gas exchange takes place, it goes to the

22   pulmonary vein, left atrium, left ventricle, and is pumped

23   out to the rest of the body.  Because the right ventricle

24   only has to work to pump the blood into the lung, the

25   pressure here is much lower and typically abnormal pressure

1    would be 25 or 10 versus 120 or 280.  Pulmonary hypertension

2    is defined as a build-up of pressure within the pulmonary

3    artery.

4    Q.    So pulmonary hypertension is build-up of pressure

5    along the highlighted yellow portion; is that right?

6    A.    That would be correct, yes.

7    Q.    How is pulmonary hypertension or PH classified by

8    physicians?

9    A.    There are five different groups of pulmonary

10   hypertension.

11   Q.    Have you prepared a slide depicting those five

12   groups?

13   A.    Yes, I have.

14   Q.    Can we go to slide 8, please.

15         What are you depicting on this slide?

16   A.    These are the five groups shown here.  This comes

17   from the World Symposium and we categorize patients into

18   these five groups.  Group 1 is pulmonary arterial

19   hypertension.  This is where all the drugs are proven with

20   most of the studies that take place.  Group 2 is pulmonary

21   hypertension due to heart disease, left-sided heart disease.

22   Group 3 is pulmonary hypertension due to lung disease

23   including ILD.  Group 4 is pulmonary hypertension due to

24   mechanical obstruction of blood vessels.  And in group 5 is

25   pulmonary hypertension due to miscellaneous and -- and

1    unclear conditions.

2    Q.    And PH-ILD would fall in Group 3; correct?

3    A.    That is correct, yes.

4    Q.    And PAH, as it says, is Group 1; correct?

5    A.    That is correct.

6    Q.    And in this context, what is PH-ILD?

7    A.    PH-ILD is interstitial lung disease associated with

8    pulmonary hypertension or pulmonary hypertension associated

9    with interstitial lung disease.  The two are used

10   interchangeably between associated and due to or partly due

11   to.

12   Q.    So it would be PH due to ILD; is that correct?

13   A.    That's correct.

14          THE COURT:  I'm sorry, Mr. Jackson.  You said

15   something like "in this context."  Do you mean in the WHO

16   description of the five categories?

17          MR. JACKSON:  Yes.

18   BY MR. JACKSON:

19   Q.    At a very basic level, what happens to the lungs with

20   respect to the ILD that causes the PH?

21   A.    Patients present with interstitial lung disease and

22   come to clinical attention because interstitial lung disease

23   or for varying reasons and then how the lung fibrosis causes

24   the pulmonary hypertension is rather complex and not really

25   understood.  But you get the structure of the vessels from

 1    the fibrosis.  The vessels are destroyed.  You get

 2    distortion of the vessels, which leads to flow stress and

 3    consequences of that.  And also interestingly, some of the

 4    same molecules that are upregulated as part of the fibrotic

 5    process can also cause pulmonary hypertension.  So it's kind

 6    of complex how pulmonary fibrosis leads to pulmonary

 7    hypertension.

 8    Q.    So somebody can have interstitial lung disease and

 9    that can -- as a result of the changes in the lungs that can

10    result or cause therefore be due to -- the PH can be due to

11    the ILD; right?

12    A.    That's correct.  And I think it's good to juxtapose

13    one, which is pulmonary hypertension where the initial

14    pathologies are primarily within the vasculature itself.

15    It's vascularcentric.  That's where the build-up of pressure

16    starts.

17    Q.    Now, as of April 2020, Dr. Nathan, what was the

18    prognosis for a patient with PH-ILD?

19    A.    It was dismal, very poor.  The three-year survival

20    was around 30 percent, which makes it akin to Stage 4 lung

21    cancer.

22    Q.    How does a physician such as yourself go about

23    determining that the PH is due in part to the ILD as opposed

24    to something else entirely?

25    A.    These patients presented with ILD, so they're known

1    to have ILD, and then they develop the pulmonary

2    hypertension in the clinical course as a consequence of it,

3    so the causation is usually pretty clear.

4    Q.    As of April 2020, was there any guideline available

5    to help physicians properly diagnose whether the PH is due

6    at least in part to the ILD?

7    A.    The prevailing guidelines at that time were the Sixth

8    World Symposium guidelines on pulmonary hypertension due to

9    lung disease.

10   Q.    And were you at all involved in that Sixth World

11   Symposium?

12   A.    I was.  I was the co-chair of the task force and I

13   was the first author on a subsequent manuscript.

14   Q.    Can you turn to PTX 471 in your binder.

15         Do you recognize this document?

16   A.    Yes.  This is the document of which I spoke that came

17   out of the World Symposium titled "Pulmonary Hypertension in

18   Chronic Lung Disease and Hypoxia."

19   Q.    Are you the first author?

20   A.    Yes, I am.

21   Q.    Did you rely on this document in forming your opinion

22   in this case?

23   A.    Yes, I did.

24         MR. JACKSON:  Move to admit PTX 471.

25         MR. SUKDUANG:  No objection.

1          THE COURT:  Admitted without objection.

2          (Thereupon, Plaintiff's Exhibit PTX 471 was

3    admitted.)

4    BY MR. JACKSON:

5    Q.    Can you turn to page 4, the second-to-last paragraph,

6    about halfway through the line sentence starting "however."

7    A.    Right.

8    Q.    Can you read that sentence.

9    A.    "However, lung diseases, especially COPD, are common

10   conditions and PAH developing in such patients may not be

11   attributed to these diseases but it may be coincidental."

12   Q.    Would that statement apply to lung diseases such as

13   interstitial lung disease?

14   A.    Yes, it would.

15   Q.    Now, can you go to the next page.  Does that have a

16   table that identifies criteria for testing?

17   A.    Yes.  This is a table from within that paper.

18   Q.    Have you prepared a simplified version of that?

19   A.    I have.

20   Q.    Can we go to slide 9, please.

21          Is this your simplified version?

22   A.    Yes, it is.

23   Q.    Now, can you explain to the Court how somebody --

24   how -- when a patient presents with symptoms of both PH and

25   ILD, how a person of ordinary skill would go about

 1    determining that the PH is due at least in part to the ILD

 2    or whether it's merely coincidental?

 3    A.      This slide gets to sometimes the issue of

 4    discriminating or determining if this is Group 1 PAH versus

 5    Group 3 pulmonary hypertension.  I'll go back to what I

 6    said.  A majority of the patients present with ILD and then

 7    pulmonary hypertension after that.  But in the scenario

 8    you're describing, if they happen to present with both,

 9    which is very unusual at the same time, then one makes that

10    determination by looking at the extent of the lung disease.

11    And you determine this from pulmonary function testing as

12    well as of appearance on a high-resolution CAT scan in terms

13    of the burden of the fibrosis such as the CAT scan we are

14    looking at.

15              And you would also put this in the context of

16    the severity of the pulmonary hypertension as determined by

17    the gold standard diagnosis which is --

18              (Reporter clarification.)

19    BY MR. JACKSON:

20    Q.      Did you say, which is right-heart catheterization?

21    A.      Right-heart catheterization, yes.

22    Q.      So let me just see.  You've got some -- the gray bars

23    that go across, is that the -- that first one is the extent

24    of lung disease.

25              Do you see that?

1    A.    The extent of the lung disease, correct.

2            And I mentioned --

3    Q.    And -- so hold on.  We need to take this slowly.

4            So would the -- in assessing whether you are

5    a -- someone is a PAH patient or a PH-ILD patient, would a

6    physician first -- one of the things they'd look at is the

7    extent of the lung disease?

8    A.    Yes, they would.

9    Q.    And they'd perform the pulmonary function test and a

10   high res CAT, CT scan; correct?

11   A.    That's correct.

12   Q.    And then they'd also undertake a hemodynamic profile?

13   A.    Correct.

14   Q.    To assess the extent of PH; correct?

15   A.    That's correct.

16   Q.    And that would include a right-heart catheterization

17   echocardiogram; correct?

18   A.    That's correct.

19   Q.    And then they would also do ancillary testing; is

20   that right?

21   A.    The ancillary testing is somewhat helpful.  You know,

22   for example, if someone has HIV, then it's more likely going

23   to be Group 1 PAH.

24   Q.    Can a patient have PH that is due, at least in part,

25   to ILD and have Group 1 PAH simultaneously?

1    A.    No, it's one or the other.

2    Q.    And why is that?

3    A.    The PAH is primarily a vasculopathic process, and

4    these patients typically present with a more severe

5    hemodynamic picture.  And they might have a little bit of

6    fibrosis somewhere in the lungs, but it's clear that based

7    on the extent and severity of the pulmonary hypertension,

8    that that's the cause.

9          And if a little bit of fibrosis happens to be

10   sitting there, much like we see it in the statement, where

11   it can be coincidental.

12   Q.    As of April 2020, how many medications were approved

13   and available to treat PH-ILD?

14   A.    They weren't any.

15   Q.    Have you -- was there -- had there been any clinical

16   trials seeking to get approval?

17   A.    There had been multiple clinical trials, yes.

18   Q.    Have you prepared a slide summarizing clinical trials

19   conducted for Group 3 patients?

20   A.    Yes, I have.

21         MR. JACKSON:  Can we go to slide 10, please.

22   BY MR. JACKSON:

23   Q.    What is depicted here?

24   A.    These are the studies -- the randomized clinical

25   control -- placebo controlled studies outlined that had been

1    done in Group 3 hypertension prior to the date you

2    mentioned.  And then after the date mentioned, actually.

3    Q.     Okay.  So were you here when Mr. Sukduang talked

4    through his opening statement?

5    A.     I was.

6    Q.     And he -- did you hear him say that all seven of

7    these were IV-based trials?

8    A.     I believe he said something to that effect, yeah.

9    Q.     Is that correct?

10   A.     No, that's incorrect.

11   Q.     Which of these were non -- which of these were

12   inhaled trials?

13   A.     There was -- there are two studies here that are

14   inhaled.  The ACTIVE trial of an inhaled AloCross was an

15   inhaled medication.  And AloCross belongs to the same

16   passive agent as treprostinil.  It's a prostanoid.

17          That's probably the closest replica of the

18   INCREASE study previously.  And that was a decidedly

19   negative study.

20   Q.     And then was there another inhaled clinical trial on

21   this slide as well?

22   A.     Yes, there is.  The 2024 PERFECT trial, which was

23   inhaled treprostinil in COPD-PH, which was also decidedly

24   negative.  In fact, it was stopped early by the monitoring

25   committee because of the efficacy and the suggestion that

1    there might actually be harm.

2                    THE COURT:  So, Doctor, I think -- I know you

3    know what you're talking about so it comes out fast.  But

4    you really have to try to talk a little bit slower.  It's

5    hard for me and I can tell it's hard for the court reporter

6    to get what you're saying.

7                    THE WITNESS:  I apologize.  Sorry about that.

8    BY MR. JACKSON:

9    Q.    So I note on the slide that are there are dates and

10   then it has the name of a trial.

11                   Do you see that?

12   A.    Yes, I do.

13   Q.    And then after each name of the trial, does it name

14   the drug that was tested?

15   A.    Yes, it does.

16   Q.    And what do all of these drugs have in common?

17   A.    All of these drugs are pulmonary vasodilators that

18   have been approved for Group 1 PAH.

19   Q.    So they're vasodilators that have been approved for

20   Group 1 PAH; correct?

21   A.    Yeah, that's correct.

22   Q.    And these are all randomized clinical trials;

23   correct?

24   A.    That's correct.

25   Q.    Did any of these have pilot studies beforehand?

1    A.    Yes, they did.  The one in particular would be

2    RISE-IIP.

3    Q.    Were you involved in RISE-IIP?

4    A.    I was.  I was the chair of the steering committee for

5    the RISE-IIP study.

6    Q.    And has there been a pilot study that convinced you

7    or that justified conducting a full-stage randomized

8    clinical trial?

9    A.    There was a pilot study with Marius Hoeper as a

10   principle that suggested benefits that was the foundation

11   for the RISE-IIP study.

12   Q.    So there was a Hoeper article that suggested

13   RISE-IIP, and that's what you undertook; right?

14   A.    That's correct.

15   Q.    And the Hoeper article indicated that -- it

16   suggested, at least, that that would be a positive study;

17   correct?

18   A.    That's correct.

19   Q.    But it -- RISE-IIP was not; correct?

20   A.    RISE-IIP was not only a negative study, but it was a

21   harmful study that was stopped early by the monitoring

22   committee.

23   Q.    Were any of these seven successful?

24   A.    None of them were successful.

25   Q.    Okay.  Underneath each trial I see you have a tiny

 1    little thumbnail.

 2              What are those, pictures?

 3    A.    Those are the first pages of the respective

 4    manuscripts that got published.

 5    Q.    Okay.  And did you rely on those various articles in

 6    forming your opinions in this case?

 7    A.    I did.

 8              MR. JACKSON:  I'd like to move the admission of

 9    PTX 418, PTX 139, PTX 447, PTX 414, PTX 142, PTX 141, and

10    PTX 500.

11              MR. SUKDUANG:  Is this all Dr. Nathan is going

12    to speak about, those references?  Because that's, again, a

13    lot of stuff.  I have no objection, but it's just a matter

14    of tagging the testimony.

15              THE COURT:  So it's admitted without objection.

16              (Thereupon, Plaintiff's Exhibit Numbers PTX 418,

17    PTX 139, PTX 447, PTX 414, PTX 142, PTX 141, and PTX 500

18    were admitted.)

19              MR. JACKSON:  So let's go to the next slide,

20    please.

21    BY MR. JACKSON:

22    Q.    The last study before INCREASE I think was RISE-IIP;

23    right?

24    A.    That's correct.

25    Q.    And then what happened with the INCREASE?

1  A.      INCREASE was a positive study, the only positive

2  study with PH-ILD.

3  Q.      So -- but focusing for a second on RISE-IIP, I think

4  that you said -- were you involved in that trial?

5  A.      I was.  I was the chair of the steering committee for

6  that trial.

7  Q.      How did -- and did -- was it successful for not?

8  A.      No, it was a failed study.

9  Q.      And how did people in the field react to the failure

10  of that study?

11  A.      People reinforced the existing skepticism.  In fact,

12  I presented the results of the RISE-IIP study at the

13  European Respiratory Society meeting in Milan in I forget

14  which year, 2017 or 2018, and after I presented to an

15  audience of about 500 people, the chair of that particular

16  session rebuked me for actually undertaking a study.  Of

17  course, it should never have been done because everyone

18  knows that treating PAH associated with ILD does not work.

19  Q.      So you said it was in 2017 or 2018, but this says

20  RISE-IIP was -- has a 2019 date.

21          What is that?

22  A.      That's correct.  Technically, the study is presented

23  at one of the meetings before the actual publication comes

24  out.

25  Q.      So the publication was in 2019, but the presentation

1    was before?

2    A.    That's correct.

3    Q.    And you mentioned an individual who stood up at that

4    presentation.

5          Who was that?

6    A.    That was Dr. Lewis Rubin.

7    Q.    And who is Dr. Rubin?

8    A.    He's a renowned leader in the field of pulmonary

9    hypertension.

10   Q.    Now I want to ask you some questions about the

11   INCREASE study.

12         What drug was used in the INCREASE study?

13   A.    Inhaled treprostinil, or Tyvaso.

14   Q.    And what disease was studied?

15   A.    PH-ILD.

16   Q.    What involvement did you have, if any, on this -- in

17   connection with the study?

18   A.    I was one of three steering committee members for

19   that study.

20   Q.    At a high level, what was the result of the INCREASE

21   study?

22   A.    It was a positive study based on the primary

23   endpoint, as well as multiple secondary endpoints.

24   Q.    And how did you feel about those results?

25   A.    I was surprised and elated because I, myself, had

1    been nervous and skeptical that it would be a positive

2    study, especially coming off my experience with the RISE-IIP

3    study.

4    Q.    Generally, what was the impact of INCREASE on the

5    field?

6    A.    I think the impact has been -- it's a game changer.

7    It's really changed our paradigm and how we approach and

8    treat patients with ILD to be on the lookout for PH and that

9    it does intervene in treating them with Tyvaso.

10   Q.    Can you turn to PTX 147 in front of you.

11         Do you recognize this document?

12   A.    I do.  This was the INCREASE publication in the *New*

13   *England Journal of Medicine*.

14   Q.    And did you rely on this in forming your opinions in

15   this case?

16   A.    I did.

17         MR. JACKSON:  Move the admission of PTX 147.

18         MR. SUKDUANG:  No objection.

19         THE COURT:  Admitted without objection.

20         (Thereupon, Plaintiff's Exhibit Number PTX 147

21   was admitted.)

22   BY MR. JACKSON:

23   Q.    We've talked about the various studies.

24         What's the next topic on which you are going to

25   provide the Court with testimony?

1    A.        I'll be talking next on Yutrepia and Tyvaso.

2    Q.        Did you prepare a slide summarizing UTC's Tyvaso

3    product?

4    A.        Yes, I did.

5              MR. JACKSON:  Could you go to the next slide,

6    please.

7    BY MR. JACKSON:

8    Q.        Who manufactures and sells nebulized Tyvaso and

9    Tyvaso DPI?

10   A.        That's United Therapeutics.

11   Q.        The product on the left shows Tyvaso.  What is

12   Tyvaso?

13   A.        Tyvaso is inhaled treprostinil.

14   Q.        And when was it approved and what was it approved

15   for?

16   A.        It was initially approved in 2009 for the indication

17   of pulmonary arterial hypertension or Group 1 PH.

18   Q.        Was it subsequently approved for anything else?

19   A.        It was approved in 2021 for PH-ILD.

20   Q.        The Tyvaso DPI on the right, do you see that?

21   A.        I do.

22   Q.        What's that product?

23   A.        That's a dry powder formulation of inhaled

24   treprostinil Tyvaso.

25   Q.        Was that approved for any indication?

1    A.    It was approved for PH-ILD in 2022 as well as PH at

2    the same time.

3    Q.    You just said Tyvaso was approved in 2021.  At that

4    time, what other drugs were approved for use in PH-ILD

5    patients?

6    A.    There weren't any.

7    Q.    Prior to Tyvaso DPI's approval for PH-ILD in 2022,

8    what other dry powder inhaled forms of treprostinil were

9    approved for use in PH-ILD patients?

10   A.    None.

11   Q.    Do you currently prescribe Tyvaso and Tyvaso DPI to

12   your patients?

13   A.    Yes, I do.

14   Q.    Now I'd like to turn to Yutrepia.  Have you prepared

15   a slide to summarize Yutrepia?

16   A.    Yes, I have.

17   Q.    Who markets and sells Yutrepia?

18   A.    Liquidia.

19   Q.    What is Yutrepia?

20   A.    That is a dry powder form of inhaled treprostinil.

21   Q.    What is the reference listed drug for Yutrepia?

22   A.    Tyvaso.

23   Q.    What is Yutrepia approved for?

24   A.    Yutrepia is now approved for both Group 1 PAH as well

25   as PH-ILD.

1   Q.      In order to obtain approval for those indications,

2   what clinical data did Liquidia rely on to establish that

3   Yutrepia would be safe and effective in PH and PAH and

4   PH-ILD?

5   A.      For PAH, that would be UT's TRIUMPH study and for

6   PH-ILD, that would be UT's INCREASE study.

7   Q.      Prior to seeking approval for Yutrepia in PH-ILD, how

8   many clinical trials did Yutrepia conduct using Yutrepia in

9   PH-ILD?

10  A.      Liquidia conducted no trials in PH-ILD.

11  Q.      As of today, how many clinical trials has Liquidia

12  completed using Yutrepia to treat PH-ILD?

13  A.      None.

14  Q.      Have you prepared a slide summarizing FDA approval

15  process for Tyvaso, Tyvaso DPI, and Yutrepia?

16  A.      Yes, I have.

17  Q.      Can we go so slide 16, please.

18          What products are depicted on the top of the

19  slide?

20  A.      On the top, we have Tyvaso.

21  Q.      Anything else on the top?

22  A.      And Tyvaso DPI.

23  Q.      And, again, who makes those products?

24  A.      United Therapeutics.

25  Q.      On the bottom, what products do you identify?

1    A.      Yutrepia.

2    Q.      Who makes that?

3    A.      Liquidia.

4    Q.      What are you depicting in this slide?

5    A.      This gives the timeline of when Tyvaso was approved

6    as well as Tyvaso DPI and the two indications at the bottom

7    we have Yutrepia when that was approved for PH-ILD and PAH.

8    Q.      When did Liquidia amend its 505(b)(2) application to

9    incorporate the PH-ILD indication?

10   A.      That was July of 2023.

11   Q.      And by that time, how long has Tyvaso been approved

12   for PH-ILD?

13   A.      Tyvaso was approved in April 2021, so over two years.

14   Q.      By that time, how long had Tyvaso DPI been approved

15   for PAH and PH-ILD?

16   A.      It was approved in May of 2022, so over one year.

17   Q.      When did FDA provide final approval for Yutrepia in

18   PAH and PH-ILD?

19   A.      That is just last month in May of 2025.

20   Q.      Have you prepared a slide showing FDA's response to

21   Liquidia's request regarding its attempt to supplement its

22   Yutrepia application in 2023?

23   A.      Yes, I have.

24   Q.      Can you go to slide 17.

25           Can you tell me what this document is.

1  A.    This is the FDA response to Liquidia's request where

2  they basically agree and say it's acceptable that Liquidia

3  can use the INCREASE data to support their product for

4  PH-ILD.

5  Q.    Can you turn to Exhibit 377 in the binder in front of

6  you.

7        Is that the document that we were just looking

8  at, the excerpts of which we were just looking at on the

9  slide?

10 A.    Yes, it is.

11 Q.    Did you rely on this document in forming your

12 opinions in this case?

13 A.    Yes, I did.

14        MR. JACKSON:  Move to admit Exhibit 377 into

15 evidence.

16        MR. SUKDUANG:  No objection.

17        THE COURT:  Admitted without objection.

18        (Thereupon, Exhibit 377 was admitted.)

19 BY MR. JACKSON:

20 Q.    What did FDA say -- why did FDA provide this response

21 to Liquidia?

22 A.    Because they felt that the data from the INCREASE

23 study was -- basically, they felt that Yutrepia provided an

24 equivalent response to Tyvaso, that it was equivalent to

25 Tyvaso and, therefore, Liquidia could use the data from

1    INCREASE for an approval.

2    Q.    And it says the data from -- on INCREASE and then

3    what else does it say there?

4    A.    They talk about the INCREASE study in patients with

5    PH-ILD as well as supporting data which, I guess, is the

6    pharmacokinetic and conversion data from the PAH program,

7    and they felt this was acceptable for Yutrepia to be

8    approved.

9    Q.    In addition to the *New England Journal of Medicine*

10   article we already looked at, were there any other

11   peer-reviewed literature regarding the INCREASE results and

12   post hoc publications regarding the INCREASE?

13   A.    Yeah.  There have been at least six or seven post hoc

14   publications.  I think the most pertinent was this one which

15   spoke about change in FVC in response to Tyvaso.

16   Q.    How did those post hoc publications relate to the

17   support of data in this letter?

18   A.    They provide the support of data that, I guess, FDA

19   is referring to and especially with regard to the FVC.

20              THE COURT:  When you refer to "post hoc

21   publications," do you just mean after?

22              THE WITNESS:  Correct.  So we use -- it's a rich

23   dataset, and there are many different ways to look at the

24   data.  And that data has confirmed and supported the benefit

25   of Tyvaso by doing different kind of analyses from the

1    dataset.

2                    THE COURT:  So this post hoc doesn't just mean

3    after.  This is really where you were looking at maybe

4    endpoints that are being studied or something and this is --

5    there's some risk with doing this; right?

6                    THE WITNESS:  This isn't really -- there is some

7    risk in case you find something negative, but we didn't

8    really.  We knew we were on solid ground based on the

9    INCREASE study.  But to give you an example of endpoints, we

10   looked at different way of analyzing.  We looked at dose

11   response, how our patients did in relation to what dose

12   ultimately achieved, showing that if you got to high doses,

13   the response was more robust.

14                   And we even did some statistical analyses.  We

15   did project survival showing that over time based on the

16   statistical models that Tyvaso, in all likelihood, improved

17   survival.  So that's an example of the studies that we

18   published.

19                   THE COURT:  Thank you.

20   BY MR. JACKSON:

21   Q.      Can we go back -- to help the Court, can we go back

22   for a second to slide 11.  See where we talked about

23   INCREASE in the upper right corner?  I think we already

24   addressed PTX 147.

25                   Can you tell me what PTX 34 is?

1    A.    I believe that's the *Lancet* respiratory medicine

2    paper on forced vital capacity.

3    Q.    Who was the author on that?

4    A.    I was the first author on that.

5    Q.    Did you rely on that document in forming your

6    opinions in this case?

7    A.    Yes, I did.

8              MR. JACKSON:  Move to admit PTX 34.

9              MR. SUKDUANG:  No objection.

10             THE COURT:  All right.  Admitted without

11   objection.

12             (Thereupon, Plaintiff's Exhibit PTX 34 was

13   admitted.)

14   BY MR. JACKSON:

15   Q.    Is that an example of the post hoc analysis or post

16   hoc data that was analyzed?

17   A.    That's correct.

18   Q.    I want to shift gears for a second.  Can we go to PTX

19   347 in your binder.

20             Do you recognize this document?

21   A.    Yes, I do.

22   Q.    What is it?

23   A.    This is a Form 8-K that Liquidia filed with the SEC

24   dated June 28, 2023.

25   Q.    And can you turn to page 3 of this document.  What's

1    the date of the document?

2    A.      The date is June 29, 2023.

3    Q.      And did you rely on this document in forming your

4    opinions in this case?

5    A.      Yes, I did.

6                MR. JACKSON:  Move to admit Exhibit 347.

7                MR. SUKDUANG:  No objection, Your Honor.

8                THE COURT:  All right.  Admitted without

9    objection.

10               (Thereupon, Plaintiff's Exhibit PTX 347 was

11   admitted.)

12   BY MR. JACKSON:

13   Q.      Let's turn to page 2.  Focusing on the paragraph,

14   what is Liquidia reporting to the public?

15   A.      What's stated here is that on June 28, 2023, they're

16   acknowledging that United Therapeutics received a notice of

17   allowance with respect to its patent application, the number

18   there that subsequently became the '327 patent, the claims

19   of which generally cover the treatment of patients having

20   pulmonary hypertension associated with interstitial lung

21   disease through the inhaled administration of treprostinil.

22   Q.      And so did you just say that the application number

23   that ends in '061, did that become the '327 patent?

24   A.      That's correct.

25   Q.      So what did Liquidia tell the public that that patent

1   covered?

2   A.      They knew that United Therapeutics had filed the

3   patent.

4   Q.      And what disease state does it cover?

5   A.      Covering PH-ILD.

6   Q.      And can you actually just read the words.  Using

7   their words, what do they say?

8   A.      "Pulmonary hypertension associated with interstitial

9   lung disease."

10  Q.      Can you turn to PTX 242 in your binder.  I believe

11  this is already admitted.

12          In this e-mail, what is Liquidia asking the FDA

13  to do?

14  A.      Basically once they heard that UT had filed

15  application, then they were trying to request the FDA to

16  fast-track their added indication for PH-ILD.

17  Q.      Now, what's the date of this e-mail?

18  A.      The date is July 23, 2023.

19  Q.      And what was the date of the 8-K that we just looked

20  at where Liquidia talked about the patent publicly?

21  A.      I believe it was June 29th.  So June 29, 2023.

22  Q.      About a month before?

23  A.      Correct.

24  Q.      A week later?

25  A.      This is about a month afterwards.

1    Q.    Can you say specifically what Liquidia is asking FDA

2    to do?

3    A.    They're basically updating the FDA, and what they're

4    stating is due to the fact it's related to ongoing dispute

5    with UT, it's important that we file this amendment no later

6    than prior to the close of business July 24th.  So

7    basically, they're asking them to provide the added

8    indication of PH-ILD before the patent actually issued.

9    Q.    Okay.  And can you turn to PTX 291 in your binder,

10   please.

11   A.    Okay.

12   Q.    I believe this has already been admitted.

13               What is this document?

14   A.    This is a letter from the FDA to Liquidia.

15   Q.    And can you flip to page -- I don't know -- page 4, I

16   think it is.  Yeah.

17               Can you tell me what this is?

18   A.    This is the proposed label for Yutrepia.

19   Q.    And so before we dive into the drug label for

20   Yutrepia in particular, can we talk about drug labels in

21   general.

22               What is a drug label?

23   A.    A drug label, companies -- every drug that's approved

24   by the FDA provides the physician or clinician with all the

25   information they need about the drug in terms of the

1    indication, how much should be used, the data supporting the

2    use of the drug, as well as any safety issues or concerns,

3    as well as the dosing instructions of the drug.

4    Q.      How do doctors use the drug labels?

5    A.      They use them a lot.  It's got all the information

6    they need pretty much in order for them to safely prescribe

7    the drug to their patients.

8    Q.      And do doctors follow drug labels in prescribing

9    drugs to PH-ILD patients?

10   A.      Yes, they do.

11   Q.      In your experience, do PH-ILD patients follow

12   doctors' instructions when self-administering the

13   medication?

14   A.      Yes, they do.

15   Q.      Now, turning back to this label, what sections of the

16   label would a doctor read before prescribing PH-ILD -- this

17   drug for PH-ILD patients?

18   A.      They should read the whole label.

19   Q.      So looking at this cover page of it, the second

20   paragraph in the left-hand column, what type of formulation

21   is Yutrepia?

22   A.      It's a dry powder inhalation formulation of

23   treprostinil.

24   Q.      And what is -- looking at the indications and usage.

25           Do you see that?

1    A.    I do.

2    Q.    What's the second indication and -- what generally is

3    an indication or usage section related to?

4    A.    That means what disease state the drug can be or

5    should be used in.

6    Q.    And what's that second indication that this drug can

7    be used in?

8    A.    Pulmonary hypertension that's associated with

9    interstitial lung disease.

10   Q.    And then do you see the next section is dosing and

11   administration?

12   A.    Yes, I do.

13   Q.    What's the purpose of the dosing and administration

14   section of the label?

15   A.    It's to provide physicians and patients with the

16   appropriate dose to be used when administering the drug.

17   Q.    And according to this label, how is Yutrepia --

18   what's the route of administration for Yutrepia?

19   A.    It's given by inhalation by an oral route.  It says

20   three to five times a day, but in actual practice, four

21   times a day.

22   Q.    And what type -- if it's inhaled in an inhalation

23   route, what type of product is it?

24   A.    It's a powder given by an inhaler, dry powder

25   inhaler.

1    Q.    How many times a day is it supposed to be

2    administered?

3    A.    Three to five, but typically given four times a day.

4    Q.    And for each administration, how many breaths are

5    used to administer each dose?

6    A.    Two breaths for each administration.

7    Q.    So then let's look at the dosage and strength in the

8    upper right corner of this.

9          What's the purpose of that section?

10   A.    It tells clinicians the strength that it's available

11   in, in terms of the cartridge sizes and how much of the dry

12   powder is in each cartridge.

13   Q.    And what strength is Yutrepia sold in?

14   A.    26.5 micrograms, 53, 79.5, and 106.

15   Q.    So let's turn to page 15, and in particular,

16   Section 14.2.

17         Do you see that?

18   A.    Yes, I do.

19   Q.    What's, in general, described in Section 14.2?

20   A.    It describes the results of the INCREASE study in

21   summary.

22   Q.    And besides the INCREASE data in Section 14.2, is

23   there any efficacy data reported for PH-ILD patients in the

24   Yutrepia label?

25   A.    Yes.  The primary efficacy endpoint was change in the

1     six-minute walk distance and they reported it.

2     Q.     So I'm asking other than this section, just other

3     than this section that -- strike that.

4              Other than the section that talks about an

5     increase, is there any other efficacy data in the Yutrepia

6     label?

7     A.     I believe that they do talk about clinical worsening

8     for this.

9     Q.     Is that -- where do they get their data for clinical

10    worsening?

11    A.     From the INCREASE study.

12    Q.     Okay.  So other than the INCREASE -- that's another

13    example of INCREASE.  We'll get to that.

14             Other than INCREASE, is there any other efficacy

15    data in the label?

16    A.     No.  The only other efficacy data in the label comes

17    from the INCREASE study.

18    Q.     And what does this label say about how doses used in

19    INCREASE compared to particular doses of Yutrepia?

20    A.     They say it's equivalent.  They provide equivalent

21    dosages, specifically for the 9 breaths equivalent to 79.5,

22    for the 12 breaths equivalent to 106.  9 to 12 breaths was

23    what we aimed for in the INCREASE study.

24    Q.     And you used the word "equivalent" a couple of times.

25             What would the language in this label regarding

1    doses of Yutrepia in the context of INCREASE communicate to

2    doctors and patients regarding how Yutrepia is expected to

3    perform in PH-ILD patients?

4    A.    It communicates to physicians that if you use that

5    dose, you'll get the equivalent result as seen in the

6    INCREASE study.

7    Q.    And looking at the last two sentences of that

8    paragraph, what does the Yutrepia label say about the

9    primary endpoint of the INCREASE trial?

10   A.    The primary endpoint was change in the six-minute

11   walk distance measured from baseline to week 16 and that the

12   placebo corrected -- the difference was 21 meters at week

13   16.

14   Q.    Let's turn to section -- or page 21.

15         Do you see where -- the section "Instructions

16   For Use"?

17   A.    I do.

18   Q.    What does the Instructions For Use say about what is

19   contained in the Yutrepia carton?

20   A.    There are three components to the carton:  The dry

21   powder inhaler, seven foil blister cards of Yutrepia

22   capsules, and seven cleaning brushes.

23   Q.    And so that dry powder inhaler, was that -- it's to

24   the right of that?

25   A.    That's correct.  That's the actual device, yeah.

1    Q.      And turn to page 26, Step 10.

2            What's depicted in Step 10?

3    A.      This is a cartoon depiction showing a patient using

4    the dry powder inhaler and how to use it.

5    Q.      And how is it used?

6    A.      It's by oral inhalation.  Breath actuated by the

7    patient.

8    Q.      The device, how is it powered?

9    A.      It's powered by the patient taking a breath in.

10   Q.      So is it continuous or noncontinuous?

11   A.      That's noncontinuous.

12   Q.      Can you turn to PTX 379 in your binder.

13           Did you rely on -- what is this document?

14   A.      This is a document of Liquidia's, which is a

15   presentation to the J.P. Morgan Healthcare Conference in

16   January 2024.

17   Q.      Did you rely on this document in forming your

18   opinions in this case?

19   A.      I did.

20           MR. JACKSON:  Move to admit PTX 379.

21           MR. SUKDUANG:  No objection.

22           THE COURT:  Admitted without objection.

23           (Thereupon, Plaintiff's Exhibit Number PTX 379

24   was admitted.)

25   BY MR. JACKSON:

1    Q.    Can you turn to page 9, please.

2          In the upper right-hand corner, do you see that

3    comparable pharmacokinetics language?

4    A.    Yes, I do.

5    Q.    Generally, what are pharmacokinetics?

6    A.    That refers to how the drug is absorbed, what the

7    levels are within the blood, what the peak level is, the

8    decay over time.  So it tells us about the patient's

9    exposure to the drug over time.

10   Q.    And what does this slide presentation say regarding

11   the pharmacokinetics of nebulized Tyvaso as compared to

12   Yutrepia?

13   A.    It says that they are equivalent.

14   Q.    And so what does this tell a doctor about how

15   Yutrepia will perform compared to Tyvaso?

16   A.    It says it's comparable, which means it's equivalent.

17   And the inference is that it will perform equivalently to

18   and the same as what Tyvaso does.

19   Q.    As part of your infringement analysis in this case,

20   sir, did you review any of Liquidia's public materials about

21   Liquidia -- or about Yutrepia?

22   A.    Yes, I have.

23   Q.    Have you prepared a slide regarding those public

24   materials?

25   A.    Yes, I have.

1          MR. JACKSON:  Can we go to slide 18.

2     BY MR. JACKSON:

3     Q.     How do you organize those public materials?

4     A.     Basically, into three buckets:  One bucket is for

5     payers, who are the health insurance companies; the second

6     one is for providers or physicians; and the third one is

7     material geared towards patients.

8     Q.     And what do the thumbnails in each of these -- on

9     each of these groups represent?

10    A.     These are the first pages of these respective

11    documents.

12    Q.     And have you reviewed each of these documents and

13    relied on them in forming your opinions in this case?

14    A.     Yes, I have.

15          MR. JACKSON:  Move to admit PTX 348 and 381

16    through 391.

17          MR. SUKDUANG:  Can you identify each one listed?

18          MR. JACKSON:  381, 382, 383, 384, 385, 386 --

19          MR. SUKDUANG:  And that's -- I just wanted to

20    make sure that --

21          No objection, Your Honor.

22          THE COURT:  All right.  So they're admitted

23    without objection.

24          (Thereupon, Plaintiff's Exhibit Numbers PTX 348

25    and 381 through 391 were admitted.)

1    BY MR. JACKSON:

2    Q.     In general, what do these materials convey to payers,

3    doctors, and patients about the PH-ILD indication for

4    Yutrepia?

5    A.     It provides the information that they -- that

6    Liquidia wants them to know about the product, and basically

7    encourages all parties to use their product.

8    Q.     And what data do these materials rely on to

9    demonstrate the expected performance of Yutrepia?

10   A.     They rely on the Tyvaso data from the INCREASE study.

11   Q.     So I think one of these is -- on the upper left is

12   385.  Can you look at that.  Can you go to page 22 and look

13   at Table 2-7.

14           How does Yutrepia -- how does Liquidia define

15   Group 3 in this document?

16   A.     They define it as PH due to lung diseases and/or

17   hypoxia.

18   Q.     Now, can we look at the source that you -- that

19   Liquidia cites under the table?

20   A.     It's the -- similar to the 2019 publication which

21   came out of the Sixth World Symposium.

22   Q.     Can we go to PTX 309.

23   A.     This is the paper from the same World Symposium.  It

24   was another task force led by Gérald Simonneau.  They dealt

25   with hemodynamic definitions and updated clinical

1    classification of pulmonary hypertension.

2    Q.    This is the document that was referenced in the

3    Liquidia document we were just looking at?

4    A.    That's correct.

5              MR. JACKSON:  Can we move the admission of PTX

6    309?

7              MR. SUKDUANG:  Is that the Simonneau paper?  No

8    objection.

9              THE COURT:  Admitted without objection.

10              (Thereupon, Plaintiff's Exhibit PTX 309 was

11    admitted.)

12    BY MR. JACKSON:

13    Q.    Can we turn to page 6, Table 2, please.

14              What does this table depict?

15    A.    This is the classification scheme from the Simonneau

16    paper.

17    Q.    How do those guidelines define Group 3 PH?

18    A.    As pulmonary hypertension due to lung diseases and/or

19    hypoxia.

20    Q.    Were these the governing guidelines as of April 2020?

21    A.    That's correct.

22    Q.    Now, we talked about the -- both the background and

23    then the various products.  Can we turn to the final section

24    of your -- what you intend to testify about today.

25    A.    Sure.

1    Q.    Can you remind the Court what that is.

2    A.    I'm talking about how Liquidia infringes Claims 1, 5,

3    6, 9, 14, and 17 of the '327 patent.

4    Q.    And have you prepared a slide summarizing your

5    infringement opinions?

6    A.    Yes, I have.

7    Q.    Can we go to the next slide.  Thank you.

8          And what is your opinion?

9    A.    My opinion is that Liquidia infringes all of these

10   claims, namely, 1, 5, 6, 9, 14, and 17 of the '327 patent

11   specifically.

12   Q.    Why is that your opinion?

13   A.    In my opinion, when doctors and patients use

14   Yutrepia -- when doctors and patients use Yutrepia to treat

15   PH-ILD according to its label, they will directly infringe

16   each asserted claim and that Liquidia's Yutrepia label

17   instructs doctors and patients to directly infringe the

18   asserted claims and Liquidia intends for doctors and

19   patients to administer Yutrepia in a manner that infringes

20   the asserted claims.

21   Q.    So let's start with your first point about direct

22   infringement.  Have you prepared a slide summarizing the

23   asserted claims of the '327 patent?

24   A.    Yes, I have.

25   Q.    Let's turn to the next slide.

1           In your opinion, which of these claims would be

2      directly infringed when doctors and patients use Yutrepia

3      according to its label?

4      A.     All of them would.

5      Q.     Let's start with Claim 1 and turn to the next slide.

6      I know we said Claim 1 is stipulated, but I just want to

7      check one thing about the details about Claim 1.  What are

8      you showing here?

9      A.     This is the preamble of Claim 1 which states "A

10     method of improving exercise capacity in a patient having

11     pulmonary hypertension associated with interstitial lung

12     disease."

13     Q.     And how has that preamble informed your opinions in

14     this case?

15     A.     It's the foundation of my opinions.

16     Q.     Does the preamble impose any intent or expectation

17     requirement in terms of administering inhaled treprostinil?

18     A.     The intent and expectation is to improve exercise

19     capacity.

20     Q.     Are you aware of the Court's order last week

21     interpreting "pulmonary hypertension associated with

22     interstitial lung disease"?

23     A.     Yes, I am.

24     Q.     How did the Court interpret that phrase?

25     A.     As I interpreted as interstitial lung disease or

1    pulmonary hypertension at least in part due to interstitial

2    lung disease.

3    Q.    We're on slide 24.  Is that the construction that you

4    applied in your report up until now?

5    A.    No, it wasn't.

6    Q.    What did you apply in your report up until now?

7    A.    I applied associated -- PH associated with

8    interstitial lung disease or due to interstitial lung

9    disease.

10    Q.    Would the opinions you're offering today be any

11    different if you'd applied the Court's construction rather

12    than the one identified in your report?

13    A.    No, they wouldn't.

14    Q.    Why is that?

15    A.    They would be the same opinion and it doesn't change

16    anything that I stated previously.

17    Q.    What does the preamble tell you about with respect to

18    the intent or expectation of why the drug should be

19    administered?

20    A.    The intent and expectation of administering the drug

21    is to improve exercise capacity in patients with PH-ILD.

22    Q.    Now that we're on -- we've covered -- I know we

23    addressed 1 and 14.  Let's turn to Claim 5, which is the

24    next one.  What are you showing here?

25    A.    This is the two elements of Claim 5.  The first one,

1   it depends from Claim 1, which we spoke about already.  But

2   this attests to inhaled treprostinil reducing the plasma

3   concentration of NT-proBNP in a patient by at least 200

4   picograms per ML after 8, 12, or 16 weeks of administration.

5   Q.     Can we go to the next slide.

6          Will doctors -- in your opinion, when doctors

7   and patients practice -- strike that.

8          In your opinion, will doctors and patients

9   practice this second element of Claim 5 when using Yutrepia

10  according to its label?

11  A.     Yes, they will.

12  Q.     Why is that?

13  A.     Because Yutrepia is equivalent to Tyvaso and what was

14  shown in the INCREASE is that Tyvaso caused or resulted in

15  an 1,850 placebo-corrected improvement in the NT-proBNP.

16  Q.     You have an excerpt from Waxman 2021.  Do you see

17  that?

18  A.     Yes.

19  Q.     Is that from PTX 147?

20  A.     This is from the INCREASE primary paper.

21  Q.     Can we go to PTX 147 and go to Table 2.

22         Can you tell me what this is?

23  A.     This is a summary table of the primary and secondary

24  endpoints.

25  Q.     Of what study?

1    A.    Of the INCREASE study.

2    Q.    And about halfway down the table, you see where it

3    talks about change in NT-proBNP?

4    A.    Yes, I do.

5    Q.    What does it show in terms of the change in -- based

6    on the administration of the inhaled treprostinil as

7    compared to placebo?

8    A.    In the inhaled treprostinil group, the NT-proBNP went

9    down average by 396 picograms per ML, whereas in the placebo

10   it grows by an average of 1,454 picograms per ML.

11   Q.    Going back to slide 26, what is your opinion about

12   whether that meets -- whether that demonstrates -- whether

13   individuals using the Yutrepia in accordance with its label

14   would be practicing the second element of Claim 5?

15   A.    They certainly would because the results from the

16   INCREASE study show much greater than a 200-picogram-per-ML

17   improvement in the NT-proBNP.

18   Q.    Again, what does the Yutrepia label say about how

19   Yutrepia will act in comparison to Tyvaso?

20   A.    It says it will act equivalent to Tyvaso.

21   Q.    Can we go to the next slide.

22         Now, we discussed all the elements of Claim 5.

23   Would Claim 5 be directly infringed when doctors and

24   patients administer Yutrepia in accordance with the label?

25   A.    Yes, it will.

 1          THE COURT:  Did I hear anything about the

 2   8 weeks, 12 weeks, or 16 weeks?

 3          MR. JACKSON:  Sorry.  Can we go back to Table 2.

 4          THE WITNESS:  So this was at the end of the

 5   study, so it was at 16 weeks.  So telling weeks because it

 6   says 8, 12, or 16 weeks.

 7   BY MR. JACKSON:

 8   Q.    Can we move to Claim 6, please.  What are you showing

 9   here?

10   A.    This is Claim 6 and the two elements of Claim 6.  We

11   spoke about Claim 1 upon which the 6 depends.  And it refers

12   to administering inhaled treprostinil.  Inhaled treprostinil

13   provides a statistically significant reduction of at least

14   one exacerbation of the interstitial lung disease.

15   Q.    Can we turn back to the INCREASE study results in PTX

16   147.  Let's look at the second paragraph starting

17   "significantly fewer."

18   A.    Would you like me to read that?

19   Q.    Can you read that first sentence.

20   A.    Sure.  "Significantly fewer patients in the

21   treprostinil group than in the placebo group had

22   exacerbations of underlying lung disease" and then provide

23   the percentages there, and that was statistically

24   significant.

25   Q.    How do you know it's statistically significant?

1    A.    The p-value attesting to statistical significance is

2    0.02.

3    Q.    So in your opinion, will doctors and patients

4    practice the second element of Claim 6 when using Yutrepia

5    according to its label?

6    A.    Yes, they will.

7    Q.    Why is that?

8    A.    Because at least one patient or likely many more will

9    have a reduction in acute exacerbations as a result of using

10   Yutrepia.

11   Q.    Can we go back to slide -- or go back to the -- your

12   slides and go to slide 30.

13          So do you have any views as a result of what you

14   just said whether or not Claim 6 will be directly infringed

15   when doctors and patients administer Yutrepia in accordance

16   with the Yutrepia label?

17   A.    Yes.  Claim 6 will be directly infringed.

18   Q.    Turning to Claim 9, what are you showing here on

19   slide 31?

20   A.    These are the two elements of Claim 9.  9A is Claim 1

21   and the second component references administering inhaled

22   treprostinil to provide a statistically significant

23   improvement in the forced vital capacity in the patient

24   after 8 weeks, 12 weeks, or 16 weeks of administering the

25   drug.

1    Q.    Can you bring up PTX 147 and go to a table on page

2    36.

3              Does this table show what the change in FVC will

4    be after weeks 8 and 16?

5    A.    Yes, it does.

6    Q.    What are those changes?

7    A.    At eight weeks, it's 1.79 difference between the two

8    groups, which is significant because it has a p-value of

9    0.01.  At week 16, that difference is 1.80, also significant

10   with a p-value of 0.03.

11   Q.    For numbers -- for p-value, what is a p-value?

12   A.    A p-value provides if this happened by chance or not.

13   And generally what is regarded as statistically significant

14   is a p-value of less than 0.5 -- 0.05 rather, which means

15   there's a 95 percent chance that the change or difference we

16   see is real.

17   Q.    Let's go back to your slides and look at slide 33.

18             Now that we've discussed the elements of

19   Claim 9, do you have any opinion about whether or not

20   Claim 9 will be directly infringed when doctors and patients

21   administer Yutrepia in accordance with the label?

22   A.    Yes, Claim 9 will be directly infringed.

23   Q.    Why is that?

24   A.    Because when doctors and patients administer

25   Yutrepia, there will be a change and improvement in the FVC

1    because Yutrepia is equivalent to Tyvaso and that's what

2    Tyvaso showed.

3    Q.    So I think the next two I'm going to jump over

4    because the -- it's 14, which relies on 11, and 14 is

5    stipulated.  So let's go to 17.

6          Have you prepared a slide identifying the

7    elements of Claim 17?

8    A.    Yes, I have.

9    Q.    What is the second element of Claim 17 you have here?

10   A.    The second element is administering inhaled

11   treprostinil increases the six-minute walk distance of a

12   patient by at least 10 meters after eight weeks of

13   administration.

14   Q.    Do you have an opinion whether or not use of Yutrepia

15   according to its label would directly infringe element --

16   that element of Claim 17?

17   A.    Yes, it will.

18   Q.    And what is that opinion?

19   A.    They will directly infringe because, as shown in the

20   INCREASE study of Tyvaso, there was more than a 10-meter

21   increase in the walk distance after eight weeks.

22   Q.    And can I have you turn -- you're looking at -- when

23   you look at the Yutrepia label, which I think is PTX 291 --

24          MR. JACKSON:  Can we actually go to the Section

25   14.2, Mr. Smith, and the two paragraphs we were looking at

1    in 14.2.  Page 15 would be helpful.

2    BY MR. JACKSON:

3    Q.     Can you -- does this section have anything about the

4    change in six-minute walk distance?

5    A.     Yes, it does.

6    Q.     And what does it say about the six-minute walk

7    distance?

8    A.     The primary efficacy endpoint was changed in

9    six-minute walk at peak exposure from baseline to week 16.

10   Patients receiving treprostinil solution had a

11   placebo-corrected median change from baseline in peak

12   six-minute walk of 21 meters at 16 weeks.

13   Q.     Do you see the table or figure below that?

14   A.     Yes, I do.

15   Q.     What are the bars -- what are the dots on the --

16   there's bars and dots in the middle.  Do you see that?

17   A.     Yes, I do.

18   Q.     What do the bars represent?

19   A.     The bars are the -- the dot is the point estimate of

20   the change at these various time intervals, and the bars are

21   the standard errors around that.

22          If the bars do not cross the zero line, then

23   that infers that the change was statistically significant.

24   So if you look at week eight, for example, it looks like the

25   change in the walk distance was 15 meters, and that was

 1    statistically significant.

 2    Q.    And the same for 12 and 16?

 3    A.    That's correct.

 4    Q.    So let's turn back to your slide.

 5          MR. JACKSON:  Slide 36, please.

 6    BY MR. JACKSON:

 7    Q.    Now that we've discussed those elements, do you have

 8    any opinions about whether or not Claim 17 will be directly

 9    infringed when doctors and patients administer Yutrepia in

10    accordance with the Yutrepia label?

11    A.    Yes, Claim 17 will be directly infringed by Yutrepia.

12    Q.    So now let's -- now that we've gone through the

13    various claims, let's turn to the next section of your

14    infringement opinions.

15          MR. JACKSON:  Can we turn back to slide 20,

16    please.

17    BY MR. JACKSON:

18    Q.    What's the second part of your infringement opinions

19    in this case?

20    A.    Liquidia's Yutrepia label instructs doctors and

21    patients to directly infringe the asserted claims.

22    Q.    Okay.  And so let's go to slide 37.

23          Now, why is that the case?

24    A.    Well, the Yutrepia label provides instructions to

25    doctors and patients, and the Yutrepia label instructs

1    patients to inhale specific dosages with a specific device.

2               The Yutrepia label says that dosages are

3    equivalent to Tyvaso dosages in the INCREASE trial, which is

4    disclosed in a claim by the '327 patent.  So when following

5    the Yutrepia label, doctors and patients will practice the

6    claims.

7    Q.    Now, just so I understand, do you have any

8    understanding of where INCREASE is disclosed and claimed in

9    the '327 patent?

10   A.    It's disclosed in the claims.

11   Q.    And are there examples in the patent as well?

12   A.    Examples of?

13   Q.    Of the data from INCREASE in the patent.

14   A.    Yes, there are.

15   Q.    Let's turn back to the third part of your

16   infringement opinion.

17               Did you prepare a slide regarding that -- your

18   opinions on that point?

19   A.    Yes, I did.

20   Q.    And, sorry, what is that third point?

21   A.    The first point is that Liquidia knew the '327 patent

22   claims before seeking approval for PH-ILD.

23               The third bullet point was if Liquidia intends

24   doctors and patients to infringe the asserted claims, and

25   this is evidenced by Liquidia knowing or knew about the '327

 1    patent claims before seeking approval for PH-ILD.

 2              Liquidia also knew that practicing the Yutrepia

 3    label would infringe the '327 patent.  Nonetheless, Liquidia

 4    instructed infringement by both healthcare providers and

 5    patients.

 6              MR. JACKSON:  Unless the Court has any

 7    questions, I pass the witness.

 8              THE COURT:  No, thank you.

 9              MR. SUKDUANG:  Your Honor, given the time, do

10    you want to take lunch or --

11              THE COURT:  No, I'd like to get in another

12    20 minutes or so of testimony.

13              MR. SUKDUANG:  Your Honor, we have some binders.

14    Can we -- my colleague approach, Ms. Beveridge?

15              THE COURT:  Sure.

16                        CROSS-EXAMINATION

17    BY MR. SUKDUANG:

18    Q.    Good afternoon, Dr. Nathan.  How are you?

19    A.    Good afternoon.

20    Q.    Let me reintroduce myself.  I said hello to you this

21    morning, but it seems like so long ago.  We've met before in

22    the past.

23              I have some questions for you.  I'd like to talk

24    a little bit about the demonstratives you used.  Can we go

25    first to PDX -- plaintiff's demonstrative 11.  And I believe

1    you used this slide in your discussion to talk about failed

2    studies.

3    A.    Yes, I did.

4    Q.    Just to be clear, the PERFECT trial at the end, that

5    was after INCREASE and after the patent application of the

6    '327 patent was filed?

7    A.    That's correct.

8    Q.    And so no one knew about that as of the April 2020

9    PERFECT study being discontinued; correct?

10    A.    That's correct.

11    Q.    You also have a list of a bunch of Xes here, but

12    there are other studies regarding treprostinil.

13             MR. SUKDUANG:  Can we bring up Exhibit 82, or

14    demonstrative 82.

15    BY MR. SUKDUANG:

16    Q.    Now, I've overlaid, but you understand that

17    treprostinil, inhaled treprostinil, has been used in PH-ILD

18    patients prior to increase; correct?  And those are

19    identified here with Faria-Urbina, Agarwal, Parikh, John

20    Vane?

21    A.    That's not correct, in my viewpoint.

22    Q.    Because you don't believe these were PH-ILD patients;

23    correct?

24    A.    I think it was used in those patients that had PAH.

25    Q.    Great.

1                     And you know Dr. Waxman and Dr. Tapson; correct?

2     A.      I know Dr. Waxman.

3                     And who did you say?

4     Q.      Dr. Tapson?

5     A.      Oh, yeah.

6     Q.      And they were INCREASE steering committee chairs with

7     you; correct?

8     A.      That's correct.

9     Q.      And they were the ones that wrote these papers;

10    correct?

11    A.      They were coworkers; yes.

12    Q.      Now, you also brought up -- and I want to go to your

13    slide 16.  And you talked about when Yutrepia application

14    was filed and when Yutrepia was approved.  Let's overlay

15    when the '327 patent issued.

16                    Do you agree with me that Yutrepia -- Liquidia

17    filed for PH-ILD before the '327 patent actually issued;

18    correct?

19    A.      I do, but there is a caveat to that.

20    Q.      Well, I'm sure your counsel can bring that up, but

21    you agree that the '327 patent issued on November 2023?

22    A.      It issued at that time.

23    Q.      And you understand that for infringement, you cannot

24    infringe a patent that has not issued; correct?

25    A.      That's correct.

1  Q.      Can we also talk about your slide 18.  And I believe

2  you talked about this slide with counsel.

3  A.      Yes.

4  Q.      And if I remember correctly, the only document you

5  actually discussed in this slide is P, as in Peter, TX 385,

6  the product dossier; is that right?

7  A.      That's correct.

8  Q.      Can we go to your slide 24.

9          I believe you also spoke to counsel about this

10 slide; is that right?

11 A.      Correct.

12 Q.      Correct?

13 A.      Correct.

14 Q.      And you understand that infringement is assessed from

15 when Yutrepia is sold and used; correct?

16 A.      Correct.

17 Q.      And Yutrepia didn't begin being sold and used until

18 2025; correct?

19 A.      Correct.

20 Q.      Now, you point here to classifications.  And I think

21 throughout your testimony you referenced the April 2020 date

22 with counsel; correct?

23 A.      I didn't mention that date, but that was -- yeah, I

24 don't recall specifically mentioning that date.

25 Q.      But you specifically talked about a 2020 date;

1    correct?

2    A.      Yeah.

3    Q.      And in forming your opinions on infringement, you

4    relied on this Simonneau 2019 Sixth World Symposium

5    regarding the classifications for PH-ILD; correct?

6    A.      This paper is -- was used just to show the -- what

7    was in the Yutrepia label, how the Yutrepia label

8    categorizes Group 3, potentially.

9    Q.      You understand the Yutrepia label does not mention

10   the Simonneau paper; correct?

11   A.      It doesn't, but it references the same

12   classification.

13   Q.      Okay.  Well, actually -- and there was a Seventh

14   World Symposium; correct?

15   A.      There was.

16   Q.      And Dr. Channick was cochair of the task force

17   regarding PH-ILD on the Seventh World Symposium; correct?

18   A.      Correct.

19   Q.      And you weren't part of the Seventh World Symposium;

20   correct?

21   A.      Correct.

22   Q.      And the Seventh World Symposium actually changes the

23   language to PH associated with interstitial lung disease, or

24   more broadly, PH associated with lung disease; correct?

25   A.      Correct.

1    Q.     And so in 2025, today, there's just slightly

2    different language; correct?

3    A.     Correct.

4    Q.     Can we go to your slide 9, please.  And I believe in

5    your -- that you discussed this slide with your counsel, and

6    you also went to PTX 471, which I think is the source of

7    the -- this slide.

8    A.     Correct.

9              MR. SUKDUANG:  Can we go to PTX 471, please.

10   And can we go to page 5.

11   BY MR. SUKDUANG:

12   Q.     Just to be clear, PTX 471 is an article you and

13   others authored; correct?

14   A.     Correct.

15   Q.     Can we go to page 5.  And I believe you brought up

16   the top chart with counsel.

17              And this chart formed the basis of your slide 9;

18   correct?

19   A.     Correct.

20   Q.     And this chart has two wedges at the bottom.

21              Do you see that?

22   A.     Correct.

23   Q.     And so in looking at this, the far left side would be

24   on the wedge, essentially, PAH; correct?

25   A.     Correct.

1    Q.      And on the far right side would be someone with ILD;

2    correct?

3    A.      Correct.

4    Q.      And there's a range in the middle, though, that

5    doctors have to determine assessing a person's ILD as well

6    as their PH; correct?

7    A.      Correct.

8    Q.      In order to make a diagnosis of PH-ILD?

9    A.      Correct.

10   Q.      And so this picture that you generated in your

11   PTX 471 shows that there's a wide range, particularly in the

12   middle here and beyond, where a doctor could diagnose a

13   patient with PH-ILD when they assess both the level of PH

14   they have and the level of ILD they have; correct?

15   A.      Correct.

16   Q.      So there's a gradient in the diagnosis of PH-ILD; is

17   that right?

18   A.      There's a gray zone, yes.

19   Q.      And as of 2020, you'd agree with me that doctors,

20   when diagnosing PH-ILD, know about this gray zone and know

21   how to actually diagnose PH-ILD; correct?

22   A.      They also know how to diagnose PAH.  And in order to

23   get any PAH drug approved and paid for by insurers, doctors

24   have to attest to the fact that they have Group 1 PAH --

25   Q.      Right --

Nathan - Cross

1    A.      -- otherwise insurance is not going to pay.

2    Q.      I apologize.

3            But my question is:  Doctors who know how to

4    diagnose PH-ILD understand as of 2020 this gray zone that

5    you're talking about?

6    A.      Yes.

7    Q.      And they certainly understand the darker blue zone,

8    which you would agree is PH-ILD; correct?

9    A.      Correct.

10   Q.      And Dr. Waxman and Dr. Tapson and Dr. Hill and

11   Dr. Channick, they're all experts in the field of pulmonary

12   hypertension; correct?

13   A.      Correct.

14   Q.      And they know how to diagnose PH-ILD?

15   A.      They know how to diagnose PH-ILD when they see a

16   patient but maybe not retrospectively --

17   Q.      Sure.  And I'm sure your counsel will be able to see

18   that.

19           Can we also go to page 4.

20           Now, page 4 of PTX 471, in the middle, talks

21   about CLD-PH and "CLD" is chronic lung disease; correct?

22   A.      Correct.

23   Q.      And that would include interstitial lung disease?

24   A.      Correct.

25   Q.      And you have three criteria here.  Clearly CLD

Nathan - Cross

1    without PH, so that would include ILD without PH; correct?

2    A.    Correct.

3    Q.    And you provide certain hemodynamic pressure there

4    that would consider someone to be lung disease without

5    pulmonary hypertension; correct?

6    A.    Yes.

7    Q.    Sorry.  I couldn't hear you.

8    A.    Yes.

9    Q.    And number 2, you have CLD with PH; correct?

10   A.    Yes.

11   Q.    And CLD would include ILD with PH?

12   A.    Yes.

13   Q.    And group number 3 is CLD with severe PH; correct?

14   A.    Yes.

15   Q.    Number 2 and number 3 are both chronic lung diseases

16   including ILD with PH; correct?

17   A.    Yes.

18   Q.    And those two categories would be PH-ILD patients?

19   A.    Yes.

20   Q.    And you provide hemodynamic criteria for both;

21   correct?

22   A.    Yes.

23   Q.    And your paper you would deem as accurate; correct?

24   Your paper was peer-reviewed; correct?

25   A.    It was.

1    Q.    Can we go to the patent JTX 1, please.  And let's

2    take a look at Claim 1.

3          You'd agree -- you were previously deposed;

4    correct?

5    A.    Correct.

6    Q.    And you previously testified that Claim 1 doesn't

7    require -- there's no requirement in Claim 1 with respect to

8    the severity of the PH component of the PH-ILD patient;

9    correct?

10   A.    That's correct.

11   Q.    And you would agree with me that the Claim 1 doesn't

12   require any severity with respect to the ILD component of

13   PH-ILD patient claimed there; correct?

14   A.    Correct.

15   Q.    You also testified that the INCREASE study was the

16   basis of the Tyvaso label expansion to include PH-ILD?

17   A.    Correct.

18   Q.    And you also testified that the INCREASE study formed

19   the claims of the '327 patent that you discussed with

20   counsel?

21   A.    Yes.

22   Q.    And you also testified that the '327 patent is

23   disclosed in the specification of the '327 -- let me back

24   up.

25          The INCREASE results are disclosed in the

1    specification of the '327 patent?

2    A.    Yes.

3    Q.    And all the data in the '327 patent concerning PH-ILD

4    comes only from INCREASE; correct?

5    A.    Could you repeat that, please.

6    Q.    The data with respect to PH-ILD that was provided in

7    the specification of the '327 patent came from the INCREASE

8    study?

9    A.    Correct.

10   Q.    Now, the INCREASE study did not assess a dry powder

11   formulation of treprostinil, just to clarify.

12   A.    That is correct.

13   Q.    And Yutrepia is a dry powder formulation of

14   treprostinil; correct?

15   A.    Yes.

16   Q.    And although it's inhaled, it uses a different

17   delivery device than the Tyvaso product?

18   A.    Yes.

19   Q.    And it has a different formulation than the Tyvaso

20   product?

21   A.    To my understanding, yes.

22   Q.    You said to your understanding.  You talk about it's

23   dry powder versus a solution; correct?

24   A.    Yeah.

25   Q.    Those are different?

1    A.    Yeah.

2    Q.    And you previously testified that if you ran the

3    INCREASE study today but used Yutrepia, you would be

4    entirely speculating as to whether the results of the

5    INCREASE study would be achieved, didn't you?

6    A.    I'm not sure those are my exact words.

7    Q.    Let me bring up -- do you remember being deposed in

8    this case?

9    A.    I do.

10   Q.    Do you remember my colleague, Dr. Davies --

11   Mr. Davies deposed you?

12   A.    Correct.

13   Q.    You were sworn under oath to tell the truth; correct?

14   A.    Yes.

15   Q.    Can we go to page 110 of your March 28, 2025

16   deposition and lines 13 to 21.

17         Do you recall being asked this question and gave

18   this answer:

19         "Sitting here today, do you know how better or

20   how worse the results of the INCREASE trial would have been

21   if they had -- if you had used Yutrepia instead of Tyvaso?"

22   There was an objection.

23         Answer by you:  "No.  If I had to answer that, I

24   would be entirely speculating with no basis to do that."

25         You were asked that question and you gave that

1    answer; is that right?

2    A.    That's correct.

3    Q.    Thank you.  I'm sure your counsel can -- if he wants

4    to follow up with you, Dr. Nathan, I'm sure he will do so.

5          Can we bring up JTX 1.

6          You applied the Court's constructions in forming

7    your opinions on infringement; correct?

8    A.    Yes.

9    Q.    And you understand the Court construed the phrase "a"

10   or "the" in Claim 1 to mean one or more?

11   A.    Yes.

12   Q.    And you understand that when you -- and I think your

13   counsel indicated this to you, that in the INCREASE study,

14   not all patients obtained the primary endpoint of six-minute

15   walk distance; correct?

16   A.    Correct.

17   Q.    And with respect to the secondary endpoints,

18   NT-proBNP, forced vital capacity, and exacerbations of

19   interstitial lung disease, not all patients on treatment

20   also achieved that outcome; correct?

21   A.    Yes.

22   Q.    And in your own practice, you understand that in the

23   practice of medicine, sometimes a drug works and sometimes a

24   drug won't work for a patient; correct?

25   A.    Correct.

Nathan - Cross

1    Q.    And that's even if the drug is approved by the FDA

2    for that use?

3    A.    Correct.

4    Q.    And that would apply to your treatment of PH-ILD

5    patients with Tyvaso; correct?

6    A.    Yes.

7    Q.    Claim 1 talks about exercise capacity.  You'd agree

8    with me there's more than one way to evaluate whether a

9    patient's exercise capacity could be improved; isn't that

10   right?

11   A.    The generally accepted way is through a six-minute

12   walk test, but there are other ways.

13   Q.    The other ways include the three-minute step test?

14   A.    That's -- that's -- I don't use it personally, but I

15   guess it could be.

16   Q.    I'm not asking if you use it personally.

17          A three-minute step test is an exercise capacity

18   test used with patients; correct?

19   A.    To my understanding, yes.

20   Q.    And you also testified previously that when a patient

21   comes in to you reporting how they feel and function, they

22   can provide statements about how they were able to walk to

23   the mailbox when they weren't able to do that before;

24   correct?

25   A.    Yes.

1    Q.    They were able to walk upstairs without stopping in

2    the middle where previously they had to stop in the middle

3    of the stairs?

4    A.    I probably said something about that.

5    Q.    You talk about some of your patients that said they

6    were able to golf or at least walk around when they weren't

7    able to do that previously prior to the treatment; correct?

8    A.    I probably said something to that effect, yes.

9    Q.    And all of those --

10             THE COURT:  Mr. Sukduang, let the witness

11   actually finish speaking before you ask the next question.

12             MR. SUKDUANG:  Were you finished, Dr. Nathan?

13             THE WITNESS:  I was.

14             THE COURT:  When you start talking over him,

15   it's a problem for the court reporter and it's not polite.

16             MR. SUKDUANG:  I'm sorry.  I apologize.

17   BY MR. SUKDUANG:

18   Q.    Dr. Nathan, all of those other means to assess

19   exercise capacity are valid ways to determine whether a

20   patient's exercise capacity actually improved separate from

21   the six-minute walk test?

22   A.    When you infer the word "valid," I'm not sure they

23   have been validated.  I'm not familiar with the literature

24   about the three-minute stairstep test, and talking to a

25   patient, while we do that all the time and it reflects how

1    the patient does, that's not necessary as a clinical trial

2    endpoint.

3    Q.    Let me say it another way.

4          If a patient tells you that "I can walk further

5    than I was before after I started taking Tyvaso, I could go

6    golfing when I couldn't before," those would be statements

7    that you would take from your patient that indicated their

8    exercise capacity has, in fact, improved?

9    A.    It would be one parameter, but I would still look at

10   the six-minute walk test, which I do with all my patients

11   when they come to our clinic to validate what they said.

12   Q.    If you look at Claim 1, Claim 1 does not require the

13   six-minute walk test, does it?

14   A.    Not specifically, no.

15   Q.    And you looked at the indication in both the Tyvaso

16   and Yutrepia label; correct?

17   A.    Correct.

18   Q.    And you'd agree with me that the indication is PH-ILD

19   as you've abbreviated to improve exercise capacity; correct?

20   A.    Correct.

21   Q.    The indication both in Yutrepia and Tyvaso is not

22   PH-ILD to improve six-minute walk distance; correct?

23   A.    That's correct.

24   Q.    And you heard the testimony of Dr. Byrd from UTC and

25   Mr. Adair from Liquidia that was played earlier today ;

1    correct?

2    A.      Yes.

3    Q.      And you both -- you heard them both state that a

4    company like UTC and Liquidia can only promote and direct

5    according to the label; correct?

6    A.      Correct.  If I might comment on the six-minute walk

7    distance.

8    Q.      I'm sure your counsel can provide questions --

9           THE COURT:  Mr. Sukduang, this is probably a

10   good time to take a lunch break.  So we'll break for

11   50 minutes.  We'll be starting again at quarter of 2:00.

12          (A recess was taken, after which the following

13   proceedings were had:)

14          THE COURT:  Let's continue.

15   BY MR. SUKDUANG:

16   Q.      Welcome back from lunch, Dr. Nathan.

17   A.      Thank you.

18   Q.      Can we take a look at the claims being asserted.  Can

19   we bring back Defendant's Demonstrative 8.

20          I believe you provided opinions regarding the

21   claims and specifically more detailed discussions of

22   Claim 5, 6, 9, and 17; is that correct, Dr. Nathan?

23   A.      Correct.

24   Q.      In your opinion -- and I think you expressed this in

25   your expert report -- claims -- you don't believe that

1    anyone needs to measure the outcomes in Claims 5, 6, 9, and

2    17; is that right?

3    A.      That's correct.

4    Q.      And you previously testified that the outcomes in

5    Claims 5, 6, 9, and 17 are the intended result of the dosing

6    from Claim 1 in PH-ILD patients; is that correct?

7    A.      That's correct.

8    Q.      And you've testified that -- previously in your

9    deposition that as long as a doctor writes a prescription in

10   accordance with Claim 1, they will also infringe Claim 5, 6,

11   9, and 17.

12   A.      As long as they write a prescription, they will be

13   infringing all of the claims.

14   Q.      And you even provided opinions that the patient

15   doesn't need to actually achieve the outcomes in 5, 6, 9, or

16   17 to infringe; correct?

17   A.      That's correct, because we know from INCREASE that is

18   what happened when patients get inhaled treprostinil.

19   Q.      So you're relying on INCREASE, but in clinical

20   practice, so we're talking about clinical practice today,

21   when Yutrepia is used by doctors, the doctor doesn't need to

22   measure and confirm any of the outcomes with 5, 6, 9, and 17

23   for them to directly infringe in your opinion; correct?

24   A.      That's correct, because Yutrepia is regarded as

25   equivalent to Tyvaso and Tyvaso does all of these claims.

1    Q.      So in your opinion, if Claim 1 is infringed, then in

2    your mind, you've already proven Claims 5, 6, 9, and 17;

3    correct?

4    A.      I wouldn't use the word "proven," but you've

5    infringed on one of those claims by the prescription because

6    most patients will meet these claims when they're prescribed

7    Yutrepia.

8    Q.      So let me use your word instead of "proven."

9            In your opinion, if a doctor writes a

10   prescription in accordance with Claim 1, then in your

11   opinion, Claims 5, 6, 9, and 17 are directly infringed also?

12   A.      Well, please explain "in accordance with."

13   Q.      Ah.  Let me -- if they write a prescription for

14   Yutrepia for a PH-ILD patient using the dosing in Claim 1,

15   so that's what I mean by in accordance with.

16   A.      Okay.

17   Q.      Do you understand that?

18   A.      Yes.

19   Q.      Okay.  So if they write a prescription for Yutrepia

20   in accordance with Claim 1 as we just discussed, it's your

21   opinion that they automatically infringed Claim 5, 6, 9, and

22   17?

23   A.      Yes.

24   Q.      And with respect to Claims 6 and 9, do you see they

25   require a statistically significant result?

1    A.      Yes.

2    Q.      And 6 is a statistically significant reduction of at

3    least one exacerbation of the interstitial lung disease?

4    A.      Yes.

5    Q.      And Claim 9 is a statistically significant -- and

6    it's a typo, but a statistically significant improvement of

7    forced vital capacity, FVC, in the patient after 8 weeks,

8    12 weeks, or 16 weeks?

9    A.      Yes.

10   Q.      And in your opinion, the doctor, in order to directly

11   infringe Claims 6 and 9, does not need to assess whether a

12   statistically significant reduction or improvement in that

13   specific patient has occurred; correct?

14   A.      That's correct.

15   Q.      And even though the doctor does not have to assess

16   whether there's a statistically significant reduction or

17   improvement, your opinion is that the doctor would still be

18   directly infringing by writing the prescription?

19   A.      That's correct.

20   Q.      Now, I believe you testified that the comparators in

21   5, 6, 9, and 17 in the INCREASE study were to placebo;

22   correct?

23   A.      That's correct.

24   Q.      And the results achieved are not patients compared

25   to -- let me restate that.

1               The comparison is not to a patient on Tyvaso

2     with another patient on Tyvaso in the INCREASE study.  It

3     was a patient on Tyvaso compared to a patient on placebo;

4     correct?

5     A.      Correct.

6     Q.      And you would agree with me that the Yutrepia label

7     does not tell doctors to also treat patients with a placebo;

8     correct?

9     A.      That's correct.  But we know infringement will happen

10    because Yutrepia is equivalent to Tyvaso and we know that

11    this is what Tyvaso achieved in the INCREASE study.

12    Q.      So based on the INCREASE study, you believe

13    infringement of -- by Yutrepia will necessarily happen?

14    A.      Yes.

15    Q.      And that's based on the later results of INCREASE?

16    A.      On the results of the INCREASE study.

17    Q.      Yes?  Correct?

18    A.      You said the later results.

19    Q.      The --

20    A.      The results of the INCREASE study.

21    Q.      Are you -- I want to make sure I don't overspeak on

22    you.

23    A.      Go ahead.

24    Q.      I probably misspoke.

25               Your opinion is based upon the later report --

1    the later results of the INCREASE study?

2    A.      I'm not sure what the earlier results are.  The

3    results of the INCREASE study all came out together.

4    Q.      Okay.  Now, with respect to Claim 5, Claim 5 is

5    directed to a reduction in a plasma concentration of

6    NT-proBNP by at least 200 picograms per milliliter after 8,

7    12, or 16 weeks; correct?

8    A.      Correct.

9    Q.      You previously testified that the Yutrepia label is

10   not indicated for a method of reducing plasma concentrations

11   of NT-proBNP; correct?

12   A.      That's correct, but it still will happen once

13   Yutrepia is administered.

14   Q.      It will necessarily, inevitably happen when you

15   administer Yutrepia because of the INCREASE study?

16   A.      Not necessarily, inevitably.  It will happen probably

17   in a majority of the patients, but not every patient will

18   have that benefit.

19              MR. SUKDUANG:  And can we go to the Yutrepia

20   label, which is DTX 118.

21   BY MR. SUKDUANG:

22   Q.      And I believe you might have used a different version

23   of this in your statements, the PTX might be different.  But

24   can you go to section -- if you take a look at the

25   indications and usage section, the second bullet point,

1  pulmonary hypertension associated with interstitial lung

2  disease.

3  A.    Okay.

4  Q.    And you would agree with me that there's no label

5  indication for reduction of NT-proBNP?

6  A.    That's not in the label, but it's still going to

7  happen.

8  Q.    Right.

9          You've also testified previously that there is

10  no data in the Yutrepia label itself directed to NT-proBNP;

11  correct?

12  A.    There's no label, but what is in the label is the

13  statement that Yutrepia is equivalent to Tyvaso.  And we

14  know that Tyvaso affects the NT-proBNP.

15  Q.    I appreciate that.  My question is very specific.

16          You previously testified that the Yutrepia label

17  includes no reference to the words "NT-proBNP"; correct?

18  A.    That's correct.

19  Q.    And you previously testified that the type --

20  Yutrepia label does not include any actual data associated

21  with NT-proBNP; correct?

22  A.    That's correct.

23  Q.    And with respect to NT-proBNP, you pointed to the

24  Waxman *New England Journal of Medicine* article that reports

25  on the results of INCREASE; correct?

1    A.    Yes.

2              MR. SUKDUANG:  Can we take a look at Claim 6.

3    BY MR. SUKDUANG:

4    Q.    Claim 6 is directed to a statistically significant

5    reduction of at least one exacerbation of the interstitial

6    lung disease.

7              Do you see that?

8    A.    I do.

9    Q.    And going back to the Yutrepia label, DTX 118, you've

10   previously testified on page -- yes, thank you -- you

11   previously testified that the Yutrepia label is not

12   indicated for a reduction of at least one exacerbation of

13   interstitial lung disease; correct?

14   A.    Correct.

15   Q.    And you previously testified that there is actually

16   no data within the Yutrepia label directed to exacerbations

17   of underlying lung disease; correct?

18   A.    I believe that's correct.

19   Q.    And you previously testified that the Yutrepia label

20   nowhere -- nowhere in the Yutrepia label do the words

21   "exacerbations of underlying lung disease" appear; correct?

22   A.    I believe that's correct.

23   Q.    And you previously testified that outside the context

24   of a clinical trial, doctors don't typically monitor

25   exacerbations of underlying lung disease; correct?

1      MR. JACKSON:  Your Honor, I'm just going to

2  object.  This seems to be improper impeachment with the

3  "you've previously testified."  I'm fine with him asking the

4  question directly, but just the "you previously testified."

5      THE COURT:  All right.  So there's been a lot of

6  that going on on both sides.  I'm happy to enforce that if

7  that's what you'd like for both sides because -- just ask --

8  all right.  Go ahead.

9      MR. JACKSON:  Yes, Your Honor.  Thank you.

10      MR. SUKDUANG:  If that's the case, then he --

11  his entire direct was leading.  So are you enforcing it?

12      THE COURT:  So why don't we do it the right way.

13  Somebody has raised the issue.  You know, ask him what his

14  opinions are, not what he testified about before --

15      MR. SUKDUANG:  Sure.

16      THE COURT:  -- unless you're impeaching him.

17      MR. SUKDUANG:  Sure.

18      THE COURT:  -- in which case you first have to

19  ask him about it.

20  BY MR. SUKDUANG:

21  Q.      Dr. Nathan, isn't it correct that outside the context

22  of a clinical trial, doctors do not routinely monitor

23  exacerbations of interstitial lung disease?

24  A.      That's not entirely correct.  When patients have an

25  acute exacerbation of their interstitial lung disease, we

1    know about it.  They either call or they come to the

2    hospital or they're admitted.  But it's not a checkbox when

3    they come to the clinic.  It's a real event where they get

4    significantly short of breath and will either call or come

5    to the hospital.  So in some ways we are documenting it in

6    the chart, in the patient's chart.

7    Q.      Do you remember being deposed in this case?

8    A.      Yes, I do.

9            MR. SUKDUANG:  Can we bring up transcript 142,

10   please.

11   BY MR. SUKDUANG:

12   Q.      Do you remember being -- starting at line 23.

13           Do you remember being asked the question:

14           "QUESTION:  "Outside of the context of a

15   clinical trial in PH-ILD patients on inhaled treprostinil,

16   do you monitor exacerbations of underlying lung disease?

17           "ANSWER:  Exacerbations are something you don't

18   monitor for."

19           Did you provide that answer to that question?

20   A.      I did, and my answer, again, is very similar.  It's

21   something that patients will present with.  It takes a lot

22   of course for patients to show short of breath.  Some of

23   them are admitted, some of them aren't, but we certainly

24   know about it and it's documented in the patient's chart.

25   Q.      Okay.  And with respect to monitoring, your testimony

1    here is correct?

2    A.    Yes.

3         MR. SUKDUANG:  Can we go to Claim 9, please.

4    BY MR. SUKDUANG:

5    Q.    And you spoke about Claim 9.

6    A.    Yes.

7    Q.    Claim 9 requires a statistically significant -- we

8    agree there's a typo there -- but a statistically

9    significant improvement of forced vital capacity, FVC, in

10   the patient after 8 weeks, 12 weeks, or 16 weeks; correct?

11   A.    Correct.

12   Q.    And I believe that the term improves -- well, let me

13   move on from that topic.

14        MR. SUKDUANG:  Can we look at DTX 118, please,

15   which is the Yutrepia label.

16   BY MR. SUKDUANG:

17   Q.    Yutrepia is not indicated or approved for a

18   improvement in FVC; correct?

19   A.    Correct.

20   Q.    And the terms "forced vital capacity," or FVC, is

21   never mentioned in the Yutrepia label; correct?

22   A.    I believe that's correct.

23   Q.    And the Yutrepia label does not provide any data

24   regarding forced vital capacity, FVC; correct?

25   A.    I believe that's correct.

1    Q.      I might have asked this of you, and I apologize.

2            The Yutrepia label does not mention forced vital

3    capacity at all; is that correct?

4    A.      I believe that's correct.

5    Q.      Okay.  And I'm sorry if I asked that before.

6            MR. SUKDUANG:  Can we look at Claim 17, please.

7    BY MR. SUKDUANG:

8    Q.      Claim 17 requires an increase in six-minute walk

9    distance of the patient by at least 10 meters after eight

10   weeks.

11           Do you see that?

12   A.      Yes, I do.

13   Q.      And so Claim 17 isn't exercise capacity generally,

14   it's six-minute walk specifically; correct?

15   A.      Correct.

16   Q.      And a patient has to achieve 10 meters after eight

17   weeks; correct?

18   A.      Correct.

19   Q.      And you testified earlier with respect to six-minute

20   walk that even if a patient comes in and says, I think I can

21   exercise better, you, in your practice, need to validate

22   that with a six-minute walk test; correct?

23   A.      We don't use it to validate.  We get six-minute walks

24   routinely.  So we'll see the objective evidence, what they

25   do, from an exercise standpoint.  That -- it's not that the

1    patient says, "I walked this amount further," it's like

2    ah-ha, I'm going to send you for a six-minute walk just to

3    see that what you're telling is the truth.

4    Q.    But you don't take the patient at their word, you

5    perform a six-minute walk test to confirm that?

6    A.    No.  We take the patient at their word, but we give a

7    six-minute walk test routinely every time the patient comes

8    back to the clinic and we put the two together contextually.

9    Q.    But in your opinion, with respect to Claim 17, a

10   doctor doesn't need to measure a six-minute walk distance in

11   order to infringe Claim 17; correct?

12   A.    That's correct.

13              MR. SUKDUANG:  Can we go back to the Yutrepia

14   label.

15   BY MR. SUKDUANG:

16   Q.    And I believe we talked about this earlier in the

17   indications.

18              While the Yutrepia label is indicated for PH-ILD

19   to improve exercise capacity, it is not indicated to

20   increase six-minute walk distance, is it?

21   A.    Exercise capacity is evaluated through the six-minute

22   walk.  The six-minute walk was the primary endpoint in the

23   INCREASE study, and that's how we know that Tyvaso improves

24   exercise capacity or ability.

25   Q.    Sure.  I appreciate that, Dr. Nathan.

 1              But with respect to the indications, the

 2    Yutrepia label is not approved specifically for the

 3    six-minute walk test; correct?

 4    A.     That's correct.

 5    Q.     And it's not specifically approved for the increasing

 6    distance of 10 meters using the six-minute walk distance;

 7    correct?

 8    A.     That's correct.  However, the information in the

 9    label attests to the INCREASE study which demonstrates

10    improvement in exercise ability through the six-minute walk

11    test.

12    Q.     And I believe you previously testified today that UTC

13    and Liquidia cannot promote their drugs beyond what the

14    indications are and you heard that from Mr. Adair and

15    Dr. Byrd; correct?

16    A.     That's correct.

17    Q.     You did talk about the INCREASE section of the

18    Yutrepia label and I'd like to turn to that.  I think it's

19    Section 14.2.

20              And the first -- in the second paragraph, you

21    made reference to the first highlighted sentence when it's

22    talking about the number of breaths in INCREASE to the

23    number of breaths for Yutrepia; is that right?

24    A.     Number of breaths in INCREASE per cartridge size of

25    Yutrepia.

1    Q.    Correct.  For example, nine breaths and you mentioned

2    equivalent to 79.5 micrograms of Yutrepia; correct?

3    A.    Correct.

4    Q.    And this talked about the number of breaths used in

5    INCREASE versus the number of dose of Yutrepia; correct?

6    A.    Correct.

7    Q.    So what this is saying is that the dose of nine

8    breaths is equivalent to the dose of 79.5 micrograms;

9    correct?

10   A.    Yes, because they both give the same result.

11   Q.    And with respect to 12, the dose of 12 breaths for

12   Yutrepia is equivalent to the same amount of 106 micrograms

13   of Yutrepia; correct?

14   A.    Yes, because they both provide the same result.

15   Q.    With respect to -- if you turn to the next page.  It

16   might be at the bottom.  The next page, please.

17            I believe you talked about some of the

18   six-minute walk distance in Figure 3 during your testimony;

19   correct?

20   A.    Correct.

21   Q.    And with respect to claims -- let me back up.

22            This is data from INCREASE; correct?

23   A.    That's correct.

24   Q.    It's not data with Yutrepia; correct?

25   A.    That's correct.

1   Q.      And it's providing a six-minute walk distance for

2   INCREASE?

3   A.      Yes.

4   Q.      At various time points?

5   A.      Correct.

6   Q.      Now, the INCREASE study itself was published and I

7   think you talked a lot about this with respect to Claims 5,

8   6, and 9 in the Waxman *New England Journal of Medicine*

9   article?

10  A.      Correct.

11  Q.      The Waxman *New England Journal of Medicine* article is

12  not cited in the Yutrepia label, is it?

13  A.      It's not cited, but a lot of the information is taken

14  verbatim from the article.

15  Q.      Actually, the only information from INCREASE is

16  recited in Section 14.2 of the Yutrepia label; correct?

17  A.      I'm not sure that's correct.  I've seen other areas

18  that look like they're taken out of the INCREASE study.

19  Q.      You pointed to 14.2; correct?  If there are other

20  areas, I'm sure your counsel can point to them.

21          But what you relied on was Section 14.2 for the

22  reference of INCREASE; correct?

23  A.      If you can go back to 14.2 and remind me what that

24  was.  Yeah.

25  Q.      And the *New England Journal of Medicine* article is

1    not cited in the Yutrepia label at all; correct?

2    A.    It's not, but these tables are taken directly from

3    the study.

4    Q.    And I think you also talked about your *Lancet* paper

5    which was a post hoc analysis of INCREASE?

6    A.    That was the *Lancet* respiratory medicine.  That's

7    correct.

8    Q.    And the *Lancet* paper is not cited in Yutrepia either?

9    A.    No.

10   Q.    And you testified with your counsel that everything a

11   doctor needs to know on how to safely and effectively use a

12   drug is contained in the label; correct?

13   A.    It provides the basics of what a doctor needs to know

14   to safely prescribe the medication.  It's not to say it's

15   everything the doctor should know about the drug.

16   Q.    But the FDA dictates what is needed for a doctor to

17   safely and effectively prescribe a drug; correct?

18   A.    The FDA informs physicians through the label what

19   they need to know about the drug, but most physicians will

20   read the associated papers, especially if they're

21   prescribing Tyvaso for PH-ILD.

22   Q.    And I believe they do that if they're interested in

23   learning more about what the study is about or this

24   particular drug; correct?

25   A.    Correct.

1    Q.    You also mentioned a product dossier -- I think it

2    was PTX 385 -- during your direct.  Can we bring that up.

3            You agree this product dossier is not cited in

4    the Yutrepia label; correct?

5    A.    To my knowledge, no.

6    Q.    Let's look a little bit more about this product

7    dossier.  I believe your demonstrative indicated that this

8    was in the category of documents sent to payers or health

9    insurance companies; right?

10   A.    I believe that's correct.

11   Q.    And you agree that health insurance companies do not

12   prescribe Yutrepia?

13   A.    They do not prescribe Yutrepia itself.

14   Q.    And the product dossier is not meant for doctors;

15   correct?

16   A.    I'm not sure what Liquidia's plan is with the product

17   dossier.  I'm not sure if they do provide it to doctors.  If

18   you look at the title, Submission of Clinical and Economic

19   Data Supporting Pulmonary Consideration of -- some doctors

20   might sit on P&T committees at hospitals, so they might

21   provide this to some physicians.

22   Q.    Were you finished?

23   A.    Yes.

24   Q.    But the point of this is for insurance companies to

25   determine whether they should pay for Yutrepia for

1    particular patients?

2    A.    That's probably one of the purposes, yes.

3    Q.    Can we go to page 2.

4          And you read this entire document; correct?

5    A.    Yes, I did.

6    Q.    And page 2 says:  "This dossier is not to be

7    considered as marketing or promoting the use of Yutrepia."

8          Correct?

9    A.    Yes, it does.

10   Q.    You can take that down.

11         Dr. Nathan, you talked somewhat about

12   pharmacokinetics.  Do you recall that?

13   A.    Yes, I do.

14   Q.    And pharmacokinetics are -- is measured with respect

15   to drawing blood and how much drug is in the blood?

16   A.    For the most part, yes.

17   Q.    And I believe in the discussion of pharmacokinetics,

18   you referenced PTX 379.  Can we bring that up.

19         And this is the J.P. Morgan Healthcare

20   Conference you discussed?

21   A.    Correct.

22   Q.    And I believe you went to page 9.  Can we bring up

23   the top part of it.

24         And I think you highlighted the comparable

25   pharmacokinetics of Tyvaso; correct?

1    A.    Correct.

2    Q.    Do you see what -- the title is "Yutrepia is

3    Well-Studied and Tentatively Approved By FDA for PAH"?

4    A.    Yes.

5    Q.    PAH is not PH-ILD; correct?

6    A.    That's correct.

7    Q.    And comparable pharmacokinetics to Tyvaso, there's a

8    numeral 1 associated there; correct?

9    A.    Yes.

10   Q.    And the numeral 1 is at the bottom and it's Roscigno,

11   et al., *Vascular Pharmacology* June 2021 paper.  Do you see

12   that?

13   A.    Yes.

14   Q.    Dr. Nathan, can we go up to that exhibit, PTX 394.

15   If you bring up the title.  This is the Roscigno paper in

16   *Vascular Pharmacology* that's referenced on the slide you

17   pointed the Court to?

18   A.    Yes.

19   Q.    And the title is "Comparative Bioavailability of

20   Inhaled Treprostinil Administered in LIQ 861 and Tyvaso in

21   Healthy Subjects"; right?

22   A.    Correct.

23   Q.    And LIQ 861 is what's now called Yutrepia?

24   A.    Correct.

25   Q.    And this data you pointed to is healthy subjects, not

1    patients; correct?

2    A.    That's correct.

3    Q.    So the pharmacokinetic data that you pointed to is

4    not in the PH-ILD patients; correct?

5    A.    That's correct.

6    Q.    These patients, that part of the pharmacokinetics

7    study had no pulmonary hypertension disease of any kind;

8    correct?

9    A.    Correct.

10   Q.    As part of the INCREASE study, there were inclusion

11   and exclusion criteria; correct?

12   A.    That's correct.

13   Q.    The Yutrepia label is not limited to the specific

14   inclusion and exclusion criteria for INCREASE; correct?

15   A.    That's correct.

16   Q.    The Tyvaso label is also not limited to the specific

17   inclusion and exclusion criteria for INCREASE; correct?

18   A.    Correct.

19         MR. SUKDUANG:  Your Honor, I've been told I

20   should enter into evidence the Yutrepia label, DTX 118.

21         THE COURT:  Isn't that already in?

22         MR. SUKDUANG:  I believe it is.

23         THE COURT:  With the plaintiff's number.

24         MR. SUKDUANG:  Yes.

25         THE COURT:  So one of it in the record is

 1    enough, I think.

 2              MR. SUKDUANG:   Thank you.

 3              Dr. Nathan, I appreciate your time.  I apologize

 4    for speaking over you earlier, but I have no further

 5    questions.

 6              THE WITNESS:   Thank you.

 7              THE COURT:  All right.  Is there any redirect?

 8              MR. JACKSON:   Just a couple of very quick

 9    questions.

10              Mr. Smith, can you pull up the chart or the

11    document that Mr. Sukduang was just using with the asserted

12    claims?  This one.  I think it's page 8 of their opening.

13              Now can you pull up the chart from Dr. Nathan's

14    direct that identifies the claims.

15                         REDIRECT EXAMINATION

16    BY MR. JACKSON:

17    Q.    So do you recall Mr. Sukduang asking you some

18    questions about whether you, if administering a drug -- the

19    drug inconsistent with -- sorry -- administering Yutrepia

20    consistent with Claim 1, whether you infringe Claim 5, 6, 9,

21    and 17.

22              Do you recall that testimony?

23    A.    I do, yes.

24    Q.    Now, let's just say -- I'm going to give you a

25    hypothetical.  Let's say Pfizer came up with a brand new

1    drug, a brand new version of inhaled treprostinil.  Okay?

2              Are you with me?

3    A.    Yes.

4    Q.    And that -- and Pfizer then went through their own

5    clinical trials and they had whatever the results of those

6    clinical trials were, and they sought FDA approval and they

7    got FDA approval.

8              Are you with me so far?

9    A.    Yes.

10   Q.    If somebody administered at least 15 micrograms of --

11   or up to a maximum tolerated dose of that treprostinil

12   product, would they necessarily infringe Claim 5?

13   A.    No, they wouldn't.

14   Q.    Why not?

15   A.    Because they would have their own dataset and it

16   depends on what their dataset shows.  And that might show

17   something a little bit different or quite a bit different,

18   we don't know.

19              But because Yutrepia is reliant entirely on the

20   INCREASE study, we know that Yutrepia will infringe each of

21   these, whereas the hypothetical Pfizer product, which has

22   its own study, we don't know if it would infringe these or

23   not.

24   Q.    So is that equally true for Claim 6?

25   A.    That's equally true for all of the claims.

1    Q.    So claims -- just let me check one by one.

2    A.    Yeah.

3    Q.    Is that equally true for Claim 6?

4    A.    Correct.

5    Q.    Equally true for Claim 9?

6    A.    Correct.

7    Q.    Equally true for Claim 17?

8    A.    Correct.

9            MR. JACKSON:  Okay.  I have nothing further, and

10   thank you for your time.

11           THE WITNESS:  Thank you.

12           THE COURT:  Okay.  Do you have anymore

13   questions, Mr. Sukduang?

14           MR. SUKDUANG:  I don't.

15           THE COURT:  Okay.  So, Doctor, you can step

16   down.  Watch your step, okay.

17           THE WITNESS:  Thank you.

18           MR. JACKSON:  With that, Your Honor, UTC closes

19   its infringement case.

20           THE COURT:  Okay.

21           MR. JACKSON:  Thank you.

22           MR. SUKDUANG:  Your Honor, just briefly,

23   Liquidia would like to move under rule -- Federal Rule of

24   Civil Procedure 52(c) for a judgment of no direct or induced

25   infringement of Claims 5, 6, 9, and 17 of the '327 patent.

1          We'd also like to move under 52(c) -- UTC put in

2     their pretrial findings and conclusions infringement under

3     the doctrine of equivalents.  There was no evidence

4     presented regarding the doctrine of equivalents so we'd like

5     to move for no infringement under the doctrine of

6     equivalents.

7          And in UTC's pretrial papers, they also allege

8     the ASCENT study directly infringes an induces infringement

9     of the '327 patent.  Dr. Nathan provided no evidence with

10    respect to infringement associated with the ASCENT study.

11    So we move under 52(c) with respect to the ASCENT study was

12    not directly or induced infringement the asserted claims of

13    '327 patent.

14          THE COURT:  All right.  Well, the first ground

15    is denied.

16          Is there any reason of why the doctrine of

17    equivalents and the ASCENT grounds I shouldn't grant?

18          MR. JACKSON:  We didn't present any evidence and

19    we aren't -- we don't -- we're not opposing that motion.

20          THE COURT:  Okay.  So I'll grant that part of

21    it.

22          All right.  Let's go on to the defendant's case.

23          MR. SUKDUANG:  Your Honor, at this time Liquidia

24    calls Dr. Richard Channick --

25          THE COURT:  Okay.

```
 1              MR. SUKDUANG:  -- a doctor at UCLA.

 2              UNIDENTIFIED SPEAKER:  Your Honor, may I

 3    approach?

 4              THE COURTROOM DEPUTY:  Please state and spell

 5    your full name for the record.

 6              THE WITNESS:  Richard Channick, C-H-A-N-N-I-C-K.

 7                        RICHARD CHANNICK,

 8              called as a witness on behalf of the

 9              Defendant, was sworn, and testified

10              as follows:

11

12              MR. SUKDUANG:  May I proceed, Your Honor?

13              THE COURT:  Yes.

14                      DIRECT EXAMINATION

15    BY MR. SUKDUANG:

16    Q.    Good afternoon, Dr. Channick.

17    A.    Good afternoon.

18    Q.    Where are you currently employed?

19    A.    The University of California, Los Angeles.

20    Q.    And what is your job title?

21    A.    I'm the director of medicine and director of the

22    pulmonary hypertension program there, as well as the Saul

23    Brandman chair of pulmonary arterial hypertension.

24    Q.    How long have you been at UCLA?

25    A.    Since 2018.
```

1    Q.      And generally, what are your responsibilities at

2    UCLA?

3    A.      I run a very large pulmonary hypertension program.

4    I'm involved in clinical research, teaching.

5    Q.      Do you see patients?

6    A.      I do.

7    Q.      Generally, what type of patients do you treat?

8    A.      All forms of pulmonary hypertension.

9    Q.      Would that include PH-ILD?

10   A.      It would.

11   Q.      I used the term "PH-ILD" there.

12           You understand that the claims associated here

13   are pulmonary hypertension associated with interstitial lung

14   disease?

15   A.      Correct.

16   Q.      And do you understand that phrase to be PH-ILD?

17   A.      Yes.

18   Q.      Okay.  How many years have you been treating patients

19   with PH-ILD?

20   A.      About 35.

21   Q.      And with respect to pulmonary hypertension itself,

22   about how many patients have you treated over your career

23   with pulmonary hypertension disease?

24   A.      Thousands.

25   Q.      And about how many patients in your career have you

1    treated with PH-ILD?

2    A.    A thousand.

3    Q.    Do you have a CV?

4    A.    I do.

5          MR. SUKDUANG:  Can we take a look at it.  It's

6    DTX 619.

7    BY MR. SUKDUANG:

8    Q.    Is this a copy of your CV, Dr. Channick?

9    A.    Yes.

10          MR. SUKDUANG:  Your Honor, I'd like to move DTX

11    619 into evidence.

12          MR. CARSTEN:  No objection.

13          THE COURT:  Admitted without objection.

14          (Thereupon, Defendant's Exhibit Number DTX 619

15    was admitted.)

16    BY MR. SUKDUANG:

17    Q.    Dr. Channick, when did you graduate medical school?

18    A.    1984.

19    Q.    And what university did you go to?

20    A.    Temple University School of Medicine.

21    Q.    Can you take a look at pages 1 and 2 of your CV.

22          Do these reflect the positions you had prior to

23    joining UCLA?

24    A.    Yes.

25    Q.    In each of those positions, did you treat patients

1    with pulmonary hypertension?

2    A.    I did.

3    Q.    Did you treat patients with PH-ILD?

4    A.    Yes.

5    Q.    Have you published in the area of PH and PH-ILD?

6    A.    Yes.

7    Q.    Approximately how many publications have you

8    published in that particular area?

9    A.    Over 200.

10    Q.    Do you have experience in clinical trials?

11    A.    I do.

12    Q.    Approximately how many clinical trials have you

13    participated in over the course of your career?

14    A.    Over a hundred.

15    Q.    Did any of those trials concern drugs to treat

16    PH-ILD?

17    A.    Yes.

18    Q.    And do you recall about how many clinical trials

19    you've been associated with for PH-ILD?

20    A.    A dozen.

21    Q.    Have you been involved in developing diagnosis

22    criteria for PH-ILD?

23    A.    I have.

24    Q.    And when was that?

25    A.    Most recently, the Seventh World Symposium for

1    Pulmonary Hypertension 2024.

2    Q.    And what specifically were you part of with respect

3    to that diagnosis criteria?

4    A.    I was cochair of the task force on PH and lung

5    disease.

6    Q.    Did you hear Dr. Nathan talk about the Sixth World

7    Symposium and that he was a chair of that?

8    A.    Yes.

9    Q.    Is the Seventh World Symposium, where you were a

10   chair of, just the next version of the Sixth?

11   A.    Yes.  We have them about every five years.

12   Q.    And as part of that symposium, did you develop

13   guidelines for diagnosing PH-ILD?

14   A.    Yes, we developed a set of recommendations.

15   Q.    And are those recommendations followed today?

16   A.    Yes.

17          MR. SUKDUANG:  Your Honor, we'd like to offer

18   Dr. Channick as an expert in the field of treating pulmonary

19   hypertension, including pulmonary hypertension associated

20   with interstitial lung disease with therapies including

21   inhaled therapies.

22          MR. CARSTEN:  No objection, Your Honor.

23          THE COURT:  All right.  You may proceed.

24   BY MR. SUKDUANG:

25   Q.    Dr. Channick, did you consider the '327 patent in

 1   forming your opinions?

 2   A.    I did.

 3   Q.    Did you create a demonstrative regarding the asserted

 4   claims?

 5   A.    Yes.

 6             MR. SUKDUANG:  Can we take a look at exhibit --

 7   excuse me, Demonstrative 2.3.

 8   BY MR. SUKDUANG:

 9   Q.    Are these the asserted claims by UTC?

10   A.    Yes.

11   Q.    Did you also consider the Court's claim constructions

12   associated with these claims?

13   A.    I did.

14   Q.    And did you apply those claim constructions in

15   forming your opinions?

16   A.    Yes.

17   Q.    Dr. Nathan provided a background about PH-ILD.  I

18   just want to get your view on it.

19             What is PH-ILD?

20   A.    Yeah, very simply, PH-ILD is the presence of

21   pulmonary hypertension and interstitial lung disease.

22   Q.    And how do you diagnose PH-ILD?

23   A.    So we need to diagnose the pulmonary hypertension

24   first, which is, as Dr. Nathan said, high blood pressure in

25   the lungs.  And we typically do that by a number of tests,

1    including what's called a right-heart catheterization

2    measure that pressure and measure how the heart is working.

3          Then we have to diagnose the interstitial lung

4    disease, which he also explained what that is.  It is a

5    process in the interstitium, which is the layer between the

6    alveolus and the blood vessels, and that becomes damaged,

7    thickened, scarred.  And that's what we call interstitial

8    lung disease.  To diagnose that, usually a series of tests

9    show some CAT scans or CT scans of the lung also pulmonary

10   function testing and then occasional cases lung biopsy.

11   Q.     Does PH-ILD fall within Group 3?

12   A.     It does.

13   Q.     And doctors who specialize in the treatment of

14   pulmonary hypertension and PH-ILD, are they trained to know

15   how to diagnose PH-ILD?

16   A.     Yes.

17   Q.     Are they trained to know how to diagnose PAH?

18   A.     Yes.

19   Q.     Do you personally know Dr. Waxman?

20   A.     Yes.

21   Q.     Do you believe he knows how to accurately diagnose

22   PH-ILD patients?

23   A.     Yes.

24   Q.     Do you know Dr. Tapson?

25   A.     Yes.

Channick - Direct

1    Q.    And do you believe he knows how to accurately

2    diagnose PH-ILD patients?

3    A.    Yes.

4    Q.    Have you reviewed the Yutrepia label in forming your

5    opinions on noninfringement?

6    A.    I have.

7    Q.    Can we take a look at that.  It's DTX 118 and page 4.

8          Just briefly, what is Yutrepia?

9    A.    Yutrepia is a dry powder formulation of treprostinil.

10   Q.    And let's take a look at the indication and usage

11   section.  What two indications are Yutrepia approved for?

12   A.    The first is pulmonary arterial hypertension or PAH

13   to improve exercise ability.

14   Q.    And the second?

15   A.    Pulmonary hypertension associated with interstitial

16   lung disease or PH-ILD Group 3 to improve exercise ability.

17   Q.    Is the dosing for Yutrepia for PAH and PH-ILD the

18   same?

19   A.    It is.

20   Q.    Have you used Tyvaso in the past?

21   A.    I have.

22   Q.    And do you understand Tyvaso is now approved for both

23   PAH and PH-ILD?

24   A.    Yes.

25   Q.    Is the dosing on the Yutrepia label today the same

1    for both PAH and PH-ILD?

2    A.    Yes.

3    Q.    So regardless of whether a doctor is treating PAH or

4    PH-ILD, they'll dose that patient with Yutrepia or Tyvaso

5    the same way?

6    A.    They will.

7    Q.    Is Yutrepia a generic version of Tyvaso?

8    A.    No.

9    Q.    Are their formulations different?

10    A.    Yes.

11    Q.    How are they different?

12    A.    Tyvaso is a solution delivered by nebulized

13    inhalation.  Yutrepia is a specifically designed dry powder

14    inhaler delivered through an inhaler.

15    Q.    Are the delivery devices the same between the two?

16    A.    No.

17    Q.    Let's go back to the claims, Exhibit 3, and talk

18    about Claim 5.  Briefly, what does Claim 5 require?

19    A.    Claim 5 requires a reduction in plasma concentration

20    of NT-proBNP in a patient by at least 200 picograms per ML

21    after 8, 12, or 16 weeks.

22    Q.    What is NT-proBNP?

23    A.    It's a hormone that typically is produced and can be

24    measured in the blood and is a sign of heart strain.

25    Q.    In your opinion, for Claim 5, to confirm whether

1    there was a reduction of NT-proBNP after 8, 12, or 16 weeks,

2    would a doctor have to measure a patient's NT-proBNP levels

3    prior to dosing with treprostinil?

4    A.    Yes.

5    Q.    Would they need to take a follow-up measurement after

6    8, 12, and 16 weeks of that patient's NT-proBNP level after

7    being given treprostinil?

8    A.    They would.

9    Q.    What if a doctor never measured the NT-proBNP levels

10   before or after administering treprostinil?  Would they know

11   the patient's specific NT-proBNP levels were reduced by

12   these 200 picograms per ML after 8, 12, 16 weeks?

13   A.    No.

14   Q.    You heard Dr. Nathan say that with respect to

15   Claim 5, he doesn't believe you actually have to do

16   anything.  You don't have to measure the requirements that

17   are recited in Claim 5.  Did you hear that testimony?

18   A.    I did.

19   Q.    Do you agree with that?

20   A.    No.

21   Q.    Let's go back to the label, DTX 118, and the

22   indications and usage section.

23          Is Yutrepia indicated for the reduction of

24   NT-proBNP in any manner?

25   A.    No.

1    Q.      Is there any mention of NT-proBNP at all in the

2    Yutrepia label?

3    A.      No.

4    Q.      Is there any NT-proBNP data reflected in the Yutrepia

5    label at all?

6    A.      No.

7    Q.      You heard Dr. Byrd from UTC and Mr. Adair from

8    Liquidia testify that companies like UTC and Liquidia cannot

9    promote beyond what's in the label.  Do you recall that

10   testimony?

11   A.      Yes.

12   Q.      Can Liquidia promote the use of Yutrepia to reduce

13   NT-proBNP levels?

14   A.      No.

15   Q.      Why not?

16   A.      It's not in the label and it's an FDA requirement

17   that you can only promote what's in the label.

18   Q.      Now, to safely administer Yutrepia, does a doctor

19   need to monitor a patient's NT-proBNP levels?

20   A.      No.

21   Q.      Does a label actually instruct a doctor to measure

22   NT-proBNP of a PH-ILD patient at any point in time?

23   A.      No.

24   Q.      Dr. Nathan made reference to an INCREASE article from

25   *New England Journal of Medicine*.  Does the INCREASE label --

1    excuse me.

2                    Does the Yutrepia label instruct doctors to read

3    that paper?

4    A.      No.

5    Q.      Does the Yutrepia label instruct doctors to read

6    anything outside of the label itself?

7    A.      No.

8    Q.      Does a doctor, in order to administer Yutrepia safely

9    and effectively, need to review anything outside of the

10   label?

11   A.      No.

12   Q.      Why not?

13   A.      The label is designed specifically to provide all the

14   information a doctor will need to safely and effectively

15   prescribe a drug.

16   Q.      If the doctor did read anything outside the label,

17   would that be at their own volition?

18   A.      Yes.

19   Q.      Looking at the Yutrepia label as a whole, is there

20   anything that would lead a doctor to directly infringe Claim

21   5, in your opinion?

22   A.      No.

23   Q.      Looking at the Yutrepia label as a whole, does it

24   instruct or encourage doctors to measure NT-proBNP?

25   A.      No.

1    Q.      In your opinion, does anything in the Yutrepia label

2    induce doctors to infringe Claim 5?

3    A.      No.

4    Q.      Can we look at Claim 6?

5            THE COURT:  Before we go on, Dr. Channick, in

6    your practice when you're treating a patient with PH-ILD, do

7    you do -- through lab tests or whatever, do you measure

8    NT-proBNP?

9            THE WITNESS:  I actually don't routinely in

10   PH-ILD.  In fact, our lab doesn't even run NT-proBNP.  It

11   runs BNP levels, but certainly not standard in my practice,

12   a very busy practice, as well as many colleagues, to

13   routinely measure BNP.  We're looking at other parameters

14   like exercise ability and other factors to look for

15   improvement in the patients.  But I don't routinely measure

16   it.

17           THE COURT:  Thank you.

18           MR. SUKDUANG:  May I move on, Your Honor?

19           THE COURT:  Yes.

20   BY MR. SUKDUANG:

21   Q.      Can we go to Claim 6 in Exhibit 3.  Just briefly,

22   what's your understanding of what Claim 6 requires,

23   Dr. Channick?

24   A.      So this one requires producing a statistically

25   significant reduction of at least one exacerbation of

1    interstitial lung disease.

2    Q.    What does it mean to be statistically significant?

3    A.    Statistical significance refers to a statistical

4    term.  Collecting data on patients, aggregating that data,

5    and running statistical tests, typically, to generate a

6    p-value.

7    Q.    And what p-value is generally accepted as denoting

8    statistical significance?

9    A.    As Dr. Nathan said, a p-value of less than 0.05,

10   which translates to at least a 95 percent chance that the

11   difference you're seeing is not by chance.

12   Q.    For Claim 6, in order to determine whether there is a

13   statistically significant reduction in the exacerbation of

14   interstitial lung disease, would a doctor need to measure

15   those exacerbations prior to treatment?

16   A.    Yes.

17   Q.    Would they need to take measurements following up

18   after administering the drug?

19   A.    They would.

20   Q.    And would they need to aggregate the results and

21   compare it to other patients on drug to determine whether

22   that specific patient achieved a statistically significant

23   reduction in that exacerbation?

24   A.    Yeah, they would need to do statistics.

25   Q.    If a doctor didn't measure exacerbations of

1    interstitial lung disease before or after treatment, would

2    they know whether Claim 6 has been met?

3    A.    No.

4    Q.    If they didn't treat a number of patients and

5    aggregate that data, would they know if a statistically

6    significant reduction has been met in Claim 6?

7    A.    No.

8    Q.    Can you obtain a statistically significant result in

9    one patient?

10    A.    No.

11    Q.    Can we go back to the label, DTX 118, and, again, the

12    indications.

13              Is Yutrepia indicated for a statistically

14    significant reduction in at least one exacerbation for

15    interstitial lung disease?

16    A.    No.

17    Q.    Can Liquidia promote using Yutrepia to reduce at

18    least one exacerbation of interstitial lung disease?

19    A.    No.

20    Q.    Can Liquidia promote the use of Yutrepia to generate

21    a statistically significant reduction in at least one

22    exacerbation of interstitial lung disease?

23    A.    No.

24    Q.    Is there any mention of a statistically significant

25    reduction in an exacerbation of interstitial lung disease in

1    the Yutrepia label at all?

2    A.    There is not.

3    Q.    Is there any information on exacerbations of

4    interstitial lung disease and PH-ILD contained in the

5    Yutrepia label?

6    A.    No.

7    Q.    In clinical practice, not in a clinical trial but in

8    your everyday practice, do you run statistically

9    significant -- excuse me.  Do you run statistical studies on

10   your patients?

11   A.    No.

12   Q.    Is there anything in the Yutrepia label that requires

13   a doctor to treat more than one PH-ILD patient?

14   A.    No.

15   Q.    Is there anything in the Yutrepia label requiring a

16   doctor to measure exacerbations of IDL?

17   A.    No.

18   Q.    Is there anything in the Yutrepia label telling

19   doctors they need to aggregate data regarding exacerbation

20   in order to effectively use Yutrepia in their patients?

21   A.    No.

22   Q.    In order to safely administer Yutrepia, does a doctor

23   need to measure exacerbations of interstitial lung disease?

24   A.    No.

25   Q.    In order to safely and effectively measure Yutrepia,

1    do they have to run statistical analysis associated with

2    ILD?

3    A.    No.

4    Q.    Assuming a doctor did measure some patients'

5    exacerbation, would that be their own interest as opposed to

6    what the Yutrepia label says?

7    A.    Yes.

8    Q.    In summary, in reviewing the Yutrepia label, would

9    any doctor directly infringe Claim 6?

10   A.    No.

11   Q.    Is there anything in the Yutrepia label, in your

12   opinion, inducing or encouraging doctors to infringe

13   Claim 6?

14   A.    No.

15   Q.    Let's go to Claim 9.  Did you consider Claim 9 in

16   your opinions?

17   A.    I did.

18   Q.    And just briefly, what does Claim 9 require?

19   A.    This requires statistically significant improvement

20   in forced vital capacity or FVC after 8, 12, or 16 weeks.

21   Q.    Now, Claim 9 like Claim 6 requires a statistically

22   significant improvement or -- excuse me, a statistically

23   significant result.  Is your testimony regarding the

24   statistics associated with Claim 6 similar with respect to

25   statistics associated with Claim 9?

1    A.    Yes.

2    Q.    For Claim 9, in your opinion, does it require

3    achieving a statistically significant improvement in FVC?

4    A.    It does.

5    Q.    In order to achieve Claim 9, would a doctor need to

6    measure a patient's FVC prior to treatment?

7    A.    Yes.

8    Q.    And according to Claim 9, would a doctor need to

9    measure that patient's FVC after 8, 12, 16 weeks?

10   A.    Yes.

11   Q.    And would they be -- have to conduct a statistical

12   analysis of those two time points?

13   A.    Yes.

14   Q.    Would they have to treat a number of patients in

15   order to do that statistical analysis?

16   A.    They would.

17   Q.    If a doctor did not measure a patient's FVC prior to

18   or after administering Yutrepia, would they know whether

19   there was a statistically significant improvement to FVC?

20   A.    No.

21   Q.    If they didn't run a statistical analysis on a

22   patient they treat, would they know if there was a

23   statistically significant improvement in FVC?

24   A.    No.

25              MR. SUKDUANG:  Could we go back to the Yutrepia

1    label, DTX 118.

2    BY MR. SUKDUANG:

3    Q.    Is Yutrepia indicated for a statistically significant

4    improvement in FVC?

5    A.    No.

6    Q.    Is Yutrepia indicated for -- does the Yutrepia label

7    mention a statistically significant improvement in FVC at

8    all?

9    A.    No.

10    Q.    Is FVC mentioned at all in the Yutrepia label?

11    A.    No.

12    Q.    Is Liquidia permitted to promote the use of Yutrepia

13    to reduce -- or, excuse me, improve FVC levels in PH-ILD

14    patients?

15    A.    No.

16    Q.    Why not?

17    A.    It's not in the label.

18    Q.    Is Yutrepia permitted to promote achieving a

19    statistically significant improvement in FVC using Yutrepia?

20    A.    No.

21    Q.    And is that because it's not on the label as well?

22    A.    Correct.

23    Q.    Does the Yutrepia label tell a doctor, measure FVC?

24    A.    It does not.

25    Q.    Does it tell a doctor to measure -- treat multiple

1   patients and aggregate their data regarding FVC?

2   A.      No.

3   Q.      Does the Yutrepia label tell a doctor to conduct a

4   statistical analysis on any FVC parameter?

5   A.      No.

6   Q.      Assuming a doctor did measure FVC, would that be of

7   their own practice as opposed to what the Yutrepia label

8   tells them to do?

9   A.      That's correct.

10  Q.      In summary, is there anything in the Yutrepia label

11  that would lead to a doctor to directly infringe Claim 9?

12  A.      No.

13  Q.      Is there anything in the Yutrepia label that would

14  instruct or induce or encourage doctors to measure FVC and

15  conduct a statistical analysis as required by Claim 9?

16  A.      No.

17  BY MR. SUKDUANG:

18  Q.      Now let's go to the last claim, Claim 17.  And just

19  briefly, what does Claim 17 require?

20  A.      So this one talks about increasing the six-minute

21  walk distance by at least 10 meters after eight weeks.

22  Q.      And we heard some testimony regarding the six-minute

23  walk.

24          Could you just briefly explain what that test

25  actually is?

1    A.      It's a very simple test to see how far a patient will

2    walk up and down the hallway, timed in six minutes and

3    measured in meters.

4    Q.      And so you measure how many meters they walk over a

5    six-minute time period?

6    A.      Correct.

7    Q.      And then how do you determine whether their

8    six-minute walk distance got better or worse?

9    A.      You would measure it before and after.

10   Q.      So with respect to Claim 17, would a doctor have to

11   measure a patient's six-minute walk distance before

12   treatment?

13   A.      Yes.

14   Q.      And would they have to measure six-minute walk

15   distance after at least eight weeks of treatment?

16   A.      Yes.

17   Q.      And would the patient have to achieve a specific

18   endpoint or distance that their six-minute walk was

19   improved?

20   A.      They would.

21   Q.      And what would that distance be?

22   A.      10 meters.

23   Q.      If a doctor never measured the six-minute walk

24   distance in a PH-ILD patient before or after administering

25   treprostinil, would they know if Claim 17 was met?

1    A.    No.

2              MR. SUKDUANG:   Could we go back to the Yutrepia

3    label.

4    BY MR. SUKDUANG:

5    Q.    Now, the Yutrepia label is approved for increasing

6    exercise ability; is that right?

7    A.    Yes.

8    Q.    Now, you talked about the six-minute walk distance

9    test.

10             Is that a test that you can use to assess

11   exercise ability?

12   A.    It's one, yeah.

13   Q.    Are there other tests you can use to measure exercise

14   ability?

15   A.    Yes.

16   Q.    And could you describe some of those.

17   A.    Sure.  So exercise ability is really just what it

18   says, it's the ability to exercise.  So one could imagine

19   any number of ways to assess it.

20             We could ask the patient:  What are you able to

21   do?  We call it patient reported.  What are you able to do

22   now versus before?  And I think we used the analogy earlier

23   of walking to the mailbox.  You know, let's say you like to

24   exercise more than you used to be able to do.  So you

25   increase your activity level.  That's something the patient

1    reports.

2                    There's ways to quantify in the -- in our

3    office.  A six-minute walk is one of those ways.  I think

4    you also mentioned the three-minute step test, which has

5    been used in a lot of different settings where you have the

6    patient step up and down a stair for three minutes and then

7    look at the heart rate and how fast it recovers.

8                    There's something called cardiopulmonary

9    exercise testing where you put the patient on a bike and

10   collect information.

11                   So both from history and a number of different

12   tests, all of those things will assess exercise ability.

13   Q.    And with respect to the Yutrepia label, can any of

14   those things be used in order to assess whether the

15   patient's PH-ILD, the patient's exercise ability, has been

16   improved?

17   A.    Sure.

18   Q.    You mentioned the patient reporting.

19                   When they talk about how they feel or function,

20   is there a criteria called a functional test or a functional

21   outcome?

22   A.    There's one scale called a functional class which

23   describes from 1 to 4 how limited their functioning is.

24   Q.    And what do you mean by "function"?

25   A.    Functioning is what they're able to do compared to

1   what they were able to do before.  You know, if they could

2   do their usual activities that they couldn't do prior, if

3   they are limited to more than usual activities, like they

4   can't exercise anymore, we can come up with a functional

5   class.

6   Q.    And you mentioned a scale of 1 to 4.

7         Can you describe, is 1 a really sick patient or

8   a normal patient?

9   A.    No, 1 is no significant limitations; 4 is they can't

10  do anything or, you know, minimal activities; and then 2 and

11  3 are kind of in between.

12  Q.    And is functional class another means you can use to

13  determine exercise capacity?

14  A.    Yeah.  It's related to how a patient functions and,

15  often, exercise is a part of that, or the ability to do

16  exertion.

17  Q.    Does the Yutrepia label, with respect to improving

18  exercise ability, require the six-minute walk distance to be

19  performed?

20  A.    No.

21  Q.    And are any of the mechanisms or any of the ways you

22  said that a doctor could assess exercise capacity, could

23  those be evaluated in a patient in order to determine

24  whether that patient's exercise ability has been -- excuse

25  me -- exercise ability has been improved?

1    A.    They could, yes.

2    Q.    Does the Yutrepia label -- is the Yutrepia label --

3    let me rephrase that, Dr. Channick.

4          Does the Yutrepia label require the six-minute

5    walk distance to be performed in order to safely and

6    effectively use the drug?

7    A.    No.

8    Q.    Does a doctor need to perform the six-minute walk

9    distance to safely and effectively use Yutrepia?

10   A.    No.

11   Q.    In summary, is there anything in the Yutrepia label

12   that would lead a doctor to directly infringe the six-minute

13   walk distance requirement of Claim 6 -- 17?

14   A.    No.

15   Q.    Is there anything in the Yutrepia label that

16   encourages or instructs or tells the doctor you have to run

17   six-minute walk distance in order to assess exercise

18   ability?

19   A.    No.

20   Q.    In your opinion, is there anything in the Yutrepia

21   label that would induce a doctor to infringe Claim 17?

22   A.    No.

23          MR. SUKDUANG:  Dr. Nathan talked about the

24   mention of INCREASE within the Yutrepia label, so let's go

25   to Section 14.2.

1              THE COURT:  Before you do that.

2              Dr. Channick, I think you said earlier, but I

3      could be wrong, that the six-minute walk test was more or

4      less a routine part of office visits by PH-ILD patients.

5              THE WITNESS:  Well, I wouldn't say -- it's

6      certainly a routine part of studies.  I'd say in practice,

7      it's less routine for these patients.

8              I mean, I can tell you personally that I don't

9      routinely do six-minute walk testing in following my

10     patients with PH-ILD.  I'll do things like just talking to

11     them about their history.

12             As I sort of mentioned earlier, we may get other

13     testing, but I -- me and my colleagues don't routinely

14     always do a six-minute walk test.  It's not required in any

15     way.

16             THE COURT:  So if you have a PH-ILD patient, you

17     and whoever else you practice with, how frequently do you

18     see them in your office?

19             THE WITNESS:  In the office, we probably see

20     them every few months.

21             THE COURT:  So like four times a year, six times

22     a year?

23             THE WITNESS:  Yeah, four to six times a year.

24     It depends on the patient and how they're doing, of course.

25             THE COURT:  And in your practice, let's say the

1    patient visits four times a year, do you think they're going

2    to get a six-minute walk test during one of those four

3    visits?

4                THE WITNESS:  Not necessarily, no.

5                THE COURT:  I'm not asking really necessarily.

6    I'm asking, What is your practice?

7                THE WITNESS:  That would not be my normal

8    practice.  That would not be my normal practice.  I can

9    expand.  These people are on a lot of oxygen, some of these

10   PH-ILD patients.  So we may just be taking the history, how

11   are you feeling, tell us about your activities at home.  To

12   me personally, that's more important than the measuring you

13   get in a hallway, how they're feeling, how they're doing.

14               THE COURT:  Okay.  Thank you.  Go ahead.

15   BY MR. SUKDUANG:

16   Q.    Why is that more important, how they're feeling and

17   functioning, as opposed to walking in a hallway?

18   A.    Walk in a hallway is a measurement.  It's useful in

19   research studies when they're quantifying things.  When

20   you're talking about a real-life patient, you want them to

21   feel better and how many meters they walk in a hallway is

22   not necessarily how they feel.  It's the overall exercise

23   ability, the ability to do activities.  To me, that's more

24   important.

25   Q.    Going back to the label, the INCREASE studies -- may

1    I move on, Your Honor?

2            Now, Dr. Nathan pointed to the increase

3    discussion and I'd like to first talk about the second

4    paragraph, the first sentence.  The dose of 9 breaths is

5    equivalent to 79.5 micrograms of Yutrepia and I guess the

6    dose of 12 breaths is equivalent to 106 micrograms of

7    Yutrepia.  Is that talking about the doses between the two

8    drugs?

9    A.    It's talking about relative doses.  The 9 breaths of

10   Tyvaso is a certain dose and 79 micrograms is a dose.

11   Q.    This 79 Dr. Nathan pointed to doesn't talk about what

12   you get out of these doses in terms of outcomes, does it?

13   A.    No, not at all.  It's not discussing outcomes or

14   efficacy.  It's trying to do comparable doses.

15   Q.    Did the INCREASE study involve testing Yutrepia?

16   A.    No.

17   Q.    Did it involve testing Tyvaso?

18   A.    Yes.

19   Q.    Does the Yutrepia label provide any information

20   regarding the INCREASE study other than the totality of

21   Section 14.2?

22   A.    No.

23   Q.    If we bring up both pages of this, Section 14.2.

24            Is there anything in this 14.2 with respect to

25   PH-ILD that instructs a doctor to read anything outside of

1    the label associated with INCREASE?

2    A.    No.

3    Q.    Do doctors need to look at anything outside of the

4    label associated with INCREASE to know how to use Yutrepia?

5    A.    No.

6    Q.    Why not?

7    A.    Again, the label is structured to provide all the

8    information a prescriber needs to safely and effectively use

9    that drug.

10    Q.    Are doctors instructed or required by the Yutrepia

11    label to review the full INCREASE study data that's reported

12    out there?

13    A.    No.

14    Q.    Does Section 14.2 mention NT-proBNP?

15    A.    No.

16    Q.    Does it mention data from INCREASE regarding

17    exacerbations of ILE?

18    A.    No.

19    Q.    Does it mention data from INCREASE regarding FVC?

20    A.    No.

21    Q.    Would 14.2 allow Yutrepia to promote the use of

22    Yutrepia for NT-proBNP exacerbations or FVC outcomes?

23    A.    No.

24    Q.    Now, Dr. Nathan pointed to the figure on the right

25    which is the six-minute walk distance.  By referencing the

1    six-minute walk distance from INCREASE, does this tell

2    doctors they have to measure the six-minute walk when they

3    dose Yutrepia?

4    A.    No.

5    Q.    Does it tell them they have to measure six-minute

6    walk distance at certain intervals after they give Yutrepia

7    to their patients?

8    A.    No.

9    Q.    Does anything in Section 14.2 that Dr. Nathan pointed

10   to direct a doctor to perform any of the measurements

11   recited in Claims 5, 6, 9 or 17?

12   A.    No.

13   Q.    Now, have you reviewed the Yutrepia label?

14   A.    I have.

15   Q.    And are there other sections of the Yutrepia label

16   that discuss clinical trials?

17   A.    There are.

18   Q.    Can we go to section 6.1, page 7.

19         What is 6.1 first directed to?

20   A.    So this is basically saying in the label that because

21   clinical trials are conducted under widely varying

22   conditions, adverse reaction rates observed in the clinical

23   trials of the drug cannot be directly compared to rates in

24   trials of another drug and may not reflect rates observed in

25   practice.

1    Q.    What is that saying?

2    A.    It's saying you have to be careful directly

3    comparing.  It's specifically saying these are not the same

4    drug.  It's talking about one drug versus another drug

5    versus real life and it's a warning, in a sense, not to

6    extrapolate.

7    Q.    Is this warning contained in the Yutrepia label?

8    A.    It is.

9    Q.    Now, Dr. Nathan relied upon a few documents outside

10   of the Yutrepia label.  Have you created a demonstrative

11   discussing those?

12   A.    Yes.

13   Q.    Can we go to Demonstrative 5.

14           And I think Dr. Nathan only referenced the first

15   one, the 2021 INCREASE publication, and last one post hoc

16   analysis.  The 2021 INCREASE publication, is that the Waxman

17   *New England Journal of Medicine* paper?

18   A.    Yes.

19   Q.    And the post hoc FVC analysis, is that the *Lancet*

20   Nathan paper?

21   A.    Yes.

22   Q.    With respect to those two publications, do you need

23   to review those in order to safely and effectively

24   administer Yutrepia?

25   A.    No.

1    Q.      Are they referenced at all in the Yutrepia label?

2    A.      No.

3    Q.      Does the Yutrepia label tell doctors go read these

4    two publications?

5    A.      No.

6    Q.      Do any of these publications involve testing

7    Yutrepia?

8    A.      No.

9    Q.      Do these two publications outside of the Yutrepia

10   label in any way induce a doctor to infringe Claims 5, 6, 9,

11   or 17 when they use Yutrepia?

12   A.      No.

13   Q.      Now, Dr. Nathan also talked about some marketing

14   materials.  He talked about one specifically, a product

15   dossier, which I believe is PTX 385.  Can we bring that up.

16           Have you reviewed this document, Dr. Channick?

17   A.      I have.

18   Q.      Can we go to page 2, third paragraph.  Why was this

19   product dossier prepared?

20   A.      As stated here, it's been prepared and submitted

21   pursuant to the FDA's guidance on communications with

22   payers, formulary committees, and similar entities.

23   Q.      Are payers insurance companies?

24   A.      Yes.

25   Q.      Are formulary committees committees within insurance

1    companies that determine whether to cover the cost of a

2    particular drug?

3    A.    Yes.

4    Q.    Is this document prepared for doctors?

5    A.    No.

6    Q.    Can we take a look at the second sentence.  It says:

7    "This dossier is not to be considered as marketing or

8    promoting the use of Yutrepia."

9              Did you consider that statement?

10   A.    Yes.

11   Q.    What does that indicate?

12   A.    This is not a marketing or promotional piece.

13   Q.    Is the product dossier for Yutrepia intended for

14   doctors at all?

15   A.    No.

16   Q.    In your practice, do you reference product dossiers

17   in order to prescribe a drug?

18   A.    No.

19   Q.    And did Dr. Nathan confirm that this product dossier

20   is meant for insurance companies, not doctors?

21   A.    Yes, he did.

22   Q.    Now, Dr. Nathan had a demonstrative that listed a

23   bunch of other marketing materials.  Did you prepare a

24   demonstrative identifying those?

25   A.    Yes.

1    Q.    Can we go to Exhibit 8.  Demonstrative 8.  There it

2    is.  I'm sorry.  I had the wrong number.

3                Now, did you consider these that Dr. Nathan put

4    in a chart and didn't discuss?

5    A.    I did.

6    Q.    Now, did any of these marketing materials mention

7    NT-proBNP at all?

8    A.    No.

9    Q.    Did any of these documents mention exacerbation of

10   ILD?

11   A.    No.

12   Q.    Did any of these documents mention at all FVC?

13   A.    No.

14   Q.    Did any of these documents discuss any statistical

15   analysis of exacerbation of ILD or FVC?

16   A.    No.

17   Q.    Did these documents discuss a 10-meter increase in

18   6-minute walk distance associated with Yutrepia?

19   A.    No.

20                THE COURT:  Before you bring that down, some day

21   I may have to actually review the record.  The documents

22   you're being asked about there are PX 381, 382, 348, 479,

23   383, 389, 390 and 388?

24                THE WITNESS:  Yes.

25                MR. SUKDUANG:  Sorry, Your Honor.

1    BY MR. SUKDUANG:

2    Q.    Dr. Nathan also discussed pharmacokinetics data.  Do

3    you recall that?

4    A.    Yes.

5    Q.    Can you just briefly describe what pharmacokinetics

6    data is.

7    A.    Very simply, it's basically how the body handles the

8    drug.  How it's absorbed, how it's distributed through the

9    body, how it's metabolized, how it's excreted.

10   Q.    How do you obtain pharmacokinetics data?

11   A.    It's typically obtained by measuring levels in the

12   blood of a drug.

13   Q.    Would that be considered systemic levels of the drug

14   in the blood?

15   A.    Yeah, or circulating around.

16   Q.    Is inhaled treprostinil meant to be a systemically

17   delivered drug?

18   A.    No.

19   Q.    Where is the site of action for Yutrepia and Tyvaso?

20   A.    Yeah.  So they're inhaled and, obviously, taken into

21   the lungs.  The whole purpose is to act locally where you

22   want it to be in the pulmonary blood vessels, which are the

23   small blood vessels at the edges of the lung by the alveoli,

24   so deep in the lung.

25   Q.    Does systemic blood levels of treprostinil have any

 1    impact on the efficacy of the inhaled drug like Yutrepia or

 2    Tyvaso that go to the lungs?

 3    A.      No.   That's one of the sort of facts that we know, is

 4    that pharmacokinetics or circulating blood levels do not

 5    necessarily reflect how an inhaled drug works locally.   It's

 6    more related to what leaks into the system and gets out into

 7    the body.   That may have to do with side effects but not

 8    efficacy or benefit when you inhale a drug.

 9    Q.      In your opinion, does the pharmacokinetics data

10    between -- let me back up.

11            Do you understand that pharmacokinetic data that

12    Dr. Nathan pointed to was related -- was derived from

13    healthy volunteers?

14    A.      Yes.

15    Q.      What does that mean?

16    A.      That means you take healthy volunteers, probably pay

17    them a little bit, and have them take these drugs, and

18    you're measuring the blood at intervals.   It's healthy

19    subjects.

20    Q.      Can you determine whether Yutrepia or Tyvaso is

21    effective when testing healthy volunteers?

22    A.      No.

23    Q.      Can you determine whether Yutrepia or Tyvaso are

24    effective for treating PH-ILD when assessing healthy

25    volunteers?

1    A.    No.

2    Q.    In your opinion, does that pharmacokinetic data from

3    healthy volunteers like Dr. Nathan pointed to relate in any

4    way as to whether Tyvaso or Yutrepia are somehow equivalent

5    in terms of how they'll be efficacious?

6    A.    No.

7                MR. SUKDUANG:  Can I have one moment, Your

8    Honor?

9                THE COURT:  Sure.

10               MR. SUKDUANG:  Thank you for your time,

11   Dr. Channick.  I have no further questions and I pass the

12   witness.

13               THE COURT:  All right.  Cross-examination.

14                    CROSS-EXAMINATION

15   BY MR. CARSTEN:

16   Q.    Good afternoon, Dr. Channick.  I'm Doug Carsten.

17   It's nice to meet you.

18   A.    You too.

19               MR. CARSTEN:  Your Honor, I have some binders.

20   May I approach?

21               THE COURT:  You may.

22               MR. CARSTEN:  May I proceed, Your Honor?

23               THE COURT:  Yes.

24   BY MR. CARSTEN:

25   Q.    Well, it's nice to meet you, Dr. Channick.  Thank you

 1    for attending.

 2            Now, you were here during the opening arguments

 3    this morning; right?

 4    A.    Uh-huh.

 5    Q.    Is that a "yes"?  I'm sorry.

 6    A.    Yes.

 7    Q.    And you heard Mr. Sukduang say that Yutrepia had

 8    launched; correct?

 9    A.    Yes.

10    Q.    So as far as you know, that's accurate; correct?

11    A.    Yes.

12    Q.    As far as you know, Liquidia is actively selling the

13    Yutrepia product to the market today; correct?

14    A.    Yes.

15    Q.    And you know as well from the openings this morning

16    that Liquidia has stipulated to direct and indirect

17    infringement of Claims 1 and Claim 4 of the '327 patent;

18    right?

19            THE COURT:  I thought it was 14.

20            MR. CARSTEN:  I'm sorry, 1 and 14.  Apologies,

21    Your Honor.

22            THE WITNESS:  Yes.

23    BY MR. CARSTEN:

24    Q.    So despite openly admitting infringement, it's your

25    understanding that Liquidia is actively selling its product

 1   without any regard to the '327 patent; correct?

 2   A.     I wouldn't use those terms.  I know they're selling

 3   the drug.  You're making your interpretation of it.

 4   Q.     Okay.  Liquidia, as far as you know, hasn't stopped

 5   or refrained from selling as a result of the '327 patent

 6   despite its acknowledgment of infringement of those two

 7   claims; correct?

 8   A.     I wasn't aware that --

 9          THE COURT:  You know, they say the patents are

10   invalid or the claims are invalid.  I don't understand why

11   you're asking these questions.

12          MR. CARSTEN:  Okay.  Your Honor, it might go to

13   willfulness, but...

14          THE COURT:  We're not having a willfulness

15   trial.

16          MR. CARSTEN:  Okay, Your Honor.  Very well.

17   I'll move along.

18   BY MR. CARSTEN:

19   Q.     Taking Claims 1 and 14 out of the mix, Dr. Channick,

20   that leaves the four claims that you were testifying at some

21   length about with Mr. Sukduang, 5, 6, 9, and 17; correct?

22   A.     Yes.

23   Q.     Now, each of those claims requires a particular

24   patient outcome.

25          Do you agree with me?

1    A.    It's a measure that requires -- how are you defining

2    "outcome"?

3    Q.    Well, Claim 5, for example, requires that or includes

4    a limitation that the patient demonstrate a reduced plasma

5    concentration of this NT-proBNP; correct?

6    A.    Yes.

7    Q.    And Claim 6 is a statistically significant reduction

8    of at least one exacerbation; right?

9    A.    Yes.

10   Q.    And 9 was the statistically significant improvement

11   of FVC?

12   A.    Yeah.  And I know the claims.

13   Q.    Right.  And --

14   A.    I was questioning your term outcome because NT-proBNP

15   is a measurement, not an outcome.

16   Q.    Understood.

17   A.    Okay.

18   Q.    And the 17 was the six-minute walk distance; correct?

19   A.    Yes.

20   Q.    Now, do you disagree that a patient that qualifies

21   for treatment with Tyvaso would more likely than not, upon

22   receipt of Tyvaso, exhibit, for example, a reduced plasma

23   concentration of NT-proBNP as reflected and required by the

24   claim?

25   A.    I don't know if it's more likely or not, no.

1    Q.      So you would not agree that it's more likely than not

2    that a patient receiving Tyvaso for PH-ILD would have a

3    reduced plasma concentration of NT-proBNP per .5?

4    A.      Not necessarily, no.

5    Q.      And that's despite the fact that the INCREASE study

6    in a population of PH-ILD patients demonstrated that it was

7    more likely than not that those patients would have that --

8    would exhibit that measurement were it measured?

9    A.      Okay.

10   Q.      Do you -- that doesn't change your opinion at all?

11   A.      No.  You're talking about an individual patient and

12   trying to put a probability on it.

13   Q.      Okay.  So what is your probability sense then that a

14   patient receiving Tyvaso would have a reduced NT-proBNP that

15   meets the criteria of Claim 5 having received treatment with

16   Tyvaso?

17   A.      I wouldn't give it a probability.  It's -- every

18   patient is different.  And you would have to measure it to

19   know, first of all.  And so I wouldn't hazard a guess.  It's

20   a hypothetical.

21   Q.      Okay.  Understood.

22           And then with respect to Claim 6, if this

23   patient went in and had the measurements taken, received

24   Tyvaso, had measurements taken after the sufficient time

25   period, you would have the same answer for a statistically

1   significant reduction of at least one exacerbation; correct?

2   A.    Yeah.   When you're talking about statistical

3   significance, we already discussed it wouldn't be one

4   patient to get statistical significance, which is listed in

5   the claim.   You need multiple patients.

6   Q.    Now, we did talk a little bit -- or you talked a

7   little bit with Mr. Sukduang about the INCREASE Waxman

8   article from the *New England Journal of Medicine*; right?

9   A.    Yes.

10  Q.    Then you agree with me, I'd assume, that the INCREASE

11  study results described and published in the INCREASE paper

12  demonstrated a reduced plasma concentration of NT-proBNP

13  that meet the limitations of Claim 5; right?

14  A.    There was a statistically significant reduction in

15  INCREASE trial; correct.

16  Q.    And for Claim 6, similarly, there was a statistically

17  significant reduction of at least one exacerbation based

18  upon the use of Tyvaso in the INCREASE trial; correct?

19  A.    Yeah, that's what they found in the INCREASE trial;

20  correct.

21  Q.    The same with Claim 9 with respect to the FVC

22  improvement; correct?

23  A.    Yes.

24  Q.    And the same for -- same for the six-minute walk

25  distance test in Claim 17; correct?

1    A.    Yes.

2    Q.    Now, it's your opinion then that unless -- that a

3    patient going in to see a physician such as yourself and

4    being prescribed Yutrepia, it's -- you are taking the

5    position that you'd have to do the test itself with Yutrepia

6    for this patient in order to establish whether they --

7    whether it was more likely than not that they received the

8    benefit or the measurement outcome from Claim 5, the proBNP

9    claim?

10   A.    You'd have to measure NT-proBNP to know if there was

11   an improvement, and NT-proBNP on the label does not instruct

12   you in any way to measure that so you can't answer that

13   question.

14   Q.    I understand that's your opinion.

15   A.    That was my opinion, yes.

16   Q.    A patient can have that outcome -- apologies for the

17   term that you seem to not appreciate.

18         A patient would experience that reduction in 5

19   -- in NT-proBNP, excuse me, of Claim 5 even if it weren't

20   measured, though; correct?

21   A.    So you're saying if it wasn't measured, would it be

22   reduced?

23   Q.    Do you have to measure it in order for the patient --

24   in order for the patient to actually receive that benefit

25   from treatment?

1    A.    Yeah.  You'd have no idea if you were having the

2    benefit.  But, you know, things can happen in the body that

3    you don't know about if you don't measure them.

4    Q.    Right.  And so, for example, whether or not you

5    measured the NT-proBNP, the patient receiving Yutrepia very

6    well may have a reduction in 200 picograms as required by

7    Claim 5; right?

8    A.    Sure.

9    Q.    And it's entirely -- it's more likely than not, based

10   upon the reliance of Yutrepia, on the INCREASE trial data

11   that's such that that patient would exhibit that reduction

12   in NT-proBNP?

13   A.    That I wouldn't agree with.  I don't think you can

14   make that kind of extrapolation.

15   Q.    And you don't agree with that not only for Yutrepia,

16   you don't agree with that even for somebody taking Tyvaso?

17   A.    Yes, correct.

18   Q.    So Tyvaso itself, then, in your view, wouldn't meet

19   the limitations or the requirements of Claims 5, 6, 9, or 17

20   without having done the actual measurements despite the

21   existence of the INCREASE trial; correct?

22   A.    I mean, I was reading the claim and as a layman

23   trying to interpret it, it certainly seems pretty clear what

24   it says, that you have to measure it to get a value that's

25   more than 200 reduction in the level.  You would need to

1    measure the level.

2    Q.    Now, you say that there's the requirement of

3    measurement, but you agree with me that the word "measure"

4    doesn't appear in any of those claims?

5    A.    The word "measure" does not appear in any of the

6    claims.

7    Q.    Okay.  And you do agree with me, though, when you

8    look at the Yutrepia label, it does reference the INCREASE

9    trial results; correct?

10   A.    It references a small part of the INCREASE trial

11   results that we already went over, that six-minute walk data

12   and the clinical worsening data in 14.2 in the labeling.

13   Q.    Right.  And it does specifically talk about the

14   INCREASE trial in Section 14.2?

15   A.    It mentions the word "INCREASE," yes.

16   Q.    Well, it goes beyond just mentioning the word

17   "INCREASE," doesn't it?  It actually talks about the number

18   of patients and so forth.  It gives some detail about the

19   INCREASE trial.

20   A.    It does give some detail, yes.

21   Q.    Now, you understand that Yutrepia was filed as a

22   505(b)(2) NDA; is that correct?

23   A.    Yes.

24   Q.    Okay.  And you have some understanding of what a

25   505(b)(2) NDA is?

1    A.    A little bit.  I wouldn't quiz me on it too much.

2    Q.    I'll try not to quiz you on the ins and outs of it,

3    sir.

4          But is it your understanding that, essentially,

5    that means that Yutrepia was reliant upon another product's

6    data for safety and for efficacy in order to receive

7    approval?

8    A.    Yeah, I don't know if that's specific, but yeah,

9    there's -- we were relying on another product and their

10   experience as part of the approval process.

11   Q.    And that's called the reference listed drug, the

12   product to which the 505(b)(2) applicant is trying to take

13   advantage of this safety and efficacy data?

14   A.    I haven't heard that term before, but I'll believe

15   you.

16   Q.    Okay.  Well, do you know if the drug that Yutrepia

17   cited to was Tyvaso; correct?

18   A.    Yes.

19   Q.    And that's the nebulized form?

20   A.    Correct.

21   Q.    When you draw distinctions between Tyvaso and

22   Yutrepia, to what extent do you think there's a difference

23   in performance between the two based upon one being a

24   nebulized liquid and one being a dry powder?

25   A.    I don't really know what you're asking in terms of to

 1    what extent.  It's a very general question.  Do you mean --

 2    you have to rephrase that.

 3    Q.    Sure.  Do you put weight on the fact that one is a

 4    nebulized solution and the other a dry powder to say -- to

 5    conclude that these relative respective products are going

 6    to behave differently in patients?

 7    A.    They're different products and we've already talked

 8    about this.  We can't say one is going to behave the same as

 9    the other.  It's a different formulation.  Yes, part of it

10    is a powder.  There's the issue versus nebulizer, the

11    particles are designed a different way, different device.

12    There's a number of potential reasons why it may have

13    differences.

14    Q.    And among those differences, given that the active

15    ingredient, treprostinil, is the same, it comes down to the

16    formulation and the fact that the device is different and

17    one is dry and one is a nebulized solution that gives rise

18    to your view that these are different; correct?

19    A.    Yeah.  Those are significant differences.

20    Q.    Now, you're not a formulation scientist, are you?

21    A.    No.

22    Q.    You haven't formulated a drug product?

23    A.    I have not.

24    Q.    Now, are you familiar with detailers?

25    A.    Yeah, I think, as you're using the term.

1    Q.      And you said repeatedly during your direct

2    examination that a company can only market its product in

3    accordance with its label; correct?

4    A.      Yes.

5    Q.      And detailers are people who come in from

6    pharmaceutical companies and visit physicians such as

7    yourself; right?

8    A.      Correct.

9    Q.      And they come in and bring samples of products and

10   they bring literature pertaining to the product?

11   A.      Yes.

12   Q.      And "literature" being marketing material which may

13   be consistent with the label; right?

14   A.      Correct.

15   Q.      And they also bring journal articles such as clinical

16   trial results; correct?

17   A.      Not always.  There are very tight restrictions on

18   what journal articles a drug rep can provide, usually done

19   through the medical arm of the company that provides a lot

20   of the literature.

21   Q.      And the literature would include successful clinical

22   trial results that include the basis for the approval for

23   the indication?

24   A.      I don't know the details of the restrictions.  I know

25   it's pretty restricted what article a drug rep can give you.

1    Q.     But you have seen examples where drug reps or

2    detailers come in and leave literature including clinical

3    trial results?

4    A.     I have seen that, yes.

5    Q.     Now, with respect to the process through which

6    Yutrepia received tentative approval, did you review any of

7    the back-and-forth between Yutrepia and between Liquidia and

8    the FDA?

9    A.     I recall reviewing a few things like request for

10   final approval, those kind of things.  I certainly don't

11   think I reviewed all the back-and-forth.

12   Q.     In the binder in front of you, the white binder,

13   would you turn to PTX 377.

14   A.     Okay.

15   Q.     And PTX -- let me know when you're there,

16   Dr. Channick.

17   A.     I'm there.

18   Q.     And PTX 377, this is a letter from the FDA to

19   Liquidia; correct?

20   A.     Yes.

21   Q.     Have you seen this before?

22   A.     I think -- was it shown earlier today?

23   Q.     I don't believe it was.

24   A.     Then I don't know that I've seen it.

25   Q.     Because it's part of the FDA back-and-forth, it kind

1    of looks similar to what -- the other documents you have

2    seen?

3    A.    Probably.

4    Q.    So this is a cover letter.  The cover page has -- up

5    at the upper -- this is PTX 377.  At the upper right is a

6    thing called meeting request written responses.  Do you see

7    that?

8    A.    Yes.

9    Q.    And this is signed with an appended electronic

10   signature page by Norman Stockbridge of the FDA, the

11   director; right?

12   A.    Yes.

13   Q.    And here it says in the second full paragraph:  "We

14   also refer to your submission dated April 8, 2022,

15   containing a meeting request.  The purpose of the requested

16   meeting was to discuss the content and format of a planned

17   supplemental new drug application for a new indication."

18         Do you see that?

19   A.    Yes.

20   Q.    And is it your understanding based upon this timing

21   that the new indication at issue here is PH-ILD?

22   A.    I would assume, but it doesn't say it, but sure.

23   Q.    I'm going to turn to page 3.

24         Now, this is -- as we saw from the cover page,

25   it's a response from the FDA and it provides a list of the

1    questions and then -- that were received from Liquidia and

2    then the FDA responses.  Do you see that?

3    A.     Yes.

4    Q.     And down at the bottom of the page, it says this is

5    reflecting the question received from Liquidia.  Does the

6    division agree that existing clinical efficacy and safety

7    data for treprostinil described in the Tyvaso package

8    inserts and peer-reviewed literature in addition to data

9    from Liquidia's completed clinical studies in PAH are

10   sufficient in scope to file a supplemental NDA indicating

11   LIQ 861, which is Yutrepia, for the treatment of patients

12   with pulmonary hypertension associated with interstitial

13   lung disease to improve exercise?

14          Do you see that?

15   A.     I do.

16   Q.     So in common parlance, that means Liquidia is asking

17   the FDA if Tyvaso package inserts and peer-reviewed

18   literature are sufficient to approve LIQ 861 for PH-ILD;

19   correct?

20   A.     You mean in addition to Liquidia's completed clinical

21   studies and PAH.  That was the other part of the sentence.

22   Q.     I'm sorry, sir.

23   A.     Yes.  That was the other part of that sentence.  It

24   wasn't just Tyvaso PI and peer-reviewed literature in

25   addition to data on Liquidia's completed clinical studies of

1    PAH.

2    Q.    You understand that Liquidia was not required to do

3    any Phase 3 clinical trial, randomized clinical trials, in

4    order to establish safety and efficacy for its product;

5    right?

6    A.    Yes.

7    Q.    So the entire universe of information including

8    randomized clinical trials to establish the safety and

9    efficacy of Yutrepia, were those described in the Tyvaso

10   package inserts and peer-reviewed literature?

11   A.    As far as I'm aware.

12            MR. CARSTEN:  Your Honor, I move the admission

13   of PTX 377.

14            MR. SUKDUANG:  I think this document was used

15   before with Dr. Nathan, but if not, we have no objection.

16            THE COURT:  I thought it was new, but I could be

17   wrong.  It's admitted without objection.

18            (Thereupon, Plaintiff's Exhibit PTX 377 was

19   admitted.)

20   BY MR. CARSTEN:

21   Q.    I'd like to put up a slide that was used with

22   Dr. Nathan.  This is PDX 3.18.  It's the 18th demonstrative.

23   This categorizes a number of the documents that you talked

24   about with Mr. Sukduang earlier; is that right?

25   A.    We talked about the dossier, I think.

1   Q.      We talked specifically about the dossier.  That's

2   right.  But you had a slide, did you not, that had a bunch

3   of Xes on it?

4   A.      I did.

5   Q.      And that slide with a bunch of -- the dossier you

6   talked about with Mr. Sukduang was PTX 385.  And the Xes

7   were a subset of these documents; correct?

8   A.      Yes.

9   Q.      Now, one of the documents that you did not have on

10  that slide is PTX 391 and that is presented here as a

11  provider presentation which is described to being

12  doctor-facing.  Do you see that?

13  A.      Yes.

14  Q.      Do you have any doubt that the PTX 391 provider

15  presentation was doctor-facing?

16  A.      It's geared toward providers.  Presumably, it's

17  doctor-facing.

18  Q.      Now, I think PTX 391 is in the black binder in front

19  of you that Mr. Sukduang used, if you wish to use it.  It's

20  a rather lengthy document.  I may be directing you to a

21  couple of pages of it.

22  A.      Sure.

23  Q.      Also for convenience, I'll put them up here on the

24  screen, but feel free to look at whatever is convenient for

25  you, Doctor.

Channick - Cross
219

1            So this is doctor-facing marketing material from

2     Liquidia pertaining to Yutrepia; correct?

3     A.      Correct.

4     Q.      And on that page 41 -- and you see here there's a

5     reference to improvements in six-minute walk distance;

6     right?

7     A.      Yes.

8     Q.      And there's a citation.  It says at the top:

9     "Patients treated with inhaled treprostinil solution had a

10    significant improvement in six-minute walk distance."  And

11    it notes footnotes 1 and 12.

12            Do you see that?

13    A.      Yes.

14    Q.      Now, before you move on, that is data from the

15    INCREASE trial; correct?

16    A.      It is, yeah.

17    Q.      I'm turning to page 65 of the exhibit.  I'm going to

18    try to zoom this in a little bit.  But we have 1 and 12,

19    were the two notes there; correct?

20    A.      Correct.

21    Q.      And the first reference there is to the Yutrepia

22    prescribing information.  That's the label we've been

23    talking about; right?

24    A.      Correct.

25    Q.      And item 12 is a reference to the Waxman *New England*

1    *Journal of Medicine* article that reports the INCREASE trial

2    data; right?

3    A.      Yes.

4    Q.      And it reports the INCREASE trial data for all the

5    limitations we've been talking about; correct?

6    A.      Yes.

7    Q.      It's NT-proBNP; correct?

8    A.      Yes.

9    Q.      It's six-minute walk distance?

10   A.      Yes.

11   Q.      It's exacerbations, statistically significant

12   reduction?

13   A.      Yes.

14   Q.      And it's increase in FVC, statistically significant;

15   correct?

16   A.      Yes, percent predicted, not absolute.

17   Q.      Now, there was a little bit of discussion about

18   exercise capacity and how to measure it.  And certainly you

19   agree that six-minute walk test is the standard way to do

20   that in the clinical setting; correct?

21   A.      No, not necessarily.

22   Q.      You'd certainly agree it is a clinically validated

23   method for establishing exercise capacity?

24   A.      It's one method to measure exercise capacity.

25   Q.      Well, I don't want to quibble with you, Doctor.  Are

1    you taking issue with my statement of clinically validated?

2    A.    It's been clinically validated.

3    Q.    The walk-to-the-mailbox test that you talked about

4    with Mr. Sukduang, that's not been clinically validated, has

5    it?

6    A.    What do you mean by "clinically validated"?

7    Q.    How many clinical trials have you participated in

8    where an endpoint had to do with walking to a mailbox?

9    A.    You're talking about research now, not patient care?

10   Q.    I'm talking about -- if you want to call it research,

11   isn't research part of patient care, sir?

12   A.    No.

13   Q.    It's very different in your mind?

14   A.    Research is research.  Patient care is patient care.

15   Q.    Let me ask you about that research prong then.  How

16   many clinical trials have you had where there's been any

17   kind of endpoint which has measured any of the things you

18   mentioned, playing golf, walking to the mailbox?

19   A.    We did studies where functional capacity or

20   functional class is a primary or secondary endpoint.  I'll

21   grant you the six-minute walk test as a primary endpoint has

22   been used in several studies I've been involved in over the

23   years as well.

24   Q.    Now, the functional test you talked about, that's the

25   1 to 4 rating?

1    A.      That's functional class.

2    Q.      Functional class.  Thank you, sir.  I appreciate

3    that.

4            And when you look at the specification of the

5    '327 patent, there's nothing in there that talks about the 1

6    through 4 functional class test as a proxy for exercise

7    capacity; right?

8    A.      I don't think anything talks about a proxy for

9    exercise capacity.  The claim is exercise capacity.  It's

10   not specified.

11   Q.      Is there any reference to that 1 through 4 functional

12   class in the specification of the '327 patent?

13   A.      No.

14           MR. CARSTEN:  I pass the witness.

15           And thank you for your time, sir, I appreciate

16   it.

17           THE COURT:  All right.  So you're probably not

18   going to be very long, but we've gone a long time.  Why

19   don't we take our 15-minute break.  You can finish when we

20   get back and we'll move on to the next thing.

21           All right.  We'll take a 15-minute break.

22           (A recess was taken, after which the following

23   proceedings were had:)

24           THE COURT:  All right.  Please be seated.

25           Mr. Sukduang.

```
 1              MR. SUKDUANG:  Thank you, Your Honor.
 2                     REDIRECT EXAMINATION
 3   BY MR. SUKDUANG:
 4   Q.    Dr. Channick, you were asked a couple of questions
 5   regarding provider presentation.  I believe it's PTX 391.
 6              Do you remember being asked questions regarding
 7   this document, Dr. Channick?
 8   A.    Yes.
 9   Q.    If you go to page 41, I believe you were brought to
10   this page?
11   A.    Yes.
12   Q.    And what's the title of this?
13   A.    "Patients Treated with Inhaled Treprostinil Solution
14   Had a Significant Improvement in the Six-Minute Walk
15   Distance."
16   Q.    And is inhaled treprostinil solution Tyvaso?
17   A.    Yes.
18   Q.    Doctor, Mr. Carsten didn't bring you to the beginning
19   of this section.
20              MR. SUKDUANG:  Could we go to page 339, please.
21   BY MR. SUKDUANG:
22   Q.    Page 41 appears after page 39; correct?
23   A.    Yes.
24   Q.    And what is this section of the slide deck
25   Mr. Carsten brought you to, directed you to?
```

1    A.    Inhaled treprostinil solution and the treatment of

2    PH-ILD.

3    Q.    Does this section of the slide deck discuss Tyvaso

4    and PH-ILD?

5    A.    Yes.

6    Q.    Now, on the bottom of every page, there's a

7    footnote -- or, excuse me, an indication on the left that

8    says:  "Please see important safety information throughout"

9    and "full prescribing information available at this

10   presentation."

11            Do you see that?

12   A.    Yes.

13   Q.    What is that in reference to?

14   A.    The label.

15   Q.    The label of Yutrepia?

16   A.    Yes.

17   Q.    And is that what Liquidia is telling people to go

18   look at, to go see the label?

19   A.    Yes, correct.

20            MR. SUKDUANG:  No further questions, Your Honor.

21            THE COURT:  All right.  Dr. Channick, thank you.

22   You may step down.  Watch your step.

23            MR. SUKDUANG:  Your Honor, Dr. Channick is our

24   last witness on noninfringement.  We're going to move to

25   invalidity.  And I believe there's going to be some videos.

1    I believe that will take the rest of the afternoon.

2                    THE COURT:  All right.

3                    MR. SUKDUANG:  There's one issue I think

4    Mr. Knauss was going to bring up regarding witnesses.

5                    THE COURT:  All right.  Mr. Knauss.

6                    MR. KNAUSS:  Good afternoon, Judge Andrews.  Dan

7    Knauss for defendant Liquidia.

8                    This has to do with the witnesses that we intend

9    to call by deposition in this part of our case and the order

10   of the presentation of witnesses.

11                   Two witnesses who are not in our control, Kevin

12   Laliberte and Dr. Victor Tapson, were included in the list

13   of depositions which we're about to play.  In response to

14   that, we received an objection from UTC telling us, you

15   can't call those two people because we're going to call them

16   live in our rebuttal to your case.

17                   During our meet-and-confer last night to make

18   sure that we were not unfairly prejudiced if those witnesses

19   did not, in fact, show up, we sought to reserve the right to

20   play our videos in that eventuality.  And so it's not

21   entirely clear, of course, whether those witnesses are

22   really going to come up.

23                   So what we're asking for is if they do come

24   live, pursuant to paragraph 55 in the pretrial order -- as

25   you know, you prefer fact witnesses to come up one time only

1   during a trial.  Our proposal would be since these witnesses

2   are in UTC's control, that they would -- our case would be

3   held open since these witnesses have testimony that's

4   relevant to our burdens, but we would examine them on cross

5   during the next round of this case, round three, if you

6   will.

7          And that as an alternative, if they don't appear

8   in that round, that we would then be able to play the videos

9   which otherwise we would play for you now.

10          THE COURT:  All right.  And Dr. Tapson, I

11   recognize that name.

12          Who was the other one?

13          MR. KNAUSS:  Kevin Laliberte.

14          THE COURT:  All right.  Who is he?

15          MR. KNAUSS:  In my understanding, Your Honor,

16   he's an employee of UTC.

17          THE COURT:  And his last name is something like

18   Laliberte?

19          MR. KNAUSS:  It's L-A-L-I-B-E-R-T-E, I believe.

20          THE COURT:  Mr. Jackson?

21          MR. JACKSON:  Yes, Your Honor.  So they

22   identified these witnesses that they wanted to use their

23   depositions.  Under the federal rules, the witnesses are not

24   unavailable, they are here.  If they want to call them, they

25   can call them.

```
 1                These are two third-party witnesses.  Neither
 2   work for UTC.  Kevin Laliberte, is how you pronounce his
 3   last name, he is a former UTC employee.  He is no longer --
 4                THE COURT:  When you say they're here, are they
 5   here right this minute?
 6                MR. JACKSON:  They're physically -- I'm not sure
 7   if they're physically in the building, but I can get them
 8   here.
 9                THE COURT:  Well, I'm not going to make them do
10   that.
11                MR. JACKSON:  But simply put, under the rules,
12   like, if they want to call them, they can call them.
13                THE COURT:  Well, so that seemed to be -- other
14   than the question of who goes first, that seemed to be what
15   Mr. Knauss was asking about.
16                So why don't we do this.  Why don't they play
17   the videos of other people and they can call them as their
18   first two witnesses tomorrow morning.
19                Is that all right with you?
20                MR. JACKSON:  That's perfectly fine with us,
21   Your Honor.
22                THE COURT:  Is that all right with you,
23   Mr. Knauss?
24                MR. KNAUSS:  Yes, thank you, Your Honor.
25                MR. SUKDUANG:  On that point, I'm assuming
```

1    Mr. Jackson will actually make them appear because if

2    they're standing with UTC --

3                THE COURT:  I think Mr. Jackson has said he will

4    have them in the courtroom, or at least one of them,

5    whichever one you want to do first.  He will have them here

6    ready to take the stand at 9:30 and you will get to ask them

7    whatever questions you want to ask.

8                MR. SUKDUANG:  Absolutely.

9                And then pursuant to the joint pretrial order,

10   if they get called up once for them, they're not going to be

11   recalled --

12               THE COURT:  Right.  They're going to

13   cross-examine them and then they -- you will be done with

14   them.

15               MR. SUKDUANG:  That's fine if that's their

16   understanding.

17               MR. JACKSON:  My understanding as well, Your

18   Honor.  Thank you.

19               THE COURT:  Okay.  All right.  Let's have some

20   video excitement.

21               MS. BEVERIDGE:  Your Honor, permission to

22   approach?

23               THE COURT:  Yes.

24               MS. BEVERIDGE:  Your Honor, Annie Beveridge for

25   Liquidia.

```
 1              Next, you will be hearing testimony from

 2    Dr. Chunqin Deng.  Dr. Deng began at UTC in 2015.  He worked

 3    as a biostatistician at the head of biostatistics at UTC

 4    from 2015 to 2017.  He's a named inventor on the '327

 5    patent.  You will be hearing from him about the '327 patent

 6    and the INCREASE study results.

 7              THE COURT:  Okay.  Thank you.

 8              MS. BEVERIDGE:  Thank you.

 9              (A video was played.)

10    BY THE ATTORNEY:

11    Q.     Could you please state your full name for the record.

12    A.     Chunqin Deng.

13    Q.     You joined United Therapeutics Corp. in May of 2015;

14    is that correct?

15    A.     Yes.

16    Q.     And from May of 2015 through August 2017, you were an

17    associate vice president, head of biostatistics, statistical

18    programing, and data management; correct?

19    A.     I started August 20th, yes, to August in 2017, yes.

20    Q.     And who was your boss at the time?

21    A.     Kevin Laliberte.

22    Q.     Did he say why upper management at United

23    Therapeutics was interested in examining the effects of oral

24    treprostinil in other WHO pulmonary hypertension groups

25    other than Group 1?
```

1   A.     In the pulmonary hypertension field, if you have the

2   -- first of all, you're testing your drug in the peer-entry

3   field, Group 1.  After you are successful, you see the

4   treating effect, you will always want to try to test in the

5   other core function groups.

6   Q.     So after you get your approval in Group 1 PAH, you

7   would always want to test in the other pulmonary

8   hypertension groups other than Group 1; correct?

9              UNIDENTIFIED SPEAKER:  Objection to form.

10  BY THE ATTORNEY:

11  Q.     Why would you want to do that?

12  A.     Because pulmonary hypertension -- if you focus on the

13  pulmonary hypertension side, no matter what's underlying

14  disease, if your drug working in that whole Group 1, there

15  are some reasonable assumption that probably you can test

16  that in the other groups, Group 2, Group 3, Group 4, or

17  Group 5.

18  Q.     And why is there a reasonable assumption that it will

19  work in the other WHO groups other than Group 1?

20  A.     Because of have vasodilation.

21  Q.     What is the common mechanism of action of

22  treprostinil that applies to the treatment of both Group 1

23  and Group 3 pulmonary hypertension?

24  A.     That's not my specialty area.  In our preparation for

25  today, I saw their presentation.  Essentially, it's related

1    to the prostacyclin receptors, something like that.

2    Q.    Do you understand that the common mechanism existing

3    in both Group 1 and Group 3 with respect to treprostinil is

4    vasodilation with respect to treatment of --

5    A.    Some --

6          (Cross-talk.)

7    BY THE ATTORNEY:

8    Q.    What discussions do you recall --

9                THE REPORTER:  You can't or can?

10               THE WITNESS:  I can't.

11               THE REPORTER:  You can't.

12               THE WITNESS:  The interpreter is not very well.

13   BY THE ATTORNEY:

14   Q.    What discussions do you recall with the steering

15   committee following the unblinding of the data in the

16   INCREASE study?

17   A.    We made a slide.  We made a slide presenting that.

18   Q.    How did they respond -- strike that.

19               What was in the slide that you presented to the

20   steering committee?

21   A.    The INCREASE study trial lot.

22   Q.    And do you recall any reaction by the steering

23   committee member to this presentation to them of the

24   results?

25   A.    They were excited, very happy.

1    Q.      Why were they excited?

2    A.      Because there was no approved therapy for the

3    Group 3.  So this will be the -- actually a lot of PAH drugs

4    have been tested in WHO Group 3 and PH-ILD patients.  It all

5    failed either due to the efficacy issue or due to the safety

6    issue.  So this would be the first study actually

7    demonstrate that inhaled treprostinil worked in WHO Group 3

8    patient.

9    Q.      In the discussions you had with Dr. Waxman, did he

10   ever express a belief that treprostinil would not be

11   effective in the treatment of PH-ILD patients?

12   A.      You mean before the study unblinding?  Before the

13   study unblinding in general sense, you don't know.  Nobody

14   knows what the result until after the study unblinding.

15   Q.      And your patent is based on the results of the

16   INCREASE trial; right?

17   A.      Yes.

18   Q.      Do you agree that as of 2017, there was a general

19   belief that inhaled therapies were safer than systemically

20   delivered therapies for treatment of PH-ILD because inhaled

21   therapies better preserve the V/Q matching?

22   A.      We discussed that, but I don't think it's a general

23   understanding to everybody because, in general, if you have

24   PH drug you give to the chronic lung disease patient at that

25   time in the field, this doctors are very concerned about the

1     V/Q mismatching issue.  On the other hand, when we look at

2     the inhaled treprostinil or inhaled therapy, you could

3     include inhaled treprostinil, so the theory, assumption is

4     that inhaled therapy properly can deliver directly to the

5     ventilator area.  That maybe minimize that V/Q mismatch.

6           But when we have this understanding, but there

7     are still a lot of people just don't buy this.  That's their

8     concern.  For example, our medical monitor, Kiernan

9     DeAngelis, he was very concerned about making mismatch.

10    (Indiscernible.)

11           (The video ended.)

12           MS. BEVERIDGE:  Your Honor, for the record,

13    Defendant's designations were 2 minutes and 18 seconds.

14    Plaintiff's counters were 4 minutes and 43 seconds, for a

15    total of 7 minutes and 1 second.

16           MR. LANDERS:  May I approach, Your Honor?

17           Liquidia calls Dr. Peter Smith by video.

18    Dr. Peter Smith is the senior vice president of product

19    development of UTC and he was a corporate designee in this

20    case regarding UTC's knowledge of off-label use of Tyvaso to

21    treat PH-ILD patients prior to March of 2021.  He was

22    deposed on November 13, 2024.  And the total run time of the

23    video is 23 minutes and 42 seconds, with 20 minutes and

24    57 seconds allocated to Liquidia and 2 minutes and 45

25    seconds allocated UTC.

1              (A video was played.)

2    BY THE ATTORNEY:

3    Q.      Good morning, Dr. Smith.

4    A.      Good morning.

5    Q.      And you also mentioned Gil Golden.  When did you

6    speak to Gil Golden?

7    A.      I spoke to Gil Golden on Monday.

8    Q.      What's Mr. Golden's position today?

9    A.      He's the chief medical officer.

10   Q.      Prior to March of 2017, did you have any involvement

11   in the INCREASE study?

12   A.      No.

13   Q.      When you started on INCREASE in March of 2017, what

14   was your role?

15   A.      I was the product development representative.

16   Q.      What does that mean?

17   A.      That's someone who -- in product development, we're

18   responsible for writing protocols, overseeing the day-to-day

19   conduct of the study, reporting out of the study.

20   Q.      You're not a medical doctor; correct?

21   A.      Correct.

22   Q.      Dr. Smith, I'm handing you what I marked as Smith

23   Exhibit 2, U.S. Patent Number 11,826,327.  Bears production

24   number UTC_PH-ILD 005310 through 005360.

25              Dr. Smith, you looked at this document to

1    prepare for your deposition; correct?

2    A.    Yes.

3    Q.    And this is a patent you're a named inventor on?

4    A.    Yes.

5    Q.    Do you know why you're a named inventor on the '327

6    patent?

7    A.    Yes.  I myself, Leigh Peterson, and CQ were

8    responsible for conducting, reporting out, unblinding the

9    data.

10   Q.    That data is the INCREASE study; correct?

11   A.    The INCREASE study.

12   Q.    And that is your understanding as to why you're an

13   inventor on the patent; correct?

14   A.    Mm-hmm.

15   Q.    My question was, who had the idea to investigate

16   Tyvaso to improve exercise capacity in patients with PH-ILD?

17   A.    My understanding based upon some of these discussions

18   was that in 2015, there was some data that was -- or data

19   that was shared in the form of a retrospective chart review

20   done by Aaron Waxman and -- at Brigham and Women's looking

21   at a set of patients with broad Group 3 pulmonary

22   hypertension who were treated with inhaled treprostinil.

23   And that was the conception of the idea for the INCREASE

24   study.

25   Q.    And you understand when you said broad Group 3 PH-ILD

1    falls within the WHO Group 3 classification?

2                    UNIDENTIFIED SPEAKER:  Object to form.

3                    THE WITNESS:  The Group 3 pulmonary hypertension

4    includes a number of different sets of ideologies, one of

5    which is PH-ILD, yes.

6    BY THE ATTORNEY:

7    Q.    This retrospective study, chart study, do you recall,

8    was that a paper by a Faria-Urbina and Dr. Waxman?

9    A.    Yes.

10   Q.    And did it also include an abstract by a Dr. Agarwal

11   and Dr. Waxman?

12   A.    I believe so.

13   Q.    And of the four individuals you spoke to that talked

14   about this work Dr. Waxman did as the conception of the

15   idea, which of the four told you this?  You mentioned a

16   Mr. Gil Golden, a Prakash Sista, CQ Deng, and Leigh

17   Peterson.

18   A.    That's right.  All four of them indicated that was,

19   essentially, the conception of the idea.

20   Q.    You mentioned your involvement with the '327 patent,

21   why you're an inventor is you conducted the INCREASE study,

22   collected the data, and reported out the data; correct?

23   A.    Yes.

24   Q.    With respect to Leigh Peterson, is her involvement in

25   the '327 patent to your understanding as to why she's an

1    inventor?

2    A.    My understanding is it's the same.

3    Q.    With respect to CQ Deng, is his reasons to your

4    understanding why he's an inventor the same or different

5    than what you identified for yourself?

6    A.    My understanding is they're the same.

7    Q.    I'm marking for Exhibit 4 a document titled

8    "Plaintiff's Responses and Objections to Defendant Liquidia

9    Technology, Inc.'s, Rule 36 Notice of Deposition to United

10    Therapeutics."

11          Dr. Smith, you've seen this document before;

12    correct?

13    A.    Yes.

14    Q.    And you understand you have been identified as UTC's

15    corporate witness with respect to certain of these topics;

16    correct?

17    A.    Correct.

18    Q.    And for the record, you've been identified subject to

19    UTC's objections as the corporate designee for topic 1 which

20    is on page 5?

21    A.    Yes.

22    Q.    UTC limited topic 1 to UTC's knowledge of off-label

23    administration of Tyvaso to PH-ILD patients by third-party

24    medical providers prior to March 12, 2021; correct?

25    A.    Correct.

1    Q.     You identified four individuals you spoke to earlier

2    today regarding off-label use of Tyvaso; correct?

3    A.     Correct.

4    Q.     And did you discuss that off-label use with those

5    four individuals?

6    A.     Yes.

7    Q.     Other than speaking to those four individuals, what

8    else did you do to prepare for topic 1?

9    A.     I reviewed documents.

10   Q.     What type of documents related to topic 1 do you

11   recall reviewing?

12   A.     I reviewed -- well, for one, I reviewed a case report

13   from Duke University of patients that were treated with

14   Tyvaso.

15   Q.     And that case report, was that a paper authored by

16   Dr. Parikh?

17   A.     Correct.

18   Q.     So with respect to topic 1, off-label use of the

19   Faria-Urbina paper?

20   A.     Correct.

21   Q.     With respect to topic 1, did you review an abstract

22   by a first-named author Agarwal?

23   A.     Yes.

24   Q.     With respect to topic 1, did you review any paper

25   with respect to a Rajan Saggar?

1    A.      Yes.

2    Q.      That one paper, that was off-label use not of Tyvaso?

3    A.      Yes.

4    Q.      Remodulin; correct?

5    A.      That was off-label use of Remodulin.

6    Q.      Okay.  Do the four papers you identified reflect

7    UTC's knowledge of off-label administration of Tyvaso to

8    PH-ILD patients prior to March 12, 2021?

9    A.      So in my conversations with those four individuals,

10   they cited -- well, it depends on each individual, but the

11   paper for the Remodulin, the Saggar Remodulin paper was

12   cited.  The Aaron Waxman data was cited.  So those were in

13   those conversations with individuals.  Those are the two

14   sources of information that were published data that were

15   cited.

16   Q.      When you mentioned Waxman data, are you referring

17   both -- when you mentioned Waxman data, were you referring

18   to both the Faria-Urbina and the Agarwal-Waxman data?

19   A.      My understanding is that there was an abstract and

20   then there was a peer-reviewed publication, so same dataset

21   but more full dataset for the peer-reviewed publication.

22   Q.      And with respect to the -- what you've titled or what

23   you've called the Waxman data, that reflects off-label use

24   of Tyvaso in PH-ILD patients?

25   A.      That study was a retrospective chart review looking

1    at the use of Tyvaso in a broad set of patients with

2    pulmonary hypertension Group 3 pulmonary hypertension.  That

3    included patients with obstructive disease, interstitial

4    lung disease, and mixed obstructive/restrictive.

5    Q.    But patients with PH and interstitial lung disease;

6    correct?

7    A.    Were included in that set of data; correct.

8    Q.    And does the data reflect UTC's knowledge of

9    off-label use of Tyvaso in PH-ILD patients?

10   A.    Yes.

11   Q.    UTC was aware of off-label use of Tyvaso to treat

12   PH-ILD patients prior to March 12, 2021; correct?

13   A.    Those papers -- right.  We were aware of those

14   papers, UTC was.

15   Q.    You were personally aware of the Waxman data

16   independent of those individuals; correct?

17   A.    Yes.

18   Q.    And you were aware of that data -- the Waxman data

19   prior to March 12, 2021; correct?

20   A.    Yes.

21   Q.    You indicated earlier today that your participation

22   in the INCREASE study started around March 2017; right?

23   A.    Correct.

24   Q.    Do you know when Ms. Leigh Peterson's involvement in

25   the INCREASE study began?

1   A.      About the same time.

2   Q.      Why was her participation in the INCREASE study --

3   why did her participation in the INCREASE study start around

4   March of 2017 as well?

5   A.      At that time, she transitioned as the head of product

6   development.

7   Q.      Did she replace anyone?

8   A.      Yes.

9   Q.      Who did she replace with respect to the INCREASE

10  study team?

11  A.      An individual named Kevin Laliberte.

12  Q.      Marking as Exhibit 5 a document titled Tyvaso "and

13  WHO Group 3, Proof of Concept Review, March 9, 2015."  Bears

14  production numbers UTC_PH-ILD_082484 through 082534.  Today

15  you mentioned in preparing for the topics you've been

16  designated you reviewed a March 2015 slide deck.  Do you

17  recall that?

18  A.      Yes.

19  Q.      Is this the slide deck?

20  A.      Yes.

21  Q.      Is this an internal UTC slide deck?

22  A.      Yes.

23  Q.      Do you know who prepared it?

24  A.      I do not.

25  Q.      And if you turn to the second slide, production

1    ending in 485, the agenda titled -- there's a slide titled

2    "Agenda" and that first is Tyvaso proof of concept data and

3    the WHO Group 3 pulmonary hypertension?

4    A.    Yes.

5    Q.    And then there's a dash, inhaled treprostinil in

6    Group 23 PH Aaron Waxman, M.D., PhD?

7    A.    Yes.

8    Q.    Is this the Waxman data that you talked about earlier

9    today?

10   A.    Yes.

11   Q.    How did Dr. Waxman's Brigham and Women's slide deck

12   get it incorporated into a UTC slide deck?

13   A.    I believe he brought this data to share with people

14   at United Therapeutics.

15   Q.    Okay.  Around the time of 2015?

16   A.    Yeah, March 9, 2015.

17   Q.    Do you know why he was brought in to provide this

18   presentation?

19   A.    My understanding is that there was some interest

20   within our medical affairs group for looking at Tyvaso as a

21   treatment for patients with PH-ILD primarily because these

22   patients don't have any -- didn't have anything and they're

23   a very sick and vulnerable patient group.

24   Q.    So this provides empirical results regarding the V/Q

25   mismatch; correct?

1   A.      This provides a hypothesis because, again, this is an

2   open label, retrospective chart.  This is a starting point,

3   for sure.

4   Q.      When you talk hypothesis, does your hypothesis mean

5   before there's any data?

6   A.      It means that there's a hypothesis that this is some

7   information that could be taken to a more formal clinical

8   trial later on.

9   Q.      But you would agree that this presentation by

10  Dr. Waxman is not hypothetical data, it is actual data;

11  correct?

12  A.      Well, yeah, this is data we're looking at, real data.

13  You know, this is the retrospective chart for data.

14  Q.      So these patients actually have received the drug

15  with this condition and observed these results; correct?

16  A.      That's what we just went through.

17  Q.      Okay.  If you go to page 512 under the Conclusions,

18  it's written here:  "The findings of this pilot study

19  provided preliminary evidence supporting the treatment of

20  precapillary PAH in patients with advanced lung disease."

21          Is that right?

22  A.      Correct.

23  Q.      Now, is that Dr. Waxman's conclusion?

24  A.      I think this is also the conclusion in some of the

25  published literature, but I have to look at that because

1    there are multiple authors on some of those publications.

2    Q.      And based on this data, this provided the conception

3    of moving forward with increase?

4    A.      Correct.

5    Q.      Are you aware of any study, any paper where inhaled

6    treprostinil was used in PH-ILD and failed?

7    A.      Inhaled treprostinil used in PH-ILD and failed?

8            I am -- I'm not recalling.

9    Q.      Dr. Smith, I'm marking as Smith Exhibit Number 12 a

10   document titled, "RIN-PH-201 Protocol Amendment 3" in the

11   upper "A Multicenter, Randomized, Double-Blinded,

12   Placebo-Controlled Trial to Evaluate the Safety and Efficacy

13   of Treprostinil in Subjects with Pulmonary Hypertension Due

14   to Parenchymal Lung Disease."

15           And the amendment is dated February 15, 2017.

16   It bears production numbers UTC_PH-ILD_1050830105152.

17           Dr. Smith, have you seen this document before?

18   A.      Yes.

19   Q.      So is it fair to say that Exhibit -- Smith Exhibit

20   Number 12 is the final protocol for the INCREASE study?

21   A.      Yes.

22   Q.      So is it fair to say that the final INCREASE protocol

23   was -- let me rephrase that.

24           Is it fair to say that the INCREASE protocol was

25   finalized prior to your participation in the INCREASE study?

1     A.     Yes.

2     Q.     And is it fair to say that the INCREASE protocol was

3     finalized prior to Leigh Peterson's participation in the

4     INCREASE study?

5     A.     Leigh joined the team in March of 2017, as did I, so

6     yes.

7     Q.     Dr. Smith, I'm handing you what I've marked as Smith

8     Exhibit Number 14, the document titled "Tyvaso and Pulmonary

9     Hypertension Due to Interstitial Lung Disease (PH-ILD), the

10    INCREASE Study.  Peter Smith, Pharm.D."

11           Then production numbers UTC_PH-ILD_081580

12    through 081606.

13           Did you prepare and present this slide deck?

14    A.     I did.

15    Q.     Okay.  The data that UTC provided to us when they

16    produced it indicates that this is an August 31, 2017,

17    presentation, although the date's not on there.

18           Does that refresh your recollection as to about

19    when this was presented and prepared?

20    A.     What year?

21    Q.     August 2017.

22    A.     August 2017.  It's hard for me to exactly pinpoint a

23    date.  I don't remember.

24    Q.     Would you have any reason to doubt that?

25    A.     No.

1  Q.    Do you know who you would have presented this to?

2  A.    One of these I would have used when I went around and

3  spoke to investigators about recruitment, getting patients

4  into the study.  So most of them are obviously well familiar

5  with the background of it, so it was more around the current

6  update, where we were at.

7  Q.    Can you turn to the next slide, 587.

8         And on this slide you wrote:  Support of

9  evidence for Tyvaso in WHO Group 3 -- let me restate that.

10        You wrote:  "Supportive evidence for Tyvaso in

11 WHO Group 3."

12 A.    That's what the slide says here.

13 Q.    A slide that you generated?

14 A.    Yes.

15 Q.    And here you specifically pointed to the

16 Agarwal/Waxman April 15th to 18th, 2015 abstract; correct?

17 A.    Yes.

18 Q.    And if you look at slides 10, 11, 12, and 13, there's

19 a bottom note all pointing to the Agarwal/Waxman 2015

20 abstract; is that right?

21 A.    There's a reference at the bottom of each one of

22 these slides; correct.

23 Q.    So is it fair to say that the data from 10, 11, 12,

24 and 13 came from the Agarwal 115 abstract, which is Smith

25 Exhibit Number 11?

1    A.    Yes.

2    Q.    Can you go to slide 14.

3           And this is the discussion and conclusion you

4    wrote regarding the Agarwal/Waxman abstract data?

5    A.    Mm-hmm.  Yes.

6    Q.    And then for purposes of the record, slide 14 also

7    has at the very bottom a reference citation to the

8    Agarwal/Waxman abstract; correct?

9    A.    Correct.

10   Q.    And you wrote in the last bullet point:

11   "Nonetheless, this study provides preliminary evidence

12   supporting the safety and efficacy of inhaled treprostinil

13   in the treatment of Group 3 PH with advanced lung disease

14   complicated by pulmonary vascular remodeling."

15   A.    That's what it says there.

16   Q.    And you wrote that?

17   A.    Yes.

18   Q.    Now, Dr. Smith, I'm handing you what's Smith Exhibit

19   Number 15, an email from yourself to Aaron Waxman, Steve

20   Nathan, Victor Tapson, among others, dated November 7, 2017,

21   bearing production number UTC_PH-ILD_081748.

22          And in this -- this is an e-mail that you sent

23   to those individuals?  I'm talking about the e-mail.

24   A.    Yes.

25   Q.    And if you look at the e-mail, Exhibit 15, there's an

 1   attachment that says:  "INCREASE study slides IRN-PH-201."

 2              Do you see that?

 3   A.    Yes.

 4   Q.    And I've handed you what I've marked as Smith

 5   Exhibit 16, a document titled:  "Tyvaso and Pulmonary

 6   Hypertension Due to Interstitial Lung Disease, PH-ILD, the

 7   INCREASE Study," bearing production numbers

 8   UTC_PH-ILD_081749 through 081761.

 9              Does Exhibit 16 appear to be the attachment

10   that's referenced in Exhibit 15?

11   A.    Yes.

12   Q.    Okay.  If you look at the Exhibit 15, it's -- it

13   starts out, "Dear INCREASE steering committee."

14              Do you see that?

15   A.    Yes.

16   Q.    Now, you had mentioned Waxman, Nathan, and Tapson as

17   the external members of the steering committee; is that

18   right?

19   A.    Yes.

20   Q.    You can read what you want.

21              On the third line, it says:  "On a related note,

22   I wanted to pass along the attached slides which could be

23   used in any of your conversations with colleagues regarding

24   the study background, patient population, et cetera."

25              Do you see that?

1    A.    Yes.

2    Q.    And would that be the slide deck I marked as

3    Exhibit 16?

4    A.    Yes.

5    Q.    And in the slide deck that's Exhibit 16, this could

6    be given to anyone even though it's not involved in the

7    study?

8    A.    This slide deck would have been used for external

9    audiences.

10   Q.    And they didn't have to have this confidentiality

11   designation that you talked about with respect to what you

12   had presented?

13   A.    No.

14   Q.    Did you prepare the slide deck associated with

15   Exhibit 16?

16   A.    Yes.

17   Q.    If you turn to page ending in -- oh, the production

18   page ending in 752.  And the slide that you created, it's

19   titled "Supportive Evidence for Tyvaso and WHO Group 3 PH"?

20   A.    Yes.

21   Q.    And the supportive evidence, you're pointing to the

22   Agarwal/Waxman 2015 abstract; is that right?

23   A.    Yes.

24             (The video ended.)

25             MR. LANDERS:  Your Honor, the following exhibits

1    were shown in the video to Dr. Smith and they correspond to

2    several deposition exhibits.

3               So JTX 001 corresponds to Deposition Exhibit 2;

4    DTX 0648 corresponds to Deposition Exhibit; 4 DTX 0385

5    corresponds to Deposition Exhibit 5; DTX 0401 corresponds to

6    Deposition Exhibit 12; DTX 0382 corresponds to Deposition

7    Exhibit 14; DTX 0383 corresponds to deposition Exhibit 15,

8    and DTX 0384 corresponds to Deposition Exhibit 16.

9               And now we seek to move the following exhibits

10   into evidence:  DTX 0648, DTX 0385, DTX 0401, DTX 0382,

11   DTX 0383, and DTX 0384.

12              MR. CARSTEN:  No objection.

13              THE COURT:  All right.  They're admitted without

14   objection.

15              (Thereupon, Defendant's Exhibit Numbers DTX

16   0648, DTX 0385, DTX 0401, DTX 0382, DTX 0383, and DTX 0384

17   were admitted.)

18              MR. MINN:  Good afternoon, Your Honor.  Robert

19   Minn for Liquidia Technologies.

20              THE COURT:  Good afternoon.

21              MR. MINN:  May I approach?

22              THE COURT:  Yes.

23              MR. MINN:  Your Honor, you will now hear from

24   the first deposition of Dr. Rajan Saggar taken by Liquidia

25   on September 17, 2024.

1    Dr. Saggar is a professor of medicine at UCLA.

2    He is also the director of pulmonary hypertension program at

3    UCLA.  He will be testifying regarding his treatment of the

4    PH-ILD patients with inhaled treprostinil prior to the

5    complaint.  He will also be talking about the sale of

6    Tyvaso, as well as his prior art publication, Saggar 2014.

7    THE COURT:  All right.

8    (The video started.)

9    BY THE ATTORNEY:

10   Q.    Good morning, Dr. Saggar.

11   A.    Good morning.

12   Q.    Can you state your full name for the record, please.

13   A.    Rajan Saggar.

14   Q.    Article titled "Treprostinil to Reverse Pulmonary

15   Hypertension Associated with Idiopathic Pulmonary Fibrosis

16   as a Bridge to Single-Lung Transplantation," last named

17   author Rajan Saggar, M.D., and bearing Bates number

18   LIQ_PH-ILD_2986 to 2989.

19       Do you see that?

20   A.    Yes.

21   Q.    Is that an article on which you were one of the

22   authors that were published in 2009?

23   A.    Yes.

24   Q.    Exhibit 3 should be an article titled "Changes in

25   Right-Heart Hemodynamics and Echocardiographic Function in

1   Advanced Phenotype of Pulmonary Hypertension and Right-Heart

2   Function Associated With Pulmonary Fibrosis," with you as

3   the last author bearing Bates number LIQ_PH-ILD_226 through

4   246.  Do you recognize Exhibit 3?

5   A.     Yes.

6   Q.     Is that an article that was authored by you and

7   others that was published in 2014 in the journal *Thorax*?

8   A.     Correct.

9   Q.     Where are you currently employed?

10  A.     University of California, Los Angeles.

11  Q.     What is your position at UCLA?

12  A.     I'm a professor of medicine there.  I'm the

13  codirector of the pulmonary vascular disease program.  I'm

14  the director of the pulmonary hypertension program.

15  Q.     How long have you been in that role?

16  A.     Close to seven years ago.

17  Q.     Where did you go to medical school?

18         (The video ended.)

19         MR. SUKDUANG:  Would it be helpful, Your Honor,

20  after it's played to submit the transcript both sides to use

21  to Ms. Reporter?

22         THE COURT:  But you might be able to hear it if

23  you were listening to it through headphones?

24         MR. SUKDUANG:  We do -- I think --

25         THE COURT:  I mean, it's low.  But, I mean, I

 1    can hear it.  I don't have to transcribe it, though.

 2                    MR. SUKDUANG:  I'm offering --

 3                    THE COURT:  I understand what you're offering.

 4    We can also --

 5                    MR. SUKDUANG:  We can also send -- after we're

 6    done, we can send the actual video that's played and both

 7    sides designated.  So if Ms. Reporter needs it, she can

 8    listen to part of it with headphones.

 9                    MR. CARSTEN:  We have no objection to that.

10                    THE COURT:  Try playing it for a minute.

11                    (The video started.)

12    BY THE ATTORNEY:

13    Q.      Where did you go to medical school?

14    A.      Medical College of Wisconsin.

15    Q.      When did you receive your M.D.?

16                    (The video ended.)

17                    THE COURT:  Go back to -- what you need to -- go

18    back to --

19                    (The video started.)

20                    THE WITNESS:  University of California, Los

21    Angeles.

22    BY THE ATTORNEY:

23    Q.      What is your position at UCLA?

24    A.      I'm a professor of medicine there.  I'm the

25    codirector of the pulmonary vascular disease program.  I'm

1    the director of pulmonary hypertension program.

2    Q.    And how long have you been in that role?

3    A.    Close to seven years.

4    Q.    Where did you go to medical school?

5    A.    Medical College of Wisconsin.

6    Q.    When did you receive your M.D.?

7    A.    1999.

8    Q.    After completing that residency, did you do any

9    additional training?

10    A.    Yeah.  I did a fellowship in pulmonary care and

11    medicine with an extra fellowship in what's called advanced

12    lung disease which includes lung transplantation and

13    pulmonary vascular disease.

14    Q.    And when did you complete those two fellowships?

15    A.    2006.

16    Q.    In your current role as -- in your current role at

17    UCLA, can you discuss your treatment of pulmonary

18    hypertension patients generally?

19    A.    In general, we have a program that consists at this

20    point of approximately 1,500 patients which are patients

21    with pulmonary hypertension which span different types of

22    pulmonary hypertension with the different groups of

23    pulmonary hypertension, so Group 1 through Group 5 are

24    all -- they're all part of that group of the 1,500 patients

25    that we treat.

1          We provide all the services that -- it's

2    one-stop shopping, so to say, for this program.  We provide

3    the surgical expertise for, for instance, for blood clots

4    and pulmonary hypertension, so the surgery that goes with

5    that.  We also provide lung transplantation and we provide

6    all the medications that are available for this disease and

7    treat patients with pulmonary hypertension from all groups

8    represented.

9    Q.    That would include PH patients that have PH-ILD?

10   A.    That's correct.

11   Q.    Do you oversee the treatment of PH-ILD patients?

12   A.    Yes.

13   Q.    When was the first time that you used treprostinil in

14   any form to treat a patient with PH-ILD?

15   A.    So we actually -- this article that you -- I guess

16   Exhibit Number 2 is the first report that we put into the

17   literature which, if I remember correctly, was in 2009.  So

18   we were treating patients with treprostinil with PH-ILD.  I

19   think moving forward, I'm going to use PH-ILD to include

20   pulmonary fibrosis, so PH-ILD patients.  We were treating

21   patients with treprostinil prior to 2009.  Probably the

22   first time I ever used treprostinil would have been probably

23   in 2005.

24   Q.    Why did you choose to use Remodulin off label in 2005

25   to treat PH-ILD?

1    A.     Well, we were very interested in the use of pulmonary

2    hypertension medications in general, which we felt could

3    help patients with pulmonary hypertension related to

4    interstitial lung disease on two levels.  One is that the

5    medication, which would be known to be used in pulmonary

6    hypertension, also had pathways -- molecular pathways or

7    biologic pathways that were shared between pulmonary

8    hypertension and interstitial lung disease.

9         So our interest was perhaps there's an

10   antifibrotic component to the use of not just treprostinil

11   but other medications as well.  There was a theory we had.

12   So we felt that patients may be getting the benefits of a

13   drug like treprostinil on both counts, both for the

14   pulmonary hypertension as well as the interstitial lung

15   disease.

16        We specifically chose treprostinil for several

17   reasons.  One was that we could give it intravenously, and

18   for that reason, we could monitor its effects sort of in a

19   on/off type of fashion.  Number two is that treprostinil at

20   the time was felt to have properties where it not only

21   caused arteries to dilate but also veins to dilate, and

22   there was some data to support that.  And treprostinil -- we

23   also, again, had evidence at least in the animal literature

24   that there could be an antifibrotic effect potentially with

25   the use of treprostinil.

1          So those were the three reasons that we chose

2     that medication.

3     Q.     When was the first time that you used nebulized

4     Tyvaso for treatment of a PH-ILD patient?

5     A.     Well, from my experience from the case report, which,

6     as you probably know, was using parenteral treprostinil,

7     once the inhaled product was approved for Group 1 PAH in

8     2009, we started to use inhaled therapy for PH-ILD,

9     specifically Tyvaso.

10    Q.     Did you have conversations with clinicians at other

11    centers about the use of nebulized Tyvaso for treatment of

12    PH-ILD following the publication in 2009?

13    A.     Yes.  I think the point is we only had experience

14    until 2009 with the parenteral versions of this medication.

15    Once it was approved, albeit for Group 1 PAH, we had an

16    opportunity to consider its use off-label for patients who

17    had PH-ILD, which we did immediately after its approval in

18    2009, and other centers followed.

19         And it made sense because we already had

20    evidence that it worked in its intravenous form, which is,

21    as many know, a cumbersome way of delivering the medication.

22    Once it was available in an inhaled form, something that was

23    more relevant to doing it at home, let's say in the

24    outpatient setting as opposed to the inpatient setting, it

25    was a natural transition.

1    Q.      You mentioned that you used inhaled Tyvaso for

2    treatment of PH-ILD patients; correct?

3    A.      Yes.

4    Q.      Have you seen improvements in, for example,

5    six-minute walk distance in patients?

6    A.      Yes.

7    Q.      Have you seen improvement in NT-proBNP levels in

8    patients?

9    A.      Yes.

10   Q.      Why do you believe you're seeing those improvements

11   in those patients suffering PH-ILD following treatment with

12   inhaled Tyvaso?

13   A.      For the same reason we see the benefits when we give

14   it parenterally.  It's a medication known to work in

15   pulmonary hypertension and it provides similar benefits in

16   Group 3 pulmonary hypertension as it does in the setting of

17   Group 1 pulmonary hypertension, where it's actually

18   approved.

19   Q.      When you said it provides similar benefits, what are

20   you referring to?

21   A.      So exercise capacity, which we usually gauge by

22   six-minute walk; takes the stress off the heart, which is

23   these NT-proBNP or BNP levels which is based on a blood

24   test.  We see subjective improvements based on patient

25   interviews in the clinic.  Citing those benefits, we hear

1    the same stories in terms of benefits from the loved ones of

2    patients who come to clinic with them who also note these

3    improvements.  And, of course, we objectified a lot of this

4    in our paper in 2014.

5    Q.    So you believe that the way in which Tyvaso improves

6    forced vital capacity in PH-ILD patients is the same way

7    that it improves forced vital capacity in some PAH patients?

8    A.    That's correct.

9    Q.    When did you develop that belief?

10   A.    The problem with all of this is that in Group 1 PAH,

11   we don't often get to repeat forced vital capacity

12   assessments as part of the normal treatment of patients.  We

13   get a baseline evaluation at the time of the Group 1 PH

14   diagnosis, but we often do not get repeat pulmonary function

15   tests except in the setting of clinical studies.

16        But over the years in the lung transplant world

17   when we're evaluating a Group 1 PAH patient, we do do

18   sequential pulmonary function tests.  Some of those patients

19   will improve with medical therapy, and we do get repeat

20   breathing tests.  So somewhere between 2005 and probably

21   2010, I acquired this experience of getting repeat pulmonary

22   function tests in Group 1 PAH patients, where I was able to

23   see their forced vital capacities were improving with

24   pulmonary hypertension therapy.

25        So that's -- I think that answers your question.

1    Q.    Just to be clear, when you say "at this time," what

2    time did these discussions with United Therapeutics take

3    place about the larger-scale clinical study like

4    treprostinil and PH-ILD?

5    A.    I can't give you an exact date, but it would have

6    been -- like I said, these discussions happened over years,

7    so somewhere between 2010 and 2015.

8    Q.    Who were you talking to at United Therapeutics during

9    the 2010 to 2015 time period about the study?

10   A.    There were several individuals.  Back in the day, we

11   were dealing with their lead pharmacist, who's Kevin

12   Laliberte.  And I'm not sure what the title was of David

13   Zagardeli, but he was high up in the administrative United

14   Therapeutics ladder, if you will.  I'm not sure exactly what

15   his title was.  He may have been -- I don't want to guess.

16   These two individuals were working with us to put together

17   this protocol and to propose this to the higher members, if

18   you will, of the United Therapeutics group.

19            We showed our data even to Martine Rothblatt.

20   Martine came to UCLA, made a personal appearance.  We went

21   through all this data with her at length.

22   Q.    During this 2010 to 2016 time period when you're

23   having discussions with UTC, did you propose or someone from

24   the group at UCLA propose a larger clinical study involving

25   the use of Tyvaso, inhaled Tyvaso, in PH-ILD patients?

1    A.      Yes, of course.

2    Q.      This is Exhibit 3 to the deposition.  This is your

3    2014 publication you're the last author on.  Are you there?

4    A.      I am.

5    Q.      And at the time that you designed this study, which

6    PH-ILD patients did you believe were most likely to respond

7    to treprostinil?

8    A.      We felt that we were using a PH therapy first and

9    foremost for its ability to improve the pulmonary vascular

10   disease and secondarily for any forced vital capacity

11   improvement, whether it be antifibrotic or some other

12   mechanism.

13          So we were also guided by the fact that many

14   PH-ILD studies failed with other PH therapies which we felt

15   was due to trial design and the idea that they had

16   included -- when I say "they," I mean prior conceptual

17   designs using other PH therapies in PH-ILD: bosentan,

18   ambrisentan, macitentan, riociguat.  There's several that

19   are in the failed studies we thought was a trial design

20   issue.

21          And one of the glaring issues that we thought

22   was playing a role was the degree of pulmonary hypertension

23   being studied.  So we were specifically focused on -- our

24   concept was to focus on the advanced pulmonary hypertension

25   phenotype.

1    Q.      All of the patients in this study as reported in the

2    2014 publication are PH-ILD patients?

3    A.      Correct.

4    Q.      After Remodulin -- treatment with Remodulin, in the

5    next sentence, you mention:  "Improvements were seen in

6    six-minute walk distance, 36-Item Short Form Healthy Survey

7    Noncomponent Summary Aggregate, San Diego Shortness of

8    Breath Questionnaire, and brain natriuretic peptide."

9            Do you see that?

10   A.      Yes.

11   Q.      And what was that meant to convey to other physicians

12   who were reading this in 2014?

13   A.      So what this is is a larger version of the 2009 case

14   report.  So we basically took the 2009 case report, we

15   noticed that this was a positive experience, we extrapolated

16   that to a perspective study, which was open labeled with

17   these 15 patients, and we saw the same congruent homogenous

18   findings in terms of them improving not just, you know, one

19   or two items, but several items across the spectrum of

20   responses or variables that you may see in clinical study.

21           So we saw an improvement in functional status.

22   That's a six-minute walk.  The patient reported that they

23   felt better from a mental status, mental component summary

24   aggregate of the short-form SF36 questionnaire.

25           We saw their breathing improve, which we based

1    on the UC San Diego Shortness of Breath Questionnaire.  And

2    we also saw an improvement in the blood test, the one blood

3    test we followed for pulmonary hypertension, which we talked

4    about earlier, which is the brain natriuretic peptide, or

5    BNP.

6            So these were very congruent and across multiple

7    spectra improvements.  And in addition to that, we saw

8    improvements in the echocardiogram.  We had echocardiograms

9    at the beginning and end of the study to look at the right

10   side of the heart, which is reflective of how sick the

11   pulmonary vascular disease patient is.

12           So the right heart is sort of -- very well

13   appreciated in this disease as a marker of badness in terms

14   of how poor it's functioning or how well it's functioning.

15   So that was the actual involvement of the Temple group.

16           Dr. Fabian and Dr. Forvia, they blind looked at

17   the ECHOS in the beginning and at the end of the studies.

18   So we report that data as well.  The right heart, which is

19   also improved.  So there was a lot of -- there was

20   improvement across multiple different domains, which was

21   exciting to see.

22   Q.    Does this study at Exhibit 3 in 2014, does this

23   address any of those safety concerns with the parenteral

24   route for administration of treprostinil for PH-ILD

25   patients?

1    A.    Yes.

2    Q.    And what does it say about that or what does it

3    communicate about that?

4    A.    So we looked at the patient's oxygenation, you know,

5    before they went on the treprostinil and at the end of the

6    study, and we were not able to identify any increased needs

7    for oxygen or any untoward adverse reaction in terms of gas

8    exchange, specifically oxygenation.

9          So we looked at that pretty rigorously in this

10   study as a safety concern.

11   Q.    So you didn't see any evidence in your study

12   supporting this concern about V/Q mismatch or subsequent

13   hypoxemia with respect to being given the parenteral

14   treprostinil in the model?

15   A.    No.   And our experience since then has been the same.

16   And we treated hundreds of patients at this time without any

17   issue.   And actually, the -- we talk about this in our

18   discussion.   So we give a -- sort of a rationale for why we

19   think we did not see a gas exchange abnormality.

20   Q.    Just for your group at UCLA, from the time that

21   Tyvaso was improved in 2009 and until 2020, about how many

22   patients do you think just your group treated with Tyvaso

23   who were suffering from PH-ILD?

24   A.    Prior to its approval for PH-ILD?

25   Q.    Correct.

1   A.     I would say, realistically, somewhere between 75 and

2   100.

3   Q.     Go to page 230, which is the Bates number at the

4   bottom.

5   A.     Okay.

6   Q.     Sp if you go to Table 4 on that page, do you see the

7   table there entitled "Systemic and Pulmonary and Hemodynamic

8   and Oxygenation at Baseline and After 12 Weeks After

9   Parenteral Treprostinil Therapy"?

10  A.     Yes.

11  Q.     And the last measurement that's reported there is for

12  BNP; correct?

13  A.     Correct.

14  Q.     And it's reporting BNP levels in the 15 patients at

15  baseline and then after 12 weeks of Remodulin treatment;

16  correct?

17  A.     Correct.

18  Q.     What does that data show to a physician who would

19  have read this article around the time of 2014?

20  A.     Well, for pulmonary vascular disease and

21  hypertension, we follow BNP parenterally as the sole blood

22  test.  It's really the only one we actually request clinical

23  doctors to make, basically, back then.

24          So this value, the brain natriuretic peptide or

25  BNP level, tends to go up.  And it does go up in patients

1    who have significant pulmonary hypertension.  And the more

2    significant it is, the worse the patients are doing,

3    correlates with severity.  And you can also follow it

4    clinically in response to therapy.

5             Here we have three months of treprostinil off

6    the label with respective data.  BNP falls, on average, from

7    558 down to 228, so that's highly significant clinically as

8    well as statistically.

9    Q.    In the last sentence in the discussion you say:  "As

10   such, an advanced pulmonary hypertension phenotype in the

11   context of chronic respiratory disease may be essential for

12   predicting a beneficial response and minimizing potential

13   adverse effects of therapy."

14            What does that mean?

15   A.    Yeah, so it just brings the whole thing home with the

16   idea that based on this paper, this manuscript in 2014, our

17   manuscript, and looking at it in the context of everything

18   else that has been done in PH-ILD in terms of other clinical

19   studies, looking at the ones that failed, the ones that

20   succeeded, all the -- the spectrum of responses to different

21   medications, one of our hypotheses and conclusions here was

22   that, you know, perhaps this more advanced phenotype is

23   where the money is in terms of the response.

24            And that's somewhat played out with the INCREASE

25   data because the INCREASE data in their, you know, florist

1  plot, in their supplement, suggests that the patients who

2  have more -- you know, worse pulmonary hypertension based on

3  pulmonary vascular resistance with their 4 Wood unit

4  cut-off, they're more responsive than the people who have

5  less pulmonary hypertension with pulmonary vascular

6  resistances of less than 4 Wood units.

7  Q.     Does UCLA have a protocol or standard of care for

8  PH-ILD patients that uses Tyvaso for treatment of PH-ILD?

9  A.     We believe that -- yes.  The answer is yes.

10         We believe that treprostinil, even prior to its

11  approval of 2021 as an inhaler therapy for PH-ILD, we

12  believe since 2009, 2010 that -- and we do this clinically

13  in our standard of care at UCLA, is to use treprostinil in

14  one of its forms, specifically inhaled or parenteral, for

15  PH-ILD.  That was our go-to, first-line therapy and has been

16  since 2010.

17  Q.     And Tyvaso as part of that standard of care for

18  treatment of PH-ILD, it was a part of that standard of care

19  prior to its approval for PH-ILD in 2021; correct?

20  A.     Yeah.  And for the record, we've been really using

21  inhaled treprostinil for this indication, Tyvaso off-label

22  for PH-ILD, since 2010.  Actually, since 2009, since it was

23  approved.

24         To get something -- I just want to make this

25  point.

1    To get something off-label approved out of the

2    gate when it's approved by the FDA for a different

3    indication is not easy.  So you have to write and fight

4    insurance companies.

5    So for the first six months after Tyvaso was

6    approved in 2009, for Group 1 PAH, we had difficulty getting

7    them the medication for PH-ILD because when the insurance

8    company reads the documents, they see the patient has ILD.

9    So we have to come up with a rationale for why

10   the patient had more of a significant pulmonary hypertension

11   Group 1 type of phenotype even though they had clear

12   evidence of ILD, which is a Group 3 phenotype.  And you

13   probably know there's a big, sort of, overlap between Group

14   1 and Group 3.

15   But we figured out how to do that pretty

16   quickly, and we were able to get medication, both parenteral

17   and inhaled, you know, six months after inhaled Tyvaso came

18   out for PH-ILD.  So we've been doing this for a long time,

19   and I would argue very successfully, for both inhaled and

20   parenteral therapies as part of the protocol at UCLA.

21   Q.    So when you were talking about getting Tyvaso

22   approved for treatment of PH-ILD patients, you were

23   saying -- you meant getting it approved for payment by the

24   insurance companies for use in PH-ILD patients?

25   A.    Yeah.

1    Q.      I'm going to enter Saggar Exhibit 6, a document from

2    the *New England Journal of Medicine*, which is entitled

3    "Inhaled Treprostinil in Pulmonary Hypertension Due to

4    Interstitial Lung Disease," the first author, Aaron Waxman,

5    last author, Steven B. Nathan, published January 28, 2021.

6              Do you see that?

7    A.      Yes.

8    Q.      If you turn to Table 2, and that's at publication

9    page 332 on the lower left-hand corner.

10   A.      Okay.

11   Q.      And you should see "Table 2:  Summary of Primary and

12   Secondary Endpoints."

13   A.      Correct.

14   Q.      And do you see that the authors reported the primary

15   endpoint change in peak six-minute walk distance from

16   baseline to week 16?

17   A.      Yes.

18   Q.      Given your experience that we've talked about today,

19   were you surprised that treatment of PH-ILD patients with

20   Tyvaso resulted in significant improvements in exercise

21   capacity based on six-minute walk distance?

22   A.      No.

23   Q.      Why not?

24   A.      Because we've already seen this in our own clinical

25   practice.

1  Q.    Looking at the secondary endpoint, were you surprised

2  that the -- were you surprised at the time of reading this

3  article that the study authors reported a change in the

4  concentration of NT-proBNP from baseline to week 16,

5  representing a significant improvement following the

6  treatment of treprostinil in PH-ILD patients?

7  A.    No.

8  Q.    Why not?

9  A.    Same reason.  We've also seen the same improvements

10  in BNP or NT-proBNP in this population with inhaled

11  treprostinil.

12  Q.    Looking next at the occurrence of clinical worsening

13  that's reported here in Table 2.

14        Do you see that?

15  A.    Yes.

16  Q.    Were you surprised by the results with respect to

17  occurrence of clinical worsening reported in the INCREASE

18  trial?

19  A.    No.  I was happy to see it.

20  Q.    If you turn to Table S6, it's part of the

21  supplementary appendix, and it's on Bates number production

22  page 10825.

23        Let me know when you're there.

24  A.    I'm here.

25  Q.    And do you see in Table S6 on this page it reports

1     changes in FVC both in milliliters and percent predicted

2     following treatment with Tyvaso in PH-ILD patients?

3     A.    Yes.

4     Q.    Were you surprised by these results with respect to

5     FVC reported for the INCREASE study given your prior

6     experience?

7     A.    No.

8               (The video ended.)

9               MR. MINN:  Your Honor, so that ran for

10    30 minutes and 43 seconds, all allocated to the Defendant's

11    time.

12             And we'd also like to introduce into evidence:

13    DTX 10, which corresponds to Exhibit 3 in the deposition;

14    and DTX 66, which corresponds to Exhibit 2 in the

15    deposition; and DTX 363, which corresponds to Exhibit 6 in

16    the deposition.

17             MR. CARSTEN:  No objection, Your Honor.

18             THE COURT:  All right.  They're admitted without

19    objection.

20             (Thereupon, Defendant's Exhibits DTX 10, 66, and

21    363 were admitted.)

22             MR. MINN:  All right.  Thank you, Your Honor.

23             THE COURT:  Okay.  So that will end the

24    testimony for today.  So we're off the clock here.

25             I was curious about something.  In North

1    Carolina, when the judge denied the preliminary injunction

2    and TRO, did that judge write an opinion of some sort?

3            MR. SUKDUANG:  He did, Your Honor.  Would you

4    like a copy?

5            THE COURT:  I would like if you could send me a

6    copy and also if you would send me what the claims are in

7    that patent.

8            MR. SUKDUANG:  Can we send you the patent and

9    the opinion?

10            THE COURT:  Yes, that would be fine.  So thank

11    you.

12            So just in terms of what you all are thinking, I

13    guess, Defendant, you've got these two witnesses that the

14    plaintiff is going to have here tomorrow morning.

15            What's your -- otherwise, what else are you

16    planning on doing, say, tomorrow morning?

17            MR. SUKDUANG:  Yes.  So I believe there's

18    another short clip from Dr. Saggar at UCLA that we'd like to

19    finish.

20            THE COURT:  Okay.

21            MR. SUKDUANG:  Then I believe it would be

22    Mr. Laliberte and Dr. Tapson, depending on which one is here

23    first.  Then there's a couple -- a longer video clip of

24    Dr. Waxman and his testimony.

25            And then after that, I believe there are very

1    short, maybe 20 minutes, of Mr. Bunce and Mr. Snader and

2    Mr. Maebius, and that will finish the videos.  Then we will

3    call live Dr. Channick and then we will call live Dr. Hill.

4              THE COURT:  Okay.  All right.  That should take

5    most of tomorrow.  All right.  Thank you.

6              Is there anything else?  Otherwise I will see

7    you all tomorrow.

8              MR. SUKDUANG:  No, Your Honor.

9              MR. CARSTEN:  No, thank you, Your Honor.

10             THE COURT:  All right.  Have a good evening and

11   I will see you tomorrow.

12             (The proceedings were in recess at 5:05 p.m.)

13

14

15                    **C E R T I F I C A T E**

16        I, Deanna L. Warner, a Registered Professional

17   Reporter, do hereby certify that as such Registered

18   Professional Reporter, I was present at and reported in

19   Stenotype shorthand the above and foregoing proceedings.

20

21   _____

22        Deanna L. Warner, RPR, CSR
          Official Court Reporter
          U.S. District Court

23

24

25

**'**

**'061** [1] - 100:23
**'15** [1] - 65:9
**'16** [1] - 65:14
**'21** [1] - 22:22
**'327** [59] - 5:25, 6:24, 8:8, 12:24, 16:12, 16:14, 20:20, 22:8, 22:24, 23:18, 23:20, 25:10, 26:8, 37:12, 37:21, 37:24, 57:6, 57:7, 57:12, 57:15, 64:15, 70:12, 70:17, 70:19, 71:12, 100:18, 100:23, 113:3, 113:10, 113:23, 124:4, 124:9, 124:21, 124:25, 125:3, 126:6, 127:15, 127:17, 127:21, 134:19, 134:22, 134:23, 135:1, 135:3, 135:7, 164:25, 165:9, 165:13, 170:25, 203:17, 204:1, 204:5, 222:5, 222:12, 229:4, 229:5, 235:5, 236:20, 236:25
**'793** [16] - 20:17, 22:10, 22:12, 22:14, 22:23, 23:3, 23:4, 23:7, 23:12, 23:13, 23:17, 23:21, 26:1, 37:1, 37:3

**0**

**0.01** [1] - 120:9
**0.02** [1] - 119:2
**0.03** [1] - 120:10
**0.05** [2] - 120:14, 179:9
**0.5** [1] - 120:14
**0001** [4] - 37:8, 37:13, 37:18, 37:21
**001** [1] - 250:3
**00126055** [1] - 42:24
**005310** [1] - 234:24
**005360** [1] - 234:24
**008** [3] - 10:22, 10:23, 15:2
**0291** [5] - 45:4, 45:6, 45:9, 46:17, 46:18
**0382** [3] - 250:6, 250:10, 250:16

**0383** [3] - 250:7, 250:11, 250:16
**0384** [3] - 250:8, 250:11, 250:16
**0385** [3] - 250:4, 250:10, 250:16
**0401** [3] - 250:5, 250:10, 250:16
**0648** [3] - 250:4, 250:10, 250:16
**08** [1] - 120:9
**081606** [1] - 245:12
**081761** [1] - 248:8
**082534** [1] - 241:14

**1**

**1** [110] - 4:7, 4:17, 4:22, 5:25, 6:3, 6:5, 6:6, 7:23, 8:2, 8:5, 8:11, 8:16, 14:20, 15:24, 25:12, 26:7, 28:9, 42:6, 46:7, 50:1, 50:2, 50:18, 51:18, 52:2, 52:13, 70:11, 70:13, 71:3, 71:7, 71:10, 71:12, 77:18, 78:4, 82:4, 83:23, 83:25, 86:18, 86:20, 92:17, 93:24, 113:2, 113:10, 114:5, 114:6, 114:7, 114:9, 115:23, 116:1, 118:11, 119:20, 131:24, 134:1, 134:2, 134:6, 134:7, 134:11, 137:5, 137:10, 138:7, 140:12, 142:6, 142:10, 143:1, 143:10, 143:14, 143:20, 160:8, 160:10, 162:20, 168:21, 188:23, 189:6, 189:7, 189:9, 203:17, 203:20, 204:19, 219:11, 219:18, 221:25, 222:5, 222:11, 229:25, 230:3, 230:6, 230:8, 230:14, 230:19, 230:22, 231:3, 233:15, 237:19, 237:22, 238:8, 238:10, 238:18, 238:21, 238:24, 254:23, 257:7, 257:15, 258:17,

259:10, 259:13, 259:17, 259:22, 268:6, 268:11, 268:14
**1,172,387** [1] - 36:17
**1,454** [1] - 117:10
**1,500** [2] - 254:20, 254:24
**1,850** [1] - 116:15
**1.79** [1] - 120:7
**1.80** [1] - 120:9
**10** [17] - 26:15, 40:11, 40:15, 77:1, 84:21, 108:1, 108:2, 121:12, 152:9, 152:16, 154:6, 185:21, 186:22, 246:18, 246:23, 271:13, 271:20
**10,376,525** [1] - 36:17
**10,716,793** [1] - 36:17
**10-gene-edited** [1] - 38:21
**10-meter** [2] - 121:20, 199:17
**100** [1] - 265:2
**106** [4] - 105:14, 106:22, 155:12, 193:6
**10825** [1] - 270:22
**11** [7] - 40:15, 98:22, 121:4, 125:25, 246:18, 246:23, 246:25
**11,826,327** [2] - 36:17, 234:23
**110** [1] - 136:15
**115** [1] - 246:24
**118** [8] - 146:20, 148:9, 151:14, 161:20, 173:7, 175:21, 180:11, 184:1
**12** [33] - 106:22, 116:4, 118:2, 118:6, 119:24, 123:2, 144:8, 146:7, 150:11, 155:11, 174:21, 175:1, 175:6, 175:12, 182:20, 183:9, 193:6, 219:11, 219:18, 219:25, 237:24, 239:8, 240:12, 240:19, 244:9, 244:20, 246:18, 246:23, 250:6, 265:8, 265:15
**120** [1] - 77:1
**121** [1] - 23:1

**1243** [5] - 69:2, 69:4, 69:14, 69:17
**13** [4] - 136:16, 233:22, 246:18, 246:24
**131** [1] - 40:19
**132** [1] - 40:25
**139** [2] - 88:9, 88:17
**14** [24] - 6:3, 7:23, 8:2, 8:5, 8:11, 8:17, 14:20, 25:12, 28:9, 70:11, 71:3, 71:7, 113:3, 113:10, 115:23, 121:4, 203:19, 203:20, 204:19, 245:8, 247:2, 247:6, 250:7
**14.2** [19] - 105:16, 105:19, 105:22, 121:25, 122:1, 154:19, 156:16, 156:19, 156:21, 156:23, 190:25, 193:21, 193:23, 193:24, 194:14, 194:21, 195:9, 210:12, 210:14
**141** [2] - 88:9, 88:17
**142** [3] - 88:9, 88:17, 150:9
**147** [8] - 91:10, 91:17, 91:20, 98:24, 116:19, 116:21, 118:16, 120:1
**15** [19] - 30:5, 30:20, 45:14, 59:12, 66:8, 66:18, 105:15, 122:1, 122:25, 163:10, 244:15, 247:19, 247:25, 248:10, 248:12, 250:7, 262:17, 265:14
**15-minute** [2] - 222:19, 222:21
**15th** [1] - 246:16
**16** [32] - 48:7, 94:17, 107:11, 107:13, 116:4, 118:2, 118:5, 118:6, 119:24, 120:4, 120:9, 122:9, 122:12, 123:2, 127:13, 144:8, 146:7, 151:10, 174:21, 175:1, 175:6, 175:12, 182:20, 183:9, 248:5, 248:9, 249:3, 249:5, 249:15, 250:8, 269:16, 270:4

**17** [49] - 6:4, 8:10, 25:13, 25:17, 61:5, 66:9, 70:11, 71:1, 95:24, 113:3, 113:10, 121:5, 121:7, 121:9, 121:16, 123:8, 123:11, 141:22, 142:2, 142:5, 142:11, 142:16, 142:22, 143:2, 143:11, 143:22, 144:21, 152:6, 152:8, 152:13, 153:9, 153:11, 162:21, 164:7, 164:25, 185:18, 185:19, 186:10, 186:25, 190:13, 190:21, 195:11, 197:11, 204:21, 205:18, 207:25, 209:19, 250:25
**18** [3] - 110:1, 128:1, 233:13
**18th** [4] - 50:14, 50:15, 217:22, 246:16
**1984** [1] - 168:18
**1996** [1] - 30:25
**1997** [1] - 30:25
**1999** [1] - 254:7

**2**

**2** [32] - 32:8, 42:5, 46:25, 47:22, 49:3, 59:14, 59:21, 59:22, 66:4, 68:1, 77:20, 100:13, 112:13, 116:21, 118:3, 133:9, 133:15, 159:3, 159:6, 168:21, 189:10, 197:18, 230:16, 233:13, 233:24, 234:23, 250:3, 255:16, 269:8, 269:11, 270:13, 271:14
**2-7** [1] - 111:13
**2.3** [1] - 171:7
**20** [8] - 24:3, 27:23, 42:6, 61:15, 123:15, 125:12, 233:23, 273:1
**200** [9] - 68:15, 76:9, 116:3, 146:6, 169:9, 174:20, 175:12, 209:6, 209:25
**200-picogram-per-**

**ML** [1] - 117:16
**200-plus** [1] - 72:21
**2002** [1] - 31:10
**2005** [3] - 255:23, 255:24, 259:20
**2006** [1] - 254:15
**2007** [1] - 21:16
**2009** [30] - 6:15, 15:13, 16:3, 16:7, 17:2, 17:4, 17:19, 18:6, 18:12, 18:20, 19:6, 19:9, 20:6, 20:13, 33:8, 40:14, 92:16, 251:22, 255:17, 255:21, 257:8, 257:12, 257:14, 257:18, 262:13, 262:14, 264:21, 267:12, 267:22, 268:6
**2010** [9] - 31:18, 65:4, 259:21, 260:7, 260:9, 260:22, 267:12, 267:16, 267:22
**2014** [18] - 17:16, 19:13, 20:6, 20:17, 23:16, 40:14, 41:1, 59:10, 65:9, 251:6, 252:7, 259:4, 261:3, 262:2, 262:12, 263:22, 265:19, 266:16
**2015** [19] - 18:8, 18:9, 19:5, 40:14, 40:20, 229:2, 229:4, 229:13, 229:16, 235:18, 241:13, 241:16, 242:15, 242:16, 246:16, 246:19, 249:22, 260:7, 260:9
**2016** [7] - 19:1, 19:5, 21:23, 40:6, 40:12, 260:22
**2017** [24] - 10:24, 19:15, 19:16, 20:15, 58:18, 58:21, 65:14, 74:22, 89:14, 89:19, 229:4, 229:16, 229:19, 232:18, 234:10, 234:13, 240:22, 241:4, 244:15, 245:5, 245:16, 245:21, 245:22, 247:20
**2018** [13] - 12:20, 20:12, 24:4, 24:6, 48:8, 48:25, 50:8, 51:19, 51:22, 74:22,

89:14, 89:19, 166:25
**2019** [5] - 47:24, 89:20, 89:25, 111:20, 129:4
**2020** [17] - 4:14, 26:22, 59:14, 59:21, 59:23, 60:7, 60:21, 79:17, 80:4, 84:12, 112:20, 126:8, 128:21, 128:25, 131:19, 132:4, 264:21
**2021** [22] - 6:15, 15:18, 17:5, 22:15, 22:17, 22:22, 33:10, 92:19, 93:3, 95:13, 116:16, 160:11, 196:15, 196:16, 233:21, 237:24, 239:8, 240:12, 240:19, 267:11, 267:19, 269:5
**2022** [7] - 6:21, 33:23, 34:1, 93:1, 93:7, 95:16, 215:14
**2023** [15] - 42:20, 55:14, 55:24, 56:20, 57:5, 61:15, 62:15, 95:10, 95:22, 99:24, 100:2, 100:15, 101:18, 101:21, 127:21
**2024** [8] - 42:4, 45:14, 46:23, 85:22, 108:16, 170:1, 233:22, 250:25
**2025** [5] - 1:13, 95:19, 128:18, 130:1, 136:15
**2028** [1] - 24:1
**20th** [1] - 229:19
**21** [4] - 107:12, 107:14, 122:12, 136:16
**21st** [1] - 56:20
**22** [3] - 56:25, 57:5, 111:12
**228** [1] - 266:7
**23** [8] - 42:8, 45:14, 46:24, 55:24, 101:18, 150:12, 233:23, 242:6
**23-CV-975-RGA** [1] - 1:5
**230** [1] - 265:3
**237** [3] - 66:3, 66:12, 66:19
**239** [3] - 66:4, 66:12, 66:20
**23rd** [2] - 1:12, 56:16
**24** [4] - 46:23, 55:14,

115:3, 128:8
**242** [4] - 66:5, 66:12, 66:20, 101:10
**243** [3] - 66:6, 66:12, 66:20
**246** [1] - 252:4
**249** [3] - 66:7, 66:12, 66:20
**24th** [1] - 102:6
**25** [1] - 77:1
**250** [4] - 66:8, 66:13, 66:20, 76:9
**26** [5] - 40:6, 55:8, 61:25, 108:1, 117:11
**26.5** [3] - 55:7, 55:9, 105:14
**28** [4] - 99:24, 100:15, 136:15, 269:5
**280** [1] - 77:1
**29** [3] - 47:1, 100:2, 101:21
**291** [3] - 66:9, 102:9, 121:23
**2989** [1] - 251:18
**29th** [1] - 101:21
**2:00** [1] - 141:11

**3**

**3** [67] - 4:11, 4:23, 5:2, 6:1, 14:5, 14:7, 21:7, 21:8, 21:9, 21:11, 24:12, 24:13, 36:9, 42:4, 42:7, 45:5, 50:3, 50:16, 51:18, 60:18, 60:24, 70:5, 77:22, 78:2, 82:5, 84:19, 85:1, 99:25, 111:15, 112:17, 129:8, 133:13, 133:15, 155:18, 172:11, 173:16, 174:17, 178:21, 189:11, 215:23, 217:3, 230:16, 230:23, 231:3, 232:3, 232:4, 232:7, 235:21, 235:25, 236:1, 236:3, 240:2, 241:13, 242:3, 244:10, 246:9, 246:11, 247:13, 249:19, 251:24, 252:4, 258:16, 261:2, 263:22, 268:12, 268:14, 271:13
**3.18** [1] - 217:22
**30** [3] - 79:20, 119:12,

271:10
**300** [1] - 76:3
**302** [1] - 53:2
**309** [3] - 111:22, 112:6, 112:10
**31** [2] - 119:19, 245:16
**314** [1] - 21:19
**33** [1] - 120:17
**332** [1] - 269:9
**339** [1] - 223:20
**34** [3] - 98:25, 99:8, 99:12
**347** [3] - 99:19, 100:6, 100:10
**348** [3] - 110:15, 110:24, 199:22
**35** [1] - 167:20
**359** [3] - 74:23, 75:6, 75:9
**36** [4] - 45:15, 120:2, 123:5, 237:9
**36-item** [1] - 262:6
**363** [2] - 271:15, 271:21
**37** [1] - 123:22
**377** [8] - 96:5, 96:14, 96:18, 214:13, 214:18, 215:5, 217:13, 217:18
**379** [4] - 108:12, 108:20, 108:23, 159:18
**381** [4] - 110:15, 110:18, 110:25, 199:22
**382** [2] - 110:18, 199:22
**383** [2] - 110:18, 199:23
**384** [1] - 110:18
**385** [6] - 110:18, 111:12, 128:5, 158:2, 197:15, 218:6
**386** [1] - 110:18
**387** [7] - 39:24, 40:11, 40:15, 40:19, 40:25, 41:13, 41:17
**388** [1] - 199:23
**389** [1] - 199:23
**39** [1] - 223:22
**390** [1] - 199:23
**391** [6] - 110:16, 110:25, 218:10, 218:14, 218:18, 223:5
**394** [1] - 160:14
**396** [1] - 117:9

**4**

**4** [27] - 38:8, 42:6, 46:18, 52:20, 66:5, 70:21, 77:23, 79:20, 81:5, 102:15, 132:19, 132:20, 173:7, 188:23, 189:6, 189:9, 203:17, 221:25, 222:6, 222:11, 230:16, 233:14, 237:7, 250:4, 265:6, 267:3, 267:6
**41** [3] - 219:4, 223:9, 223:22
**414** [2] - 88:9, 88:17
**418** [2] - 88:9, 88:16
**42** [1] - 233:23
**43** [2] - 233:14, 271:10
**447** [2] - 88:9, 88:17
**45** [1] - 233:24
**471** [8] - 80:14, 80:24, 81:2, 130:6, 130:9, 130:12, 131:11, 132:20
**479** [1] - 199:22
**48** [1] - 46:25
**484** [3] - 75:12, 75:19, 75:22
**485** [1] - 242:1

**5**

**5** [60] - 6:3, 8:10, 25:12, 25:17, 70:11, 71:1, 72:14, 77:24, 113:2, 113:10, 115:23, 115:25, 116:9, 117:14, 117:22, 117:23, 130:10, 130:15, 141:22, 142:1, 142:5, 142:10, 142:15, 142:22, 143:2, 143:11, 143:21, 144:21, 146:4, 156:7, 162:20, 163:12, 164:25, 174:18, 174:19, 174:25, 175:15, 175:17, 177:21, 178:2, 195:11, 196:13, 197:10, 204:21, 205:3, 206:3, 206:15, 207:13, 208:8, 208:18, 208:19, 209:7,

209:19, 230:17, 237:20, 241:12, 250:5, 254:23
**50** [4] - 7:20, 45:16, 47:2, 141:11
**500** [5] - 14:13, 68:14, 88:10, 88:17, 89:15
**505(b)(2** [7] - 53:15, 53:16, 64:12, 95:8, 210:22, 210:25, 211:12
**512** [1] - 243:17
**52(c** [3] - 164:24, 165:1, 165:11
**53** [1] - 105:14
**55** [1] - 225:24
**558** [1] - 266:7
**57** [1] - 233:24
**587** [1] - 246:7
**5:05** [1] - 273:12

## 6

**6** [58] - 6:3, 8:10, 25:12, 25:17, 46:25, 70:11, 71:1, 72:15, 112:13, 113:3, 113:10, 118:8, 118:10, 118:11, 119:4, 119:14, 119:17, 141:22, 142:1, 142:5, 142:10, 142:15, 142:22, 143:2, 143:11, 143:21, 143:24, 144:2, 144:11, 144:21, 148:2, 148:4, 156:8, 162:20, 163:24, 164:3, 164:25, 178:4, 178:21, 178:22, 179:12, 180:2, 180:6, 182:9, 182:13, 182:21, 182:24, 190:13, 195:11, 197:10, 204:21, 205:7, 206:22, 207:16, 209:19, 269:1, 271:15
**6-minute** [1] - 199:18
**6.1** [2] - 195:18, 195:19
**615** [1] - 28:16
**619** [3] - 168:6, 168:11, 168:14
**65** [1] - 219:17
**66** [2] - 271:14, 271:20
**6A** [1] - 1:12

## 7

**7** [9] - 47:24, 55:12, 61:25, 66:6, 76:13, 195:18, 233:15, 247:20
**75** [2] - 68:16, 265:1
**752** [1] - 249:18
**79** [2] - 193:10, 193:11
**79.5** [5] - 105:14, 106:21, 155:2, 155:8, 193:5

## 8

**8** [20] - 77:14, 116:4, 118:2, 118:6, 119:24, 120:4, 141:19, 144:7, 146:6, 151:10, 162:12, 174:21, 175:1, 175:6, 175:12, 182:20, 183:9, 199:1, 215:14
**8-K** [2] - 99:23, 101:19
**82** [2] - 126:13, 126:14
**84** [1] - 57:19
**861** [5] - 59:13, 160:20, 160:23, 216:11, 216:18

## 9

**9** [71] - 6:3, 8:10, 9:24, 13:1, 15:5, 25:12, 25:17, 26:13, 26:16, 26:17, 57:20, 58:3, 60:12, 60:13, 66:7, 70:11, 71:1, 81:20, 106:21, 106:22, 109:1, 113:3, 113:10, 119:18, 119:20, 120:19, 120:20, 120:22, 130:4, 130:17, 141:22, 142:1, 142:5, 142:11, 142:15, 142:22, 143:2, 143:11, 143:21, 143:24, 144:5, 144:11, 144:21, 151:3, 151:5, 151:7, 156:8, 159:22, 162:20, 164:5, 164:25, 182:15, 182:18, 182:21, 182:25, 183:2, 183:5, 183:8,
185:11, 185:15, 193:4, 193:9, 195:11, 197:10, 204:21, 205:10, 207:21, 209:19, 241:13, 242:16
**9,339,507** [1] - 36:18
**9,358,240** [1] - 36:18
**9,593,066** [1] - 36:18
**9,604,901** [1] - 36:18
**95** [2] - 120:15, 179:10
**9:30** [1] - 228:6
**9A** [1] - 119:20

## A

**Aaron** [5] - 235:20, 239:12, 242:6, 247:19, 269:4
**abbreviated** [1] - 140:19
**ability** [24] - 15:22, 20:9, 24:20, 24:21, 153:24, 154:10, 173:13, 173:16, 178:14, 187:6, 187:11, 187:14, 187:17, 187:18, 188:12, 188:15, 189:15, 189:18, 189:24, 189:25, 190:18, 192:23, 261:9
**able** [22] - 11:16, 14:24, 15:18, 16:4, 27:22, 64:6, 132:17, 138:22, 138:23, 139:1, 139:6, 139:7, 187:20, 187:21, 187:24, 188:25, 189:1, 226:8, 252:22, 259:22, 264:6, 268:16
**abnormal** [1] - 76:25
**abnormality** [1] - 264:19
**absolute** [5] - 13:5, 26:13, 26:17, 26:18, 220:16
**absolutely** [3] - 28:6, 53:25, 228:8
**absorbed** [2] - 109:6, 200:8
**abstract** [11] - 18:8, 65:7, 236:10, 238:21, 239:19, 246:16, 246:20, 246:24, 247:4, 247:8, 249:22

**academic** [1] - 68:7
**acceptable** [2] - 96:2, 97:7
**accepted** [2] - 138:11, 179:7
**accepts** [1] - 76:18
**accordance** [12] - 64:17, 117:13, 117:24, 119:15, 120:21, 123:10, 142:10, 143:10, 143:12, 143:15, 143:20, 213:3
**according** [2] - 25:10, 104:17, 113:15, 114:3, 116:10, 119:5, 121:15, 141:5, 183:8
**accounts** [1] - 12:19
**accurate** [6] - 60:2, 61:1, 61:12, 62:14, 133:23, 203:10
**accurately** [4] - 69:11, 172:21, 173:1
**achieve** [5] - 11:12, 142:15, 152:16, 183:5, 186:17
**achieved** [8] - 11:15, 19:19, 98:12, 136:5, 137:20, 144:24, 145:11, 179:22
**achievements** [1] - 49:4
**achieving** [2] - 183:3, 184:18
**acknowledge** [1] - 27:10
**acknowledged** [1] - 16:13
**acknowledging** [2] - 52:6, 100:16
**acknowledgment** [1] - 204:6
**acquired** [1] - 259:21
**act** [3] - 117:19, 117:20, 200:21
**action** [2] - 200:19, 230:21
**active** [1] - 212:14
**ACTIVE** [1] - 85:14
**actively** [2] - 203:12, 203:25
**activities** [5] - 189:2, 189:3, 189:10, 192:11, 192:23
**activity** [1] - 187:25
**actual** [10] - 10:10, 10:17, 89:23, 104:20, 107:25, 147:20, 209:20,

243:10, 253:6, 263:15
**actuated** [1] - 108:6
**acute** [2] - 119:9, 149:25
**Adair** [6] - 42:2, 42:19, 140:25, 154:14, 176:7
**Adair's** [2] - 46:19, 66:10
**ADAM** [1] - 1:24
**add** [4] - 52:23, 53:14, 56:13, 57:12
**added** [2] - 101:16, 102:7
**addition** [9] - 8:11, 12:11, 68:6, 97:9, 216:8, 216:20, 216:25, 263:7
**additional** [8] - 31:25, 33:18, 38:3, 52:23, 53:1, 53:13, 54:23, 254:9
**address** [3] - 10:2, 27:15, 263:23
**addressed** [2] - 98:24, 115:23
**administer** [15] - 15:16, 43:14, 43:15, 105:5, 113:19, 117:24, 119:15, 120:21, 120:24, 123:9, 146:15, 176:18, 177:8, 181:22, 196:24
**Administered** [1] - 160:20
**administered** [5] - 65:20, 105:2, 115:19, 146:13, 163:10
**administering** [14] - 103:12, 104:16, 114:17, 115:20, 118:12, 119:21, 119:24, 121:10, 162:18, 162:19, 175:10, 179:18, 183:18, 186:24
**administration** [16] - 11:25, 12:12, 16:5, 19:23, 100:21, 104:11, 104:13, 104:18, 105:4, 105:6, 116:4, 117:6, 121:13, 237:23, 239:7, 263:24
**administrative** [1] - 260:13
**admission** [5] - 16:16,

88:8, 91:17, 112:5, 217:12

**admissions** [1] - 24:7

**admit** [12] - 37:13, 41:13, 45:5, 66:11, 75:6, 75:19, 80:24, 96:14, 99:8, 100:6, 108:20, 110:15

**admitted** [47] - 37:16, 37:19, 41:15, 41:18, 45:8, 45:10, 46:19, 66:9, 66:15, 66:21, 69:16, 69:18, 70:15, 75:8, 75:10, 75:21, 75:23, 81:1, 81:3, 88:15, 88:18, 91:19, 91:21, 96:17, 96:18, 99:10, 99:13, 100:8, 100:11, 101:11, 102:12, 108:22, 108:24, 110:22, 110:25, 112:9, 112:11, 150:2, 150:23, 168:13, 168:15, 217:17, 217:19, 250:13, 250:17, 271:18, 271:21

**admitting** [1] - 203:24

**Advanced** [2] - 68:3, 252:1

**advanced** [6] - 243:20, 247:13, 254:11, 261:24, 266:10, 266:22

**advantage** [2] - 64:6, 211:13

**advantageous** [1] - 54:17

**adverse** [3] - 195:22, 264:7, 266:13

**advice** [3] - 53:11, 53:12, 53:17

**advisors** [3] - 60:7, 60:9, 60:22

**advisory** [7] - 61:7, 61:13, 62:15, 62:23, 63:4, 68:18, 68:22

**advocate** [1] - 19:14

**affairs** [3] - 29:17, 29:22, 242:20

**affect** [1] - 59:7

**affects** [1] - 147:14

**affiliated** [1] - 58:15

**afternoon** [9] - 125:18, 125:19, 166:16, 166:17, 202:16, 225:1, 225:6, 250:18, 250:20

**afterwards** [1] - 101:25

**Agarwal** [16] - 18:8, 19:4, 19:17, 20:11, 20:21, 21:1, 24:25, 40:14, 40:20, 65:10, 126:19, 236:10, 238:22, 239:18, 246:24

**Agarwal-Waxman** [1] - 239:18

**Agarwal-Waxman** [5] - 246:16, 246:19, 247:4, 247:8, 249:22

**agencies** [2] - 23:12, 30:2

**agenda** [1] - 242:1

**Agenda** [1] - 242:2

**agent** [1] - 85:16

**aggregate** [6] - 179:20, 180:5, 181:19, 185:1, 262:7, 262:24

**aggregating** [1] - 179:4

**ago** [2] - 125:21, 252:16

**agree** [32] - 9:20, 45:25, 63:16, 63:23, 96:2, 127:16, 127:21, 131:19, 132:8, 134:3, 134:11, 138:7, 140:18, 145:6, 147:4, 151:8, 158:3, 158:11, 175:19, 204:25, 206:1, 207:10, 209:13, 209:15, 209:16, 210:3, 210:7, 216:6, 220:19, 220:22, 232:18, 243:9

**agreed** [8] - 6:16, 13:7, 13:9, 13:13, 13:14, 13:16, 71:5, 71:8

**agrees** [1] - 71:2

**ah-ha** [1] - 153:2

**ahead** [4] - 25:1, 145:23, 149:8, 192:14

**aimed** [1] - 106:23

**air** [1] - 73:7

**aisle** [1] - 13:25

**akin** [1] - 79:20

**al** [1] - 160:11

**albeit** [1] - 257:15

**allege** [1] - 165:7

**allocated** [3] - 233:24, 233:25, 271:10

**allow** [4] - 32:17, 54:13, 54:23, 194:21

**allowance** [1] - 100:17

**allows** [1] - 32:19

**almost** [1] - 64:22

**AloCross** [2] - 85:14, 85:15

**alone** [1] - 59:1

**alternative** [1] - 226:7

**alveol** [1] - 72:19

**alveoli** [1] - 200:23

**alveolus** [1] - 172:6

**ambrisentan** [1] - 261:18

**amend** [1] - 95:8

**amendment** [4] - 53:14, 56:13, 102:5, 244:15

**Amendment** [1] - 244:10

**amorphously** [1] - 24:18

**amount** [2] - 153:1, 155:12

**amounts** [1] - 72:22

**analogy** [1] - 187:22

**analyses** [2] - 97:25, 98:14

**analysis** [15] - 7:9, 25:15, 64:1, 99:15, 109:19, 157:5, 182:1, 183:12, 183:15, 183:21, 185:4, 185:15, 196:16, 196:19, 199:15

**analyzed** [2] - 70:19, 99:16

**analyzing** [3] - 70:24, 70:25, 98:10

**ancillary** [2] - 83:19, 83:21

**AND** [1] - 1:2

**ANDREW** [1] - 2:10

**Andrews** [2] - 1:12, 225:6

**anecdotal** [1] - 12:18

**Angeles** [1] - 166:19, 252:10, 253:21

**animal** [1] - 256:23

**Annie** [1] - 228:24

**ANNIE** [1] - 2:8

**answer** [10] - 60:16, 136:18, 136:23, 137:1, 150:19, 150:20, 206:25, 208:12, 267:9

**ANSWER** [1] - 150:17

**answered** [1] - 24:9

**answers** [1] - 259:25

**anticipate** [2] - 10:12, 10:22

**anticipated** [2] - 15:2, 26:10

**anticipation** [4] - 9:23, 11:9, 11:18, 26:2

**antifibrotic** [3] - 256:10, 256:24, 261:11

**anyway** [1] - 9:17

**apologies** [2] - 203:20, 208:16

**apologize** [5] - 86:7, 132:2, 139:16, 152:1, 162:3

**appeal** [1] - 52:4

**appear** [7] - 27:11, 148:21, 210:4, 210:5, 226:7, 228:1, 248:9

**appearance** [4] - 74:1, 74:2, 82:12, 260:20

**APPEARANCES** [1] - 1:15

**appearances** [1] - 2:1

**appended** [1] - 215:9

**appendix** [1] - 270:21

**applicant** [1] - 211:12

**application** [9] - 12:9, 95:8, 95:22, 100:7, 100:22, 101:15, 126:5, 127:13, 215:17

**applications** [1] - 35:22

**applied** [5] - 25:14, 115:4, 115:7, 115:11, 137:6

**applies** [1] - 230:22

**apply** [4] - 81:12, 115:6, 138:4, 171:14

**appreciate** [9] - 27:24, 27:25, 74:1, 147:15, 153:25, 162:3, 208:17, 222:2, 222:15

**appreciated** [1] - 263:13

**approach** [13] - 3:9, 15:10, 29:2, 42:9, 67:4, 73:12, 91:7, 125:14, 166:3, 202:20, 228:22, 233:16, 250:21

**appropriate** [2] - 53:13, 104:16

**approval** [49] - 7:5, 8:14, 15:14, 31:20, 31:25, 32:11, 32:17, 33:7, 33:9, 33:11, 33:12, 33:19, 33:22, 33:24, 34:2, 34:16, 34:20, 34:24, 35:1, 35:6, 35:9, 35:12, 43:7, 51:9, 53:10, 54:10, 57:17, 64:14, 84:16, 93:7, 94:1, 94:7, 94:14, 95:17, 97:1, 124:22, 125:1, 163:6, 163:7, 211:7, 211:10, 213:22, 214:6, 214:10, 230:6, 257:17, 264:24, 267:11, 267:19

**approve** [2] - 53:7, 216:18

**approved** [61] - 4:16, 4:17, 6:8, 6:14, 6:15, 6:20, 14:7, 15:13, 31:10, 32:16, 32:22, 32:25, 36:1, 44:7, 44:25, 51:20, 51:24, 53:18, 84:12, 86:18, 86:19, 92:14, 92:16, 92:18, 92:19, 92:25, 93:1, 93:3, 93:4, 93:9, 93:23, 93:24, 95:5, 95:7, 95:11, 95:13, 95:14, 95:16, 97:8, 102:23, 127:14, 131:23, 138:1, 151:17, 154:2, 154:5, 173:11, 173:22, 187:5, 232:2, 257:7, 257:15, 258:18, 267:23, 268:1, 268:2, 268:6, 268:22, 268:23

**Approved** [1] - 160:3

**approving** [1] - 43:11

**April** [12] - 4:14, 53:11, 53:17, 79:17, 80:4, 84:12, 95:13, 112:20, 126:8, 128:21, 215:14, 246:16

**architecture** [1] - 74:11

**area** [7] - 44:8, 49:10, 49:16, 169:5, 169:8, 230:24, 233:5

**areas** [11] - 3:24, 32:2, 50:1, 52:2, 73:23, 73:24, 74:2, 74:10, 74:11, 156:17, 156:20

**arena** [1] - 48:2

**argue** [2] - 23:10,

268:19
**argued** [1] - 22:14
**argument** [1] - 25:21
**arguments** [1] - 203:2
**arm** [1] - 213:19
**ARSHT** [1] - 1:16
**art** [1] - 251:6
**ART** [1] - 1:23
**arterial** [6] - 4:6, 30:17, 77:18, 92:17, 166:23, 173:12
**arteries** [1] - 256:21
**artery** [3] - 76:16, 76:20, 77:3
**article** [22] - 20:11, 20:12, 87:12, 87:15, 97:10, 130:12, 147:24, 156:9, 156:11, 156:14, 156:25, 176:24, 207:8, 213:25, 220:1, 251:14, 251:21, 251:24, 252:6, 255:15, 265:19, 270:3
**articles** [3] - 88:5, 213:15, 213:18
**ASCENT** [9] - 54:1, 54:6, 54:9, 54:12, 55:1, 165:8, 165:10, 165:11, 165:17
**aside** [1] - 55:11
**assert** [1] - 13:12
**asserted** [15] - 6:25, 17:10, 25:12, 26:15, 113:16, 113:18, 113:20, 113:23, 123:21, 124:24, 141:18, 162:11, 165:12, 171:3, 171:9
**asserting** [2] - 6:3, 8:10
**assess** [12] - 83:14, 131:13, 135:10, 139:18, 144:11, 144:15, 187:10, 187:19, 188:12, 188:14, 189:22, 190:17
**assessed** [1] - 128:14
**assessing** [3] - 83:4, 131:5, 201:24
**assessments** [1] - 259:12
**assist** [2] - 35:21, 67:24
**associate** [1] - 229:17
**Associated** [1] - 252:2
**associated** [46] - 14:15, 15:21, 15:25,

21:18, 22:18, 27:6, 30:15, 33:5, 36:2, 69:22, 71:17, 71:21, 72:24, 78:7, 78:8, 78:10, 89:18, 100:20, 101:8, 104:8, 114:11, 114:21, 115:7, 129:23, 129:24, 147:1, 147:20, 157:20, 160:8, 165:10, 167:12, 167:13, 169:19, 170:19, 171:12, 173:15, 182:1, 182:24, 182:25, 194:1, 194:4, 199:18, 216:12, 249:14, 251:15
**assume** [3] - 58:18, 207:10, 215:22
**assuming** [3] - 182:4, 185:6, 227:25
**assumption** [3] - 230:15, 230:18, 233:3
**asterisk** [1] - 36:25
**atrium** [1] - 76:22
**attached** [2] - 43:11, 248:22
**attachment** [2] - 248:1, 248:9
**attempt** [2] - 10:15, 95:21
**attempted** [1] - 4:22
**attending** [1] - 203:1
**attention** [3] - 69:2, 74:13, 78:22
**attest** [2] - 41:4, 131:24
**attesting** [1] - 119:1
**attests** [2] - 116:2, 154:9
**ATTORNEY** [13] - 42:16, 45:22, 47:20, 55:10, 229:10, 230:10, 231:7, 231:13, 234:2, 236:6, 251:9, 253:12, 253:22
**attributed** [1] - 81:11
**audience** [1] - 89:15
**audiences** [1] - 249:9
**August** [7] - 40:6, 229:16, 229:19, 245:16, 245:21, 245:22
**author** [11] - 41:11, 80:13, 80:19, 99:3, 99:4, 238:22,

251:17, 252:3, 261:3, 269:4, 269:5
**authored** [3] - 130:13, 238:15, 252:6
**authors** [4] - 244:1, 251:22, 269:14, 270:3
**automatically** [1] - 143:21
**available** [7] - 18:21, 80:4, 84:13, 105:10, 224:9, 255:6, 257:22
**average** [3] - 117:9, 117:10, 266:6
**avoid** [1] - 19:22
**aware** [21] - 9:8, 9:10, 20:3, 35:19, 36:3, 50:8, 57:4, 57:7, 60:17, 60:23, 71:2, 71:5, 114:20, 204:8, 217:11, 240:11, 240:13, 240:15, 240:18, 244:5

# B

**B-Y-R-D** [1] - 29:5
**back-and-forth** [3] - 214:7, 214:11, 214:25
**background** [5] - 69:12, 112:22, 171:17, 246:5, 248:24
**badness** [1] - 263:13
**balanced** [1] - 56:3
**bars** [7] - 82:22, 122:15, 122:16, 122:18, 122:19, 122:20, 122:22
**based** [36] - 6:1, 6:25, 15:4, 16:14, 16:19, 17:1, 24:11, 24:25, 25:8, 26:1, 32:13, 32:22, 71:23, 84:6, 85:7, 90:22, 98:8, 98:15, 117:5, 145:12, 145:15, 145:25, 207:17, 209:9, 211:23, 215:20, 232:15, 235:17, 244:2, 258:23, 258:24, 262:25, 266:16, 267:2, 269:21
**baseline** [7] - 107:11, 122:9, 122:11, 259:13, 265:15, 269:16, 270:4
**Baseline** [1] - 265:8

**basic** [2] - 38:16, 78:19
**basics** [1] - 157:13
**basis** [7] - 17:17, 26:8, 63:8, 130:17, 134:16, 136:24, 213:22
**Bates** [5] - 42:23, 251:17, 252:3, 265:3, 270:21
**bearing** [5] - 20:8, 247:21, 248:7, 251:17, 252:3
**bears** [2] - 234:23, 244:16
**Bears** [1] - 241:13
**became** [3] - 18:21, 42:20, 100:18
**become** [3] - 57:4, 57:7, 100:23
**becomes** [1] - 172:6
**beforehand** [1] - 86:25
**began** [4] - 54:3, 62:10, 229:2, 240:25
**begin** [4] - 3:1, 3:4, 3:6, 128:17
**beginning** [5] - 38:2, 62:9, 223:18, 263:9, 263:17
**behalf** [6] - 15:10, 28:14, 28:20, 29:7, 67:11, 166:8
**behave** [2] - 212:6, 212:8
**behind** [1] - 57:24
**belief** [5] - 9:13, 15:20, 232:10, 232:19, 259:9
**believes** [1] - 53:17
**belongs** [1] - 85:15
**below** [6] - 48:6, 55:16, 55:19, 55:22, 56:3, 122:13
**BENCH** [2] - 1:9, 1:11
**beneficial** [1] - 266:12
**benefit** [7] - 24:13, 97:24, 146:18, 201:8, 208:8, 208:24, 209:2
**benefits** [9] - 11:12, 11:16, 87:10, 256:12, 258:13, 258:15, 258:19, 258:25, 259:1
**Benkowitz** [1] - 49:7
**Benza** [1] - 60:5
**best** [1] - 73:25
**better** [6] - 136:19, 152:21, 186:8,

192:21, 232:21, 262:23
**between** [21] - 3:14, 3:15, 52:15, 55:17, 56:4, 78:10, 120:7, 172:5, 174:15, 189:11, 193:7, 201:10, 211:21, 211:23, 214:7, 256:7, 259:20, 260:7, 265:1, 268:13
**Beveridge** [2] - 125:14, 228:24
**BEVERIDGE** [5] - 2:8, 228:21, 228:24, 229:8, 233:12
**beyond** [8] - 20:10, 22:3, 22:4, 32:2, 131:12, 154:13, 176:9, 210:16
**big** [2] - 73:6, 268:13
**bike** [1] - 188:9
**binder** [15] - 29:1, 37:7, 39:24, 68:24, 70:13, 74:23, 80:14, 96:5, 99:19, 101:10, 102:9, 108:12, 214:12, 218:18
**binders** [5] - 67:4, 125:13, 202:19
**bioavailability** [3] - 52:14, 52:15, 53:5
**Bioavailability** [1] - 160:19
**biologic** [1] - 256:7
**biopharmaceuticals** [1] - 48:16
**biopsy** [1] - 172:10
**biostatistician** [1] - 229:3
**biostatistics** [3] - 7:20, 229:3, 229:17
**Biotechnology** [1] - 48:18
**bit** [17] - 30:5, 46:3, 56:3, 56:10, 84:5, 84:9, 86:4, 125:24, 158:6, 163:17, 201:17, 207:6, 207:7, 211:1, 219:18, 220:17
**black** [6] - 73:6, 73:24, 74:2, 74:11, 74:17, 218:18
**blazer** [1] - 39:2
**blind** [1] - 263:16
**blinded** [1] - 244:11
**blister** [1] - 107:21
**blood** [23] - 73:8, 76:16, 76:19, 76:24,

77:24, 109:7, 159:15, 171:24, 172:6, 174:24, 200:12, 200:14, 200:22, 200:23, 200:25, 201:4, 201:18, 255:3, 258:23, 263:2, 265:21
**bloodstream** [1] - 12:5
**blue** [2] - 76:19, 132:7
**BNP** [10] - 178:11, 178:13, 258:23, 263:5, 265:12, 265:14, 265:21, 265:25, 266:6, 270:10
**board** [5] - 61:7, 61:13, 62:15, 62:23, 63:4
**boards** [2] - 68:18, 68:22
**body** [7] - 64:20, 64:21, 76:23, 200:7, 200:9, 201:7, 209:2
**bold** [2] - 51:4, 51:5
**Book** [10] - 23:21, 23:22, 35:20, 35:23, 35:25, 36:4, 36:7, 36:14, 37:4, 37:22
**bosentan** [1] - 261:17
**boss** [1] - 229:20
**Boston** [1] - 7:12
**bottom** [17] - 6:22, 12:18, 36:25, 59:25, 60:1, 74:21, 94:25, 95:6, 130:20, 155:16, 160:10, 216:4, 224:6, 246:19, 246:21, 247:7, 265:4
**bounds** [2] - 43:19, 43:21
**Brad** [1] - 7:11
**brain** [3] - 262:8, 263:4, 265:24
**brand** [4] - 20:5, 54:14, 162:25, 163:1
**brand-new** [1] - 20:5
**Brandman** [1] - 166:23
**break** [5] - 66:17, 141:10, 222:19, 222:21
**breath** [6] - 108:6, 108:9, 150:4, 150:22, 262:8, 263:1
**breathe** [1] - 6:12
**breathing** [2] - 259:20,

262:25
**breaths** [15] - 105:4, 105:6, 106:21, 106:22, 154:22, 154:23, 154:24, 155:1, 155:4, 155:8, 155:11, 193:4, 193:6, 193:9
**Breeze** [1] - 34:15
**Brian** [5] - 55:19, 55:23, 56:8, 56:13, 56:20
**bridge** [2] - 53:6, 251:16
**briefly** [9] - 37:1, 164:22, 173:8, 174:18, 178:21, 182:18, 185:19, 185:24, 200:5
**Brigham** [4] - 7:12, 19:17, 235:20, 242:11
**bring** [20] - 23:20, 120:1, 126:13, 127:20, 136:7, 137:5, 141:19, 150:9, 158:2, 159:18, 159:22, 160:15, 193:23, 197:15, 199:20, 213:9, 213:10, 213:15, 223:18, 225:4
**brings** [1] - 266:15
**broad** [3] - 235:21, 235:25, 240:1
**broadly** [1] - 129:24
**brochure** [2] - 40:5, 40:13
**brochures** [1] - 39:17
**brother** [4] - 57:21, 57:25, 58:4, 58:14
**brothers** [1] - 47:11
**brought** [9] - 22:25, 25:20, 31:12, 127:12, 130:15, 223:9, 223:25, 242:13, 242:17
**brushes** [1] - 107:22
**bucket** [1] - 110:4
**buckets** [1] - 110:4
**build** [4] - 76:15, 77:2, 77:4, 79:15
**build-up** [4] - 76:15, 77:2, 77:4, 79:15
**building** [1] - 227:7
**Bull** [1] - 60:5
**bullet** [3] - 124:23, 146:25, 247:10
**Bunce** [1] - 273:1

**bunch** [4] - 126:11, 198:23, 218:2, 218:5
**burden** [2] - 10:19, 82:13
**burdens** [1] - 226:4
**BURROWBRIDGE** [1] - 1:24
**business** [3] - 42:3, 42:20, 102:6
**busy** [1] - 178:12
**but..** [1] - 204:13
**buy** [1] - 233:7
**BY** [79] - 1:16, 1:23, 29:12, 37:20, 39:9, 42:16, 45:22, 47:20, 55:10, 67:18, 70:1, 70:6, 70:22, 73:2, 73:15, 74:15, 75:11, 75:24, 78:18, 81:4, 82:19, 84:22, 86:8, 88:21, 91:22, 92:7, 96:19, 98:20, 99:14, 100:12, 108:25, 110:2, 111:1, 112:12, 118:7, 122:2, 123:6, 123:17, 125:17, 126:15, 130:11, 139:17, 141:15, 146:21, 148:3, 149:20, 150:11, 151:4, 151:16, 152:7, 153:15, 162:16, 166:15, 168:7, 168:16, 170:24, 171:8, 178:20, 184:2, 185:17, 187:4, 192:15, 200:1, 202:15, 202:24, 203:23, 204:18, 217:20, 223:3, 223:21, 229:10, 230:10, 231:7, 231:13, 234:2, 236:6, 251:9, 253:12, 253:22
**Byrd** [10] - 28:23, 29:5, 29:13, 29:16, 39:5, 40:2, 41:23, 140:24, 154:15, 176:7
**BYRD** [1] - 29:6

---

## C

**C-H-A-N-N-I-C-K** [1] - 166:6
**California** [3] - 166:19, 252:10,

253:20
**cancer** [2] - 31:23, 79:21
**cannot** [8] - 9:16, 10:18, 10:19, 16:19, 127:23, 154:13, 176:8, 195:23
**capacities** [2] - 68:20, 259:23
**capacity** [52] - 6:6, 13:2, 13:4, 17:15, 17:21, 19:20, 20:15, 22:9, 22:19, 25:7, 25:11, 52:11, 71:13, 99:2, 114:10, 114:19, 115:21, 119:23, 137:18, 138:7, 138:9, 138:17, 139:19, 139:20, 140:8, 140:19, 144:7, 151:9, 151:20, 151:24, 152:3, 152:13, 153:19, 153:21, 153:24, 182:20, 189:13, 189:22, 220:18, 220:23, 220:24, 221:19, 222:7, 222:9, 235:16, 258:21, 259:6, 259:7, 259:11, 261:10, 269:21
**capsules** [1] - 107:22
**cardiopulmonary** [1] - 188:8
**cards** [1] - 107:21
**care** [9] - 221:11, 221:14, 254:10, 267:7, 267:13, 267:17, 267:18
**career** [4] - 48:16, 167:22, 167:25, 169:13
**careful** [1] - 196:2
**carefully** [1] - 60:21
**Carolina** [2] - 28:2, 272:1
**Carsten** [3] - 202:16, 223:18, 223:25
**CARSTEN** [19] - 1:23, 168:12, 170:22, 202:15, 202:19, 202:22, 202:24, 203:20, 203:23, 204:12, 204:16, 204:18, 217:12, 217:20, 222:14, 250:12, 253:9,

271:17, 273:9
**carton** [2] - 107:19, 107:20
**cartoon** [2] - 76:17, 108:3
**cartridge** [3] - 105:11, 105:12, 154:24
**case** [47] - 3:14, 3:17, 4:4, 4:6, 4:7, 4:10, 7:17, 8:2, 10:13, 10:16, 15:22, 23:7, 25:14, 37:25, 69:20, 75:4, 75:17, 80:22, 88:6, 91:15, 96:12, 98:7, 99:6, 100:4, 108:18, 109:19, 110:13, 114:14, 123:19, 123:23, 136:8, 149:10, 149:18, 150:7, 164:19, 165:22, 225:9, 225:16, 226:2, 226:5, 233:20, 238:12, 238:15, 257:5, 262:13, 262:14
**Case** [1] - 1:5
**cases** [1] - 172:10
**CAT** [5] - 72:16, 82:12, 82:13, 83:10, 172:9
**categories** [2] - 78:16, 133:18
**categorize** [1] - 77:17
**categorizes** [2] - 129:8, 217:23
**category** [2] - 22:5, 158:8
**catheterization** [4] - 82:20, 82:21, 83:16, 172:1
**causation** [1] - 80:3
**caused** [2] - 116:14, 256:21
**causes** [2] - 78:20, 78:23
**causing** [1] - 5:11
**caveat** [1] - 127:19
**Cedars** [3] - 18:20, 19:13, 20:5
**Cedars-Sinai** [3] - 18:20, 19:13, 20:5
**center** [2] - 68:6, 73:5
**centers** [2] - 257:11, 257:18
**CEO** [3] - 21:11, 23:24, 39:1
**certain** [4] - 133:3, 193:10, 195:6, 237:15
**certainly** [9] - 117:15,

132:7, 150:23, 178:11, 191:6, 209:23, 214:10, 220:18, 220:22
**certify** [1] - 273:17
**cetera** [1] - 248:24
**chair** [8] - 68:21, 80:12, 87:4, 89:5, 89:15, 166:23, 170:7, 170:10
**chairing** [1] - 14:13
**chairs** [1] - 127:6
**challenged** [2] - 12:25, 37:25
**challenging** [1] - 8:4
**chance** [4] - 120:12, 120:15, 179:10, 179:11
**change** [18] - 10:6, 97:15, 105:25, 107:10, 115:15, 117:3, 117:5, 120:3, 120:15, 120:25, 122:4, 122:11, 122:20, 122:23, 122:25, 206:10, 269:15, 270:3
**changed** [5] - 10:8, 11:5, 27:22, 91:7, 122:8
**changer** [1] - 91:6
**changes** [4] - 79:9, 120:6, 129:22, 271:1
**Changes** [1] - 251:24
**CHANNICK** [1] - 166:7
**Channick** [30] - 25:16, 25:25, 26:2, 26:11, 26:24, 27:2, 129:16, 132:11, 165:24, 166:6, 166:16, 168:8, 168:17, 170:18, 170:25, 178:5, 178:23, 190:3, 191:2, 197:16, 202:11, 202:16, 202:25, 204:19, 214:16, 223:4, 223:7, 224:21, 224:23, 273:3
**chapter** [1] - 75:1
**chapters** [1] - 68:14
**characterized** [1] - 72:22
**chart** [14] - 130:16, 130:17, 130:20, 150:6, 150:24, 162:10, 162:13, 199:4, 235:19, 236:7, 239:25,

243:2, 243:13
**check** [2] - 114:7, 164:1
**checkbox** [1] - 150:2
**Cheng** [5] - 28:20, 28:21, 39:7, 39:12, 41:21
**CHENG** [10] - 1:19, 28:19, 28:22, 28:25, 29:12, 37:13, 37:20, 39:5, 41:14, 41:22
**chests** [1] - 72:17
**Chicago** [1] - 7:19
**chief** [4] - 42:2, 42:20, 46:21, 234:9
**child** [2] - 31:4, 31:5
**choose** [1] - 255:24
**chose** [2] - 256:16, 257:1
**chronic** [6] - 27:4, 30:10, 132:21, 133:15, 232:24, 266:11
**Chronic** [1] - 80:18
**Chunqin** [2] - 229:2, 229:12
**Church** [1] - 68:5
**circuit** [2] - 3:22, 26:3
**circulating** [2] - 200:15, 201:4
**circulation** [2] - 76:17, 76:18
**citation** [5] - 40:20, 40:23, 41:1, 219:8, 247:7
**cited** [10] - 156:12, 156:13, 157:1, 157:8, 158:3, 211:17, 239:10, 239:12, 239:15
**cites** [1] - 111:19
**citing** [1] - 258:25
**Civil** [1] - 164:24
**Claim** [124] - 6:5, 6:6, 9:24, 13:1, 15:5, 15:24, 26:7, 26:13, 26:16, 26:17, 28:9, 71:10, 71:12, 114:5, 114:6, 114:7, 114:9, 115:23, 115:25, 116:1, 116:9, 117:14, 117:22, 117:23, 118:8, 118:10, 118:11, 119:4, 119:14, 119:17, 119:18, 119:20, 120:19, 120:20, 120:22, 121:7, 121:9, 121:16, 123:8,

123:11, 134:2, 134:6, 134:7, 134:11, 137:10, 138:7, 140:12, 141:22, 142:6, 142:10, 143:1, 143:10, 143:14, 143:20, 143:21, 144:5, 146:4, 148:2, 148:4, 151:3, 151:5, 151:7, 152:6, 152:8, 152:13, 153:9, 153:11, 162:20, 163:12, 163:24, 164:3, 164:5, 164:7, 174:18, 174:19, 174:25, 175:15, 175:17, 177:20, 178:2, 178:4, 178:21, 179:12, 180:2, 180:6, 182:9, 182:13, 182:15, 182:18, 182:21, 182:24, 182:25, 183:2, 183:5, 183:8, 185:11, 185:15, 185:18, 185:19, 186:10, 186:25, 190:13, 190:21, 203:17, 205:3, 205:7, 206:15, 206:22, 207:13, 207:16, 207:21, 207:25, 208:8, 208:19, 209:7
**claim** [21] - 9:5, 13:1, 13:2, 15:23, 15:24, 16:19, 16:22, 26:9, 26:15, 113:16, 124:4, 171:11, 171:14, 178:22, 185:18, 205:24, 207:5, 208:9, 209:22, 222:9
**claimed** [7] - 10:10, 10:7, 25:6, 25:23, 26:21, 124:8, 134:13
**Claims** [24] - 6:3, 7:23, 8:2, 8:5, 8:10, 25:12, 25:17, 70:11, 71:1, 71:7, 113:2, 142:1, 142:5, 143:2, 143:11, 143:24, 144:11, 156:7, 164:25, 195:11, 197:10, 203:17, 204:19, 209:19
**claims** [60] - 6:4, 6:25, 8:7, 8:18, 10:1, 11:21, 14:22, 15:3, 16:14, 17:10, 20:17,

21:24, 22:24, 23:17, 25:17, 25:24, 26:9, 64:18, 70:18, 70:23, 100:18, 113:10, 113:18, 113:20, 113:23, 114:1, 123:13, 123:21, 124:6, 124:10, 124:22, 124:24, 125:1, 134:19, 141:18, 141:21, 141:25, 142:13, 142:25, 143:5, 143:6, 155:21, 162:12, 162:14, 163:25, 164:1, 165:12, 167:12, 171:4, 171:9, 171:12, 174:17, 204:7, 204:10, 204:20, 204:23, 205:12, 210:4, 210:6, 272:6
**clarification** [3] - 47:6, 51:16, 82:18
**clarify** [1] - 135:11
**class** [8] - 188:22, 189:5, 189:12, 221:20, 222:1, 222:2, 222:6, 222:12
**classification** [4] - 112:1, 112:15, 129:12, 236:1
**classifications** [2] - 128:20, 129:5
**classified** [1] - 77:7
**CLD** [6] - 132:21, 132:25, 133:9, 133:11, 133:13
**CLD-PH** [1] - 132:21
**cleaning** [1] - 107:22
**clear** [13] - 10:19, 14:25, 47:12, 51:22, 55:2, 80:3, 84:6, 126:4, 130:12, 209:23, 225:21, 260:1, 268:11
**clearly** [3] - 20:12, 59:9, 132:25
**client** [1] - 3:19
**clinic** [5] - 140:11, 150:3, 153:8, 258:25, 259:2
**clinical** [84] - 5:1, 5:7, 5:15, 7:21, 11:1, 12:16, 17:25, 18:15, 21:7, 21:8, 21:9, 21:11, 33:13, 33:14, 33:20, 34:6, 34:9, 38:21, 46:9, 53:13,

54:21, 58:7, 58:10, 58:24, 68:17, 68:19, 78:22, 80:2, 84:15, 84:17, 84:18, 84:24, 85:20, 86:22, 87:8, 94:2, 94:8, 94:11, 106:7, 106:9, 111:25, 140:1, 142:19, 142:20, 148:24, 149:22, 150:15, 158:18, 163:5, 163:6, 167:4, 169:10, 169:12, 169:18, 181:7, 195:16, 195:21, 195:22, 210:12, 213:15, 213:21, 214:2, 216:6, 216:9, 216:20, 216:25, 217:3, 217:8, 220:20, 221:7, 221:16, 243:7, 259:15, 260:3, 260:24, 262:20, 265:22, 266:18, 269:24, 270:12, 270:17
**clinically** [8] - 220:22, 221:1, 221:2, 221:4, 221:6, 266:4, 266:7, 267:12
**clinician** [1] - 102:24
**clinicians** [3] - 17:2, 105:10, 257:10
**clip** [4] - 45:16, 47:2, 272:18, 272:23
**clips** [3] - 45:3, 46:16, 66:2
**clock** [1] - 271:24
**close** [3] - 102:6, 252:16, 254:3
**closer** [1] - 74:10
**closes** [1] - 164:18
**closest** [1] - 85:17
**clots** [1] - 255:3
**co** [2] - 27:3, 80:12
**co-chair** [1] - 80:12
**cochair** [2] - 7:15, 129:16, 170:4
**codirector** [2] - 252:13, 253:25
**coin** [1] - 23:8
**coincidental** [3] - 81:11, 82:2, 84:11
**collaboration** [1] - 55:17
**colleague** [5] - 13:24, 39:19, 39:21, 125:14, 136:10
**colleagues** [5] -

19:17, 39:22, 178:12, 191:13, 248:23
**collect** [1] - 188:10
**collected** [1] - 236:22
**collecting** [1] - 179:4
**College** [2] - 253:14, 254:5
**column** [1] - 103:20
**combination** [4] - 9:24, 11:20, 20:16, 23:15
**combined** [1] - 74:7
**coming** [2] - 44:25, 91:2
**comment** [1] - 141:6
**comments** [1] - 10:14
**commercial** [4] - 27:9, 29:24, 32:11, 35:2
**Committee** [1] - 59:13
**committee** [18] - 18:4, 18:18, 59:22, 60:3, 60:16, 60:22, 61:2, 85:25, 87:4, 87:22, 89:5, 90:18, 127:6, 231:15, 231:20, 231:23, 248:13, 248:17
**committees** [6] - 68:21, 158:20, 197:22, 197:25
**common** [6] - 72:21, 81:9, 86:16, 216:16, 230:21, 231:2
**commonly** [1] - 71:22
**communicate** [2] - 107:1, 264:3
**communicates** [1] - 107:4
**communication** [1] - 57:10
**communications** [1] - 197:21
**community** [1] - 62:19
**companies** [17] - 4:15, 17:24, 18:14, 19:10, 44:23, 102:23, 110:5, 158:9, 158:11, 158:24, 176:8, 197:23, 198:1, 198:20, 213:6, 268:4, 268:24
**company** [11] - 30:22, 31:2, 31:17, 31:18, 39:2, 60:2, 61:11, 141:4, 213:2, 213:19, 268:8
**comparable** [7] - 52:14, 52:15, 109:3, 109:16, 159:24,

160:7, 193:14
**Comparative** [1] - 160:19
**comparative** [1] - 53:5
**comparators** [1] - 144:20
**compare** [1] - 179:21
**compared** [9] - 73:24, 106:19, 109:11, 109:15, 117:7, 144:24, 145:3, 188:25, 195:23
**comparing** [1] - 196:3
**comparison** [3] - 73:22, 117:19, 145:1
**complaint** [1] - 251:5
**complete** [1] - 254:14
**completed** [4] - 94:12, 216:9, 216:20, 216:25
**completing** [1] - 254:8
**complex** [2] - 78:24, 79:6
**complicated** [1] - 247:14
**component** [5] - 119:21, 134:8, 134:12, 256:10, 262:23
**components** [1] - 107:20
**comprised** [2] - 38:14, 60:6
**concentration** [8] - 116:3, 146:5, 174:19, 205:5, 205:23, 206:3, 207:12, 270:4
**concentrations** [1] - 146:10
**Concept** [1] - 241:13
**concept** [3] - 5:6, 242:2, 261:24
**conception** [4] - 235:23, 236:14, 236:19, 244:2
**conceptual** [1] - 261:16
**concern** [5] - 72:24, 169:15, 233:8, 264:10, 264:12
**concerned** [3] - 64:4, 232:25, 233:9
**concerning** [1] - 135:3
**concerns** [2] - 103:2, 263:23
**conclude** [1] - 212:5
**conclusion** [3] - 243:23, 243:24, 247:3

**conclusions** [2] - 165:2, 266:21
**Conclusions** [1] - 243:17
**condition** [1] - 243:15
**conditions** [4] - 72:20, 78:1, 81:10, 195:22
**conduct** [9] - 33:18, 64:1, 68:10, 68:11, 94:8, 183:11, 185:3, 185:15, 234:19
**conducted** [7] - 11:15, 34:13, 52:16, 84:19, 94:10, 195:21, 236:21
**conducting** [5] - 41:9, 54:12, 64:5, 87:7, 235:8
**confer** [1] - 225:17
**Conference** [2] - 108:15, 159:20
**conference** [4] - 13:3, 13:10, 13:15, 19:16
**confidentiality** [1] - 249:10
**confines** [1] - 44:16
**confirm** [5] - 25:5, 142:22, 153:5, 174:25, 198:19
**confirmed** [2] - 24:19, 97:24
**confirms** [1] - 62:6
**conflicts** [1] - 43:25
**congruent** [2] - 262:17, 263:6
**connection** [1] - 90:17
**consequence** [1] - 80:2
**consequences** [1] - 79:3
**consider** [7] - 133:4, 170:25, 171:11, 182:15, 198:9, 199:3, 257:16
**consideration** [3] - 23:19, 54:10, 158:19
**considered** [3] - 159:7, 198:7, 200:13
**consist** [3] - 42:5, 45:14, 46:24
**consistent** [4] - 53:14, 64:25, 162:20, 213:13
**consists** [1] - 254:19
**constantly** [1] - 39:3
**construct** [1] - 53:12
**construction** [2] - 115:3, 115:11
**constructions** [4] - 25:14, 137:6,

171:11, 171:14
**construed** [4] - 16:21, 25:13, 26:7, 137:9
**contained** [5] - 44:11, 107:19, 157:12, 181:4, 196:7
**containing** [1] - 215:15
**content** [1] - 215:16
**contentions** [1] - 10:5
**context** [9] - 78:6, 78:15, 82:15, 107:1, 148:23, 149:21, 150:14, 266:11, 266:17
**contextually** [1] - 153:8
**continue** [4] - 32:2, 38:23, 66:25, 141:14
**continued** [7] - 2:1, 19:14, 19:17, 20:4, 20:6, 31:11, 31:21
**continues** [1] - 23:21
**continuous** [1] - 108:10
**contribution** [1] - 46:9
**control** [3] - 84:25, 225:11, 226:2
**controlled** [2] - 84:25, 244:12
**controlling** [1] - 26:3
**convenience** [1] - 218:23
**convenient** [1] - 218:24
**conversation** [2] - 8:3, 20:18
**conversations** [6] - 44:22, 45:1, 239:9, 239:13, 248:23, 257:10
**conversion** [1] - 97:6
**convey** [2] - 111:2, 262:11
**convince** [1] - 21:1
**convinced** [1] - 87:6
**convincing** [2] - 10:19, 14:25
**COOLEY** [1] - 2:5
**Cooney** [5] - 55:19, 55:24, 56:8, 56:13, 56:20
**COPD** [3] - 4:13, 81:9, 85:23
**COPD-PH** [1] - 85:23
**copies** [2] - 6:23, 55:13
**copy** [3] - 168:8, 272:4, 272:6
**copying** [1] - 58:1
**core** [1] - 230:5

**corner** [4] - 98:23, 105:8, 109:2, 269:9
**Corp** [1] - 229:13
**corporate** [4] - 48:21, 233:19, 237:15, 237:19
**CORPORATION** [1] - 1:3
**corporation** [1] - 61:6
**correct** [411] - 28:4, 28:10, 40:6, 40:9, 41:10, 43:12, 44:12, 46:1, 48:8, 50:3, 50:9, 50:13, 50:23, 51:1, 51:21, 51:23, 52:25, 53:8, 53:19, 54:4, 54:5, 54:8, 54:9, 55:5, 55:14, 55:15, 55:17, 55:18, 56:10, 56:21, 56:22, 57:1, 57:3, 57:13, 57:14, 57:17, 57:18, 57:22, 58:1, 58:4, 58:13, 58:23, 60:8, 60:11, 60:14, 60:15, 60:24, 61:2, 61:10, 61:13, 61:16, 62:21, 63:14, 64:7, 64:11, 71:3, 71:4, 71:7, 71:18, 71:19, 71:24, 72:2, 72:3, 72:13, 74:19, 75:1, 77:6, 78:2, 78:3, 78:4, 78:5, 78:12, 78:13, 79:12, 83:1, 83:10, 83:11, 83:13, 83:14, 83:15, 83:17, 83:18, 85:9, 86:20, 86:21, 86:23, 86:24, 87:14, 87:17, 87:18, 87:19, 88:24, 89:22, 90:2, 97:22, 99:17, 100:24, 101:23, 107:25, 112:4, 112:21, 123:3, 126:7, 126:9, 126:10, 126:18, 126:21, 126:23, 127:1, 127:7, 127:8, 127:10, 127:18, 127:24, 127:25, 128:7, 128:11, 128:12, 128:13, 128:15, 128:16, 128:18, 128:19, 128:22, 129:1, 129:5, 129:10, 129:14, 129:17, 129:18, 129:20, 129:21, 129:24,

129:25, 130:2, 130:3, 130:8, 130:13, 130:14, 130:18, 130:19, 130:22, 130:24, 130:25, 131:2, 131:3, 131:6, 131:7, 131:9, 131:14, 131:15, 131:21, 132:8, 132:9, 132:12, 132:13, 132:21, 132:22, 132:24, 133:1, 133:2, 133:5, 133:9, 133:13, 133:16, 133:21, 133:23, 133:24, 134:4, 134:5, 134:9, 134:10, 134:13, 134:14, 134:17, 135:4, 135:9, 135:12, 135:14, 135:23, 136:12, 136:13, 137:2, 137:7, 137:15, 137:16, 137:20, 137:24, 137:25, 138:3, 138:5, 138:18, 138:24, 139:7, 140:16, 140:17, 140:19, 140:20, 140:22, 140:23, 141:1, 141:5, 141:6, 141:22, 141:23, 142:3, 142:6, 142:7, 142:16, 142:17, 142:23, 142:24, 143:3, 144:13, 144:14, 144:19, 144:22, 144:23, 145:4, 145:5, 145:8, 145:9, 145:17, 146:7, 146:8, 146:11, 146:12, 147:11, 147:17, 147:18, 147:21, 147:22, 147:25, 148:13, 148:14, 148:17, 148:18, 148:21, 148:22, 148:25, 149:21, 149:24, 151:1, 151:10, 151:11, 151:18, 151:19, 151:21, 151:22, 151:24, 151:25, 152:3, 152:4, 152:14, 152:15, 152:17, 152:18, 152:22, 153:11,

153:12, 154:3, 154:4, 154:7, 154:8, 154:15, 154:16, 155:1, 155:2, 155:3, 155:5, 155:6, 155:9, 155:13, 155:19, 155:20, 155:22, 155:23, 155:24, 155:25, 156:5, 156:10, 156:16, 156:17, 156:19, 156:22, 157:1, 157:7, 157:12, 157:17, 157:24, 157:25, 158:4, 158:10, 158:15, 159:4, 159:8, 159:21, 159:25, 160:1, 160:5, 160:6, 160:8, 160:22, 160:24, 161:1, 161:2, 161:4, 161:5, 161:8, 161:9, 161:11, 161:12, 161:14, 161:15, 161:17, 161:18, 164:4, 164:6, 164:8, 167:15, 184:22, 185:9, 186:6, 203:8, 203:10, 203:13, 204:1, 204:7, 204:21, 205:5, 205:18, 207:1, 207:15, 207:18, 207:20, 207:22, 207:25, 208:20, 209:17, 209:21, 210:9, 210:22, 211:17, 211:20, 212:18, 213:3, 213:8, 213:14, 213:16, 214:19, 216:19, 218:7, 219:2, 219:3, 219:15, 219:19, 219:20, 219:24, 220:5, 220:7, 220:15, 220:20, 223:22, 224:19, 229:14, 229:18, 230:8, 234:20, 234:21, 235:1, 235:10, 235:13, 236:22, 237:12, 237:16, 237:17, 237:24, 237:25, 238:2, 238:3, 238:17, 238:20, 239:4, 240:6, 240:7, 240:12, 240:16, 240:19, 240:23,

242:25, 243:11, 243:15, 243:22, 244:4, 246:16, 246:22, 247:8, 247:9, 252:8, 255:10, 258:2, 259:8, 262:3, 264:25, 265:12, 265:13, 265:16, 265:17, 267:19, 269:13
**corrected** [3] - 107:12, 116:15, 122:11
**correctly** [2] - 128:4, 255:17
**correlates** [1] - 266:3
**correspond** [1] - 250:1
**correspondence** [1] - 46:12
**corresponds** [18] - 45:4, 46:17, 66:3, 66:4, 66:5, 66:6, 66:7, 66:8, 250:3, 250:4, 250:5, 250:6, 250:7, 250:8, 271:13, 271:14, 271:15
**cost** [3] - 17:24, 18:14, 198:1
**Counsel** [1] - 2:11
**counsel** [26] - 1:25, 15:23, 16:9, 16:11, 16:12, 16:17, 19:24, 21:6, 22:21, 22:25, 25:20, 26:12, 46:3, 127:20, 128:2, 128:9, 128:22, 130:5, 130:16, 132:17, 134:20, 137:3, 137:13, 141:8, 156:20, 157:10
**count** [1] - 76:8
**counters** [1] - 233:14
**country** [2] - 17:8, 24:11
**counts** [1] - 256:13
**couple** [6] - 10:23, 106:24, 162:8, 218:21, 223:4, 272:23
**course** [11] - 13:12, 21:8, 64:20, 80:2, 89:17, 150:22, 169:13, 191:24, 225:21, 259:3, 261:1
**court** [2] - 86:5, 139:15
**COURT** [128] - 1:1,

3:1, 3:3, 3:6, 3:10, 15:7, 15:11, 24:3, 28:1, 28:5, 28:7, 28:11, 28:18, 28:21, 28:24, 37:16, 39:7, 41:15, 41:20, 41:23, 42:10, 42:12, 45:8, 45:18, 47:5, 47:13, 47:16, 66:15, 66:24, 67:5, 67:16, 69:16, 69:25, 73:14, 74:4, 75:8, 75:21, 78:14, 81:1, 86:2, 88:15, 91:19, 96:17, 97:20, 98:2, 98:19, 99:10, 100:8, 108:22, 110:22, 112:9, 118:1, 125:8, 125:11, 125:15, 139:10, 139:14, 141:9, 141:14, 149:5, 149:12, 149:16, 149:18, 161:21, 161:23, 162:5, 162:7, 164:12, 164:15, 164:20, 165:14, 165:20, 165:25, 166:13, 168:13, 170:23, 178:5, 178:17, 178:19, 191:1, 191:16, 191:21, 191:25, 192:5, 192:14, 199:20, 202:9, 202:13, 202:21, 202:23, 203:19, 204:9, 204:14, 217:16, 222:17, 222:24, 224:21, 225:2, 225:5, 226:10, 226:14, 226:17, 226:20, 227:4, 227:9, 227:13, 227:22, 228:3, 228:12, 228:19, 228:23, 229:7, 250:13, 250:20, 250:22, 251:7, 252:22, 252:25, 253:3, 253:10, 253:17, 271:18, 271:23, 272:5, 272:10, 272:20, 273:4, 273:10
**Court** [25] - 3:11, 3:14, 9:15, 10:3, 13:6, 13:9, 25:13, 26:7, 29:15, 67:21, 70:7, 70:23, 71:12, 72:7,

73:16, 81:23, 91:25, 98:21, 113:1, 114:24, 125:6, 137:9, 160:17, 273:22, 273:22
**Court's** [4] - 114:20, 115:11, 137:6, 171:11
**COURTROOM** [3] - 29:3, 67:6, 166:4
**courtroom** [1] - 228:4
**Courtroom** [1] - 1:12
**cover** [8] - 26:9, 100:19, 101:4, 103:19, 198:1, 215:4, 215:24
**covered** [8] - 17:24, 18:14, 19:10, 19:12, 22:24, 23:23, 101:1, 115:22
**covering** [2] - 64:16, 101:5
**covers** [2] - 23:18, 71:12
**coworkers** [1] - 127:11
**CQ** [3] - 235:7, 236:16, 237:3
**create** [1] - 171:3
**created** [3] - 62:18, 196:10, 249:18
**criteria** [13] - 19:6, 22:3, 22:4, 81:16, 132:25, 133:20, 161:11, 161:14, 161:17, 169:22, 170:3, 188:20, 206:15
**criticized** [1] - 14:14
**CROSS** [3] - 39:8, 125:16, 202:14
**cross** [4] - 122:22, 202:13, 226:4, 228:13
**Cross** [1] - 231:6
**cross-examination** [1] - 202:13
**CROSS-EXAMINATION** [3] - 39:8, 125:16, 202:14
**cross-examine** [1] - 228:13
**Cross-talk** [1] - 231:6
**CSR** [1] - 273:21
**CT** [2] - 83:10, 172:9
**culture** [2] - 39:2, 48:21
**cumbersome** [1] - 257:21
**curious** [1] - 271:25

**current** [4] - 21:3, 246:5, 254:16
**cut** [1] - 267:4
**cut-off** [1] - 267:4
**CV** [4] - 69:10, 168:3, 168:8, 168:21
**cycle** [1] - 31:22

**D**

**Dale** [2] - 67:8, 67:22
**DALE** [1] - 67:9
**damaged** [1] - 172:6
**Dan** [1] - 225:6
**DANIEL** [1] - 2:7
**darker** [1] - 132:7
**dash** [1] - 242:5
**data** [116] - 6:23, 6:25, 7:2, 7:5, 7:6, 7:8, 8:8, 8:13, 16:13, 16:15, 20:10, 20:21, 20:22, 21:1, 24:22, 58:21, 94:2, 96:3, 96:22, 96:25, 97:2, 97:5, 97:6, 97:17, 97:18, 97:24, 99:16, 103:1, 105:22, 105:23, 106:5, 106:9, 106:15, 106:16, 111:8, 111:10, 124:13, 135:3, 135:6, 147:10, 147:20, 148:16, 151:23, 155:22, 155:24, 158:19, 160:25, 161:3, 176:4, 179:4, 180:5, 181:19, 185:1, 194:11, 194:16, 194:19, 200:2, 200:6, 200:10, 201:9, 201:11, 202:2, 209:10, 210:11, 210:12, 211:6, 211:13, 216:7, 216:8, 216:25, 219:14, 220:2, 220:4, 229:18, 231:15, 235:9, 235:10, 235:18, 236:22, 239:12, 239:14, 239:16, 239:17, 239:18, 239:23, 240:7, 240:8, 240:15, 240:18, 242:2, 242:8, 242:13, 243:5, 243:10, 243:12, 243:13,
244:2, 245:15, 246:23, 247:4, 256:22, 260:19, 260:21, 263:18, 265:18, 266:6, 266:25
**dataset** [6] - 97:23, 98:1, 163:15, 163:16, 239:20, 239:21
**date** [19] - 4:14, 13:23, 36:23, 72:1, 72:4, 85:1, 85:2, 89:20, 100:1, 100:2, 101:17, 101:18, 101:19, 128:21, 128:23, 128:24, 128:25, 245:23, 260:5
**date's** [1] - 245:17
**dated** [7] - 40:6, 48:6, 59:21, 99:24, 215:14, 244:15, 247:20
**dates** [2] - 36:12, 86:9
**David** [1] - 260:12
**DAVIES** [1] - 2:6
**Davies** [2] - 136:10, 136:11
**day-to-day** [1] - 234:18
**deadly** [5] - 4:21, 14:4, 14:8, 14:11, 19:24
**dealing** [1] - 260:11
**dealt** [1] - 111:24
**DeAngelis** [1] - 233:9
**Deanna** [2] - 273:16, 273:21
**Dear** [1] - 248:13
**decade** [1] - 58:20
**decay** [1] - 109:8
**December** [2] - 42:4, 50:15
**decidedly** [2] - 85:18, 85:23
**decision** [1] - 57:16
**deck** [13] - 58:4, 223:24, 224:3, 241:16, 241:19, 241:21, 242:11, 242:12, 245:13, 249:2, 249:5, 249:8, 249:14
**deem** [1] - 133:23
**deep** [1] - 200:24
**defend** [1] - 9:21
**Defendant** [4] - 1:7, 2:11, 166:9, 237:8
**defendant** [2] - 225:7, 272:13

**Defendant's** [5] - 41:17, 141:19, 168:14, 250:15, 271:20
**defendant's** [3] - 165:22, 233:13, 271:10
**defense** [7] - 9:4, 9:5, 9:14, 10:5, 10:6, 10:8, 10:9
**defenses** [4] - 8:19, 9:19, 10:1, 16:24
**define** [3] - 111:14, 111:16, 112:17
**defined** [2] - 4:8, 77:2
**defining** [1] - 205:1
**definitely** [1] - 64:25
**definitions** [1] - 111:25
**degree** [1] - 261:22
**DELAWARE** [1] - 1:2
**delisted** [1] - 37:3
**deliver** [1] - 233:4
**delivered** [6] - 19:22, 46:8, 174:12, 174:14, 200:17, 232:20
**delivering** [1] - 257:21
**delivery** [3] - 16:6, 135:17, 174:15
**demographics** [1] - 62:4
**demonstrate** [3] - 111:9, 205:4, 232:7
**demonstrated** [2] - 206:6, 207:12
**demonstrates** [2] - 117:12, 154:9
**Demonstrative** [3] - 141:19, 171:7, 196:13
**demonstrative** [9] - 125:25, 126:14, 158:7, 171:3, 196:10, 198:22, 198:24, 199:1, 217:22
**demonstratives** [3] - 3:8, 67:24, 125:24
**Deng** [5] - 229:2, 229:12, 236:16, 237:3
**denied** [3] - 28:2, 165:15, 272:1
**denoting** [1] - 179:7
**deoxygenated** [1] - 76:19
**depict** [1] - 112:14
**depicted** [3] - 84:23, 94:18, 108:2

**depicting** [5] - 72:10, 76:10, 77:11, 77:15, 95:4
**depiction** [2] - 76:17, 108:3
**deposed** [9] - 39:19, 42:3, 45:13, 46:22, 134:3, 136:7, 136:11, 150:7, 233:22
**Deposition** [7] - 237:9, 250:3, 250:4, 250:5, 250:6, 250:8
**deposition** [29] - 40:2, 40:4, 42:2, 45:5, 45:12, 46:18, 46:19, 46:21, 52:21, 59:18, 61:18, 66:4, 66:5, 66:6, 66:7, 66:8, 66:9, 66:10, 136:16, 142:9, 225:9, 235:1, 250:2, 250:7, 250:24, 261:2, 271:13, 271:15, 271:16
**depositions** [2] - 225:13, 226:23
**DEPUTY** [3] - 29:3, 67:6, 166:4
**derived** [1] - 201:12
**describe** [6] - 43:15, 49:10, 69:11, 187:16, 189:7, 200:5
**described** [5] - 5:24, 10:24, 13:25, 55:3, 105:19, 207:11, 216:7, 217:9, 218:11
**describes** [4] - 43:14, 71:13, 105:20, 188:23
**describing** [1] - 82:8
**description** [10] - 9:25, 12:23, 12:25, 13:1, 13:17, 13:19, 15:5, 26:12, 62:14, 78:16
**deserve** [1] - 64:8
**deserved** [2] - 63:24, 64:6
**design** [4] - 7:21, 62:4, 261:15, 261:19
**designated** [2] - 241:16, 253:7
**designation** [1] - 249:11
**designations** [4] - 42:5, 45:14, 46:24, 233:13
**designed** [4] - 174:13, 177:13, 212:11,

261:5
**designee** [2] - 233:19, 237:19
**designs** [1] - 261:17
**despite** [5] - 27:16, 203:24, 204:6, 206:5, 209:20
**destroyed** [2] - 74:12, 79:1
**detail** [3] - 5:24, 210:18, 210:20
**detailed** [2] - 5:25, 141:21
**detailers** [3] - 212:24, 213:5, 214:2
**details** [2] - 114:7, 213:24
**determination** [1] - 82:10
**determine** [13] - 14:4, 82:11, 131:5, 139:19, 158:25, 179:12, 179:21, 186:7, 189:13, 189:23, 198:1, 201:20, 201:23
**determined** [2] - 28:4, 82:16
**determining** [3] - 79:23, 82:1, 82:4
**develop** [7] - 27:2, 30:10, 31:9, 31:11, 80:1, 170:12, 259:9
**developed** [7] - 30:6, 30:21, 31:22, 31:23, 32:5, 32:20, 170:14
**developing** [2] - 81:10, 169:21
**development** [14] - 29:25, 31:19, 33:13, 33:14, 34:6, 34:9, 38:3, 38:10, 38:24, 52:10, 233:19, 234:15, 234:17, 241:6
**device** [8] - 54:15, 54:19, 107:25, 108:8, 124:1, 135:17, 212:11, 212:16
**devices** [1] - 174:15
**diagnose** [15] - 80:5, 131:12, 131:21, 131:22, 132:4, 132:14, 132:15, 171:22, 171:23, 172:3, 172:8, 172:15, 172:17, 172:21, 173:2
**diagnosed** [1] - 31:4

**diagnosing** [2] - 131:20, 170:13
**diagnosis** [7] - 31:7, 82:17, 131:8, 131:16, 169:21, 170:3, 259:14
**diagram** [1] - 73:17
**dictates** [1] - 157:16
**Diego** [2] - 262:7, 263:1
**difference** [6] - 107:12, 120:7, 120:9, 120:15, 179:11, 211:22
**differences** [3] - 212:13, 212:14, 212:19
**different** [51] - 3:16, 3:24, 3:25, 10:1, 10:9, 12:3, 12:6, 12:15, 17:7, 17:8, 21:25, 33:13, 33:14, 33:16, 34:5, 54:15, 73:1, 76:8, 77:9, 97:23, 97:25, 98:10, 115:11, 130:2, 135:16, 135:19, 135:25, 146:22, 146:23, 163:17, 174:9, 174:11, 188:5, 188:11, 206:18, 212:7, 212:9, 212:11, 212:16, 212:18, 221:13, 236:4, 237:4, 254:21, 254:22, 263:20, 266:20, 268:2
**differently** [1] - 212:6
**difficulty** [2] - 19:11, 268:6
**dilate** [2] - 256:21
**direct** [17] - 7:24, 8:7, 8:16, 8:21, 14:21, 25:22, 28:9, 69:2, 113:21, 141:4, 149:11, 158:2, 162:14, 164:24, 195:10, 203:16, 213:1
**DIRECT** [3] - 29:11, 67:17, 166:14
**directed** [7] - 16:20, 146:5, 147:10, 148:4, 148:16, 195:19, 223:25
**directing** [1] - 218:20
**directly** [32] - 7:25, 12:4, 25:18, 71:6, 113:15, 113:17,

114:2, 117:23, 119:14, 119:17, 120:20, 120:22, 121:15, 121:19, 123:8, 123:11, 123:21, 142:23, 143:11, 144:10, 144:18, 149:4, 157:2, 165:8, 165:12, 177:20, 182:9, 185:11, 190:12, 195:23, 196:2, 233:4
**director** [7] - 68:3, 166:21, 215:11, 251:2, 252:14, 254:1
**disagree** [1] - 205:20
**disclosed** [7] - 19:16, 21:17, 124:4, 124:8, 124:10, 134:23, 134:25
**discloses** [2] - 20:13, 20:14
**disclosure** [1] - 22:23
**discontinued** [1] - 126:9
**discriminating** [1] - 82:4
**discuss** [9] - 76:5, 195:16, 199:4, 199:14, 199:17, 215:16, 224:3, 238:4, 254:17
**discussed** [13] - 13:3, 24:24, 117:22, 120:18, 123:7, 128:5, 130:5, 149:14, 143:20, 159:20, 200:2, 207:3, 232:22
**discussing** [2] - 193:13, 196:11
**discussion** [9] - 56:19, 56:20, 126:1, 159:17, 193:3, 220:17, 247:3, 264:18, 266:9
**discussions** [8] - 141:21, 231:8, 231:14, 232:9, 235:17, 260:2, 260:6, 260:23
**disease** [110] - 4:12, 14:16, 15:21, 21:19, 22:19, 27:7, 31:5, 33:6, 38:22, 49:12, 58:11, 68:16, 69:22, 69:23, 71:17, 71:21, 72:12, 72:17, 72:20, 73:11, 73:18, 73:19,

77:21, 77:22, 78:7, 78:9, 78:21, 78:22, 79:8, 80:9, 81:13, 82:10, 82:24, 83:1, 83:7, 90:14, 100:21, 101:4, 101:9, 104:4, 104:9, 114:12, 114:22, 114:25, 115:2, 115:8, 115:9, 118:14, 118:22, 129:23, 129:24, 132:21, 132:23, 133:4, 137:19, 144:3, 147:2, 148:6, 148:13, 148:17, 148:21, 148:25, 149:23, 149:25, 150:16, 161:7, 167:14, 167:23, 170:5, 170:20, 171:21, 172:4, 172:8, 173:16, 179:1, 179:14, 180:1, 180:15, 180:18, 180:22, 180:25, 181:4, 181:23, 216:13, 230:14, 232:24, 240:3, 240:4, 240:5, 243:20, 244:14, 245:9, 247:13, 248:6, 252:13, 253:25, 254:12, 254:13, 255:6, 256:4, 256:8, 256:15, 261:10, 263:11, 263:13, 265:20, 266:11, 269:4
**Disease** [2] - 68:4, 80:18
**diseases** [11] - 27:4, 30:11, 30:12, 30:15, 75:15, 81:9, 81:11, 81:12, 111:16, 112:18, 133:15
**dismal** [1] - 79:19
**dispute** [2] - 10:15, 102:4
**dissuade** [1] - 20:2
**distance** [44] - 106:1, 107:11, 121:11, 121:21, 122:4, 122:7, 122:25, 137:15, 140:22, 141:7, 152:9, 153:10, 153:20, 154:6, 155:18, 156:1, 185:21, 186:8, 186:11,

186:15, 186:18, 186:21, 186:24, 187:8, 189:18, 190:5, 190:9, 190:13, 190:17, 194:25, 195:1, 195:6, 199:18, 205:18, 207:25, 219:5, 219:10, 220:9, 223:15, 258:5, 262:6, 269:15, 269:21
**distinctions** [1] - 211:21
**distortion** [1] - 79:2
**distributed** [1] - 200:8
**distribution** [2] - 32:12, 35:3
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 273:22
**dive** [1] - 102:19
**division** [1] - 216:6
**doctor** [58] - 7:12, 7:14, 17:12, 25:18, 103:16, 109:14, 131:12, 142:9, 142:21, 143:9, 144:10, 144:15, 144:17, 153:10, 157:11, 157:13, 157:15, 157:16, 166:1, 174:3, 175:2, 175:9, 176:18, 176:21, 177:8, 177:14, 177:16, 177:20, 179:14, 179:25, 181:13, 181:16, 181:22, 182:4, 182:9, 183:5, 183:8, 183:17, 184:23, 184:25, 185:3, 185:6, 185:11, 186:10, 186:23, 189:22, 190:8, 190:12, 190:16, 190:21, 193:25, 195:10, 197:10, 218:12, 218:15, 218:17, 219:1, 234:20
**Doctor** [5] - 86:2, 164:15, 218:25, 220:25, 223:18
**doctor-facing** [4] - 218:12, 218:15, 218:17, 219:1
**doctors** [54] - 8:22, 8:24, 9:9, 17:7, 103:4, 103:8, 107:2, 111:3, 113:13,

113:14, 113:17, 113:18, 114:2, 116:6, 116:8, 117:23, 119:3, 119:15, 120:20, 120:24, 123:9, 123:20, 123:25, 124:5, 124:24, 131:5, 131:19, 131:23, 132:3, 142:21, 145:7, 148:24, 149:22, 158:14, 158:17, 158:19, 172:13, 177:2, 177:5, 177:24, 178:2, 181:19, 182:12, 185:14, 194:3, 194:10, 195:2, 197:3, 198:4, 198:14, 198:20, 232:25, 265:23
**doctors'** [1] - 103:12
**doctrine** [4] - 165:3, 165:4, 165:5, 165:16
**document** [58] - 37:8, 37:9, 37:11, 39:24, 40:1, 40:8, 41:11, 42:23, 42:25, 43:2, 52:20, 52:22, 55:11, 59:11, 59:15, 61:4, 61:17, 69:8, 69:11, 70:16, 75:3, 75:16, 80:15, 80:16, 80:21, 91:11, 95:25, 96:7, 96:11, 99:5, 99:20, 99:25, 100:1, 100:3, 102:13, 108:13, 108:14, 108:17, 111:15, 112:2, 112:3, 128:4, 159:4, 162:11, 197:16, 198:4, 217:14, 218:20, 223:7, 234:25, 237:7, 237:11, 241:12, 244:10, 244:17, 245:8, 248:5, 269:1
**documented** [1] - 150:24
**documenting** [1] - 150:5
**documents** [20] - 17:15, 25:4, 43:3, 43:5, 110:11, 110:12, 158:8, 196:9, 199:9, 199:12, 199:14, 199:17, 199:21, 215:1, 217:23,

218:7, 218:9, 238:9, 238:10, 268:8
**domains** [1] - 263:20
**done** [16] - 14:12, 52:10, 52:13, 52:18, 52:25, 59:3, 64:9, 64:14, 85:1, 89:17, 209:20, 213:18, 228:13, 235:20, 253:6, 266:18
**dosage** [1] - 105:7
**dosages** [4] - 106:21, 124:1, 124:2, 124:3
**dose** [18] - 46:8, 55:6, 98:10, 98:11, 104:16, 105:5, 107:5, 155:5, 155:7, 155:8, 155:11, 163:11, 174:4, 193:4, 193:6, 193:10, 195:3
**dosed** [1] - 22:2
**doses** [8] - 98:12, 106:18, 106:19, 107:1, 193:7, 193:9, 193:12, 193:14
**dosing** [26] - 15:15, 16:1, 16:3, 16:7, 17:4, 17:5, 17:6, 18:23, 19:2, 19:5, 19:6, 20:13, 21:20, 22:10, 22:20, 25:10, 103:3, 104:10, 104:13, 142:5, 143:14, 173:17, 173:25, 175:3
**dossier** [15] - 128:6, 158:1, 158:3, 158:7, 158:14, 158:17, 159:6, 197:15, 197:19, 198:7, 198:13, 198:19, 217:25, 218:1, 218:5
**dossiers** [1] - 198:16
**dot** [1] - 122:19
**dots** [2] - 122:15, 122:16
**double** [2] - 23:8, 244:11
**double-blinded** [1] - 244:11
**doubt** [2] - 218:14, 245:24
**Doug** [1] - 202:16
**DOUG** [1] - 1:23
**down** [15] - 38:25, 41:23, 48:6, 55:16, 117:2, 117:9, 159:10, 164:16, 186:2, 188:6,

199:20, 212:15, 216:4, 224:22, 266:7
**dozen** [1] - 169:20
**DPI** [21] - 6:10, 6:12, 6:18, 32:1, 32:15, 33:21, 33:22, 33:25, 34:2, 34:9, 34:20, 35:5, 35:12, 92:9, 92:20, 93:11, 94:15, 94:22, 95:6, 95:14
**DPI's** [1] - 93:7
**dr** [1] - 244:17
**Dr** [215] - 7:11, 7:13, 7:18, 10:21, 11:19, 12:12, 12:13, 12:23, 13:20, 14:9, 14:12, 14:14, 17:11, 17:12, 17:18, 18:1, 18:2, 18:4, 18:5, 18:10, 18:11, 18:14, 18:17, 18:19, 18:20, 18:24, 18:25, 19:7, 19:9, 19:14, 20:1, 20:3, 20:6, 20:10, 20:20, 20:23, 20:25, 21:14, 21:20, 21:21, 21:22, 23:1, 23:2, 23:4, 23:24, 24:14, 24:16, 24:17, 24:19, 24:22, 25:4, 25:16, 25:25, 26:2, 26:11, 26:20, 26:23, 26:24, 27:2, 27:9, 27:11, 27:13, 27:14, 27:16, 28:23, 29:13, 31:5, 31:8, 39:5, 40:2, 41:23, 46:21, 47:7, 47:8, 47:9, 47:14, 47:21, 55:14, 57:7, 59:15, 60:13, 60:14, 60:15, 61:4, 62:4, 62:9, 62:25, 67:3, 67:19, 67:22, 67:23, 68:2, 68:17, 68:23, 69:20, 70:2, 79:17, 88:11, 90:6, 90:7, 125:18, 127:1, 127:2, 127:4, 129:16, 132:10, 132:11, 136:10, 137:4, 139:12, 139:18, 140:24, 141:16, 141:22, 149:21, 153:25, 154:15, 159:11, 160:14, 162:3, 162:13, 165:9, 165:24, 166:16, 168:8, 168:17, 170:6, 170:18, 170:25, 171:17,

171:24, 172:19, 172:24, 175:14, 176:7, 176:24, 178:5, 178:23, 179:9, 190:3, 190:23, 191:2, 193:2, 193:11, 194:24, 195:9, 196:9, 196:14, 197:13, 197:16, 198:19, 198:22, 199:3, 200:2, 201:12, 202:3, 202:11, 202:16, 202:25, 204:19, 214:16, 217:15, 217:22, 223:4, 223:7, 224:21, 224:23, 225:12, 226:10, 229:2, 232:9, 233:17, 233:18, 234:3, 234:22, 234:25, 236:8, 236:10, 236:11, 236:14, 237:11, 238:16, 242:11, 243:10, 243:23, 244:9, 245:7, 247:18, 250:1, 250:24, 251:1, 251:10, 263:16, 272:18, 272:22, 272:24, 273:3
**draft** [4] - 11:1, 11:4, 11:6, 43:8
**drafting** [1] - 46:6
**draw** [1] - 211:21
**drawing** [1] - 159:15
**drew** [1] - 74:13
**drives** [1] - 38:23
**dropped** [1] - 26:16
**drug** [91] - 5:1, 5:14, 5:15, 6:17, 12:8, 14:6, 16:4, 21:10, 24:17, 24:19, 31:10, 31:20, 31:22, 43:9, 43:18, 44:9, 44:15, 44:21, 51:10, 52:8, 54:14, 63:20, 64:11, 86:14, 90:12, 93:21, 102:19, 102:20, 102:22, 102:23, 102:25, 103:2, 103:3, 103:4, 103:7, 103:8, 103:17, 104:4, 104:6, 104:16, 109:6, 109:9, 115:18, 115:20, 119:25,

131:23, 137:23, 137:24, 138:1, 157:12, 157:15, 157:17, 157:19, 157:24, 159:15, 162:18, 162:19, 163:1, 177:15, 179:18, 179:21, 190:6, 194:9, 195:23, 195:24, 196:4, 198:2, 198:17, 200:8, 200:12, 200:13, 200:17, 201:1, 201:5, 201:8, 204:3, 211:11, 211:16, 212:22, 213:18, 213:25, 214:1, 215:17, 230:2, 230:14, 232:24, 243:14, 256:13
**drugs** [19] - 4:15, 4:17, 14:5, 19:23, 30:10, 32:10, 36:2, 51:24, 59:6, 77:19, 86:16, 86:17, 93:4, 103:9, 154:13, 169:15, 193:8, 201:17, 232:3
**dry** [22] - 6:13, 6:19, 34:21, 92:23, 93:8, 93:20, 103:22, 104:24, 105:11, 107:20, 107:23, 108:4, 135:10, 135:13, 135:23, 173:9, 174:13, 211:24, 212:4, 212:17
**DTX** [44] - 9:23, 10:22, 10:23, 15:2, 39:24, 40:11, 40:15, 40:19, 40:25, 41:13, 41:17, 146:20, 148:9, 151:14, 161:20, 168:6, 168:10, 168:14, 173:7, 175:21, 180:11, 184:1, 250:4, 250:5, 250:6, 250:7, 250:8, 250:10, 250:11, 250:15, 250:16, 271:13, 271:14, 271:15, 271:20
**Due** [1] - 269:3
**due** [28] - 4:11, 15:25, 49:5, 77:21, 77:22, 77:23, 77:25, 78:10, 78:12, 79:10, 79:23, 80:5, 80:8, 82:1, 83:24, 102:4,

111:16, 112:18, 115:1, 115:8, 232:5, 244:13, 245:9, 248:6, 261:15
**Duke** [6] - 18:19, 19:12, 20:4, 65:13, 238:13
**during** [19] - 10:12, 22:13, 24:1, 24:7, 30:6, 31:16, 45:3, 46:16, 66:2, 155:18, 158:2, 192:2, 203:2, 213:1, 225:17, 226:1, 226:5, 260:8, 260:22
**DYKHUIS** [1] - 1:23

**E**

**e-mail** [22] - 47:21, 47:23, 48:7, 48:10, 48:11, 50:7, 51:19, 55:13, 55:19, 55:22, 55:23, 56:3, 56:7, 56:16, 57:9, 57:20, 57:24, 101:12, 101:17, 247:22, 247:23, 247:25
**e-mailed** [1] - 55:16
**e-mailing** [1] - 56:1
**early** [5] - 5:11, 59:10, 62:12, 85:24, 87:21
**earnings** [3] - 24:1, 24:2, 24:7
**easy** [1] - 268:3
**echocardiogram** [2] - 83:17, 263:8
**echocardiograms** [1] - 263:8
**Echocardiographic** [1] - 251:25
**ECHOS** [1] - 263:17
**economic** [1] - 158:18
**edges** [1] - 200:23
**edited** [1] - 38:20
**education** [1] - 68:8
**educational** [1] - 69:12
**effect** [4] - 85:8, 139:8, 230:4, 256:24
**effective** [7] - 52:8, 53:6, 53:24, 94:3, 201:21, 201:24, 232:11
**effectively** [11] - 59:6, 157:11, 157:17, 177:9, 177:14, 181:20, 181:25, 190:6, 190:9, 194:8,

196:23
**effects** [5] - 12:7, 201:7, 229:23, 256:18, 266:13
**efficacious** [1] - 202:5
**efficacy** [1] - 85:25, 105:23, 105:25, 106:5, 106:14, 106:16, 122:8, 193:14, 201:1, 201:8, 211:6, 211:13, 216:6, 217:4, 217:9, 232:5, 244:12, 247:12
**effort** [1] - 38:17
**eight** [11] - 20:16, 36:12, 59:2, 120:7, 121:12, 121:21, 122:24, 152:9, 152:16, 185:21, 186:15
**either** [5] - 28:2, 150:1, 150:4, 157:8, 232:5
**elated** [1] - 90:25
**elation** [1] - 5:22
**electronic** [1] - 215:9
**element** [7] - 116:9, 117:14, 119:4, 121:9, 121:10, 121:15, 121:16
**elements** [8] - 6:4, 115:25, 117:22, 118:10, 119:20, 120:18, 121:7, 123:7
**Elizabeth** [1] - 45:24
**email** [1] - 247:19
**emeritus** [1] - 7:19
**EMERY** [1] - 1:22
**emphysema** [3] - 74:8, 74:9, 74:12
**empirical** [1] - 242:24
**employed** [3] - 68:2, 166:18, 252:9
**employee** [3] - 60:14, 226:16, 227:3
**enabled** [1] - 24:12
**encompasses** [3] - 13:7, 13:8, 26:17
**encourage** [3] - 25:23, 177:24, 185:14
**encourages** [2] - 111:7, 190:16
**encouraging** [1] - 182:12
**end** [7] - 38:22, 118:4, 126:4, 263:9, 263:17, 264:5, 271:23
**end-stage** [1] - 38:22

**ended** [8] - 45:2, 46:15, 66:1, 233:11, 249:24, 252:18, 253:16, 271:8
**ending** [3] - 242:1, 249:17, 249:18
**endpoint** [15] - 90:23, 105:25, 107:9, 107:10, 122:8, 137:14, 140:2, 153:22, 186:18, 221:8, 221:17, 221:20, 221:21, 269:15, 270:1
**endpoints** [7] - 17:21, 90:23, 98:4, 98:9, 116:24, 137:17, 269:12
**ends** [1] - 100:23
**enforce** [1] - 149:6
**enforcing** [1] - 149:11
**engaged** [3] - 31:16, 38:3, 38:11
**engaging** [1] - 35:4
**England** [11] - 91:13, 97:9, 147:24, 156:8, 156:11, 156:25, 176:25, 196:17, 207:8, 219:25, 269:2
**enter** [3] - 35:2, 161:20, 269:1
**entire** [3] - 149:11, 159:4, 217:7
**entirely** [8] - 34:4, 79:24, 136:4, 136:24, 149:24, 163:19, 209:9, 225:21
**entities** [1] - 197:22
**entitled** [3] - 59:13, 265:7, 269:2
**entry** [2] - 36:11, 230:2
**equally** [5] - 163:24, 163:25, 164:3, 164:5, 164:7
**equation** [1] - 76:6
**equivalent** [23] - 96:24, 106:20, 106:21, 106:22, 106:24, 107:5, 109:13, 109:16, 116:13, 117:20, 121:1, 124:3, 142:25, 145:10, 147:13, 155:2, 155:8, 155:12, 193:5, 193:6, 202:4
**equivalently** [1] - 109:17

**equivalents** [4] - 165:3, 165:4, 165:6, 165:17
**ERIC** [2] - 1:20, 1:20
**Eric** [1] - 41:25
**errors** [1] - 122:21
**especially** [4] - 81:9, 91:2, 97:19, 157:20
**ESQ** [20] - 1:16, 1:19, 1:19, 1:20, 1:20, 1:23, 1:23, 1:24, 2:3, 2:3, 2:6, 2:6, 2:7, 2:7, 2:8, 2:8, 2:9, 2:9, 2:10, 2:10
**essential** [1] - 266:11
**essentially** [7] - 31:3, 36:1, 53:4, 130:24, 211:4, 230:25, 236:19
**establish** [10] - 11:16, 14:19, 14:21, 14:24, 22:23, 53:5, 94:2, 208:6, 217:4, 217:8
**established** [2] - 8:1, 9:7
**establishes** [4] - 17:10, 20:12, 23:15, 25:7
**establishing** [1] - 220:23
**estimate** [1] - 122:19
**et** [2] - 160:11, 248:24
**European** [3] - 14:2, 14:11, 89:13
**evaluate** [2] - 138:8, 244:12
**evaluated** [2] - 153:21, 189:23
**evaluating** [2] - 62:10, 259:17
**evaluation** [1] - 259:13
**evening** [1] - 273:10
**event** [5] - 9:15, 11:8, 13:16, 13:18, 150:3
**eventuality** [1] - 225:20
**eventually** [1] - 12:5
**everyday** [1] - 181:8
**evidence** [25] - 10:20, 12:13, 12:15, 12:22, 14:25, 21:12, 96:15, 152:24, 161:20, 165:3, 165:9, 165:18, 168:11, 243:19, 246:9, 246:10, 247:11, 249:19, 249:21, 250:10, 256:23, 257:20, 264:11,

268:12, 271:12
**Evidence** [1] - 28:16
**evidenced** [1] - 124:25
**exacerbation** [19] - 118:14, 144:3, 148:5, 148:12, 149:25, 178:25, 179:13, 179:23, 180:14, 180:18, 180:22, 180:25, 181:19, 182:5, 199:9, 199:15, 205:8, 207:1, 207:17
**exacerbations** [18] - 75:14, 118:22, 119:9, 137:18, 148:16, 148:21, 148:25, 149:23, 150:16, 150:17, 179:15, 179:25, 181:3, 181:16, 181:23, 194:17, 194:22, 220:11
**exact** [11] - 16:4, 16:5, 16:6, 17:3, 17:9, 19:2, 19:5, 23:6, 23:18, 136:6, 260:5
**exactly** [5] - 9:18, 58:17, 65:24, 245:22, 260:14
**EXAMINATION** [8] - 29:11, 39:8, 67:17, 125:16, 162:15, 166:14, 202:14, 223:2
**examination** [2] - 202:13, 213:2
**examine** [2] - 226:4, 228:13
**examining** [1] - 229:23
**example** [15] - 5:25, 11:23, 73:25, 83:22, 98:9, 98:17, 99:15, 106:13, 122:24, 155:1, 205:3, 205:22, 209:4, 233:8, 258:4
**Examples** [1] - 5:25
**examples** [7] - 6:1, 13:19, 38:5, 38:12, 124:11, 124:12, 214:1
**exceed** [1] - 65:22
**except** [1] - 259:15
**exception** [2] - 5:14, 53:2
**excerpt** [1] - 116:16
**excerpts** [1] - 96:8
**excess** [2] - 76:3, 76:9

**exchange** [4] - 76:20, 76:21, 264:8, 264:19
**excited** [2] - 231:25, 232:1
**excitement** [1] - 228:20
**exciting** [1] - 263:21
**exclusion** [3] - 161:11, 161:14, 161:17
**excreted** [1] - 200:9
**excuse** [12] - 16:14, 23:25, 24:4, 57:19, 171:7, 177:1, 181:9, 182:22, 184:13, 189:24, 208:19, 224:7
**execution** [1] - 64:1
**executive** [2] - 49:5, 61:12
**Executive** [1] - 59:13
**executives** [2] - 4:1, 4:3
**exercise** [61] - 6:6, 15:22, 17:15, 17:21, 20:15, 22:9, 22:19, 24:20, 24:21, 25:7, 25:11, 52:11, 71:13, 114:10, 114:18, 115:21, 138:7, 138:9, 138:17, 139:19, 139:20, 140:8, 140:19, 152:13, 152:21, 152:25, 153:19, 153:21, 153:24, 154:10, 173:13, 173:16, 178:14, 187:6, 187:11, 187:13, 187:17, 187:18, 187:24, 188:9, 188:12, 188:15, 189:4, 189:13, 189:15, 189:18, 189:22, 189:24, 189:25, 190:17, 192:22, 216:13, 220:18, 220:23, 220:24, 222:6, 222:9, 235:16, 258:21, 269:20
**exertion** [1] - 189:16
**Exhibit** [78] - 37:18, 41:17, 45:5, 45:9, 46:18, 47:22, 49:3, 52:20, 55:12, 57:20, 58:3, 59:12, 61:5, 66:4, 66:5, 66:6, 66:7, 66:8, 66:9,

66:19, 69:17, 75:9, 75:22, 81:2, 88:16, 91:20, 96:5, 96:14, 96:18, 99:12, 100:6, 100:10, 108:23, 110:24, 112:10, 126:13, 168:14, 174:17, 178:21, 199:1, 217:18, 234:23, 237:7, 241:12, 244:9, 244:19, 245:8, 246:25, 247:18, 247:25, 248:5, 248:9, 248:10, 248:12, 249:3, 249:5, 249:15, 250:3, 250:4, 250:5, 250:6, 250:7, 250:8, 250:15, 251:24, 252:4, 255:16, 261:2, 263:22, 269:1, 271:13, 271:14, 271:15
**exhibit** [8] - 45:4, 46:17, 160:14, 171:6, 205:22, 206:8, 209:11, 219:17
**exhibits** [5] - 66:3, 66:12, 249:25, 250:2, 250:9
**Exhibits** [1] - 271:20
**existence** [1] - 209:21
**existing** [4] - 16:7, 89:11, 216:6, 231:2
**expand** [2] - 32:2, 192:9
**expanded** [1] - 31:24
**expansion** [9] - 15:19, 15:20, 16:11, 16:12, 16:25, 17:1, 20:19, 134:16
**expect** [2] - 27:10, 43:21
**expectation** [6] - 25:8, 41:6, 114:16, 114:18, 115:18, 115:20
**expected** [2] - 107:2, 111:9
**experience** [18] - 7:20, 17:25, 18:16, 35:8, 54:23, 69:12, 91:2, 103:11, 169:10, 208:18, 211:10, 257:5, 257:13, 259:21, 262:15, 264:15, 269:18, 271:6

**expert** [6] - 18:3, 27:9, 27:11, 69:20, 141:25, 170:18
**expertise** [3] - 49:11, 49:16, 255:3
**experts** [4] - 4:8, 7:11, 25:13, 132:11
**expiration** [1] - 36:12
**explain** [11] - 10:21, 11:21, 12:13, 12:15, 12:19, 37:1, 70:7, 71:11, 81:23, 143:12, 185:24
**explained** [2] - 19:20, 172:4
**explaining** [1] - 12:12
**explains** [1] - 20:1
**explicitly** [2] - 7:3, 20:14
**exploration** [1] - 38:13
**exposure** [2] - 109:9, 122:9
**express** [1] - 232:10
**expressed** [2] - 25:7, 141:24
**extensive** [1] - 73:25
**extensively** [2] - 8:10, 68:13
**extent** [9] - 27:24, 82:10, 82:23, 83:1, 83:7, 83:14, 84:7, 211:22, 212:1
**external** [2] - 248:17, 249:8
**extra** [1] - 254:11
**extrapolate** [1] - 196:6
**extrapolated** [1] - 262:15
**extrapolation** [1] - 209:14

## F

**Fabian** [1] - 263:16
**facilities** [2] - 17:8, 18:19
**facility** [1] - 20:5
**facing** [4] - 218:12, 218:15, 218:17, 219:1
**fact** [22] - 7:3, 17:7, 21:13, 25:3, 28:16, 35:19, 50:25, 51:3, 53:9, 64:19, 85:24, 89:11, 102:4, 131:24, 140:8, 178:10, 206:5, 212:3, 212:16, 225:19, 225:25,

261:13
**factors** [1] - 178:14
**facts** [1] - 201:3
**fail** [1] - 21:8
**failed** [9] - 62:11, 89:8, 126:1, 232:5, 244:6, 244:7, 261:14, 261:19, 266:19
**failure** [3] - 5:10, 5:21, 89:9
**fair** [5] - 244:19, 244:22, 244:24, 245:2, 246:23
**Fairfax** [2] - 7:14, 68:4
**fairly** [1] - 68:13
**fall** [4] - 4:10, 22:5, 78:2, 172:11
**falls** [2] - 236:1, 266:6
**Falls** [1] - 68:5
**familiar** [5] - 31:14, 54:1, 139:23, 212:24, 246:4
**familiarity** [2] - 32:21, 35:14
**far** [10] - 64:4, 64:9, 130:23, 131:1, 163:8, 186:1, 203:10, 203:12, 204:4, 217:11
**Faria** [10] - 12:20, 20:12, 21:22, 23:16, 24:25, 26:1, 126:19, 236:8, 238:19, 239:18
**Faria-Urbina** [9] - 12:20, 20:12, 21:22, 23:16, 24:25, 126:19, 236:8, 238:19, 239:18
**fashion** [1] - 256:19
**fast** [3] - 86:3, 101:16, 188:7
**fast-track** [1] - 101:16
**favorable** [1] - 17:14
**FDA** [56] - 7:4, 9:12, 11:2, 23:6, 30:2, 32:10, 32:17, 35:1, 36:1, 39:14, 39:16, 40:9, 40:23, 43:11, 44:10, 44:13, 46:3, 46:6, 46:10, 46:13, 51:20, 53:4, 53:11, 53:17, 54:4, 55:20, 56:1, 64:10, 94:14, 95:17, 96:1, 96:20, 97:18, 101:12, 101:15, 102:1, 102:3, 102:14, 102:24, 138:1, 157:16, 157:18,

160:3, 163:6, 163:7, 176:16, 214:8, 214:18, 214:25, 215:10, 215:25, 216:2, 216:17, 268:2
**FDA's** [4] - 43:8, 54:10, 95:20, 197:21
**FDA-approved** [1] - 36:1
**February** [1] - 244:15
**Federal** [2] - 28:15, 164:23
**federal** [2] - 26:3, 226:23
**fellowship** [2] - 254:10, 254:11
**fellowships** [1] - 254:14
**felt** [11] - 22:15, 96:22, 96:23, 97:7, 256:2, 256:12, 256:20, 261:8, 261:14, 262:23
**fibrosing** [1] - 75:14
**fibrosis** [19] - 38:14, 38:15, 49:12, 58:11, 58:23, 59:3, 72:23, 73:10, 73:25, 74:8, 78:23, 79:1, 79:6, 82:13, 84:6, 84:9, 251:15, 255:20
**Fibrosis** [1] - 252:2
**fibrotic** [3] - 72:23, 72:24, 79:4
**field** [14] - 5:23, 13:23, 14:1, 14:17, 24:15, 69:21, 89:9, 90:8, 91:5, 132:11, 170:18, 230:1, 230:3, 232:25
**fight** [1] - 268:3
**Figure** [1] - 155:18
**figure** [2] - 122:13, 194:24
**figured** [1] - 268:15
**file** [2] - 102:5, 216:10
**filed** [8] - 36:23, 99:23, 101:2, 101:14, 126:6, 127:14, 127:17, 210:21
**filing** [2] - 56:24, 57:4
**final** [11] - 8:21, 8:24, 10:3, 10:4, 13:3, 13:6, 95:17, 112:23, 214:10, 244:20, 244:22

**finalized** [2] - 244:25, 245:3
**finally** [4] - 7:18, 12:23, 26:20, 44:7
**findings** [4] - 41:8, 165:2, 243:18, 262:18
**fine** [5] - 21:14, 149:3, 227:20, 228:15, 272:10
**finish** [4] - 139:11, 222:19, 272:19, 273:2
**finished** [2] - 139:12, 158:22
**first** [53] - 3:18, 6:19, 7:11, 10:2, 22:8, 31:10, 36:23, 43:10, 48:6, 48:10, 54:13, 65:13, 80:13, 80:19, 82:23, 83:6, 88:3, 99:4, 110:10, 113:21, 115:25, 118:19, 124:21, 125:25, 149:18, 154:20, 154:21, 165:14, 171:24, 173:12, 193:3, 193:4, 195:19, 196:14, 206:19, 219:21, 227:14, 227:18, 228:5, 230:2, 232:6, 238:22, 242:2, 250:24, 255:13, 255:16, 255:22, 257:3, 261:8, 267:15, 268:5, 269:4, 272:23
**first-line** [1] - 267:15
**first-named** [1] - 238:22
**five** [10] - 4:5, 59:2, 77:9, 77:11, 77:16, 77:18, 78:16, 104:20, 105:3, 170:11
**flip** [1] - 102:15
**florist** [1] - 266:25
**flow** [2] - 54:20, 79:2
**FLYNN** [1] - 1:16
**focus** [4] - 30:14, 72:8, 230:12, 261:24
**focused** [3] - 3:20, 261:23
**focuses** [1] - 30:13
**focusing** [2] - 89:3, 100:13
**foil** [1] - 107:21
**follow** [10] - 43:16,

43:22, 44:2, 46:1, 103:8, 103:11, 137:4, 175:5, 265:21, 266:3
**follow-up** [1] - 175:5
**followed** [4] - 64:13, 170:15, 257:18, 263:3
**following** [16] - 45:4, 46:17, 66:3, 66:22, 124:4, 141:12, 179:17, 191:9, 222:22, 231:15, 249:25, 250:9, 257:12, 258:11, 270:5, 271:2
**follows** [3] - 29:9, 67:13, 166:10
**footnote** [1] - 224:7
**footnotes** [1] - 219:11
**FOR** [1] - 1:2
**force** [5] - 27:3, 80:12, 111:24, 129:16, 170:4
**forced** [16] - 13:2, 13:4, 99:2, 119:23, 137:18, 144:7, 151:9, 151:20, 151:24, 152:2, 182:20, 259:6, 259:7, 259:11, 259:23, 261:10
**foregoing** [1] - 273:19
**foremost** [1] - 261:9
**forget** [2] - 65:14, 89:13
**forgot** [1] - 65:12
**Form** [1] - 99:23
**form** [12] - 25:9, 27:18, 93:20, 211:19, 230:9, 235:19, 236:2, 255:14, 257:20, 257:22, 262:6, 262:24
**formal** [1] - 243:7
**format** [1] - 215:16
**formed** [2] - 130:17, 134:18
**former** [2] - 4:1, 227:3
**forming** [16] - 73:10, 75:3, 75:16, 80:21, 88:6, 91:14, 96:11, 99:5, 100:3, 108:17, 110:13, 129:3, 137:6, 171:1, 171:15, 173:4
**forms** [7] - 6:9, 13:4, 13:7, 26:8, 93:8, 167:8, 267:14
**formulary** [2] - 197:22,

197:25
**formulated** [1] - 212:22
**formulation** [13] - 31:24, 32:1, 54:15, 92:23, 103:20, 103:22, 135:11, 135:13, 135:19, 173:9, 212:9, 212:16, 212:20
**formulations** [1] - 174:9
**forth** [4] - 210:18, 214:7, 214:11, 214:25
**Forvia** [1] - 263:16
**forward** [3] - 57:17, 244:3, 255:19
**foundation** [2] - 87:10, 114:15
**founded** [3] - 30:24, 31:1, 31:2
**founder** [2] - 31:5, 38:25
**four** [16] - 59:2, 104:20, 105:3, 191:21, 191:23, 192:1, 192:2, 204:20, 236:13, 236:15, 236:18, 238:1, 238:5, 238:7, 239:6, 239:9
**France** [2] - 18:9, 65:8
**Frantz** [1] - 60:5
**free** [1] - 218:24
**frequently** [1] - 191:17
**Friday** [2] - 56:19, 56:20
**front** [8] - 14:13, 59:19, 61:20, 68:23, 91:10, 96:5, 214:12, 218:18
**frontier** [1] - 39:1
**full** [11] - 42:17, 45:23, 67:7, 87:7, 166:5, 194:11, 215:13, 224:9, 229:11, 239:21, 251:12
**full-stage** [1] - 87:7
**Function** [2] - 251:25, 252:2
**function** [11] - 35:21, 82:11, 83:9, 138:21, 172:10, 188:19, 188:24, 230:5, 259:14, 259:18, 259:22
**functional** [14] - 19:19, 188:20, 188:22, 189:4,

189:12, 221:19, 221:20, 221:24, 222:1, 222:2, 222:6, 222:11, 262:21
**functioning** [5] - 188:23, 188:25, 192:17, 263:14
**functions** [1] - 189:14
**future** [2] - 24:5, 44:6
**FVC** [43] - 13:2, 13:4, 13:7, 17:15, 21:24, 26:14, 26:17, 97:15, 97:19, 120:3, 120:25, 144:7, 151:9, 151:18, 151:20, 151:24, 182:20, 183:3, 183:6, 183:9, 183:17, 183:19, 183:23, 184:4, 184:7, 184:10, 184:13, 184:19, 184:23, 185:1, 185:4, 185:6, 185:14, 194:19, 194:22, 196:19, 199:12, 199:15, 205:11, 207:21, 220:14, 271:1, 271:5

## G

**gain** [1] - 54:23
**gallery** [1] - 28:17
**game** [1] - 91:6
**gas** [4] - 76:20, 76:21, 264:7, 264:19
**gate** [1] - 268:2
**gauge** [1] - 258:21
**geared** [2] - 110:7, 218:16
**gears** [1] - 99:18
**GEN** [1] - 55:17
**general** [14] - 30:23, 39:15, 41:6, 53:10, 102:21, 105:19, 111:2, 212:1, 232:13, 232:18, 232:22, 232:23, 254:19, 256:2
**generally** [15] - 5:8, 8:13, 32:18, 37:6, 91:4, 100:19, 104:2, 109:5, 120:13, 138:11, 152:13, 167:1, 167:7, 179:7, 254:18
**generate** [2] - 179:5, 180:20

**generated** [2] - 131:10, 246:13
**generation** [1] - 38:19
**generic** [2] - 54:14, 174:7
**generosity** [1] - 24:10
**genetically** [1] - 38:19
**gentleman** [1] - 65:9
**Gil** [6] - 20:22, 48:7, 234:5, 234:6, 234:7, 236:16
**given** [11] - 53:9, 104:19, 104:24, 105:3, 125:9, 175:7, 212:14, 249:6, 264:13, 269:18, 271:5
**glaring** [1] - 261:21
**global** [2] - 29:17, 29:22
**go-to** [1] - 267:15
**goal** [1] - 38:19
**gold** [1] - 82:17
**Golden** [6] - 20:22, 48:7, 234:5, 234:6, 234:7, 236:16
**golden's** [1] - 234:8
**golf** [2] - 139:6, 221:18
**golfing** [1] - 140:6
**Goodwin** [1] - 28:20
**GOODWIN** [1] - 1:18
**gosh** [1] - 76:3
**governing** [1] - 112:20
**government** [1] - 23:12
**grade** [1] - 12:16
**gradient** [1] - 131:16
**graduate** [1] - 168:17
**grant** [3] - 165:17, 165:20, 221:21
**granted** [4] - 28:18, 53:20, 53:22, 63:7
**gray** [4] - 82:22, 131:18, 131:20, 132:4
**great** [3] - 19:18, 50:24, 126:25
**greater** [1] - 117:16
**ground** [2] - 98:8, 165:14
**grounds** [1] - 165:17
**group** [19] - 50:12, 58:18, 72:20, 77:20, 77:22, 77:23, 77:24, 117:8, 118:21, 133:13, 242:20, 242:23, 254:24, 260:18, 260:24, 263:15, 264:20,

264:22
**Group** [83] - 4:7, 4:11, 4:17, 4:22, 4:23, 5:2, 14:5, 14:7, 24:12, 24:13, 50:1, 50:2, 50:3, 50:16, 50:18, 51:18, 52:2, 60:18, 60:24, 77:18, 78:2, 78:4, 82:4, 82:5, 83:23, 83:25, 84:19, 85:1, 86:18, 86:20, 92:17, 93:24, 111:15, 112:17, 129:8, 131:24, 172:11, 173:16, 229:25, 230:3, 230:6, 230:8, 230:14, 230:16, 230:17, 230:19, 230:22, 230:23, 231:3, 232:3, 232:4, 232:7, 235:21, 235:25, 236:1, 236:3, 240:2, 241:13, 242:3, 242:6, 246:9, 246:11, 247:13, 249:19, 254:23, 257:7, 257:15, 258:16, 258:17, 259:10, 259:13, 259:17, 259:22, 268:6, 268:11, 268:12, 268:13, 268:14
**groups** [16] - 51:17, 52:7, 76:8, 77:9, 77:12, 77:16, 77:18, 110:9, 120:8, 229:24, 230:5, 230:8, 230:16, 230:19, 254:22, 255:7
**grows** [1] - 117:10
**guess** [9] - 76:4, 97:5, 97:18, 138:15, 193:5, 206:19, 255:15, 260:15, 272:13
**guidance** [1] - 197:21
**guided** [1] - 261:13
**guideline** [1] - 80:4
**guidelines** [8] - 26:25, 27:1, 27:2, 80:7, 80:8, 112:17, 112:20, 170:13
**Gérald** [1] - 111:24

## H

**halfway** [2] - 81:6, 117:2
**hallway** [5] - 186:2, 192:13, 192:17, 192:18, 192:21
**hand** [6] - 42:9, 59:11, 103:20, 109:2, 233:1, 269:9
**handed** [1] - 248:4
**handing** [3] - 234:22, 245:7, 247:18
**handles** [1] - 200:7
**happy** [3] - 149:6, 231:25, 270:19
**hard** [3] - 86:5, 245:22
**harm** [2] - 5:11, 86:1
**harmful** [1] - 87:21
**Hatch** [1] - 3:14
**Hatch-Waxman** [1] - 3:14
**haul** [1] - 27:23
**hazard** [1] - 206:19
**head** [3] - 229:3, 229:17, 241:5
**headphones** [2] - 252:23, 253:8
**health** [4] - 5:11, 110:5, 158:8, 158:11
**Healthcare** [2] - 108:15, 159:19
**healthcare** [1] - 125:4
**healthy** [11] - 34:14, 52:13, 74:5, 160:25, 201:13, 201:16, 201:18, 201:21, 201:24, 202:3, 262:6
**Healthy** [1] - 160:21
**hear** [33] - 7:10, 7:16, 10:14, 13:11, 14:9, 16:9, 17:11, 17:18, 18:1, 18:10, 18:17, 19:7, 20:22, 20:23, 21:10, 22:21, 25:16, 25:25, 26:1, 26:11, 26:20, 27:10, 27:13, 28:5, 85:6, 118:1, 133:7, 170:6, 175:17, 250:23, 252:22, 253:1, 258:25
**heard** [13] - 15:18, 16:9, 21:6, 27:13, 101:14, 140:24, 141:3, 154:14, 175:14, 176:7, 185:22, 203:7, 211:14

**hearing** [2] - 229:1, 229:5
**Heart** [2] - 251:25, 252:1
**heart** [17] - 3:22, 13:17, 73:5, 76:18, 77:21, 82:20, 82:21, 83:16, 172:1, 172:2, 174:24, 188:7, 258:22, 263:10, 263:12, 263:18
**held** [2] - 59:22, 226:3
**hello** [1] - 125:20
**help** [4] - 72:7, 80:5, 98:21, 256:3
**helped** [1] - 27:2
**helpful** [4] - 73:16, 83:21, 122:1, 252:19
**Hemodynamic** [1] - 265:7
**hemodynamic** [5] - 83:12, 84:5, 111:25, 133:3, 133:20
**Hemodynamics** [1] - 251:25
**hence** [1] - 3:22
**hereby** [1] - 273:17
**high** [20] - 29:23, 30:7, 30:8, 30:9, 30:21, 32:23, 34:11, 35:16, 35:17, 35:24, 36:5, 38:9, 71:11, 82:12, 83:10, 90:20, 98:12, 171:24, 260:13
**high-level** [3] - 30:7, 30:21, 38:9
**high-resolution** [1] - 82:12
**higher** [1] - 260:17
**highlighted** [4] - 70:25, 77:5, 154:21, 159:24
**highly** [1] - 266:7
**Hilario** [1] - 75:1
**Hill** [1] - 60:5
**hill** [4] - 26:20, 26:23, 132:10, 273:3
**hired** [1] - 61:12
**hires** [1] - 60:2
**history** [4] - 30:22, 188:11, 191:11, 192:10
**HIV** [1] - 83:22
**hmm** [2] - 235:14, 247:5
**hoc** [10] - 97:12, 97:13, 97:16, 97:20, 98:2, 99:15, 99:16, 157:5, 196:15, 196:19

**Hoeper** [3] - 87:9, 87:12, 87:15
**HOESCHEN** [1] - 2:3
**hold** [2] - 68:7, 83:3
**home** [3] - 192:11, 257:23, 266:15
**homogenous** [1] - 262:17
**Honor** [81] - 3:2, 3:5, 3:7, 3:12, 8:3, 11:8, 15:6, 15:9, 15:12, 16:16, 16:21, 24:5, 25:12, 25:21, 27:20, 28:10, 28:13, 28:15, 28:19, 28:25, 41:12, 41:22, 41:25, 42:11, 45:3, 45:7, 46:16, 47:4, 66:2, 66:14, 67:2, 67:15, 69:19, 73:12, 100:7, 110:21, 125:9, 125:13, 149:1, 149:9, 161:19, 164:18, 164:22, 165:23, 166:2, 166:12, 168:10, 170:17, 170:22, 178:18, 193:1, 199:25, 202:8, 202:19, 202:22, 203:21, 204:12, 204:16, 217:12, 223:1, 224:20, 224:23, 226:15, 226:21, 227:21, 227:24, 228:18, 228:21, 228:24, 233:12, 233:16, 249:25, 250:18, 250:23, 252:19, 271:9, 271:17, 271:22, 272:3, 273:8, 273:9
**Honorable** [1] - 1:11
**hormone** [1] - 174:23
**Hospital** [1] - 7:12
**hospital** [4] - 7:14, 68:5, 150:2, 150:5
**hospitals** [1] - 158:20
**humans** [1] - 52:13
**humble** [1] - 48:11
**hundred** [1] - 169:14
**hundreds** [1] - 264:16
**Hypertension** [3] - 80:17, 252:1, 269:3
**hypertension** [122] - 3:21, 4:5, 4:6, 4:7, 4:8, 4:11, 12:3, 14:15, 15:20, 21:18, 22:18, 27:6, 30:17,

30:19, 33:5, 51:23, 69:21, 69:22, 71:17, 71:21, 71:25, 72:25, 76:5, 76:11, 76:14, 76:15, 77:1, 77:4, 77:7, 77:10, 77:19, 77:21, 77:22, 77:23, 77:25, 78:8, 78:24, 79:5, 79:7, 79:13, 80:2, 80:8, 82:5, 82:7, 82:16, 84:7, 85:1, 90:9, 92:17, 100:20, 101:8, 104:8, 112:1, 112:18, 114:11, 114:21, 115:1, 132:12, 133:5, 147:1, 161:7, 166:22, 166:23, 167:3, 167:8, 167:13, 167:21, 167:23, 169:1, 170:1, 170:19, 171:21, 171:23, 172:14, 173:12, 173:15, 216:12, 229:24, 230:1, 230:8, 230:12, 230:13, 230:23, 235:22, 236:3, 240:2, 242:3, 244:13, 245:9, 248:6, 251:2, 251:15, 252:14, 254:1, 254:18, 254:21, 254:22, 254:23, 255:4, 255:7, 256:2, 256:3, 256:6, 256:8, 256:14, 258:15, 258:16, 258:17, 259:24, 261:22, 261:24, 263:3, 265:21, 266:1, 266:10, 267:2, 267:5, 268:10
**hypotheses** [1] - 266:21
**hypothesis** [4] - 243:1, 243:4, 243:6
**hypothetical** [4] - 162:25, 163:21, 206:20, 243:10
**hypoxemia** [1] - 264:13
**Hypoxia** [1] - 80:18
**hypoxia** [2] - 111:17, 112:19

## I

**I-S-H-L-T** [1] - 65:7
**icon** [1] - 59:25
**idea** [8] - 25:20, 209:1, 235:15, 235:23, 236:15, 236:19, 261:15, 266:16
**ideas** [1] - 58:19
**identical** [1] - 16:2
**identified** [14] - 8:9, 8:20, 11:12, 15:4, 19:2, 71:3, 115:12, 126:19, 226:22, 237:5, 237:14, 237:18, 238:1, 239:6
**identifies** [1] - 4:20, 81:16, 162:14
**identify** [7] - 9:18, 9:19, 10:18, 36:13, 94:25, 110:17, 264:6
**identifying** [1] - 64:10, 121:6, 198:24
**ideologies** [1] - 236:4
**idiopathic** [1] - 38:14
**Idiopathic** [1] - 251:15
**IDL** [1] - 181:16
**IIP** [13] - 14:10, 87:2, 87:3, 87:5, 87:11, 87:13, 87:19, 87:20, 88:22, 89:3, 89:12, 89:20, 91:2
**ILD** [308] - 4:18, 4:20, 5:16, 6:7, 6:8, 6:15, 6:21, 16:2, 16:18, 17:3, 17:9, 17:12, 17:14, 17:19, 18:5, 18:11, 18:16, 18:21, 19:8, 19:12, 19:14, 19:18, 20:2, 20:7, 20:9, 20:14, 21:21, 22:3, 22:9, 23:11, 24:8, 24:13, 24:20, 25:1, 25:6, 25:11, 26:25, 27:4, 31:25, 33:3, 33:4, 33:9, 33:11, 33:15, 33:19, 33:24, 34:16, 34:17, 34:21, 34:24, 35:12, 50:5, 50:18, 51:6, 51:8, 51:21, 51:23, 52:12, 52:19, 52:24, 53:7, 53:8, 53:14, 53:18, 53:21, 53:24, 54:4, 54:8, 54:11, 54:18, 55:3, 56:13, 57:13, 57:17, 60:19, 60:24, 61:6, 62:1, 62:11, 62:19, 63:7,

63:17, 64:16, 64:22, 64:24, 65:3, 65:18, 65:20, 68:10, 70:9, 71:14, 71:22, 71:24, 71:25, 72:4, 72:8, 72:9, 72:10, 72:12, 72:23, 72:24, 73:4, 73:5, 73:20, 73:25, 74:7, 74:14, 74:16, 75:25, 77:23, 78:2, 78:6, 78:7, 78:12, 78:20, 79:11, 79:18, 79:23, 79:25, 80:1, 80:6, 81:25, 82:1, 82:6, 83:5, 83:25, 84:13, 89:2, 89:18, 90:15, 91:8, 92:19, 93:1, 93:4, 93:7, 93:9, 93:25, 94:4, 94:6, 94:7, 94:9, 94:10, 94:12, 95:7, 95:9, 95:12, 95:15, 95:18, 96:4, 97:5, 101:5, 101:16, 102:8, 103:9, 103:11, 103:16, 103:17, 105:23, 107:3, 111:3, 113:15, 115:21, 124:22, 125:1, 126:17, 126:22, 127:17, 129:5, 129:17, 131:1, 131:5, 131:8, 131:13, 131:14, 131:16, 131:20, 131:21, 132:4, 132:8, 132:14, 132:15, 133:1, 133:11, 133:16, 133:18, 134:8, 134:12, 134:13, 134:16, 135:3, 135:6, 138:4, 140:18, 140:22, 142:6, 143:14, 150:15, 153:18, 157:21, 160:5, 161:4, 167:9, 167:11, 167:16, 167:19, 168:1, 169:3, 169:5, 169:16, 169:19, 169:22, 170:13, 171:17, 171:19, 171:20, 171:22, 172:11, 172:14, 172:15, 172:22, 173:2, 173:16, 173:17, 173:23, 174:1, 174:4,

176:22, 178:6, 178:10, 181:4, 181:13, 182:2, 184:13, 186:24, 188:15, 191:4, 191:10, 191:16, 192:10, 193:25, 199:10, 199:15, 201:24, 206:2, 206:6, 215:21, 216:18, 224:2, 224:4, 232:4, 232:11, 232:20, 233:21, 234:24, 235:16, 235:25, 236:5, 237:23, 239:8, 239:24, 240:9, 240:12, 242:21, 244:6, 244:7, 245:9, 248:6, 251:4, 255:9, 255:11, 255:14, 255:18, 255:19, 255:20, 255:25, 257:4, 257:8, 257:12, 257:17, 258:2, 258:11, 259:6, 260:4, 260:25, 261:6, 261:14, 261:17, 262:2, 263:24, 264:23, 264:24, 266:18, 267:8, 267:11, 267:15, 267:18, 267:19, 267:22, 268:7, 268:8, 268:12, 268:18, 268:22, 268:24, 269:19, 270:6, 271:2
**ILD-PH** [1] - 71:24
**ILD_00113881** [1] - 59:12
**ILD_00122627** [1] - 61:6
**ILD_00123465** [1] - 55:13
**ILD_00126017** [1] - 42:24
**ILD_081580** [1] - 245:11
**ILD_081748** [1] - 247:21
**ILD_081749** [1] - 248:8
**ILD_082484** [1] - 241:14
**ILD_095797** [1] - 47:23
**ILD_095811** [1] -

57:20
**ILD_1050830105152** [1] - 244:16
**ILD_226** [1] - 252:3
**ILD_2986** [1] - 251:18
**ILE** [1] - 194:17
**images** [1] - 74:20
**imagine** [1] - 187:18
**immediately** [2] - 5:18, 257:17
**impact** [3] - 91:4, 91:6, 201:1
**impeaching** [1] - 149:16
**impeachment** [1] - 149:2
**implemented** [2] - 11:4, 11:5
**important** [10] - 12:13, 16:16, 24:6, 54:13, 54:20, 102:5, 192:12, 192:16, 192:24, 224:8
**importantly** [3] - 16:21, 19:4, 48:22
**impose** [1] - 114:16
**improper** [1] - 149:2
**improve** [18] - 15:21, 22:9, 22:19, 25:11, 52:11, 114:18, 115:21, 140:19, 140:22, 153:19, 173:13, 173:16, 184:13, 216:13, 235:16, 259:19, 261:9, 262:25
**improved** [10] - 6:19, 98:16, 138:9, 139:20, 140:8, 186:19, 188:16, 189:25, 263:19, 264:21
**improvement** [31] - 20:14, 116:15, 117:17, 119:23, 120:25, 144:6, 144:12, 144:17, 151:9, 151:18, 154:10, 178:15, 182:19, 182:22, 183:3, 183:19, 183:23, 184:4, 184:7, 184:19, 205:10, 207:22, 208:11, 219:10, 223:14, 258:7, 261:11, 262:21, 263:2, 263:20, 270:5
**improvements** [11] - 17:20, 219:5, 258:4,

258:10, 258:24, 259:3, 262:5, 263:7, 263:8, 269:20, 270:9
**improves** [4] - 151:12, 153:23, 259:5, 259:7
**improving** [6] - 6:6, 71:13, 114:10, 189:17, 259:23, 262:18
**IN** [2] - 1:1, 1:2
**INC** [1] - 1:6
**Inc.'s** [1] - 237:9
**include** [18] - 15:20, 30:1, 39:17, 50:2, 83:16, 132:23, 133:1, 133:11, 134:16, 138:13, 147:20, 167:9, 213:21, 213:22, 233:3, 236:10, 255:9, 255:19
**included** [8] - 15:15, 16:3, 22:22, 50:12, 225:12, 240:3, 240:7, 261:16
**includes** [9] - 4:12, 13:13, 26:17, 43:7, 50:5, 147:17, 205:3, 236:4, 254:12
**including** [15] - 4:2, 8:20, 18:22, 19:19, 40:14, 49:6, 50:18, 51:8, 77:23, 133:16, 170:19, 170:20, 172:1, 214:2, 217:7
**inclusion** [3] - 161:10, 161:14, 161:17
**inconsistent** [1] - 162:19
**incorporate** [1] - 95:9
**incorporated** [2] - 6:24, 242:12
**incorporates** [1] - 7:2
**incorrect** [2] - 15:24, 85:10
**INCREASE** [202] - 5:13, 6:23, 7:2, 7:5, 7:8, 8:8, 8:9, 8:13, 8:14, 10:24, 11:11, 14:18, 16:10, 16:13, 16:15, 16:17, 16:19, 16:21, 17:6, 17:17, 18:4, 18:18, 20:7, 21:2, 21:6, 21:7, 21:13, 21:15, 21:16, 21:17, 22:2, 22:7, 25:1, 26:8, 27:19, 33:20, 41:9, 50:9, 50:13, 50:23, 51:16, 53:19, 58:16, 62:1,

62:5, 63:1, 63:4, 63:8, 63:9, 63:14, 63:17, 63:22, 64:2, 64:5, 65:21, 65:23, 85:18, 88:22, 88:25, 89:1, 90:11, 90:12, 90:20, 91:4, 91:12, 94:6, 96:3, 96:22, 97:1, 97:2, 97:4, 97:11, 97:12, 98:9, 98:23, 105:20, 105:22, 106:11, 106:12, 106:13, 106:14, 106:17, 106:19, 106:23, 107:1, 107:6, 107:9, 111:10, 116:14, 116:20, 117:1, 117:16, 118:15, 121:20, 124:3, 124:8, 124:13, 126:5, 127:6, 134:15, 134:18, 134:25, 135:4, 135:7, 135:10, 136:3, 136:5, 136:20, 137:13, 142:17, 142:19, 144:21, 145:2, 145:11, 145:12, 145:15, 145:16, 145:20, 146:1, 146:3, 146:15, 147:25, 153:23, 154:9, 154:17, 154:22, 154:24, 155:5, 155:22, 156:2, 156:6, 156:15, 156:18, 157:5, 161:10, 161:14, 161:17, 163:20, 176:24, 176:25, 190:24, 192:25, 193:15, 193:20, 194:1, 194:4, 194:11, 194:16, 194:19, 195:1, 196:15, 196:16, 206:5, 207:7, 207:10, 207:11, 207:15, 207:18, 207:19, 209:10, 209:21, 210:8, 210:10, 210:14, 210:15, 210:17, 210:19, 219:15, 220:1, 220:4, 229:6, 231:16, 231:21, 232:16, 234:11, 234:13, 235:10,

235:11, 235:23,
236:21, 240:22,
240:25, 241:2,
241:3, 241:9,
244:20, 244:22,
244:24, 244:25,
245:2, 245:4,
245:10, 248:1,
248:7, 248:13,
266:24, 266:25,
270:17, 271:5
**increase** [11] - 73:9,
106:5, 121:21,
126:18, 152:8,
153:20, 187:25,
193:2, 199:17,
220:14, 244:3
**increased** [2] - 19:20,
264:6
**increases** [1] - 121:11
**increasing** [3] - 154:5,
185:20, 187:5
**independent** [1] -
240:16
**indicate** [1] - 198:11
**indicated** [18] - 16:11,
16:17, 22:4, 87:15,
137:13, 140:7,
146:10, 148:12,
151:17, 153:18,
153:19, 158:7,
175:23, 180:13,
184:3, 184:6,
236:18, 240:21
**indicates** [2] - 26:12,
245:16
**indicating** [2] - 17:16,
216:10
**indication** [41] - 3:16,
14:7, 22:24, 23:23,
33:15, 34:18, 34:21,
34:25, 51:4, 51:5,
52:24, 53:21, 54:4,
54:8, 54:11, 55:3,
57:13, 63:7, 63:13,
63:17, 92:16, 92:25,
95:9, 101:16, 102:8,
103:1, 104:2, 104:3,
104:6, 111:3,
140:15, 140:18,
140:21, 147:5,
173:10, 213:23,
215:17, 215:21,
224:7, 267:21, 268:3
**indications** [16] -
31:25, 32:21, 32:24,
33:2, 35:5, 52:18,
94:1, 95:6, 103:24,
146:25, 153:17,
154:1, 154:14,

173:11, 175:22,
180:12
**indirect** [2] - 28:9,
203:16
**indirectly** [1] - 71:6
**indiscernible** [1] -
233:10
**individual** [5] - 20:22,
90:3, 206:11,
239:10, 241:11
**individuals** [14] - 5:19,
48:22, 58:15,
117:13, 236:13,
238:1, 238:5, 238:7,
239:9, 239:13,
240:16, 247:23,
260:10, 260:16
**induce** [7] - 7:24, 9:4,
25:19, 178:2,
185:14, 190:21,
197:10
**induced** [7] - 8:7,
8:16, 8:17, 9:5,
14:21, 164:24,
165:12
**inducement** [1] - 8:19
**induces** [2] - 71:6,
165:8
**inducing** [1] - 182:12
**industry** [1] - 52:5
**inevitable** [1] - 11:9
**inevitably** [6] - 11:12,
11:17, 22:6, 26:5,
146:14, 146:16
**infer** [1] - 139:22
**inference** [1] - 109:17
**infers** [1] - 122:23
**inflammation** [1] -
72:22
**information** [25] - 6:2,
7:1, 43:6, 43:25,
44:3, 44:18, 44:19,
46:10, 102:25,
103:5, 111:5, 154:8,
156:13, 156:15,
177:14, 181:3,
188:10, 193:19,
194:8, 217:7,
219:22, 224:8,
224:9, 239:14, 243:7
**informed** [2] - 64:20,
114:13
**informs** [1] - 157:18
**infringe** [26] - 8:22,
113:15, 113:17,
121:15, 121:19,
123:21, 124:24,
125:3, 127:24,
142:10, 142:16,
142:23, 144:11,

153:11, 162:20,
163:12, 163:20,
163:22, 177:20,
178:2, 182:9,
182:12, 185:11,
190:12, 190:21,
197:10
**infringed** [15] - 7:25,
9:16, 25:18, 114:2,
117:23, 119:14,
119:17, 120:20,
120:22, 123:9,
123:11, 143:1,
143:5, 143:11,
143:21
**infringement** [37] -
6:22, 7:22, 7:24, 8:1,
8:5, 8:6, 8:7, 8:16,
8:17, 9:4, 9:6, 25:19,
28:8, 71:6, 109:19,
113:5, 113:22,
123:14, 123:18,
124:16, 125:4,
127:23, 128:14,
129:3, 137:7, 145:9,
145:13, 164:19,
164:25, 165:2,
165:5, 165:8,
165:10, 165:12,
203:17, 203:24,
204:6
**infringes** [8] - 14:20,
14:21, 70:11, 113:2,
113:9, 113:19, 165:8
**infringing** [2] -
142:13, 144:18
**ingredient** [1] - 212:15
**inhalation** [7] - 16:6,
40:5, 103:22,
104:19, 104:22,
108:6, 174:13
**inhale** [3] - 63:7,
124:1, 201:8
**inhaled** [68] - 6:19,
12:1, 12:3, 12:9,
17:19, 25:9, 31:20,
71:14, 85:12, 85:14,
85:15, 85:20, 85:23,
90:13, 92:13, 92:23,
93:8, 93:20, 100:21,
104:22, 114:17,
116:2, 117:6, 117:8,
118:12, 119:21,
121:10, 126:17,
135:16, 142:18,
150:15, 163:1,
170:21, 200:16,
200:20, 201:1,
201:5, 219:9,
223:13, 223:16,

224:1, 232:7,
232:19, 232:20,
233:2, 233:3, 233:4,
235:22, 242:5,
244:5, 244:7,
247:12, 251:4,
257:7, 257:8,
257:22, 258:1,
258:12, 260:25,
267:14, 267:21,
268:17, 268:19,
270:10
**Inhaled** [2] - 160:20,
269:3
**inhaler** [10] - 6:13,
104:24, 104:25,
107:21, 107:23,
108:4, 174:14,
267:11
**inherently** [1] - 26:10
**inherit** [5] - 63:7, 63:8,
63:13, 63:23
**inherited** [2] - 63:16,
63:19
**initial** [2] - 44:14,
79:13
**injunction** [2] - 28:2,
272:1
**innovate** [1] - 39:3
**innovator** [1] - 3:19
**Inova** [3] - 7:14, 68:4,
68:6
**inpatient** [1] - 257:24
**insert** [7] - 43:19,
43:21, 44:1, 44:11,
44:14, 44:16, 44:17
**inserts** [3] - 216:8,
216:17, 217:10
**INSPIRE** [1] - 52:17
**instance** [2] - 61:11,
255:3
**instead** [3] - 5:21,
136:21, 143:8
**instruct** [7] - 25:22,
176:21, 177:2,
177:5, 177:24,
185:14, 208:11
**instructed** [2] - 125:4,
194:10
**instructing** [2] - 9:9,
44:1
**instructions** [4] -
43:8, 103:3, 103:12,
123:24
**Instructions** [2] -
107:15, 107:18
**instructs** [5] - 113:17,
123:20, 123:25,
190:16, 193:25
**insufficient** [1] - 12:14

**insurance** [15] - 17:23,
18:14, 19:10, 44:23,
110:5, 132:1, 158:9,
158:11, 158:24,
197:23, 197:25,
198:20, 268:4,
268:7, 268:24
**insurers** [1] - 131:23
**intangibles** [1] - 49:6
**intend** [2] - 112:24,
225:8
**intended** [2] - 142:5,
198:13
**intends** [3] - 45:25,
113:18, 124:23
**intent** [7] - 8:21, 9:4,
9:16, 114:16,
114:18, 115:18,
115:20
**interchangeably** [1] -
78:10
**interest** [7] - 49:10,
49:16, 52:5, 63:5,
182:5, 242:19, 256:9
**interested** [3] -
157:22, 229:23,
256:1
**interestingly** [2] -
16:1, 79:3
**internal** [1] - 241:21
**interpret** [2] - 114:24,
209:23
**interpretation** [1] -
204:3
**interpreted** [1] -
114:25
**interpreter** [1] -
231:12
**interpreting** [1] -
114:21
**interstitial** [67] - 4:12,
15:21, 21:19, 22:18,
27:6, 33:5, 68:15,
69:21, 69:23, 71:17,
71:21, 72:12, 72:17,
72:19, 73:11, 73:17,
73:19, 75:14, 78:7,
78:9, 78:21, 78:22,
79:8, 81:13, 100:20,
101:8, 104:9,
114:11, 114:22,
114:25, 115:1,
115:8, 118:14,
129:23, 132:23,
137:19, 144:3,
147:1, 148:5,
148:13, 149:23,
149:25, 167:13,
170:20, 171:21,
172:3, 172:7,

173:15, 179:1, 179:14, 180:1, 180:15, 180:18, 180:22, 180:25, 181:4, 181:23, 216:12, 240:3, 240:5, 245:9, 248:6, 256:4, 256:8, 256:14, 269:4
**interstitium** [2] - 72:18, 172:5
**intervals** [3] - 122:20, 195:6, 201:18
**intervene** [1] - 91:9
**interviews** [1] - 258:25
**intravenous** [1] - 257:20
**intravenously** [1] - 256:17
**introduce** [4] - 29:15, 67:21, 69:14, 271:12
**introduced** [1] - 44:24
**introspection** [1] - 48:12
**intuitive** [1] - 19:21
**invalid** [3] - 9:3, 204:10
**invalidated** [1] - 22:13
**invalidity** [5] - 10:5, 16:24, 25:15, 25:21, 224:25
**invention** [2] - 6:23, 27:18
**inventor** [8] - 23:2, 229:4, 235:3, 235:5, 235:13, 236:21, 237:1, 237:4
**investigate** [1] - 235:15
**investigative** [3] - 39:17, 40:5, 40:12
**investigator** [1] - 68:20
**investigators** [1] - 246:3
**investing** [1] - 38:23
**involve** [4] - 4:4, 193:15, 193:17, 197:6
**involved** [19] - 4:25, 5:3, 5:23, 13:2, 19:25, 34:9, 46:6, 46:12, 56:7, 68:17, 68:19, 68:22, 80:10, 87:3, 89:4, 167:4, 169:21, 221:22, 249:6
**involvement** [7] - 46:7, 90:16, 234:10, 236:20, 236:24,

240:24, 263:15
**involves** [1] - 11:25
**involving** [2] - 58:10, 260:24
**Ioana** [1] - 60:6
**IPF** [1] - 38:14
**IPR** [3] - 22:12, 22:13, 22:21
**IRN-PH-201** [1] - 248:1
**irrelevant** [1] - 10:16
**issue** [15] - 8:2, 13:10, 26:3, 26:5, 82:3, 149:13, 212:10, 215:21, 221:1, 225:3, 232:5, 232:6, 233:1, 261:20, 264:17
**issued** [2] - 23:17, 36:22, 57:10, 102:8, 127:15, 127:17, 127:21, 127:22, 127:24
**issues** [3] - 49:13, 103:2, 261:21
**item** [1] - 219:25
**items** [2] - 262:19
**itself** [9] - 7:8, 79:14, 147:10, 156:6, 158:13, 167:21, 177:6, 208:5, 209:18
**IV** [4] - 11:24, 11:25, 31:19, 85:7
**IV-based** [1] - 85:7

## J

**J.P** [2] - 108:15, 159:19
**JACKSON** [77] - 1:19, 3:2, 3:7, 3:11, 15:8, 67:2, 67:15, 67:18, 69:14, 69:19, 70:1, 70:5, 70:6, 70:21, 70:22, 72:14, 73:2, 73:12, 73:15, 74:15, 75:6, 75:11, 75:19, 75:24, 78:17, 78:18, 80:24, 81:4, 82:19, 84:21, 84:22, 86:8, 88:8, 88:19, 88:21, 91:17, 91:22, 92:5, 92:7, 96:14, 96:19, 98:20, 99:8, 99:14, 100:6, 100:12, 108:20, 108:25, 110:1, 110:2, 110:15, 110:18, 111:1, 112:5, 112:12, 118:3,

118:7, 121:24, 122:2, 123:5, 123:6, 123:15, 123:17, 125:6, 149:1, 149:9, 162:8, 162:16, 164:9, 164:18, 164:21, 165:18, 226:21, 227:6, 227:11, 227:20, 228:17
**Jackson** [8] - 3:1, 15:7, 28:8, 67:1, 78:14, 226:20, 228:1, 228:3
**Janet** [2] - 45:12, 45:24
**January** [3] - 47:24, 48:16, 269:5
**Jason** [2] - 42:2, 42:19
**Jeffs** [2] - 55:14, 55:16
**Jenesis** [1] - 31:6
**Jennifer** [5] - 55:20, 55:23, 56:1, 56:8, 56:12
**job** [1] - 166:20
**John** [2] - 19:16, 126:19
**joined** [3] - 31:21, 229:13, 245:5
**joining** [2] - 31:19, 188:23
**joint** [1] - 228:9
**Joint** [1] - 37:18
**JONATHAN** [1] - 2:6
**JORDAN** [1] - 2:9
**journal** [3] - 213:15, 213:18, 252:7
**Journal** [11] - 91:13, 97:9, 147:24, 156:8, 156:11, 156:25, 176:25, 196:17, 207:8, 220:1, 269:2
**JTX** [8] - 37:8, 37:13, 37:18, 37:21, 70:13, 134:1, 137:5, 250:3
**Judge** [1] - 225:6
**judge** [4] - 28:1, 28:4, 272:1, 272:2
**judgment** [1] - 164:24
**July** [11] - 42:20, 55:14, 55:24, 56:16, 56:20, 56:25, 57:5, 57:8, 95:10, 101:18, 102:6
**jump** [1] - 121:3
**June** [7] - 1:13, 99:24, 100:2, 100:15, 101:21, 160:11
**justified** [1] - 87:7
**justify** [1] - 17:17

**juxtapose** [1] - 79:12

## K

**KAREN** [1] - 2:3
**Karen** [1] - 28:13
**KATIE** [1] - 1:19
**Katie** [1] - 28:19
**KELLER** [3] - 2:2, 2:3, 28:13
**Keller** [2] - 28:13, 28:14
**Kevin** [6] - 225:11, 226:13, 227:2, 229:21, 241:11, 260:11
**key** [2] - 63:21, 75:13
**Kidd** [1] - 27:11
**Kiernan** [2] - 233:8
**kind** [10] - 38:10, 62:18, 79:5, 97:25, 161:7, 189:11, 209:14, 214:10, 214:25, 221:17
**kinds** [1] - 31:16
**KNAUSS** [6] - 2:7, 225:6, 226:13, 226:15, 226:19, 227:24
**Knauss** [5] - 225:4, 225:5, 225:7, 227:15, 227:23
**knowing** [1] - 124:25
**knowledge** [9] - 35:11, 44:22, 50:12, 50:15, 158:5, 233:20, 237:22, 239:7, 240:8
**known** [4] - 33:20, 79:25, 256:5, 258:14
**knows** [6] - 11:8, 14:15, 89:18, 172:21, 173:1, 232:14
**Kolb** [2] - 74:22, 75:13

## L

**lab** [2] - 178:7, 178:10
**label** [203] - 7:3, 15:16, 15:19, 15:20, 15:23, 16:3, 16:11, 16:25, 17:4, 17:5, 18:24, 20:19, 22:16, 22:18, 22:22, 25:10, 25:19, 25:22, 27:6, 43:8, 43:12, 43:16, 43:22, 44:2, 44:12, 46:1, 46:3, 46:6, 46:10,

46:13, 52:16, 53:20, 53:22, 54:22, 55:2, 55:4, 56:14, 63:20, 63:24, 64:17, 102:18, 102:19, 102:22, 102:23, 103:15, 103:16, 103:18, 104:14, 104:17, 105:24, 106:6, 106:15, 106:16, 106:18, 106:25, 107:8, 113:15, 113:16, 114:3, 116:10, 117:13, 117:18, 117:24, 119:5, 119:16, 120:21, 121:15, 121:23, 123:10, 123:20, 123:24, 123:25, 124:2, 124:5, 125:3, 129:7, 129:9, 134:16, 140:16, 141:5, 145:6, 146:9, 146:20, 147:4, 147:6, 147:10, 147:12, 147:16, 147:20, 148:9, 148:11, 148:16, 148:19, 148:20, 151:15, 151:21, 151:23, 152:2, 153:14, 153:18, 154:2, 154:9, 154:18, 156:12, 156:16, 157:1, 157:12, 157:18, 158:4, 161:13, 161:16, 161:20, 173:4, 173:25, 175:21, 176:2, 176:5, 176:9, 176:16, 176:17, 176:21, 176:25, 177:6, 177:6, 177:10, 177:13, 177:16, 177:19, 177:23, 178:1, 180:11, 181:1, 181:5, 181:12, 181:15, 181:18, 182:6, 182:8, 182:11, 184:1, 184:6, 184:10, 184:17, 184:21, 184:23, 185:3, 185:7, 185:10, 185:13, 187:3, 187:5, 188:13, 189:17, 190:2, 190:4, 190:11,

190:15, 190:21, 190:24, 192:25, 193:19, 194:1, 194:4, 194:7, 194:11, 195:13, 195:15, 195:20, 196:7, 196:10, 197:1, 197:3, 197:10, 208:11, 210:8, 213:3, 213:13, 219:22, 224:14, 224:15, 224:18, 233:20, 237:22, 238:2, 238:4, 238:18, 239:2, 239:5, 239:7, 239:23, 240:9, 240:11, 243:2, 255:24, 257:16, 266:6, 267:21, 268:1
**labeled** [1] - 262:16
**labeling** [2] - 43:9, 210:12
**labelling** [1] - 15:19
**labels** [3] - 102:20, 103:4, 103:8
**lack** [4] - 4:19, 9:16, 26:11, 27:14
**lacks** [1] - 9:24
**ladder** [1] - 260:14
**Laliberte** [8] - 225:12, 226:13, 226:18, 227:2, 229:21, 241:11, 260:12, 272:22
**LALIBERTE** [1] - 226:19
**Lancet** [5] - 99:1, 157:4, 157:6, 157:8, 196:19
**LANDERS** [3] - 2:9, 233:16, 249:25
**language** [9] - 15:23, 15:24, 27:5, 55:3, 106:25, 109:3, 129:23, 130:2
**large** [3] - 5:7, 49:5, 167:3
**larger** [3] - 260:3, 260:24, 262:13
**larger-scale** [1] - 260:3
**laser** [1] - 73:13
**last** [24] - 3:16, 4:6, 37:6, 59:17, 61:22, 69:6, 81:5, 88:22, 95:19, 107:7, 114:20, 185:18, 196:15, 224:24, 225:17, 226:17,

227:3, 247:10, 251:16, 252:3, 261:3, 265:11, 266:9, 269:5
**lattice** [1] - 72:18
**lattice-like** [1] - 72:18
**LAU** [1] - 2:10
**launched** [1] - 203:8
**law** [2] - 11:18, 26:14
**layer** [1] - 172:5
**layman** [1] - 209:22
**lead** [9] - 10:3, 18:3, 22:6, 22:21, 27:3, 177:20, 185:11, 190:12, 260:11
**lead-up** [1] - 10:3
**leader** [1] - 90:8
**leaders** [1] - 49:6
**leading** [3] - 8:20, 24:15, 149:11
**leads** [2] - 79:2, 79:6
**leaks** [1] - 201:6
**learning** [2] - 31:3, 157:23
**least** [32] - 51:11, 59:2, 80:6, 82:1, 83:24, 87:16, 97:13, 115:1, 116:3, 118:13, 119:8, 121:12, 139:6, 144:3, 146:6, 148:5, 148:12, 152:9, 163:10, 174:20, 178:25, 179:10, 180:14, 180:18, 180:21, 185:21, 186:15, 205:8, 207:1, 207:17, 228:4, 256:23
**leave** [1] - 214:2
**leaves** [1] - 204:20
**led** [5] - 16:11, 16:12, 73:6, 74:4, 76:22, 77:21, 92:11, 103:20, 111:11, 130:23, 224:7, 269:9
**left-hand** [1] - 103:20, 269:9
**left-sided** [1] - 77:21
**legal** [1] - 9:5
**legitimate** [1] - 9:16
**Leigh** [10] - 47:24, 48:7, 57:21, 58:1, 235:7, 236:16, 236:24, 240:24, 245:3, 245:5
**length** [2] - 204:21,

260:21
**lengthy** [1] - 218:20
**less** [6] - 120:14, 179:9, 191:4, 191:7, 267:5, 267:6
**letter** [7] - 43:8, 43:10, 51:15, 97:17, 102:14, 214:18, 215:4
**level** [27] - 12:22, 21:12, 29:23, 30:7, 30:8, 30:9, 30:21, 32:23, 34:11, 35:16, 35:17, 35:24, 36:5, 38:9, 64:21, 71:11, 78:19, 90:20, 109:7, 131:13, 131:14, 175:6, 187:25, 209:25, 210:1, 265:25
**levels** [17] - 12:15, 109:7, 175:2, 175:9, 175:11, 176:13, 176:19, 178:11, 184:13, 200:11, 200:13, 200:25, 201:4, 256:4, 258:7, 258:23, 265:14
**LEVI** [10] - 1:20, 41:25, 42:11, 42:13, 45:3, 45:11, 45:19, 46:16, 47:17, 66:2
**Levi** [1] - 41:25
**Lew** [1] - 13:24
**Lewis** [1] - 90:6
**life** [4] - 31:4, 31:22, 192:20, 196:5
**life-threatening** [1] - 31:4
**likelihood** [1] - 98:16
**likely** [9] - 83:22, 119:8, 205:21, 205:25, 206:1, 206:7, 208:7, 209:9, 261:6
**limitation** [1] - 205:4
**limitations** [4] - 189:9, 207:13, 209:19, 220:5
**limited** [5] - 161:13, 161:16, 188:23, 189:3, 237:22
**limitless** [1] - 38:18
**line** [6] - 48:2, 81:6, 122:22, 150:12, 248:21, 267:15
**lines** [1] - 136:16
**lining** [1] - 72:18
**LIQ** [1] - 59:13, 160:20, 160:23,

216:11, 216:18
**LIQ_PH** [6] - 42:24, 55:13, 59:12, 61:6, 251:18, 252:3
**LIQ-PH-ILD_ 00113881** [1] - 59:12
**LIQ-PH-ILD_ 00122627** [1] - 61:6
**LIQ-PH-ILD_ 00123465** [1] - 55:13
**LIQ-PH-ILD_ 00126017** [1] - 42:24
**LIQ-PH-ILD_226** [1] - 252:3
**LIQ_PH-ILD_2986** [1] - 251:18
**liquid** [1] - 211:24
**liquidia** [1] - 63:25
**Liquidia** [127] - 3:15, 3:25, 4:2, 6:17, 6:23, 7:2, 7:4, 7:23, 8:4, 8:15, 10:4, 11:24, 12:14, 12:20, 12:25, 13:12, 14:19, 14:21, 14:24, 15:10, 23:24, 25:19, 27:20, 27:23, 28:14, 28:15, 42:3, 42:7, 43:6, 43:11, 43:16, 43:18, 43:21, 44:1, 44:22, 45:13, 45:15, 45:25, 46:22, 47:1, 47:8, 47:15, 52:10, 52:23, 53:17, 54:3, 54:12, 55:2, 57:11, 57:12, 57:15, 57:16, 59:22, 60:2, 60:9, 60:14, 61:6, 61:12, 63:4, 63:6, 63:12, 63:16, 64:9, 65:21, 70:11, 71:2, 71:5, 93:18, 94:2, 94:10, 94:11, 95:3, 95:8, 96:2, 96:21, 96:25, 99:23, 100:14, 100:25, 101:12, 101:20, 102:1, 102:14, 109:21, 111:6, 111:14, 111:19, 112:3, 113:2, 113:9, 113:18, 124:21, 124:23, 124:25, 125:2, 125:3, 127:16, 140:25, 141:4, 154:13, 164:23, 165:23, 176:8, 176:12, 180:17, 180:20, 184:12, 203:12, 203:16, 203:25,

204:4, 214:7, 214:19, 216:1, 216:5, 216:16, 217:2, 219:2, 224:17, 225:7, 228:25, 233:17, 233:24, 237:8, 250:19, 250:24
**LIQUIDIA** [1] - 1:6
**Liquidia's** [16] - 8:12, 54:1, 54:7, 56:14, 60:22, 61:1, 95:21, 96:1, 108:14, 109:20, 113:16, 123:20, 158:16, 216:9, 216:20, 216:25
**list** [4] - 12:18, 126:11, 215:25, 225:12
**listed** [19] - 6:17, 12:8, 23:21, 23:22, 32:13, 35:19, 36:3, 36:7, 36:13, 36:19, 36:22, 37:22, 53:1, 64:11, 93:21, 110:17, 198:22, 207:4, 211:11
**listen** [1] - 253:8
**listening** [1] - 252:23
**literature** [18] - 54:25, 58:22, 64:21, 65:6, 97:11, 139:23, 213:10, 213:12, 213:20, 213:21, 214:2, 216:8, 216:18, 216:24, 217:10, 243:25, 255:17, 256:23
**litigation** [3] - 42:4, 45:13, 46:23
**live** [4] - 225:16, 225:24, 273:3
**lives** [1] - 27:21
**LLC** [1] - 61:9
**LLP** [4] - 1:16, 1:18, 2:2, 2:5
**local** [1] - 53:2
**locally** [2] - 200:21, 201:5
**logo** [1] - 3:22
**long-felt** [2] - 22:15
**look** [49] - 22:1, 23:1, 47:10, 71:10, 73:22, 73:23, 74:9, 74:10, 83:6, 97:23, 105:7, 111:12, 111:18, 118:16, 120:17, 121:23, 122:24, 134:2, 140:9, 140:12, 141:18,

146:24, 148:2, 151:14, 152:6, 156:18, 158:6, 158:18, 168:5, 168:21, 171:6, 173:7, 173:10, 178:4, 178:14, 188:7, 194:3, 198:6, 210:8, 218:24, 222:4, 224:18, 233:1, 243:25, 246:18, 247:25, 248:12, 263:9
**looked** [10] - 37:22, 97:10, 98:10, 101:19, 140:15, 234:25, 263:16, 264:4, 264:9
**looking** [24] - 48:15, 82:10, 82:14, 96:7, 96:8, 98:3, 103:19, 103:24, 107:7, 112:3, 121:22, 121:25, 130:23, 177:19, 177:23, 178:13, 235:20, 239:25, 242:20, 243:12, 266:17, 266:19, 270:1, 270:12
**lookout** [1] - 91:8
**looks** [2] - 122:24, 215:1
**Los** [3] - 166:19, 252:10, 253:20
**loved** [1] - 259:1
**low** [2] - 54:19, 252:25
**low-resistance** [1] - 54:19
**lower** [2] - 76:25, 269:9
**LTI** [1] - 53:2
**luminary** [1] - 14:1
**lunch** [3] - 125:10, 141:10, 141:16
**lung** [118] - 4:11, 4:12, 14:16, 15:21, 19:20, 21:19, 22:19, 27:4, 27:7, 33:6, 49:12, 54:18, 68:15, 69:21, 69:23, 71:17, 71:21, 72:12, 72:17, 72:18, 72:19, 72:20, 73:7, 73:9, 73:11, 73:17, 73:19, 73:21, 73:23, 74:3, 74:5, 75:14, 76:24, 77:22, 78:7, 78:9, 78:21, 78:22, 78:23, 79:8, 79:20, 80:9, 81:9, 81:12,

81:13, 82:10, 82:24, 83:1, 83:7, 100:20, 101:9, 104:9, 111:16, 112:18, 114:11, 114:22, 114:25, 115:2, 115:8, 118:14, 118:22, 129:23, 129:24, 132:21, 132:23, 133:4, 133:15, 137:19, 144:3, 147:1, 148:6, 148:13, 148:17, 148:21, 148:25, 149:23, 149:25, 150:16, 167:13, 170:4, 170:20, 171:21, 172:3, 172:8, 172:9, 172:10, 173:16, 179:1, 179:14, 180:1, 180:15, 180:18, 180:22, 180:25, 181:4, 181:23, 200:23, 200:24, 216:13, 232:24, 240:4, 240:5, 243:20, 244:14, 245:9, 247:13, 248:6, 251:16, 254:12, 255:5, 256:4, 256:8, 256:14, 259:16, 269:4
**Lung** [4] - 48:17, 68:3, 68:4, 80:18
**lung-restrictive** [1] - 54:18
**lungs** [12] - 3:22, 12:4, 12:5, 19:22, 73:6, 76:20, 78:19, 79:9, 84:6, 171:25, 200:21, 201:2

**M**

**M.D** [4] - 242:6, 251:17, 253:15, 254:6
**macitentan** [1] - 261:18
**Maebius** [2] - 22:22, 273:2
**mail** [22] - 47:21, 47:23, 48:7, 48:10, 48:11, 50:7, 51:19, 55:13, 55:19, 55:22, 55:23, 56:3, 56:7, 56:16, 57:9, 57:20, 57:24, 101:12,

101:17, 247:22, 247:23, 247:25
**mailbox** [5] - 138:23, 187:23, 221:3, 221:8, 221:18
**mailed** [1] - 55:16
**mailing** [1] - 56:1
**majority** [2] - 82:6, 146:17
**maladies** [1] - 3:25
**management** [3] - 56:23, 229:18, 229:22
**manner** [2] - 113:19, 175:24
**manual** [1] - 35:20
**manufactures** [1] - 92:8
**manuscript** [3] - 80:13, 266:16, 266:17
**manuscripts** [2] - 68:14, 88:4
**March** [16] - 18:9, 33:10, 136:15, 233:21, 234:10, 234:13, 237:24, 239:8, 240:12, 240:19, 240:22, 241:4, 241:13, 241:16, 242:16, 245:5
**Marius** [1] - 87:9
**marked** [7] - 37:8, 39:24, 57:20, 234:22, 245:7, 248:4, 249:2
**marker** [1] - 263:13
**market** [8] - 27:20, 31:12, 34:17, 34:21, 34:23, 35:11, 203:13, 213:2
**marketing** [11] - 35:4, 35:9, 35:21, 159:7, 197:13, 198:7, 198:12, 198:23, 199:6, 213:12, 219:1
**markets** [1] - 93:17
**marking** [3] - 237:7, 241:12, 244:9
**Martin** [1] - 75:13
**Martine** [6] - 23:24, 31:5, 39:1, 49:6, 260:19, 260:20
**matching** [1] - 232:21
**material** [4] - 43:9, 110:7, 213:12, 219:1
**materials** [8] - 109:20, 109:24, 110:3, 111:2, 111:8,

197:14, 198:23, 199:6
**matter** [6] - 23:18, 26:14, 39:20, 39:22, 88:13, 230:13
**maximum** [1] - 163:11
**MCDERMOTT** [1] - 1:22
**mean** [25] - 50:14, 58:17, 59:5, 59:21, 63:19, 78:15, 97:21, 98:2, 137:10, 143:15, 179:2, 188:24, 191:8, 201:15, 209:22, 212:1, 216:20, 221:6, 232:12, 234:16, 243:4, 252:25, 261:16, 266:14
**means** [10] - 13:8, 104:4, 109:16, 120:14, 139:18, 189:12, 201:16, 211:5, 216:16, 243:6
**meant** [6] - 52:1, 158:14, 198:20, 200:16, 262:11, 268:23
**measure** [45] - 21:23, 142:1, 142:22, 153:10, 172:2, 175:2, 175:16, 176:21, 177:24, 178:7, 178:13, 178:15, 179:14, 179:25, 181:16, 181:23, 181:25, 182:4, 183:6, 183:9, 183:17, 184:23, 184:25, 185:6, 185:14, 186:4, 186:9, 186:11, 186:14, 187:13, 195:2, 195:5, 205:1, 206:18, 208:10, 208:12, 208:23, 209:3, 209:24, 210:1, 210:3, 210:5, 220:18, 220:24
**measured** [12] - 25:24, 107:11, 159:14, 174:24, 175:9, 186:3, 186:23, 206:8, 208:20, 208:21, 209:5, 221:17
**measurement** [7] - 175:5, 192:18, 205:15, 206:8,

208:8, 210:3, 265:11
**measurements** [5] - 179:17, 195:10, 206:23, 206:24, 209:20
**measuring** [3] - 192:12, 200:11, 201:18
**mechanical** [1] - 77:24
**mechanism** [4] - 16:6, 230:21, 231:2, 261:12
**mechanisms** [1] - 189:21
**median** [1] - 122:11
**medical** [20] - 43:25, 44:2, 44:17, 44:19, 46:22, 48:2, 68:8, 68:10, 68:11, 168:17, 213:19, 233:8, 234:9, 234:20, 237:24, 242:20, 252:17, 253:13, 254:4, 259:19
**Medical** [4] - 18:19, 68:6, 253:14, 254:5
**medication** [10] - 85:15, 103:13, 157:14, 256:5, 257:2, 257:14, 257:21, 258:14, 268:7, 268:16
**medications** [10] - 4:23, 58:23, 58:24, 59:4, 84:12, 255:6, 256:2, 256:11, 266:21
**Medicine** [11] - 91:13, 97:9, 147:24, 156:8, 156:11, 156:25, 176:25, 196:17, 207:8, 220:1, 269:2
**medicine** [9] - 99:1, 137:23, 157:6, 166:21, 168:20, 251:1, 252:12, 253:24, 254:11
**meet** [11] - 10:19, 12:21, 25:23, 26:23, 65:22, 143:6, 202:17, 202:25, 207:13, 209:18, 225:17
**meet-and-confer** [1] - 225:17
**Meeting** [2] - 14:2, 59:14
**meeting** [14] - 14:11,

14:13, 59:22, 60:3, 61:2, 61:13, 61:15, 62:15, 62:23, 63:4, 89:13, 215:6, 215:15, 215:16
**meetings** [1] - 89:23
**meets** [2] - 117:12, 206:15
**member** [2] - 18:18, 231:23
**members** [4] - 60:17, 90:18, 248:17, 260:17
**mental** [2] - 262:23
**mention** [15] - 59:1, 128:23, 129:9, 152:2, 176:1, 180:24, 184:7, 190:24, 194:14, 194:16, 194:19, 199:6, 199:9, 199:12, 262:5
**mentioned** [31] - 14:3, 32:4, 32:16, 35:23, 38:2, 49:3, 49:18, 49:25, 50:11, 72:25, 83:2, 85:2, 90:3, 151:21, 155:1, 158:1, 184:10, 188:4, 188:18, 189:6, 191:12, 221:18, 234:5, 236:15, 236:20, 239:16, 239:17, 241:15, 248:16, 258:1
**mentioning** [2] - 128:24, 210:16
**mentions** [3] - 56:18, 60:12, 210:15
**mentor** [1] - 59:25
**mentorship** [1] - 49:5
**merely** [1] - 82:2
**met** [6] - 18:2, 26:23, 125:21, 180:2, 180:6, 186:25
**metabolized** [1] - 200:9
**meters** [12] - 107:12, 121:12, 122:12, 122:25, 152:9, 152:16, 154:6, 185:21, 186:3, 186:4, 186:22, 192:21
**method** [9] - 6:6, 10:10, 25:6, 26:22, 71:13, 114:10, 146:10, 220:23, 220:24

**methods** [1] - 7:21
**MICHAEL** [1] - 1:16
**micrograms** [10] - 55:7, 55:9, 105:14, 155:2, 155:8, 155:12, 163:10, 193:5, 193:6, 193:10
**middle** [9] - 6:24, 7:13, 74:17, 122:16, 131:4, 131:12, 132:20, 139:2
**midmorning** [1] - 66:17
**might** [15] - 21:13, 59:7, 73:16, 84:5, 86:1, 141:6, 146:22, 146:23, 152:1, 155:16, 158:20, 163:16, 204:12, 252:22
**Mike** [1] - 49:7
**Milan** [1] - 89:13
**milliliter** [1] - 146:6
**milliliters** [1] - 271:1
**mind** [2] - 143:2, 221:13
**Mindy** [1] - 61:9
**minimal** [1] - 189:10
**minimize** [1] - 233:5
**minimizing** [1] - 266:12
**MINN** [6] - 2:10, 250:18, 250:21, 250:23, 271:9, 271:22
**Minn** [1] - 250:19
**minute** [79] - 18:23, 20:15, 21:24, 42:6, 106:1, 107:10, 121:11, 122:4, 122:6, 122:9, 122:12, 137:14, 138:11, 138:13, 138:17, 139:21, 139:24, 140:10, 140:13, 140:22, 141:6, 152:8, 152:14, 152:19, 152:22, 152:23, 153:2, 153:5, 153:7, 153:10, 153:20, 153:21, 153:22, 154:3, 154:6, 154:10, 155:18, 156:1, 185:20, 185:22, 186:5, 186:8, 186:11, 186:14, 186:18, 186:23, 187:8, 188:3, 188:4,

189:18, 190:4, 190:8, 190:12, 190:17, 191:3, 191:9, 191:14, 192:2, 194:25, 195:1, 195:2, 195:5, 205:18, 207:24, 210:11, 219:5, 219:10, 220:9, 220:19, 221:21, 223:14, 227:5, 253:10, 258:5, 258:22, 262:6, 262:22, 269:15, 269:21
**minutes** [19] - 42:5, 42:7, 46:24, 46:25, 47:1, 61:2, 66:18, 125:12, 141:11, 186:2, 188:6, 233:13, 233:14, 233:15, 233:23, 233:24, 271:10, 273:1
**miscellaneous** [1] - 77:25
**mismatch** [4] - 233:5, 233:9, 242:25, 264:12
**mismatching** [1] - 233:1
**mission** [1] - 31:9
**misspoke** [1] - 145:24
**mist** [4] - 6:11, 6:12, 6:16
**mix** [1] - 204:19
**mixed** [1] - 240:4
**ML** [5] - 116:4, 117:9, 117:10, 174:20, 175:12
**mode** [1] - 12:12
**model** [1] - 264:14
**models** [1] - 98:16
**modifications** [1] - 31:22
**molecular** [1] - 256:6
**molecules** [1] - 79:4
**moment** [2] - 43:1, 202:7
**Monday** [1] - 234:7
**money** [1] - 266:23
**monitor** [7] - 148:24, 149:22, 150:16, 150:18, 176:19, 233:8, 256:18
**monitoring** [3] - 85:24, 87:21, 150:25
**month** [3] - 95:19, 101:22, 101:25
**months** [4] - 191:20,

266:5, 268:5, 268:17
**moot** [1] - 13:10
**Morgan** [2] - 108:15, 159:19
**morning** [24] - 3:12, 13:11, 15:9, 28:19, 28:21, 29:13, 29:14, 39:10, 39:11, 41:25, 42:17, 67:2, 67:19, 67:20, 125:21, 203:3, 203:15, 227:18, 234:3, 234:4, 251:10, 251:11, 272:14, 272:16
**MORRIS** [1] - 1:16
**MORTON** [4] - 2:7, 39:9, 41:12, 41:19
**most** [13] - 4:2, 5:2, 48:22, 71:23, 77:20, 97:14, 143:6, 157:19, 159:16, 169:25, 246:4, 261:6, 273:5
**mostly** [2] - 72:23, 72:24
**motion** [1] - 165:19
**motivation** [1] - 25:8
**move** [33] - 6:22, 41:12, 45:5, 51:4, 51:5, 57:16, 66:11, 75:6, 75:19, 80:24, 88:8, 91:7, 96:14, 99:8, 100:6, 108:20, 110:15, 112:5, 118:8, 151:13, 164:23, 165:1, 165:5, 165:11, 168:10, 178:18, 193:1, 204:17, 217:12, 219:14, 222:20, 224:24, 250:9
**moved** [2] - 19:13, 20:5
**moves** [1] - 69:14
**moving** [2] - 244:3, 255:19
**MR** [224] - 3:2, 3:5, 3:7, 3:11, 15:8, 15:9, 15:12, 24:4, 28:4, 28:6, 28:10, 28:12, 39:9, 41:12, 41:19, 41:25, 42:11, 42:13, 45:3, 45:7, 45:11, 45:19, 46:16, 47:6, 47:14, 47:17, 66:2, 66:14, 67:2, 67:15, 67:18, 69:14, 69:15, 69:19, 69:24, 70:1,

70:5, 70:6, 70:21, 70:22, 72:14, 73:2, 73:12, 73:15, 74:15, 75:6, 75:7, 75:11, 75:19, 75:20, 75:24, 78:17, 78:18, 80:24, 80:25, 81:4, 82:19, 84:21, 84:22, 86:8, 88:8, 88:11, 88:19, 88:21, 91:17, 91:18, 91:22, 92:5, 92:7, 96:14, 96:16, 96:19, 98:20, 99:8, 99:9, 99:14, 100:6, 100:7, 100:12, 108:20, 108:21, 108:25, 110:1, 110:2, 110:15, 110:17, 110:18, 110:19, 111:1, 112:5, 112:7, 112:12, 118:3, 118:7, 121:24, 122:2, 123:5, 123:6, 123:15, 123:17, 125:6, 125:9, 125:13, 125:17, 126:13, 126:15, 130:9, 130:11, 139:12, 139:16, 139:17, 141:15, 146:19, 146:21, 148:2, 148:3, 149:1, 149:9, 149:10, 149:15, 149:17, 149:20, 150:9, 150:11, 151:3, 151:4, 151:14, 151:16, 152:6, 152:7, 153:13, 153:15, 161:19, 161:22, 161:24, 162:2, 162:8, 162:16, 164:9, 164:14, 164:18, 164:21, 164:22, 165:18, 165:23, 166:1, 166:12, 166:15, 168:5, 168:7, 168:10, 168:12, 168:16, 170:17, 170:22, 170:24, 171:6, 171:8, 178:18, 178:20, 183:25, 184:2, 187:17, 187:2, 187:4, 190:23, 192:15, 199:25, 200:1, 202:7, 202:10, 202:15, 202:19, 202:22, 202:24,

203:20, 203:23, 204:12, 204:16, 204:18, 217:12, 217:14, 217:20, 222:14, 223:1, 223:3, 223:20, 223:21, 224:20, 224:23, 225:3, 225:6, 226:13, 226:15, 226:19, 226:21, 227:6, 227:11, 227:20, 227:24, 227:25, 228:8, 228:15, 228:17, 233:16, 249:25, 250:12, 250:18, 250:21, 250:23, 252:19, 252:24, 253:2, 253:5, 253:9, 271:9, 271:17, 271:22, 272:3, 272:8, 272:17, 272:21, 273:8, 273:9

**MS** [14] - 28:13, 28:19, 28:22, 28:25, 29:12, 37:13, 37:20, 39:5, 41:14, 41:22, 228:21, 228:24, 229:8, 233:12

**multicenter** [1] - 244:11

**multiple** [11] - 43:2, 43:4, 51:17, 52:7, 84:17, 90:23, 184:25, 207:5, 244:1, 263:6, 263:20

## N

**N-A-T-H-A-N** [1] - 67:9

**name** [21] - 29:3, 29:16, 29:19, 42:17, 45:23, 45:24, 65:1, 65:12, 65:13, 65:16, 67:7, 67:22, 86:10, 86:13, 166:5, 226:11, 226:17, 227:3, 229:11, 251:12

**named** [8] - 20:22, 65:9, 229:4, 235:3, 235:5, 238:22, 241:11, 251:16

**namely** [1] - 113:10

**Nathan** [57] - 7:13, 10:21, 11:19, 12:12, 14:9, 14:14, 26:24, 67:3, 67:8, 67:19, 67:22, 67:23, 68:2,

68:17, 68:23, 69:20, 70:2, 79:17, 88:11, 125:18, 137:4, 139:12, 139:18, 141:16, 141:22, 149:21, 153:25, 159:11, 160:14, 162:3, 165:9, 170:6, 171:17, 171:24, 175:14, 176:24, 179:9, 190:23, 193:2, 193:11, 194:24, 195:9, 196:9, 196:14, 196:20, 197:13, 198:19, 198:22, 199:3, 200:2, 201:12, 202:3, 217:15, 217:22, 247:20, 248:16, 269:5

**NATHAN** [2] - 2:3, 67:10

**Nathan's** [1] - 162:13

**natriuretic** [3] - 262:8, 263:4, 265:24

**natural** [1] - 257:25

**nature** [1] - 32:3

**NDA** [5] - 52:18, 56:14, 210:22, 210:25, 216:10

**nebulized** [17] - 6:11, 6:16, 16:6, 32:24, 33:2, 34:3, 34:17, 92:8, 109:11, 174:12, 211:19, 211:24, 212:4, 212:17, 257:3, 257:11

**nebulizer** [1] - 212:10

**necessarily** [15] - 11:11, 11:17, 13:8, 22:6, 26:5, 145:13, 146:14, 146:16, 163:12, 192:4, 192:5, 192:22, 201:5, 206:4, 220:21

**necessary** [2] - 11:9, 140:1

**need** [37] - 10:17, 10:18, 21:12, 22:15, 28:5, 33:14, 34:5, 35:1, 83:3, 102:25, 103:6, 142:15, 142:21, 144:11, 152:21, 153:10, 157:19, 171:23, 175:5, 176:19, 177:9, 177:14, 179:14, 179:17,

179:20, 179:24, 181:19, 181:23, 183:5, 183:8, 190:8, 194:3, 196:22, 207:5, 209:25, 253:17

**needed** [2] - 21:11, 157:16

**needs** [6] - 142:1, 157:11, 157:13, 194:8, 253:7, 264:6

**negative** [8] - 58:21, 58:25, 59:2, 85:19, 85:24, 87:20, 98:7

**nervous** [1] - 91:1

**network** [1] - 72:18

**neuroblastoma** [1] - 31:23

**never** [8] - 11:4, 11:5, 23:10, 54:22, 89:17, 151:21, 175:9, 186:23

**nevertheless** [1] - 57:16

**new** [16] - 3:16, 3:24, 16:8, 20:5, 34:4, 34:5, 38:13, 56:24, 57:4, 162:25, 163:1, 215:17, 215:21, 217:16

**New** [11] - 91:12, 97:9, 147:24, 156:8, 156:11, 156:25, 176:25, 196:17, 207:8, 219:25, 269:2

**next** [29] - 10:21, 11:19, 40:25, 48:15, 62:3, 81:15, 88:19, 91:24, 92:1, 92:5, 104:10, 113:7, 113:25, 114:5, 115:24, 116:5, 117:21, 121:3, 123:13, 139:11, 155:15, 155:16, 170:10, 222:20, 226:5, 229:1, 246:7, 262:5, 270:12

**nexus** [1] - 23:19

**nice** [3] - 15:12, 202:17, 202:25

**Nice** [2] - 18:9, 20:21

**NICHOLS** [1] - 1:16

**Nick** [1] - 60:5

**night** [1] - 225:17

**nihilism** [1] - 62:18

**nine** [2] - 155:1, 155:7

**Noah** [3] - 28:23, 29:5, 29:16

**NOAH** [2] - 29:5, 29:6

nobody [1] - 232:13

**nomenclature** [1] - 71:24

**non** [8] - 50:1, 50:2, 50:12, 50:18, 51:18, 52:2, 62:11, 85:11

**non-prospective** [1] - 62:11

**non-WHO** [6] - 50:1, 50:2, 50:12, 50:18, 51:18, 52:2

**noncomponent** [1] - 262:7

**noncontinuous** [2] - 108:10, 108:11

**noncontrolled** [1] - 12:17

**none** [5] - 4:18, 62:17, 87:24, 93:10, 94:13

**nonetheless** [2] - 125:3, 247:11

**noninfringement** [4] - 25:15, 25:17, 173:5, 224:24

**normal** [10] - 34:14, 73:8, 73:20, 73:24, 74:9, 74:11, 189:8, 192:7, 192:8, 259:12

**Norman** [1] - 215:10

**North** [2] - 28:1, 271:25

**note** [4] - 86:9, 246:19, 248:21, 259:2

**noted** [3] - 8:8, 13:6, 13:9

**notes** [2] - 219:11, 219:19

**nothing** [9] - 21:9, 50:18, 50:25, 51:14, 52:3, 63:25, 64:5, 164:9, 222:5

**notice** [1] - 100:16

**Notice** [1] - 237:9

**noticed** [1] - 262:15

**noting** [1] - 62:10

**November** [12] - 48:7, 48:25, 50:8, 50:14, 59:14, 59:21, 59:22, 60:7, 60:21, 127:21, 233:22, 247:20

**nowhere** [2] - 148:20

**NT** [50] - 21:24, 116:3, 116:15, 117:3, 117:8, 117:17, 137:18, 146:6, 146:11, 147:5, 147:10, 147:14, 147:17, 147:21, 147:23, 174:20,

174:22, 175:1, 175:2, 175:6, 175:9, 175:11, 175:24, 176:1, 176:4, 176:13, 176:19, 176:22, 177:24, 178:8, 178:10, 194:14, 194:22, 199:7, 205:5, 205:14, 205:23, 206:3, 206:14, 207:12, 208:10, 208:11, 208:19, 209:5, 209:12, 220:7, 258:7, 258:23, 270:4, 270:10

**NT-proBNP** [50] - 21:24, 116:3, 116:15, 117:3, 117:8, 117:17, 137:18, 146:6, 146:11, 147:5, 147:10, 147:14, 147:17, 147:21, 147:23, 174:20, 174:22, 175:1, 175:2, 175:6, 175:9, 175:11, 175:24, 176:1, 176:4, 176:13, 176:19, 176:22, 177:24, 178:8, 178:10, 194:14, 194:22, 199:7, 205:5, 205:14, 205:23, 206:3, 206:14, 207:12, 208:10, 208:11, 208:19, 209:5, 209:12, 220:7, 258:7, 258:23, 270:4, 270:10

**number** [40] - 4:1, 4:2, 4:15, 4:16, 5:10, 5:19, 24:14, 38:18, 42:23, 55:12, 69:3, 100:17, 100:22, 133:9, 133:13, 133:15, 154:22, 154:23, 154:24, 155:4, 155:5, 161:23, 171:25, 180:4, 183:14, 187:19, 188:11, 199:2, 210:17, 212:12, 217:23, 234:24, 236:4, 247:21, 251:17, 252:3, 256:19, 265:3, 270:21

**Number** [13] - 45:9, 69:17, 71:1, 91:20, 108:23, 168:14, 234:23, 244:9, 244:20, 245:8, 246:25, 247:19, 255:16

**Numbers** [4] - 66:19, 88:16, 110:24, 250:15

**numbers** [6] - 59:5, 120:11, 241:14, 244:16, 245:11, 248:7

**numeral** [2] - 160:8, 160:10

**Nunes** [3] - 74:21, 74:25, 75:2

# O

**O'Brien** [3] - 60:13, 60:14, 60:15

**oath** [1] - 136:13

**object** [2] - 149:2, 236:2

**objectified** [1] - 259:3

**objection** [46] - 37:15, 37:17, 41:14, 41:16, 45:7, 45:8, 66:14, 66:16, 69:15, 69:16, 69:24, 75:7, 75:8, 75:20, 75:21, 80:25, 81:1, 88:13, 88:15, 91:18, 91:19, 96:16, 96:17, 99:9, 99:11, 100:7, 100:9, 108:21, 108:22, 110:21, 110:23, 112:8, 112:9, 136:22, 168:12, 168:13, 170:22, 217:15, 217:17, 225:14, 230:9, 250:12, 250:14, 253:9, 271:17, 271:19

**Objections** [1] - 237:8

**objections** [2] - 37:14, 237:19

**objective** [1] - 152:24

**observations** [1] - 18:6

**observed** [6] - 17:14, 17:20, 18:22, 195:22, 195:24, 243:15

**obstruction** [1] - 77:24

**obstructive** [1] - 240:3

**obstructive/ restrictive** [1] - 240:4

**obtain** [4] - 33:19, 94:1, 180:8, 200:10

**obtained** [2] - 137:14, 200:11

**obvious** [4] - 11:21, 15:4, 20:17, 74:14

**obviously** [2] - 200:20, 246:4

**obviousness** [9] - 9:23, 11:20, 12:14, 12:20, 17:10, 22:14, 23:16, 26:1, 27:18

**occasional** [1] - 172:10

**occur** [1] - 37:5

**occurred** [2] - 61:15, 144:13

**occurrence** [3] - 20:24, 270:12, 270:17

**October** [2] - 45:14, 46:23

**OF** [2] - 1:2, 1:9

**off-label** [14] - 233:20, 237:22, 238:2, 238:4, 238:18, 239:2, 239:5, 239:7, 239:23, 240:9, 240:11, 257:16, 267:21, 268:1

**offer** [2] - 69:20, 170:17

**offering** [5] - 70:3, 70:8, 115:10, 253:2, 253:3

**offers** [1] - 32:6

**office** [4] - 188:3, 191:4, 191:18, 191:19

**Office** [4] - 22:11, 22:16, 22:23, 23:5

**officer** [4] - 42:3, 42:21, 46:22, 234:9

**Official** [1] - 273:22

**often** [3] - 189:15, 259:11, 259:14

**Ogenstad** [1] - 27:14

**on/off** [1] - 256:19

**once** [10] - 9:14, 9:15, 31:21, 76:21, 101:14, 146:12, 228:10, 257:7, 257:15, 257:22

**one** [120] - 3:15, 5:10, 6:16, 6:18, 8:19, 11:23, 11:24, 13:1, 13:23, 14:7, 14:10, 16:22, 26:7, 28:14, 31:9, 34:14, 36:23, 38:19, 39:22, 47:6, 47:7, 47:8, 47:10, 50:12, 59:1, 61:5, 61:9, 62:25, 64:15, 65:1, 69:6, 69:9, 74:4, 74:6, 79:13, 82:9, 82:23, 83:6, 84:1, 87:1, 89:23, 90:18, 95:16, 97:14, 110:4, 110:6, 110:17, 111:11, 114:7, 115:12, 115:24, 115:25, 118:14, 119:8, 126:8, 137:10, 138:8, 140:9, 143:5, 144:3, 148:5, 148:12, 159:2, 161:25, 162:12, 164:1, 178:24, 178:25, 180:9, 180:14, 180:18, 180:21, 181:13, 185:20, 187:12, 187:18, 188:3, 188:22, 192:2, 196:4, 196:15, 197:14, 201:3, 202:7, 205:8, 207:1, 207:3, 207:17, 211:23, 211:24, 212:3, 212:8, 212:17, 218:9, 220:24, 225:3, 225:25, 226:12, 228:4, 228:5, 236:4, 238:12, 239:2, 246:2, 246:21, 251:21, 255:2, 256:4, 256:17, 261:21, 262:18, 263:2, 265:22, 266:21, 267:14, 272:22

**one-stop** [1] - 255:2

**ones** [6] - 44:14, 70:25, 127:9, 259:1, 266:19

**ongoing** [5] - 31:14, 38:6, 50:13, 53:2, 102:4

**onset** [1] - 71:25

**open** [5] - 52:16, 54:22, 226:3, 243:2, 262:16

**open-label** [2] - 52:16, 54:22

**opening** [6] - 3:8, 10:12, 23:1, 85:4, 162:12, 203:2

**openings** [1] - 203:15

**openly** [1] - 203:24

**opine** [1] - 12:24

**opinion** [40] - 51:12, 80:21, 113:8, 113:9, 113:12, 113:13, 114:1, 115:15, 116:6, 116:8, 117:11, 119:3, 120:19, 121:14, 121:18, 124:16, 141:24, 142:23, 143:1, 143:9, 143:11, 143:21, 144:10, 144:17, 145:25, 153:9, 174:25, 177:21, 178:1, 182:12, 183:2, 190:20, 201:9, 202:2, 206:10, 208:2, 208:14, 208:15, 272:2, 272:9

**opinions** [29] - 27:16, 70:3, 70:7, 75:4, 75:17, 88:6, 91:14, 96:12, 99:6, 100:4, 108:18, 110:13, 113:5, 114:13, 114:15, 115:10, 123:8, 123:14, 123:18, 124:18, 129:3, 137:7, 141:20, 142:14, 149:14, 171:1, 171:15, 173:5, 182:16

**opportunity** [2] - 48:3, 257:16

**opposed** [6] - 12:4, 79:23, 182:5, 185:7, 192:17, 257:24

**opposing** [1] - 165:19

**options** [1] - 39:4

**oral** [5] - 31:23, 62:10, 104:19, 108:6, 229:23

**Orange** [10] - 23:21, 23:22, 35:20, 35:23, 35:25, 36:4, 36:7, 36:14, 37:4, 37:22

**order** [28] - 94:1, 103:6, 114:20, 131:8, 131:22, 144:10, 153:11, 177:8, 179:12, 181:20, 181:22, 181:25, 183:5, 183:15, 188:14, 189:23, 190:5, 190:17, 196:23, 198:17, 208:6, 208:23, 208:24, 211:6, 217:4, 225:9, 225:24, 228:9

**ordinary** [1] - 81:25

**Orenitram** [2] - 31:24, 32:15

**organization** [4] - 49:18, 49:22, 51:4, 52:2

**organize** [1] - 110:3

**organs** [2] - 38:18, 38:20

**original** [3] - 6:10, 6:11, 68:14

**originally** [1] - 26:15

**otherwise** [4] - 132:1, 226:9, 272:15, 273:6

**outcome** [10] - 26:4, 26:5, 137:20, 188:21, 204:24, 205:2, 205:14, 205:15, 208:8, 208:16

**outcomes** [15] - 17:14, 18:22, 19:19, 21:23, 25:23, 58:25, 63:9, 63:18, 142:1, 142:4, 142:15, 142:22, 193:12, 193:13, 194:22

**outlined** [1] - 84:25

**outpatient** [1] - 257:24

**outs** [1] - 211:2

**outside** [13] - 53:1, 73:9, 73:21, 148:23, 149:21, 150:14, 177:6, 177:9, 177:16, 193:25, 194:3, 196:9, 197:9

**overall** [1] - 192:22

**overlaid** [1] - 126:16

**overlap** [1] - 268:13

**overlay** [1] - 127:14

**overlayer** [1] - 74:8

**oversee** [1] - 255:11

**overseeing** [2] - 30:1, 234:18

**overspeak** [1] - 145:21

**overview** [3] - 35:24, 38:9, 70:9

**own** [12] - 36:19, 54:14, 58:19, 65:2, 137:22, 163:4, 163:15, 163:22, 177:17, 182:5,

185:7, 269:24
**owned** [1] - 36:22
**oxygen** [2] - 192:9, 264:7
**Oxygenation** [1] - 265:8
**oxygenation** [3] - 59:7, 264:4, 264:8

## P

**P&T** [1] - 158:20
**p-value** [10] - 119:1, 120:8, 120:10, 120:11, 120:12, 120:14, 179:6, 179:7, 179:9
**p.m** [1] - 273:12
**package** [12] - 43:19, 43:21, 44:1, 44:11, 44:14, 44:16, 44:17, 63:21, 64:10, 216:7, 216:17, 217:10
**page** [63] - 40:11, 40:19, 40:25, 43:10, 48:6, 49:2, 55:23, 56:2, 60:1, 61:25, 62:1, 81:5, 81:15, 99:25, 100:13, 102:15, 103:19, 105:15, 107:14, 108:1, 109:1, 111:12, 112:13, 120:1, 122:1, 130:10, 130:15, 132:19, 132:20, 136:15, 148:10, 155:15, 155:16, 159:3, 159:6, 159:22, 162:12, 173:7, 195:18, 197:18, 215:4, 215:10, 215:23, 215:24, 216:4, 219:4, 219:17, 223:9, 223:10, 223:20, 223:22, 224:6, 237:20, 243:17, 249:17, 249:18, 265:3, 265:6, 269:9, 270:22, 270:25
**pages** [6] - 40:15, 88:3, 110:10, 168:21, 193:23, 218:21
**PAH** [75] - 4:7, 4:17, 4:23, 5:1, 5:15, 6:14, 6:20, 14:5, 14:6, 15:13, 15:17, 15:20,

16:2, 18:3, 19:25, 30:14, 30:16, 31:8, 33:1, 33:7, 33:12, 33:17, 33:22, 34:15, 50:1, 50:17, 52:2, 52:19, 53:10, 58:23, 59:3, 60:18, 78:4, 81:10, 82:4, 83:5, 83:23, 83:25, 84:3, 86:18, 86:20, 89:18, 93:24, 94:3, 94:5, 95:7, 95:15, 95:18, 97:6, 126:24, 130:24, 131:22, 131:23, 131:24, 160:3, 160:5, 172:17, 173:12, 173:17, 173:23, 174:1, 174:3, 216:9, 216:21, 217:1, 230:6, 232:3, 243:20, 257:7, 257:15, 259:7, 259:10, 259:17, 259:22, 268:6
**paid** [2] - 24:12, 131:23
**paper** [35] - 8:4, 17:16, 19:1, 40:20, 65:12, 65:15, 75:13, 81:17, 99:2, 111:23, 112:7, 112:16, 116:20, 129:6, 129:10, 133:23, 133:24, 157:4, 157:8, 160:11, 160:15, 177:3, 196:17, 196:20, 207:11, 236:8, 238:15, 238:19, 238:24, 239:2, 239:11, 244:5, 259:4, 266:16
**papers** [8] - 27:17, 65:5, 127:9, 157:20, 165:7, 239:6, 240:13, 240:14
**paradigm** [1] - 91:7
**paragraph** [13] - 48:15, 49:10, 56:12, 81:5, 100:13, 103:20, 107:8, 118:16, 154:20, 193:4, 197:18, 215:13, 225:24
**paragraphs** [1] - 121:25
**parameter** [2] - 140:9, 185:4
**parameters** [1] - 178:13

**parenchymal** [1] - 244:14
**parent** [1] - 31:3
**Parenteral** [1] - 265:9
**parenteral** [7] - 257:6, 257:14, 263:23, 264:13, 267:14, 268:16, 268:20
**parenterally** [2] - 258:14, 265:21
**Parikh** [7] - 19:1, 19:5, 21:23, 65:12, 126:19, 238:16
**parlance** [1] - 216:16
**part** [48] - 18:15, 22:12, 26:24, 27:23, 32:20, 35:20, 49:5, 58:3, 62:18, 63:22, 63:24, 64:12, 76:6, 79:4, 79:23, 80:6, 82:1, 83:24, 109:19, 115:1, 123:18, 124:15, 129:19, 159:16, 159:23, 161:6, 161:10, 165:20, 170:2, 170:12, 189:15, 191:4, 191:6, 210:10, 211:10, 212:9, 214:25, 216:21, 216:23, 253:8, 254:24, 259:12, 267:17, 267:18, 268:20, 270:20
**participated** [2] - 169:13, 221:17
**participation** [5] - 240:21, 241:2, 241:3, 244:25, 245:3
**particles** [2] - 54:20, 212:11
**particular** [13] - 12:19, 30:12, 41:5, 87:1, 89:15, 102:20, 105:15, 106:19, 157:24, 159:1, 169:8, 198:2, 204:23
**particularly** [1] - 131:11
**parties** [7] - 3:14, 3:18, 13:7, 13:9, 13:13, 13:14, 111:7
**parties'** [3] - 42:5, 45:14, 46:24
**partly** [1] - 78:10
**parts** [1] - 52:22
**party** [2] - 227:1, 237:23

**pass** [5] - 41:19, 125:7, 202:11, 222:14, 248:22
**passive** [1] - 85:16
**past** [5] - 24:5, 26:23, 56:18, 125:22, 173:20
**Patent** [6] - 22:11, 22:16, 22:23, 23:5, 37:12, 234:23
**patent** [115] - 4:15, 5:25, 6:1, 6:2, 6:24, 8:8, 8:9, 9:2, 9:3, 9:8, 9:10, 9:15, 9:22, 10:11, 10:22, 11:13, 12:24, 13:18, 14:19, 14:22, 15:2, 16:12, 16:14, 17:1, 20:19, 20:20, 21:11, 22:8, 22:10, 22:12, 22:13, 22:14, 22:24, 23:3, 23:4, 23:5, 23:7, 23:12, 23:13, 23:17, 23:18, 23:20, 23:21, 25:10, 35:15, 37:1, 37:3, 37:21, 37:24, 56:24, 57:4, 57:6, 57:8, 57:10, 57:12, 57:16, 64:16, 70:12, 70:17, 70:19, 71:12, 72:2, 72:5, 100:17, 100:18, 100:23, 100:25, 101:3, 101:20, 102:8, 113:3, 113:10, 113:23, 124:4, 124:9, 124:11, 124:13, 124:21, 125:1, 125:3, 126:5, 126:6, 127:15, 127:17, 127:21, 127:24, 134:1, 134:19, 134:22, 135:1, 135:3, 135:7, 164:25, 165:9, 165:13, 170:25, 203:17, 204:1, 204:5, 222:5, 222:12, 229:5, 232:15, 235:3, 235:6, 235:13, 236:20, 236:25, 272:7, 272:8
**patent's** [1] - 13:23
**patents** [10] - 35:18, 35:21, 36:2, 36:3, 36:6, 36:12, 36:13, 36:19, 36:22, 204:9
**pathologies** [1] - 79:14

**pathway** [2] - 53:15, 53:16
**pathways** [3] - 256:6, 256:7
**patient** [113] - 6:7, 11:10, 11:14, 16:8, 16:18, 16:20, 19:2, 19:21, 26:6, 26:7, 33:16, 38:13, 62:4, 71:16, 74:7, 79:18, 81:24, 83:5, 83:24, 108:3, 108:7, 108:9, 114:10, 116:3, 119:8, 119:23, 121:12, 131:13, 132:16, 134:8, 134:13, 137:24, 138:20, 139:25, 140:1, 140:4, 140:7, 142:14, 143:14, 144:7, 144:13, 145:1, 145:2, 145:3, 146:17, 151:10, 152:9, 152:16, 152:20, 153:1, 153:4, 153:6, 153:7, 174:4, 174:20, 176:22, 178:6, 179:22, 180:9, 181:13, 183:22, 186:1, 186:17, 186:24, 187:20, 187:21, 187:25, 188:6, 188:9, 188:18, 189:7, 189:8, 189:14, 189:23, 191:16, 191:24, 192:1, 192:20, 204:24, 205:4, 205:20, 206:2, 206:11, 206:14, 206:18, 206:23, 207:4, 208:3, 208:6, 208:16, 208:18, 208:23, 208:24, 209:5, 209:11, 221:9, 221:11, 221:14, 232:8, 232:24, 242:23, 248:24, 255:14, 257:4, 258:24, 259:17, 262:22, 263:11, 268:8, 268:10
**patient's** [17] - 109:8, 138:9, 139:20, 150:6, 150:24, 175:2, 175:6, 175:11, 176:19, 183:6, 183:9,

183:17, 186:11, 188:15, 189:24, 264:4

**patients** [225] - 5:12, 9:9, 14:5, 15:17, 15:22, 16:22, 17:3, 17:9, 17:13, 17:19, 17:22, 17:23, 18:5, 18:11, 18:13, 18:16, 18:21, 18:22, 19:8, 19:10, 19:11, 19:12, 19:15, 19:18, 20:2, 20:7, 20:14, 21:19, 21:21, 22:1, 22:3, 23:11, 24:12, 25:11, 26:4, 26:9, 27:21, 30:10, 32:19, 33:17, 34:15, 38:22, 39:3, 51:10, 51:20, 52:12, 53:24, 54:18, 55:1, 60:18, 60:24, 64:9, 64:16, 65:1, 65:2, 65:3, 65:17, 65:20, 71:14, 72:17, 75:25, 76:6, 77:17, 78:21, 79:25, 81:10, 82:6, 84:4, 84:19, 91:8, 93:5, 93:9, 93:12, 97:4, 98:11, 100:19, 103:7, 103:9, 103:11, 103:17, 104:15, 105:23, 107:2, 107:3, 110:7, 111:3, 113:13, 113:14, 113:17, 113:19, 114:2, 115:21, 116:7, 116:8, 117:24, 118:20, 119:3, 119:15, 120:20, 120:24, 122:10, 123:9, 123:21, 123:25, 124:1, 124:5, 124:24, 125:5, 126:18, 126:22, 126:24, 133:18, 137:14, 137:19, 138:5, 138:18, 139:5, 140:10, 142:6, 142:18, 143:6, 144:24, 145:7, 146:17, 149:24, 150:15, 150:21, 150:22, 159:1, 161:1, 161:4, 161:6, 167:5, 167:7, 167:18, 167:22, 167:25, 168:25, 169:3, 172:22, 173:2, 178:15,

179:4, 179:21, 180:4, 181:10, 181:20, 183:14, 184:14, 185:1, 191:4, 191:7, 191:10, 192:10, 195:7, 206:6, 206:7, 207:5, 210:18, 212:6, 216:11, 219:9, 223:13, 232:4, 232:11, 233:21, 235:16, 235:21, 237:23, 238:13, 239:8, 239:24, 240:1, 240:3, 240:5, 240:9, 240:12, 242:21, 242:22, 243:14, 243:20, 246:3, 251:4, 254:18, 254:20, 254:24, 255:7, 255:9, 255:11, 255:18, 255:20, 255:21, 256:3, 256:12, 257:16, 258:2, 258:5, 258:8, 258:11, 259:2, 259:6, 259:7, 259:12, 259:18, 259:22, 260:25, 261:6, 262:1, 262:2, 262:17, 263:25, 264:16, 264:22, 265:14, 265:25, 266:2, 267:1, 267:8, 268:22, 268:24, 269:19, 270:6, 271:2

**patients'** [2] - 22:9, 182:4

**patted** [1] - 21:4

**pay** [3] - 132:1, 158:25, 201:16

**payers** [6] - 24:11, 110:5, 111:2, 158:8, 197:22, 197:23

**payment** [1] - 268:23

**PDH** [1] - 26:25

**PDH-ILD** [1] - 26:25

**PDX** [2] - 125:25, 217:22

**peak** [4] - 109:7, 122:9, 122:11, 269:15

**pediatric** [1] - 31:23

**peer** [9] - 97:11, 133:24, 216:8, 216:17, 216:24, 217:10, 230:2, 239:20, 239:21

**peer-entry** [1] - 230:2

**peer-reviewed** [8] - 97:11, 133:24, 216:8, 216:17, 216:24, 217:10, 239:20, 239:21

**people** [15] - 14:13, 14:17, 21:6, 59:7, 89:9, 89:11, 89:15, 192:9, 213:5, 224:17, 225:15, 227:17, 233:7, 242:13, 267:4

**peptide** [3] - 262:8, 263:4, 265:24

**per** [10] - 76:2, 76:7, 116:4, 117:9, 117:10, 146:6, 154:24, 174:20, 175:12, 206:3

**percent** [8] - 13:5, 26:13, 26:18, 79:20, 120:15, 179:10, 220:16, 271:1

**percentages** [1] - 118:23

**PERFECT** [3] - 85:22, 126:4, 126:9

**perfectly** [1] - 227:20

**perform** [8] - 9:9, 83:9, 107:3, 109:15, 109:17, 153:5, 190:8, 195:10

**performance** [4] - 65:22, 111:9, 211:23

**performed** [2] - 189:19, 190:5

**perhaps** [2] - 256:9, 266:22

**period** [4] - 186:5, 206:25, 260:9, 260:22

**periphery** [1] - 73:21

**permission** [1] - 228:21

**permitted** [2] - 184:12, 184:18

**person** [1] - 81:25

**person's** [1] - 131:5

**personal** [3] - 56:4, 65:2, 260:20

**personally** [6] - 138:14, 138:16, 172:19, 191:8, 192:12, 240:15

**perspective** [1] - 262:16

**pertaining** [2] - 213:10, 219:2

**pertinent** [1] - 97:14

**Peter** [2] - 128:5, 245:10

**peter** [2] - 233:17, 233:18

**Peterson** [7] - 47:24, 48:7, 57:21, 58:1, 235:7, 236:17, 236:24

**Peterson's** [2] - 240:24, 245:3

**petrified** [4] - 5:20, 5:21, 21:7, 21:13

**Pfizer** [3] - 162:25, 163:4, 163:21

**PH** [309] - 4:18, 4:20, 5:16, 6:7, 6:8, 6:15, 6:21, 16:2, 16:18, 17:3, 17:9, 17:12, 17:14, 17:19, 18:5, 18:11, 18:16, 18:21, 19:8, 19:12, 19:14, 19:18, 20:2, 20:7, 20:9, 20:14, 21:21, 22:3, 22:9, 23:11, 24:8, 24:13, 24:20, 25:6, 25:11, 27:4, 30:15, 30:18, 31:25, 33:3, 33:4, 33:9, 33:11, 33:15, 33:19, 33:24, 34:16, 34:17, 34:21, 34:24, 35:12, 50:5, 50:18, 51:6, 51:8, 51:21, 52:12, 52:19, 52:24, 53:7, 53:8, 53:14, 53:18, 53:21, 53:24, 54:4, 54:8, 54:11, 54:18, 55:3, 56:13, 57:13, 57:17, 61:6, 62:1, 62:11, 63:7, 63:17, 64:16, 64:22, 64:24, 65:3, 65:18, 65:20, 68:16, 70:9, 71:14, 71:22, 71:24, 72:4, 72:8, 76:5, 76:6, 77:7, 78:2, 78:6, 78:7, 78:12, 78:20, 79:10, 79:18, 79:23, 80:5, 81:24, 82:1, 83:5, 83:14, 83:24, 84:13, 85:23, 89:2, 90:15, 91:8, 92:17, 92:19, 93:1, 93:4, 93:7, 93:9, 93:25, 94:3, 94:4, 94:6, 94:7, 94:9, 94:10, 94:12, 95:7, 95:9, 95:12, 95:15, 95:18, 96:4, 97:5, 101:5, 101:16, 102:8,

103:9, 103:11, 103:16, 103:17, 105:23, 107:3, 111:3, 111:16, 112:17, 113:15, 115:7, 115:21, 124:22, 125:1, 126:17, 126:22, 127:17, 129:5, 129:17, 129:23, 129:24, 131:6, 131:8, 131:13, 131:16, 131:20, 131:21, 132:4, 132:8, 132:14, 132:15, 132:21, 133:1, 133:9, 133:11, 133:13, 133:16, 133:18, 134:8, 134:13, 134:16, 135:3, 135:6, 138:4, 140:18, 140:22, 142:6, 143:14, 150:15, 153:18, 157:21, 160:5, 161:4, 167:9, 167:11, 167:16, 167:19, 168:1, 169:3, 169:5, 169:16, 169:19, 169:22, 170:4, 170:13, 171:17, 171:19, 171:20, 171:22, 172:11, 172:14, 172:15, 172:22, 173:2, 173:16, 173:17, 173:23, 174:1, 174:4, 176:22, 178:6, 178:10, 181:4, 181:13, 184:13, 186:24, 188:15, 191:4, 191:10, 191:16, 192:10, 193:25, 201:24, 206:2, 206:6, 215:21, 216:18, 224:2, 224:4, 232:4, 232:11, 232:20, 232:24, 233:21, 235:16, 235:25, 236:5, 237:23, 239:8, 239:24, 240:5, 240:9, 240:12, 242:6, 242:21, 244:6, 244:7, 245:9, 247:13, 248:6, 249:19, 251:4,

255:9, 255:11, 255:14, 255:18, 255:19, 255:20, 255:25, 257:4, 257:8, 257:12, 257:17, 258:2, 258:11, 259:6, 259:13, 260:4, 260:25, 261:6, 261:8, 261:14, 261:17, 262:2, 263:24, 264:23, 264:24, 266:18, 267:8, 267:11, 267:15, 267:18, 267:19, 267:22, 268:7, 268:18, 268:22, 268:24, 269:19, 270:6, 271:2

**PH-associated** [1] - 30:15

**PH-ILD** [259] - 4:18, 4:20, 5:16, 6:7, 6:8, 6:15, 6:21, 16:2, 16:18, 17:3, 17:9, 17:12, 17:14, 17:19, 18:5, 18:11, 18:16, 18:21, 19:8, 19:12, 19:14, 19:18, 20:2, 20:7, 20:9, 20:14, 21:21, 22:3, 22:9, 23:11, 24:8, 24:13, 24:20, 25:6, 25:11, 27:4, 31:25, 33:3, 33:4, 33:9, 33:11, 33:15, 33:19, 33:24, 34:16, 34:17, 34:21, 34:24, 35:12, 50:5, 50:18, 51:6, 51:8, 51:21, 52:12, 52:19, 52:24, 53:7, 53:8, 53:14, 53:18, 53:21, 53:24, 54:4, 54:8, 54:11, 54:18, 55:3, 56:13, 57:13, 57:17, 61:6, 62:1, 62:11, 63:7, 63:17, 64:16, 64:22, 64:24, 65:3, 65:18, 65:20, 68:16, 70:9, 71:14, 71:22, 72:4, 78:2, 78:6, 78:7, 79:18, 83:5, 84:13, 89:2, 90:15, 92:19, 93:1, 93:4, 93:7, 93:9, 93:25, 94:4, 94:6, 94:7, 94:9, 94:10, 94:12, 95:7, 95:9, 95:12, 95:15, 95:18, 96:4, 97:5, 101:5, 101:16, 102:8, 103:9,

103:11, 103:16, 103:17, 105:23, 107:3, 111:3, 113:15, 115:21, 124:22, 125:1, 126:17, 126:22, 127:17, 129:5, 129:17, 131:8, 131:13, 131:16, 131:20, 131:21, 132:4, 132:8, 132:14, 132:15, 133:18, 134:8, 134:13, 134:16, 135:3, 135:6, 138:4, 140:18, 140:22, 142:6, 143:14, 150:15, 153:18, 157:21, 160:5, 161:4, 167:9, 167:11, 167:16, 167:19, 168:1, 169:3, 169:5, 169:16, 169:19, 169:22, 170:13, 171:17, 171:19, 171:20, 171:22, 172:11, 172:14, 172:15, 172:22, 173:2, 173:16, 173:17, 173:23, 174:1, 174:4, 176:22, 178:6, 178:10, 181:4, 181:13, 184:13, 186:24, 188:15, 191:4, 191:10, 191:16, 192:10, 193:25, 201:24, 206:2, 206:6, 215:21, 216:18, 224:2, 224:4, 232:4, 232:11, 232:20, 233:21, 235:16, 235:25, 236:5, 237:23, 239:8, 239:24, 240:9, 240:12, 242:21, 244:6, 244:7, 245:9, 248:6, 251:4, 255:9, 255:11, 255:14, 255:18, 255:19, 255:20, 255:25, 257:4, 257:8, 258:2, 258:11, 259:6, 260:4, 260:25, 261:6, 261:14, 261:17, 262:2, 263:24, 264:23, 264:24,

266:18, 267:8, 267:11, 267:15, 267:18, 267:19, 267:22, 268:7, 268:18, 268:22, 268:24, 269:19, 270:6, 271:2

**Pharm.D** [1] - 245:10

**pharmaceutical** [1] - 213:6

**pharmacist** [1] - 260:11

**pharmacokinetic** [5] - 12:6, 97:6, 161:3, 201:11, 202:2

**pharmacokinetics** [16] - 34:13, 53:6, 109:3, 109:5, 109:11, 159:12, 159:14, 159:17, 159:25, 160:7, 161:6, 200:2, 200:5, 200:10, 201:4, 201:9

**pharmacology** [2] - 160:11, 160:16

**Phase** [6] - 21:7, 21:8, 21:9, 21:11, 52:13, 217:3

**PhD** [1] - 242:6

**phenotype** [5] - 261:25, 266:10, 266:22, 268:11, 268:12

**Phenotype** [1] - 252:1

**PHILLIP** [1] - 2:7

**phrase** [4] - 71:20, 114:24, 137:9, 167:16

**physically** [2] - 227:6, 227:7

**physician** [7] - 43:23, 49:4, 79:22, 83:6, 102:24, 208:3, 265:18

**physicians** [19] - 24:15, 24:16, 43:16, 43:22, 44:1, 45:25, 51:13, 58:19, 62:19, 77:8, 80:5, 104:15, 107:4, 110:6, 157:18, 157:19, 158:21, 213:6, 262:11

**physicians'** [1] - 24:11

**physiological** [1] - 12:6

**physiology** [1] - 54:18

**PI** [1] - 216:24

**picograms** [7] - 116:4, 117:9, 117:10,

146:6, 174:20, 175:12, 209:6

**picture** [2] - 84:5, 131:10

**pictures** [3] - 73:3, 74:16, 88:2

**piece** [1] - 198:12

**pigs** [1] - 38:20

**pilot** [8] - 5:3, 5:5, 5:8, 86:25, 87:6, 87:9, 243:18

**pinpoint** [1] - 245:22

**place** [4] - 76:20, 76:21, 77:20, 260:3

**placebo** [11] - 84:25, 107:12, 116:15, 117:7, 117:9, 118:21, 122:11, 144:21, 145:3, 145:7, 244:12

**placebo-controlled** [1] - 244:12

**placebo-corrected** [2] - 116:15, 122:11

**Plaintiff** [4] - 1:4, 1:25, 29:8, 67:12

**plaintiff** [2] - 66:25, 272:14

**plaintiff's** [3] - 125:25, 161:23, 233:14

**Plaintiff's** [15] - 45:9, 66:19, 69:17, 75:9, 75:22, 81:2, 88:16, 91:20, 99:12, 100:10, 108:23, 110:24, 112:10, 217:18, 237:8

**plan** [1] - 158:16

**planned** [1] - 215:16

**planning** [2] - 63:25, 227:16

**plasma** [8] - 116:2, 146:5, 146:10, 174:19, 205:4, 205:22, 206:3, 207:12

**play** [9] - 42:13, 45:19, 47:17, 54:7, 225:13, 225:20, 226:8, 226:9, 227:16

**played** [9] - 42:15, 45:21, 47:19, 140:25, 229:9, 234:1, 252:20, 253:6, 266:24

**playing** [4] - 23:8, 221:18, 253:10, 261:22

**plot** [1] - 267:1

**plus** [1] - 17:21

**Point** [2] - 60:12, 60:13

**point** [21] - 9:17, 13:20, 47:6, 73:17, 113:21, 122:19, 124:18, 124:20, 124:21, 124:23, 128:20, 146:25, 156:20, 158:24, 176:22, 227:25, 243:2, 247:10, 254:20, 257:13, 267:25

**pointed** [12] - 147:23, 156:19, 160:17, 160:25, 161:3, 193:2, 193:11, 194:24, 195:9, 201:12, 202:3, 246:15

**pointer** [1] - 73:13

**pointing** [2] - 246:19, 249:21

**points** [2] - 156:4, 183:12

**polite** [1] - 139:15

**poor** [2] - 79:19, 263:14

**population** [10] - 16:8, 19:3, 19:21, 26:6, 33:16, 54:24, 59:9, 206:6, 248:24, 270:10

**populations** [2] - 4:24, 38:14

**portfolio** [2] - 29:24, 35:15

**portion** [1] - 77:5

**position** [4] - 208:5, 234:8, 252:11, 253:23

**positions** [3] - 68:7, 168:22, 168:25

**positive** [7] - 18:22, 87:16, 89:1, 90:22, 91:1, 262:15

**post** [10] - 97:12, 97:13, 97:16, 97:20, 98:2, 99:15, 157:5, 196:15, 196:19

**posters** [1] - 24:23, 24:24, 24:25, 25:8

**potential** [4] - 38:24, 44:25, 212:12, 266:12

**potentially** [3] - 54:17, 129:8, 256:24

**powder** [22] - 6:13, 6:19, 34:21, 92:23, 93:8, 93:20, 103:22,

104:24, 105:12, 107:21, 107:23, 108:4, 135:10, 135:13, 135:23, 173:9, 174:13, 211:24, 212:4, 212:10
**power** [1] - 6:19
**powered** [2] - 108:8, 108:9
**PPF** [1] - 38:15
**practice** [25] - 104:20, 116:7, 116:9, 119:4, 124:5, 137:22, 137:23, 142:20, 152:21, 178:6, 178:11, 178:12, 181:7, 181:8, 185:7, 191:6, 191:17, 191:25, 192:6, 192:8, 195:25, 198:16, 269:25
**practicing** [3] - 9:13, 117:14, 125:2
**practitioners** [2] - 51:7, 51:10
**Prakash** [1] - 236:16
**preamble** [4] - 114:9, 114:13, 114:16, 115:17
**preapproval** [2] - 60:17, 60:23
**precapillary** [1] - 243:20
**preceded** [1] - 5:4
**precedent** [1] - 26:3
**preclinical** [1] - 52:17
**predates** [1] - 71:25
**predicted** [5] - 13:5, 26:13, 26:19, 220:16, 271:1
**predicting** [1] - 266:12
**prefer** [1] - 225:25
**prejudiced** [1] - 225:18
**preliminary** [4] - 28:2, 243:19, 247:11, 272:1
**preparation** [3] - 52:21, 59:18, 230:24
**prepare** [8] - 61:12, 92:2, 124:17, 198:23, 235:1, 238:8, 245:13, 249:14
**prepared** [27] - 32:5, 36:6, 38:5, 58:4, 58:5, 61:9, 64:10, 67:23, 70:2, 70:18, 72:10, 76:10, 77:11,

81:18, 84:18, 93:14, 94:14, 95:20, 109:23, 113:4, 113:22, 121:6, 197:19, 197:20, 198:4, 241:23, 245:19
**preparing** [2] - 61:17, 241:15
**prescribe** [8] - 93:11, 103:6, 157:14, 157:17, 158:12, 158:13, 177:15, 198:17
**prescribed** [4] - 17:23, 18:13, 143:6, 208:4
**prescriber** [1] - 194:8
**prescribing** [10] - 43:17, 43:22, 46:1, 60:18, 60:23, 103:8, 103:16, 157:21, 219:22, 224:9
**prescription** [7] - 142:9, 142:12, 143:5, 143:10, 143:13, 143:19, 144:18
**presence** [1] - 171:20
**present** [9] - 27:8, 78:21, 82:6, 82:8, 84:4, 150:21, 165:18, 245:13, 273:18
**presentation** [17] - 19:15, 21:2, 65:7, 89:25, 90:4, 108:15, 109:10, 218:11, 218:15, 223:5, 224:10, 225:10, 230:25, 231:23, 242:18, 243:9, 245:17
**presented** [16] - 14:10, 18:7, 18:8, 20:21, 24:23, 25:4, 79:25, 89:12, 89:14, 89:22, 165:4, 218:10, 231:19, 245:19, 246:1, 249:12
**presenting** [1] - 231:17
**presents** [1] - 81:24
**preserve** [1] - 232:21
**preserved** [1] - 10:5
**president** [5] - 21:3, 29:16, 29:21, 229:17, 233:18
**pressure** [9] - 76:15, 76:25, 77:2, 77:4,

79:15, 133:3, 171:24, 172:2
**Preston** [1] - 60:6
**PRESTON** [1] - 2:9
**presumably** [1] - 218:16
**pretrial** [11] - 8:21, 8:24, 10:3, 13:3, 13:6, 13:10, 13:15, 165:2, 165:7, 225:24, 228:9
**pretty** [6] - 80:3, 103:6, 209:23, 213:25, 264:9, 268:15
**prevailing** [1] - 80:7
**previously** [24] - 45:17, 47:2, 85:18, 115:16, 134:3, 134:6, 136:2, 139:7, 142:4, 142:8, 146:9, 147:9, 147:16, 147:19, 148:10, 148:11, 148:15, 148:19, 148:23, 149:3, 149:4, 154:12
**primarily** [4] - 30:13, 79:14, 84:3, 242:21
**primary** [14] - 30:14, 90:22, 105:25, 107:9, 107:10, 116:20, 116:23, 122:8, 137:14, 153:22, 221:20, 221:21, 269:11, 269:14
**principal** [1] - 45:12
**principle** [2] - 68:20, 87:10
**printout** [2] - 11:2, 11:3
**priority** [4] - 4:14, 13:23, 72:1, 72:4
**private** [1] - 27:17
**probability** [3] - 206:12, 206:13, 206:17
**problem** [3] - 21:9, 139:15, 259:10
**problems** [1] - 19:22
**proBNP** [51] - 21:24, 116:3, 116:15, 117:3, 117:8, 117:17, 137:18, 146:6, 146:11, 147:5, 147:10, 147:14, 147:17, 147:21, 147:23,

174:20, 174:22, 175:1, 175:2, 175:6, 175:9, 175:11, 175:24, 176:1, 176:4, 176:13, 176:19, 176:22, 177:24, 178:8, 178:10, 194:14, 194:22, 199:7, 205:5, 205:14, 205:23, 206:3, 206:14, 207:12, 208:8, 208:10, 208:11, 208:19, 209:5, 209:12, 220:7, 258:7, 258:23, 270:4, 270:10
**Procedure** [1] - 164:24
**proceed** [7] - 42:11, 47:4, 67:15, 69:25, 166:12, 170:23, 202:22
**proceeding** [1] - 22:13
**proceedings** [5] - 66:23, 141:13, 222:23, 273:12, 273:19
**process** [8] - 7:4, 64:13, 79:5, 84:3, 94:15, 172:5, 211:10, 214:5
**PROCTER** [1] - 1:18
**Procter** [1] - 28:20
**produced** [2] - 174:23, 245:16
**producing** [1] - 178:24
**product** [51] - 6:13, 6:20, 8:12, 31:21, 32:24, 34:3, 34:4, 34:5, 34:10, 34:21, 44:24, 44:25, 51:20, 53:7, 54:16, 54:19, 92:3, 92:11, 92:22, 96:3, 104:23, 111:6, 111:7, 128:6, 135:17, 135:20, 158:1, 158:3, 158:6, 158:14, 158:16, 163:12, 163:21, 197:14, 197:19, 198:13, 198:16, 198:19, 203:13, 203:25, 211:9, 211:12, 212:22, 213:2, 213:10, 217:4, 233:18, 234:15, 234:17,

241:5, 257:7
**product's** [1] - 211:5
**production** [11] - 47:22, 55:12, 234:23, 241:14, 241:25, 244:16, 245:11, 247:21, 248:7, 249:17, 270:21
**products** [18] - 29:25, 31:11, 32:4, 32:6, 32:13, 32:16, 32:18, 32:22, 34:23, 35:2, 38:24, 94:18, 94:23, 94:25, 112:23, 212:5, 212:7, 213:9
**Professional** [2] - 273:16, 273:18
**professor** [6] - 7:14, 7:19, 68:8, 251:1, 252:12, 253:24
**profile** [2] - 54:17, 83:12
**prognosis** [1] - 79:18
**Program** [1] - 68:4
**program** [16] - 33:13, 33:15, 34:6, 34:9, 38:13, 38:16, 97:6, 166:22, 167:3, 251:2, 252:13, 252:14, 253:25, 254:1, 254:19, 255:2
**programing** [1] - 229:18
**progressive** [2] - 38:15, 75:14
**project** [1] - 98:15
**promote** [12] - 44:9, 44:15, 141:4, 154:13, 176:9, 176:12, 176:17, 180:17, 180:20, 184:12, 184:18, 194:21
**promotes** [1] - 43:18
**promoting** [4] - 43:20, 44:4, 159:7, 198:8
**promotional** [1] - 198:12
**prong** [1] - 221:15
**pronounce** [1] - 227:2
**Proof** [1] - 241:13
**proof** [3] - 5:6, 10:10, 242:2
**proof-of-concept** [1] - 5:6
**proper** [1] - 64:14
**properly** [2] - 80:5, 233:4
**properties** [2] - 54:16,

256:20
**proposal** [1] - 226:1
**propose** [4] - 58:7, 260:17, 260:23, 260:24
**proposed** [1] - 102:18
**prospective** [2] - 54:22, 62:11
**prostacyclin** [1] - 231:1
**prostanoid** [1] - 85:16
**protocol** [15] - 10:24, 11:1, 11:4, 11:6, 21:17, 21:25, 22:4, 22:6, 244:20, 244:22, 244:24, 245:2, 260:17, 267:7, 268:20
**Protocol** [1] - 244:10
**protocols** [1] - 234:18
**prove** [1] - 8:6
**proved** [2] - 14:18, 21:15
**proven** [4] - 77:19, 143:2, 143:4, 143:8
**provide** [31] - 35:23, 38:9, 38:17, 39:3, 91:25, 95:17, 96:20, 97:18, 102:7, 104:15, 106:20, 118:22, 119:22, 133:3, 133:20, 138:22, 141:8, 150:19, 151:23, 155:14, 158:17, 158:21, 177:13, 193:19, 194:7, 213:18, 242:17, 255:1, 255:2, 255:5
**provided** [18] - 40:23, 41:1, 41:8, 41:9, 44:10, 45:17, 47:3, 53:11, 53:17, 96:23, 135:6, 141:20, 142:14, 165:9, 171:17, 243:19, 244:2, 245:15
**provider** [3] - 218:11, 218:14, 223:5
**providers** [5] - 54:23, 110:6, 125:4, 218:16, 237:24
**provides** [13] - 102:24, 111:5, 118:13, 120:12, 123:24, 157:13, 213:19, 215:25, 242:24, 243:1, 247:11, 258:15, 258:19
**providing** [2] - 70:9,

156:1
**proxy** [2] - 222:6, 222:8
**PTX** [96] - 45:4, 45:5, 45:9, 46:17, 46:18, 66:3, 66:4, 66:5, 66:6, 66:7, 66:8, 66:9, 66:12, 66:19, 66:20, 69:2, 69:4, 69:14, 69:17, 74:23, 75:6, 75:9, 75:12, 75:19, 75:22, 80:14, 80:24, 81:2, 88:9, 88:10, 88:16, 88:17, 91:10, 91:17, 91:20, 98:24, 98:25, 99:8, 99:12, 99:18, 100:10, 101:10, 102:9, 108:12, 108:20, 108:23, 110:15, 110:24, 111:22, 112:5, 112:10, 116:19, 116:21, 118:15, 120:1, 121:23, 130:6, 130:9, 130:12, 131:11, 132:20, 146:23, 158:2, 159:18, 160:14, 197:15, 214:13, 214:15, 214:18, 215:5, 217:13, 217:18, 218:6, 218:10, 218:14, 218:18, 223:5
**public** [10] - 19:15, 23:25, 25:4, 27:17, 50:14, 100:14, 100:25, 109:20, 109:23, 110:3
**publication** [14] - 74:21, 89:23, 89:25, 91:12, 111:20, 196:15, 196:16, 239:20, 239:21, 251:6, 257:12, 261:3, 262:2, 269:8
**publications** [14] - 24:23, 24:24, 25:9, 40:13, 97:12, 97:14, 97:16, 97:21, 169:7, 196:22, 197:4, 197:6, 197:9, 244:1
**publicly** [1] - 101:20
**published** [19] - 18:7, 20:11, 21:17, 21:22, 44:21, 68:12, 68:13, 88:4, 98:18, 156:6, 169:5, 169:8,

207:11, 239:14, 243:25, 251:22, 252:7, 269:5
**pull** [4] - 32:8, 68:1, 162:10, 162:13
**Pulmonary** [4] - 80:17, 252:1, 252:2, 269:3
**pulmonary** [156] - 3:20, 3:21, 4:5, 4:6, 4:8, 4:11, 12:2, 14:15, 15:20, 21:18, 22:18, 27:6, 30:17, 30:19, 33:5, 38:14, 38:15, 49:11, 49:12, 51:23, 58:11, 58:22, 59:3, 69:21, 69:22, 71:16, 71:20, 71:25, 72:25, 76:5, 76:10, 76:14, 76:15, 76:16, 76:17, 76:19, 76:22, 77:1, 77:2, 77:4, 77:7, 77:9, 77:18, 77:20, 77:22, 77:23, 77:25, 78:8, 78:24, 79:5, 79:6, 79:13, 80:1, 80:8, 82:5, 82:7, 82:11, 82:16, 83:9, 84:7, 86:17, 90:8, 92:17, 100:20, 101:8, 104:8, 112:1, 112:18, 114:11, 114:21, 115:1, 132:11, 133:5, 147:1, 158:19, 161:7, 166:22, 166:23, 167:3, 167:8, 167:13, 167:21, 167:23, 169:1, 170:1, 170:18, 170:19, 171:21, 171:23, 172:9, 172:14, 173:12, 173:15, 200:22, 216:12, 229:24, 230:1, 230:7, 230:12, 230:13, 230:23, 235:21, 236:3, 240:2, 242:3, 244:13, 245:8, 247:14, 248:5, 251:2, 251:14, 251:15, 252:13, 252:14, 253:25, 254:1, 254:10, 254:13, 254:17, 254:21, 254:22, 254:23, 255:4, 255:7, 255:20, 256:1, 256:3, 256:5, 256:7, 256:14,

258:15, 258:16, 258:17, 259:14, 259:18, 259:21, 259:24, 261:9, 261:22, 261:24, 263:3, 263:11, 265:7, 265:20, 266:1, 266:10, 267:2, 267:3, 267:5, 268:10
**pump** [1] - 76:24
**pumped** [1] - 76:22
**pumps** [1] - 76:19
**purpose** [5] - 58:7, 104:13, 105:9, 200:21, 215:15
**purposes** [2] - 159:2, 247:6
**pursuant** [3] - 197:21, 225:24, 228:9
**pursue** [2] - 48:16, 51:5
**pursuing** [1] - 51:4
**put** [14] - 15:23, 55:11, 82:15, 153:8, 165:1, 188:9, 199:3, 206:12, 212:3, 217:21, 218:23, 227:11, 255:16, 260:16
**putting** [1] - 10:1
**PX** [1] - 199:22

**Q**

**QC** [1] - 46:7
**qualifies** [1] - 205:20
**qualify** [1] - 12:21
**quantify** [1] - 188:2
**quantifying** [5] - 192:19
**quarter** [1] - 141:11
**QUESTION** [1] - 150:14
**questioning** [1] - 205:14
**questionnaire** [3] - 262:8, 262:24, 263:1
**questions** [18] - 15:6, 24:9, 39:6, 90:10, 125:7, 125:23, 141:8, 162:5, 162:9, 162:18, 164:13, 202:11, 204:11, 216:1, 223:4, 223:6, 224:20, 228:7
**quibble** [1] - 220:25
**quick** [2] - 28:14, 162:8

**quickly** [1] - 268:16
**quite** [2] - 46:3, 163:17
**quiz** [2] - 211:1, 211:2

**R**

**RACHEL** [1] - 2:9
**Rahaghi** [3] - 62:4, 62:9, 62:25
**raised** [1] - 149:13
**Rajan** [7] - 47:9, 57:21, 58:14, 238:25, 250:24, 251:13, 251:17
**Rajeev** [4] - 46:21, 47:8, 47:13, 47:14
**ran** [2] - 136:2, 271:9
**randomized** [10] - 5:1, 5:7, 5:15, 12:16, 84:24, 86:22, 87:7, 217:3, 217:8, 244:11
**range** [2] - 131:4, 131:11
**rare** [3] - 30:10, 31:4, 31:22
**rate** [1] - 188:7
**rates** [3] - 195:22, 195:23, 195:24
**rather** [4] - 78:24, 115:11, 120:14, 218:20
**rating** [1] - 221:25
**rationale** [3] - 41:9, 264:18, 268:9
**Raymond** [1] - 60:5
**re** [1] - 48:16
**Re** [1] - 48:2
**re-pursue** [1] - 48:16
**reaches** [1] - 13:8
**react** [1] - 89:9
**reaction** [3] - 195:22, 231:22, 264:7
**read** [21] - 36:15, 46:3, 59:19, 61:20, 61:23, 61:24, 81:8, 101:6, 103:16, 103:18, 118:18, 118:19, 157:20, 159:4, 177:2, 177:5, 177:16, 193:25, 197:3, 248:20, 265:19
**reading** [3] - 209:22, 262:12, 270:2
**reads** [1] - 268:8
**ready** [3] - 3:1, 3:3, 228:6
**real** [7] - 17:25, 18:15,

120:16, 150:3, 192:20, 196:5, 243:12
**real-life** [1] - 192:20
**real-world** [1] - 17:25
**realistically** [1] - 265:1
**really** [19] - 13:24, 54:7, 59:6, 62:17, 64:16, 71:24, 78:24, 86:4, 91:7, 98:3, 98:6, 98:8, 187:17, 189:7, 192:5, 211:25, 225:22, 265:22, 267:20
**reason** [9] - 10:23, 26:12, 48:21, 64:8, 165:16, 245:24, 256:18, 258:13, 270:9
**reasonable** [2] - 230:15, 230:18
**reasons** [5] - 78:23, 212:12, 237:3, 256:17, 257:1
**rebuked** [1] - 89:16
**rebuttal** [1] - 225:16
**recalled** [1] - 228:11
**recalling** [1] - 244:8
**receipt** [1] - 205:22
**receive** [10] - 26:4, 33:7, 33:9, 33:11, 33:21, 33:24, 208:24, 211:6, 253:15, 254:6
**received** [11] - 43:6, 49:6, 100:16, 206:15, 206:23, 208:7, 214:6, 216:1, 216:5, 225:14, 243:14
**receiving** [5] - 34:24, 122:10, 206:2, 206:14, 209:5
**recent** [3] - 31:25, 49:4, 71:23
**recently** [1] - 169:25
**receptors** [1] - 231:1
**recess** [4] - 66:22, 141:12, 222:22, 273:12
**recited** [3] - 156:16, 175:17, 195:11
**recognize** [11] - 37:8, 42:25, 43:2, 59:15, 69:8, 71:8, 80:15, 91:11, 99:20, 226:11, 252:4
**recollection** [1] - 245:18
**recommendation** [1] -

24:12
**recommendations** [2] - 170:14, 170:15
**record** [15] - 29:4, 36:1, 42:18, 45:23, 47:12, 67:7, 161:25, 166:5, 199:21, 229:11, 233:12, 237:18, 247:6, 251:12, 267:20
**recorded** [2] - 18:6, 18:25
**recovers** [1] - 188:7
**recruitment** [1] - 246:3
**redirect** [1] - 162:7
**REDIRECT** [2] - 162:15, 223:2
**reduce** [3] - 176:12, 180:17, 184:13
**reduced** [7] - 175:11, 205:4, 205:22, 206:3, 206:14, 207:12, 208:22
**reducing** [2] - 116:2, 146:10
**reduction** [28] - 118:13, 119:9, 144:2, 144:12, 144:16, 146:5, 147:5, 148:5, 148:12, 174:19, 175:1, 175:23, 178:25, 179:13, 179:23, 180:6, 180:14, 180:21, 180:25, 205:7, 207:1, 207:14, 207:17, 208:18, 209:6, 209:11, 209:25, 220:12
**refer** [2] - 97:20, 215:14
**reference** [24] - 12:8, 12:19, 20:16, 35:19, 37:2, 40:20, 63:20, 63:24, 64:11, 93:21, 147:17, 154:21, 156:22, 176:24, 198:16, 210:8, 211:11, 219:5, 219:21, 219:25, 222:11, 224:13, 246:21, 247:7
**referenced** [10] - 6:16, 8:9, 73:4, 112:2, 128:21, 159:18, 160:16, 196:14, 197:1, 248:10
**references** [11] - 7:3,

9:24, 11:20, 11:22, 11:24, 15:4, 41:5, 88:12, 119:21, 129:11, 210:10
**referencing** [2] - 74:25, 194:25
**referred** [3] - 4:21, 29:18, 71:22
**referring** [6] - 44:20, 49:22, 97:19, 239:16, 239:17, 258:20
**refers** [4] - 72:20, 109:6, 118:11, 179:3
**reflect** [5] - 168:22, 195:24, 201:5, 239:6, 240:8
**reflected** [2] - 176:4, 205:23
**reflecting** [1] - 216:5
**reflective** [1] - 263:10
**reflects** [2] - 139:25, 239:23
**refrained** [1] - 204:5
**refresh** [1] - 245:18
**regard** [2] - 97:19, 204:1
**regarded** [2] - 120:13, 142:24
**regarding** [41] - 17:15, 25:16, 25:25, 26:2, 26:11, 26:20, 27:14, 37:1, 44:23, 52:11, 95:21, 97:11, 97:12, 106:25, 107:2, 109:10, 109:23, 124:17, 126:12, 129:5, 129:17, 141:20, 151:24, 165:4, 171:3, 181:19, 182:23, 185:1, 185:22, 193:20, 194:16, 194:19, 223:5, 223:6, 225:4, 233:20, 238:2, 242:24, 247:4, 248:23, 251:3
**regardless** [1] - 174:3
**regards** [1] - 54:10
**regimen** [1] - 15:15
**regimens** [1] - 52:11
**Registered** [2] - 273:16, 273:17
**regulations** [2] - 44:9, 44:13
**regulatory** [11] - 29:17, 29:22, 29:23, 29:24, 30:2, 35:20, 39:13, 39:16, 53:15,

54:9, 64:13
**reinforced** [1] - 89:11
**reintroduce** [2] - 3:18, 125:20
**relate** [2] - 97:16, 202:3
**related** [13] - 8:14, 44:5, 68:15, 68:16, 102:4, 104:3, 189:14, 201:6, 201:12, 230:25, 238:10, 248:21, 256:3
**relation** [1] - 98:11
**relationship** [1] - 52:5
**relative** [2] - 193:9, 212:5
**relatively** [2] - 73:24, 74:9
**relevant** [3] - 63:5, 226:4, 257:23
**reliance** [2] - 53:16, 209:10
**reliant** [2] - 163:19, 211:5
**relied** [6] - 63:20, 110:13, 129:4, 156:21, 196:9
**relief** [1] - 5:22
**relies** [5] - 8:12, 11:24, 12:14, 12:20, 121:4
**rely** [15] - 11:20, 27:17, 75:3, 75:16, 80:21, 88:5, 91:14, 94:2, 96:11, 99:5, 100:3, 108:13, 108:17, 111:8, 111:10
**relying** [4] - 6:17, 7:5, 142:19, 211:9
**remaining** [1] - 8:7
**remarks** [1] - 62:9
**remember** [10] - 12:8, 128:4, 136:7, 136:10, 150:7, 150:12, 150:13, 223:6, 245:23, 255:17
**remind** [2] - 113:1, 156:23
**remodeling** [1] - 247:14
**Remodulin** [11] - 31:10, 31:12, 32:15, 239:4, 239:5, 239:11, 255:24, 262:4, 265:15
**renal** [1] - 38:22
**renders** [1] - 20:17
**renowned** [1] - 90:8

**rep** [2] - 213:18, 213:25
**repeat** [6] - 69:3, 135:5, 259:11, 259:14, 259:19, 259:21
**repeatedly** [1] - 213:1
**rephrase** [3] - 190:3, 212:2, 244:23
**replace** [2] - 241:7, 241:9
**replaced** [1] - 27:1
**replica** [1] - 85:17
**report** [12] - 115:4, 115:6, 115:12, 141:25, 145:25, 238:12, 238:15, 255:16, 257:5, 262:14, 263:18
**reported** [14] - 105:23, 106:1, 187:21, 194:11, 236:22, 262:1, 262:22, 265:11, 269:14, 270:3, 270:13, 270:17, 271:5, 273:18
**REPORTER** [2] - 231:9, 231:11
**Reporter** [4] - 82:18, 273:17, 273:18, 273:22
**reporter** [4] - 86:5, 139:15, 252:21, 253:7
**reporting** [6] - 100:14, 138:21, 188:18, 234:19, 235:8, 265:14
**reports** [10] - 27:21, 42:9, 45:16, 47:2, 73:1, 147:24, 188:1, 220:1, 220:4, 270:25
**represent** [3] - 3:15, 110:9, 122:18
**representation** [1] - 74:7
**representative** [1] - 234:15
**represented** [2] - 13:25, 255:8
**representing** [3] - 9:10, 73:10, 270:5
**represents** [1] - 65:17
**reps** [1] - 214:1
**request** [14] - 28:14, 28:15, 52:24, 53:14, 54:4, 54:7, 57:17, 95:21, 96:1, 101:15, 214:9, 215:6,

215:15, 265:22
**requested** [1] - 215:15
**require** [12] - 13:9,
26:13, 134:7,
134:12, 140:12,
143:25, 174:18,
182:18, 183:2,
185:19, 189:18,
190:4
**required** [7] - 25:23,
185:15, 191:14,
194:10, 205:23,
209:6, 217:2
**requirement** [6] -
11:17, 114:17,
134:7, 176:16,
190:13, 210:2
**requirements** [3] -
6:5, 175:16, 209:19
**requires** [15] - 10:10,
11:9, 11:18, 13:14,
151:7, 152:8,
174:19, 178:22,
178:24, 181:12,
182:19, 182:21,
204:23, 205:1, 205:3
**requiring** [1] - 181:15
**res** [1] - 83:10
**research** [22] - 3:23,
3:24, 7:21, 31:14,
31:16, 38:3, 38:6,
38:10, 38:23, 52:10,
68:10, 68:11, 68:12,
68:14, 167:4,
192:19, 221:9,
221:10, 221:11,
221:14, 221:15
**reserve** [1] - 225:19
**residency** [1] - 254:8
**resistance** [2] - 54:19,
267:3
**resistances** [1] -
267:6
**resolution** [1] - 82:12
**resolves** [1] - 49:11
**respect** [50] - 16:23,
52:12, 78:20,
100:17, 115:17,
134:7, 134:12,
135:6, 137:17,
143:24, 146:4,
147:23, 150:25,
152:19, 153:9,
154:1, 155:11,
155:15, 155:21,
156:7, 159:14,
165:10, 165:11,
167:21, 170:2,
175:14, 182:24,
186:10, 188:13,

189:17, 193:24,
196:22, 206:22,
207:21, 214:5,
231:3, 231:4,
236:24, 237:3,
237:15, 238:18,
238:21, 238:24,
238:25, 239:22,
241:9, 249:11,
264:13, 270:16,
271:4
**respected** [2] - 60:10,
60:21
**respective** [4] - 88:3,
110:10, 212:5, 266:6
**respiratory** [3] - 99:1,
157:6, 266:11
**Respiratory** [3] - 14:2,
14:12, 89:13
**respond** [3] - 27:12,
231:18, 261:6
**response** [14] - 31:3,
43:7, 95:20, 96:1,
96:20, 96:24, 97:15,
98:11, 98:13,
215:25, 225:13,
266:4, 266:12,
266:23
**responses** [4] - 215:6,
216:2, 262:20,
266:20
**Responses** [1] - 237:8
**responsibilities** [3] -
29:21, 30:1, 167:1
**responsibility** [2] -
29:23, 44:8
**responsible** [3] -
39:13, 234:18, 235:8
**responsive** [1] - 267:4
**rest** [2] - 76:23, 225:1
**restate** [2] - 144:25,
246:9
**restricted** [1] - 213:25
**restrictions** [2] -
213:17, 213:24
**restrictive** [1] - 54:18
**result** [17] - 11:9, 19:3,
54:6, 79:9, 79:10,
90:20, 107:5, 119:9,
119:13, 142:5,
143:25, 155:10,
155:14, 180:8,
182:23, 204:5,
232:14
**resulted** [4] - 5:9,
58:25, 116:14,
269:20
**results** [50] - 5:18,
5:24, 9:11, 11:6,
18:7, 18:25, 21:13,

21:25, 22:5, 22:6,
53:19, 62:5, 63:14,
63:17, 63:21, 64:1,
64:6, 89:12, 90:24,
97:11, 105:20,
117:15, 118:15,
134:25, 136:4,
136:20, 144:24,
145:15, 145:16,
145:18, 145:20,
146:1, 146:2, 146:3,
147:25, 163:5,
179:20, 207:11,
210:9, 210:11,
213:16, 213:22,
214:3, 229:6,
231:24, 232:15,
242:24, 243:15,
270:16, 271:4
**retrospective** [7] -
12:17, 12:21,
235:19, 236:7,
239:25, 243:2,
243:13
**retrospectively** [1] -
132:16
**revamped** [1] - 27:1
**reverse** [1] - 251:14
**Review** [1] - 241:13
**review** [11] - 52:20,
109:20, 177:9,
194:11, 196:23,
199:21, 214:6,
235:19, 238:21,
238:24, 239:25
**reviewed** [21] - 24:22,
52:22, 59:17, 61:17,
97:11, 110:12,
133:24, 173:4,
195:13, 197:16,
214:11, 216:8,
216:17, 216:24,
217:10, 238:9,
238:12, 239:20,
239:21, 241:16
**reviewing** [3] - 182:8,
214:9, 238:11
**reviews** [1] - 68:14
**rich** [1] - 97:22
**RICHARD** [1] - 166:7
**Richard** [3] - 1:11,
165:24, 166:6
**right-hand** [1] - 109:2
**Right-Heart** [2] -
251:25, 252:1
**right-heart** [4] - 82:20,
82:21, 83:16, 172:1
**rigorously** [1] - 264:9
**RIN-PH-201** [1] -
244:10

**riociguat** [1] - 261:18
**rise** [1] - 212:17
**RISE** [13] - 14:10,
87:2, 87:3, 87:5,
87:11, 87:13, 87:19,
87:20, 88:22, 89:3,
89:12, 89:20, 91:2
**RISE-IIP** [13] - 14:10,
87:2, 87:3, 87:5,
87:11, 87:13, 87:19,
87:20, 88:22, 89:3,
89:12, 89:20, 91:2
**risk** [2] - 98:5, 98:7
**risks** [1] - 5:12
**ROBERT** [1] - 2:10
**Robert** [2] - 60:5,
250:18
**robust** [1] - 98:13
**Roger** [3] - 55:14,
55:16, 57:10
**role** [8] - 32:20, 54:7,
234:14, 252:15,
254:2, 254:16,
261:22
**ROMEO** [1] - 1:20
**Ronald** [1] - 7:18
**Roscigno** [2] - 160:10,
160:15
**Rothblatt** [11] - 23:24,
24:14, 24:17, 24:19,
24:22, 31:5, 31:6,
31:8, 39:1, 49:7,
260:19
**Rothblatt's** [1] - 25:4
**roughly** [1] - 59:5
**round** [3] - 226:5,
226:8
**route** [5] - 16:5,
104:18, 104:19,
104:23, 263:24
**routine** [3] - 191:4,
191:6, 191:7
**routinely** [8] - 149:22,
152:24, 153:7,
178:9, 178:13,
178:15, 191:9,
191:13
**ROZZI** [1] - 2:8
**RPM** [1] - 55:17
**RPR** [1] - 273:21
**Rubin** [6] - 13:24,
14:12, 23:1, 23:4,
90:6, 90:7
**Rubin's** [1] - 23:2
**rule** [1] - 164:23
**Rule** [3] - 28:15,
164:23, 237:9
**ruled** [1] - 10:4
**rules** [3] - 9:15,
226:23, 227:11

**run** [10] - 54:22, 167:3,
178:10, 181:8,
181:9, 182:1,
183:21, 190:16,
233:22
**running** [1] - 179:5
**runs** [1] - 178:11

## S

**S6** [2] - 270:20, 270:25
**sacs** [1] - 72:19
**safe** [1] - 94:3
**safely** [13] - 103:6,
157:11, 157:14,
157:17, 176:18,
177:8, 177:14,
181:22, 181:25,
190:5, 190:9, 194:8,
196:23
**safer** [1] - 232:19
**safety** [14] - 52:16,
53:3, 103:2, 211:6,
211:13, 216:6,
217:4, 217:8, 224:8,
232:5, 244:12,
247:12, 263:23,
264:10
**Saggar** [41] - 17:11,
17:12, 17:16, 17:18,
18:5, 18:11, 18:25,
19:9, 20:6, 20:17,
21:20, 23:16, 26:1,
40:14, 41:1, 46:21,
47:7, 47:8, 47:9,
47:14, 47:21, 55:14,
57:7, 57:21, 58:14,
59:15, 61:4, 238:25,
239:11, 250:24,
251:1, 251:6,
251:10, 251:13,
251:17, 269:1,
272:18
**Saggars** [1] - 47:7
**sale** [13] - 9:23, 10:2,
10:8, 10:9, 10:10,
10:17, 10:18, 14:25,
15:1, 25:5, 26:21,
32:11, 251:5
**samples** [1] - 213:9
**San** [2] - 262:7, 263:1
**sanya** [1] - 15:9
**SANYA** [1] - 2:6
**satisfactory** [1] - 31:8
**satisfied** [1] - 22:14
**Saturday** [2] - 56:25,
57:5
**Saul** [1] - 166:22
**saw** [8] - 19:18,

215:24, 230:25, 262:17, 262:21, 262:25, 263:2, 263:7

**scale** [3] - 188:22, 189:6, 260:3

**scan** [3] - 82:12, 82:13, 83:10

**scanned** [1] - 59:20

**scans** [3] - 72:16, 172:9

**scarred** [1] - 172:7

**scarring** [1] - 73:10

**scenario** [1] - 82:7

**schedule** [12] - 16:1, 16:3, 17:4, 17:5, 17:6, 18:23, 19:2, 20:13, 22:10, 22:20

**scheme** [1] - 112:15

**school** [4] - 168:17, 252:17, 253:13, 254:4

**School** [1] - 168:20

**scientific** [4] - 52:9, 54:25, 68:18, 68:22

**scientist** [2] - 45:13, 212:20

**scope** [1] - 216:10

**screen** [1] - 218:24

**seated** [2] - 66:24, 222:24

**SEC** [1] - 99:23

**second** [30] - 3:13, 56:12, 64:19, 69:9, 71:10, 72:9, 81:5, 89:3, 98:22, 99:18, 103:19, 104:2, 104:6, 110:5, 116:9, 117:14, 118:16, 119:4, 119:21, 121:9, 121:10, 123:18, 146:25, 154:20, 173:14, 193:3, 198:6, 215:13, 233:15, 241:25

**second-to-last** [1] - 81:5

**secondarily** [1] - 261:10

**secondary** [7] - 23:19, 90:23, 116:23, 137:17, 221:20, 269:12, 270:1

**seconds** [15] - 42:6, 42:7, 42:8, 45:15, 45:16, 46:25, 47:1, 47:2, 233:13, 233:14, 233:23, 233:24, 233:25, 271:10

**Section** [13] - 105:16, 105:19, 105:22, 121:24, 154:19, 156:16, 156:21, 190:25, 193:21, 193:23, 194:14, 195:9, 210:14

**section** [22] - 52:24, 104:3, 104:10, 104:14, 105:9, 106:2, 106:3, 106:4, 107:14, 107:15, 112:23, 122:3, 123:13, 146:24, 146:25, 154:17, 173:11, 175:22, 195:18, 223:19, 223:24, 224:3

**sections** [2] - 103:15, 195:15

**see** [98] - 5:6, 6:24, 13:19, 15:12, 17:15, 22:1, 27:15, 36:25, 40:21, 47:25, 48:4, 48:13, 48:19, 49:8, 49:14, 49:20, 50:20, 55:20, 55:24, 56:4, 57:24, 60:19, 61:7, 63:6, 63:10, 68:25, 73:3, 73:5, 73:6, 73:9, 73:20, 74:10, 82:22, 82:25, 84:10, 86:11, 87:25, 92:20, 98:22, 103:25, 104:10, 105:17, 107:15, 109:2, 116:16, 117:2, 120:16, 122:13, 122:16, 130:21, 132:15, 132:17, 143:24, 148:7, 152:11, 152:24, 153:3, 160:2, 160:11, 167:5, 186:1, 191:18, 191:19, 208:3, 215:6, 215:18, 216:2, 216:14, 218:12, 219:4, 219:12, 224:8, 224:11, 224:18, 230:3, 248:2, 248:14, 248:25, 251:19, 258:13, 258:24, 259:23, 262:9, 262:20, 263:21, 264:11, 264:19, 265:6, 268:8, 269:6, 269:11, 269:14, 270:14, 270:19,

270:25, 273:6, 273:11

**seeing** [2] - 179:11, 258:10

**seek** [2] - 9:19, 250:9

**seeking** [8] - 7:5, 14:4, 43:7, 54:4, 84:16, 94:7, 124:22, 125:1

**seem** [1] - 208:17

**segment** [1] - 62:3

**Selck** [2] - 27:9, 27:11

**selected** [1] - 60:22

**self** [1] - 103:12

**self-administering** [1] - 103:12

**sell** [2] - 32:19, 35:2

**selling** [4] - 203:12, 203:25, 204:2, 204:5

**sells** [2] - 92:8, 93:17

**send** [6] - 153:2, 253:5, 253:6, 272:5, 272:6, 272:8

**senior** [2] - 4:2, 233:18

**sense** [5] - 19:21, 196:5, 206:13, 232:13, 257:19

**sent** [9] - 20:21, 21:1, 47:21, 50:7, 56:8, 56:16, 58:1, 158:8, 247:22

**sentence** [12] - 48:10, 49:20, 81:6, 81:8, 118:19, 154:21, 193:4, 198:6, 216:21, 216:23, 262:5, 266:9

**sentences** [1] - 107:7

**separate** [2] - 58:18, 139:20

**September** [1] - 250:25

**sequential** [1] - 259:18

**sequestered** [1] - 28:17

**series** [2] - 57:24, 172:8

**serious** [1] - 35:10

**seriously** [1] - 35:8

**services** [1] - 255:1

**session** [1] - 89:16

**set** [7] - 3:8, 26:25, 67:23, 170:14, 235:21, 240:1, 240:7

**sets** [2] - 44:14, 236:4

**setting** [5] - 220:20, 257:24, 258:16, 259:15

**settings** [2] - 65:24,

188:5

**seven** [14] - 4:21, 4:22, 14:3, 14:8, 14:11, 19:24, 59:2, 85:6, 87:23, 97:13, 107:21, 107:22, 252:16, 254:3

**seventh** [1] - 72:1

**Seventh** [8] - 27:3, 71:23, 129:13, 129:17, 129:19, 129:22, 169:25, 170:9

**several** [10] - 24:6, 32:4, 40:13, 62:10, 221:22, 250:2, 256:16, 260:10, 261:18, 262:19

**severe** [3] - 22:3, 84:4, 133:13

**severity** [5] - 82:16, 84:7, 134:8, 134:12, 266:3

**SF36** [1] - 262:24

**share** [2] - 72:21, 242:13

**shared** [3] - 58:15, 235:19, 256:7

**SHAW** [1] - 2:2

**Shaw** [1] - 28:13

**shift** [1] - 99:18

**shopping** [1] - 255:2

**short** [10] - 50:18, 50:25, 51:14, 52:3, 150:4, 150:22, 262:6, 262:24, 272:18, 273:1

**short-form** [1] - 262:24

**shorthand** [3] - 29:18, 71:20, 273:19

**shortness** [2] - 262:7, 263:1

**shots** [1] - 38:19

**show** [17] - 10:15, 10:17, 14:22, 15:1, 15:3, 32:9, 36:10, 59:6, 117:5, 117:16, 120:3, 129:6, 150:22, 163:16, 172:9, 225:19, 265:18

**showcase** [3] - 54:16, 54:21, 59:8

**showed** [2] - 22:17, 121:2, 260:19

**showing** [10] - 32:5, 36:6, 95:20, 98:12, 98:15, 108:3, 114:8, 115:24, 118:8,

119:18

**shown** [9] - 40:1, 40:15, 64:21, 74:21, 77:16, 116:14, 121:19, 214:22, 250:1

**shows** [7] - 13:15, 32:10, 36:11, 52:15, 92:11, 131:11, 163:16

**sick** [3] - 189:7, 242:23, 263:10

**side** [13] - 13:25, 23:8, 55:23, 56:2, 61:21, 74:13, 76:18, 130:23, 131:1, 201:7, 230:13, 263:10

**sided** [1] - 77:21

**sides** [4] - 149:6, 149:7, 252:20, 253:7

**sign** [1] - 174:24

**signature** [1] - 215:10

**signed** [2] - 35:4, 215:9

**significance** [5] - 119:1, 179:3, 179:8, 207:3, 207:4

**significant** [56] - 60:17, 60:23, 118:13, 118:24, 118:25, 119:22, 120:8, 120:9, 120:13, 122:23, 123:1, 143:25, 144:2, 144:5, 144:6, 144:12, 144:16, 148:4, 151:7, 151:9, 178:25, 179:2, 179:13, 179:22, 180:6, 180:8, 180:14, 180:21, 180:24, 181:9, 182:19, 182:22, 182:23, 183:3, 183:19, 183:23, 184:3, 184:7, 184:19, 189:9, 205:7, 205:10, 207:1, 207:14, 207:17, 212:19, 219:10, 220:11, 220:14, 223:14, 266:1, 266:2, 266:7, 268:10, 269:20, 270:5

**significantly** [3] - 118:17, 118:20, 150:4

**similar** [9] - 9:11,

47:10, 111:20, 150:20, 182:24, 197:22, 215:1, 258:15, 258:19
**similarly** [1] - 207:16
**Simonneau** [5] - 111:24, 112:7, 112:15, 129:4, 129:10
**simple** [1] - 186:1
**simplified** [2] - 81:18, 81:21
**simply** [4] - 9:14, 171:20, 200:7, 227:11
**simultaneously** [1] - 83:25
**Sinai** [3] - 18:20, 19:13, 20:5
**single** [5] - 16:18, 16:20, 51:15, 51:17, 251:16
**single-lung** [1] - 251:16
**Sista** [1] - 236:16
**sit** [1] - 158:20
**site** [1] - 200:19
**sitting** [3] - 51:25, 84:10, 136:19
**six** [81] - 18:23, 20:15, 21:24, 59:2, 60:6, 60:21, 97:13, 106:1, 107:10, 121:11, 122:4, 122:6, 122:9, 122:12, 137:14, 138:11, 139:21, 140:10, 140:13, 140:22, 141:6, 152:8, 152:14, 152:19, 152:22, 152:23, 153:2, 153:5, 153:7, 153:10, 153:20, 153:21, 153:22, 154:3, 154:6, 154:10, 155:18, 156:1, 185:20, 185:22, 186:5, 186:8, 186:11, 186:14, 186:18, 186:23, 187:8, 188:3, 189:18, 190:4, 190:8, 190:12, 190:17, 191:3, 191:9, 191:14, 191:21, 191:23, 192:2, 194:25, 195:1, 195:2, 195:5, 205:18, 207:24,

210:11, 219:5, 219:10, 220:9, 220:19, 221:21, 223:14, 258:5, 258:22, 262:6, 262:22, 268:5, 268:17, 269:15, 269:21
**six-minute** [72] - 18:23, 20:15, 21:24, 106:1, 107:10, 121:11, 122:4, 122:6, 122:9, 122:12, 137:14, 138:11, 139:21, 140:10, 140:13, 140:22, 141:6, 152:8, 152:14, 152:19, 152:22, 152:23, 153:2, 153:5, 153:7, 153:10, 153:20, 153:21, 153:22, 154:3, 154:6, 154:10, 155:18, 156:1, 185:20, 185:22, 186:5, 186:8, 186:11, 186:14, 186:18, 186:23, 187:8, 188:3, 189:18, 190:4, 190:8, 190:12, 190:17, 191:3, 191:9, 191:14, 192:2, 194:25, 195:1, 195:2, 195:5, 205:18, 207:24, 210:11, 219:5, 219:10, 220:9, 220:19, 221:21, 223:14, 258:5, 258:22, 262:6, 262:22, 269:15, 269:21
**Sixth** [7] - 7:16, 26:25, 80:7, 80:10, 111:21, 129:4, 170:6
**sixth** [1] - 170:10
**size** [1] - 154:24
**sizes** [1] - 105:11
**skeptical** [1] - 91:1
**skepticism** [1] - 89:11
**skill** [1] - 81:25
**skimmed** [2] - 61:22, 61:23
**slide** [115] - 4:20, 15:24, 22:25, 23:2, 32:5, 32:8, 32:9, 32:10, 32:13, 36:6,

36:9, 36:10, 36:20, 36:23, 36:25, 37:22, 38:5, 38:8, 58:3, 59:1, 68:1, 70:5, 70:18, 70:21, 71:3, 72:10, 72:14, 72:15, 74:20, 76:10, 76:13, 77:11, 77:14, 77:15, 81:20, 82:3, 84:18, 84:21, 85:21, 86:9, 88:19, 92:2, 92:5, 93:15, 94:14, 94:17, 94:19, 95:4, 95:20, 95:24, 96:9, 98:22, 109:10, 109:23, 110:1, 113:4, 113:7, 113:22, 113:25, 114:5, 115:3, 116:5, 117:11, 117:21, 119:11, 119:12, 119:19, 120:17, 121:6, 123:4, 123:5, 123:15, 123:22, 124:17, 126:1, 127:13, 128:1, 128:2, 128:5, 128:8, 128:10, 130:4, 130:5, 130:7, 130:17, 160:16, 217:21, 218:2, 218:5, 218:10, 223:24, 224:3, 231:17, 231:19, 241:16, 241:19, 241:21, 241:25, 242:1, 242:11, 242:12, 245:13, 246:7, 246:8, 246:12, 246:13, 247:2, 247:6, 249:2, 249:5, 249:8, 249:14, 249:18
**slides** [13] - 57:25, 58:3, 58:6, 58:7, 58:15, 70:2, 119:12, 120:17, 246:18, 246:22, 248:1, 248:22
**slightly** [1] - 130:1
**slower** [1] - 86:4
**slowly** [1] - 83:3
**small** [5] - 5:5, 27:14, 28:25, 200:23, 210:10
**Smith** [22] - 45:19, 47:17, 121:25, 162:10, 231:17, 233:18, 234:3, 234:22, 234:25, 244:9, 244:17,

244:19, 245:7, 245:10, 246:24, 247:18, 248:4, 250:1
**smith** [2] - 42:13, 237:11
**Snader** [1] - 273:1
**Society** [2] - 14:12, 89:13
**sold** [9] - 17:22, 18:12, 18:13, 19:10, 19:12, 105:13, 128:15, 128:17
**sole** [2] - 5:14, 265:21
**solid** [1] - 98:8
**solution** [10] - 16:7, 122:10, 135:23, 174:12, 212:4, 212:17, 219:9, 223:13, 223:16, 224:1
**solutions** [2] - 3:20, 3:24
**someone** [6] - 83:5, 83:22, 131:1, 133:4, 234:17, 260:23
**sometimes** [3] - 82:3, 137:23
**somewhat** [3] - 83:21, 159:11, 266:24
**somewhere** [4] - 84:6, 259:20, 260:7, 265:1
**sorry** [15] - 55:2, 69:3, 78:14, 86:7, 118:3, 124:20, 133:7, 139:16, 152:5, 162:19, 199:2, 199:25, 203:5, 203:20, 216:22
**sort** [8] - 57:9, 191:12, 201:3, 256:18, 263:12, 264:18, 268:13, 272:2
**sought** [2] - 163:6, 225:19
**source** [3] - 38:20, 111:18, 130:6
**sources** [1] - 239:14
**sp** [1] - 265:6
**spaces** [1] - 74:17
**span** [1] - 254:21
**SPEAKER** [5] - 37:15, 55:8, 166:2, 230:9, 236:2
**speaking** [3] - 139:11, 162:4, 238:7
**specialize** [1] - 172:13
**specialty** [1] - 230:24
**specific** [16] - 15:15, 15:22, 15:23, 22:19, 25:6, 26:17, 124:1,

144:13, 147:15, 161:13, 161:16, 175:11, 179:22, 186:17, 211:8
**specifically** [37] - 17:2, 17:14, 20:25, 23:2, 23:22, 24:16, 26:16, 26:21, 27:15, 48:17, 51:22, 51:25, 54:24, 71:16, 102:1, 106:21, 113:11, 128:24, 128:25, 140:14, 141:21, 152:14, 154:2, 154:5, 170:2, 174:13, 177:13, 196:3, 197:14, 210:13, 218:1, 246:15, 256:16, 257:9, 261:23, 264:8, 267:14
**specification** [7] - 6:2, 7:1, 134:23, 135:1, 135:7, 222:4, 222:12
**specified** [1] - 222:10
**spectra** [1] - 263:7
**spectrum** [2] - 262:19, 266:20
**speculating** [2] - 136:4, 136:24
**spell** [3] - 29:4, 67:6, 166:4
**spent** [2] - 56:3, 56:10
**sponsored** [1] - 62:6
**staffed** [1] - 3:25
**stage** [3] - 38:22, 79:20, 87:7
**stair** [1] - 188:6
**stairs** [1] - 139:3
**stairstep** [1] - 139:24
**stand** [5] - 30:16, 30:18, 33:4, 67:3, 228:6
**standard** [8] - 82:17, 122:21, 178:11, 220:19, 267:7, 267:13, 267:17, 267:18
**standing** [1] - 228:2
**standpoint** [1] - 152:25
**stands** [1] - 13:24
**start** [5] - 50:16, 113:21, 114:5, 139:14, 241:3
**started** [11] - 3:19, 20:18, 31:18, 140:5, 229:19, 234:13, 240:22, 251:8, 253:11, 253:19,

257:8
**starting** [11] - 17:19, 18:20, 42:23, 43:10, 51:2, 55:6, 81:6, 118:16, 141:11, 150:12, 243:2
**starts** [2] - 79:16, 248:13
**state** [12] - 13:22, 14:16, 29:3, 42:17, 45:23, 67:6, 101:4, 104:4, 141:3, 166:4, 229:11, 251:12
**statement** [14] - 3:8, 10:13, 14:1, 24:1, 48:24, 61:1, 62:22, 65:1, 81:12, 84:10, 85:4, 147:13, 198:9, 221:1
**statements** [4] - 25:5, 138:22, 140:6, 146:23
**STATES** [1] - 1:1
**states** [2] - 48:10, 114:9
**States** [1] - 51:11
**stating** [1] - 102:4
**statistical** [18] - 98:14, 98:16, 119:1, 179:3, 179:5, 179:8, 181:9, 182:1, 183:11, 183:15, 183:21, 185:4, 185:15, 199:14, 207:2, 207:4, 229:17
**statistically** [43] - 118:13, 118:23, 118:25, 119:22, 120:13, 122:23, 123:1, 143:25, 144:2, 144:5, 144:6, 144:12, 144:16, 148:4, 151:7, 151:8, 178:24, 179:2, 179:13, 179:22, 180:5, 180:8, 180:13, 180:21, 180:24, 181:8, 182:19, 182:21, 182:22, 183:3, 183:19, 183:23, 184:3, 184:7, 184:19, 205:7, 205:10, 206:25, 207:14, 207:16, 220:11, 220:14, 266:8
**statistics** [3] - 179:24, 182:24, 182:25
**status** [4] - 54:9,

56:24, 262:21, 262:23
**statutes** [1] - 64:13
**Steering** [1] - 59:13
**steering** [18] - 18:4, 18:18, 59:22, 60:3, 60:16, 60:22, 61:1, 68:21, 87:4, 89:5, 90:18, 127:6, 231:14, 231:20, 231:22, 248:13, 248:17
**Stenotype** [1] - 273:19
**step** [9] - 41:23, 138:13, 138:17, 164:15, 164:16, 188:4, 188:6, 224:22
**Step** [2] - 108:1, 108:2
**steps** [1] - 9:9
**Steve** [3] - 22:21, 67:3, 247:19
**STEVEN** [2] - 67:8, 67:10
**Steven** [5] - 7:13, 67:8, 67:22, 69:20, 269:5
**still** [7] - 49:2, 49:16, 140:9, 144:17, 146:12, 147:6, 233:7
**stipulate** [2] - 8:16, 8:17
**stipulated** [5] - 7:23, 28:8, 114:6, 121:5, 203:16
**stockbridge** [1] - 215:10
**stood** [2] - 14:13, 90:3
**stop** [2] - 139:2, 255:2
**stopped** [5] - 5:11, 14:8, 85:24, 87:21, 204:4
**stopping** [1] - 139:1
**stories** [1] - 259:1
**strain** [1] - 174:24
**strategic** [1] - 29:24
**streaks** [1] - 73:8
**strength** [4] - 46:8, 105:7, 105:10, 105:13
**stress** [2] - 79:2, 258:22
**strike** [3] - 106:3, 116:7, 231:18
**strive** [1] - 39:3
**structure** [1] - 78:25
**structured** [1] - 194:7
**Studied** [1] - 160:3
**studied** [3] - 90:14, 98:4, 261:23
**studies** [61] - 4:21,

4:22, 4:25, 5:3, 5:8, 5:9, 7:7, 7:8, 14:4, 14:8, 14:11, 19:24, 19:25, 20:1, 20:4, 20:8, 27:14, 27:17, 27:19, 33:19, 34:8, 34:12, 34:13, 38:16, 44:21, 52:13, 52:17, 52:23, 53:1, 53:13, 58:25, 59:3, 68:18, 68:20, 77:20, 84:24, 84:25, 85:13, 86:25, 91:23, 98:17, 126:2, 126:12, 181:9, 191:6, 192:19, 192:25, 216:9, 216:21, 216:25, 221:19, 221:22, 259:15, 261:14, 261:19, 263:17, 266:19
**study** [180] - 5:2, 5:5, 5:6, 7:21, 10:24, 12:17, 12:21, 14:10, 16:10, 16:13, 16:15, 16:19, 17:6, 17:17, 18:4, 18:18, 20:7, 21:2, 21:5, 21:16, 22:7, 25:1, 25:2, 26:8, 33:20, 34:14, 34:15, 38:21, 41:10, 50:9, 50:13, 50:16, 50:23, 50:24, 51:2, 51:14, 52:14, 52:16, 53:3, 53:5, 53:19, 54:1, 54:3, 54:6, 54:12, 54:23, 55:1, 58:16, 63:9, 63:14, 63:17, 63:22, 64:2, 64:5, 65:23, 85:18, 85:19, 87:5, 87:6, 87:9, 87:11, 87:16, 87:20, 87:21, 88:22, 89:1, 89:2, 89:8, 89:10, 89:12, 89:16, 89:22, 90:11, 90:12, 90:17, 90:19, 90:21, 90:22, 91:2, 91:3, 94:5, 94:6, 96:23, 97:4, 98:9, 105:20, 106:11, 106:17, 106:23, 107:6, 111:10, 116:25, 117:1, 117:16, 118:5, 118:15, 121:20, 126:9, 134:15, 134:18, 135:8, 135:10, 136:3, 136:5, 137:13, 144:21, 145:2, 145:11,

145:12, 145:16, 145:20, 146:1, 146:3, 146:15, 153:23, 154:9, 156:6, 156:18, 157:3, 157:23, 161:7, 161:10, 163:20, 163:22, 165:8, 165:10, 165:11, 193:15, 193:20, 194:11, 206:5, 207:11, 229:6, 231:16, 231:21, 232:6, 232:12, 232:13, 232:14, 234:11, 234:19, 235:10, 235:11, 235:24, 236:7, 236:21, 239:25, 240:22, 240:25, 241:2, 241:3, 241:11, 243:18, 244:5, 244:20, 244:25, 245:4, 245:10, 246:4, 247:11, 248:1, 248:24, 249:7, 260:3, 260:9, 260:24, 261:5, 262:1, 262:16, 262:20, 263:9, 263:22, 264:6, 264:10, 264:11, 270:3, 271:5
**Study** [1] - 248:7
**studying** [2] - 51:17, 52:6
**stuff** [2] - 62:17, 88:13
**subcutaneous** [2] - 11:25, 31:19
**subject** [4] - 23:18, 48:2, 58:20, 237:18
**subjective** [1] - 258:24
**Subjects** [1] - 160:21
**subjects** [3] - 160:25, 201:19, 244:13
**submission** [3] - 41:5, 158:18, 215:14
**submissions** [3] - 30:2, 39:13, 39:16
**submit** [2] - 52:18, 252:20
**submitted** [6] - 22:16, 40:8, 41:7, 54:3, 63:21, 197:20
**subsequent** [3] - 7:8, 80:13, 264:12
**subsequently** [3] - 37:3, 92:18, 100:18
**subset** [1] - 218:7

**succeeded** [1] - 266:20
**success** [2] - 19:18, 27:9
**successful** [9] - 5:9, 5:15, 5:16, 14:18, 87:23, 87:24, 89:7, 213:21, 230:3
**successfully** [1] - 268:19
**sued** [1] - 23:7
**suffering** [2] - 258:11, 264:23
**sufficient** [8] - 12:22, 12:24, 13:18, 15:1, 15:5, 206:24, 216:10, 216:18
**suggested** [3] - 87:10, 87:12, 87:16
**suggestion** [1] - 85:25
**suggests** [1] - 267:1
**suing** [1] - 23:13
**SUKDUANG** [107] - 2:6, 3:5, 15:9, 15:12, 24:4, 28:4, 28:6, 28:10, 28:12, 45:7, 47:6, 47:14, 66:14, 69:15, 69:24, 75:7, 75:20, 80:25, 88:11, 91:18, 96:16, 99:9, 100:7, 108:21, 110:17, 110:19, 112:7, 125:9, 125:13, 125:17, 126:13, 126:15, 130:9, 130:11, 139:12, 139:16, 139:17, 146:15, 146:19, 146:21, 148:2, 148:3, 149:10, 149:15, 149:17, 149:20, 150:11, 151:3, 151:4, 151:14, 151:16, 152:6, 152:7, 153:13, 153:15, 161:19, 161:22, 161:24, 162:2, 164:14, 164:22, 165:23, 166:1, 166:12, 166:15, 168:5, 168:7, 168:10, 168:16, 170:17, 170:24, 171:6, 171:8, 178:18, 178:20, 183:25, 184:2, 185:17, 187:2, 187:4, 190:23,

192:15, 199:25, 200:1, 202:7, 202:10, 217:14, 223:1, 223:3, 223:20, 223:21, 224:20, 224:23, 225:3, 227:25, 228:8, 228:15, 252:19, 252:24, 253:2, 253:5, 272:3, 272:8, 272:17, 272:21, 273:8
**Sukduang** [16] - 3:3, 15:10, 85:3, 139:10, 141:9, 162:11, 162:17, 164:13, 203:7, 204:21, 207:7, 217:24, 218:6, 218:19, 221:4, 222:25
**summaries** [1] - 60:3
**summarize** [2] - 13:21, 93:15
**summarizes** [1] - 40:13
**summarizing** [7] - 70:2, 70:18, 84:18, 92:2, 94:14, 113:4, 113:22
**Summary** [1] - 59:13
**summary** [10] - 61:2, 61:12, 105:21, 116:23, 182:8, 185:10, 190:11, 262:7, 262:23, 269:11
**Sunday** [1] - 56:16
**supplement** [2] - 95:21, 267:1
**supplemental** [2] - 215:17, 216:10
**supplementary** [1] - 270:21
**supplements** [1] - 35:22
**supply** [1] - 38:18
**support** [8] - 27:18, 41:9, 52:24, 96:3, 97:17, 97:18, 246:8, 256:22
**supported** [2] - 64:19, 97:24
**supporting** [12] - 7:6, 43:25, 44:2, 44:17, 44:19, 54:7, 97:5, 103:1, 158:19, 243:19, 247:12, 264:12
**supportive** [3] - 246:10, 249:19,

249:21
**supports** [1] - 29:24
**supposed** [1] - 105:1
**surgery** [1] - 255:4
**surgical** [1] - 255:3
**surprise** [1] - 5:17
**surprised** [6] - 90:25, 269:19, 270:1, 270:2, 270:16, 271:4
**surrounds** [1] - 72:19
**survey** [1] - 262:6
**survival** [3] - 79:19, 98:15, 98:17
**switch** [1] - 34:15
**switching** [2] - 33:21, 35:14
**sworn** [4] - 29:8, 67:12, 136:13, 166:9
**symposium** [3] - 71:23, 72:1, 170:12
**Symposium** [18] - 7:16, 26:25, 27:4, 71:23, 77:17, 80:8, 80:11, 80:17, 111:21, 111:23, 129:4, 129:14, 129:17, 129:19, 129:22, 169:25, 170:7, 170:9
**symptoms** [1] - 81:24
**system** [1] - 201:6
**systemic** [6] - 19:23, 19:25, 76:18, 200:13, 200:25, 265:7
**systemically** [2] - 200:16, 232:19

---

# T

**tab** [1] - 57:19
**Table** [8] - 111:13, 112:13, 116:21, 118:3, 265:6, 269:8, 269:11, 270:13
**table** [13] - 46:7, 81:16, 81:17, 111:19, 112:14, 116:23, 117:2, 120:1, 120:3, 122:13, 265:7, 270:20, 270:25
**tables** [1] - 157:2
**tagging** [1] - 88:14
**talks** [10] - 51:16, 58:19, 106:4, 117:3, 132:20, 138:7, 185:20, 210:17, 222:5, 222:8

**Tapson** [16] - 18:17, 18:20, 19:7, 20:3, 21:21, 21:22, 127:1, 127:4, 132:10, 172:24, 225:12, 226:10, 247:20, 248:16, 272:22
**tapson** [1] - 18:19
**task** [5] - 27:3, 80:12, 111:24, 129:16, 170:4
**teaching** [3] - 7:20, 40:13, 167:4
**team** [3] - 56:23, 241:10, 245:5
**technically** [1] - 89:22
**Technologies** [1] - 250:19
**TECHNOLOGIES** [1] - 1:6
**technology** [1] - 54:20
**Technology** [1] - 237:9
**temple** [2] - 168:20, 263:15
**ten** [3] - 20:15, 64:22, 64:25
**tends** [1] - 265:25
**tentative** [3] - 53:10, 64:14, 214:6
**Tentatively** [1] - 160:3
**tentatively** [1] - 43:11
**term** [8] - 13:13, 151:12, 167:11, 179:4, 205:14, 208:17, 211:14, 212:25
**terminated** [1] - 62:12
**terms** [21] - 7:22, 25:13, 30:23, 39:15, 82:12, 102:25, 105:11, 114:17, 117:5, 151:20, 193:12, 202:5, 204:2, 211:25, 259:1, 262:18, 263:13, 264:7, 266:18, 266:23, 272:12
**test** [38] - 21:18, 83:9, 138:12, 138:13, 138:17, 138:18, 139:21, 139:24, 140:10, 140:13, 152:22, 153:5, 153:7, 154:3, 154:11, 185:24, 186:1, 187:9, 187:10, 188:4, 188:20, 191:3,

191:14, 192:2, 207:25, 208:5, 220:19, 221:3, 221:21, 221:24, 222:6, 230:4, 230:7, 230:15, 258:24, 263:2, 263:3, 265:22
**tested** [2] - 86:14, 232:4
**testified** [35] - 20:3, 20:10, 20:25, 29:8, 39:12, 40:4, 40:8, 40:11, 40:12, 67:12, 134:6, 134:15, 134:18, 134:22, 136:2, 138:20, 142:4, 142:8, 144:20, 146:9, 147:9, 147:16, 147:19, 148:10, 148:11, 148:15, 148:19, 148:23, 149:3, 149:4, 149:14, 152:19, 154:12, 157:10, 166:9
**testify** [10] - 10:21, 17:12, 18:5, 18:20, 18:23, 20:1, 28:17, 40:17, 112:24, 176:8
**testifying** [3] - 39:12, 204:20, 251:3
**testimony** [24] - 10:14, 17:18, 18:1, 18:10, 25:3, 46:19, 66:10, 67:24, 88:14, 91:25, 125:12, 128:21, 140:24, 150:25, 155:18, 162:22, 175:17, 176:10, 182:23, 185:22, 226:3, 229:1, 271:24, 272:24
**testing** [13] - 81:16, 82:11, 83:19, 83:21, 172:10, 188:9, 191:9, 191:13, 193:15, 193:17, 197:6, 201:21, 230:2
**tests** [10] - 171:25, 172:8, 178:7, 179:5, 187:13, 188:12, 259:15, 259:18, 259:20, 259:22
**Teton** [2] - 38:12, 38:16
**text** [1] - 63:10
**THE** [173] - 1:1, 1:2, 3:1, 3:3, 3:6, 3:10, 15:7, 15:11, 24:3,

28:1, 28:5, 28:7, 28:11, 28:18, 28:21, 28:24, 29:3, 29:5, 37:16, 39:7, 41:15, 41:20, 41:23, 42:10, 42:12, 42:16, 45:8, 45:18, 45:22, 47:5, 47:13, 47:16, 47:20, 55:9, 55:10, 66:15, 66:24, 67:5, 67:6, 67:8, 67:16, 69:16, 69:25, 72:16, 73:14, 74:4, 74:6, 75:8, 75:21, 78:14, 81:1, 86:2, 86:7, 88:15, 91:19, 96:17, 97:20, 97:22, 98:2, 98:6, 98:19, 99:10, 100:8, 108:22, 110:22, 112:9, 118:1, 118:4, 125:8, 125:11, 125:15, 139:10, 139:13, 139:14, 141:9, 141:14, 149:5, 149:12, 149:16, 149:18, 161:21, 161:23, 161:25, 162:6, 162:7, 164:11, 164:12, 164:15, 164:17, 164:20, 165:14, 165:20, 165:25, 166:4, 166:6, 166:13, 168:13, 170:23, 178:5, 178:9, 178:17, 178:19, 191:1, 191:5, 191:16, 191:19, 191:21, 191:23, 191:25, 192:4, 192:5, 192:7, 192:14, 199:20, 199:24, 202:9, 202:13, 202:21, 202:23, 203:19, 203:22, 204:9, 204:14, 217:16, 222:17, 222:24, 224:21, 225:2, 225:5, 226:10, 226:14, 226:17, 226:20, 227:4, 227:9, 227:13, 227:22, 228:3, 228:12, 228:19, 228:23, 229:7, 229:10, 230:10, 231:7, 231:9, 231:10, 231:11, 231:12, 231:13,

234:2, 236:3, 236:6, 250:13, 250:20, 250:22, 251:7, 251:9, 252:22, 252:25, 253:3, 253:10, 253:12, 253:17, 253:20, 253:22, 271:18, 271:23, 272:5, 272:10, 272:20, 273:4, 273:10
**themselves** [1] - 20:24
**theory** [2] - 233:3, 256:11
**therapeutic** [1] - 39:4
**Therapeutic's** [2] - 50:8, 50:22
**Therapeutics** [28] - 28:20, 28:22, 29:17, 29:18, 42:1, 42:6, 45:11, 45:15, 46:20, 46:25, 49:23, 49:25, 57:2, 58:20, 62:7, 92:10, 94:24, 100:16, 101:2, 229:13, 229:23, 237:10, 242:14, 260:2, 260:8, 260:14, 260:18
**therapeutics** [1] - 48:17
**THERAPEUTICS** [1] - 1:3
**Therapeutics'** [2] - 57:11, 58:16
**therapies** [13] - 3:24, 4:16, 4:20, 38:24, 62:11, 170:20, 170:21, 232:19, 232:20, 232:21, 261:14, 261:17, 268:20
**Therapy** [1] - 265:9
**therapy** [11] - 232:2, 233:2, 233:4, 257:8, 259:19, 259:24, 261:8, 266:4, 266:13, 267:11, 267:15
**therefore** [7] - 13:13, 26:9, 45:5, 53:7, 66:11, 79:10, 96:25
**Thereupon** [20] - 37:18, 41:17, 45:9, 66:19, 69:17, 75:9, 75:22, 81:2, 88:16, 91:20, 96:18, 99:12, 100:10, 108:23, 110:24, 112:10, 168:14, 217:18,

250:15, 271:20
**they've** [3] - 9:7, 44:24, 71:8
**thickened** [1] - 172:7
**thinking** [3] - 58:17, 65:5, 272:12
**third** [9] - 41:1, 110:6, 124:15, 124:20, 124:23, 197:18, 227:1, 237:23, 248:21
**third-party** [2] - 227:1, 237:23
**Thisted** [4] - 7:18, 12:13, 13:20, 27:13
**Thisted's** [1] - 27:16
**Thorax** [1] - 252:7
**thousand** [1] - 168:2
**thousands** [1] - 167:24
**threatening** [1] - 31:4
**three** [18] - 7:10, 38:15, 59:2, 79:19, 90:18, 104:20, 105:3, 107:20, 110:4, 132:25, 138:13, 138:17, 139:24, 188:4, 188:6, 226:5, 257:1, 266:5
**three-minute** [4] - 138:13, 138:17, 139:24, 188:4
**three-year** [1] - 79:19
**throughout** [8] - 5:23, 10:13, 17:8, 24:11, 27:16, 51:11, 128:21, 224:8
**thumbnail** [1] - 88:1
**thumbnails** [1] - 110:8
**tie** [1] - 23:20
**tight** [1] - 213:17
**timed** [1] - 186:2
**timeline** [1] - 95:5
**timing** [1] - 215:20
**tiny** [1] - 87:25
**title** [10] - 59:5, 61:25, 158:18, 160:2, 160:15, 160:19, 166:20, 223:12, 260:12, 260:15
**titled** [12] - 80:17, 237:7, 239:22, 241:12, 242:1, 244:10, 245:8, 248:5, 249:19, 251:14, 251:24
**today** [30] - 16:13, 32:5, 46:4, 51:25, 52:21, 67:24, 70:3,

70:8, 70:24, 94:11, 112:24, 115:10, 130:1, 136:3, 136:19, 140:25, 142:20, 154:12, 170:15, 173:25, 203:13, 214:22, 230:25, 234:8, 238:2, 240:21, 241:14, 242:9, 269:18, 271:24
**Todd** [1] - 60:5
**together** [3] - 146:3, 153:8, 260:16
**tolerated** [1] - 163:11
**tomorrow** [6] - 227:18, 272:14, 272:16, 273:5, 273:7, 273:11
**took** [1] - 262:14
**top** [13] - 12:16, 38:25, 41:2, 47:23, 49:3, 55:13, 61:25, 94:18, 94:20, 94:21, 130:16, 159:23, 219:8
**topic** [10] - 45:1, 91:24, 151:13, 237:19, 237:22, 238:8, 238:10, 238:18, 238:21, 238:24
**topics** [3] - 35:14, 237:15, 241:15
**topnotch** [1] - 39:4
**total** [6] - 42:7, 45:16, 47:1, 60:6, 233:15, 233:22
**totality** [2] - 63:21, 193:20
**totally** [1] - 74:12
**touch** [1] - 56:4
**toward** [1] - 218:16
**towards** [3] - 69:4, 73:9, 110:7
**track** [1] - 101:16
**trained** [2] - 172:14, 172:17
**training** [1] - 254:9
**transcribe** [1] - 253:1
**TRANSCRIPT** [1] - 1:9
**transcript** [3] - 13:15, 150:9, 252:20
**transformative** [7] - 50:19, 50:23, 50:25, 51:3, 51:14, 52:3, 52:9
**transition** [1] - 257:25
**transitioned** [1] - 241:5

**translates** [1] - 179:10
**transparency** [1] - 48:11
**transplant** [2] - 49:12, 259:16
**Transplant** [1] - 68:4
**transplantable** [1] - 38:18
**transplantation** [3] - 251:16, 254:12, 255:5
**treat** [36] - 16:17, 17:3, 18:11, 19:17, 20:7, 20:9, 22:9, 23:11, 24:20, 25:10, 62:11, 64:22, 64:24, 65:3, 65:17, 76:7, 84:13, 91:8, 94:12, 113:14, 145:7, 167:7, 168:25, 169:3, 169:15, 180:4, 181:13, 183:14, 183:22, 184:25, 233:21, 240:11, 254:25, 255:7, 255:14, 255:25
**treated** [15] - 17:9, 17:13, 17:14, 17:19, 18:5, 18:21, 65:1, 167:22, 168:1, 219:9, 223:13, 235:22, 238:13, 264:16, 264:22
**treating** [17] - 14:15, 17:3, 19:14, 21:21, 25:6, 64:16, 75:25, 89:18, 91:9, 167:18, 170:18, 174:3, 178:6, 201:24, 230:4, 255:18, 255:20
**treatment** [45] - 24:8, 33:1, 33:3, 51:20, 52:11, 58:22, 65:2, 100:19, 137:19, 138:4, 139:7, 172:13, 179:15, 180:1, 183:6, 186:12, 186:15, 205:21, 206:15, 208:25, 216:11, 224:1, 230:22, 231:4, 232:11, 232:20, 242:21, 243:19, 247:13, 251:3, 254:17, 255:11, 257:4, 257:11, 258:2, 258:11, 259:12, 262:4, 265:15,

267:8, 267:18, 268:22, 269:19, 270:6, 271:2
**treatments** [2] - 19:25, 31:8
**Treprostinil** [4] - 160:20, 251:14, 265:9, 269:3
**treprostinil** [97] - 6:20, 12:1, 16:5, 17:13, 17:20, 20:8, 25:9, 31:20, 31:24, 32:1, 32:14, 32:22, 36:11, 40:5, 52:6, 52:8, 59:8, 60:18, 64:24, 71:15, 85:16, 85:23, 90:13, 92:13, 92:24, 93:8, 93:20, 100:21, 103:23, 114:17, 116:2, 117:6, 117:8, 118:12, 118:21, 119:22, 121:11, 122:10, 126:12, 126:17, 135:11, 135:14, 142:18, 150:15, 163:1, 163:11, 173:9, 175:3, 175:7, 175:10, 186:25, 200:16, 200:25, 212:15, 216:7, 219:9, 223:13, 223:16, 224:1, 229:24, 230:22, 231:3, 232:7, 232:10, 233:2, 233:3, 235:22, 242:5, 244:6, 244:7, 244:13, 247:12, 251:4, 255:13, 255:18, 255:21, 255:22, 256:10, 256:13, 256:16, 256:19, 256:22, 256:25, 257:6, 260:4, 261:7, 263:24, 264:5, 264:14, 266:5, 267:10, 267:13, 267:21, 270:6, 270:11
**treprostinil-based** [1] - 32:22
**Trial** [1] - 62:1
**TRIAL** [2] - 1:9, 1:11
**trial** [72] - 5:7, 5:15, 5:18, 5:20, 7:10, 7:17, 11:1, 11:10, 11:11, 11:15, 13:12, 15:14, 16:23, 17:25,

18:2, 18:3, 18:15, 21:7, 21:9, 21:12, 21:15, 54:21, 58:8, 58:10, 62:5, 62:6, 63:1, 63:4, 85:14, 85:20, 85:22, 86:10, 86:13, 87:8, 87:25, 89:4, 89:6, 107:9, 124:3, 126:4, 136:20, 140:1, 148:24, 149:22, 150:15, 181:7, 204:15, 207:15, 207:18, 207:19, 209:10, 209:21, 210:9, 210:10, 210:14, 210:19, 213:16, 213:22, 214:3, 217:3, 219:15, 220:1, 220:4, 226:1, 231:21, 232:16, 243:8, 244:12, 261:15, 261:19, 270:18

**trials** [29] - 5:1, 5:20, 12:16, 21:8, 59:3, 62:10, 84:16, 84:17, 84:18, 85:7, 85:12, 86:22, 94:8, 94:10, 94:11, 163:5, 163:6, 169:10, 169:12, 169:15, 169:18, 195:16, 195:21, 195:23, 195:24, 217:3, 217:8, 221:7, 221:16

**tried** [2] - 4:20, 5:9

**trifecta** [1] - 49:11

**Trig** [1] - 42:19

**TRIUMPH** [1] - 94:5

**TRO** [2] - 28:2, 272:2

**true** [8] - 48:24, 49:6, 59:24, 163:24, 163:25, 164:3, 164:5, 164:7

**trusted** [1] - 60:9

**truth** [2] - 136:13, 153:3

**try** [9] - 5:6, 16:8, 51:9, 57:12, 86:4, 211:2, 219:18, 230:4, 253:10

**trying** [10] - 4:19, 5:2, 14:14, 52:4, 59:8, 101:15, 193:14, 206:12, 209:23, 211:12

**Tully** [2] - 45:12, 45:24

**tully** [1] - 45:12

**TUNNELL** [1] - 1:16

**turn** [42] - 37:7, 39:25, 40:11, 40:19, 40:25, 49:2, 68:1, 74:23, 80:14, 81:5, 91:10, 93:14, 96:5, 99:25, 100:13, 101:10, 102:9, 105:15, 107:14, 108:1, 108:12, 109:1, 112:13, 112:23, 113:25, 114:5, 115:23, 118:15, 121:22, 123:4, 123:13, 123:15, 124:15, 154:18, 155:15, 214:13, 215:23, 241:25, 246:7, 249:17, 269:8, 270:20

**turning** [3] - 103:15, 119:18, 219:17

**two** [44] - 6:9, 13:4, 34:13, 34:23, 38:12, 47:7, 52:17, 59:1, 78:9, 85:13, 95:6, 95:13, 105:6, 107:7, 115:25, 118:10, 119:20, 120:7, 121:3, 121:25, 130:20, 133:18, 153:8, 173:11, 174:15, 183:12, 193:7, 196:22, 197:4, 197:9, 204:6, 211:23, 219:19, 225:11, 225:15, 227:1, 227:18, 239:13, 254:14, 256:4, 256:19, 260:16, 262:19, 272:13

**TX** [1] - 128:5

**type** [11] - 5:6, 19:8, 65:20, 103:20, 104:22, 104:23, 147:19, 167:7, 238:10, 256:19, 268:11

**typed** [1] - 52:1

**types** [2] - 4:5, 254:21

**typically** [8] - 76:25, 84:4, 105:3, 148:24, 171:25, 174:23, 179:5, 200:11

**typo** [2] - 144:6, 151:8

**Tyvaso** [228] - 6:8, 6:9, 6:10, 6:11, 6:12, 6:18, 12:9, 14:6, 15:13, 15:16, 15:17,

15:19, 16:2, 17:1, 17:2, 17:9, 17:20, 17:21, 17:22, 17:24, 18:6, 18:12, 18:21, 18:24, 19:8, 19:10, 19:11, 19:15, 19:18, 19:21, 19:23, 20:2, 20:4, 20:7, 22:15, 22:17, 22:22, 23:11, 23:22, 24:8, 24:20, 25:5, 26:21, 31:20, 32:1, 32:15, 32:24, 33:2, 33:7, 33:9, 33:11, 33:19, 33:21, 33:22, 33:24, 34:2, 34:3, 34:16, 34:17, 34:20, 34:23, 35:5, 35:11, 36:4, 36:7, 36:11, 36:14, 38:13, 51:8, 52:16, 53:6, 53:20, 53:24, 55:4, 60:18, 60:23, 62:1, 63:8, 63:20, 64:10, 64:17, 64:22, 65:3, 65:17, 65:20, 65:23, 70:10, 90:13, 91:9, 92:1, 92:2, 92:8, 92:9, 92:11, 92:12, 92:13, 92:20, 92:24, 93:3, 93:7, 93:11, 93:22, 94:15, 94:20, 94:22, 95:5, 95:6, 95:11, 95:13, 95:14, 96:24, 96:25, 97:15, 97:25, 98:16, 109:11, 109:15, 109:18, 111:10, 116:13, 116:14, 117:19, 117:20, 121:1, 121:2, 121:20, 124:3, 134:16, 135:17, 135:19, 136:21, 138:5, 140:5, 140:15, 140:21, 142:25, 145:1, 145:2, 145:3, 145:10, 145:11, 147:13, 147:14, 153:23, 157:21, 159:25, 160:7, 160:20, 161:16, 173:20, 173:22, 174:4, 174:7, 174:12, 193:10, 193:17, 200:19, 201:2, 201:20, 201:23, 202:4, 205:21, 205:22, 206:2, 206:14, 206:16, 206:24,

207:18, 209:16, 209:18, 211:17, 211:21, 216:7, 216:17, 216:24, 217:9, 223:16, 224:3, 233:20, 235:16, 237:23, 238:2, 238:14, 239:2, 239:7, 239:24, 240:1, 240:9, 240:11, 241:12, 242:2, 242:20, 245:8, 246:9, 246:10, 248:5, 249:19, 251:6, 257:4, 257:9, 257:11, 258:1, 258:12, 259:5, 260:25, 264:21, 264:22, 267:8, 267:17, 267:21, 268:5, 268:17, 268:21, 269:20, 271:2

**tyvaso** [1] - 6:14

## U

**U.S** [5] - 32:10, 32:12, 32:17, 234:23, 273:22

**U.S.D.C.J** [1] - 1:12

**UC** [1] - 263:1

**UCLA** [19] - 17:12, 26:24, 47:9, 166:1, 166:24, 167:2, 168:23, 251:1, 251:3, 252:11, 253:23, 254:17, 260:20, 260:24, 264:20, 267:7, 267:13, 268:20, 272:18

**ultimately** [1] - 98:12

**unavailable** [1] - 226:24

**unaware** [1] - 56:24

**unblinded** [2] - 5:19, 5:22

**unblinding** [5] - 231:15, 232:12, 232:13, 232:14, 235:8

**unclear** [1] - 78:1

**under** [14] - 26:2, 28:15, 64:14, 111:19, 136:13, 164:23, 165:1, 165:2, 165:5, 165:11, 195:21,

226:23, 227:11, 243:17

**underlying** [6] - 118:22, 148:17, 148:21, 148:25, 150:16, 230:13

**underneath** [1] - 87:25

**understood** [3] - 78:25, 205:16, 206:21

**undertake** [1] - 83:12

**undertaking** [1] - 89:16

**undertook** [1] - 87:13

**underway** [1] - 38:21

**unfairly** [1] - 225:18

**UNIDENTIFIED** [5] - 37:15, 55:8, 166:2, 230:9, 236:2

**uniquely** [1] - 54:15

**unit** [1] - 267:3

**United** [34] - 28:20, 28:22, 29:17, 29:18, 42:1, 42:6, 45:11, 45:15, 46:20, 46:25, 48:17, 49:23, 49:25, 50:8, 50:22, 51:11, 57:2, 57:11, 58:16, 58:20, 62:7, 92:10, 94:24, 100:16, 101:2, 229:13, 229:22, 237:9, 242:14, 260:2, 260:8, 260:13, 260:18

**UNITED** [2] - 1:1, 1:3

**units** [1] - 267:6

**universe** [1] - 217:7

**University** [9] - 7:15, 7:19, 65:13, 68:9, 166:19, 168:20, 238:13, 252:10, 253:20

**university** [1] - 168:19

**unless** [4] - 15:6, 125:6, 149:16, 208:2

**unsuccessful** [1] - 14:8

**untoward** [1] - 264:7

**unusual** [1] - 82:9

**up** [60] - 8:20, 10:3, 14:13, 15:23, 20:6, 21:3, 22:25, 23:25, 25:20, 26:5, 32:8, 42:9, 68:1, 76:15, 77:2, 77:4, 79:15, 90:3, 115:4, 115:6, 120:1, 126:13, 127:12, 127:20,

130:15, 134:24, 136:7, 137:4, 137:5, 150:9, 155:21, 158:2, 159:18, 159:22, 160:14, 160:15, 162:10, 162:13, 162:25, 163:11, 175:5, 179:17, 186:2, 188:6, 189:4, 193:23, 197:15, 201:10, 215:4, 217:21, 218:23, 225:4, 225:19, 225:22, 225:25, 228:10, 260:13, 265:25, 268:9
**update** [1] - 246:6
**updated** [1] - 111:25
**updating** [1] - 102:3
**uploaded** [1] - 11:2
**upper** [9] - 73:23, 98:23, 105:8, 109:2, 111:11, 215:5, 229:22, 244:11
**upregulated** [1] - 79:4
**upstairs** [1] - 139:1
**UPTON** [1] - 2:8
**Urbina** [10] - 12:20, 20:12, 21:22, 23:16, 24:25, 65:16, 126:19, 236:8, 238:19, 239:18
**usage** [5] - 103:24, 104:3, 146:25, 173:10, 175:22
**useful** [1] - 192:18
**uses** [2] - 135:16, 267:8
**usual** [2] - 189:2, 189:3
**UT** [3] - 29:20, 101:14, 102:5
**UT's** [2] - 94:5, 94:6
**UTC** [104] - 3:15, 3:18, 3:19, 4:1, 4:15, 6:2, 7:10, 8:6, 14:18, 14:19, 15:18, 16:4, 16:25, 17:16, 18:2, 20:18, 20:22, 20:23, 21:1, 21:3, 21:17, 21:24, 22:8, 22:11, 22:14, 23:5, 23:8, 23:19, 23:25, 24:17, 25:1, 25:4, 27:8, 27:16, 29:20, 29:22, 30:4, 30:6, 30:7, 30:9, 30:12, 30:20, 30:24, 31:1, 31:11, 31:16, 32:4, 32:6,

32:18, 32:20, 33:9, 33:14, 33:18, 33:21, 33:24, 34:2, 34:5, 34:16, 34:17, 34:20, 34:23, 35:4, 35:8, 35:11, 36:3, 36:7, 36:13, 36:19, 36:22, 38:2, 38:10, 38:23, 40:23, 41:1, 50:11, 50:17, 58:8, 69:14, 69:19, 140:24, 141:4, 154:12, 164:18, 165:1, 171:9, 176:7, 176:8, 225:14, 226:16, 227:2, 227:3, 228:2, 229:2, 229:3, 233:19, 233:25, 237:22, 240:11, 240:14, 241:21, 242:12, 245:15, 260:23
**UTC's** [17] - 21:10, 22:21, 31:14, 32:21, 35:15, 35:18, 38:5, 39:13, 92:2, 165:7, 226:2, 233:20, 237:14, 237:19, 237:22, 239:7, 240:8
**UTC_PH** [8] - 47:23, 57:20, 234:24, 241:14, 244:16, 245:11, 247:21, 248:8
**UTC_PH-ILD** [1] - 234:24
**UTC_PH-ILD_081580** [1] - 245:11
**UTC_PH-ILD_081748** [1] - 247:21
**UTC_PH-ILD_081749** [1] - 248:8
**UTC_PH-ILD_082484** [1] - 241:14
**UTC_PH-ILD_095797** [1] - 47:23
**UTC_PH-ILD_095811** [1] - 57:20
**UTC_PH-ILD_1050830105152** [1] - 244:16
**UTHR** [2] - 56:24, 57:2

## V

**V/Q** [5] - 232:21, 233:1, 233:5, 242:24, 264:12
**valid** [5] - 9:2, 9:15, 14:23, 139:19,

139:22
**validate** [3] - 140:11, 152:21, 152:23
**validated** [6] - 139:23, 220:22, 221:1, 221:2, 221:4, 221:6
**validity** [2] - 9:21, 13:22
**value** [13] - 27:14, 119:1, 120:8, 120:10, 120:11, 120:12, 120:14, 179:6, 179:7, 179:9, 209:24, 265:24
**vane** [1] - 126:20
**Vane** [1] - 19:16
**variables** [1] - 262:20
**variety** [1] - 3:25
**various** [7] - 6:4, 88:5, 91:23, 112:23, 122:20, 123:13, 156:4
**varying** [4] - 68:20, 72:22, 78:23, 195:21
**vascular** [13] - 49:12, 58:11, 160:11, 160:16, 247:14, 252:13, 253:25, 254:13, 261:9, 263:11, 265:20, 267:3, 267:5
**vascularcentric** [1] - 79:15
**vasculature** [1] - 79:14
**vasculopathic** [1] - 84:3
**vasodilation** [2] - 230:20, 231:4
**vasodilators** [2] - 86:17, 86:19
**vein** [1] - 76:22
**veins** [1] - 256:21
**ventilator** [1] - 233:5
**ventricle** [2] - 76:22, 76:23
**verbatim** [1] - 156:14
**version** [10] - 12:1, 12:3, 12:10, 81:18, 81:21, 146:22, 163:1, 170:10, 174:7, 262:13
**versions** [1] - 257:14
**versus** [10] - 46:8, 74:2, 77:1, 82:4, 135:23, 155:5, 187:22, 196:4, 196:5, 212:10
**vessel** [1] - 76:16
**vessels** [9] - 73:6,

73:8, 77:24, 78:25, 79:1, 79:2, 172:6, 200:22, 200:23
**vice** [4] - 29:16, 29:21, 229:17, 233:18
**victor** [1] - 225:12
**Victor** [1] - 247:20
**video** [25] - 42:14, 42:15, 45:2, 45:20, 45:21, 46:15, 47:18, 47:19, 66:1, 228:20, 229:9, 233:11, 233:17, 233:23, 234:1, 249:24, 250:1, 251:8, 252:18, 253:6, 253:11, 253:16, 253:19, 271:8, 272:23
**videos** [5] - 224:25, 225:20, 226:8, 227:17, 273:2
**view** [5] - 50:22, 53:16, 171:18, 209:18, 212:18
**viewpoint** [1] - 126:21
**views** [1] - 119:13
**Virginia** [3] - 7:15, 68:5, 68:9
**virtually** [1] - 26:4
**vision** [1] - 48:21
**visionary** [1] - 39:1
**visit** [1] - 213:6
**visits** [3] - 191:4, 192:1, 192:3
**vital** [16] - 13:2, 13:4, 99:2, 119:23, 137:18, 144:7, 151:9, 151:20, 151:24, 152:2, 182:20, 259:6, 259:7, 259:11, 259:23, 261:10
**volition** [1] - 177:17
**Volume** [1] - 1:7
**volunteer** [1] - 52:14
**volunteers** [6] - 34:14, 201:13, 201:16, 201:21, 201:25, 202:3
**vs** [1] - 1:5
**vulnerable** [1] - 242:23

## W

**walk** [82] - 18:23, 20:15, 21:24, 106:1, 107:11, 121:11,

121:21, 122:4, 122:6, 122:9, 122:12, 122:25, 137:15, 138:12, 138:22, 139:1, 139:6, 139:21, 140:4, 140:10, 140:13, 140:22, 141:6, 152:8, 152:14, 152:20, 152:22, 153:2, 153:5, 153:7, 153:10, 153:20, 153:22, 154:3, 154:6, 154:10, 155:18, 156:1, 185:21, 185:23, 186:2, 186:4, 186:8, 186:11, 186:14, 186:18, 186:23, 187:8, 188:3, 189:18, 190:5, 190:8, 190:13, 190:17, 191:3, 191:9, 191:14, 192:2, 192:18, 192:21, 194:25, 195:1, 195:2, 195:6, 199:18, 205:18, 207:24, 210:11, 219:5, 219:10, 220:9, 220:19, 221:3, 221:21, 223:14, 258:5, 258:22, 262:6, 262:22, 269:15, 269:21
**walk-to-the-mailbox** [1] - 221:3
**walked** [2] - 21:3, 153:1
**walking** [4] - 187:23, 192:17, 221:8, 221:18
**walks** [1] - 152:23
**wants** [2] - 111:6, 137:3
**warner** [1] - 273:16
**Warner** [1] - 273:21
**warning** [2] - 196:5, 196:7
**watch** [2] - 164:16, 224:22
**Waxman** [50] - 3:14, 18:1, 18:2, 18:4, 18:10, 18:14, 18:24, 19:9, 19:14, 20:1, 20:10, 20:20, 20:23, 20:25, 21:14, 21:20, 21:22, 24:16,

116:16, 127:1, 127:2, 132:10, 147:24, 156:8, 156:11, 172:19, 196:16, 207:7, 219:25, 232:9, 235:20, 236:8, 236:11, 236:14, 239:12, 239:16, 239:17, 239:18, 239:23, 240:15, 240:18, 242:6, 242:8, 243:10, 247:19, 248:16, 269:4, 272:24

**waxman's** [2] - 242:11, 243:23

**ways** [9] - 97:23, 138:12, 138:13, 139:19, 150:5, 187:19, 188:2, 188:3, 189:21

**website** [2] - 11:2, 11:3

**wedge** [1] - 130:24

**wedges** [1] - 130:20

**week** [9] - 101:24, 107:11, 107:12, 114:20, 120:9, 122:9, 122:24, 269:16, 270:4

**weeks** [34] - 20:16, 116:4, 118:2, 118:5, 118:6, 119:24, 120:4, 120:7, 121:12, 121:21, 122:12, 144:7, 144:8, 146:7, 151:10, 152:10, 152:17, 174:21, 175:1, 175:6, 175:12, 182:20, 183:9, 185:21, 186:15, 265:15

**Weeks** [1] - 265:8

**Weidman** [5] - 55:20, 55:23, 56:1, 56:8, 56:12

**weight** [1] - 212:3

**welcome** [2] - 8:3, 141:16

**Well-Studied** [1] - 160:3

**Wertheim** [3] - 7:11, 12:23, 13:20

**whereas** [2] - 117:9, 163:21

**whichever** [1] - 228:5

**white** [6] - 68:24, 73:7, 74:1, 74:10, 74:16,

214:12

**WHO** [20] - 50:1, 50:2, 50:3, 50:12, 50:18, 51:17, 51:18, 52:2, 52:7, 78:15, 229:24, 230:19, 232:4, 232:7, 236:1, 241:13, 242:3, 246:9, 246:11, 249:19

**whole** [6] - 103:18, 177:19, 177:23, 200:21, 230:14, 266:15

**wide** [1] - 131:11

**widely** [1] - 195:21

**WILL** [1] - 1:22

**willfulness** [2] - 204:13, 204:14

**WILLIAM** [1] - 1:19

**Wisconsin** [2] - 253:14, 254:5

**wish** [1] - 218:19

**WITNESS** [26] - 29:5, 55:9, 67:8, 72:16, 74:6, 86:7, 97:22, 98:6, 118:4, 139:13, 162:6, 164:11, 164:17, 166:6, 178:9, 191:5, 191:19, 191:23, 192:4, 192:7, 199:24, 203:22, 231:10, 231:12, 236:3, 253:20

**witness** [11] - 29:7, 41:19, 67:11, 69:20, 125:7, 139:10, 166:8, 202:12, 222:14, 224:24, 237:15

**witnesses** [17] - 20:24, 25:3, 28:16, 225:4, 225:8, 225:10, 225:11, 225:18, 225:21, 225:25, 226:1, 226:3, 226:22, 226:23, 227:1, 227:18, 272:13

**Women's** [3] - 7:12, 235:20, 242:11

**Wood** [2] - 267:3, 267:6

**word** [11] - 10:23, 106:24, 139:22, 143:4, 143:8, 153:4, 153:6, 210:3, 210:5, 210:15, 210:16

**words** [9] - 8:23,

21:15, 47:22, 52:1, 101:6, 101:7, 136:6, 147:17, 148:20

**works** [8] - 19:23, 21:10, 24:17, 24:19, 24:20, 59:9, 137:23, 201:5

**world** [4] - 17:25, 18:15, 23:10, 259:16

**World** [18] - 7:16, 26:25, 27:3, 71:23, 77:17, 80:8, 80:10, 80:17, 111:21, 111:23, 129:4, 129:14, 129:17, 129:19, 129:22, 169:25, 170:6, 170:9

**world's** [1] - 4:8

**worse** [4] - 136:20, 186:8, 266:2, 267:2

**worsening** [5] - 106:7, 106:10, 210:12, 270:12, 270:17

**wraps** [1] - 23:25

**write** [5] - 142:12, 143:13, 143:19, 268:3, 272:2

**writes** [2] - 142:9, 143:9

**writing** [5] - 56:3, 56:7, 56:10, 144:18, 234:18

**written** [11] - 9:25, 12:23, 12:24, 13:1, 13:17, 13:18, 15:5, 26:12, 75:1, 215:6, 243:18

**wrote** [8] - 48:11, 51:19, 127:9, 246:8, 246:10, 247:4, 247:10, 247:16

## X

**xenokidneys** [1] - 38:22

**xenotransplantation** [1] - 32:2

**Xes** [3] - 126:11, 218:3, 218:6

## Y

**year** [13] - 37:6, 65:14, 65:16, 76:2, 76:7, 79:19, 89:14, 95:16, 191:21, 191:22, 191:23, 192:1, 245:20

**years** [19] - 7:20, 8:23, 8:25, 9:14, 20:16, 27:23, 30:5, 30:20, 33:11, 64:22, 64:25, 95:13, 167:18, 170:11, 221:23, 252:16, 254:3, 259:16, 260:6

**yellow** [1] - 77:5

**yesterday** [2] - 8:15, 61:18

**yourself** [8] - 29:15, 57:21, 67:21, 79:22, 208:3, 213:7, 237:5, 247:19

**Yutrepia** [268] - 8:12, 25:19, 27:20, 27:22, 43:7, 43:12, 43:14, 43:17, 43:20, 43:22, 44:5, 44:7, 44:23, 46:1, 52:12, 52:15, 53:18, 53:21, 53:23, 54:11, 54:14, 54:24, 55:2, 55:6, 65:19, 70:10, 92:1, 93:14, 93:15, 93:17, 93:19, 93:21, 93:23, 93:24, 94:3, 94:7, 94:8, 94:12, 94:15, 95:1, 95:7, 95:17, 95:22, 96:23, 97:7, 102:18, 102:20, 103:21, 104:17, 104:18, 105:13, 105:24, 106:5, 106:19, 107:1, 107:2, 107:8, 107:19, 107:21, 109:12, 109:15, 109:21, 111:4, 111:9, 111:14, 113:14, 113:16, 113:19, 114:2, 116:9, 116:13, 117:13, 117:18, 117:19, 117:24, 119:4, 119:10, 119:15, 119:16, 120:21, 120:25, 121:1, 121:14, 121:23, 123:9, 123:10, 123:11, 123:20, 123:24, 123:25, 124:2, 124:5, 125:2, 127:13, 127:14, 127:16, 128:15, 128:17, 129:7, 129:9, 135:13, 136:3, 136:21, 140:16, 140:21,

142:21, 142:24, 143:7, 143:14, 143:19, 145:6, 145:10, 145:13, 146:9, 146:13, 146:15, 146:19, 147:10, 147:13, 147:16, 147:20, 148:9, 148:11, 148:16, 148:19, 148:20, 151:15, 151:17, 151:21, 151:23, 152:2, 153:13, 153:18, 154:2, 154:18, 154:23, 154:25, 155:2, 155:5, 155:12, 155:13, 155:24, 156:12, 156:16, 157:1, 157:8, 158:4, 158:12, 158:13, 158:25, 159:7, 160:2, 160:23, 161:13, 161:20, 162:19, 163:19, 163:20, 173:4, 173:8, 173:9, 173:11, 173:17, 173:25, 174:4, 174:7, 174:13, 175:23, 176:2, 176:4, 176:12, 176:18, 177:2, 177:5, 177:8, 177:19, 177:23, 178:1, 180:13, 180:17, 180:20, 181:1, 181:5, 181:12, 181:15, 181:18, 181:20, 181:22, 181:25, 182:6, 182:8, 182:11, 183:18, 183:25, 184:3, 184:6, 184:10, 184:12, 184:18, 184:19, 184:23, 185:3, 185:7, 185:10, 185:13, 187:2, 187:5, 188:13, 189:17, 190:2, 190:4, 190:9, 190:11, 190:15, 190:20, 190:24, 193:5, 193:7, 193:15, 193:19, 194:4, 194:10, 194:21, 194:22, 195:3, 195:6, 195:13, 195:15,

196:7, 196:10, 196:24, 197:1, 197:3, 197:7, 197:9, 197:11, 198:8, 198:13, 199:18, 200:19, 201:1, 201:20, 201:23, 202:4, 203:7, 203:13, 208:4, 208:5, 209:5, 209:10, 209:15, 210:8, 210:21, 211:5, 211:16, 211:22, 214:6, 214:7, 216:11, 217:9, 219:2, 219:21, 224:15

**Yutrepia's** [3] - 46:6, 46:13, 65:22

## Z

**Zagardeli** [1] - 260:13
**zero** [1] - 122:22
**zone** [5] - 73:23, 131:18, 131:20, 132:4, 132:7
**zoom** [1] - 219:18