1              IN THE UNITED STATES DISTRICT COURT

2             IN AND FOR THE DISTRICT OF DELAWARE

3
        UNITED THERAPEUTICS CORPORATION,    )
4                                           )
        --------------------Plaintiff,      )
5                                           ) Case No.
            vs.                             ) 23-CV-975-RGA
6                                           )
        LIQUIDIA TECHNOLOGIES, INC.,        )
7                                           ) Volume II
        --------------------Defendant.      )
8

9                  TRANSCRIPT OF BENCH TRIAL

10

11       BENCH TRIAL had before the Honorable Richard G.

12   Andrews, U.S.D.C.J., in Courtroom 6A on the 24th of

13   June, 2025.

14

15                      APPEARANCES

16       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
              BY:  MICHAEL FLYNN, ESQ.
17
                        -and-
18
         GOODWIN PROCTER LLP
19            BY:  WILLIAM JACKSON, ESQ.
                  KATIE CHENG, ESQ.
20                ERIC ROMEO, ESQ.
                  ERIC LEVI, ESQ.
21
                        -and-
22
         MCDERMOTT WILL & EMERY
23            BY:  DOUG CARSTEN, ESQ.
                  ART DYKHUIS, ESQ.
24                ADAM BURROWBRIDGE, ESQ.

25                          Counsel for Plaintiff

```
 1    (Appearances continued.)

 2
           SHAW KELLER LLP
 3              BY:  NATHAN HOESCHEN, ESQ.
                     KAREN KELLER, ESQ.
 4
                          -and-
 5
           COOLEY LLP
 6              BY:  SANYA SUKDUANG, ESQ.
                     JONATHAN DAVIES, ESQ.
 7                   PHILLIP MORTON, ESQ.
                     DANIEL KNAUSS, ESQ.
 8                   ROZZI UPTON, ESQ.
                     ANNIE BEVERIDGE, ESQ.
 9                   JORDAN LANDERS, ESQ.
                     RACHEL PRESTON, ESQ.
10                   ROBERT MINN, ESQ.
                     ANDREW LAU, ESQ.
11                   JOHN HABIBI, ESQ.

12                              Counsel for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  So is there some problem I need to
 2   address?
 3              MR. CARSTEN:  Yes, Your Honor.  So as Your Honor
 4   will likely recall, Your Honor limited us to six claims and
 5   Liquidia to four defenses and then issued a subsequent order
 6   that said for purposes of counting obviousness, one counting
 7   is a defense.
 8              THE COURT:  I did.
 9              MR. CARSTEN:  They submitted their election of
10   defenses and then on the same day, Your Honor reversed the
11   magistrate judge's order and struck two of those defenses.
12              THE COURT:  Yes.
13              MR. CARSTEN:  They came back with an amended
14   reduced set of defenses, prior sale, anticipation by the
15   2017 INCREASE protocol, obviousness in view of a combination
16   of Faria-Urbina, the '793 patent, and Saggar 2014 and the
17   written description.
18              THE COURT:  Yes.
19              MR. CARSTEN:  And last night we received a
20   demonstrative to be used with Dr. Channick in which
21   Dr. Channick is rendering an opinion that Faria-Urbina 2018
22   and the '793 patent render Claim 1 obvious.  That's not the
23   same combination that they identified in their election of
24   defenses.  Now --
25              THE COURT:  And I'm sorry, you say the slide is
```

1    Faria-Urbina and what?

2              MR. CARSTEN:  Yes, Your Honor, it's Faria-Urbina

3    and the '793 patent.  It is not the Saggar reference.

4              THE COURT:  So the same combination minus one.

5              MR. CARSTEN:  Yes.  So sort of a lesser included

6    offense, if you have it, that they're arguing.

7              THE COURT:  So what's the problem?  Because

8    presumably them getting -- is that, in fact, what you want

9    to do?

10             MR. KNAUSS:  Yes, Your Honor.  Good morning.

11   David Knauss.

12             THE COURT:  Okay.  Well, so just hold your

13   thought there.

14             MR. KNAUSS:  Sure.

15             THE COURT:  What's the problem with having an

16   obvious combination based on two of the three rather than

17   all three of the three?

18             MR. CARSTEN:  Well, Your Honor has specifically

19   indicated that a single combination is the defense and --

20             THE COURT:  I understand what I indicated, but

21   if they said, okay, it's the three and then they just don't

22   mention the third, they either prove it or they don't prove

23   it.  I mean, something where you knock out one of the three

24   that you're relying on, I don't see how there's the

25   slightest bit of prejudice to you.

1          MR. CARSTEN:  Okay.  Understood, Your Honor.  If

2     that's Your Honor's view on the order, that's fine.  We'll

3     accept that.

4          THE COURT:  Yeah, I mean --

5          MR. CARSTEN:  We do think, Your Honor, though,

6     this is -- we didn't expect to see two defenses get

7     shoehorned into the one single combination, if you'll have

8     it.

9          THE COURT:  I don't understand that remark.

10         MR. CARSTEN:  Well, two does not equal the

11    three.  So I have read -- and Your Honor has issued other

12    orders in similar cases in which A plus B is a defense, A

13    plus B plus C is another obviousness defense.

14         THE COURT:  Right.  But what I'm saying is that

15    A plus B whether or not I believe that A plus B plus C

16    equals offered in good faith is something that basically

17    simplifies things; right?

18         MR. CARSTEN:  Well, they have two -- so their

19    expert has opined for three of the claims it's A plus B plus

20    C, and for the other three claims, only A plus B, not A plus

21    B plus C, and that, I guess --

22         THE COURT:  Well, so that's -- when I do these

23    orders and I say you're limited to one combination, it's

24    essentially one combination per claim.  Because I have

25    dependent claims that, you know, sometimes one combination

1    doesn't fit all.  So having A plus B plus C, okay, this is

2    not really simplifying anything, but I don't think it's also

3    causing you any prejudice.  At least on the other three it

4    makes all of our lives at least slightly easier.

5              MR. CARSTEN:  Okay.  Very well, Your Honor.

6    Understood.

7              THE COURT:  All right.

8              MR. CARSTEN:  Thank you.

9              THE COURT:  Well, thank you, Mr. Carsten.

10             All right.  So charge that time to the

11   plaintiff.

12             Are we ready to go?

13             MR. MORTON:  Yes, Your Honor.  Phil Morton on

14   behalf of Liquidia.  Our plan this morning was to finish the

15   deposition video of Dr. Saggar, it's about half an hour in

16   two volumes, and then we would call Dr. Laliberte.

17             THE COURT:  Okay.  Well, let's go then with more

18   depo of Dr. Saggar.  This is Dr. Rajan Saggar, right?

19             UNIDENTIFIED SPEAKER:  That's correct, Your

20   Honor.

21             MR. MINN:  Good morning, Your Honor.  Robert

22   Minn for Liquidia Technologies.  May I approach?

23             THE COURT:  All right.

24             MR. MINN:  Your Honor, we'll now hear from the

25   second deposition of Dr. Saggar taken on November 20, 2024,

1    by UTC.

2              THE COURT:  Is there a third one too?

3              MR. MINN:  Yes, Your Honor, there is a third

4    one.

5              THE COURT:  Okay.  I mean, but -- because

6    there's a third deposition, so basically I saw part of one

7    deposition yesterday, and now I'm going to see parts of two

8    more depositions?

9              MR. MINN:  Yes, Your Honor.

10             THE COURT:  Oh, okay.  All right.

11             MR. MINN:  In the second deposition, Dr. Saggar

12   discusses his relationship with Liquidia and also discusses

13   his idea to treat PH-ILD patients with inhaled treprostinil.

14             And the deposition runs for a total of 9 minutes

15   35 seconds:  3 minutes, 56 seconds allotted to defendants

16   and 5 minutes, 39 seconds allotted to plaintiffs.

17             THE COURT:  All right.

18             (The video started.)

19   BY THE ATTORNEY:

20   Q.    There's a heading for Related Clinical Trials.

21             The second item listed, is that a Liquidia

22   study?

23   A.    I believe it is.

24   Q.    It says:  "An open label perspective multicenter

25   study to evaluate safety and tolerability of dry powder

```
 1    inhaled treprostinil NPH."
 2              Is that the -- is that known as the ASCENT
 3    study?
 4    A.    Yes.
 5    Q.    And what's your role in that study?
 6    A.    I'm the primary investigator.
 7    Q.    Is there a steering committee for that study?
 8    A.    Yes.
 9    Q.    Are you on the steering committee?
10    A.    Yes.
11    Q.    You have a brother named Rajeev Saggar; correct?
12    A.    Correct.
13    Q.    And he's the chief medical officer at Liquidia?
14    A.    That's correct.
15    Q.    Do you know when he took on the role of chief medical
16    officer at Liquidia?
17    A.    Somewhere between two and two and a half years, if I
18    had to guess.
19    Q.    Okay.  So it's sometime after your brother became the
20    chief medical officer at Liquidia that you entered into the
21    agreement with Liquidia to become the principal investigator
22    for this ongoing ASCENT study?
23    A.    Correct.
24    Q.    Exhibit 20 is -- has a Liquidia logo and it says:
25    "Consulting Agreement For Healthcare Professionals."
```

```
 1                The production number is LIQ_PH-ILD_00133871?
 2    A.      Correct.
 3    Q.      And this is -- the service provider consultant
 4    information is Rajan Saggar, M.D.
 5                That's you; correct?
 6    A.      Correct.
 7    Q.      You've been a consultant for United Therapeutics
 8    since at least 2007.  And in 2021, still a consultant for
 9    United Therapeutics; right?
10    A.      Correct.
11    Q.      At the same time, you're talking to Liquidia and
12    entering into this agreement in 2021; correct?
13    A.      Correct.
14    Q.      Let's go to another document.  This will be
15    Exhibit 23, "Executive Summary of Pulmonary Arterial
16    Hypertension PAH Expert Input Meeting Physicians, Liquidia
17    Technologies, Inc.," and has production number
18    LIQ_PH-ILD_00113964.
19                And then on page 4, do you see, Dr. Saggar, that
20    you are identified as an advisor for Liquidia in the upper
21    right quadrant of the table that's shown on that page?
22    A.      Yes.
23    Q.      And the top of that says:  "The roster of the
24    advisories in the listing for the participating Liquidia
25    team members appear immediately below."
```

1          Do you see that text above the chart and table?

2   A.    Yes.

3   Q.    And then the cover page reflects that this was an

4   expert input meeting for Liquidia, expert input meeting with

5   physicians on May 27, 2020?

6   A.    Yes.

7   Q.    Did you attend this meeting on May 27, 2020?

8   A.    It appears I did.

9   Q.    Do you have any reason to doubt that if the document

10  reflects that you attended a meeting on May 27, 2020, that

11  you actually did attend that meeting?

12  A.    No.

13  Q.    So this would be Exhibit 24.  Liquidia Corporation,

14  Liquidia Steering Committee meeting, November 30, 2022,

15  Bates number LIQ_PH-ILD_00116494.

16         And are these the steering committee meeting

17  slides from November 30, 2022?

18  A.    It looks like it.

19  Q.    And then on slide 3, you were a meeting participant

20  as an advisor at the November 30, 2022 meeting; correct?

21  A.    Yes.

22  Q.    Do you recall whether you had any discussion about

23  characteristics of Yutrepia that may or may not distinguish

24  it from United Therapeutic's product Tyvaso?

25  A.    At this meeting?

1   Q.      Yes.

2   A.      Well, I'm sure we discussed it.

3   Q.      Do you recall identifying any characteristics of

4   Yutrepia that would distinguish it in comparison to United

5   Therapeutic's products?

6   A.      I'm not sure if that was discussed.

7   Q.      As part of the discussion, do you recall saying that

8   it was important to identify which characteristics of

9   Yutrepia would distinguish it from United Therapeutic's

10  product in the eyes of the physicians and patients?

11  A.      No, I would not say that.

12  Q.      In your view, the concept of using treprostinil in

13  patients with PH-ILD, no one had thought about that until --

14  until you and some others have; is that what you're saying?

15  A.      No.  Let me be clear.  We thought of the idea of

16  using treprostinil in PH-ILD.  That's what led to the case

17  report that was published in 2009.  We went to United

18  Therapeutics and said, "Treprostinil works in PH-ILD.  Let's

19  study this."  This was our idea, not United Therapeutics'

20  idea.  That's a fact.

21  Q.      When you say "we," who are you referring to?

22  A.      Well, we at UCLA, particularly me and Rajeev and

23  others in the PH-ILD space at that time that were less

24  involved, but a group at UCLA.

25  Q.      Do you feel like the INCREASE study somehow took your

1    idea to treat PH-ILD patients with treprostinil?

2    A.    No.  Listen, I -- I'm all about getting drugs to the

3    patients that work.  We definitely had a lot to do with

4    people understanding the role of treprostinil in this PH-ILD

5    world.  I don't -- I'm happy that INCREASE is successful.

6    I'm happy that patients are getting, you know, a good drug

7    for their ailment.  It's just that I want to make it clear

8    that -- because you asked me about where the idea came from.

9    This is very clearly an idea we established at UCLA.

10   Q.    You don't have any publications on the use of -- any

11   use that you say you had of Tyvaso in PH-ILD patients?

12   A.    No.

13   Q.    So there's no document that you've given to Liquidia

14   or to United Therapeutics, for that matter, in connection

15   with this case reflecting a protocol for prescribing Tyvaso

16   to PH-ILD patients?

17   A.    No.

18   Q.    What I'm trying to understand here is -- one of the

19   things, Dr. Saggar, is you just said you were proposing a

20   trial for almost a decade by this point and -- sorry.  You

21   just nodded.  So I'm right so far; correct?

22   A.    Correct.

23   Q.    You were not involved in the planning or execution

24   capacity with the INCREASE study?

25   A.    That's correct.

1    Q.    And the INCREASE study ultimately led to the approval

2    of Tyvaso and Tyvaso DPI for a PH-ILD indication?

3    A.    Correct.

4    Q.    Do you recall early in your deposition today

5    referring to the use of treprostinil in PH-ILD to be the

6    standard of care at UCLA?

7    A.    Yes.

8    Q.    Do you know what dose of Tyvaso you were using

9    off-label for treatment of PH-ILD?

10   A.    Yes.  On those days, we were limited or at least the

11   literature was limited to nine breaths, four times a day,

12   perhaps up to 12 breaths four times a day.  But most of us

13   weren't pushing it past that dose.  And that also created a

14   problem because we would see the clinical improvement on

15   Tyvaso, for instance, but then we'd run out of room to

16   continue to go up on the drug.

17            And that also made us transition some of those

18   patients from inhaled to, you know, IV or subcutaneous

19   delivery systems because we could have a much broader range

20   of dosing, and as you know today, there's no limitation on

21   the dosing label for Tyvaso in PH-ILD, either DPI or the

22   nebulized variety.

23            (The video ended.)

24            MR. MINN:  Your Honor, we would like to move

25   into evidence PTX 190 which corresponds to Exhibit 3 in the

deposition, PTX 207 corresponding to Exhibit 20, PTX 210

corresponding to Exhibit 23, and PTX 211 corresponding to

Exhibit 24.

MR. CARSTEN:  No objection, Your Honor.

THE COURT:  Admitted without objection.

(Thereupon, Plaintiff's Exhibits PTX 190, PTX

207, PTX 210, PTX 211 were admitted.)

MR. MINN:  Next, Your Honor, you will hear from

the third deposition of Dr. Rajan Saggar taken on April 11,

2025 at UTC.  The deposition is a total of 21 minutes,

14 seconds, 10 minutes, 47 seconds allotted to the

plaintiffs and 10 minutes, 27 seconds allocated to the

defendants.  Dr. Rajan Saggar talks about several of his

previous publications.

(The video started.)

BY THE ATTORNEY:

Q.    Let's turn to the next -- set that one aside

virtually.  Let's turn to the next exhibit.  I think the

file name, Dr. Saggar, is Exhibit 46.  Exhibit 46 has

actually been previously marked at your previous deposition

as Exhibit 33.  Do you have that file open in front of you,

sir?

A.    I do.

Q.    Can you see it's labeled as DX 33 or Exhibit 33 at

the top?

1   A.    Yes.

2   Q.    And Exhibit 33 is a transcript of a podcast entitled

3   "I'm Aware That I'm Rare," Rajan Saggar, M.D., 463; correct?

4   A.    Yes.

5   Q.    Next, you can look at Exhibit 47.  I'm just going

6   to -- we'll look at three at once and then I have follow-up

7   questions.  Do you have Exhibit 47?

8   A.    I do.

9   Q.    Exhibit 47 is a YouTube page for the same April 8,

10  2024, "I'm Aware That I'm Rare" podcast that you had

11  ordered; correct?

12  A.    Yes.

13  Q.    So this is a certified transcript that we have

14  prepared of your podcast.  And it's -- you can see that on

15  the last page, there is a certification from the court

16  reporter that prepared this transcript.  Do you see that?

17  A.    I do.

18  Q.    Okay.  So this is a certified transcript of your

19  podcast; correct?

20  A.    Yes.

21  Q.    Do you see that Exhibit 48 -- this is the YouTube

22  page for your podcast?

23  A.    Yes.

24  Q.    Okay.  And I think I asked this before, but just in

25  connection with this exhibit, do you have any reason to

1    believe that phaware did not upload an accurate recording of

2    your podcast?

3    A.    No.

4    Q.    Yeah.  Page 4?

5    A.    Okay.

6    Q.    Your transcript states:  "We used a pulmonary

7    hypertension medication to try to work on the pulmonary

8    hypertension complicating this lung tissue problem.  Now

9    that's it's FDA-approved, it's the first medication that's

10   now approved in this particular type of pulmonary

11   hypertension, which is cool."

12           Did I read that correctly?

13   A.    You did.

14   Q.    And, again, just confirming you were referring there

15   to the approval of Tyvaso for PH-ILD?

16   A.    Correct.

17   Q.    So if we go back to the previous paragraph, it starts

18   with "it turns out."  Do you see that?

19   A.    I do.

20   Q.    You say, "It turns out that for years, we've tried to

21   use different medications to try to treat that type of

22   pulmonary hypertension, specifically complicating the lung

23   tissue diseases."

24           Did I read that correctly, sir?

25   A.    You did.

1    Q.      And in that sentence, you were referring to you

2    trying to use different medications to treat PH-ILD and

3    PH-COPD?

4    A.      Yes.

5    Q.      Next, you state that:  "And our attempts have failed

6    several times over.  However, there is a recent arrival of a

7    medication that we also use in regular pulmonary

8    hypertension."

9            Do you see that, sir?

10   A.      Yes.

11   Q.      And in that language with the "recent arrival of a

12   medication," you were also referring to Tyvaso for PH-ILD?

13   A.      Correct.

14   Q.      And then the last sentence of that paragraph, you

15   say, "Luckily, it actually did work in patients who

16   specifically have this lung tissue problem, this

17   interstitial lung disease or fibrosis or scarring of the

18   lung complicated by pulmonary hypertension."

19           And that sentence, again, you're referring to

20   the fact that Tyvaso does work for PH-ILD; correct?

21   A.      Correct.

22   Q.      So Exhibit 49 is entitled "Pulmonary Hypertension

23   Complicating Interstitial Lung Disease and COPD"; correct?

24   A.      Correct.

25   Q.      And Exhibit 49 is a paper written by six authors,

1    including yourself; correct?

2    A.    Correct.

3    Q.    Was this paper peer-reviewed?

4    A.    Good question.  I don't think so.

5    Q.    And your abstract states that "In general,

6    PH-specific therapies in this setting have been poorly

7    studied with concern for increased shunting and/or

8    ventilation, perfusion, V/Q mismatch and result in

9    hypoxemia."

10                Correct?

11   A.    Correct.

12   Q.    That was a correct statement you made in your 2013

13   paper?

14   A.    Yeah.  At the time, it was a reasonable statement.

15   Q.    And it was a correct statement; correct?

16   A.    Well, I don't think it turns out to be correct, but

17   at the time, that's what we thought.  That's what we wrote.

18   Q.    The second sentence there, you say, "These therapies

19   have been well studied in Group 1 PAH, but data regarding

20   their use in Group 3 IPF-associated-PH and Group 5

21   sarcoidosis PLCH and LAM-PH limited to small nonrandomized

22   studies."

23   A.    Correct.

24   Q.    The contrast you're drawing in this sentence is

25   whereas there were therapies including treprostinil had been

1    well studied in Group 1 PAH, the data was limited for

2    Group 3 including PH-ILD for small studies that were not

3    controlled or randomized?

4    A.    Yes.

5    Q.    And you say, "The guidelines discourage the use of

6    these agents due to the lack of data demonstrated in the

7    efficacy and safety concerns"; correct?

8    A.    Correct.

9    Q.    You can turn the page to the very next page, page

10   603.  And then in the left-hand column, at the bottom,

11   there's a paragraph that starts with "in summary."  Do you

12   see that?

13   A.    Yes.

14   Q.    And in Exhibit 49, your 2013 paper, the summary point

15   you made is that:  "In summary, the role of medical

16   pharmacotherapy for IPF-PH has not been well studied and

17   remains controversial.  Additional studies are required to

18   determine if some subsets of IPF patients with PH may

19   benefit from PH-specific therapy."

20            Did I read that correctly?

21   A.    You did.

22   Q.    And then your reference in the second line of that

23   paragraph, the IPF-PH, that's a type of PH-ILD?

24   A.    Correct.

25   Q.    And IPF-PH is actually the most common type of

1    PH-ILD; correct?

2    A.      Yes.

3    Q.      Exhibit 50 is entitled "Idiopathic Pulmonary Fibrosis

4    Epidemiology, Clinical Features, Prognosis, and Management";

5    correct?

6    A.      Correct.

7    Q.      And Exhibit 50 is a 2016 paper that you wrote with

8    several other authors and published in seminars of

9    respiratory and critical care medicine; correct?

10   A.      Correct.

11   Q.      Was this paper peer-reviewed?

12   A.      No.

13   Q.      And then we talked earlier about your process for

14   reviewing papers on which you're an author where you confirm

15   that paper contents are accurate and correct, and you

16   followed that process for Exhibit 50 as well; right?

17   A.      Yeah, but not for this paper.  I was not the senior

18   author on this paper.  I was an author and part of the

19   group.  My involvement in this paper was minimal.

20   Q.      Do you have any reason to doubt the accuracy of this

21   paper?

22   A.      I don't know.  I haven't read it in a long time, so

23   we can go through it and I can tell you.

24   Q.      It's possible you might have signed on to it with

25   inaccuracies and published that in 2016?

```
 1   A.      Yeah.   You have different responsibilities as authors

 2   on different papers.   So my responsibilities here were

 3   different as a -- yeah, not a first and not a senior author.

 4   Q.      Okay.  So on page 346 --

 5   A.      Yes.

 6   Q.      -- it cites some reference to 306, which is the Shino

 7   2013 paper we looked at earlier; correct?

 8   A.      Correct.

 9   Q.      And your next sentence, you state:  "The role of

10   PAH-specific agents such as prostacyclin analogues,

11   phosphodiesterase inhibitors, and/or ET1 receptor

12   antagonists is controversial."

13           Did I read that correctly?

14   A.      You did.

15   Q.      And the PAH-specific agents such as prostacyclin

16   analogues, that prostacyclin analogues includes

17   treprostinil?

18   A.      Correct.

19   Q.      And, again, similar to the previous paper, you make

20   the statement next that:  "Guidelines discouraged the use of

21   these agents due to lack of data demonstrating efficacy,

22   safety concerns, and expense."

23           Correct?

24   A.      Correct.

25   Q.      If you keep going in that same paragraph towards the,
```

1  I'll say, one, two, three, four, five, six -- six or seven

2  lines from the bottom, it starts:  "In summary, the role of

3  medical pharmacotherapy for IPF-PH has not been well studied

4  and remains controversial."

5            Do you see that?

6  A.    Yes.

7  Q.    Exhibit 51 is entitled, "Pulmonary Hypertension

8  Related to Chronic Obstructive Pulmonary Disease and Diffuse

9  Parenchymal Lung Disease."

10           The authors are Drs. Tseng, Stanziola, Sultan,

11 Henry, Rajeev Saggar, and Rajan Saggar.

12           Do I have that correct, sir?

13 A.    Yes.

14 Q.    And Rajan Saggar, that's you as an author on this

15 paper as a list -- listed and more senior author?

16 A.    Yes.

17 Q.    So Exhibit 51 was published in *Heart Failure Clinics*

18 in 2018; correct?

19 A.    Correct.

20 Q.    So on page 409 on the right-hand column towards the

21 top, there's a heading called "Treatment."

22           Do you see that?

23 A.    Yes.

24 Q.    It says:  "There is limited evidence supporting the

25 use of PH-specific therapy in COPD and DPLD"; correct?

1   A.      Yes.

2   Q.      And DPLD, is that diffuse parenchymal lung disease?

3   A.      Yes.

4   Q.      And that includes interstitial lung disease, or ILD?

5   A.      Yes.

6   Q.      So Exhibit 52 -- well, what's the title of

7   Exhibit 52?

8   A.      It's *Il Buono, Il Brutto, Il Cattivo*."

9   Q.      Okay.  And this is a -- and you say that in the last

10  paragraph of this one-page document that that means the

11  good, the bad, and the ugly; is that right?

12  A.      Yes.

13  Q.      And this Exhibit 52 was published in September of

14  2014 in the Thorax journal?

15  A.      Yes.

16  Q.      Okay.  And again, this manuscript in the top right in

17  that paragraph at the end is referring to 2014 Thorax paper?

18  A.      Yes.

19  Q.      And then a few lines down, you say:  "However, and

20  most critically, the central premise of this manuscript

21  remains simply that the advanced PF phenotype may be

22  particularly receptive to PH-targeted therapy and this PH

23  subset ought to be considered in future clinical studies."

24          Did I read that correctly?

25  A.      You did.

1    Q.    And then the last paragraph here, it starts with "The

2    good, the bad, and the ugly."

3            Do you see that?

4    A.    I do.

5    Q.    And your conclusion there is that:  "We hope the

6    results, good, bad, and ugly, of this small but important

7    study in 2014 will set the stage for the design of a future

8    clinical trial that hopefully utilizes the management of

9    patients with PH-ILD"; correct?

10   A.    Correct.

11   Q.    Okay.  And then let's go to Exhibit 51.  And this is

12   the Tseng paper published in 2018; correct?

13   A.    Yes.

14   Q.    So was this the one that you, as the senior author,

15   carefully reviewed for accuracy before it was published?

16   A.    Yeah.  I mean, you know, since you've asked me a lot

17   of these questions about me and my involvement, let me just

18   be frank with you.

19           So these are not peer-reviewed articles, as I

20   mentioned earlier.  So the *Seminars in Respiratory and*

21   *Critical Care Medicine* is a journal run by Dr. Joseph Lynch.

22   He actually manages and is the main editor of that journal.

23           So these are not peer-reviewed articles, number

24   one.  So, number two, that means that you have the capacity

25   to write what you want.  And my involvement in these

1    articles, whether I'm a senior author or not, depends on how

2    much I was involved.  And each one is very different.

3            This particular article I did extremely little

4    on, if anything.  That's just the truth.  So these articles

5    are not -- their integrity is not that of a peer-reviewed

6    journal so -- because you've asked me several questions

7    about these and I just want to make that point.

8    Q.    Why was the Saggar 2014 publication important?

9    A.    So as we -- I think, previously in the prior

10   depositions, I stated that while there were no clear avenues

11   for treating PH-ILD in terms of medications that were

12   available prior to 2010, in that era, and we clearly needed

13   something to help these patients.

14           And as I mentioned before, you know, we were --

15   we particularly, at our institution, are interested in

16   trying to treat that type of pulmonary hypertension,

17   specifically PH-ILD, in the context of transitioning to a

18   lung transplant.

19           And it was clear to us that -- or at least we

20   hypothesized that treating that type of pulmonary

21   hypertension would improve the chances of getting to a lung

22   transplant without dying and also improve the outcomes after

23   lung transplant.

24           So that's what -- eventually, that kind of

25   construct is, essentially, what led to our 2014 publication,

1    which was, essentially, accrual of patients in that context

2    and therapy with parenchymal treprostinil.

3                So to answer your question, we proved in our

4    minds, despite it being an open label study, that this

5    medication was -- this molecule, treprostinil, was highly

6    beneficial for PH-ILD.

7                And then when the drug was approved,

8    specifically inhaled treprostinil, in -- for PAH in 2009, we

9    had the opportunity to start using it in the inhaled form,

10   given some of the initial experience that we had with the

11   parenchymal form.

12               So I think it set the stage for what eventually

13   was the INCREASE study and the eventual FDA approval for

14   Tyvaso for PH-ILD.

15   Q.    Are you familiar with a publication referred to as

16   the Agarwal 2015 publication?

17   A.    Yes.

18   Q.    Are you familiar with a publication that's been

19   referred to as Faria-Urbina 2018?

20   A.    Yeah, both those references are to the Mass General

21   group's work with inhaled treprostinil in PH-ILD and

22   PH-COPD.

23   Q.    And what was the significance of the results of the

24   Agarwal and Faria-Urbina publications?

25   A.    The Agarwal manuscript was an abstract.  And the

1    other manuscript you mentioned was actually a publication,

2    but it's on the same dataset.

3              So, you know, again, it was not just us, but

4    other groups, in this case the Mass General group, where --

5    had already realized the advantages of -- or the merit, I

6    should say, of inhaled treprostinil in PH-ILD in that 2015

7    and I think 2018 work.

8    Q.    Did those manuscripts encourage the use of inhaled

9    treprostinil for the treatment of PH-ILD?

10   A.    Yeah, I think there's -- when we go to these

11   conferences and we see these types of abstracts, that

12   certainly motivates people.  That's why they have these

13   large meetings, to sort of share early data, which is what

14   the 2015 abstract was, I believe at the ISHLT, which is the

15   lung transplant conference that they have yearly.  And then,

16   of course, in 2018, it was actually published.  But

17   obviously, everyone was familiar with the work that was

18   being done.

19             You know, when an article gets published,

20   there's, obviously, often years that go into that type of

21   work and people are aware of it.  And I can -- I'm sure, you

22   know, it encouraged the people to use treprostinil either in

23   its inhaled form or parenchymally for -- in consideration of

24   PH-ILD.

25   Q.    I'm going to take you now to Exhibit 49, we've been

1    discussing this morning, which is the Shunow paper.

2    A.    Yes.

3    Q.    Now the date, again, of this publication is 2013;

4    correct?  Exhibit 49.

5    A.    Yes.

6    Q.    And that's prior to the publication of Agarwal 2015;

7    correct?

8    A.    Correct.

9    Q.    And it was prior to the publication of Faria-Urbina

10   2018; correct?

11   A.    Yes.

12   Q.    Very quickly taking Exhibit 50, the Lynchman

13   abstract --

14                 (The video paused.)

15                 MR. CARSTEN:  Excuse me, Your Honor.  Could we

16   pause this for a moment?  I think the court reporter is

17   trying to get her headset on.

18                 THE COURT:  All right.  Can you pause for a

19   minute?

20                 MR. CARSTEN:  My apologies, Your Honor.

21                 THE COURT:  No, no.  Thank you, Mr. Carsten.

22                 THE REPORTER:  I'm sorry.  Thank you.

23                 (The video started.)

24   BY THE ATTORNEY:

25   Q.    -- this was published in 2016; correct?

```
 1    A.      Yes.

 2    Q.      Very quickly taking you now to Exhibit 50, the

 3    Lynchman manuscript.  Let me know when you're ready.

 4    A.      I'm ready.

 5    Q.      This is published in 2016; correct?

 6    A.      Yes.

 7    Q.      That's prior to the publication of the Faria-Urbina

 8    2018 publication?

 9    A.      Correct.

10                   (The video ended.)

11                   MR. MINN:  Your Honor, we would like to enter

12    into evidence PTX 220, which corresponds to Exhibit 33 in

13    the deposition; PTX 229, corresponding to Exhibit 46; PTX

14    230, corresponding to Exhibit 47; and PTX 231, corresponding

15    to Exhibit 48; PTX 232, corresponding to Exhibit 49;

16    PTX 233, corresponding to Exhibit 50; PTX 234, corresponding

17    to Exhibit 51; and PTX 235, corresponding to Exhibit 52.

18                   MR. CARSTEN:  No objection, Your Honor.

19                   THE COURT:  All right.  Admitted without

20    objection.

21                   (Thereupon, Plaintiff's Exhibits PTX 220,

22    PTX 229, PTX 230, PTX 231, PTX 232, PTX 233, PTX 234,

23    PTX 235 were admitted.)

24                   MR. MINN:  Thank you, Your Honor.

25                   MR. MORTON:  Good morning, Your Honor, Phillip
```

 1    Morton on behalf of Liquidia.  The next witness is Dr. Kevin

 2    Laliberte.  A bit of housekeeping before we start.

 3              May we proceed and treat him as a witness

 4    identified with an adverse party under Federal Rule of

 5    Evidence 611(c)?

 6              THE COURT:  If I see him giving you difficulty,

 7    you can renew your request, but don't start out that way.

 8              MR. MORTON:  Okay.  If he is not treated as an

 9    adverse witness under 611(c), will UTC's cross be limited in

10    scope if I'm correct?

11              THE COURT:  Let's just see how things go with

12    you first.

13              MR. MORTON:  Okay.  Thank you.

14              THE COURT:  But in terms of -- but they can go

15    beyond the scope of your direct because we're only having

16    him testify once.  So if they've got additional things --

17    but you'll have a chance on redirect in that regard.

18              MR. MORTON:  Okay.  Thank you, Your Honor.

19              We call Dr. Kevin Laliberte.

20              THE COURTROOM DEPUTY:  Please state and spell

21    your full name for the record.

22              THE WITNESS:  Kevin John Laliberte, K-E-V-I-N,

23    J-O-H-N, L-A-L-I-B-E-R-T-E.

24                        KEVIN LALIBERTE,

25              called as a witness on behalf of the

1               Defendant, was sworn, and testified

2               as follows:

3

4                   MR. SUKDUANG:  May I approach, Your Honor.

5                   THE COURT:  Sure.

6                           DIRECT EXAMINATION

7    BY MR. MORTON:

8    Q.    Good morning.

9    A.    Good morning.

10   Q.    Did you previously work at UTC?

11   A.    Yes.

12   Q.    When did you work at UTC, Dr. Laliberte?

13   A.    Between 2003 and 2017.

14   Q.    And when you left UTC, what was your position at that

15   point in time?

16   A.    Senior vice president, product development and

17   clinical operations.

18   Q.    What were your respondents in that role?

19   A.    Oversaw all development activities across the

20   spectrum of molecules under development.

21   Q.    Did you have responsibility for treprostinil

22   development programs?

23   A.    Yes.

24   Q.    Did you supervise an individual by the name of

25   Allison Lim?

Laliberte - Direct

1    A.    Yes.

2    Q.    What was her role?

3    A.    She was the product development lead for inhaled

4    treprostinil.

5    Q.    Can we bring up DTX 285, please, and pull that up in

6    your binder.

7          What is DTX 285?

8    A.    It is an e-mail forwarded from Dean Bunce, which had

9    another e-mail at the bottom from Allison Lim titled "Tyvaso

10   WHO Group 3 Summary."

11   Q.    And you're a recipient of the e-mail from Allison

12   Lim?

13   A.    Yes.

14   Q.    This e-mail, what is it describing?

15   A.    It is describing a follow-up.  It's a follow-up

16   e-mail to a meeting regarding the use of Tyvaso in WHO

17   Group 3.  And there is a series of summarized action plans

18   below in the bullet.

19   Q.    And this was a meeting you attended, Dr. Laliberte?

20   A.    I do not recall if I attended that meeting.

21   Q.    Do you see where in the last sentence of the first

22   paragraph Ms. Lim writes:  "I will be in touch shortly to

23   schedule a follow-up meeting with Dr. Waxman"?

24   A.    Yes, I do.

25   Q.    And after this e-mail, did you have follow-up

1    meetings with Dr. Waxman?

2    A.    A follow-up meeting, yes.

3    Q.    You had a follow-up meeting with Dr. Waxman to

4    discuss Tyvaso and PH-ILD?

5    A.    Not specifically that.

6    Q.    Did you attend any meetings with Dr. Waxman where

7    the use of Tyvaso in PH-ILD was discussed?

8    A.    Yes, PH -- WHO Group 3 PH.

9    Q.    Which is PH-ILD?

10    A.    That's one component of WHO Group 3.

11    Q.    Do you recall your deposition taken in this matter?

12    A.    I'm sorry?

13    Q.    Do you recall having your deposition taken in this

14    matter?

15    A.    Yes.

16    Q.    Can we pull up page 73 of his transcript.

17          You were asked a question at line 73 -- or

18    sorry, page 73, line 24:  "Did you attend meetings with

19    Dr. Waxman where use of Tyvaso in PH-ILD was discussed?"

20          And your answer was:  "Yes."

21    A.    Yes.

22    Q.    Did you give that testimony?

23    A.    Yes.

24    Q.    At that meeting, did Dr. Waxman present the results

25    of a retrospective study that we conducted with inhaled

1    treprostinil in Group 3 PH patients?

2    A.    Yes.

3    Q.    And that study that he was presenting the results on,

4    who was the first author of that study?

5    A.    Agarwal.

6    Q.    Did Dr. Waxman present potential design elements of a

7    future study on Tyvaso in WHO Group 3 patients at the

8    follow-up meeting?

9    A.    At the follow-up meeting, this current meeting?

10   Q.    The meeting we're discussing, yes.

11   A.    I do not recall if Dr. Waxman presented those slides.

12   Q.    Can we pull up Mr. Laliberte's depo transcript,

13   page 74.

14               You were asked at line -- page 74, line 7 --

15               MR. DYKHUIS:  It's improper impeachment.

16               THE COURT:  Overruled.

17   BY MR. MORTON:

18   Q.    Dr. Laliberte, at line 7, you were asked the

19   question:  "What was discussed in those meetings?"

20               And your answer was:  "Dr. Waxman presented

21   results from a retrospective study which was conducted with

22   inhaled treprostinil in WHO Group 3 PH."

23               Next question:  "What else?"

24               "Potential design elements of a future study."

25               The next question:  "A future study involving

1        use of Tyvaso in WHO Group 3."

2                   And your answer was:  "Yes."

3                   Did you give that testimony?

4    A.    Yes.

5    Q.    Okay.

6    A.    Yes.

7    Q.    Was UTC interested in moving forward with using

8    Tyvaso and PH-ILD based on data that UTC was aware of from

9    Dr. Waxman and Dr. Agarwal?

10   A.    I'm sorry.  Can you repeat the question.

11   Q.    Was UTC interested in moving forward with using

12   Tyvaso in PH-ILD based on data that UTC was aware of from

13   Dr. Waxman and Dr. Agarwal?

14                  MR. DYKHUIS:  Objection, Your Honor.  Leading.

15                  THE COURT:  Overruled.

16                  THE WITNESS:  I'm sorry.  Repeat the question

17   again.

18   BY MR. MORTON:

19   Q.    Was UTC interested in moving forward with using

20   Tyvaso in PH-ILD based on data that UTC was aware of from

21   Dr. Waxman and Dr. Agarwal?

22   A.    I can't comment on UTC's decision.

23   Q.    Was UTC's management interested in moving forward

24   with Tyvaso's use in PH-ILD?

25   A.    I can't comment on management's opinion.

1    Q.    Can we pull up Mr. Laliberte's deposition transcript

2    at page 29.

3            At line 20, you were asked the question:  "Why

4    was management interested in moving forward with Tyvaso use

5    in PH-ILD?"

6            And your answer was:  "Based on some preliminary

7    data that was available in PH-ILD with inhaled

8    treprostinil."

9            Did you give that answer?

10   A.    Yes.  Your question was Group 3 PH, I believe.

11   Q.    No.  My question was PH-ILD.

12           MR. MORTON:  I'd like to enter into evidence

13   DTX 285.

14           MR. DYKHUIS:  No objection.

15           THE COURT:  All right.  Admitted without

16   objection.

17           (Thereupon, Defendant's Exhibit DTX 285 was

18   admitted.)

19   BY MR. MORTON:

20   Q.    Did you have any discussions with Dr. Rajan Saggar

21   and Dr. Rajeev Saggar regarding data they published on

22   parenteral treprostinil PH-ILD?

23   A.    Did I have discussions?  Is that the question?

24   Q.    Yes.

25   A.    In parenteral treprostinil, I do not recall.

1    Q.     Can we pull up Mr. Laliberte's transcript at page 37,

2    line 23.

3               You were asked the question:  "What prompted

4    your discussion with the Saggars about oral treprostinil to

5    treat PH-ILD?"

6               Answer --

7               MR. DYKHUIS:  Your Honor, objection again.

8    These are improper impeachment.  I don't think he's

9    established any inconsistent testimony.

10              THE COURT:  It's hard to know until he answers

11   the question.  I'm going to overrule it on that basis.

12   BY MR. MORTON:

13   Q.     You were asked the question:  "What prompted your

14   discussion with the Saggars about oral treprostinil to treat

15   PH-ILD?"

16              Your answer was:  "Their previous experience

17   with parenteral treprostinil in PH-ILD."

18              Correct?

19   A.     Correct.

20              MR. MORTON:  I pass the witness.

21              THE COURT:  All right.  Is it Dykhuis?

22              MR. DYKHUIS:  Yes.  Thank you.

23                        CROSS-EXAMINATION

24   BY MR. DYKHUIS:

25   Q.     Mr. Laliberte, you were asked some questions about

1    meetings with Dr. Waxman.  Do you recall that?

2    A.    Yes.

3            THE COURT:  And I'm sorry.  Are you

4    Dr. Laliberte or Mr. Laliberte?

5            THE WITNESS:  I'm not a physician, but I am a

6    doctor of pharmacy.

7            THE COURT:  Why don't we call him doctor.

8    That's what we do here.

9            MR. DYKHUIS:  If I may, Your Honor.

10   BY MR. DYKHUIS:

11   Q.    Dr. Laliberte, do you prefer mister or doctor?

12   A.    Doctor is fine.

13   Q.    Okay.  Thank you.

14           You were asked some questions, Dr. Laliberte,

15   about meetings with Dr. Waxman.  Do you recall any specific

16   meetings with Dr. Waxman?

17   A.    Yes.

18   Q.    And which specific meetings do you recall?

19   A.    There was a meeting where Dr. Waxman presented

20   retrospective data regarding inhaled treprostinil and WHO

21   Group 3 PH.

22   Q.    When was that?

23   A.    March of 2015.

24   Q.    Do you recall whether he presented slides at that

25   meeting?

Laliberte - Cross

312

1    A.    He did.

2    Q.    Can we call up DTX 385, please.

3          Do you recognize -- and you have that in your

4    binder as well?

5    A.    Yes, I do.

6    Q.    Do you recognize DTX 385?

7    A.    Yes, I do.

8    Q.    What is it?

9    A.    It's a PowerPoint presentation discussing Tyvaso in

10   WHO Group 3 PH, including Dr. Waxman's slides.

11   Q.    Where was the presentation given?

12   A.    At United Therapeutics in North Carolina.

13   Q.    Did you attend that presentation?

14   A.    Yes.

15         MR. DYKHUIS:  I believe, Your Honor, this has

16   already been admitted, so we'll proceed.

17   BY MR. DYKHUIS:

18   Q.    What generally, Dr. Laliberte, was this presentation

19   about?

20   A.    It's generally a presentation summarizing a

21   retrospective data analysis that Dr. Waxman conducted in WHO

22   Group 3 PH.

23   Q.    Can we go to slide 7, please.

24         What did Dr. Waxman describe at that

25   presentation on this slide?

1    A.    He described a retrospective analysis of the data

2    with 35 patients initially treated with inhaled treprostinil

3    for up to six months.

4    Q.    Was there a placebo in his data?

5    A.    There was not.

6    Q.    Was this a prospective or retrospective analysis?

7    A.    It was a retrospective analysis.

8    Q.    And if can turn to slide 20, please.

9          You also have that in your binder, Doctor.

10   A.    Yes.

11   Q.    What is shown on slide 20?

12   A.    It's the change in six-minute walk distance based on

13   the type of lung disease patients have.

14   Q.    How many total patients did Dr. Waxman include here

15   in this slide 20?

16   A.    In this slide, there are 21 patients included.

17   Q.    How does that compare to the overall dataset he had

18   presented earlier?

19   A.    He started with 35 patients.

20   Q.    Do you know what happened to the patients between 35

21   and the total of 21?

22   A.    There were nine patients who had discontinued prior

23   to month six and then there were additional five patients

24   that we did not know where those patients' data was.

25   Q.    And other discontinuations you mentioned, do you know

1    how many related to adverse effects or efficacy?

2    A.    There were six related to adverse effects or

3    efficacy, including there was one death.

4    Q.    Can we look at slide 14, please.

5          Are these the discontinuations you just

6    referenced, Doctor?

7    A.    That's correct.

8    Q.    Is nine discontinuations out of 35 a good or less

9    desirable rate of continuation of the data set?

10         MR. MORTON:  I'm going to object to this

11   testimony.

12         THE COURT:  I think it's -- I'm going to

13   overrule the objection.

14         THE WITNESS:  So out of a data set of 35

15   patients, having nine discontinuations was higher than

16   anticipated.

17   BY MR. DYKHUIS:

18   Q.    Let's go back to slide 20, if we could.

19         So on slide 20, there's -- what did you

20   understand the obstructive disease column of 114.6 to refer

21   to?

22   A.    That would be the PH-COPD population.

23   Q.    Is there a type of PH that would be included in the

24   44.3 restrictive column?

25   A.    Generally PH-ILD.

1  Q.    What did you take away from this chart shown on

2  slide 20?

3  A.    It seemed to be the overall mean change in six-minute

4  walk distance was driven primarily by the obstructive

5  population, the COPD population.

6  Q.    Looking at slide 20, which if any of this would seem

7  most likely to potentially have benefit?

8            MR. MORTON:  Objection to expert testimony, Your

9  Honor.

10           THE COURT:  This is something he actually took

11  part in so let's do it like this.

12           Did you have an opinion at the time as to what

13  you thought this meant?

14           THE WITNESS:  At the time, I thought that the

15  obstructive or the COPD population seemed to have a better

16  benefit compared to the other populations.

17           MR. DYKHUIS:  Thank you.

18           Let's turn next to slide 27.

19  BY MR. DYKHUIS:

20  Q.    What's shown on slide 27?

21  A.    These are the limitations that Dr. Waxman presented.

22  Q.    Okay.  At the time, did you agree with these

23  limitations?

24  A.    I did.

25  Q.    And did you, at the time, understand or believe there

1    were any other limitations to this dataset?

2    A.    Yes, I did.

3    Q.    Okay.  What were those?

4    A.    So first, the data set was a retrospective analysis,

5    so looked at in the past.

6              In addition, the high rate of discontinuations

7    and missing data made it difficult to interpret some of the

8    six-minute walk data that was presented in the slides.

9              And as well, there was not a control group, so

10   no placebo group included in this analysis as well.

11             MR. DYKHUIS:  Okay.  We can stay on slide 27.

12   BY MR. DYKHUIS:

13   Q.    And then what are the -- are there any inherent

14   limitations or -- excuse me.

15             Was this a retrospective study?

16   A.    Yes, it was a retrospective study.

17   Q.    Did you know at the time, are there any limitations

18   to retrospective studies in terms of interpreting the value

19   of the data?

20   A.    There's really no way to control what happens with

21   the patients because there are not preplanned visits or

22   analyses.  You just record what actually occurred with the

23   patient in retrospective.

24   Q.    Did the limitations or concerns that you had give --

25   excuse me.

1          Did the limitations give rise to any concerns

2   you had about a potential clinical trial in Group 3 PH?

3   A.     Yes, because of the limited data set and the other

4   limitations that I mentioned, I had concerns moving forward

5   into a larger study.

6          MR. DYKHUIS:  And then can we turn please to

7   slide 29.

8   BY MR. DYKHUIS:

9   Q.     How did Dr. Waxman himself describe the nature of

10  this study?

11  A.     He described the study as a pilot study in providing

12  preliminary evidence in these patients that were enrolled.

13  Q.     What, Dr. Laliberte, did Dr. Waxman entitle this

14  presentation on the first slide?

15  A.     His title was "Inhaled Treprostinil in Group 3

16  Pulmonary Hypertension."

17  Q.     And then going back to slide 29 again, how did he

18  describe the patient population in terms of what type of PH

19  they had on this slide?

20  A.     He described it as "precapillary PAH in patients with

21  advanced lung disease."

22  Q.     If you could turn to slide 33, Dr. Laliberte.

23         And my question is:  Was Dr. Waxman's data the

24  only data that was presented at this meeting?

25  A.     No.

1    Q.     Who else presented?

2    A.     Dr. Bajwa presented data.

3    Q.     And then what patient population did Dr. Bajwa's data

4    relate to?

5    A.     His data related to Group 1 PAH with concomitant

6    COPD.

7    Q.     After this presentation was given, Dr. Laliberte,

8    what did you do next?

9    A.     There were internal discussions to consider the data

10   that was presented in this slide deck, as well as other data

11   available in the literature, to determine next steps with

12   inhaled treprostinil in Group 3.

13   Q.     Based on the data you saw and then your own research,

14   did you expect that a randomized controlled trial in Group 3

15   to necessarily be a success?

16   A.     I was unsure.  There was too limited data to know

17   what would happen.

18   Q.     Did you have any doubts about this study?

19   A.     Yes.  Yes, I did have doubts in terms of moving

20   forward.

21   Q.     Did United Therapeutics ultimately continue with the

22   Group 3 study in -- excuse me, in Group 3?

23   A.     Initially, a clinical protocol was developed for WHO

24   Group 3 patients.  That protocol was eventually split into

25   two separate protocols, one focusing on PAH-ILD and one

1    focusing on PH-COPD.

2    Q.    And what were the names of both of those studies?

3    A.    The PH-ILD study was the INCREASE study.  The PH-COPD

4    study was the PERFECT study.

5              MR. DYKHUIS:  Okay.  If we could go back to

6    slide 20.

7    BY MR. DYKHUIS:

8    Q.    Could -- do the PERFECT and INCREASE studies in

9    PH-COPD and PH-ILD, respectively, line up with any of the

10   data shown on slide 20?

11   A.    Yes.  The PERFECT study would line up with the

12   obstructive or the COPD column, and the INCREASE study would

13   line up with the restrictive column.

14   Q.    So how many patients in this presentation supported

15   the ongoing INCREASE study in terms of the base data set?

16   A.    There were eight patients in that restrictive column

17   that contributed.

18   Q.    And did those eight patients give you confidence the

19   study would succeed?

20   A.    They did not.

21   Q.    Were you aware of anyone else at United Therapeutics

22   that had any concerns about the INCREASE study?

23   A.    There were other members of the project team meeting

24   that did; namely, Allison Lim, Kiernan DeAngeles.

25   Q.    Did you ultimately learn the results of the PERFECT

1    study?

2    A.      The PERFECT study, yes.

3    Q.      And what happened with that study?

4    A.      That study was negative.

5    Q.      Okay.  And what was the result of the -- well, did

6    you learn the results of the INCREASE study?

7    A.      I did.

8    Q.      And the result was?

9    A.      It was a positive study.

10   Q.      And so looking at the data on slide 20, what do the

11   results of PERFECT and INCREASE tell you about the value of

12   the small retrospective studies?

13   A.      This data set was not necessarily predictive of what

14   would happen in a future clinical trial.

15   Q.      How did you find out about the results of INCREASE

16   study?

17   A.      A former colleague let me know of the press release

18   that came out regarding the results.

19   Q.      Did you look at the press release?

20   A.      I did.

21   Q.      Okay.  And what was your reaction?

22   A.      Given that, you know, there's really no guarantee

23   that any clinical trial is going to be successful and given

24   that I had my doubts with the INCREASE study, I was

25   pleasantly surprised that the results were positive.

1           MR. DYKHUIS:  We pass the witness, Your Honor.

2           THE COURT:  All right.  Mr. Morton.

3           MR. MORTON:  Can we pull up DTX 385, please.

4    Page -- let me start with page 7.

5                    REDIRECT EXAMINATION

6    BY MR. MORTON:

7    Q.     In the fourth bullet point, it states -- read the

8    fourth bullet point, please.

9    A.     "All started on 3 breaths 4 times daily and increased

10   to a goal of 9 to 12 breaths 4 times daily as tolerated."

11   Q.     And that was the dose of Tyvaso provided in that

12   study?

13          MR. DYKHUIS:  Objection to leading, Your Honor.

14          THE COURT:  Well, he's now crossing so I'm going

15   to allow him to lead.

16          THE WITNESS:  So because it was retrospective,

17   it was recording the data that had already happened in the

18   patients.

19   BY MR. MORTON:

20   Q.     Yeah.  My question was:  Was that the dose of Tyvaso

21   that was provided to the patients in that study?

22   A.     I can't confirm that based on this particular slide.

23          MR. MORTON:  All right.  Slide 14.

24   BY MR. MORTON:

25   Q.     Okay.  So I think you talked briefly with Mr. Dykhuis

Laliberte - Redirect

1    about there were about 30 patients in the study; is that

2    correct?

3    A.      Initially, yes.

4    Q.      Okay.  And there were 9 dropouts?

5    A.      Yes.

6    Q.      Okay.  That's about a 20 percent dropout rate?

7    A.      A little over 20 percent.

8    Q.      And do you know what the dropout rate on INCREASE

9    study was?

10   A.      I do not.

11            MR. MORTON:  Turn to page 20 of 385.

12   BY MR. MORTON:

13   Q.      And in that middle column, the restrictive patients,

14   are those patients that have PH-ILD?

15   A.      Generally.

16   Q.      Okay.  And the mean change from baseline was

17   44.3 meters.

18            That's more than 10 meters; right?

19   A.      That is more than 10 meters, yes.

20            MR. MORTON:  And if we can turn to page 29 of

21   DTX 385.

22   BY MR. MORTON:

23   Q.      And this was the conclusion of the study.

24            The precapillary PAH, that includes PH-ILD,

25   doesn't it?

1    A.    I can't confirm that.

2    Q.    You were able to confirm a lot of questions for

3    counsel from UTC, weren't you, that were in the slide deck?

4    A.    Yes.

5    Q.    But you can't confirm this one?

6    A.    I can't confirm what Dr. Waxman meant by precapillary

7    PAH.

8    Q.    Okay.  And you agree that Dr. Waxman -- his

9    conclusion was that the findings of the pilot study provide

10   preliminary evidence supporting the treatment of

11   precapillary PAH in patients with advanced lung disease?

12   A.    That was his conclusion, yes.

13   Q.    Okay.

14          MR. MORTON:  No further questions, Your Honor.

15          THE COURT:  All right.  Mr. Dykhuis, do you have

16   any redirect on what you heard?

17          MR. DYKHUIS:  Nothing further, Your Honor.

18          THE COURT:  Okay.  All right.  Dr. Laliberte,

19   you can be excused.  Thank you.  Watch your step.

20          MR. SUKDUANG:  Your Honor, at this time Liquidia

21   calls Dr. Tapson.  And just for the record, Dr. Tapson is a

22   doctor at the Cedars-Sinai in California.

23          THE COURT:  Okay.

24          MR. SUKDUANG:  May we approach, Your Honor?

25          THE COURT:  Yes.

```
 1            THE COURTROOM DEPUTY:  Please state and spell
 2    your name for the record.
 3            THE WITNESS:  My name is Victor Tapson.
 4    T-A-P-S-O-N.
 5                     VICTOR TAPSON,
 6             called as a witness on behalf of the
 7             Defendant, was sworn, and testified
 8             as follows:
 9
10            MR. SUKDUANG:  May I proceed, Your Honor?
11            THE COURT:  Yes.
12                   DIRECT EXAMINATION
13    BY MR. SUKDUANG:
14    Q.    Good morning, Dr. Tapson.  Nice to see you again.
15    A.    Good morning.
16    Q.    Do you currently work at Cedars-Sinai in the
17    pulmonary hypertension clinic?
18    A.    Yes.
19    Q.    Did you begin working at Cedars-Sinai in 2014?
20    A.    Yes.
21    Q.    Before Cedars-Sinai, did you work at Duke University
22    Medical Center?
23    A.    Yes.
24    Q.    And did you work at Duke University Medical Center
25    from 1989 to 2014?
```

1    A.     Yes.

2    Q.     Did you move from Duke to Cedars to start their

3    program in pulmonary hypertension?

4    A.     Yes.

5    Q.     Now, you were -- were you involved in the INCREASE

6    study?

7    A.     Yes.

8    Q.     Were you a steering committee member of the INCREASE

9    study?

10   A.     Yes.

11   Q.     Were you a steering committee member with Dr. Waxman

12   and Dr. Tapson?

13   A.     Dr. Nathan, yes.

14   Q.     You're Dr. Tapson.  I apologize.

15   A.     Right.

16   Q.     Let me restate the question so it's clear.

17          You were a steering committee member with

18   Dr. Waxman and Dr. Nathan?

19   A.     Yes.

20   Q.     Do you know how to diagnose PH-ILD?

21   A.     I do my best.  I think so, yes.

22   Q.     Does Dr. Waxman know how to diagnose PH-ILD?

23   A.     Yes.

24   Q.     If the two of you didn't know how to diagnosis

25   PH-ILD -- let me ask this.

1          When you served on the steering committee for

2     INCREASE, were you involved in developing the criteria for

3     the INCREASE study?

4     A.     I contributed to it along with Dr. Waxman,

5     Dr. Nathan, and UT.

6     Q.     In the INCREASE study, did the INCREASE steering

7     committee and UTC want to make sure that the PH in the

8     PH-ILD patients was severe?

9     A.     Well, I think they wanted to make sure it met the

10    criteria that we laid out in INCREASE, which meant, I would

11    say, moderate to severe.

12    Q.     In the INCREASE study, the steering committee and UTC

13    did not want it to have patients that had mild PH for their

14    PH-ILD?

15    A.     I think we wanted to see PH that was significant

16    enough to see a difference if the drug worked.

17    Q.     Do you remember being deposed by myself in this case?

18    A.     Yes.

19    Q.     Can we bring up Dr. Tapson's deposition transcript at

20    page 101, line 15.

21          And, Dr. Tapson, do you recall being sworn under

22    oath like you were today?

23    A.     Yes.

24    Q.     And you swore to tell the truth?

25    A.     Yes.

1    Q.    During your deposition, were you asked the following

2    question, starting at line 15:  "Would you characterize

3    these patients as having under this criteria moderate to

4    severe PH?"

5              And you gave the following answer:  "Many would

6    argue there was not really a clear definition of moderate to

7    severe.  You can't really use pulmonary arterial pressure

8    specifically to characterize that.  But in general, I would

9    say yes, we didn't want mild PH.  We wanted to make sure the

10   PH was higher, even disproportionate, but not there was more

11   PH than ILD or at least significant PH present.  I'm not

12   sure the best way to word that."

13             Did you give that answer to my question?

14   A.    Yes.

15             MR. DYKHUIS:  Objection, Your Honor.  Improper

16   impeachment.

17             THE COURT:  I don't think it's any different

18   than what he just said.  It's taking their time, but until I

19   hear it, I don't know that.

20   BY MR. SUKDUANG:

21   Q.    Dr. Tapson, did the results of the INCREASE study

22   confirm your earlier experience with Tyvaso in PH-ILD

23   patients?

24   A.    Well, the study was positive.  We hoped it would be

25   positive.  We didn't really have expectations it would be

1     positive.  We saw some patients before INCREASE that

2     improved.  We saw some that got worse and some that stayed

3     the same.  Some had adverse events.  Overall, I think we had

4     an experience that told us it was reasonable to do a study

5     and it was positive.  I'm not sure if I answered your

6     question.

7     Q.     You didn't.  Did the results of the INCREASE study

8     confirm your prior experience using Tyvaso in PH-ILD

9     patients?

10    A.     I can't answer that yes or no.  I would say the study

11    was positive.  My prior experience was variable.  So, again,

12    we hoped the study would be positive, but overall, I think

13    we thought there was enough evidence to do the study.  Not a

14    lot of great evidence, but I think it confirmed that the

15    drug worked.

16    Q.     Can you bring up your deposition transcript, page 96.

17           You were asked the following question:  "Did the

18    results of the INCREASE study confirm the experience you saw

19    using Tyvaso in PH-ILD patients?"

20           You gave the following answer:  "Well, I had a

21    positive experience, a positive feel that some patients did

22    respond, so yes, this certainly confirms it."

23           Did you give that answer?

24    A.     Yes.

25    Q.     Can we take a look at the DTX 357, please, page 2.

1              Dr. Tapson, is this the 2009 version of the

2    Tyvaso label?

3    A.     Yes, it is.

4    Q.     And is the indication in 2009 for Group 1 PAH?

5    A.     Yes, sir.

6    Q.     Looking at page 2, towards the middle -- I'm sorry.

7              If you look at page -- once you began -- once

8    Tyvaso was approved for PAH, did you begin using Tyvaso in

9    PH-ILD patients?

10   A.     We certainly used it for PAH and we did use it for

11   PH-ILD some.  We possibly used it, but yes, we did.

12   Q.     And using Tyvaso with PH-ILD patients when it became

13   approved made intuitive sense to you?

14   A.     I think it did.  We had no other good drug to use.

15   As you know, a lot of studies had failed.  So we --

16   basically very sick.  PH alone has a high mortality.  ILD

17   alone has a high mortality.  The diseases together are as

18   bad as some cancers.  They require, often, a lung transplant

19   if you're fortunate, so it's a bad disease, so yes.

20   Q.     Did using Tyvaso on PH-ILD patients when it became

21   approved make intuitive sense because the Tyvaso was

22   delivered directly to the lungs?

23   A.     I think so, yes.  In other words, I think that was

24   logical, if you will.  There wasn't a guarantee.  We know

25   the iloprost study failed.  Yes, I think it made some

1    intuitive sense because everything else failed.  It was a

2    bad disease and it was inhaled, and we hoped that would be

3    better than a parenteral or oral drug, yes.

4    Q.    With respect to Tyvaso being delivered directly to

5    the lungs, did it help avoid or reduce V/Q mismatch?

6    A.    I think it did.  I don't recall seeing any severe

7    hypoxemia.  I don't know what would happen compared to

8    another drug that wasn't inhaled.  But I think we got that

9    sense, yes, that this was safe to use and we didn't see

10   significant hypoxemia that I recall that you might see with

11   V/Q mismatch.

12   Q.    With respect to hypoxemia, just so we're clear, can

13   you explain what hypoxemia is?

14   A.    Yes.  Hypoxemia is a low oxygen level in the blood.

15   Q.    Is that related to the V/Q mismatch?

16   A.    It is, yes.

17   Q.    If you have V/Q mismatch, what is that response with

18   respect to hypoxemia?

19   A.    If you have V/Q mismatch, you tend to get a lower

20   oxygen level, hypoxemia.

21   Q.    If you don't have V/Q mismatch, would you not see

22   hypoxemia?

23   A.    That's correct.

24   Q.    Thank you for the clarification.

25         When you used Tyvaso to treat PH-ILD patients

1    while you were at Duke, did some of those patients show

2    improvement?

3    A.    Some did, yes.

4         MR. DYKHUIS:  Objection to leading on that

5    question.

6         THE COURT:  Overruled.

7    BY MR. SUKDUANG:

8    Q.    Let me restate the question.

9         While you used Tyvaso at Duke to treat PH-ILD

10   patients, did some of those patients show improvement?

11   A.    Some showed improvement.  As I mentioned, some did,

12   some didn't and some got worse, but some did show

13   improvement, yes.

14   Q.    With respect to the ones that did show improvement,

15   did they show improvement in their exercise ability?

16   A.    It's difficult for me to remember details about these

17   patients.  There weren't a lot of them and it was a while

18   ago.  I'm sure some did improve their exercise capacity, but

19   I can't remember details.  I apologize.

20   Q.    No worries.

21        You did publish the results of some of the work

22   while you were at Duke using inhaled treprostinil to treat

23   WHO Group 3 patients, didn't you?

24   A.    Yes, that's correct.

25   Q.    We'll get to that doc in a minute.

1               When you were asked to move to Cedars -- back

2     up.

3               While you were at Duke, was there any point in

4     time that you stopped using Tyvaso to treat PH-ILD patients

5     because it was causing harm to those patients?

6     A.       No, there was no time where we considered stopping.

7     We may have had some adverse events or some concern that

8     might have made us do a double take, but we never considered

9     stopping it, no.

10    Q.       When you moved to Cedars in 2014, were the doctors at

11    Cedars using Tyvaso to treat PH-ILD patients?

12    A.       When I first got there in 2014, there really wasn't

13    much going on, which is why I went there.  I would say

14    ultimately, I know some did.  But for the most part, I'd say

15    no, some referred patients to me or perhaps see some

16    patients.  But I don't recall what other people did really.

17    I'm sure some did ultimately, yes.

18    Q.       When you moved to Cedars, did you continue using

19    Tyvaso to treat PH-ILD patients?

20    A.       I continued in a very cautious manner, very careful.

21    We didn't have good data for any drug.  So moving on with an

22    additional drug after all the failures we'd seen, we had to

23    be cautious, but yes, I did.  We just did that very

24    carefully.

25    Q.       Even though there were some failures you talked

Lapson - Direct

1    about, did you still continue to use Tyvaso to treat PH-ILD?

2    A.    We continued.  We didn't treat a lot of patients.  I

3    would say the more they appeared like PAH, the more they

4    appeared like Group 1.  That is, the more severe the

5    pulmonary hypertension, the more we felt comfortable doing

6    this, yes.

7    Q.    And those patients with severe pulmonary

8    hypertension, did they also have ILD?

9    A.    Yes.

10   Q.    When you were at Cedars, was there any point in time

11   where you stopped using Tyvaso to treat PH-ILD patients?

12   A.    No.  Like I mentioned, again, we may have had some

13   patients worsen.  I don't remember a lot of details, but we

14   never had a point where we said, gee, we better stop doing

15   this, no.

16   Q.    When you were at Cedars, did other doctors you worked

17   with start using Tyvaso to treat PH-ILD based on your

18   experience with it?

19   A.    I think ultimately some did.  I can't tell you for

20   sure.  I didn't see anybody else do it or see them write a

21   prescription, but I know that some did.  I can't tell you

22   how many, though.

23   Q.    Were you the head of the group?

24   A.    Yes.

25   Q.    Let me be more clear.  Were you the head of the group

1    at Cedars?

2    A.      Yes.  But, again, others worked somewhat

3    independently, but I was considered the head, yes.

4    Q.      Can we go back to DTX 357, which is the 2009 Tyvaso

5    label, and go to Section 2.

6           Do you see -- is there -- is this the dosage and

7    administration section for the 2009 Tyvaso label?

8    A.      Yes.

9    Q.      There's a section titled "Initial Dosage."  Do you

10   see that?

11   A.      Yes.

12   Q.      And what's the initial dosage?  How many breaths of

13   Tyvaso is instructed on the Tyvaso label as the initial

14   dosage?

15   A.      Three breaths.

16   Q.      And for a total of how much treprostinil in those

17   three breaths?

18   A.      6 micrograms per breath, so 18 micrograms in those

19   three breaths.

20   Q.      When you used Tyvaso to treat PH-ILD patients when

21   you were at Duke and then later at Cedars, did you follow

22   that initial dosing to start your patients out that had

23   PH-ILD?

24   A.      Well, that was all we had.  We knew the diseases were

25   different, but we didn't have any example to go by.  So we

Lapson - Direct

 1    thought this seemed to work in PAH pretty well, so we kind

 2    of tried that.  We might have done a few things differently

 3    sometimes.  Yes, we used the same initial dose and the same

 4    maintenance dose.

 5    Q.    And that was my next question.

 6          So the next section on section two is the

 7    maintenance dose.

 8          And just for clarity, did the maintenance --

 9    does the maintenance dose for Tyvaso in the 2000N label

10    allow you to go to nine breaths?

11    A.    Yes.

12    Q.    And how many micrograms of treprostinil would that

13    be?

14    A.    That would be 9 times 6, or 54.

15    Q.    In your experience using Tyvaso in PH-ILD patients

16    while at Duke and at Cedars, were there times when you went

17    above nine breaths?

18    A.    Yes.  We would cautiously go above the dose.  We

19    learned that we could if we were careful.  We'd go up.

20    Sometimes we had to go down again.  I think we may have had

21    to adjust the dose a bit more, maybe the PH when we weren't

22    as comfortable, but, yes, we did get the higher doses and

23    ultimately realized that was probably safe to do.

24    Q.    And did you -- when you were able to titrate up,

25    did -- were you able to get to 12 breaths of --

Tabson - Direct

1   A.     Sometimes 12 and sometimes higher, yes.

2   Q.     Okay.  I often have the problem of speaking over

3   people, and I know that's frustrating, I'm sorry.

4          Just to be clear for the record:  When you used

5   Tyvaso to treat PH-ILD patients while at Duke and Cedars,

6   were there opportunities for you to titrate patients up to

7   12 breaths?

8   A.     Yes.

9   Q.     Thank you.

10         The patients at Duke who you prescribed Tyvaso

11  for their PH-ILD, did they get the drug for free?

12  A.     If they were in clinical trial, they might have.

13  Otherwise, they would have had to go through insurance.

14  Q.     So were you in a clinical trial while at Duke for

15  Tyvaso -- I'm sorry.  I paused.

16         Were you in a clinical trial at Duke for Tyvaso

17  in the treatment of PH-ILD?

18  A.     No.

19  Q.     So while you were at Duke, when you prescribed Tyvaso

20  to the PH-ILD patients, did they have to purchase that drug

21  to use it or did they get it for free?

22  A.     They would have to purchase it from -- our PH nurse

23  took care of all that.  I wasn't really involved with that

24  so much.  But, sure, I'd assume they'd have to go through

25  insurance and try to get it approved or pay for it.

1    Q.      And you mentioned a nurse.

2            You had a nurse at Duke that helped -- did you

3    have a nurse at Duke that helped facilitate your PH-ILD

4    patients to get Tyvaso covered by their insurance for the

5    PH-ILD?

6    A.    I would say she didn't really help.  She did it.  She

7    did it all.  I took care of patients and she took care of

8    that.

9    Q.      At Cedars, do you recall any difficulty with your

10   patients getting the cost of Tyvaso for their PH-ILD covered

11   by insurance?

12   A.      Again, my nurse at Cedars took care of that, but I

13   don't recall any difficulty, no.  There might have been, but

14   I wouldn't know about it.

15   Q.      These patients -- prior to the INCREASE study, those

16   patients that you prescribed Tyvaso for for their PH-ILD,

17   did they get the drug for free?

18   A.      No.  If they were prescribed the drug, there would

19   have to be some way to compensate for it.  So again, my

20   nurse know all the details, but, yes, something would have

21   to happen with insurance.

22   Q.      So while at Duke and at Cedars, was Tyvaso sold to

23   your PH-ILD patients?

24   A.      I wouldn't say it was sold.  I would just say my

25   nurse would seek reimbursement and hopefully get it.  That's

1    probably the best I can tell you.

2    Q.    I appreciate that.

3            MR. SUKDUANG:  Can we look at DTX 360, please.

4    BY MR. SUKDUANG:

5    Q.    Dr. Tapson, is this the 2021 label for Tyvaso?

6    A.    Yes.

7    Q.    Does this 2021 label for Tyvaso include two

8    indications?

9    A.    Yes.

10   Q.    Is the first one for PAH?

11   A.    Yes.

12   Q.    Is the second one for pulmonary hypertension

13   associated with interstitial lung disease to improve

14   exercise ability?

15   A.    Yes.

16   Q.    That second indication, can I call it PH-ILD?

17   A.    Yes.

18   Q.    Was the INCREASE study that you were involved with

19   the basis for this new indication on the 2021 Tyvaso label?

20   A.    Yes.

21           MR. SUKDUANG:  Can we go to Section 2.1.

22   BY MR. SUKDUANG:

23   Q.    For Ty- -- in 2021, was Tyvaso approved for two

24   indications?

25   A.    Yes.

1    Q.      Was the dosing for PAH and PH-ILD for Tyvaso in 2021

2    identical?

3    A.      Yes.

4    Q.      Was it identical because there was no reason to

5    change the initial and maintenance dosing from 2009 moving

6    forward to PH-ILD in 2021?

7    A.      Well, we didn't have any information suggesting that

8    the dosing should be different.  We did learn that higher

9    doses might be beneficial in patients, but we didn't learn

10   that we needed to make any specific change, so it was the

11   same.

12   Q.      In the INCREASE trial where you took part in

13   designing the study, was there any ever -- a discussion to

14   change the dosing for PH-ILD to be different than Tyvaso

15   used for PAH?

16   A.      I don't recall that.

17   Q.      If you look at the initial dosage for Tyvaso in 2021

18   for PAH and PH-ILD, is the initial dosage the same as it was

19   in 2009?

20   A.      Yes.

21   Q.      And is that initial dosage for PAH and PH-ILD the

22   same initial dosage that you used to treat PH-ILD patients

23   both at Duke and Cedars?

24   A.      Yes, they're different diseases, but the dose stayed

25   the same, yes.

1    Q.    And then the maintenance dose, does the maintenance

2    dose for Tyvaso in 2021 include a target dose of 9 to 12

3    breaths?

4    A.    Yes.

5    Q.    Is the target dose of nine breaths the same as the

6    maintenance dose that was available in 2009 on the Tyvaso

7    label?

8    A.    No.   Nine breaths, yes.   Nine breaths was the same,

9    yes.

10   Q.    So just to be clear, nine breaths was on the Tyvaso

11   -- was nine breaths on the Tyvaso label in 2009?

12   A.    Yes.

13   Q.    I believe you testified earlier that in your practice

14   at Duke and Cedars treating PH-ILD patients -- you can keep

15   that up -- your practice at Duke and Cedars to treat PH-ILD

16   patients with Tyvaso, you were able to titrate up to 12

17   breaths.

18         Do I remember that correctly?

19   A.    In some cases, yes.

20   Q.    So the maintenance -- was the maintenance dose that

21   you used to treat PH-ILD patients with Tyvaso at Duke and

22   Cedars consistent with the maintenance dosage that is now

23   seen on the 2021 label?

24   A.    Again, I can't give you details about individual

25   patients.   I mean, some we had to go up slower, some we had

1    to -- PH-ILD was a little more concerning since we had so

2    few data.  But in general, I would say yes.

3    Q.      Now, while at Duke, you reported some of the results

4    that you and your colleagues generated in using Tyvaso in

5    Group 3 patients?

6    A.      Yes.

7                MR. SUKDUANG:  Can we go to DTX 51, please.

8    BY MR. SUKDUANG:

9    Q.      Dr. Tapson, is this your paper that reports on the

10   patients you and your colleagues treated with Tyvaso while

11   at Duke?

12   A.      Yes.  I was one of the authors, yes.

13               MR. DYKHUIS:  Your Honor, just a brief

14   objection.  I don't think this one was listed on their

15   disclosure of exhibits to be used during examination.  But I

16   don't know if they're going to move to admit it, but we'd

17   just raise that objection.

18               MR. SUKDUANG:  I think it's already in evidence.

19               THE COURT:  I think it's already in evidence,

20   right.

21               MR. DYKHUIS:  If that's the case, then no

22   objection if it's already in.

23               THE COURT:  Okay.  All right.

24   BY MR. SUKDUANG:

25   Q.      What's the title of this article, Dr. Tapson?

1    A.      "Safety and Tolerabilities of High-Dose Inhaled

2    Treprostinil in Pulmonary Hypertension."

3    Q.      Are you a named author on this?

4    A.      Yes.

5    Q.      And is the first named author Kishan Parikh?

6    A.      Yes.

7    Q.      Was it published.

8              MR. DYKHUIS:  Hold on one second.

9              Could we have a moment, Your Honor.  I do want

10   to check to make sure that this wasn't disclosed because we

11   do object to the ongoing line of questioning if the exhibit

12   wasn't disclosed as being used during the examination.

13             THE COURT:  Go ahead and check.

14             MR. SUKDUANG:  I believe it was disclosed.  Go

15   check.

16             MR. DYKHUIS:  Our -- we just confirmed it was

17   not on the list of exhibits to be used during Dr. Tapson's

18   examination so we would object on that basis.

19             MR. SUKDUANG:  I do happen to know, Your Honor,

20   it was disclosed to us that they were going to use it with

21   Dr. Tapson when they disclosed him as a witness, this paper.

22             MR. DYKHUIS:  Well, we haven't examined him and

23   we haven't used it.

24             THE COURT:  Before I go on, if it was on your

25   list, then I don't think there's any prejudice here.

```
 1                 So go ahead.
 2    BY MR. SUKDUANG:
 3    Q.     Dr. Tapson, when was this article published?
 4    A.     I believe it was 2016.
 5    Q.     Have you heard this being referred to as the Parikh
 6    2016 article?
 7    A.     I have.
 8                 MR. SUKDUANG:  And I believe this was entered
 9    into evidence, but just for clarity, we'd like to offer
10    DTX 0051 into evidence.  And if there's a duplicative copy,
11    we'll strike it out when we reconcile.
12                 THE COURT:  All right.
13                 MR. DYKHUIS:  No objection.
14                 THE COURT:  Admitted without objection.
15                 (Thereupon, Defendant's Exhibit DTX 0051 was
16    admitted.)
17    BY MR. SUKDUANG:
18    Q.     Does this work reflect the work of you and your
19    colleagues while you were at Duke?
20    A.     Yes.
21                 MR. SUKDUANG:  Can we go to page 3.  There's a
22    Table 1.
23    BY MR. SUKDUANG:
24    Q.     Are you there?  Can you see it on the screen?
25    A.     Yes.
```

1    Q.    Does Table 1 provide the baseline characteristics of

2    the patients that you treated and that are reported in

3    Parikh 2016?

4    A.    Yes.

5    Q.    If you go down, there's a PH WHO classification

6    section.

7          Do you see that?

8    A.    Yes.

9    Q.    And if you go further down, there's a Group 3

10   section.

11         Do you see that?

12   A.    Yes.

13   Q.    And within Group 3, did you identify interstitial

14   lung disease fibrosis?

15   A.    Yes.

16   Q.    Would you consider those patients to be PH-ILD

17   patients?

18   A.    Yes.

19   Q.    Did you know how to diagnose PH-ILD patients as of

20   2016?

21   A.    I did my best.  I thought I did, yes.

22   Q.    Can you look at page 2, please.  And there's a

23   section titled "Study Population."  Does this section

24   provide the dosing regime that you used in the PH-ILD

25   patients that are reported in Parikh 2016?

1    A.    Yes.

2    Q.    Can you confirm what was the starting initial dose

3    for those patients?

4    A.    The initial dose was three breaths per session.

5    Q.    And how many micrograms per breath is that per

6    session?

7    A.    6 micrograms per breath.

8    Q.    Can you confirm, what's the highest number of breaths

9    you were able to report in Parikh 2016?

10   A.    12 breaths.

11   Q.    How many micrograms is that?

12   A.    72.

13   Q.    Is this disclosure in Parikh 2016 of the dosing

14   regime you used for PH-ILD patients consistent with the

15   dosing regime used in the INCREASE study?

16   A.    It's pretty close, yes.

17   Q.    And is it fair to say that you used this dosing

18   regimen -- you and your colleagues used this dosing regimen

19   when treating PH-ILD patients with Tyvaso before it was

20   formally approved by the FDA for PH-ILD?

21   A.    I think we treated patients fairly depending on how

22   sick they were and how they tolerated the drug, but yes, in

23   general, that's true.

24   Q.    Does this report -- does your paper report results on

25   six-minute walk distance?

1   A.    No.

2   Q.    Your paper does not report any data on six-minute

3   walk distance at all?

4   A.    This report was based on safety and tolerability.

5   Q.    Can we go to -- there's a results section.  Do you

6   see that?

7   A.    Yes.

8   Q.    And can we pull that up.  I'm sorry.  There's an

9   efficacy parameter section.  Does this -- does your 2016

10  paper, Parikh 2016, provide efficacy parameters?

11  A.    Yes.

12  Q.    And efficacy is -- is efficacy different from safety?

13  A.    I guess.

14  Q.    And did this provide efficacy data in six-minute walk

15  distance for the patients that are reported in Parikh 2016?

16  A.    Yes.  I think I misunderstood your question.

17  Apologize.

18  Q.    That's fine.  I probably misspoke.

19  A.    That's okay.

20  Q.    Dr. Tapson, are there patients with PH-ILD that you

21  would characterize as predominantly PH patients?

22  A.    Yes.

23  Q.    Are there patients with PH-ILD -- would you call

24  these patients with predominantly PH disproportionate PH

25  patients?

1    A.    We have used that term.  Some people don't like it,

2    but we have used that term.

3    Q.    And if they have disproportionate PH and they have

4    ILD, you would still diagnose them as PH-ILD under the

5    guidelines existing at the time?

6    A.    I would call them PH-ILD.  Some might have more

7    Group 1 characteristics than tier 1 PAH, but we still call

8    them PH-ILD.

9              MR. SUKDUANG:  Just some housekeeping, Your

10   Honor.  We'd like to enter DTX 357 and DTX 360 which were

11   used with Dr. Tapson today.

12             MR. DYKHUIS:  No objection.

13             THE COURT:  Admitted without objection.

14             (Thereupon, Defendant's Exhibits DTX 357 and DTX

15   360 were admitted.)

16             MR. SUKDUANG:  Thank you for your time,

17   Dr. Tapson.

18             THE COURT:  Why don't we take a morning break of

19   15 minutes here and then we can continue.

20             (A recess was taken, after which the following

21   proceedings were had:)

22             THE COURT:  Mr. Dykhuis.

23                        CROSS-EXAMINATION

24   BY MR. DYKHUIS:

25   Q.    Good morning, Dr. Tapson.

1    A.    Good morning.

2    Q.    Counsel for Liquidia had asked you some questions

3    about DTX 51, a paper.  Do you recall those questions?

4    A.    Yes.

5    Q.    And if we could call up DTX 51, please.

6              And then looking at page 3, Table 1, what was

7    the total number of patients that had been included in

8    Table 1?

9    A.    80 patients.

10    Q.    Within that table, how many patients had WHO Group 1

11    classification -- excuse me, had WHO Group 1 for PAH?

12    A.    It was the majority.  It's in the range of 40-plus

13    percent, close to 50 percent, 51 percent.

14    Q.    And you had been asked some questions about the

15    efficacy parameters in this paper.  Do you recall?

16    A.    Yes.

17    Q.    If you could look at the below Table 2, second

18    column, page 3, it states 31.6 meters -- excuse me -- from

19    the baseline to follow-up N equals 34.  Do you see that?

20    A.    Yes.

21    Q.    What does N equals 34 mean?

22    A.    That's the number of patients -- we had two different

23    follow-up periods:  follow-up 1, follow-up 2.  That's the

24    number of patients that had the six-minute walk distance in

25    that period.

1    Q.    Were all 80 patients in Table 1 included in the

2    measurement of six-minute walk distance?

3    A.    Yes.

4    Q.    Excuse me.  It says N equals 34?

5    A.    Yes.

6    Q.    N equals 80?

7    A.    Yes.

8          THE COURT:  So, Doctor, you've got to wait for

9    the attorney to finish his question.

10         THE WITNESS:  I apologize.

11         THE COURT:  Don't apologize.  Just make sure

12   he's done when you start answering the question.

13         THE WITNESS:  I will.  Thank you.

14   BY MR. DYKHUIS:

15   Q.    Is 34 a lesser subset than the original 80-patient

16   data set?

17   A.    Yes.

18   Q.    Does your paper say one way or the other whether that

19   N equals 34 included any patient with PH-ILD?

20   A.    No.

21   Q.    Dr. Tapson, as of 2009, how long have you been

22   treating and specializing in pulmonary hypertension?

23   A.    I saw my first patient in 1982 as an intern.  I did

24   my senior talk on pulmonary hypertension in 1986, but I

25   didn't start seeing patients until I joined the faculty at

1    Duke.   Right away I was interested and I started seeing PH

2    patients about 1990.

3    Q.      Did you have about two decades of experience with PH

4    in 2009?

5    A.      Yes.

6    Q.      During the course of your career, how many patients

7    with PH have you seen?

8    A.      Thousands.  I don't know many thousands.

9    Q.      How did you make yourself -- well, can you describe

10   your treatment process for patients with PH?

11   A.      Our treatment process?

12   Q.      Right.

13   A.      Well, we get a referral, evaluate the patient, do a

14   history, physical exam, do the lab tests.  And if it seemed

15   indicated, we might do imaging like a CT scan.

16   Q.      How often would you see patients that you believe had

17   PH?

18   A.      Every day.  We had rounding in the hospital or clinic

19   every day.

20   Q.      How often would a patient come in to see you if they

21   had PH?

22   A.      Generally speaking, the average patient probably

23   every three months, little less, maybe every six months.

24   Q.      Was there any routine testing you would do when the

25   PH patient came into your clinic?

1   A.      We do six-minute walk testing.  I think most centers

2   do six-minute walk testing on every one.  We did do

3   echocardiogram periodically, every 6 to 12 months.  We did

4   not tend to repeat right-heart catheterization on patients

5   unless we felt it was clinically indicated and we would do

6   NT-proBNP values as well to help determine right-heart

7   function.

8   Q.      Outside of office visits, when PH patients came to

9   your clinic, how involved did you make yourself available to

10  those patients?

11  A.      I would see them anytime they need to.  Since I

12  started practicing medicine, every patient I see has my cell

13  number.  They call me any time they want.

14  Q.      Dr. Tapson, there was also some questions from

15  counsel regarding your prescription of Tyvaso.

16  A.      Yes.

17  Q.      Do you recall that generally?

18          If you had a patient that you had thought had PH

19  and ILD and you had prescribed Tyvaso, did you expect that

20  you would see an improved exercise capacity?

21  A.      Well, we would hope for it.  We didn't expect it.

22  We'd seen a lot of failed studies, so I think it wouldn't be

23  realistic to expect it.  We hope to get positive results,

24  sure.

25  Q.      When you did that, did you expect a reduction of

1    NT-proBNP by at least 200 --

2                    THE COURT:  I'm sorry.  What time period are we

3    talking about?

4                    MR. DYKHUIS:  Before 2020, Your Honor.  I'll

5    restart.

6    BY MR. DYKHUIS:

7    Q.    Before 2020, Dr. Tapson, did you expect a reduction

8    of NT-proBNP by 200 picograms per milliliter?

9    A.    Again, it's hard to have any expectations.  We would

10   do the tests and we would hope they'd improve.  But we

11   didn't have enough data to have an expectation of

12   improvement, no.

13   Q.    Similarly, before 2020, did you expect to reduce

14   exacerbations of the underlying lung disease or improvements

15   in FVC?

16   A.    I think that's the same.  We didn't expect any of

17   that.  We would hope for improvement, but we didn't expect

18   improvement.

19   Q.    You were also asked some questions about

20   reimbursement.

21   A.    Yes.

22   Q.    Do you recall that?

23                    And was it your nurse who handled reimbursement

24   paperwork, Doctor?

25   A.    Yes.

1    Q.    Is it possible your nurse put down disproportionate

2    PH or PAH that they had for those diseases --

3              MR. SUKDUANG:  Objection.

4              THE COURT:  I'm going to sustain the objection.

5    BY MR. DYKHUIS:

6    Q.    Dr. Tapson, can you recall ever seeing a single piece

7    of paper that prescribed Tyvaso and identified PH-ILD and

8    where their insurer reimbursed for Tyvaso?

9    A.    I don't recall seeing that, no.

10   Q.    Dr. Tapson, did you routinely -- before 2020, did you

11   routinely prescribe Tyvaso for every single patient you saw

12   that you thought might have PH-ILD?

13   A.    No.

14   Q.    How much care did you have to use in deciding how to

15   treat PH-ILD patients?

16   A.    Well, again, we didn't have a lot of data, so I think

17   we had to be very cautious.  We tended to treat patients who

18   had more severe PH because they were in most trouble.  It

19   might resemble Group 1, but we followed PAH real careful

20   because we didn't have guidelines on how to treat them.

21   Q.    Without a guideline on a spectrum from routine use,

22   which I asked about, to experimental use, where would you

23   put your -- any use of Tyvaso with PH helping patients

24   before 2020?

25   A.    You said from routine use to experimental use?

1    Q.      Right.

2    A.      It would be experimental.  We didn't have data.  So

3    we wouldn't be able to decide whether we want to try to

4    treat them or not.  And it would be more -- closer to

5    experimental, yes.

6    Q.      Dr. Tapson, before the INCREASE study was completed,

7    if a PH clinician had told you that INCREASE just wasn't

8    necessary because we had really good pilot studies, what do

9    you think about that?

10   A.      I think most clinicians that do PH, most clinical

11   researchers, know that we need randomized trials.  We can't

12   get a good guideline recommendation.  We can't get a grade

13   1A recommendation without a randomized trial.  I think

14   that's a ridiculous thing, we don't need a randomized trial.

15   The only thing we don't need a randomized trial for probably

16   is whether parachutes work or not.

17           We need randomized trials.  We don't know what

18   we're going to do.  These patients were sick.  They're end

19   stage, will die soon.  We have to know what we're doing.  We

20   can't just go along and think we know what we're doing.  We

21   saw a number of failed studies in PH.  The pilot studies

22   suggested they would work.  The randomized study says it

23   didn't.  The randomized studies give the answer.  We

24   absolutely needed INCREASE.  I don't think anyone would

25   say -- any clinical researchers would say we don't need a

1    randomized trial, especially in a situation like this.

2              MR. DYKHUIS:  No further questions.

3              THE COURT:  All right.  Thank you.

4                    REDIRECT EXAMINATION

5    BY MR. SUKDUANG:

6    Q.    Hello, Dr. Tapson.  You mentioned to counsel that

7    prior to 2020, you were cautious with your patients when you

8    were treating them with Tyvaso that had PH-ILD.

9              Do you remember that testimony?

10   A.    Yes.

11   Q.    Are you not cautious with your patients today when

12   you treat them for PH-ILD with Tyvaso?

13   A.    I'm always cautious with all patients.  That's a good

14   question.  But I would say we were especially cautious when

15   we didn't have a drug that we knew worked.

16             In PAH, we had a number of drugs that we knew

17   worked well.  We were still cautious.  They're sick

18   patients.  But here we were especially cautious.

19   Q.    And you don't prescribe Tyvaso today willy-nilly to

20   any patient, do you?

21   A.    Not willy-nilly, no.

22   Q.    You take caution and care, and you make sure Tyvaso

23   is appropriate for every patient that you prescribe it for;

24   correct?

25   A.    Yes.

1    Q.    And back before 2020, you made sure that Tyvaso was

2    appropriate and you carefully considered each patient that

3    you prescribed it for; correct?

4    A.    Yes.  We had a better comfort level with PAH since we

5    had more data and a randomized trial and approval, but,

6    sure, we're still cautious in every one.

7    Q.    Now, you talked about failed studies, and I believe

8    that -- you were aware of those failed studies; correct?

9    A.    Yes.

10   Q.    And you were aware of those failed studies prior to

11   2020 before you joined INCREASE?

12   A.    Yes, which made us very cautious.

13   Q.    And you were cautious, but nonetheless, you still

14   continued to use Tyvaso at Duke and at Cedars to treat

15   PH-ILD patients; correct?

16   A.    These are very, very sick patients, either that or a

17   lung transplant.  So, yes, we had to do something.  We

18   couldn't just pick something out of the air like cancer for

19   chemotherapy.  We had to try something that seemed to make

20   sense.

21         And because we didn't have a lot of data, we did

22   it, but we did it cautiously.  We had to do something for

23   these patients.

24   Q.    Sure.  But those failed studies didn't stop you or

25   your colleagues from using Tyvaso while at Duke and while at

 1   Cedars to treat PH-ILD patients; correct?

 2   A.    That's correct.  They made us do a randomized trial.

 3   They made us do one.

 4   Q.    Sure.  And you talked about that randomized trial and

 5   you said you don't know what to do without a randomized

 6   trial, but you wrote a paper about what to do and you

 7   testified today about what you did at Duke and you testified

 8   today about what you did at Cedars.  So you knew what to do.

 9              THE COURT:  That's an argumentative question.

10              MR. SUKDUANG:  Okay.  Let me ask the question --

11              THE COURT:  And can you break it down into

12   pieces.

13              MR. SUKDUANG:  Sure.

14   BY MR. SUKDUANG:

15   Q.    You testified with counsel that without a randomized

16   clinical trial, you don't know what to do.

17              Do you remember that testimony?

18   A.    I do.  You have to do something with these kind of

19   sick patients, but you don't know the right exact thing to

20   do.  But you've got to try.  They're going to die.  The

21   family -- you have to do something.

22   Q.    And --

23   A.    So you do your best, as I was saying.

24   Q.    I apologize.

25              And before the randomized clinical trial, you

1    knew what to do with respect to PH-ILD patients and that

2    Tyvaso was an option for some of them; correct?

3    A.    I won't say I knew what to do.  I will say Tyvaso was

4    an option.  It -- we thought probably the best option we

5    had.  We'd seen everything else fail.

6              And as you know, we saw good pilot data for

7    riociguat that the randomized trial failed.  You do know

8    that.  Here, we were worried, but we had to plod on.  So I

9    think we did the best to treat and then we did the study.

10   Q.    And you knew which dosing to use with those PH-ILD

11   patients even without a randomized clinical trial; correct?

12   A.    I would say we learned that over time and felt we did

13   a pretty good job with it.

14   Q.    And, in fact, the dosing that you used at Duke and

15   Cedars was the exact dosing that ultimately ended up in the

16   INCREASE trial; correct?

17   A.    It was the same dosing, yes.

18   Q.    And so the INCREASE trial dosing is based on your

19   prior experience, at least in part, with dosing PH-ILD

20   patients with Tyvaso; correct?

21   A.    I thought they made pretty good sense.

22   Q.    Now, you provided some testimony about whether you

23   had an expectation or a hope when you prescribed Tyvaso to

24   PH-ILD patients to improve their exercise capacity.

25             And I believe you testified that you hoped it

 1    would work; correct?

 2    A.     Yes.

 3    Q.     Okay.  But you know, in fact, for some of those

 4    patients it did work to improve their exercise capacity?

 5    A.     I know we had some patients that benefitted, yes.

 6    Q.     And based on that knowledge, you continued to use

 7    Tyvaso to improve exercise capacity in PH-ILD patients while

 8    at Duke and at Cedars prior to increase; correct?

 9    A.     Not very much, no.

10    Q.     But you still did it; correct?

11    A.     We did it because, again, we had dying patients.

12    Some couldn't qualify for lung transplants, so they were

13    dead.  We had to do something.

14    Q.     Now, you also provided testimony regarding NT-proBNP;

15    correct?

16    A.     Yes.

17    Q.     And again, I believe you said you hoped that the

18    NT-proBNP of these PH-ILD patients would be impacted by

19    about 200 picograms; correct?  You only a hope?

20    A.     Well, I had hoped it would decrease.  Not by any

21    specific amount, but, yes, I hoped it would decrease.

22    Q.     But, in fact, you know because you measured

23    NT-proBNP, as you testified, that some of those patients on

24    Tyvaso while you were at Duke and at Cedars who had PH-ILD

25    had reductions in their NT-proBNP.  You knew that as a fact

1   based on the data you collected; correct?

2   A.    No, we didn't know it was a fact.  The data we

3   collected, referring to the Parikh paper in 2016, it was a

4   group of patients.  Half were PAH.  So we didn't know

5   specifically what these ILD patients' BNPs would do, no.

6   Q.    Your paper groups them together, but you have

7   personal experience with those patients; correct?  I'm

8   talking about your personal experience, not your Parikh

9   paper.

10  A.    Well, forgive me.  I don't remember the details about

11  the patients.  I am sure some patients had drops in their

12  BNP level, but I can't tell you for sure what we saw.

13  Q.    And with respect to your personal experience, you

14  were asked questions about whether you expected or hoped to

15  have reductions and exacerbations of ILD.

16        Do you recall those questions?

17  A.    Yes.

18  Q.    And you said you had the hope of that, but not the

19  expectation; correct?

20  A.    Yes.

21  Q.    Okay.  But, in fact, you know in the patients that

22  you treated with Tyvaso that had PH-ILD before INCREASE, you

23  know for a fact that some of those patients had reductions

24  in exacerbations of ILD; correct?

25  A.    And some got worse.

1   Q.     My question is:  Some of those patients that you

2   treated had reductions in exacerbations of ILD; correct?

3   A.     I'm sure some did.  We didn't collect those data or

4   characterize it, but I suspect some did.  But -- and we know

5   some patients got worse too.  So we didn't know enough.  The

6   data that was available really was pretty terrible so we

7   kind of had to do the study.

8   Q.     In the INCREASE study some patients had worse

9   exacerbations of ILD; correct?

10  A.     Yes.

11  Q.     In the INCREASE study some patients had worse

12  NT-proBNP outcomes; correct?

13  A.     Yes.

14  Q.     And some -- in the INCREASE study some patients had

15  worse six-minute walk distances; correct?

16  A.     Yes.

17  Q.     In the INCREASE study some patients had worse FVC

18  studies; correct?

19  A.     I don't know that.  I'm not sure.

20  Q.     You talked about never seeing a paper where there was

21  a prescription for Tyvaso with PH-ILD that showed it was

22  paid for; right?

23         Do you remember counsel asked that?

24  A.     Yes, yes.

25  Q.     You wrote a prescription for PH -- for Tyvaso for a

1    PH-ILD patient prior to INCREASE; correct?

2    A.    I don't think so, no.  I think my nurse practitioner

3    did or PH nurse.  I didn't write prescriptions for specialty

4    pharmacy.  She did.

5    Q.    Your nurse can write prescriptions for patients?

6    A.    Well, she's a nurse practitioner.

7    Q.    Okay.  Was she under your tutelage and guidance as to

8    what should be done?

9    A.    Yes.

10   Q.    So did you request that she inform the pharmacy to

11   ask for Tyvaso for PH-ILD?

12   A.    We talked about what to treat patients with.  She's

13   very independent.  She just did it.

14   Q.    Okay.  So she might have wrote -- written the

15   prescription, but you talked to her about writing that

16   prescription; correct?

17   A.    I said -- yeah, we agreed, let's start this patient

18   on Tyvaso, yes.

19   Q.    You might not have seen a paper, but you clearly

20   talked about it with your nurse to do this for your PH-ILD

21   patients?

22   A.    I'm -- there weren't that many.  I don't really

23   remember, honestly.  I'm not trying to be evasive, I'm

24   sorry.

25   Q.    I know but you just testified ad nauseam that you

1    treated these patients with Tyvaso.

2    A.    That's right.

3    Q.    Okay.  You had to be the one telling the nurse to

4    give them Tyvaso.

5    A.    Well, we made a decision, yes.

6    Q.    Okay.  And you know you made that decision even

7    though you never saw a piece of paper with Tyvaso for

8    PH-ILD; correct?

9    A.    I did make the decision, that's correct.

10   Q.    Okay.  And you know, because you testified to this,

11   that it was paid for by insurance companies for those

12   patients; correct?

13   A.    I never thought about it, but, sure, it had to be.

14   Q.    And you know that even though you never saw a piece

15   of paper?

16   A.    Yes.  I mean, the patients, if they got the Tyvaso, I

17   know it had to be approved.

18            MR. SUKDUANG:  No further questions, Your Honor.

19            THE COURT:  All right.  Anything else,

20   Mr. Dykhuis?

21            MR. DYKHUIS:  Nothing else, Your Honor.

22            THE COURT:  All right.  Dr. Tapson, I understand

23   you came from Los Angeles to testify at this trial, and so

24   thank you.

25            THE WITNESS:  Thank you, Your Honor.  I

1    appreciate it.

2                 THE COURT:  Watch your step.

3                 MS. PRESTON:  Good morning, Your Honor, Rachel

4    Preston for Liquidia.  May we approach with some binders?

5                 THE COURT:  Yes.

6                 MS. PRESTON:  We would now like to call

7    Dr. Aaron Waxman, who's a physician at Brigham and Women's

8    Hospital and also was the lead steering committee member for

9    UTC's INCREASE trial.  He's also the author on several

10   publications that already have been talked about in this

11   case.

12                The total run time for his testimony will be an

13   hour and 3 minutes and 5 seconds, with an hour and 3

14   minutes -- excuse me.  The total run time will be an hour

15   and 10 minutes and 34 seconds.  The total allotted to

16   defendants will be an hour and 3 minutes and 5 seconds, and

17   the total allotted to plaintiffs will be 7 minutes and 29

18   seconds.

19                THE COURT:  All right.  Thank you.

20                (The video started.)

21   BY THE ATTORNEY:

22   Q.    Good morning, Dr. Waxman.

23   A.    Good morning.

24   Q.    I know you've been deposed before.

25                You were an expert witness for UTC in a prior

1    proceeding involving Liquidia; correct?

2    A.    Correct.

3    Q.    And one of the prior proceedings involved U.S. Patent

4    '793.  Do you remember that?

5    A.    Yes.

6    Q.    And you were an expert for UTC in a proceeding before

7    the Patent Office regarding the '793 patent; is that right?

8    A.    Yes.

9    Q.    And you were also an expert witness at the trial for

10   UTC regarding the '793 patent; is that right?

11   A.    Yes.

12   Q.    Dr. Waxman, I'm marking as Waxman Exhibit Number 1

13   Harvard Medical School CV for an Aaron B. Waxman.  It was

14   Exhibit 2002 in an IPR proceeding and it bears production

15   numbers UTC_ LIQ 00254745 through 254786.  If you turn to

16   the very last -- let me ask, is this your CV?

17   A.    An old one.

18   Q.    I just asked that, but you're a practicing physician

19   at Brigham and Women's?

20   A.    Yes.

21   Q.    By PH, you understand that to be pulmonary

22   hypertension?

23   A.    Yes.

24   Q.    PH-ILD is someone who has pulmonary hypertension

25   associated with interstitial lung disease.  Do you have that

1    understanding?

2    A.    Yes.

3    Q.    Is the restrictive disease a category in which PH-ILD

4    would fall into?

5    A.    It can.

6    Q.    What do you mean by "it can"?

7    A.    There are lots of different restrictive physiologies

8    that aren't necessarily interstitial lung disease.

9    Q.    Between obstructive disease and restrictive disease,

10   PH-ILD would fall into the restrictive disease?

11   A.    Often, yes.

12   Q.    What if someone has mixed obstructive and restrictive

13   disease?  Would PH-ILD fall into that as well?

14   A.    There is a category of combined pulmonary fibrosis

15   and emphysema.

16   Q.    Could you turn to page 22 for me.  And do you see

17   towards the bottom third, under the international

18   presentations, in the year 2017, there's a presentation

19   titled "Is There a Therapeutic Opportunity For Prostacyclin

20   in Patients With PH Secondary to Primary Pulmonary Disease?"

21   A.    Yes.

22   Q.    And it was the 12th John Vane Memorial Symposium on

23   Prostacyclin Science and Pulmonary Vascular Disease; right?

24   A.    Yes.

25   Q.    And that was presented the 17th and 18th of

1    March 2017 at the Royal Society, London, UK?

2    A.    The conference was 17th and 18th, but my presentation

3    was only an hour, not even.

4    Q.    To attend the conference, did individuals have to

5    sign documents indicating that everything said there is

6    confidential?

7    A.    No.

8    Q.    Can you turn to page 38 for me, please.  Do you see

9    reference 21?

10   A.    Yes.

11   Q.    It's an M Agarwal, AB Waxman inhaled treprostinil in

12   Group 3 pulmonary hypertension, International Society of

13   Heart and Lung Transplantation, Nice, France 2015?

14   A.    Yes.

15   Q.    Is this a presentation that you presented in Nice,

16   France in 2015?

17   A.    Dr. Agarwal was a fellow and he actually did the

18   presentation, but I was there.

19   Q.    Do you recall, was it just an abstract poster where

20   people would walk up and ask questions or was there an

21   actual presentation to a group?

22   A.    It was a poster presentation.

23   Q.    So that means someone would stand there and they can

24   ask questions or he actually presented?

25   A.    People came and read and asked.

1    Q.    When Dr. Agarwal presented and you were there, did

2    attendees have to sign documents indicating that the

3    presentations were to be held in confidential nature?

4    A.    No.

5    Q.    With respect to this poster presentation in Nice,

6    France, there was an abstract also generated that was

7    prepared; is that right?

8    A.    Yes.

9    Q.    Dr. Waxman, Waxman Exhibit Number 2, if you can turn

10   to the last page, please.  Do you see on the last page at

11   the very top, it says on October 21, 2014 at 20 hours, you

12   sent an e-mail?

13   A.    Yes.

14   Q.    You sent an e-mail and it looks like pasted into the

15   e-mail is an abstract titled "Inhaled Treprostinil Group 3

16   Pulmonary Hypertension," Manyoo Agarwal and Aaron B. Waxman;

17   is that right?

18   A.    Yes.

19   Q.    If you take a look at the abstract there.  Did this

20   ultimately become the abstract that was presented in the

21   2015 Nice, France poster presentation we discussed earlier?

22   A.    Yes.

23   Q.    And you sent this abstract to Gil Golden at United

24   Therapeutics; right?

25   A.    Yes.

1   Q.      Why would you send Gil Golden your abstract that was

2   presented in 2015?

3   A.      Because I wanted to convince people to do a clinical

4   trial.

5   Q.      A clinical trial in what?

6   A.      In Group 3 pulmonary hypertension.

7   Q.      Using Tyvaso in Group 3 pulmonary hypertension?

8   A.      Using inhaled treprostinil, yes.

9   Q.      At 2014, was Tyvaso the only inhaled treprostinil

10  product available on the market?

11  A.      The only inhaled treprostinil?

12  Q.      Correct.

13  A.      Yes.

14  Q.      Does PH-ILD fall within Group 3?

15  A.      It does.

16  Q.      Were you trying to convince UTC in 2014 to use -- to

17  run a trial of Tyvaso in Group 3 patients?

18  A.      Yes.

19  Q.      And did the abstract provide the data that you wanted

20  to provide to UTC to provide -- or to motivate them to do

21  that?

22  A.      There was a portion of the data.

23  Q.      What other data?  What do you mean by "a portion of

24  the data"?

25  A.      Well, we were still collecting data.

1   Q.     Meaning even though this abstract had been written,

2   you were still at the time using Tyvaso in PH-ILD patients?

3   A.     I would say I was studying the role of Tyvaso in

4   PH-ILD.  And actually, I would restate that.  Studying the

5   role of Tyvaso inhaled treprostinil in Group 3 pulmonary

6   hypertension.  It was not specific to PH-ILD.

7   Q.     Doctor, Gil Golden responded to you a few hours later

8   on October 21st.  Do you see that e-mail?

9   A.     Yes.

10  Q.     Mr. Golden, in his e-mail to you, says he loved it;

11  correct?

12  A.     I love it.  Yes.

13  Q.     If you go back to the second page, you sent an e-mail

14  to Dr. Golden on October 23, 2014; is that right?

15  A.     Yes.

16  Q.     You indicated, "Thanks for the input.  We have all

17  that data and intend to put it into the paper."

18         Do you see that?

19  A.     Yes.

20  Q.     Do you remember who the first named author of that

21  paper was?

22  A.     That would have been Dr. Faria-Urbina.

23  Q.     You also provide Dr. Golden some median six-minute

24  walk distance at baseline in six months; is that right?

25  A.     Yes.

1  Q.    On the next e-mail up, Dr. Golden responded to you on

2  Friday, October 24, 2014; correct?

3  A.    Yes.

4  Q.    And he said:  "A 70-meter median improvement in walk

5  should translate into QOL improvement without worsening

6  interstitial disease SXS for these patients.  That is

7  encouraging."

8         Do you see that?

9  A.    Yes.

10  Q.    What is QOL improvement?

11  A.    Quality of life.

12  Q.    What is SXS?

13  A.    Symptoms.

14  Q.    Is Dr. Golden indicating that if you get a median

15  walk distance of about 70 meters, the Group 3 patients you

16  study should have an improvement in the quality of life?

17  A.    That's what he's suggests.

18  Q.    And these Group 3 patients would also -- that median

19  improvement of walk distance would also translate to a

20  reduction or not a worsening of the interstitial lung

21  disease symptoms for these patients?

22  A.    I think he's suggesting that patients would feel

23  better.

24  Q.    If they show an increase in the ability to walk

25  during this six-minute test after administration of the

1    inhaled treprostinil, is that an indication of an

2    improvement in their exercise tolerance?

3    A.      Yes.

4    Q.      Dr. Waxman, I'm marking as Waxman Exhibit Number 3 a

5    document that was previously marked as Smith Exhibit 11.

6    The front page is the *Journal of Heart Lung and*

7    *Transplantation* and it's an abstract supplement associated

8    with the International Society For Heart and Lung

9    Transplantation, 35th Annual Meeting and Scientific

10   Sessions, April 15th to 18th, 2015.  The Acropolis, Nice,

11   France; is that correct?

12   A.      Yes.

13   Q.      Is this the meeting that -- the abstract you sent to

14   Dr. Golden presented at in 2015?

15   A.      Yes.

16   Q.      If you take a look at the abstract under the purpose,

17   the second sentence says:  "Treatment with systemic

18   pulmonary vasodilators may result in V/Q imbalance."

19             Do you see that?

20   A.      Yes.

21   Q.      Can you explain what you meant by that statement that

22   when you treat with systemic pulmonary vasodilators, it

23   might result in V/Q imbalance.

24   A.      The lung is different from other organs.  When the

25   lung has disease areas, it constricts blood flow away from

1    those disease areas because those disease areas are

2    generally hypoxic.  And by giving a systemic pulmonary

3    vasodilator, you run the risk of overriding that function of

4    the lung and the function of the pulmonary vessels which can

5    make oxygenation worse because of worsening ventilation

6    perfusion.

7    Q.    When you say if you give systemic vasodilator, you

8    may override that function, what did you mean by that?

9    A.    Well, systemic vasodilators will dilate

10   indiscriminately all vessels and if you dilate vessels that

11   are otherwise being constricted in and now you're opening

12   them up, now you increase perfusion to those disease areas

13   of lung where oxygen supply is reduced.

14   Q.    When you say "increased perfusion," that means you're

15   increasing the amount of blood going to those areas?

16   A.    Yes.

17   Q.    If we go back to your abstract, the next sentence

18   says:  "Inhaled prostacyclin therapy is delivered directly

19   to well ventilated lung units, preserving V/Q and reducing

20   undesirable alterations in perfusion."

21         Did I read that correctly?

22   A.    Yes.

23   Q.    And with respect to this abstract, inhaled

24   treprostinil therapy is the prostacyclin that you chose to

25   investigate?

1  A.      I chose to study, yes.

2  Q.      What did you mean by "utilizing inhaled prostacyclin

3  therapy, it's delivered directly to well-ventilated lung

4  units, preserving V/Q"?

5  A.      So the thinking was that by using an inhaled

6  medication, it's going to go to those areas of lung that air

7  movement and deposition is optimized.

8  Q.      What did you mean by "preserving V/Q"?  What does

9  that mean?

10  A.      Again, the thinking was you don't want to override

11  what the lung has evolved to do because you can have adverse

12  effects if you override what the lung does normally.  So by

13  delivering a drug to those areas of well-ventilated lung,

14  it's more likely to only dilate vessels that are perfusing

15  those areas of lung.

16  Q.      Since you sent a draft of the abstract to Dr. Golden

17  in 2015, would it be fair to say these patients were treated

18  prior to 2014?

19  A.      Yes.

20  Q.      What is a retrospective assessment?

21  A.      It's a look backwards.  It's a review of medical

22  records.

23  Q.      If I understand correctly, patients -- looking at

24  this sentence, patients in Group 3 who are on inhaled

25  treprostinil at Brigham and Women's for some period of time

1   prior to 2014, you had their medical records available to

2   you; is that right?

3   A.      They were our patients, so yes, we had their medical

4   records.

5   Q.      And doing this retrospective assessment, did you go

6   look at those medical records to aggregate data that was

7   reflected in the abstract?

8   A.      Yes.

9   Q.      Why were those patients at Brigham and Women's prior

10  to 2014 in Group 3 being treated with inhaled treprostinil?

11  A.      Because we thought we should be studying it.

12  Q.      And the "we" is you and the colleagues that you had

13  identified earlier?

14  A.      Yes.

15  Q.      Why did you think you should be studying inhaled

16  treprostinil prior to 2014 in Group 3 patients?

17  A.      Because I felt there was a significant unmet need.

18  Q.      So why not try a different drug than inhaled

19  treprostinil to try to meet this need?

20  A.      Well, again, I hypothesized that an inhaled approach

21  would be better than a systemic approach.

22  Q.      Did you come up with that idea?  Was that an idea

23  that you had?

24  A.      At the Brigham, it was certainly me.  I don't know if

25  I was the only person that came up with that idea.

1    Q.     In this abstract, with respect to the statement we

2    read on the retrospective assessment using inhaled

3    treprostinil for these Group 3 patients, do you recall, did

4    you start using inhaled treprostinil in these -- in this

5    Group 3 patient population when it became commercially

6    available?

7    A.     Yes.

8    Q.     And did you start using inhaled treprostinil in

9    Group 3 patient population because you found it effective in

10   Group 1 PAH patients?

11   A.     Well, we had experience with it in Group 1, and it

12   was effective.  We also had the clinical trial and data.

13   And understanding the physiology of pathogens is -- the

14   pathophysiology of Group 3, we felt it needed to be

15   investigated.

16   Q.     What do you mean by that, that you understood the

17   physiology and pathogenesis and pathophysiology of Group 3?

18   How did that relate, if at all, to Group 1 with respect to

19   the use of inhaled treprostinil in that Group 3 patient

20   population?

21   A.     Well, in my opinion, there were a lot of overlaps

22   between the various groups.  When you look at the pathology,

23   there's overlap.  When you look at the mediators that are

24   circulating, there's overlap.  When you look at the

25   fundamental abnormalities of proliferation and abnormal cell

1    death, there are overlaps.

2            So it made sense, again, in my opinion, to study

3    this drug in other forms of pulmonary hypertension.

4    Q.    Going to the method section, it says:  "We followed

5    35 WHO Group 3 PH patients treated with inhaled treprostinil

6    for six months"; is that correct?

7    A.    Yes.

8    Q.    So when you say "followed," it's you looked backwards

9    at their medical records trying to identify those patients

10   with at least six months on therapy with inhaled

11   treprostinil?

12   A.    Well, we prospectively decided to treat these

13   patients and then retrospectively analyzed the data that was

14   collected as usual clinical practice.

15   Q.    So the "prospectively decided to treat," what does

16   that mean?

17   A.    We made a clinical decision that the patient

18   warranted treatment.

19   Q.    I skipped this part.  I want to go back to the

20   beginning of the methods section.

21           You indicate that 15 of the patients had

22   obstructive, 15 had restrictive disease, and 5 were

23   classified as mixed obstructive and restrictive; is that

24   right?

25   A.    Yes.

```
 1    Q.    And earlier we discussed that restrictive disease --

 2    PH-ILD would fall within that category of restrictive

 3    disease; is that right?

 4    A.    Yes.

 5    Q.    Again, in the method section, all patients started on

 6    three breaths four times daily and increased to a goal of 9

 7    to 12 breaths four times daily as tolerated.

 8               Do you see that?

 9    A.    Yes.

10    Q.    That three breaths four times daily, that's the

11    Tyvaso dosing; is that right?

12    A.    Yes.

13    Q.    Did you follow the Tyvaso dosing regimen when using

14    inhaled -- excuse me, when using Tyvaso in this study?

15    A.    Yes.

16    Q.    The three breaths four times daily, that's the

17    initial dosing for Tyvaso; correct?

18    A.    Correct.

19    Q.    And then as the patients tolerate that, you titrate

20    up to more breaths?

21    A.    Yes.

22    Q.    And that more breaths, is that reflective of the 9 to

23    12 breaths four times daily?

24    A.    It is, yes.

25    Q.    And is that considered the maintenance dosing for
```

1    Tyvaso?

2    A.    I would call it the standard goal FDA-approved

3    dosing.

4    Q.    Of Tyvaso?

5    A.    Yes.

6    Q.    Each breath of Tyvaso, you recall, is 6 micrograms of

7    treprostinil per breath?

8    A.    Yes.

9    Q.    And so three breaths would be 18 micrograms of

10   treprostinil?

11   A.    Yes.

12   Q.    Okay.  And that's what the patients were started on

13   in this study?

14   A.    Yes.

15   Q.    And nine breaths would be about 54 micrograms of

16   treprostinil in this standard goal?

17   A.    Yes.

18   Q.    And 12 breaths would equate to about 72 micrograms of

19   treprostinil?

20   A.    Yes.

21   Q.    The next section provided results and indicates the

22   number of men and women and their mean age; is that right?

23   A.    Yes.

24   Q.    You state:  "There was no significant changes in WHO

25   FC.  30 patients had subjective improvement."

1              What did you mean by "30 patients had subjective

2    improvement"?

3    A.      They told us they felt better.

4    Q.      When a patient tells you they were feeling better, is

5    that a meaningful thing to hear?

6    A.      In my opinion, yes.

7    Q.      Why?

8    A.      It's kind of what you want to hear from a patient.

9    Q.      And then two stopped because they couldn't tolerate

10   it?

11   A.      Yes.

12   Q.      And then three stopped because they didn't feel it

13   was working for them?

14   A.      Yes.

15   Q.      So when you looked at the 35 patients and the nine

16   that were less than six months, did you count those -- were

17   those nine patients who didn't make it to six months

18   included in the further analysis?

19   A.      Not if they didn't make it to six months.

20   Q.      21 had a six-minute walk distance on a baseline of

21   six months; is that right?

22   A.      Yes.

23   Q.      And the mean change in six-minute walk distance was

24   plus 60 meters, plus or minus 92.6?

25   A.      Yes.

1   Q.      Dr. Waxman, can you go back to Waxman, I think it's

2   3, and to the last page of the abstract itself.

3           Did UTC suggest you do this study reported here?

4   A.      No.

5   Q.      How did the patients in this study get their

6   insurance companies to pay for the Tyvaso?

7   A.      We would use the terminology "out of proportion."

8   Q.      And what would be out of proportion?

9   A.      The pulmonary hypertension.

10  Q.      Would you say out of proportion to ILD or

11  something -- or just PH out of proportion?

12  A.      Out of proportion to the -- any underlying disease.

13  Q.      Okay.  So if they had interstitial lung disease, you

14  would write it as pulmonary hypertension out of proportion

15  of interstitial lung disease?

16  A.      Yes.

17  Q.      And that would be submitted for the insurer to get

18  reimbursed -- the patient reimbursed or have their Tyvaso

19  paid for?

20  A.      Correct.

21  Q.      Do you recall earlier in the day we were looking at

22  international presentations and talks that you had

23  participated in?

24  A.      Yes.

25  Q.      And we identified one of the -- this 12th John Vane

1    Memorial Symposium as one of those?

2    A.    Yes.

3    Q.    And you, in fact, gave this talk?

4    A.    Yes.

5    Q.    Dr. Waxman, I'm handing you what I've marked as

6    Waxman Exhibit Number 5.  It's a transcript of the 12th

7    Annual John Vane Memorial Symposium, March 17, 2017, the

8    talk entitled:  "Is There a Therapeutic Opportunity for

9    Prostacyclins in Patients with Pulmonary Hypertension

10   Secondary to Primary Pulmonary Disease?" by Aaron Waxman at

11   the Brigham and Women's Hospital, Boston, U.S.A.

12          The video was uploaded on May 22, 2017.

13          You go on on page 3 of the transcript starting

14   at line 4:  "The treatment directed at the pulmonary

15   vascular modeling should potentially benefits any patient

16   with a form of pulmonary vascular disease."

17          What did you mean when you said that?

18   A.    Well, again, my opinion was that regardless of what

19   associated diseases there are, if a patient develops

20   pulmonary vascular disease and pulmonary hypertension,

21   there's overlap of the mechanism driving that disease.  And

22   if we have a drug that works in one form, we should be able

23   to repurpose it to another.

24   Q.    If you look on page 4 starting around line 16, you

25   specifically talk about patients with interstitial lung

1   disease; is that right?

2   A.     Yes.

3   Q.     And you state that in those patients with

4   interstitial lung disease, anywhere from 32 to 85 percent of

5   those patients will also have some evidence of pulmonary

6   hypertension?

7   A.     Yes.

8   Q.     So independent of the variability in percentage, 32

9   to 85 percent, these types of patients would be PH-ILD

10  patients?

11  A.     If they had pulmonary hypertension and interstitial

12  lung disease, yes.

13  Q.     Starting on page 7 and starting around line 16, you

14  discuss other observational studies looking at different

15  drugs for Group 3 patients; is that right?

16  A.     Yes.

17  Q.     And then you go on to state starting at line 21, but

18  I think a lot of -- so the mixed results that you talk

19  about, you state:  "But I think a lot of that has been

20  because of poor study design than anything we know about the

21  drugs."

22             What did you mean by that?

23  A.     Just the studies were small and they were poorly

24  conducted, poorly designed, and often didn't include

25  right-heart channeling.

1    Q.    If you go to page 9, starting around line 4, you

2    state:  "So what we did, we decided to prospectively treat

3    patients and do a retrospective analysis of that data."

4          Do you see that?

5    A.    Yes.

6    Q.    And then you go on to state that:  "We want to

7    evaluate patients over a six-month period with inhaled

8    treprostinil."

9          Is that right?

10   A.    Yes.

11   Q.    And as of this talk in 2017, Tyvaso was the only

12   inhaled treprostinil product available on the market?

13   A.    Yes.

14   Q.    If you go on page 9, starting around line 16, these

15   patients that you prospectively treated, you state:  "All of

16   the patients were started in the usual way, on inhaled

17   treprostinil, with -- starting with three breaths four times

18   daily and increased over time to an initial goal of 9 to

19   12."

20          Do you see that?

21   A.    Yes.

22   Q.    This usual way, is that in reference to the Tyvaso

23   dosing recommendations on the label?

24   A.    It's relating to the FDA-approved approach in

25   Group 1.

1    Q.    If you go to page 10, starting on line -- around line

2    11, you say -- you state:  "So we actually defined the

3    treatment group based on PVR."  And then:  "And this is the

4    initial 34 patients we treated."

5          Do you see that?

6    A.    Yes.

7    Q.    And then you go on to say:  "We've actually treated

8    more than 60 patients now."

9          Do you see that?

10   A.    Yes.

11   Q.    And that statement, "more than 60 patients now,"

12   that's as of 2017 when you gave that talk?

13   A.    Yes.

14   Q.    So even though you started out with initial 34

15   patients, you continued to treat patients prospectively with

16   Tyvaso that had PH-ILD?

17   A.    Well, it was a clinical decision to treat them

18   prospectively.

19   Q.    And again, these patients, would you prescribe

20   them -- would you write the prescription as pulmonary

21   hypertension -- how did you phrase it? -- out of proportion

22   to ILD?

23   A.    Well, this was Group 3, so out of proportion to

24   whatever their underlying lung disease was.

25   Q.    If you go to page 11, this data that you're talking

1    about, starting on line 2, you mentioned 22 patients where:

2    "We have clean monotherapy data over a six-month time

3    period."

4             Do you see that?

5    A.    Yes.

6    Q.    So you said it wasn't on -- in a clinical trial.

7             This was real-world treating patients; correct?

8    A.    Yes.

9    Q.    If you go to page 13, you start talking about some of

10   the results you obtained.  And if you look at line 20, you

11   indicate that patients with just ILD had upwards of a

12   65-meter improvement.

13            Is that a 65-meter improvement in six-minute

14   walk distance?

15   A.    Yes.

16   Q.    And you state patients with just ILD, these are

17   PH-ILD patients; correct?

18   A.    Yes.

19   Q.    Going at page 14, again, you're -- starting around

20   line 15, you say:  "And here you can see the improvement in

21   New York heart functional class or WHO functional class,"

22   and the actual breakdown is here.

23            Do you see that?

24   A.    Yes.

25   Q.    So, again, in the real-world application of Tyvaso

1    with this Group 3 patient population, the vast majority of

2    this particular cohort didn't feel better?

3    A.    Yes.

4    Q.    Is the work that you discussed in 2017 reflected in

5    the later paper where you're a coauthor and Dr. Faria-Urbina

6    is the lead author?

7    A.    Yes.

8    Q.    Dr. Waxman, I'm marking as Waxman Exhibit Number 6 a

9    document bearing production number UTC_PH-ILD_094881 through

10   094890.  It's titled:  "Inhaled Treprostinil in Pulmonary

11   Hypertension Associated with Lung Disease," published in

12   *Lung* 2018.  And the lead author is Dr. Faria-Urbina?

13   A.    She's the first author, yes.

14   Q.    And you're the last named author?

15   A.    I'm the senior author.

16   Q.    And is this the paper reflecting the data you

17   presented in 2017 at the John Vane conference?

18   A.    It is inclusive of some of that data, yes.

19   Q.    If you go to page 140, it's page 2 of the paper,

20   there's a "Methods, Design, and Study Population" section.

21   A.    Yes.

22   Q.    In here, you indicated:  "This is a single-center

23   retrospective observational study data from 72 patients

24   evaluated at the Pulmonary Vascular Disease (PVD) Clinic at

25   the Brigham and Women's Hospital, Boston, Mass."

```
 1                    Is that correct?

 2   A.       Yes.

 3   Q.       That's your clinic; is that right?

 4   A.       Yes.

 5   Q.       And it indicates that these 72 patients were treated

 6   with inhaled treprostinil starting from December 2009 to

 7   November 2016; is that right?

 8   A.       Yes.

 9   Q.       And these patients were prospectively treated;

10   correct?

11   A.       Yes.

12   Q.       And it was real-world experience because you said

13   it's not a clinical trial; is that right?

14   A.       These were patients who came to our clinic.

15   Q.       If you look at the second column under the design and

16   study, you indicate:  "Lung disease was defined by, as

17   follows, one, COPD post bronchodilator," and then you have

18   some figures there; correct?

19   A.       Yes.

20   Q.       And then:  "Two, ILD, presence of fibrosis defined as

21   reticular septal thickening associated with architectural

22   distortion with traction bronchiectasis, or honeycombing, on

23   the HRCT"?

24   A.       Yes.

25   Q.       So did this include ILD patients?
```

1    A.    It did.

2    Q.    And the third patient population were those with

3    CPFE?

4    A.    Yes.

5    Q.    What's CPFE?

6    A.    Combined Pulmonary Fibrosis and Emphysema.

7    Q.    And then the next paragraph talks about exclusion

8    criteria; is that right?

9    A.    Yes.

10   Q.    If they were on treatment with another PH-specific

11   drug that was added in a period less than three months from

12   the initial inhaled treprostinil therapy?

13   A.    Yes.

14   Q.    Was this to ensure that the patients in this study

15   were on monotherapy with inhaled treprostinil?

16   A.    Yes.

17   Q.    If you look at Treatment Regimen and Follow-Up, it

18   indicates that the patients received inhaled treprostinil at

19   three breaths, 18 micrograms, four times daily,

20   72 micrograms per day.

21         Do you see that?

22   A.    Yes.

23   Q.    That's the usual Tyvaso dosing you talked about

24   during your talk?

25   A.    Based on Group 1.

1    Q.    Why did you use Group 1 dosing recommendations for

2    Group 3 patients?

3    A.    Because that's what we knew.

4    Q.    So the dosing from the Tyvaso Group 1 provided the

5    guidance in the dosing for Group 3 patients?

6    A.    Yes.

7    Q.    Moving on in that same dosing section, you indicate

8    that:    "The inhaled treprostinil doses were increased as

9    tolerated by three additional breaths, 18 micrograms per

10    dosing session, every three to seven days."

11            Is that right?

12    A.    Yes.

13    Q.    So these patients who were treated with inhaled

14    treprostinil monotherapy, the goal was to try to get them to

15    between 9 and 12 breaths per treatment session?

16    A.    That was the goal, the initial goal, yes.

17    Q.    You also indicate that in addition, at least one of

18    the following tests were done:    Resting echocardiography,

19    six-minute walking test, and/or a three-minute step test

20    with a portable metabolic cart.

21            Do you see that?

22    A.    Yes.

23    Q.    What's a three-minute step test?

24    A.    It is an exercise test that actually does measure

25    exercise capacity because it includes gas exchange.

1    Q.     In you turn to the next page, page 141 of

2    Faria-Urbina, under Baseline Characteristics, the first

3    paragraph, you ultimately ended up with 22 Group 3 patients;

4    is that right?

5    A.     Yes.

6    Q.     And further down you indicate that eight patients had

7    COPD, nine patients had ILD, and five patients had CPFE?

8    A.     Yes.

9    Q.     For each of these, COPD, ILD, and CPFE, is it PH

10   associated with COPD, PH associated with ILD, and PH

11   associated with CPFE?

12   A.     It was pulmonary hypertension with background

13   disease, yes.

14   Q.     If you go to the Discussion section, your paper

15   indicates that the patients in Group 3 treated with inhaled

16   treprostinil significantly improved -- had significantly

17   improved WHO functional class and six-minute walk test

18   distance results; is that right?

19   A.     Yes.

20   Q.     Was there any other safety concerns that you observed

21   in this prospective treatment retrospective study?

22   A.     I guess the word "concern," you mean?

23   Q.     Safety issues or safety problems that would cause you

24   concern.

25   A.     We didn't see any.

1    Q.      Did you see V/Q mismatch?

2            Did you see V/Q mismatch?

3    A.      No.

4    Q.      What does the lack of observing V/Q mismatch indicate

5    to you?

6    A.      That my hypothesis was probably on the right track.

7    Q.      That using a targeted inhaled therapy avoids this V/Q

8    mismatch problem that could be observed with systemic

9    delivery of a vasodilator?

10   A.      Yes.

11   Q.      You also measured FVC; correct?

12   A.      We did, yes.

13   Q.      And what's FVC a measurement of?

14   A.      It's the forced vital capacity.

15   Q.      And what does that measure?  Or what is that?

16   A.      It's a lung volume.

17   Q.      And you have FVC percent predicted; is that right?

18   A.      Yes.

19   Q.      And what is percent predicted?

20   A.      It's just a -- it normalizes the absolute value for

21   the patients who are the same at the time, age, race, sex,

22   and weight.

23   Q.      So the absolute value of FVC, is that expressed in

24   milliliters?

25   A.      Yes.

1    Q.      And the percent predicted FVC, that tries to

2    normalize it based on certain criteria, some of which you

3    identified just a moment ago?

4    A.      Yes.

5    Q.      Under the six-minute walk test, the baseline for the

6    entire cohort was about 243 meters walked?

7    A.      Yes.

8    Q.      And then at the follow-up, it was 308 meters?

9    A.      Yes.

10   Q.      And that was a statistically significant change; is

11   that right?

12   A.      Yes.

13   Q.      If you look at the three-minute step test, there's a

14   VE/VCO2 slope.

15           Do you see that?

16   A.      Yes.

17   Q.      And the baseline was 45.9; is that right?

18   A.      Yes.

19   Q.      And the follow-up is 47.8; is that right?

20   A.      Yes.

21   Q.      If you look at page 143, on the right-hand column

22   under Figure 3, the full body of text, it says:  "A trial of

23   riociguat in idiopathic interstitial pneumonias was also

24   turning into increased risk of death and other serious

25   adverse events as compared to the placebo."

1                   Do you see that?

2     A.      Yes.

3     Q.      Do you recall what the name of the riociguat trial

4     was?

5     A.      That was the RISE-IIP?  Is that the name?  Yeah.

6     Q.      After those results came out that the riociguat trial

7     was terminated, did you and your colleagues at Brigham stop

8     using Tyvaso for Group 3 patients?

9     A.      No.

10    Q.      Why not?

11    A.      There was no reason to.

12    Q.      Why didn't the riociguat termination not provide a

13    reason to stop using inhaled treprostinil for Group 3

14    patients?

15    A.      Well, it's an oral soluble guanylate cyclase

16    stimulator.  It's a different class of drug with different

17    administration, different types of side effects.

18    Q.      Did that termination of the riociguat trial provide

19    any information as to perhaps you shouldn't be using Tyvaso

20    for Group 3 PH-ILD patients?

21    A.      No.

22    Q.      If you go to page 144.  Let me know when you're

23    there.

24    A.      I'm there.

25    Q.      On the left column, second paragraph about halfway

1   down, you say:  "In accordance with our findings, previous

2   reports using parenteral treprostinil in ILD with PH have

3   shown improvement in six-minute walk test distance and

4   pulmonary hemodynamics without negative impact on systemic

5   oxygen saturation."

6            Do you see in that?

7   A.    Yes.

8   Q.    And do you see there's a reference 32 there?

9   A.    Yes.

10  Q.    Can you refer to reference 32 for me.  And is it on

11  the last page, page 146?

12  A.    Yes.

13  Q.    Is this a Saggar, et al., paper from 2014?

14  A.    Yes.

15  Q.    Again, on page 144, the left column, next to last

16  paragraph.  It says:  "Three patients in our study had

17  follow-up RHC.  We observed significant improvement in

18  systolic PAP, a trend toward decreased mPAP and a trend

19  toward decrease in DBR."

20            Did I read that correctly?

21  A.    Yes.

22  Q.    What do these observations reflect or indicate?

23  A.    That the hemodynamics are improving.

24  Q.    What would that mean to you?

25  A.    That we're potentially having an important impact on

1    the disease.

2    Q.    Do you know what an exacerbation of an interstitial

3    lung disease is?

4    A.    Yes.

5    Q.    What is that?

6    A.    So there are times when people with interstitial lung

7    disease have worsening oxygenation, worsening shortness of

8    breath, which could be due to a flare of their disease,

9    could be due to an infection or it could be due to exposure

10   just make the disease state worse.

11   Q.    Did you see any worsening of oxygenation in your

12   study?

13   A.    We did not.

14   Q.    Did you see a decrease in shortness of breath?

15   A.    Yes.

16   Q.    Was that reflected in the WHO FC measurements?

17   A.    I would say both, the WHO functional class and the

18   six-minute walk distance.

19   Q.    I'm handing you what I marked as Exhibit Number 7, a

20   document bearing production numbers LIQ_PH-ILD_00140569

21   through 00140622.  It's an edited transcript, United

22   Therapeutics Corporation to Host Science Day 2018,

23   September 24, 2018.

24        Dr. Waxman, do you recall speaking at a United

25   Therapeutics Science Day in September of 2018?

1   A.     I do.

2   Q.     And do you recall presenting slides during that

3   presentation?

4   A.     Yes.

5   Q.     I'm marking as Waxman Exhibit Number 8 a document

6   bearing production number LIQ_PH-ILD_00101301 through

7   101317.

8          Dr. Waxman, are these the slides you presented

9   during your talk at the UTC Science Day?

10  A.     They are.

11  Q.     If you go to the next slide, slide 10.  Slide 10 is

12  titled "Ventilation (V) Perfusion (Q) Mismatch With

13  Systemic-Vasodilators in References 18 to 20"?

14  A.     Yes.

15  Q.     And then on the next slide 10, you say, "Inhaled

16  therapies may preserve V/Q and prevent undesirable effects

17  on perfusion"; is that right?

18  A.     Yes.

19  Q.     If you go to slide 11, it's titled "Inhaled

20  Treprostinil in WHO Group 3 Study Reference 21"; is that

21  right?

22  A.     Yes.

23  Q.     And this slide discusses the Faria-Urbina paper we

24  have previously discussed?

25  A.     Yes.

1    Q.      And the following slides you provide a high-level

2    synopsis of what your Faria-Urbina paper describes?

3    A.      Yes.

4    Q.      Earlier this morning, the second exhibit I provided

5    you was an e-mail chain where you sent to Dr. Gil your draft

6    of what ultimately became the Agarwal abstract that was

7    presented in Nice, France.  Do you remember that?

8    A.      Yes.

9    Q.      After sending that to UTC, were you invited to UTC to

10   talk about those -- that work?

11   A.      Eventually, yes.

12   Q.      Dr. Waxman, I'm providing you with document that I've

13   marked as Waxman Exhibit Number 9, production number

14   UTC_PH-ILD_082484 through 082534.  It's a Tyvaso and WHO

15   Group 3 proof of concept review, March 9, 2015.

16          Dr. Waxman, if you turn to the third page.  Do

17   you see there's a slide entitled "Inhaled Treprostinil in

18   Group 3 Pulmonary Hypertension," Aaron B. Waxman, M.D.,

19   Ph.D.?

20   A.      Yes.

21   Q.      Did you present these slides to UTC?

22   A.      Yes.

23   Q.      And did you present them by just sending them to them

24   or did you actually visit UTC and speak to a group of

25   people?

1    A.    I went down there and spoke to people.

2    Q.    Was it in March 2015?

3    A.    Yes.

4    Q.    Do you recall who was present at that meeting?

5    A.    I recall some of the people.

6    Q.    Who was present that you recall?

7    A.    Roger Jeffs, Dave Zaccardelli, I believe Gil was

8    there, Andrew was there.

9    Q.    Was Roger Jeffs the president of UTC at the time?

10    A.    At the time, yes.

11    Q.    What was your intent in presenting the data to UTC?

12    A.    To convince them to do a clinical trial.

13    Q.    Did they come to you and say, "We should do a Phase 3

14    trial" and ask you to support it or was it the other way and

15    you had to convince them to do it?

16    A.    I had to convince them.

17    Q.    If turn to the next slide ending in 490, this is the

18    method section and it says it's a retrospective analysis of

19    data from consecutive newly diagnosed patients incident

20    cases with severe symptoms initiated by inhaled

21    treprostinil.

22          Do you see that?

23    A.    Yes.

24    Q.    Is this data that you had given to Dr. Gil in the

25    Agarwal abstract?

1    A.      I would say this is more data, not the same data.

2    Q.      But in terms of the dosing on the next bullet point,

3    that's the standard Tyvaso dosing; is that right?

4    A.      Yes.

5    Q.      Do you recall any conversation that was prompted

6    based on what you presented to UTC at that time?

7    A.      There was a lot of discussion.

8    Q.      Do you recall any of that?

9    A.      Yeah.

10   Q.      Could you let me know what you recall?

11   A.      The one thing I recall is at the end when Roger came

12   up and patted me on the back and said we're going to do this

13   study.

14   Q.      And that's Roger Jeffs?

15   A.      Yes.

16   Q.      And they were going to do the study based on the data

17   you presented them here?

18   A.      In part, yes.

19   Q.      Was INCREASE the culmination of that?

20   A.      INCREASE was the final end point, yes.

21   Q.      Did UTC ask you to participate in designing the

22   study?

23   A.      I was the head of steering committee.

24   Q.      Was Dr. Tapson and Dr. Nathan also members of the

25   steering committee?

1    A.    Yes.

2    Q.    What about Dr. Nathan?  Why did you ask Dr. Nathan?

3    A.    Steve's an expert in interstitial lung disease and I

4    worked with him for years on kind of the overlap of

5    pulmonary hypertension and ILD.

6    Q.    In your opinion, does the six-minute walk test

7    evidence an improvement -- if there was an improvement in

8    the six-minute walk distance, is that evidence of an

9    improvement in exercise capacity?

10   A.    I don't know.  Not necessarily.

11   Q.    And the IRN-PH-201, that's the protocol used for

12   INCREASE; correct?

13   A.    Yes.

14   Q.    Did you help prepare the protocol for the INCREASE

15   study?

16   A.    As far as writing the actual protocol?

17   Q.    Designing the study.

18   A.    I did help with the design of the study, yes.

19   Q.    And did you help with the design of the inclusion and

20   exclusion criterias?

21   A.    We discussed those, yes.

22   Q.    Dr. Waxman, could you take a look at Exhibit 11 for

23   me.

24            Exhibit Number 11 is titled "A Multicenter

25   Randomized Double-Blind Placebo-Controlled Trial to Evaluate

1   the Safety and Efficacy of Inhaled Treprostinil in Subjects

2   With Pulmonary Hypertension Due to Parenchymal Lung

3   Disease" --

4   A.      Parenchymal lung disease.

5   Q.      -- "under IND70362."

6           Do you see that?

7   A.      Yes.

8   Q.      And it's protocol IRN-PH-201; is that correct?

9   A.      Yes.

10  Q.      And this is the original protocol dated October 21st,

11  2015?

12  A.      Yes.

13  Q.      If you go to page 18, there's a section -- I'm sorry.

14          There's a section 1.3, rationale for development

15  of study drug and disease condition.  Do you see that?

16  A.      Yes.

17  Q.      In the second paragraph, toward the middle, it says:

18  "Finally, Agarwal and colleagues, Agarwal 2015, recently

19  presented data on 35 patients with WHO Group 3 PH who

20  received treatment with inhaled treprostinil for six

21  months."

22          Do you see that?

23  A.      Yes.

24  Q.      This Agarwal 2015, is that your abstract that we

25  discussed earlier today?

1    A.    Yes.

2    Q.    Dr. Waxman, I'm handing you what I've marked as

3    Waxman Exhibit Number 13, a document bearing production

4    number UTC_PH-ILD_010356 through 010467.  It's titled "RIN

5    PH 201 Clinical Study Report Inhaled Treprostinil."

6            Have you seen this document before, Dr. Waxman?

7    A.    I have.

8    Q.    Can you turn to page 27 for me, please.

9            Do you see a Section 9.4.4, selection of doses

10   in the study?

11   A.    Yes.

12   Q.    And in the dosing, it says in the third line --

13   excuse me, the second line:  "The first dose of study drug,

14   three breaths, 18 micrograms, was inhaled in the clinic."

15            Do you see that?

16   A.    Yes.

17   Q.    That three breaths, 18 micrograms, is that the

18   standard Tyvaso dosing?

19   A.    Yes.

20   Q.    Is that the same dosing that you used in your Agarwal

21   abstract?

22   A.    Yes.

23   Q.    Is it the same dosing you used in the Faria-Urbina

24   2018 paper?

25   A.    Yes.

1  Q.    Why did the -- did the steering committee decide the

2  initial dosing for the INCREASE study?

3  A.    I don't remember that ever being any discussion other

4  than using the standard dosing.

5  Q.    Why did the committee just default to the standard

6  dosing of Tyvaso for the INCREASE study in PH-ILD?

7  A.    Other than us all having experience with that

8  approach, we don't have another reason.

9  Q.    When you said "experience with that approach," is

10 that experience with that approach in PAH?

11 A.    Yes.

12 Q.    Is it also experience in that approach in PH-ILD?

13 A.    In our end, yes.

14 Q.    The third line says:  "Study drug doses were

15 maximized throughout the study.  Dose escalations additional

16 one breath, four times daily QID were permitted every three

17 days with a target dosing regimen of nine breaths, 54

18 micrograms QID."

19        Do you see that?

20 A.    Yes.

21 Q.    This target dosing regimen of nine breaths, 54

22 micrograms, that is also a standard Tyvaso dosing for

23 PH-ILD; correct?

24 A.    The nine breaths, yes.

25 Q.    That's on the FDA approved label for Tyvaso?

1    A.      The nine breaths, yes.

2    Q.      This nine breaths, the increase from three breaths to

3    nine breaths, that's what you did in your work reflected in

4    Agarwal 2015; correct?

5    A.      Yes.

6    Q.      And that's what you also did in your work reflected

7    in Faria-Urbina 2018; correct?

8    A.      Yes.

9    Q.      It goes on to state:  "The maximum allowable dose of

10   study drug was 12 breaths, 72 micrograms QID within four

11   weeks of beginning the treatment as clinically tolerated."

12           Did I read that correctly?

13   A.      Yes.

14   Q.      So this 12 breaths is also what you did in your

15   Agarwal 2015 abstract; correct?

16   A.      Yes.

17   Q.      And the 12 breaths was also what you recorded in the

18   Faria-Urbina 2018 paper?

19   A.      Yes.

20   Q.      So was the dosing in the INCREASE study from

21   initiation through a target goal the same in increase as it

22   was in Agarwal 2015 and Faria-Urbina 2018?

23   A.      I would say yes.

24   Q.      And is it the same that was on the Tyvaso label that

25   was available as of 2017?

1   A.     Yes.

2   Q.     And is the PERFECT study Tyvaso in PH-COPD?

3   A.     Yes.

4   Q.     And are you involved in that study?

5   A.     Yes.

6   Q.     Is it ongoing or finished?

7   A.     It was shut down.

8   Q.     And why was it shut down?

9   A.     Mostly because of the enrollment and because the

10  enrollment was slow and the data was not there and the DSM

11  shut it down.

12  Q.     Today do you use Tyvaso for PH-COPD patients?

13  A.     I do.

14  Q.     And why is that?

15  A.     It works.

16  Q.     Now, the percent predicted efficacy with respect to a

17  statistical change, it was not the entire intent to treat

18  population that exhibited a statistical change in FVC; is

19  that right?

20  A.     The FVC was a safety readout, so this was an entirely

21  unexpected result.

22  Q.     Dr. Waxman, I'm handing you what I've marked as

23  Waxman Exhibit Number 14, a document bearing production

24  number UTC_PH-ILD_010790 through 010829.  And it's entitled:

25  "Inhaled Treprostinil in Pulmonary Hypertension Due to

1    Interstitial Lung Disease," published in *New England Journal*

2    *of Medicine*, January 28, 2021.

3              Dr. Waxman, is this the publication providing

4    the results of the INCREASE study?

5    A.    Yes.

6    Q.    And you're indicated as the first author here; is

7    that right?

8    A.    Yes.

9    Q.    If you turn to page 326 of Waxman Exhibit Number 14,

10   the *New England Journal of Medicine* paper, left-hand side,

11   last paragraph just before the Methods, there's a sentence

12   that reads:  "Data from previously completed pilot studies

13   suggested that inhaled treprostinil can improve hemodynamics

14   and functional capacity in patients with Group 3 pulmonary

15   hypertension."

16              Do you see that?

17   A.    Yes.

18   Q.    And there's a reference to 9 to 12 listed there?

19   A.    Yes.

20   Q.    And if you go to the last page, I just want to

21   confirm, reference 9 is your Faria-Urbina paper we discussed

22   earlier?

23   A.    Yes.

24   Q.    And reference 10 is the Agarwal 2015 abstract that we

25   presented and discussed earlier?

1    A.      Yes.

2    Q.      Dr. Waxman, I'm handing you what I've marked as

3    Waxman Exhibit Number 15, an e-mail chain with a production

4    number UTC_LIQ_00104554.

5            Do you see that this is an -- the bottom e-mail

6    is from Peter Smith to you dated November 15, 2017?

7    A.      Yes.

8    Q.      And the title is "INCREASE Study RIN-PH-201?

9    A.      Yes.

10   Q.      And Dr. Smith indicates to you that UTC is prepared

11   to move forward with the orphan application response to the

12   FDA, and "Would you kindly provide your letter attached with

13   the current date."

14           Do you see that?

15   A.      Yes.

16   Q.      I'm marking as Waxman Exhibit Number 16 a document

17   bearing production number UTC_LIQ_00104555 through 104557.

18   It's a letter dated November 15, 2017, on Brigham and

19   Women's Hospital, Harvard Medical School letterhead.

20           So is this a letter that you signed in support

21   of UTC's orphan drug designation request?

22   A.      Yes.

23   Q.      Did you draft this letter yourself or did UTC draft

24   this letter for your signature?

25   A.      The way it reads, I think I did.

1   Q.    And you understood this that letter was going to be

2   submitted to the FDA?

3   A.    Yes.

4   Q.    And you'd make sure you provided the FDA with

5   accurate information; correct, at least to your knowledge?

6   A.    Yes.

7   Q.    And you go on to say:  "Therefore, as we have seen in

8   our preliminary studies, it is anticipated that patients

9   with ILD-PH may be more likely to benefit from prostacyclin

10  therapy such as treprostinil."

11        Is that what you wrote?

12  A.    Yes.

13  Q.    And then you go on to continue to state and you cite

14  a couple references:  A Seeger 2013, a Saggar 2014, and an

15  Agarwal of 2015?

16  A.    Yes.

17  Q.    And that Agarwal 2015, that's your abstract we talked

18  about earlier today?

19  A.    Yes.

20  Q.    And Saggar 2014, I think we talked about that

21  earlier, and do you recall that was with parenteral

22  treprostinil?

23  A.    Yes.

24  Q.    Dr. Waxman, I'm handing you what I've marked as

25  Waxman Exhibit Number 17, a document bearing production

1    number UTC_PH-ILD_081748.

2            It's an e-mail from you -- excuse me.  It's an

3    e-mail from Peter Smith to you, Steven Nathan, and Victor

4    Tapson, amongst others, dated November 7, 2017.  The subject

5    is:  "INCREASE ILD study inhaled treprostinil."

6            And do you see in this e-mail Peter Smith, in

7    the third line down, states:  "On a related note, I wanted

8    to pass along the attached slides which could be used in any

9    of your conversation with colleagues regarding the study

10   background, patient population, et cetera, since a good

11   portion of recruitment efforts are dependent upon the

12   word-of-mouth referrals across our U.S. sites.  Any

13   opportunity to put INCREASE at the top of mind helpful in

14   identifying the patients who may be eligible for the study."

15           Did I read that correctly?

16   A.    Yes.

17   Q.    I'm handing you what I've marked as Waxman Exhibit

18   Number 18, the attachment that was provided in association

19   with this e-mail.  It bears production numbers

20   UTC_PH-ILD_081749 through 081761.

21           Can you turn to the page at the bottom ending in

22   752.

23           And is this slide supportive evidence for Tyvaso

24   and WHO Group 3 PH?

25   A.    Yes.

1   Q.     And there's an Agarwal/Waxman reference identified

2   there, April 15 to 18, 2015, Nice France.

3             Do you see that?

4   A.     Yes.

5   Q.     Is that the Agarwal 2015 abstract we discussed

6   earlier today?

7   A.     It is.

8   Q.     I'm handing you as Waxman Exhibit Number 21 a

9   document bearing production number UTC_PH-ILD_010744 through

10  010758.

11            Can you confirm this is the Tyvaso label as of

12  March 2021?

13  A.     Yes.

14  Q.     And does this Tyvaso label have two indications?

15  A.     Yes.

16  Q.     And one of them is the PAH indication and the second

17  one is the PH-ILD indication?

18  A.     Yes.

19  Q.     Can you go to page 2 of the Tyvaso 2021 label.

20            And do you see there's an Initial Dosage

21  section?

22  A.     Yes.

23  Q.     And the initial dosage is three breaths of Tyvaso per

24  treatment session four times daily?

25  A.     Yes.

1    Q.      The initial dosage is the same for both PAH and

2    PH-ILD indications; is that right?

3    A.      Yes.

4    Q.      Was there any incentive or suggestion among the

5    steering committee in UTC to differentiate the dosing

6    between PAH and PH-ILD?

7    A.      No.

8    Q.      Why not?

9    A.      I mean, I can only speak for myself.  I didn't see a

10   reason.

11   Q.      There's a Maintenance Dosage section as well, and

12   again, this discusses a target dose of 9 to 12 breaths per

13   treatment session four times daily; is that right?

14   A.      Yes.

15   Q.      And we saw in the 2009 Tyvaso label the dosing went

16   up to nine breaths four times daily; is that right?

17   A.      Yes.

18   Q.      And now this label allows up to 12 breaths; correct?

19   A.      Correct.

20   Q.      And so there's overlap between the number of breaths

21   in the maintenance dose between the 2009 Tyvaso label and

22   the 2021 Tyvaso label?

23   A.      Yes.

24   Q.      So that a clinician will conclude that the dose --

25   the maintenance dosing for PAH and PH-ILD is the same?

1    A.    That's how I would read that.

2    Q.    I know you were focusing on just PH-ILD, but was

3    there any discussion if we should use a different dose --

4    maintenance dose for PH-ILD than we have for PAH?

5    A.    No.

6    Q.    And why not?

7    A.    It would be the same answer I gave you before.  There

8    was just no reason to.

9    Q.    So the results of the INCREASE study on the

10   maintenance dosing in PH-ILD, you got those results based on

11   the dosing -- the same type of maintenance dosing that

12   you've used in your clinical practice prior to the INCREASE

13   study?

14   A.    Yeah, and then above that.  But it was far more

15   straightforward to be more rigid about dosing when you

16   design a study.

17   Q.    Did you have patients on Tyvaso DPI in PH-ILD before

18   Tyvaso was approved in PH-ILD?

19   A.    No.

20   Q.    You didn't start using Tyvaso DPI in PH-ILD until

21   after Tyvaso was approved in PH-ILD?

22   A.    We wouldn't have been able to get it paid for.

23   Q.    And why?

24   A.    Well, if a patient is getting it as part of a study,

25   we've already made their diagnosis clear, and insurance then

1    would reject the claim.

2    Q.    Correct.  So maybe -- I just want to understand.

3            You used Tyvaso before it was approved in PH-ILD

4    in patients with PH-ILD; correct?

5    A.    Yes.

6    Q.    And you got it reimbursed or your patients got it

7    reimbursed through insurance companies; correct?

8    A.    Yes.

9    Q.    Why couldn't you use Tyvaso DPI in the same manner?

10   A.    Once the Tyvaso nebulizer was approved for PH-ILD, we

11   stopped using the terminology "out of proportion" and

12   actually used the accurate diagnosis.

13   Q.    Okay.  So because of the prescribing language you had

14   to use, insurance companies would reject Tyvaso DPI for

15   PH-ILD?

16   A.    Some of them would, yes.

17   Q.    What do you remember about the day when you learned

18   the results of the INCREASE trial?

19   A.    Yeah, when you get the call on a clinical trial, it's

20   kind of nail-biting because you don't know if you were right

21   or wrong.  And I was overjoyed to hear that we were -- our

22   hypothesis was right.

23   Q.    And immediately before learning the -- whether your

24   hypothesis was right or wrong, how did you feel?

25   A.    I was petrified.

1    Q.     And why were you petrified?

2    A.     I hate being wrong.  And it was a huge investment on

3    UT's part to do the clinical trial.  And also, you know,

4    just the fact that I was convinced all these patients were

5    doing well on a placebo-controlled trial and if it was all

6    placebo effect, it wouldn't be a good thing.

7    Q.     In the retrospective study that we've been -- that

8    counsel has directed your attention to several times, you

9    said you used Tyvaso for certain PH-ILD patients; is that

10   right?

11   A.     Yes.

12   Q.     The population you used it for, is that the same

13   population as was in the INCREASE trial?

14   A.     Pretty much, yes.

15   Q.     Were you aware of others using Tyvaso at the time of

16   your retrospective study, were you aware of anyone else

17   using Tyvaso for PH-ILD patients?

18   A.     I knew of a few people.

19   Q.     Did you ever discuss with other physicians that your

20   idea of using your -- the concept of using Tyvaso for PH-ILD

21   patients?

22   A.     I'm sure I did.  I don't remember any specific

23   conversations but just knowing that there were people doing

24   what I was doing.

25   Q.     Did you ever raise it and get negative reactions from

1    any other physicians in the field?

2    A.    There are definitely some very narrow-minded

3    conservative physicians out there that if you deviate from

4    the guidelines, you aren't doing the right thing.

5    Q.    Let's look at Waxman 3.  Are you there?

6    A.    Yes.

7    Q.    Did this abstract report a p-value with respect to

8    the PH-ILD patients treated with Tyvaso?

9    A.    Not specifically, no.

10   Q.    Did this abstract involve a study with a

11   placebo-controlled arm?

12   A.    No.

13   Q.    So from the data reported -- actually, let me shift

14   gears quickly to -- you also looked at -- let's look at

15   Waxman 6.  Are you there with me?

16   A.    Yes.

17   Q.    Did this document identify a p-value with respect to

18   the PH-ILD patients treated with Tyvaso?

19   A.    (Audio failure.)

20   Q.    Did the data underlying this document involve a

21   placebo-controlled arm?

22   A.    No.

23   Q.    And your conversations with UTC dating back to 2015,

24   you indicated that you hate being wrong and the INCREASE

25   study proved you were right; correct?

1    A.       I hope I'm more humble than that, but yes.

2             (The video ended.)

3             MS. PRESTON:  Your Honor, I have one correction

4    to the allotted time, if I may.

5             THE COURT:  All right.

6             MS. PRESTON:  8 minutes and 9 seconds with an

7    hour 2 minutes and 28 seconds to the defendants and

8    5 minutes and 40 seconds to plaintiffs.

9             And then we would like to move the following

10   exhibits into evidence:  DTX 0297 which corresponds to

11   Exhibit 1, DTX 0287 which corresponds to Exhibit 2, DTX 0161

12   which corresponds to Exhibit 3, DTX 0140 which corresponds

13   to Exhibit 5, DTX 0392 which corresponds to Exhibit 6, DTX

14   0127 which corresponds to Exhibit 7, DTX 0077 which

15   corresponds to Exhibit 8, DTX 385 which corresponds to

16   Exhibit 9, DTX 373 which corresponds to Exhibit 11, DTX 349

17   which corresponds to Exhibit 13, DTX 363 which corresponds

18   to Exhibit 14, DTX 280 which corresponds to Exhibit 15, DTX

19   281 which corresponds to Exhibit 16.

20            And then for a complete list, the following

21   exhibits have already been admitted:  DTX 383 corresponds to

22   Exhibit 17, DTX 0384 corresponds to Exhibit 18, and DTX 0360

23   corresponds to Exhibit 21.

24            MR. CARSTEN:  No objection.

25            THE COURT:  So the first listed exhibits are

1    admitted without objection.

2                (Thereupon, Defendant's Exhibits DTX 297, DTX

3    287, DTX 161, DTX 140, DTX 392, DTX 127, DTX 77, DTX 385,

4    DTX 373, DTX 349, DTX 363, DTX 2850, and DTX 281 were

5    admitted.)

6                So let's take a lunch break until quarter of

7    2:00.  We'll see you all again at that time.

8                (A recess was taken, after which the following

9    proceedings were had:)

10                THE COURT:  Let's call the next witness.

11                MS. UPTON:  At this time, Liquidia calls

12    Mr. Dean Bunce by deposition.

13                May we approach?

14                THE COURT:  Yes.

15                MS. UPTON:  Mr. Bunce is currently the executive

16    vice president of regulatory affairs at UTC.  He was deposed

17    October 29, 2024.  The total run time of the video is

18    5 minutes, 35 seconds, with Liquidia's designations running

19    4 minutes and UTC's counterdesignations running 1 minute,

20    35 seconds.

21                THE COURT:  All right.  Thank you.

22                MR. CARSTEN:  Your Honor, a moment for

23    clarification.  He's no longer employed by UT.  He's

24    retired.

25                THE COURT:  Okay.

```
 1                    (A video was played.)
 2    BY THE ATTORNEY:
 3    Q.      Can you state your full name for the record, please.
 4    A.      Dean Bunce.
 5    Q.      Who did you speak with in preparation for your
 6    deposition today?
 7    A.      With counsel and Martine Rothblatt.
 8    Q.      What's your current position at UTC?
 9    A.      Executive vice president, global regulatory affairs.
10    Q.      Are you aware of any instance where Tyvaso was used
11    off label to treat PH-ILD before Tyvaso was approved to
12    treat PH-ILD?
13    A.      I'm not personally aware.
14    Q.      What is the earliest off-label use of Tyvaso to treat
15    PH-ILD that you recall?
16    A.      I'm not personally aware of any circumstances.
17    Q.      So during your time at UTC, have you heard anybody
18    talking about using Tyvaso off label to treat PH-ILD?
19    A.      I have heard that Tyvaso physicians can use drugs --
20    our drugs to treat any patient that they feel may benefit
21    from the drug.  So I've heard that, yes, physicians have
22    used our drug for patients that aren't on label.
23    Q.      Who did you hear that from?
24    A.      Mainly from -- I would say mainly from drug safety
25    reports where we have to review any adverse events that come
```

1    in for our drugs.

2    Q.    What is a drug safety report?

3    A.    It's a report filed by a committee filed by a

4    patient, physician, caregiver if they feel there's an

5    adverse effect of our drug.

6    Q.    You mentioned adverse events in drug safety reports.

7    What types of adverse events do you recall with respect to

8    Tyvaso use in PH-ILD off label?

9    A.    I want to say particularly with Tyvaso ILD off label,

10   we get reports all the time.  I can't point to anything that

11   says Tyvaso PH-ILD was being used off label.  I can't recall

12   anything in particular.

13   Q.    I will mark as Exhibit 2 a document bearing the title

14   "Defendant Liquidia Technology, Inc.'s Rule 30(b)(6) Notice

15   of Deposition of United Therapeutics Corporation."

16          You understand that you've been designated as

17   the corporate representative for certain topics falling

18   under Federal Rules of Civil Procedure 30(b)(6)?

19   A.    Yes.

20   Q.    And have you seen this document before?

21   A.    I have.

22   Q.    Let's start with topic 21, which asks about the

23   factual bases for Martine Rothblatt's statements during FQ1

24   2018 earnings call concerning Tyvaso.

25          I'm marking as Exhibit 3 a document bearing the

1    title "United Therapeutics Corporation NASDAQ GS UTHR Q1

2    2018 Earnings Calls Transcript."  The document bears the

3    date Wednesday, May 2, 2018, and it bears the Bates number

4    LIQ_PH_ILD.

5            Let's start with topic 21, which asks for the

6    factual bases for Martine Rothblatt's statement during FQ1

7    2018 earnings call concerning the use of Tyvaso.  I'm

8    marking as Exhibit 3 a document bearing the title "United

9    Therapeutics Corporation NASDAQ GS UTHR FQ1 2018 Earnings

10   Calls Transcript."  This document bears the date Wednesday,

11   May 2, 2018 and it bears the Bates number LIQ PH-ILD 001.

12           What did you do to prepare for topic 21?

13   A.     Talked with Martine Rothblatt about her remembrance

14   of this call and her review of the transcript.

15   Q.     So the document I just handed you which is Exhibit 3,

16   what is this document?

17   A.     Appears to be -- this is the first quarter 2018

18   earnings call transcript.

19   Q.     Do you see the portion of the statement that says

20   "and through the kindness and generosity of certain payers

21   around the country"?

22   A.     I do.

23   Q.     What was the factual basis for this portion of

24   Dr. Rothblatt's statement?

25   A.     As mentioned that no physicians can use the drug to

1    treat any patient and some payers have reimbursed the

2    patient or their insurance paid for use in Group 3.

3    Q.    Do you see the portion of the statement that says:

4    "In fact, they believe that this drug works even better in

5    that indication than in the Group 1 indication in terms of

6    at least the exercise ability that they saw in their

7    patients, discounting any placebo effects that might be

8    involved"?

9    A.    I do.

10   Q.    What was the factual basis for this portion of

11   Dr. Rothblatt's statement?

12   A.    She thought that Dr. Waxman has some

13   hypothesis-generating data and she was referring to what he

14   told her.

15   Q.    Was there any other information Dr. Rothblatt gave

16   you regarding the factual basis for her statement?

17   A.    No.   The other thing she said we weren't promoting or

18   pushing pre-approval promotion for Tyvaso in Group 3.

19   Q.    Did she give any detail as to why?

20   A.    As a company, we can't promote pre-approval

21   promotion, so she did not, but as a company, we cannot.

22              (The video ended.)

23              MS. UPTON:   During the video, the following

24   exhibits were used:   DTX 626 which corresponds to deposition

25   Exhibit 2 and DTX 30 which corresponds to deposition

1   Exhibit 30.  Thank you.

2               MR. CARSTEN:  No objection, Your Honor.

3               THE COURT:  All right.  Admitted without

4   objection.

5               (Thereupon, Defendant's Exhibit DTX 626 and

6   DTX 30 were admitted.)

7               MR. LAU:  Good afternoon, Your Honor.  Andrew

8   Lau for Liquidia.  May I approach?

9               Your Honor, at this time, Liquidia calls Steven

10  Maebius.  Mr. Maebius was UTC's counsel in the '793 IPR.

11  His testimony relates to UTC's representation to the PTAB

12  that the '793 patent satisfied a long-felt but unmet need to

13  treat PH-ILD.

14              I'm told run time of the video is 3 minutes and

15  22 seconds, all of which is allocated to Liquidia.

16              (A video was played.)

17  BY THE ATTORNEY:

18  Q.    Good morning, Mr. Maebius.  How are you?

19  A.    Good morning.

20  Q.    As a practicing attorney, your entire career has been

21  at Foley; correct?

22  A.    Correct.

23  Q.    And during your practicing career, has the primary

24  area of your practice been patent prosecution before the

25  USPTO?

1    A.    Yes, for the most part.

2    Q.    Do you recall when you started working for UTC?

3    A.    When the company was formed.

4    Q.    Mr. Maebius, what I put in front of you as Maebius

5    Exhibit Number 10 is UTC's patent owner response filed in

6    the '793 IPR.  It is dated November 10, 2021.  And for the

7    record, it's production numbers LIQ_PH-ILD_00000110 through

8    184.

9          Mr. Maebius, you're familiar with this document;

10    correct?

11    A.    Yeah.

12    Q.    You filed UTC's patent owner's response in the '793

13    IPR on behalf of UTC; correct?

14    A.    Yeah.

15    Q.    And this -- on page 61 begins a Section C as in

16    "Charlie," long-felt unmeet need.  Did I read that

17    correctly?

18    A.    Yes.

19    Q.    And this section addresses whether the '793 patent

20    meets a long-felt unmet need; correct?

21    A.    Yeah.

22    Q.    And with respect to whether a patent can meet a

23    long-felt but unmet need, the claims have to meet that need;

24    correct, not the general specification?

25    A.    Yes.  The analysis relates to the claim amendment.

1    Q.      With respect to Section C, UTC is suggesting or

2    arguing that the claims of the '793 patent satisfy a

3    long-felt but unmet need; correct?

4    A.      Yeah.

5    Q.      In this section regarding long-felt need, you and UTC

6    are arguing that the claims of the '793 patent meet the need

7    of treating pulmonary hypertension associated with

8    interstitial lung disease; correct?

9    A.      That's one of the arguments, yeah.

10   Q.      You understand the '327 patent is also directed to

11   treating pulmonary hypertension associated with interstitial

12   lung disease?

13   A.      The claim language does include pulmonary

14   hypertension associated with interstitial lung disease.

15   Q.      And in this response, patent owner's response, you

16   actually submit the 2021 Tyvaso label; correct?

17   A.      Yeah.

18   Q.      And in submitting the 2021 Tyvaso label, you're

19   informing the Patent Office that this is the indication that

20   the '793 patent covers; correct?

21   A.      Yes.  We're saying this is evidence of a long-felt

22   unmet need being satisfied (inaudible).

23   Q.      And the long-felt need is the indications identified

24   in the 2021 Tyvaso label; correct?

25   A.      Yes, to provide a better treatment for those

1    patients.

2                    (The video ended.)

3                    MR. LAU:  Your Honor, at this time, the

4    defendant would like to enter into evidence DTX 0007, which

5    corresponds to Maebius Deposition Exhibit Number 10.

6                    THE COURT:  And this is for the one sentence

7    that we just saw?

8                    MR. LAU:  It was for the testimony that

9    Mr. Maebius gave regarding the satisfaction of the long-felt

10   unmet need.

11                   THE COURT:  Right.  The testimony stands on its

12   own, but in terms of the exhibit, the only sentence that

13   counts is the one that was read during questioning; right?

14                   MR. LAU:  Your Honor, may I confer with my --

15                   THE COURT:  Yes.

16                   MR. LAU:  Thank you, Your Honor.

17                   If I'm correct in understanding that you were

18   asking about that sentence in Section C that was discussed

19   during the video, then yes.

20                   THE COURT:  Well, and more to the point is, the

21   other 73 pages of the exhibit, they're not relevant to

22   anything as an exhibit?  Is that -- that's what I'm trying

23   to get at.

24                   MR. LAU:  Yes.

25                   THE COURT:  All right.  Sorry, Mr. Lau, to

1    spring you with a surprise here.

2              MR. LAU:  No worries, Your Honor.  Thank you.

3              THE COURT:  No worries.

4              All right.  Shall we go on to whatever is next?

5              Oh, and I admit that without objection.

6              (Thereupon, Defendant's Exhibit DTX 0007 was

7    admitted.)

8              MR. HABIBI:  Good afternoon, Your Honor, John

9    Habibi here on behalf of the defendant, Liquidia

10   Technologies.

11             THE COURT:  I'm sorry --

12             MR. HABIBI:  John Habibi here on behalf of the

13   defendant, Liquidia Technologies.

14             THE COURT:  I don't think your name is written

15   down on the list.  Nice to see you.

16             MR. HABIBI:  Likewise.

17             THE COURT:  Would you spell your name for the

18   court reporter?

19             MR. HABIBI:  Sure.  John, last name Habibi,

20   H-A-B-I-B-I.

21             THE COURT:  All right.  Go ahead.

22             MR. HABIBI:  We would now like to call Shaun

23   Snader by video testimony.  Shaun Snader is the VP and

24   associate general counsel of UT.

25             And the video, the total run time will be about

1    4 minutes and 2 seconds.  All the time will be allocated to

2    the defendant.

3              THE COURT:  All right.  Thank you.

4              (A video was played.)

5    BY THE ATTORNEY:

6    Q.    Can you please state your full name for the record.

7    A.    Shaun Snader.

8    Q.    After Wilson Sonsini, you joined United Therapeutics

9    in January of 2015; is that correct?

10   A.    Yes.

11   Q.    What is your current title?

12   A.    Vice president and associate general counsel,

13   intellectual property and litigation.

14   Q.    I'm going to enter as Exhibit 28 a letter dated

15   February 12, 2024, regarding NDA 213005-Yutrepia

16   treprostinil inhalation powder response to February 2, 2024,

17   letter from Liquidia Technologies Inc.

18              UNIDENTIFIED SPEAKER:  Is that marked as

19   Exhibit 28?

20              THE ATTORNEY:  Yes, it is.

21   BY THE ATTORNEY:

22   Q.    And what is Exhibit 28, if you know?

23   A.    It is a -- based on what I'm reading here on the

24   first page, it's a letter from Hyman, Phelps & McNamara

25   dated February 12, 2024, on behalf of its client United

1    Therapeutics Corporation.

2    Q.    Were you involved in the preparation of this letter?

3    A.    Yes.

4    Q.    Can you go to page 6 of this letter.

5    A.    I'm on page 6.

6    Q.    And I'm looking at the paragraph that begins:

7    "During the pendency of the 30-month stay for the PAH

8    indication."

9          Do you use that?

10   A.    I see that paragraph.

11   Q.    Okay.  And then there's a reference to an amendment

12   that Liquidia made in the context of its 505(b)(2) NDA for

13   Yutrepia.

14         Do you see that?

15   A.    I do see a reference to an amendment.

16   Q.    And then in this letter it states:  "In that

17   amendment, Liquidia certified to the *Orange Book* patent

18   information for Tyvaso, and UTC timely sued Liquidia for

19   patent infringement.  But the subsequent litigation on the

20   patents covering the new indication, the '793 patent and

21   U.S. Patent Number 11,826,327, the '327 patent, did not

22   trigger a 30-month stay because those patents were added to

23   the *Orange Book* for Tyvaso after the January 20, 2020,

24   submission of the original Yutrepia 505(b)(2) NDA."

25         Do you see that statement?

1    A.    I do.

2    Q.    Do you see the part of the statement that states that

3    "The patents covering the new indication"?

4          Do you see that?

5    A.    Yes, I do.

6    Q.    Do you know what the new indication is that's being

7    referred to there?

8    A.    I believe that is referring to PH-ILD.  It may be a

9    little more specific and technical than that, but that's my

10   understanding as to what that refers to as a new indication.

11   Q.    And then this letter states that at least two of the

12   patents covering that new indication on PH-ILD are the '793

13   patent and the '327 patent; correct?

14   A.    Yes, it identifies the '793 and the '327 patents.

15   Q.    And it identifies those two patents as patents that

16   covered the new indication, i.e., PH-ILD; correct?

17   A.    I believe that that's -- that this sentence is

18   referring to those patents as, quote, covering the new

19   indication, end quote.

20          (The video ended.)

21          MR. HABIBI:  Your Honor, Liquidia now moves to

22   admit DTX 28 into evidence, which corresponds with

23   Exhibit 28 in the video.

24          MR. CARSTEN:  No objection.

25          THE COURT:  All right.  It's admitted without

1    objection.

2                    MR. HABIBI:  Thank you.

3                    (Thereupon, Defendant's Exhibit DTX 28 was

4    admitted.)

5                    MR. DAVIES:  Your Honor, John Davies for

6    Liquidia.

7                    THE COURT:  Actually, Dr. Channick, you're still

8    sworn from when you testified yesterday, so you don't need

9    to be resworn.

10                   All right.  Mr Davies, you may proceed.

11                   MR. DAVIES:  Thank you, Your Honor.

12                           DIRECT EXAMINATION

13   BY MR. DAVIES:

14   Q.     Dr. Channick, did you review the Court's claim

15   construction of PH-ILD that issued recently?

16   A.     Yes.

17   Q.     And is the Court's claim construction with your own

18   clinical diagnostic practices for PH-ILD that you described

19   yesterday?

20   A.     Yes.

21   Q.     And does the Court's recent claim construction change

22   any of your opinions in this case?

23   A.     No.

24   Q.     Have you previously offered opinions as to the

25   definition of a POSA --

1    A.    Yes.

2    Q.    -- in this case?

3              And is it your opinion that a POSA would have a

4    medical degree with a specialty in pulmonology or

5    cardiology, plus at least two years of experience in

6    treating patients with PH as an attending, including PH

7    associated with ILD and including with inhaled therapies or

8    equivalent degree of experience?

9    A.    Yes.

10    Q.    And did you apply that understanding of a POSA to the

11    opinions you've offered in this case?

12    A.    I did.

13    Q.    Can we please go to DTX 356.

14              And, Dr. Channick, what is DTX 356?

15    A.    This is the article from the Sixth World Symposium on

16    pulmonary hypertension discussing hemodynamic definitions

17    and updated clinical classification of pulmonary

18    hypertension.

19    Q.    And who are the authors?

20    A.    The first author is Gerard Cimino.

21    Q.    And when was it published?

22    A.    It was published in 2019.

23    Q.    Did you consider this document in forming your

24    opinions in this case?

25    A.    I did.

```
 1            MR. DAVIES:  Your Honor, I believe this has
 2   already been admitted into evidence but as PTX 309.  This
 3   copy is a cleaner copy so we'd ask that this be admitted
 4   into evidence, which is DTX 356.
 5            THE COURT:  All right.  Admitted without
 6   objection.
 7            (Thereupon, Defendant's Exhibit DTX 356 was
 8   admitted.)
 9            MR. DAVIES:  Thank you, Your Honor.
10   BY MR. DAVIES:
11   Q.     Please go to Table 1.
12          And what is shown on Table 1?
13   A.     So briefly, this is the hemodynamic definitions of
14   pulmonary hypertension.
15   Q.     Does this table reflect how a POSA would have defined
16   a PH in both Group 1 PH and PH-ILD as of April 10, 2020?
17   A.     It would.
18   Q.     Are the hemodynamic cutoffs that are provided here,
19   are they the same for Group 1 and Group 3 PH?
20   A.     Yes, they are.
21   Q.     And for diagnosing a PH-ILD patient, once you've
22   confirmed that the patient has both PH and ILD, how do you
23   determine whether the patient has PH-ILD?
24   A.     So PH-ILD, as I think we've discussed several times
25   probably, is really the presence of both pulmonary
```

1    hypertension and specifically what we call precapillary.

2    And that's kind of defined in that top group there.

3              So you've ruled out the left-side-of-heart

4    diseases.  So the patient has what we call precapillary

5    pulmonary hypertension.  And you also have the presence of

6    interstitial lung disease.  So those two things together.

7              And then you make the clinical judgment that

8    there's at least a little bit of cause and effect.  So the

9    PH, to some degree, you can't say how much, has been caused

10   by the ILD.  If you do that, then you'll have a diagnosis of

11   PH-ILD.

12   Q.    Were you in the courtroom yesterday, Dr. Channick, to

13   hear Dr. Nathan's testimony?

14   A.    I was.

15   Q.    And did you hear Dr. Nathan testify that some of

16   these prior studies, including Dr. Waxman's studies or

17   Dr. Saggar's studies, of treprostinil and PH-ILD patients

18   were actually in PAH patients, in his opinion?

19   A.    I did hear that, yes.

20   Q.    And do you agree with that opinion?

21   A.    No.

22   Q.    You also reviewed Dr. Nathan's earlier opinions in

23   this case; correct?

24   A.    Yes.

25   Q.    Do you recall Dr. Nathan's opinion that an mPAP

1    greater or equal to 35 millimeters of mercury and a PVR

2    greater than 4 Wood units are characteristics of patients

3    with severe PH out of proportion to their ILD?

4    A.    Yes, I do.

5    Q.    Do you recall that opinion?

6          Do you agree with that opinion?

7    A.    No.

8    Q.    Why not?

9    A.    Because it's part of the spectrum.  I think we

10   realize that within the spectrum of PH-ILD, there's varying

11   severity of PH.  So that can range from mild, to moderate,

12   to severe.  There's no such thing, really, as out of

13   proportion because we don't know what "in proportion" means.

14   We know there's a spectrum, as I said, of severity that can

15   occur in PH-ILD.

16   Q.    Is there any set threshold for either PH or ILD

17   component of PH-ILD?

18   A.    No.

19   Q.    Can we please go to Claim 1 of the '327 patent.

20         Does Claim 1 have a severity cutoff with respect

21   to the PH-ILD patient?

22   A.    No.

23   Q.    Does Claim 1 have any proportionality requirement

24   with respect to either the PH or ILD component of the PH-ILD

25   patient in Claim 1?

Channick - Direct

436

1    A.    No.

2    Q.    Dr. Channick, do you have any understanding as to

3    whether the claims of the '327 patent are based on the

4    results of the INCREASE study?

5    A.    Yes.

6    Q.    And do you believe they are or they are not?

7    A.    They are.

8    Q.    Can we please go to Example 3 of the '327 patent.

9          Does Example 3 describe the INCREASE study?

10   A.    It does.

11   Q.    Can we please go to Table 7.  Do you see Table 7,

12   Doctor?

13   A.    I do.

14   Q.    And what does Table 7 show?

15   A.    Table 7 is reporting baseline characteristics of the

16   patients in the INCREASE trial as it relates to the

17   six-minute walk distance, the hemodynamics, NT-proBNP, and

18   pulmonary function testing.

19   Q.    And you see the row that's titled Pulmonary Vascular

20   Resistance?

21   A.    I do.

22   Q.    Is that sometimes referred to as PVR?

23   A.    Yes.

24   Q.    What was the average PVR for the patients in the

25   INCREASE study?

1   A.      About 6.2 Wood units.

2   Q.      What was the highest PVR observed for the patients in

3   Table 7?

4   A.      It went all the way up to 18 Wood units.

5   Q.      Do you also see the row that says pulmonary arterial

6   pressure?

7   A.      I do.

8   Q.      What was the average pulmonary arterial pressure for

9   patients in Table 7?

10   A.      About 37 millimeters of mercury.

11   Q.      Did some of the patients in this table have even

12   higher PAP values?

13   A.      Yes, all the way up to 74.

14   Q.      Would these patients in Table 7 from the INCREASE

15   trial fall within Dr. Nathan's definition of severe PH, out

16   of proportion?

17   A.      Yes.

18   Q.      Were these patients nonetheless enrolled in the

19   INCREASE study?

20   A.      Yes.

21   Q.      In your opinion, are patients with interstitial lung

22   disease that have severe PH or PH out of proportion to their

23   ILD excluded from the claims of the '327 patent?

24   A.      No, they are not.

25   Q.      Dr. Channick, I'd like to talk briefly about the

1    Tyvaso dosing that's been talked about on numerous times.

2              For Tyvaso, are there any differences between

3    the 2009 and 2021 labels with respect to dosing?

4    A.    The only difference is a small change in the

5    maintenance dosing recommended.

6    Q.    And in your opinion, was that a significant change in

7    the dosing or not?

8    A.    No.  It went from 9 puffs to 9 to 12 puffs and

9    eliminated a maximum recommended dose.

10   Q.    Even before 2021, do you have any opinion whether

11   doctors were exceeding the recommended dosing of Tyvaso from

12   the 2009 label?

13   A.    Yes.  Many patients were on more than nine puffs.

14   Q.    Why were doctors doing that with their patients on

15   Tyvaso?

16   A.    I think it recognized the concept that prostacyclin,

17   including Tyvaso, many patients require higher doses to get

18   benefit.

19   Q.    Did you prescribe Tyvaso above nine breaths?

20   A.    I did.

21   Q.    Did you prescribe Tyvaso above nine breaths in PH-ILD

22   patients prior to April 2020?

23   A.    Yes.

24   Q.    Why were you going above that dose in your PH-ILD

25   patients which you used Tyvaso in?

Channick - Direct
439

1    A.    It was the same in all PH patients we were using

2    Tyvaso in.  With a drug like that and this particular drug,

3    patients often required higher dose.

4    Q.    Do you recall hearing opinions about a Faria-Urbina

5    2018 publication?

6    A.    I did.

7    Q.    And do you recall whether the patients in that study

8    exceeded the recommended nine breaths per treatment session

9    of Tyvaso?

10   A.    Yes.

11   Q.    And did they, in fact, exceed nine breaths?

12   A.    Yes.

13   Q.    Prior to 2020, did you use Tyvaso off label to treat

14   PH-ILD patients?

15   A.    Yes.

16   Q.    Before this case, were you aware of other physicians

17   using Tyvaso off label for treatment of PH-ILD?

18   A.    Yes.

19   Q.    About how many other physicians were you aware of?

20   A.    Dozens.

21   Q.    Were you aware of the off-label use of Tyvaso in

22   PH-ILD by Dr. Saggar, Waxman, and Tapson before this case?

23   A.    Yes.

24   Q.    When did you start prescribing Tyvaso off label to

25   treat PH-ILD patients?

1  A.     Pretty much after it was approved in 2009.

2  Q.     Do you know whether the PH-ILD patients that you

3  treated off label with Tyvaso prior to 2020 actually

4  experienced improvements in exercise capacity?

5  A.     Yes.

6  Q.     How do you know that?

7  A.     Well, in the patients we were assessing exercise

8  capacity, which is virtually all patients where we assess

9  are they able to do more, we certainly have seen

10 improvements, so increases in exercise capacity.

11 Q.     And what dosing of Tyvaso were you using in those

12 patients that you saw these improvements in exercise

13 capacity?

14 A.     The recommended dosing for the label in PAH.

15 Q.     Yesterday you heard UTC's counsel and Dr. Nathan talk

16 about the allegedly seven deadly trials.  Do you recall

17 that?

18 A.     Yes.

19 Q.     Can we please bring up PDX 310.

20         And this is plaintiff's exhibit from yesterday,

21 demonstrative exhibit from yesterday.  Dr. Channick, do you

22 recall this?

23 A.     I do.

24 Q.     Do you agree that any of these were, quote, deadly

25 trials?

1    A.    No, none of the ones listed before 2024.

2    Q.    Did any of these trials, except for the PERFECT

3    study, include treprostinil?

4    A.    No.

5    Q.    Are you aware of any failed study of inhaled

6    treprostinil, Tyvaso, in PH-ILD patients before April 2020?

7    A.    No.

8    Q.    Was the PERFECT study conducted in PH-ILD patients?

9    A.    No.

10   Q.    What patient population was that conducted in?

11   A.    PH-COPD.

12   Q.    Would a POSA have been aware that the PERFECT study

13   was terminated before April 2020?

14   A.    No.

15   Q.    Why not?

16   A.    Hadn't been done yet.

17   Q.    Other than the PERFECT study, do any of the other

18   studies use the drug treprostinil?

19   A.    No.

20   Q.    What drug was used in the active trial?

21   A.    Iloprost.

22   Q.    Was ACTIVE a failed study?

23   A.    It was not.

24   Q.    Why not, in your opinion?

25   A.    Because ACTIVE had a primary endpoint of safety and

1    it was very clearly written in the paper that this was a

2    study with a primary endpoint of safety.  It was not

3    designed or powered to show efficacy and, in fact, they

4    showed safety of inhaled iloprost, so it's not a failed

5    study.

6    Q.    Other than the ACTIVE trial and the PERFECT trial

7    that are listed on this slide, are any of the other drugs

8    used in the other five trials inhaled therapies?

9    A.    No.

10    Q.    What kind of therapies are they?

11    A.    Oral.

12    Q.    Is that a different route of administration than the

13    inhaled route that's used for Tyvaso?

14    A.    Yes.

15    Q.    As of April 2020, were you aware of these first six

16    allegedly failed studies, including the RISE-IIP study?

17    A.    Yes.

18    Q.    And how, if at all, did your knowledge of these

19    studies affect your prescribing patterns with respect to

20    off-label use of Tyvaso in PH-ILD patients?

21    A.    It did not.

22    Q.    Why not?

23    A.    As we said, these were not studies for treprostinil.

24    They were not studies with inhaled treprostinil.  They were

25    not studies except for the ACTIVE study, which was not a

1    failed study.  They were not even studies of prostacyclin.

2    So there was no reason to take the results from these

3    studies and suspect it would have anything to do with what

4    we're seeing with inhaled treprostinil in PH-ILD.

5    Q.    Did these studies indicate in any way that the

6    INCREASE study results were unexpected?

7    A.    No.

8    Q.    Do these studies indicate in any way the claims of

9    the '327 patent were unexpected?

10   A.    No.

11   Q.    Do these studies in any way prevent a POSA from

12   having a reasonable expectation with respect to achieving

13   the claims of the '327 patent?

14   A.    No.

15   Q.    I'd like now to turn to your invalidity opinions,

16   Dr. Channick.  In your opinion, are the asserted claims of

17   the '327 patent invalid?

18   A.    Yes.

19   Q.    And have you prepared a demonstrative outlining why

20   that's the case?

21   A.    I have.

22   Q.    Can we please pull up DDX 3.5.

23         Is that the demonstrative, Dr. Channick?

24   A.    It is.

25   Q.    At a high level, why do you believe the claims of the

1    '327 patent are invalid?

2    A.    I think we have prior art that renders the claims

3    obvious.  I think we have a protocol for the 2017 INCREASE

4    study that inherently anticipates the claims.  And I think

5    as it relates to Claim 9, there's a lack of written

6    description support.

7    Q.    And, Dr. Channick, I'd like to start with your

8    obviousness opinions.  Could we please go to the '327 patent

9    and look at the related U.S. application data.

10           For your opinions in this case, what date did

11   you apply with respect to the knowledge of a POSA?

12   A.    April 17, 2020.

13   Q.    And I'd like to talk first about your opinion

14   regarding the motivation to combine Faria-Urbina 2018, the

15   '793 patent, and Saggar 2014; okay?

16   A.    Okay.

17   Q.    Can we please go to DTX 348.

18           And what is this document?

19   A.    This is the so-called Faria-Urbina paper.

20   Q.    Is this the Faria-Urbina paper that was discussed

21   earlier?

22   A.    It is.

23   Q.    And is Dr. Waxman one of the authors on this paper?

24   A.    Yes.

25   Q.    When was this paper published?

1    A.      2018.

2                MR. DAVIES:  Could we please go to page 1 of 348

3    and look at the electronic supplementary material.

4    BY MR. DAVIES:

5    Q.      Dr. Channick, was Faria-Urbina published with

6    supplementary materials?

7    A.      It was.

8                MR. DAVIES:  Can we please pull up DTX 505.

9    BY MR. DAVIES:

10   Q.      And is this the supplementary materials that were

11   available for Faria-Urbina 2018?

12   A.      Yes.

13   Q.      Did you consider the Faria-Urbina 2018 supplement

14   materials in forming your opinions?

15   A.      I did.

16               MR. DAVIES:  Your Honor, I ask that DTX 505 also

17   be moved into evidence as the supplemental materials that

18   were published with the Faria-Urbina publication.

19               MR. CARSTEN:  No objection to this, Your Honor,

20   but I suspect this has already been admitted under a

21   different exhibit number.  We can confirm that.

22               THE COURT:  So I will admit it, but I would --

23   if we can do something to get at least a cross-referenced

24   list of things that have been admitted twice under different

25   numbers, that would probably help.

```
 1            MR. CARSTEN:  We will confer and figure that out

 2    for you, Your Honor.

 3            MR. DAVIES:  We will absolutely do that, Your

 4    Honor.

 5            (Thereupon, Defendant's Exhibit DTX 505 was

 6    admitted.)

 7            THE COURT:  Okay.  Go ahead.

 8            MR. DAVIES:  Can we please go to DTX 2 now.

 9    BY MR. DAVIES:

10    Q.    And what is DTX 2?

11    A.    This is the '793 patent.

12    Q.    Did you consider the '793 patent in forming your

13    opinions in this case?

14    A.    Yes.

15            MR. DAVIES:  Your Honor, I ask that DTX 2, the

16    '793 patent, be admitted.

17            MR. CARSTEN:  No objection.

18            THE COURT:  Admitted without objection.

19            (Thereupon, Defendant's Exhibit DTX 2 was

20    admitted.)

21            MR. DAVIES:  Can we please go to DTX 10.

22    BY MR. DAVIES:

23    Q.    And, Dr. Channick, what is DTX 10?

24    A.    This is the paper by Dr. Saggar and colleagues on --

25    as we see, on parenteral treprostinil in pulmonary
```

1    hypertension associated with pulmonary fibrosis.

2    Q.    And is this the article that we heard testimony

3    earlier from Dr. Rajan Saggar regarding?

4    A.    It is.

5    Q.    And when was this article published?

6    A.    2014.

7    Q.    We'll talk about your opinions in a little more

8    detail with respect to the claims, but before then, did

9    Faria-Urbina, the '793 patent, and Saggar 2014 all disclose

10   the use of treprostinil?

11   A.    They do.

12   Q.    Do all three disclose the use of treprostinil in

13   PH-ILD patients?

14   A.    They do.

15   Q.    Do both Faria-Urbina 2018 and the '793 patent

16   disclose the use of inhaled treprostinil?

17   A.    Yes.

18   Q.    Given these considerations, would a POSA be motivated

19   to combine Faria-Urbina with the '793 patent?

20   A.    Yes.

21   Q.    And why is that?

22   A.    Same drug, same dosage, same patient population.

23   Q.    And what route of administration for treprostinil is

24   disclosed in the Saggar 2014 paper?

25   A.    That's parenteral, which is either intravenous or

1    subcutaneous.

2    Q.    And would a POSA still have been motivated to combine

3    Saggar 2014 with Faria-Urbina 2018 and the '793 patent?

4    A.    Yes.

5    Q.    Why?

6    A.    It showed several things, which we'll go through, but

7    it's treprostinil, so it's the same molecule.  And if a POSA

8    wanted to get things like safety information and some

9    efficacy information with the treprostinil in that patient

10   population, that would have been the motivation to combine.

11   Q.    And the patient population in the Saggar 2014, was

12   that a PH-ILD population?

13   A.    It was.

14   Q.    Given these considerations, is it your opinion that a

15   POSA would have been motivated to combine Faria-Urbina 2018,

16   the '793 patent, and Saggar 2014?

17   A.    Yes.

18   Q.    You recall that the Court -- and we talked about one

19   of these claim constructions.

20         But you recall that the Court provided claim

21   constructions for a number of terms in this case; correct?

22   A.    Yes.

23   Q.    And in offering your opinions, did you apply the

24   Court's claim constructions in this case?

25   A.    I did.

1          MR. DAVIES:  Can we please go to Claim 1 of the

2     '327 patent.

3     BY MR. DAVIES:

4     Q.     And in offering your opinions in this case, did you

5     consider a method of improving exercise capacity in a

6     patient having pulmonary hypertension associated with

7     interstitial lung disease to be a requirement of the claim?

8     A.     Yes.

9     Q.     Can you remind us what types of metrics show that a

10    patient is experiencing an improvement in exercise capacity?

11    A.     Yes.  There's any number of metrics that can indicate

12    improvement in exercise capacity.  One can do six-minute

13    walk testing.  We've heard about the three-minute step test.

14    There's cardiopulmonary exercise testing.  And then there's

15    simply patient-reported improvements in their exercise

16    abilities and the activities that they're able to do.

17    Q.     And what is the effective amount of inhaled

18    treprostinil that's used in Claim 1 to achieve this

19    improvement in exercise capacity?

20    A.     As described here, it's an effective amount of at

21    least 15 micrograms to a maximum tolerated dose of

22    treprostinil in a single event comprising at least 6

23    micrograms per breath.

24    Q.     Dr. Channick, is it your opinion that the combination

25    of Faria-Urbina 2018 and the '793 patent renders Claim 1

1    obvious?

2    A.    Yes.

3    Q.    Okay.  I'd like to talk about those opinions.

4         MR. DAVIES:  Can we please go to Faria-Urbina at

5    DTX 348.

6    BY MR. DAVIES:

7    Q.    And what was Faria-Urbina 2018?

8    A.    Faria-Urbina, as you've heard, is a retrospective

9    study of 22 patients with PH associated with lung disease

10   who had been treated with inhaled treprostinil and then were

11   followed for at least three weeks.

12   Q.    What is -- I'm sorry.

13   A.    Three months, correction.

14   Q.    What is a retrospective study?

15   A.    So a retrospective study, very simply, is a study in

16   which what you're looking at has already been done, and the

17   retrospective part is you're going back and collecting data

18   to evaluate what happened.

19   Q.    Were you in court yesterday to hear Dr. Nathan's

20   testimony that clinicians may not be able to properly

21   diagnosis PH-ILD patients in the context of a retrospective

22   study?

23   A.    Yeah, that's sort of what he said.

24   Q.    Do you agree with Dr. Nathan?

25   A.    No.

1    Q.    Why not?

2    A.    So I think the misconception is that you're going

3    backwards retrospectively and making the diagnosis.  That's

4    not what was done.  And what is done, the patient has had a

5    diagnosis and then they're put on a treatment.

6          What you're doing retrospectively is looking at

7    this data as to what happened.  You're not going

8    retrospectively and making a diagnosis.

9    Q.    In your opinion, does the retrospective nature of

10   Faria-Urbina in any way decrease its value to a POSA?

11   A.    No.

12   Q.    Why not?

13   A.    Because in a sense, what you're doing is seeing

14   real-world experience.  So these were patients in this

15   particular context that were put on inhaled treprostinil who

16   had been diagnosed with PH-ILD and the physicians or the

17   clinicians had determined the patient should be on the

18   therapy.

19         They weren't put on the therapy for a research

20   study.  They were put on the treatment and then

21   retrospectively were evaluated.  So this is in a sense

22   really real-world experience as to what's happening in these

23   patients who are put on this therapy.

24   Q.    Have you prepared a demonstrative showing the

25   specific requirements of Claim 1?

1    A.    Yes.

2              MR. DAVIES:  Can we please pull up DDX 3.6.

3    BY MR. DAVIES:

4    Q.    Is this the demonstrative you prepared?

5    A.    It is.

6    Q.    And what is Claim 1, Limitation 1A?

7    A.    It's a method of improving exercise capacity in a

8    patient having pulmonary hypertension associated with

9    interstitial lung disease.

10   Q.    And is it your opinion that Faria-Urbina discloses

11   this limitation of Claim 1?

12   A.    Yes.

13             MR. DAVIES:  Could we please go to DTX 348, and

14   page 2.

15   BY MR. DAVIES:

16   Q.    Did the Faria-Urbina study include PH-ILD patients?

17   A.    It did.

18   Q.    How do you know that?

19   A.    So we can see under the different types of lung

20   disease.  Number 2 is ILD, and it talks about how the

21   fibrosis was defined.  And then Number 3, is CPFE, which

22   we've heard is combined pulmonary fibrosis and emphysema.

23   Both of those are under the heading of ILD.

24   Q.    Are COPD patients PH-ILD patients?

25   A.    No.

1    Q.    And is that with the patient population from the

2    PERFECT study?

3    A.    Yes.

4            MR. DAVIES:  Can we please go to Table 2.

5    BY MR. DAVIES:

6    Q.    Did you consider this table in Faria-Urbina in

7    forming your opinions?

8    A.    I did.

9    Q.    And what, if anything, does this table show with

10   respect to changes in six-minute walk distance for the

11   patients in this study?

12   A.    Yes, so in this study, they saw significant increases

13   in the six-minute walk distance in the patients treated with

14   inhaled treprostinil.

15   Q.    And was that a statistically significant difference?

16   A.    It was.

17           MR. DAVIES:  Can we please go to Table S3, which

18   is on page 3 of DTX 505.

19   BY MR. DAVIES:

20   Q.    And what is Table S3?

21   A.    So S3 is the subgroup of patients that they were

22   labeled as ILD.  So it was the second cohort.

23   Q.    They're referred to here as ILD patients.

24           Do you understand that to mean PH-ILD patients?

25   A.    Correct.

1    Q.    Does Table S3 report an improvement with respect to

2    PH-ILD patients' six-minute walk distance?

3    A.    It does.

4          MR. DAVIES:  Can we please go to Table S4.

5    BY MR. DAVIES:

6    Q.    And what is shown on Table S4?

7    A.    So this is the Group 3 cohort, which is CPFE, which,

8    again, is also PH-ILD.  And it's showing the walk test and

9    other results in those patients.

10   Q.    And does Table S4 show improvements in six-minute

11   walk for the CPFE patients?

12   A.    It does.

13   Q.    And was that a statistically significant difference?

14   A.    It was.

15   Q.    Was that a statistically significant improvement?

16   A.    Yes.

17   Q.    Did the INCREASE study also include CPFE patients?

18   A.    It did.

19   Q.    In your opinion, are PH-CPFE patients also part of

20   the claimed pulmonary hypertension associated with

21   interstitial lung disease patients in the '327 patent?

22   A.    They are.

23   Q.    Based on the disclosures we looked at in

24   Faria-Urbina, in your opinion, does it disclose improvements

25   in exercise capacity in PH-ILD patients?

 1    A.      Yes.

 2               MR. DAVIES:  Can we please go back to

 3    demonstrative DDX 3.6.

 4    BY MR. DAVIES:

 5    Q.      And I'd like now to talk to the -- ask your opinions

 6    about claims -- Elements 1B, 1C, and 1D for the rest of

 7    Claim 1.  Okay, Doctor?

 8    A.      Okay.

 9    Q.      Can we please go to DTX 348 and look at the treatment

10    and regimen section and this, again, is Faria-Urbina.  Do

11    you see the reference to ITRE?

12    A.      Yes.

13    Q.      What does that refer to?

14    A.      Inhaled treprostinil.

15    Q.      Would you understand that to refer to Tyvaso?

16    A.      Yes.

17    Q.      And why is that?

18    A.      That was the only form of inhaled treprostinil

19    present at that time.

20    Q.      Does Faria-Urbina disclose an effective amount of at

21    least 15 micrograms up to a maximum tolerated dose of

22    inhaled treprostinil?

23    A.      It does.

24    Q.      Does Faria-Urbina disclose that each breath consists

25    of 6 micrograms of inhaled treprostinil?

1    A.    Yes.

2    Q.    Where does it show that?

3    A.    It says three breaths, which is 18 micrograms, so

4    that would be 6 micrograms per breath.

5    Q.    In your opinion, does Faria-Urbina disclose the

6    effective amount of inhaled treprostinil dosing that's

7    claimed in Claim 1?

8    A.    Yes.

9    Q.    Can we please go to the '793 patent.

10          We're looking now at the related U.S.

11   application data.  Do you see that, Doctor?

12   A.    Yes.

13   Q.    What was the first patent application filed in this

14   patent family that wasn't a provisional application?

15   A.    May 14th 2007.

16   Q.    What was that application?

17   A.    11/748205.

18   Q.    Did you review that application in forming your

19   opinions?

20   A.    I did.

21   Q.    Is the specification of that application the same as

22   the specification of the '793 patent?

23   A.    Yes.

24   Q.    Were there multiple other applications that were

25   filed between 2009 and 2019 in the '793 patent family?

 1                    MR. CARSTEN:  Objection, Your Honor.  All of

 2       this is outside the scope of his expert report.  He didn't

 3       opine on any of this.

 4                    MR. DAVIES:  He did, Your Honor.

 5                    THE COURT:  Show me the report or at least give

 6       the paragraph number.

 7                    MS. KELLER:  Your Honor, would you like hard

 8       copies?

 9                    THE COURT:  I'm okay right now.  Thank you,

10       Ms. Keller.

11                    MR. CARSTEN:  He said he reviewed these things.

12       This doesn't say that.  In fact, he says he understands from

13       counsel that the '793 patent is prior art based on at least

14       the May 14, 2007, priority date.  I don't understand why

15       because he's relied on counsel now they're trying to get him

16       to do a priority analysis?

17                    MR. DAVIES:  We obviously disagree with that

18       characterization of the report, Your Honor.

19                    THE COURT:  Right now he's in the paragraphs

20       that don't say I relied on counsel.

21                    MR. CARSTEN:  Fair enough, Your Honor.

22       Withdrawn.

23                    THE COURT:  I meant sentences, not paragraphs.

24                    MR. CARSTEN:  Understood.

25                    MR. DAVIES:  May I proceed, Your Honor?

1          THE COURT:  Yes.

2          MR. DAVIES:  Thank you.

3    BY MR. DAVIES:

4    Q.    Do all the subsequent applications also have the same

5    specification as the '793 patent?

6    A.    Yes.

7    Q.    And did multiple patents in the '793 patent family

8    issue between 2009 and 2019?

9    A.    Yes.

10   Q.    Can we please go to DDX 3.6.

11          Does the '793 patent disclose a method of

12   treating PH-ILD patients?

13   A.    Yes.

14   Q.    Can we please go to Table 3 of the '793 patent.

15          Does this table indicate whether PH-ILD patients

16   are disclosed in the '793 patent?

17   A.    It does.

18   Q.    Can we please -- I'm sorry.

19          Where does it disclose that, Doctor?

20   A.    When it shows the different types of pulmonary

21   hypertension in this table.  If you look at the bottom, it's

22   highlighted.  You can see at the end there, pulmonary

23   fibrosis, which is F.

24   Q.    If we please go to Claim 1 of the '793 patent.

25          Dr. Channick, does Claim 1 disclose treating

1    PH-ILD patients with inhaled treprostinil?

2    A.    It does.

3    Q.    Can we please go to DTX 7 we looked at earlier.

4          Did you review this document in forming your

5    opinions?

6          THE COURT:  I'm sorry, Mr. Davies.  Before we go

7    on, can we go back?

8          MR. DAVIES:  Absolutely, Your Honor.

9          THE COURT:  So the question was asked while the

10   claim was up, Doctor, does this disclose treating PH-ILD?

11   And your answer is, it does?

12         THE WITNESS:  Yes.

13         THE COURT:  And I'm sorry.  I see PH.  How am I

14   supposed to get ILD out of that?

15         THE WITNESS:  My understanding was it's

16   stipulated in this patent that pulmonary hypertension

17   included PH-ILD.

18         THE COURT:  Okay.  All right.  Right.  So this

19   is the broader claim that includes the narrower claim that's

20   at issue in this case?

21         THE WITNESS:  Exactly.

22         THE COURT:  Thank you.

23   BY MR. DAVIES:

24   Q.    Can we please go to DTX 7.  Again, what is this

25   document?

1    A.    This is called patent owner response.

2    Q.    Did we hear testimony from Mr. Maebius earlier about

3    this document?

4    A.    Yes.

5    Q.    And do you agree -- did you hear Mr. Maebius's

6    testimony?

7    A.    I did.

8    Q.    And do you agree with Mr. Maebius that UTC in this

9    document is arguing that the '793 patent satisfied a

10   long-felt but unmet need for treatment of PH-ILD?

11   A.    Yes.

12   Q.    How, if at all, do these statements confirm your

13   opinions regarding the '793 patent's disclosure of a method

14   of treating PH-ILD patients?

15   A.    Confirms my opinion.

16   Q.    Can we please turn to claim limitations 1B through D

17   which are the effective amount dosing limitations.  Let's go

18   to Example 2 in column 12 of the '793 patent.

19         And does Example 2 of the '793 patent disclose

20   the use of inhaled treprostinil?

21   A.    Yes.

22   Q.    Can we please go to Example 1 on page 20.  Does

23   Example 1 disclose the use of inhaled treprostinil?

24   A.    Yes.

25   Q.    Can we now go back to Claim 1.  Does Claim 1 disclose

1    the use of inhaled treprostinil as well?

2    A.    Yes.

3    Q.    And does Claim 1 disclose the therapeutically

4    effective dose which is also claimed in the '327 patent?

5    A.    Yes.

6    Q.    Does that dosing overlap with the claimed dosing in

7    the '327 patent?

8    A.    It does.

9    Q.    Can we please go to DTX 2, page 20, which is

10   column 7.  That's 55 through 67.

11        And looking at the specification of the '793

12   patent, does this dosing also overlap with the dosing

13   claimed in the '327 patent?

14   A.    It does.

15   Q.    In your opinion, does the combination of Faria-Urbina

16   2018 and the '793 patent disclose all the limitations of

17   Claim 1?

18   A.    Yes.

19   Q.    I'd like to talk now about your opinions related to a

20   reasonable expectation of success.  Is it your opinion that

21   a POSA would have a reasonable expectation of success

22   combining Faria-Urbina and the '793 patent with respect to

23   achieving the limitations of Claim 1?

24   A.    Yes.

25   Q.    I know we discussed this earlier.  But were you

1    prescribing inhaled treprostinil to patients prior to

2    April 2020?

3    A.    Yes.

4    Q.    How, if at all, did that off-label use of Tyvaso to

5    treat PH-ILD in patients inform your opinions related to a

6    reasonable expectation of success?

7    A.    It very much supported those opinions.

8    Q.    We heard some testimony from a number of other

9    physicians, including Dr. Waxman and Tapson and Dr. Saggar,

10   about their off-label use of treprostinil and PH-ILD;

11   correct?

12   A.    Yes.

13   Q.    How, if at all, did their testimony affect your

14   opinion regarding a reasonable expectation of success with

15   respect to Claim 1?

16   A.    Yeah.  Not so much their testimony, but I knew that

17   they were using it and many other physicians in addition to

18   these experts were using it, so that certainly added to my

19   reasonable expectation that we would have success.

20   Q.    In your opinion, does Faria-Urbina provide a

21   reasonable expectation of success with respect to Claim 1?

22   A.    Yes.

23   Q.    Why?

24   A.    Again, we're seeing real-world data of patients, a

25   series of patients that were treated with inhaled

1  treprostinil based on the clinician's diagnosis of PH-ILD,

2  and we're getting benefits in a safe way.  And that

3  certainly suggests a reasonable expectation of success for

4  this drug.

5  Q.    In your opinion, does the '793 patent also provide a

6  reasonable expectation of success with respect to Claim 1?

7  A.    Yes.

8  Q.    How so?

9  A.    Several things.  They're shown -- they're showing

10  that the drug is used in PH-ILD patients.  There's data

11  suggesting improvements in hemodynamics, which we know

12  suggest improvements in exercise capacity.  So I think it

13  supports it significantly.

14  Q.    Can we please go to DTX 161.

15        And is this -- what is this document?

16  A.    So this is the Agarwal paper that we've heard about

17  quite a bit.

18  Q.    And did you rely on this Agarwal paper with respect

19  to your opinions related to a reasonable expectation of

20  success?

21  A.    Yes.

22  Q.    Can we please go to the purpose on page 8.

23        Generally, what does this portion of Agarwal

24  2015 indicate?

25  A.    Yes.  So similar to Faria-Urbina, it was a

1   retrospective assessment of Group 3 patients receiving

2   inhaled treprostinil.

3   Q.      And, again, would the retrospective nature of the

4   study in any way diminish its value to a POSA, in your

5   opinion?

6   A.      No.

7   Q.      And this refers to a Group 3 PH patients.  Do you

8   understand the patients in Agarwal to have included PH-ILD

9   patients?

10  A.      Yes.

11  Q.      What drug was used in the Agarwal study?

12  A.      Inhaled treprostinil.

13  Q.      Do you have any understanding as to whether the

14  inhaled treprostinil in Agarwal 2015 is Tyvaso?

15  A.      Yeah.  They said it's certainly Tyvaso since that was

16  the only drug available at that time.

17  Q.      Can we please go to page 8 and look at the methods.

18          How do you know that the Group 3 PH patients

19  included PH-ILD patients?

20  A.      So it's stated here who these patients were again.

21  15 were restrictive disease and PH-ILD has restrictive lung

22  disease.  Five were called mixed obstructive restrictive,

23  and that's what's referred to as CPFE.

24  Q.      Do you see the dosing described in the Agarwal paper?

25  A.      I do.

1    Q.    In your opinion, does that fall within the scope of

2    the '327 patent's claim dosing?

3    A.    Yes.

4    Q.    Can we please go to the results and conclusions

5    section.  What does this section indicate with respect to

6    improvements that were seen in these patients?

7    A.    This reports 24 patients getting subjective

8    improvement and then it also reports on six-minute walk

9    distance improving and specifically in the restriction

10   group.  50-meter improvement, median of 61 meters.

11   Q.    And what does the conclusion in Agarwal indicate?

12   A.    It says:  "Group 3 PH can be effectively and safely

13   treated with inhaled treprostinil."

14   Q.    And based on the sections we've looked at in Agarwal

15   2015, is it your opinion that Agarwal 15 provides a

16   reasonable expectation of success with respect to Claim 1?

17   A.    Yes.

18              MR. DAVIES:  Can we please go to DTX 51.  It

19   should be the -- yes.

20   BY MR. DAVIES:

21   Q.    What is DTX 51?

22   A.    So this is also a paper we've seen by Parikh and

23   coauthors, including Dr. Tapson, on the safety and

24   tolerability of high-dose inhaled treprostinil in pulmonary

25   hypertension.

Channick - Direct

466

```
1              MR. DAVIES:  Can we just go to the abstract on

2    page 1.

3    BY MR. DAVIES:

4    Q.    And what is the study that's described in Parikh

5    2016?

6    A.    So these were patients -- 80 patients at Duke who

7    were given doses of inhaled treprostinil in excess of nine

8    breaths, and they were patients that included patients with

9    PH secondary to lung disease in addition to PAH.

10             MR. DAVIES:  Can we please go to Table 1 on

11   page 3.

12   BY MR. DAVIES:

13   Q.    Do the patients in this study include PH-ILD

14   patients?

15   A.    Yes.

16   Q.    And which patients are those?

17   A.    Again, similar to the previous studies, there are six

18   patients with what they're calling ILD/fibrosis, and then

19   six with that mixed pattern that's characteristic of CPFE.

20   Q.    What drug is being used in the Parikh paper for these

21   patients?

22   A.    Tyvaso.

23   Q.    When did the patients receive Tyvaso?

24   A.    Prior to 2012.

25             MR. DAVIES:  And actually, can we go to the
```

1    study population on page 2.

2    BY MR. DAVIES:

3    Q.    And, I'm sorry, Dr. Channick, when did those patients

4    receive the study drug Tyvaso?

5    A.    As reported here, before August 2012.

6    Q.    And I apologize, I referred to it as a study drug.

7         This was not a clinical study; correct?

8    A.    Correct.

9    Q.    Does this section disclose the dosing of Tyvaso that

10   was used in these patients?

11   A.    Yes.

12   Q.    How does the dosing here compare to the dosing that

13   was used in Faria-Urbina 2018?

14   A.    It's similar.

15   Q.    Does the dosing of Parikh 2016 fall within the

16   claimed dosing of the '327 patent?

17   A.    Yes.

18   Q.    Does Parikh 2016 indicate any safety issues in giving

19   Tyvaso at the claimed dosing in PH-ILD patients?

20   A.    No.  One of their main conclusions was it was safe.

21        MR. DAVIES:  Can we please go to page 3 and look

22   at the efficacy parameters.

23   BY MR. DAVIES:

24   Q.    Based on these parameters, did the patients show

25   improvements in the six-minute walk distance?

1    A.    Yes.

2    Q.    Was it a statistically significant improvement?

3    A.    They showed significant improvements.  It looks like

4    in the follow-up it was 31 meters.

5    Q.    Did the patients in Parikh 2016 --

6          THE COURT:  So the question was, was it

7    statistically significant.

8          THE WITNESS:  Yeah, it looks like for the

9    overall group at follow-up 2 is .08.

10   BY MR. DAVIES:

11   Q.    Is that statistically significant, Doctor?

12   A.    Not quite.

13   Q.    Did the patients in Parikh 2016 show improvements in

14   NT-proBNP levels?

15   A.    They did.

16   Q.    And how, if at all, does Parikh 2016 inform your

17   opinion regarding a POSA's reasonable expectation of

18   success?

19   A.    It supports that.

20         MR. DAVIES:  Can we go to DTX 3.

21   BY MR. DAVIES:

22   Q.    And what is this document?

23   A.    So this is also something I think we've seen earlier,

24   the earnings call from Fiscal Quarter 1, 2018 from United

25   Therapeutics.

1    Q.    And would these statements have been publically

2    available?

3    A.    Yes.

4          MR. DAVIES:  Can we look at the call

5    participants on page 3.

6    BY MR. DAVIES:

7    Q.    Who is Martine Rothblatt?

8    A.    She's the founder and CEO of United Therapeutics.

9          MR. DAVIES:  Can we please go to page 10.

10   BY MR. DAVIES:

11   Q.    And you were in court earlier to hear some testimony

12   about these statements; correct, Dr. Channick?

13   A.    Yes.

14   Q.    And who do you understand made these statements that

15   we're looking at here?

16   A.    This was Martine Rothblatt.

17   Q.    What do you understand Dr. Rothblatt to be saying

18   regarding the off-label use of Tyvaso and UTC's knowledge of

19   it in Group 3 patients?

20   A.    Again, as we heard earlier and what's outlined here

21   in her comments were that physicians have been using it.

22   Every patient is carefully assessed by payers in ensuring

23   it's an appropriate patient.  They're obligated to pay for a

24   nonexperimental patient, and her discussions with Dr. Waxman

25   and many others -- but there are many others who said, this

1   drug works.  In fact, they believe it works even better in

2   that indication, Group 3, than in Group 1 indication in

3   terms of, at least, the exercise ability that they saw in

4   their patients.

5   Q.    And how, if at all, does -- do these statements

6   inform your opinion about a POSA's reasonable expectation of

7   successfully improving the exercise capacity in PH-ILD

8   patients?

9   A.    It is further evidence.

10          MR. DAVIES:  Can we please go to DTX 363.

11  BY MR. DAVIES:

12  Q.    And I believe we've seen DTX 363 already as well;

13  correct, Dr. Channick?

14  A.    Yes.

15  Q.    And what is DTX 363?

16  A.    This is *The New England Journal* publication of the

17  INCREASE study.

18          MR. DAVIES:  Can we please go to page 2.

19  BY MR. DAVIES:

20  Q.    What are the pilot -- well, Dr. Channick, can you

21  read that statement that's highlighted there.

22  A.    "Data from previously completed pilot studies suggest

23  that inhaled treprostinil can improve hemodynamics and

24  functional capacity in patients with Group 3 pulmonary

25  hypertension."

1    Q.       And then that cites a number of references.

2             Do you see that?

3    A.       Yes.

4    Q.       What does "functional capacity" mean in this context?

5    A.       It means a lot of things.  It means, as I've stated,

6    how a patient functions, their exercise, their daily living,

7    functional capacity.

8    Q.       Can it refer to their exercise ability?

9    A.       That's part of the function, yes.

10            MR. DAVIES:  Can we take a look at the footnotes

11   9 and 10 that are cited for that statement.

12   BY MR. DAVIES:

13   Q.       And what are the documents that are referenced in

14   footnotes 9 and 10?

15   A.       These are Faria-Urbina and Agarwal.

16   Q.       And how, if at all, does this inform your opinion

17   regarding a POSA's reasonable expectation of success with

18   respect to Claim 1?

19   A.       Again, it supports it.

20   Q.       After reviewing the publications and the other

21   documents and considering your own experience and those of

22   other POSAs, what is your opinion regarding whether a POSA

23   would have a reasonable expectation of success with respect

24   to Claim 1?

25   A.       They would.

1    Q.    Is it your opinion that Claim 1 is obvious over the

2    combination of Faria-Urbina and the '793 patent?

3    A.    Yes.

4            MR. DAVIES:  Can we please go to Claim 17.

5    BY MR. DAVIES:

6    Q.    And, Dr. Channick, why did the documents that we

7    looked at provide a POSA with a reasonable expectation of

8    success with respect to Claim 1?

9    A.    Because we have retrospective, which is real-world,

10    data showing a number of patients getting improvements in

11    exercise capacity in exactly the disease that's in the

12    claim, PH-ILD, and showing that giving it to these patients

13    is safe.

14            So certainly, although there's not a certainty

15    of success, this is plenty of information, in my opinion,

16    for a POSA to say this is a reasonable expectation of

17    success.

18    Q.    Is it your opinion that the combination of

19    Faria-Urbina and the '793 patent render Claim 17 obvious?

20    A.    Yes.

21            MR. DAVIES:  Let's look at Claim 17.

22    BY MR. DAVIES:

23    Q.    What additional limitation beyond Claim 1 is provided

24    in Claim 17?

25    A.    So this is specifically saying that the six-minute

 1    walk distance of the patient by -- must improve by at least

 2    10 meters after eight weeks of administration.

 3    Q.     Do you recall that we already looked at the

 4    supplemental tables in S3 and S4 in Faria-Urbina?  Do you

 5    recall that?

 6    A.     Yes.

 7    Q.     And based on those tables, did the patients show an

 8    average increase in six-minute walk distance of at least

 9    10 meters after eight weeks of administering treprostinil?

10    A.     Yes.

11    Q.     Do you recall that Dr. Nathan opined that Claim 17

12    requires that this improvement in patients' six-minute walk

13    distance after eight weeks must occur at eight weeks

14    exactly?

15    A.     Yes.

16    Q.     Do you agree with his opinion?

17    A.     No.

18    Q.     And why not?

19    A.     Well, for one thing, we don't measure something to

20    the day of eight weeks on a specific day.  And when

21    something says after eight weeks, it means eight weeks or

22    beyond or else it would say at eight weeks of administering.

23    It says after eight weeks.

24    Q.     Would a POSA have a reasonable expectation of success

25    with respect to Claim 17 with the combination of

1    Faria-Urbina 2018 for the claim -- for claims -- sorry.  Let

2    me do that again.

3              Would a POSA have a reasonable expectation of

4    success with respect to Claim 17 for the combination of

5    Faria-Urbina and the '793 patent?

6    A.    Yes.

7    Q.    And is the basis for that opinion the same as you've

8    already expressed in the context of the Claim 1?

9    A.    It is.

10              MR. DAVIES:  Can we go to Claim 14.

11   BY MR. DAVIES:

12   Q.    Is it your opinion that Claim 14 is obvious in view

13   of Faria-Urbina and the '793 patent?

14   A.    Yes.

15   Q.    Does Claim 14 -- well, what claim does Claim 14

16   depend from?

17   A.    Claim 11.

18   Q.    And what additional limitations does Claim 11 require

19   beyond Claim 1?

20   A.    That the administration is done by pulsed inhalation

21   device.

22   Q.    What additional limitation does Claim 14 require

23   beyond Claim 11?

24   A.    A dry powder inhaler.

25   Q.    Are you aware the Court construed a pulsed inhalation

1    device in this case to be a device that provides for

2    noncontinuous inhaled drug delivery?

3    A.     Yes.

4    Q.     Did you apply the Court's construction in forming

5    your opinions?

6    A.     I did.

7    Q.     With the Court's construction, do you consider a dry

8    powder inhaler to be a pulsed inhalation device?

9    A.     I do.

10    Q.     Can we please go to DTX 2, page 20.  This is the '793

11    patent.

12              Based on this description, does the '793 patent

13    disclose a dry powder inhaler and a dry powder for

14    treprostinil?

15    A.     It does.

16    Q.     Do you know whether UTC obtained patent claims in the

17    '793 patent for the use of a dry powder inhaler?

18    A.     Yes.

19    Q.     With treprostinil?

20    A.     Yes.

21    Q.     Is there any additional motivation to combine

22    Faria-Urbina with the '793's disclosure of a dry powder

23    inhaler beyond what we discussed earlier?

24    A.     Yes.

25    Q.     And what would that be?

1    A.    Well, you now have the ability to give a dry powder

2    inhaler which is going to add a level of convenience.  We

3    know -- we already have evidence of the benefit for inhaled

4    treprostinil and now we have a method that could add to the

5    convenience and simplicity for the patient.

6    Q.    How was the Tyvaso supplied in the Faria-Urbina 2018

7    paper?

8    A.    The nebulizer.

9    Q.    It's your opinion that a POSA would be motivated to

10   apply the formulation and teaching of Faria-Urbina to the

11   dry powder inhaler of the '793 patent?

12   A.    Definitely.

13   Q.    Were dry powder inhalers in use as of April 2020 for

14   other drugs for the treatment of the airway diseases?

15   A.    Yes, asthma, COPD, those kind of things.

16   Q.    Do you have an opinion regarding a reasonable

17   expectation of success with respect to Claim 14?

18   A.    Yes.

19   Q.    We already looked at Faria-Urbina 2018 and the '793

20   patent.  What do they disclose with respect to the safety of

21   Tyvaso in PH-ILD patients?

22   A.    It demonstrated safety.

23   Q.    Would a nebulizer and a DPI deliver treprostinil

24   through the same inhaled route?

25   A.    Yes.

1    Q.    Does Faria-Urbina 2018 indicate that Tyvaso produced

2    improvements in exercise capacity?

3    A.    It did show that, yes.

4    Q.    Given that, would a POSA have a reasonable

5    expectation of success in combining Faria-Urbina 2018 with

6    the dry powder inhaler in the '793 patent to yield the

7    improvements in exercise capacity in PH-ILD patients in

8    Claim 1?

9    A.    Yes.

10   Q.    I'm sorry.  For Claim 14?

11   A.    Claim 14.

12   Q.    Let me ask that again.

13         Would a POSA have a reasonable expectation of

14   success in combining Faria-Urbina 2018 with a dry powder

15   inhaler in the '793 patent to yield the improvements in

16   exercise capacity in PH-ILD patients for Claim 14?

17   A.    Yes.

18   Q.    Why?

19   A.    Everything is there to give you that expectation of

20   success from the data showing the benefit, the dry powder

21   inhaler which is going to be delivering inhaled treprostinil

22   in powder formulation, and as a POSA one would expect the

23   combination would lead to success.

24   Q.    Can we go to Table S3 of Faria-Urbina.

25         And what was the increase in the meters in the

1   six-minute walk distance that was observed in the ILD

2   patients in Table 3?

3   A.    21 meters.

4   Q.    Were those measurements taken after week eight?

5   A.    Yes.

6   Q.    Can we go to Table S4.  And Table S4, what was the

7   improvement in meters in six-minute walk distance for these

8   PH CPFE patients?

9   A.    55 meters.

10  Q.    And were these measurements also taken after week

11  eight?

12  A.    Yes.

13  Q.    Thank you, Doctor.

14        I'd like to turn now to Claim 5.  Can we please

15  bring up Claim 5.  Is it your opinion that Claim 5 is

16  obvious in view of Faria-Urbina, the '793 patent, and Saggar

17  2014?

18  A.    Yes.

19  Q.    What additional requirement is included in Claim 5

20  beyond those of Claim 1?

21  A.    So here we're talking about reduction in the

22  NT-proBNP levels in the patient by at least 200 picograms

23  per milliliter after 8, 12, and 16 weeks.

24  Q.    What is NT-proBNP?

25  A.    NT-proBNP is a hormone or fragment of BNP, which is a

1    hormone that's released in response, typically, to heart

2    strain.

3    Q.    We already discussed Faria-Urbina and the '793

4    patent, so I'd like to focus on those other 2014 papers.

5    Can we please go to DTX 10, background paragraph.

6            Does the background say anything about whether

7    the Saggar study included PH-ILD patients?

8    A.    Yes.

9    Q.    Where does it show that?

10   A.    So when he refers to patients with PF, which is

11   pulmonary fibrosis associated with an advanced PH phenotype.

12   Q.    Is that referring to a PH-ILD patient?

13   A.    It is.

14   Q.    Did the authors in this publication use treprostinil?

15   A.    They did.

16   Q.    What form of treprostinil was used in this study?

17   A.    This was delivered parenterally, which is

18   subcutaneous or intravenous.

19   Q.    Can we look at the methods on the same page.

20           What kind of analysis or study is described in

21   the Saggar paper?

22   A.    This was an open-label prospective analysis of

23   patients with PH-ILD.

24   Q.    What was the duration of the study?

25   A.    12 weeks.

1    Q.    How many patients were evaluated?

2    A.    15.

3    Q.    Can we please go to Table 4.  Does Table 4 -- what is

4    shown in Table 4 regarding hemodynamic assessments?

5    A.    So we've highlighted the PVR, pulmonary vascular

6    resistance, showing all the hemodynamics in the patient and

7    at baseline and at 12 weeks.

8    Q.    What does Table 4 show with respect to the PVR in the

9    patient population?

10   A.    At baseline, the PVR was 698, which would correspond

11   to Wood units talking about other studies, 8 Wood units or

12   around.

13   Q.    What does this table report with respect to changes

14   in PVR in this patient population after 12 weeks?

15   A.    It shows significant reduction in PVR.

16   Q.    How does this patient population compare to the

17   patient population of Faria-Urbina?

18   A.    Similar.

19   Q.    Why do you say that?

20   A.    They're both PH-ILD.  They both have significant

21   precapillary pulmonary hypertension, so basically the same

22   patient, same type of patient.

23   Q.    Looking at the bottom of the table, what does the

24   study report with respect to the BNP level of patients

25   following treatment with treprostinil?

1    A.    It showed the BNP levels decreasing significantly

2    over the 12 weeks.

3    Q.    How much did it improve -- how much did it decrease

4    in terms of picograms per ML?

5    A.    330.

6    Q.    Is that a reduction of more than 200 picograms per

7    ML?

8    A.    Yes.

9    Q.    Again, when was that measurement taken?

10   A.    12 weeks.

11   Q.    I'm sorry, Doctor.  I spoke over you.

12         When was that measurement taken following

13   treatment?

14   A.    12 weeks.

15   Q.    What is BNP?

16   A.    BNP is -- as I said, it's a hormone that is produced

17   in response to heart strain.

18   Q.    How does BNP compare to NT-proBNP?

19   A.    NT-proBNP is sort of a fragment off of BNP.  Both are

20   circulating and both can be measured and they tend to

21   correlate or track each other.

22   Q.    Is it your opinion that the BNP disclosure in Saggar

23   2014 discloses the NT-proBNP improvements in Claim 5?

24   A.    Yes.

25   Q.    Why?

1    A.      Again, they go in similar directions and certainly

2    seeing significant reduction to this magnitude in BNP would

3    correlate to a significant magnitude of reduction in

4    NT-proBNP.

5    Q.      Do you have an opinion regarding whether a POSA would

6    be motivated to combine Faria-Urbina with the '793 patent

7    and Saggar 2014 as of April 2020 to arrive at Claim 5 with a

8    reasonable expectation of success?

9    A.      Yes.

10   Q.      And would a POSA have a reasonable expectation of

11   success with the combination of these three references with

12   respect to Claim 5?

13   A.      They would.

14   Q.      Why?

15   A.      Really, for all the reasons we've stated.  It

16   identifies the method.  It identifies the result with

17   treprostinil.  We have inhaled treprostinil showing

18   benefits.  So putting all that together would certainly give

19   you a reasonable expectation of success for the NT-proBNP

20   reduction.

21   Q.      I'd like to turn to Claim 6.  Is it your opinion that

22   Claim 6 is obvious in light of Faria-Urbina 2018, the '793

23   patent, and Saggar 2014?

24   A.      Yes.

25   Q.      What additional limitation is disclosed in Claim 6

1    beyond that required by Claim 1?

2    A.    So this talks about statistically significant

3    reduction of at least one exacerbation of the interstitial

4    lung disease.

5    Q.    Can we please go to page 34.

6              How does the '327 patent define exacerbations of

7    interstitial lung disease?

8    A.    An acute clinically significant respiratory

9    deterioration characterized by evidence of new widespread

10   alveolar abnormality.

11   Q.    You see it refers to clinically significant?

12   A.    Yes.

13   Q.    What would be the clinical presentation of an

14   exacerbation?

15   A.    Typically, we're talking about a patient that would

16   come in with worsening shortness of breath, respiratory

17   distress, their oxygen levels would be reduced, they would

18   often have signs of what we call work of breathing, so a

19   number of clinical signs that could indicate an

20   exacerbation.

21   Q.    I'm sorry, Dr. Channick, just a clarification for the

22   record.  When we went back and looked at Tables S3 and S4 of

23   Faria-Urbina, that was in the supplements which are DTX 505.

24             What factors would indicate that there has been

25   a decrease in exacerbations?

1    A.    Well, if we don't see any evidence for worsening

2    dyspnea or worsening oxygenation or evidence of decreased

3    exercise ability, decreased function, if we're not seeing

4    that, then we're not seeing an exacerbation.  In other

5    words, getting better means you're not getting worse.

6    Q.    You heard Dr. Waxman's testimony earlier today

7    regarding whether exacerbations were seen in this

8    Faria-Urbina 2018 paper.  Do you recall that?

9    A.    Yes.

10   Q.    Were improvements in functional class reported in

11   Faria-Urbina 2018?

12   A.    Yes.

13   Q.    And in Dr. Waxman's opinion, did that indicate a

14   decrease in exacerbations?

15   A.    Yes.

16   Q.    Do you agree with that opinion?

17   A.    I do.

18   Q.    And why?

19   A.    As I said, if you're improving function, then you're

20   not getting worse, which is what happens with an

21   exacerbation.

22   Q.    Would it be true if a patient is seeing improvements

23   in six-minute walk distance, they're likely to see a

24   decrease in exacerbations?

25   A.    Yes.

1  Q.      In our earlier discussion, do you recall looking at

2  improvements in six-minute walk distance in Faria-Urbina?

3  A.      Yes.

4  Q.      How, if at all, does that impact your opinion whether

5  a POSA would have had an expectation of success in achieving

6  a statistically significant reduction of at least one

7  exacerbation of interstitial lung disease?

8  A.      It does.

9  Q.      Why?

10 A.      Again, I think you're seeing the data where patients

11 are getting better.  You would certainly have a reasonable

12 expectation that they're reducing here exacerbations for the

13 reasons I stated.

14 Q.      And would that be a statistically significant

15 reduction of at least one exacerbation, in your opinion?

16 A.      Yes.

17         MR. DAVIES:  Can we please go to -- back to

18 Saggar 2014 and DTX 10 and look at Table 2.

19 BY MR. DAVIES:

20 Q.      And, Dr. Channick, what does Saggar 2014 report with

21 respect to six-minute walk distance in this table?

22 A.      It demonstrates improvement in six-minute walk

23 distance.  That's significant.

24 Q.      Is that a statistically significant difference?

25 A.      It is.

```
 1              MR. DAVIES:  Can you please go to Table 3 at
 2    page 4.
 3    BY MR. DAVIES:
 4    Q.      And, Dr. Channick, what is Table 3?
 5    A.      Table 3 is looking at some quality of life dyspnea
 6    measurements in that study by Saggar.
 7    Q.      And how, if at all, does Table 3 also inform whether
 8    a POSA -- well, one, whether Saggar discloses a
 9    statistically significant decrease in exacerbations and
10    would have a reasonable expectation of success in achieving
11    such a statistically significant decrease in exacerbations?
12    A.      It does show that.  And what it's specifically
13    showing is improvement in the shortness of breath.  And it's
14    a shortness-of-breath questionnaire.  And that's
15    significantly improved, the shortness of breath, over
16    12 weeks.
17              And in addition, in the quality-of-life
18    measurement, the SF 36, physical functioning, for how a
19    patient is functioning, is also significantly improving.
20              MR. DAVIES:  Can we please go to page 18 of this
21    document.
22    BY MR. DAVIES:
23    Q.      And, Dr. Channick, what is FVC percent predicted?
24    A.      So, as I think we heard it earlier, it's forced vital
25    capacity or amount of air someone can push out of their
```

1    lungs from the very top to the very bottom.  And the percent

2    predicted is based on things like their age, their height,

3    their gender.

4    Q.    And what data is shown in this table with respect to

5    FVC percent predicted?

6    A.    So here we're seeing individual patient data of 15

7    patients in that study.

8    Q.    And does this report individual patient data at

9    12 weeks?

10   A.    It does.

11   Q.    And how many patients are reported here?

12   A.    15.

13   Q.    And of those, how many improved their FVC?

14   A.    It looks like 10 out of the 15.

15          THE COURT:  So, Doctor, when you say there's an

16   improvement --

17          THE WITNESS:  Increase.

18          THE COURT:  -- an increase over what the

19   predicted number is?

20          THE WITNESS:  Yeah, that's a good question.

21          So when you look at the numbers here and it says

22   percent predicted, these are percentages along here.  So

23   like let's look at patient 1.  So at baseline, their FVC is

24   57 percent of predicted based on their age, what a normal

25   person should be.

Channick - Direct

488

 1              At week 12, their FVC is now increased to

 2    66 percent of predicted.

 3              THE COURT:  Okay.  I wasn't understanding

 4    because I thought the way it was labeled --

 5              THE WITNESS:  Yeah.

 6              THE COURT:  -- all those things going across

 7    were predicted numbers and -- but, okay, that makes sense.

 8    Thank you.

 9    BY MR. DAVIES:

10    Q.    Going back to Table 2, does the study -- what does

11    the study report with respect to the FVC level from baseline

12    to 12 weeks?

13    A.    The FVC in terms of percent predicted improved over

14    the 12 weeks by 1 percent.

15              MR. DAVIES:  Can we please go to Table 10 of the

16    '327 patent.

17    BY MR. DAVIES:

18    Q.    And what is the magnitude of change in percent

19    predicted FVC -- the increase in percent predicted FVC that

20    corresponded to statistically significant changes in percent

21    predicted FVC?

22    A.    Yeah, so now we're looking at the INCREASE data '327

23    patent and it's also about 1 percent increase.

24    Q.    And so in the INCREASE study, did a 1 percent change

25    in percent predicted FVC correspond to a statistically

1    significant difference in percent predicted FVC in the

2    INCREASE trial?

3    A.    Yes.

4          MR. DAVIES:  Give me one minute, Your Honor.

5          Can we go back to Table 10.

6    BY MR. DAVIES:

7    Q.    And when was that 1 percent change in percent

8    predicted FVC achieved?

9    A.    The 1 percent change?

10   Q.    Yes.

11   A.    I believe that's week 16.

12         MR. DAVIES:  Can we go to Saggar 2014 at 10,

13   page 3.  DTX 10, page 3.  Okay.  Let's go back -- I'm sorry.

14   I think I have -- I picked up the wrong one here.

15   BY MR. DAVIES:

16   Q.    If we go to Table 10 of the '327 patent and look at

17   percent predicted, when was the 1 percent change in percent

18   predicted achieved?

19   A.    It was achieved at week 16.

20   Q.    Okay.  Can we highlight the 1 percent change.

21   A.    1.07 percent.

22   Q.    And now can we go back to --

23   A.    No, no, you're -- that's not it.  That's the

24   difference.  You're talking about improvement of --

25   Q.    Correct.

1   A.      So 1.07 percent.  There you go.

2   Q.      And what week was that obtained at?

3   A.      That was obtained at week 16.

4   Q.      And what was the magnitude of that change?

5   A.      1.07 percent.

6   Q.      And did that correspond with a statistically

7   significant p-value?

8   A.      Yes.

9               THE COURT:  So the 1.7 percent you're talking

10  about is the number that's highlighted in yellow, which is

11  the lowest one on that chart; right?

12              THE WITNESS:  1.07 percent was the percent

13  improvement in the treated patient at 16 weeks of their --

14              THE COURT:  And when you say 16 weeks, but

15  doesn't the week go with the numbers above it?

16              THE WITNESS:  No, actually.  If you look at

17  week eight, FVC percent predicted week eight, you can see

18  those two numbers below there.  And then at week 16, there

19  are two numbers below that.

20              THE COURT:  Oh, I see.  Yes.

21              THE WITNESS:  Yeah, it's kind of screwy the way

22  that they have it displayed there.

23              So 1.07 percent improvement in FVC percent

24  predicted at week 16, an increase.

25  BY MR. DAVIES:

1  Q.     And that 1 percent change that's reported in Table 10

2  corresponded with a statistically significant improvement in

3  terms of the estimated difference; correct?

4  A.     Yes, when you look at the placebo corrected

5  difference.

6  Q.     And was the same magnitude of change, a 1 percent

7  change, also reported in the Saggar paper with respect to

8  percent predicted FVC?

9  A.     Yeah, it was.

10         MR. DAVIES:  And just to be clear, can we go to

11  JTX 1, Claim 9.  And I apologize, I think I had two pages

12  stick together there, Your Honor.

13  BY MR. DAVIES:

14  Q.     The testimony you've offered with respect to

15  improvements in forced vital capacity after 8, 12, or

16  16 weeks that we've been looking at, does that correspond

17  with the limitation of Claim 9?

18  A.     Yes.

19  Q.     Do the improvements in Saggar 2014 and Faria-Urbina

20  2018 provide a reasonable expectation of success in

21  achieving a statistically significant improvement in forced

22  vital capacity after 12 weeks if performed in a large enough

23  group of patients?

24  A.     Yes.

25  Q.     And why do you believe that?

1    A.    Well, I think we're seeing equivalent changes in the

2    paper in a retrospective experience, Saggar, to what were

3    seen in the INCREASE study, which led to the Claim 9 with

4    respect to forced vital capacity.

5    Q.    Does the fact that Faria-Urbina 2018 and Agarwal --

6    well, before I do that.

7          Is it your opinion that Claims 1, 17, 14, 5, 6,

8    and 9 are obvious in light of Faria-Urbina, the '793 patent,

9    and Saggar 2014?

10   A.    Yes.

11   Q.    Does the fact that Faria-Urbina 2018 and Agarwal 2015

12   were retrospective studies diminish their value in any way

13   to a POSA?

14   A.    No.

15   Q.    And again, why not?

16   A.    Again, we're talking about reasonable expectation of

17   success and obviousness, and these are real life -- those

18   two -- the studies you quoted are real-life experiences with

19   a drug showing real-life benefits and all these outcome

20   measurements, which as -- in addition to all the things

21   we've talked about, would certainly give me reasonable

22   expectation and other POSAs reasonable expectation of

23   success.

24          (Cross-talk.)

25   BY MR. DAVIES:

1    Q.    I'm sorry, Dr. Channick.

2    A.    As it relates to all of those claims.

3    Q.    You were aware of Dr. Nathan's opinions in this case

4    that the prior art studies are not reliable because there's

5    no placebo control group.

6          Do you recall those?

7    A.    I do.

8    Q.    Do you agree with those?

9    A.    No.

10   Q.    Why not?

11   A.    Because I think we're talking about different things.

12   I mean, I think, you know, we're talking -- we're not

13   talking about Phase 3 study, we're not talking about FDA

14   approval.  We're talking about prior art when combined that

15   would give a POSA a reasonable expectation for success.

16         And, in my opinion, that does not require a

17   randomized control trial or placebo group, and for all the

18   reasons that I think we've discussed.

19         THE COURT:  All right.  Mr. Davies, are you

20   moving on to different topic here?

21         MR. DAVIES:  Just checking to make sure I get

22   one point, Your Honor.

23   BY MR. DAVIES:

24   Q.    In the context of Claim 6, Dr. Channick, would a POSA

25   have been motivated to replace the parenteral route in

1    Saggar with an inhaled route to achieve the limitation of

2    Claim 6?

3    A.    Can you tell me what Claim 6 is again?

4           MR. DAVIES:  Can we bring Claim 6 up.

5           THE WITNESS:  Thank you.

6           And ask me the question again.

7    BY MR. DAVIES:

8    Q.    Would a POSA have been motivated to replace the

9    parenteral route of Saggar 2014 with the inhaled route to

10   achieve the limitation of Claim 6?

11   A.    Yes.

12          MR. DAVIES:  Your Honor, I'm going to move on to

13   inherent anticipation, so if now's a --

14          THE COURT:  Yes.  Thank you.

15          We'll take a 15-minute break and we'll see you

16   in 15 minutes.

17          (A recess was taken, after which the following

18   proceedings were had:)

19          THE COURT:  Mr. Davies.

20          MR. DAVIES:  Thank you, Your Honor.

21          THE COURT:  I'm sorry, I forgot my notepad.

22          MR. DAVIES:  May I proceed, Your Honor?

23          THE COURT:  Yes.

24          MR. DAVIES:  Okay.  Can we bring up Claims 5 and

25   6 of the '327 patent.

1    BY MR. DAVIES:

2    Q.      And just to clarify the record, for Claims 5 and 6,

3    Doctor, why would a POSA be motivated to switch from the

4    parenteral route in Saggar 2014 with the inhaled route for

5    the Faria-Urbina and '793 patent?

6    A.      It's pretty clear.  Parenteral therapy involves a

7    pump, a catheter.  They are inserted intravenously or under

8    your skin, continuous infusion, so the convenience, ease of

9    use, and potentially decreased side effects from delivering

10   a drug specifically through an inhalation system is a big

11   potential advantage.

12   Q.      Why would a POSA have a reasonable expectation of

13   success after making that change with respect to Claims 5

14   and Claim 6 of the '327 patent?

15   A.      Because I think we're seeing really significant

16   improvements with treprostinil and a similarly -- similar

17   patient populations in the terms of the severity of PH-ILD.

18   We know that both drugs seem to work and this one would be a

19   lot easier to use in inhaled form.

20   Q.      I'd like to turn to your opinions on inherent

21   anticipation.  Is it your opinion that the asserted claims

22   are inherently anticipated by the 2017 protocol?

23   A.      Yes.

24   Q.      Can we please bring up DTX 8.

25           What is this document?

1    A.       This is the protocol for INCREASE published under

2    clinicaltrials.gov site.

3    Q.       How do you know this is the INCREASE protocol that

4    was published on clinicaltrials.gov?

5    A.       We know really by the NCT number, which is what was

6    in the publication.

7    Q.       Have you accessed the INCREASE study in

8    clinicaltrials.gov prior to this litigation?

9    A.       Yes.

10   Q.       Can we please look at page 8 of DTX 8.

11            When was this protocol submitted to

12   clinicaltrials.gov?

13   A.       It was submitted February 9, 2017.

14   Q.       And when was it posted online?

15   A.       February 10, 2017.

16            MR. DAVIES:  Your Honor, I request that DTX 8 be

17   admitted into evidence.

18            MR. CARSTEN:  No objection.

19            THE COURT:  Admitted without objection.

20            (Thereupon, Defendant's Exhibit DTX 8 was

21   admitted.)

22   BY MR. DAVIES:

23   Q.       Can we please bring up page 9 and look at the study

24   description.  What does this section say about the study

25   design in the 2017 INCREASE protocol?

1    A.      So this was a multicenter randomized double-blinded

2    placebo-controlled trial to evaluate safety and efficacy in

3    inhaled treprostinil in patients with PH-ILD, including

4    combined pulmonary fibrosis and emphysema, with a

5    314-patient study or estimated to be 314, and it will last

6    approximately 16 weeks.

7    Q.      Does this study description describe the design of

8    the INCREASE trial as it was conducted?

9    A.      Yes.

10   Q.      How do we know that?

11   A.      We know from the INCREASE trial publication.

12   Q.      Can we go to DTX 363.  How many patients were

13   included in the INCREASE trial?

14   A.      326.

15   Q.      How does that compare to the 314 we looked at?

16   A.      It's a bit more.

17   Q.      Do you have opinions as to whether the drug in the

18   2017 protocol is the same drug used in the INCREASE trial?

19   A.      It is.

20   Q.      Do you think those small changes in patient

21   population would have significantly affected the outcome

22   seen by practicing the 2017 protocol?

23   A.      No.

24   Q.      What is the drug that is used in the 2017 protocol?

25   A.      Inhaled treprostinil solution.

1    Q.    Can we please pull up Demonstrative 3.9.

2          Is this a demonstrative that you prepared?

3    A.    Yes.

4    Q.    What does this demonstrative show with respect to how

5    the 2017 INCREASE protocol compares to the *New England*

6    *Journal of Medicine* publication of the INCREASE trial?

7    A.    It demonstrates the same drug given same way at the

8    same dose.

9    Q.    And how does the dosing described here in 2017

10   protocol compare to the Claim 1 of the '327 patent?

11   A.    It reflects that claim.

12   Q.    Can we pull up Claim 1.

13         Is the dosing described in the 2017 clinical

14   study protocol the same as the dosing described in the '327

15   patent Claim 1?

16   A.    Yes.

17   Q.    Do you have an opinion as to how the patient

18   population defined in the 2017 protocol compares to the

19   patient population that was actually recruited into the

20   INCREASE trial?

21   A.    Yes.

22   Q.    What is that opinion?

23   A.    They're virtually the same.

24   Q.    Can we please pull up DTX 8 at pages 12 and 13.

25         What do we see here on pages 12 and 13 of the

1    2017 INCREASE protocol?

2    A.    We see the inclusion and exclusion criteria.

3    Q.    What purpose do these inclusion and exclusion

4    criteria serve?

5    A.    This is the framework in terms of what patient --

6    what are the requirements for a patient to be considered for

7    the study and what are the factors that would exclude the

8    patient from consideration for the study.

9    Q.    And how do these inclusion and exclusion criteria

10   from the 2017 protocol compare to the inclusion and

11   exclusion protocol for the actual INCREASE trial that was

12   conducted?

13   A.    Very similar, small differences.

14   Q.    Do you recall generally how the inclusion criteria

15   changed with respect to the small differences?

16   A.    Yes.  They were essentially broadened and we need to

17   be very specific about that.  What they did were actually

18   broaden the types of ILD that could be in the study and they

19   also lowered, actually, the PVR requirement from 4 to 3 so a

20   patient with more mild pulmonary hypertension could get into

21   the study than described in the initial protocol.  That was

22   about it.  That was it.

23   Q.    Did you prepare a demonstrative that's describing

24   what you just testified to?

25   A.    Yes.

1    Q.      Can we pull up DDX 3.10.

2            And can you walk the Court through this

3    demonstrative?

4    A.      This is specifically the hemodynamic criteria to be

5    included in the INCREASE trial as represented in the 2017

6    protocol and the publication of the actual study.  And we're

7    highlighting that the point of vascular resistance or PVR

8    inclusion was it has to be greater than or equal to 4 Wood

9    units.  And in the actual study it was -- had to be greater

10   than 3 Wood units.  So it allowed less severe, let's say,

11   pulmonary hypertension to some degree in the study.

12   Q.      So, Dr. Channick, these changes that we've just

13   looked at here, these narrow or broaden the potential

14   patient population in the INCREASE study?

15   A.      Broaden.

16   Q.      How, if at all, does that impact your opinion as to

17   whether the 2017 protocol would necessarily and inevitably

18   result in the '327 patent claims and the results of the

19   INCREASE trial if you practice the method of the 2017

20   protocol?

21   A.      It doesn't change it.

22   Q.      Why not?

23   A.      Because the anticipation as you look through the

24   claims is at least this effect and we go through them

25   individually, which we will.  But, if anything, what we know

1    is a patient with more severe pulmonary hypertension will

2    actually get a better effect and that actually will be

3    shown -- was shown in the INCREASE study with a patient with

4    a higher PVR had a greater effect, greater benefit.  So by

5    broadening it to include less severe, if anything, you might

6    hurt the outcome.

7              So if they had stuck to the initial protocol, it

8    would achieve better effects.  So that doesn't change the

9    fact that this initial protocol, in my opinion, anticipates

10   those claims and we go through them one by one in terms of

11   at least this or at least that.

12   Q.    And, Dr. Channick, is it your opinion that with this

13   change to the INCREASE protocol that the 2017 protocol would

14   have actually included slightly more sick patients than the

15   INCREASE study?

16   A.    Yes.

17   Q.    And, again, what would result from that and how would

18   that affect your opinions with respect to whether or not the

19   claims would be necessarily achieved following the 2017

20   protocol?

21   A.    You would continue to achieve those claims, maybe

22   even to a greater magnitude.

23   Q.    Would the patients defined in the 2017 protocol have

24   also been included in the final INCREASE study?

25   A.    Yes.

1    Q.    Do you understand that Dr. Nathan has taken the

2    position that some of these changes to the patient

3    inclusion/exclusion criteria would have resulted in outcomes

4    not as good or different than what was observed in INCREASE

5    and would not have necessarily achieved the results of the

6    '327 patent?  Do you understand he has offered those

7    opinions?

8    A.    I believe so.

9    Q.    Do you agree with those opinions?

10   A.    No.

11   Q.    Why not?

12   A.    I think we've already explained it, that it wouldn't

13   have changed the fact that all these claims would

14   necessarily inevitably have been met by the changes that we

15   discussed.

16   Q.    Can we please go to Table S2 of DTX 3 at page 31.

17         And what is shown in this table, Dr. Channick?

18   A.    So here we're looking at the hemodynamics, the PVR.

19   We've highlighted the pulmonary artery pressure and the

20   pulmonary capillary wedge pressure, which is something we

21   haven't talked about yet, but this is the pressure reflected

22   on the left side of the heart.

23   Q.    Are these the baseline characteristics of the

24   patients who were, in fact, enrolled in the INCREASE study?

25   A.    Yes.

1  Q.      Considering these baseline characteristics of

2  patients who actually participated in the INCREASE trial, do

3  the changes to the inclusion criteria from the 2017 protocol

4  matter?

5  A.      No.  We're seeing pulmonary resistance that are quite

6  elevated at 6.  We're seeing pulmonary pressures that are

7  quite elevated at 36 and a wedge pressure that's normal.

8  Q.      Based on the hemodynamic data, would the average

9  patient that actually participated in the INCREASE trial

10  also fall within the patient population of the 2017 INCREASE

11  protocol?

12  A.      Yes.

13  Q.      How do we know that?

14  A.      We can see the average mean pulmonary vascular

15  resistance was 6, 6.2, certainly above 4.

16  Q.      And the table we're looking at here is Table S2 from

17  DTX 3.363; correct?

18  A.      Yes.

19  Q.      Do you have an opinion as to whether following the

20  2017 protocol would necessarily achieve the same results or

21  better than the INCREASE trial?

22  A.      That is my opinion.

23  Q.      Why do you believe that?

24  A.      As stated, because of the fact that we saw better

25  effects in patients with higher pulmonary vascular

1    resistance.

2    Q.    And you were in the courtroom yesterday and heard

3    testimony the claims of the '327 patent arise from the

4    results of the INCREASE study; correct?

5    A.    Yes.

6    Q.    Do you agree with that testimony?

7    A.    I do.

8    Q.    We'll talk about each of the claims in a moment.  Do

9    you have an opinion whether following the 2017 INCREASE

10   protocol would necessarily achieve the outcome of the '327

11   patent Claims 1, 17, 5, 6, and 9?

12   A.    Yes.

13   Q.    What is that opinion?

14   A.    They would.

15   Q.    I'd like to talk about your opinions now with respect

16   to each of the claims.  Can we turn to Claim 1.  Could we

17   now look at Table 2 on DTX 3 -- 363.  I'm sorry, Table 2,

18   DTX 363.

19             What is shown on Table 2?

20   A.    What is shown here is, again, baseline six-minute

21   walk distance, hemodynamic, NT-proBNP, and pulmonary

22   function testing.

23   Q.    And did the INCREASE protocol demonstrate an

24   improvement in exercise capacity in PH patients?

25   A.    It did.

Channick - Direct
505

```
 1              MR. DAVIES:  Is this Table 2 from 363?  Okay.
 2   All right.  So this is Table 2 from DTX 363 on page 8?
 3   Okay.
 4   BY MR. DAVIES:
 5   Q.     And what is Table 2 that's now displayed on the
 6   screen?
 7   A.     Okay.  So those are the actual findings from the
 8   study, the treatment effects of the primary endpoint of
 9   six-minute walk distance and the secondary endpoint.
10   Q.     Did the INCREASE trial demonstrate an improvement in
11   exercise capacity in PH-ILD patients?
12   A.     It did.
13   Q.     In your opinion, would following the 2017 protocol
14   necessarily result in the outcomes claimed in Claim 1 of the
15   '327 patent?
16   A.     Yes.
17   Q.     Why?
18   A.     Well, because the protocol led to the INCREASE study
19   which led to the claims.
20              MR. DAVIES:  Can we please look at Claim 17.
21   BY MR. DAVIES:
22   Q.     And Claim 17 requires an increase in six-minute walk
23   distance of a patient by at least 10 meters after week eight
24   of administering inhaled treprostinil; correct?
25   A.     Yes.
```

1          MR. DAVIES:  Can you please bring up

2     supplementary Figure S1 on page 24 of the *New England*

3     *Journal of Medicine*.  Thank you.

4     BY MR. DAVIES:

5     Q.     Did the INCREASE trial demonstrate an increase in

6     six-minute walk distance of the patient by at least 10

7     meters after eight weeks of administering inhaled

8     treprostinil?

9     A.     Yes.

10          MR. DAVIES:  Can we go to page 10 of the 2017

11    INCREASE protocol and look at the primary outcomes.

12    BY MR. DAVIES:

13    Q.     Does the 2017 INCREASE protocol say anything about

14    measuring the six-minute walk distance?

15    A.     It does.

16    Q.     What does it tell you about measuring the six-minute

17    walk distance?

18    A.     It says:  "The primary outcome measure will be

19    changed in six-minute walk distance measured at peak

20    exposure from baseline to week 16."

21    Q.     And is that the same primary outcome measure required

22    by the INCREASE trial?

23    A.     Yes.

24    Q.     Does that meet the limitation of Claim 1?

25    A.     Yes.

1    Q.    Is it your opinion that following the 2017 protocol

2    necessarily results in the outcomes of Claim 17 of the '327

3    patent?

4    A.    Yes.

5          MR. DAVIES:  Can we go to Claim 5.

6    BY MR. DAVIES:

7    Q.    And what does Claim 5 require, Dr. Channick?

8    A.    Again, this is the reduction in plasma NT-proBNP in

9    the patient by at least 200 picograms per milliliter after

10   8, 12, and 16 weeks.

11         MR. DAVIES:  And can we go to Table 2 on page 8

12   of *The New England Journal of Medicine* publication.

13   BY MR. DAVIES:

14   Q.    Did the INCREASE trial show a reduction in the plasma

15   concentration of NT-proBNP of the patient by at least

16   200 picograms per mil after 8, 10, or 16 weeks of the

17   administering?

18   A.    Yes.

19   Q.    And what was the average decrease that was observed

20   with 16 weeks?

21   A.    Minus 396 picograms per milliliter.

22         MR. DAVIES:  Can we go to page 11 of the 2017

23   INCREASE protocol.

24   BY MR. DAVIES:

25   Q.    Does the 2017 protocol tell you to measure NT-proBNP?

1    A.      Yes.

2    Q.      And so is it your opinion that following the 2017

3    protocol will result in at least as good outcomes as

4    required by Claim 5 of the '327 patent?

5    A.      It will.

6    Q.      Do you believe it will necessarily and inevitably

7    achieve those results?

8    A.      Yes.

9              MR. DAVIES:  Can we look at Claim 6.

10   BY MR. DAVIES:

11   Q.      And Claim 6 requires a statistically significant

12   reduction in exacerbations of interstitial lung disease.

13              Do you see that?

14   A.      Yes.

15   Q.      Can we go to page 7 --

16   A.      At least one exacerbation.

17   Q.      At least one exacerbation of underlying lung disease.

18   Thank you, Doctor.

19              MR. DAVIES:  Can we go to page 7 of the *The New*

20   *England Journal of Medicine* publication.

21   BY MR. DAVIES:

22   Q.      Did the INCREASE trial show a statistically

23   significant reduction in at least one exacerbation of

24   interstitial lung disease?

25   A.      Yes.

1    Q.    And is it your opinion that following the 2017

2    protocol will necessarily result in at least as good

3    outcomes as required by Claim 6 of the '327 patent?

4    A.    Yes.

5          MR. DAVIES:  Can we go to Claim 9.

6    BY MR. DAVIES:

7    Q.    What's required by Claim 9, Doctor?

8    A.    This is the statistically significant improvement in

9    forced vital capacity in the patient after 8, 12, or 16

10    weeks.

11          MR. DAVIES:  And can we look at page 36 of *The*

12    *New England Journal of Medicine* publication.

13    BY MR. DAVIES:

14    Q.    Did the INCREASE trial show a statistically

15    significant improvement in percent predicted forced vital

16    capacity in a patient after 8, 12, or 16 weeks of

17    administering?

18    A.    It did.

19    Q.    And where do you see that?

20    A.    On the table that we reviewed earlier where we see

21    .77 percent at eight weeks and 1.07, giving a treatment

22    difference of 1.79 percent and 1.8 percent, both of which

23    are statistically significant improvements in FVC percent

24    predicted.

25          MR. DAVIES:  And can you please go to, now,

1    page 11 of the 2017 INCREASE protocol.

2    BY MR. DAVIES:

3    Q.    Is the 2017 INCREASE protocol saying anything about

4    measuring FVC?

5    A.    It does.

6    Q.    Is it your opinion that following the 2017 protocol

7    will necessarily result in a statistically significant

8    improvement in percent predicted FVC?

9    A.    It will.

10   Q.    In your opinion, would following the 2017 protocol

11   necessarily result in the Claims 1, 5, 6, 9, and 17 of the

12   '327 patent?

13   A.    Yes.

14   Q.    Why?

15   A.    For all the reasons that are stated, that these are

16   measurements described in the protocol, the 2017 protocol,

17   that led to the data and the INCREASE study, which led to

18   the claims in the patent.

19   Q.    Did both the 2017 INCREASE study protocol and the

20   INCREASE study both use the same drug?

21   A.    They do.

22   Q.    Do they both use the same dosing?

23   A.    Yes.

24   Q.    And do they both describe, essentially, the same

25   PH-ILD population?

1    A.    Yes.

2    Q.    And is it your understanding that the claims of the

3    '327 patent are from the INCREASE study?

4    A.    Yes.

5    Q.    And for that reason, in your opinion, would following

6    the 2017 protocol necessarily result in the outcomes, again,

7    of Claims 1, 5, 6, 9, and 17 of the '327 patent?

8    A.    Yes.

9    Q.    Do you understand that Dr. Nathan argues that the

10   2017 protocol doesn't inherently anticipate the claims

11   because virtually all of the patients in the INCREASE study

12   did not achieve the claimed results?

13         Do you recall that?

14   A.    Yes.

15   Q.    Do you agree with his opinion?

16   A.    No.

17   Q.    Why not?

18   A.    Because one doesn't need to see virtually all

19   patients achieving the claimed results.  That's not what the

20   claims say and that's not what's required, in my

21   understanding and opinion.

22   Q.    Have you ever been involved in a clinical trial where

23   virtually all patients achieved the desired results?

24   A.    No.

25   Q.    In INCREASE did virtually all patients achieve the

1     claimed outcomes?

2     A.     No.

3     Q.     Do you recall the Court's construction of the terms

4     "a" and "the"?

5     A.     Yes.

6     Q.     And how, if at all, did the Court's claim

7     construction of "a" and "the" impact your opinion as to

8     whether the claims require virtually all patients to achieve

9     the claimed results?

10    A.     They clearly don't based on that claim construction.

11    Q.     Do you recall that Dr. Nathan opined that the 2017

12    protocol does not inherently anticipate the asserted claims

13    of the '327 patent because it doesn't disclose any results?

14    A.     Correct.

15    Q.     Do you agree with that opinion?

16    A.     No.

17    Q.     Why not?

18    A.     Because it doesn't have to disclose any results to

19    anticipate the claim.

20    Q.     Do you also recall that Dr. Nathan opined that the

21    2017 protocol would not inherently anticipate the claims

22    because he alleges there was skepticism that treating PH-ILD

23    with any drug would work?

24    A.     I did hear that, yes.

25    Q.     Do you agree with that opinion?

1    A.    No.

2    Q.    And why not?

3    A.    Because, as I think we've sort of laid out, if

4    anything, it was the opposite.  There was this optimism and

5    expectation that it would work.

6    Q.    Do you have any understanding as to whether

7    skepticism matters in the context of inherent anticipation?

8    A.    It does not.

9    Q.    Do you agree that there was a lot of skepticism in

10   the field regarding whether treprostinil would be effective

11   in PH-ILD patients?

12   A.    I wouldn't characterize it as skepticism, no.

13   Q.    I'd like now to turn to your opinions on the written

14   description of Claim 9.

15              MR. DAVIES:  Could we please bring up Claim 9.

16   BY MR. DAVIES:

17   Q.    And do you see the claim's reference to the method of

18   Claim 1?

19   A.    Yes.

20   Q.    And what do you understand that to mean?

21   A.    This says:  "Statistically significant improvement of

22   forced vital capacity, or FVC, of the patient at 8, 12, or

23   16 weeks."

24   Q.    And that's the additional limitation that's required

25   by Claim 9; correct?

1    A.    Yes.

2    Q.    And Claim 9 also includes the limitations of Claim 1?

3    A.    Correct.

4    Q.    And would that also include the PH-ILD patient

5    population of Claim 1?

6    A.    Yes.

7    Q.    Do you have an opinion as to whether there is

8    sufficient written description support for the statistically

9    significant improvement in forced vital capacity limitation

10   of Claim 9?

11   A.    I do have an opinion.

12   Q.    And what is that opinion?

13   A.    That there is not sufficient written description.

14   Q.    We'll look at the patent in a minute, but before

15   that, can you just briefly remind us what forced vital

16   capacity is.

17   A.    Forced vital capacity is the amount of air a patient

18   can push out of their lungs from a full breath in, all the

19   way out.

20   Q.    And what is absolute FVC?

21   A.    Absolute FVC is that volume in milliliters that is

22   being forced out.

23   Q.    What is percent predicted FVC?

24   A.    Percent predicted is, as we said, the percent

25   predicted that would be predicted based on a normal person

1    based on their age, sex, height, those kind of things.

2              MR. DAVIES:  Can we please look at Table 1 of

3    the '327 patent.

4    BY MR. DAVIES:

5    Q.    Did you review this table in forming your opinion

6    regarding written description?

7    A.    I did.

8    Q.    Does Table 1 describe absolute FVC?

9    A.    Yes.

10   Q.    And where is that shown?

11   A.    That's highlighted as FVC in milliliters or ML.

12   Q.    Does Table 1 also provide percent predicted FVC?

13   A.    Yes.

14   Q.    Where is that shown?

15   A.    Right below.

16   Q.    What does the reference to the ITT population refer

17   to?

18   A.    That's called the intention to treat population,

19   which is, essentially, the whole population in the study.

20   Q.    Can we please bring up Claims 9 and 10 of the '327

21   patent.

22             Dr. Channick, does Claim 10 depend from Claim 9?

23   A.    It does.

24   Q.    What is Claim 10 directed to?

25   A.    Claim 10 is directed to forced vital capacity in the

1    patient by at least 20 milliliters after 8, 12 or 16 weeks.

2    Q.    Is that described in absolute FVC or percent

3    predicted FVC?

4    A.    Absolute.

5    Q.    How does that impact your opinion as to whether

6    Claim 9 also includes absolute FVC?

7    A.    It suggests that it does.

8    Q.    In your opinion, does the full scope of Claim 9

9    include both absolute and percent predicted FVC?

10    A.    Yes.

11    Q.    Why do you believe that?

12    A.    It seems like based on what we just said that since

13    Claim 10 depends from Claim 9 and Claim 10 is absolute FVC

14    that Claim 9 would encompass both percent and absolute.

15    Q.    Can we go back to Table 1.

16          Does Table 1 also include both percent predicted

17    and absolute FVC?

18    A.    It does.

19    Q.    And, again, what was the patient population that's

20    examined in Table 1?

21    A.    This is the intention to treat population, which is

22    the whole population of PH-ILD patients in the study.

23    Q.    And how does that ITT population in Table 1 relate to

24    the scope of PH-ILD in Claim 9?

25    A.    It is that population.

1   Q.      Do you see the estimated differences in the estimated
2   differences column in Table 1?
3   A.      I do.
4   Q.      What does estimated difference refer to in Table 1?
5   A.      This is the difference in the effect in the treating
6   group, inhaled treprostinil, minus the placebo group.
7   Q.      What does Table 1 use to calculate the p-values that
8   are shown in the table?
9   A.      The estimated difference.
10  Q.      Is the estimated difference a comparison of inhaled
11  treprostinil to baseline?
12  A.      No.
13  Q.      How is the estimated difference calculated?
14  A.      It's the effect of inhaled treprostinil in either
15  week 8 or 16 minus the effect in the placebo group.  It's
16  not the patient at baseline value to that same patient at
17  8 or 16 weeks.  It's the change in the patient versus the
18  change in the placebo.
19  Q.      For absolute FVC, what is the estimated difference of
20  week 8?
21  A.      For absolute FVC, the difference at week eight is
22  28.47.
23  Q.      Is that estimated difference statistically
24  significant?
25  A.      No.

1  Q.      For absolute FVC, what is the estimated difference at

2  week 16?

3  A.      44.4 milliliters.

4  Q.      Is that estimated difference statistically

5  significant?

6  A.      No.

7  Q.      How do you know?

8  A.      We look at the p-values and we see that they're 0.34

9  and 0.21, respectively, which are not statistically

10  significant.

11  Q.      Does Table 1 show a statistically significant

12  improvement in any absolute FVC value as required by

13  Claim 9?

14  A.      No.

15  Q.      I want to look at Tables 2 and 3 now in the patent.

16  Is the FVC data in Table 2 and 3 of the patent presented in

17  the same way as Table 1?

18  A.      Yes.

19  Q.      Did you review Table 2 in forming your opinions?

20  A.      I did.

21  Q.      What is shown in Table 2?

22  A.      Table 2 is a subpopulation of the whole population.

23  This is the group of patients who have IIP or idiopathic

24  interstitial pneumonia.

25  Q.      How does the IIP population shown in Table 2 relate

1    to the full scope of the ITT population?

2    A.    It's about half of it.

3    Q.    How do you know that?

4    A.    We can look at the end and compare them.

5    Q.    Which end are you looking at specifically, Doctor?

6    A.    If we look at the column N, we can see 58 inhaled

7    treprostinil and 71 in placebo, so that's 129.

8    Q.    Is that roughly half of what we saw for the intent to

9    treat population in that same column?

10    A.    Yeah.

11    Q.    Are all the patients in Table 2 also the part of the

12    patients in Table 1?

13    A.    Yes.

14    Q.    Can we turn to Table 3 of the '327 patent.  Did you

15    review Table 3 in forming your opinions?

16    A.    Yes.

17    Q.    What's shown in Table 3?

18    A.    Table 3 is a subgroup of the subgroup.  So these are

19    the patients with the idiopathic interstitial pneumonia who

20    had IPF or idiopathic pulmonary fibrosis.

21    Q.    About what proportion of the patients within the

22    intent to treat group are represented here in this ITF sub

23    subpopulation?

24    A.    About a third.

25    Q.    And, again, how do you know that?

1    A.    We look at the ends and we can see 31 plus 47.

2    That's 78.

3    Q.    Are there any additional patients shown in Tables 2

4    or 3 that are not part of the intent to treat patients in

5    Table 1?

6    A.    No.

7    Q.    Can we take a look at Table 10.  Did you review

8    Table 10 in forming your opinion?

9    A.    I did.

10    Q.    What data is shown in Table 10?

11    A.    This is really just summary data showing the FVC

12    effect.

13    Q.    Is this the same FVC data that's also reported in

14    Table 1?

15    A.    It is.

16    Q.    So like Table 1, were there any statistically

17    significant improvements in absolute FVC results reported in

18    Table 10?

19    A.    No.

20    Q.    And how did Table 10 impact your opinion as to

21    whether the inventors possessed the full scope of Claim 9?

22    A.    It confirmed my opinion.

23    Q.    And considering all the tables that we've looked at,

24    what is your opinion regarding whether the inventors had the

25    full possession of the full scope of a statistically

1    significant improvement in percent predicted FVC of Claim 9?

2    A.    They did not have the full scope of Claim 9.

3    Q.    Why not?

4    A.    Because they did not have FVC absolute and the claim

5    encompasses both percent predicted and absolute.

6    Q.    How did the data in the tables that we've looked at

7    impact your opinion as to whether the inventors possessed

8    the full scope of Claim 9 which requires a statistically

9    significant improvement in FVC results?

10    A.    It confirms my opinion.

11    Q.    Which table would a POSA look to for information

12    regarding the full scope of PH-ILD patients in Claim 9?

13    A.    The table containing the full patient cohort.

14    Q.    And, again, did Tables 2 and 3 add additional support

15    to Claim 9 beyond Claim 1?

16    A.    No.

17    Q.    Table 1.  I apologize.

18          What is your opinion as to whether the patent

19    conveys the inventors had possession of the full scope of

20    the statistically significant improvement in FVC PH-ILD

21    patients limitation in Claim 9?

22    A.    They do not.

23          MR. DAVIES:  I have no further questions at this

24    time, Your Honor.

25          THE COURT:  All right.  Cross-examination.

```
 1              MR. DAVIES:  I apologize, Your Honor, one thing.
 2   I ask that DTX 348 be entered.
 3              MR. CARSTEN:  Sorry.  What is that, Mr. Davies?
 4              MR. DAVIES:  DTX 348.
 5              MR. CARSTEN:  No objection, Your Honor.
 6              THE COURT:  Admitted without objection.
 7              (Thereupon, Defendant's Exhibit DTX 348 was
 8   admitted.)
 9              THE COURT:  All right.  Thank you, Mr. Davies.
10              MR. CARSTEN:  We've got binders, Judge.  May I
11   approach?
12              THE COURT:  Yes.
13              MR. CARSTEN:  Thank you.  May I proceed, Your
14   Honor?
15              THE COURT:  Yes.
16              MR. CARSTEN:  Once I have a binder prepared,
17   I'll hand it up to the clerk.  There's one missing.
18                        CROSS-EXAMINATION
19   BY MR. CARSTEN:
20   Q.     Good afternoon, Dr. Channick.
21   A.     Good afternoon.
22   Q.     I handed you two binders.  One of them has exhibits
23   we may be referring to during our examination this
24   afternoon.  The other has your depositions and your expert
25   reports in them; okay?
```

1    A.      Okay.

2    Q.      Let's do a little table setting, if we could.  You

3    offered opinions on three defenses this afternoon; correct?

4    A.      Yes.

5    Q.      You've offered an opinion on written description

6    pertaining to Claim 9 of the '327 patent; correct?

7    A.      Yes.

8    Q.      Anticipation by the DTX 008 document and that

9    pertains to Claims 1, 5, 6, 9, and 17; correct?

10   A.      Yes.

11   Q.      And then you've offered obviousness opinions over a

12   combination of Faria-Urbina 2018 and the '793 patent for

13   Claims 1, 14, and 17; correct?

14   A.      Yes.

15   Q.      And Faria-Urbina 2018, Saggar 2014, and the '793

16   patent for Claims 5, 6, and 9; correct?

17   A.      Yes.

18   Q.      I'm sorry.  Did you hear the question, sir?

19   A.      I answered it.

20   Q.      You answered it and the answer to that was yes;

21   right?

22   A.      It was.

23   Q.      There's a fourth defense at issue in this case:

24   Prior sale.  You're not offering opinions on that; correct?

25   A.      Correct.

Channick - Cross

524

1    Q.    Dr. Channick, let's talk a little bit about the

2    disease of ILD.  You published on PH-ILD before; right?

3    A.    Yes.

4    Q.    About ten papers?

5    A.    About.

6    Q.    And in your experience, you understand that ILD does

7    not always cause pulmonary hypertension; correct?

8    A.    Correct.

9    Q.    In fact, you'd agree that at the time of, for

10   example, idiopathic pulmonary fibrosis diagnosis, pulmonary

11   hypertension is present in about 8 to 15 percent of

12   patients; correct?

13   A.    That range, yes.

14   Q.    So not all ILD causes pulmonary hypertension; right?

15   A.    Right.

16   Q.    And pulmonary hypertension can increase if it

17   presents in ILD patients; correct?

18   A.    I don't understand that question.

19   Q.    The pulmonary -- the level of pulmonary hypertension

20   experienced by a patient can increase over time with an ILD

21   patient; correct?

22   A.    With any patient, yes.

23   Q.    Now, let's turn to your anticipation opinions, if we

24   might.

25              Now, you testified, as I recall, that the

Channick - Cross
525

1    patient population was a little different in that in the

2    INCREASE had broader -- INCREASE study had broader

3    parameters than that set forth in the DTX 008 document;

4    correct?

5    A.    A little broader, yes.

6    Q.    And then with respect to the dosage, you said they're

7    the same; is that right?

8    A.    Yes.

9    Q.    And, in fact, you created a demonstrative, didn't

10   you, and presented that through your counsel on your direct

11   examination; isn't that right?

12   A.    That is correct.

13   Q.    Okay.  And what this demonstrative 3.9 depicts is on

14   the left side is a passage from DTX 008, page 10, and on the

15   other side, the right side, is page DTX 363, page 3; is that

16   right?

17   A.    Yes.

18   Q.    And DTX 008, that's that printout from the

19   clinicaltrials.gov database; right?

20   A.    Yes.

21   Q.    And the 363, that's the INCREASE -- the actual

22   INCREASE protocol; right?

23   A.    Wait, you mean the one on the right, my right?

24   Q.    The one on the right.

25   A.    Yeah, that's the publication.

Channick - Cross

```
 1    Q.      Right, the INCREASE publication from the --

 2    A.      You said protocol publication.

 3    Q.      -- New England Journal of Medicine; right?

 4    A.      Correct.

 5    Q.      And here, if you look, it says:  "The active

 6    treprostinil for inhalation solution .6 milligrams per

 7    milliliter delivered via an ultrasonic nebulizer."

 8            And you've got the same thing or similar things

 9    highlighted on the right; is that correct?

10    A.      Yes.

11    Q.      "Which emits a dose of approximately 6 micrograms per

12    breath."

13            Do you see that?

14    A.      Yes.

15    Q.      And that's on both sides?

16    A.      Yes.

17    Q.      And then on the left, it says:  "Inhaled four times

18    daily and titrated up to a maximum of 12 breaths four times

19    daily."

20            Do you see that?

21    A.      Yes.

22    Q.      On the INCREASE publication, it says:  "The dose of

23    treprostinil or placebo was ingested" -- well, let me go up

24    one sentence.

25            It starts:  "The first dose of trial drug, three
```

 1    breaths, was administered in the clinic followed by at least

 2    a one-hour observation period."

 3              Do you see that?

 4    A.     Yes.

 5    Q.     The protocol on the left does not identify how many

 6    breaths there are in the first dose of drug; right?

 7    A.     Correct.

 8    Q.     And so it allows for a first dose being one breath;

 9    correct?

10    A.     Yes.

11    Q.     And then on the right, it says:  "The dose of

12    treprostinil or placebo was ingested with dose escalation

13    occurring often" -- I'm skipping the parenthetical --

14    "occurring as often as every three days with a target dose

15    of nine breaths four times daily and a maximum dose of 12

16    breaths four times daily."

17              Do you see that?

18    A.     Yes.

19    Q.     On the left, the DTX 008 protocol says:  "Inhale four

20    times daily and titrated up to a maximum of 12 breaths four

21    times daily"; correct?

22    A.     Yes.

23    Q.     Now, do you agree with me that there is no reference

24    at all to a target dose of nine breaths in the 2017 DTX 008

25    document; correct?

1    A.    Correct, it says up to 12 breaths.

2    Q.    And there's nothing in here that talks about how to

3    go about doing any titration up to the maximum of 12

4    breaths; correct?

5    A.    Correct.

6    Q.    Okay.  So you agree with me those are different

7    dosage protocols and regimes; correct?

8    A.    Well, we could argue over the wording is not the

9    same, I agree.  Effectively, it's the same regimen.  If you

10   titrate as described in the protocol, you will necessarily

11   achieve the results.

12          I think the small differences you pointed out in

13   the actual publication are irrelevant to the anticipation of

14   that dosing regimen.

15   Q.    To be clear, though, these are not identical dosage

16   regimes; correct?

17   A.    They're not the same exact words.  I didn't think

18   that's what we were talking about.

19   Q.    Well, do you agree with me that there is no

20   recitation of a target dose of nine breaths in the DTX 008

21   document; correct?

22   A.    There's a target dose of 12 breaths.

23   Q.    Right.  And that's different; correct?  You would

24   agree with that?

25   A.    Yes, it's higher.

1    Q.      And then with respect to the patient population

2    between the two -- I'm looking at DTX 008, page 12, which is

3    a portion that you talked about with Mr. Davies.

4               Do you see that, Doctor?

5    A.      I do.

6    Q.      Now, this is a PVR of greater than or equal to 4 Wood

7    units; right?

8    A.      Yes.

9    Q.      And then it's got some information pertaining to the

10   left ventricular end-diastolic pressure; correct?

11   A.      Correct.

12   Q.      As well -- or pulmonary capillary wedge pressures;

13   right?

14   A.      Yes.

15   Q.      And those allow for 12 -- less than or equal to

16   12 milliliters of mercury if the PVR is greater than or

17   equal to 4 Wood units; right?

18   A.      Yes.

19   Q.      And if it's higher, then it's less than 15

20   milliliters of mercury; right?

21   A.      If what's higher?

22   Q.      If the PVR is higher.

23   A.      Yes, essentially.

24   Q.      And then there's also a requirement for a mean

25   pulmonary arterial pressure, mPAP, of greater than or equal

1    to 30 milliliters of mercury; right?

2    A.    Correct.

3    Q.    And there's also a requirement here at 5 of a

4    baseline diffusing capacity of the lungs for carbon

5    monoxide, a PLCO of less than 50 percent?

6    A.    Yes.

7            MR. CARSTEN:  Now let's turn to DTX 363 at

8    page 16.

9    BY MR. CARSTEN:

10   Q.    And this is another document or a page from a

11   document that you worked through with Mr. Davies; correct?

12   A.    Yes.

13   Q.    So this requires a pulmonary vascular resistance of

14   greater than 3 Wood units; right?

15   A.    Yes.

16   Q.    Pulmonary capillary wedge pressure of less than or

17   equal to 15 milliliters of mercury; right?

18   A.    Right.

19   Q.    And a mean pulmonary --

20           MR. DAVIES:  Your Honor, this is outside the

21   scope of my direct.  It's a different document.

22           MR. CARSTEN:  This is --

23           THE COURT:  So overruled if that's an objection.

24           MR. DAVIES:  This is a different version than

25   what has been characterized for Your Honor.  This a protocol

Channick - Cross
531

1    supplied in the back of the journal article and not the

2    version from --

3                    MR. CARSTEN:  This is the INCREASE protocol

4    which you used on your direct examinations.

5                    MR. DAVIES:  Apologies.  I withdraw the

6    objection.

7                    MR. CARSTEN:  Thank you, Your Honor.

8                    THE COURT:  All right.

9    BY MR. CARSTEN:

10   Q.    Okay.  To be clear, we are now talking about the

11   INCREASE protocol that was actually run; correct?

12   A.    Yes, that's what you're discussing now.

13   Q.    And it has a pulmonary capillary wedge pressure of

14   less than or equal to 15 millimeters of mercury?

15   A.    Yes.

16   Q.    And a mean PAP of greater than or equal to 25

17   millimeters of mercury; correct?

18   A.    Correct.

19   Q.    It says nothing about the DLCO; right?

20   A.    Right.

21   Q.    And it also requires that subject to the connective

22   tissue disease, must have a baseline FVC of less than or

23   equal -- less than 70 percent?

24   A.    Yes.

25   Q.    And there's no requirement of any subjects having a

1    baseline forced vital capacity in the DTX 008 document that

2    you say anticipates; right?

3    A.      Correct.

4    Q.      Now, you recognize, sir, that it is -- you may

5    consider it minorly different, but there is at least a

6    difference in the dosage regimen and a difference in the

7    patient populations between what's set forth in DTX 008 on

8    one hand and the actual INCREASE study that was run on the

9    other; correct?

10   A.      Yes, we've acknowledged that.

11   Q.      Okay.  Well, I thought I heard you on your direct

12   examination claim that the dosing regimen was the same.  It

13   is not?

14   A.      Well, the dosage regime is essentially the same.

15   Again, I think the theme that I'm going to make is that, if

16   anything, the patients in the original protocol, you see a

17   better result.  So this is not going to change my opinion on

18   anticipation based on the differences that you've described.

19   Q.      Understood.  But one can hope that one changes one's

20   mind on anticipation and so please don't disabuse me of that

21   notion so early.

22           You agree with me, sir, that DTX 008 protocol,

23   that was never run as a clinical trial?

24   A.      With the differences that we described; correct?  You

25   are correct.

1  Q.      And with a different patient population, you agree

2  that the results would, in fact, be different from the

3  results observed in the INCREASE trial?

4  A.      I can't predict the results.  They may or may not.  I

5  don't think anybody can say that they would have exactly the

6  same results and I don't think that's the requirement.

7          What I'm saying is that given those parameters,

8  and I'll acknowledge the very minor differences, that that

9  protocol anticipates the claims that are in question here.

10  Q.      Well, you agree that randomized clinical trials,

11  those results are unpredictable; right?

12  A.      Yes.

13  Q.      And you also would agree that you don't know those

14  results until you actually run the study and then unblind

15  the results at the end; correct?

16  A.      You don't know the results from a trial until the

17  study is finished.

18  Q.      Yes.  But as a result, then, you can't say with any

19  confidence that virtually all of the subjects would

20  experience increased exercise capability?

21  A.      Virtually all don't have to.

22  Q.      I'm sorry, I'd like an answer to my question.

23          As a result, you can't say with any certainty or

24  confidence that virtually all subjects would increase

25  exercise capacity per Claim 1 of the '327 patent; correct?

1    A.    I would almost guarantee virtually all would not.

2    Q.    Okay.  And you can't say that necessarily and

3    inevitably the subjects would experience increased exercise

4    capacity per Claim 1; right?

5    A.    I can say that.  I disagree with you.

6    Q.    Okay.  So you are saying that necessarily and

7    inevitably the subjects will increase exercise capacity per

8    Claim 1 of the '327 patent?  That's your testimony?

9    A.    If the protocol that we discussed and as -- or

10   anticipation justification were followed, it would achieve

11   Claim 1.

12   Q.    And so you're saying that you can't say that

13   virtually all subjects would increase exercise capacity per

14   Claim 1, but necessarily and inevitably, the subjects would

15   increase exercise capacity per Claim 1?  That's your

16   testimony?

17   A.    Claim 1 would be met necessarily and inevitably.

18   Virtually all would not achieve the improvement.

19   Q.    Let me see if I can put a finer point on that.

20         You agree with me that not all the subjects

21   would increase their exercise capacity if they had gone

22   through the protocol that is prescribed in DTX 8; correct?

23   A.    Just like not all in the INCREASE study achieved

24   that.

25   Q.    Sir, Mr. Davies is going to have a chance to get up

1    here and ask you to expound on whatever you like.  I'd like

2    a yes-or-no answer to my yes-or-no questions.

3    A.    And I gave you one.

4    Q.    We can disagree on that.

5          You agree, sir, that many subjects will not

6    experience an increase in exercise capacity per Claim 1 if

7    the DTX 8 protocol were run as a clinical trial; correct?

8    A.    Yes, I agree with that.

9    Q.    Thank you.  And you agree with me that you can't say

10   with any confidence that virtually all subjects would

11   decrease their NT-proBNP scores per Claim 5 of the '327

12   patent were the DTX 8 protocol run; correct?

13   A.    I can say with confidence that virtually all

14   wouldn't.

15   Q.    Virtually would not?

16   A.    Correct.

17   Q.    And for decreased exacerbations per Claim 6, your

18   testimony is that with some confidence that virtually --

19   that not virtually all subjects would experience that

20   benefit; correct?

21   A.    Say that again.  I'm sorry.

22   Q.    I'll try it in a more easy fashion, sir.  You agree

23   with me that not virtually all subjects --

24              THE COURT:  You're going to have to start over.

25              THE WITNESS:  I'm with you there.

Channick - Cross

536

BY MR. CARSTEN:

Q.      You can't say with any confidence that virtually all
subjects would decrease exacerbations as per Claim 6 were
the DTX 08 protocol run; correct?

A.      Correct.  But I think you're misrepresenting Claim 6
by saying virtually all.

Q.      Understood.  We disagree on that, sir.

        And you can't say with any confidence that
virtually all subjects would improve their FVC as per
Claim 9 if the DTX 08 protocol were run; correct?

A.      Correct, with the same stipulation.

Q.      And finally, you can't say with any confidence that
virtually all subjects would increase their six-minute walk
distance as per Claim 17 if the DTX 08 protocol were run?

A.      Correct, with the same stipulation, virtually all.

Q.      Now, you analyzed JTX 01, the '327 patent, in
connection with your work in this case; correct?

A.      Yes.

Q.      Did you look to see if the Patent Office had ever
looked at or been provided the DTX 08 protocol that you
opine upon as anticipatory?

A.      I'm not aware whether they did or not.

Q.      It didn't matter to you, sir?

A.      No.

Q.      Now, if you look at DTX 08 up at the top, it says

 1   record history version 23 2017/02/09 and it has an NCT

 2   number.  That's the number for INCREASE; right?

 3   A.    Yes.

 4   Q.    And it's 02630316; right.

 5   A.    Correct.

 6   Q.    And I've got just to show you the cover page of the

 7   '327 patent; correct?

 8   A.    Yes.

 9   Q.    If you go to page 5, I've taken the liberty of

10   highlighting it.  If you can read along with me.  It is NCT

11   02630316 clinicaltrials.gov, 12 pages, February 9, 2017;

12   correct?

13   A.    Yes.

14   Q.    So this document, the DTX 08 document, was presented

15   to the Patent Office in connection with the prosecution of

16   the '327 patent?

17   A.    Yes.

18   Q.    And regardless of that, notwithstanding that, the

19   Patent Office still issued the '327 patent; correct?

20   A.    They did issue the patent.  That's correct.

21   Q.    Let's turn to your obviousness opinions.

22              THE COURT:  Actually, before you do,

23   Mr. Carsten.

24              Dr. Channick, I wanted to see if I understand

25   what your opinion is on this inherent anticipation.  So you

1    have the protocol, which is very close to what was actually

2    done.  In terms of your opinion, is it that the results of

3    the INCREASE study were what was necessary and inevitable or

4    is it your opinion that what is necessary and inevitable is

5    at least one person in the -- who followed this protocol

6    would show the increase in the six-minute walk or is it that

7    if the trial -- if the INCREASE trials were repeated a

8    thousand times, all 1,000 would come out with the same

9    statistically significant conclusion?

10                Do you understand what I'm asking?

11                THE WITNESS:  I do understand what you're asking

12    and I don't want to, obviously, give a legal concept.  I

13    think the way I looked at it is that if the protocol was

14    followed that it would necessarily and inevitably give the

15    results as shown in the INCREASE study or maybe better but

16    those results which directly led to the claims and,

17    therefore, running that protocol would inevitably lead to

18    the limitations of those claims, which talk about

19    improvement in exercise capacity in a patient -- one or more

20    patients as well as the other claims of at least a drop in

21    the NT-proBNP.  Based on that protocol as I read it and how

22    it was defined, that would inevitably result in those claim

23    limitations if you ran that.

24                I don't know if I answered your question.

25                THE COURT:  I appreciate your answer.  What I'm

1      wondering is when you run a clinical trial, you get results

2      that are based on the probability and statistics.  You could

3      run the clinical trial again and you would get different

4      results; right?

5                  THE WITNESS:  You would to a degree, but if you

6      have an effective hypothesis, effective drug, presumably if

7      you ran that in another 300 patients or 400 patients, you're

8      going to get a positive study in the same way.

9                  THE COURT:  That's kind of what I'm wondering is

10     because it's considered a positive study if the p-value is

11     0.05 or less and I heard people say that gives you

12     95 percent confidence in the outcome, presumably a lower

13     p-value or it could be higher than that.

14                 But it seemed to me -- or maybe I'm wrong -- to

15     indicate if you have a 95 percent confidence gap, 5 percent

16     of the time you're going to be wrong.

17                 THE WITNESS:  5 percent of the time -- it's

18     statistics.  It's not real life.  5 percent of the time, the

19     difference could just be due to chance.  This is statistical

20     stuff.  It doesn't mean a drug doesn't work.  It's just you

21     can't prove it to that degree of confidence.

22                 THE COURT:  Right.

23                 THE WITNESS:  But you still have the same drug

24     in the same patient population.

25                 THE COURT:  But the chance -- you said it could

1    be different because of chance.  Isn't the premise that even

2    a clinical trial that has a positive outcome, that could be

3    the chance?

4                 THE WITNESS:  So yes, a p-value of 0.05, there's

5    still a 5 percent chance -- the difference is by chance

6    statistically.  I mean, that's just the reality of it.

7    Nothing is 100 percent.

8                 THE COURT:  But that's the thing, is if

9    necessary and inevitable is 100 percent, then the results of

10   the clinical trial can't ever be necessary and inevitable.

11                THE WITNESS:  Yeah.  Now you're getting into the

12   legal terminology.

13                THE COURT:  I don't want to -- because I know

14   you're not a lawyer.  The reason I'm asking this is because

15   you said 50 times necessary or necessary and inevitable and

16   I want to find out what you meant by it.

17                And what I think you're saying is that -- or

18   what I think you just said that I'm not really sure about

19   the legal significance of it is you could do the clinical

20   trial over again and not get positive results.  It's

21   unlikely.  It's very unlikely, but it's possible.

22                THE WITNESS:  Again, my understanding is that if

23   you follow the instructions -- anticipation says if you

24   follow the instructions in the protocol that precedes the

25   study at least of the claims, if you follow those

1    instructions that we're debating whether it's similar to

2    what was actually done, that that is an anticipatory

3    document, that protocol.  You'll decide that but --

4              THE COURT:  Okay.  What -- that's helpful.  All

5    right.  So thank you.

6              Go ahead, Mr. Carsten.

7              MR. CARSTEN:  Thank you, Your Honor.

8              Just to -- it's an interesting question, Your

9    Honor.

10   BY MR. CARSTEN:

11   Q.    So let me ask you this.  If INCREASE were run again,

12   true INCREASE, not DTX 8, not anything other, true INCREASE

13   were run again, would you get exactly the same results?

14   A.    I don't know that you'd get exactly the same results.

15   I think you would get -- you would still get a positive

16   study that showed all the things that it showed that we've

17   talked about that led to those claims, yes.

18   Q.    And would that necessarily and inevitably be the case

19   that you would get the same results from running INCREASE

20   again?

21   A.    That you would get a positive study, yes, that is

22   necessarily inevitable.

23   Q.    Necessary and inevitable because it's statistically

24   significant?

25   A.    Again, we're getting into what statistics and what

1    significance.  You would have a positive study to the degree

2    you would show improvement in exercise capacity in a patient

3    with PH-ILD using that dosing regimen.  We go to the claim.

4    You would show a statistically significant reduction in

5    NT-proBNP -- or reduction in NT-proBNP would show a

6    statistically significant reduction in at least one

7    exacerbation and so on.  That, I think, is necessarily and

8    inevitably the case.

9    BY MR. CARSTEN:

10   Q.    I hate to mix your defenses and your opinions on

11   them.  But in looking through the INCREASE data results with

12   Mr. Davies, you pointed out that, for example, for FVC in

13   the volume sense, the milliliter, the ML measurement for the

14   intent-to-treat population, the forced vital capacity in

15   volume, in milliliters, was not statistically significant;

16   correct?

17   A.    Correct.

18   Q.    And so, I guess, following up on that, then, you

19   mentioned a number of parameters that you expect would

20   necessarily and inevitably be the same or positive if you

21   reran INCREASE.  Here's my question.  Sorry for the long

22   follow-up.  Are you ready?

23   A.    Sure.

24   Q.    You with me?

25   A.    I am.

1    Q.     If you reran INCREASE the same way, same study

2    design, same protocols, would you expect to see the same

3    results on that volume FVC result, i.e., a failed result?

4    A.     It wouldn't be -- I don't know.  It wouldn't be

5    exactly the same volume.  All I'm doing is trying to the

6    best of my ability to evaluate the inevitability of meeting

7    that claim.  And obviously this is between you guys.  I'm

8    not discussing -- you'll decide on the claim itself and the

9    construction.  I gave my opinion that my interpretation of

10   the written descriptions, which is what it was, that you

11   needed both.  I don't know that I can answer it any further

12   than I have.

13   Q.     I appreciate your taking a stab at it, sir.

14   A.     Yeah.

15   Q.     Now, let me turn to your obviousness opinions, if we

16   might.  Again, you reviewed, obviously, the '327 patent in

17   this case, '327; right?

18   A.     Yes.

19   Q.     And did you look at the cover page or in the

20   specification to see if there was any reference to the

21   articles, materials that you relied upon for your three

22   reference obviousness combination?

23   A.     I don't recall going through it that way.

24   Q.     Okay.  So you don't know whether the '793 patent or

25   the Faria-Urbina articles are cited or referenced in the

1    patent?

2    A.     I'm not positive about the '327.  I believe the '793,

3    but we can go through that and check it out.

4    Q.     Sure.  Turning to page 2 and, again, it's small

5    print, so I've taken the liberty of highlighting.

6           You see that the '793 patent is identified and

7    listed on page 2 of the '327 patent?

8    A.     Is that what you asked about?

9    Q.     Yes.

10   A.     That I knew.  I thought you said were the

11   publications in the '793 patent.

12   Q.     No.  I'm asking about the '327, that they --

13   A.     Yes.

14   Q.     Let me finish my question.

15          -- that they were submitted to the Patent Office

16   and considered before the Patent Office issued the '327

17   patent.  Do you understand?

18   A.     Yes.

19   Q.     And you see that the '793 patent was, in fact,

20   submitted to the Patent Office; correct?

21   A.     Yes.

22   Q.     And in the specification, sir -- you read the whole

23   specification?

24   A.     Yeah.

25   Q.     You see at page 4 at 46 the Faria-Urbina *Lung* 2018

1    paper is actually cited in the specification itself?

2    A.    Yes.

3    Q.    So the Patent Office understood and knew about the

4    Faria-Urbina and the '793 patent; correct?

5    A.    Correct.

6              MR. CARSTEN:  Now let's turn to Faria-Urbina, if

7    we could.

8    BY MR. CARSTEN:

9    Q.    And do you agree it's a retrospective study -- and

10   for the record, I'm sorry, this is DTX 518.

11             And you agree it's a retrospective study; right?

12   A.    Correct.

13   Q.    And it has no placebo control?

14   A.    Correct.

15   Q.    And it provided no CT images, either in it or its

16   supplemental material, that would allow one to see what the

17   basis for the ILD determinations were?

18   A.    Correct.  Nor did INCREASE, by the way.

19   Q.    And -- well, let's look at the data.

20             Now, this is page 5 and I'm looking at Figure 3.

21   A.    Okay.

22   Q.    And this is a chart of each of the individual N

23   equals 11 six-minute walk distance results from

24   Faria-Urbina; right?

25   A.    Correct.

1    Q.    Now, it started out with 80 patients or so?

2    A.    I'd have to look.

3    Q.    72?

4    A.    That sounds right.

5    Q.    It says that there are 72 at the top of the

6    flowchart?

7    A.    Okay.

8    Q.    Do you agree with me?

9    A.    Yes.

10   Q.    And now -- it's tough to see, but it says -- this is

11   a flowchart that sort of tracks the patients.  You start at

12   72.  67 patients were found to have PH in pulmonary vascular

13   remodeling.  61 were patients with lung disease.

14         And then there's an offshoot or an exit from the

15   flowchart; right?

16   A.    Correct.

17   Q.    And it says:  "Eight recent hospitalizations."

18         Do you see that?

19   A.    Yes.

20   Q.    Hospitalizations, while you can't be sure here, but

21   they often have to do with exacerbations; right?

22   A.    Correct.

23   Q.    And so you have no doubt that eight recent

24   hospitalizations were eight -- or potentially eight

25   exacerbations that precluded them from further consideration

1    in the study?

2    A.    I mean, obviously, pure speculation.  I have

3    literally no idea what they were hospitalized for.

4    Q.    And, again, Faria-Urbina was a mixed group of both

5    COPD and ILD patients; right?

6    A.    Yes.

7    Q.    Okay.  So the 11 patients identified here -- I've

8    highlighted one of them.  It's the fourth dot down on the

9    left of the chart.

10          That person's six-minute walk distance

11    decreased; right?

12    A.    Correct.

13    Q.    So it's not the case that it's -- administering

14    treprostinil will always increase your -- a person's walk

15    distance in a group of patients with Group 3 pulmonary

16    hypertension; correct?

17    A.    Correct.

18    Q.    And that's established by the Faria-Urbina paper?

19    A.    It's established by any paper of any treatment, that

20    not all patients will achieve the effect.

21    Q.    Now, the 11 included patients who were both suffering

22    from COPD and those with ILD; right?

23    A.    Yeah, and the CPFE patient.

24    Q.    And CPFE.

25          Would you categorize CPFE within the ILD

1    framework?

2    A.    Not just me.  That's how it's characterized.

3    Q.    And then the supplemental material at the back of

4    Faria-Urbina, DTX 518.

5          And this chart, Table S3, this is the ILD

6    portion; right?

7    A.    Yes.  We also -- again, the CPFE is part of ILD.  So

8    just the terminology thing at the time they did this study.

9    So we'll look at the next table, I'm sure, too, S4, which is

10   also ILD or what they're calling CPFE.

11   Q.    And now looking at this group, there were nine ILD --

12   well, what word -- report is nine ILD patients in this

13   chart; correct?

14   A.    Correct.

15   Q.    And of the nine, only three of them report a

16   six-minute walk test; right?

17   A.    Correct.

18   Q.    And that six-minute walk test was 22 meters increase

19   with a p-value of .631; correct?

20   A.    21 meters.

21   Q.    Did I say 22?  I apologize if I did.

22         21 meters with a p-value of .631; correct?

23   A.    Yes.

24   Q.    And that p-value means no statistical significance;

25   correct?

1    A.    Correct.

2    Q.    Now, looking at the FVC here, the percent predicted,

3    it goes from 53 to 48; correct?

4    A.    Correct.

5    Q.    That's a bad result?

6    A.    I wouldn't characterize it as bad.  There's a

7    decrease in FVC of 5 percent predicted.

8    Q.    Well, as a percent predicted, you want it to be as

9    close to 100 as possible; right?  Because 100 is the normal

10   lung?

11   A.    Correct.

12   Q.    That has a p-value of .414; right?

13   A.    Correct.  It wasn't a significant difference.

14   Q.    Now, looking at the final SPO2, nobody's asked you

15   about the final SPO2.

16         SPO2 is your pulse ox; right?

17   A.    Correct.

18   Q.    And during the six-minute walk test to the final SPO2

19   from the six-minute walk test was 83, plus or minus 6; is

20   that right?

21   A.    Yes.

22   Q.    You'd agree with me that anything under 85 you ought

23   to probably get into an ambulance and go to the hospital?

24   A.    Well, no, I would not agree with that.

25         Many ILD patients at the end of a walk test are

Channick - Cross

1    in that range, below 85 percent, and they're walking back

2    home with their -- often with their oxygen tanks, but they

3    don't need to go to the hospital, necessarily.

4    Q.    Well, it does go down by 3 percent points; right?

5    A.    Does it -- when they did the test at the beginning

6    versus at the end, the lowest they got to were 3 percent

7    difference, which is really within the error of the machine

8    in general.  And given that range, it's essentially the

9    same.

10          It hasn't -- I wouldn't look at it and say

11    there's a significant worsening of oxygenation based on that

12    data.

13    Q.    Okay.  Well, if you're going to pay attention to

14    error bars, then let's look at the distance of the

15    six-minute walk test here.  You have 312, plus or minus 112,

16    and 333, plus or minus 130.  We identified there was a

17    21-point meter difference between the two, but there's also

18    an 18-meter delta between the confidence, the plus or minus;

19    right?

20    A.    Correct.

21    Q.    So those are indistinguishable; aren't they?

22    A.    Neither are statistically significant.

23    Q.    And that's how a person of skill in the art would

24    have read Faria-Urbina in 2018; correct?

25    A.    I don't know what you mean how they would have read

1    it.  Again, we're not looking at this as a randomized

2    clinical trial.  We're looking at this as providing an

3    entire experience, real-life experience, for outpatients to

4    do and does it give you a reasonable expectation that this

5    drug works.

6           And certainly, under -- I and others interpret

7    it, as well as the authors and many others, as a favorable

8    study.  It's a small study.  It's a retrospective study.

9    But it's a real-life study that, to me, means something.

10   It's not a randomized, controlled trial to get registration

11   of a drug.

12   Q.    Well, let's take a look at the Table S2.  This is DTX

13   518, page 10.

14          This is the COPD side of the house.  And they

15   had the six-minute walk test.  There were five of the eight

16   that were able to do that.

17          And the results there are 204 at baseline, 301

18   at follow-up, and .063 p-value; right?

19   A.    Correct.

20   Q.    And that's, you said, I think, nearly statistically

21   significant; is that fair?

22   A.    Yes, .06.

23   Q.    And .05 is statistically significant?

24   A.    Yeah, that's the accepted standard; correct.

25   Q.    And with respect to the FVC percent predicted, this

1    dropped by 14 units with a p-value of .303; correct?

2    A.    Correct.

3    Q.    Now, you'd agree with me that a 14-unit or percent

4    drop in FVC is significant for the patient; correct?

5    A.    Well, it wasn't a statistically significant change

6    because of the small numbers, but it dropped by, whatever,

7    14 percent.

8    Q.    14 percent is clinically relevant; isn't it?  A

9    14 percent drop?

10   A.    In a patient with COPD?

11   Q.    Yes?

12   A.    No, I wouldn't know that that's necessarily the case.

13   You know, it's -- I don't want to get into the details of

14   the medicine, but it's not -- it's a different physiology

15   with COPD than ILD.

16   Q.    Well, if we look at the final conclusions here in

17   terms of limitations, it says:  "Nonetheless, COPD patients

18   tend to have greater benefit from I treatment by the

19   aforementioned parameters"; right?

20   A.    Okay.

21   Q.    And so the authors were concluding that between ILD

22   and COPD, it's the COPD patients that seem to get greater

23   benefit from treprostinil; right?

24   A.    You said -- well, you read the sentence, but the one

25   thing you didn't -- I don't know if it was intentional --

Channick - Cross

553

1    you didn't talk about the CPFE patients, which are part of

2    ILD which doubled the population.

3              And there's another table showing statistical

4    significance with the six-minute walk.  That's table number

5    S4, but you just didn't -- I don't believe you showed that

6    one, so...

7    Q.    Sir, I'd like an answer to my question, if I might.

8              I asked you:  The authors here concluded that

9    it's COPD patients that tended to have greater benefit from

10   treprostinil treatment; correct?

11   A.    That's what they wrote there, yes.

12             MR. CARSTEN:  Your Honor, I'm about to switch to

13   a different document.  Should we break or should be soldier

14   on?

15             THE COURT:  I appreciate you telling me that

16   because I was trying to guess that myself.

17             MR. CARSTEN:  I just saw you giving me the eye.

18             THE COURT:  And you read something that wasn't

19   quite there yet.  Okay.  Well, in any event, we're finished

20   for today.

21             Dr. Channick, you can get off the stand.

22             MR. SUKDUANG:  Your Honor, can we raise a

23   logistical point?  So Dr. Channick is on cross.  We can't

24   talk to him about his testimony that he offered today or on

25   cross, but he's also a rebuttal witness on a different

1    topic, objective indicia, that Dr. Nathan is going to, I

2    believe, talk about tomorrow.

3                 And we want to make sure we abide by the rules,

4    but by the parties' agreement, Dr. Channick goes after

5    Dr. Nathan on that issue.  So can we have permission to not

6    speak to him about his testimony on the stand about

7    obviousness?  But we should be able to prepare him on a

8    different issue, which the parties and UTC agreed that we

9    can do.

10                MR. CARSTEN:  Your Honor, the rules are the

11   rules.  I mean --

12                MR. SUKDUANG:  And we are abiding by that rule.

13                THE COURT:  Well, I mean, the rules are the

14   rules, but I think the -- and I think it -- I believe the

15   rules are they can't talk to him about anything that's

16   related to the cross-examination or general things, even

17   about how to handle himself on cross-examination, but I

18   think they can talk to him about a different topic, and I

19   think that the topic of the secondary considerations is a

20   different topic.

21                And so I have faith that counsel will be able to

22   talk to him about that without talking to him about other

23   things that could be applicable to both situations.

24                MR. CARSTEN:  Your Honor, I generally tend to

25   agree, but in this case you're talking about reasonable

1    expectation of success.  They asked specifically about

2    skepticism in their direct, which is one of the secondary

3    considerations, surprising results.  All of those are

4    exactly embedded into the obviousness analysis that the man

5    just testified to.

6              I would request that they not be allowed to.

7    And if they wanted to -- I'm trying to think of a solution

8    here.

9              MR. SUKDUANG:  Well, I mean, Your Honor --

10             THE COURT:  Hold on a second.

11             Why don't we just table your thought and your

12   thought.  And, by the way, for this little bit, it's not on

13   the clock.

14             MR. CARSTEN:  Thank God.

15             THE COURT:  What we've done up to now is on the

16   clock.  But in terms of tomorrow, we have Dr. Channick

17   talking about obviousness, and then you have another

18   witness?

19             MR. SUKDUANG:  Dr. Hill.

20             THE COURT:  Dr. Hill, presumably on the sale?

21             MR. SUKDUANG:  Right.

22             THE COURT:  And then you're --

23             MR. SUKDUANG:  Finished.

24             THE COURT:   -- done with this portion of your

25   case?

1           What do you have tomorrow?

2           MR. CARSTEN:  So we have a live -- a couple of

3   live witnesses.  So we have an expert.  We have Dr. Thisted.

4   We have a couple of deposition clips.

5           THE COURT:  So when you say you have a couple of

6   live witnesses, you have Dr. Thisted.  I know who he is.

7           You have live fact witnesses?

8           MR. CARSTEN:  We have Peter Smith is going to be

9   testifying.  He's a former employee.

10          THE COURT:  I haven't seen his name.

11          MR. CARSTEN:  He's a named inventor of the '327

12  patent, I believe.  And so then we have a couple of

13  deposition clips, but they're fairly short.  And then we

14  have Dr. Thisted.  We also have Gregory Bottorff, who's

15  another live witness.  He's a UT employee.

16          So candidly, I don't think that Dr. Nathan is

17  going to get on the stand until the next day.

18          THE COURT:  Dr. Channick, probably.

19          (Cross-talk).

20          THE COURT:  So that's the reason why I wanted to

21  ask because it's always better to find a practical solution.

22          Why don't we do this.  Why don't you not talk to

23  him tonight and either he won't be getting on the stand

24  until Thursday, in which case you'll have plenty of time

25  after he's finished tomorrow morning, or if he's the only

1    person who's hanging out there, you know, there will be time

2    for you to talk to him.

3            So I don't think it has to be done tonight.

4            MR. SUKDUANG:  Can I raise a point with

5    Dr. Channick?  He has clinic on Thursday.  We had expected,

6    because you gave us the full day Wednesday, that we would be

7    done Wednesday and closing -- we asked to clarify this

8    because prior to trial at the pretrial conference we had

9    discussed, are they going to identify who they're actually

10   going to call live.

11           And they gave us a list of 13 people they may

12   call and they keep adding people, like, day by day that

13   they're adding.  So we had anticipated that everybody would

14   be done by Wednesday, Dr. Channick could leave and go to his

15   clinic in California on Thursday, and we'd be closing on

16   Thursday.

17           If they're -- if they don't even think that

18   they're going to have Dr. Channick up.  Then to accommodate

19   Dr. Channick, although we don't want to do this, we're going

20   to have to put him up on the randomness of objective indicia

21   on Wednesday before Dr. Nathan goes.  Or they move

22   Dr. Nathan up so that Dr. Channick can testify on Wednesday

23   so he can go back and treat his patients.

24           THE COURT:  So the idea is that we were going to

25   be finished tomorrow, which would be a happy idea in my

1      book.  Is that something that the two sides had discussed or

2      is that just something you were planning out on your own?

3                  MR. SUKDUANG:  Well, when you look at the number

4      of days you've allotted to each --

5                  THE COURT:  So I take it this was all in your

6      head, which is fine.

7                  MR. SUKDUANG:  Yes, that was all in my head.

8                  THE COURT:  Okay.  All right.  Well, so why

9      don't we do this.  I still think it would be better, for the

10     reason that Mr. Carsten has advanced, that this conversation

11     not take place while Dr. Channick is on cross-examination.

12                  So is there any reason -- so the -- I can't

13     believe that the secondary considerations are going to be

14     more than fairly brief on both sides.

15                  Is there any reason why we can't say Dr. Nathan

16     will do his at 4:00 tomorrow if you haven't otherwise gotten

17     to him and then Dr. Channick can do it at 4:30 and there

18     will be many hours in between where you can prepare

19     Dr. Channick?

20                  MR. SUKDUANG:  That's fine for us.

21                  MR. CARSTEN:  That's fine.

22                  THE COURT:  Okay.  All right.  Well, then, let's

23     do that.

24                  MR. SUKDUANG:  And as you won't -- with that --

25     and just so that we're clear, we will not be talking to

1    Dr. Channick tonight --

2                THE COURT:  Yes --

3                MR. SUKDUANG:  -- when he's off the stand, and

4    we can chat with him tomorrow after he's off the stand?

5                THE COURT:  Yes.

6                MR. SUKDUANG:  We appreciate that.  Thank you.

7                MR. CARSTEN:  Thank you, Your Honor.

8                THE COURT:  All right.  Anything else?  No?  All

9    right.  So I will see you all tomorrow.

10               (The proceedings were in recess at 5:14 p.m.)

11

12

13                  **C E R T I F I C A T E**

14         I, Deanna L. Warner, a Registered Professional

15    Reporter, do hereby certify that as such Registered

16    Professional Reporter, I was present at and reported in

17    Stenotype shorthand the above and foregoing proceedings.

18

19    _____

20    Deanna L. Warner, RPR, CSR
      Official Court Reporter
      U.S. District Court

21

22

23

24

25

'

**'327** [58] - 425:10, 429:21, 430:13, 430:14, 435:19, 436:3, 436:8, 437:23, 443:9, 443:13, 443:17, 444:1, 444:8, 449:2, 454:21, 461:4, 461:7, 461:13, 465:2, 467:16, 483:6, 488:16, 488:22, 489:16, 494:25, 495:14, 498:10, 498:14, 500:18, 502:6, 504:3, 504:10, 505:15, 507:2, 508:4, 509:3, 510:12, 511:3, 511:7, 512:13, 515:3, 515:20, 519:14, 523:6, 533:25, 534:8, 535:11, 536:16, 537:7, 537:16, 537:19, 543:16, 543:17, 544:2, 544:7, 544:12, 544:16, 556:11

**'793** [70] - 276:16, 276:22, 277:3, 365:4, 365:7, 365:10, 423:10, 423:12, 424:6, 424:12, 424:19, 425:2, 425:6, 425:20, 429:20, 430:12, 430:14, 444:15, 446:11, 446:12, 446:16, 447:9, 447:15, 447:19, 448:3, 448:16, 449:25, 456:9, 456:22, 456:25, 457:13, 458:5, 458:7, 458:11, 458:14, 458:16, 458:24, 460:9, 460:13, 460:18, 460:19, 461:11, 461:16, 461:22, 463:5, 472:2, 472:19, 474:5, 474:13, 475:10, 475:12, 475:17, 476:11, 476:19, 477:6, 477:15, 478:16,

479:3, 482:6, 482:22, 492:8, 495:5, 523:12, 523:15, 543:24, 544:2, 544:6, 544:11, 544:19, 545:4

**0**

**0.05** [2] - 539:11, 540:4
**0.21** [1] - 518:9
**0.34** [1] - 518:8
**0007** [2] - 426:4, 427:6
**001** [1] - 421:11
**00140622** [1] - 396:21
**00254745** [1] - 365:15
**0051** [2] - 343:10, 343:15
**0077** [1] - 417:14
**008** [11] - 523:8, 525:3, 525:14, 525:18, 527:19, 527:24, 528:20, 529:2, 532:1, 532:7, 532:22
**01** [1] - 536:16
**010467** [1] - 403:4
**010758** [1] - 411:10
**010829** [1] - 406:24
**0127** [1] - 417:14
**0140** [1] - 417:12
**0161** [1] - 417:11
**02630316** [2] - 537:4, 537:11
**0287** [1] - 417:11
**0297** [1] - 417:10
**0360** [1] - 417:22
**0384** [1] - 417:22
**0392** [1] - 417:13
**05** [1] - 551:23
**06** [1] - 551:22
**063** [1] - 551:18
**08** [7] - 468:9, 536:4, 536:10, 536:14, 536:20, 536:25, 537:14
**081761** [1] - 410:20
**082534** [1] - 398:14
**094890** [1] - 387:10

**1**

**1** [124] - 276:22, 291:19, 292:1, 318:5, 329:4, 333:4, 343:22, 344:1, 347:7, 348:6, 348:8,

348:10, 348:11, 348:23, 349:1, 353:19, 365:12, 376:10, 376:11, 376:18, 384:25, 389:25, 390:1, 390:4, 417:11, 418:19, 422:5, 433:11, 433:12, 433:16, 433:19, 435:19, 435:20, 435:23, 435:25, 445:2, 449:1, 449:18, 449:25, 451:25, 452:6, 452:11, 455:7, 456:7, 458:24, 458:25, 460:22, 460:23, 460:25, 461:3, 461:17, 461:23, 462:15, 462:21, 463:6, 465:16, 466:2, 466:10, 468:24, 470:2, 471:18, 471:24, 472:1, 472:8, 472:23, 474:8, 474:19, 477:8, 478:20, 483:1, 487:23, 488:14, 488:23, 488:24, 489:7, 489:9, 489:17, 489:20, 491:1, 491:6, 491:11, 492:7, 498:10, 498:12, 498:15, 504:11, 504:16, 505:14, 506:24, 510:11, 511:7, 513:18, 514:2, 514:5, 515:2, 515:8, 515:12, 516:15, 516:16, 516:20, 516:23, 517:2, 517:4, 517:7, 518:11, 518:17, 519:12, 520:5, 520:14, 520:16, 521:15, 521:17, 523:9, 523:13, 533:25, 534:4, 534:8, 534:11, 534:14, 534:15, 534:17, 535:6
**1,000** [1] - 538:8
**1.07** [6] - 489:21, 490:1, 490:5, 490:12, 490:23, 509:21
**1.3** [1] - 402:14

**1.7** [1] - 490:9
**1.79** [1] - 509:22
**1.8** [1] - 509:22
**10** [48] - 287:11, 287:12, 322:18, 322:19, 364:15, 385:1, 397:11, 397:15, 407:24, 424:5, 424:6, 426:5, 433:16, 446:21, 446:23, 469:9, 471:11, 471:14, 473:2, 473:9, 479:5, 485:18, 487:14, 488:15, 489:5, 489:12, 489:13, 489:16, 491:1, 496:15, 505:23, 506:6, 506:10, 507:16, 515:20, 515:22, 515:24, 515:25, 516:13, 520:7, 520:8, 520:10, 520:18, 520:20, 525:14, 551:13
**100** [4] - 540:7, 540:9, 549:9
**101** [1] - 326:20
**101317** [1] - 397:7
**104557** [1] - 408:17
**11** [16] - 287:9, 372:5, 385:2, 385:25, 397:19, 401:22, 401:24, 417:16, 474:17, 474:18, 474:23, 507:22, 510:1, 545:23, 547:7, 547:21
**11,826,327** [1] - 429:21
**11/748205** [1] - 456:17
**112** [1] - 550:15
**114.6** [1] - 314:20
**12** [55] - 286:12, 321:10, 335:25, 336:1, 336:7, 340:2, 340:16, 345:10, 351:3, 378:7, 378:23, 379:18, 384:19, 390:15, 405:10, 405:14, 405:17, 407:18, 412:12, 412:18, 428:15, 428:25, 438:8, 460:18, 478:23, 479:25, 480:7, 480:14, 481:2, 481:10, 481:14, 486:16,

487:9, 488:1, 488:12, 488:14, 491:15, 491:22, 498:24, 498:25, 507:10, 509:9, 509:16, 513:22, 516:1, 526:18, 527:15, 527:20, 528:1, 528:3, 528:22, 529:2, 529:15, 529:16, 537:11
**127** [1] - 418:3
**129** [1] - 519:7
**12th** [3] - 366:22, 381:25, 382:6
**13** [6] - 386:9, 403:3, 417:17, 498:24, 498:25, 557:11
**130** [1] - 550:16
**14** [23] - 287:11, 314:4, 321:23, 386:19, 406:23, 407:9, 417:18, 457:14, 474:10, 474:12, 474:15, 474:22, 476:17, 477:10, 477:11, 477:16, 492:7, 523:13, 552:1, 552:7, 552:8, 552:9
**14-unit** [1] - 552:3
**140** [2] - 387:19, 418:3
**141** [1] - 391:1
**143** [1] - 393:21
**144** [2] - 394:22, 395:15
**146** [1] - 395:11
**14th** [1] - 456:15
**15** [24] - 326:20, 327:2, 347:19, 377:21, 377:22, 386:20, 408:3, 408:6, 408:18, 411:2, 417:18, 449:21, 455:21, 464:21, 465:15, 480:2, 487:6, 487:12, 487:14, 494:16, 524:11, 529:19, 530:17, 531:14
**15-minute** [1] - 494:15
**15th** [1] - 372:10
**16** [27] - 382:24, 383:13, 384:14, 408:16, 417:19, 478:23, 489:11, 489:19, 490:3, 490:13, 490:14, 490:18, 490:24,

491:16, 497:6, 506:20, 507:10, 507:16, 507:20, 509:9, 509:16, 513:23, 516:1, 517:15, 517:17, 518:2, 530:8
**161** [2] - 418:3, 463:14
**17** [21] - 382:7, 409:25, 417:22, 444:12, 472:4, 472:19, 472:21, 472:24, 473:11, 473:25, 474:4, 492:7, 504:11, 505:20, 505:22, 507:2, 510:11, 511:7, 523:9, 523:13, 536:14
**17th** [2] - 366:25, 367:2
**18** [14] - 334:18, 379:9, 389:19, 390:9, 397:13, 402:13, 403:14, 403:17, 410:18, 411:2, 417:22, 437:4, 456:3, 486:20
**18-meter** [1] - 550:18
**184** [1] - 424:8
**18th** [3] - 366:25, 367:2, 372:10
**190** [2] - 286:25, 287:6
**1982** [1] - 349:23
**1986** [1] - 349:24
**1989** [1] - 324:25
**1990** [1] - 350:2
**1A** [2] - 354:13, 452:6
**1B** [2] - 455:6, 460:16
**1C** [1] - 455:6
**1D** [1] - 455:6

---

**2**

**2** [52] - 328:25, 329:6, 334:5, 344:22, 348:17, 348:23, 368:9, 386:1, 387:19, 411:19, 417:7, 417:11, 420:13, 421:3, 421:11, 422:25, 428:1, 428:16, 446:8, 446:10, 446:15, 446:19, 452:14, 452:20, 453:4, 460:18, 460:19, 461:9, 467:1, 468:9,

470:18, 475:10, 485:18, 488:10, 504:17, 504:19, 505:1, 505:2, 505:5, 507:11, 518:15, 516:16, 518:19, 518:21, 518:22, 518:25, 519:11, 520:3, 521:14, 544:4, 544:7
**2.1** [1] - 338:21
**20** [25] - 279:25, 281:24, 287:1, 309:3, 313:8, 313:11, 313:15, 314:18, 314:19, 315:2, 315:6, 319:6, 319:10, 320:10, 322:6, 322:7, 322:11, 368:11, 386:10, 397:13, 429:23, 460:22, 461:9, 475:10, 516:1
**200** [7] - 352:1, 352:8, 359:19, 478:22, 481:6, 507:9, 507:16
**2000N** [1] - 335:9
**2002** [1] - 365:14
**2003** [1] - 304:13
**2007** [3] - 282:8, 456:15, 457:14
**2009** [20] - 284:17, 299:8, 329:1, 329:4, 334:4, 334:7, 339:5, 339:19, 340:6, 340:11, 349:21, 350:4, 388:6, 412:15, 412:21, 438:3, 438:12, 440:1, 456:25, 458:8
**201** [1] - 403:5
**2010** [1] - 298:12
**2012** [2] - 466:24, 467:5
**2013** [5] - 291:12, 292:14, 294:7, 301:3, 409:14
**2014** [42] - 276:16, 296:14, 296:17, 297:7, 298:8, 298:25, 324:19, 324:25, 332:10, 332:12, 368:11, 369:9, 369:16, 370:14, 371:2, 374:18, 375:1, 375:10, 375:16, 395:13, 409:14, 409:20, 444:15, 447:6, 447:9,

447:24, 448:3, 448:11, 448:16, 478:17, 479:4, 481:23, 482:7, 482:23, 485:18, 485:20, 489:12, 491:19, 492:9, 494:9, 495:4, 523:15
**2015** [31] - 299:16, 300:6, 300:14, 301:6, 311:23, 367:13, 367:16, 368:21, 369:2, 372:10, 372:14, 374:17, 398:15, 399:2, 402:11, 402:18, 402:24, 405:4, 405:15, 405:22, 407:24, 409:15, 409:17, 411:2, 411:5, 416:23, 428:9, 463:24, 464:14, 465:15, 492:11
**2016** [22] - 293:7, 293:25, 301:25, 302:5, 343:4, 343:6, 344:3, 344:20, 344:25, 345:9, 345:13, 346:9, 346:10, 346:15, 360:3, 388:7, 466:5, 467:15, 467:18, 468:5, 468:13, 468:16
**2017** [58] - 276:15, 304:13, 366:18, 367:1, 382:7, 382:12, 384:11, 385:12, 387:4, 387:17, 405:25, 408:6, 408:18, 410:4, 444:3, 495:22, 496:13, 496:15, 496:25, 497:18, 497:22, 497:24, 498:5, 498:9, 498:13, 498:18, 499:1, 499:10, 500:5, 500:17, 500:19, 501:13, 501:19, 501:23, 503:3, 503:10, 503:20, 504:9, 505:13, 506:10, 506:13, 507:1, 507:22, 507:25, 508:2, 509:1, 510:1, 510:3, 510:6, 510:10, 510:16, 510:19,

511:6, 511:10, 512:11, 512:21, 527:24, 537:11
**2017/02/09** [1] - 537:1
**2018** [52] - 276:21, 295:18, 297:12, 299:19, 300:7, 300:16, 301:10, 302:8, 387:12, 396:22, 396:23, 396:25, 403:24, 405:7, 405:18, 405:22, 420:24, 421:2, 421:3, 421:7, 421:9, 421:11, 421:17, 439:5, 444:14, 445:1, 445:11, 445:13, 447:15, 448:3, 448:15, 449:25, 450:7, 461:16, 467:13, 468:24, 474:1, 476:6, 476:19, 477:1, 477:5, 477:14, 482:22, 484:8, 484:11, 491:20, 492:5, 492:11, 523:12, 523:15, 544:25, 550:24
**2019** [3] - 432:22, 456:25, 458:8
**2020** [23] - 283:5, 283:7, 283:10, 352:4, 352:7, 352:13, 353:10, 353:24, 355:7, 356:1, 356:11, 429:23, 433:16, 438:22, 439:13, 440:3, 441:6, 441:13, 442:15, 444:12, 462:2, 476:13, 482:7
**2021** [21] - 282:8, 282:12, 338:5, 338:7, 338:19, 338:23, 339:1, 339:6, 339:17, 340:2, 340:23, 407:2, 411:12, 411:19, 412:22, 424:6, 425:16, 425:18, 425:24, 438:3, 438:10
**2022** [3] - 283:14, 283:17, 283:20
**2024** [7] - 279:25, 288:10, 418:17, 428:15, 428:16,

428:25, 441:1
**2025** [2] - 274:13, 287:10
**204** [1] - 551:17
**207** [2] - 287:1, 287:7
**21** [16] - 287:10, 313:16, 313:21, 367:9, 368:11, 380:20, 383:17, 397:20, 411:8, 417:23, 420:22, 421:5, 421:12, 478:3, 548:20, 548:22
**21-point** [1] - 550:17
**210** [2] - 287:1, 287:7
**211** [2] - 287:2, 287:7
**213005-Yutrepia** [1] - 428:15
**21st** [2] - 370:8, 402:10
**22** [8] - 366:16, 382:12, 386:1, 391:3, 423:15, 450:9, 548:18, 548:21
**220** [2] - 302:12, 302:21
**229** [2] - 302:13, 302:22
**23** [5] - 282:15, 287:2, 310:2, 370:14, 537:1
**23-CV-975-RGA** [1] - 274:5
**230** [2] - 302:14, 302:22
**231** [2] - 302:14, 302:22
**232** [2] - 302:15, 302:22
**233** [2] - 302:16, 302:22
**234** [2] - 302:16, 302:22
**235** [2] - 302:17, 302:23
**24** [7] - 283:13, 287:3, 306:18, 371:2, 396:23, 465:7, 506:2
**243** [1] - 393:6
**24th** [1] - 274:12
**25** [1] - 531:16
**254786** [1] - 365:15
**27** [8] - 283:5, 283:7, 283:10, 287:12, 315:18, 315:20, 316:11, 403:8
**28** [8] - 407:2, 417:7, 428:14, 428:19, 428:22, 430:22,

430:23, 431:3
**28.47** [1] - 517:22
**280** [1] - 417:18
**281** [2] - 417:19, 418:4
**285** [4] - 305:5, 305:7, 309:13, 309:17
**2850** [1] - 418:4
**287** [1] - 418:3
**29** [6] - 309:2, 317:7, 317:17, 322:20, 364:17, 418:17
**297** [1] - 418:2
**2:00** [1] - 418:7

---

**3**

**3** [127] - 280:15, 283:19, 286:25, 291:20, 292:2, 305:10, 305:17, 306:8, 306:10, 307:1, 307:7, 307:22, 308:1, 309:10, 311:21, 312:10, 312:22, 317:2, 317:15, 318:12, 318:14, 318:22, 318:24, 321:9, 331:23, 341:5, 343:21, 344:9, 344:13, 348:6, 348:18, 364:13, 364:16, 367:12, 368:15, 369:6, 369:7, 369:14, 369:17, 370:5, 371:15, 371:18, 372:4, 374:24, 375:10, 375:16, 376:3, 376:5, 376:9, 376:14, 376:17, 376:19, 377:5, 381:2, 382:13, 383:15, 385:23, 387:1, 390:2, 390:5, 391:3, 391:15, 393:22, 394:8, 394:13, 394:20, 397:20, 398:15, 398:18, 399:13, 402:19, 407:14, 410:24, 416:5, 417:12, 420:25, 421:8, 421:15, 422:2, 422:18, 423:14, 433:19, 436:8, 436:9, 452:21, 453:18, 454:7, 458:14,

464:1, 464:7, 464:18, 465:12, 466:11, 467:21, 468:20, 469:5, 469:19, 470:2, 470:24, 478:2, 486:1, 486:4, 486:5, 486:7, 489:13, 493:13, 499:19, 500:10, 502:16, 504:17, 518:15, 518:16, 519:14, 519:15, 519:17, 519:18, 520:4, 521:14, 525:15, 530:14, 545:20, 547:15, 550:4, 550:6
**3.10** [1] - 500:1
**3.363** [1] - 503:17
**3.5** [1] - 443:22
**3.6** [3] - 452:2, 455:3, 458:10
**3.9** [2] - 498:1, 525:13
**30** [10] - 283:14, 283:17, 283:20, 322:1, 379:25, 380:1, 422:25, 423:1, 423:6, 530:1
**30(b)(6** [2] - 420:14, 420:18
**30-month** [2] - 429:7, 429:22
**300** [1] - 539:7
**301** [1] - 551:17
**303** [1] - 552:1
**306** [1] - 294:6
**308** [1] - 393:8
**309** [1] - 433:2
**31** [3] - 468:4, 502:16, 520:1
**31.6** [1] - 348:18
**310** [1] - 440:19
**312** [1] - 550:15
**314** [2] - 497:5, 497:15
**314-patient** [1] - 497:5
**32** [4] - 383:4, 383:8, 395:8, 395:10
**326** [2] - 407:9, 497:14
**33** [6] - 287:21, 287:24, 288:2, 302:12, 317:22
**330** [1] - 481:5
**333** [1] - 550:16
**34** [9] - 348:19, 348:21, 349:4, 349:15, 349:19, 364:15, 385:4, 385:14, 483:5
**346** [1] - 294:4
**348** [8] - 444:17,

445:2, 450:5, 452:13, 455:9, 522:2, 522:4, 522:7
**349** [2] - 417:16, 418:4
**35** [12] - 280:15, 313:2, 313:19, 313:20, 314:8, 314:14, 377:5, 380:15, 402:19, 418:18, 418:20, 435:1
**356** [4] - 432:13, 432:14, 433:4, 433:7
**357** [4] - 328:25, 334:4, 347:10, 347:14
**35th** [1] - 372:9
**36** [3] - 486:18, 503:7, 509:11
**360** [3] - 338:3, 347:10, 347:15
**363** [13] - 417:17, 418:4, 470:10, 470:12, 470:15, 497:12, 504:17, 504:18, 505:1, 505:2, 525:15, 525:21, 530:7
**37** [2] - 310:1, 437:10
**373** [2] - 417:16, 418:4
**38** [1] - 367:8
**383** [1] - 417:21
**385** [7] - 312:2, 312:6, 321:3, 322:11, 322:21, 417:15, 418:3
**39** [1] - 280:16
**392** [1] - 418:3
**396** [1] - 507:21

---

**4**

**4** [21] - 282:19, 289:4, 321:9, 321:10, 382:14, 382:24, 384:1, 418:19, 428:1, 435:2, 480:3, 480:4, 480:8, 486:2, 499:19, 500:8, 503:15, 529:6, 529:17, 544:25
**40** [1] - 417:8
**40-plus** [1] - 348:12
**400** [1] - 539:7
**409** [1] - 295:20
**414** [1] - 549:12
**44.3** [2] - 314:24, 322:17
**44.4** [1] - 518:3
**45.9** [1] - 393:17

**46** [4] - 287:19, 302:13, 544:25
**463** [1] - 288:3
**47** [6] - 287:11, 288:5, 288:7, 288:9, 302:14, 520:1
**47.8** [1] - 393:19
**48** [3] - 288:21, 302:15, 549:3
**49** [6] - 290:22, 290:25, 292:14, 300:25, 301:4, 302:15
**490** [1] - 399:17
**4:00** [1] - 558:16
**4:30** [1] - 558:17

---

**5**

**5** [37] - 280:16, 291:20, 364:13, 364:16, 377:22, 382:6, 417:8, 417:13, 418:18, 478:14, 478:15, 478:19, 481:23, 482:7, 482:12, 492:7, 494:24, 495:2, 495:13, 504:11, 507:5, 507:7, 508:4, 510:11, 511:7, 523:9, 523:16, 530:3, 535:11, 537:9, 539:15, 539:17, 539:18, 540:5, 545:20, 549:7
**50** [9] - 293:3, 293:7, 293:16, 301:12, 302:2, 302:16, 348:13, 530:5, 540:15
**50-meter** [1] - 465:10
**505** [5] - 445:8, 445:16, 446:5, 453:18, 483:23
**505(b)(2** [2] - 429:12, 429:24
**51** [10] - 295:7, 295:17, 297:11, 302:17, 341:7, 348:3, 348:5, 348:13, 465:18, 465:21
**518** [3] - 545:10, 548:4, 551:13
**52** [4] - 296:6, 296:7, 296:13, 302:17
**53** [1] - 549:3
**54** [4] - 335:14, 379:15, 404:17,

404:21
**55** [2] - 461:10, 478:9
**56** [1] - 280:15
**57** [1] - 487:24
**58** [1] - 519:6
**5:14** [1] - 559:10

---

**6**

**6** [41] - 334:18, 335:14, 345:7, 351:3, 379:6, 387:8, 416:15, 417:13, 429:4, 429:5, 449:22, 455:25, 456:4, 482:21, 482:22, 482:25, 492:7, 493:24, 494:2, 494:3, 494:4, 494:10, 494:25, 495:2, 495:14, 503:6, 503:15, 504:11, 508:9, 508:11, 509:3, 510:11, 511:7, 523:9, 523:16, 526:6, 526:11, 535:17, 536:3, 536:5, 549:19
**6.2** [2] - 437:1, 503:15
**60** [3] - 380:24, 385:8, 385:11
**603** [1] - 292:10
**61** [3] - 424:15, 465:10, 546:13
**611(c** [2] - 303:5, 303:9
**626** [2] - 422:24, 423:5
**631** [2] - 548:19, 548:22
**65-meter** [2] - 386:12, 386:13
**66** [1] - 488:2
**67** [2] - 461:10, 546:12
**698** [1] - 480:10
**6A** [1] - 274:12

---

**7**

**7** [21] - 307:14, 307:18, 312:23, 321:4, 364:17, 383:13, 396:19, 410:4, 417:14, 436:11, 436:14, 436:15, 437:3, 437:9, 437:14, 459:3, 459:24, 461:10, 508:15, 508:19

**70** [2] - 371:15, 531:23
**70-meter** [1] - 371:4
**71** [1] - 519:7
**72** [9] - 345:12, 379:18, 387:23, 388:5, 389:20, 405:10, 546:3, 546:5, 546:12
**73** [4] - 306:16, 306:17, 306:18, 426:21
**74** [3] - 307:13, 307:14, 437:13
**752** [1] - 410:22
**77** [2] - 418:3, 509:21
**78** [1] - 520:2
**793's** [1] - 475:22

**8**

**8** [31] - 288:9, 397:5, 417:6, 417:15, 463:22, 464:17, 478:23, 480:11, 491:15, 495:24, 496:10, 496:16, 496:20, 498:24, 505:2, 507:10, 507:11, 507:16, 509:9, 509:16, 513:22, 516:1, 517:15, 517:17, 517:20, 524:11, 534:22, 535:7, 535:12, 541:12
**80** [5] - 348:9, 349:1, 349:6, 466:6, 546:1
**80-patient** [1] - 349:15
**83** [1] - 549:19
**85** [4] - 383:4, 383:9, 549:22, 550:1

**9**

**9** [59] - 280:14, 321:10, 322:4, 335:14, 340:2, 378:6, 378:22, 384:1, 384:14, 384:18, 390:15, 398:13, 398:15, 407:18, 407:21, 412:12, 417:6, 417:16, 438:8, 444:5, 471:11, 471:14, 491:11, 491:17, 492:3, 492:8, 496:13, 496:23, 504:11, 509:5,

509:7, 510:11, 511:7, 513:14, 513:15, 513:25, 514:2, 514:10, 515:20, 515:22, 516:6, 516:8, 516:13, 516:14, 516:24, 518:13, 520:21, 521:1, 521:2, 521:8, 521:12, 521:15, 521:21, 523:6, 523:9, 523:16, 536:10, 537:11
**9.4.4** [1] - 403:9
**92.6** [1] - 380:24
**95** [2] - 539:12, 539:15
**96** [1] - 328:16

**A**

**Aaron** [5] - 364:7, 365:13, 368:16, 382:10, 398:18
**AB** [1] - 367:11
**abide** [1] - 554:3
**abiding** [1] - 554:12
**abilities** [1] - 449:16
**ability** [9] - 331:15, 338:14, 371:24, 422:6, 470:3, 471:8, 476:1, 484:3, 543:6
**able** [14] - 323:2, 335:24, 335:25, 340:16, 345:9, 354:3, 382:22, 413:22, 440:9, 449:16, 450:20, 551:16, 554:7, 554:21
**abnormal** [1] - 376:25
**abnormalities** [1] - 376:25
**abnormality** [1] - 483:10
**absolute** [19] - 392:20, 392:23, 514:20, 514:21, 515:8, 516:2, 516:4, 516:6, 516:9, 516:13, 516:14, 516:17, 517:19, 517:21, 518:1, 518:12, 520:17, 521:4, 521:5
**absolutely** [3] - 354:24, 446:3, 459:8
**abstract** [33] - 291:5, 299:25, 300:14, 301:13, 367:19,

368:6, 368:15, 368:19, 368:20, 368:23, 369:1, 369:19, 370:1, 372:7, 372:13, 372:16, 373:17, 373:23, 374:16, 375:7, 376:1, 381:2, 398:6, 399:25, 402:24, 403:21, 405:15, 407:24, 409:17, 411:5, 416:7, 416:10, 466:1
**abstracts** [1] - 300:11
**accept** [1] - 278:3
**accepted** [1] - 551:24
**accessed** [1] - 496:7
**accommodate** [1] - 557:18
**accordance** [1] - 395:1
**accrual** [1] - 299:1
**accuracy** [2] - 293:20, 297:15
**accurate** [4] - 289:1, 293:15, 409:5, 414:12
**achieve** [15] - 449:18, 494:1, 494:10, 501:8, 501:21, 503:20, 504:10, 508:7, 511:12, 511:25, 512:8, 528:11, 534:10, 534:18, 547:20
**achieved** [7] - 489:8, 489:18, 489:19, 501:19, 502:5, 511:23, 534:23
**achieving** [6] - 443:12, 461:23, 485:5, 486:10, 491:21, 511:19
**acknowledge** [1] - 533:8
**acknowledged** [1] - 532:10
**acropolis** [1] - 372:10
**action** [1] - 305:17
**active** [2] - 441:20, 526:5
**ACTIVE** [4] - 441:22, 441:25, 442:6, 442:25
**activities** [2] - 304:19, 449:16
**actual** [10] - 367:21, 386:22, 401:16, 499:11, 500:6, 500:9, 505:7,

525:21, 528:13, 532:8
**acute** [1] - 483:8
**ad** [1] - 362:25
**ADAM** [1] - 274:24
**add** [3] - 476:2, 476:4, 521:14
**added** [3] - 389:11, 429:22, 462:18
**adding** [2] - 557:12, 557:13
**addition** [6] - 316:6, 390:17, 462:17, 466:9, 486:17, 492:20
**additional** [15] - 292:17, 303:16, 313:23, 332:22, 390:9, 404:15, 472:23, 474:18, 474:22, 475:21, 478:19, 482:25, 513:24, 520:3, 521:14
**address** [1] - 276:2
**addresses** [1] - 424:19
**adjust** [1] - 335:21
**administered** [1] - 527:1
**administering** [7] - 473:9, 473:22, 505:24, 506:7, 507:17, 509:17, 547:13
**administration** [7] - 334:7, 371:25, 394:17, 442:12, 447:23, 473:2, 474:20
**admit** [4] - 341:16, 427:5, 430:22, 445:22
**admitted** [34] - 287:5, 287:7, 302:19, 302:23, 309:15, 309:18, 312:16, 343:14, 343:16, 347:13, 347:15, 417:21, 418:1, 418:5, 423:3, 423:6, 427:7, 430:25, 431:4, 433:2, 433:3, 433:5, 433:8, 445:20, 445:24, 446:6, 446:16, 446:18, 446:20, 496:17, 496:19, 496:21, 522:6, 522:8
**advanced** [5] - 296:21,

317:21, 323:11, 479:11, 558:10
**advantage** [1] - 495:11
**advantages** [1] - 300:5
**adverse** [12] - 303:4, 303:9, 314:1, 314:2, 328:3, 332:7, 374:11, 393:25, 419:25, 420:5, 420:6, 420:7
**advisor** [2] - 282:20, 283:20
**advisories** [1] - 282:24
**affairs** [2] - 418:16, 419:9
**affect** [3] - 442:19, 462:13, 501:18
**affected** [1] - 497:21
**aforementioned** [1] - 552:19
**afternoon** [6] - 423:7, 427:8, 522:20, 522:21, 522:24, 523:3
**Agarwal** [38] - 299:16, 299:24, 299:25, 301:6, 307:5, 308:9, 308:13, 308:21, 367:11, 367:17, 368:1, 368:16, 398:6, 399:25, 402:18, 402:24, 403:20, 405:4, 405:15, 405:22, 407:24, 409:15, 409:17, 411:5, 463:16, 463:18, 463:23, 464:8, 464:11, 464:14, 464:24, 465:11, 465:14, 465:15, 471:15, 492:5, 492:11
**Agarwal/Waxman** [1] - 411:1
**age** [5] - 379:22, 392:21, 487:2, 487:24, 515:1
**agents** [4] - 292:6, 294:10, 294:15, 294:21
**aggregate** [1] - 375:6
**ago** [2] - 331:18, 393:3
**agree** [39] - 315:22, 323:8, 434:20, 435:6, 440:24, 450:24, 460:5,

460:8, 473:16, 484:16, 493:8, 502:9, 504:6, 511:15, 512:15, 512:25, 513:9, 524:9, 527:23, 528:6, 528:9, 528:19, 528:24, 532:22, 533:1, 533:10, 533:13, 534:20, 535:5, 535:8, 535:9, 535:22, 545:9, 545:11, 546:8, 549:22, 549:24, 552:3, 554:25

**agreed** [2] - 362:17, 554:8

**Agreement** [1] - 281:25

**agreement** [3] - 281:21, 282:12, 554:4

**ahead** [5] - 342:13, 343:1, 427:21, 446:7, 541:6

**ailment** [1] - 285:7

**air** [4] - 356:18, 374:6, 486:25, 514:17

**airway** [1] - 476:14

**al** [1] - 395:13

**allegedly** [2] - 440:16, 442:16

**alleges** [1] - 512:22

**Allison** [4] - 304:25, 305:9, 305:11, 319:24

**allocated** [3] - 287:12, 423:15, 428:1

**allotted** [7] - 280:15, 280:16, 287:11, 364:15, 364:17, 417:4, 558:4

**allow** [4] - 321:15, 335:10, 529:15, 545:16

**allowable** [1] - 405:9

**allowed** [2] - 500:10, 555:6

**allows** [2] - 412:18, 527:8

**almost** [2] - 285:20, 534:1

**alone** [2] - 329:16, 329:17

**alterations** [1] - 373:20

**alveolar** [1] - 483:10

**ambulance** [1] - 549:23

**amended** [1] - 276:13

**amendment** [4] - 424:25, 429:11, 429:15, 429:17

**amount** [9] - 359:21, 373:15, 449:17, 449:20, 455:20, 456:6, 460:17, 486:25, 514:17

**analogues** [3] - 294:10, 294:16

**analyses** [1] - 316:22

**analysis** [14] - 312:21, 313:1, 313:6, 313:7, 316:4, 316:10, 380:18, 384:3, 399:18, 424:25, 457:16, 479:20, 479:22, 555:4

**analyzed** [2] - 377:13, 536:16

**AND** [1] - 274:2

**Andrew** [2] - 399:8, 423:7

**ANDREW** [1] - 275:10

**Andrews** [1] - 274:12

**Angeles** [1] - 363:23

**ANNIE** [1] - 275:8

**Annual** [2] - 372:9, 382:7

**answer** [22] - 299:3, 306:20, 307:20, 308:2, 309:6, 309:9, 310:6, 310:16, 327:5, 327:13, 328:10, 328:20, 328:23, 354:23, 413:7, 459:11, 523:20, 533:22, 535:2, 538:25, 543:11, 553:7

**answered** [4] - 328:5, 523:19, 523:20, 538:24

**answering** [1] - 349:12

**answers** [1] - 310:10

**antagonists** [1] - 294:12

**anticipate** [4] - 511:10, 512:12, 512:19, 512:21

**anticipated** [4] - 314:16, 409:8, 495:22, 557:13

**anticipates** [4] - 444:4, 501:9, 532:2, 533:9

**anticipation** [13] - 276:14, 494:13,
495:21, 500:23, 513:7, 523:8, 524:23, 528:13, 532:18, 532:20, 534:10, 537:25, 540:23

**anticipatory** [2] - 536:21, 541:2

**anytime** [1] - 351:11

**apologies** [2] - 301:20, 531:5

**apologize** [11] - 325:14, 331:19, 346:17, 349:10, 349:11, 357:24, 467:6, 491:11, 521:17, 522:1, 548:21

**appear** [1] - 282:25

**APPEARANCES** [1] - 274:15

**appearances** [1] - 275:1

**appeared** [2] - 333:3, 333:4

**applicable** [1] - 554:23

**application** [9] - 386:25, 408:11, 444:9, 456:11, 456:13, 456:14, 456:16, 456:18, 456:21

**applications** [2] - 456:24, 458:4

**apply** [5] - 432:10, 444:11, 448:23, 475:4, 476:10

**appreciate** [6] - 338:2, 364:1, 538:25, 543:13, 553:15, 559:6

**approach** [14] - 279:22, 304:4, 323:24, 364:4, 375:20, 375:21, 384:24, 404:8, 404:9, 404:10, 404:12, 418:13, 423:8, 522:11

**appropriate** [3] - 355:23, 356:2, 469:23

**approval** [7] - 286:1, 289:15, 299:13, 356:5, 422:18, 422:20, 493:14

**approved** [19] - 289:9, 289:10, 299:7, 329:8, 329:13,
329:21, 336:25, 338:23, 345:20, 363:17, 379:2, 384:24, 404:25, 413:18, 413:21, 414:3, 414:10, 419:11, 440:1

**April** [13] - 287:9, 288:9, 372:10, 411:2, 433:16, 438:22, 441:6, 441:13, 442:15, 444:12, 462:2, 476:13, 482:7

**architectural** [1] - 388:21

**area** [1] - 423:24

**areas** [8] - 372:25, 373:1, 373:12, 373:15, 374:6, 374:13, 374:15

**argue** [2] - 327:6, 528:8

**argues** [1] - 511:9

**arguing** [4] - 277:6, 425:2, 425:6, 460:9

**argumentative** [1] - 357:9

**arguments** [1] - 425:9

**arise** [1] - 504:3

**arm** [2] - 416:11, 416:21

**arrival** [2] - 290:6, 290:11

**arrive** [1] - 482:7

**ARSHT** [1] - 274:16

**art** [5] - 444:2, 457:13, 493:4, 493:14, 550:23

**ART** [1] - 274:23

**Arterial** [1] - 282:15

**arterial** [4] - 327:7, 437:5, 437:8, 529:25

**artery** [1] - 502:19

**article** [9] - 298:3, 300:19, 341:25, 343:3, 343:6, 432:15, 447:2, 447:5, 531:1

**articles** [6] - 297:19, 297:23, 298:1, 298:4, 543:21, 543:25

**ASCENT** [2] - 281:2, 281:22

**aside** [1] - 287:17

**asserted** [3] - 443:16, 495:21, 512:12

**assess** [1] - 440:8

**assessed** [1] - 469:22

**assessing** [1] - 440:7

**assessment** [4] - 374:20, 375:5, 376:2, 464:1

**assessments** [1] - 480:4

**associate** [2] - 427:24, 428:12

**associated** [20] - 291:20, 338:13, 365:25, 372:7, 382:19, 387:11, 388:21, 391:10, 391:11, 425:7, 425:11, 425:14, 432:7, 447:1, 449:6, 450:9, 452:8, 454:20, 479:11

**association** [1] - 410:18

**assume** [1] - 336:24

**asthma** [1] - 476:15

**attached** [2] - 408:12, 410:8

**attachment** [1] - 410:18

**attempts** [1] - 290:5

**attend** [6] - 283:7, 283:11, 306:6, 306:18, 312:13, 367:4

**attended** [3] - 283:10, 305:19, 305:20

**attendees** [1] - 368:2

**attending** [1] - 432:6

**attention** [2] - 415:8, 550:13

**ATTORNEY** [9] - 280:19, 287:16, 301:24, 364:21, 419:2, 423:17, 428:5, 428:20, 428:21

**attorney** [2] - 349:9, 423:20

**audio** [1] - 416:19

**August** [1] - 467:5

**author** [20] - 293:14, 293:18, 294:3, 295:14, 295:15, 297:14, 298:1, 307:4, 342:3, 342:5, 364:9, 370:20, 387:6, 387:12, 387:13, 387:14, 387:15, 407:6, 432:20

**authors** [11] - 290:25, 293:8, 294:1, 295:10, 341:12,

432:19, 444:23, 479:14, 551:7, 552:21, 553:8
**available** [14] - 298:12, 309:7, 318:11, 340:6, 351:9, 361:6, 369:10, 375:1, 376:6, 384:12, 405:25, 445:11, 464:16, 469:2
**avenues** [1] - 298:10
**average** [7] - 350:22, 436:24, 437:8, 473:8, 503:8, 503:14, 507:19
**avoid** [1] - 330:5
**avoids** [1] - 392:7
**aware** [21] - 300:21, 308:8, 308:12, 308:20, 319:21, 356:8, 356:10, 415:15, 415:16, 419:10, 419:13, 419:16, 439:16, 439:19, 439:21, 441:5, 441:12, 442:15, 474:25, 493:3, 536:22
**Aware** [2] - 288:3, 288:10

# B

**background** [4] - 391:12, 410:10, 479:5, 479:6
**backwards** [3] - 374:21, 377:8, 451:3
**bad** [8] - 296:11, 297:2, 297:6, 329:18, 329:19, 330:2, 549:5, 549:6
**Bajwa** [1] - 318:2
**Bajwa's** [1] - 318:3
**bars** [1] - 550:14
**base** [1] - 319:15
**based** [39] - 277:16, 308:8, 308:12, 308:20, 309:6, 313:12, 318:13, 321:22, 333:17, 346:4, 358:18, 359:6, 360:1, 385:3, 389:25, 393:2, 400:6, 400:16, 413:10, 428:23, 436:3, 454:23, 457:13, 463:1, 465:14, 467:24,

473:7, 475:12, 487:2, 487:24, 503:8, 512:10, 514:25, 515:1, 516:12, 532:18, 538:21, 539:2, 550:11
**baseline** [22] - 322:16, 344:1, 348:19, 370:24, 380:20, 393:5, 393:17, 436:15, 480:7, 480:10, 487:23, 488:11, 502:23, 503:1, 504:20, 506:20, 517:11, 517:16, 530:4, 531:22, 532:1, 551:17
**Baseline** [1] - 391:2
**bases** [2] - 420:23, 421:6
**basis** [8] - 310:11, 338:19, 342:18, 421:23, 422:10, 422:16, 474:7, 545:17
**Bates** [3] - 283:15, 421:3, 421:11
**bearing** [11] - 387:9, 396:20, 397:6, 403:3, 406:23, 408:17, 409:25, 411:9, 420:13, 420:25, 421:8
**bears** [6] - 365:14, 410:19, 421:2, 421:3, 421:10, 421:11
**became** [5] - 281:19, 329:12, 329:20, 376:5, 398:6
**become** [2] - 281:21, 368:20
**began** [1] - 329:7
**begin** [2] - 324:19, 329:8
**beginning** [3] - 377:20, 405:11, 550:5
**begins** [2] - 424:15, 429:6
**behalf** [8] - 279:14, 303:1, 303:25, 324:6, 424:13, 427:9, 427:12, 428:25
**below** [7] - 282:25, 305:18, 348:17, 490:18, 490:19,

515:15, 550:1
**BENCH** [2] - 274:9, 274:11
**beneficial** [2] - 299:6, 339:9
**benefit** [13] - 292:19, 315:7, 315:16, 409:9, 419:20, 438:18, 476:3, 477:20, 501:4, 535:20, 552:18, 552:23, 553:9
**benefits** [4] - 382:15, 463:2, 482:18, 492:19
**benefitted** [1] - 359:5
**best** [8] - 325:21, 327:12, 338:1, 344:21, 357:23, 358:4, 358:9, 543:6
**better** [22] - 315:15, 330:3, 333:14, 356:4, 371:23, 375:21, 380:3, 380:4, 387:2, 422:4, 425:25, 470:1, 484:5, 485:11, 501:2, 501:8, 503:21, 503:24, 532:17, 538:15, 556:21, 558:9
**between** [19] - 281:17, 304:13, 313:20, 366:9, 376:22, 390:15, 412:6, 412:20, 412:21, 438:2, 456:25, 458:8, 529:2, 532:7, 543:7, 550:17, 550:18, 552:21, 558:18
**BEVERIDGE** [1] - 275:8
**beyond** [9] - 303:15, 472:23, 473:22, 474:19, 474:23, 475:23, 478:20, 483:1, 521:15
**big** [1] - 495:10
**binder** [4] - 305:6, 312:4, 313:9, 522:16
**binders** [3] - 364:4, 522:10, 522:22
**bit** [8] - 277:25, 303:2, 335:21, 434:8, 463:17, 497:16, 524:1, 555:12
**biting** [1] - 414:20
**Blind** [1] - 401:25
**blinded** [1] - 497:1

**blood** [3] - 330:14, 372:25, 373:15
**BNP** [10] - 360:12, 478:25, 480:24, 481:1, 481:15, 481:16, 481:18, 481:19, 481:22, 482:2
**BNPs** [1] - 360:5
**body** [1] - 393:22
**book** [1] - 558:1
**Book** [2] - 429:17, 429:23
**Boston** [2] - 382:11, 387:25
**bottom** [9] - 292:10, 295:2, 305:9, 366:17, 408:5, 410:21, 458:21, 480:23, 487:1
**Bottorff** [1] - 556:14
**break** [5] - 347:18, 357:11, 418:6, 494:15, 553:13
**breakdown** [1] - 386:22
**breath** [18] - 334:18, 345:5, 345:7, 379:6, 379:7, 396:8, 396:14, 404:16, 449:23, 455:24, 456:4, 483:16, 486:13, 486:14, 486:15, 514:18, 526:12, 527:8
**breathing** [1] - 483:18
**breaths** [70] - 286:11, 286:12, 321:9, 321:10, 334:12, 334:15, 334:17, 334:19, 335:10, 335:17, 335:25, 336:7, 340:3, 340:5, 340:8, 340:10, 340:11, 340:17, 345:4, 345:8, 345:10, 378:6, 378:7, 378:10, 378:16, 378:20, 378:22, 378:23, 379:9, 379:15, 379:18, 384:17, 389:19, 390:9, 390:15, 403:14, 403:17, 404:17, 404:21, 404:24, 405:1, 405:2, 405:3, 405:10, 405:14, 405:17, 411:23, 412:12, 412:16,

412:18, 412:20, 438:19, 438:21, 439:8, 439:11, 456:3, 466:8, 526:18, 527:1, 527:6, 527:15, 527:16, 527:20, 527:24, 528:1, 528:4, 528:20, 528:22
**brief** [2] - 341:13, 558:14
**briefly** [4] - 321:25, 433:13, 437:25, 514:15
**Brigham** [9] - 364:7, 365:19, 374:25, 375:9, 375:24, 382:11, 387:25, 394:7, 408:18
**bring** [12] - 305:5, 326:19, 328:16, 440:19, 478:15, 494:4, 494:24, 495:24, 496:23, 506:1, 513:15, 515:20
**broaden** [3] - 499:18, 500:13, 500:15
**broadened** [1] - 499:16
**broadening** [1] - 501:5
**broader** [5] - 286:19, 459:19, 525:2, 525:5
**bronchiectasis** [1] - 388:22
**bronchodilator** [1] - 388:17
**brother** [2] - 281:11, 281:19
**brutto** [1] - 296:8
**bullet** [4] - 305:18, 321:7, 321:8, 400:2
**Bunce** [4] - 305:8, 418:12, 418:15, 419:4
**buono** [1] - 296:8
**BURROWBRIDGE** [1] - 274:24
**BY** [110] - 274:16, 274:23, 280:19, 287:16, 301:24, 304:7, 307:17, 308:18, 309:19, 310:12, 310:24, 311:10, 312:17, 314:17, 315:19, 316:12, 317:8, 319:7, 321:6,

321:19, 321:24, 322:12, 322:22, 324:13, 327:20, 331:7, 338:4, 338:22, 341:8, 341:24, 343:2, 343:17, 343:23, 347:24, 349:14, 352:6, 353:5, 355:5, 357:14, 364:21, 419:2, 423:17, 428:5, 428:21, 431:13, 433:10, 445:4, 445:9, 446:9, 446:22, 449:3, 450:6, 452:3, 452:15, 453:5, 453:19, 454:5, 455:4, 458:3, 459:23, 465:20, 466:3, 466:12, 467:2, 467:23, 468:10, 468:21, 469:6, 469:10, 470:11, 470:19, 471:12, 472:5, 472:22, 474:11, 485:19, 486:3, 486:22, 488:9, 488:17, 489:6, 489:15, 490:25, 491:13, 492:25, 493:23, 494:7, 495:1, 496:22, 505:4, 505:21, 506:4, 506:12, 507:6, 507:13, 507:24, 508:10, 508:21, 509:6, 509:13, 510:2, 513:16, 515:4, 522:19, 530:9, 531:9, 536:1, 541:10, 542:9, 545:8

## C

**calculate** [1] - 517:7
**calculated** [1] - 517:13
**California** [2] - 323:22, 557:15
**cancer** [1] - 356:18
**cancers** [1] - 329:18
**candidly** [1] - 556:16
**cannot** [1] - 422:21
**capability** [1] - 533:20
**capacity** [55] - 285:24, 297:24, 331:18, 351:20, 358:24,

359:4, 359:7, 390:25, 392:14, 401:9, 407:14, 440:4, 440:8, 440:10, 440:13, 449:5, 449:10, 449:12, 449:19, 452:7, 454:25, 463:12, 470:7, 470:24, 471:4, 471:7, 472:11, 477:2, 477:7, 477:16, 486:25, 491:15, 491:22, 492:4, 504:24, 505:11, 509:9, 509:16, 513:22, 514:9, 514:16, 514:17, 515:25, 530:4, 532:1, 533:25, 534:4, 534:7, 534:13, 534:15, 534:21, 535:6, 538:19, 542:2, 542:14
**capillary** [4] - 502:20, 529:12, 530:16, 531:13
**carbon** [1] - 530:4
**cardiology** [1] - 432:5
**cardiopulmonary** [1] - 449:14
**Care** [1] - 297:21
**care** [8] - 286:6, 293:9, 336:23, 337:7, 337:12, 353:14, 355:22
**career** [3] - 350:6, 423:20, 423:23
**careful** [1] - 332:20, 335:19, 353:19
**carefully** [4] - 297:15, 332:24, 356:2, 469:22
**caregiver** [1] - 420:4
**Carolina** [1] - 312:12
**Carsten** [5] - 279:9, 301:21, 537:23, 541:6, 558:10
**CARSTEN** [58] - 274:23, 276:3, 276:9, 276:13, 276:19, 277:2, 277:5, 277:18, 278:1, 278:5, 278:10, 278:18, 279:5, 279:8, 287:4, 301:15, 301:20, 302:18, 417:24, 418:22, 423:2,

430:24, 445:19, 446:1, 446:17, 457:1, 457:11, 457:21, 457:24, 496:18, 522:3, 522:5, 522:10, 522:13, 522:16, 522:19, 530:7, 530:9, 530:22, 531:3, 531:7, 531:9, 536:1, 541:7, 541:10, 542:9, 545:6, 545:8, 553:12, 553:17, 554:10, 554:24, 555:14, 556:2, 556:8, 556:11, 558:21, 559:7
**cart** [1] - 390:20
**case** [32] - 284:16, 285:15, 300:4, 326:17, 341:21, 364:11, 431:22, 432:2, 432:11, 432:24, 434:23, 439:16, 439:22, 443:20, 444:10, 446:13, 448:21, 448:24, 449:4, 459:20, 475:1, 493:3, 523:23, 536:17, 541:18, 542:8, 543:17, 547:13, 552:12, 554:25, 555:25, 556:24
**Case** [1] - 274:5
**cases** [3] - 278:12, 340:19, 399:20
**categorize** [1] - 547:25
**category** [3] - 366:3, 366:14, 378:2
**catheter** [1] - 495:7
**catheterization** [1] - 351:4
**cattivo** [1] - 296:8
**caused** [1] - 434:9
**causes** [1] - 524:14
**causing** [2] - 279:3, 332:5
**caution** [1] - 355:22
**cautious** [12] - 332:20, 332:23, 353:17, 355:7, 355:11, 355:13, 355:14, 355:17, 355:18, 356:6, 356:12, 356:13
**cautiously** [2] -

335:18, 356:22
**Cedars** [28] - 323:22, 324:16, 324:19, 324:21, 325:2, 332:1, 332:10, 332:11, 332:18, 333:10, 333:16, 334:1, 334:21, 335:16, 336:5, 337:9, 337:12, 337:22, 339:23, 340:14, 340:15, 340:22, 356:14, 357:1, 357:8, 358:15, 359:8, 359:24
**Cedars-Sinai** [4] - 323:22, 324:16, 324:19, 324:21
**cell** [2] - 351:12, 376:25
**center** [1] - 387:22
**Center** [2] - 324:22, 324:24
**centers** [1] - 351:1
**central** [1] - 296:20
**CEO** [1] - 469:8
**certain** [4] - 393:2, 415:9, 420:17, 421:20
**certainly** [15] - 300:12, 328:22, 329:10, 375:24, 440:9, 462:18, 463:3, 464:15, 472:14, 482:1, 482:18, 485:11, 492:21, 503:15, 551:6
**certainty** [2] - 472:14, 533:23
**certification** [1] - 288:15
**certified** [3] - 288:13, 288:18, 429:17
**certify** [1] - 559:15
**cetera** [1] - 410:10
**chain** [2] - 398:5, 408:3
**chance** [8] - 303:17, 534:25, 539:19, 539:25, 540:1, 540:3, 540:5
**chances** [1] - 298:21
**change** [31] - 313:12, 315:3, 322:16, 339:5, 339:10, 339:14, 380:23, 393:10, 406:17, 406:18, 431:21, 438:4, 438:6,

488:18, 488:24, 489:7, 489:9, 489:17, 489:20, 490:4, 491:1, 491:6, 491:7, 495:13, 500:21, 501:8, 501:13, 517:17, 517:18, 532:17, 552:5
**changed** [3] - 499:15, 502:13, 506:19
**changes** [11] - 379:24, 453:10, 480:13, 488:20, 492:1, 497:20, 500:12, 502:2, 502:14, 503:3, 532:19
**channeling** [1] - 383:25
**Channick** [48] - 276:20, 276:21, 431:7, 432:14, 434:12, 436:2, 437:25, 440:21, 443:16, 443:23, 444:7, 445:5, 446:23, 449:24, 458:25, 467:3, 469:12, 470:13, 470:20, 472:6, 483:21, 485:20, 486:4, 486:23, 493:1, 493:24, 500:12, 501:12, 502:17, 507:7, 515:22, 522:20, 524:1, 537:24, 553:21, 553:23, 554:4, 555:16, 556:18, 557:5, 557:14, 557:18, 557:19, 557:22, 558:11, 558:17, 558:19, 559:1
**channick** [1] - 431:14
**characteristic** [1] - 466:19
**characteristics** [9] - 283:23, 284:3, 284:8, 344:1, 347:7, 435:2, 436:15, 502:23, 503:1
**Characteristics** [1] - 391:2
**characterization** [1] - 457:18
**characterize** [6] - 327:2, 327:8, 346:21, 361:4, 513:12, 549:6

characterized [3] - 483:9, 530:25, 548:2
charge [1] - 279:10
Charlie [1] - 424:16
chart [7] - 283:1, 315:1, 490:11, 545:22, 547:9, 548:5, 548:13
chat [1] - 559:4
check [4] - 342:10, 342:13, 342:15, 544:3
checking [1] - 493:21
chemotherapy [1] - 356:19
CHENG [1] - 274:19
chief [3] - 281:13, 281:15, 281:20
chose [2] - 373:24, 374:1
Chronic [1] - 295:8
Cimino [1] - 432:20
circulating [2] - 376:24, 481:20
circumstances [1] - 419:16
cite [1] - 409:13
cited [3] - 471:11, 543:25, 545:1
cites [2] - 294:6, 471:1
Civil [1] - 420:18
claim [29] - 278:24, 414:1, 424:25, 425:13, 431:14, 431:17, 431:21, 448:19, 448:20, 448:24, 449:7, 459:10, 459:19, 460:16, 465:2, 472:12, 474:1, 474:15, 498:11, 512:6, 512:10, 512:19, 521:4, 532:12, 538:22, 542:3, 543:7, 543:8
Claim [133] - 276:22, 435:19, 435:20, 435:23, 435:25, 444:5, 449:1, 449:18, 449:25, 451:25, 452:6, 452:11, 455:7, 456:7, 458:24, 458:25, 460:25, 461:3, 461:17, 461:23, 462:15, 462:21, 463:6, 465:16, 471:18, 471:24, 472:1, 472:4, 472:8,

472:19, 472:21, 472:23, 472:24, 473:11, 473:25, 474:4, 474:8, 474:10, 474:12, 474:15, 474:17, 474:18, 474:19, 474:22, 474:23, 476:17, 477:8, 477:10, 477:11, 477:16, 478:14, 478:15, 478:19, 478:20, 481:23, 482:7, 482:12, 482:21, 482:22, 482:25, 483:1, 491:11, 491:17, 492:3, 493:24, 494:2, 494:3, 494:4, 494:10, 495:14, 498:10, 498:12, 498:15, 504:16, 505:14, 505:20, 505:22, 506:24, 507:2, 507:5, 507:7, 508:4, 508:9, 508:11, 509:3, 509:5, 509:7, 513:14, 513:15, 513:18, 513:25, 514:2, 514:5, 514:10, 515:22, 515:24, 515:25, 516:6, 516:8, 516:13, 516:14, 516:24, 518:13, 520:21, 521:1, 521:2, 521:8, 521:12, 521:15, 521:21, 523:6, 533:25, 534:4, 534:8, 534:11, 534:14, 534:15, 534:17, 535:6, 535:11, 535:17, 536:3, 536:5, 536:10, 536:14
claim's [1] - 513:17
claimed [12] - 454:20, 456:7, 461:4, 461:6, 461:13, 467:16, 467:19, 505:14, 511:12, 511:19, 512:1, 512:9
claims [45] - 276:4, 278:19, 278:20, 278:25, 424:23, 425:2, 425:6, 436:3, 437:23, 443:8, 443:13, 443:16, 443:25, 444:2,

444:4, 447:8, 455:6, 474:1, 475:16, 492:7, 493:2, 495:21, 500:18, 500:24, 501:10, 501:19, 501:21, 502:13, 504:3, 504:8, 504:16, 505:19, 510:18, 511:2, 511:10, 511:20, 512:8, 512:12, 512:21, 533:9, 538:16, 538:18, 538:20, 540:25, 541:17
Claims [10] - 494:24, 495:2, 495:13, 504:11, 510:11, 511:7, 515:20, 523:9, 523:13, 523:16
clarification [3] - 330:24, 418:23, 483:21
clarify [2] - 495:2, 557:7
clarity [2] - 335:8, 343:9
class [6] - 386:21, 391:17, 394:16, 396:17, 484:10
classification [3] - 344:5, 348:11, 432:17
classified [1] - 377:23
clean [1] - 386:2
cleaner [1] - 433:3
clear [16] - 284:15, 285:7, 298:10, 298:19, 325:16, 327:6, 330:12, 333:25, 336:4, 340:10, 413:25, 491:10, 495:6, 528:15, 531:10, 558:25
clearly [5] - 285:9, 298:12, 362:19, 442:1, 512:10
clerk [1] - 522:17
client [1] - 428:25
clinic [11] - 324:17, 350:18, 350:25, 351:9, 387:24, 388:3, 388:14, 403:14, 527:1, 557:5, 557:15
clinical [46] - 286:14, 296:23, 297:8, 304:17, 317:2,

318:23, 320:14, 320:23, 336:12, 336:14, 336:16, 354:10, 354:25, 357:16, 357:25, 358:11, 369:3, 369:5, 376:12, 377:14, 377:17, 385:17, 386:6, 388:13, 399:12, 403:5, 413:12, 414:19, 415:3, 431:18, 432:17, 434:7, 467:7, 483:13, 483:19, 498:13, 511:22, 532:23, 533:10, 535:7, 539:1, 539:3, 540:2, 540:10, 540:19, 551:2
Clinical [2] - 280:20, 293:4
clinically [5] - 351:5, 405:11, 483:8, 483:11, 552:8
clinicaltrials.gov [6] - 496:2, 496:4, 496:8, 496:12, 525:19, 537:11
clinician [2] - 354:7, 412:24
clinician's [1] - 463:1
clinicians [3] - 354:10, 450:20, 451:17
Clinics [1] - 295:17
clips [2] - 556:4, 556:13
clock [2] - 555:13, 555:16
close [4] - 345:16, 348:13, 538:1, 549:9
closer [1] - 354:4
closing [2] - 557:7, 557:15
coauthor [1] - 387:5
coauthors [1] - 465:23
cohort [5] - 387:2, 393:6, 453:22, 454:7, 521:13
colleague [1] - 320:17
colleagues [10] - 341:4, 341:10, 343:19, 345:18, 356:25, 375:12, 394:7, 402:18, 410:9, 446:24
collect [1] - 361:3
collected [5] - 360:1, 360:3, 377:14
collecting [2] -

369:25, 450:17
column [18] - 292:10, 295:20, 314:20, 314:24, 319:12, 319:13, 319:16, 322:13, 348:18, 388:15, 393:21, 394:25, 395:15, 460:18, 461:10, 517:2, 519:6, 519:9
combination [19] - 276:15, 276:23, 277:4, 277:16, 277:19, 278:7, 278:23, 278:24, 278:25, 449:24, 461:15, 472:2, 472:18, 473:25, 474:4, 477:23, 482:11, 523:12, 543:22
combine [7] - 444:14, 447:19, 448:2, 448:10, 448:15, 475:21, 482:6
Combined [1] - 389:6
combined [4] - 366:14, 452:22, 493:14, 497:4
combining [3] - 461:22, 477:5, 477:14
comfort [1] - 356:4
comfortable [2] - 333:5, 335:22
comment [2] - 308:22, 308:25
comments [1] - 469:21
commercially [1] - 376:5
Committee [1] - 283:14
committee [16] - 281:7, 281:9, 283:16, 325:8, 325:11, 325:17, 326:1, 326:7, 326:12, 364:8, 400:23, 400:25, 404:1, 404:5, 412:5, 420:3
common [1] - 292:25
companies [4] - 363:11, 381:6, 414:7, 414:14
company [3] - 422:20, 422:21, 424:3
compare [8] - 313:17, 467:12, 480:16,

481:18, 497:15, 498:10, 499:10, 519:4

**compared** [3] - 315:16, 330:7, 393:25

**compares** [2] - 498:5, 498:18

**comparison** [2] - 284:4, 517:10

**compensate** [1] - 337:19

**complete** [1] - 417:20

**completed** [3] - 354:6, 407:12, 470:22

**complicated** [1] - 290:18

**complicating** [2] - 289:8, 289:22

**Complicating** [1] - 290:23

**component** [3] - 306:10, 435:17, 435:24

**comprising** [1] - 449:22

**concentration** [1] - 507:15

**concept** [5] - 284:12, 398:15, 415:20, 438:16, 538:12

**concern** [4] - 291:7, 332:7, 391:22, 391:24

**concerning** [3] - 341:1, 420:24, 421:7

**concerns** [7] - 292:7, 294:22, 316:24, 317:1, 317:4, 319:22, 391:20

**conclude** [1] - 412:24

**concluded** [1] - 553:8

**concluding** [1] - 552:21

**conclusion** [6] - 297:5, 322:23, 323:9, 323:12, 465:11, 538:9

**conclusions** [3] - 465:4, 467:20, 552:16

**concomitant** [1] - 318:5

**condition** [1] - 402:15

**conducted** [6] - 306:25, 307:21, 312:21, 383:24, 441:8, 441:10, 497:8, 499:12

**confer** [2] - 426:14,

446:1

**conference** [5] - 300:15, 367:2, 367:4, 387:17, 557:8

**conferences** [1] - 300:11

**confidence** [13] - 319:18, 533:19, 533:24, 535:10, 535:13, 535:18, 536:2, 536:8, 536:12, 539:12, 539:15, 539:21, 550:18

**confidential** [2] - 367:6, 368:3

**confirm** [15] - 293:14, 321:22, 323:1, 323:2, 323:5, 323:6, 327:22, 328:8, 328:18, 345:2, 345:8, 407:21, 411:11, 445:21, 460:12

**confirmed** [4] - 328:14, 342:16, 433:22, 520:22

**confirming** [1] - 289:14

**confirms** [3] - 328:22, 460:15, 521:10

**connection** [4] - 285:14, 288:25, 536:17, 537:15

**connective** [1] - 531:21

**consecutive** [1] - 399:19

**conservative** [1] - 416:3

**consider** [9] - 318:9, 344:16, 432:23, 445:13, 446:12, 449:5, 453:6, 475:7, 532:5

**consideration** [3] - 300:23, 499:8, 546:25

**considerations** [5] - 447:18, 448:14, 554:19, 555:3, 558:13

**considered** [9] - 296:23, 332:6, 332:8, 334:3, 356:2, 378:25, 499:6, 539:10, 544:16

**considering** [3] - 471:21, 503:1, 520:23

**consistent** [2] - 340:22, 345:14

**consists** [1] - 455:24

**constricted** [1] - 373:11

**constricts** [1] - 372:25

**construct** [1] - 298:25

**construction** [9] - 431:15, 431:17, 431:21, 475:4, 475:7, 512:3, 512:7, 512:10, 543:9

**constructions** [3] - 448:19, 448:21, 448:24

**construed** [1] - 474:25

**consultant** [3] - 282:3, 282:7, 282:8

**Consulting** [1] - 281:25

**containing** [1] - 521:13

**contents** [1] - 293:15

**context** [9] - 298:17, 299:1, 429:12, 450:21, 451:15, 471:4, 474:8, 493:24, 513:7

**continuation** [1] - 314:9

**continue** [7] - 286:16, 318:21, 332:18, 333:1, 347:19, 409:13, 501:21

**continued** [6] - 275:1, 332:20, 333:2, 356:14, 359:6, 385:15

**continuous** [1] - 495:8

**contrast** [1] - 291:24

**contributed** [2] - 319:17, 326:4

**control** [5] - 316:9, 316:20, 493:5, 493:17, 545:13

**controlled** [7] - 292:3, 318:14, 415:5, 416:11, 416:21, 497:2, 551:10

**Controlled** [1] - 401:25

**controversial** [3] - 292:17, 294:12, 295:4

**convenience** [3] - 476:2, 476:5, 495:8

**conversation** [3] - 400:5, 410:9, 558:10

**conversations** [2] - 415:23, 416:23

**conveys** [1] - 521:19

**convince** [5] - 369:3, 369:16, 399:12, 399:15, 399:16

**convinced** [1] - 415:4

**cool** [1] - 289:11

**COOLEY** [1] - 275:5

**COPD** [30] - 290:3, 290:23, 295:25, 299:22, 314:22, 315:5, 315:15, 318:6, 319:1, 319:3, 319:9, 319:12, 388:17, 391:7, 391:9, 391:10, 406:2, 406:12, 441:11, 452:24, 476:15, 547:5, 547:22, 551:14, 552:10, 552:15, 552:17, 552:22, 553:9

**copies** [1] - 457:8

**copy** [3] - 343:10, 433:3

**corporate** [1] - 420:17

**CORPORATION** [1] - 274:3

**Corporation** [6] - 283:13, 396:22, 420:15, 421:1, 421:9, 429:1

**correct** [248] - 279:19, 281:11, 281:12, 281:14, 281:23, 282:2, 282:5, 282:6, 282:10, 282:12, 282:13, 283:20, 285:21, 285:22, 285:25, 286:3, 288:3, 288:11, 288:19, 289:16, 290:13, 290:20, 290:21, 290:23, 290:24, 291:1, 291:2, 291:10, 291:11, 291:12, 291:15, 291:16, 291:23, 292:7, 292:8, 292:24, 293:1, 293:5, 293:6, 293:9, 293:10, 293:15, 294:7, 294:8, 294:18, 294:23, 294:24, 295:12, 295:18, 295:19, 295:25, 297:9, 297:10, 297:12, 301:4, 301:7, 301:8,

301:10, 301:25, 302:5, 302:9, 303:10, 310:18, 310:19, 314:7, 322:2, 330:23, 331:24, 355:24, 356:3, 356:8, 356:15, 357:1, 357:2, 358:2, 358:11, 358:16, 358:20, 359:1, 359:8, 359:10, 359:15, 359:19, 360:1, 360:7, 360:19, 360:24, 361:2, 361:9, 361:12, 361:15, 361:18, 362:1, 362:16, 363:8, 363:9, 363:12, 365:1, 365:2, 369:12, 370:11, 371:2, 372:11, 377:6, 378:17, 378:18, 381:20, 386:7, 386:17, 388:1, 388:10, 388:18, 392:11, 401:12, 402:8, 404:23, 405:4, 405:7, 405:15, 409:5, 412:18, 412:19, 414:2, 414:4, 414:7, 416:25, 423:21, 423:22, 424:10, 424:13, 424:20, 424:24, 425:3, 425:8, 425:16, 425:20, 425:24, 426:17, 428:9, 430:13, 430:16, 434:23, 448:21, 453:25, 462:11, 467:7, 467:8, 469:12, 470:13, 489:25, 491:3, 503:17, 504:4, 505:24, 512:14, 513:25, 514:3, 523:3, 523:6, 523:9, 523:13, 523:16, 523:24, 523:25, 524:7, 524:8, 524:12, 524:17, 524:21, 525:4, 525:12, 526:4, 526:9, 527:7, 527:9, 527:21, 527:25, 528:1, 528:4, 528:5, 528:7, 528:16,

528:21, 528:23, 529:10, 529:11, 530:2, 530:11, 531:11, 531:17, 531:18, 532:3, 532:9, 532:24, 532:25, 533:15, 533:25, 534:22, 535:7, 535:12, 535:16, 535:20, 536:4, 536:5, 536:10, 536:11, 536:15, 536:17, 537:5, 537:7, 537:12, 537:19, 537:20, 542:16, 542:17, 544:20, 545:4, 545:5, 545:12, 545:14, 545:18, 545:25, 546:16, 546:22, 547:12, 547:16, 547:17, 548:13, 548:14, 548:17, 548:19, 548:22, 548:25, 549:1, 549:3, 549:4, 549:11, 549:13, 549:17, 550:20, 550:24, 551:19, 551:24, 552:1, 552:2, 552:4, 553:10

**corrected** [1] - 491:4

**correction** [2] - 417:3, 450:13

**correctly** [12] - 289:12, 289:24, 292:20, 294:13, 296:24, 340:18, 373:21, 374:23, 395:20, 405:12, 410:15, 424:17

**correlate** [2] - 481:21, 482:3

**correspond** [4] - 480:10, 488:25, 490:6, 491:16

**corresponded** [2] - 488:20, 491:2

**corresponding** [10] - 287:1, 287:2, 302:13, 302:14, 302:15, 302:16, 302:17

**corresponds** [22] - 286:25, 302:12, 417:10, 417:11, 417:12, 417:13, 417:14, 417:15, 417:16, 417:17,

417:18, 417:19, 417:21, 417:22, 417:23, 422:24, 422:25, 426:5, 430:22

**cost** [1] - 337:10

**Counsel** [1] - 275:12

**counsel** [18] - 274:25, 323:3, 348:2, 351:15, 355:6, 357:15, 361:23, 415:8, 419:7, 423:10, 427:24, 428:12, 440:15, 457:13, 457:15, 457:20, 525:10, 554:21

**count** [1] - 380:16

**counterdesignations** [1] - 418:19

**counting** [2] - 276:6

**country** [1] - 421:21

**counts** [1] - 426:13

**couple** [5] - 409:14, 556:2, 556:4, 556:5, 556:12

**course** [2] - 300:16, 350:6

**Court** [6] - 448:18, 448:20, 474:25, 500:2, 559:20, 559:20

**COURT** [153] - 274:1, 276:1, 276:8, 276:12, 276:18, 276:25, 277:4, 277:7, 277:12, 277:15, 277:20, 278:4, 278:9, 278:14, 278:22, 279:7, 279:9, 279:17, 279:23, 280:2, 280:5, 280:10, 280:17, 287:5, 301:18, 301:21, 302:19, 303:6, 303:11, 303:14, 304:5, 307:16, 308:15, 309:15, 310:10, 310:21, 311:3, 311:7, 314:12, 315:10, 321:2, 321:14, 323:15, 323:18, 323:23, 323:25, 324:11, 327:17, 331:6, 341:19, 341:23, 342:13, 342:24, 343:12, 343:14,

347:13, 347:18, 347:22, 349:8, 349:11, 352:2, 353:4, 355:3, 357:9, 357:11, 363:19, 363:22, 364:2, 364:5, 364:19, 417:5, 417:25, 418:10, 418:14, 418:21, 418:25, 423:3, 426:6, 426:11, 426:15, 426:20, 426:25, 427:3, 427:11, 427:14, 427:17, 427:21, 428:3, 430:25, 431:7, 433:5, 445:22, 446:7, 446:18, 457:5, 457:9, 457:19, 457:23, 458:1, 459:6, 459:9, 459:13, 459:18, 459:22, 468:6, 487:15, 487:18, 488:3, 488:6, 490:9, 490:14, 490:20, 493:19, 494:14, 494:19, 494:21, 494:23, 496:19, 521:25, 522:6, 522:9, 522:12, 522:15, 530:23, 531:8, 535:24, 537:22, 538:25, 539:9, 539:22, 539:25, 540:8, 540:13, 541:4, 553:15, 553:18, 554:13, 555:10, 555:15, 555:20, 555:22, 555:24, 556:5, 556:10, 556:18, 556:20, 557:24, 558:5, 558:8, 558:22, 559:2, 559:5, 559:8

**court** [5] - 288:15, 301:16, 427:18, 450:19, 469:11

**Court's** [8] - 431:14, 431:17, 431:21, 448:24, 475:4, 475:7, 512:3, 512:6

**COURTROOM** [2] - 303:20, 324:1

**courtroom** [2] - 434:12, 504:2

**Courtroom** [1] - 274:12

**cover** [3] - 283:3, 537:6, 543:19

**covered** [2] - 337:4, 337:10, 430:16

**covering** [4] - 429:20, 430:3, 430:12, 430:18

**covers** [1] - 425:20

**CPFE** [19] - 389:3, 389:5, 391:7, 391:9, 391:11, 452:21, 454:7, 454:11, 454:17, 454:19, 464:23, 466:19, 478:8, 547:23, 547:24, 547:25, 548:7, 548:10, 553:1

**created** [2] - 286:13, 525:9

**criteria** [12] - 326:2, 326:10, 327:3, 389:8, 393:2, 499:2, 499:4, 499:9, 499:14, 500:4, 502:3, 503:3

**criterias** [1] - 401:20

**Critical** [1] - 297:21

**critical** [1] - 293:9

**critically** [1] - 296:20

**Cross** [1] - 492:24

**cross** [9] - 303:9, 445:23, 521:25, 553:23, 553:25, 554:16, 554:17, 556:19, 558:11

**CROSS** [3] - 310:23, 347:23, 522:18

**cross-examination** [4] - 521:25, 554:16, 554:17, 558:11

**CROSS-EXAMINATION** [3] - 310:23, 347:23, 522:18

**cross-referenced** [1] - 445:23

**Cross-talk** [1] - 492:24

**cross-talk** [1] - 556:19

**crossing** [1] - 321:14

**CSR** [1] - 559:19

**CT** [2] - 350:15, 545:15

**culmination** [1] - 400:19

**current** [4] - 307:9, 408:13, 419:8, 428:11

**cutoff** [1] - 435:20

**cutoffs** [1] - 433:18

**CV** [2] - 365:13, 365:16

**cyclase** [1] - 394:15

## D

**daily** [20] - 321:9, 321:10, 378:6, 378:7, 378:10, 378:16, 378:23, 384:18, 389:19, 404:16, 411:24, 412:13, 412:16, 471:6, 526:18, 526:19, 527:15, 527:16, 527:20, 527:21

**DANIEL** [1] - 275:7

**data** [102] - 291:19, 292:1, 292:6, 294:21, 300:13, 308:8, 308:12, 308:20, 309:7, 309:21, 311:20, 312:21, 313:1, 313:4, 313:24, 314:9, 314:14, 316:4, 316:7, 316:8, 316:19, 317:3, 317:23, 317:24, 318:2, 318:3, 318:5, 318:9, 318:10, 318:13, 318:16, 319:10, 319:15, 320:10, 320:13, 321:17, 332:21, 341:2, 346:2, 346:14, 349:16, 352:11, 353:16, 354:2, 356:5, 356:21, 358:6, 360:1, 360:2, 361:3, 361:6, 366:19, 369:22, 369:23, 369:24, 369:25, 370:17, 375:6, 376:12, 377:13, 384:3, 385:25, 386:2, 387:16, 387:18, 387:23, 399:11, 399:19, 399:24, 400:1, 400:16, 402:19, 406:10, 407:12, 416:13, 416:20, 422:13, 444:9, 450:17, 451:7, 456:11, 462:24, 463:10, 470:22, 472:10, 477:20,

485:10, 487:4, 487:6, 487:8, 488:22, 503:8, 510:17, 518:16, 520:10, 520:11, 520:13, 521:6, 542:11, 545:19, 550:12
**database** [1] - 525:19
**dataset** [3] - 300:2, 313:17, 316:1
**date** [6] - 301:3, 408:13, 421:3, 421:10, 444:10, 457:14
**dated** [7] - 402:10, 408:6, 408:18, 410:4, 424:6, 428:14, 428:25
**dating** [1] - 416:23
**Dave** [1] - 399:7
**David** [1] - 277:11
**davies** [2] - 494:19, 534:25
**DAVIES** [132] - 275:6, 431:5, 431:11, 431:13, 433:1, 433:9, 433:10, 445:2, 445:4, 445:8, 445:9, 445:16, 446:3, 446:8, 446:9, 446:15, 446:21, 446:22, 449:1, 449:3, 450:4, 450:6, 452:2, 452:3, 452:13, 452:15, 453:4, 453:5, 453:17, 453:19, 454:4, 454:5, 455:2, 455:4, 457:4, 457:17, 457:25, 458:2, 458:3, 459:8, 459:23, 465:18, 465:20, 466:1, 466:3, 466:10, 466:12, 466:25, 467:2, 467:21, 467:23, 468:10, 468:20, 468:21, 469:4, 469:6, 469:9, 469:10, 470:10, 470:11, 470:18, 470:19, 471:10, 471:12, 472:4, 472:5, 472:21, 472:22, 474:10, 474:11, 485:17, 485:19, 486:1, 486:3, 486:20, 486:22, 488:9,

488:15, 488:17, 489:4, 489:6, 489:12, 489:15, 490:25, 491:10, 491:13, 492:25, 493:21, 493:23, 494:4, 494:7, 494:12, 494:20, 494:22, 494:24, 495:1, 496:16, 496:22, 505:1, 505:4, 505:20, 505:21, 506:1, 506:4, 506:10, 506:12, 507:5, 507:6, 507:11, 507:13, 507:22, 507:24, 508:9, 508:10, 508:19, 508:21, 509:5, 509:6, 509:11, 509:13, 509:25, 510:2, 513:15, 513:16, 515:2, 515:4, 521:23, 522:1, 522:4, 530:20, 530:24, 531:5
**Davies** [9] - 431:5, 431:10, 459:6, 493:19, 522:3, 522:9, 529:3, 530:11, 542:12
**days** [5] - 286:10, 390:10, 404:17, 527:14, 558:4
**DBR** [1] - 395:19
**DDX** [5] - 443:22, 452:2, 455:3, 458:10, 500:1
**dead** [1] - 359:13
**deadly** [2] - 440:16, 440:24
**dean** [2] - 418:12, 419:4
**Dean** [1] - 305:8
**DeAngeles** [1] - 319:24
**Deanna** [2] - 559:14, 559:19
**death** [3] - 314:3, 377:1, 393:24
**debating** [1] - 541:1
**decade** [1] - 285:20
**decades** [1] - 350:3
**December** [1] - 388:6
**decide** [4] - 354:3, 404:1, 541:3, 543:8
**decided** [3] - 377:12, 377:15, 384:2

**deciding** [1] - 353:14
**decision** [6] - 308:22, 363:5, 363:6, 363:9, 377:17, 385:17
**deck** [2] - 318:10, 323:3
**decrease** [15] - 359:20, 359:21, 395:19, 396:14, 451:10, 481:3, 483:25, 484:14, 484:24, 486:9, 486:11, 507:19, 535:11, 536:3, 549:7
**decreased** [6] - 395:18, 484:2, 484:3, 495:9, 535:17, 547:11
**decreasing** [1] - 481:1
**default** [1] - 404:5
**Defendant** [4] - 274:7, 275:12, 304:1, 324:7
**defendant** [5] - 420:14, 426:4, 427:9, 427:13, 428:2
**Defendant's** [12] - 309:17, 343:15, 347:14, 418:2, 423:5, 427:6, 431:3, 433:7, 446:5, 446:19, 496:20, 522:7
**defendants** [4] - 280:15, 287:13, 364:16, 417:7
**defense** [5] - 276:7, 277:19, 278:12, 278:13, 523:23
**defenses** [8] - 276:5, 276:10, 276:11, 276:14, 276:24, 278:6, 523:3, 542:10
**define** [1] - 483:6
**defined** [9] - 385:2, 388:16, 388:20, 433:15, 434:2, 452:21, 498:18, 512:3, 538:22
**definitely** [3] - 285:3, 416:2, 476:12
**definition** [3] - 327:6, 431:25, 437:15
**definitions** [2] - 432:16, 433:13
**degree** [7] - 432:4, 432:8, 434:9, 500:11, 539:5, 539:21, 542:1
**DELAWARE** [1] - 274:2

**deliver** [1] - 476:23
**delivered** [6] - 329:22, 330:4, 373:18, 374:3, 479:17, 526:7
**delivering** [3] - 374:13, 477:21, 495:9
**delivery** [3] - 286:19, 392:9, 475:2
**delta** [1] - 550:18
**demonstrate** [3] - 504:23, 505:10, 506:5
**demonstrated** [2] - 292:6, 476:22
**demonstrates** [2] - 485:22, 498:7
**demonstrating** [1] - 294:21
**Demonstrative** [1] - 498:1
**demonstrative** [13] - 276:20, 440:21, 443:19, 443:23, 451:24, 452:4, 455:3, 498:2, 498:4, 499:23, 500:3, 525:9, 525:13
**dependent** [2] - 278:25, 410:11
**depicts** [1] - 525:13
**depo** [2] - 279:18, 307:12
**deposed** [3] - 326:17, 364:24, 418:16
**deposition** [26] - 279:15, 279:25, 280:6, 280:7, 280:11, 280:14, 286:4, 287:1, 287:9, 287:10, 287:20, 302:13, 306:11, 306:13, 309:1, 326:19, 327:1, 328:16, 374:7, 418:12, 419:6, 420:15, 422:24, 422:25, 556:4, 556:13
**Deposition** [1] - 426:5
**depositions** [3] - 280:8, 298:10, 522:24
**DEPUTY** [2] - 303:20, 324:1
**describe** [8] - 312:24, 317:9, 317:18, 350:9, 436:9, 497:7, 510:24, 515:8
**described** [17] - 313:1,

317:11, 317:20, 431:18, 449:20, 464:24, 466:4, 479:20, 498:9, 498:13, 498:14, 499:21, 510:16, 516:2, 528:10, 532:18, 532:24
**describes** [1] - 398:2
**describing** [3] - 305:14, 305:15, 499:23
**description** [10] - 276:17, 444:6, 475:12, 496:24, 497:7, 513:14, 514:8, 514:13, 515:6, 523:5
**descriptions** [1] - 543:10
**Design** [1] - 387:20
**design** [11] - 297:7, 307:6, 307:24, 383:20, 388:15, 401:18, 401:19, 413:16, 496:25, 497:7, 543:2
**designated** [1] - 420:16
**designation** [1] - 408:21
**designations** [1] - 418:18
**designed** [2] - 383:24, 442:3
**designing** [3] - 339:13, 400:21, 401:17
**desirable** [1] - 314:9
**desired** [1] - 511:23
**despite** [1] - 299:4
**detail** [2] - 422:19, 447:8
**details** [7] - 331:16, 331:19, 333:13, 337:20, 340:24, 360:10, 552:13
**deterioration** [1] - 483:9
**determinations** [1] - 545:17
**determine** [4] - 292:18, 318:11, 351:6, 433:23
**determined** [1] - 451:17
**developed** [1] - 318:23
**developing** [1] - 326:2
**development** [6] -

304:16, 304:19, 304:20, 304:22, 305:3, 402:14
**develops** [1] - 382:19
**deviate** [1] - 416:3
**device** [4] - 474:21, 475:1, 475:8
**diagnose** [4] - 325:20, 325:22, 344:19, 347:4
**diagnosed** [2] - 399:19, 451:16
**diagnosing** [1] - 433:21
**diagnosis** [10] - 325:24, 413:25, 414:12, 434:10, 450:21, 451:3, 451:5, 451:8, 463:1, 524:10
**diagnostic** [1] - 431:18
**diastolic** [1] - 529:10
**die** [2] - 354:19, 357:20
**difference** [27] - 326:16, 438:4, 453:15, 454:13, 485:24, 489:1, 489:24, 491:3, 491:5, 509:22, 517:4, 517:5, 517:9, 517:10, 517:13, 517:19, 517:21, 517:23, 518:1, 518:4, 532:6, 539:19, 540:5, 549:13, 550:7, 550:17
**differences** [9] - 438:2, 499:13, 499:15, 517:1, 517:2, 528:12, 532:18, 532:24, 533:8
**different** [45] - 289:21, 290:2, 294:1, 294:2, 294:3, 298:2, 327:17, 334:25, 339:8, 339:14, 339:24, 346:12, 348:22, 366:7, 372:24, 375:18, 383:14, 394:16, 394:17, 413:3, 442:12, 445:21, 445:24, 452:19, 458:20, 493:11, 493:20, 502:4, 525:1, 528:6,

528:23, 530:21, 530:24, 532:5, 533:1, 533:2, 539:3, 540:1, 552:14, 553:13, 553:25, 554:8, 554:18, 554:20
**differentiate** [1] - 412:5
**differently** [1] - 335:2
**difficult** [2] - 316:7, 331:16
**difficulty** [1] - 303:6, 337:9, 337:13
**Diffuse** [1] - 295:8
**diffuse** [1] - 296:2
**diffusing** [1] - 530:4
**dilate** [3] - 373:9, 373:10, 374:14
**diminish** [2] - 464:4, 492:12
**direct** [6] - 303:15, 525:10, 530:21, 531:4, 532:11, 555:2
**DIRECT** [3] - 304:6, 324:12, 431:12
**directed** [5] - 382:14, 415:8, 425:10, 515:24, 515:25
**directions** [1] - 482:1
**directly** [5] - 329:22, 330:4, 373:18, 374:3, 538:16
**disabuse** [1] - 532:20
**disagree** [4] - 457:17, 534:5, 535:4, 536:7
**disclose** [21] - 447:9, 447:12, 447:16, 454:24, 455:20, 455:24, 456:5, 458:11, 458:19, 458:25, 459:10, 460:19, 460:23, 460:25, 461:3, 461:16, 467:9, 475:13, 476:20, 512:13, 512:18
**disclosed** [8] - 342:10, 342:12, 342:14, 342:20, 342:21, 447:24, 458:16, 482:25
**discloses** [3] - 452:10, 481:23, 486:8
**disclosure** [5] - 341:15, 345:13, 460:13, 475:22, 481:22
**disclosures** [1] - 454:23

**discontinuations** [5] - 313:25, 314:5, 314:8, 314:15, 316:6
**discontinued** [1] - 313:22
**discounting** [1] - 422:7
**discourage** [1] - 292:5
**discouraged** [1] - 294:20
**discuss** [3] - 306:4, 383:14, 415:19
**discussed** [25] - 284:2, 284:6, 306:7, 306:19, 307:19, 368:21, 378:1, 387:4, 397:24, 401:21, 402:25, 407:21, 407:25, 411:5, 426:18, 433:24, 444:20, 461:25, 475:23, 479:3, 493:18, 502:15, 534:9, 557:9, 558:1
**discusses** [4] - 280:12, 397:23, 412:12
**discussing** [6] - 301:1, 307:10, 312:9, 432:16, 531:12, 543:8
**Discussion** [1] - 391:14
**discussion** [9] - 283:22, 284:7, 310:4, 310:14, 339:13, 400:7, 404:3, 413:3, 485:1
**discussions** [4] - 309:20, 309:23, 318:9, 469:24
**disease** [75] - 290:17, 296:2, 296:4, 313:13, 314:20, 317:21, 323:11, 329:19, 330:2, 338:13, 344:14, 352:14, 365:25, 366:3, 366:8, 366:9, 366:10, 366:13, 371:6, 371:21, 372:25, 373:1, 373:12, 377:22, 378:1, 378:3, 381:12, 381:13, 381:15, 382:10, 382:16, 382:20, 382:21, 383:1, 383:4, 383:12,

385:24, 387:11, 387:24, 388:16, 391:13, 396:1, 396:3, 396:7, 396:8, 396:10, 401:3, 402:4, 402:15, 407:1, 425:8, 425:12, 425:14, 434:6, 437:22, 449:7, 450:9, 452:9, 452:20, 454:21, 464:21, 464:22, 466:9, 472:11, 483:4, 483:7, 485:7, 508:12, 508:17, 508:24, 524:2, 531:22, 546:13
**Disease** [6] - 290:23, 295:8, 295:9, 366:20, 366:23, 402:3
**diseases** [8] - 289:23, 329:17, 334:24, 339:24, 353:2, 382:19, 434:4, 476:14
**displayed** [2] - 490:22, 505:5
**disproportionate** [4] - 327:10, 346:24, 347:3, 353:1
**distance** [44] - 313:12, 315:4, 345:25, 346:3, 346:15, 348:24, 349:2, 370:24, 371:15, 371:19, 380:20, 380:23, 386:14, 391:18, 395:3, 396:18, 401:8, 436:17, 453:10, 453:13, 454:2, 465:9, 467:25, 473:1, 473:8, 473:13, 478:1, 478:7, 484:23, 485:2, 485:21, 485:23, 504:21, 505:9, 505:23, 506:6, 506:14, 506:17, 506:19, 536:14, 545:23, 547:10, 547:15, 550:14
**distances** [1] - 361:15
**distinguish** [3] - 283:23, 284:4, 284:9
**distortion** [1] - 388:22
**distress** [1] - 483:17
**DISTRICT** [2] - 274:1,

274:2
**District** [1] - 559:20
**DLCO** [1] - 531:19
**doc** [1] - 331:25
**doctor** [5] - 311:6, 311:7, 311:11, 311:12, 323:22
**Doctor** [19] - 313:9, 314:6, 349:8, 352:24, 370:7, 436:12, 455:7, 456:11, 458:19, 459:10, 468:11, 478:13, 481:11, 487:15, 495:3, 508:18, 509:7, 519:5, 529:4
**doctors** [2] - 332:10, 333:16, 438:11, 438:14
**document** [48] - 282:14, 283:9, 285:13, 296:10, 372:5, 387:9, 396:20, 397:5, 398:12, 403:3, 403:6, 406:23, 408:16, 409:25, 411:9, 416:17, 416:20, 420:13, 420:20, 420:25, 421:2, 421:8, 421:10, 421:15, 421:16, 424:9, 432:23, 444:18, 459:4, 459:25, 460:3, 460:9, 463:15, 468:22, 486:21, 495:25, 523:8, 525:3, 527:25, 528:21, 530:10, 530:11, 530:21, 532:1, 537:14, 541:3, 553:13
**documents** [5] - 367:5, 368:2, 471:13, 471:21, 472:6
**done** [17] - 300:18, 335:2, 349:12, 362:8, 390:18, 441:16, 450:16, 451:4, 474:20, 538:2, 541:2, 555:15, 555:24, 557:3, 557:7, 557:14
**dosage** [16] - 334:6, 334:12, 334:14, 339:17, 339:18,

339:21, 339:22, 340:22, 411:23, 412:1, 447:22, 525:6, 528:7, 528:15, 532:6, 532:14
**Dosage** [3] - 334:9, 411:20, 412:11
**Dose** [1] - 342:1
**dose** [47] - 286:8, 286:13, 321:11, 321:20, 335:3, 335:4, 335:7, 335:9, 335:18, 335:21, 339:24, 340:1, 340:2, 340:5, 340:6, 340:20, 345:2, 345:4, 403:13, 404:15, 405:9, 412:12, 412:21, 412:24, 413:3, 413:4, 438:9, 438:24, 439:3, 449:21, 455:21, 461:4, 465:24, 498:8, 526:11, 526:22, 526:25, 527:6, 527:8, 527:11, 527:12, 527:14, 527:15, 527:24, 528:20, 528:22
**doses** [7] - 335:22, 339:9, 390:8, 403:9, 404:14, 438:17, 466:7
**dosing** [78] - 286:20, 286:21, 334:22, 339:1, 339:5, 339:8, 339:14, 344:24, 345:13, 345:15, 345:17, 345:18, 358:10, 358:14, 358:15, 358:17, 358:18, 358:19, 378:11, 378:13, 378:17, 378:25, 379:3, 384:23, 389:23, 390:1, 390:4, 390:5, 390:7, 390:10, 400:2, 400:3, 403:12, 403:18, 403:20, 403:23, 404:2, 404:4, 404:6, 404:17, 404:21, 404:22, 405:20, 412:5, 412:15, 412:25, 413:10, 413:11, 413:15,

438:1, 438:3, 438:5, 438:7, 438:11, 440:11, 440:14, 456:6, 460:17, 461:6, 461:12, 464:24, 465:2, 467:9, 467:12, 467:15, 467:16, 467:19, 498:9, 498:13, 498:14, 510:22, 528:14, 532:12, 542:3
**dot** [1] - 547:8
**double** [2] - 332:8, 497:1
**Double** [1] - 401:25
**Double-Blind** [1] - 401:25
**double-blinded** [1] - 497:1
**doubled** [1] - 553:2
**doubt** [3] - 283:9, 293:20, 546:23
**doubts** [3] - 318:18, 318:19, 320:24
**DOUG** [1] - 274:23
**down** [16] - 296:19, 335:20, 344:5, 344:9, 353:1, 357:11, 391:6, 395:1, 399:1, 406:7, 406:8, 406:11, 410:7, 427:15, 547:8, 550:4
**dozens** [1] - 439:20
**DPI** [7] - 286:2, 286:21, 413:17, 413:20, 414:9, 414:14, 476:23
**DPLD** [2] - 295:25, 296:2
**dr** [1] - 431:14
**Dr** [219] - 276:20, 276:21, 279:15, 279:16, 279:18, 279:25, 280:11, 282:19, 285:19, 287:9, 287:13, 287:19, 297:21, 303:1, 303:19, 304:12, 305:19, 305:23, 306:1, 306:3, 306:6, 306:19, 306:24, 307:6, 307:11, 307:18, 307:20, 308:9, 308:13, 308:21, 309:20, 309:21, 311:1, 311:4, 311:11,

311:14, 311:15, 311:16, 311:19, 312:10, 312:18, 312:21, 312:24, 313:14, 315:21, 317:9, 317:13, 317:22, 317:23, 318:2, 318:3, 318:7, 323:6, 323:8, 323:18, 323:21, 324:14, 325:11, 325:12, 325:13, 325:14, 325:18, 325:22, 326:4, 326:5, 326:19, 326:21, 327:21, 329:1, 338:5, 341:9, 341:25, 342:17, 342:21, 343:3, 346:20, 347:11, 347:17, 347:25, 349:21, 351:14, 352:7, 353:6, 353:10, 354:6, 355:6, 363:22, 364:7, 364:22, 365:12, 367:17, 368:1, 368:9, 370:14, 370:22, 370:23, 371:1, 371:14, 372:4, 372:14, 374:16, 381:1, 382:5, 387:5, 387:8, 387:12, 396:24, 397:8, 398:5, 398:12, 398:16, 399:24, 400:24, 401:2, 401:22, 403:2, 403:6, 406:22, 407:3, 408:2, 408:10, 409:24, 421:24, 422:11, 422:12, 422:15, 431:7, 432:14, 434:12, 434:13, 434:15, 434:16, 434:17, 434:22, 434:25, 436:2, 437:15, 437:25, 439:22, 440:15, 440:21, 443:16, 443:23, 447:7, 444:23, 445:5, 446:23, 446:24, 447:3, 449:24, 450:19, 450:24, 458:25, 462:9, 465:23, 467:3, 469:12, 469:17, 469:24, 470:13,

470:20, 472:6, 473:11, 483:21, 484:6, 484:13, 485:20, 486:4, 486:23, 493:1, 493:3, 493:24, 500:12, 501:12, 502:1, 502:17, 507:7, 511:9, 512:11, 512:20, 515:22, 522:20, 524:1, 537:24, 553:21, 553:23, 554:1, 554:4, 554:5, 555:16, 555:19, 555:20, 556:3, 556:6, 556:14, 556:16, 556:18, 557:5, 557:14, 557:18, 557:19, 557:21, 557:22, 558:11, 558:15, 558:17, 558:19, 559:1
**draft** [4] - 374:16, 398:5, 408:23
**drawing** [1] - 291:24
**driven** [1] - 315:4
**driving** [1] - 382:21
**drop** [3] - 538:20, 552:4, 552:9
**dropout** [2] - 322:6, 322:8
**dropouts** [1] - 322:4
**dropped** [2] - 552:1, 552:6
**drops** [1] - 360:11
**Drs** [1] - 295:10
**drug** [64] - 285:6, 286:16, 299:7, 326:16, 328:15, 329:14, 330:3, 330:8, 332:21, 332:22, 336:11, 336:20, 337:17, 337:18, 345:22, 355:15, 374:13, 375:18, 377:3, 382:22, 389:11, 394:16, 402:15, 403:13, 404:14, 405:10, 408:21, 419:21, 419:22, 419:24, 420:2, 420:5, 420:6, 421:25, 422:4, 439:2, 441:18, 441:20, 447:22, 463:4, 463:10, 464:11, 464:16,

466:20, 467:4, 467:6, 470:1, 475:2, 492:19, 495:10, 497:17, 497:18, 497:24, 498:7, 510:20, 512:23, 526:25, 527:6, 539:6, 539:20, 539:23, 551:5, 551:11
**drugs** [10] - 285:2, 355:16, 383:15, 383:21, 419:19, 419:20, 420:1, 442:7, 476:14, 495:18
**dry** [13] - 280:25, 474:24, 475:7, 475:13, 475:17, 475:22, 476:1, 476:11, 476:13, 477:6, 477:14, 477:20
**DSM** [1] - 406:10
**DTX** [130] - 305:5, 305:7, 309:13, 309:17, 312:2, 312:6, 321:3, 322:21, 328:25, 334:4, 338:3, 341:7, 343:10, 343:15, 347:10, 347:14, 348:3, 348:5, 417:10, 417:11, 417:12, 417:13, 417:14, 417:15, 417:16, 417:17, 417:18, 417:21, 417:22, 418:2, 418:3, 418:4, 422:24, 422:25, 423:5, 423:6, 426:4, 427:6, 430:22, 431:3, 432:13, 432:14, 433:4, 433:7, 444:17, 445:8, 445:16, 446:5, 446:8, 446:10, 446:15, 446:19, 446:21, 446:23, 450:5, 452:13, 453:18, 455:9, 459:3, 459:24, 461:9, 463:14, 465:18, 465:21, 468:20, 470:10, 470:12, 470:15, 475:10, 479:5, 483:23, 485:18, 489:13, 495:24, 496:10,

496:16, 496:20, 497:12, 498:24, 502:16, 503:17, 504:17, 504:18, 505:2, 522:2, 522:4, 522:7, 523:8, 525:3, 525:14, 525:15, 525:18, 527:19, 527:24, 528:20, 529:2, 530:7, 532:1, 532:7, 532:22, 534:22, 535:7, 535:12, 536:4, 536:10, 536:14, 536:20, 536:25, 537:14, 541:12, 545:10, 548:4, 551:12
**Due** [1] - 402:2
**due** [7] - 292:6, 294:21, 396:8, 396:9, 406:25, 539:19
**Duke** [32] - 324:21, 324:24, 325:2, 331:1, 331:9, 331:22, 332:3, 334:21, 335:16, 336:5, 336:10, 336:14, 336:16, 336:19, 337:2, 337:3, 337:22, 339:23, 340:14, 340:15, 340:21, 341:3, 341:11, 343:19, 350:1, 356:14, 356:25, 357:7, 358:14, 359:8, 359:24, 466:6
**duplicative** [1] - 343:10
**duration** [1] - 479:24
**during** [19] - 327:1, 341:15, 342:12, 342:17, 350:6, 371:25, 389:24, 397:2, 397:9, 419:17, 420:23, 421:6, 422:23, 423:23, 426:13, 426:19, 429:7, 522:23, 549:18
**DX** [1] - 287:24
**dying** [2] - 298:22, 314:14
**DYKHUIS** [39] - 274:23, 307:15, 308:14, 309:14, 310:7, 310:22, 310:24, 311:9,

311:10, 312:15, 312:17, 314:17, 315:17, 315:19, 316:11, 316:12, 317:6, 317:8, 319:5, 319:7, 321:1, 321:13, 323:17, 327:15, 331:4, 341:13, 341:21, 342:8, 342:16, 342:22, 343:13, 347:12, 347:24, 349:14, 352:4, 352:6, 353:5, 355:2, 363:21
**Dykhuis** [5] - 310:21, 321:25, 323:15, 347:22, 363:20
**dyspnea** [2] - 484:2, 486:5

## E

**e-mail** [20] - 305:8, 305:9, 305:11, 305:14, 305:16, 305:25, 368:12, 368:14, 368:15, 370:8, 370:10, 370:13, 371:1, 398:5, 408:3, 408:5, 410:2, 410:3, 410:6, 410:19
**earliest** [1] - 419:14
**early** [3] - 286:4, 300:13, 532:21
**earnings** [6] - 420:24, 421:2, 421:7, 421:9, 421:18, 468:24
**ease** [1] - 495:8
**easier** [2] - 279:4, 495:19
**easy** [1] - 535:22
**echocardiogram** [1] - 351:3
**echocardiography** [1] - 390:18
**edited** [1] - 396:21
**editor** [1] - 297:22
**effect** [11] - 415:6, 420:5, 434:8, 500:24, 501:2, 501:4, 517:5, 517:14, 517:15, 520:12, 547:20
**effective** [11] - 376:9, 376:12, 449:17, 449:20, 455:20, 456:6, 460:17, 461:4, 513:10, 539:6

**effectively** [2] - 465:12, 528:9
**effects** [10] - 314:1, 314:2, 374:12, 394:17, 397:16, 422:7, 495:9, 501:8, 503:25, 505:8
**Efficacy** [1] - 402:1
**efficacy** [15] - 292:7, 294:21, 314:1, 314:3, 346:9, 346:10, 346:12, 346:14, 348:15, 406:16, 442:3, 448:9, 467:22, 497:2
**efforts** [1] - 410:11
**eight** [25] - 319:16, 319:18, 391:6, 473:2, 473:9, 473:13, 473:20, 473:21, 473:22, 473:23, 478:4, 478:11, 490:17, 505:23, 506:7, 509:21, 517:21, 546:17, 546:23, 546:24, 551:15
**either** [10] - 277:22, 286:21, 300:22, 356:16, 435:16, 435:24, 447:25, 517:14, 545:15, 556:23
**election** [2] - 276:9, 276:23
**electronic** [1] - 445:3
**elements** [3] - 307:6, 307:24, 455:6
**elevated** [2] - 503:6, 503:7
**eligible** [1] - 410:14
**eliminated** [1] - 438:9
**embedded** [1] - 555:4
**EMERY** [1] - 274:22
**emits** [1] - 526:11
**Emphysema** [1] - 389:6
**emphysema** [3] - 366:15, 452:22, 497:4
**employed** [1] - 418:23
**employee** [2] - 556:9, 556:15
**encompass** [1] - 516:14
**encompasses** [1] - 521:5
**encourage** [1] - 300:8
**encouraged** [1] - 300:22

**encouraging** [1] - 371:7
**end** [13] - 296:17, 354:18, 400:11, 400:20, 404:13, 430:19, 458:22, 519:4, 519:5, 529:10, 533:15, 549:25, 550:6
**end-diastolic** [1] - 529:10
**ended** [8] - 286:23, 302:10, 358:15, 391:3, 417:2, 422:22, 426:2, 430:20
**ending** [2] - 399:17, 410:21
**endpoint** [4] - 441:25, 442:2, 505:8, 505:9
**ends** [1] - 520:1
**England** [4] - 407:1, 407:10, 470:16, 498:5, 506:2, 507:12, 508:20, 509:12, 526:3
**enrolled** [3] - 317:12, 437:18, 502:24
**enrollment** [2] - 406:9, 406:10
**ensure** [1] - 389:14
**ensuring** [1] - 469:22
**enter** [5] - 302:11, 309:12, 347:10, 426:4, 428:14
**entered** [3] - 281:20, 343:8, 522:2
**entering** [1] - 282:12
**entire** [4] - 393:6, 406:17, 423:20, 551:3
**entirely** [1] - 406:20
**entitle** [1] - 317:13
**entitled** [7] - 288:2, 290:22, 293:3, 295:7, 382:8, 398:17, 406:24
**Epidemiology** [1] - 293:4
**equal** [11] - 278:10, 435:1, 500:8, 529:6, 529:15, 529:17, 529:25, 530:17, 531:14, 531:16, 531:23
**equals** [7] - 278:16, 348:19, 348:21, 349:4, 349:6, 349:19, 545:23
**equate** [1] - 379:18

**equivalent** [2] - 432:8, 492:1
**era** [1] - 298:12
**ERIC** [2] - 274:20, 274:20
**error** [2] - 550:7, 550:14
**escalation** [1] - 527:12
**escalations** [1] - 404:15
**especially** [3] - 355:1, 355:14, 355:18
**ESQ** [21] - 274:16, 274:19, 274:19, 274:20, 274:20, 274:23, 274:23, 274:24, 275:3, 275:3, 275:6, 275:6, 275:7, 275:7, 275:8, 275:8, 275:9, 275:9, 275:10, 275:10, 275:11
**essentially** [9] - 278:24, 298:25, 299:1, 499:16, 510:24, 515:19, 529:23, 532:14, 550:8
**established** [4] - 285:9, 310:9, 547:18, 547:19
**estimated** [12] - 491:3, 497:5, 517:1, 517:4, 517:9, 517:10, 517:13, 517:19, 517:23, 518:1, 518:4
**et** [2] - 395:13, 410:10
**ET1** [1] - 294:11
**Evaluate** [1] - 401:25
**evaluate** [6] - 280:25, 350:13, 384:7, 450:18, 497:2, 543:6
**evaluated** [3] - 387:24, 451:21, 480:1
**evasive** [1] - 362:23
**event** [2] - 449:22, 553:19
**events** [6] - 328:3, 332:7, 393:25, 419:25, 420:6, 420:7
**eventual** [1] - 299:13
**eventually** [4] - 298:24, 299:12, 318:24, 398:11
**Evidence** [1] - 303:5
**evidence** [29] - 286:25, 295:24, 302:12, 309:12, 317:12, 323:10,

328:13, 328:14, 341:18, 341:19, 343:9, 343:10, 383:5, 401:7, 401:8, 410:23, 417:10, 425:21, 426:4, 430:22, 433:2, 433:4, 445:17, 470:9, 476:3, 483:9, 484:1, 484:2, 496:17
**evolved** [1] - 374:11
**exacerbation** [12] - 396:2, 483:3, 483:14, 483:20, 484:4, 484:21, 485:7, 485:15, 508:16, 508:17, 508:23, 542:7
**exacerbations** [18] - 352:14, 360:15, 360:24, 361:2, 361:9, 483:6, 483:25, 484:7, 484:14, 484:24, 485:12, 486:9, 486:11, 508:12, 535:17, 536:3, 546:21, 546:25
**exact** [3] - 357:19, 358:15, 528:17
**exactly** [8] - 459:21, 472:11, 473:14, 533:5, 541:13, 541:14, 543:5, 555:4
**exam** [1] - 350:14
**examination** [10] - 341:15, 342:12, 342:18, 521:25, 522:23, 525:11, 532:12, 554:16, 554:17, 558:11
**EXAMINATION** [8] - 304:6, 310:23, 321:5, 324:12, 347:23, 355:4, 431:12, 522:18
**examinations** [1] - 531:4
**examined** [2] - 342:22, 516:20
**Example** [6] - 436:8, 436:9, 460:18, 460:19, 460:22, 460:23
**example** [3] - 334:25, 524:10, 542:12
**exceed** [1] - 439:11
**exceeded** [1] - 439:8
**exceeding** [1] - 438:11

**except** [2] - 441:2, 442:25
**excess** [1] - 466:7
**exchange** [1] - 390:25
**exclude** [1] - 499:7
**excluded** [1] - 437:23
**exclusion** [6] - 389:7, 401:20, 499:2, 499:3, 499:9, 499:11
**excuse** [11] - 301:15, 316:14, 316:25, 318:22, 348:11, 348:18, 349:4, 364:14, 378:14, 403:13, 410:2
**excused** [1] - 323:19
**execution** [1] - 285:23
**Executive** [1] - 282:15
**executive** [2] - 418:15, 419:9
**exercise** [46] - 331:15, 331:18, 338:14, 351:20, 358:24, 359:4, 359:7, 372:2, 390:24, 390:25, 401:9, 422:6, 440:4, 440:7, 440:10, 440:12, 449:5, 449:10, 449:12, 449:14, 449:15, 449:19, 452:7, 454:25, 463:12, 470:3, 470:7, 471:6, 471:8, 472:11, 477:2, 477:7, 477:16, 484:3, 504:24, 505:11, 533:20, 533:25, 534:3, 534:7, 534:13, 534:15, 534:21, 535:6, 538:19, 542:2
**exhibit** [1] - 287:18, 288:25, 342:11, 398:4, 426:12, 426:21, 426:22, 440:20, 440:21, 445:21
**Exhibit** [98] - 281:24, 282:15, 283:13, 286:25, 287:1, 287:2, 287:3, 287:19, 287:21, 287:24, 288:2, 288:5, 288:7, 288:9, 288:21, 290:22, 290:25, 292:14, 293:3, 293:7, 293:16, 295:7, 295:17, 296:6,

296:7, 296:13, 297:11, 300:25, 301:4, 301:12, 302:2, 302:12, 302:13, 302:14, 302:15, 302:16, 302:17, 309:17, 343:15, 365:12, 365:14, 368:9, 372:4, 372:5, 382:6, 387:8, 396:19, 397:5, 398:13, 401:22, 401:24, 403:3, 406:23, 407:9, 408:3, 408:16, 409:25, 410:17, 411:8, 417:11, 417:12, 417:13, 417:14, 417:15, 417:16, 417:17, 417:18, 417:19, 417:22, 417:23, 420:13, 420:25, 421:8, 421:15, 422:25, 423:1, 423:5, 424:5, 426:5, 427:6, 428:14, 428:19, 428:22, 430:23, 431:3, 433:7, 446:5, 446:19, 496:20, 522:7
**exhibited** [1] - 406:18
**exhibits** [7] - 341:15, 342:17, 417:10, 417:21, 417:25, 422:24, 522:22
**Exhibits** [4] - 287:6, 302:21, 347:14, 418:2
**existing** [1] - 347:5
**exit** [1] - 546:14
**expect** [13] - 278:6, 318:14, 351:19, 351:21, 351:23, 351:25, 352:7, 352:13, 352:16, 352:17, 477:22, 542:19, 543:2
**expectation** [41] - 352:11, 358:23, 360:19, 443:12, 461:20, 461:21, 462:6, 462:14, 462:19, 462:21, 463:3, 463:6, 463:19, 465:16, 468:17, 470:6, 471:17, 471:23, 472:7, 472:16,

473:24, 474:3, 476:17, 477:5, 477:13, 477:19, 482:8, 482:10, 482:19, 485:5, 485:12, 486:10, 491:20, 492:16, 492:22, 493:15, 495:12, 513:5, 551:4, 555:1
**expectations** [2] - 327:25, 352:9
**expected** [2] - 360:14, 557:5
**expense** [1] - 294:22
**experience** [34] - 299:10, 310:16, 327:22, 328:4, 328:8, 328:11, 328:18, 328:21, 333:18, 335:15, 350:3, 358:19, 360:7, 360:8, 360:13, 376:11, 388:12, 404:7, 404:9, 404:10, 404:12, 432:5, 432:8, 451:14, 451:22, 471:21, 492:2, 524:6, 533:20, 534:3, 535:6, 535:19, 551:3
**experienced** [2] - 440:4, 524:20
**experiences** [1] - 492:18
**experiencing** [1] - 449:10
**experimental** [4] - 353:22, 353:25, 354:2, 354:5
**Expert** [1] - 282:16
**expert** [11] - 278:19, 283:4, 315:8, 364:25, 365:6, 365:9, 401:3, 457:2, 522:24, 556:3
**experts** [1] - 462:18
**explain** [2] - 330:13, 372:21
**explained** [1] - 502:12
**exposure** [2] - 396:9, 506:20
**expound** [1] - 535:1
**expressed** [2] - 392:23, 474:8
**extremely** [1] - 298:3
**eye** [1] - 553:17
**eyes** [1] - 284:10

## F

**facilitate** [1] - 337:3
**fact** [28] - 277:8, 284:20, 290:20, 358:14, 359:3, 359:22, 359:25, 360:2, 360:21, 360:23, 382:3, 415:4, 422:4, 439:11, 442:3, 457:12, 470:1, 492:5, 492:11, 501:9, 502:13, 502:24, 503:24, 524:9, 525:9, 533:2, 544:19, 556:7
**factors** [2] - 483:24, 499:7
**factual** [5] - 420:23, 421:6, 421:23, 422:10, 422:16
**faculty** [1] - 349:25
**fail** [1] - 358:5
**failed** [17] - 290:5, 329:15, 329:25, 330:1, 351:22, 354:21, 356:7, 356:8, 356:10, 356:24, 358:7, 441:5, 441:22, 442:4, 442:16, 443:1, 543:3
**failure** [1] - 416:19
**Failure** [1] - 295:17
**failures** [2] - 332:22, 332:25
**fair** [4] - 345:17, 374:17, 457:21, 551:21
**fairly** [3] - 345:21, 556:13, 558:14
**faith** [2] - 278:16, 554:21
**fall** [9] - 366:4, 366:10, 366:13, 369:14, 378:2, 437:15, 465:1, 467:15, 503:10
**falling** [1] - 420:17
**familiar** [4] - 299:15, 299:18, 300:17, 424:9
**family** [4] - 357:21, 456:14, 456:25, 458:7
**far** [3] - 285:21, 401:16, 413:14
**Faria** [90] - 276:16,

276:21, 277:1, 277:2, 299:19, 299:24, 301:9, 302:7, 370:22, 387:5, 387:12, 391:2, 397:23, 398:2, 403:23, 405:7, 405:18, 405:22, 407:21, 439:4, 444:14, 444:19, 444:20, 445:5, 445:11, 445:13, 445:18, 447:9, 447:15, 447:19, 448:3, 448:15, 449:25, 450:4, 450:7, 450:8, 451:10, 452:10, 452:16, 453:6, 454:24, 455:10, 455:20, 455:24, 456:5, 461:15, 461:22, 462:20, 463:25, 467:13, 471:15, 472:2, 472:19, 473:4, 474:1, 474:5, 474:13, 475:22, 476:6, 476:10, 476:19, 477:1, 477:5, 477:14, 477:24, 478:16, 479:3, 480:17, 482:6, 482:22, 483:23, 484:8, 484:11, 485:2, 491:19, 492:5, 492:8, 492:11, 495:5, 523:12, 523:15, 543:25, 544:25, 545:4, 545:6, 545:24, 547:4, 547:18, 548:4, 550:24

**Faria-Urbina** [90] - 276:16, 276:21, 277:1, 277:2, 299:19, 299:24, 301:9, 302:7, 370:22, 387:5, 387:12, 391:2, 397:23, 398:2, 403:23, 405:7, 405:18, 405:22, 407:21, 439:4, 444:14, 444:19, 444:20, 445:5, 445:11, 445:13, 445:18, 447:9, 447:15, 447:19, 448:3, 448:15,

449:25, 450:4, 450:7, 450:8, 451:10, 452:10, 452:16, 453:6, 454:24, 455:10, 455:20, 455:24, 456:5, 461:15, 461:22, 462:20, 463:25, 467:13, 471:15, 472:2, 472:19, 473:4, 474:1, 474:5, 474:13, 475:22, 476:6, 476:10, 476:19, 477:1, 477:5, 477:14, 477:24, 478:16, 479:3, 480:17, 482:6, 482:22, 483:23, 484:8, 484:11, 485:2, 491:19, 492:5, 492:8, 492:11, 495:5, 523:12, 523:15, 543:25, 544:25, 545:4, 545:6, 545:24, 547:4, 547:18, 548:4, 550:24
**fashion** [1] - 535:22
**favorable** [1] - 551:7
**FC** [2] - 379:25, 396:16
**FDA** [10] - 289:9, 299:13, 345:20, 379:2, 384:24, 404:25, 408:12, 409:2, 409:4, 493:13
**FDA-approved** [3] - 289:9, 379:2, 384:24
**Features** [1] - 293:4
**February** [6] - 428:15, 428:16, 428:25, 496:13, 496:15, 537:11
**Federal** [2] - 303:4, 420:18
**fellow** [1] - 367:17
**felt** [16] - 333:5, 351:5, 358:12, 375:17, 376:14, 380:3, 423:12, 424:16, 424:20, 424:23, 425:3, 425:5, 425:21, 425:23, 426:9, 460:10
**few** [5] - 296:19, 335:2, 341:2, 370:7, 415:18
**Fibrosis** [2] - 293:3,

389:6
**fibrosis** [12] - 290:17, 344:14, 366:14, 388:20, 447:1, 452:21, 452:22, 458:23, 479:11, 497:4, 519:20, 524:10
**field** [2] - 416:1, 513:10
**figure** [1] - 446:1
**Figure** [3] - 393:22, 506:2, 545:20
**figures** [1] - 388:18
**file** [2] - 287:19, 287:21
**filed** [6] - 420:3, 424:5, 424:12, 456:13, 456:25
**final** [6] - 400:20, 501:24, 549:14, 549:15, 549:18, 552:16
**finally** [2] - 402:18, 536:12
**findings** [3] - 323:9, 395:1, 505:7
**fine** [6] - 278:2, 311:12, 346:18, 558:6, 558:20, 558:21
**finer** [1] - 534:19
**finish** [3] - 279:14, 349:9, 544:14
**finished** [6] - 406:6, 533:17, 553:19, 555:23, 556:25, 557:25
**first** [26] - 289:9, 294:3, 303:12, 305:21, 307:4, 316:4, 317:14, 332:12, 338:10, 342:5, 349:23, 370:20, 387:13, 391:2, 403:13, 407:6, 417:25, 421:17, 428:24, 432:20, 442:15, 444:13, 456:13, 526:25, 527:6, 527:8
**fiscal** [1] - 468:24
**fit** [1] - 279:1
**five** [6] - 295:1, 313:23, 391:7, 442:8, 464:22, 551:15
**flare** [1] - 396:8
**flow** [1] - 372:25
**flowchart** [3] - 546:6,

546:11, 546:15
**FLYNN** [1] - 274:16
**focus** [1] - 479:4
**focusing** [2] - 318:25, 319:1, 413:2
**Foley** [1] - 423:21
**Follow** [1] - 389:17
**follow** [25] - 288:6, 305:15, 305:23, 305:25, 306:2, 306:3, 307:8, 307:9, 334:21, 348:19, 348:23, 378:13, 393:8, 393:19, 395:17, 468:4, 468:9, 540:23, 540:24, 540:25, 542:22, 551:18
**Follow-Up** [1] - 389:17
**follow-up** [20] - 288:6, 305:15, 305:23, 305:25, 306:2, 306:3, 307:8, 307:9, 348:19, 348:23, 393:8, 393:19, 395:17, 468:4, 468:9, 542:22, 551:18
**followed** [9] - 293:16, 353:19, 377:4, 377:8, 450:11, 527:1, 534:10, 538:5, 538:14
**following** [25] - 327:1, 327:5, 328:17, 328:20, 347:20, 390:18, 398:1, 417:9, 417:20, 418:8, 422:23, 480:25, 481:12, 494:17, 501:19, 503:19, 504:9, 505:13, 507:1, 508:2, 509:1, 510:6, 510:10, 511:5, 542:18
**follows** [3] - 304:2, 324:8, 388:17
**footnotes** [2] - 471:10, 471:14
**FOR** [1] - 274:2
**forced** [15] - 392:14, 486:24, 491:15, 491:21, 492:4, 509:9, 509:15, 513:22, 514:9, 514:15, 514:17, 514:22, 515:25, 532:1, 542:14
**foregoing** [1] - 559:17

**forgive** [1] - 360:10
**forgot** [1] - 494:21
**form** [8] - 299:9, 299:11, 300:23, 382:16, 382:22, 455:18, 479:16, 495:19
**formally** [1] - 345:20
**formed** [1] - 424:3
**former** [2] - 320:17, 556:9
**forming** [11] - 432:23, 445:14, 446:12, 453:7, 456:18, 459:4, 475:4, 515:5, 518:19, 519:15, 520:8
**forms** [1] - 377:3
**formulation** [2] - 476:10, 477:22
**forth** [2] - 525:3, 532:7
**fortunate** [1] - 329:19
**forward** [9] - 308:7, 308:11, 308:19, 308:23, 309:4, 317:4, 318:20, 339:6, 408:11
**forwarded** [1] - 305:8
**founder** [1] - 469:8
**four** [22] - 276:5, 286:11, 286:12, 295:1, 378:6, 378:7, 378:10, 378:16, 378:23, 384:17, 389:19, 404:16, 405:10, 411:24, 412:13, 412:16, 526:17, 526:18, 527:15, 527:16, 527:19, 527:20
**fourth** [4] - 321:7, 321:8, 523:23, 547:8
**FQ1** [3] - 420:23, 421:6, 421:9
**fragment** [2] - 478:25, 481:19
**framework** [2] - 499:5, 548:1
**France** [7] - 367:13, 367:16, 368:6, 368:21, 372:11, 398:7, 411:2
**frank** [1] - 297:18
**free** [3] - 336:11, 336:21, 337:17
**Friday** [1] - 371:2
**front** [3] - 287:21, 372:6, 424:4
**frustrating** [1] - 336:3
**full** [16] - 303:21,

393:22, 419:3, 428:6, 514:18, 516:8, 519:1, 520:21, 520:25, 521:2, 521:8, 521:12, 521:13, 521:19, 557:6
**function** [9] - 351:7, 373:3, 373:4, 373:8, 436:18, 471:9, 484:3, 484:19, 504:22
**functional** [9] - 386:21, 391:17, 396:17, 407:14, 470:24, 471:4, 471:7, 484:10
**functioning** [2] - 486:18, 486:19
**functions** [1] - 471:6
**fundamental** [1] - 376:25
**future** [6] - 296:23, 297:7, 307:7, 307:24, 307:25, 320:14
**FVC** [61] - 352:15, 361:17, 392:11, 392:13, 392:17, 392:23, 393:1, 406:18, 406:20, 486:23, 487:5, 487:13, 487:23, 488:1, 488:11, 488:13, 488:19, 488:21, 488:25, 489:1, 489:8, 490:17, 490:23, 491:8, 509:23, 510:4, 510:8, 513:22, 514:20, 514:21, 514:23, 515:8, 515:11, 515:12, 516:2, 516:3, 516:6, 516:9, 516:13, 516:17, 517:19, 517:21, 518:1, 518:12, 518:16, 520:11, 520:13, 520:17, 521:1, 521:4, 521:9, 521:20, 531:22, 536:9, 542:12, 543:3, 549:2, 549:7, 551:25, 552:4

## G

**gap** [1] - 539:15
**gas** [1] - 390:25

**gears** [1] - 416:14
**gee** [1] - 333:14
**gender** [1] - 487:3
**general** [9] - 291:5, 327:8, 341:2, 345:23, 424:24, 427:24, 428:12, 550:8, 554:16
**General** [2] - 299:20, 300:4
**generally** [10] - 312:18, 312:20, 314:25, 322:15, 350:22, 351:17, 373:2, 463:23, 499:14, 554:24
**generated** [2] - 341:4, 368:6
**generating** [1] - 422:13
**generosity** [1] - 421:20
**Gerard** [1] - 432:20
**Gil** [4] - 368:23, 369:1, 370:7, 399:7
**gil** [2] - 398:5, 399:24
**given** [14] - 285:13, 299:10, 312:11, 318:7, 320:22, 320:23, 399:24, 447:18, 448:14, 466:7, 477:4, 498:7, 533:7, 550:8
**global** [1] - 419:9
**goal** [9] - 321:10, 378:6, 379:2, 379:16, 384:18, 390:14, 390:16, 405:21
**God** [1] - 555:14
**Golden** [3] - 368:23, 369:1, 370:7
**golden** [7] - 370:10, 370:14, 370:23, 371:1, 371:14, 372:14, 374:16
**GOODWIN** [1] - 274:18
**grade** [1] - 354:12
**great** [1] - 328:14
**greater** [15] - 435:1, 435:2, 500:8, 500:9, 501:4, 501:22, 529:6, 529:16, 529:25, 530:14, 531:16, 532:18, 552:22, 553:9
**Gregory** [1] - 556:14
**Group** [93] - 291:19, 291:20, 292:1,

292:2, 305:10, 305:17, 306:8, 306:10, 307:1, 307:7, 307:22, 308:1, 309:10, 311:21, 312:10, 312:22, 317:2, 317:15, 318:5, 318:12, 318:14, 318:22, 318:24, 329:4, 331:23, 333:4, 341:5, 344:9, 344:13, 347:7, 348:10, 348:11, 353:19, 367:12, 368:15, 369:6, 369:7, 369:14, 369:17, 370:5, 371:15, 371:18, 374:24, 375:10, 375:16, 376:3, 376:5, 376:9, 376:10, 376:11, 376:14, 376:17, 376:18, 376:19, 377:5, 383:15, 384:25, 385:23, 387:1, 389:25, 390:1, 390:2, 390:4, 390:5, 391:3, 391:15, 394:8, 394:13, 394:20, 397:20, 398:15, 398:18, 402:19, 407:14, 410:24, 422:2, 422:5, 422:18, 433:16, 433:19, 454:7, 464:1, 464:7, 464:18, 465:12, 469:19, 470:2, 470:24, 547:15
**group** [25] - 284:24, 293:19, 300:4, 316:9, 316:10, 333:23, 333:25, 360:4, 367:21, 385:3, 398:24, 434:2, 465:10, 468:9, 491:23, 493:5, 493:17, 517:6, 517:15, 518:23, 519:22, 547:4, 547:15, 548:11
**group's** [1] - 299:21
**groups** [3] - 300:4, 360:6, 376:22
**GS** [2] - 421:1, 421:9
**guanylate** [1] - 394:15

**guarantee** [3] - 320:22, 329:24, 534:1
**guess** [6] - 278:21, 281:18, 346:13, 391:22, 542:18, 553:16
**guidance** [2] - 362:7, 390:5
**guideline** [2] - 353:21, 354:12
**guidelines** [5] - 292:5, 294:20, 347:5, 353:20, 416:4
**guys** [1] - 543:7

## H

**H-A-B-I-B-I** [1] - 427:20
**HABIBI** [8] - 275:11, 427:8, 427:12, 427:16, 427:19, 427:22, 430:21, 431:2
**Habibi** [3] - 427:9, 427:12, 427:19
**half** [5] - 279:15, 281:17, 360:4, 519:2, 519:8
**halfway** [1] - 394:25
**hand** [6] - 292:10, 295:20, 393:21, 407:10, 522:17, 532:8
**handed** [2] - 421:15, 522:22
**handing** [8] - 382:5, 396:19, 403:2, 406:22, 408:2, 409:24, 410:17, 411:8
**handle** [1] - 554:17
**handled** [1] - 352:23
**hanging** [1] - 557:1
**happy** [3] - 285:5, 285:6, 557:25
**hard** [3] - 310:10, 352:9, 457:7
**harm** [1] - 332:5
**Harvard** [2] - 365:13, 408:19
**hate** [3] - 415:2, 416:24, 542:10
**head** [6] - 333:23, 333:25, 334:3, 400:23, 558:6, 558:7
**heading** [3] - 280:20, 295:21, 452:23

**headset** [1] - 301:17
**Healthcare** [1] - 281:25
**hear** [16] - 279:24, 287:8, 327:19, 380:5, 380:8, 414:21, 419:23, 434:13, 434:15, 434:19, 450:19, 460:2, 460:5, 469:11, 512:24, 523:18
**heard** [18] - 323:16, 343:5, 419:17, 419:19, 419:21, 440:15, 447:2, 449:13, 450:8, 452:22, 462:8, 463:16, 469:20, 484:6, 486:24, 504:2, 532:11, 539:11
**hearing** [1] - 439:4
**Heart** [4] - 295:17, 367:13, 372:6, 372:8
**heart** [4] - 351:4, 351:6, 383:25, 386:21, 434:3, 479:1, 481:17, 502:22
**height** [2] - 487:2, 515:1
**held** [1] - 368:3
**hello** [1] - 355:6
**help** [6] - 298:13, 330:5, 337:6, 351:6, 401:14, 401:18, 401:19, 445:25
**helped** [2] - 337:2, 337:3
**helpful** [2] - 410:13, 541:4
**helping** [1] - 353:23
**hemodynamic** [7] - 432:16, 433:13, 433:18, 480:4, 500:4, 503:8, 504:21
**hemodynamics** [8] - 395:4, 395:23, 407:13, 436:17, 463:11, 470:23, 480:6, 502:18
**Henry** [1] - 295:11
**hereby** [1] - 559:15
**high** [6] - 316:6, 329:16, 329:17, 398:1, 443:25, 465:24
**High** [1] - 342:1
**high-dose** [1] - 465:24

**High-Dose** [1] - 342:1
**high-level** [1] - 398:1
**higher** [15] - 314:15, 327:10, 335:22, 336:1, 339:8, 437:12, 438:17, 439:3, 501:4, 503:25, 528:25, 529:19, 529:21, 529:22, 539:13
**highest** [2] - 345:8, 437:2
**highlight** [1] - 489:20
**highlighted** [8] - 458:22, 470:21, 480:5, 490:10, 502:19, 515:11, 526:9, 547:8
**highlighting** [3] - 500:7, 537:10, 544:5
**highly** [1] - 299:5
**hill** [2] - 555:19, 555:20
**himself** [2] - 317:9, 554:17
**history** [2] - 350:14, 537:1
**HOESCHEN** [1] - 275:3
**hold** [3] - 277:12, 342:8, 555:10
**home** [1] - 550:2
**honestly** [1] - 362:23
**honeycombing** [1] - 388:22
**Honor** [99] - 276:3, 276:4, 276:10, 277:2, 277:10, 277:18, 278:1, 278:5, 278:11, 279:5, 279:13, 279:20, 279:21, 279:24, 280:3, 280:9, 286:24, 287:4, 287:8, 301:15, 301:20, 302:11, 302:18, 302:24, 302:25, 303:18, 304:4, 308:14, 310:7, 311:9, 312:15, 315:9, 321:1, 321:13, 323:14, 323:17, 323:20, 323:24, 324:10, 327:15, 341:13, 342:9, 342:19, 347:10, 352:4, 363:18, 363:21, 363:25, 364:3,

417:3, 418:22, 423:2, 423:7, 423:9, 426:3, 426:14, 426:16, 427:2, 427:8, 430:21, 431:5, 431:11, 433:1, 433:9, 445:16, 445:19, 446:2, 446:4, 446:15, 457:1, 457:4, 457:7, 457:18, 457:21, 457:25, 459:8, 489:4, 491:12, 493:22, 494:12, 494:20, 494:22, 496:16, 521:24, 522:1, 522:5, 522:14, 530:20, 530:25, 531:7, 541:7, 541:9, 553:12, 553:22, 554:10, 554:24, 555:9, 559:7
**Honor's** [1] - 278:2
**Honorable** [1] - 274:11
**hope** [10] - 297:5, 351:21, 351:23, 352:10, 352:17, 358:23, 359:19, 360:18, 417:1, 532:19
**hoped** [8] - 327:24, 328:12, 330:2, 358:25, 359:17, 359:20, 359:21, 360:14
**hopefully** [2] - 297:8, 337:25
**hormone** [3] - 478:25, 479:1, 481:16
**Hospital** [4] - 364:8, 382:11, 387:25, 408:19
**hospital** [3] - 350:18, 549:23, 550:3
**hospitalizations** [3] - 546:17, 546:20, 546:24
**hospitalized** [1] - 547:3
**host** [1] - 396:22
**hour** [8] - 279:15, 364:13, 364:14, 364:16, 367:3, 417:7, 527:2
**hours** [3] - 368:11, 370:7, 558:18
**house** [1] - 551:14

**housekeeping** [2] - 303:2, 347:9
**HRCT** [1] - 388:23
**huge** [1] - 415:2
**humble** [1] - 417:1
**hurt** [1] - 501:6
**Hyman** [1] - 428:24
**hypertension** [60] - 289:7, 289:8, 289:11, 289:22, 290:8, 290:18, 298:16, 298:21, 324:17, 325:3, 333:5, 333:8, 338:12, 349:22, 349:24, 365:22, 365:24, 367:12, 369:6, 369:7, 370:6, 377:3, 381:9, 381:14, 382:9, 382:20, 383:6, 383:11, 385:21, 387:11, 391:12, 401:5, 406:25, 407:15, 425:7, 425:11, 425:14, 432:16, 432:18, 433:14, 434:1, 434:5, 447:1, 449:6, 452:8, 454:20, 458:21, 459:16, 465:25, 470:25, 480:21, 499:20, 500:11, 501:1, 524:7, 524:11, 524:14, 524:16, 524:19, 547:16
**Hypertension** [8] - 282:16, 290:22, 295:7, 317:16, 342:2, 368:16, 398:18, 402:2
**hypothesis** [5] - 392:6, 414:22, 414:24, 422:13, 539:6
**hypothesis-generating** [1] - 422:13
**hypothesized** [2] - 298:20, 375:20
**Hypoxemia** [1] - 330:14
**hypoxemia** [8] - 291:9, 330:7, 330:10, 330:12, 330:13, 330:18, 330:20, 330:22
**hypoxic** [1] - 373:2

**I**

**i.e** [2] - 430:16, 543:3
**idea** [14] - 280:13, 284:15, 284:19, 284:20, 285:1, 285:8, 285:9, 375:22, 375:25, 415:20, 547:3, 557:24, 557:25
**identical** [3] - 339:2, 339:4, 528:15
**identified** [12] - 276:23, 282:20, 303:4, 353:7, 375:13, 381:25, 393:3, 411:1, 425:23, 544:6, 547:7, 550:16
**identifies** [4] - 430:14, 430:15, 482:16
**identify** [6] - 284:8, 344:13, 377:9, 416:17, 527:5, 557:9
**identifying** [2] - 284:3, 410:14
**Idiopathic** [1] - 293:3
**idiopathic** [5] - 393:23, 518:23, 519:19, 519:20, 524:10
**II** [1] - 274:7
**IIP** [4] - 394:5, 442:16, 518:23, 518:25
**Il** [1] - 296:8
**ii** [2] - 296:8
**ILD** [301] - 280:13, 284:13, 284:16, 284:18, 284:23, 285:1, 285:4, 285:11, 285:16, 286:2, 286:5, 286:9, 286:21, 289:15, 290:2, 290:12, 290:20, 292:2, 292:23, 293:1, 296:4, 297:9, 298:11, 298:17, 299:6, 299:14, 299:21, 300:6, 300:9, 300:24, 306:4, 306:7, 306:9, 306:19, 308:8, 308:12, 308:20, 308:24, 309:5, 309:7, 309:11, 309:22, 310:5, 310:15, 310:17, 314:25, 318:25,

319:3, 319:9, 322:14, 322:24, 325:20, 325:22, 325:25, 326:8, 326:14, 327:11, 327:22, 328:8, 328:19, 329:9, 329:11, 329:12, 329:16, 329:20, 330:25, 331:9, 332:4, 332:11, 332:19, 333:1, 333:8, 333:11, 333:17, 334:20, 334:23, 335:15, 336:5, 336:11, 336:17, 336:20, 337:3, 337:5, 337:10, 337:16, 337:23, 338:16, 339:1, 339:6, 339:14, 339:18, 339:21, 339:22, 340:14, 340:15, 340:21, 341:1, 344:16, 344:19, 344:24, 345:14, 345:19, 345:20, 346:20, 346:23, 347:4, 347:6, 347:8, 349:19, 351:19, 353:7, 353:12, 353:15, 355:8, 355:12, 356:15, 357:1, 358:1, 358:10, 358:19, 358:24, 359:7, 359:18, 359:24, 360:5, 360:15, 360:22, 360:24, 361:2, 361:9, 361:21, 362:1, 362:11, 362:20, 363:8, 365:24, 366:3, 366:10, 366:13, 369:14, 370:2, 370:4, 370:6, 378:2, 381:10, 383:9, 385:16, 385:22, 386:11, 386:16, 386:17, 388:20, 388:25, 391:7, 391:9, 391:10, 394:20, 395:2, 401:5, 404:6, 404:12, 404:23, 409:9, 410:5, 411:17, 412:2, 412:6, 412:25, 413:2, 413:4, 413:10, 413:17,

413:18, 413:20, 413:21, 414:3, 414:4, 414:10, 414:15, 415:9, 415:17, 415:20, 416:8, 416:18, 419:11, 419:12, 419:15, 419:18, 420:8, 420:9, 420:11, 421:11, 423:13, 430:8, 430:12, 430:16, 431:15, 431:18, 432:7, 433:16, 433:21, 433:22, 433:23, 433:24, 434:10, 434:11, 434:17, 435:3, 435:10, 435:15, 435:16, 435:17, 435:21, 435:24, 437:23, 438:21, 438:24, 439:14, 439:17, 439:22, 439:25, 440:2, 441:6, 441:8, 442:20, 443:4, 447:13, 448:12, 450:21, 451:16, 452:16, 452:20, 452:23, 452:24, 453:22, 453:23, 453:24, 454:2, 454:8, 454:25, 458:12, 458:15, 459:1, 459:10, 459:14, 459:17, 460:10, 460:14, 462:5, 462:10, 463:1, 463:10, 464:8, 464:19, 464:21, 466:13, 467:19, 470:7, 472:12, 476:21, 477:7, 477:16, 478:1, 479:7, 479:12, 479:23, 480:20, 495:17, 497:3, 499:18, 505:11, 510:25, 512:22, 513:11, 514:4, 516:22, 516:24, 521:12, 521:20, 524:2, 524:6, 524:14, 524:17, 524:20, 542:3, 545:17, 547:5, 547:22, 547:25, 548:5, 548:7, 548:10, 548:11, 548:12,

549:25, 552:15, 552:21, 553:2
**ILD-PH** [1] - 409:9
**ILD/fibrosis** [1] - 466:18
**ILD_00000110** [1] - 424:7
**ILD_00101301** [1] - 397:6
**ILD_00113964** [1] - 282:18
**ILD_00116494** [1] - 283:15
**ILD_00133871** [1] - 282:1
**ILD_00140569** [1] - 396:20
**ILD_010356** [1] - 403:4
**ILD_010744** [1] - 411:9
**ILD_010790** [1] - 406:24
**ILD_081748** [1] - 410:1
**ILD_081749** [1] - 410:20
**ILD_082484** [1] - 398:14
**ILD_094881** [1] - 387:9
**iloprost** [3] - 329:25, 441:21, 442:4
**images** [1] - 545:15
**imaging** [1] - 350:15
**imbalance** [2] - 372:18, 372:23
**immediately** [2] - 282:25, 414:23
**impact** [8] - 395:4, 395:25, 485:4, 500:16, 512:7, 516:5, 520:20, 521:7
**impacted** [1] - 359:18
**impeachment** [3] - 307:15, 310:8, 327:16
**important** [4] - 284:8, 297:6, 298:8, 395:25
**improper** [3] - 307:15, 310:8, 327:15
**improve** [13] - 298:21, 298:22, 331:18, 338:13, 352:10, 358:24, 359:4, 359:7, 407:13, 470:23, 473:1, 481:3, 536:9
**improved** [7] - 328:2, 351:20, 391:16,

391:17, 486:15, 487:13, 488:13
**improvement** [58] - 286:14, 331:2, 331:10, 331:11, 331:13, 331:14, 331:15, 352:12, 352:17, 352:18, 371:4, 371:5, 371:10, 371:16, 371:19, 372:2, 379:25, 380:2, 386:12, 386:13, 386:20, 395:3, 395:17, 401:7, 401:9, 449:10, 449:12, 449:19, 454:1, 454:15, 465:8, 465:10, 468:2, 473:12, 478:7, 485:22, 486:13, 487:16, 489:24, 490:13, 490:23, 491:2, 491:21, 504:24, 505:10, 509:8, 509:15, 510:8, 513:21, 514:9, 518:12, 521:1, 521:9, 521:20, 534:18, 538:19, 542:2
**improvements** [26] - 352:14, 440:4, 440:10, 440:12, 449:15, 454:10, 454:24, 463:11, 463:12, 465:6, 467:25, 468:3, 468:13, 472:10, 477:2, 477:7, 477:15, 481:23, 484:10, 484:22, 485:2, 491:15, 491:19, 495:16, 509:23, 520:17
**improving** [7] - 395:23, 449:5, 452:7, 465:9, 470:7, 484:19, 486:19
**IN** [2] - 274:1, 274:2
**inaccuracies** [1] - 293:25
**inaudible)** [1] - 425:22
**INC** [1] - 274:6
**Inc** [2] - 282:17, 428:17
**Inc.'s** [1] - 420:14
**incentive** [1] - 412:4
**incident** [1] - 399:19

**include** [14] - 313:14, 338:7, 340:2, 383:24, 388:25, 425:13, 441:3, 452:16, 454:17, 466:13, 501:5, 514:4, 516:9, 516:16
**included** [19] - 277:5, 313:16, 314:23, 316:10, 348:7, 349:1, 349:19, 380:18, 459:17, 464:8, 464:19, 466:8, 478:19, 479:7, 497:13, 500:5, 501:14, 501:24, 547:21
**includes** [7] - 294:16, 296:4, 322:24, 390:25, 459:19, 514:2, 516:6
**including** [13] - 291:1, 291:25, 292:2, 312:10, 314:3, 432:6, 432:7, 434:16, 438:17, 442:16, 462:9, 465:23, 497:3
**inclusion** [8] - 401:19, 499:2, 499:3, 499:9, 499:10, 499:14, 500:8, 503:3
**inclusion/exclusion** [1] - 502:3
**inclusive** [1] - 387:18
**inconsistent** [1] - 310:9
**INCREASE** [145] - 276:15, 284:25, 285:5, 285:24, 286:1, 299:13, 319:3, 319:8, 319:12, 319:15, 319:22, 320:6, 320:11, 320:15, 320:24, 322:8, 325:5, 325:8, 326:2, 326:3, 326:6, 326:10, 326:12, 327:21, 328:1, 328:7, 328:18, 337:15, 338:18, 339:12, 345:15, 354:6, 354:7, 354:24, 356:11, 358:16, 358:18, 360:22, 361:8, 361:11, 361:14, 361:17, 362:1, 364:9, 400:19,

400:20, 401:12, 401:14, 404:2, 404:6, 405:20, 407:4, 408:8, 410:5, 410:13, 413:9, 413:12, 414:18, 415:13, 416:24, 436:4, 436:9, 436:16, 436:25, 437:14, 437:19, 443:6, 444:3, 454:17, 470:17, 488:22, 488:24, 489:2, 492:3, 496:1, 496:3, 496:7, 496:25, 497:8, 497:11, 497:13, 497:18, 498:5, 498:6, 498:20, 499:1, 499:11, 500:5, 500:14, 500:19, 501:3, 501:13, 501:15, 501:24, 502:4, 502:24, 503:2, 503:9, 503:10, 503:21, 504:4, 504:9, 504:23, 505:10, 505:18, 506:5, 506:11, 506:13, 506:22, 507:14, 507:23, 508:22, 509:14, 510:1, 510:3, 510:17, 510:19, 510:20, 511:3, 511:11, 511:25, 525:2, 525:21, 525:22, 526:1, 526:22, 531:3, 531:11, 532:8, 533:3, 534:23, 537:2, 538:3, 538:7, 538:15, 541:11, 541:12, 541:19, 542:11, 542:21, 543:1, 545:18
**increase** [26] - 359:8, 371:24, 373:12, 405:2, 405:21, 473:8, 477:25, 487:17, 487:18, 488:19, 488:23, 490:24, 505:22, 506:5, 524:16, 524:20, 533:24, 534:7, 534:13, 534:15, 534:21, 535:6, 536:13, 538:6, 547:14, 548:18

increased [10] - 291:7, 321:9, 373:14, 378:6, 384:18, 390:8, 393:24, 488:1, 533:20, 534:3
increases [2] - 440:10, 453:12
increasing [1] - 373:15
IND70362 [1] - 402:5
independent [2] - 362:13, 383:8
independently [1] - 334:3
indicate [21] - 377:21, 386:11, 388:16, 390:7, 390:17, 391:6, 392:4, 395:22, 443:5, 443:8, 449:11, 458:15, 463:24, 465:5, 465:11, 467:18, 477:1, 483:19, 483:24, 484:13, 539:15
indicated [8] - 277:19, 277:20, 350:15, 351:5, 370:16, 387:22, 407:6, 416:24
indicates [5] - 379:21, 388:5, 389:18, 391:15, 408:10
indicating [3] - 367:5, 368:2, 371:14
indication [20] - 286:2, 329:4, 338:16, 338:19, 372:1, 411:16, 411:17, 422:5, 425:19, 429:8, 429:20, 430:3, 430:6, 430:10, 430:12, 430:16, 430:19, 470:2
indications [5] - 338:8, 338:24, 411:14, 412:2, 425:23
indicia [2] - 554:1, 557:20
indiscriminately [1] - 373:10
indistinguishable [1] - 550:21
individual [5] - 304:24, 340:24, 487:6, 487:8, 545:22
individually [1] - 500:25

individuals [1] - 367:4
inevitability [1] - 543:6
inevitable [7] - 538:3, 538:4, 540:9, 540:10, 540:15, 541:22, 541:23
inevitably [13] - 500:17, 502:14, 508:6, 534:3, 534:7, 534:14, 534:17, 538:14, 538:17, 538:22, 541:18, 542:8, 542:20
infection [1] - 396:9
inform [6] - 362:10, 462:5, 468:16, 470:6, 471:16, 486:7
information [11] - 282:4, 339:7, 394:19, 409:5, 422:15, 429:18, 448:8, 448:9, 472:15, 521:11, 529:9
informing [1] - 425:19
infringement [1] - 429:19
infusion [1] - 495:8
ingested [2] - 526:23, 527:12
inhalation [6] - 428:16, 474:20, 474:25, 475:8, 495:10, 526:6
inhale [1] - 527:19
Inhaled [7] - 317:15, 342:1, 368:15, 397:19, 398:17, 402:1, 403:5
inhaled [109] - 280:13, 281:1, 286:18, 299:8, 299:9, 299:21, 300:6, 300:8, 300:23, 305:3, 306:25, 307:22, 309:7, 311:20, 313:2, 318:12, 330:2, 330:8, 331:22, 367:11, 369:8, 369:9, 369:11, 373:18, 373:23, 374:2, 374:5, 374:24, 375:10, 375:15, 375:18, 375:20, 376:2, 376:4, 376:8, 376:19, 377:5,

377:10, 378:14, 384:7, 384:12, 384:16, 387:10, 388:6, 389:12, 389:15, 389:18, 390:8, 390:13, 391:15, 392:7, 394:13, 397:15, 399:20, 402:20, 403:14, 406:25, 407:13, 410:5, 432:7, 441:5, 442:4, 442:8, 442:13, 442:24, 443:4, 447:16, 449:17, 450:10, 451:15, 453:14, 455:14, 455:18, 455:22, 455:25, 456:6, 459:1, 460:20, 460:23, 461:1, 462:1, 462:25, 464:2, 464:12, 464:14, 465:13, 465:24, 466:7, 470:23, 475:2, 476:3, 476:24, 477:21, 482:17, 494:1, 494:9, 495:4, 495:19, 497:3, 497:25, 505:24, 506:7, 517:6, 517:10, 517:14, 519:6, 526:17
inhaler [10] - 474:24, 475:8, 475:13, 475:17, 475:23, 476:2, 476:11, 477:6, 477:15, 477:21
inhalers [1] - 476:13
inherent [5] - 316:13, 494:13, 495:20, 513:7, 537:25
inherently [5] - 444:4, 495:22, 511:10, 512:12, 512:21
inhibitors [1] - 294:11
initial [24] - 299:10, 334:12, 334:13, 334:22, 335:3, 339:5, 339:17, 339:18, 339:21, 339:22, 345:2, 345:4, 378:17, 384:18, 385:4, 385:14, 389:12, 390:16, 404:2, 411:23, 412:1, 499:21, 501:7, 501:9

Initial [2] - 334:9, 411:20
initiated [1] - 399:20
initiation [1] - 405:21
Input [1] - 282:16
input [3] - 283:4, 370:16
inserted [1] - 495:7
instance [2] - 286:15, 419:10
institution [1] - 298:15
instructed [1] - 334:13
instructions [3] - 540:23, 540:24, 541:1
insurance [11] - 336:13, 336:25, 337:4, 337:11, 337:21, 363:11, 381:6, 413:25, 414:7, 414:14, 422:2
insurer [2] - 353:8, 381:17
integrity [1] - 298:5
intellectual [1] - 428:13
intend [1] - 370:17
intent [6] - 399:11, 406:17, 519:8, 519:22, 520:4, 542:14
intent-to-treat [1] - 542:14
intention [2] - 515:18, 516:21
intentional [1] - 552:25
interested [7] - 298:15, 308:7, 308:11, 308:19, 308:23, 309:4, 350:1
interesting [1] - 541:8
intern [1] - 349:23
internal [1] - 318:9
international [2] - 366:17, 381:22
International [2] - 367:12, 372:8
interpret [2] - 316:7, 551:6
interpretation [1] - 543:9
interpreting [1] - 316:18
interstitial [33] - 290:17, 296:4, 338:13, 344:13, 365:25, 366:8, 371:6, 371:20, 381:13, 381:15,

382:25, 383:4, 383:11, 393:23, 396:2, 396:6, 401:3, 407:1, 425:8, 425:11, 425:14, 434:6, 437:21, 449:7, 452:9, 454:21, 483:3, 483:7, 485:7, 508:12, 508:24, 518:24, 519:19
Interstitial [1] - 290:23
intravenous [2] - 447:25, 479:18
intravenously [1] - 495:7
intuitive [3] - 329:13, 329:21, 330:1
invalid [2] - 443:17, 444:1
invalidity [1] - 443:15
inventor [1] - 556:11
inventors [4] - 520:21, 520:24, 521:7, 521:19
investigate [1] - 373:25
investigated [1] - 376:15
investigator [2] - 281:6, 281:21
investment [1] - 415:2
invited [1] - 398:9
involve [2] - 416:10, 416:20
involved [13] - 284:24, 285:23, 298:2, 325:5, 326:2, 336:23, 338:18, 351:9, 365:3, 406:4, 422:8, 429:2, 511:22
involvement [3] - 293:19, 297:17, 297:25
involves [1] - 495:6
involving [2] - 307:25, 365:1
IPF [7] - 291:20, 292:16, 292:18, 292:23, 292:25, 295:3, 519:20
IPF-associated-PH [1] - 291:20
IPF-PH [4] - 292:16, 292:23, 292:25, 295:3
IPR [4] - 365:14, 423:10, 424:6, 424:13
IRN-PH-201 [2] -

401:11, 402:8
**irrelevant** [1] - 528:13
**ISHLT** [1] - 300:14
**issue** [6] - 458:8, 459:20, 523:23, 537:20, 554:5, 554:8
**issued** [5] - 276:5, 278:11, 431:15, 537:19, 544:16
**issues** [2] - 391:23, 467:18
**item** [1] - 280:21
**ITF** [1] - 519:22
**ITRE** [1] - 455:11
**itself** [3] - 381:2, 543:8, 545:1
**ITT** [3] - 515:16, 516:23, 519:1
**IV** [1] - 286:18

## J

**JACKSON** [1] - 274:19
**January** [3] - 407:2, 428:9, 429:23
**Jeffs** [3] - 399:7, 399:9, 400:14
**job** [1] - 358:13
**JOHN** [2] - 275:11, 303:23
**John** [9] - 303:22, 366:22, 381:25, 382:7, 387:17, 427:8, 427:12, 427:19, 431:5
**joined** [3] - 349:25, 356:11, 428:8
**JONATHAN** [1] - 275:6
**JORDAN** [1] - 275:9
**Joseph** [1] - 297:21
**journal** [5] - 296:14, 297:21, 297:22, 298:6, 531:1
**Journal** [10] - 372:6, 407:1, 407:10, 470:16, 498:6, 506:3, 507:12, 508:20, 509:12, 526:3
**JTX** [2] - 491:11, 536:16
**Judge** [1] - 522:10
**judge's** [1] - 276:11
**judgment** [1] - 434:7
**June** [1] - 274:13
**justification** [1] - 534:10

## K

**KAREN** [1] - 275:3
**KATIE** [1] - 274:19
**keep** [3] - 294:25, 340:14, 557:12
**Keller** [1] - 457:10
**KELLER** [3] - 275:2, 275:3, 457:7
**Kevin** [3] - 303:1, 303:19, 303:22
**KEVIN** [2] - 303:22, 303:24
**Kiernan** [1] - 319:24
**kind** [14] - 298:24, 335:1, 357:18, 361:7, 380:8, 401:4, 414:20, 434:2, 442:10, 476:15, 479:20, 492:21, 515:1, 539:9
**kindly** [1] - 408:12
**kindness** [1] - 421:20
**Kishan** [1] - 342:5
**Knauss** [1] - 277:11
**KNAUSS** [3] - 275:7, 277:10, 277:14
**knock** [1] - 277:23
**knowing** [1] - 415:23
**knowledge** [5] - 359:6, 409:5, 442:18, 444:11, 469:18
**known** [1] - 281:2

## L

**L-A-L-I-B-E-R-T-E** [1] - 303:23
**lab** [1] - 350:14
**label** [47] - 280:24, 286:9, 286:21, 299:4, 329:2, 334:5, 334:7, 334:13, 335:9, 338:5, 338:7, 338:19, 340:7, 340:11, 340:23, 384:23, 404:25, 405:24, 411:11, 411:14, 411:19, 412:15, 412:18, 412:21, 412:22, 412:11, 419:14, 419:18, 419:22, 420:8, 420:9, 420:11, 425:16, 425:18, 425:24, 438:12, 439:13, 439:17, 439:21,
439:24, 440:3, 440:14, 442:20, 462:4, 462:10, 469:18, 479:22
**labeled** [3] - 287:24, 453:22, 488:4
**labels** [1] - 438:3
**lack** [4] - 292:6, 294:21, 392:4, 444:5
**laid** [2] - 326:10, 513:3
**Laliberte** [17] - 279:16, 303:2, 303:19, 303:22, 304:12, 305:19, 307:18, 310:25, 311:4, 311:11, 311:14, 312:18, 317:13, 317:22, 318:7, 323:18
**LALIBERTE** [1] - 303:24
**Laliberte's** [3] - 307:12, 309:1, 310:1
**LAM** [1] - 291:21
**LAM-PH** [1] - 291:21
**LANDERS** [1] - 275:9
**language** [3] - 290:11, 414:13, 425:13
**large** [2] - 300:13, 491:22
**larger** [1] - 317:5
**last** [17] - 276:19, 288:15, 290:14, 296:9, 297:1, 305:21, 365:16, 368:10, 381:2, 387:14, 395:11, 395:15, 407:11, 407:20, 427:19, 497:5
**LAU** [8] - 275:10, 423:7, 426:3, 426:8, 426:14, 426:16, 426:24, 427:2
**lau** [1] - 426:25
**Lau** [1] - 423:8
**lawyer** [1] - 540:14
**lead** [7] - 305:3, 321:15, 364:8, 387:6, 387:12, 477:23, 538:17
**leading** [3] - 308:14, 321:13, 331:4
**learn** [4] - 319:25, 320:6, 339:8, 339:9
**learned** [3] - 335:19, 358:12, 414:17
**learning** [1] - 414:23
**least** [48] - 279:3, 279:4, 282:8,
286:10, 298:19, 327:11, 352:1, 358:19, 377:10, 390:17, 409:5, 422:6, 430:11, 432:5, 434:8, 445:23, 449:21, 449:22, 450:11, 455:21, 457:5, 457:13, 470:3, 473:1, 473:8, 478:22, 483:3, 485:6, 485:15, 500:24, 501:11, 505:23, 506:6, 507:9, 507:15, 508:3, 508:16, 508:17, 508:23, 509:2, 516:1, 527:1, 532:5, 538:5, 538:20, 540:25, 542:6
**leave** [1] - 557:14
**led** [10] - 284:16, 286:1, 298:25, 492:3, 505:18, 505:19, 510:17, 538:16, 541:17
**left** [13] - 292:10, 304:14, 394:25, 395:15, 407:10, 434:3, 502:22, 525:14, 526:17, 527:5, 527:19, 529:10, 547:9
**left-hand** [2] - 292:10, 407:10
**left-side-of-heart** [1] - 434:3
**legal** [3] - 538:12, 540:12, 540:19
**less** [15] - 284:23, 314:8, 350:23, 380:16, 389:11, 500:10, 501:5, 529:15, 529:19, 530:5, 530:16, 531:14, 531:22, 531:23, 539:11
**lesser** [2] - 277:5, 349:15
**letter** [13] - 408:12, 408:18, 408:20, 408:23, 408:24, 409:1, 428:14, 428:17, 428:24, 429:2, 429:4, 429:16, 430:11
**letterhead** [1] - 408:19
**level** [10] - 330:14,
330:20, 356:4, 360:12, 398:1, 443:25, 476:2, 480:24, 488:11, 524:19
**levels** [4] - 468:14, 478:22, 481:1, 483:17
**LEVI** [1] - 274:20
**liberty** [2] - 537:9, 544:5
**life** [10] - 371:11, 371:16, 486:5, 486:17, 492:17, 492:18, 492:19, 539:18, 551:5, 551:9
**light** [2] - 482:22, 492:8
**likely** [5] - 276:4, 315:7, 374:14, 409:9, 484:23
**likewise** [1] - 427:16
**Lim** [4] - 304:25, 305:9, 305:12, 319:24
**lim** [1] - 305:22
**Limitation** [1] - 452:6
**limitation** [12] - 286:20, 452:11, 472:23, 474:22, 482:25, 491:17, 494:1, 494:10, 506:24, 513:24, 514:9, 521:21
**limitations** [17] - 315:21, 315:23, 316:1, 316:14, 316:17, 316:24, 317:1, 317:4, 460:16, 460:17, 461:16, 461:23, 474:18, 514:2, 538:18, 538:23, 552:17
**limited** [10] - 276:4, 278:23, 286:10, 286:11, 291:21, 292:1, 295:24, 303:9, 317:3, 318:16
**line** [29] - 292:22, 306:17, 306:18, 307:14, 307:18, 309:3, 310:2, 319:9, 319:11, 319:13, 326:20, 327:2, 342:11, 382:14, 382:24, 383:13, 383:17, 384:1, 384:14, 385:1, 386:1, 386:10,

386:20, 403:12, 403:13, 404:14, 410:7
**lines** [2] - 295:2, 296:19
**LIQ** [2] - 365:15, 421:11
**LIQ_PH** [6] - 282:1, 282:18, 283:15, 396:20, 397:6, 424:7
**LIQ_PH-ILD_ 00000110** [1] - 424:7
**LIQ_PH-ILD_ 00101301** [1] - 397:6
**LIQ_PH-ILD_ 00113964** [1] - 282:18
**LIQ_PH-ILD_ 00116494** [1] - 283:15
**LIQ_PH-ILD_ 00133871** [1] - 282:1
**LIQ_PH-ILD_ 00140569** [1] - 396:20
**LIQ_PH_ILD** [1] - 421:4
**Liquidia** [36] - 276:5, 279:14, 279:22, 280:12, 280:21, 281:13, 281:16, 281:20, 281:21, 281:24, 282:11, 282:16, 282:20, 282:24, 283:4, 283:13, 283:14, 285:13, 303:1, 323:20, 348:2, 364:4, 365:1, 418:11, 420:14, 423:8, 423:9, 423:15, 427:9, 427:13, 428:17, 429:12, 429:17, 429:18, 430:21, 431:6
**LIQUIDIA** [1] - 274:6
**Liquidia's** [1] - 418:18
**list** [7] - 295:15, 342:17, 342:25, 417:20, 427:15, 445:24, 557:11
**listed** [8] - 280:21, 295:15, 341:14, 407:18, 417:25, 441:1, 442:7, 544:7
**listen** [1] - 285:2
**listing** [1] - 282:24
**literally** [1] - 547:3
**literature** [2] - 286:11,

318:11
**litigation** [3] - 428:13, 429:19, 496:8
**live** [6] - 556:2, 556:3, 556:6, 556:7, 556:15, 557:10
**lives** [1] - 279:4
**living** [1] - 471:6
**LLP** [4] - 274:16, 274:18, 275:2, 275:5
**logical** [1] - 329:24
**logistical** [1] - 553:23
**logo** [1] - 281:24
**London** [1] - 367:1
**long-felt** [10] - 423:12, 424:16, 424:20, 424:23, 425:3, 425:5, 425:21, 425:23, 426:9, 460:10
**look** [71] - 288:5, 288:6, 314:4, 320:19, 328:25, 329:7, 338:3, 339:17, 344:22, 348:17, 368:19, 372:16, 374:21, 375:6, 376:22, 376:23, 376:24, 382:24, 386:10, 388:15, 389:17, 393:13, 393:21, 401:22, 416:5, 416:14, 444:9, 445:3, 455:9, 458:21, 464:17, 467:21, 469:4, 471:10, 472:21, 479:19, 485:18, 487:21, 487:23, 489:16, 490:16, 491:4, 496:10, 496:23, 500:23, 504:17, 505:20, 506:11, 508:9, 509:11, 514:14, 515:2, 518:8, 518:15, 519:4, 519:6, 520:1, 520:7, 521:11, 526:5, 536:19, 536:25, 543:19, 545:19, 546:2, 548:9, 550:10, 550:14, 551:12, 552:16, 558:3
**looked** [18] - 294:7, 316:5, 377:8, 380:15, 416:14, 454:23, 459:3,

465:14, 472:7, 473:3, 476:19, 483:22, 497:15, 500:13, 520:23, 521:6, 536:20, 538:13
**looking** [29] - 315:6, 320:10, 329:6, 348:6, 374:23, 381:21, 383:14, 429:6, 450:16, 451:6, 456:10, 461:11, 469:15, 480:23, 485:1, 486:5, 488:22, 491:16, 502:18, 503:16, 519:5, 529:2, 542:11, 545:20, 548:11, 549:2, 549:14, 551:1, 551:2
**looks** [5] - 283:18, 368:14, 468:3, 468:8, 487:14
**Los** [1] - 363:23
**love** [1] - 370:12
**loved** [1] - 370:10
**low** [1] - 330:14
**lower** [2] - 330:19, 539:12
**lowered** [1] - 499:19
**lowest** [2] - 490:11, 550:6
**luckily** [1] - 290:15
**lunch** [1] - 418:6
**Lung** [7] - 290:23, 295:9, 367:13, 372:6, 372:8, 387:12, 402:2
**lung** [69] - 289:8, 289:22, 290:16, 290:17, 290:18, 296:2, 296:4, 298:18, 298:21, 298:23, 300:15, 313:13, 317:21, 323:11, 329:18, 338:13, 344:14, 352:14, 356:17, 359:12, 365:25, 366:8, 371:20, 372:24, 372:25, 373:4, 373:13, 373:19, 374:3, 374:6, 374:11, 374:12, 374:13, 374:15, 381:13, 381:15, 382:25, 383:4, 383:12, 385:24, 387:11,

388:16, 392:16, 396:3, 396:6, 401:3, 402:4, 407:1, 425:8, 425:12, 425:14, 434:6, 437:21, 449:7, 450:9, 452:9, 452:19, 454:21, 464:21, 466:9, 483:4, 483:7, 485:7, 508:12, 508:17, 508:24, 544:25, 546:13, 549:10
**lungs** [5] - 329:22, 330:5, 487:1, 514:18, 530:4
**Lynch** [1] - 297:21
**Lynchman** [2] - 301:12, 302:3

---

**M**

**M.D** [3] - 282:4, 288:3, 398:18
**machine** [1] - 550:7
**Maebius** [10] - 423:10, 423:18, 424:4, 424:9, 426:5, 426:9, 460:2, 460:8
**Maebius's** [1] - 460:5
**magistrate** [1] - 276:11
**magnitude** [6] - 482:2, 482:3, 488:18, 490:4, 491:6, 501:22
**mail** [20] - 305:8, 305:9, 305:11, 305:14, 305:16, 305:25, 368:12, 368:14, 368:15, 370:8, 370:10, 370:13, 371:1, 398:5, 408:3, 408:5, 410:2, 410:3, 410:6, 410:19
**main** [2] - 297:22, 467:20
**maintenance** [18] - 335:4, 335:7, 335:8, 335:9, 339:5, 340:1, 340:6, 340:20, 340:22, 378:25, 412:21, 412:25, 413:4, 413:10, 413:11, 438:5
**Maintenance** [1] - 412:11
**majority** [2] - 348:12, 387:1
**man** [1] - 555:4
**management** [3] -

297:8, 308:23, 309:4
**Management** [1] - 293:4
**management's** [1] - 308:25
**manages** [1] - 297:22
**manner** [2] - 332:20, 414:9
**manuscript** [5] - 296:16, 296:20, 299:25, 300:1, 302:3
**manuscripts** [1] - 300:8
**Manyoo** [1] - 368:16
**March** [6] - 311:23, 367:1, 382:7, 398:15, 399:2, 411:12
**mark** [1] - 420:13
**marked** [11] - 287:20, 372:5, 382:5, 396:19, 398:13, 403:2, 406:22, 408:2, 409:24, 410:17, 428:18
**market** [2] - 369:10, 384:12
**marking** [7] - 365:12, 372:4, 387:8, 397:5, 408:16, 420:25, 421:8
**Martine** [5] - 419:7, 420:23, 421:6, 421:13, 469:7, 469:16
**Mass** [3] - 299:20, 300:4, 387:25
**material** [3] - 445:3, 545:16, 548:3
**materials** [5] - 445:6, 445:10, 445:14, 445:17, 543:21
**matter** [5] - 285:14, 306:11, 306:14, 503:4, 536:23
**matters** [1] - 513:7
**maximized** [1] - 404:15
**maximum** [8] - 405:9, 438:9, 449:21, 455:21, 526:18, 527:15, 527:20, 528:3
**MCDERMOTT** [1] - 274:22
**McNamara** [1] - 428:24
**mean** [41] - 277:23, 278:4, 280:5, 297:16, 315:3,

322:16, 340:25, 348:21, 363:16, 366:6, 369:23, 373:8, 374:2, 374:8, 374:9, 376:16, 377:16, 379:22, 380:1, 380:23, 382:17, 383:22, 391:22, 395:24, 412:9, 453:24, 471:4, 493:12, 503:14, 513:20, 525:23, 529:24, 530:19, 531:16, 539:20, 540:6, 547:2, 550:25, 554:11, 554:13, 555:9
**meaning** [1] - 370:1
**meaningful** [1] - 380:5
**means** [11] - 296:10, 297:24, 367:23, 373:14, 435:13, 471:5, 473:21, 484:5, 548:24, 551:9
**meant** [6] - 315:13, 323:6, 326:10, 372:21, 457:23, 540:16
**measure** [6] - 390:24, 392:15, 473:19, 506:18, 506:21, 507:25
**measured** [4] - 359:22, 392:11, 481:20, 506:19
**measurement** [6] - 349:2, 392:13, 481:9, 481:12, 486:18, 542:13
**measurements** [6] - 396:16, 478:4, 478:10, 486:6, 492:20, 510:16
**measuring** [3] - 506:14, 506:16, 510:4
**mechanism** [1] - 382:21
**median** [5] - 370:23, 371:4, 371:14, 371:18, 465:10
**mediators** [1] - 376:23
**medical** [11] - 281:13, 281:15, 281:20, 292:15, 295:3, 374:21, 375:1, 375:3, 375:6, 377:9, 432:4
**Medical** [4] - 324:22,

324:24, 365:13, 408:19
**medication** [6] - 289:7, 289:9, 290:7, 290:12, 299:5, 374:6
**medications** [3] - 289:21, 290:2, 298:11
**medicine** [3] - 293:9, 351:12, 552:14
**Medicine** [9] - 297:21, 407:2, 407:10, 498:6, 506:3, 507:12, 508:20, 509:12, 526:3
**meet** [5] - 375:19, 424:22, 424:23, 425:6, 506:24
**Meeting** [2] - 282:16, 372:9
**meeting** [28] - 283:4, 283:7, 283:10, 283:11, 283:14, 283:16, 283:19, 283:20, 283:25, 305:16, 305:19, 305:20, 305:23, 306:2, 306:3, 306:24, 307:8, 307:9, 307:10, 311:19, 311:25, 317:24, 319:23, 372:13, 399:4, 543:6
**meetings** [9] - 300:13, 306:1, 306:6, 306:18, 307:19, 311:1, 311:15, 311:16, 311:18
**meets** [1] - 424:20
**member** [5] - 325:8, 325:11, 325:17, 364:8
**members** [3] - 282:25, 319:23, 400:24
**Memorial** [3] - 366:22, 382:1, 382:7
**men** [1] - 379:22
**mention** [1] - 277:22
**mentioned** [13] - 297:20, 298:14, 300:1, 313:25, 317:4, 331:11, 333:12, 337:1, 355:6, 386:1, 420:6, 421:25, 542:19
**mercury** [8] - 435:1, 437:10, 529:16, 529:20, 530:1, 530:17, 531:14, 531:17

**merit** [1] - 300:5
**met** [3] - 326:9, 502:14, 534:17
**metabolic** [1] - 390:20
**meter** [1] - 550:17
**meters** [21] - 322:17, 322:18, 322:19, 348:18, 371:15, 380:24, 393:6, 393:8, 465:10, 468:4, 473:2, 473:9, 477:25, 478:3, 478:7, 478:9, 505:23, 506:7, 548:18, 548:20, 548:22
**method** [11] - 377:4, 378:5, 399:18, 449:5, 452:7, 458:11, 460:13, 476:4, 482:16, 500:19, 513:17
**Methods** [2] - 387:20, 407:11
**methods** [3] - 377:20, 464:17, 479:19
**metrics** [2] - 449:9, 449:11
**MICHAEL** [1] - 274:16
**micrograms** [25] - 334:18, 335:12, 345:5, 345:7, 345:11, 379:6, 379:9, 379:15, 379:18, 389:19, 389:20, 390:9, 403:14, 403:17, 404:18, 404:22, 405:10, 449:21, 449:23, 455:21, 455:25, 456:3, 456:4, 526:11
**middle** [3] - 322:13, 329:6, 402:17
**might** [19] - 293:24, 330:10, 332:8, 335:2, 336:12, 337:13, 339:9, 347:6, 350:15, 353:12, 353:19, 362:14, 362:19, 372:23, 422:7, 501:5, 524:24, 543:16, 553:7
**mil** [1] - 507:16
**mild** [4] - 326:13, 327:9, 435:11, 499:20
**milligrams** [1] - 526:6
**milliliter** [6] - 352:8,

478:23, 507:9, 507:21, 526:7, 542:13
**milliliters** [10] - 392:24, 514:21, 515:11, 516:1, 518:3, 529:16, 529:20, 530:1, 530:17, 542:15
**millimeters** [4] - 435:1, 437:10, 531:14, 531:17
**mind** [2] - 410:13, 532:20
**minded** [1] - 416:2
**minds** [1] - 299:4
**minimal** [1] - 293:19
**Minn** [1] - 279:22
**MINN** [10] - 275:10, 279:21, 279:24, 280:3, 280:9, 280:11, 286:24, 287:8, 302:11, 302:24
**minor** [1] - 533:8
**minorly** [1] - 532:5
**minus** [9] - 277:4, 380:24, 507:21, 517:6, 517:15, 549:19, 550:15, 550:16, 550:18
**minute** [67] - 301:19, 313:12, 315:3, 316:8, 331:25, 345:25, 346:2, 346:14, 348:24, 349:2, 351:1, 351:2, 361:15, 370:23, 371:25, 380:20, 380:23, 386:13, 390:19, 390:23, 391:17, 393:5, 393:13, 395:3, 396:18, 401:6, 401:8, 418:19, 436:17, 449:12, 449:13, 453:10, 453:13, 454:2, 454:10, 465:8, 467:25, 472:25, 473:8, 473:12, 478:1, 478:7, 484:23, 485:2, 485:21, 485:22, 489:4, 504:20, 505:9, 505:22, 506:6, 506:14, 506:16, 506:19, 514:14, 536:13, 538:6, 545:23,

547:10, 548:16, 548:18, 549:18, 549:19, 550:15, 551:15, 553:4
**minutes** [20] - 280:14, 280:15, 280:16, 287:10, 287:11, 287:12, 347:19, 364:13, 364:14, 364:15, 364:16, 364:17, 417:6, 417:7, 417:8, 418:18, 418:19, 423:14, 428:1, 494:16
**misconception** [1] - 451:2
**mismatch** [11] - 291:8, 330:5, 330:11, 330:15, 330:17, 330:19, 330:21, 392:1, 392:2, 392:4, 392:8
**Mismatch** [1] - 397:12
**misrepresenting** [1] - 536:5
**missing** [2] - 316:7, 522:17
**misspoke** [1] - 346:18
**mister** [1] - 311:11
**misunderstood** [1] - 346:16
**mix** [1] - 542:10
**mixed** [6] - 366:12, 377:23, 383:18, 464:22, 466:19, 547:4
**ML** [4] - 481:4, 481:7, 515:11, 542:13
**modeling** [1] - 382:15
**moderate** [4] - 326:11, 327:3, 327:6, 435:11
**molecule** [2] - 299:5, 448:7
**molecules** [1] - 304:20
**moment** [5] - 301:16, 342:9, 393:3, 418:22, 504:8
**monotherapy** [3] - 386:2, 389:15, 390:14
**monoxide** [1] - 530:5
**month** [3] - 313:23, 384:7, 386:2
**months** [14] - 313:3, 350:23, 351:3, 370:24, 377:6, 377:10, 380:16, 380:17, 380:19,

380:21, 389:11,
402:21, 450:13
**morning** [19] - 277:10,
279:14, 279:21,
301:1, 302:25,
304:8, 304:9,
324:14, 324:15,
347:18, 347:25,
348:1, 364:3,
364:22, 364:23,
398:4, 423:18,
423:19, 556:25
**MORRIS** [1] - 274:16
**mortality** [2] - 329:16,
329:17
**MORTON** [25] - 275:7,
279:13, 302:25,
303:8, 303:13,
303:18, 304:7,
307:17, 308:18,
309:12, 309:19,
310:12, 310:20,
314:10, 315:8,
321:3, 321:6,
321:19, 321:23,
321:24, 322:11,
322:12, 322:20,
322:22, 323:14
**Morton** [3] - 279:13,
303:1, 321:2
**most** [10] - 286:12,
292:25, 296:20,
315:7, 332:14,
351:1, 353:18,
354:10, 424:1
**mostly** [1] - 406:9
**motivate** [1] - 369:20
**motivated** [8] -
447:18, 448:2,
448:15, 476:9,
482:6, 493:25,
494:8, 495:3
**motivates** [1] - 300:12
**motivation** [3] -
444:14, 448:10,
475:21
**mouth** [1] - 410:12
**move** [8] - 286:24,
325:2, 332:1,
341:16, 408:11,
417:9, 494:12,
557:21
**moved** [3] - 332:10,
332:18, 445:17
**movement** [1] - 374:7
**moves** [1] - 430:21
**moving** [11] - 308:7,
308:11, 308:19,
308:23, 309:4,
317:4, 318:19,

332:21, 339:5,
390:7, 493:20
**mPAP** [3] - 395:18,
434:25, 529:25
**MR** [318] - 276:3,
276:9, 276:13,
276:19, 277:2,
277:5, 277:10,
277:14, 277:18,
278:1, 278:5,
278:10, 278:18,
279:5, 279:8,
279:13, 279:21,
279:24, 280:3,
280:9, 280:11,
286:24, 287:4,
287:8, 301:15,
301:20, 302:11,
302:18, 302:24,
302:25, 303:8,
303:13, 303:18,
304:4, 304:7,
307:15, 307:17,
308:14, 308:18,
309:12, 309:14,
309:19, 310:7,
310:12, 310:20,
310:22, 310:24,
311:9, 311:10,
312:15, 312:17,
314:10, 314:17,
315:8, 315:17,
315:19, 316:11,
316:12, 317:6,
317:8, 319:5, 319:7,
321:1, 321:3, 321:6,
321:13, 321:19,
321:23, 321:24,
322:11, 322:12,
322:20, 322:22,
323:14, 323:17,
323:20, 323:24,
324:10, 324:13,
327:15, 327:20,
331:4, 331:7, 338:3,
338:4, 338:21,
338:22, 341:7,
341:8, 341:13,
341:18, 341:21,
341:24, 342:8,
342:14, 342:16,
342:19, 342:22,
343:2, 343:8,
343:13, 343:17,
343:21, 343:23,
347:9, 347:12,
347:16, 347:24,
349:14, 352:4,
352:6, 353:3, 353:5,
355:2, 355:5,
357:10, 357:13,

357:14, 363:18,
363:21, 417:24,
418:22, 423:2,
423:7, 426:3, 426:8,
426:14, 426:16,
426:24, 427:2,
427:8, 427:12,
427:16, 427:19,
427:22, 430:21,
430:24, 431:2,
431:5, 431:11,
431:13, 433:1,
433:9, 433:10,
445:2, 445:4, 445:8,
445:9, 445:16,
445:19, 446:1,
446:3, 446:8, 446:9,
446:15, 446:17,
446:21, 446:22,
449:1, 449:3, 450:4,
450:6, 452:2, 452:3,
452:13, 452:15,
453:4, 453:5,
453:17, 453:19,
454:4, 454:5, 455:2,
455:4, 457:1, 457:4,
457:11, 457:17,
457:21, 457:24,
457:25, 458:2,
458:3, 459:8,
459:23, 465:18,
465:20, 466:1,
466:3, 466:10,
466:12, 466:25,
467:2, 467:21,
467:23, 468:10,
468:20, 468:21,
469:4, 469:6, 469:9,
469:10, 470:10,
470:11, 470:18,
470:19, 471:10,
471:12, 472:4,
472:5, 472:21,
472:22, 474:10,
474:11, 485:17,
485:19, 486:1,
486:3, 486:20,
486:22, 488:9,
488:15, 488:17,
489:4, 489:6,
489:12, 489:15,
490:25, 491:10,
491:13, 492:25,
493:21, 493:23,
494:4, 494:7,
494:12, 494:20,
494:22, 494:24,
495:1, 496:16,
496:18, 496:22,
505:1, 505:4,
505:20, 505:21,

506:1, 506:4,
506:10, 506:12,
507:5, 507:6,
507:11, 507:13,
507:22, 507:24,
508:9, 508:10,
508:19, 508:21,
509:5, 509:6,
509:11, 509:13,
509:25, 510:2,
513:15, 513:16,
515:2, 515:4,
521:23, 522:1,
522:3, 522:4, 522:5,
522:10, 522:13,
522:16, 522:19,
530:7, 530:9,
530:20, 530:22,
530:24, 531:3,
531:5, 531:7, 531:9,
536:1, 541:7,
541:10, 542:9,
545:6, 545:8,
553:12, 553:17,
553:22, 554:10,
554:12, 554:24,
555:9, 555:14,
555:19, 555:21,
555:23, 556:2,
556:8, 556:11,
557:4, 558:3, 558:7,
558:20, 558:21,
558:24, 559:3,
559:6, 559:7
**MS** [8] - 364:3, 364:6,
417:3, 417:6,
418:11, 418:15,
422:23, 457:7
**multicenter** [2] -
280:24, 497:1
**Multicenter** [1] -
401:24
**multiple** [2] - 456:24,
458:7
**must** [3] - 473:1,
473:13, 531:22

## N

**nail** [1] - 414:20
**nail-biting** [1] - 414:20
**name** [13] - 287:19,
303:21, 304:24,
324:2, 324:3, 394:3,
394:5, 419:3,
427:14, 427:17,
427:19, 428:6,
556:10
**named** [6] - 281:11,
342:3, 342:5,

370:20, 387:14,
556:11
**namely** [1] - 319:24
**names** [1] - 319:2
**narrow** [2] - 416:2,
500:13
**narrow-minded** [1] -
416:2
**narrower** [1] - 459:19
**NASDAQ** [2] - 421:1,
421:9
**NATHAN** [1] - 275:3
**Nathan** [21] - 325:13,
325:18, 326:5,
400:24, 401:2,
410:3, 434:15,
440:15, 450:24,
473:11, 502:1,
511:9, 512:11,
512:20, 554:1,
554:5, 556:16,
557:21, 557:22,
558:15
**Nathan's** [6] - 434:13,
434:22, 434:25,
437:15, 450:19,
493:3
**nature** [4] - 317:9,
368:3, 451:9, 464:3
**nauseam** [1] - 362:25
**NCT** [3] - 496:5, 537:1,
537:10
**NDA** [3] - 428:15,
429:12, 429:24
**nearly** [1] - 551:20
**nebulized** [1] - 286:22
**nebulizer** [4] - 414:10,
476:8, 476:23, 526:7
**necessarily** [29] -
318:15, 320:13,
366:8, 401:10,
500:17, 501:19,
502:5, 502:14,
503:20, 504:10,
505:14, 507:2,
508:6, 509:2, 510:7,
510:11, 511:6,
528:10, 534:2,
534:6, 534:14,
534:17, 538:14,
541:18, 541:22,
542:7, 542:20,
550:3, 552:12
**necessary** [8] - 354:8,
538:3, 538:4, 540:9,
540:10, 540:15,
541:23
**need** [25] - 276:1,
351:11, 354:11,
354:14, 354:15,

354:17, 354:25,
375:17, 375:19,
423:12, 424:16,
424:20, 424:23,
425:3, 425:5, 425:6,
425:22, 425:23,
426:10, 431:8,
460:10, 499:16,
511:18, 550:3
**needed** [5] - 298:12,
339:10, 354:24,
376:14, 543:11
**negative** [3] - 320:4,
395:4, 415:25
**never** [7] - 332:8,
333:14, 361:20,
363:7, 363:13,
363:14, 532:23
**New** [10] - 386:21,
407:1, 407:10,
470:16, 498:5,
506:2, 507:12,
508:19, 509:12,
526:3
**new** [9] - 338:19,
429:20, 430:3,
430:6, 430:10,
430:12, 430:16,
430:18, 483:9
**newly** [1] - 399:19
**next** [30] - 287:8,
287:17, 287:18,
288:5, 290:5, 292:9,
294:9, 294:20,
303:1, 307:23,
307:25, 315:18,
318:8, 318:11,
335:5, 335:6, 371:1,
373:17, 379:21,
389:7, 391:1,
395:15, 397:11,
397:15, 399:17,
400:2, 418:10,
427:4, 548:9, 556:17
**nice** [2] - 324:14,
427:15
**Nice** [7] - 367:13,
367:15, 368:5,
368:21, 372:10,
398:7, 411:2
**NICHOLS** [1] - 274:16
**night** [1] - 276:19
**nilly** [2] - 355:19,
355:21
**nine** [34] - 286:11,
313:22, 314:8,
314:15, 335:10,
335:17, 340:5,
340:8, 340:10,
340:11, 379:15,

380:15, 380:17,
391:7, 404:17,
404:21, 404:24,
405:1, 405:2, 405:3,
412:16, 438:13,
438:19, 438:21,
439:8, 439:11,
466:7, 527:15,
527:24, 528:20,
548:11, 548:12,
548:15
**nobody's** [1] - 549:14
**noncontinuous** [1] -
475:2
**none** [1] - 441:1
**nonetheless** [1] -
356:13, 437:18,
552:17
**nonexperimental** [1] -
469:24
**nonrandomized** [1] -
291:21
**normal** [4] - 487:24,
503:7, 514:25, 549:9
**normalize** [1] - 393:2
**normalizes** [1] -
392:20
**normally** [1] - 374:12
**North** [1] - 312:12
**note** [1] - 410:7
**notepad** [1] - 494:21
**nothing** [5] - 323:17,
363:21, 528:2,
531:19, 540:7
**notice** [1] - 420:14
**notion** [1] - 532:21
**notwithstanding** [1] -
537:18
**November** [9] -
279:25, 283:14,
283:17, 283:20,
388:7, 408:6,
408:18, 410:4, 424:6
**now's** [1] - 494:13
**NPH** [1] - 281:1
**NT** [26] - 351:6, 352:1,
352:8, 359:14,
359:18, 359:23,
359:25, 361:12,
436:17, 468:14,
478:22, 478:24,
478:25, 481:18,
481:19, 481:23,
482:4, 482:19,
504:21, 507:8,
507:15, 507:25,
535:11, 538:21,
542:5
**NT-proBNP** [26] -
351:6, 352:1, 352:8,

359:14, 359:18,
359:23, 359:25,
361:12, 436:17,
468:14, 478:22,
478:24, 478:25,
481:18, 481:19,
481:23, 482:4,
482:19, 504:21,
507:8, 507:15,
507:25, 535:11,
538:21, 542:5
**number** [42] - 282:1,
282:17, 283:15,
297:23, 297:24,
345:8, 348:7,
348:22, 348:24,
351:13, 354:21,
355:16, 379:22,
387:9, 397:6,
398:13, 403:4,
406:24, 408:4,
408:17, 410:1,
411:9, 412:20,
421:3, 421:11,
445:21, 448:21,
449:11, 452:20,
457:6, 462:8, 471:1,
472:10, 483:19,
487:19, 490:10,
496:5, 537:2,
542:19, 553:4, 558:3
**Number** [21] - 365:12,
368:9, 372:4, 382:6,
387:8, 396:19,
397:5, 398:13,
401:24, 403:3,
406:23, 407:9,
408:3, 408:16,
409:25, 410:18,
411:8, 424:5, 426:5,
429:21, 452:21
**numbers** [11] -
365:15, 396:20,
410:19, 424:7,
445:25, 487:21,
488:7, 490:15,
490:18, 490:19,
552:6
**numerous** [1] - 438:1
**nurse** [15] - 336:22,
337:1, 337:2, 337:3,
337:12, 337:20,
337:25, 352:23,
353:1, 362:2, 362:3,
362:5, 362:6,
362:20, 363:3

---

# O

**oath** [1] - 326:22

**object** [3] - 314:10,
342:11, 342:18
**objection** [40] - 287:4,
287:5, 302:18,
302:20, 308:14,
309:14, 309:16,
310:7, 314:13,
315:8, 321:13,
327:15, 331:4,
341:14, 341:17,
341:22, 343:13,
343:14, 347:12,
347:13, 353:3,
353:4, 417:24,
418:1, 423:2, 423:4,
427:5, 430:24,
431:1, 433:6,
445:19, 446:17,
446:18, 457:1,
496:18, 496:19,
522:5, 522:6,
530:23, 531:6
**objective** [2] - 554:1,
557:20
**obligated** [1] - 469:23
**observation** [1] -
527:2
**observational** [2] -
383:14, 387:23
**observations** [1] -
395:22
**observed** [8] - 391:20,
392:8, 395:17,
437:2, 478:1, 502:4,
507:19, 533:3
**observing** [1] - 392:4
**obstructive** [9] -
314:20, 315:4,
315:15, 319:12,
366:9, 366:12,
377:22, 377:23,
464:22
**Obstructive** [1] -
295:8
**obtained** [4] - 386:10,
475:16, 490:2, 490:3
**obvious** [10] - 276:22,
277:16, 444:3,
450:1, 472:1,
472:19, 474:12,
478:16, 482:22,
492:8
**obviously** [7] -
300:17, 300:20,
457:17, 538:12,
543:7, 543:16, 547:2
**obviousness** [12] -
276:6, 276:15,
278:13, 444:8,
492:17, 523:11,

537:21, 543:15,
543:22, 554:7,
555:4, 555:17
**occur** [2] - 435:15,
473:13
**occurred** [1] - 316:22
**occurring** [2] -
527:13, 527:14
**October** [6] - 368:11,
370:8, 370:14,
371:2, 402:10,
418:17
**OF** [2] - 274:2, 274:9
**off-label** [7] - 286:9,
419:14, 439:21,
442:20, 462:4,
462:10, 469:18
**offense** [1] - 277:6
**offer** [1] - 343:9
**offered** [9] - 278:16,
431:24, 432:11,
491:14, 502:6,
523:3, 523:5,
523:11, 553:24
**offering** [3] - 448:23,
449:4, 523:24
**office** [1] - 351:8
**Office** [9] - 365:7,
425:19, 536:19,
537:15, 537:19,
544:15, 544:16,
544:20, 545:3
**officer** [3] - 281:13,
281:16, 281:20
**Official** [1] - 559:20
**offshoot** [1] - 546:14
**often** [13] - 300:20,
329:18, 336:2,
350:16, 350:20,
366:11, 383:24,
439:3, 483:18,
527:13, 527:14,
546:21, 550:2
**old** [1] - 365:17
**once** [27] - 288:6,
303:16, 329:7,
414:10, 433:21,
522:16
**one** [89] - 276:6,
277:4, 277:23,
278:7, 278:23,
278:24, 278:25,
280:2, 280:4, 280:6,
284:13, 285:18,
287:17, 295:1,
296:10, 297:14,
297:24, 298:2,
306:10, 314:3,
318:25, 323:5,
338:10, 338:12,

341:12, 341:14,
342:8, 349:18,
351:2, 356:6, 357:3,
363:3, 365:3,
365:17, 381:25,
382:1, 382:22,
388:17, 390:17,
400:11, 404:16,
411:16, 411:17,
417:3, 425:9, 426:6,
426:13, 444:23,
448:18, 449:12,
467:20, 473:19,
477:22, 483:3,
485:6, 485:15,
486:8, 489:4,
489:14, 490:11,
493:22, 495:18,
501:10, 508:16,
508:17, 508:23,
511:18, 522:1,
522:17, 522:22,
525:23, 525:24,
526:24, 527:2,
527:8, 532:8,
532:19, 535:3,
538:5, 538:19,
542:6, 545:16,
547:8, 552:24,
553:6, 555:2
**one's** [1] - 532:19
**one-hour** [1] - 527:2
**one-page** [1] - 296:10
**ones** [2] - 331:14,
441:1
**ongoing** [4] - 281:22,
319:15, 342:11,
406:6
**online** [1] - 496:14
**open** [4] - 280:24,
287:21, 299:4,
479:22
**open-label** [1] -
479:22
**opening** [1] - 373:11
**operations** [1] -
304:17
**opine** [2] - 457:3,
536:21
**opined** [4] - 278:19,
473:11, 512:11,
512:20
**opinion** [99] - 276:21,
308:25, 315:12,
376:21, 377:2,
380:6, 382:18,
401:6, 432:3,
434:18, 434:20,
434:25, 435:5,
435:6, 437:21,

438:6, 438:10,
441:24, 443:16,
444:13, 448:14,
449:24, 451:9,
452:10, 454:19,
454:24, 456:5,
460:15, 461:15,
461:20, 462:14,
462:20, 463:5,
464:5, 465:1,
465:15, 468:17,
470:6, 471:16,
471:22, 472:1,
472:15, 472:18,
473:16, 474:7,
474:12, 476:9,
476:16, 478:15,
481:22, 482:5,
482:21, 484:13,
484:16, 485:4,
485:15, 492:7,
493:16, 495:21,
498:17, 498:22,
500:16, 501:9,
501:12, 503:19,
503:22, 504:9,
504:13, 505:13,
507:1, 508:2, 509:1,
510:6, 510:10,
511:5, 511:15,
511:21, 512:7,
512:15, 512:25,
514:7, 514:11,
514:12, 515:5,
516:5, 516:8, 520:8,
520:20, 520:22,
520:24, 521:7,
521:10, 521:18,
523:5, 532:17,
537:25, 538:2,
538:4, 543:9
**opinions** [42] -
431:22, 431:24,
432:11, 432:24,
434:22, 439:4,
443:15, 444:8,
444:10, 445:14,
446:13, 447:7,
448:23, 449:4,
450:3, 453:7, 455:5,
456:19, 459:5,
460:13, 461:19,
462:5, 462:7,
463:19, 475:5,
493:3, 495:20,
497:17, 501:18,
502:7, 502:9,
504:15, 513:13,
518:19, 519:15,
523:3, 523:11,
523:24, 524:23,

537:21, 542:10,
543:15
**opportunities** [1] -
336:6
**Opportunity** [1] -
366:19
**opportunity** [3] -
299:9, 382:8, 410:13
**opposite** [1] - 513:4
**optimism** [1] - 513:4
**optimized** [1] - 374:7
**option** [3] - 358:2,
358:4
**oral** [5] - 310:4,
310:14, 330:3,
394:15, 442:11
**Orange** [2] - 429:17,
429:23
**order** [3] - 276:5,
276:11, 278:2
**ordered** [1] - 288:11
**orders** [2] - 278:12,
278:23
**organs** [1] - 372:24
**original** [4] - 349:15,
402:10, 429:24,
532:16
**orphan** [2] - 408:11,
408:21
**otherwise** [3] -
336:13, 373:11,
558:16
**ought** [2] - 296:23,
549:22
**outcome** [8] - 492:19,
497:21, 501:6,
504:10, 506:18,
506:21, 539:12,
540:2
**outcomes** [10] -
298:22, 361:12,
502:3, 505:14,
506:11, 507:2,
508:3, 509:3, 511:6,
512:1
**outlined** [1] - 469:20
**outlining** [1] - 443:19
**outpatients** [1] - 551:3
**outside** [3] - 351:8,
457:2, 530:20
**overall** [5] - 313:17,
315:3, 328:3,
328:12, 468:9
**overjoyed** [1] - 414:21
**overlap** [7] - 376:23,
376:24, 382:21,
401:4, 412:20,
461:6, 461:12
**overlaps** [2] - 376:21,
377:1

**override** [3] - 373:8,
374:10, 374:12
**overriding** [1] - 373:3
**overrule** [2] - 310:11,
314:13
**overruled** [4] - 307:16,
308:15, 331:6,
530:23
**oversaw** [1] - 304:19
**own** [5] - 318:13,
426:12, 431:17,
471:21, 558:2
**owner** [2] - 424:5,
460:1
**owner's** [1] - 424:12,
425:15
**ox** [1] - 549:16
**oxygen** [6] - 330:14,
330:20, 373:13,
395:5, 483:17, 550:2
**oxygenation** [5] -
373:5, 396:7,
396:11, 484:2,
550:11

**P**

**p-value** [12] - 416:7,
416:17, 490:7,
539:10, 539:13,
540:4, 548:19,
548:22, 548:24,
549:12, 551:18,
552:1
**p-values** [2] - 517:7,
518:8
**p.m** [1] - 559:10
**page** [115] - 282:19,
282:21, 283:3,
288:9, 288:15,
288:22, 289:4,
292:9, 294:4,
295:20, 296:10,
306:16, 306:18,
307:13, 307:14,
309:2, 310:1, 321:4,
322:11, 322:20,
326:20, 328:16,
328:25, 329:6,
329:7, 343:21,
344:22, 348:6,
348:18, 366:16,
367:8, 368:10,
370:13, 372:6,
381:2, 382:13,
382:24, 383:13,
384:1, 384:14,
385:1, 385:25,
386:9, 386:19,
387:19, 391:1,

393:21, 394:22,
395:11, 395:15,
398:16, 402:13,
403:8, 407:9,
407:20, 410:21,
411:19, 424:15,
428:24, 429:4,
442:5, 445:2,
452:14, 453:18,
460:22, 461:9,
463:22, 464:17,
466:2, 466:11,
467:1, 467:21,
469:5, 469:9,
470:18, 475:10,
479:19, 483:5,
486:2, 486:20,
489:13, 496:10,
496:23, 502:16,
505:2, 506:2,
506:10, 507:11,
507:22, 508:15,
508:19, 509:11,
510:1, 525:14,
525:15, 529:2,
530:8, 530:10,
537:6, 537:9,
543:19, 544:4,
544:7, 544:25,
545:20, 551:13
**pages** [5] - 426:21,
491:11, 498:24,
498:25, 537:11
**PAH** [40] - 282:16,
291:19, 292:1,
294:10, 294:15,
299:8, 317:20,
318:5, 318:25,
322:24, 323:7,
323:11, 329:4,
329:8, 329:10,
333:3, 335:1,
338:10, 339:1,
339:15, 339:18,
339:21, 347:7,
348:11, 353:2,
353:19, 355:16,
356:4, 360:4,
376:10, 404:10,
411:16, 412:1,
412:6, 412:25,
413:4, 429:7,
434:18, 440:14,
466:9
**PAH-ILD** [1] - 318:25
**PAH-specific** [2] -
294:10, 294:15
**paid** [5] - 361:22,
363:11, 381:19,
413:22, 422:2

**PAP** [3] - 395:18, 437:12, 531:16
**paper** [67] - 290:25, 291:3, 291:13, 292:14, 293:7, 293:11, 293:15, 293:17, 293:18, 293:19, 293:21, 294:7, 294:19, 295:15, 296:17, 297:12, 301:1, 341:9, 342:21, 345:24, 346:2, 346:10, 348:3, 348:15, 349:18, 353:7, 357:6, 360:3, 360:6, 360:9, 361:20, 362:19, 363:7, 363:15, 370:17, 370:21, 387:5, 387:16, 387:19, 391:14, 395:13, 397:23, 398:2, 403:24, 405:18, 407:10, 407:21, 442:1, 444:19, 444:20, 444:23, 444:25, 446:24, 447:24, 463:16, 463:18, 464:24, 465:22, 466:20, 476:7, 479:21, 484:8, 491:7, 492:2, 545:1, 547:18, 547:19
**papers** [4] - 293:14, 294:2, 479:4, 524:4
**paperwork** [1] - 352:24
**parachutes** [1] - 354:16
**paragraph** [19] - 289:17, 290:14, 292:11, 292:23, 294:25, 296:10, 296:17, 297:1, 305:22, 389:7, 391:3, 394:25, 395:16, 402:17, 407:11, 429:6, 429:10, 457:6, 479:5
**paragraphs** [2] - 457:19, 457:23
**parameter** [1] - 346:9
**parameters** [8] - 346:10, 348:15, 467:22, 467:24, 525:3, 533:7, 542:19, 552:19
**Parenchymal** [2] -

295:9, 402:2
**parenchymal** [4] - 296:2, 299:2, 299:11, 402:4
**parenchymally** [1] - 300:23
**parenteral** [12] - 309:22, 309:25, 310:17, 330:3, 395:2, 409:21, 446:25, 447:25, 493:25, 494:9, 495:4, 495:6
**parenterally** [1] - 479:17
**parenthetical** [1] - 527:13
**Parikh** [18] - 342:5, 343:5, 344:3, 344:25, 345:9, 345:13, 346:10, 346:15, 360:3, 360:8, 465:22, 466:4, 466:20, 467:15, 467:18, 468:5, 468:13, 468:16
**part** [21] - 280:6, 284:7, 293:18, 315:11, 332:14, 339:12, 358:19, 377:19, 400:18, 413:24, 415:3, 424:1, 430:2, 435:9, 450:17, 454:19, 471:9, 519:11, 520:4, 548:7, 553:1
**participant** [1] - 283:19
**participants** [1] - 469:5
**participate** [1] - 400:21
**participated** [3] - 381:23, 503:2, 503:9
**participating** [1] - 282:24
**particular** [7] - 289:10, 298:3, 321:22, 387:2, 420:12, 439:2, 451:15
**particularly** [4] - 284:22, 296:22, 298:15, 420:9
**parties** [1] - 554:8
**parties'** [1] - 554:4
**parts** [1] - 280:7
**party** [1] - 303:4
**pass** [3] - 310:20, 321:1, 410:8

**passage** [1] - 525:14
**past** [2] - 286:13, 316:5
**pasted** [1] - 368:14
**patent** [136] - 276:16, 276:22, 277:3, 365:3, 365:7, 365:10, 423:12, 423:24, 424:5, 424:12, 424:19, 424:22, 425:2, 425:6, 425:10, 425:15, 425:20, 429:17, 429:19, 429:20, 429:21, 430:13, 435:19, 436:3, 436:8, 437:23, 443:9, 443:13, 443:17, 444:1, 444:8, 445:14, 446:11, 446:12, 446:16, 447:9, 447:15, 447:19, 448:3, 448:16, 449:2, 449:25, 454:21, 456:9, 456:13, 456:14, 456:22, 456:25, 457:13, 458:5, 458:7, 458:11, 458:14, 458:16, 458:24, 459:16, 460:1, 460:9, 460:18, 460:19, 461:4, 461:7, 461:12, 461:13, 461:16, 461:22, 463:5, 467:16, 472:2, 472:19, 474:5, 474:13, 475:11, 475:12, 475:16, 475:17, 476:11, 476:20, 477:6, 477:15, 478:16, 479:4, 482:6, 482:23, 483:6, 488:16, 488:23, 489:16, 492:8, 494:25, 495:5, 495:14, 498:10, 498:15, 500:18, 502:6, 504:3, 504:11, 505:15, 507:3, 508:4, 509:3, 510:12, 510:18, 511:3, 511:7, 512:13, 514:14, 515:3, 515:21, 518:15, 518:16, 519:14, 521:18,

523:6, 523:12, 523:16, 533:25, 534:8, 535:12, 536:16, 537:7, 537:16, 537:19, 537:20, 543:16, 543:24, 544:1, 544:6, 544:7, 544:11, 544:17, 544:19, 545:4, 556:12
**Patent** [10] - 365:7, 425:19, 429:21, 536:19, 537:15, 537:19, 544:15, 544:16, 544:20, 545:3
**patent's** [2] - 460:13, 465:2
**patents** [9] - 429:20, 429:22, 430:3, 430:12, 430:14, 430:15, 430:18, 458:7
**pathogenesis** [1] - 376:17
**pathogens** [1] - 376:13
**pathology** [1] - 376:22
**pathophysiology** [2] - 376:14, 376:17
**patient** [115] - 316:23, 317:18, 318:3, 349:19, 349:23, 350:13, 350:20, 350:22, 350:25, 351:12, 351:18, 353:11, 355:20, 355:23, 356:2, 362:1, 362:17, 376:5, 376:9, 376:19, 377:17, 380:4, 380:8, 381:18, 382:15, 382:19, 387:1, 389:2, 410:10, 413:24, 419:20, 420:4, 422:1, 422:2, 433:21, 433:22, 433:23, 434:4, 435:21, 435:25, 441:10, 447:22, 448:9, 448:11, 449:6, 449:10, 449:15, 451:4, 451:17, 452:8, 453:1, 469:22, 469:23, 469:24, 471:6, 473:1, 476:5, 478:22, 479:12,

480:6, 480:9, 480:14, 480:16, 480:17, 480:22, 483:15, 484:22, 486:19, 487:6, 487:8, 487:23, 490:13, 495:17, 497:20, 498:17, 498:19, 499:5, 499:6, 499:8, 499:20, 500:14, 501:1, 501:3, 502:2, 503:9, 503:10, 505:23, 506:6, 507:9, 507:15, 509:9, 509:16, 513:22, 514:4, 514:17, 516:1, 516:19, 517:16, 517:17, 521:13, 524:20, 524:21, 524:22, 525:1, 529:1, 532:7, 533:1, 538:19, 539:24, 542:2, 547:23, 552:4, 552:10
**patient-reported** [1] - 449:15
**patients** [393] - 280:13, 284:10, 284:13, 285:1, 285:3, 285:6, 285:11, 285:16, 286:18, 290:15, 292:18, 297:9, 298:13, 299:1, 307:1, 307:7, 313:2, 313:13, 313:14, 313:16, 313:19, 313:20, 313:22, 313:23, 314:15, 316:21, 317:12, 317:20, 318:24, 319:14, 319:16, 319:18, 321:18, 321:21, 322:1, 322:13, 322:14, 323:11, 326:8, 326:13, 327:3, 327:23, 328:1, 328:9, 328:19, 328:21, 329:9, 329:12, 329:20, 330:25, 331:1, 331:10, 331:17, 331:23, 332:4, 332:5, 332:11, 332:15, 332:16, 332:19, 333:2, 333:7, 333:11, 333:13, 334:20,

334:22, 335:15, 336:5, 336:6, 336:10, 336:20, 337:4, 337:7, 337:10, 337:15, 337:16, 337:23, 339:9, 339:22, 340:14, 340:16, 340:21, 340:25, 341:5, 341:10, 344:2, 344:16, 344:17, 344:19, 344:25, 345:3, 345:14, 345:19, 345:21, 346:15, 346:20, 346:21, 346:23, 346:24, 346:25, 348:7, 348:9, 348:10, 348:22, 348:24, 349:1, 349:25, 350:2, 350:6, 350:10, 350:16, 351:4, 351:8, 351:10, 353:15, 353:17, 353:23, 354:18, 355:7, 355:11, 355:13, 355:18, 356:15, 356:16, 356:23, 357:1, 357:19, 358:1, 358:11, 358:20, 358:24, 359:4, 359:5, 359:7, 359:11, 359:18, 359:23, 360:4, 360:7, 360:11, 360:21, 360:23, 361:1, 361:5, 361:8, 361:11, 361:14, 361:17, 362:5, 362:12, 362:21, 363:1, 363:12, 363:16, 369:17, 370:2, 371:6, 371:15, 371:18, 371:21, 371:22, 374:17, 374:23, 374:24, 375:3, 375:9, 375:16, 376:3, 376:10, 377:5, 377:9, 377:13, 377:21, 378:5, 378:19, 379:12, 379:25, 380:1, 380:15, 380:17, 381:5, 382:9, 382:25, 383:3, 383:5, 383:9, 383:10, 383:15, 384:3, 384:7,

384:15, 384:16, 385:4, 385:8, 385:11, 385:15, 385:19, 386:1, 386:7, 386:11, 386:16, 386:17, 387:23, 388:5, 388:9, 388:14, 388:25, 389:14, 389:18, 390:2, 390:5, 390:13, 391:3, 391:6, 391:7, 391:15, 392:21, 394:8, 394:14, 394:20, 395:16, 399:19, 402:19, 406:12, 407:14, 409:8, 410:14, 413:17, 414:4, 414:6, 415:4, 415:9, 415:17, 415:21, 416:8, 416:18, 419:22, 422:7, 426:1, 432:6, 434:17, 434:18, 435:2, 436:16, 436:24, 437:2, 437:9, 437:11, 437:14, 437:18, 437:21, 438:13, 438:14, 438:17, 438:22, 438:25, 439:1, 439:3, 439:7, 439:14, 439:25, 440:2, 440:7, 440:8, 440:12, 441:6, 441:8, 442:20, 447:13, 450:9, 450:21, 451:14, 451:23, 452:16, 452:24, 453:11, 453:13, 453:21, 453:23, 453:24, 454:9, 454:11, 454:17, 454:19, 454:21, 454:25, 458:12, 458:15, 459:1, 460:14, 462:1, 462:5, 462:24, 462:25, 463:10, 464:1, 464:7, 464:8, 464:9, 464:18, 464:19, 464:20, 465:6, 465:7, 466:6, 466:8, 466:13, 466:14, 466:16, 466:18, 466:21, 466:23, 467:3, 467:10, 467:19, 467:24, 468:5, 468:13,

469:19, 470:4, 470:8, 470:24, 472:10, 472:12, 473:7, 476:21, 477:7, 477:16, 478:2, 478:8, 479:7, 479:10, 479:23, 480:1, 480:24, 485:10, 487:7, 487:11, 491:23, 497:3, 497:12, 501:14, 501:23, 502:24, 503:2, 503:25, 504:24, 505:11, 511:11, 511:19, 511:23, 511:25, 512:8, 513:11, 516:22, 518:23, 519:11, 519:12, 519:19, 519:21, 520:3, 520:4, 521:12, 521:21, 524:12, 524:17, 532:16, 538:20, 539:7, 546:1, 546:11, 546:12, 546:13, 547:5, 547:7, 547:15, 547:20, 547:21, 548:12, 549:25, 552:17, 552:22, 553:1, 553:9, 557:23
**Patients** [1] - 366:20
**patients'** [4] - 313:24, 360:5, 454:2, 473:12
**patted** [1] - 400:12
**pattern** [1] - 466:19
**patterns** [1] - 442:19
**pause** [2] - 301:16, 301:18
**paused** [2] - 301:14, 336:15
**pay** [4] - 336:25, 381:6, 469:23, 550:13
**payers** [3] - 421:20, 422:1, 469:22
**PDX** [1] - 440:19
**peak** [1] - 506:19
**peer** [5] - 291:3, 293:11, 297:19, 297:23, 298:5
**peer-reviewed** [5] - 291:3, 293:11, 297:19, 297:23, 298:5
**pendency** [1] - 429:7
**people** [19] - 285:4, 300:12, 300:21,

300:22, 332:16, 336:3, 347:1, 367:20, 367:25, 369:3, 396:6, 398:25, 399:1, 399:5, 415:18, 415:23, 539:11, 557:11, 557:12
**per** [35] - 278:24, 334:18, 345:4, 345:5, 345:7, 352:8, 379:7, 389:20, 390:9, 390:15, 411:23, 412:12, 439:8, 449:23, 456:4, 478:23, 481:4, 481:6, 507:9, 507:16, 507:21, 526:6, 526:11, 533:25, 534:4, 534:7, 534:13, 534:15, 535:6, 535:11, 535:17, 536:3, 536:9, 536:14
**percent** [83] - 322:6, 322:7, 348:13, 383:4, 383:9, 392:17, 392:19, 393:1, 406:16, 486:23, 487:1, 487:5, 487:22, 487:24, 488:2, 488:13, 488:14, 488:18, 488:19, 488:20, 488:23, 488:24, 488:25, 489:1, 489:7, 489:9, 489:17, 489:20, 489:21, 490:1, 490:5, 490:9, 490:12, 490:17, 490:23, 491:1, 491:6, 491:8, 509:15, 509:21, 509:22, 509:23, 510:8, 514:23, 514:24, 515:12, 516:2, 516:9, 516:14, 516:16, 521:1, 521:5, 524:11, 530:5, 531:23, 539:12, 539:15, 539:17, 539:18, 540:5, 540:7, 540:9, 549:2, 549:7, 549:8, 550:1, 550:4, 550:6, 551:25, 552:3, 552:7, 552:8, 552:9
**percentage** [1] - 383:8
**percentages** [1] -

487:22
**PERFECT** [13] - 319:4, 319:8, 319:11, 319:25, 320:2, 320:11, 406:2, 441:2, 441:8, 441:12, 441:17, 442:6, 453:2
**performed** [1] - 491:22
**perfusing** [1] - 374:14
**Perfusion** [1] - 397:12
**perfusion** [6] - 291:8, 373:6, 373:12, 373:14, 373:20, 397:17
**perhaps** [3] - 286:12, 332:15, 394:19
**period** [7] - 348:25, 352:2, 374:25, 384:7, 386:3, 389:11, 527:2
**periodically** [1] - 351:3
**periods** [1] - 348:23
**permission** [1] - 554:5
**permitted** [1] - 404:16
**person** [6] - 375:25, 487:25, 514:25, 538:5, 550:23, 557:1
**person's** [2] - 547:10, 547:14
**personal** [3] - 360:7, 360:8, 360:13
**personally** [2] - 419:13, 419:16
**perspective** [1] - 280:24
**pertaining** [2] - 523:6, 529:9
**pertains** [1] - 523:9
**Peter** [4] - 408:6, 410:3, 410:6, 556:8
**petrified** [2] - 414:25, 415:1
**PF** [2] - 296:21, 479:10
**PH** [347] - 280:13, 284:13, 284:16, 284:18, 284:23, 285:1, 285:4, 285:11, 285:16, 286:2, 286:5, 286:9, 286:21, 289:15, 290:2, 290:3, 290:12, 290:20, 291:6, 291:20, 291:21, 292:2, 292:16, 292:18, 292:19, 292:23,

292:25, 293:1, 295:3, 295:25, 296:22, 297:9, 298:11, 298:17, 299:6, 299:14, 299:21, 299:22, 300:6, 300:9, 300:24, 306:4, 306:7, 306:8, 306:9, 306:19, 307:1, 307:22, 308:8, 308:12, 308:20, 308:24, 309:5, 309:7, 309:10, 309:11, 309:22, 310:5, 310:15, 310:17, 311:21, 312:10, 312:22, 314:22, 314:23, 314:25, 317:2, 317:18, 319:1, 319:3, 319:9, 322:14, 322:24, 325:20, 325:22, 325:25, 326:7, 326:8, 326:13, 326:14, 326:15, 327:4, 327:9, 327:10, 327:11, 327:22, 328:8, 328:19, 329:9, 329:11, 329:12, 329:16, 329:20, 330:25, 331:9, 332:4, 332:11, 332:19, 333:1, 333:11, 333:17, 334:20, 334:23, 335:15, 335:21, 336:5, 336:11, 336:17, 336:20, 336:22, 337:3, 337:5, 337:10, 337:16, 337:23, 338:16, 339:1, 339:6, 339:14, 339:18, 339:21, 339:22, 340:14, 340:15, 340:21, 341:1, 344:5, 344:16, 344:19, 344:24, 345:14, 345:19, 345:20, 346:20, 346:21, 346:23, 346:24, 347:3, 347:4, 347:6, 347:8, 349:19, 350:1, 350:3, 350:7, 350:10, 350:17, 350:21, 350:25, 351:8, 351:18,

353:2, 353:7, 353:12, 353:15, 353:18, 353:23, 354:7, 354:10, 354:21, 355:8, 355:12, 356:15, 357:1, 358:1, 358:10, 358:19, 358:24, 359:7, 359:18, 359:24, 360:22, 361:21, 361:25, 362:1, 362:3, 362:11, 362:20, 363:8, 365:21, 365:24, 366:3, 366:10, 366:13, 366:20, 369:14, 370:2, 370:4, 370:6, 377:5, 378:2, 381:11, 383:9, 385:16, 386:17, 389:10, 391:9, 391:10, 394:20, 395:2, 402:19, 403:5, 404:6, 404:12, 404:23, 406:2, 406:12, 409:9, 410:24, 411:17, 412:2, 412:6, 412:25, 413:2, 413:4, 413:10, 413:17, 413:18, 413:20, 413:21, 414:3, 414:4, 414:10, 414:15, 415:9, 415:17, 415:20, 416:8, 416:18, 419:11, 419:12, 419:15, 419:18, 420:8, 420:11, 421:11, 423:13, 430:8, 430:12, 430:16, 431:15, 431:18, 432:6, 433:16, 433:19, 433:21, 433:22, 433:23, 433:24, 434:9, 434:11, 434:17, 435:3, 435:10, 435:11, 435:15, 435:16, 435:17, 435:21, 435:24, 437:15, 437:22, 438:21, 438:24, 439:1, 439:14, 439:17, 439:22, 439:25, 440:2, 441:6, 441:8, 441:11, 442:20,

443:4, 447:13, 448:12, 450:9, 450:21, 451:16, 452:16, 452:24, 453:24, 454:2, 454:8, 454:19, 454:25, 458:12, 458:15, 459:1, 459:10, 459:13, 459:17, 460:10, 460:14, 462:5, 462:10, 463:1, 463:10, 464:7, 464:8, 464:18, 464:19, 464:21, 465:12, 466:9, 466:13, 467:19, 470:7, 472:12, 476:21, 477:7, 477:16, 478:8, 479:7, 479:11, 479:12, 479:23, 480:20, 495:17, 497:3, 504:24, 505:11, 510:25, 512:22, 513:11, 514:4, 516:22, 516:24, 521:12, 521:20, 524:2, 542:3, 546:12

**PH-COPD** [9] - 290:3, 299:22, 314:22, 319:1, 319:3, 319:9, 406:2, 406:12, 441:11

**PH-CPFE** [1] - 454:19

**PH-ILD** [243] - 280:13, 284:13, 284:16, 284:18, 284:23, 285:1, 285:4, 285:11, 285:16, 286:2, 286:5, 286:9, 286:21, 289:15, 290:2, 290:12, 290:20, 292:2, 292:23, 293:1, 297:9, 298:11, 298:17, 299:6, 299:14, 299:21, 300:6, 300:9, 300:24, 306:4, 306:7, 306:9, 306:19, 308:8, 308:12, 308:20, 308:24, 309:5, 309:7, 309:11, 309:22, 310:5, 310:15, 310:17, 314:25, 319:3, 319:9, 322:14, 322:24, 325:20,

325:22, 325:25, 326:8, 326:14, 327:22, 328:8, 328:19, 329:9, 329:11, 329:12, 329:20, 330:25, 331:9, 332:4, 332:11, 332:19, 333:1, 333:11, 333:17, 334:20, 334:23, 335:15, 336:5, 336:11, 336:17, 336:20, 337:3, 337:5, 337:10, 337:16, 337:23, 338:16, 339:1, 339:6, 340:14, 340:15, 340:21, 341:1, 344:16, 344:19, 344:24, 345:14, 345:19, 345:20, 346:20, 346:23, 347:4, 347:6, 347:8, 349:19, 353:7, 353:12, 353:15, 355:8, 355:12, 356:15, 357:1, 358:1, 358:10, 358:19, 358:24, 359:7, 359:18, 359:24, 360:22, 361:21, 362:1, 362:11, 362:20, 363:8, 365:24, 366:3, 366:10, 366:13, 369:14, 370:2, 370:4, 370:6, 378:2, 383:9, 385:16, 386:17, 394:20, 404:6, 404:12, 404:23, 411:17, 412:2, 412:6, 412:25, 413:2, 413:4, 413:10, 413:17, 413:18, 413:20, 413:21, 414:3, 414:4, 414:10, 414:15, 415:9, 415:17, 415:20, 416:8, 416:18, 419:11, 419:12, 419:15, 419:18, 420:8, 420:11, 421:11, 423:13, 430:8, 430:12, 430:16, 431:15, 431:18, 433:16,

433:21, 433:23, 433:24, 434:11, 434:17, 435:10, 435:15, 435:17, 435:21, 435:24, 438:21, 438:24, 439:14, 439:17, 439:22, 439:25, 440:2, 441:6, 441:8, 442:20, 443:4, 447:13, 448:12, 450:21, 451:16, 452:16, 452:24, 453:24, 454:2, 454:8, 454:25, 458:12, 458:15, 459:1, 459:10, 459:17, 460:10, 460:14, 462:5, 462:10, 463:1, 463:10, 464:8, 464:19, 464:21, 466:13, 467:19, 470:7, 472:12, 476:21, 477:7, 477:16, 479:7, 479:12, 479:23, 480:20, 495:17, 497:3, 505:11, 510:25, 512:22, 513:11, 514:4, 516:22, 516:24, 521:12, 521:20, 524:2, 542:3

**PH-specific** [4] - 291:6, 292:19, 295:25, 389:10

**PH-targeted** [1] - 296:22

**Ph.D** [2] - 398:19

**pharmacotherapy** [2] - 292:16, 295:3

**pharmacy** [3] - 311:6, 362:4, 362:10

**Phase** [2] - 399:13, 493:13

**phaware** [1] - 289:1

**Phelps** [1] - 428:24

**phenotype** [2] - 296:21, 479:11

**Phil** [1] - 279:13

**PHILLIP** [1] - 275:7

**Phillip** [1] - 302:25

**phosphodiesterase** [1] - 294:11

**phrase** [1] - 385:21

**physical** [2] - 350:14, 486:18

**physician** [4] - 311:5, 364:7, 365:18, 420:4

507:14
**played** [3] - 419:1, 423:16, 428:4
**PLCH** [1] - 291:21
**PLCO** [1] - 530:5
**pleasantly** [1] - 320:25
**plenty** [2] - 472:15, 556:24
**plod** [1] - 358:8
**plus** [21] - 278:12, 278:13, 278:15, 278:19, 278:20, 278:21, 279:1, 380:24, 432:5, 520:1, 549:19, 550:15, 550:16, 550:18
**pneumonia** [2] - 518:24, 519:19
**pneumonias** [1] - 393:23
**podcast** [6] - 288:2, 288:10, 288:14, 288:19, 288:22, 289:2
**point** [18] - 285:20, 292:14, 298:7, 304:15, 321:7, 321:8, 332:3, 333:10, 333:14, 400:2, 400:20, 420:10, 426:20, 493:22, 500:7, 534:19, 553:23, 557:4
**pointed** [2] - 528:12, 542:12
**points** [1] - 550:4
**poor** [1] - 383:20
**poorly** [3] - 291:6, 383:23, 383:24
**population** [51] - 314:22, 315:5, 315:15, 317:18, 318:3, 376:5, 376:9, 376:20, 387:1, 389:2, 406:18, 410:10, 415:12, 415:13, 441:10, 447:22, 448:10, 448:11, 448:12, 453:1, 467:1, 480:9, 480:14, 480:16, 480:17, 497:21, 498:18, 498:19, 500:14, 503:10, 510:25, 514:5, 515:16, 515:18, 515:19, 516:19, 516:21, 516:22,

Physicians [1] - 282:16
physicians [14] - 283:5, 284:10, 415:19, 416:1, 416:3, 419:19, 419:21, 421:25, 439:16, 439:19, 451:16, 462:9, 462:17, 469:21
physiologies [1] - 366:7
physiology [3] - 376:13, 376:17, 552:14
pick [1] - 356:18
picked [1] - 489:14
picograms [3] - 352:8, 359:19, 478:22, 481:4, 481:6, 507:9, 507:16, 507:21
piece [3] - 353:6, 363:7, 363:14
pieces [1] - 357:12
pilot [8] - 317:11, 323:9, 354:8, 354:21, 358:6, 407:12, 470:20, 470:22
place [1] - 558:11
Placebo [1] - 401:25
placebo [19] - 313:4, 316:10, 393:25, 415:5, 415:6, 416:11, 416:21, 422:7, 491:4, 493:5, 493:17, 497:2, 517:6, 517:15, 517:18, 519:7, 526:23, 527:12, 545:13
placebo-controlled [4] - 415:5, 416:11, 416:21, 497:2
Placebo-Controlled [1] - 401:25
Plaintiff [2] - 274:4, 274:25
plaintiff [1] - 279:11
plaintiff's [1] - 440:20
Plaintiff's [2] - 287:6, 302:21
plaintiffs [4] - 280:16, 287:12, 364:17, 417:8
plan [1] - 279:14
planning [2] - 285:23, 558:2
plans [1] - 305:17
plasma [2] - 507:8,

516:23, 516:25, 518:22, 518:25, 519:1, 519:9, 525:1, 529:1, 533:1, 539:24, 542:14, 553:2
Population [2] - 344:23, 387:20
populations [3] - 315:16, 495:17, 532:7
portable [1] - 390:20
portion [11] - 369:22, 369:23, 410:11, 421:19, 421:23, 422:3, 422:10, 463:23, 529:3, 548:6, 555:24
POSA [34] - 431:25, 432:3, 432:10, 433:15, 441:12, 443:11, 444:11, 447:18, 448:2, 448:7, 448:15, 451:10, 461:21, 464:4, 471:22, 472:7, 472:16, 473:24, 474:3, 476:9, 477:4, 477:13, 477:22, 482:5, 482:10, 485:5, 486:8, 492:13, 493:15, 493:24, 494:8, 495:3, 495:12, 521:11
POSA's [3] - 468:17, 470:6, 471:17
POSAs [2] - 471:22, 492:22
position [3] - 304:14, 419:8, 502:2
positive [20] - 320:9, 320:25, 327:24, 327:25, 328:1, 328:5, 328:11, 328:12, 328:21, 351:23, 539:8, 539:10, 540:2, 540:20, 541:15, 541:21, 542:1, 542:20, 544:2
possessed [2] - 520:21, 521:7
possession [2] - 520:25, 521:19
possible [4] - 293:24, 353:1, 540:21, 549:9
possibly [1] - 329:11
post [1] - 388:17

posted [1] - 496:14
poster [4] - 367:19, 367:22, 368:5, 368:21
potential [5] - 307:6, 307:24, 317:2, 495:11, 500:13
potentially [5] - 315:7, 382:15, 395:25, 495:9, 546:24
powder [15] - 280:25, 428:16, 474:24, 475:8, 475:13, 475:17, 475:22, 476:1, 476:11, 476:13, 477:6, 477:14, 477:20, 477:22
powered [1] - 442:3
PowerPoint [1] - 312:9
practical [1] - 556:21
practice [6] - 340:13, 340:15, 377:14, 413:12, 423:24, 500:19
practices [1] - 431:18
practicing [5] - 351:12, 365:18, 423:20, 423:23, 497:22
practitioner [2] - 362:2, 362:6
pre [2] - 422:18, 422:20
pre-approval [2] - 422:18, 422:20
precapillary [7] - 317:20, 322:24, 323:6, 323:11, 434:1, 434:4, 480:21
precedes [1] - 540:24
precluded [1] - 546:25
predict [1] - 533:4
predicted [41] - 392:17, 392:19, 393:1, 406:16, 486:23, 487:2, 487:5, 487:19, 487:22, 487:24, 488:2, 488:7, 488:13, 488:19, 488:21, 488:25, 489:1, 489:8, 489:17, 489:18, 490:17, 490:24, 491:8, 509:15, 509:24, 510:8, 514:23, 514:24, 514:25, 515:12,

516:3, 516:9, 516:16, 521:1, 521:5, 549:2, 549:7, 549:8, 551:25
predictive [1] - 320:13
predominantly [2] - 346:21, 346:24
prefer [1] - 311:11
prejudice [3] - 277:25, 279:3, 342:25
preliminary [4] - 309:6, 317:12, 323:10, 409:8
premise [2] - 296:20, 540:1
preparation [2] - 419:5, 429:2
prepare [5] - 401:14, 421:12, 499:23, 554:7, 558:18
prepared [9] - 288:14, 288:16, 368:7, 408:10, 443:19, 451:24, 452:4, 498:2, 522:16
preplanned [1] - 316:21
prescribe [6] - 353:11, 355:19, 355:23, 385:19, 438:19, 438:21
prescribed [9] - 336:10, 336:19, 337:16, 337:18, 351:19, 353:7, 356:3, 358:23, 534:22
prescribing [5] - 285:15, 414:13, 439:24, 442:19, 462:1
prescription [7] - 333:21, 351:15, 361:21, 361:25, 362:15, 362:16, 385:20
prescriptions [2] - 362:3, 362:5
presence [3] - 388:20, 433:25, 434:5
present [10] - 306:24, 307:6, 327:11, 398:21, 398:23, 399:4, 399:6, 455:19, 524:11, 559:16
presentation [19] - 312:9, 312:11, 312:13, 312:18, 312:20, 312:25,

317:14, 318:7, 319:14, 366:18, 367:2, 367:15, 367:18, 367:21, 367:22, 368:5, 368:21, 397:3, 483:13

**presentations** [3] - 366:18, 368:3, 381:22

**presented** [28] - 307:11, 307:20, 311:19, 311:24, 313:18, 315:21, 316:8, 317:24, 318:1, 318:2, 318:10, 366:25, 367:15, 367:24, 368:1, 368:20, 369:2, 372:14, 387:17, 397:8, 398:7, 400:6, 400:17, 402:19, 407:25, 518:16, 525:10, 537:14

**presenting** [3] - 307:3, 397:2, 399:11

**presents** [1] - 524:17

**preserve** [1] - 397:16

**preserving** [3] - 373:19, 374:4, 374:8

**president** [5] - 304:16, 399:9, 418:16, 419:9, 428:12

**press** [2] - 320:17, 320:19

**pressure** [11] - 327:7, 437:6, 437:8, 502:19, 502:20, 502:21, 503:7, 529:10, 529:25, 530:16, 531:13

**pressures** [2] - 503:6, 529:12

**Preston** [1] - 364:4

**PRESTON** [5] - 275:9, 364:3, 364:6, 417:3, 417:6

**presumably** [4] - 277:8, 539:6, 539:12, 555:20

**pretrial** [1] - 557:8

**pretty** [8] - 335:1, 345:16, 358:13, 358:21, 361:6, 415:14, 440:1, 495:6

**prevent** [2] - 397:16, 443:11

**previous** [7] - 287:14, 287:20, 289:17,

294:19, 310:16, 395:1, 466:17

**previously** [8] - 287:20, 298:9, 304:10, 372:5, 397:24, 407:12, 431:24, 470:22

**primarily** [1] - 315:4

**Primary** [1] - 366:20

**primary** [9] - 281:6, 382:10, 423:23, 441:25, 442:2, 505:8, 506:11, 506:18, 506:21

**principal** [1] - 281:21

**print** [1] - 544:5

**printout** [1] - 525:18

**priority** [2] - 457:14, 457:16

**probability** [1] - 539:2

**problem** [8] - 276:1, 277:7, 277:15, 286:14, 289:8, 290:16, 336:2, 392:8

**problems** [1] - 391:23

**proBNP** [26] - 351:6, 352:1, 352:8, 359:14, 359:18, 359:23, 359:25, 361:12, 436:17, 468:14, 478:22, 478:24, 478:25, 481:18, 481:19, 481:23, 482:4, 482:19, 504:21, 507:8, 507:15, 507:25, 535:11, 538:21, 542:5

**Procedure** [1] - 420:18

**proceed** [7] - 303:3, 312:16, 324:10, 431:10, 457:25, 494:22, 522:13

**proceeding** [3] - 365:1, 365:6, 365:14

**proceedings** [6] - 347:21, 365:3, 418:9, 494:18, 559:10, 559:17

**process** [4] - 293:13, 293:16, 350:10, 350:11

**PROCTER** [1] - 274:18

**produced** [2] - 477:1, 481:16

**product** [6] - 283:24, 284:10, 304:16, 305:3, 369:10, 384:12

**production** [15] - 282:1, 282:17, 365:14, 387:9, 396:20, 397:6, 398:13, 403:3, 406:23, 408:3, 408:17, 409:25, 410:19, 411:9, 424:7

**products** [1] - 284:5

**Professional** [2] - 559:14, 559:16

**Professionals** [1] - 281:25

**Prognosis** [1] - 293:4

**program** [1] - 325:3

**programs** [1] - 304:22

**project** [1] - 319:23

**proliferation** [1] - 376:25

**promote** [1] - 422:20

**promoting** [1] - 422:17

**promotion** [2] - 422:18, 422:21

**prompted** [3] - 310:3, 310:13, 400:5

**proof** [1] - 398:15

**properly** [1] - 450:20

**property** [1] - 428:13

**proportion** [15] - 381:7, 381:8, 381:10, 381:11, 381:12, 381:14, 385:21, 385:23, 414:11, 435:3, 435:13, 437:16, 437:22, 519:21

**proportionality** [1] - 435:23

**proposing** [1] - 285:19

**prosecution** [2] - 423:24, 537:15

**prospective** [3] - 313:6, 391:21, 479:22

**prospectively** [7] - 377:12, 377:15, 384:2, 384:15, 385:15, 385:18, 388:9

**Prostacyclin** [2] - 366:19, 366:23

**prostacyclin** [9] - 294:10, 294:15, 294:16, 373:18, 373:24, 374:2, 409:9, 438:16, 443:1

**prostacyclins** [1] - 382:9

**protocol** [86] - 276:15, 285:15, 318:23, 318:24, 401:11, 401:14, 401:16, 402:8, 402:10, 444:3, 495:22, 496:1, 496:3, 496:11, 496:25, 497:18, 497:22, 497:24, 498:5, 498:10, 498:14, 498:18, 499:1, 499:10, 499:11, 499:21, 500:6, 500:17, 500:20, 501:7, 501:9, 501:13, 501:20, 501:23, 503:3, 503:11, 503:20, 504:10, 504:23, 505:13, 505:18, 506:11, 506:13, 507:1, 507:23, 507:25, 508:3, 509:2, 510:1, 510:3, 510:6, 510:10, 510:16, 510:19, 511:6, 511:10, 512:12, 512:21, 525:22, 526:2, 527:5, 527:19, 528:10, 530:25, 531:3, 531:11, 532:16, 532:22, 533:9, 534:9, 534:22, 535:7, 535:12, 536:4, 536:10, 536:14, 536:20, 538:1, 538:5, 538:13, 538:17, 538:21, 540:24, 541:3

**protocols** [3] - 318:25, 528:7, 543:2

**prove** [1] - 277:22, 539:21

**proved** [2] - 299:3, 416:25

**provide** [19] - 323:9, 344:1, 344:24, 346:10, 346:14, 369:19, 369:20, 370:23, 394:12, 394:18, 398:1, 408:12, 425:25, 462:20, 463:5, 472:7, 491:20, 515:12

**provided** [14] - 321:11, 321:21,

358:22, 359:14, 379:21, 390:4, 398:4, 409:4, 410:18, 433:18, 448:20, 472:23, 536:20, 545:15

**provider** [1] - 282:3

**provides** [2] - 465:15, 475:1

**providing** [4] - 317:11, 398:12, 407:3, 551:2

**provisional** [1] - 456:14

**PTAB** [1] - 423:11

**PTX** [25] - 286:25, 287:1, 287:2, 287:6, 287:7, 302:12, 302:13, 302:14, 302:15, 302:16, 302:17, 302:21, 302:22, 302:23, 433:2

**publically** [1] - 469:1

**publication** [28] - 298:8, 298:25, 299:15, 299:16, 299:18, 300:1, 301:3, 301:6, 301:9, 302:7, 302:8, 407:3, 439:5, 445:18, 470:16, 479:14, 496:6, 497:11, 498:6, 500:6, 507:12, 508:20, 509:12, 525:25, 526:1, 526:2, 526:22, 528:13

**publications** [6] - 285:10, 287:14, 299:24, 364:10, 471:20, 544:11

**publish** [1] - 331:21

**published** [25] - 284:17, 293:8, 293:25, 295:17, 296:13, 297:12, 297:15, 300:16, 300:19, 301:25, 302:5, 309:21, 342:7, 343:3, 387:11, 407:1, 432:21, 432:22, 444:25, 445:5, 445:18, 447:5, 496:1, 496:4, 524:2

**puffs** [3] - 438:8, 438:13

**pull** [14] - 305:5, 306:16, 307:12, 309:1, 310:1, 321:3,

346:8, 443:22, 445:8, 452:2, 498:1, 498:12, 498:24, 500:1
**Pulmonary** [14] - 282:15, 290:22, 293:3, 295:7, 295:8, 317:16, 342:2, 366:20, 366:23, 368:16, 389:6, 398:18, 402:2, 436:19
**pulmonary** [98] - 289:6, 289:7, 289:10, 289:22, 290:7, 290:18, 298:16, 298:20, 324:17, 325:3, 327:7, 333:5, 333:7, 338:12, 349:22, 349:24, 365:21, 365:24, 366:14, 367:12, 369:6, 369:7, 370:5, 372:18, 372:22, 373:2, 373:4, 377:3, 381:9, 381:14, 382:9, 382:10, 382:14, 382:16, 382:20, 383:5, 383:11, 385:20, 387:10, 387:24, 391:12, 395:4, 401:5, 406:25, 407:14, 425:7, 425:11, 425:13, 432:16, 432:17, 433:14, 433:25, 434:5, 436:18, 437:5, 437:8, 446:25, 447:1, 449:6, 452:8, 452:22, 454:20, 458:20, 458:22, 459:16, 465:24, 470:24, 479:11, 480:5, 480:21, 497:4, 499:20, 500:11, 501:1, 502:19, 502:20, 503:5, 503:6, 503:14, 503:25, 504:21, 519:20, 524:7, 524:10, 524:14, 524:16, 524:19, 529:12, 529:25, 530:13, 530:16, 530:19, 531:13, 546:12, 547:15
**pulmonology** [1] -

432:4
**pulse** [1] - 549:16
**pulsed** [3] - 474:20, 474:25, 475:8
**pump** [1] - 495:7
**purchase** [2] - 336:20, 336:22
**pure** [1] - 547:2
**purpose** [3] - 372:16, 463:22, 499:3
**purposes** [1] - 276:6
**push** [2] - 486:25, 514:18
**pushing** [2] - 286:13, 422:18
**put** [12] - 353:1, 353:23, 370:17, 410:13, 424:4, 451:5, 451:15, 451:19, 451:20, 451:23, 534:19, 557:20
**putting** [1] - 482:18
**PVD** [1] - 387:24
**PVR** [17] - 385:3, 435:1, 436:22, 436:24, 437:2, 480:5, 480:8, 480:10, 480:14, 480:15, 499:19, 500:7, 501:4, 502:18, 529:6, 529:16, 529:22

## Q

**Q1** [1] - 421:1
**QID** [3] - 404:16, 404:18, 405:10
**QOL** [2] - 371:5, 371:10
**quadrant** [1] - 282:21
**qualify** [1] - 359:12
**quality** [4] - 371:11, 371:16, 486:5, 486:17
**quality-of-life** [1] - 486:17
**quarter** [3] - 418:6, 421:17, 468:24
**questioning** [2] - 342:11, 426:13
**questionnaire** [1] - 486:14
**questions** [20] - 288:7, 297:17, 298:6, 310:25, 311:14, 323:2, 323:14, 348:2, 348:3,

348:14, 351:14, 352:19, 355:2, 360:14, 360:16, 363:18, 367:20, 367:24, 521:23, 535:2
**quickly** [3] - 301:12, 302:2, 416:14
**quite** [5] - 463:17, 468:12, 503:5, 503:7, 553:19
**quote** [3] - 430:18, 430:19, 440:24
**quoted** [1] - 492:18

## R

**race** [1] - 392:21
**RACHEL** [1] - 275:9
**Rachel** [1] - 364:3
**raise** [4] - 341:17, 415:25, 553:22, 557:4
**Rajan** [9] - 279:18, 282:4, 287:9, 287:13, 288:3, 295:11, 295:14, 309:20, 447:3
**Rajeev** [4] - 281:11, 284:22, 295:11, 309:21
**ran** [2] - 538:23, 539:7
**Randomized** [1] - 401:25
**randomized** [23] - 292:3, 318:14, 354:11, 354:13, 354:14, 354:15, 354:17, 354:22, 354:23, 355:1, 356:5, 357:2, 357:4, 357:5, 357:15, 357:25, 358:7, 358:11, 493:17, 497:1, 533:10, 551:1, 551:10
**randomness** [1] - 557:20
**range** [6] - 286:19, 348:12, 435:11, 524:13, 550:1, 550:8
**Rare** [2] - 288:3, 288:10
**rate** [4] - 314:9, 316:6, 322:6, 322:8
**rather** [1] - 277:16
**rationale** [1] - 402:14
**reaction** [1] - 320:21
**reactions** [1] - 415:25

**read** [25] - 278:11, 289:12, 289:24, 292:20, 293:22, 294:13, 296:24, 321:7, 367:25, 373:21, 376:2, 395:20, 405:12, 410:15, 413:1, 424:16, 426:13, 470:21, 537:10, 538:21, 544:22, 550:24, 550:25, 552:24, 553:18
**reading** [1] - 428:23
**readout** [1] - 406:20
**reads** [2] - 407:12, 408:25
**ready** [4] - 279:12, 302:3, 302:4, 542:22
**real** [14] - 353:19, 386:7, 386:25, 388:12, 451:14, 451:22, 462:24, 472:9, 492:17, 492:18, 492:19, 539:18, 551:3, 551:9
**real-life** [4] - 492:18, 492:19, 551:3, 551:9
**real-world** [7] - 386:7, 386:25, 388:12, 451:14, 451:22, 462:24, 472:9
**realistic** [1] - 351:23
**reality** [1] - 540:6
**realize** [1] - 435:10
**realized** [2] - 300:5, 335:23
**really** [22] - 279:2, 316:20, 320:22, 327:6, 327:7, 327:25, 332:12, 332:16, 336:23, 337:6, 354:8, 361:6, 362:22, 433:25, 435:12, 451:22, 482:15, 495:15, 496:5, 520:11, 540:18, 550:7
**reason** [16] - 283:9, 288:25, 293:20, 339:4, 394:11, 394:13, 404:8, 412:10, 413:8, 443:2, 511:5, 540:14, 556:20, 558:10, 558:12, 558:15
**reasonable** [37] - 291:14, 328:4, 443:12, 461:20,

461:21, 462:6, 462:14, 462:19, 462:21, 463:3, 463:6, 463:19, 465:16, 468:17, 470:6, 471:17, 471:23, 472:7, 472:16, 473:24, 474:3, 476:16, 477:4, 477:13, 482:8, 482:10, 482:19, 485:11, 486:10, 491:20, 492:16, 492:21, 492:22, 493:15, 495:12, 551:4, 554:25
**reasons** [4] - 482:15, 485:13, 493:18, 510:15
**rebuttal** [1] - 553:25
**receive** [2] - 466:23, 467:4
**received** [3] - 276:19, 389:18, 402:20
**receiving** [1] - 464:1
**recent** [5] - 290:6, 290:11, 431:21, 546:17, 546:23
**recently** [2] - 402:18, 431:15
**receptive** [1] - 296:22
**receptor** [1] - 294:11
**recess** [4] - 347:20, 418:8, 494:17, 559:10
**recipient** [1] - 305:11
**recitation** [1] - 528:20
**recognize** [3] - 312:3, 312:6, 532:4
**recognized** [1] - 438:16
**recommendation** [2] - 354:12, 354:13
**recommendations** [2] - 384:23, 390:1
**recommended** [5] - 438:5, 438:9, 438:11, 439:8, 440:14
**reconcile** [1] - 343:11
**record** [12] - 303:21, 316:22, 323:21, 324:2, 336:4, 419:3, 424:7, 428:6, 483:22, 495:2, 537:1, 545:10
**recorded** [1] - 405:17
**recording** [2] - 289:1, 321:17

**records** [5] - 374:22, 375:1, 375:4, 375:6, 377:9
**recruited** [1] - 498:19
**recruitment** [1] - 410:11
**REDIRECT** [2] - 321:5, 355:4
**redirect** [2] - 303:17, 323:16
**reduce** [2] - 330:5, 352:13
**reduced** [3] - 276:14, 373:13, 483:17
**reducing** [2] - 373:19, 485:12
**reduction** [19] - 351:25, 352:7, 371:20, 478:21, 480:15, 481:6, 482:2, 482:3, 482:20, 483:3, 485:6, 485:15, 507:8, 507:14, 508:12, 508:23, 542:4, 542:5, 542:6
**reductions** [4] - 359:25, 360:15, 360:23, 361:2
**refer** [7] - 314:20, 395:10, 455:13, 455:15, 471:8, 515:16, 517:4
**Reference** [1] - 397:20
**reference** [19] - 277:3, 292:22, 294:6, 367:9, 384:22, 395:8, 395:10, 407:18, 407:21, 407:24, 411:1, 429:11, 429:15, 455:11, 513:17, 515:16, 527:23, 543:20, 543:22
**referenced** [4] - 314:6, 445:23, 471:13, 543:25
**references** [5] - 299:20, 397:13, 409:14, 471:1, 482:11
**referral** [1] - 350:13
**referrals** [1] - 410:12
**referred** [9] - 299:15, 299:19, 332:15, 343:5, 430:7, 436:22, 453:23, 464:23, 467:6
**referring** [13] - 284:21, 286:5, 289:14,

290:1, 290:12, 290:19, 296:17, 360:3, 422:13, 430:8, 430:18, 479:12, 522:23
**refers** [4] - 430:10, 464:7, 479:10, 483:11
**reflect** [3] - 343:18, 395:22, 433:15
**reflected** [6] - 375:7, 387:4, 396:16, 405:3, 405:6, 502:21
**reflecting** [2] - 285:15, 387:16
**reflective** [1] - 378:22
**reflects** [3] - 283:3, 283:10, 498:11
**regard** [1] - 303:17
**regarding** [30] - 291:19, 305:16, 309:21, 311:20, 320:18, 351:15, 359:14, 365:7, 365:10, 410:9, 422:16, 425:5, 426:9, 428:15, 444:14, 447:3, 460:13, 462:14, 468:17, 469:18, 471:17, 471:22, 476:16, 480:4, 482:5, 484:7, 513:10, 516:6, 520:24, 521:12
**regardless** [2] - 382:18, 537:18
**regime** [4] - 344:24, 345:14, 345:15, 532:14
**Regimen** [1] - 389:17
**regimen** [11] - 345:18, 378:13, 404:17, 404:21, 455:10, 528:9, 528:14, 532:6, 532:12, 542:3
**regimes** [2] - 528:7, 528:16
**Registered** [2] - 559:14, 559:15
**registration** [1] - 551:10
**regular** [1] - 290:7
**regulatory** [2] - 418:16, 419:9
**reimbursed** [6] - 353:8, 381:18, 414:6, 414:7, 422:1
**reimbursement** [3] - 337:25, 352:20,

352:23
**reject** [2] - 414:1, 414:14
**relate** [4] - 318:4, 376:18, 516:23, 518:25
**Related** [2] - 280:20, 295:8
**related** [11] - 314:1, 314:2, 318:5, 330:15, 410:7, 444:9, 456:10, 461:19, 462:5, 463:19, 554:16
**relates** [5] - 423:11, 424:25, 436:16, 444:5, 493:2
**relating** [1] - 384:24
**relationship** [1] - 280:12
**release** [2] - 320:17, 320:19
**released** [1] - 479:1
**relevant** [2] - 426:21, 552:8
**reliable** [1] - 493:4
**relied** [3] - 457:15, 457:20, 543:21
**rely** [1] - 463:18
**relying** [1] - 277:24
**remains** [3] - 292:17, 295:4, 296:21
**remark** [1] - 278:9
**remember** [16] - 326:17, 331:16, 331:19, 333:13, 340:18, 355:9, 357:17, 360:10, 361:23, 362:23, 365:4, 370:20, 398:7, 404:3, 414:17, 415:22
**remembrance** [1] - 421:13
**remind** [2] - 449:9, 514:15
**remodeling** [1] - 546:13
**render** [2] - 276:22, 472:19
**rendering** [1] - 276:21
**renders** [2] - 444:2, 449:25
**renew** [1] - 303:7
**repeat** [3] - 308:10, 308:16, 351:4
**repeated** [1] - 538:7
**replace** [2] - 493:25, 494:8
**report** [21] - 284:17,

345:9, 345:24, 346:2, 346:4, 403:5, 416:7, 420:2, 420:3, 454:1, 457:2, 457:5, 457:18, 480:13, 480:24, 485:20, 487:8, 488:11, 548:12, 548:15
**reported** [15] - 341:3, 344:2, 344:25, 346:15, 381:3, 416:13, 449:15, 467:5, 484:10, 487:11, 491:1, 491:7, 520:13, 520:17, 559:16
**REPORTER** [1] - 301:22
**Reporter** [3] - 559:15, 559:16, 559:20
**reporter** [3] - 288:16, 301:16, 427:18
**reporting** [1] - 436:15
**reports** [8] - 341:9, 395:2, 419:25, 420:6, 420:10, 465:7, 465:8, 522:25
**representation** [1] - 423:11
**representative** [1] - 420:17
**represented** [2] - 500:5, 519:22
**repurpose** [1] - 382:23
**request** [5] - 303:7, 362:10, 408:21, 496:16, 555:6
**require** [7] - 329:18, 438:17, 474:18, 474:22, 493:16, 507:7, 512:8
**required** [10] - 292:17, 439:3, 483:1, 506:21, 508:4, 509:3, 509:7, 511:20, 513:24, 518:12
**requirement** [8] - 435:23, 449:7, 478:19, 499:19, 529:24, 530:3, 531:25, 533:6
**requirements** [2] - 451:25, 499:6
**requires** [6] - 473:12, 505:22, 508:11, 521:8, 530:13, 531:21
**reran** [2] - 542:21, 543:1

**research** [2] - 318:13, 451:19
**researchers** [2] - 354:11, 354:25
**resemble** [1] - 353:19
**Resistance** [1] - 436:20
**resistance** [6] - 480:6, 500:7, 503:5, 503:15, 504:1, 530:13
**respect** [57] - 330:4, 330:12, 330:18, 331:14, 358:1, 360:13, 368:5, 373:23, 376:1, 376:18, 406:16, 416:7, 416:17, 420:7, 424:22, 425:1, 435:20, 435:24, 438:3, 442:19, 443:12, 444:11, 447:8, 453:10, 454:1, 461:22, 462:15, 462:21, 463:6, 463:18, 465:5, 465:16, 471:18, 471:23, 472:8, 473:25, 474:4, 476:17, 476:20, 480:8, 480:13, 480:24, 482:12, 485:21, 487:4, 488:11, 491:7, 491:14, 492:4, 495:13, 498:4, 499:15, 501:18, 504:15, 525:6, 529:1, 551:25
**respectively** [2] - 319:9, 518:9
**respiratory** [3] - 293:9, 483:8, 483:16
**Respiratory** [1] - 297:20
**respond** [1] - 328:22
**responded** [2] - 370:7, 371:1
**respondents** [1] - 304:18
**response** [10] - 330:17, 408:11, 424:5, 424:12, 425:15, 428:16, 460:1, 479:1, 481:17
**responsibilities** [2] - 294:1, 294:2
**responsibility** [1] - 304:21

**rest** [1] - 455:6
**restart** [1] - 352:5
**restate** [3] - 325:16, 331:8, 370:4
**resting** [1] - 390:18
**restriction** [10] - 465:9
**restrictive** [16] - 314:24, 319:13, 319:16, 322:13, 366:3, 366:7, 366:9, 366:10, 366:12, 377:22, 377:23, 378:1, 378:2, 464:21, 464:22
**result** [22] - 291:8, 320:5, 320:8, 372:18, 372:23, 406:21, 462:16, 500:18, 501:17, 505:14, 508:3, 509:2, 510:7, 510:11, 511:6, 532:17, 533:18, 533:23, 538:22, 543:3, 549:5
**resulted** [1] - 502:3
**results** [71] - 297:6, 299:23, 306:24, 307:3, 307:21, 319:25, 320:6, 320:11, 320:15, 320:18, 320:25, 327:21, 328:7, 328:18, 331:21, 341:3, 345:24, 346:5, 351:23, 379:21, 383:18, 386:10, 391:18, 394:6, 407:4, 413:9, 413:10, 414:18, 436:4, 443:2, 443:6, 454:9, 465:4, 500:18, 502:5, 503:20, 504:4, 507:2, 508:7, 511:12, 511:19, 511:23, 512:9, 512:13, 512:18, 520:17, 521:9, 528:11, 533:2, 533:3, 533:4, 533:6, 533:11, 533:14, 533:15, 533:16, 538:2, 538:15, 538:16, 539:1, 539:4, 540:9, 540:20, 541:13, 541:14, 541:19, 542:11, 543:3, 545:23, 551:17,

555:3
**resworn** [1] - 431:9
**reticular** [1] - 388:21
**retired** [1] - 418:24
**retrospective** [37] - 306:25, 307:21, 311:20, 312:21, 313:1, 313:6, 313:7, 316:4, 316:15, 316:16, 316:18, 316:23, 320:12, 321:16, 374:20, 375:5, 376:2, 384:3, 387:23, 391:21, 399:18, 415:7, 415:16, 450:8, 450:14, 450:15, 450:17, 450:21, 451:9, 464:1, 464:3, 472:9, 492:2, 492:12, 545:9, 545:11, 551:8
**retrospectively** [5] - 377:13, 451:3, 451:6, 451:8, 451:21
**reversed** [1] - 276:10
**review** [11] - 374:21, 398:15, 419:25, 421:14, 431:14, 456:18, 459:4, 515:5, 518:19, 519:15, 520:7
**reviewed** [10] - 291:3, 293:11, 297:15, 297:19, 297:23, 298:5, 434:22, 457:11, 509:20, 543:16
**reviewing** [2] - 293:14, 471:20
**RHC** [1] - 395:17
**Richard** [1] - 274:11
**ridiculous** [1] - 354:14
**right-hand** [2] - 295:20, 393:21
**right-heart** [3] - 351:4, 351:6, 383:25
**rigid** [1] - 413:15
**RIN** [1] - 403:4
**RIN-PH-201** [1] - 408:8
**riociguat** [6] - 358:7, 393:23, 394:3, 394:6, 394:12, 394:18
**rise** [1] - 317:1
**RISE** [2] - 394:5, 442:16
**RISE-IIP** [2] - 394:5, 442:16
**risk** [2] - 373:3, 393:24

**ROBERT** [1] - 275:10
**Robert** [1] - 279:21
**Roger** [4] - 399:7, 399:9, 400:11, 400:14
**role** [10] - 281:5, 281:15, 285:4, 292:15, 294:9, 295:2, 304:18, 305:2, 370:3, 370:5
**ROMEO** [1] - 274:20
**room** [1] - 286:15
**roster** [1] - 282:23
**Rothblatt** [6] - 419:7, 421:13, 422:15, 469:7, 469:16, 469:17
**Rothblatt's** [4] - 420:23, 421:6, 421:24, 422:11
**roughly** [1] - 519:8
**rounding** [1] - 350:18
**route** [10] - 442:12, 442:13, 447:23, 476:24, 493:25, 494:1, 494:9, 495:4
**routine** [3] - 350:24, 353:21, 353:25
**routinely** [2] - 353:10, 353:11
**row** [2] - 436:19, 437:5
**Royal** [1] - 367:1
**ROZZI** [1] - 275:8
**RPR** [1] - 559:19
**Rule** [2] - 303:4, 420:14
**rule** [1] - 554:12
**ruled** [1] - 434:3
**Rules** [1] - 420:18
**rules** [6] - 554:3, 554:10, 554:11, 554:13, 554:14, 554:15
**run** [22] - 286:15, 297:21, 364:12, 364:14, 369:17, 373:3, 418:17, 423:14, 427:25, 531:11, 532:8, 532:23, 533:14, 535:7, 535:12, 536:4, 536:10, 536:14, 539:1, 539:3, 541:11, 541:13
**running** [4] - 418:18, 418:19, 538:17, 541:19
**runs** [1] - 280:14

**S**

**S1** [1] - 506:2
**S2** [3] - 502:16, 503:16, 551:12
**S3** [8] - 453:17, 453:20, 453:21, 454:1, 473:4, 477:24, 483:22, 548:5
**S4** [9] - 454:4, 454:6, 454:10, 473:4, 478:6, 483:22, 548:9, 553:5
**safe** [5] - 330:9, 335:23, 463:2, 467:20, 472:13
**safely** [1] - 465:12
**Safety** [2] - 342:1, 402:1
**safety** [21] - 280:25, 292:7, 294:22, 346:4, 346:12, 391:20, 391:23, 406:20, 419:24, 420:2, 420:6, 441:25, 442:2, 442:4, 448:8, 465:23, 467:18, 476:20, 476:22, 497:2
**Saggar** [53] - 276:16, 277:3, 279:15, 279:18, 279:25, 280:11, 281:11, 282:4, 282:19, 285:19, 287:9, 287:13, 287:19, 288:3, 295:11, 295:14, 298:8, 309:20, 309:21, 395:13, 409:14, 409:20, 439:22, 444:15, 446:24, 447:3, 447:9, 447:24, 448:3, 448:11, 448:16, 462:9, 478:16, 479:7, 479:21, 481:22, 482:7, 482:23, 485:18, 485:20, 486:6, 486:8, 489:12, 491:7, 491:19, 492:2, 492:9, 494:1, 494:9, 495:4, 523:15
**Saggar's** [1] - 434:17
**Saggars** [2] - 310:4, 310:14

**sale** [3] - 276:14, 523:24, 555:20
**SANYA** [1] - 275:6
**sarcoidosis** [1] - 291:21
**satisfaction** [1] - 426:9
**satisfied** [3] - 423:12, 425:22, 460:9
**satisfy** [1] - 425:2
**saturation** [1] - 395:5
**saw** [21] - 280:6, 318:13, 328:1, 328:2, 328:18, 349:23, 353:11, 354:21, 358:6, 360:12, 363:7, 363:14, 412:15, 422:6, 426:7, 440:12, 453:12, 470:3, 503:24, 519:8, 553:17
**scan** [1] - 350:15
**scarring** [1] - 290:17
**schedule** [1] - 305:23
**School** [2] - 365:13, 408:19
**science** [3] - 396:22, 396:25, 397:9
**Science** [1] - 366:23
**Scientific** [1] - 372:9
**scope** [14] - 303:10, 303:15, 457:2, 465:1, 516:8, 516:24, 519:1, 520:21, 520:25, 521:2, 521:8, 521:12, 521:19, 530:21
**scores** [1] - 535:11
**screen** [2] - 343:24, 505:6
**screwy** [1] - 490:21
**second** [19] - 279:25, 280:11, 280:21, 291:18, 292:22, 338:12, 338:16, 342:8, 348:17, 370:13, 372:17, 388:15, 394:25, 398:4, 402:17, 403:13, 411:16, 453:22, 555:10
**secondary** [6] - 382:10, 466:9, 505:9, 554:19, 555:2, 558:13
**Secondary** [1] - 366:20
**seconds** [17] - 280:15,

280:16, 287:11, 287:12, 364:13, 364:15, 364:16, 364:18, 417:6, 417:7, 417:8, 418:18, 418:20, 423:15, 428:1
**Section** [6] - 334:5, 338:21, 403:9, 424:15, 425:1, 426:18
**section** [29] - 334:7, 334:9, 335:6, 344:6, 344:10, 344:23, 346:5, 346:9, 377:4, 377:20, 378:5, 379:21, 387:20, 390:7, 391:14, 399:18, 402:13, 402:14, 411:21, 412:11, 424:19, 425:5, 455:10, 465:5, 467:9, 496:24
**sections** [1] - 465:14
**see** [139] - 277:24, 278:6, 280:7, 282:19, 283:1, 286:14, 287:24, 288:14, 288:16, 288:21, 289:18, 290:9, 292:12, 295:5, 295:22, 297:3, 300:11, 303:6, 303:11, 305:21, 324:14, 326:15, 326:16, 330:9, 330:10, 330:21, 332:15, 333:20, 334:6, 334:10, 343:24, 344:7, 344:11, 346:6, 348:19, 350:16, 350:20, 351:11, 351:12, 351:20, 366:16, 367:8, 368:10, 370:8, 370:18, 371:8, 372:19, 378:8, 384:4, 384:20, 385:5, 385:9, 386:4, 386:20, 386:23, 389:21, 390:21, 391:25, 392:1, 392:2, 393:15, 394:1, 395:6, 395:8, 396:11, 396:14, 398:17, 399:22, 402:6, 402:15, 402:22, 403:9, 403:15, 404:19,

407:16, 408:5, 408:14, 410:6, 411:3, 411:20, 412:9, 418:7, 421:19, 422:3, 427:15, 429:10, 429:14, 429:15, 429:25, 430:2, 430:4, 436:11, 436:19, 437:5, 446:25, 452:19, 455:11, 456:11, 458:22, 459:13, 464:24, 471:2, 483:11, 484:1, 484:23, 490:17, 490:20, 494:15, 498:25, 499:2, 503:14, 508:13, 509:19, 509:20, 511:18, 513:17, 517:1, 518:8, 519:6, 520:1, 526:13, 526:20, 527:3, 527:17, 529:4, 532:16, 534:19, 536:19, 537:24, 543:2, 543:20, 544:6, 544:19, 544:25, 545:16, 546:10, 546:18, 559:9
**Seeger** [1] - 409:14
**seeing** [19] - 330:6, 349:25, 350:1, 353:6, 353:9, 361:20, 443:4, 451:13, 462:24, 482:2, 484:3, 484:4, 484:22, 485:10, 487:6, 492:1, 495:15, 503:5, 503:6
**seek** [1] - 337:25
**seem** [3] - 315:6, 495:18, 552:22
**selection** [1] - 403:9
**Seminars** [1] - 297:20
**seminars** [1] - 293:8
**send** [1] - 369:1
**sending** [2] - 398:9, 398:23
**senior** [8] - 293:17, 294:3, 295:15, 297:14, 298:1, 304:16, 349:24, 387:15
**sense** [11] - 329:13, 329:21, 330:1, 330:9, 356:20, 358:21, 377:2,

451:13, 451:21, 488:7, 542:13
**sent** [7] - 368:12, 368:14, 368:23, 370:13, 372:13, 374:16, 398:5
**sentence** [17] - 290:1, 290:14, 290:19, 291:18, 291:24, 294:9, 305:21, 372:17, 373:17, 374:24, 407:11, 426:6, 426:12, 426:18, 430:17, 526:24, 552:24
**sentences** [1] - 457:23
**separate** [1] - 318:25
**septal** [1] - 388:21
**September** [3] - 296:13, 396:23, 396:25
**series** [2] - 305:17, 462:25
**serious** [1] - 393:24
**serve** [1] - 499:4
**served** [1] - 326:1
**service** [1] - 282:3
**session** [7] - 345:4, 345:6, 390:10, 390:15, 411:24, 412:13, 439:8
**Sessions** [1] - 372:10
**set** [10] - 276:14, 287:17, 297:7, 299:12, 314:9, 314:14, 316:4, 317:3, 319:15, 320:13, 349:16, 435:16, 525:3, 532:7
**setting** [2] - 291:6, 523:2
**seven** [3] - 295:1, 390:10, 440:16
**several** [9] - 287:13, 290:6, 293:8, 298:6, 364:9, 415:8, 433:24, 448:6, 463:9
**severe** [16] - 326:8, 326:11, 327:4, 327:7, 330:6, 333:4, 333:7, 353:18, 399:20, 435:3, 435:12, 437:15, 437:22, 500:10, 501:1, 501:5
**severity** [4] - 435:11, 435:14, 435:20, 495:17
**sex** [2] - 392:21, 515:1
**SF** [1] - 486:18

**shall** [1] - 427:4
**share** [1] - 300:13
**Shaun** [3] - 427:22, 427:23, 428:7
**SHAW** [1] - 275:2
**shift** [1] - 416:13
**Shino** [1] - 294:6
**shoehorned** [1] - 278:7
**short** [1] - 556:13
**shorthand** [1] - 559:17
**shortly** [1] - 305:22
**shortness** [6] - 396:7, 396:14, 483:16, 486:13, 486:14, 486:15
**shortness-of-breath** [1] - 486:14
**show** [30] - 331:1, 331:10, 331:12, 331:14, 331:15, 371:24, 436:14, 442:3, 449:9, 453:9, 454:10, 456:2, 457:5, 467:24, 468:13, 473:7, 477:3, 479:9, 480:8, 486:12, 498:4, 507:14, 508:22, 509:14, 518:11, 537:6, 538:6, 542:2, 542:4, 542:5
**showed** [9] - 331:11, 361:21, 442:4, 448:6, 468:3, 481:1, 541:16, 553:5
**showing** [12] - 451:24, 454:8, 463:9, 472:10, 472:12, 477:20, 480:6, 482:17, 486:13, 492:19, 520:11, 553:3
**shown** [25] - 282:21, 313:11, 315:1, 315:20, 319:10, 395:3, 433:12, 454:6, 463:9, 480:4, 487:4, 501:3, 502:17, 504:19, 504:20, 515:10, 515:14, 517:8, 518:21, 518:25, 519:17, 520:3, 520:10, 538:15
**shows** [2] - 458:20, 480:15
**Shunow** [1] - 301:1
**shunting** [1] - 291:7

**shut** [3] - 406:7, 406:8, 406:11
**sick** [7] - 329:16, 345:22, 354:18, 355:17, 356:16, 357:19, 501:14
**side** [9] - 394:17, 407:10, 434:3, 495:9, 502:22, 525:14, 525:15, 551:14
**sides** [3] - 526:15, 558:1, 558:14
**sign** [2] - 367:5, 368:2
**signature** [1] - 408:24
**signed** [2] - 293:24, 408:20
**significance** [5] - 299:23, 540:19, 542:1, 548:24, 553:4
**significant** [63] - 326:15, 327:11, 330:10, 375:17, 379:24, 393:10, 395:17, 438:6, 453:12, 453:15, 454:13, 454:15, 468:2, 468:3, 468:7, 468:11, 480:15, 480:20, 482:2, 482:3, 483:2, 483:8, 483:11, 485:6, 485:14, 485:23, 485:24, 486:9, 486:11, 488:20, 489:1, 490:7, 491:2, 491:21, 495:15, 508:11, 508:23, 509:8, 509:15, 509:23, 510:7, 513:21, 514:9, 517:24, 518:5, 518:10, 518:11, 520:17, 521:1, 521:9, 521:20, 538:9, 541:24, 542:4, 542:6, 542:15, 549:13, 550:11, 550:22, 551:21, 551:23, 552:4, 552:5
**significantly** [7] - 391:16, 463:13, 481:1, 486:15, 486:19, 497:21
**signs** [2] - 483:18, 483:19
**similar** [11] - 278:12, 294:19, 463:25, 466:17, 467:14,

480:18, 482:1, 495:16, 499:13, 526:8, 541:1
**similarly** [2] - 352:13, 495:16
**simplicity** [1] - 476:5
**simplifies** [1] - 278:17
**simplifying** [1] - 279:2
**simply** [3] - 296:21, 449:15, 450:15
**Sinai** [4] - 323:22, 324:16, 324:19, 324:21
**single** [6] - 277:19, 278:7, 353:6, 353:11, 387:22, 449:22
**single-center** [1] - 387:22
**site** [1] - 496:2
**sites** [1] - 410:12
**situation** [1] - 355:1
**situations** [1] - 554:23
**six** [79] - 276:4, 290:25, 295:1, 313:3, 313:12, 313:23, 314:2, 315:3, 316:8, 345:25, 346:2, 346:14, 348:24, 349:2, 350:23, 351:1, 351:2, 361:15, 370:23, 370:24, 371:25, 377:6, 377:10, 380:16, 380:17, 380:19, 380:20, 380:21, 380:23, 384:7, 386:2, 386:13, 390:19, 391:17, 393:5, 395:3, 396:18, 401:6, 401:8, 402:20, 436:17, 442:15, 449:12, 453:10, 453:13, 454:2, 454:10, 465:8, 466:17, 466:19, 467:25, 472:25, 473:8, 473:12, 478:1, 478:7, 484:23, 485:2, 485:21, 485:22, 504:20, 505:9, 505:22, 506:6, 506:14, 506:16, 506:19, 536:13, 538:6, 545:23, 547:10, 548:16, 548:18,

549:18, 549:19, 550:15, 551:15, 553:4
**six-minute** [58] - 313:12, 315:3, 316:8, 345:25, 346:2, 346:14, 348:24, 349:2, 351:1, 351:2, 361:15, 370:23, 371:25, 380:20, 380:23, 386:13, 390:19, 391:17, 393:5, 395:3, 396:18, 401:6, 401:8, 436:17, 449:12, 453:10, 453:13, 454:2, 454:10, 465:8, 467:25, 472:25, 473:8, 473:12, 478:1, 478:7, 484:23, 485:2, 485:21, 485:22, 504:20, 505:9, 505:22, 506:6, 506:14, 506:16, 506:19, 536:13, 538:6, 545:23, 547:10, 548:16, 548:18, 549:19, 550:15, 551:15, 553:4
**six-month** [2] - 384:7, 386:2
**Sixth** [1] - 432:15
**skepticism** [5] - 512:22, 513:7, 513:9, 513:12, 555:2
**skill** [1] - 550:23
**skin** [1] - 495:8
**skipped** [1] - 377:19
**skipping** [1] - 527:13
**slide** [38] - 276:25, 283:19, 312:23, 312:25, 313:8, 313:11, 313:15, 313:16, 314:4, 314:18, 314:19, 315:2, 315:6, 315:18, 315:20, 316:11, 317:7, 317:14, 317:17, 317:19, 317:22, 318:10, 319:6, 319:10, 320:10, 321:22, 321:23, 323:3, 397:11, 397:15, 397:19, 397:23, 398:17,

399:17, 410:23, 442:7
**slides** [10] - 283:17, 307:11, 311:24, 312:10, 316:8, 397:2, 397:8, 398:1, 398:21, 410:8
**slightest** [1] - 277:25
**slightly** [2] - 279:4, 501:14
**slope** [1] - 393:14
**slow** [1] - 406:10
**slower** [1] - 340:25
**small** [13] - 291:21, 292:2, 297:6, 320:12, 383:23, 438:4, 497:20, 499:13, 499:15, 528:12, 544:4, 551:8, 552:6
**Smith** [6] - 372:5, 408:6, 408:10, 410:3, 410:6, 556:8
**Snader** [3] - 427:23, 428:7
**so-called** [1] - 444:19
**so..** [1] - 553:6
**Society** [3] - 367:1, 367:12, 372:8
**sold** [2] - 337:22, 337:24
**soldier** [1] - 553:13
**soluble** [1] - 394:15
**solution** [4] - 497:25, 526:6, 555:7, 556:21
**someone** [4] - 365:24, 366:12, 367:23, 486:25
**sometime** [1] - 281:19
**sometimes** [6] - 278:25, 335:3, 335:20, 336:1, 436:22
**somewhat** [1] - 334:2
**somewhere** [1] - 281:17
**Sonsini** [1] - 428:8
**soon** [1] - 354:19
**sorry** [36] - 276:25, 285:20, 301:22, 306:12, 306:18, 308:10, 308:16, 311:3, 329:6, 336:3, 336:15, 346:8, 352:2, 362:24, 402:13, 426:25, 427:11, 450:12, 458:18, 459:6, 459:13, 467:3, 474:1, 477:10,

481:11, 483:21, 489:13, 493:1, 494:21, 504:17, 522:3, 523:18, 533:22, 535:21, 542:21, 545:10
**sort** [6] - 277:5, 300:13, 450:23, 481:19, 513:3, 546:11
**sounds** [1] - 546:4
**space** [1] - 284:23
**SPEAKER** [2] - 279:19, 428:18
**speaking** [3] - 336:2, 350:22, 396:24
**specializing** [1] - 349:22
**specialty** [2] - 362:3, 432:4
**specific** [16] - 291:6, 292:19, 294:10, 294:15, 295:25, 311:15, 311:18, 339:10, 359:21, 370:6, 389:10, 415:22, 430:9, 451:25, 473:20, 499:17
**specifically** [18] - 277:18, 289:22, 290:16, 298:17, 299:8, 306:5, 327:8, 360:5, 382:25, 416:9, 434:1, 465:9, 472:25, 486:12, 495:10, 500:4, 519:5, 555:1
**specification** [9] - 424:24, 456:21, 456:22, 458:5, 461:11, 543:20, 544:22, 544:23, 545:1
**spectrum** [5] - 304:20, 353:21, 435:9, 435:10, 435:14
**speculation** [1] - 547:2
**spell** [3] - 303:20, 324:1, 427:17
**split** [1] - 318:24
**SPO2** [4] - 549:14, 549:15, 549:16, 549:18
**spring** [1] - 427:1
**stab** [1] - 543:13
**stage** [3] - 297:7, 299:12, 354:19
**stand** [7] - 367:23,

553:21, 554:6, 556:17, 556:23, 559:3, 559:4
**standard** [9] - 286:6, 379:2, 379:16, 400:3, 403:18, 404:4, 404:5, 404:22, 551:24
**stands** [1] - 426:11
**Stanziola** [1] - 295:10
**start** [20] - 299:9, 303:2, 303:7, 321:4, 325:2, 333:17, 334:22, 349:12, 349:25, 362:17, 376:4, 376:8, 386:9, 413:20, 420:22, 421:5, 439:24, 444:7, 535:24, 546:11
**started** [14] - 280:18, 287:15, 301:23, 313:19, 321:9, 350:1, 351:12, 364:20, 378:5, 379:12, 384:16, 385:14, 424:2, 546:1
**starting** [14] - 327:2, 345:2, 382:13, 382:24, 383:13, 383:17, 384:1, 384:14, 384:17, 385:1, 386:1, 386:19, 388:6
**starts** [5] - 289:17, 292:11, 295:2, 297:1, 526:25
**state** [18] - 290:5, 294:9, 303:20, 324:1, 379:24, 383:3, 383:17, 383:19, 384:2, 384:6, 384:15, 385:2, 386:16, 396:10, 405:9, 409:13, 419:3, 428:6
**statement** [17] - 291:12, 291:14, 291:15, 294:20, 372:21, 376:1, 385:11, 421:6, 421:19, 421:24, 422:3, 422:11, 422:16, 429:25, 430:2, 470:21, 471:11
**statements** [6] - 420:23, 460:12, 469:1, 469:12, 469:14, 470:5

**states** [8] - 289:6, 291:5, 321:7, 348:18, 410:7, 429:16, 430:2, 430:11
**STATES** [1] - 274:1
**statistical** [5] - 406:17, 406:18, 539:19, 548:24, 553:3
**statistically** [44] - 393:10, 453:15, 454:13, 454:15, 468:2, 468:7, 468:11, 483:2, 485:6, 485:14, 485:24, 486:9, 486:11, 488:20, 488:25, 490:6, 491:2, 491:21, 508:11, 508:22, 509:8, 509:14, 509:23, 510:7, 513:21, 514:8, 517:23, 518:4, 518:9, 518:11, 520:16, 520:25, 521:8, 521:20, 538:9, 540:6, 541:23, 542:4, 542:6, 542:15, 550:22, 551:20, 551:23, 552:5
**statistics** [3] - 539:2, 539:18, 541:25
**stay** [3] - 316:11, 429:7, 429:22
**stayed** [2] - 328:2, 339:24
**Steering** [1] - 283:14
**steering** [14] - 281:7, 281:9, 283:16, 325:8, 325:11, 325:17, 326:1, 326:6, 326:12, 364:8, 400:23, 400:25, 404:1, 412:5
**Stenotype** [1] - 559:17
**step** [6] - 323:19, 364:2, 390:19, 390:23, 393:13, 449:13
**steps** [1] - 318:11
**Steve's** [1] - 401:3
**Steven** [2] - 410:3, 423:9
**stick** [1] - 491:12
**still** [17] - 282:8, 333:1, 347:4, 347:7, 355:17, 356:6,

356:13, 359:10, 369:25, 370:2, 431:7, 448:2, 537:19, 539:23, 540:5, 541:15, 558:9
**stimulator** [1] - 394:16
**stipulated** [1] - 459:16
**stipulation** [2] - 536:11, 536:15
**stop** [4] - 333:14, 356:24, 394:7, 394:13
**stopped** [5] - 332:4, 333:11, 380:9, 380:12, 414:11
**stopping** [2] - 332:6, 332:9
**straightforward** [1] - 413:15
**strain** [2] - 479:2, 481:17
**strike** [1] - 343:11
**struck** [1] - 276:11
**stuck** [1] - 501:7
**studied** [5] - 291:7, 291:19, 292:1, 292:16, 295:3
**studies** [43] - 291:22, 292:2, 292:17, 296:23, 316:18, 319:2, 319:8, 320:12, 329:15, 351:22, 354:8, 354:21, 354:23, 356:7, 356:8, 356:10, 356:24, 361:18, 383:14, 383:23, 407:12, 409:8, 434:16, 434:17, 441:18, 442:16, 442:19, 442:23, 442:24, 442:25, 443:1, 443:3, 443:5, 443:8, 443:11, 466:17, 470:22, 480:11, 492:12, 492:18, 493:4
**Study** [3] - 344:23, 387:20, 397:20
**study** [222] - 280:22, 280:25, 281:3, 281:5, 281:7, 281:22, 284:19, 284:25, 285:24, 286:1, 297:7, 299:4, 299:13, 306:25, 307:3, 307:4, 307:7, 307:21, 307:24, 307:25, 316:15,

316:16, 317:5, 317:10, 317:11, 318:18, 318:22, 319:3, 319:4, 319:11, 319:12, 319:15, 319:19, 319:22, 320:1, 320:2, 320:3, 320:4, 320:6, 320:9, 320:16, 320:24, 321:12, 321:21, 322:1, 322:9, 322:23, 323:9, 325:6, 325:9, 326:3, 326:6, 326:12, 327:21, 327:24, 328:4, 328:7, 328:10, 328:12, 328:13, 328:18, 329:25, 337:15, 338:18, 339:13, 345:15, 354:6, 354:22, 358:9, 361:7, 361:8, 361:11, 361:14, 361:17, 371:16, 374:1, 377:2, 378:14, 379:13, 381:3, 381:5, 383:20, 387:23, 388:16, 389:14, 391:21, 395:16, 396:12, 400:13, 400:16, 400:22, 401:15, 401:17, 401:18, 402:15, 403:5, 403:10, 403:13, 404:2, 404:6, 404:14, 404:15, 405:10, 405:20, 406:2, 406:4, 407:4, 408:8, 410:5, 410:9, 410:14, 413:9, 413:13, 413:16, 413:24, 415:7, 415:16, 416:10, 416:25, 436:4, 436:9, 436:25, 437:19, 439:7, 441:3, 441:5, 441:8, 441:12, 441:17, 441:22, 442:2, 442:5, 442:16, 442:25, 443:1, 443:6, 444:4, 450:9, 450:14, 450:15, 450:22, 451:20, 452:16, 453:2, 453:11, 453:12, 454:17, 464:4,

464:11, 466:4, 466:13, 467:1, 467:4, 467:6, 467:7, 470:17, 479:7, 479:16, 479:20, 479:24, 480:24, 486:6, 487:7, 488:10, 488:11, 488:24, 492:3, 493:13, 496:7, 496:23, 496:24, 497:5, 497:7, 498:14, 499:7, 499:8, 499:18, 499:21, 500:6, 500:9, 500:11, 500:14, 501:3, 501:15, 501:24, 502:24, 504:4, 505:8, 505:18, 510:17, 510:19, 510:20, 511:3, 511:11, 515:19, 516:22, 525:2, 532:8, 533:14, 533:17, 534:23, 538:3, 538:15, 539:8, 539:10, 540:25, 541:16, 541:21, 542:1, 543:1, 545:9, 545:11, 547:1, 548:8, 551:8, 551:9
**studying** [4] - 370:3, 370:4, 375:11, 375:15
**stuff** [1] - 539:20
**sub** [1] - 519:22
**subcutaneous** [3] - 286:18, 448:1, 479:18
**subgroup** [3] - 453:21, 519:18
**subject** [2] - 410:4, 531:21
**subjective** [3] - 379:25, 380:1, 465:7
**Subjects** [1] - 402:1
**subjects** [15] - 531:25, 533:19, 533:24, 534:3, 534:7, 534:13, 534:14, 534:20, 535:5, 535:10, 535:19, 535:23, 536:3, 536:9, 536:13
**submission** [1] - 429:24
**submit** [1] - 425:16
**submitted** [7] - 276:9,

381:17, 409:2, 496:11, 496:13, 544:15, 544:20
**submitting** [1] - 425:18
**subpopulation** [2] - 518:22, 519:23
**subsequent** [2] - 276:5, 429:19, 458:4
**subset** [2] - 296:23, 349:15
**subsets** [1] - 292:18
**succeed** [1] - 319:19
**success** [35] - 318:15, 461:20, 461:21, 462:6, 462:14, 462:19, 462:21, 463:3, 463:6, 463:20, 465:16, 468:18, 471:17, 471:23, 472:8, 472:15, 472:17, 473:24, 474:4, 476:17, 477:5, 477:14, 477:20, 477:23, 482:8, 482:11, 482:19, 485:5, 486:10, 491:20, 492:17, 492:23, 493:15, 495:13, 555:1
**successful** [2] - 285:5, 320:23
**successfully** [1] - 470:7
**sued** [1] - 429:18
**suffering** [1] - 547:21
**sufficient** [2] - 514:8, 514:13
**suggest** [3] - 381:3, 463:12, 470:22
**suggested** [2] - 354:22, 407:13
**suggesting** [4] - 339:7, 371:22, 425:1, 463:11
**suggestion** [1] - 412:4
**suggests** [3] - 371:17, 463:3, 516:7
**SUKDUANG** [44] - 275:6, 304:4, 323:20, 323:24, 324:10, 324:13, 327:20, 331:7, 338:3, 338:4, 338:21, 338:22, 341:7, 341:8, 341:18, 341:24, 342:14, 342:19, 343:2, 343:8,

343:17, 343:21, 343:23, 347:9, 347:16, 353:3, 355:5, 357:10, 357:13, 357:14, 363:18, 553:22, 554:12, 555:9, 555:19, 555:21, 555:23, 557:4, 558:3, 558:7, 558:20, 558:24, 559:3, 559:6
**Sultan** [1] - 295:10
**summarized** [1] - 305:17
**summarizing** [1] - 312:20
**Summary** [2] - 282:15, 305:10
**summary** [5] - 292:11, 292:14, 292:15, 295:2, 520:11
**supervise** [1] - 304:24
**supplement** [2] - 372:7, 445:13
**supplemental** [4] - 445:17, 473:4, 545:16, 548:3
**supplementary** [4] - 445:3, 445:6, 445:10, 506:2
**supplements** [1] - 483:23
**supplied** [2] - 476:6, 531:1
**supply** [1] - 373:13
**support** [5] - 399:14, 408:20, 444:6, 514:8, 521:14
**supported** [2] - 319:14, 462:7
**supporting** [2] - 295:24, 323:10
**supportive** [1] - 410:23
**supports** [3] - 463:13, 468:19, 471:19
**supposed** [1] - 459:14
**surprise** [1] - 427:1
**surprised** [1] - 320:25
**surprising** [1] - 555:3
**suspect** [3] - 361:4, 443:3, 445:20
**sustain** [1] - 353:4
**switch** [2] - 495:3, 553:12
**swore** [1] - 326:24
**sworn** [4] - 304:1, 324:7, 326:21, 431:8
**SXS** [2] - 371:6,

371:12
**Symposium** [4] - 366:22, 382:1, 382:7, 432:15
**symptoms** [3] - 371:13, 371:21, 399:20
**synopsis** [1] - 398:2
**system** [1] - 495:10
**systemic** [8] - 372:17, 372:22, 373:2, 373:7, 373:9, 375:21, 392:8, 395:4
**Systemic** [1] - 397:13
**Systemic-Vasodilators** [1] - 397:13
**systems** [1] - 286:19
**systolic** [1] - 395:18

---

**T**

---

**T-A-P-S-O-N** [1] - 324:4
**table** [26] - 282:21, 283:1, 348:6, 348:10, 433:15, 437:11, 453:6, 453:9, 458:15, 458:21, 480:13, 480:23, 485:21, 487:4, 502:17, 503:16, 509:20, 515:5, 517:8, 521:11, 521:13, 523:2, 548:9, 553:3, 553:4, 555:11
**Table** [84] - 343:22, 344:1, 348:8, 348:17, 349:1, 433:11, 433:12, 436:11, 436:14, 436:15, 437:3, 437:9, 437:14, 453:4, 453:17, 453:20, 454:1, 454:4, 454:6, 454:10, 458:14, 466:10, 477:24, 478:2, 478:6, 480:3, 480:4, 480:8, 485:18, 486:1, 486:4, 486:5, 486:7, 488:10, 488:15, 489:5, 489:16, 491:1, 502:16, 503:16, 504:17, 504:19, 505:1, 505:2, 505:5, 507:11, 515:2,

515:8, 515:12, 516:15, 516:16, 516:20, 516:23, 517:2, 517:4, 517:7, 518:11, 518:16, 518:17, 518:19, 518:21, 518:22, 518:25, 519:11, 519:12, 519:14, 519:15, 519:17, 519:18, 520:5, 520:7, 520:8, 520:10, 520:14, 520:16, 520:18, 520:20, 521:17, 548:5, 551:12
**Tables** [4] - 483:22, 518:15, 520:3, 521:14
**tables** [4] - 473:4, 473:7, 520:23, 521:6
**talk** [1] - 556:19
**talks** [6] - 287:13, 381:22, 389:7, 452:20, 483:2, 528:2
**tanks** [1] - 550:2
**tapson** [26] - 323:21, 324:14, 325:12, 325:14, 326:21, 327:21, 329:1, 338:5, 341:9, 341:25, 342:21, 343:3, 346:20, 347:11, 347:17, 347:25, 349:21, 351:14, 352:7, 353:6, 353:10, 354:6, 363:22, 400:24, 465:23
**Tapson** [5] - 324:3, 355:6, 410:4, 439:22, 462:9
**TAPSON** [1] - 324:5
**tapson's** [2] - 326:19, 342:17
**target** [10] - 340:2, 340:5, 404:17, 404:21, 405:21, 412:12, 527:14, 527:24, 528:20, 528:22
**targeted** [2] - 296:22, 392:7
**teaching** [1] - 476:10
**team** [2] - 282:25, 319:23
**technical** [1] - 430:9
**Technologies** [5] - 279:22, 282:17, 427:10, 427:13,

428:17
**TECHNOLOGIES** [1] - 274:6
**Technology** [1] - 420:14
**ten** [1] - 524:4
**tend** [5] - 330:19, 351:4, 481:20, 552:18, 554:24
**tended** [2] - 353:17, 553:9
**term** [2] - 347:1, 347:2
**terminated** [2] - 394:7, 441:13
**termination** [2] - 394:12, 394:18
**terminology** [4] - 381:7, 414:11, 540:12, 548:8
**terms** [21] - 298:11, 303:14, 316:18, 317:18, 318:19, 319:15, 400:2, 422:5, 426:12, 448:21, 470:3, 481:4, 488:13, 491:3, 495:17, 499:5, 501:10, 512:3, 538:2, 552:17, 555:16
**terrible** [1] - 361:6
**test** [20] - 371:25, 390:19, 390:23, 390:24, 391:17, 393:5, 393:13, 395:3, 401:6, 449:13, 454:8, 548:16, 548:18, 549:18, 549:19, 549:25, 550:5, 550:15, 551:15
**testified** [14] - 304:1, 324:7, 340:13, 357:7, 357:15, 358:25, 359:23, 362:25, 363:10, 431:8, 499:24, 524:25, 555:5
**testify** [4] - 303:16, 363:23, 434:15, 557:22
**testifying** [1] - 556:9
**testimony** [32] - 306:22, 308:3, 310:9, 314:11, 315:8, 355:9, 357:17, 358:22, 359:14, 364:12, 423:11, 426:8, 426:11, 427:23,

434:13, 447:2, 450:20, 460:2, 460:6, 462:8, 462:13, 462:16, 469:11, 484:6, 491:14, 504:3, 504:6, 534:8, 534:16, 535:18, 553:24, 554:6
**testing** [7] - 350:24, 351:1, 351:2, 436:18, 449:13, 449:14, 504:22
**tests** [3] - 350:14, 352:10, 390:18
**text** [2] - 283:1, 393:22
**THE** [195] - 274:1, 274:2, 276:1, 276:8, 276:12, 276:18, 276:25, 277:4, 277:7, 277:12, 277:15, 277:20, 278:4, 278:9, 278:14, 278:22, 279:7, 279:9, 279:17, 279:23, 280:2, 280:5, 280:10, 280:17, 280:19, 287:5, 287:16, 301:18, 301:21, 301:22, 301:24, 302:19, 303:6, 303:11, 303:14, 303:20, 303:22, 304:5, 307:16, 308:15, 308:16, 309:15, 310:10, 310:21, 311:3, 311:5, 311:7, 314:12, 314:14, 315:10, 315:14, 321:2, 321:14, 321:16, 323:15, 323:18, 323:23, 323:25, 324:1, 324:3, 324:11, 327:17, 331:6, 341:19, 341:23, 342:13, 342:24, 343:12, 343:14, 347:13, 347:18, 347:22, 349:8, 349:10, 349:11, 349:13, 352:2, 353:4, 355:3, 357:9, 357:11, 363:19, 363:22, 363:25, 364:2, 364:5, 364:19, 364:21, 417:5, 417:25, 418:10, 418:14,

418:21, 418:25, 419:2, 423:3, 423:17, 426:6, 426:11, 426:15, 426:20, 426:25, 427:3, 427:11, 427:14, 427:17, 427:21, 428:3, 428:5, 428:20, 428:21, 430:25, 431:7, 433:5, 445:22, 446:7, 446:18, 457:5, 457:9, 457:19, 457:23, 458:1, 459:6, 459:9, 459:12, 459:13, 459:15, 459:18, 459:21, 459:22, 468:6, 468:8, 487:15, 487:17, 487:18, 487:20, 488:3, 488:5, 488:6, 490:9, 490:12, 490:14, 490:16, 490:20, 490:21, 493:19, 494:5, 494:14, 494:19, 494:21, 494:23, 496:19, 521:25, 522:6, 522:9, 522:12, 522:15, 530:23, 531:8, 535:24, 535:25, 537:22, 538:11, 538:25, 539:5, 539:9, 539:17, 539:22, 539:23, 539:25, 540:4, 540:8, 540:11, 540:13, 540:22, 541:4, 553:15, 553:18, 554:13, 555:10, 555:15, 555:20, 555:22, 555:24, 556:5, 556:10, 556:18, 556:20, 557:24, 558:5, 558:8, 558:22, 559:2, 559:5, 559:8
**theme** [1] - 532:15
**therapeutic** [1] - 382:8
**Therapeutic** [1] - 366:19
**Therapeutic's** [3] - 283:24, 284:5, 284:9
**therapeutically** [1] - 461:3
**Therapeutics** [17] -

282:7, 282:9, 284:18, 285:14, 312:12, 318:21, 319:21, 368:24, 396:22, 396:25, 420:15, 421:1, 421:9, 428:8, 429:1, 468:25, 469:8
**THERAPEUTICS** [1] - 274:3
**Therapeutics'** [1] - 284:19
**therapies** [7] - 291:6, 291:18, 291:25, 397:16, 432:7, 442:8, 442:10
**therapy** [15] - 292:19, 295:25, 296:22, 299:2, 373:18, 373:24, 374:3, 377:10, 389:12, 392:7, 409:10, 451:18, 451:19, 451:23, 495:6
**therefore** [2] - 409:7, 538:17
**Thereupon** [14] - 287:6, 302:21, 309:17, 343:15, 347:14, 418:2, 423:5, 427:6, 431:3, 433:7, 446:5, 446:19, 496:20, 522:7
**they've** [1] - 303:16
**thickening** [1] - 388:21
**thinking** [2] - 374:5, 374:10
**third** [12] - 277:22, 280:2, 280:3, 280:6, 287:9, 366:17, 389:2, 398:16, 403:12, 404:14, 410:7, 519:24
**Thisted** [3] - 556:3, 556:6, 556:14
**Thorax** [2] - 296:14, 296:17
**thousand** [1] - 538:8
**thousands** [2] - 350:8
**three** [46] - 277:16, 277:17, 277:21, 277:23, 278:11, 278:19, 278:20, 279:3, 288:6, 295:1, 334:15, 334:17, 334:19, 345:4, 350:23, 378:6, 378:10, 378:16,

379:9, 380:12, 384:17, 389:11, 389:19, 390:9, 390:10, 390:19, 390:23, 393:13, 395:16, 403:14, 403:17, 404:16, 405:2, 411:23, 447:12, 449:13, 450:11, 450:13, 456:3, 482:11, 523:3, 526:25, 527:14, 543:21, 548:15
**three-minute** [4] - 390:19, 390:23, 393:13, 449:13
**threshold** [1] - 435:16
**throughout** [1] - 404:15
**Thursday** [4] - 556:24, 557:5, 557:15, 557:16
**tier** [1] - 347:7
**timely** [1] - 429:18
**tissue** [4] - 289:8, 289:23, 290:16, 531:22
**title** [8] - 296:6, 317:15, 341:25, 408:8, 420:13, 421:1, 421:8, 428:11
**titled** [11] - 305:9, 334:9, 344:23, 366:19, 368:15, 387:10, 397:12, 397:19, 401:24, 403:4, 436:19
**titrate** [5] - 335:24, 336:6, 340:16, 378:19, 528:10
**titrated** [2] - 526:18, 527:20
**titration** [1] - 528:3
**today** [16] - 286:4, 286:20, 326:22, 347:11, 355:11, 355:19, 357:7, 357:8, 402:25, 406:12, 409:18, 411:6, 419:6, 484:6, 553:20, 553:24
**together** [5] - 329:17, 360:6, 434:6, 482:18, 491:12
**Tolerabilities** [1] - 342:1
**tolerability** [3] - 280:25, 346:4, 465:24

**tolerance** [1] - 372:2
**tolerate** [2] - 378:19, 380:9
**tolerated** [7] - 321:10, 345:22, 378:7, 390:9, 405:11, 449:21, 455:21
**tomorrow** [8] - 554:2, 555:16, 556:1, 556:25, 557:25, 558:16, 559:4, 559:9
**tonight** [3] - 556:23, 557:3, 559:1
**took** [8] - 281:15, 284:25, 315:10, 336:23, 337:7, 337:12, 339:12
**top** [10] - 282:23, 287:25, 295:21, 296:16, 368:11, 410:13, 434:2, 487:1, 536:25, 546:5
**topic** [8] - 420:22, 421:5, 421:12, 493:20, 554:1, 554:18, 554:19, 554:20
**topics** [1] - 420:17
**total** [12] - 280:14, 287:10, 313:14, 313:21, 334:16, 348:7, 364:12, 364:14, 364:15, 364:17, 418:17, 427:25
**touch** [1] - 305:22
**tough** [1] - 546:10
**toward** [3] - 395:18, 395:19, 402:17
**towards** [4] - 294:25, 295:20, 329:6, 366:17
**track** [2] - 392:6, 481:21
**tracks** [1] - 546:11
**traction** [1] - 388:22
**TRANSCRIPT** [1] - 274:9
**transcript** [18] - 288:2, 288:13, 288:16, 288:18, 289:6, 306:16, 307:12, 309:1, 310:1, 326:19, 328:16, 382:6, 382:13, 396:21, 421:2, 421:10, 421:14, 421:18
**transition** [1] - 286:17
**transitioning** [1] -

298:17
**translate** [2] - 371:5, 371:19
**transplant** [6] - 298:18, 298:22, 298:23, 300:15, 329:18, 356:17
**Transplantation** [3] - 367:13, 372:7, 372:9
**transplants** [1] - 359:12
**treat** [56] - 280:13, 285:1, 289:21, 290:2, 298:16, 303:3, 310:5, 310:14, 330:25, 331:9, 331:22, 332:4, 332:11, 332:19, 333:1, 333:2, 333:11, 333:17, 334:20, 336:5, 339:22, 340:15, 340:21, 353:15, 353:17, 353:20, 354:4, 355:12, 356:14, 357:1, 358:9, 362:12, 372:22, 377:12, 377:15, 384:2, 385:15, 385:17, 406:17, 419:11, 419:12, 419:14, 419:18, 419:20, 422:1, 423:13, 439:13, 439:25, 462:5, 515:18, 516:21, 519:9, 519:22, 520:4, 542:14, 557:23
**treated** [26] - 303:8, 313:2, 341:10, 344:2, 345:21, 360:22, 361:2, 363:1, 374:17, 375:10, 377:5, 384:15, 385:4, 385:7, 388:5, 388:9, 390:13, 391:15, 416:8, 416:18, 440:3, 450:10, 453:13, 462:25, 465:13, 490:13
**treating** [16] - 298:11, 298:20, 340:14, 345:19, 349:22, 355:8, 386:7, 425:7, 425:11, 432:6, 458:12, 458:25, 459:10, 460:14,

512:22, 517:5
**Treatment** [2] - 295:21, 389:17
**treatment** [32] - 286:9, 300:9, 323:10, 336:17, 350:10, 350:11, 372:17, 377:18, 382:14, 385:3, 389:10, 390:15, 391:21, 402:20, 405:11, 411:24, 412:13, 425:25, 439:8, 439:17, 451:5, 451:20, 455:9, 460:10, 476:14, 480:25, 481:13, 505:8, 509:21, 547:19, 552:18, 553:10
**trend** [2] - 395:18
**Treprostinil** [7] - 317:15, 342:2, 368:15, 397:20, 398:17, 402:1, 403:5
**treprostinil** [140] - 280:13, 281:1, 284:12, 284:16, 284:18, 285:1, 285:4, 286:5, 291:25, 294:17, 299:2, 299:5, 299:8, 299:21, 300:6, 300:9, 300:22, 304:21, 305:4, 307:1, 307:22, 309:8, 309:22, 309:25, 310:4, 310:14, 310:17, 311:20, 313:2, 318:12, 331:22, 334:16, 335:12, 367:11, 369:8, 369:9, 369:11, 370:5, 372:1, 373:24, 374:25, 375:10, 375:16, 375:19, 376:3, 376:4, 376:8, 376:19, 377:5, 377:11, 379:7, 379:10, 379:16, 379:19, 384:8, 384:12, 384:17, 387:10, 388:6, 389:12, 389:15, 389:18, 390:8, 390:14, 391:16, 394:13, 395:2, 399:21, 402:20,

406:25, 407:13, 409:10, 409:22, 410:5, 428:16, 434:17, 441:3, 441:6, 441:18, 442:23, 442:24, 443:4, 446:25, 447:10, 447:12, 447:16, 447:23, 448:7, 448:9, 449:18, 449:22, 450:10, 451:15, 453:14, 455:14, 455:18, 455:22, 455:25, 456:6, 459:1, 460:20, 460:23, 461:1, 462:1, 462:10, 463:1, 464:2, 464:12, 464:14, 465:13, 465:24, 466:7, 470:23, 473:9, 475:14, 475:19, 476:4, 476:23, 477:21, 479:14, 479:16, 480:25, 482:17, 495:16, 497:3, 497:25, 505:24, 506:8, 513:10, 517:6, 517:11, 517:14, 519:7, 526:6, 526:23, 527:12, 547:14, 552:23, 553:10
**Trial** [1] - 401:25
**TRIAL** [2] - 274:9, 274:11
**trial** [85] - 285:20, 297:8, 317:2, 318:14, 320:14, 320:23, 336:12, 336:14, 336:16, 339:12, 354:13, 354:14, 354:15, 355:1, 356:5, 357:2, 357:4, 357:6, 357:16, 357:25, 358:7, 358:11, 358:16, 358:18, 363:23, 364:9, 365:9, 369:4, 369:5, 369:17, 376:12, 386:6, 388:13, 393:22, 394:3, 394:6, 394:18, 399:12, 399:14, 414:18, 414:19, 415:3, 415:5, 415:13, 436:16, 437:15, 441:20,

442:6, 489:2, 493:17, 497:2, 497:8, 497:11, 497:13, 497:18, 498:6, 498:20, 499:11, 500:5, 500:19, 503:2, 503:9, 503:21, 505:10, 506:5, 506:22, 507:14, 508:22, 509:14, 511:22, 526:25, 532:23, 533:3, 533:16, 535:7, 538:7, 539:1, 539:3, 540:2, 540:10, 540:20, 551:2, 551:10, 557:8
**Trials** [1] - 280:20
**trials** [8] - 354:11, 354:17, 440:16, 440:25, 441:2, 442:8, 533:10, 538:7
**tried** [2] - 289:20, 335:2
**tries** [1] - 393:1
**trigger** [1] - 429:22
**trouble** [1] - 353:18
**true** [4] - 345:23, 484:22, 541:12
**truth** [2] - 298:4, 326:24
**try** [10] - 289:7, 289:21, 336:25, 354:3, 356:19, 357:20, 375:18, 375:19, 390:14, 535:22
**trying** [12] - 285:18, 290:2, 298:16, 301:17, 362:23, 369:16, 377:9, 426:22, 457:15, 543:5, 553:16, 555:7
**Tseng** [2] - 295:10, 297:12
**TUNNELL** [1] - 274:16
**turn** [32] - 287:17, 287:18, 292:9, 313:8, 315:18, 317:6, 317:22, 322:11, 322:20, 365:15, 366:16, 367:8, 368:9, 391:1, 398:16, 399:17, 403:8, 407:9, 410:21, 443:15, 460:16, 478:14, 482:21, 495:20, 504:16, 513:13,

519:14, 524:23, 530:7, 537:21, 543:15, 545:6
**turning** [2] - 393:24, 544:4
**turns** [3] - 289:18, 289:20, 291:16
**tutelage** [1] - 362:7
**twice** [1] - 445:24
**two** [33] - 276:11, 277:16, 278:6, 278:10, 278:18, 279:16, 280:7, 281:17, 295:1, 297:24, 318:25, 325:24, 335:6, 338:7, 338:23, 348:22, 350:3, 380:9, 388:20, 411:14, 430:11, 430:15, 432:5, 434:6, 490:18, 490:19, 491:11, 492:18, 522:22, 529:2, 550:17, 558:1
**Ty** [1] - 338:23
**type** [12] - 289:10, 289:21, 292:23, 292:25, 298:16, 298:20, 300:20, 313:13, 314:23, 317:18, 413:11, 480:22
**types** [8] - 300:11, 383:9, 394:17, 420:7, 449:9, 452:19, 458:20, 499:18
**typically** [2] - 479:1, 483:15
**Tyvaso** [206] - 283:24, 285:11, 285:15, 286:2, 286:8, 286:15, 286:21, 289:15, 290:12, 290:20, 299:14, 305:9, 305:16, 306:4, 306:7, 306:19, 307:7, 308:1, 308:8, 308:12, 308:20, 309:4, 312:9, 321:11, 321:20, 327:22, 328:8, 328:19, 329:2, 329:8, 329:12, 329:20, 329:21, 330:4, 330:25, 331:9, 332:4, 332:11, 332:19,

333:1, 333:11, 333:17, 334:4, 334:7, 334:13, 334:20, 335:9, 335:15, 336:5, 336:10, 336:15, 336:16, 336:19, 337:4, 337:10, 337:16, 337:22, 338:5, 338:7, 338:19, 338:23, 339:1, 339:14, 339:17, 340:2, 340:6, 340:10, 340:11, 340:16, 340:21, 341:4, 341:10, 345:19, 351:15, 351:19, 353:7, 353:8, 353:11, 353:23, 355:8, 355:12, 355:19, 355:22, 356:1, 356:14, 356:25, 358:2, 358:3, 358:20, 358:23, 359:7, 359:24, 360:22, 361:21, 361:25, 362:11, 362:18, 363:1, 363:4, 363:7, 363:16, 369:7, 369:9, 369:17, 370:2, 370:3, 370:5, 378:11, 378:13, 378:14, 378:17, 379:1, 379:4, 379:6, 381:6, 381:18, 384:11, 384:22, 385:16, 386:25, 389:23, 390:4, 394:8, 394:19, 398:14, 400:3, 403:18, 404:6, 404:22, 404:25, 405:24, 406:2, 406:12, 410:23, 411:11, 411:14, 411:19, 411:23, 412:15, 412:21, 412:22, 413:17, 413:18, 413:20, 413:21, 414:3, 414:9, 414:10, 414:14, 415:9, 415:15, 415:17, 415:20, 416:8, 416:18, 419:10, 419:11, 419:14, 419:18, 419:19, 420:8, 420:9, 420:11, 420:24,

421:7, 422:18, 425:16, 425:18, 425:24, 429:18, 429:23, 438:1, 438:2, 438:11, 438:15, 438:17, 438:19, 438:21, 438:25, 439:2, 439:9, 439:13, 439:17, 439:21, 439:24, 440:3, 440:11, 441:6, 442:13, 442:20, 455:15, 462:4, 464:14, 464:15, 466:22, 466:23, 467:4, 467:9, 467:19, 469:18, 476:6, 476:21, 477:1
**Tyvaso's** [1] - 308:24

## U

**U.S** [6] - 365:3, 410:12, 429:21, 444:9, 456:10, 559:20
**U.S.A** [1] - 382:11
**U.S.D.C.J** [1] - 274:12
**UCLA** [4] - 284:22, 284:24, 285:9, 286:6
**ugly** [3] - 296:11, 297:2, 297:6
**UK** [1] - 367:1
**ultimately** [11] - 286:1, 318:21, 319:25, 332:14, 332:17, 333:19, 335:23, 358:15, 368:20, 391:3, 398:6
**ultrasonic** [1] - 526:7
**unblind** [1] - 533:14
**under** [23] - 303:4, 303:9, 304:20, 326:21, 327:3, 347:4, 362:7, 366:17, 372:16, 388:15, 391:2, 393:5, 393:22, 402:5, 420:18, 445:20, 445:24, 452:19, 452:23, 495:7, 496:1, 549:22, 551:6
**underlying** [5] - 352:14, 381:12, 385:24, 416:20, 508:17
**understood** [8] - 278:1, 279:6,

376:16, 409:1, 457:24, 532:19, 536:7, 545:3
**undesirable** [2] - 373:20, 397:16
**unexpected** [3] - 406:21, 443:6, 443:9
**UNIDENTIFIED** [2] - 279:19, 428:18
**UNITED** [2] - 274:1, 274:3
**United** [21] - 282:7, 282:9, 283:24, 284:4, 284:9, 284:17, 284:19, 285:14, 312:12, 318:21, 319:21, 368:23, 396:21, 396:24, 420:15, 421:1, 421:8, 428:8, 428:25, 468:24, 469:8
**units** [13] - 373:19, 374:4, 435:2, 437:1, 437:4, 480:11, 500:9, 500:10, 529:7, 529:17, 530:14, 552:1
**University** [2] - 324:21, 324:24
**unless** [1] - 351:5
**unlikely** [2] - 540:21
**unmeet** [1] - 424:16
**unmet** [8] - 375:17, 423:12, 424:20, 424:23, 425:3, 425:22, 426:10, 460:10
**unpredictable** [1] - 533:11
**unsure** [1] - 318:16
**up** [90] - 286:12, 286:16, 288:6, 305:5, 305:15, 305:23, 305:25, 306:2, 306:3, 306:16, 307:8, 307:9, 307:12, 309:1, 310:1, 312:2, 313:3, 319:9, 319:11, 319:13, 321:3, 326:19, 328:16, 332:2, 335:19, 335:24, 336:6, 340:15, 340:16, 340:25, 346:8, 348:5, 348:19, 348:23, 358:15, 367:20, 371:1, 373:12,

375:22, 375:25, 378:20, 391:3, 393:8, 393:19, 395:17, 400:12, 412:16, 412:18, 437:4, 437:13, 440:19, 443:22, 445:8, 452:2, 455:21, 459:10, 468:4, 468:9, 478:15, 489:14, 494:4, 494:24, 495:24, 496:23, 498:1, 498:12, 498:24, 500:1, 506:1, 513:15, 515:20, 522:17, 526:18, 526:23, 527:20, 528:1, 528:3, 534:25, 536:25, 542:18, 542:22, 551:18, 555:15, 557:18, 557:20, 557:22
**Up** [1] - 389:17
**updated** [1] - 432:17
**upload** [1] - 289:1
**uploaded** [1] - 382:12
**upper** [1] - 282:20
**UPTON** [4] - 275:8, 418:11, 418:15, 422:23
**upwards** [1] - 386:11
**Urbina** [90] - 276:16, 276:21, 277:1, 277:2, 299:19, 299:24, 301:9, 302:7, 370:22, 387:5, 387:12, 391:2, 397:23, 398:2, 403:23, 405:7, 405:18, 405:22, 407:21, 439:4, 444:14, 444:19, 444:20, 445:5, 445:11, 445:13, 445:18, 447:9, 447:15, 447:19, 448:3, 448:15, 449:25, 450:4, 450:7, 450:8, 451:10, 452:10, 452:16, 453:6, 454:24, 455:10, 455:20, 455:24, 456:5, 461:15, 461:22, 462:20, 463:25, 467:13, 471:15, 472:2, 472:19, 473:4,

474:1, 474:5, 474:13, 475:22, 476:6, 476:10, 476:19, 477:1, 477:5, 477:14, 477:24, 478:16, 479:3, 480:17, 482:6, 482:22, 483:23, 484:8, 484:11, 485:2, 491:19, 492:5, 492:8, 492:11, 495:5, 523:12, 523:15, 543:25, 544:25, 545:4, 545:6, 545:24, 547:4, 547:18, 548:4, 550:24
**USPTO** [1] - 423:25
**usual** [4] - 377:14, 384:16, 384:22, 389:23
**UT** [4] - 326:5, 418:23, 427:24, 556:15
**UT's** [1] - 415:3
**UTC** [45] - 280:1, 287:10, 304:10, 304:12, 304:14, 308:7, 308:8, 308:11, 308:12, 308:19, 308:20, 323:3, 326:7, 326:12, 364:25, 365:6, 365:10, 365:15, 369:16, 369:20, 381:3, 397:9, 398:9, 398:21, 398:24, 399:9, 399:11, 400:6, 400:21, 408:10, 408:23, 412:5, 416:23, 418:16, 419:8, 419:17, 424:2, 424:13, 425:1, 425:5, 429:18, 460:8, 475:16, 554:8
**UTC's** [12] - 303:9, 308:22, 308:23, 364:9, 408:21, 418:19, 423:10, 423:11, 424:5, 424:12, 440:15, 469:18
**UTC_LIQ_00104554** [1] - 408:4
**UTC_LIQ_00104555** [1] - 408:17
**UTC_PH** [7] - 387:9, 398:14, 403:4,

406:24, 410:1, 410:20, 411:9
**UTC_PH-ILD_010356** [1] - 403:4
**UTC_PH-ILD_010744** [1] - 411:9
**UTC_PH-ILD_010790** [1] - 406:24
**UTC_PH-ILD_081748** [1] - 410:1
**UTC_PH-ILD_081749** [1] - 410:20
**UTC_PH-ILD_082484** [1] - 398:14
**UTC_PH-ILD_094881** [1] - 387:9
**UTHR** [2] - 421:1, 421:9
**utilizes** [1] - 297:8
**utilizing** [1] - 374:2

## V

**V/Q** [17] - 291:8, 330:5, 330:11, 330:15, 330:17, 330:19, 330:21, 372:18, 372:23, 373:19, 374:4, 374:8, 392:1, 392:2, 392:4, 392:7, 397:16
**value** [21] - 316:18, 320:11, 392:20, 392:23, 416:7, 416:17, 451:10, 464:4, 490:7, 492:12, 517:16, 518:12, 539:10, 539:13, 540:4, 548:19, 548:22, 548:24, 549:12, 551:18, 552:1
**values** [4] - 351:6, 437:12, 517:7, 518:8
**Vane** [4] - 366:22, 381:25, 382:7, 387:17
**variability** [1] - 383:8
**variable** [1] - 328:11
**variety** [1] - 286:22
**various** [1] - 376:22
**varying** [1] - 435:10
**Vascular** [2] - 366:23, 436:19
**vascular** [10] - 382:15, 382:16, 382:20, 387:24, 480:5, 500:7, 503:14, 503:25, 530:13,

546:12
**vasodilator** [3] - 373:3, 373:7, 392:9
**Vasodilators** [1] - 397:13
**vasodilators** [3] - 372:18, 372:22, 373:9
**vast** [1] - 387:1
**VE/VCO2** [1] - 393:14
**ventilated** [3] - 373:19, 374:3, 374:13
**ventilation** [2] - 291:8, 373:5
**Ventilation** [1] - 397:12
**ventricular** [1] - 529:10
**version** [4] - 329:1, 530:24, 531:2, 537:1
**versus** [2] - 517:17, 550:6
**vessels** [4] - 373:4, 373:10, 374:14
**via** [1] - 526:7
**vice** [4] - 304:16, 418:16, 419:9, 428:12
**Victor** [2] - 324:3, 410:3
**VICTOR** [1] - 324:5
**video** [23] - 279:15, 280:18, 286:23, 287:15, 301:14, 301:23, 302:10, 364:20, 382:12, 417:2, 418:17, 419:1, 422:22, 422:23, 423:14, 423:16, 426:2, 426:19, 427:23, 427:25, 428:4, 430:20, 430:23
**view** [5] - 276:15, 278:2, 284:12, 474:12, 478:16
**virtually** [25] - 287:18, 440:8, 498:23, 511:11, 511:18, 511:23, 511:25, 512:8, 533:19, 533:21, 533:24, 534:1, 534:13, 534:18, 535:10, 535:13, 535:15, 535:18, 535:19, 535:23, 536:2, 536:6, 536:9, 536:13, 536:15

**visit** [1] - 398:24
**visits** [2] - 316:21, 351:8
**vital** [14] - 392:14, 486:24, 491:15, 491:22, 492:4, 509:9, 509:15, 513:22, 514:9, 514:15, 514:17, 515:25, 532:1, 542:14
**Volume** [1] - 274:7
**volume** [6] - 392:16, 514:21, 542:13, 542:15, 543:3, 543:5
**volumes** [1] - 279:16
**VP** [1] - 427:23
**vs** [1] - 274:5

## W

**wait** [2] - 349:8, 525:23
**walk** [65] - 313:12, 315:4, 316:8, 345:25, 346:3, 346:14, 348:24, 349:2, 351:1, 351:2, 361:15, 367:20, 370:24, 371:4, 371:15, 371:19, 371:24, 380:20, 380:23, 386:14, 391:17, 393:5, 395:3, 396:18, 401:6, 401:8, 436:17, 449:13, 453:10, 453:13, 454:2, 454:8, 454:11, 465:8, 467:25, 473:1, 473:8, 473:12, 478:1, 478:7, 484:23, 485:2, 485:21, 485:22, 500:2, 504:21, 505:9, 505:22, 506:6, 506:14, 506:17, 506:19, 536:13, 538:6, 545:23, 547:10, 547:14, 548:16, 548:18, 549:18, 549:19, 549:25, 550:15, 551:15, 553:4
**walked** [1] - 393:6
**walking** [2] - 390:19, 550:1
**warner** [1] - 559:14

**Warner** [1] - 559:19
**warranted** [1] - 377:18
**watch** [2] - 323:19, 364:2
**Waxman** [73] - 305:23, 306:1, 306:3, 306:6, 306:19, 306:24, 307:6, 307:11, 307:20, 308:9, 308:13, 308:21, 311:1, 311:15, 311:16, 311:19, 312:21, 312:24, 313:14, 315:21, 317:9, 317:13, 323:6, 323:8, 325:11, 325:18, 325:22, 326:4, 364:7, 364:22, 365:12, 365:13, 367:11, 368:9, 368:16, 372:4, 381:1, 382:5, 382:6, 382:10, 387:8, 396:24, 397:5, 397:8, 398:12, 398:13, 398:16, 398:18, 401:22, 403:2, 403:3, 403:6, 406:22, 406:23, 407:3, 407:9, 408:2, 408:3, 408:16, 409:24, 409:25, 410:17, 411:8, 416:5, 416:15, 422:12, 439:22, 444:23, 462:9, 469:24
**waxman** [2] - 372:4, 381:1
**Waxman's** [2] - 312:10, 434:16
**waxman's** [3] - 317:23, 484:6, 484:13
**wedge** [5] - 502:20, 503:7, 529:12, 530:16, 531:13
**Wednesday** [7] - 421:3, 421:10, 557:6, 557:7, 557:14, 557:21, 557:22
**week** [18] - 478:4, 478:10, 488:1, 489:11, 489:19, 490:2, 490:3, 490:15, 490:17, 490:18, 490:24, 505:23, 506:20,

517:15, 517:20, 517:21, 518:2
**weeks** [37] - 405:11, 450:11, 473:2, 473:9, 473:13, 473:20, 473:21, 473:22, 473:23, 478:23, 479:25, 480:7, 480:14, 481:2, 481:10, 481:14, 486:16, 487:9, 488:12, 488:14, 490:13, 490:14, 491:16, 491:22, 497:6, 506:7, 507:10, 507:16, 507:20, 509:10, 509:16, 509:21, 513:23, 516:1, 517:17
**weight** [1] - 392:22
**well-ventilated** [2] - 374:3, 374:13
**whereas** [1] - 291:25
**WHO** [25] - 305:10, 305:16, 306:8, 306:10, 307:7, 307:22, 308:1, 311:20, 312:10, 312:21, 318:23, 331:23, 344:5, 348:10, 348:11, 377:5, 379:24, 386:21, 391:17, 396:16, 396:17, 397:20, 398:14, 402:19, 410:24
**whole** [4] - 515:19, 516:22, 518:22, 544:22
**widespread** [1] - 483:9
**WILL** [1] - 274:22
**WILLIAM** [1] - 274:19
**willy** [2] - 355:19, 355:21
**willy-nilly** [2] - 355:19, 355:21
**Wilson** [1] - 428:8
**withdraw** [1] - 531:5
**withdrawn** [1] - 457:22
**witness** [14] - 303:1, 303:3, 303:9, 303:25, 310:20, 321:1, 324:6, 342:21, 364:25, 365:9, 418:10, 553:25, 555:18, 556:15

**WITNESS** [29] - 303:22, 308:16, 311:5, 314:14, 315:14, 321:16, 324:3, 349:10, 349:13, 363:25, 459:12, 459:15, 459:21, 468:8, 487:17, 487:20, 488:5, 490:12, 490:16, 490:21, 494:5, 535:25, 538:11, 539:5, 539:17, 539:23, 540:4, 540:11, 540:22
**witnesses** [3] - 556:3, 556:6, 556:7
**women** [1] - 379:22
**Women's** [7] - 364:7, 365:19, 374:25, 375:9, 382:11, 387:25, 408:19
**wondering** [2] - 539:1, 539:9
**wood** [7] - 435:2, 437:1, 437:4, 480:11, 500:8, 500:10
**Wood** [3] - 529:6, 529:17, 530:14
**word** [4] - 327:12, 391:22, 410:12, 548:12
**word-of-mouth** [1] - 410:12
**wording** [1] - 528:8
**words** [3] - 329:23, 484:5, 528:17
**works** [7] - 284:18, 382:22, 406:15, 422:4, 470:1, 551:5
**World** [1] - 432:15
**world** [8] - 285:5, 386:7, 386:25, 388:12, 451:14, 451:22, 462:24, 472:9
**worried** [1] - 358:8
**worries** [3] - 331:20, 427:2, 427:3
**worse** [12] - 328:2, 331:12, 360:25, 361:5, 361:8, 361:11, 361:15, 361:17, 373:5, 396:10, 484:5, 484:20
**worsen** [1] - 333:13
**worsening** [10] -

371:5, 371:20,
373:5, 396:7,
396:11, 483:16,
484:1, 484:2, 550:11
**write** [6] - 297:25,
333:20, 362:3,
362:5, 381:14,
385:20
**writes** [1] - 305:22
**writing** [2] - 362:15,
401:16
**written** [13] - 276:17,
290:25, 362:14,
370:1, 427:14,
442:1, 444:5,
513:13, 514:8,
514:13, 515:6,
523:5, 543:10
**wrote** [7] - 291:17,
293:7, 357:6,
361:25, 362:14,
409:11, 553:11

## Y

**year** [1] - 366:18
**yearly** [1] - 300:15
**years** [5] - 281:17,
289:20, 300:20,
401:4, 432:5
**yellow** [1] - 490:10
**yes-or-no** [2] - 535:2
**yesterday** [9] - 280:7,
431:8, 431:19,
434:12, 440:15,
440:20, 440:21,
450:19, 504:2
**yield** [2] - 477:6,
477:15
**York** [1] - 386:21
**yourself** [4] - 291:1,
350:9, 351:9, 408:23
**YouTube** [2] - 288:9,
288:21
**Yutrepia** [5] - 283:23,
284:4, 284:9,
429:13, 429:24

## Z

**Zaccardelli** [1] - 399:7