1            IN THE UNITED STATES DISTRICT COURT

2            IN AND FOR THE DISTRICT OF DELAWARE

3
        UNITED THERAPEUTICS CORPORATION,    )
4                                           )
        --------------------Plaintiff,      )
5                                           ) Case No.
        vs.                                 ) 23-CV-975-RGA
6                                           )
        LIQUIDIA TECHNOLOGIES, INC.,        )
7                                           ) Volume III
        --------------------Defendant.      )
8

9                 TRANSCRIPT OF BENCH TRIAL

10

11      BENCH TRIAL had before the Honorable Richard G.

12   Andrews, U.S.D.C.J., in Courtroom 6A on the 25th of

13   June, 2025.

14

15                      APPEARANCES

16      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
            BY:  MICHAEL FLYNN, ESQ.
17
                        -and-
18
        GOODWIN PROCTER LLP
19          BY:  WILLIAM JACKSON, ESQ.
                 KATIE CHENG, ESQ.
20               ERIC ROMEO, ESQ.
                 ERIC LEVI, ESQ.
21
                        -and-
22
        MCDERMOTT WILL & EMERY
23          BY:  DOUG CARSTEN, ESQ.
                 ART DYKHUIS, ESQ.
24               ADAM BURROWBRIDGE, ESQ.

25                      Counsel for Plaintiff

```
 1    (Appearances continued.)

 2
           SHAW KELLER LLP
 3              BY:  NATHAN HOESCHEN, ESQ.
                    KAREN KELLER, ESQ.
 4
                         -and-
 5
           COOLEY LLP
 6              BY:  SANYA SUKDUANG, ESQ.
                    JONATHAN DAVIES, ESQ.
 7                  PHILLIP MORTON, ESQ.
                    DANIEL KNAUSS, ESQ.
 8                  ROZZI UPTON, ESQ.
                    ANNIE BEVERIDGE, ESQ.
 9                  JORDAN LANDERS, ESQ.
                    RACHEL PRESTON, ESQ.
10                  ROBERT MINN, ESQ.
                    ANDREW LAU, ESQ.
11
                              Counsel for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Everyone be seated.  I think
 2    Dr. Channick was on the stand.
 3              And, Mr. Carsten, you may continue when you're
 4    ready.
 5              MR. CARSTEN:  Thank you, Your Honor.
 6                   CROSS-EXAMINATION (RESUMED)
 7    BY MR. CARSTEN:
 8    Q.    Are you settled, Dr. Channick?
 9    A.    I am, thank you.
10    Q.    Great.  I think where we left off last evening, we
11    were talking about your obviousness opinions; correct?
12    A.    Yes.
13    Q.    I'd like to pick up with the next -- another
14    reference you relied upon and that's the Saggar 2014
15    reference.  Do you remember that?
16    A.    I do.
17    Q.    Now, Saggar 2014, that is IV or sub-Q.  It's
18    parenteral administration; right?
19    A.    Yes.
20    Q.    Injectable; right?
21    A.    Yes.
22    Q.    And injectable is different from inhaled; correct?
23    A.    Different route of administration, same drug.
24    Q.    And when you do injectable, that is systemically
25    applying the drug right into the blood?
```

1    A.      Or the subcutaneous tissue in the case of sub-Q.

2    Q.      And then it goes into the bloodstream; right?

3    A.      Correct.

4    Q.      And when you inhale, it's a local administration in

5    the lung itself; right?

6    A.      Yes.

7    Q.      And those are different routes of administration;

8    right?

9    A.      Correct.

10   Q.      And they're different in the sense that you can't

11   necessarily predict what's going to happen.  You have the

12   same active ingredient administered by inhalation or

13   administered by parenteral administration; right?

14   A.      I guess you need to be more specific what's going to

15   happen.

16   Q.      When you testified on Monday, you said that a person

17   of skill in the art wouldn't understand that administration

18   of treprostinil by inhalation was going to be the same as --

19   or have the same results as the inhalation by IV; correct?

20   A.      That's exactly what I said, yes.  That doesn't mean

21   you don't know what's going to happen, though.

22   Q.      Understood.  I see your distinction, sir.

23           You agree with me, though, you can't predict

24   what results are going to occur based upon an inhaled

25   administration of treprostinil and how it would differ from

 1    an IV or parenteral administration of treprostinil; correct?

 2    A.    Not completely correct, no.

 3    Q.    Not completely correct?

 4    A.    No.

 5    Q.    If you were to have a patient come in and you had an

 6    option of administering a drug by IV and administering the

 7    same drug, the same active ingredient by inhalation,

 8    ab initio you wouldn't know whether the patient would

 9    respond better to the IV drug or the inhalation; correct?

10    A.    Are you talking about the magnitude of the effect?

11    Q.    I'm asking about the results you would expect from

12    the patient, that they would -- their response to the drug.

13    A.    It's way too general.  You have to be more specific.

14    We know how treprostinil works and we have data suggesting

15    its benefit in different routes of administration.  So if

16    you're asking me could I predict the exact results comparing

17    the two routes of administration, the answer would, of

18    course, be no but I certainly could get a reasonable

19    likelihood of what kind of event it's going to have.  I

20    might not be able to quantify it exactly.

21    Q.    Okay.  I understand your testimony, sir.

22          With respect to the Saggar reference, you

23    pointed to the FVC results that showed a 1 percent increase

24    in Saggar 2014; correct?

25    A.    Yes.

 1    Q.      And that was with a p-value of 0.687?

 2    A.      Correct.

 3    Q.      And that's not statistically significant, is it?

 4    A.      No.

 5    Q.      And in your testimony, Mr. Davies pointed you to the

 6    '327 patent Table 10.  Do you remember that?

 7    A.      Yes.

 8    Q.      And that data in Table 10 came from INCREASE;

 9    correct?

10    A.      Correct.

11    Q.      And that data was carried forward into the '327

12    patent; right?

13    A.      Yes.

14    Q.      And that Table 10, which is at JTX 1, page 44, showed

15    a statistically significant 1.07 percent increase; correct?

16    A.      Correct.

17    Q.      And you testified that provided a reasonable

18    expectation of success for Saggar 2014 and the Faria-Urbina

19    reference that you're relying upon to show a statistically

20    significant improvement in FVC; correct?

21    A.      Yes.

22    Q.      You do recognize, sir, don't you, that the authors of

23    the Saggar paper said that at this point, the routine use of

24    PH-targeted therapy in PF-PH, which is a form of PH-ILD, is

25    not recommended and should only be cautiously considered at

1    specialized PH centers; correct?

2    A.    I recall those words, yes.  That was published, by

3    the way, before the other prior art showing the benefit of

4    inhaled treprostinil, the Faria-Urbina and the Agarwal, just

5    to say.  When they wrote that in 2014, it wasn't that

6    additional data available.

7    Q.    Understood, sir.

8    A.    Okay.

9    Q.    Now, with respect to -- I think Dr. Nathan is going

10   to talk later about the Faria-Urbina paper and its author's

11   conclusions.  I think we'll hear from Dr. Faria-Urbina

12   herself and her conclusions from that, okay?

13   A.    Okay.

14   Q.    A person of ordinary skill in the art as of the

15   priority date would have no reason to think that a nebulized

16   treprostinil product would behave the same in a particular

17   patient as a dry powder inhaled; correct?

18   A.    Again, I'm not sure what you mean.  No reason to

19   believe it would behave the same.

20   Q.    Again, sir, if I took a -- we talked yesterday about

21   clinical trials, about the INCREASE clinical trial, for

22   example, and with respect to the INCREASE clinical trial, I

23   asked you if you reran the INCREASE clinical trial, all

24   things being the same, you wouldn't be able to understand or

25   predict that the results would be the same; correct?

1    A.      Not identical.  They would be similar.

2    Q.      And that's the thrust of my question here now.  A

3    nebulized form and a DPI form, they are different; right?

4    A.      They're different forms, yes, formulation.

5    Q.      And you're not a formulation scientist?

6    A.      No.

7    Q.      And so you understand, though, that they get into the

8    droplets in the nebulized form and the particles of dry

9    powder and the dry powder inhaled form get into the lung in

10   different methods; right?

11   A.      I mean, they're different formulations.  They're both

12   getting into the lung.

13   Q.      But penetration of the lung, release of treprostinil

14   or active ingredient into the lung, that's different between

15   these two formulations; correct?

16   A.      They're both locally acting and both inhaled and

17   they're different formulations.  That's as far as I can go

18   with that.

19   Q.      If you can't answer the question, that's fine.  But I

20   do want you to answer it or not.

21   A.      You asked me if I have no reason to believe they have

22   the same effect?

23   Q.      Yes.

24   A.      I do have reason to believe they would have a similar

25   effect.

1    Q.      But a person of skill in the art at the time would

2    have no reason to think they would behave the same, the

3    nebulized form and dry powder form?

4    A.      No.  I think they do have reason to believe, at least

5    a reasonable expectation that they would behave in a very

6    similar fashion.

7    Q.      My question is not very similar, sir.  I'm asking you

8    a specific question.  I'd like a yes-or-no answer to this.

9    A.      Okay.

10   Q.      A person of skill in the art as of the priority date,

11   April 17, 2020, would have no reason to think the nebulized

12   form of treprostinil would behave the same as a dry powder

13   form of treprostinil in a patient?

14   A.      Same meaning, identical.  I would agree with you.

15   Q.      Same question with respect to a POSA, a person of

16   ordinary skill in the art, as of the priority date April 17,

17   2020, would have no reason to believe that a nebulized form

18   would behave the same as the parenteral form of

19   treprostinil; correct?

20   A.      Again, with the stipulation you're saying

21   "identically."  They would have similar effects, but it

22   wouldn't be necessarily identical.

23   Q.      Same question.  A person of ordinary skill in the art

24   as of the priority date, April 17, 2020, would have no

25   reason to believe that dry powder would behave the same as

1    parenteral; correct?

2    A.      Same answer, yes.

3    Q.      With respect to forced vital capacity in the

4    Faria-Urbina 2018 reference, you recall the forced vital

5    capacity went down; correct?

6    A.      I'd have to pull up in terms of which population

7    you're talking about.  I think you're talking about the COPD

8    population, potentially.  I have to refresh on the specific

9    group you're referring to.

10   Q.      I've got DTX 518 here.

11   A.      Yes.

12   Q.      This is the Faria-Urbina reference?

13   A.      Correct.

14   Q.      And in terms of total population, which is depicted

15   here at Table 2, you see the FVC went down from 67 to 59

16   with a p-value of 0.12; correct?

17   A.      Correct, a total population which included COPD.

18   Q.      And this is CPFE patients.  This is Table S4 at

19   page 12 of DTX 518.  This shows the FVC went down; correct,

20   from 80 to 75?

21   A.      Correct.

22   Q.      P-value of 0.591?

23   A.      Correct.

24   Q.      And CPFE is a subset of ILD patients?

25   A.      It is, where there is some emphysema and some

1    fibrosis.

2    Q.      Just for completion in terms of the FVC analysis,

3    this is Table S3, DTX 518, at page 11.

4            And then the so-called ILD patients, the seven

5    of them that were tested, had FVC decrease, 53 to 48, with a

6    p-value of .414; correct?

7    A.      Correct.

8    Q.      Now, you testified yesterday that ACTIVE was not a

9    failed study; right?

10   A.      Correct.

11   Q.      You were here when we were talking with Dr. Nathan

12   about the seven deadly studies, et cetera, and you took

13   objection to that; right?

14   A.      Yes, they weren't -- I wouldn't characterize them as

15   deadly studies.  I think that's an irresponsible

16   characterization.

17   Q.      Okay.  And you, in fact, think that ACTIVE was not a

18   failed study at all; right?

19   A.      It didn't meet its -- it met its primary endpoint of

20   safety.

21   Q.      Okay.  Well, we were provided demonstratives from

22   your counsel for you to use during your direct, and this is

23   DDX 8.7, and the title of this slide -- you approved this

24   slide?

25   A.      Yes.

1    Q.    And this says:  "Previous Failed Studies," and right

2    there at the top is ACTIVE with iloprost; right?

3    A.    Yes.

4    Q.    That's the study that you said yesterday under oath

5    was not a failed study, in fact; right?

6    A.    Correct.

7    Q.    But even though you may now quibble with whether or

8    not ACTIVE was a failed study, you yourself have given

9    presentations in which you have talked about trials having

10   failed or been terminated early with respect to ILD

11   treatments; right?

12   A.    Yes.

13   Q.    You're familiar with a CHEST Product Theater

14   presentation that you delivered?

15   A.    I did deliver a lot of presentations.  You have to

16   point out the specific one.

17   Q.    Do you remember this presentation, PH-ILD Screening

18   Diagnoses and Future Research?

19   A.    Yes.

20   Q.    PTX 407?

21   A.    Correct.

22   Q.    And you delivered this at CHEST Product Theater?

23   A.    Yes.

24   Q.    And here at page 14 of DT -- PTX 407 is a list of

25   nine trials that treat PH-ILD that have failed or been

1    terminated early; correct?

2    A.    Correct.

3    Q.    And the -- this was presented in 2024; correct?

4    A.    Yes.

5          But other terminology we use, the only point I

6    was making about the step was that it was a safety study.

7    So the semantics of using the term "failed" we can debate,

8    but the results of the study are what they are.  This is a

9    safety study with the primary endpoint being safety.  It

10   wasn't powered for efficacy.

11         But, yes, it failed, if you want to use the term

12   "failed," to establish our efficacy, but it wasn't designed

13   to show efficacy based on a power analysis.  And it was

14   safety as a primary endpoint.  That's all I'm saying.

15   Q.    And you have to be careful extrapolating results from

16   small studies that are inadequately powered to drive

17   efficacy where you can; right?

18   A.    Well, we're talking about a different drug.  And I --

19   I was taking some exception to the characterization of the

20   study.  Granted, I may have used the term "failed," but it's

21   a semantic term, but I just want to give the judge as much

22   information about what this study actually was rather than

23   the sound-bites.

24   Q.    Sir, you'll have the opportunity with your counsel

25   after I'm done to explain anything you'd like to explain.

1    A.       Thank you.

2    Q.       The fact is you did in 2024, just last year, present

3    a series of nine PH-ILD treatments that you considered

4    failures or terminated early; correct?

5    A.       That was the title of the slide.

6    Q.       And that's what you presented; right?

7    A.       I presented the data shown on that slide, yes.

8    Q.       Are you familiar with a Prins article, P-R-I-N-S?

9    A.       Not offhand, no.

10   Q.       I'll show it to you.  Maybe this will trigger your

11   memory.  Have you seen this Prins article before?

12   A.       I think so.

13   Q.       Do you know if this is a systemic review and

14   meta-analysis of PH-specific therapy in WHO Group 3

15   patients?

16   A.       That's what it's entitled, yes.

17   Q.       This is a 2017 study.  Do you see that?

18   A.       Correct.

19   Q.       Turning to page 7 of PTX 783, the Prins reference.

20   In 2017, there was a discussion of the RISE-IIP trial in the

21   paragraph on the lower left.  Do you see that?

22   A.       Yes.

23   Q.       And it says:  "However, the recent premature

24   termination of the RISE-IIP trial," and there's a clinical

25   trial number, "due to increased mortality in patients

1    treated with riociguat further raises safety concerns for

2    use of PAH-specified therapy in ILD-PH and thus, perhaps,

3    COPD-PH would be a better patient population for future

4    examination."

5            Do you see that?

6    A.    Yes.

7    Q.    And that's similar to the conclusion that was

8    reported by Dr. Waxman's team in the Faria-Urbina paper;

9    correct?

10   A.    I'd have to read the conclusion, but I don't agree

11   with the conclusion either way.

12   Q.    On the same page, page 7, down at the bottom, right

13   side, there's a sentence that starts:  "Given the costs of

14   PAH-specific," and it carries over after two pages of table

15   information to page 10, "therapy and potential side effects,

16   it is difficult to justify the widespread use of these

17   agents in WHO Group 3 PH patients until such a trial is

18   conducted."

19           Do you see that?

20   A.    Yes.

21   Q.    And you disagree with that?

22   A.    I do.  I think you have to be more specific.  Inhaled

23   treprostinil was already being used, as we've learned from

24   many experts, in pulmonary hypertension as this was written.

25   Certainly, the caution with treating patients with pulmonary

1  hypertension drugs, but that's not what we're talking about

2  here.

3  Q.    Understood, sir.  And, again, your counsel is going

4  to have plenty of time to elicit whatever you want to say.

5  I just ask you to answer my questions.

6          You consult for Liquidia; correct?

7  A.    And other companies, yes.

8  Q.    And in November of 2022, you participated in a

9  steering committee meeting?

10  A.    Yes.

11  Q.    And at that meeting, there was a discussion of

12  potentially doing an open label study of Yutrepia for

13  efficacy; right?

14  A.    I believe so, yes.

15  Q.    And you at that meeting -- looking at PTX 008, this

16  is -- these are minutes from the November 30, 2022, Liquidia

17  Corporation steering committee meeting?

18  A.    Yes.

19  Q.    And you attended that meeting?

20  A.    I did.

21  Q.    With respect to that discussion surrounding the

22  potential open trial -- open study of Yutrepia for efficacy,

23  Dr. Channick cautioned that an efficacy study can only

24  potentially create problems.  He asked, "Why do you want to

25  overstretch?"  And urged the company to focus solely on

Channick - Cross

 1    tolerability.  Do you see that?

 2    A.    Correct.

 3    Q.    And that's an accurate summary of what you said?

 4    A.    Yes.  Nothing to do with whether I thought the drug

 5    worked.  It had to do more with strategic planning about

 6    whether they should invest in a study with a drug that was

 7    likely be approved and was already being used in terms of

 8    inhaled treprostinil.  So it was more of a strategic advice.

 9    Nothing more than that.

10    Q.    And you urged the company to focus solely on

11    tolerability, not efficacy?

12    A.    I thought that would be a better way to go at that

13    point strategically, but it didn't suggest -- I didn't think

14    it was efficacy.

15    Q.    Let's switch gears to your written description, if we

16    might.  Your written description opinions are only with

17    respect to Claim 9; correct?

18    A.    Correct.

19    Q.    And that's the FVC claim that we've been talking

20    about; right?

21    A.    It is.

22    Q.    Now, your opinion is that the '327 patent Claim 9 is

23    not adequately described in the specification; correct?

24    A.    Yes.

25    Q.    And you looked to Table 1.  Put this up here for you.

1    This is JTX 0001, page 35.

2              You looked at Table 1 here and you say -- well,

3    the top section of this table is volume FVC; right?

4    A.      Correct.

5    Q.      And the top section shows -- relating to volume shows

6    p-values of 0.3453 and 0.2016 and those are not

7    statistically significant; correct?

8    A.      Correct.

9    Q.      But if you look at Table 2, you'll agree with me that

10   the top section there is also -- before we move on to that,

11   let's stick with Table 1 for a second.

12             You do agree with me that FVC percent predicted,

13   both of those measurements at week 8 and week 16 demonstrate

14   increased FVC in a statistically significant way; right?

15   A.      No.

16   Q.      Well, both of them are -- show an estimated

17   difference of 1.79 and 1.8 and actual increases of 0.77 and

18   1.07; correct?

19   A.      There's no p-value on the increases in FVC on a

20   patient receiving inhaled treprostinil.  There's a

21   statistically significant difference between what happened

22   in the inhaled treprostinil group and the placebo group.

23   You said an increase in the FVC that's statistically

24   significant and that's not an accurate statement.

25   Q.      You don't agree that the p-value here reported of

1    0.0139 is statistically significant for an increase of FVC

2    relative to placebo?

3    A.    No, it's not.  Relative to placebo, it is.  But you

4    said an improvement in FVC that was statistically

5    significant.  And we don't have any statistics on the

6    improvement from baseline to week 8 or 16 in the patients

7    given inhaled treprostinil.  We just have the difference.

8    So the patient had theoretically not changed at all and the

9    placebo got worse.  That would be a statistically

10   significant difference.  But there would have been no

11   increase in the FVC in the treatment group.  So you have to

12   be clear on what you're referring to.

13   Q.    If a person is taking placebo and not receiving any

14   medication and they're at an FVC of baseline and they

15   decrease versus the same patient who, in this hypothetical

16   world, took treprostinil and at the end of this 8 weeks or

17   16 weeks had a baseline that was the same or increased from

18   baseline, that's the difference we're talking about; right?

19   A.    That's the difference.  It doesn't mean they improved

20   their placebo.  It just means the other group got worse.

21   Q.    But you can exclude the notion or the idea that

22   patients in this study actually did see their baseline --

23   see an increase from baseline; correct?

24   A.    I'm sure some did, yeah.

25   Q.    Now, turning to Table 2, again, looking at the volume

1    section, which is the top, at week 16, there was a

2    statistically significant difference between the FVC of the

3    treated group with treprostinil and the placebo group;

4    correct?

5    A.    Yes.

6    Q.    And that's at --

7    A.    Subgroup.

8    Q.    I'm sorry?

9    A.    In a subgroup, yes.

10   Q.    This is a subgroup.  Is the IIP subgroup of the

11   entire ITT population?

12   A.    Yes, about half of the population.

13   Q.    ITT means intent to treat?

14   A.    Correct.

15   Q.    And IIP is a subset of ILD; right?

16   A.    Correct.

17   Q.    These are ILD patients we're talking about?

18   A.    A subgroup of ILD patients, yes.

19   Q.    They themselves are ILD patients, all of them; right?

20   A.    Yeah.

21   Q.    And in the second half of the table with respect to

22   FVC both at week 8 and week 16, there's a statistically

23   significant difference between the inhaled treprostinil

24   group and the placebo group; correct?

25   A.    Correct.

 1   Q.      And then with respect to Table 3, sir, this is the

 2   IPF subset of the intent-to-treat population; right?

 3   A.      It is.

 4   Q.      And, again, in terms of actual volume, week 16

 5   patients saw a statistically significant benefit in terms of

 6   the inhaled treprostinil group versus the placebo group in

 7   FVC; correct?

 8   A.      Yes, but a subgroup of a subgroup.

 9   Q.      And then with respect to the bottom half of the table

10   FVC percent predicted both at week 8 and week 16, this group

11   saw statistically significant benefit in FVC from the

12   inhaled treprostinil group compared to placebo; correct?

13   A.      Correct.

14   Q.      Now, those are all data that came straight from

15   INCREASE; right?

16   A.      Yes.

17   Q.      You understand, sir, that the specification includes

18   more than just the INCREASE data; right?  There's other text

19   in the application?

20   A.      I'm sure there are.

21   Q.      So with respect to column 2, it says:  "In some

22   embodiments, administering an effective amount of

23   treprostinil, its prodrug, its pharmaceutically acceptable

24   salt, or a pharmaceutically acceptable salt of its prodrug

25   may provide an improvement which may be statistically

1    significant in forced vital capacity."

2                    Do you see that?

3    A.    Yes.

4    Q.    And this is part of the specification that the

5    inventors wrote?

6    A.    Okay.

7    Q.    You agree with me; right?

8    A.    It's in there.  Yeah, it's written.

9    Q.    For the record, this is at page 24 of JTX 1.

10                    Further down at about line 15 of column 2, it

11   talks about a variety of measurement times including 4

12   weeks, including 8 weeks, including 16 weeks; right?

13   A.    Yes.

14   Q.    And further down the column around line 25, it says:

15   "For example, the FVC value may by higher by at least..."

16   and then it has number of volume measurements ranging from

17   10 to 45; correct?

18   A.    Yeah.

19   Q.    Do you see that?

20   A.    I do.

21   Q.    And further down in column 2, that same paragraph, at

22   about line 43:  "May increase in FVC value compared to an

23   FVC value before the administering; maintain an FVC value

24   within 5 percent, 10 percent, or 20 percent within the FVC

25   value prior to the administering..." and it goes on;

1    correct?

2    A.    Yes.

3    Q.    And this is talking about that percent predicted

4    measurement of FVC; right?

5    A.    I'm not sure it's referring to -- it doesn't specify

6    percent predicted.  It just says FVC value.

7    Q.    But certainly Table 1 had percent predicted FVC data;

8    right?

9    A.    It did.

10   Q.    Were you on the steering committee at Liquidia in

11   2020?

12   A.    I may have been.  I don't recall.

13   Q.    Do you know a Dr. Brian, a Dr. O'Brien?

14   A.    I believe so, yes.  A Jerry O'Brien?

15   Q.    Well, he's a member of the steering committee of

16   Liquidia?

17   A.    I think he may have worked for Liquidia, I believe.

18   Q.    Liquidia 861 steering committee meeting of

19   November 2, 2020.  Do you see that?

20   A.    I do.

21   Q.    And this is PTX 249?

22   A.    Correct.

23   Q.    And at this steering committee meeting, there was

24   some discussion about Tyvaso and Yutrepia.  And in response

25   to a question from Dr. O'Brien, steering committee members

1    said they were not aware of significant pre-approval

2    prescribing of Tyvaso treprostinil in Group 3 patients with

3    PH-ILD.  Do you see that?

4    A.    I do.

5    Q.    In 2020, at the steering committee internal to

6    Liquidia, they themselves were saying they were not aware of

7    significant pre-approval prescribing of Tyvaso in Group 3

8    PAH patients with ILD; correct?

9    A.    I don't know what they -- they said they were not

10   aware.  Then they said they were not aware.  It was

11   happening, obviously.

12   Q.    And that's inconsistent with your testimony here;

13   correct?

14   A.    No, people were using it.  That's a fact.  It's not a

15   question.

16            MR. CARSTEN:  Pass the witness, Your Honor.

17            THE COURT:  All right.  Thank you.

18            Redirect.

19            MR. CARSTEN:  Your Honor, if I may, I have a

20   couple of exhibits to enter.

21            THE COURT:  Yes.

22            MR. CARSTEN:  DTX 518, PTX 407, PTX 783, and

23   PTX 008, all of which I used with the good doctor on his

24   cross-examination.

25            MR. DAVIES:  Your Honor, we only object to the

1    exhibits to the extent they were used for impeachment.

2                THE COURT:  Which ones were used for

3    impeachment?

4                MR. DAVIES:  The Prins article, 783, and the

5    slide deck, Your Honor.

6                THE COURT:  Is the Prins article on the exhibit

7    list?

8                MR. CARSTEN:  It's on our exhibit list, Judge.

9                THE COURT:  So I don't understand why it would

10   be used for impeachment.

11               MR. DAVIES:  I'll withdraw, Your Honor.

12               THE COURT:  All right.  Then they're admitted

13   without objection.

14               (Thereupon, Exhibits DTX 518, PTX 407, and

15   PTX 008 were admitted.)

16               MR. CARSTEN:  Thank you, Your Honor.

17                      REDIRECT EXAMINATION

18   BY MR. DAVIES:

19   Q.    Hello, Dr. Channick.

20   A.    Hi.

21   Q.    You were asked questions about whether you would see

22   identical results with respect to nebulized versus dry

23   powder.

24               Do you recall that?

25   A.    Yes.

1    Q.    So in your opinion, would a POSA have a reasonable

2    expectation that a DPI treprostinil formulation would have

3    similar effects as a nebulized solution of treprostinil in a

4    PH-ILD patient?

5    A.    Yes.  As I said, they would have expectation of

6    similar results.

7    Q.    Why is that?

8    A.    Because they're both inhaled treprostinil

9    formulations, they're both acting locally in the lungs,

10   they're both deposited locally in the distal alveoli where

11   the blood vessels are and where you want them to have an

12   effect, thereby decreasing the systemic effect of an inhaled

13   drug.  It's one of the major advantages.

14   Q.    Can you go to column 2 of the '327 patent.

15         And you were asked some questions about the FVC

16   data in column 2?

17   A.    Yes.

18   Q.    The FVC data in column 2 is not a comparison of

19   baseline to treatment; correct?

20   A.    Correct.

21   Q.    Does the patent -- '327 patent contain any data that

22   demonstrates a statistically significant improvement in FVC

23   as a comparison of baseline to treatment?

24   A.    It does not.

25         MR. DAVIES:  I have no further questions, Your

1    Honor.

2         THE COURT:  All right.  Thank you, Dr. Channick.

3    You may take another rest before you testify again.

4         MR. SUKDUANG:  Your Honor, at this time Liquidia

5    calls Dr. Nicholas Hill.  Dr. Nicholas Hill is a doctor at

6    the University of Tufts Medical Center and he will be

7    discussing prior sale.

8         MR. MINN:  May we approach?

9         THE COURTROOM DEPUTY:  Please state and spell

10   your full name for the record.

11        THE WITNESS:  Nicholas S. Hill, N-I-C-H-O-L-A-S,

12   H-I-L-L.

13                 NICHOLAS HILL, M.D.,

14             called as a witness on behalf of the

15             Defendant, was sworn, and testified

16             as follows:

17

18        MR. SUKDUANG:  May I proceed, Your Honor?

19        THE COURT:  Yes.

20                DIRECT EXAMINATION

21   BY MR. SUKDUANG:

22   Q.   Good morning, Dr. Hill.  How are you?

23   A.   I'm good, thank you.

24   Q.   Do you have a CV, Dr. Hill?

25   A.   Yes, I do.

```
 1              MR. SUKDUANG:  Can we bring up DTX 618, please.
 2   BY MR. SUKDUANG:
 3   Q.     Is this your CV?
 4   A.     Yes.
 5              MR. SUKDUANG:  Your Honor, I'd like to enter
 6   DTX 618 into evidence.
 7              MR. CARSTEN:   No objection.
 8              THE COURT:  Moved without objection.
 9              (Thereupon, Defendant's Exhibit DTX 618 was
10   admitted.)
11   BY MR. SUKDUANG:
12   Q.     Dr. Hill, where are you currently employed?
13   A.     At Tufts Medical Center in Boston.
14   Q.     And your current position?
15   A.     Is director of pulmonary research and director of the
16   pulmonary hypertension center.
17   Q.     In your current position, do you treat PH patients?
18   A.     Yes.
19   Q.     Do you also treat PH-ILD patients?
20   A.     Yes.
21   Q.     For how many years have you been treating patients
22   with PH and PH-ILD?
23   A.     We're going on 45 years.
24   Q.     Dr. Hill, when did you graduate from medical school?
25   A.     1975.
```

1    Q.      And from where?

2    A.      Dartmouth.

3    Q.      Were you chief of the division of pulmonary critical

4    care and sleep at Tufts from 2002 to 2023?

5    A.      I was.

6    Q.      And are you in that position today?

7    A.      No.

8    Q.      Do you have experience working on clinical trials?

9    A.      Yes.

10   Q.      Have you worked on clinical trials for PAH?

11   A.      Yes.

12   Q.      Have you worked on clinical trials for PH-ILD?

13   A.      Yes.

14   Q.      Were you an investigator in the INCREASE study for

15   UTC?

16   A.      Yes.

17   Q.      And are you familiar with the protocols used in

18   INCREASE?

19   A.      Yes.

20   Q.      Are you familiar with the types of patients that were

21   enrolled in INCREASE?

22   A.      Yes.

23   Q.      Are you familiar with the results of the INCREASE

24   study that have been published in the *New England Journal of*

25   *Medicine*?

1  A.    Yes.

2  Q.    In addition to working in clinical trials -- well,

3  let me back up.

4        Do you recall testifying in this court in

5  another legal proceeding a few years ago?

6  A.    Yes.

7  Q.    And was that subject matter PAH?

8  A.    Yes.

9  Q.    And did the Court qualify you as an expert in that

10  case?

11  A.    It did.

12        MR. SUKDUANG:  Your Honor, we'd like to now

13  offer Dr. Nicholas Hill as an expert in internal medicine,

14  pulmonary disease, and critical care in the treatment of

15  pulmonary hypertension, including PH-ILD.

16        MR. JACKSON:  No objection, Your Honor.

17        THE COURT:  All right.  You may proceed.

18  BY MR. SUKDUANG:

19  Q.    Dr. Hill, have you offered opinions on the '327

20  patent in this case?

21  A.    Yes.

22  Q.    Can we take a look at that patent, JTX 1.

23        Is this the patent you considered?

24  A.    Yes.

25        MR. SUKDUANG:  Can we go to Claim 1, please.

1    And it's PDF page 50.

2    BY MR. SUKDUANG:

3    Q.    And generally, Dr. Hill, what is Claim 1 directed to?

4    A.    It's a method of improving exercise capacity in a

5    patient having pulmonary hypertension associated with

6    interstitial lung disease, or PH-ILD, comprising

7    administering by inhalation to the patient having that kind

8    of pulmonary hypertension an effective amount of at least

9    15 micrograms up to a maximum tolerated dose, or a

10   pharmaceutically acceptable salt thereof, and each breath

11   would comprise at least 6 micrograms.

12   Q.    Prior to the -- and do you understand that the '327

13   patent issued in November of 2023?

14   A.    Yes.

15   Q.    And do you understand that the priority date that

16   you're applying here is April 2020?

17   A.    Yes.

18   Q.    Prior to April 2020, did you have experience with the

19   subject matter that's recited in Claim 1?

20   A.    Yes.

21   Q.    And prior to 2020, did you actually perform the

22   method recited in Claim 1 using an inhaled form of

23   treprostinil?

24   A.    Yes.

25   Q.    Okay.  We're going to talk about that momentarily.

 1            Have you provided opinions regarding the issue

 2    of prior sale?

 3    A.     Yes.

 4    Q.     And did you hear the deposition and trial testimony

 5    of Doctors Waxman, Saggar, Tapson, Parikh, and Channick over

 6    the past two days?

 7    A.     Yes.

 8    Q.     And prior to hearing their testimony at trial, had

 9    you considered their testimony via deposition in forming

10    your opinions in this case?

11    A.     Yes.

12    Q.     Now I'd like to talk about the requirements for prior

13    sale.

14            Have you prepared a demonstrative?

15    A.     Yes.

16            MR. SUKDUANG:   Can we go to demonstrative 4.3,

17    please.

18    BY MR. SUKDUANG:

19    Q.     Is that the demonstrative you prepared?

20    A.     It is.

21    Q.     And just generally, what's your understanding of

22    what's required to establish prior sale?

23    A.     If more than one year before the patent's effective

24    filing date the claimed invention is both the subject of a

25    commercial offer for sale and ready for patenting.

1    Q.    And for purposes of this opinion, did you apply an

2    April 2020 effective filing date for the '327 patent?

3    A.    Yes.

4    Q.    Okay.  I'd like to talk about the first issue, the

5    subject of a commercial offer for sale.

6          Have you prepared a demonstrative addressing

7    this issue?

8    A.    Yes.

9          MR. SUKDUANG:  Can we go to demonstrative 4.4,

10   please.

11   BY MR. SUKDUANG:

12   Q.    Just briefly, Dr. Hill, what does -- you have an

13   indication of a list of doctors.

14         Do you see that?

15   A.    Yes.

16   Q.    And just generally, why have you -- what does this

17   identification of the doctors mean to you?

18   A.    All of these doctors have given testimony attesting

19   to their prescribing Tyvaso for PH-ILD before April 2020.

20   And they're also some documents that are -- support this

21   view.

22   Q.    And is that the column on the -- the second column,

23   the prior sale evidenced by?

24   A.    Yes.

25   Q.    With respect to Doctors Waxman, Saggar, Tapson, and

1    Channick, what did you hear about whether they treated

2    PH-ILD patients with Tyvaso prior to April 2020?

3    A.    They said they had prescribed Tyvaso for patients

4    with PH-ILD with the aim of improving exercise capacity.

5    Q.    And with respect to Doctors Waxman, Saggar, Tapson,

6    and Channick, what did you hear about how they dosed those

7    PH-ILD patients with Tyvaso prior to April 2020?

8    A.    They used a dosing regimen based on the 2009 label

9    for the approval of Tyvaso for Group 1 PAH that consisted of

10   three breaths four times a day, each breath consisting of 6

11   micrograms.  So for each session, a total of 18 micrograms.

12   And then titrating up to a maximum dose of 9 to 12 breaths

13   four times a day as tolerated.

14   Q.    As part of the INCREASE study, were you permitted to

15   go up to 12 breaths per treatment session for the patients?

16   A.    In the INCREASE study, yes.

17   Q.    Were you required to go up to 12 breaths for each

18   patient in the INCREASE study?

19   A.    No.

20   Q.    If they couldn't get up to 12 breaths, did you have

21   to kick them out of the study?

22   A.    No.

23   Q.    Did some of the patients reach nine breaths?

24   A.    Yes.

25   Q.    When you see the language "titrated up to 12

1    breaths," what does that mean to you?

2    A.    It means I would gradually go up, look for any

3    adverse symptoms, and increase the dose accordingly.  Often

4    people will develop a tolerance to adverse effects, but if

5    you go up slowly, even in those who initially are having

6    trouble tolerating.

7    Q.    If you see language that says start at three breaths

8    at the initial dose and titrate up to 12 breaths, do you

9    understand there may be interim points you have to stop,

10   just based on the patient's own outcomes?

11   A.    That's what happened, yes.

12   Q.    If they stopped, if they couldn't get to ten breaths,

13   would you keep them on nine breaths?

14   A.    Yes.

15   Q.    With respect to Drs. Waxman, Saggar, Tapson, and

16   Channick, what did you hear about the outcomes they observed

17   in their PH-ILD patients when they treated them with Tyvaso?

18   A.    Their opinion was that patients were feeling better

19   and had improved exercise ability.

20   Q.    And when you say "feeling better," what do you mean

21   by that?

22   A.    They would be less short of breath if they were doing

23   things like climbing stairs or walking at a certain pace.

24   And fatigue is a very common symptom with PAH or PH and they

25   might feel less fatigues, those kinds of symptoms.

1    Q.    If the testimony -- you heard the patients were

2    feeling better, does that mean at least when they were on

3    Tyvaso to treat their PH-ILD, they weren't getting worse?

4    A.    Yes.

5    Q.    With respect to Drs. Waxman, Saggar, Tapson, and

6    Channick, what did you hear about whether Tyvaso was sold to

7    their PH-ILD patients with the specific meaning to treat

8    their PH-ILD?

9    A.    Well, they were able to obtain in terms of coverage

10   for the cost of Tyvaso with the aim of treating their PH-ILD

11   and improving their exercise capacity, and thereby the

12   Tyvaso was sold to the patients.

13   Q.    Based on the testimony that you heard from

14   Drs. Waxman, Tapson, Channick, and Saggar, is it your

15   opinion that Tyvaso was sold to PH-ILD patients with the

16   intent of improving outcomes including exercise capacity?

17   A.    Yes.

18   Q.    Now, when we began your testimony, you talked about

19   your own personal experience in practicing Claim 1 prior to

20   April 2020.  And I want to talk a little bit more about

21   that.

22         Just to be more specific, have you treated

23   PH-ILD patients with inhaled treprostinil prior to

24   April 2020?

25   A.    Yes.

1    Q.    And what was the name of drug that you used that was

2    inhaled treprostinil to treat those patients?

3    A.    Tyvaso.

4    Q.    And what specific dosing regimen did you use to treat

5    PH-ILD patients in your practice?

6    A.    The same as the one I just described for the other

7    physician.

8    Q.    That's the 3 breaths titrated up to 9 or 12 breaths

9    if they can tolerate it?

10   A.    Yes.

11             THE COURT:  Can I interrupt.

12             Dr. Hill, I'm not looking for an exact answer

13   here because I can't imagine you could possibly give it.

14   But how many patients did you treat before 2020, ballpark,

15   for PH-ILD according to how you've said you treated them?  I

16   mean, is it, like, a dozen or a hundred or what?

17             THE WITNESS:  Several dozen.

18             THE COURT:  Thank you.

19   BY MR. SUKDUANG:

20   Q.    You just -- just so we're clear, you talked about the

21   dosing scheme regimen you used.  Is that dosing regimen

22   consistent with the dosing required of Claim 1 of the '327

23   patent?

24   A.    Yes, it is.

25   Q.    Is that dosing consistent with the protocol you

 1    followed for the INCREASE study?

 2    A.    Yes.

 3    Q.    So with respect to how you practice treating PH-ILD

 4    patients with Tyvaso, is that -- your practice the same as

 5    what ultimately was required in the INCREASE study?

 6    A.    Yes.

 7    Q.    Did you have any patients on Tyvaso prior to

 8    April 2020 that you put into the INCREASE study?

 9    A.    I don't know.  I don't recall.

10    Q.    When did you start treating PH-ILD patients with

11    inhaled treprostinil?

12    A.    Within a year of the approval of Tyvaso for Group 1

13    PAH.

14    Q.    What year was that?

15    A.    2009.

16    Q.    Was Tyvaso approved for PH-ILD back in 2009?

17    A.    No.

18    Q.    Was your use of Tyvaso to treat PH-ILD patients an

19    off-label use?

20    A.    It was.

21    Q.    And is off-label use an accepted practice among

22    doctors?

23    A.    Yes.

24    Q.    Is off-label use prohibited by the FDA?

25    A.    No.

1    Q.    Does the use of drugs off label sometimes lead to the

2    ultimate approval of that drug so it's on label?

3    A.    Yes.

4    Q.    And is that what happened here with respect to Tyvaso

5    and PH-ILD?

6    A.    Yes, it is.

7    Q.    Why did you decide back in 2009 to start using Tyvaso

8    for your PH-ILD patients?

9    A.    Well, I had been in the TRIUMPH trial, which was the

10   trial that was used to get FDA approval for the Group 1

11   indication of Tyvaso.  So I had a fair amount of experience

12   with it in that trial, as well as some descriptions

13   subsequently for Group 1.

14        And it occurred to me that the hemodynamic

15   profile of both conditions, the Group 1 and the PH-ILD, was

16   both precapillary pulmonary hypertension, a term we've been

17   hearing about during these discussions, and that similarity

18   raised the question in my mind whether inhaled Tyvaso might

19   be a benefit in the PH-ILD group.

20        In addition, because it's an inhaled route,

21   there's a potential of avoid the systemic side effects that

22   we associate with prostacyclins and it gets the drug

23   directly to the target organ.

24        Also, we did hear some mention during

25   Dr. Waxman's deposition yesterday that Tyvaso might be

 1    salutary for ventilation-perfusion matching and thereby

 2    preserving oxygenation better.  So these were all reasons

 3    that motivated me to try PH-ILD -- I mean, try Tyvaso in

 4    patients with PH-ILD off label.

 5    Q.    When you did that, did it work for your PH-ILD

 6    patients?

 7    A.    It often did, yes.

 8    Q.    What types of improvements did you observe in those

 9    patients?

10    A.    The patients would feel better in terms of the amount

11    of shortness of breath, maybe being able to do more around

12    the house, and also improvement in their exercise ability.

13    Q.    We've heard a lot about six-minute walk test.  Do you

14    sometimes perform the six-minute walk test?

15    A.    Yes.

16    Q.    Do practices differ between clinics as to how often

17    or less often they might run the six-minute walk test?

18    A.    Yes, they do.

19    Q.    Is that normal?

20    A.    Yes.

21    Q.    In the patients you treated with Tyvaso prior to

22    April 2020, when you measured their six-minute walk test

23    before and after treatment, did you see any improvement?

24    A.    Yes.

25    Q.    What does that indicate to you?

1   A.      That inhaled Tyvaso for PH-ILD was beneficial for a

2   lot of patients.

3   Q.      And that increase you've seen in six-minute walk,

4   would that indicate to you that their exacerbations of ILD

5   weren't actually getting worse?

6   A.      I'm not sure.

7   Q.      Let me ask it this way.  The fact that they were able

8   to walk more, does that generally mean they weren't getting

9   worse while being on Tyvaso?

10  A.      Yes.  I think that's a manifestation of proof.

11  Q.      Do you have experience in the process of getting a

12  drug -- the cost of a drug covered by insurance?

13  A.      Yes.

14  Q.      Did you have that experience with Tyvaso for PH-ILD

15  prior to April 2020?

16  A.      Yes.

17  Q.      Can you just briefly describe your experience in

18  getting Tyvaso approved for PH-ILD patients by insurance

19  prior to April 2020.

20  A.      Yes.  I would write a prescription for Tyvaso for

21  PH-ILD.  The prescription would go to an insurance company

22  and I would generally be sent a form to fill out for

23  administration of Tyvaso to patients with pulmonary

24  hypertension.

25              And the form would have some checkboxes on it.

1   The forms would differ between insurance companies, but in

2   general, they would have a checkbox for Group 1 pulmonary

3   hypertension or pulmonary arterial hypertension and also

4   checkboxes for comorbidities like ILD, chronic lung disease,

5   heart failure.

6           So I would check the PAH box generally because

7   of the hemodynamic profile.  These patients will have a

8   right-heart catheterization and we knew what their pressures

9   and flows were.  And then I would also check the ILD box

10  because the patient had ILD and, in general, I would get

11  denials from most insurance companies.

12  Q.    Let me stop you there on the denial.

13  A.    Yeah.

14  Q.    If you check -- if Tyvaso 2009 was approved for

15  PAH -- is that right?

16  A.    It was approved for what?

17  Q.    PAH?

18  A.    Yes.

19  Q.    If you check the PAH box and you check the ILD box,

20  why would you still get a denial?

21  A.    Because the ILD was not an approved indication.

22  Q.    With respect to that denial, would insurance

23  companies understand if you check both boxes, that's a

24  PH-ILD patient?

25  A.    I think so.

1    Q.    Otherwise, they would have approved the drug if they

2    thought they were a PAH patient?

3                THE COURT:  All right.  So --

4                MR. SUKDUANG:  Let me withdraw.

5                THE COURT:  Actually, before you ask the

6    question, you've been asking before April 2020.  Is that the

7    relevant date, given this is an argument about commercial

8    sale?  Is the relevant date that or April 2019?

9                MR. SUKDUANG:  I can ask April 2019.  But I do

10   believe the priority date is April 2020 and I think the

11   testimony with Dr. Hill -- and I can make that

12   clarification.  The testimony with Dr. Hill and all the

13   others is well before April 2020.

14               THE COURT:  No, I --

15               MR. SUKDUANG:  You're asking the legal question,

16   I guess.

17               THE COURT:  That's the reason I'm asking you,

18   not him.

19               MR. SUKDUANG:  Sure.  If you look at the

20   effective filing date is April 2020, then you would go one

21   year, 2019, I think the testimony -- and I'll make that

22   clarification.

23               THE COURT:  Then make the clarification.

24   BY MR. SUKDUANG:

25   Q.    All the testimony you've given so far about yourself

1    and Dr. Waxman, Tapson, Channick, Saggar, did they all do

2    this as of 2009?

3    A.    As I recall, each of the other physicians testified

4    that they started doing this sometime during 2009.

5    Q.    And they were able to get insurance coverage for

6    their PH-ILD patients on Tyvaso as of 2009?

7    A.    That's what they said.

8               MR. JACKSON:  Objection.

9               THE COURT:  I'm going to sustain this objection

10   too.  I do think you're at risk of putting words into his

11   mouth right now.

12   BY MR. SUKDUANG:

13   Q.    In your own experience, have you prescribed Tyvaso to

14   PH-ILD patients?

15   A.    Yes.

16   Q.    Prior, as of 2009?

17   A.    Yes.

18   Q.    Based on the testimony you heard, did doctors --

19              THE COURT:  So why don't you just skip that.  He

20   said what he said.

21              MR. SUKDUANG:  Okay.  I just wanted to make

22   sure.

23              THE COURT:  Sure.

24   BY MR. SUKDUANG:

25   Q.    We talked about rejections and so I want to go back

1    to that with insurance companies.

2              Could you explain to the Court when you got an

3    insurance rejection for Tyvaso --

4    A.    Denial.

5    Q.    -- in PH-ILD, what would you do next?

6    A.    Yeah.  In the insurance business, it's called a

7    denial, and I would appeal.  You know, the insurance

8    companies do want to be cautious about approving medications

9    as expensive as Tyvaso, and so they generally would ask for

10   an appeal letter.

11             If I was going to appeal, I would submit a

12   letter explaining why I thought the patient might benefit.

13   And not infrequently, I would get another denial.  And this

14   is particularly early on.  And it depended on the insurance

15   company as well.  So I would write another -- send in a

16   modified letter.

17             And then at some point, I would ask for a

18   face-to-face peer review, in which case I would speak to a

19   physician working for the insurance company to assess these

20   requests.  And often, I was able to convince that individual

21   that because of the nature of the patient's hemodynamic

22   abnormalities, that there was reason to expect benefit, and

23   I would get an approval.

24             MR. JACKSON:  Your Honor, I just -- I need to

25   object.  None of this is in his report.

```
 1            MR. SUKDUANG:  Your Honor, he testified in his
 2    report regarding his prescribing habits.
 3            THE COURT:  Well, don't tell me what he said in
 4    the report.  If there's an objection here, tell me the
 5    paragraph in the report where he talks about this.
 6            MR. SUKDUANG:  Paragraph 136.
 7            THE COURT:  It seems to me to be reasonable
 8    extrapolation.  It's not literally in there, but -- so I'm
 9    going to allow it.
10            MR. JACKSON:  Thank you, Your Honor.
11    BY MR. SUKDUANG:
12    Q.     Were you finished, Dr. Hill?
13    A.     Yes.
14    Q.     In your opinion, based on your experience, was Tyvaso
15    sold to treat -- was Tyvaso sold to PH-ILD patients?
16    A.     Yes.
17    Q.     In your opinion and based on your experience and the
18    testimony you heard, was Tyvaso sold to PH-ILD patients
19    specifically to treat their PH-ILD?
20    A.     Yes.
21    Q.     Based on the testimony you heard and your own
22    experience, were your prescriptions specifically for PH-ILD?
23    A.     Yes.
24    Q.     And based on your own experience and the testimony
25    you heard, was Tyvaso sold to PH-ILD patients with the
```

1    intent to improve outcomes including exercise capacity?

2    A.    Yes.

3    Q.    And I asked you a couple questions up to this point

4    pointing to the April 2020 date.

5              Would your answers be the same if I said

6    April 2019?

7    A.    Yes.

8    Q.    In addition to the testimony you heard from doctors,

9    did you review any documents regarding the prior sale of

10   Tyvaso for PH-ILD prior to April 2019?

11   A.    Yes.

12             MR. SUKDUANG:  Can we take a look at DTX 3,

13   please.

14   BY MR. SUKDUANG:

15   Q.    What is this document, Dr. Hill?

16   A.    This is a transcript for an earnings call called by

17   the United Therapeutics Corporation on May 2, 2018.

18   Q.    And is this one of the documents that you considered

19   separate from the testimony of doctors in your own

20   experience in forming your opinion on prior sale?

21   A.    Yes.

22   Q.    Was this earnings call public?

23   A.    Yes, it was.

24   Q.    And when was the earnings call statement made?

25   A.    May 2, 2018.

 1                    MR. SUKDUANG:  Your Honor, just for

 2   housekeeping, I'd like to enter DTX 0003 into evidence.

 3                    THE COURT:  I thought it was already in, but --

 4                    MR. JACKSON:  I believe it is already in, but if

 5   it isn't.  No objection.

 6                    THE COURT:  Admitted without objection.

 7                    (Thereupon, Defendant's Exhibit DTX 0003 was

 8   admitted.)

 9   BY MR. SUKDUANG:

10   Q.    Can you go to the third page, please.

11         Who participated in this call?

12   A.    Martine Rothblatt, who is the CEO and founder of

13   United Therapeutics.

14   Q.    Did other UTC executives also participate?

15   A.    Michael Benkowitz, who is the president and COO.

16   Q.    Did individuals outside of UTC also participate?

17   A.    Yes.

18                    MR. SUKDUANG:  Can we go to page 9, please, the

19   bottom of the page.

20   BY MR. SUKDUANG:

21   Q.    Do you see that there is a Hartaj Singh listed there?

22   A.    Yes.

23   Q.    Hartaj Singh asks if you could -- let me back up.

24         There's a reference in Hartaj Singh's question

25   to Martine.

 1              Do you see that?

 2    A.     Yes.

 3    Q.     Who is Martine?

 4    A.     That's Dr. Rothblatt.

 5    Q.     Is Hartaj Singh asking the question to Dr. Rothblatt?

 6    A.     Yes.

 7    Q.     And Hartaj Singh's answer asks:  "If you could dig a

 8    little deeper into the scientific rationale going in Tyvaso

 9    in ILD and then also COPD."

10              Do you see that?

11    A.     Yes.

12    Q.     Did Dr. Rothblatt answer that question?

13    A.     Yes.

14              MR. SUKDUANG:  Can we go to the next page, page

15    10, starting on the fourth line.

16    BY MR. SUKDUANG:

17    Q.     Dr. Rothblatt says, in response to Mr. Singh's

18    question:  "Let me, in a sense, drop to one kind of bottom

19    line starting with the COPD and ILD.  Treprostinil Tyvaso is

20    not on label for patients with these indications."

21              Dr. Hill, what does Dr. Rothblatt's statement

22    indicate?

23    A.     She is instructing the attendees on the call that the

24    indication for COPD and ILD is not approved by the FDA at

25    that time and that use of it would be off label.

1    Q.      Can we go to the next sentence.

2            Dr. Rothblatt continues answering the question

3    and says:  "And as you would expect, it's not an inexpensive

4    therapy and payers don't just, like, blindly push the pay

5    button on Tyvaso.  Every patient is carefully assessed by

6    payers in assuring that it is an appropriate patient that

7    they're obligated to pay for and not an experimental

8    patient."

9            Do you see that?

10   A.      Yes.

11   Q.      Who are the payers Dr. Rothblatt is referring to

12   here?

13   A.      Insurance companies.

14   Q.      If we go on to the next statement, Dr. Rothblatt

15   continues and says:  "Through the kindness and generosity of

16   certain payers around the country who have gone ahead, and

17   upon the initiatives of their physicians, were able to

18   enable some WHO Group 3 patients to benefit."

19           Do you see that?

20   A.      Yes.

21   Q.      What does this statement indicate?

22   A.      This indicates that Dr. Rothblatt is aware that

23   physicians are prescribing the Tyvaso for WHO Group 3

24   patients.

25   Q.      Does -- what -- let me back up.

1           Is PH-ILD within WHO Group 3?

2    A.      Yes.

3    Q.      Based on Dr. Rothblatt's statements and the answers,

4    did payers cover the cost of Tyvaso for PH-ILD patients?

5    A.      Through their kindness and generosity, yes.

6    Q.      What does that indicate to you as to whether Tyvaso

7    was sold or not to PH-ILD patients as of May 2018?

8    A.      I think it says that there were sales of Tyvaso to

9    patients with PH-ILD covered by insurance companies.

10   Q.      Go to the next sentence.

11          Dr. Rothblatt continues to answer the question:

12   "There were unmistakable signals by some of the leading

13   physicians in this field.  I called out one of them on the

14   call, Dr. Waxman, but there were many others who said to UT,

15   quote, this drug works, close quote."

16          Do you see that?

17   A.      Yes.

18   Q.      What does Dr. Rothblatt's portion of her answer

19   indicate here?

20   A.      She has been getting feedback from physicians,

21   presumably PH physicians in the field, with positive

22   results, and she indicates that she's hearing this drug

23   works.

24   Q.      And what is this drug?

25   A.      Inhaled Tyvaso.

1   Q.    Dr. Rothblatt goes on to say:  "In fact, they believe

2   that this drug works even better in that indication than in

3   Group 1 indication in terms of at least the exercise ability

4   that they saw in their patients."

5         Do you see that, the rest of Dr. Rothblatt's

6   answer?

7   A.    Yes.

8   Q.    What does that portion of Dr. Rothblatt's answer

9   indicate?

10  A.    Well, that the -- these prescribing physicians had

11  the perception that the drug was working very well for

12  Group 3, possibly even better than for Group 1 PH patients.

13  Q.    In total, what does Dr. Rothblatt's answer to

14  Mr. Singh's question indicate to you regarding whether

15  Tyvaso was sold to PH-ILD patients to improve their exercise

16  capacity prior to April 2019?

17  A.    I think it indicates that there were sales to

18  patients with PH-ILD of inhaled Tyvaso with the intent of

19  improving exercise capacity, and UT was aware of that.

20  Q.    Did you also hear testimony from a Mr. Bunce who was

21  formerly at UTC?

22  A.    Yes.

23  Q.    And generally, what did Mr. Bunce's testimony

24  indicate to you?

25  A.    Well, he also acknowledged that the -- UT was aware

1    of sales of Tyvaso based on prescriptions of physicians for

2    patients with PH-ILD and that insurance companies were

3    paying for it.

4    Q.    Now, do you understand Dr. Nathan presented some

5    criticisms about your opinions regarding prior sale?

6    A.    Yes.

7    Q.    Do you understand Dr. Nathan believes that there's no

8    clinical data for improving exercise capacity in PH-ILD

9    patients prior to April 2019?

10   A.    Yes.

11   Q.    Do you agree with him?

12   A.    No.

13   Q.    Why not?

14   A.    I think what we're hearing about the testimony of the

15   physicians listed in my demonstrable, as well as the

16   earnings call that we just heard about from UT and the CEO,

17   is clear evidence that these individuals felt that the drug

18   was improving these patients and that there was improvement

19   in exercise ability.

20   Q.    Were you present for the testimonies of Doctors

21   Waxman and Tapson that was played in the court yesterday?

22   A.    Yes.

23   Q.    Did they provide any testimony as to whether they

24   published data regarding their treatment of PH-ILD patients

25   with Tyvaso prior to April 2019?

1    A.    They did.

2    Q.    Do you recall one of the shorthand names we were

3    recalling for one of Dr. Waxman's papers?

4    A.    Faria-Urbina, yes.

5    Q.    Okay.  Are you going to provide some testimony

6    regarding that document a little later?

7    A.    Yes.

8    Q.    Do you happen to recall the shorthand we've been

9    using for Dr. Tapson's paper?

10   A.    Parikh.

11   Q.    And do you recall what year that was?

12   A.    2016.

13   Q.    Do both of those papers, in your opinion, provide

14   data on the treatment of PH-ILD patients prior to

15   April 2019?

16   A.    They do.

17   Q.    And do they provide data regarding including the

18   exercise capacity of those patients?

19   A.    Yes.

20   Q.    Now, have you seen papers from Dr. Nathan regarding

21   the use of Group 1 therapies in PH-ILD?

22   A.    Yes.

23   Q.    Can we look at DTX 201, please.

24         Do you recognize this publication?

25   A.    Yes, I do.

1    Q.    What's the title of this publication?

2    A.    *The Journal of Managed Care & Specialty Pharmacy*.

3    Q.    Who's the first author?

4    A.    Dr. Nathan.

5    Q.    When was this published?

6    A.    In 2025.

7    Q.    Is this a peer-reviewed journal?

8    A.    Yes, it is.

9    Q.    Did you review this publication in forming your

10   opinions?

11   A.    Yes.

12         MR. SUKDUANG:  Your Honor, we'd like to enter

13   DTX 0201 into evidence.

14         MR. JACKSON:  No objection.

15         THE COURT:  All right admitted without

16   objection.

17         (Thereupon, Defendant's Exhibit DTX 0201 was

18   admitted.)

19   BY MR. SUKDUANG:

20   Q.    Can we go to the abstract on page 4.  There's a

21   statement that says, Dr. Nathan and his colleagues wrote:

22   "Despite the paucity of evidence to support PAH therapy use

23   in this patient population, widespread off-label use of PAH

24   therapies arose as a result of historical lack of

25   PH-ILD-approved treatments."

1                     Do you see that?

2    A.      Yes.

3    Q.      Does this statement refer to the use of PAH therapies

4    in PH-ILD?

5    A.      Yes.

6    Q.      Is Tyvaso considered a PAH therapy?

7    A.      Yes, it is.

8    Q.      What does Dr. Nathan's statement regarding widespread

9    use of PAH therapies in PH-ILD patients indicate to a POSA?

10   A.      That there was widespread off-label use of PH

11   therapies for PH-ILD.

12   Q.      And that phrase "off-label use," what does that

13   indicate?

14   A.      It was not approved by the FDA.  It wasn't an

15   approved indication.

16   Q.      Even though Dr. Nathan is writing this in 2025, he's

17   talking about off-label use of Group 1 therapies in PH-ILD?

18   A.      Correct.

19   Q.      And if a drug was FDA-approved to treat PH-ILD

20   patients, could you call that off-label use?

21   A.      Sorry?

22   Q.      Let me ask.

23           If Tyvaso was approved for PH-ILD, would that be

24   considered an off-label use?

25   A.      No.

1    Q.     If we go to page 12.  There's a statement that

2    says -- it's under the section Evidence-Based Treatment

3    Approaches:  "A recent online provider survey found that

4    clinicians treating patients with PH-ILD prescribed PAH

5    therapies off-label to an average of 50 percent of their

6    patients."

7           Do you see that?

8    A.     Yes.

9    Q.     Who are the patients being referred to in this

10   sentence?

11   A.     These are PH-ILD patients.

12   Q.     And what does this provider survey in Dr. Nathan's

13   paper indicate to a POSA?

14   A.     That there was a lot of off-label use of PH therapies

15   to treat patients with PH-ILD.

16   Q.     Now, this reference is to generally PAH therapies.  I

17   believe you testified that Tyvaso is one of those therapies?

18   A.     Yes.

19   Q.     Is this online survey consistent with the testimony

20   that you heard over the past two days?

21   A.     Yes, I think it is.

22   Q.     Is Dr. Nathan's statement regarding the widespread

23   use of PAH therapies in PH-ILD patients consistent with the

24   testimony you heard and your own experience regarding the

25   use of Tyvaso to treat PH-ILD patients?

1    A.    Yes, it is.

2    Q.    Now, do you understand Dr. Nathan also criticizes

3    your opinion because he believes that the sales that you've

4    been discussing were actually for PAH patients and not

5    PH-ILD patients?

6    A.    Yes.

7    Q.    Do you agree with that opinion that Dr. Nathan holds?

8    A.    No.

9    Q.    Why not?

10   A.    Well, we have the testimony from each of these

11   physicians.  They're highly regarded, highly skilled

12   physicians who know how to diagnose PH-ILD.  And they

13   successfully obtained insurance approval for patients for

14   sale of Tyvaso and described their process which is similar

15   to what I described for myself.  They're prescribing it for

16   PH-ILD.  Dr. Saggar, in particular, described the need to

17   fight with insurance companies to get approvals.

18   Q.    If Dr. Nathan was correct and all the sales that you

19   talked about and heard testimony about was actually for a

20   PAH patient, would there have been any denials of Tyvaso?

21   A.    Certainly a lot fewer.

22   Q.    And if those prescriptions were actually PAH, would

23   there be any real justification for the insurance company to

24   deny approval and cost coverage for Tyvaso?

25   A.    Not for that reason.

1  Q.    Now, just so we're clear, when you prescribed Tyvaso

2  to PH-ILD patients, were your prescriptions for PH-ILD prior

3  to April 2019?

4  A.    Yes.

5  Q.    I want to go to the next portion of your prior sale

6  testimony regarding ready for patenting.  Can we pull up --

7        Have you prepared a demonstrative regarding

8  ready for patenting?

9  A.    Yes.

10        MR. SUKDUANG:  Can we bring up DDX 4.5.

11  BY MR. SUKDUANG:

12  Q.    And just generally, what's your understanding for the

13  requirements for ready for patenting?

14  A.    An invention is ready for patenting if it was reduced

15  to practice or it was disclosed in documents and drawings

16  such that a POSA would have been enabled to practice the

17  invention.

18  Q.    With respect to reduction to practice, are these the

19  criteria that you applied?

20  A.    Yes.

21        MR. SUKDUANG:  Can we go to DDX 4.6, which I

22  believe is the claims.

23  BY MR. SUKDUANG:

24  Q.    Dr. Hill, focusing on Claim 1, based on the testimony

25  you heard regarding physicians who prescribe Tyvaso to

1    PH-ILD patients prior to April 2019, did their patients

2    exhibit an improvement in exercise capacity?

3    A.    Yes.

4    Q.    And based on the testimony you heard, when those

5    doctors prescribed Tyvaso to PH-ILD patients, what

6    administration -- route of administration was used?

7    A.    Inhalation.

8    Q.    And with respect to the testimony you heard and your

9    own experience, did yourself and the doctors you testified

10   about dose Tyvaso to PH-ILD patients prior to April 2019

11   consistent with the dosing requirements of Claim 1?

12   A.    Yes.

13   Q.    And based on your own experience and the testimony

14   that you heard, did the PH-ILD patients that were treated as

15   of April -- prior to April 2019 experience improvements in

16   exercise capacity?

17   A.    Yes.

18   Q.    Based on the testimony you heard regarding the

19   patients, the dosing used, and the route or administration

20   and the sale of that Tyvaso to those patients prior to

21   April 2019, in your opinion, was that sale -- excuse me.   In

22   your opinion, was Claim 1 of the '327 patent reduced to

23   practice prior to April 2019 based on the prior sale of

24   Tyvaso to PH-ILD patients?

25   A.    Yes, it was.

1   Q.     Can we go back to DDX 4.5.  I want to talk about the

2   disclosure of documents portion.

3               Earlier you testified about Dr. Waxman's

4   Faria-Urbina paper.  Can we turn to that, 348, please, DTX

5   348.

6               Is this the paper you discussed earlier?

7   A.     Yes.

8   Q.     Did you review this document and consider it in

9   forming your opinions?

10  A.     Yes, I did.

11  Q.     Is this a peer-reviewed publication?

12  A.     Yes.

13  Q.     Did you take -- can you go to page 2, please.

14              Did you take into account the dosing scheme that

15  was identified in Faria-Urbina to form your opinions?

16  A.     Yes.

17  Q.     Was there supplemental data published with

18  Faria-Urbina?

19  A.     There was.

20              MR. SUKDUANG:  Can we go to DTX 505 and bring up

21  Tables S3 and S4 side by side.

22  BY MR. SUKDUANG:

23  Q.     Did you consider this data in forming your opinions

24  regarding prior sale?

25  A.     Yes.

1  Q.    Do Tables S3 and S4 provide data for patients who

2  would be considered PH-ILD patients?

3  A.    They do.

4  Q.    Does it provide data regarding six-minute walk test

5  for those PH-ILD patients?

6  A.    Yes.

7  Q.    And I know the Court has heard a lot of testimony

8  regarding the supplemental data.  But in short, do both

9  tables show increase in six-minute walk distance of greater

10  than 10 meters after eight weeks?

11  A.    They do.  In the case of the S3 ILD, it's 21 meters

12  improvement.  And in the case of the S4 CPFE, it's

13  55 meters.

14  Q.    Did you consider this data in forming your opinions

15  as to whether documents disclose processes that can be

16  followed by POSAs?

17  A.    Yes.

18  Q.    Looking at the data in Faria-Urbina, does the

19  treatment in Faria-Urbina disclose all the limitations in

20  Claim 1?

21  A.    Yes.

22  Q.    Does it also include improving exercise capacity?

23  A.    Yes.

24  Q.    And what is that based on with respect to

25  Faria-Urbina?

1    A.    This improvement in six-minute walk test that we're

2    seeing.

3    Q.    In your opinion, does Faria-Urbina enable a POSA to

4    practice Claim 1 of the '327 patent?

5    A.    Yes.

6              MR. SUKDUANG:  Can we bring up the claims,

7    DDX 4.6.

8    BY MR. SUKDUANG:

9    Q.    Have you considered Claim 17?

10   A.    Yes.

11   Q.    In your opinion, does the treatment of Faria-Urbina

12   2018 disclose all the limitations of Claim 17?

13   A.    Yes.

14   Q.    And why is that?

15   A.    Because of the increase in six-minute walk distance

16   was at least 10 meters for both the ILD and CPFE patients

17   and it occurred three months, therefore, greater than eight

18   weeks of administration.

19   Q.    In your opinion, does Faria-Urbina enable a POSA to

20   practice Claim 17 of the '327 patent?

21   A.    Yes.

22   Q.    Based on your review of Faria-Urbina, does it

23   demonstrate that the invention of the '327 patent was ready

24   for patenting prior to April 2019?

25   A.    Yes.

1  Q.    Did you hear Dr. Waxman provide testimony regarding

2  the patient population in Faria-Urbina?

3  A.    Yes, I did.

4  Q.    Do you recall questions asked by UTC's counsel of

5  Dr. Faria-Urbina -- excuse me.

6         Do you recall questions from UTC's counsel to

7  Dr. Waxman regarding the patient population in Faria-Urbina?

8  A.    Yes.

9  Q.    Do you recall testimony from UTC's counsel to

10 Dr. Waxman regarding the patient population in Faria-Urbina

11 compared to the patient population ultimately treated in

12 INCREASE?

13 A.    Yes.

14 Q.    Do you recall what Dr. Waxman said with regard to

15 what the patient population was in Faria-Urbina regarding

16 PH-ILD compared to the actual patient population in

17 INCREASE?

18 A.    Yes.

19 Q.    And what did he say?

20 A.    He said pretty much the same.

21 Q.    And is that consistent -- is his testimony consistent

22 with what you read in Faria-Urbina regarding the patient

23 population for PH-ILD?

24 A.    Yes.

25 Q.    Now, Dr. Nathan also offers some criticisms that

1   relate to show the limitations of Claim 1 and 17, you need a

2   randomized, controlled clinical trial.

3           Do you recall those opinions?

4   A.      Yes.

5   Q.      For shorthand, could I call the randomized,

6   controlled clinical trial the Phase 3 clinical trial?

7   A.      Yes.

8   Q.      Do you need -- in your opinion, is a Phase 3 clinical

9   trial needed to enable a person of ordinary skill in the art

10  to practice the limitations of Claim 1 and 17?

11  A.      No.

12  Q.      Why?  Why not?

13  A.      It's a very high bar and it would be very difficult

14  for most patents to reach that.  That is the level of

15  evidence you need to get FDA approval and get an indication

16  in the label, but it's not necessary for patenting.

17  Q.      Do you also understand Dr. Nathan's criticized your

18  prior sale arguments because there was negative literature

19  regarding the treatment of PH-ILD patients prior to INCREASE

20  trial?

21  A.      Yes.

22  Q.      Those negative literature, did any of that negative

23  literature Dr. Nathan points to pertain to the use of

24  treprostinil?

25  A.      No.

1    Q.    Did any of it pertain to the use of inhaled

2    treprostinil?

3    A.    No.

4    Q.    Were you aware of the literature Dr. Nathan points to

5    prior to April 2019 regarding PAH therapies generally for

6    varying conditions of ILD and PH-ILD?

7    A.    Yes.

8    Q.    Did that stop you in your clinical practice from

9    using and -- excuse me, from treating PH-ILD patients with

10   Tyvaso prior to April 2019?

11   A.    No.

12   Q.    Why not?

13   A.    I thought the articles were irrelevant to the

14   application of inhaled Tyvaso to patients with PH-ILD, and

15   the rationale I used for it in the first place still stood.

16   Q.    Based on the testimony you heard, did any of this

17   negative literature prior to April 2019 stop Dr. Waxman,

18   Saggar, Channick, or Tapson from treating PH-ILD patients

19   with Tyvaso prior to April 2019?

20   A.    Clearly not.

21   Q.    Do you recall Dr. Nathan testified on Monday about

22   the rebuke he received from Dr. Lewis Rubin regarding the

23   RISE-IIP study?

24   A.    Yes, I do.

25   Q.    And do you recall that Dr. Nathan said Dr. Rubin

1    stood up in front of 500 people and said no one believed PAH

2    therapies would work in PH-ILD?

3    A.    I remember that.

4    Q.    Do you agree with that statement?

5    A.    No.

6    Q.    Why not?

7    A.    Well, at the time, I thought that there was promise

8    for Tyvaso in patients with PH-ILD based on my rationale and

9    my experience.  And also, I think the widespread use of

10   PH-ILD -- or of Tyvaso for PH-ILD off label was up to

11   50 percent.  Clearly, the prescribers did not adhere to what

12   Dr. Rubin was saying either.

13   Q.    Did Dr. -- was Dr. Nathan a participant in the

14   INCREASE -- excuse me.

15         Was Dr. Nathan a member of the steering

16   committee for INCREASE?

17   A.    Yes, he was.

18   Q.    And INCREASE was to test a PH therapy in PH-ILD?

19   A.    Yes.

20   Q.    As an investigator in the INCREASE study, were you

21   surprised by the INCREASE results?

22   A.    No.

23   Q.    Why not?

24   A.    Well, I have expressed my rationale and my experience

25   with Tyvaso in PH-ILD, and they were pretty positive.  And

1    maybe I was being overly optimistic, but I was optimistic

2    about it.  I expected the results to be positive.  I would

3    have been very disappointed if they weren't.

4            Thank God they were because we now have an agent

5    that is approved to treat PH-ILD.  It's effective, and I

6    actually credit Dr. Nathan for joining that steering

7    committee despite the rebuke from Dr. Rubin because he

8    helped to bring this INCREASE study to fruition so we could

9    get a drug on the market.

10   Q.    Now, do you also understand Dr. Nathan has criticized

11   your opinions regarding reduction to practice because the

12   prior sale of Tyvaso to treat PH-ILD patients and the

13   publication you relied on only provide a

14   hypothesis-generating result?

15   A.    Yes.

16   Q.    In your opinion, is a hypothesis-generating result a

17   positive thing?

18   A.    Yes.

19   Q.    And why is it positive?

20   A.    Because it lays the foundation for further work.

21           We could take the example of Tyvaso and its use

22   in PH-ILD.  The hypothesis-generating study, Faria-Urbina,

23   helped to lay the foundation that encouraged UT to take the

24   risk and make the huge investment it takes in running or

25   sponsoring a trial like the INCREASE trial.

1           So I think that's a clear illustration of how

2   useful these hypothesis-generating studies can be.

3   Q.     Have you seen Dr. Nathan use this

4   hypothesis-generating language in his own publications?

5   A.     Yes.

6           MR. SUKDUANG:  Can we look at DTX 0009, please.

7   BY MR. SUKDUANG:

8   Q.     This is the *Lancet* paper, which is the post hoc

9   analysis of the INCREASE study written by Dr. Nathan,

10  Waxman, and Tapson, among others.

11          Did you consider this in forming your opinions?

12  A.     Yes.

13  Q.     And does this paper address post hoc analysis of FVC

14  data obtained from INCREASE?

15  A.     Yes, it does.

16  Q.     We've heard a lot about FVC data from Dr. Channick.

17          But shortly, is this a peer-reviewed paper in

18  *Lancet*?

19  A.     Yes, it's actually a very prestigious journal.

20          MR. SUKDUANG:  Can we turn to page 9, please.

21  BY MR. SUKDUANG:

22  Q.     And this paper addressing FVC, Dr. Nathan and his

23  colleagues state that:  "This finding, although intriguing

24  and hypothesis-generating, warrants further validation in a

25  prospective randomized placebo-controlled study."

1                    Do you see that?

2    A.    Yes.

3    Q.    "This finding," does it refer to the FVC finding from

4    INCREASE?

5    A.    Yes, it does.

6    Q.    And does it refer to this FVC finding from INCREASE

7    as a hypothesis-generating finding?

8    A.    Yes.

9    Q.    Now, do you understand that the '327 patent claims

10   are based on INCREASE?

11   A.    Yes.

12   Q.    And is Claim 9 -- if we bring up DDX, I think, 4.6,

13   the claims.

14                    What is Claim 9 directed to?

15   A.    Claim 9 is using the method of Claim 1.  It provides

16   the statistically significant improvement in forced vital

17   capacity after 8, 12, or 16 weeks of administering.

18   Q.    Based on what Dr. Nathan calls an FVC

19   hypothesis-generating result, was UTC able to get a patent

20   claim?

21   A.    Yes, using a hypothesis-generating result, yes.

22   Q.    And what does this indicate to you with respect to

23   whether a hypothesis-generating result can still establish

24   that an invention is ready for patenting?

25   A.    Well, I think this is a clear demonstration of that.

 1    You know, this is a hypothesis-generating result and it led

 2    to a patent claim.

 3    Q.    Now, you talked about Claims 1 and 17.

 4          Have you offered opinions on prior sale with

 5    respect to Claims 5, 6, and 9?

 6    A.    Yes.

 7    Q.    In your opinion, does the prior sale of Tyvaso to

 8    PH-ILD patients prior to April 2019 anticipate Claims 5, 6,

 9    and 9?

10    A.    Yes.

11    Q.    And what's the concept that you applied with respect

12    to 5, 6, and 9 for your opinions?

13    A.    Inherency.

14    Q.    I'd like to talk about the evidence you've relied on

15    to establish inherency.

16          MR. SUKDUANG:  Can we go to DTX 363, which is

17    the *New England Journal of Medicine* on INCREASE.

18    BY MR. SUKDUANG:

19    Q.    Have you reviewed this article in forming your

20    opinions?

21    A.    Yes.

22          MR. SUKDUANG:  Can we go to DDX 4.6 again.

23    BY MR. SUKDUANG:

24    Q.    Did you hear testimony from Doctors Nathan and

25    Channick that the *New England Journal of Medicine* article

1    discloses all of the limitations of Claims 5, 6, and 9?

2    A.    Yes.

3    Q.    Is that consistent with your own review of the *New*

4    *England Journal of Medicine* article?

5    A.    Yes.

6    Q.    And do you understand Claims 5, 6, and 9 are based on

7    the results of the INCREASE study reported here?

8    A.    Yes.

9              MR. SUKDUANG:  Can we look at page 3 of the

10   trial procedures.

11   BY MR. SUKDUANG:

12   Q.    We've heard a lot of testimony about this, but does

13   this provide the dosing regimen used in INCREASE?

14   A.    Yes.

15   Q.    Is this consistent with the dosing regimen for

16   Claims 5, 6, and 9?

17   A.    Yes.

18   Q.    I should have said this.

19              Do Claims 5, 6, and 9 depend from Claim 1?

20   A.    Yes.

21   Q.    Did you hear testimony from Doctors Waxman, Tapson,

22   and Channick that the INCREASE study used the same dosing as

23   Faria-Urbina 2018 and Parikh 2016?

24   A.    Yes.

25   Q.    Is that consistent with your review of those

 1    publications?

 2    A.      Yes.

 3    Q.      If we go back to the claims, do you understand the

 4    Court has construed certain terms within this claim --

 5    within the claims?

 6    A.      Yes.

 7    Q.      And is one of those terms "a/the"?

 8    A.      Yes.

 9    Q.      Do you understand that the Court construed "a" to

10    mean one or more?

11    A.      Yes.

12    Q.      What does the construction of "a" to mean one or more

13    mean in the context of Claim 1?

14    A.      It means that if you have at least one patient who

15    meets the limitations of the claim, that meets the

16    requirement.

17    Q.      Would the limitations of Claim 1 be met if only --

18    even if only one patient achieved an improvement in exercise

19    capacity?

20    A.      Yes.

21    Q.      Can we look at Claim 17 -- excuse me.

22            Based on the Court's claim construction, do

23    Claims 1, 5, 6, 9, and 17 require virtually all patients to

24    experience the claimed requirements?

25    A.      Not to my understanding, no.

1    Q.    Looking closely at Claim 5, Claim 5 requires a

2    reduction -- reducing a plasma concentration of NT-proBNP in

3    the patient by at least 200 picograms per ml after 8 weeks,

4    12 weeks, or 16 weeks of administering.

5              Do you see that?

6    A.    Yes.

7    Q.    Do the results of the INCREASE study satisfy Claim 5

8    of the '327 patent?

9    A.    Yes.  The average decrease in NT-proBNP levels was

10   double what the threshold is here.

11   Q.    Looking at the limitations of Claim 6, which require

12   a statistically significant reduction of at least one

13   exacerbation of the interstitial lung disease, does the *New*

14   *England Journal of Medicine* article satisfy the results of

15   Claim 6?

16   A.    Yes.

17   Q.    And looking at Claim 9, which requires a

18   statistically significant improvement of forced vital

19   capacity (FVC) in the patient after 8 weeks, 12 weeks, or

20   16 weeks of administering, does the *New England Journal of*

21   *Medicine* INCREASE paper satisfy the elements of Claim 9?

22   A.    Yes.

23   Q.    Focusing on Claim 5, when you look at the results of

24   the *New England Journal of Medicine* article, is it your

25   opinion that when you and other doctors treated PH-ILD

1    patients with Tyvaso that was sold to them prior to

2    April 2019, did those patients that you and the other

3    doctors treated at that time -- would one or more of them

4    necessarily and inevitably achieve a reduction in plasma

5    concentration of NT-proBNP by at least 200 picograms per ml

6    after 8, 12, or 16 weeks?

7    A.    Yes.

8    Q.    Is that based on the results of the INCREASE study?

9    A.    Yes.

10   Q.    When looking at the *New England Journal of Medicine*

11   article which reports the INCREASE, is it your opinion that

12   when you and the other doctors treated PH-ILD patients with

13   Tyvaso sold to them prior to April 2019 that one or more of

14   the patients treated would have necessarily and inevitably

15   achieved a reduction in at least one exacerbation of ILD as

16   required by Claim 6?

17   A.    Yes.

18   Q.    And then finally, when looking at the results of the

19   *New England Journal of Medicine* article on INCREASE, is it

20   your opinion that when you and other doctors treated PH-ILD

21   patients with Tyvaso that was sold to them prior to

22   April 2019 that one of more of those patients would have

23   necessarily and inevitably achieved an improvement in FVC

24   after 8, 12, or 16 weeks of treatment as required by

25   Claim 9?

1    A.      Yes.

2              MR. SUKDUANG:  Thank you, Your Honor.  I have no

3    further questions for Dr. Hill.

4              I have housekeeping.  I think I have to enter in

5    DTX 9 -- I apologize for interrupting Your Honor -- and DTX

6    363.

7              MR. JACKSON:  I think 9 might already be in.

8              No objection, Your Honor.

9              THE COURT:  All right.

10             (Thereupon, Defendant's Exhibit DTX 9 and DTX

11   363 were admitted.)

12             THE COURT:  So thank you.  Why don't we take a

13   break.

14             I have to say my opinion right now is that the

15   argument on Claims 5, 6, and 9 is pretty close to frivolous.

16   But we'll see what happens.

17             MR. SUKDUANG:  We appreciate that direction,

18   Your Honor.

19             THE COURT:  All right.  In any event, we'll be

20   in recess for 15 minutes.

21             (A recess was taken, after which the following

22   proceedings were had:)

23             THE COURT:  Mr. Jackson, you may cross-examine

24   when you're ready.

25             MR. JACKSON:  Thank you, Your Honor.

1                          CROSS-EXAMINATION

2    BY MR. JACKSON:

3    Q.      Good morning, Dr. Hill.

4    A.      Good morning, Mr. Jackson.

5    Q.      I'm not good with the Elmo, so I'm going to try

6    something.  But I'm not sure how the Elmo works.  I hope I

7    can get this up on the screen.

8    A.      You're an experimental animal here.

9    Q.      In your recent testimony with Mr. Sukduang, you

10   talked about a Nathan article from 2025; right?

11   A.      Yes.

12   Q.      And that was -- you focused on the sentence -- let me

13   see.  That's the sentence you focused on; correct?

14   A.      Yes.

15   Q.      Now, it says how real-world observations show that

16   often prescribers also intend to treat these patients with

17   PH, that they do so through off-label use of medications;

18   right?

19   A.      Yes.

20   Q.      This was in 2025; correct?

21   A.      That's correct.

22   Q.      In 2025, Tyvaso was approved for PH-ILD; correct?

23   A.      Correct.

24   Q.      And in 2024 and 2023; right?

25   A.      Correct.

1   Q.    So this off label isn't referring to Tyvaso, is it?

2   A.    I think it is.

3   Q.    So -- but at this point, Tyvaso is not -- PH-ILD is

4   not off label, is it?

5   A.    No, it is not now.

6   Q.    Okay.  And the -- you see the footnote 43?

7   A.    Yes.

8   Q.    That's an article in 2024; correct?

9   A.    That's correct.

10  Q.    Right.  So it's an article from the last year, not

11  from back in April 2020 when the patent -- for the priority

12  date of the patent; correct?

13  A.    There is a reference in Dr. Nathan's article from

14  2015 published out of Vanderbilt where they show that

15  80 percent of the referring centers to their central center

16  said that they were using off-label PAH medicines in Group 3

17  patients.

18  Q.    The sentence Mr. Sukduang pointed you to here, is

19  this sentence correct about the use of off label; correct?

20  A.    Yes.

21  Q.    And that sentence was about the current use of

22  off label; correct?

23  A.    It doesn't say that.  I don't know.

24  Q.    It's all in the present tense; right?

25  A.    Yes.

1   Q.      And it's citing an article in 2024; correct?

2   A.      Yes.

3   Q.      And it's not citing anything from before April 2020;

4   correct?

5   A.      That, I don't know.

6            THE COURT:  And you said 2024.  I thought

7   counsel said 2025.  I'm just curious.  What is the date of

8   this article?

9            MR. JACKSON:  So the date of the article -- the

10  date of the article itself, I believe, Your Honor --

11  BY MR. JACKSON:

12  Q.      Dr. Hill, upper right corner, is the date of the

13  article January 2025?

14  A.      Yes.

15  Q.      And we were just looking at this sentence and it has

16  footnote 43; correct?

17  A.      Yes.

18  Q.      And footnote 43 is an article from 2024; correct?

19  A.      Yes.  But it does say that the number 46 there, which

20  is the article I was talking about.

21  Q.      I want to shift gears.

22           MR. JACKSON:  May I approach, Your Honor?  I

23  neglected to bring up binders, et cetera.

24           THE COURT:  Yes.

25  BY MR. JACKSON:

1    Q.    Now, Dr. Hill, you see your PAH patients -- or you

2    see your patients approximately four times a year; is that

3    right?

4    A.    It varies quite a bit but, on average, pretty close.

5    Q.    And when you see them, do you perform six-minute walk

6    distance tests with them?

7    A.    Not every time.  But I do over the course of a year.

8    I do routinely monitor six-minute walk distances but not at

9    every visit.

10   Q.    Now, when you see them and sometimes you prescribe

11   various medications including Tyvaso; correct?

12   A.    Yes.

13   Q.    And when you do, HIPAA imposes a variety of

14   confidentiality restrictions on the prescriptions you write;

15   correct?

16   A.    To be honest with you, I don't know about that.

17   Q.    You don't know whether there's -- do you know what

18   HIPAA is?

19   A.    Of course.

20   Q.    And what is -- HIPAA is a confidentiality -- it's a

21   federal law that imposes confidentiality obligations;

22   correct?

23   A.    Yes, indeed.

24   Q.    So HIPAA imposes confidentiality obligations on the

25   patients' records you maintain?

1    A.    Correct.

2    Q.    And those patient records include the prescriptions

3    that you write for those patients; correct?

4    A.    Yes, I think so.

5    Q.    So members of the public can't see what prescriptions

6    you've written for those patients; correct?

7    A.    Yeah, I think that's true.

8    Q.    Now, before UTC received FDA approval for Tyvaso in

9    PH-ILD, the package insert did not include any reference to

10   PH-ILD; correct?

11   A.    In the 2009 label?

12   Q.    In any label up until the FDA approval for Tyvaso for

13   use in -- to improve exercise capacity in PH-ILD?

14   A.    And you're saying that the package insert for Tyvaso

15   didn't mention anything about PH-ILD.  Is that the question?

16   Q.    So anything on the label or anything in the package

17   insert didn't mention anything about using it for PH-ILD;

18   correct?

19   A.    Yes.

20   Q.    You know that UTC has a patient access program;

21   correct?

22   A.    Yes.

23   Q.    And the patient access program sometimes allows

24   qualifying patients to access Tyvaso for free; correct?

25   A.    Yes.

1    Q.    Now, Tyvaso is approved for PAH; right?

2    A.    Yes.

3    Q.    And it was approved for PAH in 2009?

4    A.    Yes.

5    Q.    And PAH is Group 1?

6    A.    Yes.

7    Q.    And that is different from Group 3 PH-ILD; correct?

8    A.    That's correct.

9    Q.    Tyvaso could be used for other uses in the future;

10   correct?

11   A.    Yes.

12   Q.    In fact, it's currently being studied in two TETON

13   trials; correct?

14   A.    Yes.

15   Q.    And that's for use in patients with IPF and

16   progressive pulmonary hypertension; correct?

17   A.    Yes.

18   Q.    Now, when you mentioned, I believe -- you mentioned

19   during your direct examination by Mr. Sukduang about this

20   statement in -- this statement in the -- Dr. Nathan's

21   article about hypothesis-generating in a randomized,

22   placebo-controlled study; correct?

23   A.    Yes.

24   Q.    And it says -- the next sentence says:  "A clinical

25   trial of inhaled treprostinil is underway in patients with

 1   idiopathic pulmonary fibrosis with or without associated

 2   pulmonary hypertension."

 3            Correct?

 4   A.    Yes.

 5   Q.    And that's the TETON study; correct?

 6   A.    Yes.

 7   Q.    Now, you know that when United Therapeutics sells its

 8   products, it sells to wholesalers and middlemen; correct?

 9   A.    Yes.

10   Q.    And those wholesalers and middlemen are specialty

11   pharmacies; correct?

12   A.    That's correct.

13   Q.    And those specialty pharmacies are the entities that

14   then, ultimately, provide the Tyvaso to patients; correct?

15   A.    Correct.

16   Q.    And UTC sells Tyvaso to specialty pharmacies with an

17   FDA-approved package insert; correct?

18   A.    Yes.

19   Q.    You'll agree that it's illegal for UTC sales force to

20   push or encourage the use of Tyvaso off label; correct?

21   A.    Yes.

22   Q.    And you've never seen any marketing materials that

23   explicitly offer Tyvaso for sale for the treatment of PH-ILD

24   prior to April 2020; correct?

25   A.    That's correct.

1   Q.      You've never seen any communications between the

2   United Therapeutics and any physicians or insurance

3   companies about offering Tyvaso for the treatment of PH-ILD

4   prior to April 2020; correct?

5   A.      Correct.

6   Q.      You're not aware of any documents in which UTC

7   offered for sale the treatment -- sorry -- in which UTC

8   offered Tyvaso for sale for the treatment of PH-ILD prior to

9   April 2020; correct?

10  A.      Correct.

11  Q.      Before April 2020, Tyvaso's drug label did not

12  instruct healthcare providers to use Tyvaso to improve

13  exercise capacity in PH-ILD patients; correct?

14  A.      That's correct.

15  Q.      Before April 2020, you're not aware of any explicit

16  statement or advertisement to the public from UTC that

17  Tyvaso was being offered for sale specifically for the

18  methods claimed in the '327 patent; correct?

19  A.      Correct.

20  Q.      UTC has not promoted off-label use for Tyvaso;

21  correct?

22  A.      Correct.

23  Q.      UTC wouldn't have stated to the public that it was

24  offering Tyvaso for the sale and treatment -- for the

25  treatment of PH-ILD before April 2020; correct?

1   A.      That's correct.

2   Q.      So you agree that UTC did not offer Tyvaso for sale

3   other than for PAH before April 2020; correct?

4   A.      Not publicly, no.

5   Q.      Well, let me just check.

6           You agree that UTC did not offer Tyvaso for sale

7   other than for PAH before April 2020; correct?

8   A.      Correct.

9   Q.      Tyvaso prescriptions need to be refilled monthly;

10  right?

11  A.      Yes, as far as -- yes.

12  Q.      They're sold in 28-day kits; right?

13  A.      They are.

14  Q.      Okay.  And some patients stop taking Tyvaso after

15  filling a prescription; correct?

16  A.      I'm not sure what you're asking there.

17  Q.      Some patients stop taking -- patients might get a

18  prescription for Tyvaso; correct?

19  A.      Yes.

20  Q.      And some patients might stop after the first

21  prescription; correct?

22  A.      That's possible, yes.

23  Q.      Now, Claim 17 --

24          MR. JACKSON:  Can we pull up Claim 17,

25  Mr. Smith.

 1  BY MR. JACKSON:

 2  Q.     Claim 17 requires that the administering of inhaled

 3  treprostinil increase the six-minute walk distance by a

 4  patient by at least 10 meters after eight weeks of

 5  administering; correct?

 6  A.     Yes.

 7  Q.     You were here for the deposition testimony of

 8  Dr. Waxman; right?

 9  A.     Yes.

10  Q.     You didn't hear Dr. Waxman say anything about the

11  increase in six-minute walk distance after eight weeks, did

12  you?

13  A.     No.

14  Q.     You were here for the testimony of Dr. Saggar; right?

15  A.     Yes.

16  Q.     You didn't hear him say anything about the increases

17  in six-minute walk distances after eight weeks; correct?

18  A.     Yes.

19  Q.     You were here for the testimony of Dr. Tapson; right?

20  A.     Yes.

21  Q.     You didn't hear him provide any testimony about the

22  increases in the six-minute walk distance after eight weeks;

23  correct?

24  A.     Correct.

25  Q.     You were here for the deposition -- or for the

1    testimony of Dr. Channick on the stand; right?

2    A.    Yes.

3    Q.    And he didn't provide any testimony about the

4    increases in his six-minute walk distance for his patients;

5    correct?

6    A.    Correct.

7    Q.    You were the chair of the Liquidia LIQ 861 steering

8    committee; right?

9    A.    Yes.

10   Q.    And LIQ 861, that's the same as Yutrepia, the product

11   that Liquidia brings to market now; correct?

12   A.    That's correct.

13   Q.    You were being paid for your time on the Liquidia

14   steering committee; right?

15   A.    Yes.

16   Q.    And you would tell the truth at the Liquidia steering

17   committee meeting minutes -- during meeting -- at Liquidia

18   steering committee meetings; correct?

19   A.    Yes.

20          MR. JACKSON:   Now I'd like to go to PTX 249.

21   BY MR. JACKSON:

22   Q.    This is the steering committee of November 2, 2020;

23   right?

24   A.    That's what it says.

25   Q.    And these minutes accurately reflect what happened at

1    that meeting; right?

2    A.    I have no reason to object.  I was not asked to

3    review them at the time.

4    Q.    You attended the meeting; right?

5    A.    I attended the meeting.

6    Q.    And one of the subjects that was discussed was

7    whether -- and this is, again, November 2020, shortly after

8    the priority date of the patent; right?

9    A.    Yes.

10   Q.    About seven months later; right?

11   A.    Yes.

12   Q.    And you are -- one of the subjects that was discussed

13   at that meeting was whether clinicians were already using

14   Tyvaso that had been approved for PAH and were using it for

15   PH associated with ILD in anticipation of the expected

16   indication or the new addition to the label and whether

17   physicians were switching patients from oral therapies to

18   Tyvaso; correct?

19   A.    You have to -- sure.

20   Q.    At this meeting one of the subjects that was

21   discussed was whether or not clinicians were using Tyvaso

22   for PH associated with ILD; correct?

23   A.    You know, I don't have any recollection of this

24   meeting so I would have to see that document.

25             MR. JACKSON:  Okay.  Can we turn to page 3,

1  please.

2  BY MR. JACKSON:

3  Q.    This is item Number 9.

4        Again, you were here; right?  You were at this

5  meeting?

6  A.    I attended that meeting, yes.

7  Q.    And at that meeting, in a response to a question from

8  Dr. O'Brien, steering committee members, who included you,

9  said they were not aware of significant pre-approval

10  prescribing of Tyvaso in Group 3 PAH patients with ILD;

11  correct?

12  A.    That's what it says.

13  Q.    That's what was discussed at that meeting; right?

14  A.    Right.  I have no recollection of the details so I'll

15  just have to say that's what it says.

16  Q.    Okay.  But you testified earlier that you

17  prescribed -- it's your testimony here that you prescribed

18  it off-label for that indication; right?

19  A.    Yes.

20  Q.    But you didn't -- that isn't recorded in the meeting

21  minutes, is it?

22  A.    No, it's not.

23  Q.    Now, when you describe a patient to a medical

24  insurer, you're providing a clinical diagnosis; right?

25  A.    Yes.

1    Q.    You've never provided any documents relating to your

2    prescribing practices to counsel for Liquidia or UTC;

3    correct?

4    A.    Repeat, please.

5    Q.    You've never provided any documents about your

6    prescribing practices to counsel for UTC or Liquidia; right?

7    A.    Opinions -- like statements?  Are you talking about

8    those kinds of documents or?

9    Q.    I'm talking about if you have any documentation about

10   your own prescribing practices.

11   A.    So what kind of documentation?  I'm not sure what

12   you're getting at.

13   Q.    When you prescribe, do you have -- do you keep

14   documentation of your prescriptions and your prescription --

15   and your practices; correct?

16   A.    I keep notes on what's happening with patients, yes.

17   Q.    But you've never provided any documentation about

18   your use of Tyvaso in PH-ILD patients to counsel for

19   Liquidia or UTC; right?

20   A.    Correct.

21   Q.    When you prescribed Tyvaso to patients, they had at

22   least some PAH in their diagnosis; correct?

23   A.    Yes.

24   Q.    Tyvaso -- the Tyvaso label -- the 2009 Tyvaso label

25   does not disclose a method of improving exercise capacity

1    through the administration of Tyvaso for PH-ILD patients;

2    correct?

3    A.    Once again, you've gone a little fast.

4    Q.    Sure, I'll -- sorry.  And I'll try to help the court

5    reporter too.

6          So the Tyvaso label does not disclose a method

7    of improving exercise capacity through the administration of

8    treprostinil for PH-ILD patients; correct?

9    A.    That's my belief, yeah.

10   Q.    And every time you've prescribed Tyvaso, it was your

11   testimony earlier today that you checked the box that --

12   strike that.

13         Before PH-ILD was added to the label, and

14   therefore you could prescribe on label for PH-ILD --

15   A.    Well --

16   Q.    Hold on.  Let me finish my question.

17         Do you understand where I'm -- the time period

18   I'm talking about now?  Before --

19   A.    This is before April 2020?

20   Q.    Yes.  So let's say before April 2020.

21         Every time that you prescribed Tyvaso, you

22   checked the box on the insurance form saying it was for PAH;

23   correct?

24   A.    I couldn't say it was every time, but -- first of

25   all, there's been an evolution in how all these things get

1    done.  You know, we -- you know, these intermediaries are

2    relatively new.  So when I first started using Tyvaso in

3    patients with PH-ILD, I would end up calling the peer at the

4    insurance company to discuss what I was trying to do.

5         And what I relayed to that individual was that

6    the patient had precapillary PH, which is what you see in

7    Group 1, and in general, I was treating people with more

8    severe PH, moderate to severe, because I felt that was the

9    population that would most likely respond.

10        And I would make it clear to that individual

11   that the patient had interstitial lung disease.  So that, to

12   me, is PH-ILD.  But what I was trying to stress was that I

13   was anticipating the same kind of response hemodynamically

14   in these PH-ILD patients that we would see in the people who

15   had more pure Group 1 disease.

16        So that's how I did it.

17   Q.    Okay.  So you and I both agree that as of April 2020,

18   PAH, or Group 1, was on the Tyvaso label; correct?

19   A.    Correct.

20   Q.    You would agree with me that you're not aware of any

21   times in -- or any circumstances where it was used -- Tyvaso

22   was used other than where there was at least some PAH

23   involved; correct?

24   A.    I couldn't verify that.  You know, there may -- I

25   don't know that I used the term PAH every single time.

1           MR. JACKSON:  Okay.  Can we pull up his

2    deposition at page 75, lines 10 through 16.

3    BY MR. JACKSON:

4    Q.     And so 10, I asked -- this is your deposition; right?

5    I deposed you in this case; correct?

6    A.     You did.  Yes, I recall that well.

7    Q.     And you were under oath?

8    A.     Yes.

9    Q.     Obligated to tell the truth?

10   A.     Yes.

11   Q.     And so I deposed you and I asked you:

12          "QUESTION:  So, again, just to clean up and make

13   sure, you're not aware of any times where you talked about

14   prior public use where it's used for -- in circumstances

15   other than where there was at least some PAH involved;

16   correct?"

17          And you said, "Correct"; right?

18   A.     That's what it says.

19   Q.     That's truthful testimony; correct?

20   A.     I was trying to tell the truth at that time and I'm

21   trying to tell the truth now.

22   Q.     But that was truthful -- that was accurate testimony;

23   right?

24   A.     When I said it, yes, I was trying to be truthful.

25   Q.     Okay.

 1              MR. SUKDUANG:  Counsel, sorry, what page was

 2      that?

 3              MR. JACKSON:  That was page 75, lines 10 through

 4      16.

 5      BY MR. JACKSON:

 6      Q.      And that statement about you -- every -- in every

 7      circumstance where you're aware of, there was at least some

 8      PAH involved, that applies to Dr. Waxman's prescriptions;

 9      correct?

10      A.      I can't vouch for Dr. Waxman's prescriptions, no.

11      Q.      Okay.  So in your deposition, I asked -- we went

12      through your expert report.

13              Do you recall that?

14      A.      Yes.

15      Q.      And let's look at -- I believe right in front of you

16      is your expert report.  Can you open that up?  Go to the

17      table of contents of the first report, please.

18      A.      This is reports and depositions?

19      Q.      Correct.  The first document, I hope, is your

20      original report, your first report.

21      A.      Okay.  There are some tabs here.  It might help me if

22      you know what tab it is.

23      Q.      It should be the first tab.

24      A.      Okay.  And do you have a page number for me?

25      Q.      I'm looking at the table of contents.

1    A.    Okay.  So am I.

2    Q.    And it says, "Aaron Waxman."  Do you see that --

3    strike that.

4              The first entry is your public use; right?

5    A.    Are we talking about Dr. Aaron Waxman publicly used

6    Tyvaso off label to treat PH-ILD patients?

7    Q.    Yeah.

8              MR. SUKDUANG:  Excuse me, Your Honor.  We were

9    prohibited from using prior public use and he seems to be

10   talking about prior public use.

11             THE COURT:  I assume there's a reason here.  I'm

12   not sure what your objection is.

13             MR. SUKDUANG:  It's -- prior public use is a

14   defense we didn't present.

15             THE COURT:  We'll see what happens here.  If

16   it's about something irrelevant, it's about something

17   irrelevant.  I suspect he has a different theory.

18   BY MR. JACKSON:

19   Q.    So under Roman VI(a), you talk about your prior use;

20   right?

21   A.    Yes.

22   Q.    And then VI(b), you talk about Dr. Waxman's; correct?

23   A.    Yes.

24   Q.    And then VI(c), you talk about Dr. Rajan Saggar?

25   A.    Yes.

1    Q.    And (e), you talk about Dr. Tapson's; correct?

2    A.    Yes.

3    Q.    And then (f), you talk about Dr. Richard Channick's;

4    correct?

5    A.    Yes.

6    Q.    And then in Roman VII, you talk about prior public

7    sale; correct?  The next page of the table of contents.

8    A.    So that would be VI(g)?  VII, yeah.

9    Q.    And in Roman VII, one of the paragraphs says --

10   those -- all those statements about -- I can go there if you

11   want.  All those statements about those prior public use

12   also apply to prior public sale; correct?

13   A.    Yes.

14   Q.    So what I'm focusing for a second are the doctors who

15   were in prior public use.  Those are the ones you're relying

16   on in your prior public sale section of your same report;

17   right?

18   A.    I think so.

19   Q.    Okay.  Now, you would agree with me that in every

20   circumstance, Dr. Waxman -- so you would agree with me that

21   Roman VI(a) through (g) identified all these doctors who you

22   characterize as using Tyvaso off label to treat PH-ILD;

23   correct?

24   A.    Yes.

25   Q.    And you would agree with me that -- you're not aware

1    that any of them used it where there is no PAH involved;

2    correct?

3    A.    Yeah.  I wouldn't be in a position to know that, but

4    I'm not aware of that happening.

5    Q.    But so in your testimony, you were focused on the

6    prior sales by involving the prescriptions of those doctors;

7    correct?

8    A.    Yes.  Is there any particular testimony you can show

9    me?

10   Q.    So I'm happy to show you your deposition but under

11   the rules and restrictions on when I can do that, let me see

12   if I can ask the question directly.  Does that work?

13   A.    Sure.

14   Q.    Dr. Waxman is listed under (b); correct?

15   A.    Yes.

16   Q.    Then Saggar is (c).  Dr. Rajan Saggar is (c)?

17   A.    Correct.

18   Q.    And Dr. Tapson is (e), and Dr. Channick is (f);

19   correct?

20   A.    Yes.

21   Q.    And you would agree with me you're not aware of them

22   using it where there is no PAH involved; correct?

23   A.    I'm not aware of that.

24   Q.    So everything you're aware of, therefore, is there's

25   at least some PAH involved; correct?

1    A.     Well, I wasn't there to watch them write

2    prescriptions, so I wouldn't be aware.

3    Q.     But you're testifying that they're using it for

4    PH-ILD; right?

5    A.     Yes.

6    Q.     But in every circumstance, they also -- there was

7    also at least some PAH involved; correct?

8    A.     Well, yes.  I think we're partly getting into a

9    semantic discussion here because PAH sometimes is used to

10   denote Group 1 PAH.  But PAH is actually a description of a

11   hemodynamic profile, sometimes referred to as precapillary

12   PAH, and it doesn't necessarily denote Group 1.  So people

13   talk about disproportionately elevated.  What they're

14   talking about is that hemodynamic profile that we see in

15   Group 1.  But the thing that distinguishes these people is

16   they have ILD in addition, and so I would call that PH-ILD.

17                So getting back to what you're saying, yeah.  I

18   think they probably did use the term "PAH" much of the time.

19   I can't vouch it would be every single time, despite what

20   you showed me.  I simply am not in a position to verify

21   that.

22   Q.     But just to make sure, you're not aware of any

23   circumstance where the Tyvaso was used where there was not

24   at least some PAH involved; correct?

25   A.     I'm not aware of it, no.

1   Q.    Now, Mr. Sukduang focused you on Dr. Rothblatt's

2   comments; right?

3   A.    Yes.

4   Q.    And he focused you on an earnings call.  I think

5   that's DTX 3; right?

6   A.    That's correct.

7   Q.    And that was an earnings call dated May 2nd, 2018;

8   correct?

9   A.    Yes.

10  Q.    And that was just before the PERFECT study began;

11  correct?

12  A.    Yes.

13  Q.    In fact, the PERFECT study began on May 8, 2018;

14  correct?

15  A.    That, I wasn't aware of.  But I'll take your word for

16  it.

17  Q.    You don't doubt it began on May 8, 2018?

18  A.    I don't doubt it.

19  Q.    Now, INCREASE study, Tyvaso in PH-ILD; correct?

20  A.    Yes.

21  Q.    And PERFECT study, Tyvaso in PH-COPD; correct?

22  A.    Correct.

23  Q.    And both of those groups are part of Group 3; right?

24  A.    Yes.

25  Q.    And in the transcript, Dr. Rothblatt says PH-ILD

 1    patients and PH-COPD patients are not being treated for

 2    their pulmonary hypertension today; correct?

 3    A.      I'm not sure about that.

 4              MR. JACKSON:  Can we pull up page 10, about

 5    two-thirds of the way down the page.

 6    BY MR. JACKSON:

 7    Q.      So this is the same answer.  So if you -- in your

 8    binder in front of you, you should have DTX 3.  But this is

 9    the same -- it's a big, long answer.  It's a full-page

10    answer; right?

11    A.      Yes, very dense text.  But this is a snippet.

12    Q.      It's a full -- it's a long, long answer that

13    Dr. Rothblatt gave; correct?

14    A.      Yes.

15    Q.      And among the things she said is:  "So the strongest

16    science here is really on the ability to help pulmonary

17    hypertension patients who have COPD and ILD, so-called WHO

18    Group 2.  They have some other distinctive characteristics.

19    They're in the tens of thousands.  They are not being

20    treated for their pulmonary hypertension today."

21              Correct?

22    A.      That's what that says.  You said Group 2.  It does

23    say Group 3.

24    Q.      I'm sorry if I said Group 2.  I meant Group 3.  Quick

25    reading of the Roman numeral.  I meant Group 3.

1          You would agree with Dr. Rothblatt's statement

2    that the ILD population and the COPD population are two

3    distinct populations; correct?

4    A.     Yes.

5    Q.     Now, you focused a -- for a few minutes with

6    Mr. Sukduang on the sentence about payers being able to

7    enable some WHO Group 3 patients to benefit; right?

8    A.     Yes.

9    Q.     Now, she doesn't identify which WHO Group 3 patients

10   she's talking about, does she?

11   A.     No.

12   Q.     She does talk about leading conditions in the field;

13   correct?

14   A.     And she does say here COPD and ILD.  So presumably

15   when she refers to Group 3, she's referring to both.

16   Q.     And she called out Dr. Waxman in her comments about

17   this topic; correct?

18   A.     Yes.

19   Q.     Now, Dr. Waxman -- she doesn't identify any other

20   physicians in her statements; right?

21   A.     Correct.

22   Q.     And, in fact, she earlier in the call had thanked

23   Dr. Waxman for bringing the unmet need for COPD patients to

24   UTC's attention; correct?

25   A.     That, I don't know.

```
 1              MR. JACKSON:  Can we go to page 6 at the top,
 2    please.  So actually, let's do the full screen so we can
 3    make sure it's Dr. Rothblatt's statements.  If you go to
 4    page 5 just --
 5    BY MR. JACKSON:
 6    Q.    This is all Dr. Rothblatt's statements before we get
 7    to the questions; right?
 8    A.    Yes.
 9    Q.    And if you go on page 6, the third paragraph starts
10    with "next."  Do you see that?
11    A.    Yes.
12    Q.    And so that's talking about -- looking at the second
13    sentence:  "No therapy has ever been approved by the FDA for
14    pulmonary hypertension incidents to so many of these COPD
15    patients."
16              Right?
17    A.    Yes.
18    Q.    And, again, in the previous sentence, she talks about
19    that being in the PERFECT Phase 3 clinical trial and WHO
20    Group 3; right?
21    A.    Yes.
22    Q.    "And I really want to salute Dr. Waxman and his great
23    team up in Boston who brought this unmet medical need to our
24    attention."  Right?
25    A.    Yes.
```

1    Q.    She's calling out Dr. Waxman for bringing the COPD

2    need to their attention; correct?

3    A.    Yes.

4    Q.    And the COPD need was part of Group 3; right?

5    A.    Yes.

6    Q.    And they were the focus of the PERFECT study;

7    correct?

8    A.    That's correct.

9    Q.    Now, the PERFECT study was undertaken after INCREASE;

10   right?

11   A.    Yes.

12   Q.    And it was terminated early for safety reasons;

13   correct?

14   A.    That's correct.

15   Q.    You mentioned -- I believe Mr. Sukduang took you

16   through Faria-Urbina 2018 or mentioned it to you; correct?

17   A.    Yes.

18   Q.    Would you agree with me that Faria-Urbina, the

19   supplement, does not show a statistically significant

20   improvement in exercise capacity?

21   A.    In what circumstance?

22   Q.    The ILD chart that you looked at in S2 and S3, those

23   tables --

24   A.    S3.

25   Q.    -- do not show a statistically significant

1    improvement in exercise capacity; correct?

2    A.    I think it was S3 and S4.

3    Q.    Okay.  S3 and S4.

4    A.    In the ILD subgroup, the p-value was around 0.4 and

5    that is not statistically significant.  That's correct.

6    Q.    So you would -- in the Sir John Vane paper that

7    Mr. Sukduang did not take you through, Dr. Waxman talked

8    about the benefits that he found from the data about -- that

9    was presented in Faria-Urbina 2018; correct?

10    A.    Yes.

11    Q.    And during that presentation, he talked about the

12    fact that there was a 100-meter walk distance improvement

13    for COPD patients; correct?

14    A.    Yes.

15    Q.    And that was much larger than the walk distance for

16    ILD patients; correct?

17    A.    As I recall, the ILD was in the range of 40, which is

18    still a pretty robust improvement.

19    Q.    But Dr. Waxman was touting this benefit in COPD

20    patients; right?

21    A.    Yes.

22    Q.    And that's the 100-meter walk distance change;

23    correct?

24    A.    Yes.

25    Q.    And that's what Martine Rothblatt was just referring

1    to in her statements of -- on that call; correct?

2    A.    Well, in that particular paragraph, she's

3    highlighting the PERFECT trial.  But in the other areas,

4    such as the previous one you showed, she mentions COPD and

5    ILD as Group 3.

6    Q.    And so -- but we all -- we both agree that Group 3

7    covers COPD; right?

8    A.    COPD and ILD are both in Group 3, yes.

9    Q.    And that's the data that Dr. Waxman had highlighted

10   to UTC; correct?

11   A.    Yes, but he also showed the data on both ILD and the

12   CFPE -- or the CPFE and -- and the CDPF subgroup was

13   statistically significant, the improvement in six-minute

14   walk distance.

15   Q.    The -- so I'm going to come back to that in just a

16   second.

17         The -- but in Dr. Rothblatt's statements, she

18   was talking about Group 3; correct?

19   A.    Yes.

20   Q.    She didn't desegregate between COPD and ILD; right?

21   A.    Right.

22   Q.    So you standing here -- sitting here today, you can't

23   say that you're sure that she was talking about ILD; right?

24   A.    Well, we know that Waxman presented his data to her.

25   And not just COPD, but also ILD.  And as I just mentioned,

1    the response in ILD was -- 40 meters is pretty robust.  And

2    so that's what was presented.

3              Now, I agree with you that the hundred-meter

4    improvement in COPD is strikingly good.  It obviously didn't

5    hold up in the PERFECT trial, but I think she was talking

6    about COPD and ILD in the rest of that report.

7    Q.    So let me -- I'm going to take that -- I'm going to

8    break that down piece by piece.  Let me do the first piece

9    first.

10             You cannot, standing here today, tell the Court

11   with certainty that you know that she was talking about ILD

12   as opposed to COPD when she was talking about Group 3;

13   correct?

14   A.    Correct.

15   Q.    And you would also agree with me that the data that

16   Dr. Waxman provided to UTC does not show a statistically

17   significant increase in six-minute walk distance for PH-ILD

18   patients; correct?

19   A.    In the ILD subgroup, yes.

20   Q.    And you also agree that the data that Dr. Waxman

21   provided to UTC is a very small number and no one is going

22   to draw from -- conclusions from it; correct?

23   A.    Correct, it's hypothesis-generating.

24   Q.    Would you agree with me that Faria-Urbina 2018 does

25   not encompass a method of improving exercise capacity

1  through the administration of inhaled treprostinil to treat

2  PH-ILD?

3  A.    No, I wouldn't agree with that.

4          MR. JACKSON:  So can we go to your deposition at

5  247, lines 17 through 23, please.

6          THE WITNESS:  Okay.

7  BY MR. JACKSON:

8  Q.    So again, same deposition; right?

9          Dr. Hill, yes?

10  A.    Yes.

11  Q.    Same deposition.  And I asked you:

12          "QUESTION:  So it's your opinion that

13  Faria-Urbina does not encompass a method of improving

14  exercise capacity through the administration or

15  administration of inhaled treprostinil to treat PH-ILD;

16  correct?"

17          And you said:

18          "ANSWER:  I don't think it's sufficient, no, or

19  correct, yes."

20          That was your testimony; right?

21  A.    You know, I can't make sense out of what I'm saying

22  there.

23  Q.    Well, I asked, it's not your opinion -- it's your

24  opinion that it does not encompass, and you said correct;

25  correct?

 1              MR. SUKDUANG:  Objection, Your Honor.  The

 2    testimony is so many double negatives and --

 3              THE COURT:  Well, it is what it is, so your

 4    objection is overruled.

 5              But if you're going to rely on it, read it

 6    literally.

 7              MR. JACKSON:  Okay.

 8    BY MR. JACKSON:

 9    Q.    So the words I -- the question I asked you was:

10              "QUESTION:  So it's your opinion, then, that

11    Faria-Urbina does not encompass a method of improving

12    exercise capacity through the use or administration of

13    inhaled treprostinil to treat PH-ILD; correct?"

14              And your answer was:

15              "ANSWER:  I don't think it's sufficient, no, or

16    correct, yes."

17              So you would agree with me that you were saying

18    that Faria-Urbina, the data is not sufficient and therefore

19    you were agreeing with me that it does not encompass a

20    method of improving exercise capacity through the use or

21    administration of inhaled treprostinil to treat PH-ILD;

22    correct?

23    A.    Well, as I said, I'm not sure what I'm saying there.

24    And, yes, we have it in writing there, but I think I was

25    wrong.

1    Q.      Okay.  But that was your testimony and that was

2    accurate testimony; right?

3    A.      I don't think it was, no.

4    Q.      Oh, so you -- that was inaccurate testimony; is that

5    right?  You're changing that?

6    A.      Yeah, I think so, yeah.

7    Q.      You would agree with me --

8            Thank you, Mr. Smith.

9            You would agree with me that INCREASE was the

10   first study to show a statistically significant increase in

11   six-minute walk distance using Tyvaso to treat PH-ILD;

12   correct?

13   A.      The INCREASE was?

14   Q.      Yes.

15   A.      And it was the only?

16   Q.      It was the first study to show an increase, yes,

17   statistically significant increase in six-minute walk

18   distance using Tyvaso to treat PH-ILD; correct?

19   A.      Well, as I mentioned before, there is the CFPE

20   subgroup in the Faria-Urbina study, and that was

21   statistically significant and that is a subset of PH-ILD.

22           MR. JACKSON:  So can you -- Mr. Smith, can you

23   take him to his deposition at 222, lines 13 to 18.  Sorry,

24   is that 222?  222.  Yeah, there we go.

25   BY MR. JACKSON:

1    Q.    So I asked you:

2              "QUESTION:  Okay.  So you're not aware of any

3    study that showed a statistically significant increase in

4    six-minute walk distance using Tyvaso to treat PH-ILD prior

5    to the INCREASE study; correct?"

6              And you said, "Correct"; right?

7    A.    That's what it says.

8    Q.    That was your testimony at your deposition; right?

9    A.    That's correct.

10             MR. JACKSON:  Thank you, Mr. Smith.

11   BY MR. JACKSON:

12   Q.    Now, you -- during your direct exam, you --

13   Mr. Sukduang took you through the asserted claims of the

14   '327 patent; correct?

15   A.    Yes.

16             MR. JACKSON:  Can we pull up the asserted

17   claims.

18   BY MR. JACKSON:

19   Q.    This is the slide that Mr. Sukduang took you through;

20   right?

21   A.    Yes.

22   Q.    And he focused on 5, 6, 9, and 17; correct?

23   A.    Yes.

24   Q.    In addition to 1; right?

25   A.    Yes.

1    Q.    Now, let me just check.

2          For prior sale, you're not -- you don't --

3    you're not at all saying that there was any prior sale that

4    met the claim of Claim 14; correct?

5    A.    Correct.

6          MR. JACKSON:  So, Mr. Smith, can you pull up

7    the -- in my opening I had that table that had the various

8    defenses.

9    BY MR. JACKSON:

10   Q.    So I just want to make sure you are -- and I are on

11   the same page.

12          You're saying -- your testimony is about prior

13   sale, not prior use, prior sale; right?

14   A.    Yes.

15   Q.    And it's the second column there; correct?

16   A.    Yes.

17   Q.    And you say nothing about Claim 14; correct?

18   A.    Correct.

19          THE COURT:  Mr. Jackson, he said not a word

20   about it.  Why are you being busy --

21          MR. JACKSON:  Sorry, sorry.  Fair enough, Your

22   Honor.

23          Going back to the -- their demonstrative.

24   BY MR. JACKSON:

25   Q.    Claim 5 is -- involves reducing the concentration of

1    NT-proBNP by at least 200 picograms per milliliter after 8,

2    12, or 16 weeks; right?

3    A.    Yes.

4    Q.    Is that result inherent for -- will that result

5    inherently happen to patients who go through -- who are

6    administered consistent with this dosing schedule?

7    A.    I'm not sure exactly what you're asking me.

8    Q.    All right.  So let me -- patients who go through

9    this -- the dosing schedule in this -- identified in the

10   asserted claims, you'd agree with me that they don't

11   inherently have a reduction of their concentration of

12   NT-proBNP by at least 200 picograms; correct?

13   A.    Well, if you're talking about inherency, I think this

14   does apply to them.

15   Q.    Okay.  I'm just asking whether -- if you take

16   somebody who's got PH-ILD and you dose them to -- according

17   to this schedule, or this dosing regime -- are you with me

18   so far?

19   A.    Yeah.

20   Q.    You would agree with me they don't necessarily and

21   inevitably have that kind of reduction in their NT-proBNP;

22   correct?

23   A.    I'm not sure what you mean by "they."

24   Q.    That patient would not necessarily and inevitably

25   have this -- meet this claim; right?

1    A.    Well, what my understanding is, that this is about "a

2    patient," meaning one or more patients.  And I would say

3    that they inherently will have this response necessarily and

4    inevitably.

5    Q.    So every patient that goes -- it's your testimony,

6    then, that every patient that would get administered

7    treprostinil according to the structure of the claims, the

8    dosing method in the claims, would necessarily and

9    inevitably get a reduction of their NT-proBNP of at least

10   200 picograms after 8, 12, or 16 weeks; correct?

11   A.    I'm not saying every patient.  I'm saying at least

12   one.

13   Q.    Okay.  So you're not saying that it's necessary and

14   inevitable for every patient; right?

15   A.    That's true.

16   Q.    And similarly -- actually, let me move on to --

17   you -- Mr. Sukduang asked you some questions about Lew

18   Rubin; right?

19   A.    Yes.

20   Q.    Now, Lew Rubin was a leader in the field of pulmonary

21   hypertension as of 2020; right?

22   A.    Yes.

23   Q.    He was the principal investigator or steering

24   committee member on most, if not all, of the drugs approved

25   by the FDA to treat pulmonary hypertension; correct?

1    A.    Yes.

2    Q.    And he served as a consultant to the federal

3    government, the FDA, NIH, VA, and foreign countries

4    including the UK, Canada, and Australia; right?

5    A.    Yes.

6    Q.    And he's one of the world's experts in this field;

7    correct?

8    A.    Yes.

9    Q.    And he had an aversion to the study of the use of

10   Tyvaso to treat Group 3 patients; correct?

11   A.    I don't know that specifically.

12         MR. JACKSON:  Can we pull up your deposition at

13   203 lines, 6 through 10 please.  Here, we're talking

14   about -- just keep on this.  So -- good.

15   BY MR. JACKSON:

16   Q.    It says:  "And you understand that Dr. Rubin had an

17   aversion to the study regarding the use of Tyvaso to treat

18   Group 3 patients; correct?"

19         Your answer is "Yes"; right?

20   A.    That is what it says.

21   Q.    That's your testimony?  That was your testimony at

22   your deposition; right?

23   A.    That's what it says.

24   Q.    And that was truthful testimony?

25   A.    You know, I don't know where I would have come up

1    with that, though.  Maybe there was some other information

2    that was provided to me.

3              You know, he -- I know -- I knew he had an

4    aversion to treating patients in Group 3 with PH drugs, but

5    I don't know about Tyvaso specifically.

6    Q.    Okay.

7    A.    And maybe I'm forgetting something, but I don't -- at

8    this point in time, I don't know why I said that.

9    Q.    Well, you would say -- you would agree with me that

10   his aversion was based on his opinion that using Tyvaso to

11   treat Group 3 patients would likely cause harm to the

12   patients; correct?

13   A.    Well, let's put it this way:  I'm replying to Tyvaso

14   specifically here.  I do know that he believed that PAH

15   drugs were not going to cause -- or to benefit patients with

16   PH-ILD and he was concerned about harm.

17   Q.    He was concerned about Tyvaso causing harm to Group 3

18   patients; correct?

19   A.    Well, again, I don't recall that specifically at this

20   moment.

21   Q.    Can we go to the very next question and very next

22   answer, 11 through 15.

23              This is my question to you:  "And his aversion

24   was based on his opinion that using Tyvaso to treat Group 3

25   patients would likely cause harm to the patients; correct?"

1            And you said, "That's my understanding."  Right?

2    A.     That what it says.

3    Q.     And that was your testimony at the deposition; right?

4    A.     Apparently.

5    Q.     You would agree with me Dr. Rubin expressed that view

6    at a variety of meetings; correct?

7    A.     Yes.

8    Q.     And you heard him express that himself; correct?

9    A.     At this moment, I can't recall specifically and I'm

10   sure you probably have something in the deposition.  But I

11   don't recall that specifically at this moment in time.  I

12   was aware of that sentiment and -- you know, so I would

13   leave it at that.

14   Q.     In fact, at the American Thoracic Society, he stood

15   up and spoke very clearly and strongly against the clinical

16   trials for using Tyvaso in Group 3 PH-ILD patients; correct?

17   A.     Well, I don't recall that specific incident.

18   Q.     Can we go to your deposition at 204, lines 7 through

19   15.  I said, "And he stood up at the American Thoracic

20   Society meeting and spoke very clearly and strongly against

21   the clinical trials for using Tyvaso in Group 3 PH-ILD

22   patients."

23            And you said, "He was an opinionated person."

24            And I asked, "But you would agree with me that's

25   what he expressed at that meeting?"

 1              And you said, "That was the essence of it,

 2      yeah."  Correct?

 3      A.      Yes.

 4      Q.      And he was worried about adverse events and possible

 5      harm to clinical participants; correct?

 6      A.      Yes.

 7      Q.      That was the basis of his aversion; correct?

 8      A.      I think so, yes.

 9              MR. JACKSON:  Dr. Hill, thank you for your time.

10      I pass the witness.

11              THE COURT:  Redirect?

12                      REDIRECT EXAMINATION

13      BY MR. SUKDUANG:

14      Q.      Hello, Dr. Hill.  Can we bring up your demonstrative

15      DDX 4.6.

16              You were asked questions about -- from counsel

17      regarding a statistically significant result in six-minute

18      walk distance.  Do you recall that?

19      A.      Yes.

20      Q.      Does Claim 1 require a statistically significant

21      result in six-minute walk distance?

22      A.      No.

23      Q.      Does Claim 17 require a statistically significant

24      result in six-minute walk distance?

25      A.      No.

 1   Q.     Is there any claim being asserted that requires a

 2   statistically significant result in six-minute walk

 3   distance?

 4   A.     No.

 5   Q.     Can we go to DTX 3, please.

 6          And counsel asked you some questions regarding

 7   this earnings call.  Do you recall that?

 8   A.     Yes.

 9   Q.     Can we go to page 10.  And on page 10, so if we --

10   you talked about this paragraph.  If we scroll up, expand it

11   a little bit.

12          You talked about this paragraph with me during

13   your testimony; correct?

14   A.     Yes.

15   Q.     And Mr. Jackson printed you some other pages.  But

16   I'd like to look at a sentence that says, "After

17   Dr. Rothblatt had talked about the ability to improve

18   exercise ability with Tyvaso in Group 3, Dr. Waxman goes on

19   to state:  'So with that kind of data, some of which has

20   been presented in posters and maybe even publications'" --

21          Do you see that?

22          Let me ask you.  Do you see the statement that

23   says, "So with that kind of data, some of which has been

24   presented in posters and maybe even publications"?  Do you

25   see that sentence?

1   A.      What threw me off is you said Dr. Waxman.

2   Q.      You're probably right.  Let me restate the thing

3   because you're right and I'm wrong.

4            Dr. Rothblatt said, "So with that kind of data,

5   some of which has been presented in posters and maybe even

6   publications."

7            Do you see that?

8   A.      Yes.

9   Q.      Did counsel show you any posters or publications

10  regarding -- in your cross regarding six-minute walk

11  distance or exercise capacity in COPD?

12  A.      No.

13  Q.      Okay.  Are you aware of publications and posters

14  regarding exercise ability published by Dr. Waxman regarding

15  PH-ILD?

16  A.      Yes.

17  Q.      Dr. Rothblatt goes on to say, "I don't know.  But

18  I've definitely seen posters and we went ahead and had the

19  statistics to power the study for statistical significance,

20  the one in ILD population and the other in the COPD

21  population, which are two distinct populations."

22           Do you see that?

23  A.      Yes.

24  Q.      So with respect to counsel's questions regarding

25  Dr. Rothblatt's statement could have been just COPD, she

1    actually clarified specifically about the data in

2    presentations that led to ILD and COPD trials; is that

3    right?

4    A.    That's correct.

5    Q.    And does that make clear that Dr. Rothblatt's

6    statement regarding the prior sale of Tyvaso through these

7    insurance companies were directed to both PH-ILD and to

8    COPD?

9              THE COURT:  I'll sustain the objection for

10    leading.

11              MR. SUKDUANG:  Let me rephrase it, Your Honor.

12              THE COURT:  You know, Dr. Hill is bringing

13    medical expertise.  Interpreting English language

14    statements, he has no special expertise in.

15              MR. SUKDUANG:  Sure.  Thank you, Your Honor.

16    BY MR. SUKDUANG:

17    Q.    Did Dr. Rothblatt -- earlier you talked about why you

18    thought an inhaled treprostinil solution could be beneficial

19    for PH-ILD patients.  Do you remember that testimony?

20    A.    Yes.

21    Q.    And was part of your testimony based on you avoid

22    this possibility of V/Q mismatch with systemic administered

23    PAH therapies?

24    A.    Yes.

25    Q.    If we take a look at the earnings call further down.

1    There's a statement that says:  "To be able to treat them

2    with only one type of agent, an inhaled agent that can

3    successfully treat them where they need the help the most

4    and where it will not cause the devastating side effects of

5    V/Q mismatch."

6            I think it's further down.

7    A.    I see where that is, yes.

8    Q.    Is Dr. Rothblatt's statement consistent with why you

9    use Tyvaso in PH-ILD patients?

10    A.    That was one of the reasons, yes.

11    Q.    Can we go to -- I believe you were asked questions

12    regarding PTX 249.  Do you recall being asked questions

13    regarding this?

14    A.    Yes.

15    Q.    I think you were asked about page 3 and numeral 9.

16    Do you see that?

17    A.    Yes.

18    Q.    And I think you were asked some questions regarding

19    the statement that said:  "In response to a question from

20    Dr. O'Brien, steering committee members said they were not

21    aware of significant pre-approval prescribing of Tyvaso in

22    Group 3 PAH patients with ILD."

23            Were you asked questions regarding that?

24    A.    Yes.

25    Q.    Does that statement say that the steering committee

1    members were aware of no pre-approval prescribing of Tyvaso

2    for ILD?  Are the words "no" recited in there?

3    A.    No.

4    Q.    If we go back to Claim 17, which is, I think, DDX

5    4.5.

6              Counsel asked you come questions regarding

7    testimony and six-minute walk distance beyond 10 meters

8    after eight weeks.  Do you recall that?

9    A.    Yes.

10   Q.    And the questions he asked you were directed to the

11   testimony heard.  Do you recall that?

12   A.    Yes.

13   Q.    Have you seen a paper that's related to six-minute

14   walk distance increasing by at least 10 meters after eight

15   weeks in PH-ILD patients?

16   A.    Yes.

17   Q.    Which paper was that?

18   A.    That was the Faria-Urbina paper.

19   Q.    And I think you talked about Tables S3 and S4 with

20   counsel; is that correct?

21   A.    Yes.

22   Q.    And what do those tables represent?

23   A.    Table S3 shows the INCREASE six-minute walk distance

24   in the three patients with ILD in whom that six-minute walk

25   distance was performed.  And S4 is the same thing in

1    combined pulmonary fibrosis and emphysema or CPFE.

2    Q.    Is CPFE a PH-ILD diagnosis?

3    A.    Yes.

4    Q.    You had talked about two different ways to address

5    ready for patenting.  One was reduction to practice and the

6    second was a document that can enable a POSA to practice the

7    claim.  Do you recall that?

8    A.    Yes.

9    Q.    In your opinion, what category does the Faria-Urbina

10   apply to?  The first, ready for patenting -- I mean

11   reduction to practice or the second, a document that would

12   enable a POSA to practice the claimed invention?

13   A.    I would put it in the second category.

14   Q.    Finally, you were asked questions regarding HIPAA and

15   confidentiality.  Do you recall those questions?

16   A.    Yes.

17   Q.    Even though there was HIPAA, have you seen papers and

18   posters and publications that specifically address the use

19   of Tyvaso in PH-ILD patients?

20   A.    Yes.

21   Q.    HIPAA doesn't prevent doctors like yourself and

22   others from actually writing papers about the patients they

23   treat.  Does HIPAA prevent doctors like you from writing

24   papers about patients they actually treat?

25   A.    No.

1   Q.      Does it prevent you from disclosing their name?

2   A.      Right.   We have to deidentify.   We deidentify them,

3   we can use the data.

4   Q.      What do you mean by "deidentify"?

5   A.      We get rid of all the information called personal

6   health information or PHI that would enable someone to

7   identify what person the data came from.

8   Q.      Does HIPAA prevent you -- well, does HIPAA prevent

9   you from disclosing information that would allow someone to

10  find this person out in the world?

11  A.      Right.

12  Q.      But does HIPAA prevent you from actually writing and

13  discussing the diagnosis and treatment of that anonymized

14  patient?

15  A.      Not at all.

16          MR. SUKDUANG:   No further questions.

17          THE COURT:   Dr. Hill, step down.   Watch your

18  step.

19          THE WITNESS:   Thank you, Your Honor.

20          MR. SUKDUANG:   At this time, Your Honor,

21  understanding your pretrial conference that we will present

22  our evidence in rebuttal to Dr. Thisted and secondary

23  considerations after their testimony, Dr. Hill was our last

24  witness on the issue of invalidity.

25          THE COURT:   All right.

1           MR. CARSTEN:  Your Honor, I assume that means

2     that Liquidia rests their case in chief on validity as such?

3           THE COURT:  Is that what that means?

4           MR. SUKDUANG:  On the caveat we presented.  So

5     you can present your witnesses now.  Our case in chief --

6     we're presenting our rebuttal evidence to secondary

7     considerations of obviousness.

8           MR. CARSTEN:  Okay.  So with that, Your Honor,

9     I'd like to make some oral 52(c) motions, if I might.

10          THE COURT:  All right.  Be quick.

11          MR. CARSTEN:  I will.

12          I have one that is a case dispositive, and that

13    is that the '793 patent they never established as qualifying

14    as prior art.  We have a written submission.  It's an

15    operation of law that's very clean.  We'd like leave to file

16    it tonight or I can argue it today.  But I think you'd

17    rather we file it tonight.  It's seven or eight pages, I

18    think.

19          THE COURT:  All right.  Go ahead.  File it

20    tonight.

21          MR. CARSTEN:  Thank you, Your Honor.

22          With respect to --

23          MR. SUKDUANG:  With respect to that, Your Honor,

24    can we just brief it in our post-trial briefing?

25          THE COURT:  Well, let them file it tonight.  I'm

1  not expecting a response from you before post-trial

2  briefing.

3              MR. CARSTEN:  Your Honor, these --

4              MR. SUKDUANG:  I'm sorry.  Go ahead,

5  Mr. Carsten.

6              MR. CARSTEN:  Well, with respect to that, as you

7  know, this is not your typical Hatch-Waxman case.  There is

8  a product on the market and we're -- our relief is an E4A

9  order.

10             This is case dispositive on Claim 14.  If one of

11  their obviousness references drops out, then they have no

12  defense there's stipulated infringement and no validity

13  defense against Claim 14.

14             THE COURT:  All right.  Well, you can go ahead

15  and file something tonight.

16             MR. CARSTEN:  Thank you, Your Honor.

17             We'd like to make an oral 52(c) motion on the

18  sufficiency of the proof on the current defenses, the prior

19  sale, the anticipation, the written description of Claim 9,

20  and the obviousness combinations they presented.

21             With respect to -- we'd like to present an oral

22  52(c) motion on the invalidity and unenforceability defenses

23  that they did not raise at trial.  I can list them if you'd

24  like.

25             THE COURT:  Well, I think there seem to be a lot

1    of them, so I'm not sure that that's a good use of time.

2                So is there a reason why I shouldn't grant

3    the -- whatever defenses you have that you haven't raised at

4    trial or were already dismissed somewhere along the way, if

5    there are any?

6                MR. SUKDUANG:  Are you asking me, Your Honor?

7                THE COURT:  Yes.

8                MR. SUKDUANG:  No.  The defenses that were not

9    presented at trial, I don't think we have any opposition.

10               THE COURT:  Okay.  So I will grant that portion.

11               MR. CARSTEN:  Thank you, Your Honor, I

12   appreciate it.

13               THE COURT:  Okay.  And to the extent there was

14   something about defenses they did present at trial, I will

15   deny that.

16               All right.  Go ahead.

17               MR. CARSTEN:  Your Honor, as its next witness,

18   UTC calls Peter Smith.

19               THE COURT:  All right.

20               THE COURTROOM DEPUTY:  Please state and spell

21   your full name for the record.

22               THE WITNESS:  Peter Smith, P-E-T-E-R, S-M-I-T-H.

23                          PETER SMITH,

24               called as a witness on behalf of the

25                    Plaintiff, was sworn, and testified

```
 1              as follows:

 2

 3              THE COURT:  And you are?

 4              MS. PAPPAS:  Katherine Pappas.

 5              THE COURT:  All right.  Go ahead, Ms. Pappas.

 6                    DIRECT EXAMINATION

 7    BY MS. PAPPAS:

 8    Q.    Good afternoon, Dr. Smith.

 9    A.    Good afternoon.

10    Q.    What's your education background?

11    A.    Sure.  In terms of education, I got my bachelor of

12    science in zoology at North Carolina State University.  And

13    then I got my doctorate of pharmacy at the University of

14    North Carolina Chapel Hill.

15    Q.    Where did you work after getting your degrees?

16    A.    After I got my doctor of pharmacy at UNC, I -- my

17    first job was at Eli Lilly in Indianapolis, and I worked

18    there for about two or three years.

19              And then following that, I worked went to Glaxo

20    SmithKline where I spent a large portion of my career.

21              And then in November of 2016, I joined United

22    Therapeutics.

23              MS. PAPPAS:  Your Honor, may we approach with

24    binders?

25              THE COURT:  Yes.
```

```
 1              MS. PAPPAS:  Thank you.
 2    BY MS. PAPPAS:
 3    Q.    So you mentioned that you worked at Eli Lilly and
 4    Glaxo SmithKline.
 5              Did you work on any Phase 3 clinical trial?
 6    A.    Yes.  Over my career before United Therapeutics, I
 7    worked on a number of trials in a variety of different
 8    phases, but several of them were Phase 3 trials.
 9    Q.    And about how many would you estimate?
10    A.    In terms of Phase 3, I couldn't say.  Probably five
11    or so.  But a lot of other different phases as well.
12    Q.    Were all of those Phase 3 clinical trials successful?
13    A.    No, certainly not.  That's just part of clinical
14    trials.  There's attrition when you run clinical trials.
15    Q.    Do you have any notable examples?
16    A.    Sure.  When I was at Glaxo SmithKline, I worked on a
17    compound called darapladib, and it was an Lp-PLA2 inhibiter
18    that was -- and it was for -- it was a trial, it was a
19    Phase 3 trial, a cardiovascular outcome study, looking at
20    patients with chronic heart disease.
21              It took about five years to run this study.  We
22    had some good Phase 2 information that provided a hypothesis
23    that we would be positive.  But unfortunately, after five
24    years, when we did unwind that trial finally, it turned out
25    to be a not-positive trial.  Which is disappointing, of
```

1    course, despite all the effort and prior data that we had on

2    it.

3            Nevertheless, we did publish that information in

4    the *New England Journal of Medicine* because that was

5    important to share that data with the broader medical

6    community.

7    Q.    So when did you join United Therapeutics?

8    A.    I joined United Therapeutics in November of 2016.

9    Q.    What's your current role with United Therapeutics?

10   A.    I am SVP of product development.

11   Q.    What does product development entail?

12   A.    Well, product development is an area where we design

13   clinical programs, we write protocols, we receive day-to-day

14   operations and clinical study, and report out the data from

15   clinical trials at the end of the day.

16           So that's the primary things that we do in

17   product development.

18   Q.    Are you familiar with the United Therapeutics

19   products indicated for PH-ILD?

20   A.    Yes.

21   Q.    What are they?

22   A.    There's two:  There's a nebulized version of Tyvaso

23   and then there's also Tyvaso DPI.  It's a dry powder

24   inhaler.

25   Q.    So starting with the dry powder inhaler, the Tyvaso

1   DPI that you mentioned, did you work on any clinical trials

2   for Tyvaso DPI's approval in PH-ILD?

3   A.    Yes, I did.

4   Q.    And what was that?

5   A.    So we had -- prior to end-licensing the technology

6   from MannKind.  MannKind had conducted a single study which

7   was a single ascending dose study.  And that -- we

8   end-licensed the technology.

9         We had two additional studies that needed to be

10  conducted.  One was a pharmacokinetic study looking at

11  variable pharmacokinetics with the reference drug nebulized

12  Tyvaso, and then we also had another study, which was a

13  patient study looking at transitions from nebulized Tyvaso

14  to the dry powder inhaler.

15        And all three of those studies were required

16  based upon prior discussion that Mankind had with the FDA

17  for the purposes of registration.  And then after we

18  end-licensed the technology, we confirmed that understanding

19  and agreement with the FDA about that requirement.

20  Q.    And so moving to the other product that you

21  mentioned, Tyvaso, did you work on any clinical trials for

22  Tyvaso's approval for PH-ILD?

23  A.    Yes, I worked on the INCREASE study.

24  Q.    When did you join the INCREASE team?

25  A.    I joined the INCREASE team in March of 2017.

1    Q.     What was the status of the INCREASE project when you

2    joined?

3    A.     When I joined the INCREASE trial, the team that I

4    took over for had just completed the third protocol

5    amendment.  And enrollment in the trial was not going well.

6    There was probably about one or two patients that had been

7    enrolled at that point in time.

8                So enrollment and supporting enrollment was one

9    of the primary priorities at that time that I joined the

10   team.

11   Q.     Did the INCREASE trial have a placebo control arm?

12   A.     Yes, it did.  It was a double-blind -- placebo

13   randomized double-blind placebo-controlled trial.

14   Q.     Why?

15   A.     Well, a placebo, in most registration clinical

16   trials, is a common element that's included.  It's an

17   important control for the purposes of eliminating noise from

18   other clinical trial factors, patient variability, just real

19   world of running clinical trials so that you're able, at the

20   end of the day, to discern a treatment effect from a drug

21   from an investigational product.

22   Q.     Can real-world factors cause a patient to have an

23   increase in their six-minute walk distance compared to their

24   own baseline even if they're on placebo?

25   A.     Yes.  Yeah, absolutely.  That's just a part of the

 1    real-world nature of running studies and the variability in

 2    the endpoint so you can see changes that go in a positive

 3    direction.

 4    Q.    Can you please turn to PTX 395 in your binder.

 5          What is this document?

 6    A.    This is the clinical study report for the INCREASE

 7    study, RIN-PH-201.

 8    Q.    And what is the INCREASE study report?

 9    A.    The clinical study report is, essentially, a document

10    where you report out all the clinical trial data from the

11    clinical study that you run after it's been completed.

12          MS. PAPPAS:  Plaintiff offers PTX 395 into

13    evidence.

14          MR. KNAUSS:  No objection.

15          THE COURT:  Admitted without objection.

16          (Thereupon, Plaintiff's Exhibit PTX 395 was

17    admitted.)

18    BY MS. PAPPAS:

19    Q.    Let's look at page 63, Table 11-3.

20          What is this table showing?

21    A.    So Table 11-3, this is the summary and analysis of

22    peak six-minute walk distance at week 16 in the

23    intention-to-treat patient population.

24    Q.    How many patients were in the placebo arm in

25    INCREASE?

1   A.      There were 163 patients that are randomized to the

2   placebo arm in the INCREASE study.

3   Q.      And do you see the row labeled interquartile range?

4   A.      Yes.

5   Q.      Looking at that interquartile range, what does this

6   tell you about how many patients had an increase in the

7   six-minute walk distance compared to baseline but were in

8   the placebo arm?

9   A.      So my understanding is that interquartile is the --

10  essentially, the 50 percent -- the middle 50 percent of the

11  data here.

12          So looking at this minus 73 to plus 19 meters on

13  that placebo row, then you can see that about 25 percent of

14  patients had a walk change from baseline walk distance above

15  19 meters.

16  Q.      Okay.  You can put that document to the side.  I want

17  to turn to your role in the INCREASE study.

18          Did you participate in the steering committee

19  for INCREASE?

20  A.      Yes, I facilitated the steering committee for the

21  INCREASE study.

22  Q.      And what was the role of the steering committee for

23  INCREASE?

24  A.      So the steering committee was responsible for

25  supporting the design of the program and the oversight of

1    the study and eventually the reporting out of the data at

2    the end of the day.

3    Q.    When you joined the INCREASE team, what was your

4    focus?

5    A.    Well, my primary focus was around enrollment and

6    supporting enrollment into the study.

7    Q.    How was enrollment when you joined the study?

8    A.    Enrollment was, again, not doing very well when I

9    joined the study.  One of the reasons -- likely reasons

10   around that was due to the fact that there were a number of

11   previous drugs that had been approved for Group 1 pulmonary

12   arterial hypertension that had been tried in this patient

13   population with Group 3 pulmonary hypertension.

14         And these studies had failed and failed

15   primarily due to safety and also efficacy reasons but

16   primarily safety.  So I think there was trepidation in the

17   medical community.  I know there was trepidation in the

18   medical community about doing studies in this group of

19   patients, and so I think that was probably one of the

20   contributing factors to slow enrollment in the INCREASE

21   study.

22   Q.    So how did you get enrollment to pick up in the

23   INCREASE study?

24   A.    I spoke to a lot of investigators and among -- being

25   an -- offering them an opportunity to ask questions about

1   the study, giving them updates about study.  I also shared

2   some of the prior hypothesis-generating information such as

3   the Waxman publication, the retrospective chart review.  And

4   so it was just an opportunity to kind of share with them

5   that information.

6               Many of them were familiar with the previous

7   studies that had failed.  But we also would cover that in

8   case they didn't -- it was an opportunity for full

9   transparency about the study so they were aware of the

10  information out there and also support them in terms of

11  enrollment.

12  Q.    How difficult was it to enroll patients in INCREASE

13  compared to other clinical trials you've run?

14  A.    Much more difficult, given the previous reasons I

15  noted around the prior failed trials.

16  Q.    How long did it ultimately take to enroll the full

17  patient population in the INCREASE study?

18  A.    When I took over for the study in March of 2017, it

19  took about another two and a half years to enroll 326

20  patients in the study.  So we finished enrollment in

21  December of 2019.

22  Q.    When enrollment ended, did you know the results?

23  A.    No, not when it ended.  I had to lock the database

24  and then programming and we had a formal unblinding meeting.

25  Q.    When enrollment ended and they locked the database,

1    did anyone have access to the unblinded data?

2    A.    The only group that would have access to unblinded

3    data during the study was the data monitoring committee.

4    They had access as part of their oversight -- their safety

5    oversight of the trial.

6    Q.    What was the role of the data monitoring committee in

7    INCREASE?

8    A.    They met at various enrollment milestones during the

9    trial to review unblinded safety data.  And there was three

10   things they could have done following the reviews.  They

11   could have, number one, recommended to continue the trial

12   without any modification; number two, they could have

13   recommended a modification to the protocol; or, number

14   three, they could have recommended stopping the study due to

15   a safety concern.

16   Q.    Did you ever meet with the data monitoring committee?

17   A.    Sure.  I facilitated the data monitoring committee in

18   the open session, which is part of the meeting where you

19   give updates to them on the study progress, but then that

20   group meets in an independent fashion to review separately

21   unblinded data without any sponsor involvement.  That's just

22   the data monitoring committee.

23   Q.    How did you feel before each of those data monitoring

24   committee meetings?

25   A.    There's a lot of anxiety for sure given the prior

1    failed studies, especially given the fact that the prior

2    studies failed due to safety.  Most of them failed due to

3    safety.  There was one, in particular, the RISE-IIP study,

4    that was conducted in riociguat that had failed because of a

5    safety signal.  The data monitoring committee for that trial

6    had recommended that study stop prematurely because of

7    safety signal.  So absolutely there was anxiety before each

8    one of those meetings.

9    Q.    So moving forward in time a little bit, how did you

10   feel before you found out the results of the INCREASE study

11   before that unblinding?

12   A.    You know, we were, obviously, hopeful.  That's what

13   kept us motivated and moving forward in the trial with the

14   hope to get a new treatment option for this vulnerable group

15   of patients but, again, uncertain about the results.  It was

16   good that we did have the data monitoring committee outputs

17   following each of the meetings.  They voted to continue the

18   trial without modification, so that was good.  But we didn't

19   know the efficacy portion of it until the formal unblinding.

20   Q.    Did you understand others to be nervous about the

21   results before they were unblinded?

22   A.    Yes, absolutely.  I think anyone who was in the orbit

23   of the study, participating in the study steering committee

24   had some uncertainty, trepidation, and nervousness about

25   whether or not we would have a successful trial.

1    Q.    Were you alone for the unblinding?

2    A.    No.  We had a group of individuals who were part of

3    the core study team that met in a room at the end of

4    February in 2020 after the database lock and we unblinded

5    the data.

6    Q.    What happened at that meeting?

7    A.    It was a great day.  We hit the primary endpoint and

8    we hit all the secondary endpoints as well, so we were

9    pretty jubilant about the results of that trial.  Safety

10   looked good as well, so we were hopeful this could be a new

11   treatment option for patients with PH-ILD.

12   Q.    Were all the efficacy endpoints positive for

13   INCREASE?

14   A.    Yes, primary as well as secondary.

15   Q.    Were there any notable findings in safety endpoints

16   for INCREASE?

17   A.    In terms of adverse events, they were as expected for

18   inhaled treprostinil.  We did measure forced vital capacity

19   as one of the safety parameters in this patient group

20   because of their underlying fibrotic lung disease.  We

21   discovered, lo and behold, one of the measures for forced

22   vital capacity for those patients who were treating with

23   active therapy, we saw an improvement in forced vital

24   capacity, which was surprising and a good indication of

25   potential benefit in this group of patients.

1            MS. PAPPAS:  Pass the witness.

2            THE COURT:  All right.  Thank you.

3            MR. KNAUSS:  We have no questions for this

4    witness.

5            THE COURT:  All right.  Dr. Smith, thank you

6    very much.  You're done.  You may step down.

7            MR. RANKIN:  Good afternoon, Your Honor.

8            THE COURT:  Good afternoon.

9            MR. RANKIN:  Jonathan Rankin for United

10   Therapeutics.  At this time, United Therapeutics calls

11   Dr. Faria-Urbina by deposition.

12           Dr. Faria-Urbina is the first named author on

13   the Faria-Urbina 2018 paper and was deposed in this

14   litigation on October 11, 2024.  The total run time of this

15   clip is 19 seconds, all of which is allocated to United

16   Therapeutics.

17           Can we approach to hand up clip reports?

18           THE COURT:  I don't think that's necessary.

19   Play the tape.

20           (A video was played.)

21   BY THE ATTORNEY:

22   Q.    In this sentence where it says -- suggests that it

23   might be a therapeutic option, what does that mean, suggests

24   inhaled treprostinil might be a therapeutic option?

25   A.    This shows suggestion hypothesis is not a statement.

1     It's not an affirmation or recommendation.

2                    (The video ended.)

3                    MR. RANKIN:  During this clip, the following

4     exhibit was used:  DTX 71, which corresponds to deposition

5     Exhibit 3.  DTX 71 is already admitted into evidence as DTX

6     0348.

7                    United Therapeutics now calls Kishan Parikh by

8     deposition.  Dr. Parikh is the first-named author on the

9     Parikh 2016 paper and was deposed in this litigation on

10    September 6, 2024.  The parties' designations consist of

11    10 minutes, 5 seconds for United Therapeutics and 2 minutes,

12    35 seconds for Liquidia, for a total run time of 12 minutes,

13    40 seconds.

14                   Would you like the clip reports?

15                   THE COURT:  Bring them up.

16                   (A video was played.)

17    BY THE ATTORNEY:

18    Q.     Were you involved in the care of patients who

19    received Tyvaso who had PH-ILD during the time period 2013

20    to 2018?

21    A.     Sure, yes.

22    Q.     Other clinicians at Duke were prescribing Tyvaso for

23    patients with PH-ILD during the time period 2013 to 2018;

24    correct?

25    A.     Yes.

1    Q.      Do you recall about how many patients that had PH-ILD

2    were being treated with Tyvaso during that period at Duke?

3    A.      I can't give you a number except for what's published

4    here because I don't recall and I don't know.  But I can say

5    that Duke is probably the more aggressive in treating that

6    compared to other places.

7    Q.      And the paper that -- and we'll get to your paper,

8    which is Exhibit 2, that describes the treatment of patients

9    with PH-ILD with Tyvaso using a high dosing schedule; is

10   that correct?

11   A.      That's not correct.  The paper describes treatment

12   for pulmonary hypertension including PAH.  The

13   classification of these patients is messy and the -- when we

14   talk about Group 3 or PH-ILD, at least in that era, there

15   was a belief that some of those patients had

16   out-of-proportion disease and they had a component of PAH.

17   That's what we would write when we got the drug approved,

18   that this was for a PAH component of their disease that was

19   out of proportion.

20            That was the common thinking in that era.  I

21   think now it's a little bit different because of this newer

22   indication.

23   Q.      And did you write -- were physicians writing for PAH

24   during that time period when it was being administered or

25   prescribed for patients with PH-ILD before it had been

1    approved for PH-ILD so you would get insurance coverage for

2    the patients?  Was that part of the motivation for doing

3    that?

4    A.    No.  It's what we believed, that this was

5    out-of-proportion PH.

6    Q.    What do you mean when you say "out-of-proportion

7    PAH"?

8    A.    The thinking, and I would say still today but at that

9    time, was that a certain subset of those patients with PH

10   and lung disease had additional pulmonary vascular disease

11   that led to worsening right-heart failure and worsening

12   hemodynamics.  So that was the reasoning that we had.

13   Q.    Were other clinicians at Duke continuing to prescribe

14   Tyvaso for treatment of PH-ILD prior to 2020?

15   A.    Yes, it was being used.

16   Q.    Other than clinicians at Duke, were you aware of

17   other groups, other physician groups, that were also

18   prescribing Tyvaso for PH-ILD prior to 2020?

19   A.    So I guess, just to be clear, we were not treating

20   all PH-ILD with Tyvaso.  It was for people that had

21   out-of-proportion pulmonary hypertension that had a

22   component of PAH.  I can't tell you who that might have

23   been.  But I'm sure it had probably happened in other places

24   in the country too.

25   Q.    I think your answer was at Duke, at least, you were

1    treating a subset of PH-ILD patients with Tyvaso prior to

2    2020?

3    A.    Yes.

4    Q.    Does Table 1 describe the types of PH that the

5    patients involved in the study had at baseline prior to

6    treatment?

7    A.    Yes.

8    Q.    So within this 80-patient population that your paper

9    describes, there were patients from all five groups of

10   pulmonary hypertension; correct?

11   A.    Yes.  So at the time of this, again, like with

12   Groups 2 through 5, the thought process was they often had

13   an additional component of Group 1 disease of pulmonary

14   arterial hypertension.  That was the rationale for treating

15   those patients, yes.

16   Q.    Is that what you believed in 2016?

17   A.    Again, in 2016, that was a time where we believed

18   that they had PAH in addition to whatever their background

19   diseases were that may have put them in a different group.

20   But they also had PAH at that time and that's how we wrote

21   about it and talked about it.

22   Q.    And PAH is precapillary pulmonary arterial

23   hypertension?

24   A.    Group 1.  PAH would be Group 1.

25   Q.    In the baseline characteristics of the study

1    population, there's 25 of the 80 patients that are described

2    as Group 3 pulmonary hypertension --

3    A.    Correct.

4    Q.    -- and of those, six patients are diagnosed as having

5    PH-ILD specifically; correct?

6    A.    Correct.

7    Q.    Do you see the last sentence of that first paragraph

8    says "occasionally WHO."  Does that mean World Health

9    Organization?

10   A.    Yes.

11   Q.    So it says:  "Occasionally World Health Organization

12   Groups 2 and 3 patients who have a significant precapillary

13   component of disease are also treated with PAH-specific

14   therapies, although evidence is lacking."

15         Do you see that?

16   A.    Yes.

17   Q.    Okay.  Now, we've been talking about the precapillary

18   component of these PH-ILD patients today; correct?

19   A.    Correct.

20   Q.    And it's that subset of PH-ILD patients that you

21   believe Tyvaso would be effective in treating; correct?

22   A.    That's based on studies.  That's -- there's evidence

23   to that, yes.

24   Q.    Okay.  And there was evidence of that as of 2016 at

25   the time of your paper?

1    A.    No.

2    Q.    Okay.  Does your paper provide evidence of that?

3    A.    Of efficacy?  No.

4    Q.    Well, let me ask you this.  I'll retract the question

5    and ask a different one.

6              Why do you believe that Tyvaso is an effective

7    treatment in at least a portion of PH-ILD patients?

8    A.    Why do I believe that -- I believe that it addresses

9    the precapillary disease that is also seen in PAH.

10   Q.    And did you believe -- did you have that belief in

11   2016?

12   A.    In 2016?  I was learning then.  I was a fellow.

13             I had seen patients tolerate it, but I also

14   practiced evidence-based medicine, and so it's hard to say

15   that.  I felt like we were using it because this was

16   something that patients didn't have other treatment options

17   for and that this was -- and it made sense to try something

18   different for them.

19             But it was a much grayer area at that time, as

20   I've said before.

21   Q.    I believe you also said at one point that these

22   patients had PAH in addition to their other form of PH; is

23   that correct?

24   A.    Just what I had just said, that the PAH component was

25   thought to be present in addition to the PH-ILD in this last

1    group of patients that were treated in this.

2    Q.    Okay.

3    A.    But I was not -- you would have to ask the people

4    prescribing it to get -- what they were thinking.

5    Q.    I'd like to quickly go back to Exhibit 2, which was

6    your 2016 article.

7          And on the last page, there's a section called

8    "Limitations."

9          Are you there?

10   A.    Yes.

11   Q.    And you see it starts with:  "This study was limited

12   by the retrospective study design."

13         Can you explain what that means?

14   A.    The -- yeah.  The sentence probably could have been

15   fleshed out more.  The conclusions of the study were limited

16   in their generalizability and in their scope because it was

17   a retrospective study.

18   Q.    And why does a retrospective study bring those

19   limitations?

20   A.    In general, in evidence-based medicine, retrospective

21   studies are weaker than prospective studies and randomized,

22   controlled trials because there are confounders -- and some

23   of them are listed in the next few sentences -- that can

24   bias the results of the study.

25   Q.    And is one of those what it says right after, "only

1    included patients thought to be good candidates for

2    higher-dose inhaled treprostinil"?

3    A.    Yes.

4    Q.    And it also says that the study suffers from

5    follow-up loss; is that correct?

6    A.    Yes.

7    Q.    And then what does that mean?

8    A.    We -- the patient -- the database did not have

9    complete follow-up for every single patient.  So some of the

10   study results can be skewed because of that reason.  So it's

11   just a form of bias.

12   Q.    Understood.  And going back to what you said about it

13   being a retrospective study, does that mean that this wasn't

14   a placebo-controlled study?

15   A.    Yeah, absolutely.

16   Q.    And it wasn't a randomized controlled study?

17   A.    Yes, correct.

18   Q.    Got it.  And then this last sentence in the

19   limitations section says:  "There was insufficient follow-up

20   data to analyze efficacy endpoints."

21          Can you explain what that means?

22   A.    There weren't enough data points to provide any

23   statistical analysis.  Like, we didn't have a big enough

24   sample size to perform any kind of tests that would be

25   meaningful to say that this was -- there were significant

1    changes in efficacy, which is why the focus was on safety

2    and tolerability, which also didn't have a lot of -- a big

3    enough sample size to make big claims but just was more

4    descriptive in nature.

5    Q.      Understood.  And I just want to go back to one last

6    point you had testified to earlier.

7            If I remember correctly, you said that this

8    article doesn't break out the results by the patient's PH

9    group type?

10   A.      Yes.

11   Q.      So does that mean there's, for example, no way to

12   know what the outcomes were for, say, Group 2 patients

13   specifically?

14   A.      Yes, that's correct.

15   Q.      And you would agree that there's no way to know,

16   based off this article, what the results specifically were

17   for the Group 3 patients?

18   A.      Correct.

19   Q.      And does that also apply to the Group 3 PH-ILD

20   patients?

21   A.      Correct.

22   Q.      So with respect to the last question, can you go to

23   page 4 of the publication.

24   A.      Yes.

25   Q.      Do you agree that right before limitations you stated

1  in your paper:  "Finally, we report a favorable safety and

2  tolerability profile among PAH WHO Group 3 patients in our

3  study for whom there are currently no approved therapies,

4  and Tyvaso may provide benefit in this patient population";

5  correct?

6  A.     Yeah.

7  Q.     And that was a true statement in 2016 when this paper

8  was published?

9  A.     Yeah, I mean, it was.

10        (The video ended.)

11        THE COURT:  All right.  Mr. Rankin?

12        MR. RANKIN:  During these clips, the following

13  exhibit was used:  DTX 253, which corresponds to deposition

14  Exhibit 2.  DTX 253 has already been admitted into evidence

15  as DTX 51.  Thank you.

16        THE COURT:  All right.  Thank you.

17        So we'll take our lunch break now.  Let's make

18  the lunch break for a half an hour.  When I come back in

19  half an hour, counsel can tell me, when they talk to each

20  other and compare notes, what they think the probability in

21  terms of moving the case along and what the schedule will be

22  for this afternoon.

23        All right.  In the meantime, we'll be in recess.

24        (A luncheon recess was taken, after which the

25  following proceedings were had:)

1          THE COURT:  So before we start the clock running

2     here, what's the plan for the rest of the afternoon?

3          MR. JACKSON:  Your Honor, we have several more

4     witness -- I believe it's three more expert witnesses.

5     First, we propose calling Dr. Nathan on the secondary

6     considerations and Dr. Channick.  Let's just get that done

7     and get that -- check that box off.

8          THE COURT:  Okay.

9          MR. JACKSON:  So he can make his flight; right?

10         THE COURT:  Yeah, no, that works fine.  Okay.

11    We'll do that and then we'll just keep going.  But I'll ask

12    you again at the next break or something how we're doing.

13    But I'm sort of now geared up to go a little bit later

14    tonight and try to get -- I don't think we're going to

15    finish, but maybe get close.

16         MR. JACKSON:  I think we are unlikely to finish.

17    I think we will have a little time in the morning.  But the

18    parties talked, and if Your Honor is available or is

19    willing, we figured we might finish up the -- you know, an

20    hour -- starting at 9:00, an hour in the morning, and then

21    addressing -- having closings sometime tomorrow.

22         It's still easier --

23         THE COURT:  We're going to have closings

24    tomorrow.  You guys need to go about your way and I need to

25    finish this.

1           All right.  So call Dr. Nathan.

2           MR. JACKSON:  Thank you, Your Honor.

3           THE COURT:  So, Dr. Nathan, you're still sworn

4    from when you testified before.  And try to speak slower

5    than is your normal pace.  Okay?

6           THE WITNESS:  Got it.  Thank you.

7                      DIRECT EXAMINATION

8    BY MR. JACKSON:

9    Q.     So, Dr. Nathan, we were going to discuss -- at some

10   point we will discuss your views on obviousness and the

11   obviousness challenge that Liquidia has brought, but for

12   now, I'd like to focus just on objective evidence related to

13   nonobviousness.

14          Does that make sense?

15   A.     Yes.

16   Q.     Okay.  So let's discuss that.  I think that's a set

17   of your opinions; is that correct?

18   A.     That is correct.

19   Q.     Have you prepared a slide on that issue?

20   A.     Yes, I have.

21          MR. JACKSON:  Could we go to that slide.

22   BY MR. JACKSON:

23   Q.     Now, what bullets have you identified on this slide?

24   A.     I identified a number of bullets, the first being

25   nexus, unexpected results.  We talk about skepticism.  The

1    failure of others.  The long-felt, unmet need.  Teaching

2    away.  Industry praise.  Success and copying.

3    Q.      All right.  So let's focus on that first bullet.

4            Is there any linkage or connection between the

5    asserted claims in Tyvaso or Tyvaso DPI?

6    A.      Yes, certainly.  Tyvaso, through the INCREASE study,

7    embodies all of the claims that are in dispute.  So there's

8    a clear nexus.

9    Q.      In your opinion, were the INCREASE results expected?

10   A.      No, they were unexpected in my viewpoint.

11   Q.      And what do the prior trials in PH-ILD patients using

12   PAH drugs communicate to you or communicate to a POSA about

13   whether the INCREASE results were expected?

14   A.      They would have indicated that they were unexpected.

15   The whole notion of treating pulmonary hypertension with

16   pulmonary vasodilator therapy, there's a lot of skepticism

17   around it no matter what drug pilot was administered because

18   all of the studies have been negative.

19   Q.      Now, when -- you were involved in INCREASE; correct?

20   A.      That's correct.

21   Q.      Did you personally expect the INCREASE trial to show

22   that treprostinil was safe and effective?

23   A.      I myself was quite skeptical.

24   Q.      Sorry, safe and effective in treating PH-ILD, I

25   should have said.

1    A.    I was skeptical that the study was going to be

2    positive.

3    Q.    And why were you skeptical?

4    A.    Based on my prior experience and involvement in all

5    the clinical trials that had been negative.  And especially

6    coming off the RISE-IIP study where I was chair of the

7    steering committee.  And not only was that a negative study,

8    but it was a harmful study that was stopped early.

9          So I was very skeptical.

10   Q.    Moving on to skepticism, was there skepticism or

11   disbelief in the field about the use of inhaled

12   treprostinil, that it would improve exercise capacity in

13   PH-ILD patients before the INCREASE results were known?

14   A.    I believe that there was widespread skepticism about

15   using inhaled treprostinil for PH-ILD to improve exercise

16   capacity.

17   Q.    And again, why is that?

18   A.    Mostly based on all the negative studies.  The

19   closest -- aside from RISE-IIP, the closest requisite study

20   was actually the ACTIVE study of inhaled iloprost, also an

21   inhaled drug, also an inhaled prostanoid, and it was a

22   failed study despite it being shown to be safe.

23          In fact, if you look at the walk distance of the

24   treatment arm, it was numerically much less than the walk

25   distance of the placebo arm from active study.  So there was

1    a lot of skepticism based on all these prior studies.

2    Q.    And is that the seven deadly studies slide that we've

3    looked at multiple times?

4    A.    Those are the seven studies we've looked at, correct.

5    Q.    In your opinion, had others tried to find a treatment

6    for PH-ILD before UTC was successful?

7    A.    All of those seven trials, plus a couple more, have

8    been unsuccessful, and multiple attempts at treating

9    pulmonary hypertension associated with ILD had all failed.

10   Q.    And how many drugs have been approved for treatment

11   of PH-ILD?

12   A.    There's only inhaled treprostinil since the INCREASE

13   study was done.

14   Q.    And who discovered and got that approved by the FDA?

15   A.    That was United Therapeutics.

16   Q.    In your opinion, was there a long-felt -- you said

17   here you identified a long-felt, unmet need.  Do you see

18   that?

19   A.    Yes.

20   Q.    In your opinion, was there a long-felt and unmet need

21   for a method of improving exercise capacity in PH-ILD

22   patients before INCREASE?

23   A.    There certainly was.  This was a group of patients

24   with a very dismal prognosis.  Short of lung

25   transplantation, there was nothing else to offer these

1    patients.  The estimated three-year survival was around

2    30 percent, so there was clearly a large unmet need.

3    Q.    What has Tyvaso's approval for use in PH-ILD patients

4    had -- what effect has Tyvaso's approval for use in PH-ILD

5    patients had on the way these patients are treated?

6    A.    I think it's a whole paradigm shift in terms of how

7    we approach our patients with ILD.  These patients

8    invariably present with interstitial lung disease first.

9    And now we know to look out for, monitor for, and treat

10    pulmonary hypertension, which can really help these patients

11    in terms of their exercise ability and their day-to-day

12    activities.  Prior to this for ILD, we only had medications

13    that slowed deterioration and now we have a drug that

14    potentially can improve patients.

15    Q.    Can you turn to -- show PTX 249 on the screen.  I

16    believe this is already in evidence.

17          What are these?

18    A.    This is the executive summary from Liquidia steering

19    committee meeting dated November 2020.

20    Q.    Can you go to page 4 and look at the advisors.  Do

21    you see Dr. Robert Frantz there?

22    A.    Yes, I do.

23    Q.    Do you know who Dr. Frantz is?

24    A.    I do know Dr. Frantz.

25    Q.    Who is he?

1   A.      He's a well-known or renowned cardiologist who

2   specializes in pulmonary hypertension and he's at the Mayo

3   Clinic in Rochester, Minnesota.

4   Q.      He was attending this Liquidia meeting?

5   A.      He's listed as one of the attendees; correct.

6   Q.      Can you turn to page 6, please, and look at the

7   second main bullet.  Can you read what it says Dr. Frantz

8   said at the meeting?

9   A.      What he had to say was the Group 3 concept,

10  obviously, is a very straightforward one in terms of the

11  appeal of that given the recent results with Tyvaso, and

12  it's clearly an unmet need in a relatively high-risk patient

13  population.

14  Q.      So this was -- what's the date of this document?

15  A.      This was November 2020.

16  Q.      And what results for the Group 3 trial with Tyvaso

17  were available at this point?

18  A.      The INCREASE study was available, having been

19  released in February of the same year.

20  Q.      How does that statement by Dr. Frantz relate to your

21  opinion about long-felt, unmet need?

22  A.      It's really supportive of my opinion that there was

23  this clear long-felt, unmet need.  Dire need, I would say.

24  Q.      Can we go back to your cover slide.  The next is

25  teaching away.  Do you see that?

1    A.    I do.

2    Q.    In your opinion, did the prior art teach away or

3    discourage clinicians from using inhaled treprostinil to

4    improve exercise capacity in PH-ILD patients?

5    A.    It certainly did.

6    Q.    Why?

7    A.    I think based on the negative studies, I think all of

8    them had pointed away from treating PH associated with

9    interstitial lung disease.  In fact, after the RISE-IIP

10   study came out in one of the prospectus I wrote, I said it

11   was the peak of pessimism for treating pulmonary

12   hypertension associated with interstitial lung disease with

13   any agent that affects the pulmonary vasculature.  The

14   concept is the same.  You're dilating the pulmonary

15   vasculature.  It doesn't matter which drug or how it's

16   administered.

17   Q.    Could you slow down.  I'm trying to help the court

18   reporter.

19   A.    Sorry about that.

20   Q.    The next one you have is industry praise.  Do you see

21   that?

22   A.    Yes, I do.

23   Q.    How did those within the academia and the medical

24   community respond to the approval of Tyvaso and Tyvaso DPI

25   to improve exercise capacity in PH-ILD patients?

1    A.    I think it was very well received.  There's

2    widespread enthusiasm.  I would say people were pleasantly

3    surprised.  It gave us something new to offer these patients

4    with a dismal prognosis.  I think there was a new sense of

5    optimism for these patients.

6    Q.    Next, you say success.  Do you see that?

7    A.    Yes, I do.

8    Q.    In your opinion, to what degree, if at all, have

9    Tyvaso and Tyvaso DPI been successful for use in PH-ILD

10    patients since they were approved for that indication?

11    A.    I think it's been very successful.  Personally, I

12    started a lot of patients on Tyvaso for PH-ILD.  I know many

13    of my colleague have as well.  I think previously we used to

14    be a little bit dismissive of

15    pulmonary-hypertension-complicated ILD because we had

16    nothing to offer.  There was no reason to give an

17    invasive right-heart cath --

18            THE COURT:  You're saying a right-heart

19    catheterization?

20            THE WITNESS:  A right-heart catheterization.

21    Just to reiterate, because we have this therapy to offer now

22    and because we need hemodynamic proof of pulmonary

23    hypertension, the threshold in the clinical trenches is

24    lower to recommend and get a right-heart catheterization in

25    these patients in the -- in order to uncover and diagnose

 1    pulmonary hypertension because now we have something to

 2    offer.

 3              Previously, the only patients who would get

 4    right-heart catheterization are patients who went for lung

 5    transplantation.  But now we're sending many more patients

 6    for right-heart catheterization so that we can make a

 7    diagnosis for PH-ILD.

 8    BY MR. JACKSON:

 9    Q.    And finally, you identified copying here.  Do you see

10    that?

11    A.    Yes, I do.

12    Q.    Who, if anyone, is seeking to copy the method of

13    treatment that's claimed in the '327 patent?

14    A.    Liquidia is.

15              MR. JACKSON:  I have nothing further.  I

16    appreciate your time.  I pass the witness.

17              THE COURT:  Mr. Davies.

18              MR. DAVIES:  John Davies for Liquidia.

19                        CROSS-EXAMINATION

20    BY MR. DAVIES:

21    Q.    Good to see you again, Dr. Nathan.

22    A.    Thank you.

23    Q.    Can we bring up PDX 720.

24              Dr. Nathan, I believe you just relied on at

25    least six of these studies in your testimony related to

1    secondary considerations; correct?

2    A.    Correct.

3    Q.    None of these six studies on the left of the screen

4    ending with the RISE-IIP study included treprostinil;

5    correct?

6    A.    That's correct.

7    Q.    They all use different drugs other than treprostinil?

8    A.    Correct.

9    Q.    And, in fact, you haven't testified about any failed

10   treprostinil study in PH-ILD; correct?

11   A.    I have not and I believe up until now.

12   Q.    With the exception of the ACTIVE trial, none of the

13   other drugs were inhaled --

14         With the exception of the ACTIVE trial, none of

15   the other drugs were delivered through the inhaled route;

16   correct?

17   A.    Correct.

18   Q.    All the rest of the drugs were on oral medications;

19   correct?

20   A.    That's correct.

21   Q.    All the other drugs in those studies that you point

22   to had different formulations than inhaled treprostinil;

23   correct?

24   A.    Correct.

25   Q.    And that includes the ACTIVE trial; correct?  That

1    was a different formulation than inhaled treprostinil?

2    A.    That's correct.

3    Q.    You've heard testimony over the last several days

4    from a number of your colleagues about their off-label use

5    of Tyvaso in PH-ILD; correct?

6    A.    Correct.

7    Q.    And yesterday you heard testimony, for example, from

8    Dr. Waxman about his off-label use of Tyvaso in PH-ILD

9    patients to improve exercise capacity; correct?

10   A.    I'm familiar with his use of Tyvaso; correct.

11   Q.    Are you familiar with his use of Tyvaso off label for

12   treatment of PH-ILD?

13   A.    Yes, I am.

14   Q.    Are you familiar with the use -- his use of Tyvaso

15   off label for improvements in exercise capacity in PH-ILD

16   patients?

17   A.    When he prescribes it, I'm not sure what his intent

18   is prior to the INCREASE study.

19   Q.    But you believe that Dr. Waxman would know how to

20   diagnose a PH-ILD patient properly; correct?

21   A.    I'm not sure about that.

22   Q.    This is the same Dr. Waxman that's the chair of the

23   steering committee for the INCREASE trial, Dr. Nathan?

24   A.    That's correct.

25   Q.    And you're not sure whether he can properly diagnose

1    a PH-ILD patient?

2    A.    He's primarily a pulmonary hypertension physician.  I

3    don't think he pretends to be an ILD physician.

4    Q.    That wasn't my question, Dr. Nathan.

5          You don't believe that Dr. Waxman can properly

6    diagnose PH-ILD patients; correct?

7    A.    I said I'm just not sure about that.  I'm not sure

8    what his experience is in diagnosing interstitial lung

9    disease.

10   Q.    Do you know whether Dr. Tapson can properly diagnose

11   PH-ILD patients?

12   A.    In terms of making the diagnosis, I'm uncertain.

13   Q.    We're short on time, Dr. Nathan, and your attorney

14   can --

15         THE COURT:  He said he's uncertain.

16         MR. DAVIES:  Okay.

17   BY MR. DAVIES:

18   Q.    Is it your opinion that Dr. Hill can't properly

19   diagnose PH-ILD patients?

20   A.    Dr. Hill has more experience in ILD and I'm sure he

21   can make the diagnosis, given the right information.

22   Q.    Is it your opinion that Dr. Saggar cannot properly

23   diagnose PH-ILD patients?

24   A.    Dr. Saggar does ILD and I'm sure he can make a

25   diagnosis about ILD, given the appropriate information about

1    each individual patient.

2    Q.    Is it your opinion, also, that Dr. Channick cannot

3    properly diagnose PH-ILD patients?

4    A.    I'm sure Dr. Channick can diagnosis PH-ILD patients,

5    given the appropriate information with all the data needed

6    to make the diagnosis of the ILD and the PH.

7    Q.    And I apologize if I missed this.

8          But you agree that Dr. Tapson can properly

9    diagnose PH-ILD patients; correct?

10   A.    Given all the information needed to make an

11   appropriate diagnosis of ILD and information needed to make

12   a diagnosis of PH, he probably can, although he's primarily

13   a PH physician.

14   Q.    You agree at least with Dr. Channick, Dr. Hill,

15   Dr. Saggar, and Dr. Tapson, all of them testified about

16   their off-label use of Tyvaso in PH-ILD patients that was

17   ongoing and continued through these alleged six failed

18   studies; correct?

19   A.    I'm aware of their testimony, yes.

20   Q.    Do you have any reason to doubt their testimony based

21   on your testimony that they would properly diagnose PH-ILD

22   patients, Doctor?

23   A.    I did hear Dr. Channick's definition of PH and ILD

24   and his definition was any PH and any ILD.  And as we said

25   in the Sixth World Symposium, there can be a little bit of

1    coincidental ILD that's not causative of the PAH.

2    Q.    Did you review the '793 patent owner response in this

3    case?

4    A.    Yes, I did.

5    Q.    And you heard testimony from Mr. Maebius about the

6    '793 patent owner response; correct?

7    A.    I believe I did.

8    Q.    And Mr. Maebius testified that UTC told the Patent

9    Office that the '793 patent already claimed the method for

10   improving exercise capacity in a PH-ILD patient; correct?

11   A.    I don't recall that.  And my reading of the patent is

12   there's no mention of exercise capacity in the '793 patent.

13   There was just a method for treating pulmonary hypertension.

14   Q.    Were you actually in the courtroom for Mr. Maebius's

15   testimony?

16   A.    To be honest, I've been in and out a little bit and

17   there's been a lot of testimony.  That's why I said I

18   believe I was, but I'm not a hundred percent certain.

19   Q.    Sitting here today, you can't recall Mr. Maebius's

20   testimony regarding the '793 patent owner response

21   statements; correct?

22   A.    Well, if you remind me of which part in particular,

23   then maybe I'll remember.

24   Q.    My question is purely:  You can't remember

25   Mr. Maebius's testimony about the '793 patent owner

1    response; correct?

2    A.    I remember the testimony about the '793, but I don't

3    recall who actually gave it.  And so I'm a little uncertain

4    about that regard.

5              But in my reading of the '793 patent, there's no

6    mention of exercise capacity.

7              MR. DAVIES:  No further questions, Your Honor.

8              THE COURT:  All right.  Thank you.

9              Any redirect?

10             MR. JACKSON:  No, Your Honor, thank you.

11             THE COURT:  All right.  You may step down,

12   Dr. Nathan.  But I guess you're not actually finished;

13   right?

14             THE WITNESS:  I'll be back.

15             THE COURT:  You have something else to testify

16   about later?

17             THE WITNESS:  Yes.

18             THE COURT:  All right.  Well, thank you.

19             All right.  So, Mr. Davies, I take it we're

20   having Dr. Channick now?

21             MR. DAVIES:  We are, Your Honor.

22             Just to save time, I doubt we're going to turn

23   to those.  So rather than -- it's up to you, Your Honor,

24   but --

25             THE COURT:  Okay.

 1                    All right.  And by the way, Dr. Channick, you

 2      remain sworn from your previous two testimonies.

 3                    MR. DAVIES:  May I proceed, Your Honor?

 4                    THE COURT:  Yes.

 5                          DIRECT EXAMINATION

 6      BY MR. DAVIES:

 7      Q.      Become back, Dr. Channick.

 8      A.      Thank you.

 9      Q.      And, Dr. Channick, you were in the courtroom to hear

10      Dr. Nathan's testimony; correct?

11      A.      I was.

12      Q.      And you heard Dr. Nathan testify about why he

13      believes certain objective evidence supports the

14      nonobviousness of the '327 patent; correct?

15      A.      Yes.

16      Q.      Is it your opinion that Dr. Nathan has identified any

17      objective evidence supporting the nonobviousness of the '327

18      patent?

19      A.      He has not.

20      Q.      Okay.  Dr. Nathan spent a fair amount of time talking

21      about the six studies.

22                    MR. DAVIES:  Can we bring the PDX 720 back up.

23      BY MR. DAVIES:

24      Q.      Dr. Channick, in your opinion, do the six studies

25      between 2007 and 2019 in any way support the secondary

1    considerations of the '327 patent and the nonobviousness of

2    the '327 patent?

3    A.    No.

4    Q.    And why not?

5    A.    And we've gone over this several times, but it's

6    true, these are not studies looking at treprostinil.  And

7    with one exception, they're not even studies looking at a

8    prostacyclin.  They're completely different drugs delivered

9    orally.

10         And in the case of the active trial, it's

11   inhaled iloprost.  And I've already argued that this study

12   wasn't designed to show efficacy.  It was designed to show

13   safety as the primary endpoint and it showed it was safe.

14         So I wouldn't look at these trials as anything

15   to support that.

16   Q.    Did you continue to use Tyvaso off label between the

17   time period 2009 to 2019 for improvements in exercise

18   capacity in PH-ILD patients?

19   A.    I did.

20   Q.    And these studies, did they have any impact on your

21   prescribing habits with respect to Tyvaso off label in

22   PH-ILD patients during that time?

23   A.    No.

24   Q.    And why not?

25   A.    For all the reasons that were given.  And in addition

1    to that, we were actually using the drug and seeing benefits

2    with it, empiric experience.

3    Q.    Do you --

4    A.    One other point I wanted to make just really quickly.

5         The term "negative trial" has been used several

6    times.  And just from a methodology, these are not negative

7    trials.  They're what we call neutral trials.  The concept

8    is that they haven't proven a drug doesn't work.  They just

9    haven't proven it does work.

10        And so the proper term is really a "neutral

11   trial" not a negative trial.

12   Q.    Do you have any question as to whether Dr. Waxman can

13   properly diagnose a PH-ILD patient?

14   A.    I'm sure he can.

15   Q.    Do you have any doubt as to whether you can properly

16   diagnose a PH-ILD patient?

17   A.    I'd like to think I can.

18   Q.    Do you have any doubt that Dr. Hill can properly

19   diagnose a PH-ILD patient?

20   A.    He can as well.

21   Q.    And do you have any doubt that Dr. Saggar and

22   Dr. Tapson could properly diagnose PH-ILD patients?

23   A.    Yes, they can.

24   Q.    Were you in the courtroom yesterday to hear

25   Mr. Maebius's testimony about the '793 patent owner

1    response?

2    A.    Yes.

3    Q.    And what do you believe the '793 patent owner

4    response says about UTC's representations to the Patent

5    Office about the scope of the '793 patent?

6    A.    That they cover exercise capacity.

7                MR. DAVIES:  I have no further questions, Your

8    Honor.

9                THE COURT:  All right.  Any cross-examination?

10               MR. CARSTEN:  No cross, Judge.

11               THE COURT:  All right.  Dr. Channick, thank you

12   very much.  Watch your step.  And good luck with your

13   clinic.

14               THE WITNESS:  Thank you.

15               MR. BURROWBRIDGE:  Good afternoon.  Adam

16   Burrowbridge with United Therapeutics.

17               UTC calls Dr. Ronald Thisted.

18               May we approach?

19               THE COURT:  Yes.

20               THE COURTROOM DEPUTY:  Please state and spell

21   your name for the record.

22               THE WITNESS:  Ronald A. Thisted, R-O-N-A-L-D,

23   T-H-I-S-T-E-D.

24                    RONALD A. THISTED, Ph.D.,

25               called as a witness on behalf of the

```
 1                 Plaintiff, was sworn, and testified
 2                 as follows:
 3
 4                      DIRECT EXAMINATION
 5     BY MR. BURROWBRIDGE:
 6     Q.      Good afternoon, Dr. Thisted.
 7     A.      Good afternoon.
 8     Q.      Have you prepared demonstratives to use with your
 9     testimony today?
10     A.      Yes, I have.
11     Q.      Will you please introduce yourself to the Court.
12     A.      Yes.  Good afternoon, Your Honor.  My name is Ronald
13     Thisted.  I am a professor emeritus in statistics, public
14     health, anesthesia, and clinical pharmacology at the
15     University of Chicago where I've been on the faculty since
16     receiving my Ph.D. in 1977 from Stanford.
17     Q.      Can you please provide an overview of your academic
18     background.
19     A.      Yes.  In addition to other faculty positions, I have
20     co-directed the research training program for 13, 14 years.
21     I directed population of sciences from the Institute of
22     Translational Medicine.
23                 I have over a hundred peer-reviewed publications
24     in both the top medical and top statistics literature.
25                 And I have 50 -- more than 50 years of teaching
```

1    statistics, which includes 30 years of teaching

2    evidence-based medicine and study design and research

3    methods to medical students and clinical residents and

4    junior medical faculty.

5              MR. BURROWBRIDGE:  UTC moves Dr. Thisted's CV,

6    which is PTX 1245, into evidence.

7              MR. KNAUSS:  No objection.

8              THE COURT:  All right.  Admitted without

9    objection.

10             (Thereupon, Plaintiff's Exhibit PTX 1245 was

11   admitted.)

12   BY MR. BURROWBRIDGE:

13   Q.     As a biostatistician, what types of experiences do

14   you have interpreting and analyzing clinical studies?

15   A.     I interpret and analyze clinical studies and the data

16   in them in most of my roles as a statistician, including

17   directing the scientific core for the biostatistics group in

18   our cancer center and as a journal editor and reviewer in

19   RANS NIH and NSF.

20             And in addition, I've been a biostatistics

21   consultant for pharmaceutical companies for roughly the last

22   40 years.

23   Q.     Have these roles involved assessing the predictive

24   value of multiple clinical studies with respect to a

25   therapy's efficacy?

1    A.    Yes, that's an important part of what we do, is to

2    assess the efficacy of potential treatments, both in terms

3    of past studies of them and in designing future studies.

4    Q.    Has your biostatistical and drug development work

5    involved collaboration with clinical specialists?

6    A.    It involves collaboration with specialists

7    exclusively because they're the ones who have the clinical

8    knowledge necessary to identify the questions and the

9    limitations in carrying out a clinical study.

10   Q.    What type of clinical specialists have you worked

11   with?

12   A.    I worked with specialists in cardiology, pulmonology,

13   anesthesiology, and probably a dozen other specialties.

14   Q.    Would you please describe how you typically

15   collaborate with clinical specialists on a drug development

16   project?

17   A.    Basically, it's a hand-in-glove operation where I

18   provide expertise in the elements of study design and data

19   analysis.  They provide expertise on the clinical aspects.

20   And together, we identify what questions can best be

21   answered and how best to answer them.

22   Q.    Does your work as a pharmaceutical consultant have

23   any regulatory aspects to it?

24   A.    Yes.  When I've worked with pharmaceutical companies,

25   I work extensively with their regulatory affairs department

1    and in participating with them in meetings with Food and

2    Drug Administration and ensuring the studies they carry out

3    will meet any regulatory requirements and needs.

4                MR. BURROWBRIDGE:  UTC offers Dr. Thisted as an

5    expert in statistics, including biostatistics, and

6    assessing, analyzing, and interpreting preclinical and

7    clinical data, including the statistical underpinnings of

8    preclinical and clinical data, clinical study design, drug

9    development, biocomparability and bioequivalence analysis,

10   and regulatory approval pathways.

11               MR. KNAUSS:  No objection, Your Honor.

12               THE COURT:  All right.  You may proceed.

13   BY MR. BURROWBRIDGE:

14   Q.    What was your assignment for this case, Dr. Thisted?

15   A.    I was asked to explain the relevant principles of

16   evidence-based medicine, clinical study design, and

17   biostatistics, to apply those principles to analyzing the

18   predicted value of clinical studies used as references in

19   this case to predict treatment effects from treprostinil.

20               And I was also asked to respond to the opinions

21   of Dr. Channick and Hill regarding inhaled treprostinil use

22   prior to April of 2020.

23   Q.    Can you please provide a summary of your opinions for

24   the Court.

25   A.    Specifically, uncontrolled studies and anecdotal

1    accounts lack predictive value for establishing the

2    treatment effect.  Retrospective studies, in particular, are

3    predisposed to hindsight and systemic biases.

4         The Faria-Urbina reference actually does not

5    report an inhaled treprostinil treatment effect.  And the

6    collection of references, Faria-Urbina, Saggar, and the '793

7    patent, lack predictive value about the effectiveness of

8    treatment using inhaled treprostinil for improving exercise

9    capacity.

10   Q.    Dr. Thisted, you mentioned the term "treatment

11   effect."

12        What is a treatment effect?

13   A.    It's pretty much what it sounds like.  It's the

14   effect of the treatment on an outcome, such as six-minute

15   walking distance, that is due to the treatment itself and

16   not due to other factors.

17   Q.    How did you learn about pulmonary hypertension for

18   your assignment in this case?

19   A.    As I do with my biopharmaceutical work, I consulted

20   experts -- in this case, the expert Dr. Nathan -- from which

21   I learned the essentials of pulmonary hypertension and its

22   distinction from systemic hypertension.

23        I learned about the World Health Organization

24   and groupings.  I specifically learned three hypertension --

25   pulmonary hypertension comprises two distinct diseases,

Thisted - Direct

1    PH-COPD and PH-ILD.

2              I learned that clinical trials of drugs that are

3    effective for one pulmonary hypertension have repeatedly

4    been shown to fail or be harmful when tested in PH-ILD

5    patients.  And I learned about specific measures such as the

6    six-minute walking distance, NT-proBNP, exacerbation risk,

7    and forced vital capacity.

8    Q.    Dr. Thisted, are you a clinician?

9    A.    No, I'm not.

10   Q.    And have you ever treated patients?

11   A.    No, I haven't.

12   Q.    Let's turn to the '327 patent.

13   A.    Okay.

14   Q.    Are you familiar -- are you aware of the Court's

15   recent claim construction concerning pulmonary hypertension

16   associated with interstitial lung disease?

17   A.    Yes, I am.

18   Q.    Does that construction change the opinion you've

19   offered in this case?

20   A.    No, it does not.

21   Q.    Are you familiar with Claim 1 of the '327 patent?

22   A.    I am.

23   Q.    As a biostatistician, does Claim 1 reflect any

24   biostatistical concepts?

25   A.    Yes.  It requires an effective amount of

1  treprostinil, an improved exercise capacity, and that's a

2  treatment effect in biostatistical terms.

3  Q.      Are you also familiar with Claims 5, 6, 9, and 17 of

4  the patent?

5  A.      Yes, I am.

6  Q.      As a biostatistician, do these claims reflect any

7  biostatistical concepts?

8  A.      Yes.  As with Claim 1, they each require a treatment

9  effect that is administering treprostinil causing the change

10  that is being claimed.  Each requires, in addition to the

11  Claim 1 treatment effect on exercise capacity, additional

12  treatment effects with respect to, in the case of Claim 5, a

13  reduced NT-proBNP with; respect to Claim 6, a reduced risk

14  of exacerbations; with respect to Claim 9, improvement in

15  forced vital capacity; and with respect to Claim 17,

16  improvement in six-minute walking distance.

17  Q.      What clinical trial study design elements are

18  necessary to generate results that have predictive value

19  with respect to a treatment effect?

20  A.      Essentially, because the treatment effect is the

21  difference between applying the treatment and not applying

22  the treatment, one needs to make a comparison between two

23  appropriate comparators, and a good clinical study design

24  will do so in a way that makes that a fair comparison.  The

25  way we introduce a fair comparison is to use control groups

1    against which to compare groups treated with the drug under

2    test.

3    Q.    Why is a fair comparison with controls important for

4    building evidence of a treatment effect?

5    A.    They're important because controls are the tool by

6    which we can mitigate bias.  And by "bias," we mean systemic

7    effects on the outcome such as six-minute walking distance

8    that actually aren't caused by the treatment but have other

9    sources.

10              In particular, some sources of bias are placebo

11   effect, which is a general phenomenon that patients who are

12   entered into a study tend to have better outcomes than

13   patients who are not entered into the studies.  And that can

14   be due to a multitude of reasons which we lump under placebo

15   effect.

16              Post-treatment selection is another kind of bias

17   that can arise.  Selection occurs when data you choose to

18   analyze and report differs in the systematic way from the

19   data that you choose not to report.

20              Additional treatments that are given in addition

21   to the drug that you're testing, if they're effective

22   additional drugs, they could make the outcome look better

23   and you can't tell whether those improved outcomes are

24   associated with treprostinil or with the added drugs.

25              Finally, open-label studies introduce potential

1   for bias in the investigation for validation of outcomes.

2   Q.    What is the best way for determining whether

3   treatment effect exists?

4   A.    The best way is to conduct a randomized

5   placebo-controlled clinical trial at multiple centers.

6   Ideally, it's double-blinded.  All those characteristics

7   were present in the INCREASE study, which was a randomized

8   clinical trial which, essentially, discovered inhaled

9   treprostinil treatment effects on exercise capacity.

10  NT-proBNP, and the other outcomes in the asserted claims.

11  Q.    Is a randomized, placebo-controlled trial like

12  INCREASE necessary in order to expect that a treatment

13  effect can exist?

14  A.    Actually, not.  You don't need a randomized clinical

15  trial to have evidence there is some treatment effect.

16  There are many other study designs that incorporate controls

17  of various types, but what's necessary is that you need that

18  control element to actually get any sort of handle on a

19  treatment effect.  But you certainly don't need a randomized

20  clinical trial to give you some evidence about it.

21  Q.    Do the references asserted by Liquidia that you've

22  analyzed use any controls?

23  A.    No, they do not.

24  Q.    Do the principles of study design relate to the

25  predicted value of a clinical trial?

1    A.      Indeed they do.  In evidence-based, there's a

2    generally recognized hierarchy of the level of evidence

3    different kinds of studies can actually provide about

4    treatment.  At the top level are large, randomized clinical

5    trials such as the INCREASE study.  And the reason they're

6    at the top is because they have the least scope for systemic

7    bias and, as a consequence, the highest predictive value for

8    what treatment effects may be there.

9              As we go down the hierarchy, there are a range

10   of other kinds of studies, including other kinds of controls

11   which are susceptible to some additional possible sources of

12   bias and have, consequently, less predictive value.

13             At the bottom level, level 5, are studies which

14   have no controls whatsoever.  And because of that, they have

15   a great scope for systemic bias, as we'll see a little later

16   on, and no real predictive value because they can't estimate

17   a treatment effect because they're not comparing what you

18   get on the treatment to not being on the treatment.

19             THE COURT:  You've been using this slide a long

20   time; right?

21             THE WITNESS:  Yes.

22             THE COURT:  Because I remember it from the last

23   time you testified in front of me.

24             THE WITNESS:  It's been modified a little bit to

25   make it a little jazzier.

1          THE COURT:  Okay.  All right.  Go ahead.

2    BY MR. BURROWBRIDGE:

3    Q.     I had a question about that, Dr. Thisted.  Why have

4    you added anecdotal accounts to this?

5    A.     I added anecdotal accounts at the bottom because

6    generally, anecdotal stories are not considered even to be

7    on the hierarchy of evidence.  And I was asked to comment

8    on -- particularly on the anecdotes in Dr. Channick's and

9    Hill's reports.

10          MR. BURROWBRIDGE:  UTC moves PTX 507 and PTX 510

11   into evidence.

12          MR. KNAUSS:  No objection.

13          THE COURT:  All right.  They're admitted without

14   objection.

15          (Thereupon, Plaintiff's Exhibits PTX 507 and PTX

16   510 were admitted.)

17   BY MR. BURROWBRIDGE:

18   Q.     As a biostatistician, do the anecdotal accounts that

19   Drs. Hill and Channick relied upon have predictive value for

20   determining an inhaled treprostinil treatment effect in

21   PH-ILD patients?

22   A.     I would say that they do not.

23   Q.     Are anecdotal accounts the same as historical

24   controls?

25   A.     No.  They're very different.  A study that has

1  historical controls has a separate group of patients who

2  were treated in the past but were selected to be comparable

3  to the patients you're actually studying now.  In the past,

4  those would be patients who had not received the treatment

5  being evaluated and that's what you'd use as a basis for

6  comparison.  It's a separate group of patients.

7          Anecdotal evidence really has no control

8  whatsoever and it's, basically, a historical account limited

9  by human perception, by subjective impression.  It's subject

10  to confirmation bias.  They're unverifiable.  There's no

11  testing involved.  They lack scientific rigor, and above

12  all, they have no systematic comparison.

13  Q.    Shifting gears slightly, is the fact that a clinical

14  trial is being conducted for a particular therapy, does that

15  amount to evidence that a therapy is expected to work?

16  A.    Just because you're going to do a clinical trial

17  doesn't mean there's evidence of effectiveness.  That's why

18  you do a randomized clinical trial to discover whether there

19  is a treatment effect.

20          THE COURT:  So with that, I imagine one of the

21  things you'd know is what the success rate of Phase 3

22  clinical trials are?

23          THE WITNESS:  About 50 percent of studies that

24  make it out of Phase 2 have successful Phase 3 results.

25  That's overall kinds of subject areas and varies from one

1    discipline to the next.  But in every case, just because you

2    have successful Phase 2 data still --

3                     THE COURT:  You mean you have to have successful

4    Phase 2 data or they don't let you do a Phase 3; right?

5                     THE WITNESS:  Ordinarily, that's the case.  I

6    would say ordinarily, FDA would have information about

7    dosing, for instance, before a Phase 3 study went forward.

8                     THE COURT:  I might have interrupted you.  Is

9    there something else you wanted to say before I interrupted

10   you?

11                    THE WITNESS:  Yes, there was.  Thank you.

12                    The medical literature is replete with examples

13   of studies that may have been thought to be beneficial but

14   when rigorously tested turned out to be harmful or just not

15   effective.  And indeed, in the case of PH-ILD, there were

16   six randomized, controlled trials evaluating six different

17   treatments that were effective for treating pulmonary

18   arterial hypertension but which were either not effective or

19   caused harm in PH-ILD patients.  So it wasn't a sure thing.

20   It wasn't clear there was evidence that there was a

21   treatment effect yet.

22   BY MR. BURROWBRIDGE:

23   Q.      Dr. Thisted, why do you have the PERFECT study on the

24   slide here?

25   A.      The PERFECT study, which is the only trial aside from

1    INCREASE that was run using inhaled treprostinil in Group 3

2    patients, the patients in PERFECT were COPD patients and

3    PH-COPD was the subcategory of Group 3 that Faria-Urbina

4    identified in this paper as being the most promising to

5    benefit from inhaled treprostinil.

6               The PERFECT study, as it turns out when it was

7    done, showed no evidence of a treatment effect and also

8    showed that it was causing adverse events at an unacceptable

9    rate.

10   Q.    Let's turn to Faria-Urbina.

11   A.    Okay.

12   Q.    What did the Faria-Urbina study report?

13   A.    The Faria-Urbina study was a 61-patient chart review

14   of inhaled treprostinil in patients categorized as having

15   Group 3 hypertension.  It had no controls.  It was an

16   open-label, single-center study conducted in a retrospective

17   manner.

18   Q.    We heard a lot about retrospective studies.  Can you

19   explain what a retrospective study is.

20   A.    I like to explain retrospective studies using an

21   analogy.  If you are driving down the road in the country

22   and see a barn with target painted on its wall and an arrow

23   in the middle of the target, the question is:  How

24   proficient was the archer?  And the answer is:  It depends

25   on the way the study was designed.

1          If, for instance, you paint the target on the

2     wall prospectively, the archer shoots the arrow and hits the

3     target, then you have some evidence that the archer is

4     pretty good.  Alternatively, if the archer shoots an arrow

5     at the side of the barn and then retrospectively the target

6     is painted around the arrow, it doesn't give you any

7     information about how proficient the archer is.  And that's,

8     in effect, the difference.

9          With retrospective studies, you have much scope

10    for introducing bias based on things you already know,

11    whether it's intentional or not.

12    Q.    Dr. Thisted, as a biostatistician, how does

13    Faria-Urbina's retrospective design affect the conclusion

14    you can draw from the reported results?

15    A.    It's most easily seen in Figure 1 of Faria-Urbina and

16    that's this chart which shows the flow of patients through

17    the study.  They started with 61 patients there in the

18    middle that they characterized as having lung disease.  But

19    although they started with 61, they only identified 22 of

20    them as being eligible for analysis.

21          How did they get to the 22?  Well, they set

22    aside from the outset patients who, while on inhaled

23    treprostinil, had deterioration of lung disease that

24    required them to be hospitalized; patients who had to have a

25    right-heart catheterization for their critical care; and

1     patients who required, in addition to the inhaled

2     treprostinil, additional treatments for their pulmonary

3     hypertension.

4               And as a result, we have removed from the study,

5     before we even get to any analysis, a group of patients who

6     look systemically different from those who are left.

7               Of those 22 patients that are eligible for

8     analysis, in the end, only 11 of them were evaluated for a

9     six-minute walk test.  Those 11 -- well, what happened to

10    the other 11?  Those patients were not evaluated for

11    six-minute walk test for reasons that are unknown.

12              And that's an example of what Dr. Parikh was

13    talking about, about follow-up loss as a potential source of

14    bias.

15              So we know that the 11 patients on whom

16    Faria-Urbina reported exercise capacity were not

17    representative of those even who were considered eligible

18    for analysis.  And certainly, were not representative of the

19    full 61 patients that they purported to study because of

20    those large systemic differences.

21              So in terms of the arrow analogy, the arrow,

22    that's what you get to see, that's the data, that's the

23    six-minute walk test, and it's the systemic exclusion up at

24    the top that's painting the target.

25    Q.    Let's look at Faria-Urbina's limitation section.

1          What do the authors say about the chart review

2    study population?

3    A.    Well, they note that it's based on a small sample

4    size.  But more important is the heterogeneity of the

5    population they considered because they didn't study only

6    PH-ILD patients, they also studied patients with PH-COPD.

7          And in their analysis, they mixed all of those

8    together.  So the 11 patients they report on aren't reported

9    on as PH-ILD patients but on a mixed bag of patients.

10   Indeed, only six of the patients of those 11 actually had

11   PH-ILD or PH-CPFE, which I understand to be included in ILD

12   for the purposes here.

13         And so that aggregation of data makes it much

14   more difficult to interpret that -- those 11 patient results

15   in any event.

16   Q.    What is notable to you about Faria-Urbina's authors'

17   conclusions?

18   A.    Well, several things.  First, they are reporting on

19   Group 3 pulmonary hypertension.  They don't specifically say

20   anything about PH-ILD.

21         They also note, or they state, that inhaled

22   treprostinil improved WHO functional class in six-minute

23   walking time distance.  If by that they mean that the

24   treprostinil treatment caused the improvement they saw in

25   those 11 patients, then I would take issue with that because

1    there's nothing in the paper that addresses whether it was

2    treprostinil that was causing that or the other medications

3    that some of those patients were getting or, indeed, that it

4    was that adverse selection that we talked about in which so

5    many patients were simply excluded from the outset.

6            So I don't think we have information about

7    whether it's inhaled treprostinil that's causing any

8    improvement that was seen in these patients.

9    Q.    Do the authors make any recommendations in the

10   conclusion section?

11   A.    They do recommend that a potential goal of drugs such

12   as inhaled treprostinil in Group 3 patients should be

13   evaluated for a potential role and that whatever that is

14   should be assessed further in larger prospective studies.

15           MR. BURROWBRIDGE:  Let's turn back to slide 7,

16   please.

17   BY MR. BURROWBRIDGE:

18   Q.    Have you seen any evidence that systemic bias

19   impacted the results of Faria-Urbina?

20   A.    Yes, there's -- for each of these sources of bias.

21   For placebo effect, we know from the INCREASE study in the

22   placebo group, none of whom received inhaled treprostinil,

23   that over a quarter of them actually had improvements in

24   six-minute walking distance over 8 to 12 and 16 weeks.  I

25   think Dr. Smith spoke to that.

1          And so we know that patients can improve.  And

2     if you only select out those who are most likely to improve,

3     it's not surprising if you see that, on average, the ones

4     you end up analyzing seem to have had positive results for

5     them.

6     Q.     And, Dr. Thisted, is the post-treatment selection

7     bullet here, the second bullet, is that what you explained

8     with the flow chart?

9     A.     Yes, that was the pulling out of the two-thirds of

10    the 61 for events that were -- after they started receiving

11    treprostinil and for all we know may have been due in part

12    to their treatment, just we don't know.

13    Q.     And you mentioned that some of the patients in the

14    Faria-Urbina study were on additional treatments for PH?

15    A.     Yes.  Four of the 11 patients were also receiving

16    phosphodiesterase-5 inhibitors, so sildenafil and tadalafil,

17    in addition to their inhaled treprostinil, and those are

18    approved drugs for Group 1 PAH.

19    Q.     As a biostatistician, what is the predicted value of

20    the chart that you reported in Faria-Urbina for an inhaled

21    treprostinil treatment effect in PH-ILD patients?

22    A.     I would say because it's completely uncontrolled,

23    there's no comparison of these treprostinil patients to

24    anything else.  You really can't say anything based on

25    Faria-Urbina about the likelihood of a treatment effect.

1    Q.    Was Saggar 2014 among the publications you analyzed?

2    A.    It was.

3    Q.    What does Saggar 2014 report?

4    A.    Saggar 2014 reports a study of a parenterally

5    administered treprostinil, not inhaled treprostinil, in 15

6    patients in an open-label, single-center study.

7    Q.    In your experience, can one assume that different

8    routes of administration are equivalent?

9    A.    No.

10   Q.    In your experience, can one assume that different

11   formulations are equivalent?

12   A.    No.

13   Q.    What are the authors' conclusions in Saggar 2014?

14   A.    Saggar 2014 concluded the chronic administration of

15   parenteral treprostinil therapy could -- might improve

16   hemodynamics and right-heart function.  They make no mention

17   of exercise capacity.

18         They also state, and I agree with them, that the

19   findings are hypothesis-generating and require confirmation

20   in a multicenter randomized study design such as the

21   INCREASE study did for inhaled treprostinil.

22   Q.    Did you also analyze the '793 patent?

23   A.    Yes, I did.

24   Q.    Does the '793 patent describe any clinical studies?

25   A.    It describes four pilot studies of inhaled

1    treprostinil administered one time with measurements and

2    evaluations taking place over, at most, three hours.

3    Q.    What does the patient population look like in the

4    four studies you mentioned?

5    A.    In the '793 patent, the patients who were studied,

6    the vast majority of them were Group 1, pulmonary arterial

7    hypertension patients.  The next largest group were Group 4,

8    chronic thrombolic embolism PH.  And a handful of them,

9    about 10 percent of the total, were patients who had PH-ILD.

10    Q.    Does the '793 patent report an inhaled treprostinil

11    exercise capacity treatment effect in PH-ILD patients?

12    A.    It does not because it doesn't even measure exercise

13    capacity in any way.

14    Q.    Does the '793 patent address FVC at all?

15    A.    For the same reason, it doesn't measure FVC.  It

16    would have no information about the potential treatment

17    effects of treprostinil on FVC.

18    Q.    As a biostatistician, what's the collective

19    predictive value of Faria-Urbina and Saggar 2014 for any

20    expectations that inhaled treprostinil would have an FVC

21    treatment effect in PH-ILD patients?

22    A.    Well, in Faria-Urbina, the forced vital capacity

23    measure actually did not improve.  It got worse for the

24    patients Faria-Urbina reported on.

25            And in Saggar, which did not study inhaled

1    treprostinil, there was a 1 percentage point increase in

2    forced vital capacity percent predicted.

3        Neither of those findings was statistically

4    significant, which could indicate that, essentially, these

5    results are just random variation and they don't represent

6    any real changes in either direction.

7    Q.    Looking at Faria-Urbina more generally, how does the

8    retrospective study design and small patient population

9    impact how you interpret the p-values reported as positive

10   in Faria-Urbina?

11   A.    The problem with the retrospective design is the way

12   it's carried out invalidates the p-value computation.  So

13   you can do the arithmetic and get a p-value and say whether

14   it's bigger or less than 0.05, but the meaning of that

15   number is not what we usually -- well, it's not what an

16   assessment of statistical significance really implies.

17       The issue is that the p-value is calculated

18   under an assumption that the patients who you're analyzing

19   constitute a random sample from the population you're

20   interested in saying something about.  And we know in

21   Faria-Urbina, and in retrospective studies generally where

22   there's selection, that the patients they end up analyzing

23   aren't a random sample, they're a selected group from among

24   the random sample.

25       And so that -- the p-value you calculate, you

Thisted - Direct

1    can't just act as if the ones that you have left are a

2    random sample and giving rise to the p-value.

3    Q.      Dr. Thisted, as a biostatistician, what's the

4    predictive value of Faria-Urbina, Saggar 2014, and the '793

5    patent for any expectation that inhaled treprostinil would

6    have had a reduced acute exacerbation risk treatment effect

7    in PH-ILD patients?

8    A.      Since none of the references measure or refer to

9    acute exacerbations, I would judge that they have no

10   predictive value.

11   Q.      And what about for NT-proBNP?

12   A.      Once again, none of the references measure NT-proBNP.

13   And so for the same reason, they would give you no

14   indication even as to whether inhaled treprostinil would

15   reduce NT-proBNP.

16   Q.      As a biostatistician, what's the predictive value of

17   Faria-Urbina, Saggar 2014, and the '793 patent for any

18   expectation that inhaled treprostinil would have had an

19   exercise capacity treatment effect in PH-ILD patients?

20   A.      Since none of these studies were controlled studies

21   of exercise capacity in any way, I would say even taken

22   together, they really provide no information about a

23   treatment effect for inhaled treprostinil with respect to

24   exercise capacity.

25           And there are all of these other issues which

 1    make the picture even cloudier.  And I think all of which

 2    we've discussed already.

 3              MR. BURROWBRIDGE:  Thank you, Dr. Thisted.

 4              THE COURT:  All right.  Cross-examination?

 5                        CROSS-EXAMINATION

 6    BY MR. KNAUSS:

 7    Q.    Good afternoon, Dr. Thisted.  Nice to see you.

 8    A.    Good to see you too.

 9              MR. KNAUSS:  May I proceed?

10              THE COURT:  Why don't you remind the court

11    reporter of who you are.

12              MR. KNAUSS:  Daniel Knauss for Liquidia.

13              THE COURT:  All right.  Thank you.  Go ahead.

14    BY MR. KNAUSS:

15    Q.    Dr. Thisted, you offered obviousness-related

16    testimony in this case; correct?

17    A.    I believe that's correct.

18    Q.    Okay.  And the testimony that you've offered with

19    respect to '793, Faria-Urbina 2018, and Saggar 2014 relate

20    to the predictive value of those references as you see it?

21    A.    That's correct.

22    Q.    At this stage in the trial, we've heard a lot of

23    evidence.  We've heard evidence that Dr. Waxman and UTC

24    witnesses have testified saying that the Waxman data in

25    references such as Agarwal is what led UTC to do the

1     INCREASE trial through various witnesses.

2                    Do you understand that?

3     A.     I believe I've seen things to that effect.

4     Q.     Do you understand that we've heard testimony that it

5     was the same Waxman data presented in publications such as

6     Agarwal and Faria-Urbina that led to the conception of the

7     INCREASE trial?

8     A.     I don't know about that.

9     Q.     You're not familiar with that testimony?

10    A.     I don't think so.

11    Q.     Okay.  And you know that we've heard evidence by --

12    concerning statements made in 2018 from the CEO of UTC,

13    Martine Rothblatt, discussing the fact that clinicians such

14    as Dr. Waxman and others informed UTC that inhaled

15    treprostinil works in Group 3 patients including PH-ILD

16    patients?

17    A.     I think I read that statement of the Liquidia CEO.

18    Q.     Now, you have presented a kind of a cartoon of an

19    unscrupulous archer.  Do you recall that in your direct

20    testimony?

21    A.     Yes.  I presented a cartoon of an archer.

22    Q.     And that archer painted the barn to make it appear

23    that they had hit the target; correct?  By painting the

24    target after they had shot the arrow?

25    A.     Yes.

Thisted - Cross

1    Q.      Are you saying that Dr. Waxman purposefully

2    cherry-picked the data that was presented in Agarwal and

3    Faria-Urbina 2018 to show a positive result?

4    A.      No, not at all.

5    Q.      In fact, you're not questioning the scientific

6    integrity of Dr. Waxman in any way, are you?

7    A.      Not in any way.

8    Q.      Concerning that same Faria-Urbina 2018 study, you

9    understand those patients were prospectively treated;

10   correct?

11   A.      I understand that Dr. Waxman used that term.  I think

12   all patients are prospectively treated and all data is

13   analyzed after the data are in or analyzed retrospectively.

14   Q.      You presented some images from a flow diagram from

15   Faria-Urbina talking about how they started with a certain

16   number of patients that had been diagnosed with PH-ILD and

17   then the numbers got smaller as you went down.  Do you

18   recall that?

19   A.      I do.

20   Q.      And some of the patients higher in the chart when the

21   numbers were larger were excluded from six-minute walk

22   analysis for some reason or another; correct?

23   A.      Yes.  50 of the 61 had no six-minute walk distance

24   change measured.

25   Q.      There simply was no data available for those

1   patients; correct?

2   A.     Well, we don't know about whether there was

3   six-minute walk distance available for the two-thirds of the

4   patients who were initially not considered.

5   Q.     That's what I'm getting at.

6          You actually don't have any evidence, do you,

7   that any of the patients that were excluded from six-minute

8   walk testing from the Faria-Urbina study were excluded

9   because the doctor believed they wouldn't do well in the

10  test; correct?

11  A.     I don't have evidence that it was because the doctor

12  believed they wouldn't do well.  But if a patient was

13  bedridden in a hospital, they wouldn't be able to walk very

14  far, for instance.

15  Q.     So you don't have evidence that they were not studied

16  for six-minute walk because the doctor believed that they

17  would perform poorly in that test; correct?

18  A.     Again, for those patients who were excluded, I don't

19  know whether a six-minute walk distance was ultimately

20  carried out or not.

21  Q.     You're familiar with the concept of inclusion and

22  exclusion criteria in Phase 3 studies; right?

23  A.     Absolutely.

24  Q.     Doesn't a randomized clinical trial prospectively

25  select the patients they want to study prior to doing the

1    study?

2    A.    Yes, that's right.

3    Q.    And you heard Dr. Tapson testify that UTC

4    specifically wanted to study PH-ILD patients in the INCREASE

5    trial; correct?

6    A.    I don't think I heard that testimony.  But I believe

7    they wanted to study PH-ILD patients.

8    Q.    And did you hear the testimony where Dr. Tapson said

9    UTC specifically wanted severe pulmonary hypertension

10   patients in the INCREASE trial because they thought those

11   patients were most likely to benefit?

12             MR. BURROWBRIDGE:  The doctor testified he

13   doesn't know.

14             THE COURT:  Whether or not he heard it, it

15   doesn't matter.

16             Dr. Thisted, have you been here the whole trial?

17             THE WITNESS:  No.

18             THE COURT:  Why don't you --

19             MR. KNAUSS:  I can move forward, Your Honor.

20             THE COURT:  Move on, please.

21             MR. KNAUSS:  No problem.

22   BY MR. KNAUSS:

23   Q.    The '793 patent that you considered in connection

24   with your analysis in this case has inhaled treprostinil

25   solution disclosures; correct?

1    A.    Yes.

2    Q.    It doesn't have any data, specific experimental data,

3    on dry powder treprostinil?

4    A.    That's my understanding.  It's a nebulized solution

5    that's being used there.

6    Q.    And no data on dry powder?

7    A.    That's correct.

8    Q.    But you understand the '793 patent claims dry powder

9    treprostinil; correct?

10   A.    I'm aware of that.

11            MR. KNAUSS:  One second, Your Honor.

12            No further questions.  Thank you, Dr. Thisted.

13            THE COURT:  All right.  Any redirect?

14            MR. BURROWBRIDGE:  No, Your Honor.

15            THE COURT:  All right.  Dr. Thisted, you're

16   excused.  Watch your step stepping down.

17            MR. ROMEO:  Good afternoon, Your Honor.  Eric

18   Romeo for United Therapeutics.

19            THE COURT:  Mr. Romeo.

20            MR. ROMEO:  Yes.  At this time, United

21   Therapeutics calls Mr. Bradley Wertheim.

22            THE COURTROOM DEPUTY:  Please state and spell

23   your name for the record.

24            THE WITNESS:  Good afternoon.  My name is

25   Bradley Wertheim W-E-R-T-H-E-I-M.

Wertheim - Direct
759

```
 1                        BRADLEY WERTHEIM,
 2                 called as a witness on behalf of the
 3                 Plaintiff, was sworn, and testified
 4                 as follows:
 5
 6                        DIRECT EXAMINATION
 7    BY MR. ROMEO:
 8    Q.    Good afternoon, Doctor.  Would you please introduce
 9    yourself to the Court.
10    A.    Good afternoon, Your Honor.  My name is Bradley
11    Wertheim.
12    Q.    Mr. Wertheim, did you prepare any demonstratives to
13    assist in your testimony today?
14    A.    I have.
15    Q.    Doctor, did you prepare a slide summarizing your
16    qualifications and experience?
17    A.    I have.
18    Q.    Let's go to slide 2, please.
19          Doctor, are you currently employed?
20    A.    I am.
21    Q.    Where are you employed?
22    A.    I'm employed at Brigham and Women's Hospital as well
23    as the VA Boston healthcare system.
24    Q.    Let's start with Brigham.  What's your role at
25    Brigham and Women's Hospital?
```

1    A.    I'm an attending physician, pulmonary medicine.

2    Q.    When did you attain attending status at Brigham?

3    A.    2017.

4    Q.    What types of patients do you see as an attending

5    physician at Brigham?

6    A.    Primarily patients with pulmonary hypertension and

7    other forms of lung disease.

8    Q.    Do you see patients with ILD, Doctor?

9    A.    I do.

10   Q.    How about patients with PH-ILD?

11   A.    I do.

12   Q.    And, Doctor, how long have you been treating patients

13   with PH-ILD?

14   A.    Since approximately 2014 when I began my pulmonary

15   fellowship.

16   Q.    Over the course of your career, about how many PH-ILD

17   patients have you treated?

18   A.    Approximately a hundred.

19   Q.    You mentioned that you worked at the Boston VA

20   medical system.  Can you tell us a little bit about that?

21   A.    Yes.  I am the codirector of the pulmonary

22   hypertension program there.

23   Q.    What are your responsibilities in that role?

24   A.    So I help oversee the care of our veterans with

25   pulmonary hypertension in New England, from, essentially,

1    Boston to the Canadian border.

2    Q.      Do you hold any academic appointments?

3    A.      I do.

4    Q.      What are those?

5    A.      I'm an assistant professor of medicine at Harvard

6    Medical School.

7    Q.      How long have you held a faculty appointment at

8    Harvard?

9    A.      Since approximately 2019.

10   Q.      What do you teach at Harvard Medical School?

11   A.      I teach pulmonary disease, primarily the care of

12   pulmonary hypertension patients, to trainees and medical

13   students.

14   Q.      Do you conduct any research in the field of pulmonary

15   hypertension?

16   A.      I do.

17   Q.      What research do you conduct?

18   A.      I study the biology of pulmonary hypertension.

19   Q.      Who funds that research?

20   A.      The National Institutes of Health.

21   Q.      I see on your slide you mention the Burke Advanced

22   Fellowship in Pulmonary Heart Disease at Brigham and Women's

23   Hospital.  And what is that?

24   A.      That is a dedicated year of advance clinical training

25   that I completed, and at the time it was one of the few

1    formal pulmonary hypertension fellowship programs in the

2    country.

3    Q.    Doctor, have you published any original research

4    articles?

5    A.    I have.

6    Q.    Approximately how many?

7    A.    Approximately 20.

8              MR. ROMEO:  Can we bring up PTX 1246, please.

9    BY MR. ROMEO:

10   Q.    Doctor, what is this document?

11   A.    This is my CV.

12   Q.    Does it accurately reflect your education,

13   experience, and publications?

14   A.    It does.

15             MR. ROMEO:  Move to admit PTX 1246.

16             MR. KNAUSS:  No objection.

17             THE COURT:  Admitted without objection.

18             (Thereupon, Plaintiff's Exhibit PTX 1246 was

19   admitted.)

20             MR. ROMEO:  Your Honor, at this time, UTC offers

21   Dr. Bradley Wertheim as an expert in pulmonary hypertension,

22   interstitial lung disease, PH-ILD.

23             THE COURT:  You may proceed.

24   BY MR. ROMEO:

25   Q.    Doctor, did you prepare a slide summarizing the

1    issues you'll be addressing with the Court today?

2    A.    I did.

3    Q.    What issues will you be addressing?

4    A.    So I was asked to comment on the state of the PH-ILD

5    field as of April 2020 in relation to written description of

6    Claim 9.

7    Q.    From what perspective did you analyze each of these

8    issues?

9    A.    From the perspective of a person of ordinary skill in

10   the art or a POSA.

11   Q.    Have you prepared a slide summarizing the parties'

12   respective POSA definitions?

13   A.    I have.

14   Q.    Sitting here today, do you qualify as a POSA under

15   these definitions?

16   A.    I do.

17   Q.    As of April 17, 2020, how did your experience compare

18   to that of a POSA under each definition?

19   A.    I met both definitions.

20   Q.    How long had you been a POSA in April 2020?

21   A.    Little less than a year.

22          THE COURT:  Just for ease of the record here, a

23   POSA definition that you believe is accurate is the POSA

24   would have a graduate degree in medicine or a field relating

25   to drug development such as an M.D. or Ph.D. with at least

1    two years of experience treating patients with interstitial

2    lung disease, including with PH-ILD?

3                    THE WITNESS:  Correct.

4    BY MR. ROMEO:

5    Q.    Doctor, do your opinions in this case depend in any

6    on what POSA definition the Court adopts?

7    A.    No.

8    Q.    Let's start with the first thing we'll be talking

9    with the Court about today, the state of the PH-ILD field in

10   April 2020.  What did you do to analyze that issue?

11   A.    So I analyzed the issue drawing upon my own

12   experience from the time but also a review of the published

13   medical literature.

14   Q.    Approximately how many papers did you review as part

15   of this analysis?

16   A.    It was over a hundred.  I knew there was going to be

17   a lot of academic star power in the room, and as a junior

18   person, I wanted to make sure I was comprehensive.

19   Q.    Now, before we jump into some of that literature, I

20   want to talk about some of the terms that we've been using

21   throughout this trial.  I want to start with pulmonary

22   hypertension associated with interstitial lung disease,

23   which we've been abbreviating PH-ILD.

24               Are you familiar with that term, Doctor?

25   A.    I am.

1    Q.    Now, Doctor, as of April 2020, did you have any

2    experience in assessing whether a patient's pulmonary

3    hypertension was due, at least in part, to their

4    interstitial lung disease?

5    A.    Yes.

6    Q.    Now, back in April of 2020, if a patient came to your

7    office with symptoms of both PH and ILD, what resources

8    would you use to make a diagnosis?

9    A.    So I would draw on the resources and guidelines put

10    forward by the World Symposium on Pulmonary Hypertension.

11    Q.    And what's the significance of the World Symposium

12    for someone working in your field?

13    A.    So it's a meeting that occurs roughly every five

14    years of some of the most prominent experts in the field who

15    arrive at consensus recommendations regarding diagnosis,

16    treatment, research priorities, and so forth.  And we tend

17    to put a lot of weight in it.

18    Q.    And as of April of 2020, how many drugs had been

19    approved for PH-ILD?

20    A.    Zero.

21    Q.    So if we go back to the hypothetical I gave you of a

22    patient comes into your office, they present with symptoms

23    of both PH and symptoms of ILD, what are the potential

24    consequences to the patient in making that determination to

25    whether you're going to bucket them as Group 1 or Group 3?

1   A.     So the potential consequences can be quite

2   significant.  And, you know, many times that distinction can

3   be drawn efficiently, but sometimes that distinction can be

4   complicated.

5          And the -- for example, if I have a patient who

6   is actually a Group 3 and I make an incorrect diagnosis of

7   Group 1, I can expose that patient to PAH-specific therapies

8   that can potentially cause harm.

9          Conversely, if I have a patient who is actually

10  Group 1 but I make an incorrect diagnosis and attribute that

11  to Group 3, I would miss the opportunity to treat that

12  patient with an indicated therapy.

13         And, you know, owing to the lack of a biopsy or

14  blood test or other things that we have in other fields to

15  arrive at a concrete diagnosis, this assessment can be

16  challenging and can lead to some lost sleep.

17  Q.     Now, back in April of 2020, what were your

18  prescribing practices for patients who presented with

19  symptoms of both PH and ILD?

20  A.     So my prescribing practices were to treat patients

21  with -- treat patients who had PAH with PAH-specific

22  therapies and treat patients with PH-ILD not with

23  PAH-specific therapies but just with supportive care to

24  treat the underlying lung condition.

25  Q.     And when you say "supportive care," what do you mean?

1    A.    The conventional strategies that lung doctors use to

2    try to treat patients with lung disease:  Oxygen, exercise,

3    vaccinations, and so forth.

4    Q.    Now, at this time, how many of your prescribing

5    practices that you just described compare with your

6    colleagues at Brigham?

7    A.    So they were similar.  That's where I was trained.

8    Q.    Now, in your treatment of PH-ILD patients both back

9    in April of 2020 and today, how often would you measure a

10    six-minute walk distance to monitor exercise capacity?

11    A.    Frequently.

12    Q.    And why do you do that?

13    A.    Because it's a more objective measurement of a

14    patient's exercise capacity and functional status.

15    Q.    And, Doctor, were you in the courtroom today as well

16    as yesterday when both Dr. Channick and Dr. Hill testified

17    that in their opinion doctors in the field were frequently

18    using treprostinil off label in PH-ILD patients prior to

19    April of 2020?

20    A.    I was.

21    Q.    Now, is that consistent with your experience and what

22    you saw in your review of the literature?

23    A.    No, it is not.

24    Q.    Why not?

25    A.    Because generally speaking, you know, when you look

1    at the literature, there's a number of larger studies out

2    there that describe prescribing practices.  It's

3    overwhelmingly medications like phosphodiesterase

4    inhibitors.

5    Q.    And what are some phosphodiesterase inhibitors that

6    we've heard of in this trial so far?

7    A.    Like sildenafil and tadalafil.

8    Q.    And based on your review of the literature, how did

9    the frequency of sildenafil and tadalafil prescriptions

10   compare to any other class of drugs in Group 3 patients?

11   A.    They were vastly more common.

12   Q.    And how did that compare to inhaled prostacyclins

13   like treprostinil?

14   A.    Again, much, much, much more common.

15   Q.    Now, we've heard some testimony today from Dr. Hill

16   about the insurance forms that a physician might need to

17   fill out to prescribe Tyvaso prior to April of 2020.

18        Were you prescribing Tyvaso prior to April 2020?

19   A.    I was.

20   Q.    In what patients were you prescribing Tyvaso?

21   A.    For patients with PAH.

22   Q.    Now, is Dr. Hill's testimony regarding these forms

23   consistent with your experience?

24   A.    No, it is not.

25   Q.    Why not?

1    A.    Because I usually had to assert on the form and in my

2    associated medical documentation that patients had PAH.

3    Q.    Doctor, let's talk about another term we've been

4    hearing a lot about in the trial, which is forced vital

5    capacity, or FVC.

6              Is that a term you're familiar with?

7    A.    It is.

8    Q.    Doctor, in general, what is FVC?

9    A.    So as we've heard from folks throughout this trial,

10   including Dr. Channick, FVC is, essentially, the maximum

11   amount of air a patient can blow out in a single breath.

12   Q.    And besides being a measure of lung function, what

13   relationship does FVC have to a patient's overall and

14   functional health?

15   A.    So it can give you a window into their overall

16   survival, as well as, you know, how they feel during

17   activities of daily living.  It has a lot of prognostic

18   value.

19   Q.    And to what extent is FVC used in clinical trials in

20   this field?

21   A.    So in the case of ILD, FVC often serves as a primary

22   endpoint for a clinical trial's testing new therapies for

23   ILD.

24              In the case of PH-ILD, FVC often serves as a

25   safety endpoint reflecting the fact that PH-ILD patients

1    often -- or PH-ILD patients by definition have ILD.

2    Q.      And, Doctor, how is FVC expressed in the field now

3    and in April of 2020?

4    A.      So FVC is really one measurement with two

5    expressions.  And those are absolute and percent predicted

6    FVC.  And these, essentially, reflect one maneuver, one

7    breath.

8    Q.      And can you please explain the differences between

9    absolute FVC and percent predicted FVC?

10   A.      So absolute FVC reflects the raw volume of exhaled

11   gas often expressed in volume measured.  It's expressed in

12   volume units like liters, whereas percent predicted

13   normalizes those values to account for the patient's

14   demographics.  Because we can all have differences in our

15   lung size that are due to age, sex, height, and other

16   factors.  And percent predicted is normalized such that

17   100 percent means that for that patient's demographics,

18   they're average.

19   Q.      Now, Doctor, I believe you may have addressed this,

20   but do you consider absolute and percent predicted FVC

21   different measurements?

22   A.      No, they're just two different expressions of the

23   same measurement.

24   Q.      Now, you prepared a series of slides demonstrating

25   the difference between these two expressions of FVC?

1    A.    I have.

2            MR. ROMEO:  Let's go to the next slide and not

3    start the animation.

4    BY MR. ROMEO:

5    Q.    Doctor, to start -- and I think you have a laser

6    pointer -- what are we looking at here?

7    A.    So depicted here are two adult male patients of the

8    exact same age, sex, and height.  The patient on the right

9    here is a patient with impaired lungs.  The patient on the

10   left here is a patient with healthy lungs.

11   Q.    And what are they about to do?

12   A.    So they have a mouthpiece in each of their mouths,

13   and that mouthpiece is attached to a device known as a

14   spirometer that measures FVC.  And they're about to blow out

15   as hard as they can into the spirometer.

16           MR. ROMEO:  Let's do that, please.

17           (Demonstration shown.)

18   BY MR. ROMEO:

19   Q.    And what did we just see, Doctor?

20   A.    So we see that the patient on the left exhaled an

21   absolute FVC of 5 liters, which is equivalent to a percent

22   predicted for this patient's demographics of 100 percent.

23           Conversely, on the right, this patient exhaled

24   an absolute FVC of 4 liters, which is equivalent to a

25   percent predicted of 80 percent, reflecting that this

1    patient has some form of pulmonary impairment.

2    Q.    And how did you get 80 percent on the right?

3    A.    So 80 percent is 4 liters out of the 5 liters that

4    would be predicted for this patient, and that's 80 percent.

5    Q.    Have you prepared additional slides showing how

6    demographics can impact these measurements?

7    A.    I have.

8          MR. ROMEO:  Let's go there.

9    BY MR. ROMEO:

10   Q.    And again, before we run the animation, what are we

11   looking at here, Doctor?

12   A.    So depicted here we have the same male patient with

13   impaired lungs on the right, but this time we have a healthy

14   female patient who is of shorter stature.  And they're both

15   about to perform an FVC maneuver.

16   Q.    And how do the size of the lungs of the patient on

17   the left compare to the patient on the right?

18   A.    The patient on the left has smaller lungs.

19         MR. ROMEO:  All right.  Let's run the animation

20   please.

21         (Demonstration shown.)

22   BY MR. ROMEO:

23   Q.    Doctor, what are we shown in this hypothetical

24   example?

25   A.    So we see that the patient with -- the adult male

1    with impaired lungs, again, has exhaled 4 liters,

2    corresponding to percent predicted 80 percent for that

3    particular patient.  However, that same 4 liters in the

4    healthy adult woman on the left corresponds to a percent

5    predicted of a hundred percent.

6           Therefore -- and, you know, as a clinician, one

7    would recognize immediately that the patient on the left has

8    normal lungs and the patient on the right appears to have

9    some form of impairment.

10   Q.    Now, as a general matter, Dr. Wertheim, in your

11   clinical practice, which expression of FVC do you find more

12   valuable?

13   A.    I find percent predicted to be more valuable.

14   Q.    Why is that?

15   A.    And that's because it immediately conveys the

16   clinical context.  You can show that number to a medical

17   student and that medical student, not knowing anything about

18   the patient's demographics, would be able to place that into

19   the context of health or disease.

20   Q.    All right, Doctor.  Let's --

21           THE COURT:  And, I'm sorry, but the conversion

22   from absolute to predicted is, essentially, just

23   multiplication based on whatever characteristics the person

24   has?

25           THE WITNESS:  Sure.  It's a great question.

1          So there are what are called reference equations

2    where a thousand people have -- normal patients have gone

3    out and had their lung function measured and then

4    statisticians have developed equations that allow percent

5    predicted to be calculated from absolute measurements.

6          THE COURT:  And so a doctor in Boston and a

7    doctor in Los Angeles and a doctor in Canada, they're all

8    going to come up with the same results?  I mean, it's a

9    standard, essentially, that all doctors use to make these

10   calculations?

11         THE WITNESS:  Yes.  There are -- you know, in

12   the United States, the American Thoracic Society, which is

13   the society that oversees pulmonary guidelines generally

14   like this, produces a standards and recommendations, and

15   they're generally harmonious with other societies around the

16   world.

17         THE COURT:  All right.  Thank you.

18   BY MR. ROMEO:

19   Q.    All right, Doctor.  Let's switch gears and talk about

20   some of the literature that you reviewed in preparing your

21   opinions in this case.  Have you prepared a slide

22   summarizing some of the clinical trials in the field as of

23   April 2020?

24   A.    I have.

25   Q.    What are you showing here?

1    A.      So depicted here is a timeline of studies in ILD and

2    PH-ILD patients, some of which we've reviewed previously.

3    Q.      And what are the three trials that you depicted here

4    prior to the INCREASE trial, which we heard quite a bit over

5    the last week?

6    A.      PANTHER-IPF, ARTEMIS-IPF, and RISE-IIP.

7    Q.      How many of those trials were successful?

8    A.      None.

9    Q.      Now, were you in the courtroom yesterday when

10   Dr. Channick testified that, in his opinion, at least the

11   ARTEMIS and RISE studies were not deadly studies, in his

12   opinion?

13   A.      I heard that.

14   Q.      Do you agree with Dr. Channick?

15   A.      I do not.

16   Q.      Why not?

17   A.      Because both of those studies showed a significant

18   patient harm, including increase in patient deaths that was,

19   if not statistically significant in one study, strongly

20   compelling directionally in the ARTEMIS study.

21   Q.      What have you depicted below the study names in the

22   thumbnails?

23   A.      The thumbnails depict the peer-reviewed publications

24   associated with those trials.

25   Q.      Let's start with the Panther-IPF.  What publication

1    were you relying on for that trial?

2    A.    That was Raghu 2012.

3    Q.    Did you review and rely on this paper in forming your

4    opinions?

5    A.    I did.

6              MR. ROMEO:  Move to admit PTX 784.

7              MR. KNAUSS:  No objection.

8              THE COURT:  Admitted without.

9              (Thereupon, Plaintiff's Exhibit PTX 784 was

10    admitted.)

11    BY MR. ROMEO:

12    Q.    What drugs or drug were studied in PANTHER-IPF?

13    A.    PANTHER-IPF studied a three-drug cocktail.  Those

14    three drugs were prednisone, azathioprine, and

15    N-acetylcysteine.

16    Q.    What types of patients were studied in PANTHER-IPF

17    trial?

18    A.    Patients with idiopathic pulmonary fibrosis, also

19    known as IPF.

20    Q.    Why would an IPF trial can be of interest to a POSA

21    treating PH-ILD in 2020?

22    A.    Because pulmonary hypertension is a very common

23    complication of IPF and IPF is one of the most -- it is the

24    most common interstitial lung disease.  And it's also one of

25    the ones associated with the worst outcome.

1  Q.      Why was the PANTHER-IPF study run?

2  A.      So the PANTHER-IPF study was run because a prior

3  uncontrolled small study comparing the three drugs verse two

4  of those drugs suggested a benefit of three drugs over two

5  and that was known to dramatically influence the prescribing

6  practices in the field at the time.

7  Q.      And at the time PANTHER was run, approximately what

8  percentage of physicians were using the three-drug cocktail

9  based on the evidence you mentioned?

10 A.      In the published literature, there's articles that

11 report approximately 50 percent of pulmonologists were using

12 these drugs to treat patients with IPF and it was ultimately

13 decided that the definitive placebo-controlled trial needed

14 to be performed, given the prevalence of that phenomenon in

15 the community.

16 Q.      What was the result of PANTHER-IPF?

17 A.      PANTHER-IPF was negative with respect to benefit and

18 it was associated with patient harm, including

19 hospitalizations and deaths.

20 Q.      What would a POSA in April 2020 have taken away from

21 PANTHER regarding the reliability of uncontrolled pilot

22 studies in real-world anecdotal reports?

23 A.      It's a reminder that these are vulnerable patients

24 and open-label or uncontrolled or nonrandomized trials

25 really aren't a substitute for a proper design, prospective,

1    randomized, controlled trial.

2    Q.    Going back to your slide, what's the next trial?

3    A.    This is the ARTEMIS-IPF trial.

4    Q.    What reference are you relying on for that?

5    A.    Raghu 2013.

6    Q.    And I believe that's been admitted as PTX 0447.

7          What drug and patient population were studied in

8    ARTEMIS?

9    A.    Again, this was the IPF patient population which

10   included pulmonary hypertension patients and the drug that

11   was studied was ambrisentan.

12   Q.    How did the organizer of this study determine there

13   were PH-ILD patients in the study?

14   A.    Because every patient in the study underwent

15   right-heart catheterization.

16   Q.    In general, what were the results of ARTEMIS-IPF?

17   A.    ARTEMIS-IPF also showed that ambrisentan use in this

18   population increased patient harm relative to placebo.

19   Q.    What were the consequences of the ARTEMIS on the

20   label brand?

21         How do you spell ambrisentan?

22   A.    A-M-B-R-I-S-E-N-T-A-N.

23   Q.    So, Doctor, what was the impact on the ambrisentan

24   label from ARTEMIS?

25   A.    The Food and Drug Administration placed a Black Box

1    warning on ambrisentan for use in this patient population.

2    Q.    Doctor, have you prepared a slide comparing the

3    results of ARTEMIS specifically with respect to FVC to two

4    other medications that were approved for IPF?

5    A.    I have.

6    Q.    All right, Doctor.  Before we get to the ambrisentan

7    data on the left, I want to focus on the two other drugs:

8    nintedanib, in the center, which is N-I-N-T-E-D-A-N-I-B, and

9    then pirfenidone, which is on the right,

10   P-I-R-F-E-N-I-D-O-N-E.

11         Doctor, what were nintedanib and pirfenidone

12   approved for as of April 2020?

13   A.    IPF.

14   Q.    What are you showing underneath the drug names?

15   A.    We're showing two graphs which depict change in FVC

16   on the vertical axis and time on the horizontal axis.  We

17   see that patients with placebo experience a progressive

18   decline in FVC over time, as is the norm in IPF.  And we see

19   patients treated with either of the therapeutics get worse

20   more slowly.  This was really the best-case scenario for an

21   IPF patient as of the time these papers were studies.

22   Q.    Doctor, where did you get the figures that are on

23   this slide?

24   A.    The figures were from peer-reviewed publications by

25   Richeldi, R-I-C-H-E-L-D-I, in 2014 and King in 2014.

```
1    Q.    Did you review and rely on each of those references

2    in forming your opinions in this case?

3    A.    I did.

4              MR. ROMEO:  Move to admit PTX 794 and PTX 759.

5              MR. KNAUSS:  No objection.

6              (Thereupon, Plaintiff's Exhibits PTX 794 and PTX

7    759 were admitted.)

8    BY MR. ROMEO:

9    Q.    What do we see for ambrisentan on the left for the

10   ARTEMIS trial?

11   A.    We see directionally an opposite trend with

12   ambrisentan in the tan line here.  And it's actually below

13   the placebo line, suggesting that patients with -- being

14   treated with ambrisentan in this trial are experiencing a

15   trend towards worsening FVC verse placebo.

16   Q.    Now, based on these results that you just showed us,

17   Doctor, what would a POSA take away regarding the potential

18   use of Group 1 therapies in PH-ILD patients?

19   A.    They can be associated with harm.

20   Q.    Let's go back to the timeline slide, slide 10,

21   please.

22              What's the next trial that you described here,

23   Doctor?

24   A.    The next trial was the RISE-IIP trial, which we've

25   heard about, by Nathan in 2019.
```

 1    Q.      Now, can you remind the Court what drug was being

 2    investigated in RISE-IIP and what the patient population

 3    was?

 4    A.      So this was PH-ILD patients with idiopathic

 5    interstitial known as -- or IIP, which is a family of IIP.

 6    And the drug was riociguat, R-I-O-C-I-G-U-A-T.

 7    Q.      When riociguat was started, what indication was

 8    riociguat approved for?

 9    A.      Riociguat was approved for Group 1 and Group 4

10    pulmonary hypertension.

11    Q.      What would a POSA make of that?

12    A.      So this was the first drug to show crossover promise

13    from PAH to another form of pulmonary hypertension and be

14    awarded a separate label for that.

15    Q.      And what happened when riociguat was tested in PH-ILD

16    patients in the RISE study?

17    A.      It caused an increased number of deaths.

18    Q.      What was the general impact of RISE on the field?

19    A.      It was devastating.

20    Q.      How so?

21    A.      You know, it was yet another example of failure.  It

22    was preceded by an unrandom -- nonrandomized pilot study

23    that looked promising, and it led to a lot of nihilism in

24    the field.

25    Q.      How did RISE impact your personal practice when it

1    came out?

2    A.    I at that point had become very skeptical after RISE,

3    especially I had become skeptical that this was ever going

4    to be a PAH-specific therapy that that would show efficacy

5    in PH-ILD.

6    Q.    Let's bring up PTX 783, please.

7          I believe this document was used with

8    Dr. Channick previously.  What is this document, Doctor?

9    A.    So this is the study by Prins and colleagues in

10   *Pulmonary Circulation* and it describes a systematic review

11   and meta-analysis in WHO Group 3 pulmonary hypertension.

12   Q.    And let's turn to page 5 of Prins and look at

13   Figure 2.

14         Doctor, what are we looking at in Figure 2?

15   A.    So as part of the task of performing a systematic

16   review and meta-analysis, the authors assessed the risk of

17   bias in published literature in Group 3 pulmonary

18   hypertension and they depicted their results of their

19   analysis in this figure.

20   Q.    What do the colors in this figure signify?

21   A.    The color green signifies the lowest risk of bias,

22   red signifies the highest risk of bias, and yellow is

23   somewhere in the middle.

24   Q.    There are two panels of studies listed here, Doctor.

25   How are they different?

1    A.      The panel on top I'm pointing to here corresponds to

2    randomized trials.  The panel on the bottom that I'm

3    pointing to here corresponds to single-arm studies.

4    Q.      What's another word for a single-arm study?

5    A.      Uncontrolled.

6    Q.      Looking at the uncontrolled studies in panel B, do

7    you recognize any references we've discussed in this trial?

8    A.      I do.

9    Q.      Which one?

10    A.      The study by Saggar, which refers to the 2014 study.

11    Q.      What did the authors of Prins conclude regarding the

12    potential for bias in Saggar 2014?

13    A.      That it was associated with generally a greater than

14    low risk of bias, we'll say.

15    Q.      And I'd like now to turn to page 7.

16          THE COURT:  You're still on this.  As soon as

17    you're finished with this, let's take the afternoon break.

18          MR. ROMEO:  I have a couple more questions and

19    we'll take a break.

20    BY MR. ROMEO:

21    Q.      Let's go to page 7.  And there's a sentence that

22    begins on the bottom of 7 and carries onto 10.

23          What conclusion did the authors of Prins reach

24    regarding the use of WHO Group 1 medications or PAH

25    medications in Group 3 patients?

1    A.    They concluded that owing to issues pertaining to

2    costs, potential side effects, it was difficult to justify

3    the widespread use of these agents in Group 3 until trials

4    are conducted.

5    Q.    How did this relate to your experience in the field

6    at the time?

7    A.    This was consistent with how I felt about this

8    particular issue.  And it was something that we were

9    commonly talking about at scientific meetings and so forth.

10             MR. ROMEO:  Now is a good time for a break, Your

11   Honor.

12             THE COURT:  Thank you, Mr. Romeo.  We'll take a

13   15-minute break.

14             (A recess was taken, after which the following

15   proceedings were had:)

16             THE COURT:  Please be seated.

17             Mr. Romeo, you may continue.

18             MR. ROMEO:  Thank you, Your Honor.

19   BY MR. ROMEO:

20   Q.    Dr. Wertheim, before the break, we were talking about

21   some literature on the use of Group 1 therapies and Group 3

22   prior to April of 2020.  Let's look at another one of those

23   papers.

24             MR. ROMEO:  Can we please bring up PTX 768,

25   please.

1    BY MR. ROMEO:

2    Q.    Doctor, what is this document?

3    A.    So this document is the editorial accompanying the

4    RISE-IIP study by Meyer.

5    Q.    And what journal was it published in?

6    A.    *The Lancet Respiratory Medicine* in 2019.

7    Q.    And did you rely and review on this document in

8    forming your opinions in this case?

9    A.    I did.

10                MR. ROMEO:  Move to admit PTX 768.

11                MR. KNAUSS:  No objection.

12                THE COURT:  Admitted without objection.

13                (Thereupon, Plaintiff's Exhibit PTX 768 was

14    admitted.)

15    BY MR. ROMEO:

16    Q.    All right.  Let's start on the first page.

17                And in looking at the title, what question is

18    the author of this editorial asking after the failure of

19    RISE-IIP?

20    A.    So the author was asking if effective therapy for

21    PH-ILD, in this case idiopathic interstitial pneumonia PH,

22    is an impossible dream.

23    Q.    And let's turn to the second page, please.

24                Now, on the bottom left column, what do the

25    authors say about the ongoing search for a medication in

Wertheim - Direct

1  PH-ILD?

2  A.    So the author concludes by reminding the physician

3  that given the track record of PAH therapies in the field,

4  combined with the failure of RISE-IIP, that the physician

5  needs to consider their Hippocratic charge to first do no

6  harm before considering the use of these therapies in this

7  patient population.

8           MR. ROMEO:  Let's go to PTX 744, please.

9  BY MR. ROMEO:

10  Q.    Doctor, what is this document?

11  A.    This is a letter to the editor in *Lancet Respiratory*

12  *Medicine* from 2019 by Harari.

13  Q.    And this is the same journal that the RISE results

14  were published in, as well as the editorial we just looked

15  at?

16  A.    Yes.

17  Q.    And did you review and rely on this document in

18  forming your opinions in this case?

19  A.    I did.

20           MR. ROMEO:  Move to admit PTX 744.

21           MR. KNAUSS:  No objection.

22           THE COURT:  Admitted without objection.

23           (Thereupon, Plaintiff's Exhibit PTX 744 was

24  admitted.)

25  BY MR. ROMEO:

 1    Q.      Generally, Doctor, what's the subject of this letter
 2    to the editor?
 3    A.      Generally, it pertains to the use of PAH-specific
 4    medications in PH-ILD, and it offers some considerations for
 5    the field.
 6    Q.      And I want to turn to the body of this document,
 7    please.
 8            What questions are the authors asking about how
 9    the field moves forward after RISE?
10    A.      Basically, the author suggests to the field or raises
11    the question to the field whether we should even be
12    continuing to do this, being -- meaning, test these
13    PAH-specific therapies in PH-ILD altogether.
14    Q.      And, Doctor, taking together the three articles we've
15    just looked at, Prins, Meyer, and Harari, what would they
16    have communicated to a POSA in April of 2020 regarding the
17    prospects for using Group 1 therapies like treprostinil in
18    PH-ILD?
19    A.      I think they reinforce the atmosphere of skepticism,
20    even nihilism if you will, about the use of these agents in
21    that context.
22    Q.      Now, were you here earlier, Doctor, when Dr. Channick
23    testified addressing the prior failed studies in PH-ILD?
24            He said that they wouldn't have discouraged a
25    POSA from pursuing treprostinil in PH-ILD because

1    treprostinil itself was not the subject of these studies.

2    A.    I heard that.

3    Q.    Do you agree with Dr. Channick?

4    A.    I do not.

5    Q.    Why not?

6    A.    Because I look at this issue as a mountain.  And

7    there's been a number of different mountain climbers with

8    different attributes and strengths who have tried to reach

9    the top of the mountain, and they've all died.

10            A new mountain climber comes along, this time

11   slightly different.  Does that not make the mountain less

12   dangerous?  No.

13            MR. ROMEO:  Let's bring up the Faria-Urbina

14   reference.

15   BY MR. ROMEO:

16   Q.    Doctor, in your binder it's PTX 728, but I believe

17   it's already been admitted as Defendant's Trial Exhibit DTX

18   518.  So let's work with the admitted version.

19            Doctor, what is this document?

20   A.    So this is the Faria-Urbina study.

21   Q.    And what year was it published?

22   A.    It was published in 2017.

23   Q.    And did you review and rely on this paper in forming

24   your opinions?

25   A.    I did.

1    Q.      Now, we've already heard a lot about this paper, so

2    I'll keep this brief, Doctor.

3              MR. ROMEO:  Let's go to the Methods section of

4    the paper on the second page.

5    BY MR. ROMEO:

6    Q.      Now, what type of study was this, Doctor?

7    A.      This was a retrospective chart review study.

8    Q.      And when you say "retrospective chart review," what

9    do you mean?

10   A.      This was a research study that analyzed the patient

11   data from charts that had already been collected.

12   Q.      Now, in a retrospective chart review, are the

13   physicians performing the analysis necessarily the same

14   physicians who treated the patients?

15   A.      No.

16   Q.      Now, where were the patients in this study treated?

17   A.      They were treated at the pulmonary vascular disease

18   clinic at Brigham and Women's Hospital.

19   Q.      Now, are you familiar with the PVD clinic at Brigham

20   and Women's?

21   A.      I am.  I work there.

22   Q.      And how long have you worked at the PVD clinic?

23   A.      Since approximately 2014.

24   Q.      Now, in 2018, can you remind the Court, what were the

25   prescribing practices at the Brigham PVD clinic regarding

1    the use of treprostinil in Group 1 and/or Group 3 patients?

2    A.    So, as I had mentioned earlier, I was trained to use

3    inhaled treprostinil for Group 1 disease.  And I had to be

4    able to make a good-faith diagnosis in that regard to use

5    that.

6    Q.    Now, what classification was applied to the patients

7    in this study by the authors?

8    A.    They classified these patients as Group 3.

9    Q.    Now, Doctor, based on what you've told us about the

10    prescribing practices at the Brigham PVD clinic, how is it

11    possible that these Group 3 patients could have received

12    inhaled treprostinil?

13    A.    It's possible that some of these were Group 1

14    patients.

15    Q.    And then how did they get classified as Group 3?

16    A.    It's possible that the -- in the context of the

17    retrospective analysis, they were classified as Group 3 in

18    the context of a research definition.

19    Q.    Doctor, you were at the PVD clinic in 2018; right?

20    A.    I was.

21    Q.    Now, were you aware of this publication when it came

22    out?

23    A.    I was not.

24    Q.    When was the first time, Doctor, that you became

25    aware of the Faria-Urbina publication?

1    A.      When I became involved in the present litigation.

2    Q.      Now, Doctor, to what extent, if at all, did the study

3    that's described in Faria-Urbina impact or change the

4    prescribing practices at the Brigham PVD clinic with respect

5    to treprostinil?

6    A.      It didn't.

7    Q.      Let's go back to your timeline slide, slide 10,

8    please.  I want to talk about INCREASE briefly.  We've heard

9    quite a bit about this study over the course of the trial.

10            Generally, from your perspective, Doctor, what

11   was the impact of INCREASE on the PH-ILD field?

12   A.      It was a -- I still remember the day I heard the

13   results.  It was something we were all talking about.  We

14   knew about it right away.  And it was an exciting step

15   forward after a tough journey to get to this point.

16   Q.      And, Doctor, what was the impact of INCREASE on your

17   own personal practice with PH-ILD patients?

18   A.      I mean, it alleviated some of my skepticism that this

19   was an untreatable population of patients.  And it did

20   offer, you know, finally, something, a way forward for some

21   of the very sickest patients that we normally see.

22   Q.      And do you prescribe treprostinil in PH-ILD today?

23   A.      I do.

24   Q.      Now, we've heard a little bit from Dr. Channick and

25   others about the FVC results from INCREASE.

1                    Are you familiar with those results?

2    A.        I am.

3    Q.        And generally, what did INCREASE show regarding the

4    impact of inhaled treprostinil on FVC in PH-ILD patients?

5    A.        It increased FVC in PH-ILD patients.  And this was a

6    novel finding in the field.

7    Q.        I think you just mentioned it, but how did this

8    compare to what people had seen in the field for FVC in

9    these patients previously?

10   A.        This was the first time that had been shown.

11   Q.        Now, Doctor, you prepared a slide comparing the FVC

12   results in INCREASE from the other three trials we looked at

13   earlier in your testimony?

14   A.        I have.

15             MR. ROMEO:  Let's pull that up.

16   BY MR. ROMEO:

17   Q.        So, Doctor, what are you showing here and can you

18   tell the Court where the INCREASE data is?

19   A.        So the INCREASE data, as I will point out here, are

20   in the lower right-hand corner in the blue.  And again, it's

21   the familiar axis layout that we've discussed.  This is the

22   change-from-baseline FVC on the vertical axis.  And on the

23   horizontal axis, this is the time.

24             And I would note here that, this is weeks 8 --

25   week 0 through 16, whereas, the timeline for some of these

1    other studies is as long as, you know, 52 to 84 weeks.

2    Q.    And how did the results from INCREASE compare to the

3    other three trials we've looked at today?

4    A.    So the most notable finding is in the slope.

5          We see in the other three studies the slope is

6    going downhill.  And now in the INCREASE trial, we see the

7    slope of the treatment arm is -- has reversed direction and

8    is now going uphill.

9    Q.    And what would a POSA have made of these findings

10   when they were published in 2021?

11   A.    That this was something that hadn't been seen before.

12   Q.    Now, Doctor, let's switch gears and go to the next

13   part of your analysis, Written Description of Claim 9.

14          Did you prepare a slide summarizing your

15   analysis?

16   A.    I have.

17   Q.    Now, Doctor, at a high level, what question were you

18   asked to evaluate with respect to written description of

19   Claim 9?

20   A.    So would a POSA reading the specification have

21   understood that the inventors were in possession of the

22   invention disclosed in Claim 9.

23   Q.    And in general, what was your conclusion?

24   A.    That there was more than enough data to support that.

25   Q.    Now, before we jump into the data, how would a POSA

1  understand FVC in the specific context of Claim 9?

2  A.    So FVC is a single measurement.  It's a single breath

3  that can be expressed in two different ways, both absolute

4  and percent predicted, and either would satisfy the claim.

5  Q.    Now, with that understanding in hand, let's take a

6  look at some of the FVC data in the specification of the

7  '327 patent.  Let's pull up JTX 1, please.

8        Doctor, what is this document?

9  A.    This is the '327 patent.

10 Q.    And did you review this patent as well as the data in

11 this patent in formulating your opinions in this case?

12 A.    I did.

13 Q.    And generally, Doctor, can you remind the Court where

14 the FVC data in the '327 patent lives?

15 A.    In Examples 1 and 3.

16 Q.    From what clinical trial did this data come from?

17 A.    This is the from the INCREASE study.

18       MR. ROMEO:  All right.  Mr. Smith, let's go to

19 page 35 of JTX 1 and pull up Table 1.

20 BY MR. ROMEO:

21 Q.    We've seen this table in Dr. Channick's testimony.

22 So at a high level, Doctor, what are we looking at in

23 Table 1?

24 A.    So Table 1 depicts FVC data in what is known as the

25 intention-to-treat population, which is everyone in the

1    INCREASE study, and this is expressed as FVC in absolute

2    milliliters and percent predicted.  And it shows data at

3    weeks 8 and week 16.

4    Q.    And where are the results of the FVC measurements

5    reported?

6    A.    They're reported in the estimated difference column.

7    Q.    Generally, what does the estimated difference column

8    show?

9    A.    The estimated difference column measures the distance

10    between the two lines we saw.  That is the inhaled

11    treprostinil group and the placebo group.

12    Q.    And can you give the Court an example of how that's

13    calculated in this table?

14    A.    So the estimated difference here of 28.47 comes from

15    5.49, essentially, plus 22.98.

16    Q.    And the two values you mentioned, this is for

17    absolute FVC at eight weeks; is that right?

18    A.    That is correct.

19    Q.    And the two values you mentioned, the 5.49 and

20    negative 22.98, how were those measures derived?

21    A.    Those measures are actually derived per the caption

22    from the change from baseline in FVC.

23            MR. ROMEO:  Can we blow that up, Mr. Smith, the

24    LS mean blurb on the bottom.

25    BY MR. ROMEO:

1    Q.    While we're waiting for that, Dr. Wertheim, were you

2    here in the courtroom yesterday when Dr. Channick testified

3    that the data in the estimated difference column that we

4    were just looking at does not include a comparison to

5    baseline?

6    A.    I heard that.

7    Q.    And do you agree?

8    A.    I do not.

9    Q.    Why not?

10    A.    Because it says in the bottom of the caption that

11    these following data values were from the mixed-model

12    repeated measurement with the change-from-baseline FVC.

13    Q.    So in other words, the baseline is baked into the

14    estimated difference?

15    A.    Yes.

16    Q.    And generally, Doctor --

17             MR. ROMEO:  We can take the blow-up down.  Thank

18    you, Mr. Smith.

19    BY MR. ROMEO:

20    Q.    Generally, what was the result here?

21    A.    We see directional increases at week 8 and week 16

22    for both FVC expressions.

23    Q.    Doctor, in your opinion, does the data in the

24    estimated difference column of Table 1 represent an

25    improvement in FVC?

1    A.    Yes.

2    Q.    Let's bring up Table 2, which is the bottom of

3    page 35 of the patent.

4         Doctor, what are we looking at here briefly?

5    A.    So briefly, same table structure, this time referring

6    to the IIP subgroup of this study.

7    Q.    And can you remind the Court what IIP stands for.

8    A.    This is the pulmonary hypertension patients who had

9    idiopathic interstitial pneumonias which corresponds to the

10   largest family of different ILDs, if you will.

11   Q.    Approximately what proportion of the INCREASE study

12   are we looking at in Table 2?

13   A.    Approximately 40 percent of the total population.

14   Q.    And, Doctor, what FVC data points are reported here

15   and at what time points?

16   A.    We see both expressions of absolute and percent

17   predicted at weeks 8 and 16.

18   Q.    What column can we find the values in?

19   A.    We can find that in the estimated difference column.

20   Q.    Generally, what was the result here?

21   A.    We see FVC increases in both expressions.

22   Q.    Let's turn to Table 3, please.

23        Okay.  Doctor, again, what are we looking at in

24   Table 3, the '327 patent?

25   A.    Table 3 this time refers to the subpopulation of the

1    study corresponding to PH patients with IPF.

2    Q.    Can you remind the Court again what IPF is.

3    A.    Idiopathic pulmonary fibrosis.

4    Q.    And approximately what proportion of the INCREASE

5    study are you looking at here?

6    A.    Approximately 30 percent of the overall study

7    population.

8    Q.    How does IPF compare to the other populations of ILD

9    in the INCREASE trial?

10   A.    So IPF, as we've discussed earlier, tends to be a bad

11   actor.  It not only is, essentially, the most common

12   interstitial lung disease, it's also the one with among the

13   poorest prognoses.

14   Q.    As with the other tables, we'll get to the summary in

15   a minute.  Can you tell the Court which efficacy expressions

16   were reported here and what time points.

17   A.    So we see the absolute expression and the percent

18   predicted expression at weeks 8 and week 16.

19   Q.    And generally, what was the result?

20   A.    The result was that FVC increased.

21   Q.    Now, Doctor, you prepared a slide summarizing the FVC

22   results from INCREASE that were reported in the '327 patent?

23   A.    I have.

24   Q.    Bring that up.

25         Doctor, what are you showing here?

Wertheim - Direct

1   A.      What we've compiled is the same data we reviewed,

2   this time a side by side.  We see the percent predicted

3   expression of FVC and the absolute expression of FVC

4   represented in the three or the overall intention-to-treat

5   population and then the IIP and IPF subpopulations.

6   Q.      How have you depicted the actual FVC results?

7   A.      They're in the dark bold font.

8   Q.      And underneath those dark bold values, there's a

9   parentheses.  What do you have there?

10  A.      Those are p-values.

11  Q.      Can you remind us what p-values are.

12  A.      P-values are a metric of statistical significance, as

13  we heard throughout the case.

14  Q.      With p-value, is a bigger number or smaller number

15  better?

16  A.      Smaller number is better.

17  Q.      Generally, what would a POSA look for to determine

18  statistical significance?

19  A.      A p-value less than 0.05.

20  Q.      For several of these p-values, you marked them in

21  green.  What does that signify?

22  A.      Green signifies those p-values were statistically

23  significant.

24  Q.      Can you give the Court an overview of what a POSA

25  would take away from the percent predicted expression of

1    FVC?

2    A.      That it was -- it showed a statistically significant

3    increase in FVC at week 8 and week 16 in the overall study

4    population and the two subpopulations.

5    Q.      What do we see as a lateral trend here as you go from

6    the general population to IPF?

7    A.      As we go from the general population, the effects

8    side directionally increases.

9    Q.      And I think we reviewed earlier Claim 9 has a mention

10   of a 12-week time point.  What would a POSA make of this

11   data specifically with respect to results at 12 weeks?

12   A.      So a POSA would see that we have a lower bound in the

13   form of 8 weeks and an upper bound in the form of 16 weeks

14   and a POSA could interpolate to 12 weeks somewhere in the

15   middle.

16   Q.      Let's look at the bottom row here, absolute FVC.

17   What were the results here, generally?

18   A.      The results here showed directional increases at

19   weeks 8 and 16 for IIP and a directional increase at --

20   sorry, ITT.  A directional increase at week 8 in IIP and IPF

21   and statistically significant increase at week 16 in the IIP

22   and IPF populations.

23   Q.      What could a POSA conclude regarding a 12-week data

24   from this set?

25   A.      A POSA could look to the lower bound of 8 weeks and

 1    upper bound of 16 weeks and see at least a directional

 2    increase in FVC if it's not statistically significant.

 3    Q.     And, again, what do you see going from left to right,

 4    going from the ITT population to IPF --

 5    A.     We see the magnitude of directional increase grows as

 6    we go from left to right.

 7    Q.     Now, Doctor, between these two expressions of FVC,

 8    which would a POSA find to be more valuable in the specific

 9    context of reviewing the data of the '327 patent?

10    A.     It would be percent predicted.

11    Q.     And why is that?

12    A.     Because percent predicted communicates to the POSA

13    the clinical context of those numbers and accounts for the

14    demographics and so forth.

15    Q.     When you say "communicates the clinical context of

16    the numbers," what do you mean?

17    A.     So you don't need to go looking up age, sex, and all

18    the other parameters to be able to interpret the finding.

19    Q.     Would a POSA ignore the absolute FVC data?

20    A.     No.  It would contribute to the totality of

21    understanding in this context.

22    Q.     What would a POSA make of the absolute FVC data in

23    view of the percent predicted data you just mentioned?

24    A.     So the percent predicted data are accompanied by

25    directional increases in absolute FVC expression and

1  statistically significant increases in absolute FVC at week

2  16 and IIP and IPF.

3  Q.    Doctor, you prepared a slide summarizing the written

4  description of opinions in this case?

5  A.    I have.

6  Q.    Doctor, at a high level, what was your conclusion

7  regarding written description of Claim 9?

8  A.    So Claim 9, the data we've seen suggests that Claim 9

9  is supported by accurate written description in the

10  specification.

11  Q.    Generally, what's the basis for that opinion?

12  A.    Because there's really more than enough data here for

13  a POSA to be able to recognize that.

14  Q.    Were you here in the courtroom earlier when

15  Dr. Channick said that a POSA would need to see

16  statistically significant improvements in both absolute and

17  percent predicted FVC independently in order to satisfy the

18  written description requirement?

19  A.    I heard that.

20  Q.    Do you agree?

21  A.    No.

22  Q.    Why not?

23  A.    Because FVC is really a single measurement with two

24  separate -- with two different expressions.  It's the same

25  breath coming out of the patient.

1    Q.      Now, do you also recall when Dr. Channick testified

2    that in addition to seeing a statistically significant

3    improvement in both absolute and percent predicted FVC, a

4    POSA would need to see a statistically significant

5    improvement for the entire patient population at all time

6    points?

7    A.      I heard that.

8    Q.      Do you agree with Dr. Channick?

9    A.      No.

10   Q.      Why not?

11   A.      Because a POSA would look at the totality of data in

12   the specification.

13   Q.      What would a POSA have concluded from the totality of

14   the data in the '327 specification?

15   A.      So there's a statistically significant increase in

16   percent predicted expression at all time points in the three

17   study populations.  And a POSA would give that the greatest

18   amount of weight because it's the most practical expression

19   of that formulation.

20          And, second, the POSA would also see the trend

21   in the absolute values, the statistical significance at

22   week 16, and the IIP and IPF populations, which are among

23   the sickest folks in the trial and in the field, in general.

24   And collectively, the POSA would have the data that they

25   would need to be able to draw that conclusion.

1    Q.      Now, Doctor, I know you said you disagreed with

2    Dr. Channick's analysis of Claim 9.  But for the sake of

3    argument I want to take that interpretation on at face

4    value.

5           For the next question, I want you to assume that

6    in order to satisfy the written description requirement, a

7    POSA would need to see both a statistically significant

8    improvement in absolute FVC and a statistically significant

9    improvement in percent predicted FVC.  Okay?

10          Now, in this scenario, what conclusion would a

11   POSA draw as to whether the specification provided enough

12   written description support to determine whether the

13   inventors were in possession of what they claimed?

14   A.      There would still be adequate written description.

15   Q.      And why is that?

16   A.      Because the POSA can review the specification and

17   clearly identify which populations, which time points are

18   accompanied by statistically significant increases in both

19   the absolute and percent predicted FVC expressions and which

20   are not.

21          MR. ROMEO:  Thank you, Dr. Wertheim.  No further

22   questions at this time.

23          THE COURT:  All right.  Mr. Knauss?

24          MR. KNAUSS:  May I proceed?

25          THE COURT:  Yes.

1                        CROSS-EXAMINATION

2    BY MR. KNAUSS:

3    Q.      Good afternoon, Dr. Wertheim.  Nice to meet you.

4    A.      Good afternoon.

5    Q.      I heard at the very end of the testimony you just

6    gave that you think that a POSA would still believe that

7    there's adequate written description for the full scope of

8    Claim 9 even if it's interpreted to require a statistically

9    significant increase in both absolute and percent predicted

10   FVC because of data in the specification in Tables 2 and 3

11   that relate to some subpopulations.

12           Did I summarize your opinion adequately?

13   A.      Can you say that again?

14   Q.      So I'll try to break it down.

15           Do you understand Dr. Channick argues that

16   Claim 9 requires that statistically significant increases or

17   improvements in FVC be shown in the specification for both

18   absolute and percent predicted for written description?

19   That's Dr. Channick's opinion.

20           Do you understand that?

21   A.      I understand that.

22   Q.      You disagree with that; correct?

23   A.      I disagree.

24   Q.      Okay.  But your counsel asked you to agree with it

25   for the sake of argument just a minute ago; right?

1    A.      Correct.

2    Q.      And when he asked you to do that, you said you

3    thought there was still adequate support for the claims;

4    correct?

5    A.      Correct.

6    Q.      And that's based on information in the specification

7    from some of the subpopulations that are analyzed in Tables

8    2 and 3; is that correct?

9    A.      Based on the totality of the data in the

10   specification.

11   Q.      Well, I'm not asking generally about totality.  I

12   want to know what exact data in the specification you rely

13   on under this alternative approach that Dr. Channick

14   articulated.

15           I think you said that you think, for example,

16   the PH-IPF population provides written description support

17   because in that subgroup of a subgroup, as Dr. Channick put

18   it, there was statistically significant absolute and percent

19   predicted FVC data; is that right?

20   A.      No.

21   Q.      What's wrong with that?

22   A.      So by subpopulations, I mean, the three populations

23   that we had summarized on the summary slide, it's the

24   totality of everything that's in the specification.

25           MR. KNAUSS:  Let's take a look at that slide,

1    PDX 4.15, please.

2    BY MR. KNAUSS:

3    Q.    Now, Dr. Channick referred to the PH-IPF population

4    of Table 3 as a subgroup of a subgroup, and that's because

5    there's fewer of those patients that are coming out of the

6    PH-IIP population in Table 2; correct?

7    A.    I heard Dr. Channick say that.

8    Q.    Is that correct?  Is he right about that?

9    A.    It is -- IPF patients are a type of IIP.

10   Q.    Right.  And ITT is the total intent-to-treat

11   population of INCREASE; correct?

12   A.    Correct.

13   Q.    Claim 9 is not limited to either of the

14   subpopulations in Tables 2 or 3; correct?  It covers PH-ILD,

15   the whole INCREASE PH-ILD population; correct?

16   A.    Claim 9 covers the totality of the data in the

17   specification.

18   Q.    And the totality of the data in the specification

19   corresponds to the PH-ILD population of INCREASE; correct?

20   A.    Yes.

21   Q.    Now, staying with that table, PDX 4.15, this -- you

22   testified that absolute FVC and percent predicted FVC are

23   two expressions of the same measurement; correct?

24   A.    Correct.

25   Q.    But you understand that different statistical results

 1    can be obtained depending on the FVC expression you select;

 2    correct?

 3    A.    It's the same breath coming out of the patient.

 4    Q.    Well, let's take a look at Table 1.

 5          That's the same breath percent predicted and the

 6    same breath absolute FVC; right?  Being analyzed?

 7    A.    Yes, it's the same measurement with different

 8    expressions.

 9    Q.    Right.  And in one of those expressions, the data was

10    statistically significant, but in the other expression, it

11    wasn't; right?

12    A.    In some instances here.

13    Q.    But in all instances of Table 1, absolute FVC was not

14    statistically significant; true or false?

15    A.    It was not statistically significant in Table 1.

16          I'm sorry, I thought you were talking about the

17    entire table.

18    Q.    Just for Table 1, absolute FVC not statistically

19    significant; correct?

20    A.    Correct.

21    Q.    Percent predicted FVC was statistically significant;

22    correct?

23    A.    Correct.

24    Q.    So depending on the expression that's analyzed of the

25    data, you may get statistical significance in one, but not

1   the other; correct?

2   A.     Correct.  But there's more to that story.

3   Q.     Thank you.  You've answered my question,

4   Dr. Wertheim.

5               MR. KNAUSS:  Let's take a look at slide

6   PDX 4.12.

7   BY MR. KNAUSS:

8   Q.     You presented this slide in your direct; correct?

9   A.     Correct.

10  Q.     Simple question.  I think we're going to agree on

11  this.

12              The three studies, IMPULSIS, ARTEMIS, and ASCENT

13  on this slide, those are not treprostinil studies; correct?

14  A.     Correct.

15  Q.     Those do not involve inhaled therapies; correct?

16  A.     Correct.

17  Q.     Now, we heard a lot of testimony also about prior

18  publications.  We heard about the Faria-Urbina publication.

19  We heard about prior studies large and small in various

20  diseases.

21              Slides 1 through 13 of your presentation

22  generally; correct?

23  A.     I don't remember the slide number, but I talked about

24  a variety of prior studies.

25  Q.     That testimony and those opinions are separate from

1   your written description analysis; correct?

2   A.    No.

3   Q.    Do you understand that written description is

4   determined based on an objective framed by the four corners

5   of the specification; correct?

6   A.    Correct.

7   Q.    Okay.  And so those studies that you talked about are

8   outside of the four corners of this specification; correct?

9   A.    It's my understanding that a POSA brings that

10  knowledge to the table when they're reading the four corners

11  of the specification.

12  Q.    Be that as it may, they're not discussed in the four

13  corners of the specification of the '327 patent; correct?

14  A.    I don't believe they're listed as a reference.

15  Q.    Okay.  So are you saying that your written

16  description opinion depends on your analysis and your

17  opinions outside of the specification?

18  A.    No.

19        MR. KNAUSS:  Okay.  No further questions.  Thank

20  you, Mr. Wertheim.

21        THE COURT:  All right.  Redirect, Mr. Romeo?

22        MR. KNAUSS:  So I've just been informed that

23  I apparently -- I'm not sure I asked a question.  I think I

24  did, but I'll ask it again just to make sure.

25  BY MR. KNAUSS:

1    Q.      You analyzed the full scope of Claim 9; correct?  As

2    part of your written description analysis?

3    A.      Correct.

4    Q.      And in your opinion, Claim 9 -- the full scope of

5    Claim 9 does not require a statistically significant

6    improvement in both absolute and percent predicted FVC;

7    correct?

8    A.      It can be either.

9    Q.      It does not require both; that's your opinion?

10   A.      It does not require both.

11              MR. KNAUSS:  Thank you.  No further questions.

12   Appreciate that.

13              THE COURT:  All right.  Mr. Romeo, anything

14   more?

15              MR. ROMEO:  Yes, Your Honor, briefly.

16              Can we bring up slide 16, please.  And while

17   we're waiting for that -- sorry, 15.  I'm sorry.

18                    REDIRECT EXAMINATION

19   BY MR. ROMEO:

20   Q.      Doctor, you remember recently receiving some

21   questions about the particular subgroups that you were

22   depicting in this table?

23   A.      I did.

24   Q.      Now, would a POSA's interpretation of this data be

25   limited to the specifics of only the subgroups that are

 1    listed in the patent --

 2    A.      No.

 3    Q.      -- or in these tables?

 4    A.      No.  The POSA -- I apologize.

 5            No.  The POSA is going to rely on the totality

 6    of evidence in the specification.

 7    Q.      Let's look at some of that.

 8            MR. ROMEO:  Can we pull up the patent, please,

 9    page 38.  And the Table 4, please.  Now can we blow up the

10    Table 4.

11    BY MR. ROMEO:

12    Q.      Now, of the other -- do you see there's a category

13    for cause of lung disease?

14    A.      I see that.

15    Q.      Now, the IPF and IIP data we just looked at, would a

16    POSA view any of the categories as being potentially

17    relevant to the causes of lung disease in the table?

18    A.      Yes.

19    Q.      Which one?

20    A.      Connective tissue disease.

21    Q.      And approximately what proportion of the INCREASE

22    study was connective tissue disease?

23    A.      Approximately 22 percent.

24    Q.      And why, in your opinion, would a POSA think that the

25    IPF and IIP data we just looked as is relevant to connective

1    tissue disease?

2    A.    So connective tissue diseases are autoimmune

3    conditions that we know can cause pulmonary hypertension

4    associated -- PH-ILD, PAH, or other ILDs.

5            And this is my area of expertise at Brigham and

6    Women's.  I actually wrote our screening guidelines for this

7    particular population of patients.

8            Connective tissue disease patients

9    characteristically get two, kind of, families, if you will,

10   of interstitial lung diseases.  One is IIPs -- or I should

11   say, interstitial pneumonias.  The other is the CT scan

12   correlate to IPF.

13           But we can't actually call it idiopathic

14   interstitial pneumonia because that says we don't know the

15   cause, but when the cause is connective tissue disease, we

16   call it connective tissue disease, respectively.

17           For IPF, we can't call it IPF if the patient has

18   a connective tissue disease.  We call it by the complicated

19   medical name, usual interstitial pneumonia.

20           So when a POSA looks at connective tissue

21   disease, they know that -- what types of diseases those

22   patients get.

23   Q.    And generally, Doctor, just to sum up what you just

24   said, can you just remind the Court, how does the

25   pathophysiology of connective tissue disease relate to IPF

1    or IIP?

2    A.    It's -- it essentially -- it's very, very similar.

3    Q.    And what would a POSA make of the data in IPF and IIP

4    particularly with respect to the proportion of patients in

5    INCREASE with connective tissue disease?

6    A.    So that the data from the IIP and IPF subpopulations

7    of that trial are also very relevant to the connective

8    tissue disease population and that, you know, there's

9    greater relevance than the 40 percent and 30 percent that is

10   just depicted in Tables 2 and 3.

11              MR. ROMEO:  Nothing further, Your Honor.

12              THE COURT:  All right.  Thank you.

13              MR. KNAUSS:  Nothing further.

14              THE COURT:  Dr. Wertheim, thank you.  Watch your

15   step.

16              MR. JACKSON:  Your Honor, we're calling

17   Dr. Nathan back to the stand.  May I approach?

18              THE COURT:  Yes.

19              MR. JACKSON:  May I begin?

20              THE COURT:  Go ahead.

21              I should remind you, Dr. Nathan, you're still

22   sworn from the last couple of times you've testified.

23              THE WITNESS:  Correct.

24                        DIRECT EXAMINATION

25   BY MR. JACKSON:

1    Q.    Welcome back, Dr. Nathan.

2    A.    Thank you.

3    Q.    Were you in the courtroom when Dr. Channick and

4    Dr. Hill testified in their opinion that the '327 patent is

5    invalid?

6    A.    Yes, I was.

7    Q.    Do you agree with them?

8    A.    No, I do not.

9    Q.    Have you prepared a slide summarizing why you

10   disagree with Drs. Channick and Hill?

11   A.    Yes, I have.

12   Q.    Can we go to that slide.

13         Can you please tell the Court what opinions

14   you'll be offering today.

15   A.    Certainly.  First of all, there was no anticipation,

16   the patents were not rendered obvious over Faria-Urbina

17   together with the '793 patent and the Saggar 2014 paper, and

18   there was no prior sale.

19   Q.    Now -- so let's start with the no anticipation.  What

20   document was being relied on when Dr. Channick asserted

21   the -- claimed the asserted claims were anticipated?

22   A.    He was relying on the 2017 INCREASE protocol that was

23   posted on clinicaltrials.gov.

24   Q.    Do you agree with his opinion that the document

25   posted on clinicaltrials.gov anticipated the results of the

1    INCREASE trial?

2    A.    No, I do not agree.

3    Q.    Have you prepared a slide summarizing your opinions

4    on that issue?

5    A.    Yes, I have.

6    Q.    Can you please share your opinions at a very high

7    level.

8    A.    There was a couple of changes.  And as soon as you

9    change any criteria, you change the study population.  The

10   dosing was different and the inclusion criteria,

11   specifically the hemodynamic inclusion criteria, were quite

12   different.  And so the results, because you're enrolling a

13   different population now, were not necessarily anticipated

14   and could be quite different.

15   Q.    So let's explore that in detail.  Could you go to

16   DTX 8 in the binders in front of you.

17   A.    Okay.

18   Q.    Is this the document on which Dr. Channick was

19   relying?

20   A.    Yes, it is.

21   Q.    What is this document, to your understanding?

22   A.    This is the original protocol -- one of the original

23   protocols for the INCREASE study that was posted on

24   clinicaltrials.gov.

25   Q.    Was this protocol in DTX 8 ever performed?

1    A.    No, it was not.

2    Q.    Have you compared DTX 8 with the actual final

3    INCREASE protocol admitted as DTX 401?

4    A.    Yes, I have.

5    Q.    And is it the same?

6    A.    No, it's not.  It's a different protocol.

7    Q.    What differences are there between DTX 8 and DTX 401?

8    A.    Well, you could look at the hemodynamic criteria, for

9    example.  In the one that was posted, there were two

10    important hemodynamic parameters in order for patients to

11    qualify.  They had to have a PVR or pulmonary vascular

12    resistance of 4 or more Wood units and they had to have a

13    mean pulmonary arterial pressure of 30 millimeters or more.

14    This is the actual protocol as implemented.  The mean

15    pulmonary arterial pressure had to be greater or equal to 25

16    millimeters of mercury and the PVR had to be greater than 3.

17    Q.    Is that different inclusion and exclusion criteria?

18    A.    Those are different, yes.

19    Q.    That's what you were trying to describe or that's

20    what you were identifying?

21    A.    In my mind, that's one of the main differences

22    between the protocols, yes.

23    Q.    What other differences exist between the protocols?

24    A.    The dosing, where it wasn't really specified how much

25    patients should start out in terms of the original protocol.

1    They could have started out at one breath, four times a day,

2    whereas in the protocol that was implemented it was very

3    specific that they had to start out at three breaths, four

4    times a day.

5    Q.    I'm going to ask for the help of the court reporter

6    if you could slow down a teeny bit.

7          Let's start with dosing.  Please turn to page 10

8    of DTX 8 and under the arms and interventions section.  What

9    would a POSA understand the starting dosage requirement in

10   DTX 8 to be?

11   A.    It would -- it states -- admits a dose of

12   approximately 6 micrograms per breath and it says inhale

13   four times a day.  The inference from that is you start at

14   one breath, which is 6 micrograms, four times a day.

15   Q.    How much treprostinil would be inhaled in each

16   administration event?

17   A.    It would be 6 micrograms, four times a day.

18   Q.    What's the starting dosage in the INCREASE trial

19   admitted as DTX 401?

20   A.    It's three breaths four times a day, so that would

21   equate as 18 micrograms four times a day to start.

22   Q.    What's the difference in starting dosages in

23   micrograms then?

24   A.    It's 12.

25   Q.    What sort of difference might that make in the

1    population or results of these two different studies?

2    A.    Well, small and I think dismissed by Dr. Channick.

3    It can make a big difference.  We don't know how many more

4    patients would have tolerated starting at one breath, four

5    times a day versus three breaths, four times a day.  We

6    don't know what would happen with the cough intolerability.

7    We don't know what maximum dose they would achieve if they

8    started slower than the three breaths four times a day.  So

9    it could have resulted in an entirely different population,

10   ultimately, who were analyzed at the end of the study.

11   Q.    You also mentioned the inclusion and exclusion

12   criteria?

13   A.    Yes, I did.

14   Q.    At a high level -- if you turn to page 12 of DTX 8,

15   at a high level, what are the differences in inclusion and

16   exclusion criteria between DTX 8 and DTX 401?

17   A.    So DTX 8 has a threshold pressure that patients had

18   to have a higher mean pulmonary arterial pressure of

19   30 millimeters of mercury or more, whereas in the final

20   protocol, it was greater than 25 millimeters of mercury.

21   Q.    What about the Wood units you mentioned earlier?

22   A.    Correct.  Vascular resistance in this original

23   protocol DTX 8 had to be greater than or equal to 4 Wood

24   units, whereas in the final protocol, it had to be greater

25   than 3 Wood units.

1   Q.    Now, what would happen if you ran the study described
2   in DTX 8?
3   A.    You would have ended up with a very different result.
4   It wouldn't have been the same result as was obtained in
5   INCREASE.
6   Q.    Why do you not know what would happen -- why do you
7   know that it wouldn't be the same as INCREASE?
8   A.    Because the patients have different hemodynamic
9   profiles.  You would have not captured the patients whose
10  PVR is set between 3 and 4.
11  Q.    Did you hear Dr. Channick testify yesterday about
12  that the difference in those -- excluding or including those
13  additional patients would not have made a difference?
14  A.    I did hear him testify that.
15  Q.    Do you agree with that testimony?
16  A.    No, I do not.
17  Q.    Why?
18  A.    Well, he was speculating entirely that you would have
19  a more severe population because of the higher thresholds
20  and was dismissive of the contribution that those patients
21  who sat in the range of 3 to 4 might have contributed to the
22  study result.  And while he speculated, I actually know what
23  those patients did.  I mentioned previously the multiple
24  post hoc analyses we did from the INCREASE dataset.
25              And one of the post hoc analyses we did was to

```
 1    look at these patients with mild hemodynamics.  This was a
 2    publication in the British medical journal Respiratory
 3    Research in 2024 where we looked specifically at those who
 4    wouldn't have made it on the original protocol because their
 5    PVRs were 3 to 4.
 6              And to our surprise, and arguably somewhat
 7    paradoxically -- and this is the nature of research.
 8    Sometimes you get a result that's totally unexpected -- most
 9    of the exacerbations, most of the clinical worsening that
10    were seen in INCREASE came from those patients with PVRs of
11    3 to 4.  If INCREASE had excluded those patients, INCREASE
12    would likely not have hit on the endpoints of clinical
13    worsening or acute exacerbations.
14    Q.    Those additional individuals between 3 and 4, did
15    they have greater or fewer or the same number of reductions
16    in acute exacerbations?
17    A.    They had more of an effect, more of a positive effect
18    in terms of reducing the risk of acute exacerbations.
19    Q.    Would those greater reductions in acute exacerbations
20    have contributed at all to the data supporting Claim 6?
21    A.    Most definitely.
22    Q.    So what would a POSA conclude about whether
23    performing DTX 008 would generate the INCREASE results?
24    A.    Knowing the INCREASE results, knowing the results of
25    the post hoc analysis, a POSA would know that claim -- we
```

1    wouldn't have been able to hit on that very important

2    secondary endpoint that constitutes that claim.

3    Q.    I'm going to shift gears a little bit.

4          Would running the protocol in DTX 8 necessarily

5    and inevitably result in improvement of exercise capacity in

6    PH-ILD patients?

7    A.    We don't know.  You know, for example, with INCREASE,

8    the drop-out rate because this is a sick population was

9    20 percent.  We don't know if they had more severe patients

10   going into the study if more of them might have dropped out,

11   for example.  So we don't know what the end result would be

12   in terms of what was shown in exercise tolerance.

13   Q.    How many, if any, of the patients at INCREASE

14   improved their exercise capacity?

15   A.    How many improved their exercise capacity?

16   Q.    Yes.

17   A.    The majority of them improved their exercise

18   capacity.  There were 22 patients in the study, half and

19   half, I can't give you the exact number, improved their

20   exercise capacity.  But far and away the majority did.

21   Q.    Did all of them?

22   A.    Not all of them, no.

23   Q.    Have you prepared a slide summarizing your inherent

24   anticipation opinion?

25   A.    Yes, I have.

1    Q.    Can we go to slide 4, please.

2          In the INCREASE trial when patients were

3    administered inhaled treprostinil, what happened to their

4    exercise capacity?

5    A.    The majority improved their exercise capacity, but

6    there were certainly patients who did not and there were

7    some patients who actually got worse as well.

8    Q.    Can you turn in your binder to PTX 147, which is

9    already admitted, and let's go to Table 2 on page 8.

10         About halfway down the table, you see the

11   endpoint stating decrease in six-minute walk distance of

12   greater than 16 percent of baseline?

13   A.    Yes, I see it.

14   Q.    How many PH-ILD patients didn't improve their

15   exercise capacity as measured by increases in their

16   six-minute walk distance?

17   A.    If you regard a greater-than-15-percent decrease as

18   clinically meaningful for an individual patient, that would

19   be 13 patients or 8 percent of the population.

20   Q.    Can you turn to PTX 395 in your binder, please.

21         Can you tell me what this document is.

22   A.    Can you repeat that.

23   Q.    Can you tell me what this document is.

24   A.    This is -- this looks like the report out of the

25   INCREASE study.

1    Q.    Did you review this document in forming your opinions

2    in this case?

3    A.    Yes, I did.

4              MR. JACKSON:  Move to admit PTX 395.

5              MR. DAVIES:  No objection, Your Honor.

6              THE COURT:  Admitted without objection.

7              (Thereupon, Plaintiff's Exhibit PTX 395 was

8    admitted.)

9    BY MR. JACKSON:

10   Q.    Can you take a look at pages 63 and 73.  How many

11   placebo patients improved their exercise capacity as

12   measured by increases in six-minute walk distance?

13   A.    All right.  Give me a second here.

14             So looking at Table 11.3 to start -- and this is

15   16 weeks and change from baseline -- we can see the placebo

16   group went down by 38.8 meters.  And then we have the

17   interquartile range, meaning that 50 percent of the patients

18   sat between minus 73 meters and plus 19 meters, so we know a

19   quarter of the patients in the placebo arm had a change in

20   the six-minute walk distance of 19 meters or more.

21   Q.    So a quarter of the placebo arm improved their walk

22   distance by 19 meters or more; is that correct?

23   A.    That's correct.

24   Q.    At which weeks were these placebo patient

25   improvements collected?

1    A.    The one that I'm talking about is at week 16.

2    Q.    In the INCREASE trial, was it necessarily and

3    inevitably the case that patients improved their exercise

4    capacity if they took treprostinil?

5    A.    No, it wasn't necessary and inevitable because there

6    were some that didn't.

7    Q.    So if someone implemented DTX 008, the DTX 008 study

8    design, would patients necessarily and inevitably improve

9    their exercise capacity?

10   A.    No, they would not.

11              MR. JACKSON:  Let's go back to slide -- your

12   slide 7 -- 4.

13   BY MR. JACKSON:

14   Q.    Does DTX 008 inherently anticipate Claims 5, 6, 9, or

15   17 of the patent?

16   A.    It doesn't necessarily anticipate any of these.

17   Q.    And why not?

18   A.    Because it's a different study, different population.

19   And none of these are necessarily and inevitably foretold by

20   the prior protocol.

21   Q.    I want to shift gears now to your opinions about

22   obviousness over Faria-Urbina in view of the '793 patent and

23   Saggar 2014.

24              Did you prepare a slide on that issue?

25   A.    Yes, I did.

 1              MR. JACKSON:  Can we go to slide 6, please.

 2   BY MR. JACKSON:

 3   Q.      At a high level, what are your opinions about

 4   obviousness based on those three references?

 5   A.      It's not obvious at all based on any of these

 6   references or combinations of these references.  A POSA

 7   would have absolutely no motivation to combine them or even

 8   think about combining them.  And they do not provide any

 9   expectation of success.  And, you know, there's objective

10   evidence to -- from these that show that it's not obvious at

11   all.

12   Q.      All right.  Now, we've already discussed your

13   objective evidence.  I think that's what you testified to

14   earlier today.

15   A.      Right.

16   Q.      So let's focus on the first three.

17              Now, before we discuss these three references,

18   have you prepared a slide to demonstrate the state of the

19   field at the time of the priority date of the patent?

20   A.      Yes, I have.

21              MR. JACKSON:  Let's bring back that slide.

22   Yeah.  Sorry, next slide, please.  Yeah.

23   BY MR. JACKSON:

24   Q.      I see you've added -- as compared to what was in your

25   prior testimony about infringement, you've added a dotted

 1    line in red.

 2                  Do you see that?

 3    A.     I do.

 4    Q.     What is that?

 5    A.     That's the priority date of the patent, April 17,

 6    2020.

 7    Q.     So can you please just describe to the Court where

 8    you understand the field was in terms of trying PAH

 9    medications in PH-ILD prior to April 2020?

10    A.     The prevailing, overwhelming feeling was that this

11    wasn't a good idea based on the very well-done negative

12    prior randomized clinical controlled studies.  So there was

13    a lot of skepticism about doing this at all.

14                  I think I mentioned in one of my original

15    testimonies there was a feeling that maybe this was a

16    reactive phenomenon that was needed by the body to

17    compensate and that if we released this pulmonary

18    vasoconstriction through the use of pulmonary vasodilators

19    that maybe we would be doing the patients more harm than

20    good.

21    Q.     But so as of April 2020, you mentioned there are

22    these six to the left.

23                  Do you see that?

24    A.     Yes.

25    Q.     What type of trials were those?

1    A.    These are all double-blind, randomized, clinical

2    controlled studies, placebo-controlled.

3    Q.    And were any of them successful?

4    A.    None of them were successful.

5    Q.    And how large were they?

6    A.    These, for the most part, were quite large.  Most of

7    them contained more than a hundred pages.  The smallest

8    study would be the ACTIVE study with 51, and the Corte study

9    with 60.

10          But most of them were pretty large -- were very

11   large, including the ARTEMIS-IPF, which was just under 500

12   patients.

13   BY MR. JACKSON:

14   Q.    Now, I note in the 2021 inhaled treprostinil INCREASE

15   trial -- or it says -- in the INCREASE trial it says inhaled

16   treprostinil.

17          THE COURT:  Excuse me, Mr. Jackson.

18          MR. JACKSON:  Sorry.

19          THE COURT:  Dr. Nathan, what you said at the

20   end, I didn't quite get that.  Could you say that again?

21          THE WITNESS:  I think the last thing I mentioned

22   was the one study, which was the largest, the ARTEMIS-IPF

23   study was the acronym for it, which had just under 500

24   patients.

25          THE COURT:  ARTEMIS?

 1              THE WITNESS:  ARTEMIS, yes.

 2   BY MR. JACKSON:

 3   Q.      Is that the 2013 ARTEMIS-IPF trial in ambrisentan?

 4   A.      That's correct.

 5   Q.      Now, the INCREASE trial was treprostinil; right?

 6   A.      That's correct.

 7   Q.      What kind of a drug or what class of a drug is

 8   treprostinil?

 9   A.      It belongs to a class of drugs called prostanoids.

10   Q.      Would it be accurately described as an inhaled

11   prostacyclin?

12   A.      That's correct.

13   Q.      Do any of the trials to the left of the red line

14   involve an inhaled prostacyclin to seek to treat PH-ILD?

15   A.      Yes.  The ACTIVE study by Krowka, et al., in 2007 was

16   iloprost, which is also an inhaled prostacyclin.

17   Q.      So that's in the same class of drugs?

18   A.      That is correct.

19   Q.      I think you've spoken a couple of times about the

20   RISE-IIP.

21              Can you remind the Court what study preceded the

22   RISE-IIP study?

23   A.      The RISE-IIP study, really the foundation to do the

24   study was a pilot study by Mario Hoeper that was published

25   in the *European Respiratory Journal*.

1    Q.      Okay.  Can you turn in your binder to Exhibit 436,

2    please.

3                 Do you recognize this document?

4    A.      This is the pilot study by Marius Hoeper, yes.

5    Q.      And did you rely on this in forming your opinions in

6    this case?

7    A.      Yes, I did.

8    Q.      And Hoeper, I think, is H-O-E-P-E-R; correct?

9    A.      Correct.

10                 MR. JACKSON:  Move to admit Exhibit 436.

11                 MR. DAVIES:  No objection, Your Honor.

12                 THE COURT:  Admitted without objection.

13                 (Thereupon, Plaintiff's Exhibit PTX 436 was

14    admitted.)

15   BY MR. JACKSON:

16   Q.      Was this pilot study for -- in the article by

17   Dr. Hoeper successful?

18   A.      It was a successful study.

19   Q.      It was, yes?

20   A.      It was.  It showed benefit in terms of improving the

21   hemodynamics as well as benefit in terms of improving

22   exercise capacity as measured by the six-minute walk test.

23   Q.      And this was the study that justified the RISE-IIP?

24   A.      That's correct.

25   Q.      Was RISE-IIP successful?

1    A.    It was not.

2    Q.    What would a POSA have learned from RISE-IIP and its

3    pilot study about the predictability of pilot studies in

4    using Group 1 therapies to treat PH-ILD?

5    A.    That you cannot rely on pilot studies at all.

6    Q.    When you were asked to be on the INCREASE steering

7    committee, what were your views regarding whether INCREASE

8    would be successful?

9    A.    I was skeptical, to be quite honest.  Didn't deter me

10   from being involved.  I had just -- I was the chair of the

11   steering committee for the RISE-IIP study, and it was very

12   disappointing to be involved with that, to be very

13   instrumental in the design of the protocol and implementing

14   it.

15        And then I was the one that got a call from the

16   chair of the dataset monitoring committee telling me that we

17   had to stop the study.  So it was extremely disappointing.

18   And under this, when I got asked, I welcomed the opportunity

19   and I appreciated the fact that United Therapeutics, despite

20   these negative studies, especially RISE-IIP, were still

21   prepared to go to after PH-ILD with their drug and

22   formulation.

23   Q.    Did you hear Dr. Channick testify that none of these

24   trials involved inhaled treprostinil?

25   A.    I did.

1  Q.    And that's one of the reasons why he thought these

2  shouldn't be relied upon?

3  A.    I heard him say that, yes.

4  Q.    Do you agree with his testimony?

5  A.    I disagree.

6  Q.    And why is that?

7  A.    Because all of these drugs work the same.  They

8  are -- no matter how you give them, inhaled, oral, IV,

9  sub-Q, they all dilate the pulmonary vasculature, albeit

10  through different mechanisms.

11        So just the concept that dilating the pulmonary

12  vasculature in patients with intrinsic interstitial lung

13  disease, to me, it doesn't really matter which drug or how.

14  It's the final pathway of dilating the vasculature that's

15  most important, and they all shared that in common.

16  Q.    Now, I believe that the -- one of the references that

17  Liquidia is relying on here is Faria-Urbina.

18        Can you turn to -- I believe it's been admitted

19  as 348 and 505, with the main document and the supplement as

20  two separate exhibits.

21        MR. JACKSON:  So let's turn to Faria-Urbina

22  2018.

23  BY MR. JACKSON:

24  Q.    Were you aware of Faria-Urbina 2018 as of April 2020?

25  A.    I knew that Aaron Waxman had done some work, but I

1    actually wasn't familiar with the paper that had come out as

2    a result.

3    Q.    When did you become aware of this paper?

4    A.    It was actually just when I was very -- I was

5    instrumental in writing the INCREASE paper that was

6    published in the *New England Journal of Medicine.*

7               And that's when I became aware of it because I

8    believe it's one of the references we used as a basis for

9    doing the study.

10   Q.    And what journal is this -- was this published in?

11   A.    A journal called *Lung.*

12   Q.    And how is *Lung* viewed in the field?

13   A.    It's regarded as a lower-tier type of journal.

14   Q.    Dr. Nathan, earlier we discussed Hoeper, which is

15   PTX 436, that preceded the RISE-IIP study.

16               Where was that published?

17   A.    That was published in the *European Respiratory*

18   *Journal.*

19   Q.    And how was the *European Respiratory Journal* viewed

20   in the industry?

21   A.    I think it was Dr. Hill or Dr. Channick who said it's

22   a very prestigious journal and I agree with him.  It is one

23   of the top-tier pulmonary journals.

24   Q.    So how does the quality of the Hoeper study compare

25   to the quality of Faria-Urbina 2018?

1    A.       It's a much higher-quality study.

2    Q.       What makes it a higher-quality study?

3    A.       It was a prospectus study.  Yes, it was open label.

4    They didn't have a control group, but they decided this is

5    what we're going to do and these are the parameters we're

6    going to collect and then collected all the parameters, so

7    makes a very big difference compared to a retrospective

8    study.

9    Q.       Let's turn to Faria-Urbina page 2 and the method

10   design and study population.  What type of study was this?

11   A.       As I say, single center, retrospective, observational

12   study.

13   Q.       What's a retrospective study?

14   A.       I think there was a very good description earlier by

15   someone.  It might have been Dr. Channick.  When you have an

16   idea and you have data and you go back and you collect the

17   patient demographics, collect what you can, put it together,

18   and apply it to the final endpoint, which in this case was

19   the six-minute walk test.  So it's going back through the

20   charts primarily.  Sometimes you have to go back years,

21   sometimes data is not available.

22            So there are a lot of potential issues with

23   retrospective studies versus prospective, where you decide

24   what you're going to collect.  And typically you have

25   coordinators who collect that data meticulously.

1    Q.      Slow down a little.

2    A.      I'm getting exuberant.

3    Q.      Since this was a retrospective study, what do we know

4    about the original diagnosis of these patients?

5    A.      In my viewpoint, the original diagnosis is uncertain.

6    Q.      But this study identifies them as a Group 3; is that

7    right?

8    A.      That's correct.

9    Q.      And do you know if you have any -- strike that.

10           As of April 2020, how would a POSA know that a

11   patient has pulmonary hypertension?

12   A.      Through the results of the right-heart

13   catheterization and looking at the hemodynamic profile that

14   define pulmonary hypertension.

15   Q.      And how would a POSA know that a patient has

16   interstitial lung disease?

17   A.      The way the diagnosis of interstitial lung disease is

18   made is more complicated.  If you go to ATS ERS guidelines

19   for the diagnosis of interstitial lung disease, there are

20   steps involved.  You have to take a good history, do a

21   physical exam, do certain lab work, look at the HRCT, the

22   CAT scan of the chest.

23           And what is strongly recommended is a

24   multidisciplinary approach, which is the clinician looks at

25   the HRCT together with the radiologist to make a diagnosis

 1    decision.  If they don't have a diagnosis, should we do a

 2    lung biopsy.  That's what our governing bodies recommend.

 3                And I think that is what tempered my answer

 4    earlier in terms of the experts making a diagnosis of ILD.

 5    If they have the data, yes, they can make the diagnosis in

 6    the context of a multidisciplinary discussion.

 7    Q.    And how would --

 8                THE COURT:  In the retrospective study, don't

 9    all these patients have charts where there's the doctors who

10    were treating them at the time and gave them a diagnosis?

11                THE WITNESS:  They do sometimes.  But, Your

12    Honor, this is one of the lessons that I learned personally

13    from RISE-IIP.  When we designed RISE-IIP, I said we don't

14    need to collect the CTs because everybody has ILD and

15    everybody knows how to diagnose ILD.

16                When RISE-IIP was a negative study, we got

17    contacted by the EMA, the FDA equivalent in Europe.  And

18    they said you need to do a deep dive into this data to find

19    out why there were more mortality events.

20                So the sponsor, which was Bayer in Germany, flew

21    me out, and I was there with two chest radiologists and we

22    got as many of the CAT scans as we could from the 120, 130

23    patients.  We looked at those CAT scans and I was amazed

24    because some of them clearly didn't have ILD.  Some of them

25    had COPD.  We had trusted the principal investigators could

 1    make a diagnosis of ILD.  But apparently, they couldn't.

 2    They were putting in patients who shouldn't have been in the

 3    study.

 4              And that was a lesson I took forward to the

 5    INCREASE study so that when I was involved in the design of

 6    the INCREASE study, I was insistent that we collect all the

 7    HRCTs and I personally looked at those HRCTs myself to make

 8    sure we were enrolling the right patient population.

 9    BY MR. JACKSON:

10    Q.    So you looked at every one of the CT scans for the

11    patients being enrolled in INCREASE to make sure they had

12    ILD?

13    A.    That is correct.

14    Q.    How would a POSA go about assessing whether the

15    patients had PH due at least in part to their lung disease?

16    A.    They would have to make a diagnosis and know that

17    they had interstitial lung disease.

18    Q.    Now, what did in the Faria-Urbina paper -- does it

19    say about the authors and what the authors did to make sure

20    that the PH in those patients was due at least in part to

21    their lung disease?

22    A.    If you go to the methods, I'll highlight what they

23    said.

24              MR. JACKSON:  Can you go to the methods section.

25              THE WITNESS:  It's on that same page, I do

1    believe.  But basically, if you go the prior page, so if you

2    look here, going down a little bit, please.  They say

3    looking at, okay, ILD number 2, like sixth or seventh line

4    up, presence of fibrosis defined as reticular central

5    thickening associated --

6    BY MR. JACKSON:

7    Q.    Let me make sure we're all reading in the same place.

8          In the first full paragraph starting in the

9    third line, it has a number 2 with ILD; correct?

10   A.    Correct.

11   Q.    That's where you started reading; correct?

12   A.    I'll read it slowly this time.

13   Q.    Let's read it slowly so the court reporter can get

14   it.

15   A.    ILD:  Presence of fibrosis, defined as reticular

16   septal thickening associated with architectural distortion

17   with traction bronchiectasis or honeycombing on HRCT.

18   Q.    Sitting here today, do you know if they reviewed the

19   charts themselves like they did with INCREASE or whether

20   they just reviewed the reports and the material from the

21   other doctors like you did in RISE-IIP Trial?

22   A.    That's exactly the point.  We don't know if they just

23   looked at the reports from the radiologist.  The reports

24   might have been from an outside hospital.  There's no

25   mention that they looked at the CT themselves to know for

 1    sure these patients had ILD.

 2            There is an entity that hasn't been mentioned

 3    yet called interstitial lung abnormalities.  That's a

 4    precursor to interstitial lung disease.  If you look at the

 5    general population, all of us, and did a CT of all of our

 6    chests, 5 to 10 percent of us would have interstitial lung

 7    abnormalities.  It's not ILD yet.  It might become ILD in

 8    the future.  It's an incidental finding.  We don't know of

 9    these patients described here how many had a little bit of

10    fibrosis and if this was interstitial lung abnormalities.

11            And if you look at hemodynamic profile, to me

12    the population looks more like a Group 1 PAH patient.  And

13    that's why, once again, I said to make a diagnosis of ILD,

14    you need all the information yourself to look at to make a

15    diagnosis of ILD.

16            MR. JACKSON:  Unless Your Honor has --

17            I want to move on to the populations you

18    mentioned.  You mentioned looking at the populations.  Can

19    we go to Figure 1, please.

20    BY MR. JACKSON:

21    Q.    How many patients did the authors start with?

22    A.    Right at the top, 72 patients with pulmonary

23    hypertension treated with inhaled treprostinil.

24    Q.    And at the last box before it breaks out in the

25    branches at the bottom.  How many were actually included in

1    the study results?

2    A.    There were 22.

3    Q.    How many dropped out?

4    A.    A lot.  And I'll point out there were 61 patients

5    with lung disease and they went from 61 patients down to 22.

6    That's almost two-thirds were dropped.  I can do the math.

7    That's 49 -- 39 were dropped.  But I think what's important

8    and I think --

9    Q.    Let me understand.

10          The 39 were dropped.  Why were they dropped?

11   A.    In the box, eight recent hospitalization, one lung

12   transplant -- I'm not going to read them all -- and five

13   treatment and five missing data.  So there were a number of

14   different reasons that they were dropped.  I think the

15   important point around this is these patients were on

16   inhaled treprostinil and they required hospitalization.

17   They required lung transplant.  They required more therapy,

18   so it's quite obvious they were not doing well.

19   Q.    What conclusions would a POSA make concerning the

20   reliability of the study based on how the patients were

21   selected and filtered?

22   A.    They couldn't make a meaningful conclusion because

23   the final 22 analysis group is like saying if you take out

24   all the patients who did poorly, you might have a subgroup

25   of patients who might respond and we'll talk about response

1    after this.  But that's like going to RISE-IIP and saying if

2    you take out the patients who died, the rest are okay.  But

3    you don't do that in the context of a clinical trial.

4    Q.    Focusing on the 22, what types of lung disease did

5    they have?

6    A.    There were three groups:  COPD, combined pulmonary

7    fibrosis with emphysema, or interstitial lung disease.

8    Q.    So let's look at Table 1 on page 4 to look at the

9    baseline hemodynamic data.  What does Faria-Urbina describe

10   about the extent of PH in these patients.

11            MR. JACKSON:  Mr. Smith, can you go to Table 1

12   on page 4.

13            THE WITNESS:  I know that they had significant

14   pulmonary hypertension.  If we go down to the mean pulmonary

15   artery pressure, mean pulmonary artery pressure

16   44 millimeters of mercury.  I think the PVR is below that.

17   The pulmonary vascular resistance was -- average was 7.8

18   Wood units.

19   BY MR. JACKSON:

20   Q.    Let's go slowly.  You're reading the right-heart

21   catheterization section?

22   A.    That is correct.

23   Q.    What part of that section are you reading?

24   A.    The first one I mentioned was the mean pulmonary

25   artery pressure or mPAP, which was 44 millimeters of

1    mercury.

2    Q.      You said the PVR.  What was the PVR you were looking

3    at?

4    A.      PVR expressed in Wood units is 7.8.

5    Q.      What does the 44 number make you conclude about what

6    type of PH they had?

7    A.      These patients all had severe pulmonary hypertension.

8    Q.      And from that data, what would a POSA conclude about

9    whether the PH was due at least in part to the ILD?

10   A.      I think putting this together with the reservations

11   and hesitations about the ILD diagnosis, I don't know that

12   they can make that connection.  Typically when we see

13   pressures this high, we start to think more of patients with

14   Group 1 PAH.

15   Q.      How do these baseline hemodynamics including the Wood

16   units and mPAP score compare to the patient population

17   studies in INCREASE?

18   A.      This is more severe.  As I recall, the average mPAP

19   in INCREASE was 1.738 and the PVR was also quite a bit

20   lower.

21   Q.      Can we turn to Table 2 on page 5, please.

22           What's shown in Table 2?

23   A.      These are the changes in the clinical indices from

24   baseline to follow after treatment with inhaled

25   treprostinil.

1    Q.      How many patients completed this study?  End number

2    there.

3    A.      The end number they analyzed was 22.

4    Q.      How many of those 22 completed pulmonary function

5    testing?

6    A.      There were 16.

7    Q.      Of the 16, how did their pulmonary function testing

8    change over the course of the study?

9    A.      If you look at the FVC, it went down from 67 to 59

10   percent predicted, so that's an 8 percent detriment.

11   Q.      They had a reduction in FVC; is that right?

12   A.      That's correct.

13   Q.      And what would that communicate to a POSA about the

14   effects of inhaled treprostinil here?

15   A.      I would be concerned that you're giving patients who

16   appear to have lung disease of some sort and you might be

17   making them worse by giving them inhaled treprostinil in

18   terms of the lung function.

19   Q.      What does it show in terms of change of percent

20   predicted FVC, that 8 percent change?

21   A.      That was an 8 percent change, as I mentioned, 67 to

22   59.

23   Q.      How many of these patients completed six-minute walk

24   tests?

25   A.      There were 11 that completed six-minute walk test.

1    Q.    11 out of -- what's the total number that's in the

2    study at this point?

3    A.    11 out of 22 or 11 out of 71, which is where they

4    started.  11 out of 22 that were analyzed.

5    Q.    What were the results of the change in six-minute

6    walk distance?

7    A.    Numerically, for those 11 patients, it went up from

8    243 to 308.

9    Q.    Is that for all -- you mentioned it was three

10   different groups of patients; is that right?

11   A.    That's correct.

12   Q.    Is that increase from 243 to 308 for all three or is

13   it for any particular one of these three?

14   A.    It's for all three groups:  COPD, CPFE, and ILD.

15   Q.    Now, does this -- going back to Table 2 for a minute,

16   does it show results for SpO2?

17   A.    Yes, it does.  The SpO2 is --

18   Q.    Hold on.  Let's just make sure we all understand.

19         What is SpO2?

20   A.    SpO2 is oxygen saturation typically obtained at the

21   finger pulse ox.  And finally, SpO2 would be the SpO2 oxygen

22   saturation at the end of the six-minute walk test.

23         And it looks like it went down a little bit from

24   81 to 80 percent.  I would regard that more or less the same

25   for the group as a whole.

 1    Q.      And so what would a POSA conclude from this change

 2    in --

 3    A.      Can I take that back?  I was incorrect in the SpO2.

 4    That's the SpO2 from another test.

 5            From the six-minute walk, it went from 82 to 76.

 6    So that's a 6 percent drop in the SpO2 from the six-minute

 7    walk test.

 8    Q.      Can I approach and give you a laser pointer so that

 9    you can point that out to everybody?

10    A.      I've got one.  I should be using it.

11    Q.      So the SpO2 number, that's your oxygen saturation; is

12    that right?

13    A.      That's correct.

14    Q.      And that's the little thing that people put on their

15    finger during COVID to see how -- whether -- what their

16    oxygenation rate was; right?

17    A.      That's correct.

18    Q.      And that then -- how did that change in the -- in

19    this -- the population in this study?

20    A.      It went down, which is not a good thing.  It went

21    down from 82 at the end of the six-minute walk before they

22    started inhaled treprostinil to 76 after they'd been on

23    inhaled treprostinil.

24    Q.      And so what would a POSA conclude from this change in

25    oxygen saturation?

1    A.    Oh, gosh, maybe they walked a little further, but,

2    gosh, their oxygen level went down.  So I'm really not sure

3    if we're doing anything.  And, you know, you'd be worried

4    about things like we discussed them before, ventilation,

5    perfusion, mismatch.

6             So you can't make anything of the six-minute

7    walk test results based on increasing in the distance at the

8    expense of the oxygen saturation going down.

9    Q.    Okay.  So looking -- considering the change in FVC,

10   the change in the O2, and the change in the six-minute walk

11   distance combined, taking those three things together, what

12   would a POSA be able to conclude from that data about the

13   use of inhaled treprostinil in PH-ILD patients?

14   A.    Very little, in my viewpoint.  I wouldn't even say

15   safe because we had all those patients drop out, patients

16   who were hospitalized, patients who needed more medications.

17            We don't know why those patients were

18   hospitalized, if it was an adverse event from the inhaled

19   treprostinil.  So there's really nothing that can be

20   concluded from this.

21            MR. JACKSON:  Now, can we turn to Table S1 on

22   page 9, please.

23   BY MR. JACKSON:

24   Q.    Now, again, at this point we're thinking about 22

25   patients; right?

Nathan - Direct

1    A.    Yes.

2    Q.    And these are -- do you see the three columns of --

3    columns that are three patients?

4    A.    Yes.

5    Q.    Do we know what happened to the numbers in the other

6    19?

7    A.    We do not.

8    Q.    Now, I want you to focus on the two patients on the

9    right, which are both PH-ILD -- or are both -- say they both

10   have ILD.

11            Do you see that?

12   A.    I do, yeah.

13   Q.    Now, can you look at the mean pulmonary artery

14   pressure numbers for those.

15   A.    They started at 54 and 58.

16   Q.    What do those 54 and 58 numbers tell you?

17   A.    That's really severe.  That, to me, speaks to the

18   fact that these patients likely have Group 1 PAH.  Those are

19   the kind of numbers we see with Group 1 PAH, not what we see

20   with PH-ILD typically.

21   Q.    Now, what was the PVR number?

22   A.    The PVR of those two patients, 8.9 and 15.2.

23   Q.    And it says "WU."

24            What does WU stand for?

25   A.    That's Wood units.  That's how PVR is reported.

1   Q.      And so what is the -- focus especially on the 15.2.

2           What does that number tell you?

3   A.      To me, that's a Group 1 PH patient.  I do not recall

4   in my experience and practice seeing an ILD-PH patient alive

5   with a PVR of 15.2.  They'll usually succumb before they hit

6   those kind of pressures.

7   Q.      Now, what was the Wood's unit cutoff in the INCREASE

8   study?

9   A.      There wasn't an upper limit but --

10  Q.      Well, what was the lower limit?

11  A.      The lower limit was greater than 3.

12  Q.      Was 3?

13  A.      Three, correct.

14  Q.      So what would a POSA conclude from this supplementary

15  table concerning whether these ILD patients in the study had

16  PH that was caused at least in part due to their ILD?

17  A.      I'd be skeptical because this hemodynamic profile

18  looks more like a PAH-type phenotype.

19  Q.      Okay.

20          MR. JACKSON:  Can we turn to Table S3 on page 11

21  and S4 on page 12.

22  BY MR. JACKSON:

23  Q.      What are in these tables?

24  A.      This is from the supplementary material changes in

25  clinical indices from baseline to follow-up after treatment

1    with inhaled treprostinil in ILD patients and then in COPD

2    patients.  So these are the subgroups.

3    Q.    Now, I think we've discussed enough what ILD stands

4    for.

5          Can you explain to the Court what CPFE is?

6    A.    That's when patients really have both emphysema and

7    ILD.  Typically, the emphysema affects the upper regions of

8    the lung where you see bullous disease, or holes in the

9    lung.  And then the fibrosis affects the bottom of the lungs

10   where you see the typical fibrotic changes.

11   Q.    And so let's start with ILD patients in S3.  Can we

12   go there.

13         How many of these completed their clinical

14   assessment?

15   A.    The big number there says nine, so yeah, nine.

16   Q.    And how many completed pulmonary function testing?

17   A.    It looks like seven.

18   Q.    And then how many completed six-minute walk distance

19   testing?

20   A.    Three.

21   Q.    And what were the results for the six-minute walk

22   distance?

23   A.    The six-minute walk distance at baseline 312 went to

24   333, so that looks like an increase of 21 meters.

25   Q.    Was that statistically significant?

1    A.      It was not.

2    Q.      Now, focusing, again, on the saturation, the oxygen

3    saturation I mentioned a minute ago.

4              How did that change?

5    A.      That went down, starting at the baseline of 83

6    percent and at the end of the time period was 80 percent.

7    Q.      So what is the change in -- or what does it mean for

8    the change in oxygen saturation to have gone down?

9    A.      That's generally not a good thing.  I mean, they're

10   desaturating more.  As we say, the gas exchange has been

11   affected and has progressed and they have worsening gas

12   exchange as brought out when they exercise and do the

13   six-minute walk test.

14   Q.      Now, if we look at this table as a whole, again, we

15   start with a clinical assessment of 9 and a six-minute walk

16   test of 3; is that right?

17   A.      That's correct.

18   Q.      What would a POSA have concluded about the number of

19   patients with six-minute walk distance test results versus

20   the total number of patients of this group?

21   A.      It's really a very small number.  Three patients with

22   six-minute walk test is minuscule to draw any conclusions

23   one way or the other.

24   Q.      So let's move to the pulmonary function.

25              THE COURT:  So in a healthy person, if they

 1    exercise, does the oxygen saturation go up, down, or stay

 2    the same?

 3                THE WITNESS:  It pretty much stays the same.

 4                Most normal people start out 97 to 100 and

 5    they'll stay at 97 to 100 at the end of the six-minute walk

 6    test.

 7                MR. JACKSON:  Let's move to the pulmonary

 8    function testing.  Was the pulmonary -- can you show me

 9    where the pulmonary -- is that the seven number?  Keep that

10    slide up, please.

11    BY MR. JACKSON:

12    Q.    What does this pulmonary function test tell a POSA

13    about these patients?

14    A.    If we focus on the forced vital capacity, that went

15    down as well from 53 to 48.  So that's a detriment of around

16    5 percent.

17    Q.    Now I'd like to shift and look at S4.  Can we look at

18    that.

19                How many CPFE patients were in the final

20    population of 22?

21    A.    There were five.

22    Q.    And how many performed pulmonary function testing?

23    A.    There were four.

24    Q.    And then how many performed six-minute walk distance

25    testing?

1    A.    I believe it was three as well.

2    Q.    Now, looking at -- I think you mentioned that ILD --

3    A.    Is this -- this says -- this is ILD; right?  We've

4    done ILD.  Okay.  Are you talking about CPFE?

5    Q.    This is --

6    A.    No, it wasn't -- now it's CPFE, yeah.

7    Q.    I think we're on CPFE.

8    A.    Okay.

9    Q.    I think you mentioned that CPFE and ILD are related;

10   is that right?

11   A.    Yes.  CPFE is a form of ILD.

12   Q.    Okay.  So let's look at the two, at both S3 and S4

13   together.

14         How many total patients performed the six-minute

15   walk distance test?

16   A.    It looks like three plus three equals six.

17   Q.    And how many patients total in that entire group of

18   both who are in the clinical assessment there?

19   A.    Nine plus five would be 14.

20   Q.    Okay.  And so six out of 14 performed this six-minute

21   walk distance test?

22   A.    Correct.

23   Q.    What would a POSA be able to conclude about the

24   improvements in exercise capacity in these patients?

25   A.    Nothing really.  You know, we don't know what

1    happened to the other eight and why they couldn't perform

2    the six-minute walk test and what the six-minute walk test

3    might have been.  So when you lose more than half your

4    population, it's very hard to draw any conclusions.

5    Q.    Now, have you prepared a slide summarizing your

6    opinions regarding Faria-Urbina?

7    A.    Yes, I have.

8          MR. JACKSON:  Could we go to that slide.

9    BY MR. JACKSON:

10    Q.    What are your opinions regarding the Faria-Urbina

11    reference?

12    A.    I would say it's a fatally flawed study, the design,

13    in terms of how they categorized the ILD patients in

14    particular.  And the results are significantly flawed.

15          I think the authors themselves recognize that

16    where they -- in their conclusions where they say that

17    further studies are needed.  I would say the results are

18    hypothesis-generating at best, and that would -- but it's

19    really totally uninformative to the point that I'm not even

20    sure if it's hypothesis-generating, because, once again, we

21    had all those dropouts who were admitted to the hospital.

22          So I don't know.  At this point I would be

23    uncertain about the safety of giving these patients inhaled

24    treprostinil.

25    Q.    Now, you mentioned earlier that there was pessimism

1    in the field as of April 2020.

2                What did Faria-Urbina 2018 do to address that

3    pessimism?

4    A.      I don't think it moved the needle at all.  If you

5    look at all the reviews of all the studies that have been

6    done on tables and reviews and everything, this paper didn't

7    even make the cut in my viewpoint to be in any review, so it

8    didn't move the needle at all.

9    Q.      Were you in the courtroom when Dr. Channick offered

10   his opinions on the paper called Saggar 2014?

11   A.      Yes, I was.

12   Q.      Can you turn to DTX 10 in your binder.  Is this that

13   Saggar 2014 reference?

14   A.      Yes, it is.

15   Q.      What type of study is this?

16   A.      I think that they called it an observational study

17   whereas in truth it was -- they call it open-label

18   prospective analysis.  But it was really -- in my viewpoint,

19   it was really a retrospective paper where they went back and

20   they collated the data.  Their analysis might have been

21   prospective, but they collected data retrospectively once

22   they had included these patients.

23   Q.      How many patients were involved?

24   A.      15.

25   Q.      Now, what drug was used in Saggar 2014?

1   A.      It was mostly intravenous treprostinil.  I think

2   there was one patient on subcutaneous treprostinil, so

3   parenteral prostanoid, which encompasses subcutaneous and

4   intravenous.

5   Q.      Is the product being studied Tyvaso?

6   A.      No, it's not.

7   Q.      What would a POSA be able to conclude about the use

8   of inhaled treprostinil from a study of these 50 patients

9   who received parenteral IV or subcutaneous treprostinil?

10  A.      Nothing.

11  Q.      Why?

12  A.      Given it's inhaled, it's a totally different route.

13  Not only that, you're talking about giving an inhaled drug

14  to patients who have intrinsic lung disease, who have

15  fibrosis, so where the drug goes, how it's distributed,

16  where it's absorbed in the context of the patients who have

17  interstitial lung disease is very different to the more sure

18  form of intravenous or subcutaneous where you know that a

19  certain amount is getting into the bloodstream, so there can

20  be no conclusion drawn about inhaled treprostinil from this.

21  Q.      Now, we've talked about the mPAP score of the

22  Faria-Urbina.  Can you turn to page 6 of this document and

23  see what the average mPAP score for these patients was.

24  A.      As stated here, the subjects had an average mPAP of

25  greater than 25 milliliters of mercury as well as markedly

1    elevated pulmonary vascular resistance.

2    Q.    What does that tell you about the pulmonary

3    hypertension phenotype of these patients?

4    A.    These patients all had severe pulmonary hypertension.

5    Q.    Now let's look at the study -- the results of the

6    study on Table 2 on page 3.  What are the FVC results?

7    A.    The FVC at baseline is 62 percent of predicted and at

8    followup is 63 percent predicted.

9    Q.    It increased by 1 percent; is that right?

10   A.    I'd say the numbers are different for 1 percent.

11   Q.    They're different by 1 percent.  Is that result

12   statistically significant?

13   A.    No, it's not.  The reported p-value is 0.68.

14   Q.    What would a POSA conclude in light of Faria-Urbina

15   2018 and Saggar 2014 about whether FVC is improved in PH-ILD

16   patients following the administration of inhaled

17   treprostinil?

18   A.    Nothing.  In fact, the authors themselves don't

19   comment on it in their results or discussion.

20   Q.    What would a POSA understand concerning whether the

21   use of inhaled treprostinil in PH-ILD patients would improve

22   their FVC in a statistically significant way?

23   A.    There's absolutely no conclusion that can be drawn in

24   that regard from this.

25   Q.    Let's look at the conclusion.  Before I go there, we

 1    looked at -- and you corrected me to say 62 to 63 percent,

 2    so an increase of -- a number or increase by 1 percent?

 3    A.    It's a numeric difference of one.

 4    Q.    What is the clinical significance of a numeric

 5    difference of 1 percent change, a 1 percent in those

 6    numbers?

 7    A.    In a 15-person study, there's no clinical

 8    significance.

 9    Q.    Let's look at DTX 10 and the conclusion on pages 6

10    and 7.  Do you see the sentence starting "these findings"?

11    A.    Yes.

12    Q.    And what does that say?

13    A.    "These findings are only hypothesis-generating and

14    require confirmation in a multicenter, randomized study

15    design."

16    Q.    What would a POSA conclude from the Saggar 2014

17    article?

18    A.    They wouldn't conclude anything.  They would agree

19    with the author's conclusion and say, "That's interesting.

20    Let's wait for the next study and see."

21    Q.    Have you prepared a slide discussing the limitations

22    of Saggar 2014?

23    A.    Yes, I have.

24    Q.    Can we turn to slide 9.  What are the limitations?

25    A.    There's very limited applicability to inhaled

1   treprostinil in PH-ILD when you compare that to intravenous

2   or subcutaneous treprostinil.  It is not informative and the

3   FVC results are, basically, inconsequential.

4   Q.    Now, you mentioned earlier the pessimism in the field

5   as of April 2020.  What did this article do to address that

6   pessimism?

7   A.    It really didn't do anything.  We had all these other

8   much better, higher quality, multicenter, randomized,

9   placebo-controlled studies that suggested that pulmonary

10  vasoactive drugs don't to anything and, in actual fact, can

11  be harmful.

12  Q.    Let's talk about the '793 patent.  That's DTX 2 in

13  your binder.  Can we look at that?

14  A.    Yes.

15           THE COURT:  Mr. Jackson, let's do this.  Let's

16  take a ten-minute break and come back and talk about the

17  '793 patent.

18           MR. JACKSON:  Wonderful, Your Honor.

19           (A recess was taken, after which the following

20  proceedings were had:)

21           THE COURT:  Whenever you're ready, Mr. Jackson.

22  BY MR. JACKSON:

23  Q.    Let's turn to the slide, actually slide 10 of your

24  slide deck.  What issues do you have with this '793 that you

25  highlighted here?

1    A.    There's no mention of improving exercise capacity at

2    all and there's also very limited disclosure regarding dry

3    powder inhalation devices.

4    Q.    How many doses -- in the '793, how many doses were

5    did that discuss?

6    A.    Just one.

7    Q.    And how many doses does the '327 discuss?

8    A.    It discusses using it four times a day.

9    Q.    Over what period?

10   A.    Ongoing.

11   Q.    So the data is from what -- what are the dates?

12   A.    The data is from the INCREASE study, which was

13   16 weeks, versus in the '793 patent it's one acute dose.

14   Q.    What's the patient population in the '793 patent?

15   A.    What it mentions is pulmonary hypertension, so

16   assumedly it includes all five groups of pulmonary

17   hypertension.

18   Q.    What's the patient population in the '327?

19   A.    It's PH-ILD patients.

20   Q.    What disclosures does it make regarding a dry powder

21   inhaler, the '793 patent?

22   A.    It's -- just mentions dry powder inhaler, but there's

23   no -- that's about it.

24   Q.    Does it identify the inhaler type?

25   A.    No, it doesn't.

1   Q.      Beyond it being dry powder, mentioning a dry powder

2   inhaler?

3   A.      I don't recall it mentioning anything specifically

4   about the dry powder formulation.

5   Q.      Did it disclose anything about the formulation at

6   all?

7   A.      No.

8   Q.      Did it disclose any data from use of the dry powder

9   inhaler?

10  A.      No.

11  Q.      Dr. Nathan, have you prepared some slides with

12  respect to your obviousness analysis for each of the

13  asserted claims?

14  A.      Yes, I have.

15  Q.      Can you go to slide 11.  And what are your

16  obviousness -- what are your views on whether each of the

17  claims would be obvious based on the '793 patent?

18  A.      It's not obvious at all based on the '793 patent.

19  Q.      Now, before I move too far off of the prior -- we

20  were previously talking about the Faria-Urbina and Saggar

21  studies.  Were you here in the courtroom today when

22  Dr. Thisted testified?

23  A.      I was.

24  Q.      Do you agree with Dr. Thisted's opinions concerning

25  the importance of well-designed studies to determine a

1    treatment effect?

2    A.    Yes, I do.

3    Q.    Why is that?

4    A.    There are many deficiencies in studies short of

5    randomized control.  You really need that placebo for

6    comparison to know what the patients would do if they didn't

7    get therapy.  That's why when we report the results, the

8    difference is placebo-corrected difference, be it the

9    six-minute walk distance or the FVC.

10   Q.    Do you agree with Dr. Thisted's critique of

11   Faria-Urbina, Saggar 2014, and the '793 patent to determine

12   a treatment effect in PH-ILD patients?

13   A.    Yes, I do.

14   Q.    Let's come back to your claim-by-claim analysis.

15         Would Claim 1 of the '327 patent have been

16   obvious to a POSA based on Faria-Urbina 2018, the '793

17   patent, and Saggar 2014?

18   A.    No, it would not.

19   Q.    Why is that?

20   A.    Because there's nothing in any of those to suggest

21   you're going to get improvement in exercise capacity or

22   tolerance from any one of those three or any combination of

23   those three.

24   Q.    What motivation, if any, would there be to combine

25   the various references?

1    A.    There's really no motivation to combine those.

2    Q.    What expectation of success, if any, would a POSA

3    have?

4    A.    There can be no expectation of success based on

5    those.

6    Q.    Let's look at Claim 5.  That addresses the plasma

7    production of the plasma concentration of NT-proBNP.  Do you

8    see that?

9    A.    I do.

10   Q.    Would Claim 5 have been obvious based on the BNP data

11   reported in Saggar 2014 as well as the hemodynamic and

12   six-minute walk distance data Faria-Urbina 2018 and Saggar

13   2014 and the '793 patent?

14   A.    No, it wouldn't have been obvious at all.

15   Q.    Why not?

16   A.    Only one of those three that mention BNP was the

17   Saggar paper and it's a different formulation of a drug

18   given in a different way.  So there's no guarantee what

19   would happen giving it inhaled.  It doesn't inform what

20   would happen with the NT-proBNP.

21   Q.    Would a POSA be motivated to combine those three

22   references in any way to address the scope of this claim?

23   A.    No, they wouldn't.

24   Q.    Let's look at Claim 6.  Claim 6 is about

25   statistically significant reduction in at least one

1    exacerbation of ILD.  Do you see that?

2    A.    I do.

3    Q.    Would Claim 6 have been obvious based on the

4    information in Faria-Urbina, Saggar 2014, and/or the '793

5    patent?

6    A.    No, not at all.

7    Q.    Why not?

8    A.    The '793 patent just is one dose and nothing beyond

9    that.  No mention of exacerbations.  If anything, arguably,

10   the Faria-Urbina paper would make me worry that inhaled

11   treprostinil would induce an acute exacerbation, not prevent

12   one, based on the patients who were hospitalized once they

13   got the drug.

14          And the Saggar paper doesn't mention anything

15   about acute exacerbations.  You cannot extrapolate one's

16   risk for acute exacerbations based on change in six-minute

17   walk distance.  The two are totally disconnected.

18   Q.    Would a POSA have any motivation to combine those

19   references for that purpose?

20   A.    No, they would not.

21   Q.    Would they have any reasonable expectation of

22   success?

23   A.    No, they would not.

24   Q.    Let's look at Claim 9.  Do you see that?

25   A.    I do.

1    Q.    And that requires a statistically significant

2    improvement in FVC.  Do you see that?

3    A.    I do.

4    Q.    Would Claim 9 have been obvious based on the FVC data

5    reported in Saggar 2014 and/or in the other data reported in

6    Faria-Urbina or the '793 patent?

7    A.    '793 patent doesn't mention FVC.  That 1 percent

8    difference in the number in the Saggar paper is

9    inconsequential.  And, if anything, if you're going to point

10   at a difference in the number, then one has to look at the

11   Faria-Urbina paper where it was, I think, in the ILD

12   population went down by 5 percent.  So arguably, I would be

13   more concerned about doing harm in terms of the FVC than

14   helping the FVC.

15   Q.    Would a POSA have a motivation to combine those three

16   references for that purpose?

17   A.    No, they would not.

18   Q.    Would they have any reasonable expectation of

19   success?

20   A.    No, they would not.

21   Q.    So Claim 14 involves a dry powder inhaler comprising

22   a dry powder comprising treprostinil.  Did you see that?

23   A.    I do.

24   Q.    Would Claim 14 have been obvious to a POSA to create

25   a dry powder formulation of treprostinil capable of

1    improving exercise capacity in PH-ILD patients?

2    A.    No.

3    Q.    Why not?

4    A.    There's only mention of dry powder but there's

5    nothing about the formulation.  This is in the '793 patent

6    which just mentioned it.  Dry powder inhaler wasn't used in

7    Faria-Urbina and it wasn't used in the Saggar paper, so

8    there's absolutely no motivation in either.

9    Q.    Would a POSA know how to formulate a dry powder

10   inhaled version of a treprostinil?

11   A.    No, they would not.

12   Q.    Do you know how to formulate a dry powder version of

13   treprostinil?

14   A.    Unfortunately not.

15   Q.    Do you have any knowledge or experience in dry powder

16   formulation?

17   A.    Formulation?  No.

18   Q.    Would a POSA?

19   A.    No.

20   Q.    Is there anything in either party's definition of a

21   POSA requiring the POSA to know how to formulate a dry

22   powder?

23   A.    No, there is not.

24   Q.    So what other information beyond what's in these

25   references would a POSA need?

1    A.    Well, there's nothing in these references to support

2    any of these claims.  The only -- the INCREASE study,

3    basically, is what these claims embody, so they would need

4    the results of the INCREASE study, except the INCREASE study

5    didn't have anything about a dry powder inhaler.

6    Q.    Now, would a POSA have any motivation to combine

7    these three references to create -- to come up with the dry

8    powder inhaler that's claimed in Claim 14?

9    A.    No, they would not.

10   Q.    Would they have any reasonable expectation of

11   success?

12   A.    They would not.

13   Q.    Let's look at Claim 17.  Do you see it says an

14   increase in six-minute walk distance of at least 10 meters

15   after eight weeks?

16   A.    Yes, I do.

17   Q.    Would that have been obvious based on these three

18   references?

19   A.    It would not.

20   Q.    Why not?

21   A.    '793 didn't have anything about six-minute walk

22   distance, the Saggar paper was intravenous and subcutaneous

23   and it was a very select population of severe pulmonary

24   hypertension, and the Faria-Urbina paper we've gone through

25   in detail already.  And with all the dropouts, there's no --

1    a POSA would not be confident that a patient could achieve

2    that on administration of inhaled treprostinil.

3    Q.    So just to check and make sure I've asked both, would

4    there be any motivation to combine these references to reach

5    Claim 17?

6    A.    No.

7    Q.    Would there be any reasonable expectation of success?

8    A.    No.

9    Q.    I want to shift gears and talk about the prior sale

10   defense Liquidia has identified.  Were you here when

11   Dr. Hill testified about Claims 1, 5, 9 -- the 1, 5, 6, 9,

12   and 17 as a result of his statement about prior sales?

13   A.    I was, yes.

14   Q.    Do you agree with his testimony?

15   A.    I did not.

16   Q.    Did you prepare a slide summarizing your prior sale

17   opinions?

18   A.    I did.

19   Q.    Can we go to slide 14.

20         Were the methods described in Claims 1, 5, 6, 9,

21   and 17 on sale before April 2020?

22   A.    They were not.

23   Q.    How do you know that?

24   A.    I think -- listening to a lot of testimony today, I

25   think it's very clear that Tyvaso was not on sale for this

1    purpose.  If UT sold Tyvaso for this purpose, it's not

2    indicated.  They would be subject to sanction by the FDA.

3    And when we write for Tyvaso prior to INCREASE, there's a

4    specific form where you have to attest to the fact that the

5    patient has Group 1 pulmonary hypertension and then someone

6    checks that box and the physician signs off on it that they

7    have PAH.  So in my viewpoint, Tyvaso was only sold for

8    Group 1 pulmonary arterial hypertension.

9    Q.    Let's take that slowly.  What sales of what product

10   was Dr. Hill relying on for his prior sale opinion?

11   A.    Tyvaso.

12   Q.    What indication was Tyvaso approved for up until the

13   priority date of April 2020?

14   A.    It was only approved for Group 1 pulmonary arterial

15   hypertension.

16   Q.    Was it indicated for PH-ILD?

17   A.    It was not.

18   Q.    Can you go to DTX 357, please.

19         And is this the Tyvaso label as of 2009?

20   A.    Yes, it is.

21   Q.    Could you go to page 4, please.

22         Is there a warnings and precautions section

23   there?

24   A.    There is.

25   Q.    What does this label say about using Tyvaso in

1    patients with significant underlying lung disease?

2    A.     It says that the safety and efficacy of Tyvaso have

3    not been established in patients with significant underlying

4    lung disease, for example, asthma or COPD.

5    Q.     Is ILD a significant underlying lung disease?

6    A.     Yes, it is.

7    Q.     So what method -- what was the method UTC was selling

8    Tyvaso for as of April 2020?

9    A.     They were only selling it for Group 1 pulmonary

10   arterial hypertension.

11   Q.     Was it sold for any other use?

12   A.     They could not.  They would get into trouble and get

13   sanctioned by the FDA for any off-market promotion or sales.

14   Q.     Dr. Nathan, did you prescribe Tyvaso prior to

15   April 17, 2020?

16   A.     I did for Group 1 PAH.

17   Q.     And how did the PAH patients receive the medication?

18   A.     They received it from a specialty pharmacy.

19   Q.     And were your prescriptions known to the public?

20   A.     No, they were not.

21   Q.     Can you tell anyone else about your prescriptions?

22   A.     I cannot give specific information about any

23   prescriptions for specific patients.

24   Q.     Do you have any obligation to keep those

25   prescriptions secret from the public?

1   A.      Yes, I do.

2   Q.      Were you buying and selling Tyvaso yourself?

3   A.      No, I was not.

4   Q.      In your experience, as of the priority date, was it

5   typical for a physician to buy and sell Tyvaso themselves?

6   A.      It was not typical for them to be doing that.

7   Q.      In fact, how would the patient get the Tyvaso?  How

8   would that transaction occur?

9   A.      The physician would talk to the patient, sign off on

10  the prescription.  Because it went through a specialty

11  pharmacy, it wasn't a regular script.  There's specific

12  forms that need to be filled out.  You have to check the

13  boxes, attest to the fact that the patient has Group 1 PAH,

14  send that to the specialty pharmacy, who works on insurance

15  authorization, and then the medication gets shipped by the

16  specialty pharmacy to the patient's house.

17  Q.      In order -- if you wanted to prescribe Tyvaso to a

18  patient, what information would the insurance company need

19  to see in order to reimburse the patient for that

20  transaction or reimburse to pay for the transaction?

21  A.      They would need to verify, amongst many things, that

22  patient had Group 1 pulmonary arterial hypertension.

23  Q.      And what would happen if you did not confirm the

24  patient had Group 1 PAH?

25  A.      It would not be paid for.  In fact, the form included

1    checkmark boxes to rule out the other groups.  Did the

2    patient have ventilation perfusion scan to rule out Group 4?

3    Did they have a right heart catheterization to rule out

4    Group 2?  So they were very specific about ruling out and

5    making sure this was Group 1.

6    Q.    Hypothetically, if a physician wanted to prescribe

7    Tyvaso off-label for PH-ILD and get it reimbursed, how would

8    they do that?

9    A.    They would have to check the box that the patient has

10   Group 1 PAH.

11   Q.    In that hypothetical, if a physician is identifying

12   the diagnosis as PAH to obtain insurance coverage, for what

13   condition would the insurance company be purchasing the

14   drug?

15   A.    For Group 1 PAH.

16   Q.    Are you aware of any circumstance prior to the

17   priority date in which a physician reported to insurance

18   company that Tyvaso was being prescribed not for PAH and

19   instead for PH-ILD and the insurance company nonetheless

20   covered it?

21   A.    I'm unaware of any such circumstance.

22   Q.    I'll take a look at some literature related to this.

23   Can we go to PTX 232, please.

24            What is this document?

25   A.    This is -- looks like a review paper titled

1    "Pulmonary Hypertension Complicating Interstitial Lung

2    Disease and COPD."  There are six authors including Rajeev

3    Saggar and Rajan Saggar.

4    Q.    What's the date of this publication?

5    A.    Looks like it's 2013.

6    Q.    And can you go to the PTX at pages 3-4.  If you look

7    at the section entitled "Treatment of PH-Complicated IPF,"

8    do you see that?

9    A.    I do.

10   Q.    Can you read the sentence starting "guidelines"?

11   A.    "Guidelines discourage the use of these agents due to

12   the lack of data demonstrating efficacy and safety concerns.

13   PH-specific therapy may be ineffective for ILD-PH as areas

14   of fibrotic or 'fixed' remodeling may not respond."

15   Q.    That's what's in the paper the Saggar brothers,

16   Dr. Saggar and Dr. Saggar, wrote, among others?

17   A.    That's correct.

18   Q.    Let's turn to page 4 in the last column.  Left

19   column, last paragraph.  Do you see the in summary?

20   A.    I do.

21   Q.    Can you read that sentence?

22   A.    "In summary, the role of medical pharmacotherapy for

23   IPF PH has not been well-studied and remains controversial.

24   Additional studies are required to determine if some subset

25   of IPF patients with PH may benefit from PH-specific

1  therapy."

2  Q.      And again, it's the article by the Saggar brothers?

3  A.      That's correct.

4  Q.      Let's look at another paper, 233 in your binder.

5  What is this document?

6  A.      This is paper is titled "Idiopathic Pulmonary

7  Epidemiology:  Clinical features, prognosis, and

8  management."  There are six authors, all of them out of

9  UCLA, including Rajan Saggar.

10  Q.      Can you -- right on the screen, do you see the date?

11  A.      Yes, I do.  It was published in 2016.

12  Q.      Let's look at page 16 under the role -- under "is

13  there a role."

14  A.      I see it.

15  Q.      Can you read that sentence that starts "The role of

16  PAH"?

17  A.      "The role of PAH-specific agents such as prostacyclin

18  analogs, phosphodiesterase inhibitors, and/or ET1 receptor

19  antagonists is controversial."

20  Q.      Let me pause there for a second.  Is treprostinil a

21  prostacyclin analog?

22  A.      That's correct.

23  Q.      That would be encompassed within that sentence?

24  A.      That's correct.

25  Q.      What does the next sentence read?

1   A.      "Guidelines discourage the use of these agents due to

2   lack of data demonstrating efficacy, safety concerns, and

3   expense.  PAH-specific therapy may worsen oxygenation by

4   reversing hypoxemic vasoconstriction and increase shunting

5   or V/Q inequality."

6   Q.      Let's look at PTX 234 which is also in your binder.

7   What is this document?

8   A.      This looks like another review paper published in

9   2018 titled "Pulmonary Hypertension Related to COPD and

10  Diffuse Parenchymal Lung Disease:  A focus on right

11  ventricular dysfunction."

12  Q.      Who are the authors?

13  A.      The authors are six.  The last two authors are Rajeev

14  Saggar and Rajan Saggar.

15  Q.      Look at the last sentence starting with "available

16  data."

17  A.      "Available data suggests that the impact of

18  PH-specific therapy in COPD and DPLD is limited and survival

19  is poor despite attempted treatment."

20          And DPLD does encompass ILD.

21  Q.      Thank you.

22          Now, I want to shift gears, still within the

23  offer for sale.  Even if Tyvaso is used experimentally to

24  treat PH-ILD prior to the priority date, do you have any

25  opinion about whether or not that means the claimed method

1    was on sale?

2    A.    No, because we don't know what it does.  We don't

3    know specifically prior to INCREASE that it would increase

4    exercise capacity.

5    Q.    Did you prepare a slide on this?

6    A.    I did.

7    Q.    Can we go to slide 15, please.

8          Let's -- what is your opinion, if any, about

9    whether any off-label use of Tyvaso constitutes the sale of

10   the claimed methods of Claim 1?

11   A.    Any sales were for PAH, and if it was used off label

12   for PH-ILD, we didn't know or whoever was prescribing it

13   didn't know or couldn't be certain what it would do, so they

14   couldn't know it would improve exercise capacity.

15   Q.    And do you know -- do you have any views about what

16   the actual sales were for?

17   A.    The sales were for pulmonary arterial hypertension,

18   which is Group 1 PH.

19   Q.    Claims 5, 6, 9, and 17 add different elements and

20   factors.  Do you have any understanding or views about

21   whether or not those were on sale prior to the priority

22   date?

23   A.    These would be the same as expressed for Claim 1 for

24   each of those.

25   Q.    Now let's turn to your opinions regarding the next

1    element of prior sales, which is "ready for patenting."  Did

2    you prepare a slide regarding your views on that?

3    A.    I did.

4    Q.    Can we go to slide 17, please.

5              At a high level, can you explain in your opinion

6    whether the invention was ready for patenting prior to the

7    priority date?

8    A.    Yeah.  Basically, there was no reduction to practice

9    and there was no enabling disclosure to make it

10   patent-ready.

11   Q.    So focusing on a reduction to practice first, have

12   you prepared a slide on that element?

13   A.    I have.

14   Q.    Let's go to slide 18.  Dr. Nathan, have the claimed

15   methods been reduced to practice as of the priority date?

16   A.    Through the INCREASE study they have, but that was

17   it.

18   Q.    Apart from the INCREASE study?

19   A.    No, they have not.

20   Q.    Did you know whether the claimed methods would work

21   for their intended purpose?

22   A.    No, we did not.  Prior to INCREASE, we had no idea.

23   Q.    So focusing on Claim 1, you used the words "exercise

24   capacity."  Why do you use the words "exercise capacity"?

25   A.    Exercise capacity is what is reflected by change in

1    the six-minute walk distance with the intervention.

2    Q.    Do you have any -- was there any proof as of -- apart

3    from the data that was going into INCREASE, apart from

4    INCREASE, was there any proof that the claimed invention

5    would work to improve exercise capacity as claimed in

6    Claim 1?

7    A.    No, there was not.

8    Q.    Was there any proof that it would reduce NT-proBNP as

9    claimed in Claim 5?

10   A.    There was not.

11   Q.    Was there any proof that it would create a

12   statistically significant reduction in exacerbations of ILD

13   as claimed in Claim 6?

14   A.    There was none.

15   Q.    Was there any data or proof that it would create

16   statistically significant improvement in FVC?

17   A.    No, there was none.

18   Q.    Was there any data to prove that it would work for

19   its intended purpose for the improvement of the six-minute

20   walk distance of at least 10 meters after eight weeks?

21   A.    No, there was not.

22   Q.    When did you become -- when did you learn or

23   determine that it would work for its intended purpose?

24   A.    Only when I learned the results of the INCREASE

25   study.

1    Q.    Would the off-label use of inhaled treprostinil for

2    PH-ILD have demonstrated that the method worked for its

3    intended purpose?

4    A.    No.

5    Q.    Why not?

6    A.    Because off-label use included patients with

7    pulmonary arterial hypertension by those who were using it.

8    Q.    I'd like you to turn to PTX 250 in your binder.  Do

9    you recognize what this document is?

10   A.    This appears to be Liquidia's PH-ILD advisory board

11   meeting in May of '23.

12   Q.    Can you turn to page -- I think it's 25 -- and look

13   at the attendee list.  Do you see the Frank Rahaghi on the

14   right-hand side?

15   A.    Yes, I do.

16   Q.    Do you know who Dr. Rahaghi is?

17   A.    I know who Dr. Rahaghi is.

18   Q.    Who is he?

19   A.    He's a pulmonologist.  At the time of this meeting,

20   he was a division chief at the Cleveland Clinic in Florida.

21   Q.    Why was he invited to attend the Liquidia advisory

22   board meeting?

23   A.    He's recognized as an expert in PH-ILD.

24   Q.    Do you know what he was invited to discuss when he

25   attended?

1    A.    I believe he was invited to discuss the results of

2    the INCREASE study.

3    Q.    Let's turn to the top of page 7.  Can you do that for

4    me?

5              So what did he present on at this Liquidia

6    advisory board meeting?

7    A.    As stated in the minutes, Dr. Rahaghi reviewed the

8    design, patient demographics, and results of the INCREASE

9    study.

10   Q.    Can you read the next highlighted portion.

11   A.    "Dr. Rahaghi began by noting that several earlier

12   trials evaluating oral PAH therapies to treat known or

13   suspected PH-ILD had failed or been terminated early and

14   then said none of the stuff really worked, so this created a

15   kind of nihilism on the part of the community of ILD

16   physicians."

17   Q.    Now, was this the nihilism he mentioned consistent or

18   inconsistent with your experience?

19   A.    It was consistent with my own experience.

20   Q.    I missed that.  Was it consistent or inconsistent?

21   A.    It was consistent.

22   Q.    And how does that relate to your views or your

23   perspectives prior to INCREASE?

24   A.    There was a lot of skepticism.  I was part of that

25   skepticism, that treating patients with PH-ILD was a worthy

1    endeavor, and I was very concerned about inflicting more

2    harm than potentially helping the patients.

3    Q.    And what do his comments suggest about whether the

4    claimed inventions had been reduced to practice before

5    INCREASE?

6    A.    It had not been reduced to practice prior to

7    INCREASE.

8    Q.    Now I want to shift quickly to enabling disclosures.

9         Have you prepared a slide regarding your

10   opinions on that topic?

11   A.    Yes, I have.

12        MR. JACKSON:  Can we go to slide 19, please.

13   BY MR. JACKSON:

14   Q.    Would any of the prior art we looked at enable the

15   POSA to practice the claimed invention?

16   A.    There was nothing available in the literature to

17   enable a POSA to practice the claimed methods.

18   Q.    Why not?

19   A.    There was just no data to support the use of inhaled

20   treprostinil.  We've been through the Faria-Urbina paper,

21   we've been through the Saggar paper, and for reasons stated

22   already, these prospective studies are really uninformative.

23        And once again, the Faria-Urbina paper with

24   almost two-thirds of the patients with the lung disease

25   being dropped away from the final analysis makes me

1    concerned those patients did not do well.  And they weren't

2    accounted for in the final analysis.

3    Q.    Would any of the prior art enable the POSA to

4    administer inhaled treprostinil to improve exercise capacity

5    in PH-ILD patients as claimed by Claim 1?

6    A.    No.

7    Q.    Would any of the prior art we looked at have enabled

8    the POSA to administer inhaled treprostinil to reduce plasma

9    concentrations of NT-proBNP by at least 200 picograms after

10    8, 12, or 16 weeks in PH-ILD patients as described in

11    Claim 5?

12    A.    No.

13    Q.    Would any of the prior art we've looked at enable the

14    POSA to administer inhaled treprostinil to achieve a

15    statistically significant reduction in at least one

16    exacerbation of interstitial lung disease in PH-ILD patients

17    as described by Claim 6?

18    A.    No.

19    Q.    Would any of the prior art have enabled a POSA to

20    administer inhaled treprostinil to achieve a statistically

21    significant improvement in FVC after 8, 12, or 16 weeks in

22    PH-ILD patients --

23    A.    No.

24    Q.    -- as described in Claim 9?

25    A.    No.

1    Q.    And would any of the prior art have enabled the POSA

2    to administer inhaled treprostinil to increase the

3    six-minute walk distance by at least 10 meters after eight

4    weeks in PH-ILD patients as claimed in Claim 17?

5    A.    No.

6    Q.    Now, Dr. Nathan, in your prior testimony in this

7    case, you discussed your experience working on clinical

8    trials involving PH-ILD.

9              MR. JACKSON:  Can you turn to slide 20.

10   BY MR. JACKSON:

11   Q.    I see a number of boxes are highlighted in yellow.

12   It's changed from the last time we've looked at this slide.

13              What are those highlighting -- what does that

14   highlighting indicate?

15   A.    It means I was involved in some capacity in each of

16   those studies.

17   Q.    And in each of those trials, was the -- what was the

18   medication originally approved for?

19   A.    For the ACTIVE study, it was inhaled iloprost, and I

20   was an investigator in that trial.

21   Q.    So hold on.  Let me just ask.

22              As a general category, what were all these --

23   A.    I'm sorry --

24   Q.    -- approved for?

25   A.    -- I misunderstood.

1          These were all approved for Group 1 pulmonary

2     arterial hypertension.

3     Q.      And what indication were you pursuing in each of

4     these?

5     A.      We were pursuing an indication of PH-ILD.

6     Q.      And the PERFECT trial, that was for COPD; correct?

7     A.      That is correct, that's the one that was COPD-PH.

8     Q.      Now, based on your experience in conducting these

9     types of trials, what's involved in conducting a large

10    randomized clinical trial like RISE-IIP or INCREASE?

11    A.      There's a lot of things involved.  It takes a

12    village.  Really you need a sponsor with deep pockets to

13    sponsor the study, supply the drug.  Not only the drug, but

14    the placebo.  The protocol has to be written and vetted,

15    passed through the IRBs, sent to the FDA to get their

16    approval to proceed with the study.

17          Then you need to go out and get the clinical

18    sites, contract with the clinical sites, in-service the

19    clinical sites, and then get the clinical sites to start

20    enrolling the patients, making sure that the data is

21    collected meticulously, that all of the case report forms

22    are filled out appropriately and meticulously.  They have

23    medical monitors coming to the sites to scrutinize the

24    charts and make sure that everything is done according to

25    plan.

Nathan - Direct

1          Ultimately, all the data is collected.  The data

2     is scrubbed and analyzed for the results to be read out.  So

3     there's a lot of moving parts to all of this.  A commitment

4     on the sponsor's part, the PI, the investigator, the sub PI,

5     the research coordinators.  Many different people are

6     involved for a Phase 3 clinical trial.

7     Q.     And how expensive are trials like RISE-IIP and

8     INCREASE?

9     A.     They're very expensive.  I don't know exactly, but

10    they have to run in the tens of millions of dollars.

11    Q.     So in your experience, before a pharmaceutical

12    company would be willing to undertake the risk and expense

13    of conducting a large Phase 3 trial like you've identified

14    on the slide, what type of data is typically required to

15    justify that type of trial?

16    A.     They need some kind of pilot data or proof of concept

17    that they have a shot at a successful clinical trial.

18    Q.     Now, Dr. Nathan, based on what we've discussed, what

19    would it mean if a generic competitor like Liquidia would be

20    able to evaluate a patent for a new or innovative use of a

21    drug that -- in which the generic competitor were to be

22    relying on pilot studies, outdated trial protocols, and

23    off-label use?

24    A.     It would be a tremendous disincentive for other

25    companies to try and do clinical trials, in particular,

1    inhaled therapies for interstitial lung disease, I would say

2    that Tyvaso has opened the door for more drugs to be studied

3    for patients with interstitial lung disease by an inhaled

4    route.

5            But if a generic or other company comes in and

6    is able to bring their drug to market before there's any

7    ROI, then no company is going to want to develop inhaled

8    therapies for ILD in particular.  So I think it would be bad

9    for patients in particular that more drugs can't be

10   developed for a devastating disease.

11           To me, giving drugs by an inhaled route makes a

12   lot of sense because it's getting drug deposition right to

13   the areas of action.  So that would be my concern.

14           MR. JACKSON:  I don't have any further questions

15   for the witness, and I thank you for your time.

16           THE COURT:  All right.  So we're going to have

17   to stop here.  We'll do the cross-examination of Dr. Nathan

18   tomorrow morning.

19           Is he your last witness?

20           MR. JACKSON:  He is.  I believe Liquidia is

21   going to call or has the right to call, at least,

22   Dr. Ogenstad in response to Dr. Thisted.  So I think we have

23   one more witness after this, Your Honor, and we appreciate

24   your time.

25           THE COURT:  Do you know whether you're actually

1    going to call Dr. Ogenstad?

2               MR. SUKDUANG:  We are speaking with him now, and

3    we have to consult with him to see if Dr. Thisted said

4    anything that he thinks it's worth your time for him to

5    respond to.  We have to consult with him.

6               THE COURT:  Okay.  Well, that's fair enough.

7               So, Dr. Nathan, you get down.  Watch your step.

8               So let's start tomorrow morning at 9:30.  And I

9    would think one way or another we're going to be finished by

10   10:30 or so.

11              MR. SUKDUANG:  By our calculation of time, we

12   have 47 minutes left and they have 20 minutes left, so yes.

13              THE COURT:  Okay.  All right.  So maybe we'll

14   have closing argument at, say, 11:30.

15              MR. SUKDUANG:  That's fine with Liquidia.

16              MR. JACKSON:  At Your Honor's convenience.

17              THE COURT:  Okay.  So --

18              MR. JACKSON:  Can I just propose whenever we end

19   we at least have an hour to --

20              THE COURT:  That's kind of what I was building

21   in there.  Use up every single last minute and we'll start a

22   little bit later.  But I'm optimistic here.

23              So I can't remember.  You know, you all have --

24   actually, I don't even remember.  I assume you've argued in

25   front of me in the prior case, but maybe I'm wrong.

1        MR. JACKSON:  Yes, Your Honor, we have.

2        THE COURT:  But the point is, I don't want a

3   slide-heavy presentation and I don't want you to read your

4   argument to me.  And, you know, I'd like you to talk to me

5   and maybe I'll ask some questions, maybe I won't.  It

6   probably depends somewhat on what you say.

7        And I'm thinking, you know, probably -- don't

8   count on having more than 30 minutes each, okay?

9        MR. SUKDUANG:  Yeah, the pretrial order did

10  that, so I think both sides have already had that

11  understanding.

12       THE COURT:  Okay.  Well, thank you for pointing

13  that out.  All right.  I wanted to make sure of that.

14       Okay.  Is there anything else we need to do

15  tonight?

16       MR. JACKSON:  No, Your Honor.

17       MR. SUKDUANG:  Not from perspective, Your Honor.

18  Not from us, Your Honor.

19       THE COURT:  Okay.  Well, thank you very much.

20  We will be in recess until tomorrow morning at 9:30.

21

22            C E R T I F I C A T E

23       I, Deanna L. Warner, a Registered Professional

24  Reporter, do hereby certify that as such Registered

25  Professional Reporter, I was present at and reported in

Stenotype shorthand the above and foregoing proceedings.

_____

Deanna L. Warner, RPR, CSR
Official Court Reporter
U.S. District Court

'

**'23** [1] - 878:11
**'327** [36] - 565:6, 565:11, 576:22, 585:14, 585:21, 589:19, 590:12, 592:2, 596:22, 619:22, 622:4, 622:20, 622:23, 629:9, 633:8, 643:18, 669:14, 719:13, 726:14, 726:17, 727:1, 727:2, 735:12, 735:21, 794:7, 794:9, 794:14, 797:24, 798:22, 801:9, 803:14, 810:13, 815:4, 859:7, 859:18, 861:15
**'793** [43] - 684:13, 724:2, 724:6, 724:9, 724:12, 724:20, 724:25, 725:2, 725:5, 728:25, 729:3, 729:5, 734:6, 749:22, 749:24, 750:5, 750:10, 750:14, 752:4, 752:17, 753:19, 757:23, 758:8, 815:17, 825:22, 858:12, 858:17, 858:24, 859:4, 859:13, 859:14, 859:21, 860:17, 860:18, 861:11, 861:16, 862:13, 863:4, 863:8, 864:6, 864:7, 865:5, 866:21
**'fixed'** [1] - 872:14
**'so** [1] - 677:19

**0**

**0** [1] - 792:25
**0.0139** [1] - 578:1
**0.05** [2] - 751:14, 799:19
**0.12** [1] - 569:16
**0.2016** [1] - 577:6
**0.3453** [1] - 577:6
**0.4** [1] - 663:4
**0.591** [1] - 569:22
**0.68** [1] - 856:13
**0.687** [1] - 565:1
**0.77** [1] - 577:17

**0001** [1] - 577:1
**0003** [2] - 607:2, 607:7
**0009** [1] - 628:6
**008** [7] - 575:15, 583:23, 584:15, 821:23, 825:7, 825:14
**0348** [1] - 700:6
**0447** [1] - 778:6

**1**

**1** [120] - 564:23, 565:14, 576:25, 577:2, 577:11, 581:9, 582:7, 589:22, 589:25, 590:3, 590:19, 590:22, 593:9, 595:19, 596:22, 597:12, 598:10, 598:13, 598:15, 601:2, 611:3, 611:12, 613:21, 615:17, 618:24, 619:11, 619:22, 621:20, 622:4, 624:1, 624:10, 629:15, 630:3, 631:19, 632:13, 632:17, 632:23, 641:5, 651:7, 651:15, 651:18, 657:10, 657:12, 657:15, 669:24, 676:20, 694:11, 703:4, 703:13, 703:24, 735:21, 735:23, 736:8, 736:11, 744:15, 748:18, 750:6, 751:1, 765:25, 766:7, 766:10, 780:18, 781:9, 783:24, 784:21, 787:17, 790:1, 790:3, 790:13, 794:7, 794:15, 794:19, 794:23, 794:24, 796:24, 808:4, 808:13, 808:15, 808:18, 809:21, 831:4, 839:12, 839:19, 841:8, 841:11, 842:14, 847:18, 847:19, 848:3, 856:9, 856:10, 856:11, 857:2, 857:5, 861:15,
864:7, 867:11, 867:20, 868:5, 868:8, 868:14, 869:9, 869:16, 870:13, 870:22, 870:24, 871:5, 871:10, 871:15, 875:10, 875:18, 875:23, 876:23, 877:6, 881:5, 883:1
**1.07** [2] - 565:15, 577:18
**1.738** [1] - 842:19
**1.79** [1] - 577:17
**1.8** [1] - 577:17
**10** [32] - 565:6, 565:8, 565:14, 574:15, 581:17, 581:24, 608:15, 621:10, 622:16, 645:4, 652:2, 652:4, 653:3, 659:4, 673:13, 677:9, 681:7, 681:14, 700:11, 750:9, 780:20, 783:22, 791:7, 818:7, 839:6, 854:12, 857:9, 858:23, 866:14, 877:20, 882:3
**100** [4] - 770:17, 771:22, 851:4, 851:5
**100-meter** [2] - 663:12, 663:22
**10:30** [1] - 886:10
**11** [20] - 570:3, 674:22, 699:14, 745:8, 745:9, 745:10, 745:15, 746:8, 746:10, 746:14, 746:25, 748:15, 843:25, 844:1, 844:3, 844:4, 844:7, 848:20, 860:15
**11-3** [2] - 692:19, 692:21
**11.3** [1] - 824:14
**11:30** [1] - 886:14
**12** [25] - 569:19, 593:12, 593:15, 593:17, 593:20, 593:25, 594:8, 596:8, 616:1, 629:17, 633:4, 633:19, 634:6, 634:24, 671:2, 672:10, 700:12, 747:24, 800:11, 800:14, 818:24, 819:14, 848:21,
881:10, 881:21
**12-week** [2] - 800:10, 800:23
**120** [1] - 836:22
**1245** [2] - 731:6, 731:10
**1246** [3] - 762:8, 762:15, 762:18
**13** [4] - 668:23, 730:20, 809:21, 823:19
**130** [1] - 836:22
**136** [1] - 605:6
**14** [12] - 571:24, 670:4, 670:17, 685:10, 685:13, 730:20, 852:19, 852:20, 864:21, 864:24, 866:8, 867:19
**147** [1] - 823:8
**15** [9] - 581:10, 590:9, 635:20, 674:22, 675:19, 749:5, 811:17, 854:24, 875:7
**15-minute** [1] - 784:13
**15-person** [1] - 857:7
**15.2** [3] - 847:22, 848:1, 848:5
**16** [41] - 577:13, 578:6, 578:17, 579:1, 579:22, 580:4, 580:10, 581:12, 629:17, 633:4, 633:20, 634:6, 634:24, 652:2, 653:4, 671:2, 672:10, 692:22, 747:24, 792:25, 795:3, 796:21, 797:17, 798:18, 800:3, 800:13, 800:19, 800:21, 801:1, 802:2, 803:22, 811:16, 823:12, 824:15, 825:1, 843:6, 843:7, 859:13, 873:12, 881:10, 881:21
**163** [1] - 693:1
**17** [31] - 568:11, 568:16, 568:24, 622:9, 622:12, 622:20, 624:1, 624:10, 630:3, 632:21, 632:23, 644:23, 644:24, 645:2, 666:5, 669:22, 676:23, 681:4, 736:3,
736:15, 763:17, 825:15, 827:5, 866:13, 867:5, 867:12, 867:21, 869:15, 875:19, 876:4, 882:4
**18** [4] - 593:11, 668:23, 818:21, 876:14
**19** [8] - 693:12, 693:15, 699:15, 824:18, 824:20, 824:22, 847:6, 880:12
**1975** [1] - 587:25
**1977** [1] - 730:16

**2**

**2** [48] - 569:15, 577:9, 578:25, 580:21, 581:10, 581:21, 582:19, 585:14, 585:16, 585:18, 606:17, 606:25, 620:13, 646:22, 659:18, 659:22, 659:24, 688:22, 700:11, 701:8, 703:12, 704:12, 706:5, 708:12, 709:14, 741:24, 742:2, 742:4, 759:18, 782:13, 782:14, 797:2, 797:12, 805:10, 806:8, 807:6, 807:14, 814:10, 823:9, 834:9, 838:3, 838:9, 842:21, 842:22, 844:15, 856:6, 858:12, 871:4
**20** [5] - 581:24, 762:7, 822:9, 882:9, 886:12
**200** [6] - 633:3, 634:5, 671:1, 671:12, 672:10, 881:9
**2002** [1] - 588:4
**2007** [2] - 726:25, 829:15
**2009** [14] - 593:8, 597:15, 597:16, 598:7, 601:14, 603:2, 603:4, 603:6, 603:16, 640:11, 641:3, 649:24, 727:17, 868:19
**201** [1] - 613:23
**2012** [1] - 776:2
**2013** [5] - 700:19,

700:23, 778:5,
829:3, 872:5
**2014** [34] - 562:14,
562:17, 564:24,
565:18, 566:5,
749:1, 749:3, 749:4,
749:13, 749:14,
750:19, 752:4,
752:17, 753:19,
760:14, 779:25,
783:10, 783:12,
789:23, 815:17,
825:23, 854:10,
854:13, 854:25,
856:15, 857:16,
857:22, 861:11,
861:17, 862:11,
862:13, 863:4, 864:5
**2015** [1] - 637:14
**2016** [13] - 613:12,
631:23, 687:21,
689:8, 700:9,
703:16, 703:17,
704:24, 705:11,
705:12, 706:6,
709:7, 873:11
**2017** [7] - 573:17,
573:20, 690:25,
695:18, 760:3,
788:22, 815:22
**2018** [29] - 569:4,
606:17, 606:25,
610:7, 622:12,
631:23, 658:7,
658:13, 658:17,
662:16, 663:9,
665:24, 699:13,
700:20, 700:23,
753:19, 754:12,
755:3, 755:8,
789:24, 790:19,
832:22, 832:24,
833:25, 854:2,
856:15, 861:16,
862:12, 874:9
**2019** [31] - 602:8,
602:9, 602:21,
606:6, 606:10,
611:16, 612:9,
612:25, 613:15,
618:3, 619:1,
619:10, 619:15,
619:21, 619:23,
622:24, 625:5,
625:10, 625:17,
625:19, 630:8,
634:2, 634:13,
634:22, 695:21,
726:25, 727:17,
761:9, 780:25,

785:6, 786:12
**2020** [78] - 568:11,
568:17, 568:24,
582:11, 582:19,
583:5, 590:16,
590:18, 590:21,
592:2, 592:19,
593:2, 593:7,
595:20, 595:24,
596:14, 597:8,
599:22, 600:15,
600:19, 602:6,
602:10, 602:13,
602:20, 606:4,
637:11, 638:3,
642:24, 643:4,
643:9, 643:11,
643:15, 643:25,
644:3, 644:7,
646:22, 647:7,
650:19, 650:20,
651:17, 672:21,
698:4, 702:14,
702:18, 703:2,
715:19, 716:15,
733:22, 763:5,
763:17, 763:20,
764:10, 765:1,
765:6, 765:18,
766:17, 767:9,
767:19, 768:17,
768:18, 770:3,
774:23, 776:21,
777:20, 779:12,
784:22, 787:16,
827:6, 827:9,
827:21, 832:24,
835:10, 854:1,
858:5, 867:21,
868:13, 869:8,
869:15
**2021** [2] - 793:10,
828:14
**2022** [2] - 575:8,
575:16
**2023** [3] - 588:4,
590:13, 636:24
**2024** [10] - 572:3,
573:2, 636:24,
637:8, 638:1, 638:6,
638:18, 699:14,
700:10, 821:3
**2025** [8] - 560:13,
614:6, 615:16,
636:10, 636:20,
636:22, 638:7,
638:13
**203** [1] - 673:13
**204** [1] - 675:18
**21** [2] - 621:11, 849:24

**22** [15] - 744:19,
744:21, 745:7,
812:23, 822:18,
840:2, 840:5,
840:23, 841:4,
843:3, 843:4, 844:3,
844:4, 846:24,
851:20
**22.98** [2] - 795:15,
795:20
**222** [3] - 668:23,
668:24
**23** [1] - 666:5
**23-CV-975-RGA** [1] -
560:5
**232** [1] - 871:23
**233** [1] - 873:4
**234** [1] - 874:6
**24** [1] - 581:9
**243** [2] - 844:8, 844:12
**247** [1] - 666:5
**249** [4] - 582:21,
646:20, 680:12,
715:15
**25** [7] - 581:14,
693:13, 704:1,
817:15, 819:20,
855:25, 878:12
**250** [1] - 878:8
**253** [2] - 709:13,
709:14
**25th** [1] - 560:12
**28-day** [1] - 644:12
**28.47** [1] - 795:14
**2nd** [1] - 658:7

## 3

**3** [110] - 573:14,
574:17, 580:1,
583:2, 583:7, 596:8,
606:12, 609:18,
609:23, 610:1,
611:12, 624:6,
624:8, 631:9,
637:16, 641:7,
647:25, 648:10,
658:5, 658:23,
659:8, 659:23,
659:24, 659:25,
660:7, 660:9,
660:15, 661:19,
661:20, 662:4,
664:5, 664:6, 664:8,
664:18, 665:12,
673:10, 673:18,
674:4, 674:11,
674:17, 674:24,
675:16, 675:21,

677:5, 677:18,
680:15, 680:22,
688:5, 688:8,
688:10, 688:12,
688:19, 694:13,
700:5, 701:14,
704:2, 704:12,
708:17, 708:19,
709:2, 716:9,
716:16, 741:21,
741:24, 742:4,
742:7, 743:1, 743:3,
743:15, 746:19,
747:12, 754:15,
756:22, 765:25,
766:6, 766:11,
768:10, 782:11,
782:17, 783:25,
784:3, 784:21,
790:1, 790:8,
790:11, 790:15,
790:17, 794:15,
797:22, 797:24,
797:25, 805:10,
806:8, 807:4,
807:14, 814:10,
817:16, 819:25,
820:10, 820:21,
821:5, 821:11,
821:14, 835:6,
848:11, 848:12,
850:16, 856:6,
884:6, 884:13
**3-4** [1] - 872:6
**30** [8] - 575:16, 715:2,
731:1, 798:6, 814:9,
817:13, 819:19,
887:8
**308** [2] - 844:8, 844:12
**312** [1] - 849:23
**326** [1] - 695:19
**333** [1] - 849:24
**348** [3] - 620:4, 620:5,
832:19
**35** [4] - 577:1, 700:12,
794:19, 797:3
**357** [1] - 868:18
**363** [3] - 630:16,
635:6, 635:11
**38** [1] - 812:9
**38.8** [1] - 824:16
**39** [2] - 840:7, 840:10
**395** [6] - 692:4,
692:12, 692:16,
823:20, 824:4, 824:7

## 4

**4** [26] - 581:11, 614:20,
708:23, 715:20,

750:7, 771:24,
772:3, 773:1, 773:3,
781:9, 812:9,
812:10, 817:12,
819:23, 820:10,
820:21, 821:5,
821:11, 821:14,
823:1, 825:12,
841:8, 841:12,
868:21, 871:2,
872:18
**4.12** [1] - 809:6
**4.15** [2] - 807:1,
807:21
**4.3** [1] - 591:16
**4.4** [1] - 592:9
**4.5** [3] - 618:10, 620:1,
681:5
**4.6** [5] - 618:21, 622:7,
629:12, 630:22,
676:15
**40** [6] - 663:17, 665:1,
700:13, 731:22,
797:13, 814:9
**401** [4] - 817:3, 817:7,
818:19, 819:16
**407** [4] - 571:20,
571:24, 583:22,
584:14
**414** [1] - 570:6
**43** [4] - 581:22, 637:6,
638:16, 638:18
**436** [4] - 830:1,
830:10, 830:13,
833:15
**44** [4] - 565:14,
841:16, 841:25,
842:5
**45** [2] - 581:17, 587:23
**46** [1] - 638:19
**47** [1] - 886:12
**48** [2] - 570:5, 851:15
**49** [1] - 840:7

## 5

**5** [38] - 581:24, 630:5,
630:8, 630:12,
631:1, 631:6,
631:16, 631:19,
632:23, 633:1,
633:7, 633:23,
635:15, 661:4,
669:22, 670:25,
700:11, 703:12,
736:3, 736:12,
739:13, 771:21,
772:3, 782:12,
825:14, 839:6,

842:21, 851:16,
862:6, 862:10,
864:12, 867:11,
867:20, 875:19,
877:9, 881:11
**5.49** [2] - 795:15,
795:19
**50** [12] - 590:1, 616:5,
626:11, 693:10,
730:25, 741:23,
755:23, 777:11,
824:17, 855:8
**500** [3] - 626:1,
828:11, 828:23
**505** [2] - 620:20,
832:19
**507** [2] - 740:10,
740:15
**51** [2] - 709:15, 828:8
**510** [2] - 740:10,
740:16
**518** [6] - 569:10,
569:19, 570:3,
583:22, 584:14,
788:18
**52** [1] - 793:1
**52(c** [3] - 684:9,
685:17, 685:22
**53** [2] - 570:5, 851:15
**54** [2] - 847:15, 847:16
**55** [1] - 621:13
**58** [2] - 847:15, 847:16
**59** [3] - 569:15, 843:9,
843:22

---

## 6

**6** [39] - 590:11, 593:10,
630:5, 630:8,
630:12, 631:1,
631:6, 631:16,
631:19, 632:23,
633:11, 633:15,
634:16, 635:15,
661:1, 661:9,
669:22, 673:13,
700:10, 716:6,
736:3, 736:13,
818:12, 818:14,
818:17, 821:20,
825:14, 826:1,
845:6, 855:22,
857:9, 862:24,
863:3, 867:11,
867:20, 875:19,
877:13, 881:17
**60** [1] - 828:9
**61** [7] - 744:17,
744:19, 745:19,

748:10, 755:23,
840:4, 840:5
**61-patient** [1] - 743:13
**618** [3] - 587:1, 587:6,
587:9
**62** [2] - 856:7, 857:1
**63** [4] - 692:19,
824:10, 856:8, 857:1
**67** [3] - 569:15, 843:9,
843:21
**6A** [1] - 560:12

---

## 7

**7** [10] - 573:19, 574:12,
675:18, 747:15,
783:15, 783:21,
783:22, 825:12,
857:10, 879:3
**7.8** [2] - 841:17, 842:4
**71** [3] - 700:4, 700:5,
844:3
**72** [1] - 839:22
**720** [2] - 719:23,
726:22
**728** [1] - 788:16
**73** [3] - 693:12,
824:10, 824:18
**744** [3] - 786:8,
786:20, 786:23
**75** [3] - 569:20, 652:2,
653:3
**759** [2] - 780:4, 780:7
**76** [2] - 845:5, 845:22
**768** [3] - 784:24,
785:10, 785:13
**783** [4] - 573:19,
583:22, 584:4, 782:6
**784** [2] - 776:6, 776:9
**794** [2] - 780:4, 780:6

---

## 8

**8** [45] - 577:13, 578:6,
578:16, 579:22,
580:10, 581:12,
629:17, 633:3,
633:19, 634:6,
634:24, 658:13,
658:17, 671:1,
672:10, 747:24,
792:24, 795:3,
796:21, 797:17,
798:18, 800:3,
800:13, 800:19,
800:20, 800:25,
816:16, 816:25,
817:2, 817:7, 818:8,
818:10, 819:14,

819:16, 819:17,
819:23, 820:2,
822:4, 823:9,
823:19, 843:10,
843:20, 843:21,
881:10, 881:21
**8.7** [1] - 570:23
**8.9** [1] - 847:22
**80** [10] - 569:20,
637:15, 704:1,
771:25, 772:2,
772:3, 772:4, 773:2,
844:24, 850:6
**80-patient** [1] - 703:8
**81** [1] - 844:24
**82** [2] - 845:5, 845:21
**83** [1] - 850:5
**84** [1] - 793:1
**861** [2] - 582:18,
646:7, 646:10

---

## 9

**9** [58] - 576:17, 576:22,
593:12, 596:8,
607:18, 628:20,
629:12, 629:14,
629:15, 630:5,
630:9, 630:12,
631:1, 631:6,
631:16, 631:19,
632:23, 633:17,
633:21, 634:25,
635:5, 635:7,
635:10, 635:15,
648:3, 669:22,
680:15, 685:19,
736:3, 736:14,
763:6, 793:13,
793:19, 793:22,
794:1, 800:9, 802:7,
802:8, 804:2, 805:8,
805:16, 807:13,
807:16, 811:1,
811:4, 811:5,
825:14, 846:22,
850:15, 857:24,
863:24, 864:4,
867:11, 867:20,
875:19, 881:24
**97** [2] - 851:4, 851:5
**9:00** [1] - 710:20
**9:30** [2] - 886:8,
887:20

---

## A

**A-M-B-R-I-S-E-N-T-A
-N** [1] - 778:22

**a/the** [1] - 632:7
**Aaron** [3] - 654:2,
654:5, 832:25
**ab** [1] - 564:8
**abbreviating** [1] -
764:23
**ability** [9] - 594:19,
599:12, 611:3,
612:19, 659:16,
677:17, 677:18,
678:14, 715:11
**able** [24] - 564:20,
566:24, 595:9,
599:11, 600:7,
603:5, 604:20,
609:17, 629:19,
660:6, 680:1,
691:19, 756:13,
773:18, 790:4,
801:18, 802:13,
803:25, 822:1,
846:12, 852:23,
855:7, 884:20, 885:6
**abnormalities** [4] -
604:22, 839:3,
839:7, 839:10
**absolute** [32] - 770:5,
770:9, 770:10,
770:20, 771:21,
771:24, 773:22,
774:5, 794:3, 795:1,
795:17, 797:16,
798:17, 799:3,
800:16, 801:19,
801:22, 801:25,
802:1, 802:16,
803:3, 803:21,
804:8, 804:19,
805:9, 805:18,
806:18, 807:22,
808:6, 808:13,
808:18, 811:6
**absolutely** [8] -
691:25, 697:7,
697:22, 707:15,
756:23, 826:7,
856:23, 865:8
**absorbed** [1] - 855:16
**abstract** [1] - 614:20
**academia** [1] - 717:23
**academic** [3] - 730:17,
761:2, 764:17
**acceptable** [3] -
580:23, 580:24,
590:10
**accepted** [1] - 597:21
**access** [6] - 640:20,
640:23, 640:24,
696:1, 696:2, 696:4
**accompanied** [2] -

801:24, 804:18
**accompanying** [1] -
785:3
**according** [4] -
596:15, 671:16,
672:7, 883:24
**accordingly** [1] -
594:3
**account** [3] - 620:14,
741:8, 770:13
**accounted** [1] - 881:2
**accounts** [6] - 734:1,
740:4, 740:5,
740:18, 740:23,
801:13
**accurate** [6] - 576:3,
577:24, 652:22,
668:2, 763:23, 802:9
**accurately** [3] -
646:25, 762:12,
829:10
**acetylcysteine** [1] -
776:15
**achieve** [5] - 634:4,
819:7, 867:1,
881:14, 881:20
**achieved** [3] - 632:18,
634:15, 634:23
**acknowledged** [1] -
611:25
**acronym** [1] - 828:23
**act** [1] - 752:1
**acting** [2] - 567:16,
585:9
**action** [1] - 885:13
**ACTIVE** [11] - 570:8,
570:17, 571:2,
571:8, 713:20,
720:12, 720:14,
720:25, 828:8,
829:15, 882:19
**active** [6] - 563:12,
564:7, 567:14,
698:23, 713:25,
727:10
**activities** [2] - 715:12,
769:17
**actor** [1] - 798:11
**actual** [8] - 577:17,
580:4, 623:16,
799:6, 817:2,
817:14, 858:10,
875:16
**acute** [10] - 752:6,
752:9, 821:13,
821:16, 821:18,
821:19, 859:13,
863:11, 863:15,
863:16
**ADAM** [1] - 560:24

**Adam** [1] - 729:15
**add** [1] - 875:19
**added** [2] - 650:13, 737:24, 740:4, 740:5, 826:24, 826:25
**addition** [17] - 589:2, 598:20, 606:8, 647:16, 657:16, 669:24, 703:18, 705:22, 705:25, 727:25, 730:19, 731:20, 736:10, 737:20, 745:1, 748:17, 803:2
**additional** [14] - 566:6, 690:9, 702:10, 703:13, 736:11, 737:20, 737:22, 739:11, 745:2, 748:14, 772:5, 820:13, 821:14, 872:24
**address** [7] - 628:13, 682:4, 682:18, 750:14, 854:2, 858:5, 862:22
**addressed** [1] - 770:19
**addresses** [3] - 705:8, 747:1, 862:6
**addressing** [6] - 592:6, 628:22, 710:21, 763:1, 763:3, 787:23
**adequate** [3] - 804:14, 805:7, 806:3
**adequately** [2] - 576:23, 805:12
**adhere** [1] - 626:11
**administer** [5] - 881:4, 881:8, 881:14, 881:20, 882:2
**administered** [11] - 563:12, 563:13, 671:6, 672:6, 679:22, 701:24, 712:17, 717:16, 749:5, 750:1, 823:3
**administering** [11] - 564:6, 580:22, 581:23, 590:7, 629:17, 633:4, 633:20, 645:2, 645:5, 736:9
**administering..** [1] - 581:25
**administration** [27] - 562:18, 562:23, 563:4, 563:7,

563:13, 563:17, 563:25, 564:1, 564:15, 564:17, 600:23, 619:6, 619:19, 622:18, 650:1, 650:7, 666:1, 666:14, 666:15, 667:12, 667:21, 749:8, 749:14, 818:16, 856:16, 867:2
**Administration** [2] - 733:2, 778:25
**admit** [7] - 762:15, 776:6, 780:4, 785:10, 786:20, 824:4, 830:10
**admits** [1] - 818:11
**admitted** [37] - 584:12, 584:15, 587:10, 607:6, 607:8, 614:15, 614:18, 615:11, 692:15, 692:17, 700:5, 709:14, 731:8, 731:11, 740:13, 740:16, 762:17, 762:19, 776:8, 776:10, 778:6, 780:7, 785:12, 785:14, 786:22, 786:24, 788:17, 788:18, 817:3, 818:19, 823:9, 824:6, 824:8, 830:12, 830:14, 832:18, 853:21
**adopts** [1] - 764:6
**adult** [3] - 771:7, 772:25, 773:4
**advance** [1] - 761:24
**Advanced** [1] - 761:21
**advantages** [1] - 585:13
**adverse** [7] - 594:3, 594:4, 676:4, 698:17, 743:8, 747:4, 846:18
**advertisement** [1] - 643:16
**advice** [1] - 576:8
**advisors** [1] - 715:20
**advisory** [3] - 878:10, 878:21, 879:6
**affairs** [1] - 732:25
**affect** [1] - 744:13
**affected** [1] - 850:11
**affects** [3] - 717:13, 849:7, 849:9
**affirmation** [1] - 700:1

**afternoon** [18] - 687:8, 687:9, 699:7, 699:8, 709:22, 710:2, 729:15, 730:6, 730:7, 730:12, 753:7, 758:17, 758:24, 759:8, 759:10, 783:17, 805:3, 805:4
**Agarwal** [4] - 566:4, 753:25, 754:6, 755:2
**age** [3] - 770:15, 771:8, 801:17
**agent** [4] - 627:4, 680:2, 717:13
**agents** [6] - 574:17, 784:3, 787:20, 872:11, 873:17, 874:1
**aggregation** [1] - 746:13
**aggressive** [1] - 701:5
**ago** [3] - 589:5, 805:25, 850:3
**agree** [57] - 563:23, 568:14, 574:10, 577:9, 577:12, 577:25, 581:7, 612:11, 617:7, 626:4, 642:19, 644:2, 644:6, 651:17, 651:20, 655:19, 655:20, 655:25, 656:21, 660:1, 662:18, 664:6, 665:3, 665:15, 665:20, 665:24, 666:3, 667:17, 668:7, 668:9, 671:10, 671:20, 674:9, 675:5, 675:24, 708:15, 708:25, 723:8, 723:14, 749:18, 775:14, 788:3, 796:7, 802:20, 803:8, 805:24, 809:10, 815:7, 815:24, 816:2, 820:15, 832:4, 833:22, 857:18, 860:24, 861:10, 867:14
**agreeing** [1] - 667:19
**agreement** [1] - 690:19
**ahead** [10] - 609:16, 678:18, 684:19, 685:4, 685:14, 686:16, 687:5,

740:1, 753:13, 814:20
**aim** [2] - 593:4, 595:10
**air** [1] - 769:11
**al** [1] - 829:15
**albeit** [1] - 832:9
**alive** [1] - 848:4
**alleged** [1] - 723:17
**alleviated** [1] - 791:18
**allocated** [1] - 699:15
**allow** [3] - 605:9, 683:9, 774:4
**allows** [1] - 640:23
**almost** [2] - 840:6, 880:24
**alone** [1] - 698:1
**alternative** [1] - 806:13
**alternatively** [1] - 744:4
**altogether** [1] - 787:13
**alveoli** [1] - 585:10
**amazed** [1] - 836:23
**ambrisentan** [10] - 778:11, 778:17, 778:21, 778:23, 779:1, 779:6, 780:9, 780:12, 780:14, 829:3
**amendment** [1] - 691:5
**American** [3] - 675:14, 675:19, 774:12
**amount** [10] - 580:22, 590:8, 598:11, 599:10, 726:20, 735:25, 741:15, 769:11, 803:18, 855:19
**analog** [1] - 873:21
**analogs** [1] - 873:18
**analogy** [2] - 743:21, 745:21
**analyses** [2] - 820:24, 820:25
**analysis** [36] - 570:2, 572:13, 573:14, 628:9, 628:13, 692:21, 707:23, 732:19, 733:9, 744:20, 745:5, 745:8, 745:18, 746:7, 755:22, 757:24, 764:15, 782:11, 782:16, 782:19, 789:13, 790:17, 793:13, 793:15, 804:2, 810:1, 810:16, 811:2, 821:25,

840:23, 854:18, 854:20, 860:12, 861:14, 880:25, 881:2
**analyze** [6] - 707:20, 731:15, 737:18, 749:22, 763:7, 764:10
**analyzed** [14] - 738:22, 749:1, 755:13, 764:11, 789:10, 806:7, 808:6, 808:24, 811:1, 819:10, 843:3, 844:4, 884:2
**analyzing** [6] - 731:14, 733:6, 733:17, 748:4, 751:18, 751:22
**AND** [1] - 560:2
**ANDREW** [1] - 561:10
**Andrews** [1] - 560:12
**anecdotal** [8] - 733:25, 740:4, 740:5, 740:6, 740:18, 740:23, 741:7, 777:22
**anecdotes** [1] - 740:8
**anesthesia** [1] - 730:14
**anesthesiology** [1] - 732:13
**Angeles** [1] - 774:7
**animal** [1] - 636:8
**animation** [3] - 771:3, 772:10, 772:19
**ANNIE** [1] - 561:8
**anonymized** [1] - 683:13
**answer** [25] - 564:17, 567:19, 567:20, 568:8, 569:2, 575:5, 596:12, 608:7, 608:12, 610:11, 610:18, 611:6, 611:8, 611:13, 659:7, 659:9, 659:10, 659:12, 667:14, 673:19, 674:22, 702:25, 732:21, 743:24, 836:3
**ANSWER** [2] - 666:18, 667:15
**answered** [2] - 732:21, 809:3
**answering** [1] - 609:2
**answers** [2] - 606:5, 610:3
**antagonists** [1] -

873:19
**anticipate** [3] - 630:8, 825:14, 825:16
**anticipated** [3] - 815:21, 815:25, 816:13
**anticipating** [1] - 651:13
**anticipation** [5] - 647:15, 685:19, 815:15, 815:19, 822:24
**anxiety** [2] - 696:25, 697:7
**apart** [3] - 876:18, 877:2, 877:3
**apologize** [3] - 635:5, 723:7, 812:4
**appeal** [4] - 604:7, 604:10, 604:11, 716:11
**appear** [2] - 754:22, 843:16
**APPEARANCES** [1] - 560:15
**appearances** [1] - 561:1
**applicability** [1] - 857:25
**application** [2] - 580:19, 625:14
**applied** [3] - 618:19, 630:11, 790:6
**applies** [1] - 653:8
**apply** [7] - 592:1, 655:12, 671:14, 682:10, 708:19, 733:17, 834:18
**applying** [4] - 562:25, 590:16, 736:21
**appointment** [1] - 761:7
**appointments** [1] - 761:2
**appreciate** [5] - 635:17, 686:12, 719:16, 811:12, 885:23
**appreciated** [1] - 831:19
**approach** [10] - 586:8, 638:22, 687:23, 699:17, 715:7, 729:18, 806:13, 814:17, 835:24, 845:8
**approaches** [1] - 616:3
**appropriate** [5] - 609:6, 722:25,

723:5, 723:11, 736:23
**appropriately** [1] - 883:22
**approval** [22] - 583:1, 583:7, 593:9, 597:12, 598:2, 598:10, 604:23, 617:13, 617:24, 624:15, 640:8, 640:12, 648:9, 680:21, 681:1, 690:2, 690:22, 715:3, 715:4, 717:24, 733:10, 883:16
**approvals** [1] - 617:17
**approved** [40] - 570:23, 576:7, 597:16, 600:18, 601:14, 601:16, 601:21, 602:1, 608:24, 614:25, 615:14, 615:15, 615:19, 615:23, 627:5, 636:22, 641:1, 641:3, 642:17, 647:14, 661:13, 672:24, 694:11, 701:17, 702:1, 709:3, 714:10, 714:14, 718:10, 748:18, 765:19, 779:4, 779:12, 781:8, 781:9, 868:12, 868:14, 882:18, 886:24, 883:1
**approving** [1] - 604:8
**April** [87] - 568:11, 568:16, 568:24, 590:16, 590:18, 592:2, 592:19, 593:2, 593:7, 595:20, 595:24, 597:8, 599:22, 600:15, 600:19, 602:6, 602:8, 602:9, 602:10, 602:13, 602:20, 606:4, 606:6, 606:10, 611:16, 612:9, 612:25, 613:15, 618:3, 619:1, 619:10, 619:15, 619:21, 619:23, 622:24, 625:5, 625:10, 625:17, 625:19, 630:8, 634:2, 634:13,

634:22, 637:11, 638:3, 642:24, 643:4, 643:9, 643:11, 643:15, 643:25, 644:3, 644:7, 650:19, 650:20, 651:17, 733:22, 763:5, 763:17, 763:20, 764:10, 765:1, 765:6, 765:18, 766:17, 767:9, 767:19, 768:17, 768:18, 770:3, 774:23, 777:20, 779:12, 784:22, 787:16, 827:5, 827:9, 827:21, 832:24, 835:10, 854:1, 858:5, 867:21, 868:13, 869:8, 869:15
**archer** [8] - 743:24, 744:2, 744:3, 744:4, 744:7, 754:19, 754:21, 754:22
**architectural** [1] - 838:16
**area** [3] - 689:12, 705:19, 813:5
**areas** [4] - 664:3, 741:25, 872:13, 885:13
**arguably** [3] - 821:6, 863:9, 864:12
**argue** [1] - 684:16
**argued** [2] - 727:11, 886:24
**argues** [1] - 805:15
**argument** [6] - 602:7, 635:15, 804:3, 805:25, 886:14, 887:4
**arguments** [1] - 624:18
**arise** [1] - 737:17
**arithmetic** [1] - 751:13
**arm** [11] - 691:11, 692:24, 693:2, 693:8, 713:24, 713:25, 783:3, 783:4, 793:7, 824:19, 824:21
**arms** [1] - 818:8
**arose** [1] - 614:24
**arrive** [2] - 765:15, 766:15
**arrow** [7] - 743:22, 744:2, 744:4, 744:6, 745:21, 754:24

**ARSHT** [1] - 560:16
**art** [17] - 563:17, 566:3, 566:14, 568:1, 568:10, 568:16, 568:23, 624:9, 684:14, 717:2, 763:10, 880:14, 881:3, 881:7, 881:13, 881:19, 882:1
**ART** [1] - 560:23
**ARTEMIS** [17] - 775:6, 775:11, 775:20, 778:3, 778:8, 778:16, 778:17, 778:19, 778:24, 779:3, 780:10, 809:12, 828:11, 828:22, 828:25, 829:1, 829:3
**ARTEMIS-IPF** [7] - 775:6, 778:3, 778:16, 778:17, 828:11, 828:22, 829:3
**arterial** [16] - 601:3, 694:12, 703:14, 703:22, 742:18, 750:6, 817:13, 817:15, 819:18, 868:8, 868:14, 869:10, 870:22, 875:17, 878:7, 883:2
**artery** [4] - 841:15, 841:25, 847:13
**article** [30] - 573:8, 573:11, 584:4, 584:6, 630:19, 630:25, 631:4, 633:14, 633:24, 634:11, 634:19, 636:10, 637:8, 637:10, 637:13, 638:1, 638:8, 638:9, 638:10, 638:13, 638:18, 638:20, 641:21, 706:6, 708:8, 708:16, 830:16, 857:17, 858:5, 873:2
**articles** [4] - 625:13, 762:4, 777:10, 787:14
**articulated** [1] - 806:14
**ascending** [1] - 690:7
**ASCENT** [1] - 809:12
**aside** [3] - 713:19, 742:25, 744:22
**aspects** [2] - 732:19,

732:23
**assert** [1] - 769:1
**asserted** [10] - 669:13, 669:16, 671:10, 677:1, 712:5, 738:10, 738:21, 815:20, 815:21, 860:13
**assess** [2] - 604:19, 732:2
**assessed** [3] - 609:5, 747:14, 782:16
**assessing** [4] - 731:23, 733:6, 765:2, 837:14
**assessment** [5] - 751:16, 766:15, 849:14, 850:15, 852:18
**assignment** [2] - 733:14, 734:18
**assist** [1] - 759:13
**assistant** [1] - 761:5
**associate** [1] - 598:22
**associated** [19] - 590:5, 642:1, 647:15, 647:22, 714:9, 717:8, 717:12, 735:16, 737:24, 764:22, 769:2, 775:24, 776:25, 777:18, 780:19, 783:13, 813:4, 838:5, 838:16
**assume** [6] - 654:11, 684:1, 749:7, 749:10, 804:5, 886:24
**assumedly** [1] - 859:16
**assumption** [1] - 751:18
**assuring** [1] - 609:6
**asthma** [1] - 869:4
**atmosphere** [1] - 787:19
**ATS** [1] - 835:18
**attached** [1] - 771:13
**attain** [1] - 760:2
**attempted** [1] - 874:19
**attempts** [1] - 714:8
**attend** [1] - 878:21
**attended** [5] - 575:19, 647:4, 647:5, 648:6, 878:25
**attendee** [1] - 878:13
**attendees** [2] - 608:23, 716:5
**attending** [4] - 716:4, 760:1, 760:2, 760:4

**attention** [3] - 660:24, 661:24, 662:2
**attest** [2] - 868:4, 870:13
**attesting** [1] - 592:18
**ATTORNEY** [2] - 699:21, 700:17
**attorney** [1] - 722:13
**attribute** [1] - 766:10
**attributes** [1] - 788:8
**attrition** [1] - 688:14
**Australia** [1] - 673:4
**author** [7] - 614:3, 699:12, 700:8, 785:18, 785:20, 786:2, 787:10
**author's** [2] - 566:10, 857:19
**authorization** [1] - 870:15
**authors** [19] - 565:22, 746:1, 747:9, 782:16, 783:11, 783:23, 785:25, 787:8, 790:7, 837:19, 839:21, 853:15, 856:18, 872:2, 873:8, 874:12, 874:13
**authors'** [2] - 746:16, 749:13
**autoimmune** [1] - 813:2
**available** [10] - 566:6, 710:18, 716:17, 716:18, 755:25, 756:3, 834:21, 874:15, 874:17, 880:16
**average** [9] - 616:5, 633:9, 639:4, 748:3, 770:18, 841:17, 842:18, 855:23, 855:24
**aversion** [6] - 673:9, 673:17, 674:4, 674:10, 674:23, 676:7
**avoid** [2] - 598:21, 679:21
**awarded** [1] - 781:14
**aware** [39] - 583:1, 583:6, 583:10, 609:22, 611:19, 611:25, 625:4, 643:6, 643:15, 648:9, 651:20, 652:13, 653:7, 655:25, 656:4, 656:21, 656:23,

656:24, 657:2, 657:22, 657:25, 658:15, 669:2, 675:12, 678:13, 680:21, 681:1, 695:9, 702:16, 723:19, 735:14, 758:10, 790:21, 790:25, 832:24, 833:3, 833:7, 871:16
**axis** [5] - 779:16, 792:21, 792:22, 792:23
**azathioprine** [1] - 776:14

## B

**bachelor** [1] - 687:11
**background** [3] - 687:10, 703:18, 730:18
**bad** [2] - 798:10, 885:8
**bag** [1] - 746:9
**baked** [1] - 796:13
**ballpark** [1] - 596:14
**bar** [1] - 624:13
**barn** [3] - 743:22, 744:5, 754:22
**based** [71] - 563:24, 572:13, 593:8, 594:10, 595:13, 603:18, 605:14, 605:17, 605:21, 605:24, 610:3, 612:1, 616:2, 618:24, 619:4, 619:13, 619:18, 619:23, 621:24, 622:22, 625:16, 626:8, 629:10, 629:18, 631:6, 632:22, 634:8, 674:10, 674:24, 679:21, 690:16, 704:22, 705:14, 706:20, 708:16, 713:4, 713:18, 714:1, 717:7, 723:20, 731:2, 733:16, 739:1, 744:10, 746:3, 748:24, 768:8, 773:23, 777:9, 780:16, 790:9, 806:6, 806:9, 810:4, 826:4, 826:5, 827:11, 840:20, 846:7, 860:17, 860:18, 861:16,

862:4, 862:10, 863:3, 863:12, 863:16, 864:4, 866:17, 883:8, 884:18
**baseline** [27] - 578:6, 578:14, 578:17, 578:18, 578:22, 578:23, 585:19, 585:23, 691:24, 693:7, 693:14, 703:5, 703:25, 792:22, 795:22, 796:5, 796:12, 796:13, 823:10, 824:15, 841:9, 842:15, 842:24, 848:25, 849:23, 850:5, 856:7
**basis** [4] - 676:7, 741:5, 802:11, 833:8
**Bayer** [1] - 836:20
**became** [3] - 790:24, 791:1, 833:7
**become** [6] - 726:7, 782:2, 782:3, 833:3, 839:7, 877:22
**bedridden** [1] - 756:13
**began** [6] - 595:18, 658:10, 658:13, 658:17, 760:14, 879:11
**begin** [1] - 814:19
**begins** [1] - 783:22
**behalf** [4] - 588:14, 686:24, 729:25, 759:2
**behave** [7] - 566:16, 566:19, 568:2, 568:5, 568:12, 568:18, 568:25
**behold** [1] - 698:21
**belief** [3] - 650:9, 701:15, 705:10
**believes** [3] - 612:7, 617:3, 726:13
**belongs** [1] - 829:9
**below** [3] - 775:21, 780:12, 841:16
**BENCH** [2] - 560:9, 560:11
**beneficial** [3] - 600:1, 679:18, 742:13
**benefit** [20] - 564:15, 566:3, 580:5, 580:11, 598:19, 604:12, 604:22, 609:18, 660:7, 663:19, 674:15, 698:25, 709:4,

743:5, 757:11, 777:4, 777:17, 830:20, 830:21, 872:25
**benefits** [2] - 663:8, 728:1
**Benkowitz** [1] - 607:15
**best** [6] - 732:20, 732:21, 738:2, 738:4, 779:20, 853:18
**best-case** [1] - 779:20
**better** [15] - 564:9, 574:3, 576:12, 594:18, 594:20, 595:2, 599:2, 599:10, 611:2, 611:12, 737:12, 737:22, 799:15, 799:16, 858:8
**between** [24] - 567:14, 577:21, 579:2, 579:23, 599:16, 601:1, 643:1, 664:20, 712:4, 726:25, 727:16, 736:21, 736:22, 770:8, 770:25, 795:10, 801:7, 817:7, 817:22, 817:23, 819:16, 820:10, 821:14, 824:18
**BEVERIDGE** [1] - 561:8
**beyond** [4] - 681:7, 860:1, 863:8, 865:24
**bias** [20] - 706:24, 707:11, 737:6, 737:10, 737:16, 738:1, 739:7, 739:12, 739:15, 741:10, 744:10, 745:14, 747:18, 747:20, 782:17, 782:21, 782:22, 783:12, 783:14
**biases** [1] - 734:3
**big** [7] - 659:9, 707:23, 708:2, 708:3, 819:3, 834:7, 849:15
**bigger** [2] - 751:14, 799:14
**binder** [11] - 659:8, 692:4, 788:16, 823:8, 823:20, 830:1, 854:12, 858:13, 873:4, 874:6, 878:8

**binders** [3] - 638:23, 687:24, 816:16
**biocomparability** [1] - 733:9
**bioequivalence** [1] - 733:9
**biology** [1] - 761:18
**biopharmaceutical** [1] - 734:19
**biopsy** [2] - 766:13, 836:2
**biostatistical** [4] - 732:4, 735:24, 736:2, 736:7
**biostatistician** [9] - 731:13, 735:23, 736:6, 740:18, 744:12, 748:19, 750:18, 752:3, 752:16
**biostatistics** [4] - 731:17, 731:20, 733:5, 733:17
**bit** [21] - 595:20, 639:4, 677:11, 697:9, 701:21, 710:13, 718:14, 723:25, 724:16, 739:24, 760:20, 775:4, 791:9, 791:24, 818:6, 822:3, 838:2, 839:9, 842:19, 844:23, 886:22
**bites** [1] - 572:23
**black** [1] - 778:25
**blind** [3] - 691:12, 691:13, 828:1
**blinded** [1] - 738:6
**blindly** [1] - 609:4
**blood** [3] - 562:25, 585:11, 766:14
**bloodstream** [2] - 563:2, 855:19
**blow** [6] - 769:11, 771:14, 795:23, 796:17, 812:9
**blow-up** [1] - 796:17
**blue** [1] - 792:20
**blurb** [1] - 795:24
**BNP** [2] - 862:10, 862:16
**board** [3] - 878:10, 878:22, 879:6
**bodies** [1] - 836:2
**body** [2] - 787:6, 827:16
**bold** [2] - 799:7, 799:8
**border** [1] - 761:1
**Boston** [6] - 587:13,

661:23, 759:23, 760:19, 761:1, 774:6
**bottom** [15] - 574:12, 580:9, 607:19, 608:18, 739:13, 740:5, 783:2, 783:22, 785:24, 795:24, 796:10, 797:2, 800:16, 839:25, 849:9
**bound** [4] - 800:12, 800:13, 800:25, 801:1
**box** [12] - 601:6, 601:9, 601:19, 650:11, 650:22, 710:7, 778:25, 839:24, 840:11, 868:6, 871:9
**boxes** [4] - 601:23, 870:13, 871:1, 882:11
**bradley** [1] - 758:12
**Bradley** [3] - 758:25, 759:10, 762:21
**BRADLEY** [1] - 759:1
**branches** [1] - 839:25
**brand** [1] - 778:20
**break** [13] - 635:13, 665:8, 708:8, 709:17, 709:18, 710:12, 783:17, 783:19, 784:10, 784:13, 784:20, 805:14, 858:16
**breaks** [1] - 839:24
**breath** [15] - 590:10, 593:10, 594:22, 599:11, 769:11, 770:7, 794:2, 802:25, 808:3, 808:5, 808:6, 818:1, 818:12, 818:14, 819:4
**breaths** [17] - 593:10, 593:12, 593:15, 593:17, 593:20, 593:23, 594:1, 594:7, 594:8, 594:12, 594:13, 596:8, 818:3, 818:20, 819:5, 819:8
**Brian** [1] - 582:13
**brief** [2] - 684:24, 789:2
**briefing** [2] - 684:24, 685:2
**briefly** [6] - 592:12, 600:17, 791:8, 797:4, 797:5, 811:15

**Brigham** [13] - 759:22, 759:24, 759:25, 760:2, 760:5, 761:22, 767:6, 789:18, 789:19, 789:25, 790:10, 791:4, 813:5
**bring** [21] - 587:1, 618:10, 620:20, 622:6, 627:8, 629:12, 638:23, 676:14, 700:15, 706:18, 719:23, 726:22, 762:8, 782:6, 784:24, 788:13, 797:2, 798:24, 811:16, 826:21, 885:6
**bringing** [3] - 660:23, 662:1, 679:12
**brings** [2] - 646:11, 810:9
**British** [1] - 821:2
**broader** [1] - 689:5
**bronchiectasis** [1] - 838:17
**brothers** [2] - 872:15, 873:2
**brought** [3] - 661:23, 711:11, 850:12
**bucket** [1] - 765:25
**building** [2] - 737:4, 886:20
**bullet** [4] - 712:3, 716:7, 748:7
**bullets** [2] - 711:23, 711:24
**bullous** [1] - 849:8
**Bunce** [1] - 611:20
**Bunce's** [1] - 611:23
**Burke** [1] - 761:21
**BURROWBRIDGE** [16] - 560:24, 729:15, 730:5, 731:5, 731:12, 733:4, 733:13, 740:2, 740:10, 740:17, 742:22, 747:15, 747:17, 753:3, 757:12, 758:14
**Burrowbridge** [1] - 729:16
**business** [1] - 604:6
**busy** [1] - 670:20
**button** [1] - 609:5
**buy** [1] - 870:5
**buying** [1] - 870:2
**BY** [122] - 560:16, 560:23, 562:7, 584:18, 586:21,

587:2, 587:11, 589:18, 590:2, 591:18, 592:11, 596:19, 602:24, 603:12, 603:24, 605:11, 606:14, 607:9, 607:20, 608:16, 614:19, 618:11, 618:23, 620:22, 622:8, 628:7, 628:21, 630:18, 630:23, 631:11, 636:2, 638:11, 638:25, 645:1, 646:21, 648:2, 652:3, 653:5, 654:18, 659:6, 661:5, 666:7, 667:8, 668:25, 669:11, 669:18, 670:9, 670:24, 673:15, 676:13, 679:16, 687:7, 688:2, 692:18, 699:21, 700:17, 711:8, 711:22, 719:8, 719:20, 722:17, 726:6, 726:23, 730:5, 731:12, 733:13, 740:2, 740:17, 742:22, 747:17, 753:6, 753:14, 757:22, 759:7, 762:9, 762:24, 764:4, 771:4, 771:18, 772:9, 772:22, 774:18, 776:11, 780:8, 783:20, 784:19, 785:1, 785:15, 786:9, 786:25, 788:15, 789:5, 792:16, 794:20, 795:25, 796:19, 805:2, 807:2, 809:7, 810:25, 811:19, 812:11, 814:25, 824:9, 825:13, 826:2, 826:23, 828:13, 829:2, 830:15, 832:23, 837:9, 838:6, 839:20, 841:19, 846:23, 848:22, 851:11, 853:9, 858:22, 880:13, 882:10

# C

**c)** [1] - 656:16
**calculate** [1] - 751:25
**calculated** [3] - 751:17, 774:5, 795:13
**calculation** [1] - 886:11
**calculations** [1] - 774:10
**Canada** [2] - 673:4, 774:7
**Canadian** [1] - 761:1
**cancer** [1] - 731:18
**candidates** [1] - 707:1
**cannot** [6] - 665:10, 722:22, 723:2, 831:5, 863:15, 869:22
**capable** [1] - 864:25
**capacity** [87] - 569:3, 569:5, 581:1, 590:4, 593:4, 595:11, 595:16, 606:1, 611:16, 611:19, 612:8, 613:18, 619:2, 619:16, 621:22, 629:17, 632:19, 633:19, 640:13, 643:13, 649:25, 650:7, 662:20, 663:1, 665:25, 666:14, 667:12, 667:20, 678:11, 698:18, 698:22, 698:24, 713:12, 713:16, 714:21, 717:4, 717:25, 721:9, 721:15, 724:10, 724:12, 725:6, 727:18, 729:6, 734:9, 735:7, 736:1, 736:11, 736:15, 738:9, 745:16, 749:17, 750:11, 750:13, 750:22, 751:2, 752:19, 752:21, 752:24, 767:10, 767:14, 769:5, 822:5, 822:14, 822:15, 822:18, 822:20, 823:4, 823:5, 823:15, 824:11, 825:4, 825:9, 830:22, 851:14, 852:24, 859:1,

861:21, 865:1, 875:4, 875:14, 876:24, 876:25, 877:5, 881:4, 882:15
**caption** [2] - 795:21, 796:10
**captured** [1] - 820:9
**cardiologist** [1] - 716:1
**cardiology** [1] - 732:12
**cardiovascular** [1] - 688:19
**care** [8] - 588:4, 589:14, 700:18, 744:25, 760:24, 761:11, 766:23, 766:25
**Care** [1] - 614:2
**career** [3] - 687:20, 688:6, 760:16
**careful** [1] - 572:15
**carefully** [1] - 609:5
**Carolina** [2] - 687:12, 687:14
**carried** [3] - 565:11, 751:12, 756:20
**carries** [2] - 574:14, 783:22
**carry** [1] - 733:2
**carrying** [1] - 732:9
**CARSTEN** [19] - 560:23, 562:5, 562:7, 583:16, 583:19, 583:22, 584:8, 584:16, 587:7, 684:1, 684:8, 684:11, 684:21, 685:3, 685:6, 685:16, 686:11, 686:17, 729:10
**Carsten** [2] - 562:3, 685:5
**cartoon** [2] - 754:18, 754:21
**case** [47] - 563:1, 589:10, 589:20, 591:10, 604:18, 621:11, 621:12, 652:5, 684:2, 684:5, 684:12, 685:7, 685:10, 695:8, 709:21, 724:3, 727:10, 733:14, 733:19, 734:18, 734:20, 735:19, 736:12, 742:1, 742:5, 742:15, 753:16, 757:24, 764:5, 769:21,

769:24, 774:21, 779:20, 780:2, 785:8, 785:21, 786:18, 794:11, 799:13, 802:4, 824:2, 825:3, 830:6, 834:18, 882:7, 883:21, 886:25
**Case** [1] - 560:5
**CAT** [3] - 835:22, 836:22, 836:23
**categories** [1] - 812:16
**categorized** [2] - 743:14, 853:13
**category** [4] - 682:9, 682:13, 812:12, 882:22
**cath** [1] - 718:17
**catheterization** [11] - 601:8, 718:19, 718:20, 718:24, 719:4, 719:6, 744:25, 778:15, 835:13, 841:21, 871:3
**causative** [1] - 724:1
**caused** [5] - 737:8, 742:19, 746:24, 781:17, 848:16
**causes** [1] - 812:17
**causing** [5] - 674:17, 736:9, 743:8, 747:2, 747:7
**caution** [1] - 574:25
**cautioned** [1] - 575:23
**cautious** [1] - 604:8
**cautiously** [1] - 565:25
**caveat** [1] - 684:4
**CDPF** [1] - 664:12
**Center** [2] - 586:6, 587:13
**center** [7] - 587:16, 637:15, 731:18, 743:16, 749:6, 779:8, 834:11
**centers** [3] - 566:1, 637:15, 738:5
**central** [2] - 637:15, 838:4
**CEO** [4] - 607:12, 612:16, 754:12, 754:17
**certain** [10] - 594:23, 609:16, 632:4, 702:9, 724:18, 726:13, 755:15, 835:21, 855:19, 875:13

**certainly** [12] - 564:18, 574:25, 582:7, 617:21, 688:13, 712:6, 714:23, 717:5, 738:19, 745:18, 815:15, 823:6
**certainty** [1] - 665:11
**certify** [1] - 887:24
**cetera** [2] - 570:12, 638:23
**CFPE** [2] - 664:12, 668:19
**chair** [5] - 646:7, 713:6, 721:22, 831:10, 831:16
**challenge** [1] - 711:11
**challenging** [1] - 766:16
**change** [31] - 663:22, 693:14, 735:18, 736:9, 755:24, 779:15, 791:3, 792:22, 795:22, 796:12, 816:9, 824:15, 824:19, 843:8, 843:19, 843:20, 843:21, 844:5, 845:1, 845:18, 845:24, 846:9, 846:10, 850:4, 850:7, 850:8, 857:5, 863:16, 876:25
**change-from-baseline** [2] - 792:22, 796:12
**changed** [2] - 578:8, 882:12
**changes** [7] - 692:2, 708:1, 751:6, 816:8, 842:23, 848:24, 849:10
**changing** [1] - 668:5
**Channick** [57] - 562:2, 562:8, 575:23, 584:19, 586:2, 591:5, 593:1, 593:6, 594:16, 595:6, 595:14, 603:1, 625:18, 628:16, 630:25, 631:22, 646:1, 656:18, 710:6, 723:2, 723:4, 723:14, 725:20, 726:1, 726:7, 726:9, 726:24, 729:11, 733:21, 740:19, 767:16, 769:10, 775:10, 775:14,

782:8, 787:22, 788:3, 791:24, 796:2, 802:15, 803:1, 803:8, 805:15, 806:13, 806:17, 807:3, 807:7, 815:3, 815:10, 815:20, 816:18, 819:2, 820:11, 831:23, 833:21, 834:15, 854:9
**Channick's** [6] - 655:3, 723:23, 740:8, 794:21, 804:2, 805:19
**Chapel** [1] - 687:14
**characteristically** [1] - 813:9
**characteristics** [4] - 659:18, 703:25, 738:6, 773:23
**characterization** [2] - 570:16, 572:19
**characterize** [2] - 570:14, 655:22
**characterized** [1] - 744:18
**charge** [1] - 786:5
**chart** [11] - 662:22, 695:3, 743:13, 744:16, 746:1, 748:8, 748:20, 755:20, 789:7, 789:8, 789:12
**charts** [5] - 789:11, 834:20, 836:9, 838:19, 883:24
**check** [12] - 601:6, 601:9, 601:14, 601:19, 601:23, 644:5, 670:1, 710:7, 867:3, 870:12, 871:9
**checkbox** [1] - 601:2
**checkboxes** [2] - 600:25, 601:4
**checked** [2] - 650:11, 650:22
**checkmark** [1] - 871:1
**checks** [1] - 868:6
**CHENG** [1] - 560:19
**cherry** [1] - 755:2
**cherry-picked** [1] - 755:2
**chest** [2] - 835:22, 836:21
**CHEST** [2] - 571:13, 571:22
**chests** [1] - 839:6
**Chicago** [1] - 730:15

**chief** [4] - 588:3, 684:2, 684:5, 878:20
**choose** [2] - 737:17, 737:19
**chronic** [4] - 601:4, 688:20, 749:14, 750:8
**circulation** [1] - 782:10
**circumstance** [7] - 653:7, 655:20, 657:6, 657:23, 662:21, 871:16, 871:21
**circumstances** [2] - 651:21, 652:14
**citing** [2] - 638:1, 638:3
**Claim** [97] - 576:17, 576:22, 589:25, 590:3, 590:19, 590:22, 595:19, 596:22, 618:24, 619:11, 619:22, 621:20, 622:4, 622:9, 622:12, 622:20, 624:1, 624:10, 629:12, 629:14, 629:15, 631:19, 632:13, 632:17, 632:21, 633:1, 633:7, 633:11, 633:15, 633:17, 633:21, 633:23, 634:16, 634:25, 644:23, 644:24, 645:2, 670:4, 670:17, 670:25, 676:20, 676:23, 681:4, 685:10, 685:13, 685:19, 735:21, 735:23, 736:8, 736:11, 736:12, 736:13, 736:14, 736:15, 763:6, 793:13, 793:19, 793:22, 794:1, 800:9, 802:7, 802:8, 804:2, 805:8, 805:16, 807:13, 807:16, 811:1, 811:4, 811:5, 821:20, 861:15, 862:6, 862:10, 862:24, 863:3, 863:24, 864:4, 864:21, 864:24, 866:13, 867:5, 875:10, 875:23,

876:23, 877:6, 877:9, 877:13, 881:5, 881:11, 881:17, 881:24, 882:4
**claim** [18] - 576:19, 629:20, 630:2, 632:4, 632:15, 632:22, 670:4, 671:25, 677:1, 682:7, 735:15, 794:4, 821:25, 822:2, 861:14, 862:22, 866:8
**claim-by-claim** [1] - 861:14
**claimed** [23] - 591:24, 632:24, 643:18, 682:12, 719:13, 724:9, 736:10, 804:13, 815:21, 866:8, 874:25, 875:10, 876:14, 876:20, 877:4, 877:5, 877:9, 877:13, 880:4, 880:15, 880:17, 881:5, 882:4
**claims** [24] - 618:22, 622:6, 629:9, 629:13, 632:3, 632:5, 669:13, 669:17, 671:10, 672:7, 672:8, 708:3, 712:5, 712:7, 736:6, 738:10, 758:8, 806:3, 815:21, 860:13, 860:17, 866:2, 866:3, 875:19
**Claims** [13] - 630:3, 630:5, 630:8, 631:1, 631:6, 631:16, 631:19, 632:23, 635:15, 736:3, 825:14, 867:11, 867:20
**clarification** [3] - 602:12, 602:22, 602:23
**clarified** [1] - 679:1
**class** [5] - 746:22, 768:10, 829:7, 829:9, 829:17
**classification** [2] - 701:13, 790:6
**classified** [2] - 790:8, 790:15, 790:17
**clean** [2] - 652:12, 684:15
**clear** [13] - 578:12,

596:20, 612:17, 618:1, 628:1, 629:25, 651:10, 679:5, 702:19, 712:8, 716:23, 742:20, 867:25
**clearly** [8] - 625:20, 626:11, 675:15, 675:20, 715:2, 716:12, 804:17, 836:24
**Cleveland** [1] - 878:20
**climber** [1] - 788:10
**climbers** [1] - 788:7
**climbing** [1] - 594:23
**Clinic** [1] - 716:3
**clinic** [9] - 729:13, 789:18, 789:19, 789:22, 789:25, 790:10, 790:19, 791:4, 878:20
**clinical** [102] - 566:21, 566:22, 566:23, 573:24, 588:8, 588:10, 588:12, 589:2, 612:8, 624:2, 624:6, 624:8, 625:8, 641:24, 648:24, 661:19, 675:15, 675:21, 676:5, 688:5, 688:12, 688:13, 688:14, 689:13, 689:14, 689:15, 690:1, 690:21, 691:15, 691:18, 691:19, 692:6, 692:9, 692:10, 692:11, 695:13, 713:5, 718:23, 730:14, 731:3, 731:14, 731:15, 731:24, 732:5, 732:7, 732:9, 732:10, 732:15, 732:19, 733:7, 733:8, 733:16, 733:18, 735:2, 736:17, 736:23, 738:5, 738:8, 738:14, 738:20, 738:25, 739:4, 741:13, 741:16, 741:18, 741:22, 749:24, 756:24, 761:24, 769:19, 769:22, 773:11, 773:16, 774:22, 794:16, 801:13, 801:15, 821:9, 821:12, 827:12,

828:1, 841:3, 842:23, 848:25, 849:13, 850:15, 852:18, 857:4, 857:7, 873:7, 882:7, 883:10, 883:17, 883:18, 883:19, 884:6, 884:17, 884:25
**clinically** [1] - 823:18
**clinicaltrials.gov** [3] - 815:23, 815:25, 816:24
**clinician** [3] - 735:8, 773:6, 835:24
**clinicians** [8] - 616:4, 647:13, 647:21, 700:22, 702:13, 702:16, 717:3, 754:13
**clinics** [1] - 599:16
**clip** [4] - 699:15, 699:17, 700:3, 700:14
**clips** [1] - 709:12
**clock** [1] - 710:1
**close** [4] - 610:15, 635:15, 639:4, 710:15
**closely** [1] - 633:1
**closest** [2] - 713:19
**closing** [1] - 886:14
**closings** [2] - 710:21, 710:23
**cloudier** [1] - 753:1
**co** [1] - 730:20
**co-directed** [1] - 730:20
**cocktail** [2] - 776:13, 777:8
**codirector** [1] - 760:21
**coincidental** [1] - 724:1
**collaborate** [1] - 732:15
**collaboration** [2] - 732:5, 732:6
**collated** [1] - 854:20
**colleague** [1] - 718:13
**colleagues** [5] - 614:21, 628:23, 721:4, 767:6, 782:9
**collect** [7] - 834:6, 834:16, 834:17, 834:24, 834:25, 836:14, 837:6
**collected** [6] - 789:11, 824:25, 834:6, 854:21, 883:21, 884:1

**collection** [1] - 734:6
**collective** [1] - 750:18
**collectively** [1] - 803:24
**color** [1] - 782:21
**colors** [1] - 782:20
**column** [20] - 580:21, 581:10, 581:14, 581:21, 585:14, 585:16, 585:18, 592:22, 670:15, 785:24, 795:6, 795:7, 795:9, 796:3, 796:24, 797:18, 797:19, 872:18, 872:21
**columns** [2] - 847:2, 847:3
**combination** [1] - 861:22
**combinations** [2] - 685:20, 826:6
**combine** [8] - 826:7, 861:24, 862:1, 862:21, 863:18, 864:15, 866:6, 867:4
**combined** [4] - 682:1, 786:4, 841:6, 846:11
**combining** [1] - 826:8
**coming** [5] - 713:6, 802:25, 807:5, 808:3, 883:23
**comment** [3] - 740:7, 763:4, 856:19
**comments** [3] - 658:2, 660:16, 880:3
**commercial** [3] - 591:25, 592:5, 602:7
**commitment** [1] - 884:3
**committee** [38] - 575:9, 575:17, 582:10, 582:15, 582:18, 582:23, 582:25, 583:5, 626:16, 627:7, 646:8, 646:14, 646:17, 646:18, 646:22, 648:8, 672:24, 680:20, 680:25, 693:18, 693:20, 693:22, 693:24, 696:3, 696:6, 696:16, 696:17, 696:22, 696:24, 697:5, 697:16, 697:23, 713:7, 715:19, 721:23, 831:7, 831:11, 831:16

**common** [9] - 594:24, 691:16, 701:20, 768:11, 768:14, 776:22, 776:24, 798:11, 832:15
**commonly** [1] - 784:9
**communicate** [3] - 712:12, 843:13
**communicated** [1] - 787:16
**communicates** [2] - 801:12, 801:15
**communications** [1] - 643:1
**community** [6] - 689:6, 694:17, 694:18, 717:24, 777:15, 879:15
**comorbidities** [1] - 601:4
**companies** [15] - 575:7, 601:1, 601:11, 601:23, 604:1, 604:8, 609:13, 610:9, 612:2, 617:17, 643:3, 679:7, 731:21, 732:24, 884:25
**company** [14] - 575:25, 576:10, 600:21, 604:15, 604:19, 617:23, 651:4, 870:18, 871:13, 871:18, 871:19, 884:12, 885:5, 885:7
**comparable** [1] - 741:2
**comparators** [1] - 736:23
**compare** [13] - 709:20, 737:1, 763:17, 767:5, 768:10, 768:12, 772:17, 792:8, 793:2, 798:8, 833:24, 842:16, 858:1
**compared** [11] - 580:12, 581:22, 623:11, 623:16, 691:23, 693:7, 695:13, 701:6, 817:2, 826:24, 834:7
**comparing** [5] - 564:16, 739:17, 777:3, 779:2, 792:11
**comparison** [11] - 585:18, 585:23, 736:22, 736:24,

736:25, 737:3, 741:6, 741:12, 748:23, 796:4, 861:6
**compelling** [1] - 775:20
**compensate** [1] - 827:17
**competitor** [2] - 884:19, 884:21
**compiled** [1] - 799:1
**complete** [1] - 707:9
**completed** [10] - 691:4, 692:11, 761:25, 843:1, 843:4, 843:23, 843:25, 849:13, 849:16, 849:18
**completely** [4] - 564:2, 564:3, 727:8, 748:22
**completion** [1] - 570:2
**complicated** [5] - 718:15, 766:4, 813:18, 835:18, 872:7
**complicating** [1] - 872:1
**complication** [1] - 776:23
**component** [7] - 701:16, 701:18, 702:22, 703:13, 704:13, 704:18, 705:24
**compound** [1] - 688:17
**comprehensive** [1] - 764:18
**comprise** [1] - 590:11
**comprises** [1] - 734:25
**comprising** [3] - 590:6, 864:21, 864:22
**computation** [1] - 751:12
**concentration** [5] - 633:2, 634:5, 670:25, 671:11, 862:7
**concentrations** [1] - 881:9
**concept** [7] - 630:11, 716:9, 717:14, 728:7, 756:21, 832:11, 884:16
**conception** [1] - 754:6
**concepts** [2] - 735:24, 736:7
**concern** [2] - 696:15,

885:13
concerned [6] - 674:16, 674:17, 843:15, 864:13, 880:1, 881:1
concerning [7] - 735:15, 754:12, 755:8, 840:19, 848:15, 856:20, 860:24
concerns [3] - 574:1, 872:12, 874:2
conclude [14] - 783:11, 800:23, 821:22, 842:5, 842:8, 845:1, 845:24, 846:12, 848:14, 852:23, 855:7, 856:14, 857:16, 857:18
concluded [5] - 749:14, 784:1, 803:13, 846:20, 850:18
concludes [1] - 786:2
conclusion [16] - 574:7, 574:10, 574:11, 744:13, 747:10, 783:23, 793:23, 802:6, 803:25, 804:10, 840:22, 855:20, 856:23, 856:25, 857:9, 857:19
conclusions [10] - 566:11, 566:12, 665:22, 706:15, 746:17, 749:13, 840:19, 850:22, 853:4, 853:16
concrete [1] - 766:15
condition [2] - 766:24, 871:13
conditions [4] - 598:15, 625:6, 660:12, 813:3
conduct [3] - 738:4, 761:14, 761:17
conducted [7] - 574:18, 690:6, 690:10, 697:4, 741:14, 743:16, 784:4
conducting [3] - 883:8, 883:9, 884:13
conference [1] - 683:21
confident [1] - 867:1
confidentiality [5] - 639:14, 639:20,

639:21, 639:24, 682:15
confirm [1] - 870:23
confirmation [3] - 741:10, 749:19, 857:14
confirmed [1] - 690:18
confounders [1] - 706:22
connection [3] - 712:4, 757:23, 842:12
connective [12] - 812:20, 812:22, 812:25, 813:2, 813:8, 813:15, 813:16, 813:18, 813:20, 813:25, 814:5, 814:7
consensus [1] - 765:15
consequence [1] - 739:7
consequences [3] - 765:24, 766:1, 778:19
consequently [1] - 739:12
consider [6] - 620:8, 620:23, 621:14, 628:11, 770:20, 786:5
considerations [6] - 683:23, 684:7, 710:6, 720:1, 727:1, 787:4
considered [14] - 565:25, 573:3, 589:23, 591:9, 606:18, 615:6, 615:24, 621:2, 622:9, 740:6, 745:17, 746:5, 756:4, 757:23
considering [2] - 786:6, 846:9
consist [1] - 700:10
consisted [1] - 593:9
consistent [19] - 596:22, 596:25, 616:19, 616:23, 619:11, 623:21, 631:3, 631:15, 631:25, 671:6, 680:8, 767:21, 768:23, 784:7, 879:17, 879:19, 879:20, 879:21
consisting [1] - 593:10

constitute [1] - 751:19
constitutes [2] - 822:2, 875:9
construction [4] - 632:12, 632:22, 735:15, 735:18
construed [2] - 632:4, 632:9
consult [3] - 575:6, 886:3, 886:5
consultant [3] - 673:2, 731:21, 732:22
consulted [1] - 734:19
contacted [1] - 836:17
contain [1] - 585:21
contained [1] - 828:7
contents [3] - 653:17, 653:25, 655:7
context [14] - 632:13, 773:16, 773:19, 787:21, 790:16, 790:18, 794:1, 801:9, 801:13, 801:15, 801:21, 836:6, 841:3, 855:16
continue [5] - 562:3, 696:11, 697:17, 727:16, 784:17
continued [2] - 561:1, 723:17
continues [3] - 609:2, 609:15, 610:11
continuing [2] - 702:13, 787:12
contract [1] - 883:18
contribute [1] - 801:20
contributed [2] - 820:21, 821:20
contributing [1] - 694:20
contribution [1] - 820:20
control [7] - 691:11, 691:17, 736:25, 738:18, 741:7, 834:4, 861:5
controlled [18] - 624:2, 624:6, 628:25, 641:22, 691:13, 706:22, 707:14, 707:16, 738:5, 738:11, 742:16, 752:20, 777:13, 778:1, 827:12, 828:2, 858:9
controls [9] - 737:3, 737:5, 738:16, 738:22, 739:10, 739:14, 740:24,

741:1, 743:15
controversial [2] - 872:23, 873:19
convenience [1] - 886:16
conventional [1] - 767:1
conversely [2] - 766:9, 771:23
conversion [1] - 773:21
conveys [1] - 773:15
convince [1] - 604:20
COO [1] - 607:15
COOLEY [1] - 561:5
coordinators [2] - 834:25, 884:5
COPD [44] - 569:7, 569:17, 574:3, 608:9, 608:19, 608:24, 658:21, 659:1, 659:17, 660:2, 660:14, 660:23, 661:14, 662:1, 662:4, 663:13, 663:19, 664:4, 664:7, 664:8, 664:20, 664:25, 665:4, 665:6, 665:12, 678:11, 678:20, 678:25, 679:2, 679:8, 735:1, 743:2, 743:3, 746:6, 836:25, 841:6, 844:14, 849:1, 869:4, 872:2, 874:9, 874:18, 883:6, 883:7
COPD-PH [2] - 574:3, 883:7
copy [1] - 719:12
copying [2] - 712:2, 719:9
core [2] - 698:3, 731:17
corner [2] - 638:12, 792:20
corners [4] - 810:4, 810:8, 810:10, 810:13
Corporation [2] - 575:17, 606:17
CORPORATION [1] - 560:3
correct [377] - 562:11, 562:22, 563:3, 563:9, 563:19, 564:1, 564:2, 564:3, 564:9, 564:24, 565:2, 565:9, 565:10, 565:15,

565:16, 565:20, 566:1, 566:17, 566:25, 567:15, 568:19, 569:1, 569:5, 569:13, 569:16, 569:17, 569:19, 569:21, 569:23, 570:6, 570:7, 570:10, 571:6, 571:21, 572:1, 572:2, 572:3, 573:4, 573:18, 574:9, 575:6, 576:2, 576:17, 576:18, 576:23, 577:4, 577:7, 577:8, 577:18, 578:23, 579:4, 579:14, 579:16, 579:24, 579:25, 580:7, 580:12, 580:13, 581:17, 582:1, 582:22, 583:8, 583:13, 585:19, 585:20, 615:18, 617:18, 636:13, 636:20, 636:21, 636:22, 636:23, 636:25, 637:8, 637:9, 637:12, 637:19, 637:22, 638:1, 638:4, 638:16, 638:18, 639:11, 639:15, 639:22, 640:1, 640:3, 640:6, 640:10, 640:18, 640:21, 640:24, 641:7, 641:8, 641:10, 641:13, 641:16, 641:22, 642:3, 642:5, 642:8, 642:11, 642:12, 642:14, 642:15, 642:17, 642:20, 642:24, 642:25, 643:4, 643:5, 643:9, 643:10, 643:13, 643:14, 643:18, 643:19, 643:21, 643:22, 643:25, 644:1, 644:3, 644:7, 644:8, 644:15, 644:18, 644:21, 645:5, 645:17, 645:23, 645:24, 646:5, 646:6, 646:11, 646:12, 646:18, 647:18, 647:22, 648:11, 649:3, 649:15,

649:20, 649:22, 650:2, 650:8, 650:23, 651:18, 651:19, 651:23, 652:5, 652:16, 652:17, 652:19, 653:9, 653:19, 654:22, 655:1, 655:4, 655:7, 655:12, 655:23, 656:2, 656:7, 656:14, 656:17, 656:19, 656:22, 656:25, 657:7, 657:24, 658:6, 658:8, 658:11, 658:14, 658:19, 658:21, 658:22, 659:2, 659:13, 659:21, 660:3, 660:13, 660:17, 660:21, 660:24, 662:2, 662:7, 662:8, 662:13, 662:14, 662:16, 663:1, 663:5, 663:9, 663:13, 663:16, 663:23, 664:1, 664:10, 664:18, 665:13, 665:14, 665:18, 665:22, 665:23, 666:16, 666:19, 666:24, 666:25, 667:13, 667:16, 667:22, 668:12, 668:18, 669:5, 669:6, 669:9, 669:14, 669:22, 670:4, 670:5, 670:15, 670:17, 670:18, 671:12, 671:22, 672:10, 672:25, 673:7, 673:10, 673:18, 674:12, 674:18, 674:25, 675:6, 675:8, 675:16, 676:2, 676:5, 676:7, 677:13, 679:4, 681:20, 700:24, 701:10, 701:11, 703:10, 704:3, 704:5, 704:6, 704:18, 704:19, 704:21, 705:23, 707:5, 707:17, 708:14, 708:18, 708:21, 709:5, 711:17, 711:18, 712:19, 712:20, 714:4, 716:5, 720:1,

720:2, 720:5, 720:6, 720:8, 720:10, 720:16, 720:17, 720:19, 720:20, 720:23, 720:24, 720:25, 721:2, 721:5, 721:6, 721:9, 721:10, 721:20, 721:24, 722:6, 723:9, 723:18, 724:6, 724:10, 724:21, 725:1, 726:10, 726:14, 753:16, 753:17, 753:21, 754:23, 755:10, 755:22, 756:1, 756:10, 756:17, 757:5, 757:25, 758:7, 758:9, 764:3, 795:18, 805:22, 806:1, 806:4, 806:5, 806:8, 807:6, 807:8, 807:11, 807:12, 807:14, 807:15, 807:19, 807:23, 807:24, 808:2, 808:19, 808:20, 808:22, 808:23, 809:1, 809:2, 809:8, 809:9, 809:13, 809:14, 809:15, 809:16, 809:22, 810:1, 810:5, 810:6, 810:8, 810:13, 811:1, 811:3, 811:7, 814:23, 819:22, 822:22, 824:23, 829:4, 829:6, 829:12, 829:18, 830:8, 830:9, 830:24, 835:8, 837:13, 838:9, 838:10, 838:11, 841:22, 843:12, 844:11, 845:13, 845:17, 848:13, 850:17, 852:22, 872:17, 873:3, 873:22, 873:24, 883:6, 883:7
**corrected** [2] - 857:1, 861:8
**correctly** [1] - 708:7
**correlate** [1] - 813:12
**corresponding** [2] - 773:2, 798:1
**corresponds** [7] - 700:4, 709:13, 773:4, 783:1, 783:3,

797:9, 807:19
**Corte** [1] - 828:8
**cost** [4] - 595:10, 600:12, 610:4, 617:24
**costs** [2] - 574:13, 784:2
**cough** [1] - 819:6
**Counsel** [1] - 561:11
**counsel** [19] - 560:25, 570:22, 572:24, 575:3, 623:4, 623:6, 623:9, 638:7, 649:2, 649:6, 649:18, 653:1, 676:16, 677:6, 678:9, 681:6, 681:20, 709:19, 805:24
**counsel's** [1] - 678:24
**count** [1] - 887:8
**countries** [1] - 673:3
**country** [4] - 609:16, 702:24, 743:21, 762:2
**couple** [7] - 583:20, 606:3, 714:7, 783:18, 814:22, 816:8, 829:19
**course** [7] - 564:18, 639:7, 639:19, 689:1, 760:16, 791:9, 843:8
**COURT** [136] - 560:1, 562:1, 583:17, 583:21, 584:2, 584:6, 584:9, 584:12, 586:2, 586:19, 587:8, 589:17, 596:11, 596:18, 602:3, 602:5, 602:14, 602:17, 602:23, 603:9, 603:19, 603:23, 605:3, 605:7, 607:3, 607:6, 614:15, 635:9, 635:12, 635:19, 635:23, 638:6, 638:24, 654:11, 654:15, 667:3, 670:19, 676:11, 679:9, 679:12, 683:17, 683:25, 684:3, 684:10, 684:19, 684:25, 685:14, 685:25, 686:7, 686:10, 686:13, 686:19, 687:3, 687:5, 687:25, 692:15,

699:2, 699:5, 699:8, 699:18, 700:15, 709:11, 709:16, 710:1, 710:8, 710:10, 710:23, 711:3, 718:18, 719:17, 722:15, 725:8, 725:11, 725:15, 725:18, 725:25, 726:4, 729:9, 729:11, 729:19, 731:8, 733:12, 739:19, 739:22, 740:1, 740:13, 741:20, 742:3, 742:8, 753:4, 753:10, 753:13, 757:14, 757:18, 757:20, 758:13, 758:15, 758:19, 762:17, 762:23, 763:22, 773:21, 774:6, 774:17, 776:8, 783:16, 784:12, 784:16, 785:12, 786:22, 804:23, 804:25, 810:21, 811:13, 814:12, 814:14, 814:18, 814:20, 824:6, 828:17, 828:19, 828:25, 830:12, 836:8, 850:25, 858:15, 858:21, 885:16, 885:25, 886:6, 886:13, 886:17, 886:20, 887:2, 887:12, 887:19
**court** [7] - 589:4, 612:21, 650:4, 717:17, 753:10, 818:5, 838:13
**Court** [28] - 589:9, 604:2, 621:7, 632:4, 632:9, 665:10, 730:11, 733:24, 759:9, 763:1, 764:6, 764:9, 781:1, 789:24, 792:18, 794:13, 795:12, 797:7, 798:2, 798:15, 799:24, 813:24, 815:13, 827:7, 829:21, 849:5, 888:4, 888:4
**Court's** [2] - 632:22, 735:14
**courtroom** [10] - 724:14, 726:9, 728:24, 767:15,

775:9, 796:2, 802:14, 815:3, 854:9, 860:21
**COURTROOM** [4] - 586:9, 686:20, 729:20, 758:22
**Courtroom** [1] - 560:12
**cover** [4] - 610:4, 695:7, 716:24, 729:6
**coverage** [5] - 595:9, 603:5, 617:24, 702:1, 871:12
**covered** [3] - 600:12, 610:9, 871:20
**covers** [3] - 664:7, 807:14, 807:16
**COVID** [1] - 845:15
**CPFE** [16] - 569:18, 569:24, 621:12, 622:16, 664:12, 682:1, 682:2, 746:11, 844:14, 849:5, 851:19, 852:4, 852:6, 852:7, 852:9, 852:11
**create** [5] - 575:24, 864:24, 866:7, 877:11, 877:15
**created** [1] - 879:14
**credit** [1] - 627:6
**criteria** [9] - 618:19, 756:22, 816:9, 816:10, 816:11, 817:8, 817:17, 819:12, 819:16
**critical** [3] - 588:3, 589:14, 744:25
**criticisms** [2] - 612:5, 623:25
**criticized** [2] - 624:17, 627:10
**criticizes** [1] - 617:2
**critique** [1] - 861:10
**cross** [7] - 583:24, 635:23, 678:10, 729:9, 729:10, 753:4, 885:17
**CROSS** [5] - 562:6, 636:1, 719:19, 753:5, 805:1
**cross-examination** [4] - 583:24, 729:9, 753:4, 885:17
**CROSS-EXAMINATION** [5] - 562:6, 636:1, 719:19, 753:5, 805:1
**cross-examine** [1] - 635:23

**crossover** [1] - 781:12
**CSR** [1] - 888:3
**CT** [4] - 813:11, 837:10, 838:25, 839:5
**CTs** [1] - 836:14
**curious** [1] - 638:7
**current** [5] - 587:14, 587:17, 637:21, 685:18, 689:9
**cut** [1] - 854:7
**cutoff** [1] - 848:7
**CV** [4] - 586:24, 587:3, 731:5, 762:11

# D

**daily** [1] - 769:17
**dangerous** [1] - 788:12
**DANIEL** [1] - 561:7
**Daniel** [1] - 753:12
**darapladib** [1] - 688:17
**dark** [2] - 799:7, 799:8
**dartmouth** [1] - 588:2
**data** [152] - 564:14, 565:8, 565:11, 566:6, 573:7, 580:14, 580:18, 582:7, 585:16, 585:18, 585:21, 612:8, 612:24, 613:14, 613:17, 620:17, 620:23, 621:1, 621:4, 621:8, 621:14, 621:18, 628:14, 628:16, 663:8, 664:9, 664:11, 664:24, 665:15, 665:20, 667:18, 677:19, 677:23, 678:4, 679:1, 683:3, 683:7, 689:1, 689:5, 689:14, 692:10, 693:11, 694:1, 696:1, 696:3, 696:6, 696:9, 696:16, 696:17, 696:21, 696:22, 696:23, 697:5, 697:16, 698:5, 707:20, 707:22, 723:5, 731:15, 732:18, 733:7, 733:8, 737:17, 737:19, 742:2, 742:4, 745:22, 746:13,

753:24, 754:5, 755:2, 755:12, 755:13, 755:25, 758:2, 758:6, 779:7, 789:11, 792:18, 792:19, 793:24, 793:25, 794:6, 794:10, 794:14, 794:16, 794:24, 795:2, 796:3, 796:11, 796:23, 797:14, 799:1, 800:11, 800:23, 801:9, 801:19, 801:22, 801:23, 801:24, 802:8, 802:12, 803:11, 803:14, 803:24, 805:10, 806:9, 806:12, 806:19, 807:16, 807:18, 808:9, 808:25, 811:24, 812:15, 812:25, 814:3, 814:6, 821:20, 834:16, 834:21, 834:25, 836:5, 836:18, 840:13, 841:9, 842:8, 846:12, 854:20, 854:21, 859:11, 859:12, 860:8, 862:10, 862:12, 864:4, 864:5, 872:12, 874:2, 874:16, 874:17, 877:3, 877:15, 877:18, 880:19, 883:20, 884:1, 884:14, 884:16
**database** [4] - 695:23, 695:25, 698:4, 707:8
**dataset** [2] - 820:24, 831:16
**date** [30] - 566:15, 568:10, 568:16, 568:24, 590:15, 591:24, 592:2, 602:7, 602:8, 602:10, 602:20, 606:4, 637:12, 638:7, 638:9, 638:10, 638:12, 647:8, 716:14, 826:19, 827:5, 868:13, 870:4, 871:17, 872:4, 873:10, 874:24, 875:22, 876:7, 876:15
**dated** [2] - 658:7,

715:19
**dates** [1] - 859:11
**DAVIES** [19] - 561:6, 583:25, 584:4, 584:11, 584:18, 585:25, 719:18, 719:20, 722:16, 722:17, 725:7, 725:21, 726:3, 726:6, 726:22, 726:23, 729:7, 824:5, 830:11
**Davies** [4] - 565:5, 719:17, 719:18, 725:19
**day-to-day** [2] - 689:13, 715:11
**days** [3] - 591:6, 616:20, 721:3
**DDX** [9] - 570:23, 618:10, 618:21, 620:1, 622:7, 629:12, 630:22, 676:15, 681:4
**deadly** [4] - 570:12, 570:15, 714:2, 775:11
**Deanna** [2] - 887:23, 888:3
**deaths** [3] - 775:18, 777:19, 781:17
**debate** [1] - 572:7
**December** [1] - 695:21
**decide** [2] - 598:7, 834:23
**decided** [2] - 777:13, 834:4
**decision** [1] - 836:1
**deck** [2] - 584:5, 858:24
**decline** [1] - 779:18
**decrease** [5] - 570:5, 578:15, 633:9, 823:11, 823:17
**decreasing** [1] - 585:12
**dedicated** [1] - 761:24
**deep** [2] - 836:18, 883:12
**deeper** [1] - 608:8
**Defendant** [3] - 560:7, 561:11, 586:15
**Defendant's** [5] - 587:9, 607:7, 614:17, 635:10, 788:17
**defense** [4] - 654:14, 685:12, 685:13, 867:10
**defenses** [6] - 670:8,

685:18, 685:22, 686:3, 686:8, 686:14
**deficiencies** [1] - 861:4
**define** [1] - 835:14
**defined** [2] - 838:4, 838:15
**definitely** [2] - 678:18, 821:21
**definition** [8] - 723:23, 723:24, 763:18, 763:23, 764:6, 770:1, 790:18, 865:20
**definitions** [3] - 763:12, 763:15, 763:19
**definitive** [1] - 777:13
**degree** [2] - 718:8, 763:24
**degrees** [1] - 687:15
**deidentify** [3] - 683:2, 683:4
**DELAWARE** [1] - 560:2
**deliver** [1] - 571:15
**delivered** [4] - 571:14, 571:22, 720:15, 727:8
**demographics** [8] - 770:14, 770:17, 771:22, 772:6, 773:18, 801:14, 834:17, 879:8
**demonstrable** [1] - 612:15
**demonstrate** [3] - 577:13, 622:23, 826:18
**demonstrated** [1] - 878:2
**demonstrates** [1] - 585:22
**demonstrating** [3] - 770:24, 872:12, 874:2
**demonstration** [1] - 629:25
**Demonstration** [2] - 771:17, 772:21
**demonstrative** [8] - 591:14, 591:16, 591:19, 592:6, 592:9, 618:7, 670:23, 676:14
**demonstratives** [3] - 570:21, 730:8, 759:12
**denial** [6] - 601:12, 601:20, 601:22,

604:4, 604:7, 604:13
**denials** [2] - 601:11, 617:20
**denote** [2] - 657:10, 657:12
**dense** [1] - 659:11
**deny** [2] - 617:24, 686:15
**department** [1] - 732:25
**depended** [1] - 604:14
**depict** [2] - 775:23, 779:15
**depicted** [9] - 569:14, 771:7, 772:12, 775:1, 775:3, 775:21, 782:18, 799:6, 814:10
**depicting** [1] - 811:22
**depicts** [1] - 794:24
**deposed** [4] - 652:5, 652:11, 699:13, 700:9
**deposited** [1] - 585:10
**deposition** [24] - 591:4, 591:9, 598:25, 645:7, 645:25, 652:2, 652:4, 653:11, 656:10, 666:4, 666:8, 666:11, 668:23, 669:8, 673:12, 673:22, 675:3, 675:10, 675:18, 699:11, 700:4, 700:8, 709:13, 885:12
**depositions** [1] - 653:18
**DEPUTY** [4] - 586:9, 686:20, 729:20, 758:22
**derived** [2] - 795:20, 795:21
**desaturating** [1] - 850:10
**describe** [9] - 600:17, 648:23, 703:4, 732:14, 749:24, 768:2, 817:19, 827:7, 841:9
**described** [16] - 576:23, 596:6, 617:14, 617:15, 617:16, 704:1, 767:5, 780:22, 791:3, 820:1, 829:10, 839:9, 867:20, 881:10, 881:17, 881:24

describes [5] - 701:8, 701:11, 703:9, 749:25, 782:10
**Description** [1] - 793:13
**description** [21] - 576:15, 576:16, 657:10, 685:19, 763:5, 793:18, 802:4, 802:7, 802:9, 802:18, 804:6, 804:12, 804:14, 805:7, 805:18, 806:16, 810:1, 810:3, 810:16, 811:2, 834:14
**descriptions** [1] - 598:12
**descriptive** [1] - 708:4
**desegregate** [1] - 664:20
**design** [22] - 689:12, 693:25, 706:12, 731:2, 732:18, 733:8, 733:16, 736:17, 736:23, 738:24, 744:13, 749:20, 751:8, 751:11, 777:25, 825:8, 831:13, 834:10, 837:5, 853:12, 857:15, 879:8
**designations** [1] - 700:10
**designed** [6] - 572:12, 727:12, 743:25, 836:13, 860:25
**designing** [1] - 732:3
**designs** [1] - 738:16
**despite** [7] - 614:22, 627:7, 657:19, 689:1, 713:22, 831:19, 874:19
**detail** [2] - 816:15, 866:25
**details** [1] - 648:14
**deter** [1] - 831:9
**deterioration** [2] - 715:13, 744:23
**determination** [1] - 765:24
**determine** [7] - 778:12, 799:17, 804:12, 860:25, 861:11, 872:24, 877:23
**determined** [1] - 810:4
**determining** [2] - 738:2, 740:20

**detriment** [2] - 843:10, 851:15
**devastating** [3] - 680:4, 781:19, 885:10
**develop** [2] - 594:4, 885:7
**developed** [2] - 774:4, 885:10
**development** [8] - 689:10, 689:11, 689:12, 689:17, 732:4, 732:15, 733:9, 763:25
**device** [1] - 771:13
**devices** [1] - 859:3
**diagnose** [16] - 617:12, 718:25, 721:20, 721:25, 722:6, 722:10, 722:19, 722:23, 723:3, 723:9, 723:21, 728:13, 728:16, 728:19, 728:22, 836:15
**diagnosed** [2] - 704:4, 755:16
**Diagnoses** [1] - 571:18
**diagnosing** [1] - 722:8
**diagnosis** [33] - 648:24, 649:22, 682:2, 683:13, 719:7, 722:12, 722:21, 722:25, 723:4, 723:6, 723:11, 723:12, 765:8, 765:15, 766:6, 766:10, 766:15, 790:4, 835:4, 835:5, 835:17, 835:19, 835:25, 836:1, 836:4, 836:5, 836:10, 837:1, 837:16, 839:13, 839:15, 842:11, 871:12
**diagram** [1] - 755:14
**died** [2] - 788:9, 841:2
**differ** [3] - 563:25, 599:16, 601:1
**difference** [31] - 577:17, 577:21, 578:7, 578:10, 578:18, 578:19, 579:2, 579:23, 736:21, 744:8, 770:25, 795:6, 795:7, 795:9,

795:14, 796:3, 796:14, 796:24, 797:19, 818:22, 818:25, 819:3, 820:12, 820:13, 834:7, 857:3, 857:5, 861:8, 864:8, 864:10
**differences** [7] - 745:20, 770:8, 770:14, 817:7, 817:21, 817:23, 819:15
**different** [66] - 562:22, 562:23, 563:7, 563:10, 564:15, 567:3, 567:4, 567:10, 567:11, 567:14, 567:17, 572:18, 641:7, 654:17, 682:4, 688:7, 688:11, 701:21, 703:19, 705:5, 705:18, 720:7, 720:22, 721:1, 727:8, 739:3, 740:25, 742:16, 745:6, 749:7, 749:10, 770:21, 770:22, 782:25, 788:7, 788:8, 788:11, 794:3, 797:10, 802:24, 807:25, 808:7, 816:10, 816:12, 816:13, 816:14, 817:6, 817:17, 817:18, 819:1, 819:9, 820:3, 820:8, 825:18, 832:10, 840:14, 844:10, 855:12, 855:17, 856:10, 856:11, 862:17, 862:18, 875:19, 884:5
**differs** [1] - 737:18
**difficult** [6] - 574:16, 624:13, 695:12, 695:14, 746:14, 784:2
**diffuse** [1] - 874:10
**dig** [1] - 608:7
**dilate** [1] - 832:9
**dilating** [3] - 717:14, 832:11, 832:14
**dire** [1] - 716:23
**direct** [5] - 570:22, 641:19, 669:12, 754:19, 809:8
**DIRECT** [7] - 586:20, 687:6, 711:7, 726:5,

730:4, 759:6, 814:24
**directed** [6] - 590:3, 629:14, 679:7, 681:10, 730:20, 730:21
**directing** [1] - 731:17
**direction** [4] - 635:17, 692:3, 751:6, 793:7
**directional** [7] - 796:21, 800:18, 800:19, 800:20, 801:1, 801:5, 801:25
**directionally** [3] - 775:20, 780:11, 800:8
**directly** [2] - 598:23, 656:12
**director** [2] - 587:15
**disagree** [5] - 574:21, 805:22, 805:23, 815:10, 832:5
**disagreed** [1] - 804:1
**disappointed** [1] - 627:3
**disappointing** [3] - 688:25, 831:12, 831:17
**disbelief** [1] - 713:11
**discern** [1] - 691:20
**discipline** [1] - 742:1
**disclose** [7] - 621:15, 621:19, 622:12, 649:25, 650:6, 860:5, 860:8
**disclosed** [2] - 618:15, 793:22
**discloses** [1] - 631:1
**disclosing** [2] - 683:1, 683:9
**disclosure** [3] - 620:2, 859:2, 876:9
**disclosures** [3] - 757:25, 859:20, 880:8
**disconnected** [1] - 863:17
**discourage** [3] - 717:3, 872:11, 874:1
**discouraged** [1] - 787:24
**discover** [1] - 741:18
**discovered** [3] - 698:21, 714:14, 738:8
**discuss** [9] - 651:4, 711:9, 711:10, 711:16, 826:17, 859:5, 859:7, 878:24, 879:1
**discussed** [16] -

620:6, 647:6, 647:12, 647:21, 648:13, 753:2, 783:7, 792:21, 798:10, 810:12, 826:12, 833:14, 846:4, 849:3, 882:7, 884:18
**discusses** [1] - 859:8
**discussing** [5] - 586:7, 617:4, 683:13, 754:13, 857:21
**discussion** [8] - 573:20, 575:11, 575:21, 582:24, 657:9, 690:16, 836:6, 856:19
**discussions** [1] - 598:17
**Disease** [1] - 761:22
**disease** [72] - 589:14, 590:6, 601:4, 633:13, 651:11, 651:15, 688:20, 698:20, 701:16, 701:18, 702:10, 703:13, 704:13, 705:9, 715:8, 717:9, 717:12, 722:9, 735:16, 744:18, 744:23, 760:7, 761:11, 762:22, 764:2, 764:22, 765:4, 767:2, 773:19, 776:24, 789:17, 790:3, 798:12, 812:13, 812:17, 812:20, 812:22, 813:1, 813:8, 813:15, 813:16, 813:18, 813:21, 813:25, 814:5, 814:8, 832:13, 835:16, 835:17, 835:19, 837:15, 837:17, 837:21, 839:4, 840:5, 841:4, 841:7, 843:16, 849:8, 855:14, 855:17, 869:1, 869:4, 869:5, 872:2, 874:10, 880:24, 881:16, 885:1, 885:3, 885:10
**diseases** [6] - 703:19, 734:25, 809:20, 813:2, 813:10, 813:21
**disincentive** [1] -

884:24
**dismal** [2] - 714:24, 718:4
**dismissed** [2] - 686:4, 819:2
**dismissive** [2] - 718:14, 820:20
**dispositive** [2] - 684:12, 685:10
**disproportionately** [1] - 657:13
**dispute** [1] - 712:7
**distal** [1] - 585:10
**distance** [64] - 621:9, 622:15, 639:6, 645:3, 645:11, 645:22, 646:4, 663:12, 663:15, 663:22, 664:14, 665:17, 668:11, 668:18, 669:4, 676:18, 676:21, 676:24, 677:3, 678:11, 681:7, 681:14, 681:23, 681:25, 691:23, 692:22, 693:7, 693:14, 713:23, 713:25, 734:15, 735:6, 736:16, 737:7, 746:23, 747:24, 755:23, 756:3, 756:19, 767:10, 795:9, 823:11, 823:16, 824:12, 824:20, 824:22, 844:6, 846:7, 846:11, 849:18, 849:22, 849:23, 850:19, 851:24, 852:15, 852:21, 861:9, 862:12, 863:17, 866:14, 866:22, 877:1, 877:20, 882:3
**distances** [2] - 639:8, 645:17
**distinct** [3] - 660:3, 678:21, 734:25
**distinction** [4] - 563:22, 734:22, 766:2, 766:3
**distinctive** [1] - 659:18
**distinguishes** [1] - 657:15
**distortion** [1] - 838:16
**distributed** [1] - 855:15
**DISTRICT** [2] - 560:1,

560:2
**District** [1] - 888:4
**dive** [1] - 836:18
**division** [2] - 588:3, 878:20
**doctor** [31] - 583:23, 586:5, 687:16, 756:9, 756:11, 756:16, 757:12, 762:3, 762:10, 762:25, 764:5, 769:3, 769:8, 771:5, 774:6, 774:7, 779:2, 779:11, 779:22, 785:2, 786:10, 788:19, 790:19, 794:8, 797:4, 797:23, 798:25, 802:3, 802:6, 811:20
**Doctor** [47] - 723:22, 759:8, 759:15, 759:19, 760:8, 760:12, 764:24, 765:1, 767:15, 770:2, 770:19, 771:19, 772:11, 772:23, 773:20, 774:19, 778:23, 779:6, 780:17, 780:23, 782:8, 782:14, 782:24, 787:1, 787:14, 787:22, 788:16, 789:2, 789:6, 790:9, 790:24, 791:2, 791:10, 791:16, 792:11, 792:17, 793:12, 793:17, 794:13, 794:22, 796:16, 796:23, 797:14, 798:21, 801:7, 804:1, 813:23
**doctorate** [1] - 687:13
**Doctors** [6] - 591:5, 592:25, 593:5, 612:20, 630:24, 631:21
**doctors** [23] - 592:13, 592:17, 592:18, 597:22, 603:18, 606:8, 606:19, 619:5, 619:9, 633:25, 634:3, 634:12, 634:20, 655:14, 655:21, 656:6, 682:21, 682:23, 767:1, 767:17, 774:9, 836:9, 838:21
**document** [36] -

606:15, 613:6, 620:8, 647:24, 653:19, 682:6, 682:11, 692:5, 692:9, 693:16, 716:14, 762:10, 782:7, 782:8, 785:2, 785:3, 785:7, 786:10, 786:17, 787:6, 788:19, 794:8, 815:20, 815:24, 816:18, 816:21, 823:21, 823:23, 824:1, 830:3, 832:19, 855:22, 871:24, 873:5, 874:7, 878:9
**documentation** [5] - 649:9, 649:11, 649:14, 649:17, 769:2
**documents** [10] - 592:20, 606:9, 606:18, 618:15, 620:2, 621:15, 643:6, 649:1, 649:5, 649:8
**dollars** [1] - 884:10
**done** [12] - 572:25, 651:1, 696:10, 699:6, 710:6, 714:13, 743:7, 827:11, 832:25, 852:4, 854:6, 883:24
**door** [1] - 885:2
**dosage** [2] - 818:9, 818:18
**dosages** [1] - 818:22
**dose** [12] - 590:9, 593:12, 594:3, 594:8, 619:10, 671:16, 690:7, 707:2, 818:11, 819:7, 859:13, 863:8
**dosed** [1] - 593:6
**doses** [3] - 859:4, 859:7
**dosing** [21] - 593:8, 596:4, 596:21, 596:22, 596:25, 619:11, 619:19, 620:14, 631:13, 631:15, 631:22, 671:6, 671:9, 671:17, 672:8, 701:9, 742:7, 816:10, 817:24, 818:7
**dotted** [1] - 826:25
**double** [6] - 633:10,

667:2, 691:12, 691:13, 738:6, 828:1
**double-blind** [3] - 691:12, 691:13, 828:1
**double-blinded** [1] - 738:6
**doubt** [7] - 658:17, 658:18, 723:20, 725:22, 728:15, 728:18, 728:21
**DOUG** [1] - 560:23
**down** [40] - 560:5, 569:15, 569:19, 574:12, 581:10, 581:14, 581:21, 659:5, 665:8, 679:25, 680:6, 683:17, 699:6, 717:17, 725:11, 739:9, 743:21, 755:17, 758:16, 796:17, 805:14, 818:6, 823:10, 824:16, 835:1, 838:2, 840:5, 841:14, 843:9, 844:23, 845:20, 845:21, 846:2, 846:8, 850:5, 850:8, 851:1, 851:15, 864:12, 886:7
**downhill** [1] - 793:6
**dozen** [3] - 596:16, 596:17, 732:13
**DPI** [7] - 567:3, 585:2, 689:23, 690:1, 712:5, 717:24, 718:9
**DPI's** [1] - 690:2
**DPLD** [2] - 874:18, 874:20
**Dr** [303] - 562:2, 562:8, 566:9, 566:11, 570:11, 574:8, 575:23, 582:13, 582:25, 584:19, 586:2, 586:5, 586:22, 586:24, 587:12, 587:24, 589:13, 589:19, 590:3, 592:12, 596:12, 598:25, 602:11, 602:12, 603:1, 605:12, 606:15, 608:4, 608:5, 608:12, 608:17, 608:21, 609:2, 609:11, 609:14, 609:22, 610:3, 610:11,

610:14, 610:18, 611:1, 611:5, 611:8, 611:13, 612:4, 612:7, 613:3, 613:9, 613:20, 614:4, 614:21, 615:8, 615:16, 616:12, 616:22, 617:2, 617:7, 617:16, 617:18, 618:24, 620:3, 623:1, 623:5, 623:7, 623:10, 623:14, 623:25, 624:17, 624:23, 625:4, 625:17, 625:21, 625:22, 625:25, 626:12, 626:13, 626:15, 627:6, 627:7, 627:10, 628:3, 628:9, 628:16, 628:22, 629:18, 635:3, 636:3, 637:13, 638:12, 639:1, 641:20, 645:8, 645:10, 645:14, 645:19, 646:1, 648:8, 653:8, 653:10, 654:5, 654:22, 654:24, 655:1, 655:3, 655:20, 656:14, 656:16, 656:18, 658:1, 658:25, 659:13, 660:1, 660:16, 660:19, 660:23, 661:3, 661:6, 661:22, 662:1, 663:7, 663:19, 664:9, 664:17, 665:16, 665:20, 666:9, 673:16, 675:5, 676:9, 676:14, 677:17, 677:18, 678:1, 678:4, 678:14, 678:17, 678:25, 679:5, 679:12, 679:17, 680:8, 680:20, 683:17, 683:22, 683:23, 687:8, 699:5, 699:11, 699:12, 700:8, 710:5, 710:6, 711:1, 711:3, 711:9, 715:21, 715:23, 715:24, 716:7, 716:20, 719:21, 719:24, 721:8, 721:19, 721:22,

721:23, 722:4, 722:5, 722:10, 722:13, 722:18, 722:20, 722:22, 722:24, 723:2, 723:4, 723:8, 723:14, 723:15, 723:23, 725:12, 725:20, 726:1, 726:7, 726:9, 726:10, 726:12, 726:16, 726:20, 726:24, 728:12, 728:18, 728:21, 728:22, 729:11, 729:17, 730:6, 731:5, 733:4, 733:14, 733:21, 734:10, 734:20, 735:8, 740:3, 740:8, 742:23, 744:12, 745:12, 747:25, 748:6, 752:3, 753:3, 753:7, 753:15, 753:23, 754:14, 755:1, 755:6, 755:11, 757:3, 757:8, 757:16, 758:12, 758:15, 762:21, 767:16, 768:15, 768:22, 769:10, 773:10, 775:10, 775:14, 782:8, 784:20, 787:22, 788:3, 791:24, 794:21, 796:1, 796:2, 802:15, 803:1, 803:8, 804:2, 804:21, 805:3, 805:15, 805:19, 806:13, 806:17, 807:3, 807:7, 809:4, 814:14, 814:17, 814:21, 815:1, 815:3, 815:4, 815:20, 816:18, 819:2, 820:11, 828:19, 830:17, 831:23, 833:14, 833:21, 834:15, 854:9, 860:11, 860:22, 860:24, 861:10, 867:11, 868:10, 869:14, 872:16, 876:14, 878:16, 878:17, 879:7, 879:11, 882:6, 884:18, 885:17, 885:22, 886:1, 886:3, 886:7

**dramatically** [1] - 777:5
**draw** [7] - 665:22, 744:14, 765:9, 803:25, 804:11, 850:22, 853:4
**drawing** [1] - 764:11
**drawings** [1] - 618:15
**drawn** [3] - 766:3, 855:20, 856:23
**dream** [1] - 785:22
**drive** [1] - 572:16
**driving** [1] - 743:21
**drop** [4] - 608:18, 822:8, 845:6, 846:15
**drop-out** [1] - 822:8
**droplets** [1] - 567:8
**dropouts** [2] - 853:21, 866:25
**dropped** [8] - 822:10, 840:3, 840:6, 840:7, 840:10, 840:14, 880:25
**drops** [1] - 685:11
**Drs** [5] - 594:15, 595:5, 595:14, 740:19, 815:10
**drug** [64] - 562:23, 562:25, 564:6, 564:7, 564:9, 564:12, 572:18, 576:4, 576:6, 585:13, 596:1, 598:2, 598:22, 600:12, 602:1, 610:15, 610:22, 610:24, 611:2, 611:11, 612:17, 615:19, 627:9, 643:11, 690:11, 691:20, 701:17, 712:17, 713:21, 715:13, 717:15, 728:1, 728:8, 732:4, 732:15, 733:8, 737:1, 737:21, 763:25, 776:12, 776:13, 777:8, 778:7, 778:10, 779:14, 781:1, 781:6, 781:12, 829:7, 831:21, 832:13, 854:25, 855:13, 855:15, 862:17, 863:13, 871:14, 883:13, 884:21, 885:6, 885:12
**Drug** [2] - 733:2, 778:25

**drugs** [35] - 575:1, 598:1, 672:24, 674:4, 674:15, 694:11, 712:12, 714:10, 720:7, 720:13, 720:15, 720:18, 720:21, 727:8, 735:2, 737:22, 737:24, 747:11, 748:18, 765:18, 768:10, 776:12, 776:14, 777:3, 777:4, 777:12, 779:7, 829:9, 829:17, 832:7, 858:10, 885:2, 885:9, 885:11
**dry** [31] - 566:17, 567:8, 567:9, 568:3, 568:12, 568:25, 584:22, 689:23, 689:25, 690:14, 758:3, 758:6, 758:8, 859:2, 859:20, 859:22, 860:1, 860:4, 860:8, 864:21, 864:22, 864:25, 865:4, 865:6, 865:9, 865:12, 865:15, 865:21, 866:5, 866:7
**DT** [1] - 571:24
**DTX** [56] - 569:10, 569:19, 570:3, 583:22, 584:14, 587:1, 587:6, 587:9, 606:12, 607:2, 607:7, 613:23, 614:13, 614:17, 620:4, 620:20, 628:6, 630:16, 635:5, 635:10, 658:5, 659:8, 677:5, 700:4, 700:5, 709:13, 709:14, 709:15, 788:17, 816:16, 816:25, 817:2, 817:3, 817:7, 818:8, 818:10, 818:19, 819:14, 819:16, 819:17, 819:23, 820:2, 821:23, 822:4, 825:7, 825:14, 854:12, 857:9, 858:12, 868:18
**due** [18] - 573:25, 694:10, 694:15, 696:14, 697:2, 734:15, 734:16,

737:14, 748:11, 765:3, 770:15, 837:15, 837:20, 842:9, 848:16, 872:11, 874:1
**Duke** [6] - 700:22, 701:2, 701:5, 702:13, 702:16, 702:25
**during** [20] - 570:22, 598:17, 598:24, 603:4, 641:19, 646:17, 663:11, 669:12, 677:12, 696:3, 696:8, 700:3, 700:19, 700:23, 701:2, 701:24, 709:12, 727:22, 769:16, 845:15
**DYKHUIS** [1] - 560:23
**dysfunction** [1] - 874:11

---

# E

**E4A** [1] - 685:8
**early** [7] - 571:10, 572:1, 573:4, 604:14, 662:12, 713:8, 879:13
**earnings** [8] - 606:16, 606:22, 606:24, 612:16, 658:4, 658:7, 677:7, 679:25
**ease** [1] - 763:22
**easier** [1] - 710:22
**easily** [1] - 744:15
**editor** [3] - 731:18, 786:11, 787:2
**editorial** [3] - 785:3, 785:18, 786:14
**education** [3] - 687:10, 687:11, 762:12
**effect** [43] - 564:10, 567:22, 567:25, 585:12, 691:20, 715:4, 734:2, 734:5, 734:11, 734:12, 734:14, 736:2, 736:9, 736:11, 736:19, 736:20, 737:4, 737:11, 737:15, 738:3, 738:13, 738:15, 738:19, 739:17, 740:20, 741:19, 742:21, 743:7, 744:8, 747:21, 748:21, 748:25,

750:11, 750:21, 752:6, 752:19, 752:23, 754:3, 821:17, 861:1, 861:12
**effective** [17] - 580:22, 590:8, 591:23, 592:2, 602:20, 627:5, 704:21, 705:6, 712:22, 712:24, 735:3, 735:25, 737:21, 742:15, 742:17, 742:18, 785:20
**effectiveness** [2] - 734:7, 741:17
**effects** [15] - 568:21, 574:15, 585:3, 594:4, 598:21, 680:4, 733:19, 736:12, 737:7, 738:9, 739:8, 750:17, 784:2, 800:7, 843:14
**efficacy** [23] - 572:10, 572:12, 572:13, 572:17, 575:13, 575:22, 575:23, 576:11, 576:14, 694:15, 697:19, 698:12, 705:3, 707:20, 708:1, 727:12, 731:25, 732:2, 782:4, 798:15, 869:2, 872:12, 874:2
**efficiently** [1] - 766:3
**effort** [1] - 689:1
**eight** [15] - 621:10, 622:17, 645:4, 645:11, 645:17, 645:22, 681:8, 681:14, 684:17, 795:17, 840:11, 853:1, 866:15, 877:20, 882:3
**either** [10] - 574:11, 626:12, 742:18, 751:6, 779:19, 794:4, 807:13, 811:8, 865:8, 865:20
**element** [4] - 691:16, 738:18, 876:1, 876:12
**elements** [4] - 633:21, 732:18, 736:17, 875:19
**elevated** [2] - 657:13, 856:1
**Eli** [2] - 687:17, 688:3

**elicit** [1] - 575:4
**eligible** [3] - 744:20, 745:7, 745:17
**eliminating** [1] - 691:17
**Elmo** [2] - 636:5, 636:6
**EMA** [1] - 836:17
**embodies** [1] - 712:7
**embodiments** [1] - 580:22
**embody** [1] - 866:3
**embolism** [1] - 750:8
**emeritus** [1] - 730:13
**EMERY** [1] - 560:22
**emphysema** [5] - 569:25, 682:1, 841:7, 849:6, 849:7
**empiric** [1] - 728:2
**employed** [4] - 587:12, 759:19, 759:21, 759:22
**enable** [12] - 609:18, 622:3, 622:19, 624:9, 660:7, 682:6, 682:12, 683:6, 880:14, 880:17, 881:3, 881:13
**enabled** [4] - 618:16, 881:7, 881:19, 882:1
**enabling** [2] - 876:9, 880:8
**encompass** [6] - 665:25, 666:13, 666:24, 667:11, 667:19, 874:20
**encompassed** [1] - 873:23
**encompasses** [1] - 855:3
**encourage** [1] - 642:20
**encouraged** [1] - 627:23
**end** [23] - 578:16, 651:3, 689:15, 690:5, 690:8, 690:18, 691:20, 694:2, 698:3, 745:8, 748:4, 751:22, 805:5, 819:10, 822:11, 828:20, 843:1, 843:3, 844:22, 845:21, 850:6, 851:5, 886:18
**end-licensed** [2] - 690:8, 690:18
**end-licensing** [1] - 690:5
**endeavor** [1] - 880:1

**ended** [6] - 695:22, 695:23, 695:25, 700:2, 709:10, 820:3
**ending** [1] - 720:4
**endpoint** [11] - 570:19, 572:9, 572:14, 692:2, 698:7, 727:13, 769:22, 769:25, 822:2, 823:11, 834:18
**endpoints** [5] - 698:8, 698:12, 698:15, 707:20, 821:12
**England** [12] - 588:24, 630:17, 630:25, 631:4, 633:14, 633:20, 633:24, 634:10, 634:19, 689:4, 760:25, 833:6
**English** [1] - 679:13
**enroll** [3] - 695:12, 695:16, 695:19
**enrolled** [3] - 588:21, 691:7, 837:11
**enrolling** [3] - 816:12, 837:8, 883:20
**enrollment** [14] - 691:5, 691:8, 694:5, 694:6, 694:7, 694:8, 694:20, 694:22, 695:11, 695:20, 695:22, 695:25, 696:8
**ensuring** [1] - 733:2
**entail** [1] - 689:11
**enter** [5] - 583:20, 587:5, 607:2, 614:12, 635:4
**entered** [2] - 737:12, 737:13
**enthusiasm** [1] - 718:2
**entire** [4] - 579:11, 803:5, 808:17, 852:17
**entirely** [2] - 819:9, 820:18
**entities** [1] - 642:13
**entitled** [2] - 573:16, 872:7
**entity** [1] - 839:2
**entry** [1] - 654:4
**epidemiology** [1] - 873:7
**equal** [2] - 817:15, 819:23
**equals** [1] - 852:16
**equate** [1] - 818:21
**equations** [2] - 774:1,

774:4
**equivalent** [5] - 749:8, 749:11, 771:21, 771:24, 836:17
**era** [2] - 701:14, 701:20
**ERIC** [2] - 560:20, 560:20
**Eric** [1] - 758:17
**ERS** [1] - 835:18
**especially** [5] - 697:1, 713:5, 782:3, 831:20, 848:1
**ESQ** [20] - 560:16, 560:19, 560:19, 560:20, 560:20, 560:23, 560:23, 560:24, 561:3, 561:3, 561:6, 561:6, 561:7, 561:7, 561:8, 561:8, 561:9, 561:9, 561:10, 561:10
**essence** [1] - 676:1
**essentially** [13] - 692:9, 693:10, 736:20, 738:8, 751:4, 760:25, 769:10, 770:6, 773:22, 774:9, 795:15, 798:11, 814:2
**essentials** [1] - 734:21
**establish** [4] - 572:12, 591:22, 629:23, 630:15
**established** [2] - 684:13, 869:3
**establishing** [1] - 734:1
**estimate** [2] - 688:9, 739:16
**estimated** [10] - 577:16, 715:1, 795:6, 795:7, 795:9, 795:14, 796:3, 796:14, 796:24, 797:19
**et** [3] - 570:12, 638:23, 829:15
**ET1** [1] - 873:18
**Europe** [1] - 836:17
**European** [3] - 829:25, 833:17, 833:19
**evaluate** [2] - 793:18, 884:20
**evaluated** [4] - 741:5, 745:8, 745:10, 747:13
**evaluating** [2] -

742:16, 879:12
**evaluations** [1] - 750:2
**evening** [1] - 562:10
**event** [5] - 564:19, 635:19, 746:15, 818:16, 846:18
**events** [6] - 676:4, 698:17, 743:8, 748:10, 836:19
**eventually** [1] - 694:1
**evidence** [50] - 587:6, 607:2, 612:17, 614:13, 614:22, 616:2, 624:15, 630:14, 683:22, 684:6, 692:13, 700:5, 704:14, 704:22, 704:24, 705:2, 705:14, 706:20, 709:14, 711:12, 715:16, 726:13, 726:17, 731:2, 731:6, 733:16, 737:4, 738:15, 738:20, 739:1, 739:2, 740:7, 740:11, 741:7, 741:15, 741:17, 742:20, 743:7, 744:3, 747:18, 753:23, 754:11, 756:6, 756:11, 756:15, 777:9, 812:6, 826:10, 826:13
**evidence-based** [6] - 616:2, 705:14, 706:20, 731:2, 733:16, 739:1
**evidenced** [1] - 592:23
**evolution** [1] - 650:25
**exacerbation** [7] - 633:13, 634:15, 735:6, 752:6, 863:1, 863:11, 881:16
**exacerbations** [12] - 600:4, 736:14, 752:9, 821:9, 821:13, 821:16, 821:18, 821:19, 863:9, 863:15, 863:16, 877:12
**exact** [5] - 564:16, 596:12, 771:8, 806:12, 822:19
**exactly** [5] - 563:20, 564:20, 671:7, 838:22, 884:9
**exam** [1] - 669:12,

835:21
**examination** [6] - 574:4, 583:24, 641:19, 729:9, 753:4, 885:17
**EXAMINATION** [15] - 562:6, 584:17, 586:20, 636:1, 676:12, 687:6, 711:7, 719:19, 726:5, 730:4, 753:5, 759:6, 805:1, 811:18, 814:24
**examine** [1] - 635:23
**example** [15] - 566:22, 581:15, 627:21, 708:11, 721:7, 745:12, 766:5, 772:24, 781:21, 795:12, 806:15, 817:9, 822:7, 822:11, 869:4
**examples** [2] - 688:15, 742:12
**Examples** [1] - 794:15
**except** [2] - 701:3, 866:4
**exception** [4] - 572:19, 720:12, 720:14, 727:7
**exchange** [2] - 850:10, 850:12
**exciting** [1] - 791:14
**exclude** [1] - 578:21
**excluded** [6] - 747:5, 755:21, 756:7, 756:8, 756:18, 821:11
**excluding** [1] - 820:12
**exclusion** [5] - 745:23, 756:22, 817:17, 819:11, 819:16
**exclusively** [1] - 732:7
**excuse** [7] - 619:21, 623:5, 625:9, 626:14, 632:21, 654:8, 828:17
**excused** [1] - 758:16
**executive** [1] - 715:18
**executives** [1] - 607:14
**exercise** [83] - 590:4, 593:4, 594:19, 595:11, 595:16, 599:12, 606:1, 611:3, 611:15, 611:19, 612:8, 612:19, 613:18, 619:2, 619:16,

621:22, 632:18, 640:13, 643:13, 649:25, 650:7, 662:20, 663:1, 665:25, 666:14, 667:12, 667:20, 677:18, 678:11, 678:14, 713:12, 713:15, 714:21, 715:11, 717:4, 717:25, 721:9, 721:15, 724:10, 724:12, 725:6, 727:17, 729:6, 734:8, 736:1, 736:11, 738:9, 745:16, 749:17, 750:11, 750:12, 752:19, 752:21, 752:24, 767:2, 767:10, 767:14, 822:5, 822:12, 822:14, 822:15, 822:17, 822:20, 823:4, 823:5, 823:15, 824:11, 825:3, 825:9, 830:22, 850:12, 851:1, 852:24, 859:1, 861:21, 865:1, 875:4, 875:14, 876:23, 876:24, 876:25, 877:5, 881:4

**exhaled** [4] - 770:10, 771:20, 771:23, 773:1

**Exhibit** [19] - 587:9, 607:7, 614:17, 635:10, 692:16, 700:5, 701:8, 706:5, 709:14, 731:10, 762:18, 776:9, 785:13, 786:23, 788:17, 824:7, 830:1, 830:10, 830:13

**exhibit** [5] - 584:6, 584:8, 619:2, 700:4, 709:13

**Exhibits** [3] - 584:14, 740:15, 780:6

**exhibits** [3] - 583:20, 584:1, 832:20

**exist** [2] - 738:13, 817:23

**exists** [1] - 738:3

**expand** [1] - 677:10

**expect** [5] - 564:11, 604:22, 609:3,

712:21, 738:12

**expectation** [13] - 565:18, 568:5, 585:2, 585:5, 752:5, 752:18, 826:9, 862:2, 862:4, 863:21, 864:18, 866:10, 867:7

**expectations** [1] - 750:20

**expected** [6] - 627:2, 647:15, 698:17, 712:9, 712:13, 741:15

**expecting** [1] - 685:1

**expense** [3] - 846:8, 874:3, 884:12

**expensive** [3] - 604:9, 884:7, 884:9

**experience** [44] - 588:8, 590:18, 595:19, 598:11, 600:11, 600:14, 600:17, 603:13, 605:14, 605:17, 605:22, 605:24, 606:20, 616:24, 619:9, 619:13, 619:15, 626:9, 626:24, 632:24, 713:4, 722:8, 722:20, 728:2, 749:7, 749:10, 759:16, 762:13, 763:17, 764:1, 764:12, 765:2, 767:21, 768:23, 779:17, 784:5, 848:4, 865:15, 870:4, 879:18, 879:19, 882:7, 883:8, 884:11

**experiences** [1] - 731:13

**experiencing** [1] - 780:14

**experimental** [3] - 609:7, 636:8, 758:2

**experimentally** [1] - 874:23

**expert** [9] - 589:9, 589:13, 653:12, 653:16, 710:4, 733:5, 734:20, 762:21, 878:23

**expertise** [5] - 679:13, 679:14, 732:18, 732:19, 813:5

**experts** [5] - 574:24, 673:6, 734:20,

765:14, 836:4

**explain** [11] - 572:25, 604:2, 706:13, 707:21, 733:15, 743:19, 743:20, 770:8, 849:5, 876:5

**explained** [1] - 748:7

**explaining** [1] - 604:12

**explicit** [1] - 643:15

**explicitly** [1] - 642:23

**explore** [1] - 816:15

**expose** [1] - 766:7

**express** [1] - 675:8

**expressed** [10] - 626:24, 675:5, 675:25, 770:2, 770:11, 794:3, 795:1, 842:4, 875:23

**expression** [12] - 773:11, 798:17, 798:18, 799:3, 799:25, 801:25, 803:16, 803:18, 808:1, 808:10, 808:24

**expressions** [13] - 770:5, 770:22, 770:25, 796:22, 797:16, 797:21, 798:15, 801:7, 802:24, 804:19, 807:23, 808:8, 808:9

**extensively** [1] - 732:25

**extent** [5] - 584:1, 686:13, 769:19, 791:2, 841:10

**extrapolate** [1] - 863:15

**extrapolating** [1] - 572:15

**extrapolation** [1] - 605:8

**extremely** [1] - 831:17

**exuberant** [1] - 835:2

---

# F

**face** [3] - 604:18, 804:3

**face-to-face** [1] - 604:18

**facilitated** [2] - 693:20, 696:17

**fact** [28] - 570:17, 571:5, 573:2, 583:14, 600:7, 611:1, 641:12,

658:13, 660:22, 663:12, 675:14, 694:10, 697:1, 713:23, 717:9, 720:9, 741:13, 754:13, 755:5, 769:25, 831:19, 847:18, 856:18, 858:10, 868:4, 870:7, 870:13, 870:25

**factors** [6] - 691:18, 691:22, 694:20, 734:16, 770:16, 875:20

**faculty** [4] - 730:15, 730:19, 731:4, 761:7

**fail** [1] - 735:4

**failed** [24] - 570:9, 570:18, 571:5, 571:8, 571:10, 571:25, 572:7, 572:11, 572:12, 572:20, 694:14, 695:7, 695:15, 697:1, 697:2, 697:4, 713:22, 714:9, 720:9, 723:17, 787:23, 879:13

**Failed** [1] - 571:1

**failure** [6] - 601:5, 702:11, 712:1, 781:21, 785:18, 786:4

**failures** [1] - 573:4

**fair** [7] - 598:11, 670:21, 726:20, 736:24, 736:25, 737:3, 886:6

**faith** [1] - 790:4

**false** [1] - 808:14

**familiar** [21] - 571:13, 573:8, 588:17, 588:20, 588:23, 689:18, 695:6, 721:10, 721:11, 721:14, 735:14, 735:21, 736:3, 754:9, 756:21, 764:24, 769:6, 789:19, 792:1, 792:21, 833:1

**families** [1] - 813:9

**family** [2] - 781:5, 797:10

**far** [8] - 567:17, 602:25, 644:11, 671:18, 756:14, 768:6, 822:20, 860:19

**Faria** [99] - 565:18, 566:4, 566:10, 566:11, 569:4, 569:12, 574:8, 613:4, 620:4, 620:15, 620:18, 621:18, 621:19, 621:25, 622:3, 622:11, 622:19, 622:22, 623:2, 623:5, 623:7, 623:10, 623:15, 623:22, 627:22, 631:23, 662:16, 662:18, 663:9, 665:24, 666:13, 667:11, 667:18, 668:20, 681:18, 682:9, 699:11, 699:12, 699:13, 734:4, 734:6, 743:3, 743:10, 743:12, 743:13, 744:13, 744:15, 745:16, 745:25, 746:16, 747:19, 748:14, 748:20, 748:25, 750:19, 750:22, 750:24, 751:7, 751:10, 751:21, 752:4, 752:17, 753:19, 754:6, 755:3, 755:8, 755:15, 756:8, 756:11, 758:13, 788:20, 790:25, 791:3, 809:18, 815:16, 825:22, 832:17, 832:21, 832:24, 833:25, 834:9, 837:18, 841:9, 853:6, 853:10, 854:2, 855:22, 856:14, 860:20, 861:11, 861:16, 862:12, 863:4, 863:10, 864:6, 864:11, 865:7, 866:24, 880:20, 880:23

**Faria-Urbina** [96] - 565:18, 566:4, 566:10, 566:11, 569:4, 569:12, 574:8, 613:4, 620:4, 620:15, 620:18, 621:18, 621:19, 621:25, 622:3, 622:11, 622:19, 622:22, 623:2, 623:5, 623:7,

623:10, 623:15,
623:22, 627:22,
631:23, 662:16,
662:18, 663:9,
665:24, 666:13,
667:11, 667:18,
668:20, 681:18,
682:9, 699:11,
699:12, 699:13,
734:4, 734:6, 743:3,
743:10, 743:12,
743:13, 744:15,
745:16, 747:19,
748:14, 748:20,
748:25, 750:19,
750:22, 750:24,
751:7, 751:10,
751:21, 752:4,
752:17, 753:19,
754:6, 755:3, 755:8,
755:15, 756:8,
788:13, 788:20,
790:25, 791:3,
809:18, 815:16,
825:22, 832:17,
832:21, 832:24,
833:25, 834:9,
837:18, 841:9,
853:6, 853:10,
854:2, 855:22,
856:14, 860:20,
861:11, 861:16,
862:12, 863:4,
863:10, 864:6,
864:11, 865:7,
866:24, 880:20,
880:23

**Faria-Urbina's** [3] -
744:13, 745:25,
746:16

**fashion** [2] - 568:6,
696:20

**fast** [1] - 650:3

**fatally** [1] - 853:12

**fatigue** [1] - 594:24

**fatigues** [1] - 594:25

**favorable** [1] - 709:1

**FDA** [20] - 597:24,
598:10, 608:24,
615:14, 615:19,
624:15, 640:8,
640:12, 642:17,
661:13, 672:25,
673:3, 690:16,
690:19, 714:14,
742:6, 836:17,
868:2, 869:13,
883:15

**FDA-approved** [2] -
615:19, 642:17

**features** [1] - 873:7

**February** [2] - 698:4,
716:19

**federal** [2] - 639:21,
673:2

**feedback** [1] - 610:20

**fellow** [1] - 705:12

**fellowship** [2] -
760:15, 762:1

**Fellowship** [1] -
761:22

**felt** [10] - 612:17,
651:8, 705:15,
712:1, 714:16,
714:17, 714:20,
716:21, 716:23,
784:7

**female** [1] - 772:14

**few** [4] - 589:5, 660:5,
706:23, 761:25

**fewer** [3] - 617:21,
807:5, 821:15

**fibrosis** [11] - 570:1,
642:1, 682:1,
776:18, 798:3,
838:4, 838:15,
839:10, 841:7,
849:9, 855:19

**fibrotic** [3] - 698:20,
849:10, 872:14

**field** [34] - 610:13,
610:21, 660:12,
672:20, 673:6,
713:11, 761:14,
763:5, 763:24,
764:9, 765:12,
765:14, 767:17,
769:20, 770:2,
774:22, 777:6,
781:18, 781:24,
784:5, 786:3, 787:5,
787:9, 787:10,
787:11, 791:11,
792:6, 792:8,
803:23, 826:19,
827:8, 833:12,
854:1, 858:4

**fields** [1] - 766:14

**fight** [1] - 617:17

**Figure** [4] - 744:15,
782:13, 782:14,
839:19

**figure** [2] - 782:19,
782:20

**figured** [1] - 710:19

**figures** [2] - 779:22,
779:24

**file** [5] - 684:15,
684:17, 684:19,
684:25, 685:15

**filing** [3] - 591:24,
592:2, 602:20

**fill** [2] - 600:22, 768:17

**filled** [2] - 870:12,
883:22

**filling** [1] - 644:15

**filtered** [1] - 840:21

**final** [9] - 817:2,
819:19, 819:24,
832:14, 834:18,
840:23, 851:19,
880:25, 881:2

**finally** [8] - 634:18,
682:14, 688:24,
709:1, 719:9,
737:25, 791:20,
844:21

**findings** [6] - 698:15,
749:19, 751:3,
793:9, 857:10,
857:13

**fine** [3] - 567:19,
710:10, 886:15

**finger** [2] - 844:21,
845:15

**finish** [5] - 650:16,
710:15, 710:16,
710:17, 710:19,
711:9, 710:25

**finished** [5] - 605:12,
695:20, 725:12,
783:17, 886:9

**first** [36] - 592:4,
614:3, 625:15,
644:20, 650:24,
651:2, 653:17,
653:19, 653:20,
653:23, 654:4,
665:8, 665:9,
668:10, 668:16,
682:10, 687:17,
699:12, 700:8,
704:7, 710:5,
711:24, 712:3,
715:8, 746:18,
764:8, 781:12,
785:16, 786:5,
790:24, 792:10,
815:15, 826:16,
838:8, 841:24,
876:11

**first-named** [1] - 700:8

**five** [10] - 688:10,
688:21, 688:23,
703:9, 765:13,
840:12, 840:13,
851:21, 852:19,
859:16

**flawed** [1] - 853:12,
853:14

**fleshed** [1] - 706:15

**flew** [1] - 836:20

**flight** [1] - 710:9

**Florida** [1] - 878:20

**flow** [3] - 744:16,
748:8, 755:14

**flows** [1] - 601:9

**FLYNN** [1] - 560:16

**focus** [14] - 575:25,
576:10, 662:6,
694:4, 694:5, 708:1,
711:12, 712:3,
779:7, 826:16,
847:8, 848:1,
851:14, 874:10

**focused** [7] - 636:12,
636:13, 656:5,
658:1, 658:4, 660:5,
669:22

**focusing** [7] - 618:24,
633:23, 655:14,
841:4, 850:2,
876:11, 876:23

**folks** [2] - 769:9,
803:23

**follow** [6] - 707:5,
707:9, 707:19,
745:13, 842:24,
848:25

**follow-up** [5] - 707:5,
707:9, 707:19,
745:13, 848:25

**followed** [2] - 597:1,
621:16

**following** [11] -
635:21, 687:19,
696:10, 697:17,
700:3, 709:12,
709:25, 784:14,
796:11, 856:16,
858:19

**follows** [4] - 586:16,
687:1, 730:2, 759:4

**followup** [1] - 856:8

**font** [1] - 799:7

**Food** [2] - 733:1,
778:25

**footnote** [3] - 637:6,
638:16, 638:18

**FOR** [1] - 560:2

**force** [1] - 642:19

**forced** [14] - 569:3,
569:4, 581:1,
629:16, 633:18,
698:18, 698:21,
698:23, 735:7,
736:15, 750:22,
751:2, 769:4, 851:14

**foregoing** [1] - 888:1

**foreign** [1] - 673:3

**foretold** [1] - 825:19

**forgetting** [1] - 674:7

**form** [28] - 565:24,
567:3, 567:8, 567:9,
568:3, 568:12,
568:13, 568:17,
568:18, 590:22,
600:22, 600:25,
620:15, 650:22,
705:22, 707:11,
769:1, 772:1, 773:9,
781:13, 800:13,
852:11, 855:18,
868:4, 870:25

**formal** [3] - 695:24,
697:19, 762:1

**formerly** [1] - 611:21

**forming** [15] - 591:9,
606:20, 614:9,
620:9, 620:23,
621:14, 628:11,
630:19, 776:3,
780:2, 785:8,
786:18, 788:23,
824:1, 830:5

**forms** [7] - 567:4,
601:1, 760:7,
768:16, 768:22,
870:12, 883:21

**formulate** [3] - 865:9,
865:12, 865:21

**formulating** [1] -
794:11

**formulation** [13] -
567:4, 567:5, 585:2,
721:1, 803:19,
831:22, 860:4,
860:5, 862:17,
864:25, 865:5,
865:16, 865:17

**formulations** [6] -
567:11, 567:15,
567:17, 585:9,
720:22, 749:11

**forth** [4] - 765:16,
767:3, 784:9, 801:14

**forward** [10] - 565:11,
697:9, 697:13,
742:7, 757:19,
765:10, 787:9,
791:15, 791:20,
837:4

**foundation** [3] -
627:20, 627:23,
829:23

**founder** [1] - 607:12

**four** [22] - 593:10,
593:13, 639:2,
748:15, 749:25,
750:4, 810:4, 810:8,
810:10, 810:12,

818:1, 818:3, 818:13, 818:14, 818:17, 818:20, 818:21, 819:4, 819:5, 819:8, 851:23, 859:8
**fourth** [1] - 608:15
**framed** [1] - 810:4
**Frank** [1] - 878:13
**Frantz** [5] - 715:21, 715:23, 715:24, 716:7, 716:20
**free** [1] - 640:24
**frequency** [1] - 768:9
**frequently** [2] - 767:11, 767:17
**frivolous** [1] - 635:15
**front** [6] - 626:1, 653:15, 659:8, 739:23, 816:16, 886:25
**fruition** [1] - 627:8
**full** [12] - 586:10, 659:9, 659:12, 661:2, 686:21, 695:8, 695:16, 745:19, 805:7, 811:1, 811:4, 838:8
**full-page** [1] - 659:9
**function** [11] - 749:16, 769:12, 774:3, 843:4, 843:7, 843:18, 849:16, 850:24, 851:8, 851:12, 851:22
**functional** [3] - 746:22, 767:14, 769:14
**funds** [1] - 761:19
**future** [4] - 574:3, 641:9, 732:3, 839:8
**Future** [1] - 571:18
**FVC** [136] - 564:23, 565:20, 569:15, 569:19, 570:2, 570:5, 576:19, 577:3, 577:12, 577:14, 577:19, 577:23, 578:1, 578:4, 578:11, 578:14, 579:2, 579:22, 580:7, 580:10, 580:11, 581:15, 581:22, 581:23, 581:24, 582:4, 582:6, 582:7, 585:15, 585:18, 585:22, 628:13, 628:16, 628:22, 629:3, 629:6,

629:18, 633:19, 634:23, 750:14, 750:15, 750:17, 750:20, 769:5, 769:8, 769:10, 769:13, 769:19, 769:21, 769:24, 770:2, 770:4, 770:6, 770:9, 770:10, 770:20, 770:25, 771:14, 771:21, 771:24, 772:15, 773:11, 779:3, 779:15, 779:18, 780:15, 791:25, 792:4, 792:5, 792:8, 792:11, 792:22, 794:1, 794:2, 794:6, 794:14, 794:24, 795:1, 795:4, 795:17, 795:22, 796:12, 796:22, 796:25, 797:14, 797:21, 798:20, 798:21, 799:3, 799:6, 800:1, 800:3, 800:16, 801:2, 801:7, 801:19, 801:22, 801:25, 802:1, 802:17, 802:23, 803:3, 804:8, 804:9, 804:19, 805:10, 805:17, 806:19, 807:22, 808:1, 808:6, 808:13, 808:18, 808:21, 811:6, 843:9, 843:11, 843:20, 846:9, 856:6, 856:7, 856:15, 856:22, 858:3, 861:9, 864:2, 864:4, 864:7, 864:13, 864:14, 877:16, 881:21

### G

**gas** [3] - 770:11, 850:10, 850:11
**geared** [1] - 710:13
**gears** [9] - 576:15, 638:21, 741:13, 774:19, 793:12, 822:3, 825:21, 867:9, 874:22
**general** [16] - 564:13, 601:2, 601:10, 651:7, 706:20, 737:11, 769:8,

773:10, 778:16, 781:18, 793:23, 800:6, 800:7, 803:23, 839:5, 882:22
**generalizability** [1] - 706:16
**generally** [36] - 590:3, 591:21, 592:16, 600:8, 600:22, 601:6, 604:9, 611:23, 616:16, 618:12, 625:5, 739:2, 740:6, 751:7, 751:21, 767:25, 774:13, 774:15, 783:13, 787:1, 787:3, 791:10, 792:3, 794:13, 795:7, 796:16, 796:20, 797:20, 798:19, 799:17, 800:17, 802:11, 806:11, 809:22, 813:23, 850:9
**generate** [2] - 736:18, 821:23
**generating** [18] - 627:14, 627:16, 627:22, 628:2, 628:4, 628:24, 629:7, 629:19, 629:21, 629:23, 630:1, 641:21, 665:23, 695:2, 749:19, 853:18, 853:20, 857:13
**generic** [3] - 884:19, 884:21, 885:5
**generosity** [2] - 609:15, 610:5
**Germany** [1] - 836:20
**given** [19] - 571:8, 578:7, 592:18, 602:7, 602:25, 695:14, 696:25, 697:1, 716:11, 722:21, 722:25, 723:5, 723:10, 727:25, 737:20, 777:14, 786:3, 855:12, 862:18
**Given** [1] - 574:13
**Glaxo** [3] - 687:19, 688:4, 688:16
**glove** [1] - 732:17
**goal** [1] - 747:11
**God** [1] - 627:4
**good-faith** [1] - 790:4
**GOODWIN** [1] -

560:18
**gosh** [2] - 846:1, 846:2
**governing** [1] - 836:2
**government** [1] - 673:3
**gradually** [1] - 594:2
**graduate** [2] - 587:24, 763:24
**grant** [2] - 686:2, 686:10
**granted** [1] - 572:20
**graphs** [1] - 779:15
**grayer** [1] - 705:19
**great** [5] - 562:10, 661:22, 698:7, 739:15, 773:25
**greater** [14] - 621:9, 622:17, 783:13, 814:9, 817:15, 817:16, 819:20, 819:23, 819:24, 821:15, 821:19, 823:12, 848:11, 855:25
**greater-than-15-percent** [1] - 823:17
**greatest** [1] - 803:17
**green** [3] - 782:21, 799:21, 799:22
**Group** [125] - 573:14, 574:17, 583:2, 583:7, 593:9, 597:12, 598:10, 598:13, 598:15, 601:2, 609:18, 609:23, 610:1, 611:3, 611:12, 613:21, 615:17, 637:16, 641:5, 641:7, 648:10, 651:7, 651:15, 651:18, 657:10, 657:12, 657:15, 658:23, 659:18, 659:22, 659:23, 659:24, 659:25, 660:7, 660:9, 660:15, 661:20, 662:4, 664:5, 664:6, 664:8, 664:18, 665:12, 673:10, 673:18, 674:4, 674:11, 674:17, 674:24, 675:16, 675:21, 677:18, 680:22, 694:11, 694:13, 701:14, 703:13, 703:24, 704:2, 708:12,

708:17, 708:19, 709:2, 716:9, 716:16, 743:1, 743:3, 743:15, 746:19, 747:12, 748:18, 750:6, 750:7, 754:15, 765:25, 766:6, 766:7, 766:10, 766:11, 768:10, 780:18, 781:9, 782:11, 782:17, 783:24, 783:25, 784:3, 784:21, 787:17, 790:1, 790:3, 790:8, 790:11, 790:13, 790:15, 790:17, 831:4, 835:6, 839:12, 842:14, 847:18, 847:19, 848:3, 868:5, 868:8, 868:14, 869:9, 869:16, 870:13, 870:22, 870:24, 871:2, 871:4, 871:5, 871:10, 871:15, 875:18, 883:1
**group** [40] - 569:9, 577:22, 578:11, 578:20, 579:3, 579:24, 580:6, 580:10, 580:12, 598:19, 694:18, 696:2, 696:20, 697:14, 698:2, 698:19, 698:25, 703:19, 706:1, 708:9, 714:23, 731:17, 741:1, 741:6, 745:5, 747:22, 750:7, 751:23, 795:11, 824:16, 834:4, 840:23, 844:25, 850:20, 852:17
**groupings** [1] - 734:24
**groups** [11] - 658:23, 702:17, 703:9, 736:25, 737:1, 841:6, 844:10, 844:14, 859:16, 871:1
**Groups** [2] - 703:12, 704:12
**grows** [1] - 801:5
**guarantee** [1] - 862:18
**guess** [4] - 563:14, 602:16, 702:19,

725:12
**guidelines** [7] - 765:9, 774:13, 813:6, 835:18, 872:10, 872:11, 874:1
**guys** [1] - 710:24

# H

**H-I-L-L** [1] - 586:12
**habits** [2] - 605:2, 727:21
**half** [9] - 579:12, 579:21, 580:9, 695:19, 709:18, 709:19, 822:18, 822:19, 853:3
**halfway** [1] - 823:10
**hand** [5] - 699:17, 732:17, 792:20, 794:5, 878:14
**hand-in-glove** [1] - 732:17
**handful** [1] - 750:8
**handle** [1] - 738:18
**happy** [1] - 656:10
**Harari** [2] - 786:12, 787:15
**hard** [3] - 705:14, 771:15, 853:4
**harm** [15] - 674:11, 674:16, 674:17, 674:25, 676:5, 742:19, 766:8, 775:18, 777:18, 778:18, 780:19, 786:6, 827:19, 864:13, 880:2
**harmful** [4] - 713:8, 735:4, 742:14, 858:11
**harmonious** [1] - 774:15
**Hartaj** [5] - 607:21, 607:23, 607:24, 608:5, 608:7
**Harvard** [3] - 761:5, 761:8, 761:10
**Hatch** [1] - 685:7
**Hatch-Waxman** [1] - 685:7
**Health** [4] - 704:8, 704:11, 734:23, 761:20
**health** [4] - 683:6, 730:14, 769:14, 773:19
**healthcare** [2] - 643:12, 759:23

**healthy** [4] - 771:10, 772:13, 773:4, 850:25
**hear** [21] - 566:11, 591:4, 593:1, 593:6, 594:16, 595:6, 598:24, 611:20, 623:1, 630:24, 631:21, 645:10, 645:16, 645:21, 723:23, 726:9, 728:24, 757:8, 820:11, 820:14, 831:23
**heard** [56] - 595:1, 595:13, 599:13, 603:18, 605:18, 605:21, 605:25, 606:8, 612:16, 616:20, 616:24, 617:19, 618:25, 619:4, 619:8, 619:14, 619:18, 621:7, 625:16, 628:16, 631:12, 675:8, 681:11, 721:3, 721:7, 724:5, 726:12, 743:18, 753:22, 753:23, 754:4, 754:11, 757:3, 757:6, 757:14, 768:6, 768:15, 769:9, 775:4, 775:13, 780:25, 788:2, 789:1, 791:8, 791:12, 791:24, 796:6, 799:13, 802:19, 803:7, 805:5, 807:7, 809:17, 809:18, 809:19, 832:3
**hearing** [5] - 591:8, 598:17, 610:22, 612:14, 769:4
**heart** [16] - 601:5, 601:8, 688:20, 702:11, 718:17, 718:18, 718:20, 718:24, 719:4, 719:6, 744:25, 749:16, 778:15, 835:12, 841:20, 871:3
**Heart** [1] - 761:22
**heavy** [1] - 887:3
**height** [2] - 770:15, 771:8
**held** [1] - 761:7
**hello** [2] - 584:19,

676:14
**help** [8] - 650:4, 653:21, 659:16, 680:3, 715:10, 717:17, 760:24, 818:5
**helped** [2] - 627:8, 627:23
**helping** [2] - 864:14, 880:2
**hemodynamic** [15] - 598:14, 601:7, 604:21, 657:11, 657:14, 718:22, 816:11, 817:8, 817:10, 820:8, 835:13, 839:11, 841:9, 848:17, 862:11
**hemodynamically** [1] - 651:13
**hemodynamics** [5] - 702:12, 749:16, 821:1, 830:21, 842:15
**hereby** [1] - 887:24
**herself** [1] - 566:12
**hesitations** [1] - 842:11
**heterogeneity** [1] - 746:4
**hi** [1] - 584:20
**hierarchy** [3] - 739:2, 739:9, 740:7
**high** [12] - 624:13, 701:9, 716:12, 793:17, 794:22, 802:6, 816:6, 819:14, 819:15, 826:3, 842:13, 876:5
**high-risk** [1] - 716:12
**higher** [8] - 581:15, 707:2, 755:20, 819:18, 820:19, 834:1, 834:2, 858:8
**higher-dose** [1] - 707:2
**higher-quality** [2] - 834:1, 834:2
**highest** [2] - 739:7, 782:22
**highlight** [1] - 837:22
**highlighted** [4] - 664:9, 858:25, 879:10, 882:11
**highlighting** [3] - 664:3, 882:13, 882:14
**highly** [2] - 617:11
**Hill** [8] - 586:5,

587:12, 589:13, 687:14, 733:21, 815:10, 833:21
**hill** [34] - 586:11, 586:22, 586:24, 587:24, 589:19, 590:3, 592:12, 596:12, 602:11, 602:12, 605:12, 606:15, 608:21, 618:24, 635:3, 636:3, 638:12, 639:1, 666:9, 676:9, 676:14, 679:12, 683:17, 683:23, 722:18, 722:20, 723:14, 728:18, 740:19, 767:16, 768:15, 815:4, 867:11, 868:10
**HILL** [1] - 586:13
**hill's** [1] - 768:22
**Hill's** [1] - 740:9
**himself** [1] - 675:8
**hindsight** [1] - 734:3
**HIPAA** [11] - 639:13, 639:18, 639:20, 639:24, 682:14, 682:17, 682:21, 682:23, 683:8, 683:12
**Hippocratic** [1] - 786:5
**historical** [4] - 614:24, 740:23, 741:1, 741:8
**history** [1] - 835:20
**hit** [6] - 698:7, 698:8, 754:23, 821:12, 822:1, 848:5
**hits** [1] - 744:2
**hoc** [5] - 628:8, 628:13, 820:24, 820:25, 821:25
**Hoeper** [6] - 829:24, 830:4, 830:8, 830:17, 833:14, 833:24
**HOEPER** [1] - 830:8
**HOESCHEN** [1] - 561:3
**hold** [5] - 650:16, 665:5, 761:2, 844:18, 882:21
**holds** [1] - 617:7
**holes** [1] - 849:8
**honest** [3] - 639:16, 724:16, 831:9
**honeycombing** [1] - 838:17
**Honor** [75] - 562:5,

583:16, 583:19, 583:25, 584:5, 584:11, 584:16, 586:1, 586:4, 586:18, 587:5, 589:12, 589:16, 604:24, 605:1, 605:10, 607:1, 614:12, 635:2, 635:5, 635:8, 635:18, 635:25, 638:10, 638:22, 654:8, 667:1, 670:22, 679:11, 679:15, 683:19, 683:20, 684:1, 684:8, 684:21, 684:23, 685:3, 685:16, 686:6, 686:11, 686:17, 687:23, 699:7, 710:3, 710:18, 711:2, 725:7, 725:10, 725:21, 725:23, 726:3, 729:8, 730:12, 733:11, 757:19, 758:11, 758:14, 758:17, 759:10, 762:20, 784:11, 784:18, 811:15, 814:11, 814:16, 824:5, 830:11, 836:12, 839:16, 858:18, 885:23, 887:1, 887:16, 887:17, 887:18
**Honor's** [1] - 886:16
**Honorable** [1] - 560:11
**hope** [3] - 636:6, 653:19, 697:14
**hopeful** [2] - 697:12, 698:10
**horizontal** [2] - 779:16, 792:23
**Hospital** [4] - 759:22, 759:25, 761:23, 789:18
**hospital** [3] - 756:13, 838:24, 853:21
**hospitalization** [2] - 840:11, 840:16
**hospitalizations** [1] - 777:19
**hospitalized** [4] - 744:24, 846:16, 846:18, 863:12
**hour** [5] - 709:18, 709:19, 710:20,

886:19
**hours** [1] - 750:2
**house** [2] - 599:12, 870:16
**housekeeping** [2] - 607:2, 635:4
**HRCT** [3] - 835:21, 835:25, 838:17
**HRCTs** [2] - 837:7
**huge** [1] - 627:24
**human** [1] - 741:9
**hundred** [8] - 596:16, 665:3, 724:18, 730:23, 760:18, 764:16, 773:5, 828:7
**hundred-meter** [1] - 665:3
**hypertension** [88] - 574:24, 575:1, 587:16, 589:15, 590:5, 590:8, 598:16, 600:24, 601:3, 641:16, 642:2, 659:2, 659:17, 659:20, 661:14, 672:21, 672:25, 694:12, 694:13, 701:12, 702:21, 703:10, 703:14, 703:23, 704:2, 712:15, 714:9, 715:10, 716:2, 717:12, 718:15, 718:23, 719:1, 722:2, 724:13, 734:17, 734:21, 734:22, 734:24, 734:25, 735:3, 735:15, 742:18, 743:15, 745:3, 746:19, 750:7, 757:9, 760:6, 760:22, 760:25, 761:12, 761:15, 761:18, 762:1, 762:21, 764:22, 765:3, 765:10, 776:22, 778:10, 781:10, 781:13, 782:11, 782:18, 797:8, 813:3, 835:11, 835:14, 839:23, 841:14, 842:7, 856:3, 856:4, 859:15, 859:17, 866:24, 868:5, 868:8, 868:15, 869:10, 870:22, 872:1, 874:9, 875:17, 878:7, 883:2

**hypothesis** [20] - 627:14, 627:16, 627:22, 628:2, 628:4, 628:24, 629:7, 629:19, 629:21, 629:23, 630:1, 641:21, 665:23, 688:22, 695:2, 699:25, 749:19, 853:18, 853:20, 857:13
**hypothesis-generating** [18] - 627:14, 627:16, 627:22, 628:2, 628:4, 628:24, 629:7, 629:19, 629:21, 629:23, 630:1, 641:21, 665:23, 695:2, 749:19, 853:18, 853:20, 857:13
**hypothetical** [4] - 578:15, 765:21, 772:23, 871:11
**hypothetically** [1] - 871:6
**hypoxemic** [1] - 874:4

**I**

**idea** [4] - 578:21, 827:11, 834:16, 876:22
**ideally** [1] - 738:6
**identical** [4] - 567:1, 568:14, 568:22, 584:22
**identically** [1] - 568:21
**identification** [1] - 592:17
**identified** [12] - 620:15, 655:21, 671:9, 711:23, 711:24, 714:17, 719:9, 726:16, 743:4, 744:19, 867:10, 884:13
**identifies** [1] - 835:6
**identify** [7] - 660:9, 660:19, 683:7, 732:8, 732:20, 804:17, 859:24
**identifying** [2] - 817:20, 871:11
**idiopathic** [8] - 642:1, 776:18, 781:4, 785:21, 797:9, 798:3, 813:13, 873:6

**ignore** [1] - 801:19
**III** [1] - 560:7
**IIP** [49] - 573:20, 573:24, 579:10, 579:15, 625:23, 697:3, 713:6, 713:19, 717:9, 720:4, 775:6, 780:24, 781:2, 781:5, 785:4, 785:19, 786:4, 797:6, 797:7, 799:5, 800:19, 800:20, 800:21, 802:2, 803:22, 807:6, 807:9, 812:15, 812:25, 814:1, 814:3, 814:6, 829:20, 829:22, 829:23, 830:23, 830:25, 831:2, 831:11, 831:20, 833:15, 836:13, 836:16, 838:21, 841:1, 883:10, 884:7
**IIPs** [1] - 813:10
**ILD** [408] - 565:24, 569:24, 570:4, 571:10, 571:17, 571:25, 573:3, 574:2, 579:15, 579:17, 579:18, 579:19, 583:3, 583:8, 585:4, 587:19, 587:22, 588:12, 589:15, 590:6, 592:19, 593:2, 593:4, 593:7, 594:17, 595:3, 595:7, 595:8, 595:10, 595:15, 595:23, 596:5, 596:15, 597:3, 597:10, 597:16, 597:18, 598:5, 598:8, 598:15, 598:19, 599:3, 599:4, 599:5, 600:1, 600:4, 600:14, 600:18, 600:21, 601:4, 601:9, 601:10, 601:19, 601:21, 601:24, 603:6, 603:14, 604:5, 605:15, 605:18, 605:19, 605:22, 605:25, 606:10, 608:9, 608:19, 608:24, 610:1, 610:4, 610:7,

610:9, 611:15, 611:18, 612:2, 612:8, 612:24, 613:14, 613:21, 614:25, 615:4, 615:9, 615:11, 615:17, 615:19, 615:23, 616:4, 616:11, 616:15, 616:23, 616:25, 617:5, 617:12, 617:16, 618:2, 619:1, 619:5, 619:10, 619:14, 619:24, 621:2, 621:5, 621:11, 622:16, 623:16, 623:23, 624:19, 625:6, 625:9, 625:14, 625:18, 626:2, 626:8, 626:10, 626:18, 626:25, 627:5, 627:12, 627:22, 630:8, 633:25, 634:12, 634:15, 634:20, 636:22, 637:3, 640:9, 640:10, 640:13, 640:15, 640:17, 641:7, 642:23, 643:3, 643:8, 643:13, 643:25, 647:15, 647:22, 648:10, 649:18, 650:1, 650:8, 650:13, 650:14, 651:3, 651:12, 651:14, 654:6, 655:22, 657:4, 657:16, 658:19, 658:25, 659:17, 660:2, 660:14, 662:22, 663:4, 663:16, 663:17, 664:5, 664:8, 664:11, 664:20, 664:23, 664:25, 665:1, 665:6, 665:11, 665:17, 665:19, 666:2, 666:15, 667:13, 667:21, 668:11, 668:18, 668:21, 669:4, 671:16, 674:16, 675:16, 675:21, 678:15, 678:20, 679:2, 679:7, 679:19, 680:9, 680:22, 681:2, 681:15,

681:24, 682:2, 682:19, 689:19, 690:2, 690:22, 698:11, 700:19, 700:23, 701:1, 701:9, 701:14, 701:25, 702:1, 702:14, 702:18, 702:20, 703:1, 704:5, 704:18, 704:20, 705:7, 705:25, 708:19, 712:11, 712:24, 713:13, 713:15, 714:6, 714:9, 714:11, 714:21, 715:3, 715:4, 715:7, 715:12, 717:4, 717:25, 718:9, 718:12, 718:15, 719:7, 720:10, 721:5, 721:8, 721:12, 721:15, 721:20, 722:1, 722:3, 722:6, 722:11, 722:19, 722:20, 722:23, 722:24, 722:25, 723:3, 723:4, 723:6, 723:9, 723:11, 723:16, 723:21, 723:23, 723:24, 724:1, 724:10, 727:18, 727:22, 728:13, 728:16, 728:19, 728:22, 735:1, 735:4, 740:21, 742:15, 742:19, 746:6, 746:9, 746:11, 746:20, 748:21, 750:9, 750:11, 750:21, 752:7, 752:19, 754:15, 755:16, 757:4, 757:7, 760:8, 760:10, 760:13, 760:16, 762:22, 763:4, 764:2, 764:9, 764:23, 765:7, 765:19, 765:23, 766:19, 766:22, 767:8, 767:18, 769:21, 769:23, 769:24, 769:25, 770:1, 775:1, 775:2, 776:21, 778:13, 780:18, 781:4, 781:15, 782:5, 785:21, 786:1, 787:4, 787:13,

787:18, 787:23, 787:25, 791:11, 791:17, 791:22, 792:4, 792:5, 798:8, 807:14, 807:15, 807:19, 813:4, 822:6, 823:14, 827:9, 829:14, 831:4, 831:21, 836:4, 836:14, 836:15, 836:24, 837:1, 837:12, 838:3, 838:9, 838:15, 839:1, 839:7, 839:13, 839:15, 842:9, 842:11, 844:14, 846:13, 847:9, 847:10, 847:20, 848:4, 848:15, 848:16, 849:1, 849:3, 849:7, 849:11, 852:2, 852:3, 852:4, 852:9, 852:11, 853:13, 856:15, 856:21, 858:1, 859:19, 861:12, 863:1, 864:11, 865:1, 868:16, 869:5, 871:7, 871:19, 872:13, 874:20, 874:24, 875:12, 877:12, 878:2, 878:10, 878:23, 879:13, 879:15, 879:25, 881:5, 881:10, 881:16, 881:22, 882:4, 882:8, 883:5, 885:8
**ILD-PH** [3] - 574:2, 848:4, 872:13
**ILDs** [2] - 797:10, 813:4
**illegal** [1] - 642:19
**illustration** [1] - 628:1
**iloprost** [5] - 571:2, 713:20, 727:11, 829:16, 882:19
**images** [1] - 755:14
**imagine** [2] - 596:13, 741:20
**immediately** [2] - 773:7, 773:15
**impact** [11] - 727:20, 751:9, 772:6, 778:23, 781:18, 781:25, 791:3, 791:11, 791:16, 792:4, 874:17

**impacted** [1] - 747:19
**impaired** [3] - 771:9, 772:13, 773:1
**impairment** [2] - 772:1, 773:9
**impeachment** [3] - 584:1, 584:3, 584:10
**implemented** [3] - 817:14, 818:2, 825:7
**implementing** [1] - 831:13
**implies** [1] - 751:16
**importance** [1] - 860:25
**important** [11] - 689:5, 691:17, 732:1, 737:3, 737:5, 746:4, 817:10, 822:1, 832:15, 840:7, 840:15
**imposes** [3] - 639:13, 639:21, 639:24
**impossible** [1] - 785:22
**impression** [1] - 741:9
**improve** [21] - 606:1, 611:15, 640:13, 643:12, 677:17, 713:12, 713:15, 715:14, 717:4, 717:25, 721:9, 748:1, 748:2, 749:15, 750:23, 823:14, 825:8, 856:21, 875:14, 877:5, 881:4
**improved** [14] - 578:19, 594:19, 736:1, 737:23, 746:22, 822:14, 822:15, 822:17, 822:19, 823:5, 824:11, 824:21, 825:3, 856:15
**improvement** [38] - 565:20, 578:4, 578:6, 580:25, 585:22, 599:12, 599:23, 612:18, 619:2, 621:12, 622:1, 629:16, 632:18, 633:18, 634:23, 662:20, 663:1, 663:12, 663:18, 664:13, 665:4, 698:23, 736:14, 736:16, 746:24, 747:8, 796:25, 803:3, 803:5, 804:8, 804:9,

811:6, 822:5, 861:21, 864:2, 877:16, 877:19, 881:21
**improvements** [9] - 599:8, 619:15, 721:15, 727:17, 747:23, 802:16, 805:17, 824:25, 852:24
**improving** [21] - 590:4, 593:4, 595:11, 595:16, 611:19, 612:8, 612:18, 621:22, 649:25, 650:7, 665:25, 666:13, 667:11, 667:20, 714:21, 724:10, 734:8, 830:20, 830:21, 859:1, 865:1
**IMPULSIS** [1] - 809:12
**IN** [2] - 560:1, 560:2
**in-service** [1] - 883:18
**inaccurate** [1] - 668:4
**inadequately** [1] - 572:16
**INC** [1] - 560:6
**incident** [1] - 675:17
**incidental** [1] - 839:8
**incidents** [1] - 661:14
**include** [4] - 621:22, 640:2, 640:9, 796:4
**included** [11] - 569:17, 648:8, 691:16, 707:1, 720:4, 746:11, 778:10, 839:25, 854:22, 870:25, 878:6
**includes** [4] - 580:17, 720:25, 731:1, 859:16
**including** [24] - 581:11, 581:12, 589:15, 595:16, 606:1, 613:17, 639:11, 673:4, 701:12, 731:16, 733:5, 733:7, 739:10, 754:15, 764:2, 769:10, 775:18, 777:18, 820:12, 828:11, 842:15, 872:2, 873:9
**inclusion** [6] - 756:21, 816:10, 816:11, 817:17, 819:11, 819:15
**inconsequential** [2] - 858:3, 864:9

**inconsistent** [3] - 583:12, 879:18, 879:20
**incorporate** [1] - 738:16
**incorrect** [3] - 766:6, 766:10, 845:3
**increase** [38] - 564:23, 565:15, 577:23, 578:1, 578:11, 578:23, 581:22, 594:3, 600:3, 621:9, 622:15, 645:3, 645:11, 665:17, 668:10, 668:16, 668:17, 669:3, 691:23, 693:6, 751:1, 775:18, 800:3, 800:19, 800:20, 800:21, 801:2, 801:5, 803:15, 805:9, 844:12, 849:24, 857:2, 866:14, 874:4, 875:3, 882:2
**INCREASE** [162] - 565:8, 566:21, 566:22, 566:23, 580:15, 580:18, 588:14, 588:18, 588:21, 588:23, 593:14, 593:16, 593:18, 597:1, 597:5, 597:8, 623:12, 623:17, 624:19, 626:14, 626:16, 626:18, 626:20, 626:21, 627:8, 627:25, 628:9, 628:14, 629:4, 629:6, 629:10, 630:17, 631:7, 631:13, 631:22, 633:7, 633:21, 634:8, 634:11, 634:19, 658:19, 662:9, 668:9, 668:13, 669:5, 681:23, 690:23, 690:24, 690:25, 691:1, 691:3, 691:11, 692:6, 692:8, 692:25, 693:2, 693:17, 693:19, 693:21, 693:23, 694:3, 694:20, 694:23, 695:12, 695:17, 696:7, 697:10, 698:13,

698:16, 712:6, 712:9, 712:13, 712:19, 712:21, 713:13, 714:12, 714:22, 716:18, 721:18, 721:23, 738:7, 738:12, 739:5, 743:1, 747:21, 749:21, 754:1, 754:7, 757:4, 757:10, 775:4, 791:8, 791:11, 791:16, 791:25, 792:3, 792:12, 792:18, 792:19, 793:2, 793:6, 794:17, 795:1, 797:11, 798:4, 798:9, 798:22, 807:11, 807:15, 807:19, 812:21, 814:5, 815:22, 816:1, 816:23, 817:3, 818:18, 820:5, 820:7, 820:24, 821:10, 821:11, 821:23, 821:24, 822:7, 822:13, 823:2, 823:25, 825:2, 828:14, 828:15, 829:5, 831:6, 831:7, 835:5, 837:5, 837:6, 837:11, 838:19, 842:17, 842:19, 848:7, 859:12, 866:2, 866:4, 868:3, 875:3, 876:16, 876:18, 876:22, 877:3, 877:4, 877:24, 879:2, 879:8, 879:23, 880:5, 880:7, 883:10, 884:8
**increased** [8] - 573:25, 577:14, 578:17, 778:18, 781:17, 792:5, 798:20, 856:9
**increases** [15] - 577:17, 577:19, 645:16, 645:22, 646:4, 796:21, 797:21, 800:8, 800:18, 801:25, 802:1, 804:18, 805:16, 823:15, 824:12
**increasing** [2] - 681:14, 846:7
**indeed** [5] - 639:23,

739:1, 742:15, 746:10, 747:3
**independent** [1] - 696:20
**independently** [1] - 802:17
**Indianapolis** [1] - 687:17
**indicate** [15] - 599:25, 600:4, 608:22, 609:21, 610:6, 610:19, 611:9, 611:14, 611:24, 615:9, 615:13, 616:13, 629:22, 751:4, 882:14
**indicated** [5] - 689:19, 712:14, 766:12, 868:2, 868:16
**indicates** [3] - 609:22, 610:22, 611:17
**indication** [18] - 592:13, 598:11, 601:21, 608:24, 611:2, 611:3, 615:15, 624:15, 647:16, 648:18, 698:24, 701:22, 718:10, 752:14, 781:7, 868:12, 883:3, 883:5
**indications** [1] - 608:20
**indices** [2] - 842:23, 848:25
**individual** [5] - 604:20, 651:5, 651:10, 723:1, 823:18
**individuals** [4] - 607:16, 612:17, 698:2, 821:14
**induce** [1] - 863:11
**industry** [3] - 712:2, 717:20, 833:20
**ineffective** [1] - 872:13
**inequality** [1] - 874:5
**inevitable** [2] - 672:14, 825:5
**inevitably** [11] - 634:4, 634:14, 634:23, 671:21, 671:24, 672:4, 672:9, 822:5, 825:3, 825:8, 825:19
**inexpensive** [1] - 609:3
**inference** [1] - 818:13
**inflicting** [1] - 880:1
**influence** [1] - 777:5

**inform** [1] - 862:19
**information** [27] - 572:22, 574:15, 674:1, 683:5, 683:6, 683:9, 688:22, 689:3, 695:2, 695:5, 695:10, 722:21, 722:25, 723:5, 723:10, 723:11, 742:6, 744:7, 747:6, 750:16, 752:22, 806:6, 839:14, 863:4, 865:24, 869:22, 870:18
**informative** [1] - 858:2
**informed** [2] - 754:14, 810:22
**infrequently** [1] - 604:13
**infringement** [2] - 685:12, 826:25
**ingredient** [3] - 563:12, 564:7, 567:14
**inhalation** [8] - 563:12, 563:18, 563:19, 564:7, 564:9, 590:7, 619:7, 859:3
**inhale** [2] - 563:4, 818:12
**inhaled** [127] - 562:22, 563:24, 566:4, 566:17, 567:9, 567:16, 574:22, 576:8, 577:20, 577:22, 578:7, 579:23, 580:6, 580:12, 585:8, 585:12, 590:22, 595:23, 596:2, 597:11, 598:18, 598:20, 600:1, 610:25, 611:18, 625:1, 625:14, 641:25, 645:2, 666:1, 666:15, 667:13, 667:21, 679:18, 680:2, 698:18, 699:24, 707:2, 713:11, 713:15, 713:20, 713:21, 714:12, 717:3, 720:13, 720:15, 720:22, 721:1, 727:11, 733:21, 734:5, 734:8, 738:8, 740:20, 743:1, 743:5, 743:14,

744:22, 745:1, 746:21, 747:7, 747:12, 747:22, 748:17, 748:20, 749:5, 749:21, 749:25, 750:10, 750:20, 750:25, 752:5, 752:14, 752:18, 752:23, 754:14, 757:24, 768:12, 790:3, 790:12, 792:4, 795:10, 809:15, 818:15, 823:3, 828:14, 828:15, 829:10, 829:14, 829:16, 831:24, 832:8, 839:23, 840:16, 842:24, 843:14, 843:17, 845:22, 845:23, 846:13, 846:18, 849:1, 853:23, 855:8, 855:12, 855:13, 855:20, 856:16, 856:21, 857:25, 862:19, 863:10, 865:10, 867:2, 878:1, 880:19, 881:4, 881:8, 881:14, 881:20, 882:2, 882:19, 885:1, 885:3, 885:7, 885:11
**inhaler** [12] - 689:24, 689:25, 690:14, 859:21, 859:22, 859:24, 860:2, 860:9, 864:21, 865:6, 866:5, 866:8
**inherency** [3] - 630:13, 630:15, 671:13
**inherent** [2] - 671:4, 822:23
**inherently** [4] - 671:5, 671:11, 672:3, 825:14
**inhibiter** [1] - 688:17
**inhibitors** [4] - 748:16, 768:4, 768:5, 873:18
**initial** [1] - 594:8
**initiatives** [1] - 609:17
**initio** [1] - 564:8
**injectable** [3] - 562:20, 562:22, 562:24
**innovative** [1] - 884:20
**insert** [4] - 640:9,

640:14, 640:17, 642:17
**insistent** [1] - 837:6
**instance** [3] - 742:7, 744:1, 756:14
**instances** [2] - 808:12, 808:13
**instead** [1] - 871:19
**Institute** [1] - 730:21
**Institutes** [1] - 761:20
**instruct** [1] - 643:12
**instructing** [1] - 608:23
**instrumental** [2] - 831:13, 833:5
**insufficient** [1] - 707:19
**insurance** [31] - 600:12, 600:18, 600:21, 601:1, 601:11, 601:22, 603:5, 604:1, 604:3, 604:6, 604:7, 604:14, 604:19, 609:13, 610:9, 612:2, 617:13, 617:17, 617:23, 643:2, 650:22, 651:4, 679:7, 702:1, 768:16, 870:14, 870:18, 871:12, 871:13, 871:17, 871:19
**insurer** [1] - 648:24
**integrity** [1] - 755:6
**intend** [1] - 636:16
**intended** [4] - 876:21, 877:19, 877:23, 878:3
**intent** [7] - 579:13, 580:2, 595:16, 606:1, 611:18, 721:17, 807:10
**intent-to-treat** [2] - 580:2, 807:10
**intention** [3] - 692:23, 794:25, 799:4
**intention-to-treat** [3] - 692:23, 794:25, 799:4
**intentional** [1] - 744:11
**interest** [1] - 776:20
**interested** [1] - 751:20
**interesting** [1] - 857:19
**interim** [1] - 594:9
**intermediaries** [1] - 651:1
**internal** [2] - 583:5,

589:13
**interpolate** [1] - 800:14
**interpret** [4] - 731:15, 746:14, 751:9, 801:18
**interpretation** [2] - 804:3, 811:24
**interpreted** [1] - 805:8
**interpreting** [3] - 679:13, 731:14, 733:6
**interquartile** [4] - 693:3, 693:5, 693:9, 824:17
**interrupt** [1] - 596:11
**interrupted** [2] - 742:8, 742:9
**interrupting** [1] - 635:5
**interstitial** [36] - 590:6, 633:13, 651:11, 715:8, 717:9, 717:12, 722:8, 735:16, 762:22, 764:1, 764:22, 765:4, 776:24, 781:5, 785:21, 797:9, 798:12, 813:10, 813:11, 813:14, 813:19, 832:12, 835:16, 835:17, 835:19, 837:17, 839:3, 839:4, 839:6, 839:10, 841:7, 855:17, 872:1, 881:16, 885:1, 885:3
**intervention** [1] - 877:1
**interventions** [1] - 818:8
**intolerability** [1] - 819:6
**intravenous** [5] - 855:1, 855:4, 855:18, 858:1, 866:22
**intriguing** [1] - 628:23
**intrinsic** [2] - 832:12, 855:14
**introduce** [4] - 730:11, 736:25, 737:25, 759:8
**introducing** [1] - 744:10
**invalid** [1] - 815:5
**invalidates** [1] - 751:12
**invalidity** [2] - 683:24,

685:22
**invariably** [1] - 715:8
**invasive** [1] - 718:17
**invention** [10] - 591:24, 618:14, 618:17, 622:23, 629:24, 682:12, 793:22, 876:6, 877:4, 880:15
**inventions** [1] - 880:4
**inventors** [3] - 581:5, 793:21, 804:13
**invest** [1] - 576:6
**investigated** [1] - 781:2
**investigation** [1] - 738:1
**investigational** [1] - 691:21
**investigator** [5] - 588:14, 626:20, 672:23, 882:20, 884:4
**investigators** [2] - 694:24, 836:25
**investment** [1] - 627:24
**invited** [3] - 878:21, 878:24, 879:1
**involve** [2] - 809:15, 829:14
**involved** [25] - 651:23, 652:15, 653:8, 656:1, 656:22, 656:25, 657:7, 657:24, 700:18, 703:5, 712:19, 731:23, 732:5, 741:11, 791:1, 831:10, 831:12, 831:24, 835:20, 837:5, 854:23, 882:15, 883:9, 883:11, 884:6
**involvement** [2] - 696:21, 713:4
**involves** [3] - 670:25, 732:6, 864:21
**involving** [2] - 656:6, 882:8
**IPF** [53] - 580:2, 641:15, 775:6, 775:25, 776:12, 776:13, 776:16, 776:19, 776:20, 776:23, 777:1, 777:2, 777:12, 777:16, 777:17, 778:3, 778:9, 778:16, 778:17,

779:4, 779:13, 779:18, 779:21, 798:1, 798:2, 798:8, 798:10, 799:5, 800:6, 800:20, 800:22, 801:4, 802:2, 803:22, 806:16, 807:3, 807:9, 812:15, 812:25, 813:12, 813:17, 813:25, 814:3, 814:6, 828:11, 828:22, 829:3, 872:7, 872:23, 872:25
**IRBs** [1] - 883:15
**irrelevant** [3] - 625:13, 654:16, 654:17
**irresponsible** [1] - 570:15
**issue** [13] - 591:1, 592:4, 592:7, 683:24, 711:19, 746:25, 751:17, 764:10, 764:11, 784:8, 788:6, 816:4, 825:24
**issued** [1] - 590:13
**issues** [7] - 752:25, 763:1, 763:3, 763:8, 784:1, 834:22, 858:24
**item** [1] - 648:3
**itself** [4] - 563:5, 638:10, 734:15, 788:1
**ITT** [5] - 579:11, 579:13, 800:20, 801:4, 807:10
**IV** [7] - 562:17, 563:19, 564:1, 564:6, 564:9, 832:8, 855:9

**J**

**JACKSON** [101] - 560:19, 589:16, 603:8, 604:24, 605:10, 607:4, 614:14, 635:7, 635:25, 636:2, 638:9, 638:11, 638:22, 638:25, 644:24, 645:1, 646:20, 646:21, 647:25, 648:2, 652:1, 652:3, 653:3, 653:5, 654:18, 659:4, 659:6, 661:1, 661:5, 666:4, 666:7,

667:7, 667:8, 668:22, 668:25, 669:10, 669:11, 669:16, 669:18, 670:6, 670:9, 670:21, 670:24, 673:12, 673:15, 676:9, 710:3, 710:9, 710:16, 711:2, 711:8, 711:21, 711:22, 719:8, 719:15, 725:10, 814:16, 814:19, 814:25, 824:4, 824:9, 825:11, 825:13, 826:1, 826:2, 826:21, 826:23, 828:13, 828:18, 829:2, 830:10, 830:15, 832:21, 832:23, 837:9, 837:24, 838:6, 839:16, 839:20, 841:11, 841:19, 846:21, 846:23, 848:20, 848:22, 851:7, 851:11, 853:8, 853:9, 858:18, 858:22, 880:12, 880:13, 882:9, 882:10, 885:14, 885:20, 886:16, 886:18, 887:1, 887:16
**Jackson** [7] - 635:23, 636:4, 670:19, 677:15, 828:17, 858:15, 858:21
**January** [1] - 638:13
**jazzier** [1] - 739:25
**jerry** [1] - 582:14
**job** [1] - 687:17
**john** [1] - 719:18
**John** [1] - 663:6
**join** [2] - 689:7, 690:24
**joined** [9] - 687:21, 689:8, 690:25, 691:2, 691:3, 691:9, 694:3, 694:7, 694:9
**joining** [1] - 627:6
**Jonathan** [1] - 699:9
**JONATHAN** [1] - 561:6
**JORDAN** [1] - 561:9
**Journal** [15] - 588:24, 614:2, 630:17, 630:25, 631:4, 633:14, 633:20, 633:24, 634:10,

634:19, 689:4, 829:25, 833:6, 833:18, 833:19
**journal** [10] - 614:7, 628:19, 731:18, 785:5, 786:13, 821:2, 833:10, 833:11, 833:13, 833:22
**journals** [1] - 833:23
**journey** [1] - 833:23
**JTX** [6] - 565:14, 577:1, 581:9, 589:22, 794:7, 794:19
**jubilant** [1] - 698:9
**judge** [2] - 572:21, 752:9
**Judge** [2] - 584:8, 729:10
**jump** [2] - 764:19, 793:25
**June** [1] - 560:13
**junior** [2] - 731:4, 764:17
**justification** [1] - 617:23
**justified** [1] - 830:23
**justify** [3] - 574:16, 784:2, 884:15

**K**

**KAREN** [1] - 561:3
**Katherine** [1] - 687:4
**KATIE** [1] - 560:19
**keep** [8] - 594:13, 649:13, 649:16, 673:14, 710:11, 789:2, 851:9, 869:24
**KELLER** [2] - 561:2, 561:3
**kept** [1] - 697:13
**kick** [1] - 593:21
**kind** [20] - 564:19, 590:7, 608:18, 649:11, 651:13, 671:21, 677:19, 677:23, 678:4, 695:4, 707:24, 737:16, 754:18, 813:9, 829:7, 847:19, 848:6, 879:15, 884:16, 886:20
**kindness** [2] - 609:15, 610:5
**kinds** [6] - 594:25, 649:8, 739:3,

739:10, 741:25
**King** [1] - 779:25
**Kishan** [1] - 700:7
**kits** [1] - 644:12
**KNAUSS** [30] - 561:7, 692:14, 699:3, 731:7, 733:11, 740:12, 753:6, 753:9, 753:12, 753:14, 757:19, 757:21, 757:22, 758:11, 762:16, 776:7, 780:5, 785:11, 786:21, 804:24, 805:2, 806:25, 807:2, 809:5, 809:7, 810:19, 810:22, 810:25, 811:11, 814:13
**Knauss** [2] - 753:12, 804:23
**knowing** [3] - 773:17, 821:24
**knowledge** [3] - 732:8, 810:10, 865:15
**known** [9] - 713:13, 716:1, 771:13, 776:19, 777:5, 781:5, 794:24, 869:19, 879:12
**knows** [1] - 836:15
**Krowka** [1] - 829:15

**L**

**lab** [1] - 835:21
**label** [67] - 575:12, 593:8, 597:19, 597:21, 597:24, 598:1, 598:2, 599:4, 608:20, 608:25, 614:23, 615:10, 615:12, 615:17, 615:20, 615:24, 616:5, 616:14, 624:16, 626:10, 636:17, 637:1, 637:4, 637:16, 637:19, 637:22, 640:11, 640:12, 640:16, 642:20, 643:11, 643:20, 647:16, 648:18, 649:24, 650:6, 650:13, 650:14, 651:18, 654:6, 655:22, 721:4, 721:8, 721:11,

721:15, 723:16, 727:16, 727:21, 737:25, 743:16, 749:6, 767:18, 777:24, 778:20, 778:24, 781:14, 834:3, 854:17, 868:19, 868:25, 871:7, 875:9, 875:11, 878:1, 878:6, 884:23
**labeled** [1] - 693:3
**lack** [7] - 614:24, 734:1, 734:7, 741:11, 766:13, 872:12, 874:2
**lacking** [1] - 704:14
**Lancet** [4] - 628:8, 628:18, 785:6, 786:11
**LANDERS** [1] - 561:9
**language** [4] - 593:25, 594:7, 628:4, 679:13
**large** [11] - 687:20, 715:2, 739:4, 745:20, 809:19, 828:5, 828:6, 828:10, 828:11, 883:9, 884:13
**larger** [4] - 663:15, 747:14, 755:21, 768:1
**largest** [3] - 750:7, 797:10, 828:22
**laser** [2] - 771:5, 845:8
**last** [24] - 562:10, 573:2, 637:10, 683:23, 704:7, 705:25, 706:7, 707:18, 708:5, 708:22, 721:3, 731:21, 739:22, 775:5, 814:22, 828:21, 839:24, 872:18, 872:19, 874:13, 874:15, 882:12, 885:19, 886:21
**lateral** [1] - 800:5
**LAU** [1] - 561:10
**law** [2] - 639:21, 684:15
**lay** [1] - 627:23
**layout** [1] - 792:21
**lays** [1] - 627:20
**lead** [2] - 598:1, 766:16
**leader** [1] - 672:20
**leading** [3] - 610:12, 660:12, 679:10

**learn** [2] - 734:17, 877:22
**learned** [9] - 574:23, 734:21, 734:23, 734:24, 735:2, 735:5, 831:2, 836:12, 877:24
**learning** [1] - 705:12
**least** [46] - 568:4, 590:8, 590:11, 595:2, 611:3, 622:16, 632:14, 633:3, 633:12, 634:5, 634:15, 645:4, 649:22, 651:22, 652:15, 653:7, 656:25, 657:7, 657:24, 671:1, 671:12, 672:9, 672:11, 681:14, 701:14, 702:25, 705:7, 719:25, 723:14, 739:6, 763:25, 765:3, 775:10, 801:1, 837:15, 837:20, 842:9, 848:16, 862:25, 866:14, 877:20, 881:9, 881:15, 882:3, 885:21, 886:19
**least..** [1] - 581:15
**leave** [2] - 675:13, 684:15
**led** [6] - 630:1, 679:2, 702:11, 753:25, 754:6, 781:23
**left** [21] - 562:10, 573:21, 720:3, 745:6, 752:1, 771:10, 771:20, 772:17, 772:18, 773:4, 773:7, 779:7, 780:9, 785:24, 801:3, 801:6, 827:22, 829:13, 872:18, 886:12
**legal** [2] - 589:5, 602:15
**less** [10] - 594:22, 594:25, 599:17, 713:24, 739:12, 751:14, 763:21, 788:11, 799:19, 844:24
**lesson** [1] - 837:4
**lessons** [1] - 836:12
**letter** [5] - 604:10, 604:12, 604:16,

786:11, 787:1
**level** [14] - 624:14, 739:2, 739:4, 739:13, 793:17, 794:22, 802:6, 816:7, 819:14, 819:15, 826:3, 846:2, 876:5
**levels** [1] - 633:9
**LEVI** [1] - 560:20
**Lew** [2] - 672:17, 672:20
**Lewis** [1] - 625:22
**licensed** [2] - 690:8, 690:18
**licensing** [1] - 690:5
**light** [1] - 856:14
**likelihood** [2] - 564:19, 748:25
**likely** [9] - 576:7, 651:9, 674:11, 674:25, 694:9, 748:2, 757:11, 821:12, 847:18
**Lilly** [2] - 687:17, 688:3
**limit** [3] - 848:9, 848:10, 848:11
**limitation** [1] - 745:25
**limitations** [14] - 621:19, 622:12, 624:1, 624:10, 631:1, 632:15, 632:17, 633:11, 706:19, 707:19, 708:25, 732:9, 857:21, 857:24
**Limitations** [1] - 706:8
**limited** [8] - 706:11, 706:15, 741:8, 807:13, 811:25, 857:25, 859:2, 874:18
**line** [11] - 581:10, 581:14, 581:22, 608:15, 608:19, 780:12, 780:13, 827:1, 829:13, 838:3, 838:9
**lines** [7] - 652:2, 653:3, 666:5, 668:23, 673:13, 675:18, 795:10
**linkage** [1] - 712:4
**LIQ** [2] - 646:7, 646:10
**LIQUIDIA** [1] - 560:6
**Liquidia** [33] - 575:6, 575:16, 582:10, 582:16, 582:17, 582:18, 583:6,

586:4, 646:7, 646:11, 646:13, 646:16, 646:17, 649:2, 649:6, 649:19, 684:2, 700:12, 711:11, 715:18, 716:4, 719:14, 719:18, 738:21, 753:12, 754:17, 832:17, 867:10, 878:21, 879:5, 884:19, 885:20, 886:15
**Liquidia's** [1] - 878:10
**list** [6] - 571:24, 584:7, 584:8, 592:13, 685:23, 878:13
**listed** [8] - 607:21, 612:15, 656:14, 706:23, 716:5, 782:24, 810:14, 812:1
**listening** [1] - 867:24
**literally** [2] - 605:8, 667:6
**literature** [18] - 624:18, 624:22, 624:23, 625:4, 625:17, 730:24, 742:12, 764:13, 764:19, 767:22, 768:1, 768:8, 774:20, 777:10, 782:17, 784:21, 871:22, 880:16
**liters** [7] - 770:12, 771:21, 771:24, 772:3, 773:1, 773:3
**litigation** [3] - 699:14, 700:9, 791:1
**lives** [1] - 794:14
**living** [1] - 769:17
**LLP** [4] - 560:16, 560:18, 561:2, 561:5
**lo** [1] - 698:21
**local** [1] - 563:4
**locally** [3] - 567:16, 585:9, 585:10
**lock** [2] - 695:23, 698:4
**locked** [1] - 695:25
**long-felt** [6] - 712:1, 714:16, 714:17, 714:20, 716:21, 716:23
**look** [69] - 577:9, 589:22, 594:2, 602:19, 606:12, 613:23, 628:6, 631:9, 632:21,

633:23, 653:15, 677:16, 679:25, 692:19, 713:23, 715:9, 715:20, 716:6, 727:14, 737:22, 745:6, 745:25, 750:3, 767:25, 782:12, 784:22, 788:6, 794:6, 799:17, 800:16, 800:25, 803:11, 806:25, 808:4, 809:5, 812:7, 817:8, 821:1, 824:10, 835:21, 838:2, 839:4, 839:11, 839:14, 841:8, 843:9, 847:13, 850:14, 851:17, 852:12, 854:5, 856:5, 856:25, 857:9, 858:13, 862:6, 862:24, 863:24, 864:10, 866:13, 871:22, 872:6, 873:4, 873:12, 874:6, 874:15, 878:12
**looked** [24] - 576:25, 577:2, 662:22, 698:10, 714:3, 714:4, 781:23, 786:14, 787:15, 792:12, 793:3, 812:15, 812:25, 821:3, 836:23, 837:7, 837:10, 838:23, 838:25, 857:1, 880:14, 881:7, 881:13, 882:12
**looking** [39] - 575:15, 578:25, 596:12, 621:18, 633:1, 633:11, 633:17, 634:10, 634:18, 638:15, 653:25, 661:12, 688:19, 690:10, 690:13, 693:5, 693:12, 727:6, 727:7, 751:7, 771:6, 772:11, 782:14, 783:6, 785:17, 794:22, 796:4, 797:4, 797:12, 797:23, 798:5, 801:17, 824:14, 835:13, 838:3, 839:18, 842:2, 846:9, 852:2

**looks** [12] - 813:20, 823:24, 835:24, 839:12, 844:23, 848:18, 849:17, 849:24, 852:16, 871:25, 872:5, 874:8
**Los** [1] - 774:7
**lose** [1] - 853:3
**loss** [2] - 707:5, 745:13
**lost** [1] - 766:16
**low** [1] - 783:14
**lower** [9] - 573:21, 718:24, 792:20, 800:12, 800:25, 833:13, 842:20, 848:10, 848:11
**lower-tier** [1] - 833:13
**lowest** [1] - 782:21
**Lp** [1] - 688:17
**Lp-PLA2** [1] - 688:17
**LS** [1] - 795:24
**luck** [1] - 729:12
**lump** [1] - 737:14
**lunch** [2] - 709:17, 709:18
**luncheon** [1] - 709:24
**lung** [68] - 563:5, 567:9, 567:12, 567:13, 567:14, 590:6, 601:4, 633:13, 651:11, 698:20, 702:10, 714:24, 715:8, 717:9, 717:12, 719:4, 722:8, 735:16, 744:18, 744:23, 760:7, 762:22, 764:2, 764:22, 765:4, 766:24, 767:1, 767:2, 769:12, 770:15, 774:3, 776:24, 798:12, 812:13, 812:17, 813:10, 832:12, 835:16, 835:17, 835:19, 836:2, 837:15, 837:17, 837:21, 839:3, 839:4, 839:6, 839:10, 840:5, 840:11, 840:17, 841:4, 841:7, 843:16, 843:18, 849:8, 849:9, 855:14, 855:17, 869:1, 869:4, 869:5, 872:1, 874:10, 880:24, 881:16,

885:1, 885:3
**Lung** [2] - 833:11, 833:12
**lungs** [9] - 585:9, 771:9, 771:10, 772:13, 772:16, 772:18, 773:1, 773:8, 849:9

## M

**M.D** [2] - 586:13, 763:25
**Maebius** [2] - 724:5, 724:8
**Maebius's** [4] - 724:14, 724:19, 724:25, 728:25
**magnitude** [2] - 564:10, 801:5
**main** [3] - 716:7, 817:21, 832:19
**maintain** [2] - 581:23, 639:25
**major** [1] - 585:13
**majority** [4] - 750:6, 822:17, 822:20, 823:5
**male** [3] - 771:7, 772:12, 772:25
**Managed** [1] - 614:2
**management** [1] - 873:8
**maneuver** [2] - 770:6, 772:15
**manifestation** [1] - 600:10
**Mankind** [1] - 690:16
**manner** [1] - 743:17
**MannKind** [2] - 690:6
**March** [2] - 690:25, 695:18
**Mario** [1] - 829:24
**Marius** [1] - 830:4
**marked** [1] - 799:20
**markedly** [1] - 855:25
**market** [5] - 627:9, 646:11, 685:8, 869:13, 885:6
**marketing** [1] - 642:22
**Martine** [5] - 607:12, 607:25, 608:3, 663:25, 754:13
**matching** [1] - 599:1
**material** [2] - 838:20, 848:24
**materials** [1] - 642:22
**math** [1] - 840:6
**matter** [8] - 589:7,

590:19, 712:17, 717:15, 757:15, 773:10, 832:8, 832:13
**maximum** [4] - 590:9, 593:12, 769:10, 819:7
**Mayo** [1] - 716:2
**MCDERMOTT** [1] - 560:22
**mean** [45] - 563:20, 566:18, 567:11, 578:19, 592:17, 594:1, 594:20, 595:2, 596:16, 599:3, 600:8, 632:10, 632:12, 632:13, 671:23, 682:10, 683:4, 699:23, 702:6, 704:8, 707:7, 707:13, 708:11, 709:9, 737:6, 741:17, 742:3, 746:23, 766:25, 774:8, 789:9, 791:18, 795:24, 801:16, 806:22, 817:13, 817:14, 819:18, 841:14, 841:15, 841:24, 847:13, 850:7, 850:9, 884:19
**meaning** [6] - 568:14, 595:7, 672:2, 751:14, 787:12, 824:17
**meaningful** [3] - 707:25, 823:18, 840:22
**means** [11] - 578:20, 579:13, 594:2, 632:14, 684:1, 684:3, 706:13, 707:21, 770:17, 874:25, 882:15
**meant** [2] - 659:24, 659:25
**meantime** [1] - 709:23
**measure** [8] - 698:18, 750:12, 750:15, 750:23, 752:8, 752:12, 767:9, 769:12
**measured** [7] - 599:22, 755:24, 770:11, 774:3, 823:15, 824:12, 830:22
**measurement** [10] -

581:11, 582:4, 767:13, 770:4, 770:23, 794:2, 796:12, 802:23, 807:23, 808:7
**measurements** [7] - 577:13, 581:16, 750:1, 770:21, 772:6, 774:5, 795:4
**measures** [6] - 698:21, 735:5, 771:14, 795:9, 795:20, 795:21
**mechanisms** [1] - 832:10
**Medical** [4] - 586:6, 587:13, 761:6, 761:10
**medical** [22] - 587:24, 648:23, 661:23, 679:13, 689:5, 694:17, 694:18, 717:23, 730:24, 731:3, 731:4, 742:12, 760:20, 761:12, 764:13, 769:2, 773:16, 773:17, 813:19, 821:2, 872:22, 883:23
**medication** [5] - 578:14, 785:25, 869:17, 870:15, 882:18
**medications** [13] - 604:8, 636:17, 639:11, 715:12, 720:18, 747:2, 768:3, 779:4, 783:24, 783:25, 787:4, 827:9, 846:16
**Medicine** [14] - 588:25, 630:17, 630:25, 631:4, 633:14, 633:21, 633:24, 634:10, 634:19, 689:4, 730:22, 785:6, 786:12, 833:6
**medicine** [8] - 589:13, 705:14, 706:20, 731:2, 733:16, 760:1, 761:5, 763:24
**medicines** [1] - 637:16
**meet** [5] - 570:19, 671:25, 696:16, 733:3, 805:3
**meeting** [33] - 575:9, 575:11, 575:15,

575:17, 575:19, 582:18, 582:23, 646:17, 647:1, 647:4, 647:5, 647:13, 647:20, 647:24, 648:5, 648:6, 648:7, 648:13, 648:20, 675:20, 675:25, 695:24, 696:18, 698:6, 715:19, 716:4, 716:8, 765:13, 878:11, 878:19, 878:22, 879:6
**meetings** [7] - 646:18, 675:24, 696:24, 697:8, 697:17, 733:1, 784:9
**meets** [3] - 632:15, 696:20
**member** [3] - 582:15, 626:15, 672:24
**members** [5] - 582:25, 640:5, 648:8, 680:20, 681:1
**memory** [1] - 573:11
**mention** [19] - 598:24, 640:15, 640:17, 724:12, 725:6, 749:16, 761:21, 800:9, 838:25, 859:1, 862:16, 863:9, 863:14, 864:7, 865:4
**mentioned** [38] - 641:18, 662:15, 662:16, 664:25, 668:19, 688:3, 690:1, 690:21, 734:10, 748:13, 750:4, 760:19, 777:9, 790:2, 792:7, 795:16, 795:19, 801:23, 819:11, 819:21, 820:23, 827:14, 827:21, 828:21, 839:2, 839:18, 841:24, 843:21, 844:9, 850:3, 852:2, 852:9, 853:25, 858:4, 865:6, 879:17
**mentioning** [2] - 860:1, 860:3
**mentions** [3] - 664:4, 859:15, 859:22
**mercury** [6] - 817:16, 819:19, 819:20, 841:16, 842:1,

855:25
**messy** [1] - 701:13
**met** [6] - 570:19, 632:17, 670:4, 696:8, 698:3, 763:19
**meta** [3] - 573:14, 782:11, 782:16
**meta-analysis** [3] - 573:14, 782:11, 782:16
**meter** [1] - 665:3
**meters** [19] - 621:10, 621:11, 621:13, 622:16, 645:4, 665:1, 681:7, 681:14, 693:12, 693:15, 824:16, 824:18, 824:20, 824:22, 849:24, 866:14, 877:20, 882:3
**method** [19] - 590:4, 590:22, 629:15, 649:25, 650:6, 665:25, 666:13, 667:11, 667:20, 672:8, 714:21, 719:12, 724:9, 724:13, 834:9, 869:7, 874:25, 878:2
**methodology** [1] - 728:6
**methods** [10] - 567:10, 643:18, 731:3, 837:22, 837:24, 867:20, 875:10, 876:15, 876:20, 880:17
**Methods** [1] - 789:3
**meticulously** [3] - 834:25, 883:21, 883:22
**metric** [1] - 799:12
**Meyer** [2] - 785:4, 787:15
**Michael** [1] - 607:15
**MICHAEL** [1] - 560:16
**micrograms** [9] - 590:9, 590:11, 593:11, 818:12, 818:14, 818:17, 818:21, 818:23
**middle** [5] - 693:10, 743:23, 744:18, 782:23, 800:15
**middlemen** [2] - 642:8, 642:10
**might** [30] - 564:20, 576:16, 594:25, 598:18, 598:25,

599:17, 604:12, 635:7, 644:17, 644:20, 653:21, 684:9, 699:23, 699:24, 702:22, 710:19, 742:8, 749:15, 768:16, 818:25, 820:21, 822:10, 834:15, 838:24, 839:7, 840:24, 840:25, 843:16, 853:3, 854:20
**mild** [1] - 821:1
**milestones** [1] - 696:8
**milliliter** [1] - 671:1
**milliliters** [2] - 795:2, 855:25
**millimeters** [6] - 817:13, 817:16, 819:19, 819:20, 841:16, 841:25
**millions** [1] - 884:10
**mind** [2] - 598:18, 817:21
**MINN** [2] - 561:10, 586:8
**Minnesota** [1] - 716:3
**minus** [2] - 693:12, 824:18
**minuscule** [1] - 850:22
**minute** [91] - 599:13, 599:14, 599:17, 599:22, 600:3, 621:4, 621:9, 622:1, 622:15, 639:5, 639:8, 645:3, 645:11, 645:17, 645:22, 646:4, 664:13, 665:17, 668:11, 668:17, 669:4, 676:17, 676:21, 676:24, 677:2, 678:10, 681:7, 681:13, 681:23, 681:24, 691:23, 692:22, 693:7, 734:14, 735:6, 736:16, 737:7, 745:9, 745:11, 745:23, 746:22, 747:24, 755:21, 755:23, 756:3, 756:7, 756:16, 756:19, 767:10, 798:15, 805:25, 823:11, 823:16, 824:12, 824:20, 830:22,

834:19, 843:23, 843:25, 844:5, 844:15, 844:22, 845:5, 845:6, 845:21, 846:6, 846:10, 849:18, 849:21, 849:23, 850:3, 850:13, 850:15, 850:19, 850:22, 851:5, 851:24, 852:14, 852:20, 853:2, 858:16, 861:9, 862:12, 863:16, 866:14, 866:21, 877:1, 877:19, 882:3, 886:21
**minutes** [13] - 575:16, 635:20, 646:17, 646:25, 648:21, 660:5, 700:11, 700:12, 879:7, 886:12, 887:8
**mismatch** [3] - 679:22, 680:5, 846:5
**miss** [1] - 766:11
**missed** [2] - 723:7, 879:20
**missing** [1] - 840:13
**misunderstood** [1] - 882:25
**mitigate** [1] - 737:6
**mixed** [3] - 746:7, 746:9, 796:11
**mixed-model** [1] - 796:11
**ml** [2] - 633:3, 634:5
**model** [1] - 796:11
**moderate** [1] - 651:8
**modification** [3] - 696:12, 696:13, 697:18
**modified** [2] - 604:16, 739:24
**moment** [3] - 674:20, 675:9, 675:11
**momentarily** [1] - 590:25
**Monday** [2] - 563:16, 625:21
**monitor** [3] - 639:8, 715:9, 767:10
**monitoring** [9] - 696:3, 696:6, 696:16, 696:17, 696:22, 696:23, 697:5, 697:16, 831:16
**monitors** [1] - 883:23
**monthly** [1] - 644:9

**months** [2] - 622:17, 647:10
**morning** [8] - 586:22, 636:3, 636:4, 710:17, 710:20, 885:18, 886:8, 887:20
**MORRIS** [1] - 560:16
**mortality** [2] - 573:25, 836:19
**MORTON** [1] - 561:7
**most** [27] - 601:11, 624:14, 651:9, 672:24, 680:3, 691:15, 697:2, 731:16, 743:4, 744:15, 748:2, 750:2, 757:11, 765:14, 776:23, 776:24, 793:4, 798:11, 803:18, 821:8, 821:9, 821:21, 828:6, 828:10, 832:15, 851:4
**mostly** [2] - 713:18, 855:1
**motion** [2] - 685:17, 685:22
**motions** [1] - 684:9
**motivated** [3] - 599:3, 697:13, 862:21
**motivation** [9] - 702:2, 826:7, 861:24, 862:1, 863:18, 864:15, 865:8, 866:6, 867:4
**mountain** [5] - 788:6, 788:7, 788:9, 788:10, 788:11
**mouth** [1] - 603:11
**mouthpiece** [2] - 771:12, 771:13
**mouths** [1] - 771:12
**move** [16] - 577:10, 672:16, 757:19, 757:20, 762:15, 776:6, 780:4, 785:10, 786:20, 824:4, 830:10, 839:17, 850:24, 851:7, 854:8, 860:19
**moved** [2] - 587:8, 854:4
**moves** [3] - 731:5, 740:10, 787:9
**moving** [6] - 690:20, 697:9, 697:13, 709:21, 713:10, 884:3

**mPAP** [6] - 841:25, 842:16, 842:18, 855:21, 855:23, 855:24
**MR** [315] - 562:5, 562:7, 583:16, 583:19, 583:22, 583:25, 584:4, 584:8, 584:11, 584:16, 584:18, 585:25, 586:4, 586:8, 586:18, 586:21, 587:1, 587:2, 587:5, 587:7, 587:11, 589:12, 589:16, 589:18, 589:25, 590:2, 591:16, 591:18, 592:9, 592:11, 596:19, 602:4, 602:9, 602:15, 602:19, 602:24, 603:8, 603:12, 603:21, 603:24, 604:24, 605:1, 605:6, 605:10, 605:11, 606:12, 606:14, 607:1, 607:4, 607:9, 607:18, 607:20, 608:14, 608:16, 614:12, 614:14, 614:19, 618:10, 618:11, 618:21, 618:23, 620:20, 620:22, 622:6, 622:8, 628:6, 628:7, 628:20, 628:21, 630:16, 630:18, 630:22, 630:23, 631:9, 631:11, 635:2, 635:7, 635:17, 635:25, 636:2, 638:9, 638:11, 638:22, 638:25, 644:24, 645:1, 646:20, 646:21, 647:25, 648:2, 652:1, 652:3, 653:1, 653:3, 653:5, 654:8, 654:13, 654:18, 659:4, 659:6, 661:1, 661:5, 664:4, 666:7, 667:1, 667:7, 667:8, 668:22, 668:25, 669:10, 669:11, 669:16, 669:18, 670:6, 670:9, 670:21, 670:24, 673:12, 673:15,

676:9, 676:13, 679:11, 679:15, 679:16, 683:16, 683:20, 684:1, 684:4, 684:8, 684:11, 684:21, 684:23, 685:3, 685:4, 685:6, 685:16, 686:6, 686:8, 686:11, 686:17, 692:14, 699:3, 699:7, 699:9, 700:3, 709:12, 710:3, 710:9, 710:16, 711:2, 711:8, 711:21, 711:22, 719:8, 719:15, 719:18, 719:20, 722:16, 722:17, 725:7, 725:10, 725:21, 726:3, 726:6, 726:22, 726:23, 729:7, 729:10, 729:15, 730:5, 731:5, 731:7, 731:12, 733:4, 733:11, 733:13, 740:2, 740:10, 740:12, 740:17, 742:22, 747:15, 747:17, 753:3, 753:6, 753:9, 753:12, 753:14, 757:12, 757:19, 757:21, 757:22, 758:11, 758:14, 758:17, 758:20, 759:7, 762:8, 762:9, 762:15, 762:16, 762:20, 762:24, 764:4, 771:2, 771:4, 771:16, 771:18, 772:8, 772:9, 772:19, 772:22, 774:18, 776:6, 776:7, 776:11, 780:4, 780:5, 780:8, 783:18, 783:20, 784:10, 784:18, 784:19, 784:24, 785:1, 785:10, 785:11, 785:15, 786:8, 786:9, 786:20, 786:21, 786:25, 788:13, 788:15, 789:3, 789:5, 792:15, 792:16, 794:18, 794:20, 795:23, 795:25, 796:17,

796:19, 804:21, 804:24, 805:2, 806:25, 807:2, 809:5, 809:7, 810:19, 810:22, 810:25, 811:11, 811:15, 811:19, 812:8, 812:11, 814:11, 814:13, 814:16, 814:19, 814:25, 824:4, 824:5, 824:9, 825:11, 825:13, 826:1, 826:2, 826:21, 826:23, 828:13, 828:18, 829:2, 830:10, 830:11, 830:15, 832:21, 832:23, 837:9, 837:24, 838:6, 839:16, 839:20, 841:11, 841:19, 846:21, 846:23, 848:20, 848:22, 851:7, 851:11, 853:8, 853:9, 858:18, 858:22, 880:12, 880:13, 882:9, 882:10, 885:14, 885:20, 886:2, 886:11, 886:15, 886:16, 886:18, 887:1, 887:9, 887:16, 887:17
**MS** [8] - 687:4, 687:7, 687:23, 688:1, 688:2, 692:12, 692:18, 699:1
**multicenter** [3] - 749:20, 857:14, 858:8
**multidisciplinary** [2] - 835:24, 836:6
**multiple** [5] - 714:3, 714:8, 731:24, 738:5, 820:23
**multiplication** [1] - 773:23
**multitude** [1] - 737:14

# N

**N-acetylcysteine** [1] - 776:15
**name** [10] - 586:10, 596:1, 683:1, 686:21, 729:21, 730:12, 758:23, 758:24, 759:10,

813:19
**named** [2] - 699:12, 700:8
**names** [3] - 613:2, 775:21, 779:14
**NATHAN** [1] - 561:3
**Nathan** [53] - 566:9, 570:11, 612:4, 612:7, 613:20, 614:4, 614:21, 615:16, 617:2, 617:7, 617:18, 623:25, 624:23, 625:4, 625:21, 625:25, 626:13, 626:15, 627:6, 627:10, 628:3, 628:9, 628:22, 629:18, 630:24, 636:10, 710:5, 711:1, 711:3, 711:9, 719:21, 719:24, 721:23, 722:4, 722:13, 725:12, 726:12, 726:16, 726:20, 734:20, 780:25, 814:17, 814:21, 815:1, 828:19, 833:14, 860:11, 869:14, 876:14, 882:6, 884:18, 885:17, 886:7
**Nathan's** [7] - 615:8, 616:12, 616:22, 624:17, 637:13, 641:20, 726:10
**National** [1] - 761:20
**nature** [4] - 604:21, 692:1, 708:4, 821:7
**nebulized** [12] - 566:15, 567:3, 567:8, 568:3, 568:11, 568:17, 584:22, 585:3, 689:22, 690:11, 690:13, 758:4
**necessarily** [17] - 563:11, 568:22, 634:4, 634:14, 634:23, 657:12, 671:20, 671:24, 672:3, 672:8, 789:13, 816:13, 822:4, 825:2, 825:8, 825:16, 825:19
**necessary** [8] - 624:16, 672:13, 699:18, 732:8, 736:18, 738:12,

738:17, 825:5
**need** [45] - 563:14, 604:24, 617:16, 624:1, 624:8, 624:15, 644:9, 660:23, 661:23, 662:2, 662:4, 680:3, 710:24, 712:1, 714:17, 714:20, 715:2, 716:12, 716:21, 716:23, 718:22, 738:14, 738:17, 738:19, 768:16, 801:17, 802:15, 803:4, 803:25, 804:7, 836:14, 836:18, 839:14, 861:5, 865:25, 866:3, 870:12, 870:18, 870:21, 883:12, 883:17, 884:16, 887:14
**needed** [9] - 624:9, 690:9, 723:5, 723:10, 723:11, 777:13, 827:16, 846:16, 853:17
**needle** [2] - 854:4, 854:8
**needs** [3] - 733:3, 736:22, 786:5
**negative** [17] - 624:18, 624:22, 625:17, 712:18, 713:5, 713:7, 713:18, 717:7, 728:5, 728:6, 728:11, 777:17, 795:20, 827:11, 831:20, 836:16
**negatives** [1] - 667:2
**neglected** [1] - 638:23
**nervous** [1] - 697:20
**nervousness** [1] - 697:24
**neutral** [2] - 728:7, 728:10
**never** [6] - 642:22, 643:1, 649:1, 649:5, 649:17, 684:13
**nevertheless** [1] - 689:3
**new** [9] - 647:16, 651:2, 697:14, 698:10, 718:3, 718:4, 769:22, 788:10, 884:20
**New** [12] - 588:24, 630:17, 630:25, 631:3, 633:13,

633:20, 633:24, 634:10, 634:19, 689:4, 760:25, 833:6
**newer** [1] - 701:21
**next** [31] - 562:13, 604:5, 608:14, 609:1, 609:14, 610:10, 618:5, 641:24, 655:7, 661:10, 674:21, 686:17, 706:23, 710:12, 716:24, 717:20, 718:6, 742:1, 750:7, 771:2, 778:2, 780:22, 780:24, 793:12, 804:5, 826:22, 857:20, 873:25, 875:25, 879:10
**nexus** [2] - 711:25, 712:8
**nice** [2] - 753:7, 805:3
**Nicholas** [4] - 586:5, 586:11, 589:13
**NICHOLAS** [2] - 586:11, 586:13
**NICHOLS** [1] - 560:16
**NIH** [2] - 673:3, 731:19
**nihilism** [4] - 781:23, 787:20, 879:15, 879:17
**nine** [7] - 571:25, 573:3, 593:23, 594:13, 849:15, 852:19
**nintedanib** [2] - 779:8, 779:11
**NINTEDANIB** [1] - 779:8
**noise** [1] - 691:17
**none** [15] - 604:25, 720:3, 720:12, 720:14, 747:22, 752:8, 752:12, 752:20, 775:8, 825:19, 828:4, 831:23, 877:14, 877:17, 879:14
**nonetheless** [1] - 871:19
**nonobviousness** [4] - 711:13, 726:14, 726:17, 727:1
**nonrandomized** [2] - 777:24, 781:22
**norm** [1] - 779:18
**normal** [5] - 599:19, 711:5, 773:8, 774:2, 851:4
**normalized** [1] -

770:16
**normalizes** [1] - 770:13
**normally** [1] - 791:21
**North** [2] - 687:12, 687:14
**not-positive** [1] - 688:25
**notable** [4] - 688:15, 698:15, 746:16, 793:4
**note** [4] - 746:3, 746:21, 792:24, 828:14
**noted** [1] - 695:15
**notes** [2] - 649:16, 709:20
**nothing** [18] - 576:4, 576:9, 670:17, 714:25, 718:16, 719:15, 747:1, 814:11, 814:13, 846:19, 852:25, 855:10, 856:18, 861:20, 863:8, 865:5, 866:1, 880:16
**noting** [1] - 879:11
**notion** [2] - 578:21, 712:15
**novel** [1] - 792:6
**November** [10] - 575:8, 575:16, 582:19, 590:13, 646:22, 647:7, 687:21, 689:8, 715:19, 716:15
**NSF** [1] - 731:19
**NT** [17] - 633:2, 633:9, 634:5, 671:1, 671:12, 671:21, 672:9, 735:6, 736:13, 738:10, 752:11, 752:12, 752:15, 862:7, 862:20, 877:8, 881:9
**NT-proBNP** [17] - 633:2, 633:9, 634:5, 671:1, 671:12, 671:21, 672:9, 735:6, 736:13, 738:10, 752:11, 752:12, 752:15, 862:7, 862:20, 877:8, 881:9
**number** [44] - 573:25, 581:16, 638:19, 653:24, 665:21, 688:7, 694:10, 696:11, 696:12, 696:13, 701:3,

711:24, 721:4, 751:15, 755:16, 768:1, 773:16, 781:17, 788:7, 799:14, 799:16, 809:23, 821:15, 822:19, 838:3, 838:9, 840:13, 842:5, 843:1, 843:3, 844:1, 845:11, 847:21, 848:2, 849:15, 850:18, 850:20, 850:21, 851:9, 857:2, 864:8, 864:10, 882:11
**Number** [1] - 648:3
**numbers** [10] - 755:17, 755:21, 801:13, 801:16, 847:5, 847:14, 847:16, 847:19, 856:10, 857:6
**numeral** [2] - 659:25, 680:15
**numeric** [2] - 857:3, 857:4
**numerically** [2] - 713:24, 844:7

### O

**O'Brien** [5] - 582:13, 582:14, 582:25, 648:8, 680:20
**O2** [1] - 846:10
**O201** [2] - 614:13, 614:17
**oath** [2] - 571:4, 652:7
**object** [3] - 583:25, 604:25, 647:2
**objection** [36] - 570:13, 584:13, 587:7, 587:8, 589:16, 603:8, 603:9, 605:4, 607:5, 607:6, 614:14, 614:16, 635:8, 654:12, 667:1, 667:4, 679:9, 692:14, 692:15, 731:7, 731:9, 733:11, 740:12, 740:14, 762:16, 762:17, 776:7, 780:5, 785:11, 785:12, 786:21, 786:22, 824:5, 824:6, 830:11, 830:12
**objective** [7] - 711:12,

726:13, 726:17, 767:13, 810:4, 826:9, 826:13
**obligated** [2] - 609:7, 652:9
**obligation** [1] - 869:24
**obligations** [2] - 639:21, 639:24
**observational** [2] - 834:11, 854:16
**observations** [1] - 636:15
**observe** [1] - 599:8
**observed** [1] - 594:16
**obtain** [2] - 595:9, 871:12
**obtained** [5] - 617:13, 628:14, 808:1, 820:4, 844:20
**obvious** [13] - 815:16, 826:5, 826:10, 840:18, 860:17, 860:18, 861:16, 862:10, 862:14, 863:3, 864:4, 864:24, 866:17
**obviously** [4] - 583:11, 665:4, 697:12, 716:10
**obviousness** [11] - 562:11, 684:7, 685:11, 685:20, 711:10, 711:11, 753:15, 825:22, 826:4, 860:12, 860:16
**obviousness-related** [1] - 753:15
**occasionally** [2] - 704:8, 704:11
**occur** [2] - 563:24, 870:8
**occurred** [2] - 598:14, 622:17
**occurs** [2] - 737:17, 765:13
**October** [1] - 699:14
**OF** [2] - 560:2, 560:9
**off-label** [23] - 597:19, 597:21, 597:24, 614:23, 615:10, 615:12, 615:17, 615:20, 615:24, 616:5, 616:14, 636:17, 637:16, 643:20, 648:18, 721:4, 721:8, 723:16, 871:7, 875:9, 878:1, 878:6, 884:23

**off-market** [1] - 869:13
**offer** [13] - 589:13, 591:25, 592:5, 642:23, 642:2, 644:6, 714:25, 718:3, 718:16, 718:21, 719:2, 791:20, 874:23
**offered** [9] - 589:19, 630:4, 643:7, 643:8, 643:17, 735:19, 753:15, 753:18, 854:9
**offering** [4] - 643:3, 643:24, 694:25, 815:14
**offers** [5] - 623:25, 692:12, 733:4, 762:20, 787:4
**offhand** [1] - 573:9
**office** [2] - 765:7, 765:22
**Office** [2] - 724:9, 729:5
**Official** [1] - 888:4
**often** [12] - 594:3, 599:7, 599:16, 599:17, 604:20, 636:16, 703:12, 767:9, 769:21, 769:24, 770:1, 770:11
**Ogenstad** [2] - 885:22, 886:1
**once** [7] - 650:3, 752:12, 839:13, 853:20, 854:21, 863:12, 880:23
**one** [116] - 571:16, 585:13, 591:23, 596:6, 602:20, 606:18, 608:18, 610:13, 613:2, 613:3, 616:17, 626:1, 632:7, 632:10, 632:12, 632:14, 632:18, 633:12, 634:3, 634:13, 634:15, 634:22, 647:6, 647:12, 647:20, 655:9, 664:4, 665:21, 672:2, 672:12, 673:6, 678:20, 680:2, 680:10, 682:5, 684:12, 685:10, 690:10, 691:6, 691:8, 694:9, 694:19, 696:11,

697:3, 697:8, 698:19, 698:21, 705:5, 705:21, 706:25, 708:5, 716:5, 716:10, 717:10, 717:20, 727:7, 728:4, 735:3, 736:22, 741:20, 741:25, 749:7, 749:10, 750:1, 758:11, 761:25, 770:4, 770:6, 773:6, 775:19, 776:23, 776:24, 783:9, 784:22, 798:12, 808:9, 808:25, 812:19, 813:10, 816:22, 817:9, 817:21, 818:1, 818:14, 819:4, 820:25, 825:1, 827:14, 828:22, 831:15, 832:1, 832:16, 833:8, 833:22, 836:12, 837:10, 840:11, 841:24, 844:13, 845:10, 850:23, 855:2, 857:3, 859:6, 859:13, 861:22, 862:16, 862:25, 863:8, 863:12, 864:10, 881:15, 883:7, 885:23, 886:9
**one's** [1] - 863:15
**ones** [6] - 584:2, 655:15, 732:7, 748:3, 752:1, 776:25
**ongoing** [3] - 723:17, 785:25, 859:10
**online** [2] - 616:3, 616:19
**open** [11] - 575:12, 575:22, 653:16, 696:18, 737:25, 743:16, 749:6, 777:24, 834:3, 854:17
**open-label** [5] - 737:25, 743:16, 749:6, 777:24, 854:17
**opened** [1] - 885:2
**opening** [1] - 670:7
**operation** [2] - 684:15, 732:17
**operations** [1] - 689:14
**opinion** [62] - 576:22, 585:1, 592:1,

594:18, 595:15, 605:14, 605:17, 606:20, 613:13, 617:3, 617:7, 619:21, 619:22, 622:3, 622:11, 622:19, 624:8, 627:16, 630:7, 633:25, 634:11, 634:20, 635:14, 666:12, 666:23, 666:24, 667:10, 674:10, 674:24, 682:9, 712:9, 714:5, 714:16, 714:20, 716:21, 716:22, 717:2, 718:8, 722:18, 722:22, 723:2, 726:16, 726:24, 735:18, 767:17, 775:10, 775:12, 796:23, 802:11, 805:12, 805:19, 810:16, 811:4, 811:9, 812:24, 815:4, 815:24, 822:24, 868:10, 874:25, 875:8, 876:5
**opinionated** [1] - 675:23
**opinions** [46] - 562:11, 576:16, 589:19, 591:1, 591:10, 612:5, 614:10, 620:9, 620:15, 620:23, 621:14, 624:3, 627:11, 628:11, 630:4, 630:12, 630:20, 649:7, 711:17, 733:20, 733:23, 764:5, 774:21, 776:4, 780:2, 785:8, 786:18, 788:24, 794:11, 802:4, 809:25, 810:17, 815:13, 816:3, 816:6, 824:1, 825:21, 826:3, 830:5, 853:6, 853:10, 854:10, 860:24, 867:17, 875:25, 880:10
**opportunity** [6] - 572:24, 694:25, 695:4, 695:8, 766:11, 831:18
**opposed** [1] - 665:12

**opposite** [1] - 780:11
**opposition** [1] - 686:9
**optimism** [1] - 718:5
**optimistic** [3] - 627:1, 886:22
**option** [5] - 564:6, 697:14, 698:11, 699:23, 699:24
**options** [1] - 705:16
**oral** [7] - 647:17, 684:9, 685:17, 685:21, 720:18, 832:8, 879:12
**orally** [1] - 727:9
**orbit** [1] - 697:22
**order** [9] - 685:9, 718:25, 738:12, 802:17, 804:6, 817:10, 870:17, 870:19, 887:9
**ordinarily** [2] - 742:5, 742:6
**ordinary** [5] - 566:14, 568:16, 568:23, 624:9, 763:9
**organ** [1] - 598:23
**Organization** [3] - 704:9, 704:11, 734:23
**organizer** [1] - 778:12
**original** [10] - 653:20, 762:3, 816:22, 817:25, 819:22, 821:4, 827:14, 835:4, 835:5
**originally** [1] - 882:18
**otherwise** [1] - 602:1
**out-of-proportion** [4] - 701:16, 702:5, 702:6, 702:21
**outcome** [5] - 688:19, 734:14, 737:7, 737:22, 776:25
**outcomes** [9] - 594:10, 594:16, 595:16, 606:1, 708:12, 737:12, 737:23, 738:1, 738:10
**outdated** [1] - 884:22
**outputs** [1] - 697:16
**outset** [2] - 744:22, 747:5
**outside** [4] - 607:16, 810:8, 810:17, 838:24
**overall** [6] - 741:25, 769:13, 769:15, 798:6, 799:4, 800:3
**overly** [1] - 627:1

**overruled** [1] - 667:4
**oversee** [1] - 760:24
**oversees** [1] - 774:13
**oversight** [3] - 693:25, 696:4, 696:5
**overstretch** [1] - 575:25
**overview** [2] - 730:17, 799:24
**overwhelming** [1] - 827:10
**overwhelmingly** [1] - 768:3
**owing** [2] - 766:13, 784:1
**own** [16] - 594:10, 595:19, 603:13, 605:21, 605:24, 606:19, 616:24, 619:9, 619:13, 628:4, 631:3, 649:10, 691:24, 764:11, 791:17, 879:19
**owner** [6] - 724:2, 724:6, 724:20, 724:25, 728:25, 729:3
**ox** [1] - 844:21
**oxygen** [10] - 767:2, 844:20, 844:21, 845:11, 845:25, 846:2, 846:8, 850:2, 850:8, 851:1
**oxygenation** [3] - 599:2, 845:16, 874:3

## P

**P-I-R-F-E-N-I-D-O-N-E** [1] - 779:10
**p-value** [15] - 565:1, 569:16, 569:22, 570:6, 577:19, 577:25, 663:4, 751:12, 751:13, 751:17, 751:25, 752:2, 799:14, 799:19, 856:13
**p-values** [7] - 577:6, 751:9, 799:10, 799:11, 799:12, 799:20, 799:22
**pace** [2] - 594:23, 711:5
**package** [4] - 640:9, 640:14, 640:16, 642:17
**page** [70] - 565:14,

569:19, 570:3, 571:24, 573:19, 574:12, 574:15, 577:1, 581:9, 590:1, 607:10, 607:18, 607:19, 608:14, 614:20, 616:1, 620:13, 628:20, 631:9, 647:25, 652:2, 653:1, 653:3, 653:24, 655:7, 659:4, 659:5, 659:9, 661:1, 661:4, 661:9, 670:11, 677:9, 680:15, 692:19, 706:7, 708:23, 715:20, 716:6, 782:12, 783:15, 783:21, 785:16, 785:23, 789:4, 794:19, 797:3, 812:9, 818:7, 819:14, 823:9, 834:9, 837:25, 838:1, 841:8, 841:12, 842:21, 846:22, 848:20, 848:21, 855:22, 856:6, 868:21, 872:18, 873:12, 878:12, 879:3
**pages** [7] - 574:14, 677:15, 684:17, 824:10, 828:7, 857:9, 872:6
**PAH** [106] - 574:2, 574:14, 583:8, 588:10, 589:7, 593:9, 594:24, 601:9, 601:10, 601:15, 601:17, 601:19, 602:2, 614:22, 614:23, 615:3, 615:6, 615:9, 616:4, 616:16, 616:23, 617:4, 617:20, 617:22, 625:5, 626:1, 637:16, 639:1, 641:1, 641:3, 641:5, 644:3, 644:7, 647:14, 648:10, 649:22, 650:22, 651:18, 651:22, 651:25, 652:15, 653:8, 656:1, 656:22, 656:25, 657:7, 657:9, 657:10, 657:12, 657:18, 657:24, 674:14, 679:23,

680:22, 701:12, 701:16, 701:18, 701:23, 702:7, 702:22, 703:18, 703:20, 703:22, 703:24, 704:13, 705:9, 705:22, 705:24, 709:2, 712:12, 724:1, 748:18, 766:7, 766:21, 766:23, 768:21, 769:2, 781:13, 782:4, 783:24, 786:3, 787:3, 787:13, 813:4, 827:8, 839:12, 842:14, 847:18, 847:19, 848:18, 868:7, 869:16, 869:17, 870:13, 870:24, 871:10, 871:12, 871:15, 871:18, 873:16, 873:17, 874:3, 875:11, 879:12
**PAH-specific** [10] - 574:14, 704:13, 766:7, 766:21, 766:23, 782:4, 787:3, 787:13, 873:17, 874:3
**PAH-specified** [1] - 574:2
**PAH-type** [1] - 848:18
**paid** [2] - 646:13, 870:25
**paint** [1] - 744:1
**painted** [3] - 743:22, 744:6, 754:22
**painting** [2] - 745:24, 754:23
**panel** [3] - 783:1, 783:2, 783:6
**panels** [1] - 782:24
**PANTHER** [10] - 775:6, 776:12, 776:13, 776:16, 777:1, 777:2, 777:7, 777:16, 777:17, 777:21
**Panther** [1] - 775:25
**PANTHER-IPF** [8] - 775:6, 776:12, 776:13, 776:16, 777:1, 777:2, 777:16, 777:17
**Panther-IPF** [1] - 775:25
**paper** [56] - 565:23,

566:10, 574:8, 613:9, 616:13, 620:4, 620:6, 628:8, 628:13, 628:17, 628:22, 633:21, 663:6, 681:13, 681:17, 681:18, 699:13, 700:9, 701:7, 701:11, 703:8, 704:25, 705:2, 709:1, 709:7, 743:4, 747:1, 776:3, 788:23, 789:1, 789:4, 815:17, 833:1, 833:3, 833:5, 837:18, 854:6, 854:10, 854:19, 862:17, 863:10, 863:14, 864:8, 864:11, 865:7, 866:22, 866:24, 871:25, 872:15, 873:4, 873:6, 874:8, 880:20, 880:21, 880:23

**papers** [9] - 613:3, 613:13, 613:20, 682:17, 682:22, 682:24, 764:14, 779:21, 784:23

**Pappas** [2] - 687:4, 687:5

**PAPPAS** [8] - 687:4, 687:7, 687:23, 688:1, 688:2, 692:12, 692:18, 699:1

**paradigm** [1] - 715:6

**paradoxically** [1] - 821:7

**paragraph** [11] - 573:21, 581:21, 605:5, 605:6, 661:9, 664:2, 677:10, 677:12, 704:7, 838:8, 872:19

**paragraphs** [1] - 655:9

**parameters** [5] - 698:19, 801:18, 817:10, 834:5, 834:6

**parenchymal** [1] - 874:10

**parenteral** [8] - 562:18, 563:13, 564:1, 568:18, 569:1, 749:15, 855:3, 855:9

**parenterally** [1] - 749:4

**parentheses** [1] -

799:9

**Parikh** [7] - 591:5, 613:10, 631:23, 700:7, 700:8, 700:9, 745:12

**part** [28] - 581:4, 593:14, 658:23, 662:4, 679:21, 688:13, 691:25, 696:4, 696:18, 698:2, 702:2, 724:22, 732:1, 748:11, 764:14, 765:3, 782:15, 793:13, 811:2, 828:6, 837:15, 837:20, 841:23, 842:9, 848:16, 879:15, 879:24, 884:4

**participant** [1] - 626:13

**participants** [1] - 676:5

**participate** [3] - 607:14, 607:16, 693:18

**participated** [2] - 575:8, 607:11

**participating** [2] - 697:23, 733:1

**particles** [1] - 567:8

**particular** [18] - 566:16, 617:16, 656:8, 664:2, 697:3, 724:22, 734:2, 737:10, 741:14, 773:3, 784:8, 811:21, 813:7, 844:13, 853:14, 884:25, 885:8, 885:9

**particularly** [3] - 604:14, 740:8, 814:4

**parties** [1] - 710:18

**parties'** [2] - 700:10, 763:11

**partly** [1] - 657:8

**parts** [1] - 884:3

**party's** [1] - 865:20

**pass** [4] - 583:16, 676:10, 699:1, 719:16

**passed** [1] - 883:15

**past** [5] - 591:6, 616:20, 732:3, 741:2, 741:3

**Patent** [2] - 724:8, 729:4

**patent** [91] - 565:6, 565:12, 576:22,

585:14, 585:21, 589:20, 589:22, 589:23, 590:13, 592:2, 596:23, 619:22, 622:4, 622:20, 622:23, 629:9, 629:19, 630:2, 633:8, 637:11, 637:12, 643:18, 647:8, 669:14, 684:13, 719:13, 724:2, 724:6, 724:9, 724:11, 724:12, 724:20, 724:25, 725:5, 726:14, 726:18, 727:1, 727:2, 728:25, 729:3, 729:5, 734:7, 735:12, 735:21, 736:4, 749:22, 749:24, 750:5, 750:10, 750:14, 752:5, 752:17, 757:23, 758:8, 794:7, 794:9, 794:10, 794:11, 794:14, 797:3, 797:24, 798:22, 801:9, 810:13, 812:1, 812:8, 815:4, 815:17, 825:15, 825:22, 826:19, 827:5, 858:12, 858:17, 859:13, 859:14, 859:21, 860:17, 860:18, 861:11, 861:15, 861:17, 862:13, 863:5, 863:8, 864:6, 864:7, 865:5, 876:10, 884:20

**patent's** [1] - 591:23

**patent-ready** [1] - 876:10

**patenting** [12] - 591:25, 618:6, 618:8, 618:13, 618:14, 622:24, 624:16, 629:24, 682:5, 682:10, 813:17, 823:18, 824:24, 834:17, 835:11, 835:15, 837:8, 839:12, 842:16, 848:3, 848:4, 855:2, 859:14, 859:18, 867:1, 868:5, 870:7, 870:9, 870:13, 870:18, 870:19,

566:17, 568:13, 574:3, 577:20, 578:8, 578:15, 585:4, 590:5, 590:7, 593:18, 601:10, 601:24, 602:2, 604:12, 609:5, 609:6, 609:8, 614:23, 617:20, 623:2, 623:7, 623:10, 623:11, 623:15, 623:16, 623:22, 632:14, 632:18, 633:3, 633:19, 640:2, 640:20, 640:23, 645:4, 648:23, 651:6, 651:11, 671:24, 672:2, 672:5, 672:6, 672:11, 672:14, 683:14, 690:13, 691:18, 691:22, 692:23, 694:12, 695:17, 698:19, 707:8, 707:9, 709:4, 716:12, 721:20, 722:1, 723:1, 724:10, 728:13, 728:16, 728:19, 746:14, 750:3, 751:8, 756:12, 765:6, 765:22, 765:24, 766:5, 766:7, 766:9, 766:12, 769:11, 771:8, 771:9, 771:10, 771:20, 771:23, 772:1, 772:4, 772:12, 772:14, 772:16, 772:17, 772:18, 772:25, 773:3, 773:7, 773:8, 775:18, 777:18, 778:7, 778:9, 778:14, 778:18, 779:1, 779:21, 781:2, 786:7, 789:10, 802:25, 803:5, 808:3, 813:17, 823:18, 824:24, 834:17, 835:11, 835:15, 837:8, 839:12, 842:16, 848:3, 848:4, 855:2, 859:14, 859:18, 867:1, 868:5, 870:7, 870:9, 870:13, 870:18, 870:19,

870:22, 870:24, 871:2, 871:9, 879:8

**patient's** [11] - 594:10, 604:21, 708:8, 765:2, 767:14, 769:13, 770:13, 770:17, 771:22, 773:18, 870:16

**patients** [482] - 569:18, 569:24, 570:4, 573:15, 573:25, 574:17, 574:25, 578:6, 578:22, 579:17, 579:18, 579:19, 580:5, 583:2, 583:8, 587:17, 587:19, 587:21, 588:20, 593:2, 593:3, 593:7, 593:15, 593:23, 594:17, 594:18, 595:1, 595:7, 595:12, 595:15, 595:23, 596:2, 596:5, 596:14, 597:4, 597:7, 597:10, 597:18, 598:8, 599:4, 599:6, 599:9, 599:10, 599:21, 600:2, 600:18, 600:23, 601:7, 603:6, 603:14, 605:15, 605:18, 605:25, 608:20, 609:18, 609:24, 610:4, 610:7, 610:9, 611:4, 611:12, 611:15, 611:18, 612:2, 612:9, 612:18, 612:24, 613:14, 613:18, 615:9, 615:20, 616:4, 616:6, 616:9, 616:11, 616:15, 616:23, 616:25, 617:4, 617:5, 617:13, 618:2, 619:1, 619:5, 619:10, 619:14, 619:19, 619:20, 619:24, 621:1, 621:2, 621:5, 622:16, 624:19, 625:9, 625:14, 625:18, 626:8, 627:12, 630:8, 632:23, 634:1, 634:2, 634:12, 634:14, 634:21, 634:22, 636:16,

637:17, 639:1, 639:2, 640:3, 640:6, 640:24, 641:15, 641:25, 642:14, 643:13, 644:14, 644:17, 644:20, 646:4, 647:17, 648:10, 649:16, 649:18, 649:21, 650:1, 650:8, 651:3, 651:14, 654:6, 659:1, 659:17, 660:7, 660:9, 660:23, 661:15, 663:13, 663:16, 663:20, 665:18, 671:5, 671:8, 672:2, 673:10, 673:18, 674:4, 674:11, 674:12, 674:15, 674:18, 674:25, 675:16, 675:22, 679:19, 680:9, 680:22, 681:15, 681:24, 682:19, 682:22, 682:24, 688:20, 691:6, 692:24, 693:1, 693:6, 693:14, 694:19, 695:12, 695:20, 697:15, 698:11, 698:22, 698:25, 700:18, 700:23, 701:1, 701:8, 701:13, 701:15, 701:25, 702:2, 702:9, 703:1, 703:5, 703:9, 703:15, 704:1, 704:4, 704:12, 704:18, 704:20, 705:7, 705:13, 705:16, 705:22, 706:1, 707:1, 708:12, 708:17, 708:20, 709:2, 712:11, 713:13, 714:22, 714:23, 715:1, 715:3, 715:5, 715:7, 715:10, 715:14, 717:4, 717:25, 718:3, 718:5, 718:10, 718:12, 718:25, 719:3, 719:4, 719:5, 721:9, 721:16, 722:6, 722:11, 722:19, 722:23, 723:3, 723:4, 723:9, 723:16, 723:22, 727:18, 727:22,

728:22, 735:5, 735:10, 737:11, 737:13, 740:21, 741:1, 741:3, 741:4, 741:6, 742:19, 743:2, 743:14, 744:16, 744:17, 744:22, 744:24, 745:1, 745:5, 745:7, 745:10, 745:15, 745:19, 746:6, 746:8, 746:9, 746:10, 746:25, 747:3, 747:5, 747:8, 747:12, 748:1, 748:13, 748:15, 748:21, 748:23, 749:6, 750:5, 750:7, 750:9, 750:11, 750:21, 750:24, 751:18, 751:22, 752:7, 752:19, 754:15, 754:16, 755:9, 755:12, 755:16, 755:20, 756:1, 756:4, 756:7, 756:18, 756:25, 757:4, 757:7, 757:10, 757:11, 760:4, 760:6, 760:8, 760:10, 760:12, 760:17, 761:12, 764:1, 766:18, 766:20, 766:21, 766:22, 767:2, 767:8, 767:18, 768:10, 768:20, 768:21, 769:2, 769:25, 770:1, 771:7, 774:2, 775:2, 776:16, 776:18, 777:12, 777:23, 778:10, 778:13, 779:17, 779:19, 780:13, 780:18, 781:4, 781:16, 783:25, 789:14, 789:16, 790:1, 790:6, 790:8, 790:11, 790:14, 791:17, 791:19, 791:21, 792:4, 792:5, 792:9, 797:8, 798:1, 807:5, 807:9, 813:7, 813:8, 813:22, 814:4, 817:10, 817:25, 819:4, 819:17, 820:8, 820:9, 820:13, 820:20, 820:23, 821:1,

821:10, 821:11, 822:6, 822:9, 822:13, 822:18, 823:2, 823:6, 823:7, 823:14, 823:19, 824:11, 824:17, 824:19, 825:3, 825:8, 827:19, 828:12, 828:24, 832:12, 835:4, 836:9, 836:23, 837:2, 837:11, 837:15, 837:20, 839:1, 839:9, 839:21, 839:22, 840:4, 840:5, 840:15, 840:20, 840:24, 840:25, 841:2, 841:10, 842:7, 842:13, 843:1, 843:15, 843:23, 844:7, 844:10, 846:13, 846:15, 846:16, 846:17, 846:25, 847:3, 847:8, 847:18, 847:22, 848:15, 849:1, 849:2, 849:6, 849:11, 850:19, 850:20, 850:21, 851:13, 851:19, 852:14, 852:17, 852:24, 853:13, 853:23, 854:22, 854:23, 855:8, 855:14, 855:16, 855:23, 856:3, 856:4, 856:16, 856:21, 859:19, 861:6, 861:12, 863:12, 865:1, 869:1, 869:3, 869:17, 869:23, 872:25, 878:6, 879:25, 880:2, 880:24, 881:1, 881:5, 881:10, 881:16, 881:22, 882:4, 883:20, 885:3, 885:9
**patients'** [1] - 639:25
**paucity** [1] - 614:22
**pause** [1] - 873:20
**pay** [3] - 609:4, 609:7, 870:20
**payers** [6] - 609:4, 609:6, 609:11, 609:16, 610:4, 660:6
**paying** [1] - 612:3

**PDF** [1] - 590:1
**PDX** [5] - 719:23, 726:22, 807:1, 807:21, 809:6
**peak** [2] - 692:22, 717:11
**peer** [8] - 604:18, 614:7, 620:11, 628:17, 651:3, 730:23, 775:23, 779:24
**peer-reviewed** [6] - 614:7, 620:11, 628:17, 730:23, 775:23, 779:24
**penetration** [1] - 567:13
**people** [15] - 583:14, 594:4, 626:1, 651:7, 651:14, 657:12, 657:15, 702:20, 706:3, 718:2, 774:2, 792:8, 845:14, 851:4, 884:5
**per** [6] - 593:15, 633:3, 634:5, 671:1, 795:21, 818:12
**percent** [20] - 564:23, 565:15, 577:12, 580:10, 581:24, 582:3, 582:6, 582:7, 616:5, 626:11, 637:15, 693:10, 693:13, 715:2, 724:18, 741:23, 750:9, 751:2, 770:5, 770:9, 770:12, 770:16, 770:17, 770:20, 771:21, 771:22, 771:25, 772:2, 772:3, 772:4, 773:2, 773:4, 773:5, 773:13, 774:4, 777:11, 794:4, 795:2, 797:13, 797:16, 798:6, 798:17, 799:2, 799:25, 801:10, 801:12, 801:23, 801:24, 802:17, 803:3, 803:16, 804:9, 804:19, 805:9, 805:18, 806:18, 807:22, 808:5, 808:21, 811:6, 812:23, 814:9, 822:9, 823:12, 823:19, 824:17, 839:6, 843:10, 843:19,

843:20, 843:21, 844:24, 845:6, 850:6, 851:16, 856:7, 856:8, 856:9, 856:10, 856:11, 857:1, 857:2, 857:5, 864:7, 864:12
**percentage** [2] - 751:1, 777:8
**perception** [2] - 611:11, 741:9
**PERFECT** [13] - 658:10, 658:13, 658:21, 661:19, 662:6, 662:9, 664:3, 665:5, 742:23, 742:25, 743:2, 743:6, 883:6
**perform** [7] - 590:21, 599:14, 639:5, 707:24, 756:17, 772:15, 853:1
**performed** [7] - 681:25, 777:14, 816:25, 851:22, 851:24, 852:14, 852:20
**performing** [3] - 782:15, 789:13, 821:23
**perfusion** [3] - 599:1, 846:5, 871:2
**perhaps** [1] - 574:2
**period** [8] - 650:17, 700:19, 700:23, 701:2, 701:24, 727:17, 850:6, 859:9
**permitted** [1] - 593:14
**person** [15] - 563:16, 566:14, 568:1, 568:10, 568:15, 568:23, 578:13, 624:9, 675:23, 683:7, 683:10, 763:9, 764:18, 773:23, 850:25
**personal** [4] - 595:19, 683:5, 781:25, 791:17
**personally** [4] - 712:21, 718:11, 836:12, 837:7
**perspective** [4] - 763:7, 763:9, 791:10, 887:17
**perspectives** [1] - 879:23
**pertain** [2] - 624:23, 625:1
**pertaining** [1] - 784:1

**pertains** [1] - 787:3
**pessimism** [5] -
717:11, 853:25,
854:3, 858:4, 858:6
**Peter** [2] - 686:18,
686:22
**PETER** [2] - 686:22,
686:23
**PF** [1] - 565:24
**PF-PH** [1] - 565:24
**PH** [363] - 565:24,
566:1, 571:17,
571:25, 573:3,
573:14, 574:2,
574:3, 574:17,
583:3, 585:4,
587:17, 587:19,
587:22, 588:12,
589:15, 590:6,
592:19, 593:2,
593:4, 593:7,
594:17, 594:24,
595:3, 595:7, 595:8,
595:10, 595:15,
595:23, 596:5,
596:15, 597:3,
597:10, 597:16,
597:18, 598:5,
598:8, 598:15,
598:19, 599:3,
599:4, 599:5, 600:1,
600:14, 600:18,
600:21, 601:24,
603:6, 603:14,
604:5, 605:15,
605:18, 605:19,
605:22, 605:25,
606:10, 610:1,
610:4, 610:7, 610:9,
610:21, 611:12,
611:15, 611:18,
612:2, 612:8,
612:24, 613:14,
613:21, 614:25,
615:4, 615:9,
615:10, 615:11,
615:17, 615:19,
615:23, 616:4,
616:11, 616:14,
616:15, 616:23,
616:25, 617:5,
617:12, 617:16,
618:2, 619:1, 619:5,
619:10, 619:14,
619:24, 621:2,
621:5, 623:16,
623:23, 624:19,
625:6, 625:9,
625:14, 625:18,
626:2, 626:8,

626:10, 626:18,
626:25, 627:5,
627:12, 627:22,
630:8, 633:25,
634:12, 634:20,
636:17, 636:22,
637:3, 640:9,
640:10, 640:13,
640:15, 640:17,
641:7, 642:23,
643:3, 643:8,
643:13, 643:25,
647:15, 647:22,
649:18, 650:1,
650:8, 650:13,
650:14, 651:3,
651:6, 651:8,
651:12, 651:14,
654:6, 655:22,
657:4, 657:16,
658:19, 658:21,
658:25, 659:1,
665:17, 666:2,
666:15, 667:13,
667:21, 668:11,
668:18, 668:21,
669:4, 671:16,
674:4, 674:16,
675:16, 675:21,
678:15, 679:7,
679:19, 680:9,
681:15, 682:2,
682:19, 689:19,
690:2, 690:22,
698:11, 700:19,
700:23, 701:1,
701:9, 701:14,
701:25, 702:1,
702:5, 702:9,
702:14, 702:18,
702:20, 703:1,
703:4, 704:5,
704:18, 704:20,
705:7, 705:22,
705:25, 708:8,
708:19, 712:11,
712:24, 713:13,
713:15, 714:6,
714:11, 714:21,
715:3, 715:4, 717:4,
717:8, 717:25,
718:9, 718:12,
719:7, 720:10,
721:5, 721:8,
721:12, 721:15,
721:20, 722:1,
722:6, 722:11,
722:19, 722:23,
723:3, 723:4, 723:6,
723:9, 723:12,
723:13, 723:16,

723:21, 723:23,
723:24, 724:10,
727:18, 727:22,
728:13, 728:16,
728:19, 728:22,
735:1, 735:4,
740:21, 742:15,
742:19, 743:3,
746:6, 746:9,
746:11, 746:20,
748:14, 748:21,
750:8, 750:9,
750:11, 750:21,
752:7, 752:19,
754:15, 755:16,
757:4, 757:7,
760:10, 760:13,
760:16, 762:22,
763:4, 764:2, 764:9,
764:23, 765:7,
765:19, 765:23,
766:19, 766:22,
767:8, 767:18,
769:24, 769:25,
770:1, 775:2,
776:21, 778:13,
780:18, 781:4,
781:15, 782:5,
785:21, 786:1,
787:4, 787:13,
787:18, 787:23,
787:25, 791:11,
791:17, 791:22,
792:4, 792:5, 798:1,
806:16, 807:3,
807:6, 807:14,
807:15, 807:19,
813:4, 822:6,
823:14, 827:9,
829:14, 831:4,
831:21, 837:15,
837:20, 841:10,
842:6, 842:9,
846:13, 847:9,
847:20, 848:3,
848:4, 848:16,
856:15, 856:21,
858:1, 859:19,
861:12, 865:1,
868:16, 871:7,
871:19, 872:7,
872:13, 872:23,
872:25, 874:18,
874:24, 875:12,
875:18, 878:2,
878:10, 878:23,
879:13, 879:25,
881:5, 881:10,
881:16, 881:22,
882:4, 882:8, 883:5,
883:7

**PH-complicated** [1] -
872:7
**PH-COPD** [5] -
658:21, 659:1,
735:1, 743:3, 746:6
**PH-CPFE** [1] - 746:11
**PH-IIP** [1] - 807:6
**PH-ILD** [297] - 565:24,
571:17, 571:25,
573:3, 583:3, 585:4,
587:19, 587:22,
588:12, 589:15,
590:6, 592:19,
593:2, 593:4, 593:7,
594:17, 595:3,
595:7, 595:8,
595:10, 595:15,
595:23, 596:5,
596:15, 597:3,
597:10, 597:16,
597:18, 598:5,
598:8, 598:15,
598:19, 599:3,
599:4, 599:5, 600:1,
600:14, 600:18,
600:21, 601:24,
603:6, 603:14,
604:5, 605:15,
605:18, 605:19,
605:22, 605:25,
606:10, 610:1,
610:4, 610:7, 610:9,
611:15, 611:18,
612:2, 612:8,
612:24, 613:14,
613:21, 615:4,
615:9, 615:11,
615:17, 615:19,
615:23, 616:4,
616:11, 616:15,
616:23, 616:25,
617:5, 617:12,
617:16, 618:2,
619:1, 619:5,
619:10, 619:14,
619:24, 621:2,
621:5, 623:16,
623:23, 624:19,
625:6, 625:9,
625:14, 625:18,
626:2, 626:8,
626:10, 626:18,
626:25, 627:5,
627:12, 627:22,
630:8, 633:25,
634:12, 634:20,
636:22, 637:3,
640:9, 640:10,
640:13, 640:15,
640:17, 641:7,

642:23, 643:3,
643:8, 643:13,
643:25, 649:18,
650:1, 650:8,
650:13, 650:14,
651:3, 651:12,
651:14, 654:6,
655:22, 657:4,
657:16, 658:19,
658:25, 665:17,
666:2, 666:15,
667:13, 667:21,
668:11, 668:18,
668:21, 669:4,
671:16, 674:16,
675:16, 675:21,
678:15, 679:7,
679:19, 680:9,
681:15, 682:2,
682:19, 689:19,
690:2, 690:22,
698:11, 700:19,
700:23, 701:1,
701:9, 701:14,
701:25, 702:1,
702:14, 702:18,
702:20, 703:1,
704:5, 704:18,
704:20, 705:7,
705:25, 708:19,
712:11, 712:24,
713:13, 713:15,
714:6, 714:11,
714:21, 715:3,
715:4, 717:4,
717:25, 718:9,
718:12, 719:7,
720:10, 721:5,
721:8, 721:12,
721:15, 721:20,
722:1, 722:19,
722:23, 723:3,
723:4, 723:9,
723:16, 723:21,
724:10, 727:18,
727:22, 728:13,
728:16, 728:19,
728:22, 735:1,
735:4, 740:21,
742:15, 742:19,
746:6, 746:9,
746:11, 746:20,
748:21, 750:9,
750:11, 750:21,
752:7, 752:19,
754:15, 755:16,
757:4, 757:7,
760:10, 760:13,
760:16, 762:22,
763:4, 764:2, 764:9,

764:23, 765:19, 766:22, 767:8, 767:18, 769:24, 769:25, 770:1, 775:2, 776:21, 778:13, 780:18, 781:4, 781:15, 782:5, 785:21, 786:1, 787:4, 787:13, 787:18, 787:23, 787:25, 791:11, 791:17, 791:22, 792:4, 792:5, 807:14, 807:15, 807:19, 813:4, 822:6, 823:14, 827:9, 829:14, 831:4, 831:21, 846:13, 847:9, 847:20, 856:15, 856:21, 858:1, 859:19, 861:12, 865:1, 868:16, 871:7, 871:19, 874:24, 875:12, 878:2, 878:10, 878:23, 879:13, 879:25, 881:5, 881:10, 881:16, 881:22, 882:4, 882:8, 883:5

**PH-ILD-approved** [1] - 614:25

**PH-IPF** [2] - 806:16, 807:3

**PH-specific** [4] - 573:14, 872:13, 872:25, 874:18

**PH-targeted** [1] - 565:24

**Ph.D** [3] - 729:24, 730:16, 763:25

**pharmaceutical** [4] - 731:21, 732:22, 732:24, 884:11

**pharmaceutically** [3] - 580:23, 580:24, 590:10

**pharmacies** [3] - 642:11, 642:13, 642:16

**pharmacokinetic** [1] - 690:10

**pharmacokinetics** [1] - 690:11

**pharmacology** [1] - 730:14

**pharmacotherapy** [1] - 872:22

**Pharmacy** [1] - 614:2

**pharmacy** [6] - 687:13, 687:16, 869:18, 870:11, 870:14, 870:16

**Phase** [19] - 624:6, 624:8, 661:19, 688:5, 688:8, 688:10, 688:12, 688:19, 688:22, 741:21, 741:24, 742:2, 742:4, 742:7, 756:22, 884:6, 884:13

**phases** [2] - 688:8, 688:11

**phenomenon** [3] - 737:11, 777:14, 827:16

**phenotype** [2] - 848:18, 856:3

**PHI** [1] - 683:6

**PHILLIP** [1] - 561:7

**phosphodiesterase** [3] - 768:3, 768:5, 873:18

**phosphodiesterase-5** [1] - 748:16

**phrase** [1] - 615:12

**physical** [1] - 835:21

**physician** [17] - 596:7, 604:19, 702:17, 722:2, 722:3, 723:13, 760:1, 760:5, 768:16, 786:2, 786:4, 868:6, 870:5, 870:9, 871:6, 871:11, 871:17

**physicians** [20] - 603:3, 609:17, 609:23, 610:13, 610:20, 610:21, 611:10, 612:1, 612:15, 617:11, 617:12, 618:25, 643:2, 647:17, 660:20, 701:23, 777:8, 789:13, 789:14, 879:16

**PI** [2] - 884:4

**pick** [2] - 562:13, 694:22

**picked** [1] - 755:2

**picograms** [6] - 633:3, 634:5, 671:1, 671:12, 672:10, 881:9

**picture** [1] - 753:1

**piece** [3] - 665:8

**pilot** [12] - 712:17, 749:25, 777:21,

781:22, 829:24, 830:4, 830:16, 831:3, 831:5, 884:16, 884:22

**pirfenidone** [2] - 779:9, 779:11

**PLA2** [1] - 688:17

**place** [4] - 625:15, 750:2, 773:18, 838:7

**placebo** [45] - 577:22, 578:2, 578:3, 578:9, 578:13, 578:20, 579:3, 579:24, 580:6, 580:12, 628:25, 641:22, 691:11, 691:12, 691:13, 691:15, 691:24, 692:24, 693:2, 693:8, 693:13, 707:14, 713:25, 737:10, 737:14, 738:5, 738:11, 747:21, 747:22, 777:13, 778:18, 779:17, 780:13, 780:15, 795:11, 824:11, 824:15, 824:19, 824:21, 824:24, 828:2, 858:9, 861:5, 861:8, 883:14

**placebo-controlled** [9] - 628:25, 641:22, 691:13, 707:14, 738:5, 738:11, 777:13, 828:2, 858:9

**placebo-corrected** [1] - 861:8

**placed** [1] - 778:25

**places** [2] - 701:6, 702:23

**Plaintiff** [5] - 560:4, 560:25, 686:25, 730:1, 759:3

**plaintiff** [1] - 692:12

**Plaintiff's** [10] - 692:16, 731:10, 740:15, 762:18, 776:9, 780:6, 785:13, 786:23, 824:7, 830:13

**plan** [2] - 710:2, 883:25

**planning** [1] - 576:5

**plasma** [5] - 633:2, 634:4, 862:6, 862:7, 881:8

**play** [1] - 699:19

**played** [3] - 612:21, 699:20, 700:16

**pleasantly** [1] - 718:2

**plenty** [1] - 575:4

**plus** [6] - 693:12, 714:7, 795:15, 824:18, 852:16, 852:19

**pneumonia** [3] - 785:21, 813:14, 813:19

**pneumonias** [2] - 797:9, 813:11

**pockets** [1] - 883:12

**point** [30] - 565:23, 571:16, 572:5, 576:13, 604:17, 606:3, 637:3, 674:8, 691:7, 705:21, 708:6, 711:10, 716:17, 720:21, 728:4, 751:1, 782:2, 791:15, 792:19, 800:10, 838:22, 840:4, 840:15, 844:2, 845:9, 846:24, 853:19, 853:22, 864:9, 887:2

**pointed** [4] - 564:23, 565:5, 637:18, 717:8

**pointer** [2] - 771:6, 845:8

**pointing** [4] - 606:4, 783:1, 783:3, 887:12

**points** [10] - 594:9, 624:23, 625:4, 707:22, 797:14, 797:15, 798:16, 803:6, 803:16, 804:17

**poor** [1] - 874:19

**poorest** [1] - 798:13

**poorly** [2] - 756:17, 840:24

**population** [78] - 569:6, 569:8, 569:14, 569:17, 574:3, 579:11, 579:12, 580:2, 614:23, 623:2, 623:7, 623:10, 623:11, 623:15, 623:16, 623:23, 651:9, 660:2, 678:20, 678:21, 692:23, 694:13, 695:17, 703:8, 704:1, 709:4, 716:13, 730:21, 746:2, 746:5, 750:3, 751:8, 751:19, 778:7, 778:9,

778:18, 779:1, 781:2, 786:7, 791:19, 794:25, 797:13, 798:7, 799:5, 800:4, 800:6, 800:7, 801:4, 803:5, 806:16, 807:3, 807:6, 807:11, 807:15, 807:19, 813:7, 814:8, 816:9, 816:13, 819:1, 819:9, 820:19, 822:8, 823:19, 825:18, 834:10, 837:8, 839:5, 839:12, 842:16, 845:19, 851:20, 853:4, 859:14, 859:18, 864:12, 866:23

**populations** [10] - 660:3, 678:21, 798:8, 800:22, 803:17, 803:22, 804:17, 806:22, 839:17, 839:18

**portion** [9] - 610:18, 611:8, 615:3, 620:2, 686:10, 687:20, 697:19, 705:7, 879:10

**POSA** [99] - 568:15, 585:1, 615:9, 616:13, 618:16, 622:3, 622:19, 682:6, 682:12, 712:12, 763:10, 763:12, 763:14, 763:18, 763:20, 763:23, 764:6, 776:20, 777:20, 780:17, 781:11, 787:16, 787:25, 793:9, 793:20, 793:25, 799:17, 799:24, 800:10, 800:12, 800:14, 800:23, 800:25, 801:8, 801:12, 801:19, 801:22, 802:13, 802:15, 803:4, 803:11, 803:13, 803:17, 803:20, 803:24, 804:7, 804:11, 804:16, 805:6, 810:9, 812:4, 812:5, 812:16, 812:24, 813:20, 814:3, 818:9, 821:22, 821:25, 826:6,

831:2, 835:10, 835:15, 837:14, 840:19, 842:8, 843:13, 845:1, 845:24, 846:12, 848:14, 850:18, 851:12, 852:23, 855:7, 856:14, 856:20, 857:16, 861:16, 862:2, 862:21, 863:18, 864:15, 864:24, 865:9, 865:18, 865:21, 865:25, 866:6, 867:1, 880:15, 880:17, 881:3, 881:8, 881:14, 881:19, 882:1

**POSA's** [1] - 811:24

**POSAs** [1] - 621:16

**position** [5] - 587:14, 587:17, 588:6, 656:3, 657:20

**positions** [1] - 730:19

**positive** [14] - 610:21, 626:25, 627:2, 627:17, 627:19, 688:23, 688:25, 692:2, 698:12, 713:2, 748:4, 751:9, 755:3, 821:17

**possession** [2] - 793:21, 804:13

**possibility** [1] - 679:22

**possible** [6] - 644:22, 676:4, 739:11, 790:11, 790:13, 790:16

**possibly** [2] - 596:13, 611:12

**post** [9] - 628:8, 628:13, 684:24, 685:1, 737:16, 748:6, 820:24, 820:25, 821:25

**post-treatment** [2] - 737:16, 748:6

**post-trial** [2] - 684:24, 685:1

**posted** [4] - 815:23, 815:25, 816:23, 817:9

**posters** [7] - 677:20, 677:24, 678:5, 678:9, 678:13, 678:18, 682:18

**potential** [16] - 574:15, 575:22, 598:21,

698:25, 732:2, 737:25, 745:13, 747:11, 747:13, 750:16, 765:23, 766:1, 780:17, 783:12, 784:2, 834:22

**potentially** [7] - 569:8, 575:12, 575:24, 715:14, 766:8, 812:16, 880:2

**powder** [31] - 566:17, 567:9, 568:3, 568:12, 568:25, 584:23, 689:23, 689:25, 690:14, 758:3, 758:6, 758:8, 859:3, 859:20, 859:22, 860:1, 860:4, 860:8, 864:21, 864:22, 864:25, 865:4, 865:6, 865:9, 865:12, 865:15, 865:22, 866:5, 866:8

**power** [3] - 572:13, 678:19, 764:17

**powered** [2] - 572:10, 572:16

**practical** [1] - 803:18

**practice** [28] - 596:5, 597:3, 597:4, 597:21, 618:15, 618:16, 618:18, 619:23, 622:4, 622:20, 624:10, 625:8, 627:11, 682:5, 682:6, 682:11, 682:12, 773:11, 781:25, 791:17, 848:4, 876:8, 876:11, 876:15, 880:4, 880:6, 880:15, 880:17

**practiced** [1] - 705:14

**practices** [13] - 599:16, 649:2, 649:6, 649:10, 649:15, 766:18, 766:20, 767:5, 768:2, 777:6, 789:25, 790:10, 791:4

**practicing** [1] - 595:19

**praise** [2] - 712:2, 717:20

**pre** [5] - 583:1, 583:7, 648:9, 680:21, 681:1

**pre-approval** [5] -

583:1, 583:7, 648:9, 680:21, 681:1

**precapillary** [7] - 598:16, 651:6, 657:11, 703:22, 704:12, 704:17, 705:9

**precautions** [1] - 868:22

**preceded** [3] - 781:22, 829:21, 833:15

**preclinical** [2] - 733:6, 733:8

**precursor** [1] - 839:4

**predict** [5] - 563:11, 563:23, 564:16, 566:25, 733:19

**predictability** [1] - 831:3

**predicted** [48] - 577:12, 580:10, 582:3, 582:6, 582:7, 733:18, 738:25, 748:19, 751:2, 770:5, 770:9, 770:12, 770:16, 770:20, 771:22, 771:25, 772:4, 773:2, 773:5, 773:13, 773:22, 774:5, 794:4, 795:2, 797:17, 798:18, 799:2, 799:25, 801:10, 801:12, 801:23, 801:24, 802:17, 803:3, 803:16, 804:9, 804:19, 805:9, 805:18, 806:19, 807:22, 808:5, 808:21, 811:6, 843:10, 843:20, 856:7, 856:8

**predictive** [13] - 731:23, 734:1, 734:7, 736:18, 739:7, 739:12, 739:16, 740:19, 750:19, 752:4, 752:10, 752:16, 753:20

**predisposed** [1] - 734:3

**prednisone** [1] - 776:14

**premature** [1] - 573:23

**prematurely** [1] - 697:6

**prepare** [8] - 759:12, 759:15, 762:25,

793:14, 825:24, 867:16, 875:5, 876:2

**prepared** [24] - 591:14, 591:19, 592:6, 618:7, 711:19, 730:8, 763:11, 770:24, 772:5, 774:21, 779:2, 792:11, 798:21, 802:3, 815:9, 816:3, 822:23, 826:18, 831:21, 853:5, 857:21, 860:11, 876:12, 880:9

**preparing** [1] - 774:20

**prescribe** [10] - 618:25, 639:10, 649:13, 650:14, 702:13, 768:17, 791:22, 869:14, 870:17, 871:6

**prescribed** [12] - 593:3, 603:13, 616:4, 618:1, 619:5, 648:17, 649:21, 650:10, 650:21, 701:25, 871:18

**prescribers** [2] - 626:11, 636:16

**prescribes** [1] - 721:17

**prescribing** [28] - 583:2, 583:7, 592:19, 605:2, 609:23, 611:10, 617:15, 648:10, 649:2, 649:6, 649:10, 680:21, 681:1, 700:22, 702:18, 706:4, 727:21, 766:18, 766:20, 767:4, 768:2, 768:18, 768:20, 777:5, 789:25, 790:10, 791:4, 875:12

**prescription** [7] - 600:20, 600:21, 644:15, 644:18, 644:21, 649:14, 870:10

**prescriptions** [18] - 605:22, 612:1, 617:22, 618:2, 639:14, 640:2, 640:5, 644:9, 649:14, 653:8, 653:10, 656:6, 657:2, 768:9,

869:19, 869:21, 869:23, 869:25

**presence** [2] - 838:4, 838:15

**present** [15] - 573:2, 612:20, 637:24, 654:14, 683:21, 684:5, 685:21, 686:14, 705:25, 715:8, 738:7, 765:22, 791:1, 879:5, 887:25

**presentation** [5] - 571:14, 571:17, 663:11, 809:21, 887:3

**presentations** [3] - 571:9, 571:15, 679:2

**presented** [20] - 572:3, 573:6, 573:7, 612:4, 663:9, 664:24, 665:2, 677:20, 677:24, 678:5, 684:4, 685:20, 686:9, 754:5, 754:18, 754:21, 755:2, 755:14, 766:18, 809:8

**presenting** [1] - 684:6

**preserving** [1] - 599:2

**president** [1] - 607:15

**pressure** [8] - 817:13, 817:15, 819:17, 819:18, 841:15, 841:25, 847:14

**pressures** [3] - 601:8, 842:13, 848:6

**prestigious** [2] - 628:19, 833:22

**PRESTON** [1] - 561:9

**presumably** [2] - 610:21, 660:14

**pretends** [1] - 722:3

**pretrial** [2] - 683:21, 887:9

**pretty** [11] - 623:20, 626:25, 635:15, 639:4, 663:18, 665:1, 698:9, 734:13, 744:4, 828:10, 851:3

**prevailing** [1] - 827:10

**prevalence** [1] - 777:14

**prevent** [7] - 682:21, 682:23, 683:1, 683:8, 683:12, 863:11

**previous** [7] - 571:1,

661:18, 664:4, 694:11, 695:6, 695:14, 726:2
**previously** [7] - 718:13, 719:3, 775:2, 782:8, 792:9, 820:23, 860:20
**primarily** [7] - 694:15, 694:16, 722:2, 723:12, 760:6, 761:11, 834:20
**primary** [10] - 570:19, 572:9, 572:14, 689:16, 691:9, 694:5, 698:7, 698:14, 727:13, 769:21
**principal** [2] - 672:23, 836:25
**principles** [3] - 733:15, 733:17, 738:24
**Prins** [10] - 573:8, 573:11, 573:19, 584:4, 584:6, 782:9, 782:12, 783:11, 783:23, 787:15
**PRINS** [1] - 573:8
**printed** [1] - 677:15
**priorities** [2] - 691:9, 765:16
**priority** [17] - 566:15, 568:10, 568:16, 568:24, 590:15, 602:10, 637:11, 647:8, 826:19, 827:5, 868:13, 870:4, 871:17, 874:24, 875:21, 876:7, 876:15
**probability** [1] - 709:20
**problem** [2] - 751:11, 757:21
**problems** [1] - 575:24
**proBNP** [17] - 633:2, 633:9, 634:5, 671:1, 671:12, 671:21, 672:9, 735:6, 736:13, 738:10, 752:11, 752:12, 752:15, 862:7, 862:20, 877:8, 881:9
**procedures** [1] - 631:10
**proceed** [8] - 586:18, 589:17, 726:3, 733:12, 753:9, 762:23, 804:24, 883:16

**proceeding** [1] - 589:5
**proceedings** [5] - 635:22, 709:25, 784:15, 858:20, 888:1
**process** [3] - 600:11, 617:14, 703:12
**processes** [1] - 621:15
**PROCTER** [1] - 560:18
**prodrug** [2] - 580:23, 580:24
**produces** [1] - 774:14
**product** [13] - 566:16, 571:13, 571:22, 646:10, 685:8, 689:10, 689:11, 689:12, 689:17, 690:20, 691:21, 855:5, 868:9
**production** [1] - 862:7
**products** [2] - 642:8, 689:19
**Professional** [2] - 887:23, 887:25
**professor** [2] - 730:13, 761:5
**proficient** [2] - 743:24, 744:7
**profile** [8] - 598:15, 601:7, 657:11, 657:14, 709:2, 835:13, 839:11, 848:17
**profiles** [1] - 820:9
**prognoses** [1] - 798:13
**prognosis** [3] - 714:24, 718:4, 873:7
**prognostic** [1] - 769:17
**program** [5] - 640:20, 640:23, 693:25, 730:20, 760:22
**programming** [1] - 695:24
**programs** [2] - 689:13, 762:1
**progress** [1] - 696:19
**progressed** [1] - 850:11
**progressive** [2] - 641:16, 779:17
**prohibited** [2] - 597:24, 654:9
**project** [2] - 691:1, 732:16
**prominent** [1] - 765:14
**promise** [2] - 626:7,

781:12
**promising** [2] - 743:4, 781:23
**promoted** [1] - 643:20
**promotion** [1] - 869:13
**proof** [9] - 600:10, 685:18, 718:22, 877:2, 877:4, 877:8, 877:11, 877:15, 884:16
**proper** [2] - 728:10, 777:25
**properly** [13] - 721:20, 721:25, 722:5, 722:10, 722:18, 722:22, 723:3, 723:8, 723:21, 728:13, 728:15, 728:18, 728:22
**proportion** [9] - 701:16, 701:19, 702:5, 702:6, 702:21, 797:11, 798:4, 812:21, 814:4
**propose** [2] - 710:5, 886:18
**prospective** [8] - 628:25, 706:21, 747:14, 777:25, 834:23, 854:18, 854:21, 880:22
**prospectively** [4] - 744:2, 755:9, 755:12, 756:24
**prospects** [1] - 787:17
**prospectus** [2] - 717:10, 834:3
**prostacyclin** [6] - 727:8, 829:11, 829:14, 829:16, 873:17, 873:21
**prostacyclins** [2] - 598:22, 768:12
**prostanoid** [2] - 713:21, 855:3
**prostanoids** [1] - 829:9
**protocol** [19] - 596:25, 691:4, 696:13, 815:22, 816:22, 816:25, 817:3, 817:6, 817:14, 817:25, 818:2, 819:20, 819:23, 819:24, 821:4, 822:4, 825:20, 831:13, 883:14
**protocols** [6] - 588:17, 689:13, 816:23,

817:22, 817:23, 884:22
**prove** [1] - 877:18
**proven** [2] - 728:8, 728:9
**provide** [23] - 580:25, 612:23, 613:5, 613:13, 613:17, 621:1, 621:4, 623:1, 627:13, 631:13, 642:14, 645:21, 646:3, 705:2, 707:22, 709:4, 730:17, 732:18, 732:19, 733:23, 739:3, 752:22, 826:8
**provided** [11] - 565:17, 570:21, 591:1, 649:1, 649:5, 649:17, 665:16, 665:21, 674:2, 688:22, 804:11
**provider** [2] - 616:3, 616:12
**providers** [1] - 643:12
**provides** [2] - 629:15, 806:16
**providing** [1] - 648:24
**PTX** [50] - 571:20, 571:24, 573:19, 575:15, 582:21, 583:22, 583:23, 584:14, 584:15, 646:20, 680:12, 692:4, 692:12, 692:16, 715:15, 731:6, 731:10, 740:10, 740:15, 762:8, 762:15, 762:18, 776:6, 776:9, 778:6, 780:4, 780:6, 782:6, 784:24, 785:10, 785:13, 786:8, 786:20, 786:23, 788:16, 823:8, 823:20, 824:4, 824:7, 830:13, 833:15, 871:23, 872:6, 874:6, 878:8
**public** [17] - 606:22, 640:5, 643:16, 643:23, 652:14, 654:4, 654:9, 654:10, 654:13, 655:6, 655:11, 655:12, 655:15, 655:16, 730:13, 869:19, 869:25
**publication** [13] -

613:24, 614:1, 614:9, 620:11, 627:13, 695:3, 708:23, 775:25, 790:21, 790:25, 809:18, 821:2, 872:4
**publications** [14] - 628:4, 632:1, 677:24, 678:6, 678:9, 678:13, 682:18, 730:23, 749:1, 754:5, 762:13, 775:23, 779:24, 809:18
**publications'** [1] - 677:20
**publicly** [2] - 644:4, 654:5
**publish** [1] - 689:3
**published** [25] - 566:2, 588:24, 612:24, 614:5, 620:17, 637:14, 678:14, 701:3, 709:8, 762:3, 764:12, 777:10, 782:17, 785:5, 786:14, 788:21, 788:22, 793:10, 829:24, 833:6, 833:10, 833:16, 833:17, 873:11, 874:8
**pull** [12] - 569:6, 618:6, 644:24, 652:1, 659:4, 669:16, 670:6, 673:12, 792:15, 794:7, 794:19, 812:8
**pulling** [1] - 748:9
**Pulmonary** [1] - 761:22
**pulmonary** [130] - 574:24, 574:25, 587:15, 587:16, 588:3, 589:14, 589:15, 590:5, 590:8, 598:16, 600:23, 601:2, 601:3, 641:16, 642:1, 642:2, 659:2, 659:16, 659:20, 661:14, 672:20, 672:25, 682:1, 694:11, 694:13, 701:12, 702:10, 702:21, 703:10, 703:13, 703:22, 704:2, 712:15, 712:16, 714:9,

715:10, 716:2, 717:11, 717:13, 717:14, 718:15, 718:22, 719:1, 722:2, 724:13, 734:17, 734:21, 734:25, 735:3, 735:15, 742:17, 745:2, 746:19, 750:6, 757:9, 760:1, 760:6, 760:14, 760:21, 760:25, 761:11, 761:12, 761:14, 761:18, 762:1, 762:21, 764:21, 765:2, 765:10, 772:1, 774:13, 776:18, 776:22, 778:10, 781:10, 781:13, 782:10, 782:11, 782:17, 789:17, 797:8, 798:3, 813:3, 817:11, 817:13, 817:15, 819:18, 827:17, 827:18, 832:9, 832:11, 833:23, 835:11, 835:14, 839:22, 841:6, 841:14, 841:15, 841:17, 841:24, 842:7, 843:4, 843:7, 847:13, 849:16, 850:24, 851:7, 851:8, 851:9, 851:12, 851:22, 856:1, 856:2, 856:4, 858:9, 859:15, 859:16, 866:23, 868:5, 868:8, 868:14, 869:9, 870:22, 872:1, 873:6, 874:9, 875:17, 878:7, 883:1
**pulmonary-hypertension-complicated** [1] - 718:15
**pulmonologist** [1] - 878:19
**pulmonologists** [1] - 777:11
**pulmonology** [1] - 732:12
**pulse** [1] - 844:21
**purchasing** [1] - 871:13
**pure** [1] - 651:15
**purely** [1] - 724:24

**purported** [1] - 745:19
**purpose** [8] - 863:19, 864:16, 868:1, 876:21, 877:19, 877:23, 878:3
**purposefully** [1] - 755:1
**purposes** [4] - 592:1, 690:17, 691:17, 746:12
**pursuing** [3] - 787:25, 883:3, 883:5
**push** [2] - 609:4, 642:20
**put** [11] - 576:25, 597:8, 674:13, 682:13, 693:16, 703:19, 765:9, 765:17, 806:17, 834:17, 845:14
**putting** [3] - 603:10, 837:2, 842:10
**PVD** [6] - 789:19, 789:22, 789:25, 790:10, 790:19, 791:4
**PVR** [12] - 817:11, 817:16, 820:10, 841:16, 842:2, 842:4, 842:19, 847:21, 847:22, 847:25, 848:5
**PVRs** [2] - 821:5, 821:10

# Q

**qualifications** [1] - 759:16
**qualify** [3] - 589:9, 763:14, 817:11
**qualifying** [2] - 640:24, 684:13
**quality** [5] - 833:24, 833:25, 834:1, 834:2, 858:8
**quantify** [1] - 564:20
**quarter** [3] - 747:23, 824:19, 824:21
**QUESTION** [4] - 652:12, 666:12, 667:10, 669:2
**questioning** [1] - 755:5
**questions** [37] - 575:5, 584:21, 585:15, 585:25, 606:3, 623:4, 623:6, 635:3, 661:7, 672:17,

676:16, 677:6, 678:24, 680:11, 680:12, 680:18, 680:23, 681:6, 681:10, 682:14, 682:15, 683:16, 694:25, 699:3, 725:7, 729:7, 732:8, 732:20, 758:12, 783:18, 787:8, 804:22, 810:19, 811:11, 811:21, 885:14, 887:5
**quibble** [1] - 571:7
**quick** [2] - 659:24, 684:10
**quickly** [3] - 706:5, 728:4, 880:8
**quite** [12] - 639:4, 712:23, 766:1, 775:4, 791:9, 816:11, 816:14, 828:6, 828:20, 831:9, 840:18, 842:19
**quote** [1] - 610:15

# R

**R-I-O-C-I-G-U-A-T** [1] - 781:6
**RACHEL** [1] - 561:9
**radiologist** [2] - 835:25, 838:23
**radiologists** [1] - 836:21
**Raghu** [2] - 776:2, 778:5
**Rahaghi** [5] - 878:13, 878:16, 878:17, 879:7, 879:11
**raise** [1] - 685:23
**raised** [2] - 598:18, 686:3
**raises** [2] - 574:1, 787:10
**Rajan** [5] - 654:24, 656:16, 872:3, 873:9, 874:14
**Rajeev** [2] - 872:2, 874:13
**ran** [1] - 820:1
**random** [5] - 751:5, 751:19, 751:23, 751:24, 752:2
**randomized** [26] - 624:2, 624:5, 628:25, 641:21, 691:13, 693:1,

706:21, 707:16, 738:4, 738:7, 738:11, 738:14, 738:19, 739:4, 741:18, 742:16, 749:20, 756:24, 778:1, 783:2, 827:12, 828:1, 857:14, 858:8, 861:5, 883:10
**range** [6] - 663:17, 693:3, 693:5, 739:9, 820:21, 824:17
**ranging** [1] - 581:16
**RANKIN** [4] - 699:7, 699:9, 700:3, 709:12
**Rankin** [2] - 699:9, 709:11
**RANS** [1] - 731:19
**rate** [4] - 741:21, 743:9, 822:8, 845:16
**rather** [3] - 572:22, 684:17, 725:23
**rationale** [5] - 608:8, 625:15, 626:8, 626:24, 703:14
**raw** [1] - 770:10
**reach** [5] - 593:23, 624:14, 783:23, 788:8, 867:4
**reactive** [1] - 827:16
**read** [15] - 574:10, 623:22, 667:5, 716:7, 754:17, 838:12, 838:13, 840:12, 872:10, 872:21, 873:15, 873:25, 879:10, 884:2, 887:3
**reading** [9] - 659:25, 724:11, 725:5, 793:20, 810:10, 838:7, 838:11, 841:20, 841:23
**ready** [15] - 562:4, 591:25, 618:6, 618:8, 618:13, 618:14, 622:23, 629:24, 635:24, 682:5, 682:10, 858:21, 876:1, 876:6, 876:10
**real** [8] - 617:23, 636:15, 691:18, 691:22, 692:1, 739:16, 751:6, 777:22
**real-world** [4] - 636:15, 691:22, 692:1, 777:22

**really** [33] - 659:16, 661:22, 715:10, 716:22, 728:4, 728:10, 741:7, 748:24, 751:16, 752:22, 770:4, 777:25, 779:20, 802:12, 802:23, 817:24, 829:23, 832:13, 846:2, 846:19, 847:17, 849:6, 850:21, 852:25, 853:19, 854:18, 854:19, 858:7, 861:5, 862:1, 879:14, 880:22, 883:12
**reason** [22] - 566:15, 566:18, 567:21, 567:24, 568:2, 568:4, 568:11, 568:17, 568:25, 602:17, 604:22, 617:25, 647:2, 654:11, 686:2, 707:10, 718:16, 723:20, 739:5, 750:15, 752:13, 755:22
**reasonable** [9] - 564:18, 565:17, 568:5, 585:1, 605:7, 863:21, 864:18, 866:10, 867:7
**reasoning** [1] - 702:12
**reasons** [13] - 599:2, 662:12, 680:10, 694:9, 694:15, 695:14, 727:25, 737:14, 745:11, 832:1, 840:14, 880:21
**rebuke** [2] - 625:22, 627:7
**rebuttal** [2] - 683:22, 684:6
**recalling** [1] - 613:3
**receive** [2] - 689:13, 869:17
**received** [9] - 625:22, 640:8, 700:19, 718:1, 741:4, 747:22, 790:11, 855:9, 869:18
**receiving** [6] - 577:20, 578:13, 730:16, 748:10, 748:15, 811:20
**recent** [6] - 573:23, 616:3, 636:9,

716:11, 735:15, 840:11
**recently** [1] - 811:20
**receptor** [1] - 873:18
**recess** [7] - 635:20, 635:21, 709:23, 709:24, 784:14, 858:19, 887:20
**recited** [3] - 590:19, 590:22, 681:2
**recognize** [8] - 565:22, 613:24, 773:7, 783:7, 802:13, 830:3, 853:15, 878:9
**recognized** [2] - 739:2, 878:23
**recollection** [2] - 647:23, 648:14
**recommend** [3] - 718:24, 747:11, 836:2
**recommendation** [1] - 700:1
**recommendations** [3] - 747:9, 765:15, 774:14
**recommended** [6] - 565:25, 696:11, 696:13, 696:14, 697:6, 835:23
**record** [7] - 581:9, 586:10, 686:21, 729:21, 758:23, 763:22, 786:3
**recorded** [1] - 648:20
**records** [2] - 639:25, 640:2
**red** [3] - 782:22, 827:1, 829:13
**redirect** [5] - 583:18, 676:11, 725:9, 758:13, 810:21
**REDIRECT** [3] - 584:17, 676:12, 811:18
**reduce** [3] - 752:15, 877:8, 881:8
**reduced** [8] - 618:14, 619:22, 736:13, 752:6, 876:15, 880:4, 880:6
**reducing** [3] - 633:2, 670:25, 821:18
**reduction** [17] - 618:18, 627:11, 633:2, 633:12, 634:4, 634:15, 671:11, 671:21, 672:9, 682:5,

682:11, 843:11, 862:25, 876:8, 876:11, 877:12, 881:15
**reductions** [2] - 821:15, 821:19
**refer** [4] - 615:3, 629:3, 629:6, 752:8
**reference** [19] - 562:14, 562:15, 564:22, 565:19, 569:4, 569:12, 573:19, 607:24, 616:16, 637:13, 640:9, 690:11, 734:4, 774:1, 778:4, 788:14, 810:14, 853:11, 854:13
**references** [25] - 685:11, 733:18, 734:6, 738:21, 752:8, 752:12, 753:20, 753:25, 780:1, 783:7, 826:4, 826:6, 826:17, 832:16, 833:8, 861:25, 862:22, 863:19, 864:16, 865:25, 866:1, 866:7, 866:18, 867:4
**referred** [3] - 616:9, 657:11, 807:3
**referring** [9] - 569:9, 578:12, 582:5, 609:11, 637:1, 637:15, 660:15, 663:25, 797:5
**refers** [3] - 660:15, 783:10, 797:25
**refilled** [1] - 644:9
**reflect** [5] - 646:25, 735:23, 736:6, 762:12, 770:6
**reflected** [1] - 876:25
**reflecting** [2] - 769:25, 771:25
**reflects** [1] - 770:10
**refresh** [1] - 569:8
**regard** [6] - 623:14, 725:4, 790:4, 823:17, 844:24, 856:24
**regarded** [2] - 617:11, 833:13
**regarding** [64] - 591:1, 605:2, 606:9, 611:14, 612:5, 612:24, 613:6, 613:17, 613:20, 615:8, 616:22,

616:24, 618:6, 618:7, 618:25, 619:18, 620:24, 621:4, 621:8, 623:1, 623:7, 623:10, 623:15, 623:22, 624:19, 625:5, 625:22, 627:11, 673:17, 676:17, 677:6, 678:10, 678:14, 678:24, 679:6, 680:12, 680:13, 680:18, 680:23, 681:6, 682:14, 724:20, 733:21, 765:15, 768:22, 777:21, 780:17, 783:11, 783:24, 787:16, 789:25, 792:3, 800:23, 802:7, 831:7, 853:6, 853:10, 859:2, 859:20, 875:25, 876:2, 880:9
**regime** [1] - 671:17
**regimen** [6] - 593:8, 596:4, 596:21, 631:13, 631:15
**regions** [1] - 849:7
**Registered** [2] - 887:23, 887:24
**registration** [2] - 690:17, 691:15
**regular** [1] - 870:11
**regulatory** [4] - 732:23, 732:25, 733:3, 733:10
**reimburse** [2] - 870:19, 870:20
**reimbursed** [1] - 871:7
**reinforce** [1] - 787:19
**reiterate** [1] - 718:21
**rejection** [1] - 604:3
**rejections** [1] - 603:25
**relate** [8] - 624:1, 716:20, 738:24, 753:19, 784:5, 805:11, 813:25, 879:22
**related** [7] - 681:13, 711:12, 719:25, 753:15, 852:9, 871:22, 874:9
**relating** [3] - 577:5, 649:1, 763:24
**relation** [1] - 763:5
**relationship** [1] - 769:13
**relative** [3] - 578:2,

578:3, 778:18
**relatively** [2] - 651:2, 716:12
**relayed** [1] - 651:5
**release** [1] - 567:13
**released** [2] - 716:19, 827:17
**relevance** [1] - 814:9
**relevant** [6] - 602:7, 602:8, 733:15, 812:17, 812:25, 814:7
**reliability** [2] - 777:21, 840:20
**relied** [7] - 562:14, 627:13, 630:14, 719:24, 740:19, 815:20, 832:2
**relief** [1] - 685:8
**rely** [10] - 667:5, 776:3, 780:1, 785:7, 786:17, 788:23, 806:12, 812:5, 830:5, 831:5
**relying** [9] - 565:19, 655:15, 776:1, 778:4, 815:22, 816:19, 832:17, 868:10, 884:22
**remain** [1] - 726:2
**remains** [1] - 872:23
**remember** [15] - 562:15, 565:6, 571:17, 626:3, 679:19, 708:7, 724:23, 724:24, 725:2, 739:22, 791:12, 809:23, 811:20, 886:23, 886:24
**remind** [11] - 724:22, 753:10, 781:1, 789:24, 794:13, 797:7, 798:2, 799:11, 813:24, 814:21, 829:21
**reminder** [1] - 777:23
**reminding** [1] - 786:2
**remodeling** [1] - 872:14
**removed** [1] - 745:4
**rendered** [1] - 815:16
**renowned** [1] - 716:1
**repeat** [2] - 649:4, 823:22
**repeated** [1] - 796:12
**repeatedly** [1] - 735:3
**rephrase** [1] - 679:11
**replete** [1] - 742:12
**replying** [1] - 674:13

**report** [28] - 604:25, 605:2, 605:4, 605:5, 653:12, 653:16, 653:17, 653:20, 655:16, 665:6, 689:14, 692:6, 692:8, 692:9, 692:10, 709:1, 734:5, 737:18, 737:19, 743:12, 746:8, 749:3, 750:10, 777:11, 823:24, 861:7, 883:21
**reported** [21] - 574:8, 577:25, 631:7, 744:14, 745:16, 746:8, 748:20, 750:24, 751:9, 795:5, 795:6, 797:14, 798:16, 798:22, 847:25, 856:13, 862:11, 864:5, 871:17, 887:25
**reporter** [5] - 650:5, 717:18, 753:11, 818:5, 838:13
**Reporter** [3] - 887:24, 887:25, 888:4
**reporting** [2] - 694:1, 746:18
**reports** [10] - 634:11, 653:18, 699:17, 700:14, 740:9, 749:4, 777:22, 838:20, 838:23
**represent** [2] - 881:22, 751:5, 796:24
**representations** [1] - 729:4
**representative** [2] - 745:17, 745:18
**represented** [1] - 799:4
**requests** [1] - 604:20
**require** [11] - 632:23, 633:11, 676:20, 676:23, 736:8, 749:19, 805:8, 811:5, 811:9, 811:10, 857:14
**required** [14] - 591:22, 593:17, 596:22, 597:5, 634:16, 634:24, 690:15, 744:24, 745:1, 840:16, 840:17, 872:24, 884:14
**requirement** [5] -

632:16, 690:19, 802:18, 804:6, 818:9
**requirements** [5] - 591:12, 618:13, 619:11, 632:24, 733:3
**requires** [8] - 633:1, 633:17, 645:2, 677:1, 735:25, 736:10, 805:16, 864:1
**requiring** [1] - 865:21
**requisite** [1] - 713:19
**reran** [1] - 566:23
**Research** [2] - 571:18, 821:3
**research** [12] - 587:15, 730:20, 731:2, 761:14, 761:17, 761:19, 762:3, 765:16, 789:10, 790:18, 821:7, 884:5
**reservations** [1] - 842:10
**residents** [1] - 731:3
**resistance** [4] - 817:12, 819:22, 841:17, 856:1
**resources** [2] - 765:7, 765:9
**respect** [48] - 564:22, 566:9, 566:22, 568:15, 569:3, 571:10, 575:21, 576:17, 579:21, 580:1, 580:9, 580:21, 584:22, 592:25, 593:5, 594:15, 595:5, 597:3, 598:4, 601:22, 618:18, 619:8, 621:24, 629:22, 630:5, 630:11, 678:24, 684:22, 684:23, 685:6, 685:21, 708:22, 727:21, 731:24, 736:12, 736:13, 736:14, 736:15, 736:19, 752:23, 753:19, 777:17, 779:3, 791:4, 793:18, 800:11, 814:4, 860:12
**respective** [1] - 763:12
**respectively** [1] - 813:16
**Respiratory** [6] -

785:6, 786:11, 821:2, 829:25, 833:17, 833:19
**respond** [7] - 564:9, 651:9, 717:24, 733:20, 840:25, 872:14, 886:5
**response** [17] - 564:12, 582:24, 608:17, 648:7, 651:13, 665:1, 672:3, 680:19, 685:1, 724:2, 724:6, 724:20, 725:1, 729:1, 729:4, 840:25, 885:22
**responsibilities** [1] - 760:23
**responsible** [1] - 693:24
**rest** [6] - 586:3, 611:5, 665:6, 710:2, 720:18, 841:2
**restate** [1] - 678:2
**restrictions** [2] - 639:14, 656:11
**rests** [1] - 684:2
**result** [29] - 614:24, 627:14, 627:16, 629:19, 629:21, 629:23, 630:1, 671:4, 676:17, 676:21, 676:24, 677:2, 745:4, 755:3, 777:16, 796:20, 797:20, 798:19, 798:20, 820:3, 820:4, 820:22, 821:8, 822:5, 822:11, 833:2, 856:11, 867:12
**resulted** [1] - 819:9
**results** [85] - 563:19, 563:24, 564:11, 564:16, 564:23, 566:25, 572:8, 572:15, 584:22, 585:6, 588:23, 610:22, 626:21, 627:2, 631:7, 633:7, 633:14, 633:23, 634:8, 634:18, 695:22, 697:10, 697:15, 697:21, 698:9, 706:24, 707:10, 708:8, 708:16, 711:25, 712:9, 712:13, 713:13, 716:11, 716:16, 736:18,

741:24, 744:14, 746:14, 747:19, 748:4, 751:5, 774:8, 778:16, 779:3, 780:16, 782:18, 786:13, 791:13, 791:25, 792:1, 792:12, 793:2, 795:4, 798:22, 799:6, 800:11, 800:17, 800:18, 807:25, 815:25, 816:12, 819:1, 821:23, 821:24, 835:12, 840:1, 844:5, 844:16, 846:7, 849:21, 850:19, 853:14, 853:17, 856:5, 856:6, 856:19, 858:3, 861:7, 866:4, 877:24, 879:1, 879:8, 884:2
**RESUMED** [1] - 562:6
**reticular** [2] - 838:4, 838:15
**retract** [1] - 705:4
**retrospective** [27] - 695:3, 706:12, 706:17, 706:18, 706:20, 707:13, 734:2, 743:16, 743:18, 743:19, 743:20, 744:9, 744:13, 751:8, 751:11, 751:21, 789:7, 789:8, 789:12, 790:17, 834:7, 834:11, 834:13, 834:23, 835:3, 836:8, 854:19
**retrospectively** [3] - 744:5, 755:13, 854:21
**reversed** [1] - 793:7
**reversing** [1] - 874:4
**review** [35] - 573:13, 604:18, 606:9, 614:9, 620:8, 622:22, 631:3, 631:25, 647:3, 695:3, 696:9, 696:20, 724:2, 743:13, 746:1, 764:12, 764:14, 767:22, 768:8, 776:3, 780:1, 782:10, 782:16, 785:7, 786:17, 788:23, 789:7,

789:8, 789:12, 794:10, 804:16, 824:1, 854:7, 871:25, 874:8
**reviewed** [14] - 614:7, 620:11, 628:17, 630:19, 730:23, 774:20, 775:2, 775:23, 779:24, 799:1, 800:9, 838:18, 838:20, 879:7
**reviewer** [1] - 731:18
**reviewing** [1] - 801:9
**reviews** [3] - 696:10, 854:5, 854:6
**Richard** [2] - 560:11, 655:3
**Richeldi** [1] - 779:25
**RICHELDI** [1] - 779:25
**rid** [1] - 683:5
**right-hand** [2] - 792:20, 878:14
**right-heart** [13] - 601:8, 702:11, 718:17, 718:18, 718:20, 718:24, 719:4, 719:6, 744:25, 749:16, 778:15, 835:12, 841:20
**rigor** [1] - 741:11
**rigorously** [1] - 742:14
**RIN-PH-201** [1] - 692:7
**riociguat** [7] - 574:1, 697:4, 781:6, 781:7, 781:8, 781:9, 781:15
**rise** [1] - 752:2
**RISE** [37] - 573:20, 573:24, 625:23, 697:3, 713:6, 713:19, 717:9, 720:4, 775:6, 775:11, 780:24, 781:2, 781:16, 781:18, 781:25, 782:2, 785:4, 785:19, 786:4, 786:13, 787:9, 829:20, 829:22, 829:23, 830:23, 830:25, 831:2, 831:11, 831:20, 833:15, 836:13, 836:16, 838:21, 841:1, 883:10, 884:7
**RISE-IIP** [30] - 573:20, 573:24, 625:23, 697:3, 713:6, 713:19, 717:9,

720:4, 775:6, 780:24, 781:2, 785:4, 785:19, 786:4, 829:20, 829:22, 829:23, 830:23, 830:25, 831:2, 831:11, 831:20, 836:13, 836:16, 838:21, 841:1, 883:10, 884:7
**risk** [13] - 603:10, 627:24, 716:12, 735:6, 736:13, 752:6, 782:16, 782:21, 782:22, 783:14, 821:18, 863:16, 884:12
**road** [1] - 743:21
**Robert** [1] - 715:21
**ROBERT** [1] - 561:10
**robust** [2] - 663:18, 665:1
**Rochester** [1] - 716:3
**ROI** [1] - 885:7
**role** [12] - 689:9, 693:17, 693:22, 696:6, 747:13, 759:24, 760:23, 872:22, 873:12, 873:13, 873:15, 873:17
**roles** [2] - 731:16, 731:23
**Roman** [5] - 654:19, 655:6, 655:9, 655:21, 659:25
**ROMEO** [54] - 560:20, 758:17, 758:20, 759:7, 762:8, 762:9, 762:15, 762:20, 762:24, 764:4, 771:2, 771:4, 771:16, 771:18, 772:8, 772:9, 772:19, 772:22, 774:18, 776:6, 776:11, 780:4, 780:8, 783:18, 783:20, 784:10, 784:18, 784:19, 784:24, 785:1, 785:10, 785:15, 786:8, 786:9, 786:20, 786:25, 788:13, 788:15, 789:3, 789:5, 792:15, 792:16, 794:18, 794:20, 795:23, 795:25,

796:17, 796:19,
804:21, 811:15,
811:19, 812:8,
812:11, 814:11
**Romeo** [6] - 758:18,
758:19, 784:12,
784:17, 810:21,
811:13
**Ronald** [3] - 729:17,
729:22, 730:12
**RONALD** [2] - 729:22,
729:24
**room** [2] - 698:3,
764:17
**Rothblatt** [19] -
607:12, 608:4,
608:5, 608:12,
608:17, 609:2,
609:11, 609:14,
609:22, 610:11,
611:1, 658:25,
659:13, 663:25,
677:17, 678:4,
678:17, 679:17,
754:13
**Rothblatt's** [14] -
608:21, 610:3,
610:18, 611:5,
611:8, 611:13,
658:1, 660:1, 661:3,
661:6, 664:17,
678:25, 679:5, 680:8
**roughly** [2] - 731:21,
765:13
**route** [8] - 562:23,
598:20, 619:6,
619:19, 720:15,
855:12, 885:4,
885:11
**routes** [4] - 563:7,
564:15, 564:17,
749:8
**routine** [1] - 565:23
**routinely** [1] - 639:8
**row** [3] - 693:3,
693:13, 800:16
**ROZZI** [1] - 561:8
**RPR** [1] - 888:3
**Rubin** [8] - 625:22,
625:25, 626:12,
627:7, 672:18,
672:20, 673:16,
675:5
**rule** [3] - 871:1, 871:2,
871:3
**rules** [1] - 656:11
**ruling** [1] - 871:4
**run** [14] - 599:17,
688:14, 688:21,
692:11, 695:13,

699:14, 700:12,
743:1, 772:10,
772:19, 777:1,
777:2, 777:7, 884:10
**running** [5] - 627:24,
691:19, 692:1,
710:1, 822:4

**S**

**S-M-I-T-H** [1] - 686:22
**S1** [1] - 846:21
**S2** [1] - 662:22
**S3** [13] - 570:3,
620:21, 621:1,
621:11, 662:22,
662:24, 663:2,
663:3, 681:19,
681:23, 848:20,
849:11, 852:12
**S4** [11] - 569:18,
620:21, 621:1,
621:12, 663:2,
663:3, 681:19,
681:25, 848:21,
851:17, 852:12
**safe** [5] - 712:22,
712:24, 713:22,
727:13, 846:15
**safety** [27] - 570:20,
572:6, 572:9,
572:14, 574:1,
662:12, 694:15,
694:16, 696:4,
696:9, 696:15,
697:2, 697:3, 697:5,
697:7, 698:9,
698:15, 698:19,
708:1, 709:1,
727:13, 769:25,
853:23, 869:2,
872:12, 874:2
**Saggar** [66] - 562:14,
562:17, 564:22,
564:24, 565:18,
565:23, 591:5,
592:25, 593:5,
594:15, 595:5,
595:14, 603:1,
617:16, 625:18,
645:14, 654:24,
656:16, 722:22,
722:24, 723:15,
728:21, 734:6,
749:1, 749:3, 749:4,
749:13, 749:14,
750:19, 750:25,
752:4, 752:17,
753:19, 783:10,
783:12, 815:17,

825:23, 854:10,
854:13, 854:25,
856:15, 857:16,
857:22, 860:20,
861:11, 861:17,
862:11, 862:12,
862:17, 863:4,
863:14, 864:5,
864:8, 865:7,
866:22, 872:3,
872:15, 872:16,
873:2, 873:9,
874:14, 880:21
**sake** [2] - 804:2,
805:25
**sale** [47] - 586:7,
591:2, 591:13,
591:22, 591:25,
592:5, 592:23,
602:8, 606:9,
606:20, 612:5,
617:14, 618:5,
619:20, 619:21,
619:23, 620:24,
624:18, 627:12,
630:4, 630:7,
642:23, 643:7,
643:8, 643:17,
643:24, 644:2,
644:6, 655:7,
655:12, 655:16,
670:2, 670:3,
670:13, 679:6,
685:19, 815:18,
867:9, 867:16,
867:21, 867:25,
868:10, 874:23,
875:1, 875:9, 875:21
**sales** [14] - 610:8,
611:17, 612:1,
617:3, 617:18,
642:19, 656:6,
867:12, 868:9,
869:13, 875:11,
875:16, 875:17,
876:1
**salt** [3] - 580:24,
590:10
**salutary** [1] - 599:1
**salute** [1] - 661:22
**sample** [7] - 707:24,
708:3, 746:3,
751:19, 751:23,
751:24, 752:2
**sanction** [1] - 868:2
**sanctioned** [1] -
869:13
**SANYA** [1] - 561:6
**sat** [2] - 820:21,
824:18

**satisfy** [6] - 633:7,
633:14, 633:21,
794:4, 802:17, 804:6
**saturation** [9] -
844:20, 844:22,
845:11, 845:25,
846:8, 850:2, 850:3,
850:8, 851:1
**save** [1] - 725:22
**saw** [7] - 580:5,
580:11, 611:4,
698:23, 746:24,
767:22, 795:10
**scan** [3] - 813:11,
835:22, 871:2
**scans** [2] - 836:22,
836:23, 837:10
**scenario** [2] - 779:20,
804:10
**schedule** [5] - 671:6,
671:9, 671:17,
701:9, 709:21
**scheme** [2] - 596:21,
620:14
**School** [2] - 761:6,
761:10
**school** [1] - 587:24
**science** [2] - 659:16,
687:12
**sciences** [1] - 730:21
**scientific** [5] - 608:8,
731:17, 741:11,
755:5, 784:9
**scientist** [1] - 567:5
**scope** [9] - 706:16,
729:5, 739:6,
739:15, 744:9,
805:7, 811:1, 811:4,
862:22
**score** [3] - 842:16,
855:21, 855:23
**screen** [5] - 636:7,
661:2, 715:15,
720:3, 873:10
**Screening** [1] - 571:17
**screening** [1] - 813:6
**script** [1] - 870:11
**scroll** [1] - 677:10
**scrubbed** [1] - 884:2
**scrutinize** [1] - 883:23
**search** [1] - 785:25
**seated** [2] - 562:1,
784:16
**second** [18] - 577:11,
579:21, 592:22,
655:14, 661:12,
664:16, 670:15,
682:6, 682:11,
682:13, 716:7,
748:7, 758:11,

785:23, 789:4,
803:20, 824:13,
873:20
**secondary** [8] -
683:22, 684:6,
698:8, 698:14,
710:5, 720:1,
726:25, 822:2
**seconds** [4] - 699:15,
700:11, 700:12,
700:13
**secret** [1] - 869:25
**section** [17] - 577:3,
577:5, 577:10,
579:1, 616:2,
655:16, 706:7,
707:19, 745:25,
747:10, 789:3,
818:8, 837:24,
841:21, 841:23,
868:22, 872:7
**see** [132] - 563:22,
569:15, 573:17,
573:21, 574:5,
574:19, 576:1,
578:22, 578:23,
581:2, 581:19,
582:19, 583:3,
584:21, 592:14,
593:25, 594:7,
599:23, 607:21,
608:1, 608:10,
609:9, 609:19,
610:16, 611:5,
615:1, 616:7, 629:1,
633:5, 635:16,
636:13, 637:6,
639:1, 639:2, 639:5,
639:10, 640:5,
647:24, 651:6,
651:14, 654:2,
654:15, 656:11,
657:14, 661:10,
677:21, 677:22,
677:25, 678:7,
678:22, 680:7,
680:16, 692:2,
693:3, 693:13,
704:7, 704:15,
704:16, 714:17,
715:21, 716:25,
717:20, 718:6,
719:9, 719:21,
739:15, 743:22,
745:22, 748:3,
753:7, 753:8,
753:20, 760:4,
760:8, 761:21,
771:19, 771:20,
772:25, 779:17,

779:18, 780:9, 780:11, 791:21, 793:5, 793:6, 796:21, 797:16, 797:21, 798:17, 799:2, 800:5, 800:12, 801:1, 801:3, 801:5, 802:15, 803:4, 803:20, 804:7, 812:12, 812:14, 823:10, 823:13, 824:15, 826:24, 827:2, 827:23, 842:12, 845:15, 847:2, 847:11, 847:19, 849:8, 849:10, 855:23, 857:10, 857:20, 862:8, 863:1, 863:24, 864:2, 864:22, 866:13, 870:19, 872:8, 872:19, 873:10, 873:14, 878:13, 882:11, 886:3

**seeing** [4] - 622:2, 728:1, 803:2, 848:4

**seek** [1] - 829:14

**seeking** [1] - 719:12

**seem** [2] - 685:25, 748:4

**select** [4] - 748:2, 756:25, 808:1, 866:23

**selected** [3] - 741:2, 751:23, 840:21

**selection** [5] - 737:16, 737:17, 747:4, 748:6, 751:22

**sell** [1] - 870:5

**selling** [3] - 869:7, 869:9, 870:2

**sells** [3] - 642:7, 642:8, 642:16

**semantic** [2] - 572:21, 657:9

**semantics** [1] - 572:7

**send** [2] - 604:15, 870:14

**sending** [1] - 719:5

**sense** [7] - 563:10, 608:18, 666:21, 705:17, 711:14, 718:4, 885:12

**sent** [2] - 600:22, 883:15

**sentence** [28] - 574:13, 609:1, 610:10, 616:10,

636:12, 636:13, 637:18, 637:19, 637:21, 638:15, 641:24, 660:6, 661:13, 661:18, 677:16, 677:25, 699:22, 704:7, 706:14, 707:18, 783:21, 857:10, 872:10, 872:21, 873:15, 873:23, 873:25, 874:15

**sentences** [1] - 706:23

**sentiment** [1] - 675:12

**separate** [7] - 606:19, 741:1, 741:6, 781:14, 802:24, 809:25, 832:20

**separately** [1] - 696:20

**septal** [1] - 838:16

**September** [1] - 700:10

**series** [2] - 573:3, 770:24

**served** [1] - 673:2

**serves** [2] - 769:21, 769:24

**service** [1] - 883:18

**session** [3] - 593:11, 593:15, 696:18

**set** [4] - 711:16, 744:21, 800:24, 820:10

**settled** [1] - 562:8

**seven** [5] - 570:4, 570:12, 647:10, 684:17, 714:2, 714:4, 714:7, 849:17, 851:9

**seventh** [1] - 838:3

**several** [9] - 596:17, 688:8, 710:3, 721:3, 727:5, 728:5, 746:18, 799:20, 879:11

**severe** [10] - 651:8, 757:9, 820:19, 822:9, 842:7, 842:18, 847:17, 856:4, 866:23

**sex** [3] - 770:15, 771:8, 801:17

**share** [3] - 689:5, 695:4, 816:6

**shared** [2] - 695:1, 832:15

**SHAW** [1] - 561:2

**shift** [8] - 638:21, 715:6, 822:3,

825:21, 851:17, 867:9, 874:22, 880:8

**shifting** [1] - 741:13

**shipped** [1] - 870:15

**shoots** [2] - 744:2, 744:4

**short** [5] - 594:22, 621:8, 714:24, 722:13, 861:4

**shorter** [1] - 772:14

**shorthand** [4] - 613:2, 613:8, 624:5, 888:1

**shortly** [2] - 628:17, 647:7

**shortness** [1] - 599:11

**shot** [2] - 754:24, 884:17

**show** [30] - 565:19, 572:13, 573:10, 577:16, 621:9, 624:1, 636:15, 637:14, 656:8, 656:10, 662:19, 662:25, 665:16, 668:10, 668:16, 678:9, 712:21, 715:15, 727:12, 755:3, 773:16, 781:12, 782:4, 792:3, 795:8, 826:10, 843:19, 844:16, 851:8

**showed** [15] - 564:23, 565:14, 657:20, 664:4, 664:11, 669:3, 727:13, 743:7, 743:8, 775:17, 778:17, 780:16, 800:2, 800:18, 830:20

**showing** [8] - 566:3, 692:20, 772:5, 774:25, 779:14, 779:15, 792:17, 798:25

**shown** [10] - 573:7, 713:22, 735:4, 771:17, 772:21, 772:23, 792:10, 805:17, 822:12, 842:22

**shows** [7] - 569:19, 577:5, 681:23, 699:25, 744:16, 795:2

**shunting** [1] - 874:4

**sick** [1] - 822:8

**sickest** [2] - 791:21, 803:23

**side** [13] - 574:13,

574:15, 598:21, 620:21, 680:4, 693:16, 744:5, 784:2, 799:2, 800:8, 878:14

**sides** [1] - 887:10

**sign** [1] - 870:9

**signal** [2] - 697:5, 697:7

**signals** [1] - 610:12

**significance** [9] - 678:19, 751:16, 765:11, 799:12, 799:18, 803:21, 808:25, 857:4, 857:8

**significant** [76] - 565:3, 565:15, 565:20, 577:7, 577:14, 577:21, 577:24, 578:1, 578:5, 578:10, 579:2, 579:23, 580:5, 580:11, 581:1, 583:1, 583:7, 585:22, 629:16, 633:12, 633:18, 648:9, 662:19, 662:25, 663:5, 664:13, 665:17, 668:10, 668:17, 668:21, 669:3, 676:17, 676:20, 676:23, 677:2, 680:21, 704:12, 707:25, 751:4, 766:2, 775:17, 775:19, 799:23, 800:2, 800:21, 801:2, 802:1, 802:16, 803:2, 803:4, 803:15, 804:7, 804:8, 804:18, 805:9, 805:16, 806:18, 808:10, 808:14, 808:15, 808:19, 808:21, 811:5, 841:13, 849:25, 856:12, 856:22, 862:25, 864:1, 869:1, 869:3, 869:5, 877:12, 877:16, 881:15, 881:21

**significantly** [1] - 853:14

**signifies** [3] - 782:21, 782:22, 799:22

**signify** [2] - 782:20, 799:21

**signs** [1] - 868:6

**sildenafil** [3] - 748:16, 768:7, 768:9

**similar** [11] - 567:1, 567:24, 568:6, 568:7, 568:21, 574:7, 585:3, 585:6, 617:14, 767:7, 814:2

**similarity** [1] - 598:17

**similarly** [1] - 672:16

**simple** [1] - 809:10

**simply** [3] - 657:20, 747:5, 755:25

**Singh** [3] - 607:21, 607:23, 608:5

**Singh's** [4] - 607:24, 608:7, 608:17, 611:14

**single** [15] - 651:25, 657:19, 690:6, 690:7, 707:9, 743:16, 749:6, 769:11, 783:3, 783:4, 794:2, 802:23, 834:11, 886:21

**single-arm** [2] - 783:3, 783:4

**single-center** [2] - 743:16, 749:6

**sites** [5] - 883:18, 883:19, 883:23

**sitting** [4] - 664:22, 724:19, 763:14, 838:18

**six** [100] - 599:13, 599:14, 599:17, 599:22, 600:3, 621:4, 621:9, 622:1, 622:15, 639:5, 639:8, 645:3, 645:11, 645:17, 645:22, 646:4, 664:13, 665:17, 668:11, 668:17, 669:4, 676:17, 676:21, 676:24, 677:2, 678:10, 681:7, 681:13, 681:23, 681:24, 691:23, 692:22, 693:7, 704:4, 719:25, 720:3, 723:17, 726:21, 726:24, 734:14, 735:6, 736:16, 737:7, 742:16, 745:9, 745:11, 745:23, 746:10, 746:22, 747:24, 755:21, 755:23,

756:3, 756:7, 756:16, 756:19, 767:10, 823:11, 823:16, 824:12, 824:20, 827:22, 830:22, 834:19, 843:23, 843:25, 844:5, 844:22, 845:5, 845:6, 846:10, 849:18, 849:21, 849:23, 850:13, 850:15, 850:19, 850:22, 851:5, 851:24, 852:14, 852:16, 852:20, 853:2, 861:9, 862:12, 863:16, 866:14, 866:21, 872:2, 873:8, 874:13, 877:1, 877:19, 882:3

**six-minute** [85] - 599:13, 599:14, 599:17, 599:22, 600:3, 621:4, 621:9, 622:1, 622:15, 639:5, 639:8, 645:3, 645:11, 645:17, 645:22, 646:4, 664:13, 665:17, 668:11, 668:17, 669:4, 676:17, 676:21, 676:24, 677:2, 678:10, 681:7, 681:13, 681:23, 681:24, 691:23, 692:22, 693:7, 734:14, 735:6, 736:16, 737:7, 745:9, 745:11, 745:23, 746:22, 747:24, 755:21, 755:23, 756:3, 756:7, 756:16, 756:19, 767:10, 823:11, 823:16, 824:12, 824:20, 830:22, 834:19, 843:23, 843:25, 844:5, 844:22, 845:5, 845:6, 845:21, 846:10, 849:18, 849:21, 849:23, 850:13, 850:15, 850:19, 850:22, 851:5, 851:24, 852:14, 852:20, 853:2, 861:9, 862:12,

863:16, 866:14, 866:21, 877:1, 877:19, 882:3
**sixth** [1] - 838:3
**Sixth** [1] - 723:25
**size** [5] - 707:24, 708:3, 746:4, 770:15, 772:16
**skeptical** [8] - 712:23, 713:1, 713:3, 713:9, 782:2, 782:3, 831:9, 848:17
**skepticism** [1] - 711:25, 712:16, 713:10, 713:14, 714:1, 787:19, 791:18, 827:13, 879:24, 879:25
**skewed** [1] - 707:10
**skill** [8] - 563:17, 566:14, 568:1, 568:10, 568:16, 568:23, 624:9, 763:9
**skilled** [1] - 617:11
**skip** [1] - 603:19
**sleep** [2] - 588:4, 766:16
**slide** [74] - 570:23, 570:24, 573:5, 573:7, 584:5, 669:19, 711:19, 711:21, 711:23, 714:2, 716:24, 739:19, 742:24, 747:15, 759:15, 759:18, 761:21, 762:25, 763:11, 771:2, 774:21, 778:2, 779:2, 779:23, 780:20, 791:7, 792:11, 793:14, 798:21, 802:3, 806:23, 806:25, 809:5, 809:8, 809:13, 809:23, 811:16, 815:9, 815:12, 816:3, 822:23, 823:1, 825:11, 825:12, 825:24, 826:1, 826:18, 826:21, 826:22, 851:10, 853:5, 853:8, 857:21, 857:24, 858:23, 858:24, 860:15, 867:16, 867:19, 875:5, 875:7, 876:2, 876:4, 876:12, 876:14, 880:9,

880:12, 882:9, 882:12, 884:14, 887:3
**slide-heavy** [1] - 887:3
**slides** [4] - 770:24, 772:5, 809:21, 860:11
**slightly** [2] - 741:13, 788:11
**slope** [3] - 793:4, 793:5, 793:7
**slow** [4] - 694:20, 717:17, 818:6, 835:1
**slowed** [1] - 715:13
**slower** [2] - 711:4, 819:8
**slowly** [6] - 594:5, 779:20, 838:12, 838:13, 841:20, 868:9
**small** [8] - 572:16, 665:21, 746:3, 751:8, 777:3, 809:19, 819:2, 850:21
**smaller** [4] - 755:17, 772:18, 799:14, 799:16
**smallest** [1] - 828:7
**SMITH** [1] - 686:23
**Smith** [14] - 644:25, 668:8, 668:22, 669:10, 670:6, 686:18, 686:22, 687:8, 699:5, 747:25, 794:18, 795:23, 796:18, 841:11
**SmithKline** [3] - 687:20, 688:4, 688:16
**snippet** [1] - 659:11
**so-called** [2] - 570:4, 659:17
**societies** [1] - 774:15
**Society** [3] - 675:14, 675:20, 774:12
**society** [1] - 774:13
**sold** [16] - 595:6, 595:12, 595:15, 605:15, 605:18, 605:25, 610:7, 611:15, 634:1, 634:13, 634:21, 644:12, 868:1, 868:7, 869:11
**solely** [2] - 575:25, 576:10
**solution** [4] - 585:3, 679:18, 757:25,

758:4
**someone** [6] - 683:6, 683:9, 765:12, 825:7, 834:15, 868:5
**sometime** [2] - 603:4, 710:21
**sometimes** [11] - 598:1, 599:14, 639:10, 640:23, 657:9, 657:11, 766:3, 821:8, 834:20, 834:21, 836:11
**somewhat** [2] - 821:6, 887:6
**somewhere** [3] - 686:4, 782:23, 800:14
**soon** [2] - 783:16, 816:8
**sorry** [20] - 579:8, 615:21, 643:7, 650:4, 653:1, 659:24, 668:23, 670:21, 685:4, 712:24, 717:19, 773:21, 800:20, 808:16, 811:17, 826:22, 828:18, 882:23
**sort** [4] - 710:13, 738:18, 818:25, 843:16
**sound** [1] - 572:23
**sound-bites** [1] - 572:23
**sounds** [1] - 734:13
**source** [1] - 745:13
**sources** [4] - 737:9, 737:10, 739:11, 747:20
**speaking** [2] - 767:25, 886:2
**speaks** [1] - 847:17
**special** [1] - 679:14
**specialists** [5] - 732:5, 732:6, 732:10, 732:12, 732:15
**specialized** [1] - 566:1
**specializes** [1] - 716:2
**specialties** [1] - 732:13
**Specialty** [1] - 614:2
**specialty** [7] - 642:10, 642:13, 642:16, 869:18, 870:10, 870:14, 870:16
**specific** [34] - 563:14, 564:13, 568:8, 569:8, 571:16,

573:14, 574:14, 574:22, 595:7, 595:22, 596:4, 675:17, 704:13, 735:5, 758:2, 766:7, 766:21, 766:23, 782:4, 787:3, 787:13, 794:1, 801:8, 818:3, 868:4, 869:22, 869:23, 870:11, 871:4, 872:13, 872:25, 873:17, 874:3, 874:18
**specifically** [25] - 605:19, 605:22, 643:17, 673:11, 674:5, 674:14, 674:19, 675:9, 675:11, 679:1, 682:18, 704:5, 708:13, 708:16, 733:25, 734:24, 746:19, 757:4, 757:9, 779:3, 800:11, 816:11, 821:3, 860:3, 875:3
**specification** [24] - 576:23, 580:17, 581:4, 793:20, 794:6, 802:10, 803:12, 803:14, 804:11, 804:16, 805:10, 805:17, 806:6, 806:10, 806:12, 806:24, 807:17, 807:18, 810:5, 810:8, 810:11, 810:13, 810:17, 812:6
**specifics** [1] - 811:25
**specified** [2] - 574:2, 817:24
**specify** [1] - 582:5
**speculated** [1] - 820:22
**speculating** [1] - 820:18
**spell** [5] - 586:9, 686:20, 729:20, 758:22, 778:21
**spent** [2] - 687:20, 726:20
**spirometer** [2] - 771:14, 771:15
**SpO2** [10] - 844:16, 844:17, 844:19, 844:20, 844:21, 845:3, 845:4, 845:6, 845:11

**spoken** [1] - 829:19
**sponsor** [4] - 696:21, 836:20, 883:12, 883:13
**sponsor's** [1] - 884:4
**sponsoring** [1] - 627:25
**stage** [1] - 753:22
**stairs** [1] - 594:23
**stand** [4] - 562:2, 646:1, 814:17, 847:24
**standard** [1] - 774:9
**standards** [1] - 774:14
**standing** [2] - 664:22, 665:10
**stands** [2] - 797:7, 849:3
**Stanford** [1] - 730:16
**star** [1] - 764:17
**start** [26] - 594:7, 597:10, 598:7, 710:1, 759:24, 764:8, 764:21, 771:3, 771:5, 775:25, 785:16, 815:19, 817:25, 818:3, 818:7, 818:13, 818:21, 824:14, 839:21, 842:13, 849:11, 850:15, 851:4, 883:19, 886:8, 886:21
**started** [14] - 603:4, 651:2, 718:12, 744:17, 744:19, 748:10, 755:15, 781:7, 818:1, 819:8, 838:11, 844:4, 845:22, 847:15
**starting** [13] - 608:15, 608:19, 689:25, 710:20, 818:9, 818:18, 818:22, 819:4, 838:8, 850:5, 857:10, 872:10, 874:15
**starts** [4] - 574:13, 661:9, 706:11, 873:15
**state** [11] - 586:9, 628:23, 677:19, 686:20, 729:20, 746:21, 749:18, 758:22, 763:4, 764:9, 826:18
**State** [1] - 687:12
**statement** [28] - 577:24, 606:24,

608:21, 609:14, 609:21, 614:21, 615:3, 615:8, 616:1, 616:22, 626:4, 641:20, 643:16, 653:6, 660:1, 677:22, 678:25, 679:6, 680:1, 680:8, 680:19, 680:25, 699:25, 709:7, 716:20, 754:17, 867:12
**statements** [12] - 610:3, 649:7, 655:10, 655:11, 660:20, 661:3, 661:6, 664:1, 664:17, 679:14, 724:21, 754:12
**states** [1] - 818:11
**States** [1] - 774:12
**STATES** [1] - 560:1
**stating** [1] - 823:11
**statistical** [9] - 678:19, 707:23, 733:7, 751:16, 799:12, 799:18, 803:21, 807:25, 808:25
**statistically** [64] - 565:3, 565:15, 565:19, 577:7, 577:14, 577:21, 577:23, 578:1, 578:4, 578:9, 579:2, 579:22, 580:5, 580:11, 580:25, 585:22, 629:16, 633:12, 633:18, 662:19, 662:25, 663:5, 664:13, 665:16, 668:10, 668:17, 668:21, 669:3, 676:17, 676:20, 676:23, 677:2, 751:3, 775:19, 799:22, 800:2, 800:21, 801:2, 802:1, 802:16, 803:2, 803:4, 803:15, 804:7, 804:8, 804:18, 805:8, 805:16, 806:18, 808:10, 808:14, 808:15, 808:18, 808:21, 811:5, 849:25, 856:12, 856:22, 862:25, 864:1, 877:12,

877:16, 881:15, 881:20
**statistician** [1] - 731:16
**statisticians** [1] - 774:4
**statistics** [6] - 578:5, 678:19, 730:13, 730:24, 731:1, 733:5
**stature** [1] - 772:14
**status** [3] - 691:1, 760:2, 767:14
**stay** [2] - 851:1, 851:5
**staying** [1] - 807:21
**stays** [1] - 851:3
**steering** [29] - 575:9, 575:17, 582:10, 582:15, 582:18, 582:23, 582:25, 583:5, 626:15, 627:6, 646:7, 646:14, 646:16, 646:18, 646:22, 648:8, 672:23, 680:20, 680:25, 693:18, 693:20, 693:22, 693:24, 697:23, 713:7, 715:18, 721:23, 831:6, 831:11
**Stenotype** [1] - 888:1
**step** [10] - 572:6, 683:17, 683:18, 699:6, 725:11, 729:12, 758:16, 791:14, 814:15, 886:7
**stepping** [1] - 758:16
**steps** [1] - 835:20
**stick** [1] - 577:11
**still** [16] - 601:20, 625:15, 629:23, 663:18, 702:8, 710:22, 711:3, 742:2, 783:16, 791:12, 804:14, 805:6, 806:3, 814:21, 831:20, 874:22
**stipulated** [1] - 685:12
**stipulation** [1] - 568:20
**stood** [4] - 625:15, 626:1, 675:14, 675:19
**stop** [10] - 594:9, 601:12, 625:8, 625:17, 644:14, 644:17, 644:20, 697:6, 831:17,

885:17
**stopped** [2] - 594:12, 713:8
**stopping** [1] - 696:14
**stories** [1] - 740:6
**story** [1] - 809:2
**straight** [1] - 580:14
**straightforward** [1] - 716:10
**strategic** [2] - 576:5, 576:8
**strategically** [1] - 576:13
**strategies** [1] - 767:1
**strengths** [1] - 788:8
**stress** [1] - 651:12
**strike** [3] - 650:12, 654:3, 835:9
**strikingly** [1] - 665:4
**strongest** [1] - 659:15
**strongly** [4] - 675:15, 675:20, 775:19, 835:23
**structure** [2] - 672:7, 797:5
**student** [2] - 773:17
**students** [2] - 731:3, 761:13
**studied** [12] - 641:12, 746:6, 750:5, 756:15, 776:12, 776:13, 776:16, 778:7, 778:11, 855:5, 872:23, 885:2
**studies** [94] - 570:12, 570:15, 572:16, 628:2, 690:9, 690:15, 692:1, 694:14, 694:18, 695:7, 697:1, 697:2, 704:22, 706:21, 712:18, 713:18, 714:1, 714:2, 714:4, 717:7, 719:25, 720:3, 720:21, 723:18, 726:21, 726:24, 727:6, 727:7, 727:20, 731:14, 731:15, 731:24, 732:3, 733:2, 733:18, 733:25, 734:2, 737:13, 737:25, 739:3, 739:10, 739:13, 741:23, 742:13, 743:18, 743:20, 744:9, 747:14, 749:24, 749:25, 750:4, 751:21, 752:20,

756:22, 768:1, 775:1, 775:11, 775:17, 777:22, 779:21, 782:24, 783:3, 783:6, 787:23, 788:1, 793:1, 793:5, 809:12, 809:13, 809:19, 809:24, 810:7, 819:1, 827:12, 828:2, 831:3, 831:5, 831:20, 834:23, 842:17, 853:17, 854:5, 858:9, 860:21, 860:25, 861:4, 872:24, 880:22, 882:16, 884:22
**Studies** [1] - 571:1
**study** [270] - 570:9, 570:18, 571:4, 571:5, 571:8, 572:6, 572:8, 572:9, 572:20, 572:22, 573:17, 575:12, 575:22, 575:23, 576:6, 578:22, 588:14, 588:24, 593:14, 593:16, 593:18, 593:21, 597:1, 597:5, 597:8, 625:23, 626:20, 627:8, 627:22, 628:9, 628:25, 631:7, 631:22, 633:7, 634:8, 641:22, 642:5, 658:10, 658:13, 658:19, 658:21, 662:6, 662:9, 668:10, 668:16, 668:20, 669:3, 669:5, 673:9, 673:17, 678:19, 688:19, 688:21, 689:14, 690:6, 690:7, 690:10, 690:12, 690:13, 690:23, 692:6, 692:7, 692:8, 692:9, 692:11, 693:2, 693:17, 693:21, 694:1, 694:6, 694:7, 694:9, 694:21, 694:23, 695:1, 695:9, 695:17, 695:18, 695:20, 696:3, 696:14, 696:19, 697:3, 697:6, 697:10,

697:23, 698:3, 703:5, 703:25, 706:11, 706:12, 706:15, 706:17, 706:18, 706:24, 707:4, 707:10, 707:13, 707:14, 707:16, 709:3, 712:6, 713:1, 713:6, 713:7, 713:8, 713:19, 713:20, 713:22, 713:25, 714:13, 716:18, 717:10, 720:4, 720:10, 721:18, 727:11, 731:2, 732:9, 732:18, 733:8, 733:16, 736:17, 736:23, 737:12, 738:7, 738:16, 738:24, 739:5, 740:25, 742:7, 742:23, 742:25, 743:6, 743:12, 743:13, 743:16, 743:19, 743:25, 744:17, 745:4, 745:19, 746:2, 746:5, 747:21, 748:14, 749:4, 749:6, 749:20, 749:21, 750:25, 751:8, 755:8, 756:8, 756:25, 757:1, 757:4, 757:7, 761:18, 775:19, 775:20, 775:21, 777:1, 777:2, 777:3, 778:12, 778:13, 778:14, 781:16, 781:22, 782:9, 783:4, 783:10, 785:4, 788:20, 789:6, 789:7, 789:10, 789:16, 790:7, 791:2, 791:9, 794:17, 795:1, 797:6, 797:11, 798:1, 798:5, 798:6, 800:3, 803:17, 812:22, 816:9, 816:23, 819:10, 820:1, 820:22, 822:10, 822:18, 823:25, 825:7, 825:18, 828:8, 828:22, 828:23, 829:15, 829:21, 829:22, 829:23, 829:24, 830:4,

830:16, 830:18, 830:23, 831:3, 831:11, 831:17, 833:9, 833:15, 833:24, 834:1, 834:2, 834:3, 834:8, 834:10, 834:12, 834:13, 835:3, 835:6, 836:8, 836:16, 837:3, 837:5, 837:6, 840:1, 840:20, 843:1, 843:8, 844:2, 845:19, 848:8, 848:15, 853:12, 854:15, 854:16, 855:8, 856:5, 856:6, 857:7, 857:14, 857:20, 859:12, 866:2, 866:4, 876:16, 876:18, 877:25, 879:2, 879:9, 882:19, 883:13, 883:16
**studying** [1] - 741:3
**stuff** [1] - 879:14
**sub** [4] - 562:17, 563:1, 832:9, 884:4
**sub-Q** [3] - 562:17, 563:1, 832:9
**subcategory** [1] - 743:3
**subcutaneous** [7] - 563:1, 855:2, 855:3, 855:9, 855:18, 858:2, 866:22
**subgroup** [17] - 579:7, 579:9, 579:10, 579:18, 580:8, 663:4, 664:12, 665:19, 668:20, 797:6, 806:17, 807:4, 840:24
**subgroups** [3] - 811:21, 811:25, 849:2
**subject** [9] - 589:7, 590:19, 591:24, 592:5, 741:9, 741:25, 787:1, 788:1, 868:2
**subjective** [1] - 741:9
**subjects** [4] - 647:6, 647:12, 647:20, 855:24
**submission** [1] - 684:14
**submit** [1] - 604:11
**subpopulation** [1] - 797:25

**subpopulations** [7] - 799:5, 800:4, 805:11, 806:7, 806:22, 807:14, 814:6
**subsequently** [1] - 598:13
**subset** [8] - 569:24, 579:15, 580:2, 668:21, 702:9, 703:1, 704:20, 872:24
**substitute** [1] - 777:25
**success** [11] - 565:18, 712:2, 718:6, 741:21, 826:9, 862:2, 862:4, 863:22, 864:19, 866:11, 867:7
**successful** [16] - 688:12, 697:25, 714:6, 718:9, 718:11, 741:24, 742:2, 742:3, 775:7, 828:3, 828:4, 830:17, 830:18, 830:25, 831:8, 884:17
**successfully** [2] - 617:13, 680:3
**succumb** [1] - 848:5
**suffers** [1] - 707:4
**sufficiency** [1] - 685:18
**sufficient** [3] - 666:18, 667:15, 667:18
**suggest** [3] - 576:13, 861:20, 880:3
**suggested** [2] - 777:4, 858:9
**suggesting** [2] - 564:14, 780:13
**suggestion** [1] - 699:25
**suggests** [5] - 699:22, 699:23, 787:10, 802:8, 874:17
**SUKDUANG** [78] - 561:6, 586:4, 586:18, 586:21, 587:1, 587:2, 587:5, 587:11, 589:12, 589:18, 589:25, 590:2, 591:16, 591:18, 592:9, 592:11, 596:19, 602:4, 602:9, 602:15, 602:19, 602:24, 603:12, 603:21, 603:24,

605:1, 605:6, 605:11, 606:12, 606:14, 607:1, 607:9, 607:18, 607:20, 608:14, 608:16, 614:12, 614:19, 618:10, 618:11, 618:21, 618:23, 620:20, 620:22, 622:6, 622:8, 628:6, 628:7, 628:20, 628:21, 630:16, 630:18, 630:22, 630:23, 631:9, 631:11, 635:2, 635:17, 653:1, 654:8, 654:13, 667:1, 676:13, 679:11, 679:15, 679:16, 683:16, 683:20, 684:4, 684:23, 685:4, 686:6, 686:8, 886:2, 886:11, 886:15, 887:9, 887:17
**Sukduang** [10] - 636:9, 637:18, 641:19, 658:1, 660:6, 662:15, 663:7, 669:13, 669:19, 672:17
**sum** [1] - 813:23
**summarize** [1] - 805:12
**summarized** [1] - 806:23
**summarizing** [12] - 759:15, 762:25, 763:11, 774:22, 793:14, 798:21, 802:3, 815:9, 816:3, 822:23, 853:5, 867:16
**summary** [8] - 576:3, 692:21, 715:18, 733:23, 798:14, 806:23, 872:19, 872:22
**supplement** [2] - 662:19, 832:19
**supplemental** [2] - 620:17, 621:8
**supplementary** [2] - 848:14, 848:24
**supply** [1] - 883:13
**support** [11] - 592:20, 614:22, 695:10, 726:25, 727:15, 793:24, 804:12,

806:3, 806:16, 866:1, 880:19
**supported** [1] - 802:9
**supporting** [5] - 691:8, 693:25, 694:6, 726:17, 821:20
**supportive** [3] - 716:22, 766:23, 766:25
**supports** [1] - 726:13
**surprise** [1] - 821:6
**surprised** [2] - 626:21, 718:3
**surprising** [2] - 698:24, 748:3
**surrounding** [1] - 575:21
**survey** [3] - 616:3, 616:12, 616:19
**survival** [3] - 715:1, 769:16, 874:18
**susceptible** [1] - 739:11
**suspect** [1] - 654:17
**suspected** [1] - 879:13
**sustain** [2] - 603:9, 679:9
**SVP** [1] - 689:10
**switch** [3] - 576:15, 774:19, 793:12
**switching** [1] - 647:17
**sworn** [7] - 586:15, 686:25, 711:3, 726:2, 730:1, 759:3, 814:22
**Symposium** [3] - 723:25, 765:10, 765:11
**symptom** [1] - 594:24
**symptoms** [6] - 594:3, 594:25, 765:7, 765:22, 765:23, 766:19
**system** [2] - 759:23, 760:20
**systematic** [4] - 737:18, 741:12, 782:10, 782:15
**systemic** [12] - 573:13, 585:12, 598:21, 679:22, 734:3, 734:22, 737:6, 739:6, 739:15, 745:20, 745:23, 747:18
**systemically** [2] - 562:24, 745:6

# T

**T-H-I-S-T-E-D** [1] - 729:23
**tab** [2] - 653:22, 653:23
**Table** [43] - 565:6, 565:8, 565:14, 569:15, 569:18, 570:3, 576:25, 577:2, 577:9, 577:11, 578:25, 580:1, 582:7, 692:19, 692:21, 703:4, 794:19, 794:23, 794:24, 796:24, 797:2, 797:12, 797:22, 797:24, 797:25, 807:4, 807:6, 808:4, 808:13, 808:15, 808:18, 812:9, 812:10, 823:9, 824:14, 841:8, 841:11, 842:21, 842:22, 844:15, 846:21, 848:20, 856:6
**table** [21] - 574:14, 577:3, 579:21, 580:9, 653:17, 653:25, 655:7, 670:7, 681:23, 692:20, 794:21, 795:13, 797:5, 807:21, 808:17, 810:10, 811:22, 812:17, 823:10, 848:15, 850:14
**Tables** [7] - 620:21, 621:1, 681:19, 805:10, 806:7, 807:14, 814:10
**tables** [7] - 621:9, 662:23, 681:22, 798:14, 812:3, 848:23, 854:6
**tabs** [1] - 653:21
**tadalafil** [3] - 748:16, 768:7, 768:9
**talks** [3] - 581:11, 605:5, 661:18
**tan** [1] - 780:12
**tape** [1] - 699:19
**Tapson** [12] - 591:5, 592:25, 593:5, 594:15, 595:5, 595:14, 603:1, 612:21, 625:18,

628:10, 631:21, 728:22
**tapson** [7] - 645:19, 656:18, 722:10, 723:8, 723:15, 757:3, 757:8
**tapson's** [2] - 613:9, 655:1
**target** [9] - 598:23, 743:22, 743:23, 744:1, 744:3, 744:5, 745:24, 754:23, 754:24
**targeted** [1] - 565:24
**task** [1] - 782:15
**teach** [3] - 717:2, 761:10, 761:11
**teaching** [4] - 712:1, 716:25, 730:25, 731:1
**team** [8] - 574:8, 661:23, 690:24, 690:25, 691:3, 691:10, 694:3, 698:3
**TECHNOLOGIES** [1] - 560:6
**technology** [3] - 690:5, 690:8, 690:18
**teeny** [1] - 818:6
**tempered** [1] - 836:3
**ten** [2] - 594:12, 858:16
**ten-minute** [1] - 858:16
**tend** [2] - 737:12, 765:16
**tends** [1] - 798:10
**tens** [2] - 659:19, 884:10
**tense** [1] - 637:24
**term** [14] - 572:7, 572:11, 572:20, 572:21, 598:16, 651:25, 657:18, 728:5, 728:10, 734:10, 755:11, 764:24, 769:3, 769:6
**terminated** [5] - 571:10, 572:1, 573:4, 662:12, 879:13
**termination** [1] - 573:24
**terminology** [1] - 572:5
**terms** [35] - 569:6, 569:14, 570:2, 576:7, 580:4, 580:5, 595:9, 599:10, 611:3, 632:4, 632:7,

687:11, 688:10, 695:10, 698:17, 709:21, 715:6, 715:11, 716:10, 722:12, 732:2, 736:2, 745:21, 764:20, 817:25, 821:18, 822:12, 827:8, 830:20, 830:21, 836:4, 843:18, 843:19, 853:13, 864:13
**test** [32] - 599:13, 599:14, 599:17, 599:22, 621:4, 622:1, 626:18, 737:2, 745:9, 745:11, 745:23, 756:10, 756:17, 766:14, 787:12, 830:22, 834:19, 843:25, 844:22, 845:4, 845:7, 846:7, 850:13, 850:16, 850:19, 850:22, 851:6, 851:12, 852:15, 852:21, 853:2
**tested** [4] - 570:5, 735:4, 742:14, 781:15
**testified** [33] - 563:16, 565:17, 570:8, 586:15, 603:3, 605:1, 616:17, 619:9, 620:3, 625:21, 648:16, 686:25, 708:6, 711:4, 720:9, 723:15, 724:8, 730:1, 739:23, 753:24, 757:12, 759:3, 767:16, 775:10, 787:23, 796:2, 803:1, 807:22, 814:22, 815:4, 826:13, 860:22, 867:11
**testify** [7] - 586:3, 725:15, 726:12, 757:3, 820:11, 820:14, 831:23
**testifying** [2] - 589:4, 657:3
**testimonies** [3] - 612:20, 726:2, 827:15
**testimony** [110] - 564:21, 565:5, 583:12, 591:4,

591:8, 591:9, 592:18, 595:1, 595:13, 595:18, 602:11, 602:12, 602:21, 602:25, 603:18, 605:18, 605:21, 605:24, 606:8, 606:19, 611:20, 611:23, 612:14, 612:23, 613:5, 616:19, 616:24, 617:10, 617:19, 618:6, 618:24, 619:4, 619:8, 619:13, 619:18, 621:7, 623:1, 623:9, 623:21, 625:16, 630:24, 631:12, 631:21, 636:9, 645:7, 645:14, 645:19, 645:21, 646:1, 646:3, 648:17, 650:11, 652:19, 652:22, 656:5, 656:8, 666:20, 667:2, 668:1, 668:2, 668:4, 669:8, 670:12, 672:5, 673:21, 673:24, 675:3, 677:13, 679:19, 679:21, 681:7, 681:11, 683:23, 719:25, 721:3, 721:7, 723:19, 723:20, 723:21, 724:5, 724:15, 724:17, 724:20, 724:25, 725:2, 726:10, 728:25, 730:9, 753:16, 753:18, 754:4, 754:9, 754:20, 757:6, 757:8, 759:13, 768:15, 768:22, 792:13, 794:21, 805:5, 809:17, 809:25, 820:15, 826:25, 832:4, 867:14, 867:24, 882:6
**testing** [11] - 737:21, 741:11, 756:8, 769:22, 843:5, 843:7, 849:16, 849:19, 851:8, 851:22, 851:25
**tests** [3] - 639:6, 707:24, 843:24
**TETON** [2] - 641:12,

642:5
**text** [2] - 580:18, 659:11
**thanked** [1] - 660:22
**THE** [171] - 560:1, 560:2, 562:1, 583:17, 583:21, 584:2, 584:6, 584:9, 584:12, 586:2, 586:9, 586:11, 586:19, 587:8, 589:17, 596:11, 596:17, 596:18, 602:3, 602:5, 602:14, 602:17, 602:23, 603:9, 603:19, 603:23, 605:3, 605:7, 607:3, 607:6, 614:15, 635:9, 635:12, 635:19, 635:23, 638:6, 638:24, 654:11, 654:15, 666:6, 667:3, 670:19, 676:11, 679:9, 679:12, 683:17, 683:19, 683:25, 684:3, 684:10, 684:19, 684:25, 685:14, 685:25, 686:7, 686:10, 686:13, 686:19, 686:20, 686:22, 687:3, 687:5, 687:25, 692:15, 699:2, 699:5, 699:8, 699:18, 699:21, 700:15, 700:17, 709:11, 709:16, 710:1, 710:8, 710:10, 710:23, 711:3, 711:6, 718:18, 718:20, 719:17, 722:15, 725:8, 725:11, 725:14, 725:15, 725:17, 725:18, 725:25, 726:4, 729:9, 729:11, 729:14, 729:19, 729:20, 729:22, 731:8, 733:12, 739:19, 739:21, 739:22, 739:24, 740:1, 740:13, 741:20, 741:23, 742:3, 742:5, 742:8, 742:11, 753:4, 753:10, 753:13, 757:14, 757:17,

757:18, 757:20,
758:13, 758:15,
758:19, 758:22,
758:24, 762:17,
762:23, 763:22,
764:3, 773:21,
773:25, 774:6,
774:11, 774:17,
776:8, 783:16,
784:12, 784:16,
785:12, 786:22,
804:23, 804:25,
810:21, 811:13,
814:12, 814:14,
814:18, 814:20,
814:23, 824:6,
828:17, 828:19,
828:21, 828:25,
829:1, 830:12,
836:8, 836:11,
837:25, 841:13,
850:25, 851:3,
858:15, 858:21,
885:16, 885:25,
886:6, 886:13,
886:17, 886:20,
887:2, 887:12,
887:19
**theater** [2] - 571:13,
571:22
**themselves** [7] -
579:19, 583:6,
838:19, 838:25,
853:15, 856:18,
870:5
**theoretically** [1] -
578:8
**theory** [1] - 654:17
**therapeutic** [2] -
699:23, 699:24
**therapeutics** [1] -
779:19
**THERAPEUTICS** [1] -
560:3
**Therapeutics** [20] -
606:17, 607:13,
642:7, 643:2,
687:22, 688:6,
689:7, 689:8, 689:9,
689:18, 699:10,
699:16, 700:7,
700:11, 714:15,
729:16, 758:18,
758:21, 831:19
**therapies** [32] -
613:21, 614:24,
615:3, 615:9,
615:11, 615:17,
616:5, 616:14,
616:16, 616:17,

616:23, 625:5,
626:2, 647:17,
679:23, 704:14,
709:3, 766:7,
766:22, 766:23,
769:22, 780:18,
784:21, 786:3,
786:6, 787:13,
787:17, 809:15,
831:4, 879:12,
885:1, 885:9
**therapy** [24] - 565:24,
573:14, 574:2,
574:15, 609:4,
614:22, 615:6,
626:18, 661:13,
698:23, 712:16,
718:21, 741:14,
741:15, 749:15,
766:12, 782:4,
785:20, 840:17,
861:7, 872:13,
873:1, 874:3, 874:18
**therapy's** [1] - 731:25
**thereby** [3] - 585:12,
595:11, 599:1
**therefore** [5] - 622:17,
650:14, 656:24,
667:18, 773:6
**thereof** [1] - 590:10
**Thereupon** [15] -
584:14, 587:9,
607:7, 614:17,
635:10, 692:16,
731:10, 740:15,
762:18, 776:9,
780:6, 785:13,
786:23, 824:7,
830:13
**they've** [1] - 788:9
**thickening** [2] - 838:5,
838:16
**thinking** [5] - 701:20,
702:8, 706:4,
846:24, 887:7
**thinks** [1] - 886:4
**third** [4] - 607:10,
661:9, 691:4, 838:9
**thirds** [5] - 659:5,
748:9, 756:3, 840:6,
880:24
**Thisted** [23] - 683:22,
729:17, 729:22,
730:6, 730:13,
733:4, 733:14,
734:10, 735:8,
740:3, 742:23,
744:12, 748:6,
752:3, 753:3, 753:7,
753:15, 757:16,

758:12, 758:15,
860:22, 885:22,
886:3
**THISTED** [1] - 729:24
**Thisted's** [3] - 731:5,
860:24, 861:10
**Thoracic** [3] - 675:14,
675:19, 774:12
**thousand** [1] - 774:2
**thousands** [1] -
659:19
**three** [54] - 593:10,
594:7, 622:17,
681:24, 687:18,
690:15, 696:9,
696:14, 710:4,
715:1, 734:24,
750:2, 775:3,
776:13, 776:14,
777:3, 777:4, 777:8,
787:14, 792:12,
793:3, 793:5, 799:4,
803:16, 806:22,
809:12, 818:3,
818:20, 819:5,
819:8, 826:4,
826:16, 826:17,
841:6, 844:9,
844:12, 844:13,
844:14, 846:11,
847:2, 847:3,
848:13, 849:20,
850:21, 852:1,
852:16, 861:22,
861:23, 862:16,
862:21, 864:15,
866:7, 866:17
**three-drug** [2] -
776:13, 777:8
**three-year** [1] - 715:1
**threshold** [3] - 633:10,
718:23, 819:17
**thresholds** [1] -
820:19
**threw** [1] - 678:1
**thrombolic** [1] - 750:8
**throughout** [3] -
764:21, 769:9,
799:13
**thrust** [1] - 567:2
**thumbnails** [2] -
775:22, 775:23
**tier** [2] - 833:13,
833:23
**timeline** [4] - 775:1,
780:20, 791:7,
792:25
**tissue** [13] - 563:1,
812:20, 812:22,
813:1, 813:2, 813:8,

813:15, 813:16,
813:18, 813:20,
813:25, 814:5, 814:8
**title** [4] - 570:23,
573:5, 614:1, 785:17
**titled** [3] - 871:25,
873:6, 874:9
**titrate** [1] - 594:8
**titrated** [2] - 593:25,
596:8
**titrating** [1] - 593:12
**today** [25] - 588:6,
650:11, 659:2,
659:20, 664:22,
665:10, 684:16,
702:8, 704:18,
724:19, 730:9,
759:13, 763:1,
763:14, 764:9,
767:9, 767:15,
768:15, 791:22,
793:3, 815:14,
826:14, 838:18,
860:21, 867:24
**together** [10] - 732:20,
746:8, 752:22,
787:14, 815:17,
834:17, 835:25,
842:10, 846:11,
852:13
**tolerability** [4] - 576:1,
576:11, 708:2, 709:2
**tolerance** [3] - 594:4,
822:12, 861:22
**tolerate** [2] - 596:9,
705:13
**tolerated** [3] - 590:9,
593:13, 819:4
**tolerating** [1] - 594:6
**tomorrow** [5] -
710:21, 710:24,
885:18, 886:8,
887:20
**tonight** [7] - 684:16,
684:17, 684:20,
684:25, 685:15,
710:14, 887:15
**took** [12] - 566:20,
570:12, 578:16,
662:15, 669:13,
669:19, 688:21,
691:4, 695:18,
695:19, 825:4, 837:4
**tool** [1] - 737:5
**top** [16] - 571:2, 577:3,
577:5, 577:10,
579:1, 661:1,
730:24, 739:4,
739:6, 745:24,
783:1, 788:9,

833:23, 839:22,
879:3
**top-tier** [1] - 833:23
**topic** [2] - 660:17,
880:10
**total** [13] - 569:14,
569:17, 593:11,
611:13, 699:14,
700:12, 750:9,
797:13, 807:10,
844:1, 850:20,
852:14, 852:17
**totality** [9] - 801:20,
803:11, 803:13,
806:9, 806:11,
806:24, 807:16,
807:18, 812:5
**totally** [4] - 821:8,
853:19, 855:12,
863:17
**tough** [1] - 791:15
**touting** [1] - 663:19
**towards** [1] - 780:15
**track** [1] - 786:3
**traction** [1] - 838:17
**trained** [2] - 767:7,
790:2
**trainees** [1] - 761:12
**training** [2] - 730:20,
761:24
**transaction** [3] -
870:8, 870:20
**transcript** [2] - 606:16,
658:25
**TRANSCRIPT** [1] -
560:9
**transitions** [1] -
690:13
**Translational** [1] -
730:22
**transparency** [1] -
695:9
**transplant** [2] -
840:12, 840:17
**transplantation** [2] -
714:25, 719:5
**treat** [53] - 571:25,
579:13, 580:2,
587:17, 587:19,
595:3, 595:7, 596:2,
596:4, 596:14,
597:18, 605:15,
605:19, 615:19,
616:15, 616:25,
627:5, 627:12,
636:16, 654:6,
655:22, 666:1,
666:15, 667:13,
667:21, 668:11,
668:18, 669:4,

672:25, 673:10,
673:17, 674:11,
674:24, 680:1,
680:3, 682:23,
682:24, 692:23,
715:9, 766:11,
766:20, 766:21,
766:22, 766:24,
767:2, 777:12,
794:25, 799:4,
807:10, 829:14,
831:4, 874:24,
879:12

**treated** [32] - 574:1,
579:3, 593:1,
594:17, 595:22,
596:15, 599:21,
619:14, 623:11,
633:25, 634:3,
634:12, 634:14,
634:20, 659:1,
659:20, 701:2,
704:13, 706:1,
715:5, 735:10,
737:1, 741:2, 755:9,
755:12, 760:17,
779:19, 780:14,
789:14, 789:16,
789:17, 839:23

**treating** [28] - 574:25,
587:21, 595:10,
597:3, 597:10,
616:4, 625:9,
625:18, 651:7,
674:4, 698:22,
701:5, 702:19,
703:1, 703:14,
704:21, 712:15,
712:24, 714:8,
717:8, 717:11,
724:13, 742:17,
760:12, 764:1,
776:21, 836:10,
879:25

**treatment** [89] -
578:11, 585:19,
585:23, 589:14,
593:15, 599:23,
612:24, 613:14,
616:2, 621:19,
622:11, 624:19,
634:24, 642:23,
643:3, 643:7, 643:8,
643:24, 643:25,
683:13, 691:20,
697:14, 698:11,
701:8, 701:11,
702:14, 703:6,
705:7, 705:16,
713:24, 714:5,
714:10, 719:13,

721:12, 733:19,
734:2, 734:5, 734:8,
734:10, 734:12,
734:14, 734:15,
736:2, 736:8,
736:11, 736:12,
736:19, 736:20,
736:21, 736:22,
737:4, 737:8,
737:16, 738:3,
738:9, 738:12,
738:15, 738:19,
739:4, 739:8,
739:17, 739:18,
740:20, 741:4,
741:19, 742:21,
743:7, 746:24,
748:6, 748:12,
748:21, 748:25,
750:11, 750:16,
750:21, 752:6,
752:19, 752:23,
765:16, 767:8,
793:7, 840:13,
842:24, 848:25,
861:1, 861:12,
872:7, 874:19

**treatments** [8] -
571:11, 573:3,
614:25, 732:2,
737:20, 742:17,
745:2, 748:14

**tremendous** [1] -
884:24

**trenches** [1] - 718:23

**trend** [4] - 780:11,
780:15, 800:5,
803:20

**trepidation** [3] -
694:16, 694:17,
697:24

**treprostinil** [151] -
563:18, 563:25,
564:1, 564:14,
566:4, 566:16,
567:13, 568:12,
568:13, 568:19,
574:23, 576:8,
577:20, 577:22,
578:7, 578:16,
579:3, 579:23,
580:6, 580:12,
580:23, 583:2,
585:2, 585:3, 585:8,
590:23, 595:23,
596:2, 597:11,
608:19, 624:24,
625:2, 641:25,
645:3, 650:8, 666:1,
666:15, 667:13,

667:21, 672:7,
679:18, 698:18,
699:24, 707:2,
712:22, 713:12,
713:15, 714:12,
717:3, 720:4, 720:7,
720:10, 720:22,
721:1, 727:6,
733:19, 733:21,
734:5, 734:8, 736:1,
736:9, 737:24,
738:9, 740:20,
743:1, 743:5,
743:14, 744:23,
745:2, 746:22,
746:24, 747:2,
747:7, 747:12,
747:22, 748:11,
748:17, 748:21,
748:23, 749:5,
749:15, 749:21,
750:1, 750:10,
750:17, 750:20,
751:1, 752:5,
752:14, 752:18,
752:23, 754:15,
757:24, 758:3,
758:9, 767:18,
768:13, 787:17,
787:25, 788:1,
790:1, 790:3,
790:12, 791:5,
791:22, 792:4,
795:11, 809:13,
818:15, 823:3,
825:4, 828:14,
828:16, 829:5,
829:8, 831:24,
839:23, 840:16,
842:25, 843:14,
843:17, 845:22,
845:23, 846:13,
846:19, 849:1,
853:24, 855:1,
855:2, 855:8, 855:9,
855:20, 856:17,
856:21, 858:1,
858:2, 863:11,
864:22, 864:25,
865:10, 865:13,
867:2, 873:20,
878:1, 880:20,
881:4, 881:8,
881:14, 881:20,
882:2

**Trial** [2] - 788:17,
838:21

**TRIAL** [2] - 560:9,
560:11

**trial** [119] - 566:21,
566:22, 566:23,

573:20, 573:24,
573:25, 574:17,
575:22, 591:4,
591:8, 598:9,
598:10, 598:12,
624:2, 624:6, 624:9,
624:20, 627:25,
631:10, 641:25,
661:19, 664:3,
665:5, 684:24,
685:1, 685:23,
686:4, 686:9,
686:14, 688:5,
688:18, 688:19,
688:24, 688:25,
691:3, 691:5,
691:11, 691:13,
691:18, 692:10,
696:5, 696:9,
696:11, 697:5,
697:13, 697:18,
697:25, 698:9,
712:21, 716:16,
720:12, 720:14,
720:25, 721:23,
727:10, 728:5,
728:11, 736:17,
738:5, 738:8,
738:11, 738:15,
738:20, 738:25,
741:14, 741:16,
741:18, 742:25,
753:22, 754:1,
754:7, 756:24,
757:5, 757:10,
757:16, 764:21,
768:6, 769:4, 769:9,
775:4, 776:1,
776:17, 776:20,
777:13, 778:1,
778:2, 778:3,
780:10, 780:14,
780:22, 780:24,
783:7, 791:9, 793:6,
794:16, 798:9,
803:23, 814:7,
816:1, 818:18,
823:2, 825:2,
828:15, 829:3,
829:5, 841:3,
882:20, 883:6,
883:10, 884:6,
884:13, 884:15,
884:17, 884:22

**trial's** [1] - 769:22

**trials** [53] - 566:21,
571:9, 571:25,
588:8, 588:10,
588:12, 589:2,
641:13, 675:16,
675:21, 679:2,

688:7, 688:8,
688:12, 688:14,
689:15, 690:1,
690:21, 691:16,
691:19, 695:13,
695:15, 706:22,
712:11, 713:5,
714:7, 727:14,
728:7, 735:2, 739:5,
741:22, 742:16,
769:19, 774:22,
775:3, 775:7,
775:24, 777:24,
783:2, 784:3,
792:12, 793:3,
827:25, 829:13,
831:24, 879:12,
882:8, 882:17,
883:9, 884:7, 884:25

**tried** [3] - 694:12,
714:5, 788:8

**trigger** [1] - 573:10

**TRIUMPH** [1] - 598:9

**trouble** [2] - 594:6,
869:12

**true** [5] - 640:7,
672:15, 709:7,
727:6, 808:14

**trusted** [1] - 836:25

**truth** [5] - 646:16,
652:9, 652:20,
652:21, 854:17

**truthful** [4] - 652:19,
652:22, 652:24,
673:24

**try** [10] - 599:3, 636:5,
650:4, 705:17,
710:14, 711:4,
767:2, 805:14,
884:25

**trying** [8] - 651:4,
651:12, 652:20,
652:21, 652:24,
717:17, 817:19,
827:8

**Tufts** [3] - 586:6,
587:13, 588:4

**TUNNELL** [1] - 560:16

**turn** [37] - 620:4,
628:20, 647:25,
692:4, 693:17,
715:15, 716:6,
725:22, 735:12,
743:10, 747:15,
782:12, 783:15,
785:23, 787:6,
797:22, 818:7,
819:14, 823:8,
823:20, 830:1,
832:18, 832:21,

834:9, 842:21, 846:21, 848:20, 854:12, 855:22, 857:24, 858:23, 872:18, 875:25, 878:8, 878:12, 879:3, 882:9

**turned** [2] - 688:24, 742:14

**turning** [2] - 573:19, 578:25

**turns** [1] - 743:6

**two** [53] - 564:17, 567:15, 574:14, 591:6, 616:20, 641:12, 659:5, 660:2, 678:21, 682:4, 687:18, 689:22, 690:9, 691:6, 695:19, 696:12, 726:2, 734:25, 736:22, 748:9, 756:3, 764:1, 770:4, 770:22, 770:25, 771:7, 777:3, 777:4, 779:3, 779:7, 779:15, 782:24, 794:3, 795:10, 795:16, 795:19, 800:4, 801:7, 802:23, 802:24, 807:23, 813:9, 817:9, 819:1, 832:20, 836:21, 840:6, 847:8, 847:22, 852:12, 863:17, 874:13, 880:24

**two-thirds** [5] - 659:5, 748:9, 756:3, 840:6, 880:24

**type** [14] - 680:2, 708:9, 732:10, 789:6, 807:9, 827:25, 833:13, 834:10, 842:6, 848:18, 854:15, 859:24, 884:14, 884:15

**types** [10] - 588:20, 599:8, 703:4, 731:13, 738:17, 760:4, 776:16, 813:21, 841:4, 883:9

**typical** [4] - 685:7, 849:10, 870:5, 870:6

**typically** [7] - 732:14, 834:24, 842:12, 844:20, 847:20, 849:7, 884:14

**Tyvaso** [204] - 582:24, 583:2, 583:7, 592:19, 593:2, 593:3, 593:7, 593:9, 594:17, 595:3, 595:6, 595:10, 595:12, 595:15, 596:3, 597:4, 597:7, 597:12, 597:16, 597:18, 598:4, 598:7, 598:11, 598:18, 598:25, 599:3, 599:21, 600:1, 600:9, 600:14, 600:18, 600:20, 600:23, 601:14, 603:6, 603:13, 604:3, 604:9, 605:14, 605:15, 605:18, 605:25, 606:10, 608:8, 608:19, 609:5, 609:23, 610:4, 610:6, 610:8, 610:25, 611:15, 611:18, 612:1, 612:25, 615:6, 615:23, 616:17, 616:25, 617:14, 617:20, 617:24, 618:1, 618:25, 619:5, 619:10, 619:20, 619:24, 625:10, 625:14, 625:19, 626:8, 626:10, 626:25, 627:12, 627:21, 630:7, 634:1, 634:13, 634:21, 636:22, 637:1, 637:3, 639:11, 640:8, 640:12, 640:14, 640:24, 641:1, 641:9, 642:14, 642:16, 642:20, 642:23, 643:3, 643:8, 643:12, 643:17, 643:20, 643:24, 644:2, 644:6, 644:9, 644:14, 644:18, 647:14, 647:18, 647:21, 648:10, 649:18, 649:21, 649:24, 650:1, 650:6, 650:10, 650:21, 651:2, 651:18, 651:21, 654:6, 655:22, 657:23, 658:19, 658:21, 668:11,

668:18, 669:4, 673:10, 673:17, 674:5, 674:10, 674:13, 674:17, 674:24, 675:16, 675:21, 677:18, 679:6, 680:9, 680:21, 681:1, 682:19, 689:22, 689:23, 689:25, 690:2, 690:12, 690:13, 690:21, 700:19, 700:22, 701:2, 701:9, 702:14, 702:18, 702:20, 703:1, 704:21, 705:6, 709:4, 712:5, 712:6, 716:11, 716:16, 717:24, 718:9, 718:12, 721:5, 721:8, 721:10, 721:11, 721:14, 723:16, 727:16, 727:21, 768:17, 768:18, 768:20, 855:5, 867:25, 868:1, 868:3, 868:7, 868:11, 868:12, 868:19, 868:25, 869:2, 869:8, 869:14, 870:2, 870:5, 870:7, 870:17, 871:7, 871:18, 874:23, 875:9, 885:2

**Tyvaso's** [4] - 643:11, 690:22, 715:3, 715:4

## U

**U.S** [1] - 888:4
**U.S.D.C.J** [1] - 560:12
**UCLA** [1] - 873:9
**UK** [1] - 673:4
**ultimate** [1] - 598:2
**ultimately** [8] - 597:5, 623:11, 642:14, 695:16, 756:19, 777:12, 819:10, 884:1

**unacceptable** [1] - 743:8

**unaware** [1] - 871:21

**unblinded** [6] - 696:1, 696:2, 696:9, 696:21, 697:21, 698:4

**unblinding** [4] - 695:24, 697:11,

697:19, 698:1
**UNC** [1] - 687:16
**uncertain** [6] - 697:15, 722:12, 722:15, 725:3, 835:5, 853:23
**uncertainty** [1] - 697:24
**uncontrolled** [7] - 733:25, 748:22, 777:3, 777:21, 777:24, 783:5, 783:6
**uncover** [1] - 718:25
**under** [18] - 571:4, 616:2, 652:7, 654:19, 656:10, 656:14, 737:1, 737:14, 751:18, 763:14, 763:18, 806:13, 818:8, 828:11, 828:23, 831:18, 873:12
**underlying** [5] - 698:20, 766:24, 869:1, 869:3, 869:5
**underneath** [2] - 779:14, 799:8
**underpinnings** [1] - 733:7
**understood** [6] - 563:22, 566:7, 575:3, 707:12, 708:5, 793:21
**undertake** [1] - 884:12
**undertaken** [1] - 662:9
**underway** [1] - 641:25
**underwent** [1] - 778:14
**unenforceability** [1] - 685:22
**unexpected** [4] - 711:25, 712:10, 712:14, 821:8
**unfortunately** [2] - 688:23, 865:14
**uninformative** [2] - 853:19, 880:22
**unit** [1] - 848:7
**UNITED** [2] - 560:1, 560:3
**United** [21] - 606:17, 607:13, 642:7, 643:2, 687:21, 688:6, 689:7, 689:8, 689:9, 689:18, 699:9, 699:10, 699:15, 700:7, 700:11, 714:15, 729:16, 758:18, 758:20, 774:12, 831:19

**units** [9] - 770:12, 817:12, 819:21, 819:24, 819:25, 841:18, 842:4, 842:16, 847:25
**University** [4] - 586:6, 687:12, 687:13, 730:15
**unknown** [1] - 745:11
**unless** [1] - 839:16
**unlikely** [1] - 710:16
**unmet** [9] - 660:23, 661:23, 712:1, 714:17, 714:20, 715:2, 716:12, 716:21, 716:23
**unmistakable** [1] - 610:12
**unrandom** [1] - 781:22
**unscrupulous** [1] - 754:19
**unsuccessful** [1] - 714:8
**untreatable** [1] - 791:19
**unverifiable** [1] - 741:10
**unwind** [1] - 688:24
**up** [86] - 562:13, 569:6, 576:25, 587:1, 589:3, 590:9, 593:12, 593:15, 593:17, 593:20, 593:25, 594:2, 594:5, 594:8, 596:8, 606:3, 607:23, 609:25, 618:6, 618:10, 620:20, 622:6, 626:1, 626:10, 629:12, 636:7, 638:23, 640:12, 644:24, 651:3, 652:1, 652:12, 653:16, 659:4, 661:23, 665:5, 669:16, 670:6, 673:12, 673:25, 675:15, 675:19, 676:14, 677:10, 694:22, 699:17, 700:15, 707:5, 707:9, 707:19, 710:13, 710:19, 719:23, 720:11, 725:23, 726:22, 745:13, 745:23, 748:4, 751:22, 762:8, 774:8, 782:6,

784:24, 788:13, 792:15, 794:7, 794:19, 795:23, 796:17, 797:2, 798:24, 801:17, 811:16, 812:8, 812:9, 813:23, 820:3, 838:4, 844:7, 848:25, 851:1, 851:10, 866:7, 868:12, 886:21
**updates** [2] - 695:1, 696:19
**uphill** [1] - 793:8
**upper** [5] - 638:12, 800:13, 801:1, 848:9, 849:7
**UPTON** [1] - 561:8
**Urbina** [96] - 565:18, 566:4, 566:10, 566:11, 569:4, 569:12, 574:8, 613:4, 620:4, 620:15, 620:18, 621:18, 621:19, 621:25, 622:3, 622:11, 622:19, 622:22, 623:2, 623:5, 623:7, 623:10, 623:15, 623:22, 627:22, 631:23, 662:16, 662:18, 663:9, 665:24, 666:13, 667:11, 667:18, 668:20, 681:18, 682:9, 699:11, 699:12, 699:13, 734:4, 734:6, 743:3, 743:10, 743:12, 743:13, 744:15, 745:16, 747:19, 748:14, 748:20, 748:25, 750:19, 750:22, 750:24, 751:7, 751:10, 751:21, 752:4, 752:17, 753:19, 754:6, 755:3, 755:8, 755:15, 756:8, 788:13, 788:20, 790:25, 791:3, 809:18, 815:16, 825:22, 832:17, 832:21, 832:24, 833:25, 834:9, 837:18, 841:9, 853:6, 853:10, 854:2, 855:22, 856:14, 860:20,

861:11, 861:16, 862:12, 863:4, 863:10, 864:6, 864:11, 865:7, 866:24, 880:20, 880:23
**Urbina's** [3] - 744:13, 745:25, 746:16
**urged** [2] - 575:25, 576:10
**useful** [1] - 628:2
**uses** [1] - 641:9
**usual** [1] - 813:19
**UT** [6] - 610:14, 611:19, 611:25, 612:16, 627:23, 868:1
**UTC** [37] - 588:15, 607:14, 607:16, 611:21, 629:19, 640:8, 640:20, 642:16, 642:19, 643:6, 643:7, 643:16, 643:20, 643:23, 644:2, 644:6, 649:2, 649:6, 649:19, 664:10, 665:16, 665:21, 686:18, 714:6, 724:8, 729:17, 731:5, 733:4, 740:10, 753:23, 753:25, 754:12, 754:14, 757:3, 757:9, 762:20, 869:7
**UTC's** [5] - 623:4, 623:6, 623:9, 660:24, 729:4

# V

**V/Q** [3] - 679:22, 680:5, 874:5
**VA** [3] - 673:3, 759:23, 760:19
**vaccinations** [1] - 767:3
**validation** [2] - 628:24, 738:1
**validity** [2] - 684:2, 685:12
**valuable** [3] - 773:12, 773:13, 801:8
**value** [39] - 565:1, 569:16, 569:22, 570:6, 577:19, 577:25, 581:15, 581:22, 581:23, 581:25, 582:6, 663:4, 731:24,

733:18, 734:1, 734:7, 736:18, 738:25, 739:7, 739:12, 739:16, 740:19, 748:19, 750:19, 751:12, 751:13, 751:17, 751:25, 752:2, 752:4, 752:10, 752:16, 753:20, 769:18, 799:14, 799:19, 804:4, 856:13
**values** [14] - 577:6, 751:9, 770:13, 795:16, 795:19, 796:11, 797:18, 799:8, 799:10, 799:11, 799:12, 799:20, 799:22, 803:21
**Vanderbilt** [1] - 637:14
**Vane** [1] - 663:6
**variability** [2] - 691:18, 692:1
**variable** [1] - 690:11
**variation** [1] - 751:5
**varies** [2] - 639:4, 741:25
**variety** [5] - 581:11, 639:13, 675:6, 688:7, 809:24
**various** [7] - 639:11, 670:7, 696:8, 738:17, 754:1, 809:19, 861:25
**varying** [1] - 625:6
**vascular** [6] - 702:10, 789:17, 817:11, 819:22, 841:17, 856:1
**vasculature** [5] - 717:13, 717:15, 832:9, 832:12, 832:14
**vasoactive** [1] - 858:10
**vasoconstriction** [2] - 827:18, 874:4
**vasodilator** [1] - 712:16
**vasodilators** [1] - 827:18
**vast** [1] - 750:6
**vastly** [1] - 768:11
**ventilation** [3] - 599:1, 846:4, 871:2
**ventilation-perfusion** [1] - 599:1

**ventricular** [1] - 874:11
**verify** [2] - 651:24, 657:20, 870:21
**verse** [2] - 777:3, 780:15
**version** [4] - 689:22, 788:18, 865:10, 865:12
**versus** [7] - 578:15, 580:6, 584:22, 819:5, 834:23, 850:19, 859:13
**vertical** [2] - 779:16, 792:22
**vessels** [1] - 585:11
**veterans** [1] - 760:24
**vetted** [1] - 883:14
**VI(a** [2] - 654:19, 655:21
**VI(b** [1] - 654:22
**VI(c** [1] - 654:24
**VI(g** [1] - 655:8
**via** [1] - 591:9
**video** [4] - 699:20, 700:2, 700:16, 709:10
**view** [5] - 592:21, 675:5, 801:23, 812:16, 825:22
**viewed** [2] - 833:12, 833:19
**viewpoint** [6] - 712:10, 835:5, 846:14, 854:7, 854:18, 868:7
**views** [7] - 711:10, 831:7, 860:16, 875:15, 875:20, 876:2, 879:22
**VII** [3] - 655:6, 655:8, 655:9
**village** [1] - 883:12
**virtually** [1] - 632:23
**visit** [1] - 639:9
**vital** [14] - 569:3, 569:4, 581:1, 629:16, 633:18, 698:18, 698:22, 698:23, 735:7, 736:15, 750:22, 751:2, 769:4, 851:14
**volume** [8] - 577:3, 577:5, 578:25, 580:4, 581:16, 770:10, 770:11, 770:12
**Volume** [1] - 560:7
**voted** [1] - 697:17
**vouch** [2] - 653:10,

657:19
**vs** [1] - 560:5
**vulnerable** [2] - 697:14, 777:23

# W

**W-E-R-T-H-E-I-M** [1] - 758:25
**wait** [1] - 857:20
**waiting** [2] - 796:1, 811:17
**walk** [89] - 599:13, 599:14, 599:17, 599:22, 600:3, 600:8, 621:4, 621:9, 622:1, 622:15, 639:5, 639:8, 645:3, 645:11, 645:17, 645:22, 646:4, 663:12, 663:15, 663:22, 664:14, 665:17, 668:11, 668:17, 669:4, 676:18, 676:21, 676:24, 677:2, 678:10, 681:7, 681:14, 681:23, 681:24, 691:23, 692:22, 693:7, 693:14, 713:23, 713:24, 745:9, 745:11, 745:23, 755:21, 755:23, 756:3, 756:8, 756:13, 756:16, 756:19, 767:10, 823:11, 823:16, 824:12, 824:20, 824:21, 830:22, 834:19, 843:23, 843:25, 844:6, 844:22, 845:5, 845:7, 845:21, 846:7, 846:10, 849:18, 849:21, 849:23, 850:13, 850:15, 850:19, 850:22, 851:5, 851:24, 852:15, 852:21, 853:2, 861:9, 862:12, 863:17, 866:14, 866:21, 877:1, 877:20, 882:3
**walked** [1] - 846:1
**walking** [7] - 594:23, 734:15, 735:6, 736:16, 737:7, 746:23, 747:24

**wall** [2] - 743:22, 744:2
**warner** [1] - 887:23
**Warner** [1] - 888:3
**warning** [1] - 779:1
**warnings** [1] - 868:22
**warrants** [1] - 628:24
**watch** [6] - 657:1, 683:17, 729:12, 758:16, 814:14, 886:7
**Waxman** [49] - 591:5, 592:25, 593:5, 594:15, 595:5, 595:14, 603:1, 610:14, 612:21, 623:1, 623:7, 623:10, 623:14, 625:17, 628:10, 631:21, 645:8, 645:10, 654:2, 654:5, 655:20, 660:16, 660:19, 660:23, 661:22, 662:1, 663:7, 663:19, 664:24, 665:16, 665:20, 677:18, 678:1, 678:14, 685:7, 695:3, 721:8, 721:19, 721:22, 722:5, 728:12, 753:23, 753:24, 754:5, 754:14, 755:1, 755:6, 755:11, 832:25
**waxman** [2] - 656:14, 664:9
**Waxman's** [1] - 574:8
**waxman's** [6] - 598:25, 613:3, 620:3, 653:8, 653:10, 654:22
**ways** [2] - 682:4, 794:3
**weaker** [1] - 706:21
**week** [23] - 577:13, 578:6, 579:1, 579:22, 580:4, 580:10, 692:22, 775:5, 792:25, 795:3, 796:21, 798:18, 800:3, 800:20, 800:21, 802:1, 803:22, 825:1
**weeks** [46] - 578:16, 578:17, 581:12, 621:10, 622:18, 629:17, 633:3, 633:4, 633:19,

633:20, 634:6, 634:24, 645:4, 645:11, 645:17, 645:22, 671:2, 672:10, 681:8, 681:15, 747:24, 792:24, 793:1, 795:3, 795:17, 797:17, 798:18, 800:11, 800:13, 800:14, 800:19, 800:25, 801:1, 824:15, 824:24, 859:13, 866:15, 877:20, 881:10, 881:21, 882:4
**weight** [2] - 765:17, 803:18
**welcome** [1] - 815:1
**welcomed** [1] - 831:18
**well-designed** [1] - 860:25
**well-done** [1] - 827:11
**well-known** [1] - 716:1
**well-studied** [1] - 872:23
**Wertheim** [13] - 758:21, 758:25, 759:11, 759:12, 762:21, 773:10, 784:20, 796:1, 804:21, 805:3, 809:4, 810:20, 814:14
**WERTHEIM** [1] - 759:1
**whatsoever** [2] - 739:14, 741:8
**whereas** [6] - 770:12, 792:25, 818:2, 819:19, 819:24, 854:17
**WHO** [14] - 573:14, 574:17, 609:18, 609:23, 610:1, 659:17, 660:7, 660:9, 661:19, 704:8, 709:2, 746:22, 782:11, 783:24
**whole** [6] - 712:15, 715:6, 757:16, 807:15, 844:25, 850:14
**wholesalers** [2] - 642:8, 642:10
**widespread** [9] - 574:16, 614:23, 615:8, 615:10, 616:22, 626:9, 713:14, 718:2, 784:3

**WILL** [1] - 560:22
**WILLIAM** [1] - 560:19
**willing** [2] - 710:19, 884:12
**window** [1] - 769:15
**withdraw** [2] - 584:11, 602:4
**WITNESS** [28] - 586:11, 596:17, 666:6, 683:19, 686:22, 711:6, 718:20, 725:14, 725:17, 729:14, 729:22, 739:21, 739:24, 741:23, 742:5, 742:11, 757:17, 758:24, 764:3, 773:25, 774:11, 814:23, 828:21, 829:1, 836:11, 837:25, 841:13, 851:3
**witness** [15] - 583:16, 586:14, 676:10, 683:24, 686:17, 686:24, 699:1, 699:4, 710:4, 719:16, 729:25, 759:2, 885:15, 885:19, 885:23
**witnesses** [4] - 684:5, 710:4, 753:24, 754:1
**woman** [1] - 773:4
**Women's** [6] - 759:22, 759:25, 761:22, 789:18, 789:20, 813:6
**wonderful** [1] - 858:18
**wood** [7] - 817:12, 819:21, 819:23, 819:25, 841:18, 842:4, 842:15
**Wood** [1] - 847:25
**Wood's** [1] - 848:7
**word** [3] - 658:15, 670:19, 783:4
**words** [7] - 566:2, 603:10, 667:9, 681:2, 796:13, 876:23, 876:24
**works** [8] - 564:14, 610:15, 610:23, 611:2, 636:6, 710:10, 754:15, 870:14
**world** [8] - 578:16, 636:15, 683:10, 691:19, 691:22, 692:1, 774:16, 777:22

**World** [6] - 704:8, 704:11, 723:25, 734:23, 765:10, 765:11
**world's** [1] - 673:6
**worried** [2] - 676:4, 846:3
**worry** [1] - 863:10
**worse** [9] - 578:9, 578:20, 595:3, 600:5, 600:9, 750:23, 779:19, 823:7, 843:17
**worsen** [1] - 874:3
**worsening** [6] - 702:11, 780:15, 821:9, 821:13, 850:11
**worst** [1] - 776:25
**worth** [1] - 886:4
**worthy** [1] - 879:25
**write** [9] - 600:20, 604:15, 639:14, 640:3, 657:1, 689:13, 701:17, 701:23, 868:3
**writing** [7] - 615:16, 667:24, 682:22, 682:23, 683:12, 701:23, 833:5
**written** [25] - 574:24, 576:15, 576:16, 581:8, 628:9, 640:6, 684:14, 685:19, 763:5, 793:18, 802:3, 802:7, 802:9, 802:18, 804:6, 804:12, 804:14, 805:7, 805:18, 806:16, 810:1, 810:3, 810:15, 811:2, 883:14
**Written** [1] - 793:13
**wrote** [7] - 566:5, 581:5, 614:21, 703:20, 717:10, 813:6, 872:16
**WU** [2] - 847:23, 847:24

**Y**

**year** [14] - 573:2, 591:23, 597:12, 597:14, 602:21, 613:11, 637:10, 639:2, 639:7, 715:1, 716:19, 761:24, 763:21, 788:21

**years** [14] - 587:21, 587:23, 589:5, 687:18, 688:21, 688:24, 695:19, 730:20, 730:25, 731:1, 731:22, 764:1, 765:14, 834:20
**yellow** [2] - 782:22, 882:11
**yes-or-no** [1] - 568:8
**yesterday** [11] - 566:20, 570:8, 571:4, 598:25, 612:21, 721:7, 728:24, 767:16, 775:9, 796:2, 820:11
**yourself** [8] - 571:8, 602:25, 619:9, 682:21, 730:11, 759:9, 839:14, 870:2
**Yutrepia** [4] - 575:12, 575:22, 582:24, 646:10

**Z**

**zero** [1] - 765:20
**zoology** [1] - 687:12