IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 23-975-RGA-SRF<br>) |
| LIQUIDIA TECHNOLOGIES, INC., | )<br>) |
| Defendant. | ) |

## **NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that Sanya Sukduang and Jonathan Davies, counsel for

Defendant Liquidia Technologies, Inc. are now affiliated with the following firm:

Sanya Sukduang
Jonathan Davies
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
(202) 662-0241
sanya.sukduang@nortonrosefulbright.com
jonathan.davies@nortonrosefulbright.com

|  |  |
|---|---|
| | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP |
| OF COUNSEL:<br>Sanya Sukduang<br>Jonathan Davies<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC  20001<br>(202) 662-0241 | I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

Adam Pivovar
Phillip E. Morton
Rachel Preston
John. A. Habibi
Rosalynd D. Upton
Jordan Landers
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

Daniel Knauss
Lauren Strosnick
Kyung Taeck Minn
Andrew Lau
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Thomas Touchie
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Annie Beveridge
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000

Dated: February 3, 2026