IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS
CORPORATION,

        Plaintiff

        v.

LIQUIDIA TECHNOLOGIES, INC.,

        Defendant.

)
)
)
)
)   C.A. No. 23-975 (RGA) (SRF)
)
)
)
)
)

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Eric Levi of GOODWIN PROCTER LLP, 1900 N Street, N.W., Washington, DC 20036, hereby withdraws his appearance as counsel for Plaintiff United Therapeutics Corporation ("UTC") in the above-captioned matter. UTC will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, GOODWIN PROCTER LLP, and MCDERMOTT WILL & SCHULTE LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

April 3, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 3, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Rachel Preston, Esquire<br>John A. Habibi, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Adam Pivovar, Esquire<br>Phillip E. Morton, Esquire<br>Rosalynd D. Upton, Esquire<br>Jordan Landers, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

Daniel Knauss, Esquire  
Lauren Strosnick, Esquire  
Kyung Taeck Minn, Esquire  
Andrew Lau, Esquire  
COOLEY LLP  
3175 Hanover Street  
Palo Alto, CA 94304-1130  
*Attorneys for Defendant Liquidia*  
*Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Thomas Touchie, Esquire  
COOLEY LLP  
55 Hudson Yards  
New York, NY 10001-2157  
(212) 479-6000  
*Attorneys for Defendant Liquidia*  
*Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Annie Beveridge, Esquire  
COOLEY LLP  
10265 Science Center Drive  
San Diego, CA 92121  
(858) 550-6000  
*Attorneys for Defendant Liquidia*  
*Technologies, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

2