IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-975-RGA-SRF |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S
NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to Local Rule 7.1.2(b), Defendant Liquidia Technologies, Inc. ("Defendant") respectfully submits this Notice of Subsequent Authority in support of its post-trial briefing on non-infringement of U.S. Patent No. 11,826,327. On June 4, 2026, the United States Supreme Court issued its unanimous decision in *Hikma Pharms. USA Inc., et al. v. Amarin Pharma, Inc., et al.*, No. 24-889, 608 U.S. ___ (2026) (slip op.), a copy of which is attached as Exhibit A. *Hikma* is directly relevant to the non-infringement of asserted claims 5, 6, 9, and 17, which are discussed in Defendant's Post-Trial Responsive Brief Regarding Non-Infringement of U.S. Patent No. 11,826,327 and Defendant's Findings of Fact Related to Non-Infringement of U.S. Patent No. 11,826,327. *See* D.I. 429; D.I. 430.

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
Rachel Preston
John. A. Habibi
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001
(202) 662-0241

Adam Pivovar
Phillip E. Morton
Rosalynd D. Upton
Jordan Landers
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

Daniel Knauss
Lauren Strosnick
Kyung Taeck Minn
Andrew Lau
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Thomas Touchie
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Annie Beveridge
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000

Dated: June 8, 2026

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

2