IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 23-975 (RGA) (SRF) |
| v. | ) | |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Kyle Sorenson of MCDERMOTT WILL & SCHULTE LLP as counsel for Plaintiff United Therapeutics Corporation ("UTC") is hereby withdrawn. UTC will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, GOODWIN PROCTER LLP, and MCDERMOTT WILL & SCHULTE LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

OF COUNSEL

William C. Jackson
Katherine Cheng
GOODWIN PROCTER LLP
1900 N St. NW
Washington, DC 20036
(202) 346-4000

Eric T. Romeo
Louis L. Lobel
Harrison C. Gunn
Jonathan E. Rankin
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Douglas Carsten
Art Dykhuis
Katherine Pappas
McDermott Will & Schulte LLP
12636 High Bluff Drive, Suite 325
San Diego CA 92130-7025
(619) 467-1801

Adam W. Burrowbridge
Ian B. Brooks
Courtney Seams
Lillian Spetrino
Jake B. Vallen
McDermott Will & Schulte LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

Benjamin N. Ediger
Alexander Piala
McDermott Will & Schulte LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

Adam J. Horowitz
Gabriel B. Ferrante
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

July 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2026, upon the following in the manner indicated:

Karen E. Keller, Esquire *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Liquidia Technologies, Inc.*

Sanya Sukduang, Esquire *VIA ELECTRONIC MAIL*
Jonathan Davies, Esquire
Rachel Preston, Esquire
John A. Habibi, Esquire
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
*Attorneys for Defendant Liquidia Technologies, Inc.*

Adam Pivovar, Esquire *VIA ELECTRONIC MAIL*
Phillip E. Morton, Esquire
Rosalynd D. Upton, Esquire
Jordan Landers, Esquire
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
*Attorneys for Defendant Liquidia Technologies, Inc.*

Daniel Knauss, Esquire *VIA ELECTRONIC MAIL*
Lauren Strosnick, Esquire
Kyung Taeck Minn, Esquire
Andrew Lau, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Attorneys for Defendant Liquidia Technologies, Inc.*

Thomas Touchie, Esquire *VIA ELECTRONIC MAIL*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*

Annie Beveridge, Esquire *VIA ELECTRONIC MAIL*
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)