IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,   ) )<br><br>Plaintiff   ) )<br><br>v.   )<br><br>LIQUIDIA TECHNOLOGIES, INC.,   )<br><br>Defendant.   ) | C.A. No. 23-975 (RGA) |

**DECLARATION OF ARTHUR P. DYKHUIS**

I, Arthur P. Dykhuis, declare as follows:

1.      I am one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action.  I am a partner at McDermott, Will & Schulte LLP in San Diego, California. This declaration is made on my personal knowledge and belief following investigation into the matters raised in the Court's July 22, 2026 Order (D.I. No. 465) and I could and would testify competently as to the contents if called as a witness.

2.      On July 5, 2024, I participated in the finalization process for UTC's interrogatory responses.

3.      At 1:07 PM Eastern Time,[1] I circulated a draft among UTC counsel, including as recipients lead counsel and the email reflectors for counsel at McDermott Will & Emery (UTCvLiquidia-Del-23cv975@mwe.com) and Goodwin Procter (DG-ILD@goodwinlaw.com). The email attached the then-current draft and redlines comparing it back to a draft from July 2, 2024. This 1:07 PM draft cites "35 U.S.C. § 102(b)(2)(C) (post-AIA)."  An excerpted copy of the 1:07 PM draft is attached hereto as **Exhibit A.**

---

[1] Times are presented in Eastern Time for the Court's convenience.

4.      A few minutes later, I emailed Mr. Flynn at about 1:11 PM Eastern Time, copying Mr. Romeo and Ms. Pappas. The email attached an updated draft that, compared to the 1:07 PM attachment, inserted "Liquidia's Invalidity Contentions cite" and a comma on page 20.  This 1:11 PM draft cites "35 U.S.C. § 102(b)(2)(C) (post-AIA)."  An excerpted copy of the 1:11 PM Eastern Time draft, which Mr. Flynn states he received at approximately 1:12 PM, is attached as **Exhibit 1** to the Declaration of Michael J. Flynn in Response to Court's July 22, 2026 Order (D.I. 465) ("Flynn Decl.").

5.      A redline reflecting the changes between **Exhibit A** (the 1:07 PM draft) and Flynn Decl. **Exhibit 1** (the 1:11 PM draft) is attached hereto as **Exhibit B**.  As reflected in **Exhibit B**, the only difference was the addition of those four words and comma on page 20, described above.

6.      I was also involved in finalizing draft supplemental responses to Interrogatory No. 1 on November 13, 2024.  I was not aware of any discrepancy between UTC's Initial Interrogatory Responses and UTC's Supplemental Interrogatory Responses at the time.

7.      At no time have I had any intention of deceiving either the Court or Liquidia.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 24th day of July, 2026, in San Diego, California

Arthur P. Dykhuis

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 24, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Rachel Preston, Esquire<br>John A. Habibi, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Adam Pivovar, Esquire<br>Phillip E. Morton, Esquire<br>Rosalynd D. Upton, Esquire<br>Jordan Landers, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel Knauss, Esquire<br>Lauren Strosnick, Esquire<br>Kyung Taeck Minn, Esquire<br>Andrew Lau, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

Thomas Touchie, Esquire                                          *VIA ELECTRONIC MAIL*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*

Annie Beveridge, Esquire                                         *VIA ELECTRONIC MAIL*
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*


                                        */s/ Michael J. Flynn*
                                        _____
                                        Michael J. Flynn (#5333)

2