IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff | ) ) ) C.A. No. 23-975 (RGA) |
| v. | ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## DECLARATION OF DOUGLAS CARSTEN

I, Douglas Carsten, declare as follows:

1.      I am a partner at McDermott, Will & Schulte in San Diego, California and one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action.

2.      I submit this declaration in response to the Court's Order, D.I. 465.

3.      This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

4.      I am co-lead counsel for United Therapeutics in this matter along with William Jackson of Goodwin Procter LLP.

5.      At 12:06 am ET on November 9, 2024,[1] I received an email from co-counsel, Eric Romeo, attaching a draft of UTC's Supplemental Responses to Defendant Liquidia Technologies, Inc.'s First Set of Interrogatories (Nos. 1-6).

6.      I deferred to my co-lead counsel, William Jackson, on reviewing and approving the draft responses for service.

---

[1] I am located in California, but for purposes of this declaration I use Eastern Time for the convenience of the Court.

7.    I was not aware of any discrepancy between UTC's Initial Interrogatory Responses and UTC's Supplemental Interrogatory Responses at the time.

8.    At no time have I had any intention of deceiving either the Court or Liquidia.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 24th day of July, 2026, in San Diego, California

_____
Douglas Carsten

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 24, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Rachel Preston, Esquire<br>John A. Habibi, Esquire<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Adam Pivovar, Esquire<br>Phillip E. Morton, Esquire<br>Rosalynd D. Upton, Esquire<br>Jordan Landers, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel Knauss, Esquire<br>Lauren Strosnick, Esquire<br>Kyung Taeck Minn, Esquire<br>Andrew Lau, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

Thomas Touchie, Esquire
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Annie Beveridge, Esquire
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

2