IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | **REDACTED - Public Version** |
| | ) | |
| v. | ) | C.A. No. 23-975-RGA-SRF |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**LETTER TO THE HONORABLE RICHARD G. ANDREWS FROM NATHAN R. HOESCHEN REGARDING LIQUIDIA'S NDA**


Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
Rachel Preston
John. A. Habibi
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0241


Dated: October 2, 2026

SHAW KELLER LLP

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

October 2, 2026

**<u>BY CM/ECF & HAND DELIVERY</u>**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *United Therapeutics Corp. v. Liquidia Technologies, Inc.*
C.A. No. 23-975-RGA-SRF

Dear Judge Andrews:

In accordance with its earlier commitment to this Court (D.I. 440), on October 1, 2026, Liquidia filed a prior approval supplement to its NDA to remove the PH-ILD indication and revert to its previously adjudicated non-infringing approval for PAH only. (*See* Ex. A.) Additionally, Liquidia has already (1) issued a preliminary Dear Healthcare Provider Letter advising physicians that the PH-ILD indication is being removed from the label for Yutrepia; (2) is removing references to the use of Yutrepia for PH-ILD from its website; and (3) instructed its employees to no longer use detailing and promotional materials that reference the use of Yutrepia® to treat PH-ILD. Liquidia is working with the FDA to expedite approval of this supplement to its NDA to help ensure there will not be a disruption of Yutrepia availability for PAH patients.

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

Enclosures
cc: Clerk of the Court (by CM/ECF and Hand Delivery)
All counsel of record (by Email)

# Exhibit A

01 October 2026

Aliza Thompson, MD, MS
Division Director
Division of Cardiology and Nephrology
Office of Cardiology, Hematology, Endocrinology, and Nephrology
Center for Drug Evaluation and Research
5901-B Ammendale Road
Beltsville, MD 20705-1266

Re: **NDA 213005; Serial Number SN0106, Supplement-009**
**YUTREPIA® (treprostinil) inhalation powder**
**Prior Approval Supplement – Prescribing Information Update**

Dear Dr. Thompson:

Please refer to NDA 213005, YUTREPIA originally approved 23 May 2025 for the treatment of pulmonary arterial hypertension (PAH; WHO Group 1) and pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3), to improve exercise ability.

Within this submission, please find included:

| **Regulation** | **eCTD Module** | **Document Title** |
|---|---|---|
| 21 CFR 314.70(b)(2)(v) | 1.11.4 | Dear Healthcare Provider Letter |
| | 1.14.1.2 | Annotated Draft Labeling – Prescribing Information – Word |
| | | Annotated Draft Labeling – Prescribing Information – PDF |
| | 1.14.2.2 | Prescribing Information – Word |
| | | Prescribing Information – PDF |

This supplement is to remove the indication and associated information for PH-ILD indication. The structured product label (SPL) will be submitted directly to Daily Med following approval of this supplement.

Due to recent developments in litigation brought against Liquidia by United Therapeutics regarding intellectual property, Liquidia is requesting an expedited review of this supplement to alleviate the potential for a drug shortage should distribution with the current label be limited by the courts.

This submission does not contain any changes of a type described in 21 CFR 314.60(f)(1).

Liquidia Technologies · 419 Davis Dr. Suite 100 · Morrisville, NC · 27560
p. 919.328.4400 · f. 919.328.4402
www.liquidia.com

Should you have any questions or require additional information, please don’t hesitate to contact me.

Sincerely,

See appended signature

Kristan Amicone
Executive Director, Regulatory Affairs - CMC
Liquidia Technologies, Inc.
Email: kristan.amicone@liquidia.com
Phone: +1 908.625.5622

Signature Page for VV-REG-000675 v2.0

| | |
|---|---|
| Approval Task (retain roles) Task<br>Verdict: Approved | Kristan Amicone<br>Regulatory<br>01-Oct-2026 14:12:17 GMT+0000 |

Signature Page for VV-REG-000675 v2.0

Reset Form | Export Data | Import Data | Next Page

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Food and Drug Administration

# APPLICATION TO MARKET A NEW OR ABBREVIATED NEW DRUG OR BIOLOGIC FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: March 31, 2026
*See PRA Statement on page 4*

1. Date of Submission *(mm/dd/yyyy)*
10/01/2026

## APPLICANT INFORMATION

2. Name of Applicant
Liquidia Technologies, Inc.

3. Telephone Number *(Include country code if applicable and area code)*
(919) 328-4400

4. Facsimile (FAX) Number *(Include country code if applicable and area code)*
(919) 328-4402

**5. Applicant Address**

| Address 1 *(Street address, P.O. box, company name c/o)* | | Email Address |
|---|---|---|
| 419 Davis Dr | | kristan.amicone@liquidia.com |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | | Applicant DUNS |
| Suite 100 | | 157103164 |
| City | State/Province/Region | U.S. License Number if previously issued |
| Morrisville | NC | |
| Country | ZIP or Postal Code | |
| US | 27560 | |

**6. Authorized U.S. Agent** *(Required for non-U.S. applicants)*

| U.S. Agent Company | Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|---|
| | | | | | |

| Address 1 *(Street address, P.O. box, company name c/o)* | | Telephone Number *(Include area code)* |
|---|---|---|
| | | |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | U.S. Agent DUNS | FAX Number *(Include area code)* |
| | | |

| City | State | ZIP Code | Email Address |
|---|---|---|---|
| | | | |

## PRODUCT DESCRIPTION

7. NDA, ANDA, or BLA Application Number
213005

8. Supplement Number *(If applicable)*
009

9. Established Name *(e.g., proper name, USP/USAN name)*
treprostinil inhalation powder

10. Proprietary Name *(Trade Name) (If any)*
YUTREPIA

11. Chemical/Biochemical/Blood Product Name *(If any)*
treprostinil sodium

| 12. Dosage Form | 13. Strengths | 14. Route of Administration |
|---|---|---|
| inhalation powder | 26.5, 53, 79.5, and 106 mcg | oral inhalation |

15A. Proposed Indication for Use
Treatment of pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability

Is this indication for a rare disease *(prevalence <200,000 in U.S.)*? ☐ Yes ☑ No

Does this product have an FDA Orphan Designation for this indication? ☐ Yes ☑ No

If yes, provide the Orphan Designation number for this indication:

15B. SNOMED CT Indication Disease Term *(Use continuation page for each additional indication and respective coded disease term)*
11399002 |Pulmonary hypertensive arterial disease (disorder)|

Continuation Page for #15


PSC Publishing Services (301) 443-6740 EF

Reset Form | Export Data | Import Data | Previous Page | Next Page

## APPLICATION INFORMATION

16. Application Type *(Select one)*

- ☑ New Drug Application (NDA)
- ☐ Biologics License Application (BLA)
- ☐ Abbreviated New Drug Application (ANDA)

17. If an NDA, identify the type

☐ 505(b)(1) ☑ 505(b)(2)

18. If a BLA, identify the type

☐ 351(a) ☐ 351(k)

19. If a 351*(k), identify the biological reference product that is the basis for the submission.*

Name of Biologic:

Holder of Licensed Application:

20. If an ANDA, or 505*(b)(2), identify the listed drug product that is/are the basis for the submission.*

Name of Drug: TYVASO (treprostinil) inhalation solution

Application Number of Relied Upon Product: 022387

Indicate Patent Certification: ☐ P1 ☐ P2 ☐ P3 ☑ P4 ☐ Section viii – MOU ☐ Statement of no relevant patents

21. Submission *(See instructions)*

- ☐ Original
- ☑ Efficacy Supplement
- ☐ Postmarketing Requirements or Commitments
- ☐ REMS Supplement
- ☐ REMS Assessment Methods and Study Protocols
- ☐ Human Factors *(Specify Type)*:
- ☐ Other *(Specify)*:
- ☑ Labeling Supplement
- ☐ Annual Report
- ☐ Request for Proprietary Name Review
- ☐ REMS Assessment Report
- ☐ CMC Supplement
- ☑ Product Correspondence
- ☐ Periodic Safety Report

22. Submission Sub-Type

☐ Presubmission ☐ Amendment
☑ Initial Submission ☐ Resubmission

23. If a supplement, identify the appropriate category.

☐ CBE ☑ Prior Approval (PA)
☐ CBE-30

24. For Originals and all Supplements, is the product a combination product *(21 CFR 3.2(e))?*

☑ Yes ☐ No

Combination Product Type *(See instructions)*

1

Request for Designation (RFD) Number

25. Does the submission contain:

Only Pediatric data? ☐ Yes ☑ No

Digital Health Technology (DHT) data? ☐ Yes ☑ No

26. Proposed Marketing Status *(Select one)*

- ☑ Prescription Product (Rx)
- ☐ Over-The-Counter Product (OTC)

27. Reasons for Submission

Updated Prescribing Information for removal of PH-ILD indication, Dear Health Care Provider Letter

**28. Establishment Information** *(Full establishment information should be provided in the body of the application.)*

| Field | Value |
|---|---|
| Establishment Name | Liquidia Technologies, Inc. |
| Registration (FEI) Number | 3008731457 |
| Address 1 *(Street address, P.O. box, company name c/o)* | 419 Davis Dr |
| MF Number | 000000 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | Suite 100 |
| Establishment DUNS Number | 157103164 |
| City | Morrisville |
| State/Province/Region | NC |
| ZIP or Postal Code | 27560 |
| Country | US |

Is the establishment new to the application? ☐ Yes ☑ No

Is this establishment involved in the change described in this supplement? ☐ Yes ☐ No

What is the status of the establishment? ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn

Reset Form | Export Data | Import Data | Previous Page | Next Page

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| MR | Harold | | Alterson | SVP, Technical Operations |

| | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>419 Davis Dr | Telephone Number *(Include area code)*<br>(919) 434-7330 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>Suite 100 | FAX Number *(Include area code)*<br>(919) 328-4402 |
| City: Morrisville; State/Province/Region: NC | Email Address<br>harold.alterson@liquidia.com |
| Country<br>US | ZIP or Postal Code<br>27560 |

**Manufacturing Steps and/or Type of Testing**

Manufacturing
Release Testing – Particle Replication In Nonwetting Templates (PRINT®) Manufacturing Process Impurities
Release and Stability Testing – Morphology by scanning electron microscopy (SEM)

Is the site ready for inspection? ☑ Yes ☐ No ☐ N/A

If No, when will site be ready? *(mm/dd/yyyy)*

Continuation Page for #28

29. Cross References *(List related BLAs, INDs, NDAs, PMAs, 510(k)s, IDEs, MFs and DMFs referenced in the current application.)*

IND # 129819
Type II DMF #s: 031904, 27680, 031556
Type III DMF #s: 18418, 14789, 12499
Type IV DMF #s: 021685, 024122

Continuation Page for #29

**30. This application contains the following items** *(Select all that apply)*

1. ☑ Index
2. ☑ Labeling (Select one):
   - ☐ Draft Labeling
   - ☑ Final Printed Labeling
3. ☐ Summary (21 CFR 314.50 (c))
4. ☐ Chemistry Section
   - A. ☐ Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2)
   - B. ☐ Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request)
   - C. ☐ Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2)
5. ☐ Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2)
6. ☐ Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2)
7. ☐ Clinical microbiology section (e.g., 21 CFR 314.50(d)(4))
8. ☐ Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2)
9. ☐ Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2)
10. ☐ Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2)
11. ☐ Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2)
12. ☐ Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2)
13. ☐ Patent information on any patent that claims the drug/ biologic (21 U.S.C. 355(b) or (c))
14. ☐ A patent certification with respect to any patent that claims the drug/ biologic (21 U.S.C. 355 (b)(2) or (j)(2)(A))
15. ☐ Establishment description (21 CFR Part 600, if applicable)
16. ☐ Debarment certification (FD&C Act 306 (k)(1))
17. ☐ Field copy certification (21 CFR 314.50 (l)(3))
18. ☐ User Fee Cover Sheet (PDUFA Form FDA 3397, GDUFA Form FDA 3794, BsUFA Form FDA 3792, or MDUFA Form FDA 3601)
19. ☐ Financial Disclosure Information (21 CFR Part 54)
20. ☑ Other (Specify): Dear Health Care Provider Letter

Reset Form | Export Data | Import Data | Previous Page | Next Page

## CERTIFICATION

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to, the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state, and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge, are certified to be true and accurate.

**Warning**: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

**31. Applicant's Responsible Official**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| MRS | Kristan | | Amicone | Executive Director, Regulatory Affairs - CMC |

| 32. Date *(mm/dd/yyyy)* | 33. Telephone Number *(Include country code if applicable and area code)* | 34. FAX Number *(Include country code if applicable and area code)* | 35. Email Address |
|---|---|---|---|
| 10/01/2026 | (908) 625-5622 | (919) 328-4402 | kristan.amicone@liquidia.com |

**36. Address of Applicant's Responsible Official**

Address 1 *(Street address, P.O. box, company name c/o)*
419 Davis Dr

Address 2 *(Apartment, suite, unit, building, floor, etc.)*
Suite 100

| City | State/Province/Region |
|---|---|
| Morrisville | NC |

| Country | ZIP or Postal Code |
|---|---|
| US | 27560 |

| 37. Signature of Applicant's Responsible Official or Other Authorized Official | 38. Countersignature of Authorized U.S. Agent |
|---|---|
| Kristan Amicone Digitally signed by Kristan Amicone Date: 2026.10.01 10:29:53 -04'00' Sign | Sign |

**THE INFORMATION BELOW APPLIES ONLY TO REQUIREMENTS OF THE PAPERWORK REDUCTION ACT OF 1995.**

The burden time for this collection of information is estimated to average 24 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the address to the right:

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

Department of Health and Human Services
Food and Drug Administration
Office of Operations
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

**DO NOT SEND YOUR COMPLETED FORM TO THIS PRA STAFF EMAIL ADDRESS.**

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## FIRST CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| Establishment Name | Registration (FEI) Number |
|---|---|
| Lonza Tampa, LLC | 3001549109 |

| Address 1 *(Street address, P.O. box, company name c/o)* | MF Number |
|---|---|
| 5709 Johns Rd | |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | Establishment DUNS Number |
|---|---|
| Suite 1209 | 080939373 |

| City | State/Province/Region | ZIP or Postal Code | Country |
|---|---|---|---|
| Tampa | FL | 33634 | USA |

| Is the establishment new to the application? | Is this establishment involved in the change described in this supplement? | What is the status of the establishment? |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| | Monica | | Mack-Briggs | Quality Assurance |

| Address 1 *(Street address, P.O. box, company name c/o)* | Telephone Number *(Include area code)* |
|---|---|
| 4910 Savarese Circle | 813.230.1456 |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)* |
|---|---|
| | 000-000-0000 |

| City | State/Province/Region | Email Address |
|---|---|---|
| Tampa | FL | monica.briggs@lonza.com |

| Country | ZIP or Postal Code |
|---|---|
| USA | 33634 |

| **Manufacturing Steps and/or Type of Testing** | Is the site ready for inspection? |
|---|---|
| Storage of Drug Product and Drug Product Intermediate | ☑ Yes ☐ No ☐ N/A |
| | If No, when will site be ready? *(mm/dd/yyyy)* |



Add Second Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## SECOND CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| | |
|---|---|
| Establishment Name<br>Lonza Tampa, LLC | Registration (FEI) Number<br>301401955 |
| Address 1 *(Street address, P.O. box, company name c/o)*<br>5415 West Laurel Street | MF Number |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | Establishment DUNS Number<br>080746254 |

| City | State/Province/Region | ZIP or Postal Code | Country |
|---|---|---|---|
| Tampa | FL | 33607 | USA |

| Is the establishment new to the application? | Is this establishment involved in the change described in this supplement? | What is the status of the establishment? |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Pending ☑ Active<br>☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| | Monica | | Mack-Bridges | Quality Assurance |

| | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>4910 Savarese Circle | Telephone Number *(Include area code)*<br>813.230.1456 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)*<br>000-000-0000 |

| City | State/Province/Region | Email Address |
|---|---|---|
| Tampa | FL | monica.briggs@lonza.com |

| Country | ZIP or Postal Code |
|---|---|
| USA | 33634 |

| **Manufacturing Steps and/or Type of Testing** | Is the site ready for inspection? |
|---|---|
| LIQ861 Inhalation Powder encapsulation | ☑ Yes ☐ No ☐ N/A |
| | If No, when will site be ready? *(mm/dd/yyyy)* |



Add Third Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## THIRD CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| | |
|---|---|
| Establishment Name<br>Lonza Tampa, LLC | Registration (FEI) Number<br>3014101955 |
| Address 1 *(Street address, P.O. box, company name c/o)*<br>4901 West Grace Street | MF Number |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | Establishment DUNS Number<br>119236687 |

| City | State/Province/Region | ZIP or Postal Code | Country |
|---|---|---|---|
| Tampa | FL | 33607 | USA |

| Is the establishment new to the application? | Is this establishment involved in the change described in this supplement? | What is the status of the establishment? |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Pending ☑ Active<br>☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| | Monica | | Mack-Bridges | Quality Assurance |

| | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>4910 Savarese Circle | Telephone Number *(Include area code)*<br>813.230.1456 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)*<br>000-000-0000 |

| City | State/Province/Region | Email Address |
|---|---|---|
| Tampa | FL | monica.briggs@lonza.com |

| Country | ZIP or Postal Code |
|---|---|
| USA | 33634 |

| **Manufacturing Steps and/or Type of Testing** | Is the site ready for inspection? |
|---|---|
| Capsule blister packaging<br>Assembly of finished LIQ861 Drug Product kit (blister cards, DPI device, and DPI device cleaning brushes) | ☑ Yes ☐ No ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* |



Add Fourth Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

**FOURTH CONTINUATION PAGE FOR ITEM 28 – Establishment Information**

| Establishment Name | Registration (FEI) Number |
|---|---|
| PPD® Development, LP | 2129896 |
| Address 1 *(Street address, P.O. box, company name c/o)*<br>8551 Research Way | MF Number |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>Suite 90 | Establishment DUNS Number<br>838082055 |

| City | State/Province/Region | ZIP or Postal Code | Country |
|---|---|---|---|
| Middleton | WI | 53562 | USA |

| Is the establishment new to the application? | Is this establishment involved in the change described in this supplement? | What is the status of the establishment? |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| | Gerald | | Maquera | Quality Assurance |

| | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>8551 Research Way | Telephone Number *(Include area code)*<br>608.203.4020 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>Suite 90 | FAX Number *(Include area code)*<br>608.827.8807 |
| City: Middleton — State/Province/Region: WI | Email Address<br>gerald.maquera@ppd.com |
| Country<br>USA | ZIP or Postal Code<br>53562 |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? |
|---|---|
| Release testing<br>Stability storage and testing | ☑ Yes ☐ No ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* |



Add Fifth Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## FIFTH CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| | |
|---|---|
| Establishment Name<br>YS Life Science Co, Ltd. | Registration (FEI) Number<br>3005877120 |
| Address 1 *(Street address, P.O. box, company name c/o)*<br>207 Sujeong-Ro, Jangan-myeon | MF Number |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | Establishment DUNS Number<br>687339846 |

| City | State/Province/Region | ZIP or Postal Code | Country |
|---|---|---|---|
| Hwaseong-si | Gyeonggi-do | 18581 | Korea, South |

| Is the establishment new to the application? | Is this establishment involved in the change described in this supplement? | What is the status of the establishment? |
|---|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| | Lorenzo | | Lee | Quality Assurance |

| | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>207 Sujeong-Ro, Jangan-myeon | Telephone Number *(Include area code)*<br>+82-31-351-6622 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)*<br>+82-31-351-6624 |

| City | State/Province/Region | Email Address |
|---|---|---|
| Hwaseong-si | Gyeonggi-do | ysra@ysls.co.kr |

| Country | ZIP or Postal Code |
|---|---|
| Korea, South | 18581 |

| **Manufacturing Steps and/or Type of Testing** | Is the site ready for inspection? |
|---|---|
| Manufacturing<br>Quality control release testing<br>Packaging and labeling<br>Stability storage and testing | ☑ Yes ☐ No ☐ N/A<br><br>If No, when will site be ready? *(mm/dd/yyyy)* |



Add Sixth Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## SEVENTH CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| Field | Value |
|---|---|
| Establishment Name | Plastiape, S.p.A. |
| Registration (FEI) Number | 3003805036 |
| Address 1 *(Street address, P.O. box, company name c/o)* | Via I Maggio, 8 |
| MF Number | 018418 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
| Establishment DUNS Number | 999999999 |
| City | Osnago |
| State/Province/Region | Lecco |
| ZIP or Postal Code | 23875 |
| Country | Italy |
| Is the establishment new to the application? | ☐ Yes ☑ No |
| Is this establishment involved in the change described in this supplement? | ☐ Yes ☐ No |
| What is the status of the establishment? | ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |

**Establishment Contact Information at the site/facility**

| Field | Value |
|---|---|
| Prefix | |
| First Name | Simona |
| Middle | |
| Last Name | Bloise |
| Title | Quality Assurance |
| Address 1 *(Street address, P.O. box, company name c/o)* | Via I Maggio, 8 |
| Telephone Number *(Include area code)* | +39.039.952981 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
| FAX Number *(Include area code)* | +39.039.587805 |
| City | Osnago |
| State/Province/Region | Lecco |
| Email Address | simonabloise@berryglobal.com |
| Country | Italy |
| ZIP or Postal Code | 23875 |

| Field | Value |
|---|---|
| **Manufacturing Steps and/or Type of Testing** | Device Manufacture |
| Is the site ready for inspection? | ☑ Yes ☐ No ☐ N/A |
| If No, when will site be ready? *(mm/dd/yyyy)* | |



Add Eighth Continuation Page for #28

Remove Continuation Page | Return to Form

*Provide information for additional establishments below, as needed.*

## EIGHTH CONTINUATION PAGE FOR ITEM 28 – Establishment Information

| Field | Value |
|---|---|
| Establishment Name | Alcami Corporation |
| Registration (FEI) Number | 3030396596 |
| Address 1 *(Street address, P.O. box, company name c/o)* | 5100 Jones Sausage Road, Suite 110 |
| MF Number | |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
| Establishment DUNS Number | 119186891 |
| City | Garner |
| State/Province/Region | NC |
| ZIP or Postal Code | 27529 |
| Country | USA |

Is the establishment new to the application?
☑ Yes ☐ No

Is this establishment involved in the change described in this supplement?
☐ Yes ☐ No

What is the status of the establishment?
☑ Pending ☐ Active
☐ Inactive ☐ Withdrawn

**Establishment Contact Information at the site/facility**

| Prefix | First Name | Middle | Last Name | Title |
|---|---|---|---|---|
| MR | Andy | | Nazzaro | |

| Field | Value |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)* | 5100 Jones Sausage Road, Suite 110 |
| Telephone Number *(Include area code)* | 919-973-7712 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
| FAX Number *(Include area code)* | |
| City | Garner |
| State/Province/Region | NC |
| Email Address | andy.nazzaro@alcami.com |
| Country | USA |
| ZIP or Postal Code | 27529 |

**Manufacturing Steps and/or Type of Testing**

Storage of Drug Substance

Is the site ready for inspection?
☑ Yes ☐ No ☐ N/A

If No, when will site be ready? *(mm/dd/yyyy)*



Add Ninth Continuation Page for #28

Docusign Envelope ID: B5F44B26-844E-8142-83D9-6D588F263DCE

September 2026

**IMPORTANT PRESCRIBING INFORMATION UPDATE**

| | |
|---|---|
| **Subject:** | **Removing Indication for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease (PH-ILD)** |

Dear Health Care Provider:

The purpose of this letter is to inform you that YUTREPIA® (treprostinil) inhalation powder is no longer indicated for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD) to improve exercise ability. This change does not relate to any risk to patient safety and does not affect use of YUTREPIA to treat patients with pulmonary arterial hypertension (PAH).

**Prescriber Action**

Please inform patients that YUTREPIA is no longer indicated for the treatment of PH-ILD to improve exercise capacity.

**Reporting Adverse Events**

Health care providers and patients are encouraged to report adverse events in patients taking YUTREPIA to Liquidia Technologies, Inc. at 1-888-393-LQDA (5732) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

You may also contact our medical information department at 1-888-393-LQDA (5732) if you have any questions about the information contained in this letter or the safe and effective use of YUTREPIA for the treatment of PAH.

This letter is not intended as a complete description of the benefits and risks related to the use of YUTREPIA. Please refer to the enclosed full prescribing information.

For additional information, please visit www.yutrepia.com.

Sincerely,

Signed by:
Rajeev Saggar
Signer Name: Rajeev Saggar
Signing Reason: I approve this document
Signing Time: 30-Sep-2026 | 4:28:27 PM EDT
E3B1D0395CEE4D4C9306B15CCF111F84

Rajeev Saggar, MD
Chief Medical Officer

Enclosure(s): YUTREPIA Full Prescribing Information

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use YUTREPIA™ safely and effectively. See full prescribing information for YUTREPIA™.**

**YUTREPIA™ (treprostinil) inhalation powder, for oral inhalation**
**Initial U.S. Approval: 2002**

**-----------------------------INDICATIONS AND USAGE--------------------------**

YUTREPIA is a prostacyclin mimetic indicated for the treatment of Pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%). (1.1)

**------------------------DOSAGE AND ADMINISTRATION---------------------**

- For oral inhalation only. Do not swallow YUTREPIA capsules. Use only with the provided inhaler (2)
- YUTREPIA should be administered 3 to 5 times per day. The contents of each capsule can be inhaled in 2 breaths. (2.1)
- See *Dosage and Administration* for full instructions on dosing of patients who are treprostinil-naïve or transitioning from treprostinil inhalation solution to YUTREPIA (2.1)

**---------------------DOSAGE FORMS AND STRENGTHS----------------------**

YUTREPIA inhalation powder contained in capsule is available in 4 strengths: 26.5 mcg, 53 mcg, 79.5 mcg, 106 mcg (3)

**-------------------------------CONTRAINDICATIONS------------------------------**

None (4)

**------------------------WARNINGS AND PRECAUTIONS-----------------------**

- Treprostinil may cause symptomatic hypotension. (5.1)
- Treprostinil inhibits platelet aggregation and increases the risk of bleeding. (5.2)
- Dosage adjustments may be necessary if inhibitors or inducers of CYP2C8 are added or withdrawn. (5.3, 7.1)
- May cause bronchospasm: Patients with a history of hyperreactive airway disease may be more sensitive. (5.4)

**-------------------------------ADVERSE REACTIONS------------------------------**

Most common adverse reactions with YUTREPIA (≥10%) are cough, headache, throat irritation, and dizziness. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Liquidia Technologies, Inc. at 1-888-393-LQDA (5732) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling (Instructions for Use).**

**Revised: 9/2025**

**FULL PRESCRIBING INFORMATION: CONTENTS***


**1 INDICATIONS AND USAGE**
1.1 Pulmonary Arterial Hypertension
**2 DOSAGE AND ADMINISTRATION**
2.1 Usual Dosage In Adults
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Risk of Symptomatic Hypotension
5.2 Risk of Bleeding
5.3 Effect of Other Drugs on Treprostinil
5.4 Bronchospasm
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Adverse Reactions Identified in Post-Marketing Experience
**7 DRUG INTERACTIONS**
7.1 Effect of Cytochrome P450 Inhibitors and Inducers
7.2 Effect of Other Drugs on Treprostinil
**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.4 Pediatric Use
8.5 Geriatric Use
8.6 Patients with Hepatic Insufficiency
8.7 Patients with Renal Insufficiency
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
14.1 Pulmonary Arterial Hypertension (WHO Group 1)
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**


* Sections or subsections omitted from the full prescribing information are not listed.

# Summary of Comments on SN-0106 Group.pdf

## Page: 16

Number: 1 Author: Beth Lang Date: 9/23/2025 9:56:00 AM
Removal of PH-ILD indication

Number: 2 Author: Beth Lang Date: 9/23/2025 9:54:00 AM
At risk version date printed. Will update as annual reportable to reflect actual date.

## FULL PRESCRIBING INFORMATION

# 1 INDICATIONS AND USAGE

## 1.1 Pulmonary Arterial Hypertension

YUTREPIA is indicated for the treatment of pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%).

The effects diminish over the minimum recommended dosing interval of 4 hours; treatment timing can be adjusted for planned activities.

While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase type 5 inhibitor). The controlled clinical experience was limited to 12 weeks in duration [*see Clinical Studies (14)*].

# 2 DOSAGE AND ADMINISTRATION

## 2.1 Usual Dosage In Adults

YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler. Do not swallow YUTREPIA capsules.

*YUTREPIA Dosing in treprostinil-naïve patients:*

In patients naïve to treprostinil, therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response.

*Dosing in patients transitioning from treprostinil inhalation solution (Tyvaso):*

Patients transitioning from treprostinil inhalation solution (Tyvaso), can begin YUTREPIA therapy 3 to 5 times per day, in 2 breaths, using the doses specified below (Table 1):

**Table 1: YUTREPIA Dosing in Patients Transitioning from Treprostinil Inhalation Solution**

| Current Tyvaso Dose* (Number of Breaths) | YUTREPIA Dose mcg |
|---|---|
| 5 or less breaths | 26.5 mcg |
| 6 to 8 breaths | 53 mcg |
| 9 to 11 breaths | 79.5 mcg |

Number: 1 Author: Beth Lang Date: 9/23/2025 9:55:00 AM

Removal of PH-ILD indication

| | |
|---|---|
| 12 to 14 breaths | 106 mcg |
| 15 to 17 breaths | 132.5 mcg |
| 18 or more breaths | 159 mcg |

*Each breath of Tyvaso delivers approximately 6 mcg of treprostinil.

In treprostinil-naïve patients and those transitioning from treprostinil inhalation solution, dose increases of 26.5 mcg per dose each week may be implemented, as tolerated. The target maintenance dosage is 79.5 mcg to 106 mcg, 4 times daily.

Doses above 848 mcg per day have not been studied in patients with PAH.

If a scheduled dose is missed, resume therapy as soon as possible at the usual dose.

## 3 DOSAGE FORMS AND STRENGTHS

YUTREPIA inhalation powder contained in capsule available in 4 strengths:

- 26.5 mcg: opaque yellow cap and clear body capsule with "LIQUIDIA 26.5" in black radial imprint on capsule cap.
- 53 mcg: opaque green cap and clear body capsule with "LIQUIDIA 53" in white radial imprint on capsule cap.
- 79.5 mcg: opaque blue cap and clear body capsule with "LIQUIDIA 79.5" in white radial imprint on capsule cap.
- 106 mcg: opaque purple cap and clear body capsule with "LIQUIDIA 106" in white radial imprint on capsule cap.

## 4 CONTRAINDICATIONS

None

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Symptomatic Hypotension

Treprostinil is a pulmonary and systemic vasodilator. In patients with low systemic arterial pressure, treatment with treprostinil may produce symptomatic hypotension.

### 5.2 Risk of Bleeding

Treprostinil inhibits platelet aggregation and increases the risk of bleeding.

### 5.3 Effect of Other Drugs on Treprostinil

Co-administration of a cytochrome P450 (CYP) 2C8 enzyme inhibitor (e.g., gemfibrozil) may increase exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of a CYP2C8 enzyme inducer (e.g., rifampin) may decrease exposure to treprostinil. Increased exposure is likely to increase adverse events associated with

treprostinil administration, whereas decreased exposure is likely to reduce clinical effectiveness *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*.

### 5.4 Bronchospasm

Like other inhaled prostaglandins, YUTREPIA may cause acute bronchospasm. Patients with asthma or chronic obstructive pulmonary disease (COPD), or other bronchial hyperreactivity, are at increased risk for bronchospasm. Ensure that such patients are treated optimally for reactive airway disease prior to and during treatment with YUTREPIA.

## 6 ADVERSE REACTIONS

The following potential adverse reactions are described in Warnings and Precautions (5):

- Decrease in systemic blood pressure *[see Warnings and Precautions (5.1)]*.
- Bleeding *[see Warnings and Precautions (5.2)]*.

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety and tolerability of YUTREPIA was evaluated in an open label study (INSPIRE) of 121 patients with PAH (WHO Group 1 and NYHA Functional Class II [80 patients] and Class III [41 patients]) followed for up to 2 months. The most commonly reported adverse reactions included cough, headache, throat irritation, dizziness, which are known side effects of treprostinil inhalation solution. Table 2 lists the adverse reactions that occurred at a rate of at least 4% of the overall INSPIRE safety population. The adverse reactions in the INSPIRE study were consistent with those observed in previous studies of inhaled treprostinil.

**Table 2: Adverse Reactions Occurring in ≥ 4% of Patients in the INSPIRE Study**

| | **Transition* N=55** | **Add-On† N=66** |
|---|---|---|
| **Adverse Reaction** | **n (%)** | **n (%)** |
| Cough | 15 (27) | 36 (55) |
| Headache | 14 (25) | 18 (27) |
| Throat Irritation | 5 (9) | 14 (21) |
| Dizziness | 6 (11) | 7 (11) |
| Diarrhea | 3 (6) | 8 (12) |
| Chest Discomfort | 5 (9) | 5 (8) |
| Nausea | 4 (7) | 5 (8) |
| Dyspnea | 3 (6) | 3 (5) |
| Flushing | 1 (2) | 5 (8) |
| Oropharyngeal Pain | 1 (2) | 4 (6) |

*Transition: Patients were on stable doses of treprostinil inhalation solution for at least 3 months prior to enrollment in the study and transitioned to treatment with YUTREPIA.
†Add-on: Patients were prostacyclin-naïve and were taking no more than 2 approved oral PAH therapies for at least 3 months at time of enrollment and addition of treatment with YUTREPIA.

### 6.2 Adverse Reactions Identified in Post-Marketing Experience

The following adverse reaction has been identified during the post-approval use of treprostinil inhalation solution. Because this reaction is reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate the frequency or establish a causal relationship to drug exposure:

- Angioedema

## 7 DRUG INTERACTIONS

### 7.1 Effect of Cytochrome P450 Inhibitors and Inducers

*In vitro* studies of human hepatic microsomes showed that treprostinil does not inhibit cytochrome P450 (CYP) isoenzymes CYP1A2, CYP2A6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP2E1 and CYP3A.

Additionally, treprostinil does not induce cytochrome P450 isoenzymes CYP1A2, CYP2B6, CYP2C9, CYP2C19, and CYP3A.

Human pharmacokinetic studies with an oral formulation of treprostinil (treprostinil diolamine) indicated that co-administration of the cytochrome P450 (CYP) 2C8 enzyme inhibitor gemfibrozil increases exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of the CYP2C8 enzyme inducer rifampin decreases exposure to treprostinil. It is unclear if the safety and efficacy of treprostinil by the inhalation route are altered by inhibitors or inducers of CYP2C8 *[see Warnings and Precautions (5.3)]*.

### 7.2 Effect of Other Drugs on Treprostinil

Drug interaction studies have been carried out with treprostinil (oral or subcutaneous) co-administered with acetaminophen (4 g/day), warfarin (25 mg/day), and fluconazole (200 mg/day), respectively, in healthy volunteers. These studies did not show a clinically significant effect on the pharmacokinetics of treprostinil. Treprostinil does not affect the pharmacokinetics or pharmacodynamics of warfarin. The pharmacokinetics of R- and S- warfarin and the INR in healthy subjects given a single 25 mg dose of warfarin were unaffected by continuous subcutaneous infusion of treprostinil at an infusion rate of 10 ng/kg/min.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Risk Summary

Limited case reports of treprostinil use in pregnant women are insufficient to inform a drug-associated risk of adverse developmental outcomes. However, there are risks to the mother and the fetus associated with pulmonary arterial hypertension (see *Clinical Considerations*). In animal studies, no adverse reproductive and

developmental effects were seen for treprostinil at ≥9 and ≥145 times the human exposure when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

The estimated background risk of major birth defects and miscarriage for the indicated populations is unknown. All pregnancies have a background risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively.

<u>Clinical Considerations</u>

*Disease-associated maternal and embryo-fetal risk*

Pulmonary arterial hypertension is associated with an increased risk of maternal and fetal mortality.

<u>Data</u>

Animal reproduction studies have been conducted with treprostinil via continuous subcutaneous administration and with treprostinil diolamine administered orally. In studies with orally administered treprostinil diolamine, no adverse effect doses for fetal viability/growth, fetal development (teratogenicity), and postnatal development were determined in rats. In pregnant rats, no evidence of harm to the fetus was observed following oral administration of treprostinil diolamine at the highest dose tested (20 mg/kg/day), which represents about 154 and 1479 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg. In pregnant rabbits, external fetal and soft tissue malformations and fetal skeletal malformation occurred. The dose at which no adverse effects were seen (0.5 mg/kg/day) represents about 9 and 145 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg. No treprostinil treatment-related effects on labor and delivery were seen in animal studies. Animal reproduction studies are not always predictive of human response.

## 8.2 Lactation

<u>Risk Summary</u>

There are no data on the presence of treprostinil in human milk, the effects on the breastfed infant, or the effects on milk production.

## 8.4 Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5 Geriatric Use

Placebo-controlled clinical studies of treprostinil inhalation solution did not include sufficient numbers of patients aged 65 years and over to determine whether they respond differently from younger patients. The open-label INSPIRE study in PAH patients included 28 patients aged 65 and over in which no age-related differences were noted. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of hepatic, renal, or cardiac dysfunction, and of concomitant diseases or other drug therapy.

### 8.6 Patients with Hepatic Insufficiency

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects with mild-to-moderate hepatic insufficiency. Uptitrate slowly when treating patients with hepatic insufficiency because of the risk of an increase in systemic exposure which may lead to an increase in dose-dependent adverse effects. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Clinical Pharmacology (12.3)]*.

### 8.7 Patients with Renal Insufficiency

No dose adjustments are required in patients with renal impairment. Treprostinil is not cleared by dialysis *[see Clinical Pharmacology (12.3)]*.

## 10 OVERDOSAGE

In general, symptoms of overdose with treprostinil include flushing, headache, hypotension, nausea, vomiting, and diarrhea. Provide general supportive care until the symptoms of overdose have resolved.

## 11 DESCRIPTION

YUTREPIA contains treprostinil sodium, a prostacyclin mimetic. The chemical name for tresprostinil sodium is 2-{[(1R,2R,3aS,9aS)-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1H,2H,3H,3aH,4H,9H,9aH-cyclopenta[b]naphthalen-5-yl]oxy}acetic acid, sodium salt with the structural formula:




Treprostinil sodium has a molecular formula of $C_{23}H_{33}O_5Na$ and a molecular weight of 412.49 daltons equivalent to 390.5 daltons of Treprostinil.

YUTREPIA inhalation powder contained in a capsule is intended for oral inhalation. The capsule contains white to off-white powder of treprostinil sodium and the inactive ingredients L-leucine, polysorbate 80, sodium chloride, sodium citrate, and trehalose. Each 5 mg of YUTREPIA inhalation powder contains 26.5 mcg of treprostinil, where 26.5 mcg of treprostinil is equivalent to 28 mcg of treprostinil sodium.

The accompanying inhalation device for delivery of YUTREPIA inhalation powder is a disposable plastic device used to inhale the dry powder contained in the HPMC capsule.

The amount of drug delivered to the lungs will vary depending on patient factors such as inspiratory flow and peak inspiratory flow through the inhalation device, which may vary from patient to patient.

Under standardized *in vitro* testing, the inhalation device delivers the following amounts of treprostinil for each of the YUTREPIA inhalation powder capsule strengths:

| **YUTREPIA Inhalation Powder Delivered Dose** | |
|---|---|
| **Capsule Strength (treprostinil)** | **Dose Delivered [a]** |
| 26.5 mcg | 15.1 mcg |
| 53 mcg | 36.0 mcg |
| 79.5 mcg | 56.6 mcg |
| 106 mcg | 75.7 mcg |

[a] Amount of treprostinil delivered from the device mouthpiece under an *in vitro* flow rate of 99 L/min with a collection time of 1.2 seconds (2 L total volume).

# 12 CLINICAL PHARMACOLOGY

## 12.1 Mechanism of Action

The major pharmacologic actions of treprostinil are direct vasodilation of pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.

## 12.2 Pharmacodynamics

In animals, the vasodilatory effects reduce right and left ventricular afterload and increase cardiac output and stroke volume. Other studies have shown that treprostinil causes a dose-related negative inotropic and lusitropic effect. No major effects on cardiac conduction have been observed. Treprostinil produces vasodilation and tachycardia.

Cardiac Electrophysiology

In a clinical trial of 240 healthy volunteers, single doses of treprostinil inhalation solution 54 mcg (the target maintenance dose per session) and 84 mcg (supratherapeutic inhalation dose) prolonged the corrected QTc interval by approximately 10 ms. The QTc effect dissipated rapidly as the concentration of treprostinil decreased.

## 12.3 Pharmacokinetics

Absorption

In healthy volunteer studies, the systemic exposure (AUC and $C_{max}$) post-inhalation was shown to be proportional to the YUTREPIA doses administered (25 mcg – 150 mcg). The treprostinil mean $C_{max}$, mean $AUC_{inf}$ and median $T_{max}$ following a single inhaled target maintenance dose of 79.5 mcg YUTREPIA were 1.48 ng/mL, 1.04 hr.ng/mL and 0.13 hr, respectively.

Distribution

*In vitro* treprostinil is 91% bound to human plasma proteins over the 330-10,000 ng/mL concentration range.

Metabolism and Excretion

Of subcutaneously administered treprostinil, only 4% is excreted unchanged in urine. Treprostinil is substantially metabolized by the liver, primarily by CYP2C8. Metabolites are excreted in urine (79%) and feces (13%) over 10 days. Five apparently inactive metabolites were detected in the urine, each accounting for 10-15% of the dose administered. Four of the metabolites are products of oxidation of the 3-hydroxyloctyl side chain and one is a glucuroconjugated derivative (treprostinil glucuronide).

Elimination

Following inhaled administration of YUTREPIA, disposition and elimination is monophasic with a half-life of approximately 30 minutes.

Specific Populations

*Hepatic Insufficiency*

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects presenting with mild-to-moderate hepatic insufficiency. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Use in Specific Populations (8.6)]*.

*Renal Insufficiency*

In patients with severe renal impairment requiring dialysis (n=8), administration of a single 1 mg dose of orally administered treprostinil pre-and post-dialysis resulted in AUC0-inf that was not significantly altered compared to healthy subjects *[see Use in Specific Populations (8.7)]*.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

A two-year rat carcinogenicity study was performed with treprostinil inhalation solution at target treprostinil doses of 5.26, 10.6, and 34.1 mcg/kg/day. There was no evidence for carcinogenic potential associated with treprostinil inhalation in rats at systemic exposure levels up to 35 times following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*. *In vitro* and *in vivo* genetic toxicology studies did not demonstrate any mutagenic or clastogenic effects of treprostinil. Treprostinil sodium did not affect fertility or mating performance of male or female rats given continuous subcutaneous (sc) infusions at rates of up to 450 ng treprostinil/kg/min. In this study, males were dosed from 10 weeks prior to mating and through the 2-week mating period. Females were dosed from 2 weeks prior to mating until gestational day 6.

Oral administration of treprostinil diolamine to Tg.rasH2 mice at 0, 5, 10 and 20 mg/kg/day in males and 0, 3, 7.5 and 15 mg/kg/day in females daily for 26 weeks did not significantly increase the incidence of tumors.

Treprostinil diolamine was tested *in vivo* in a rat micronucleus assay and did not induce an increased incidence of micronucleated polychromatic erythrocytes.

### 13.2 Animal Toxicology and/or Pharmacology

In a 2-year rat study with treprostinil inhalation at target doses of 5.26, 10.6, and 34.1 mcg/kg/day, there were more deaths (11) in the mid- and high-dose treprostinil groups during the first 9 weeks of the study, compared to 1 in control groups. At the high-dose level, males showed a higher incidence of inflammation in teeth and preputial gland, and females showed high incidences of inflammation and urothelial hyperplasia in the urinary bladder. The exposures in rats at mid- and high-dose levels were about 15 and 35 times, respectively, the clinical exposure following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

## 14 CLINICAL STUDIES

### 14.1 Pulmonary Arterial Hypertension (WHO Group 1)

TRIUMPH I was a 12-week, randomized, double-blind, placebo-controlled multi-center study of patients with PAH. The study population included 235 clinically stable patients with pulmonary arterial hypertension (WHO Group 1), nearly all with NYHA Class III (98%) symptoms who were receiving either bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase-5 inhibitor) for at least three months prior to study initiation. Concomitant therapy also could have included anticoagulants, other vasodilators (e.g., calcium channel blockers), diuretics, oxygen, and digitalis, but not a prostacyclin. These patients were administered either placebo or treprostinil inhalation solution in four daily treatment sessions with a target dose of 9 breaths (equivalent to 79.5 mcg YUTREPIA) per session over the course of the 12-week study. Patients were predominantly female (82%), had the origin of PAH as idiopathic/heritable (56%), secondary to connective tissue diseases (33%) or secondary to HIV or previous use of anorexigens (12%); bosentan was the concomitant oral medication in 70% of those enrolled, sildenafil in 30%.

The primary efficacy endpoint of the trial was the change in six-minute walk distance (6MWD) relative to baseline at 12 weeks. 6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3-5 hours after bosentan or 0.5-2 hours after sildenafil. Patients receiving treprostinil inhalation solution had a placebo-corrected median change from baseline in peak 6MWD of 20 meters at Week 12 ($p<0.001$).

The distribution of these 6MWD changes from baseline at Week 12 were plotted across the range of observed values (Figure 1). 6MWD measured at trough exposure (defined as measurement of 6MWD at least 4 hours after dosing) improved by 14 meters. There were no placebo-controlled 6MWD assessments made after 12 weeks.




**Figure 1. Distributions of 6MWD Changes from Baseline at Week 12 during Peak Plasma Concentration of Treprostinil Inhalation Solution**

The placebo-corrected median treatment effect on 6MWD was estimated (using the Hodges-Lehmann estimator) within various subpopulations defined by age quartile, gender, geographic region of the study site, disease etiology, baseline 6MWD quartile, and type of background therapy (Figure 2).




**Figure 2. Placebo-Corrected Median Treatment Effect (Hodges-Lehmann estimate with 95% CI) on 6MWD Change from Baseline at Week 12 During Peak Plasma Concentration of Treprostinil Inhalation Solution for Various Subgroups**

## 16 HOW SUPPLIED/STORAGE AND HANDLING

YUTREPIA is supplied in a carton consisting of 1 capsule based, dry powder inhaler (referred to as "inhaler"), 28 capsules (7 foil blister cards of 4 capsules each), and 7 single-use cleaning brushes. The individual capsule well is connected by an air channel to a separate blister well containing a desiccant strip. Descriptions of YUTREPIA carton by capsule strength are provided in Table 3 below:

Number: 1 Author: Beth Lang Date: 9/23/2025 9:55:00 AM

Removal of PH-ILD indication and associated study information

**Table 3: YUTREPIA Carton Contents by Capsule Strength**

| Capsule Strength (mcg treprostinil) | Capsule Description | NDC Number |
|---|---|---|
| 26.5 | Opaque yellow cap, clear body, imprinted with "LIQUIDIA 26.5" in black ink radially on cap | 72964-011-01 |
| 53 | Opaque green cap, clear body, imprinted with "LIQUIDIA 53" in white ink radially on cap | 72964-012-01 |
| 79.5 | Opaque blue cap, clear body, imprinted with "LIQUIDIA 79.5" in white ink radially on cap | 72964-013-01 |
| 106 | Opaque purple cap, clear body, imprinted with "LIQUIDIA 106" in white ink radially on cap | 72964-014-01 |

YUTREPIA inhalation powder capsules should only be delivered using the capsule-based inhaler. The off-white plastic inhaler consists of a blue protective cap marked with YUTREPIA and a base with a mouthpiece, capsule chamber, and two blue push buttons. Discard the inhaler device after 7 days of use or 56 actuations, whichever comes first.

Store at 20°C to 25°C (68°F to 77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature].

Capsules should remain in the blister to protect them from moisture and light, and each capsule should be removed only when ready to administer a dose.

Keep out of the reach of children.

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Instructions for Use).

Train patients in the administration process for YUTREPIA, including dosing, inhaler preparation, administration, cleaning, and maintenance, according to the instructions for use *[see Instructions for Use]*.

To avoid potential interruptions in drug delivery because of equipment malfunction, patients should have access to a back-up.

If a scheduled dose is missed, resume therapy as soon as possible at the usual dose.

©Copyright 2025 Liquidia Technologies, Inc. All rights reserved.

Distributed by: Liquidia Technologies, Inc. Morrisville, NC 27560

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use YUTREPIA™ safely and effectively. See full prescribing information for YUTREPIA™.**

**YUTREPIA™ (treprostinil) inhalation powder, for oral inhalation**
**Initial U.S. Approval: 2002**

**----------------------------INDICATIONS AND USAGE-------------------------**
YUTREPIA is a prostacyclin mimetic indicated for the treatment of Pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%). (1.1)

**-----------------------DOSAGE AND ADMINISTRATION--------------------**
- For oral inhalation only. Do not swallow YUTREPIA capsules. Use only with the provided inhaler (2)
- YUTREPIA should be administered 3 to 5 times per day. The contents of each capsule can be inhaled in 2 breaths. (2.1)
- See *Dosage and Administration* for full instructions on dosing of patients who are treprostinil-naïve or transitioning from treprostinil inhalation solution to YUTREPIA (2.1)

**--------------------DOSAGE FORMS AND STRENGTHS---------------------**
YUTREPIA inhalation powder contained in capsule is available in 4 strengths: 26.5 mcg, 53 mcg, 79.5 mcg, 106 mcg (3)

**------------------------------CONTRAINDICATIONS-----------------------------**
None (4)

**-----------------------WARNINGS AND PRECAUTIONS----------------------**
- Treprostinil may cause symptomatic hypotension. (5.1)
- Treprostinil inhibits platelet aggregation and increases the risk of bleeding. (5.2)
- Dosage adjustments may be necessary if inhibitors or inducers of CYP2C8 are added or withdrawn. (5.3, 7.1)
- May cause bronchospasm: Patients with a history of hyperreactive airway disease may be more sensitive. (5.4)

**------------------------------ADVERSE REACTIONS-----------------------------**
Most common adverse reactions with YUTREPIA (≥10%) are cough, headache, throat irritation, and dizziness. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Liquidia Technologies, Inc. at 1-888-393-LQDA (5732) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling (Instructions for Use).**

**Revised: 9/2025**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***


**1 INDICATIONS AND USAGE**
1.1 Pulmonary Arterial Hypertension

**2 DOSAGE AND ADMINISTRATION**
2.1 Usual Dosage In Adults
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Risk of Symptomatic Hypotension
5.2 Risk of Bleeding
5.3 Effect of Other Drugs on Treprostinil
5.4 Bronchospasm
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Adverse Reactions Identified in Post-Marketing Experience
**7 DRUG INTERACTIONS**
7.1 Effect of Cytochrome P450 Inhibitors and Inducers
7.2 Effect of Other Drugs on Treprostinil
**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.4 Pediatric Use
8.5 Geriatric Use
8.6 Patients with Hepatic Insufficiency
8.7 Patients with Renal Insufficiency
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
14.1 Pulmonary Arterial Hypertension (WHO Group 1)
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**


* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

## 1 INDICATIONS AND USAGE

### 1.1 Pulmonary Arterial Hypertension

YUTREPIA is indicated for the treatment of pulmonary arterial hypertension (PAH; WHO Group 1) to improve exercise ability. Studies establishing effectiveness predominately included patients with NYHA Functional Class III symptoms and etiologies of idiopathic or heritable PAH (56%) or PAH associated with connective tissue diseases (33%).

The effects diminish over the minimum recommended dosing interval of 4 hours; treatment timing can be adjusted for planned activities.

While there are long-term data on use of treprostinil by other routes of administration, nearly all controlled clinical experience with inhaled treprostinil has been on a background of bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase type 5 inhibitor). The controlled clinical experience was limited to 12 weeks in duration [*see Clinical Studies (14)*].

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Usual Dosage In Adults

YUTREPIA capsules are for oral inhalation only and should be used only with the supplied inhaler. Do not swallow YUTREPIA capsules.

*YUTREPIA Dosing in treprostinil-naïve patients:*

In patients naïve to treprostinil, therapy should begin with 26.5 mcg 3 to 5 times per day, in 2 breaths based on patient response.

*Dosing in patients transitioning from treprostinil inhalation solution (Tyvaso):*

Patients transitioning from treprostinil inhalation solution (Tyvaso), can begin YUTREPIA therapy 3 to 5 times per day, in 2 breaths, using the doses specified below (Table 1):

**Table 1: YUTREPIA Dosing in Patients Transitioning from Treprostinil Inhalation Solution**

| Current Tyvaso Dose* | YUTREPIA Dose |
|---|---|
| (Number of Breaths) | mcg |
| 5 or less breaths | 26.5 mcg |
| 6 to 8 breaths | 53 mcg |
| 9 to 11 breaths | 79.5 mcg |
| 12 to 14 breaths | 106 mcg |
| 15 to 17 breaths | 132.5 mcg |
| 18 or more breaths | 159 mcg |

*Each breath of Tyvaso delivers approximately 6 mcg of treprostinil.

In treprostinil-naïve patients and those transitioning from treprostinil inhalation solution, dose increases of 26.5 mcg per dose each week may be implemented, as tolerated. The target maintenance dosage is 79.5 mcg to 106 mcg, 4 times daily.

Doses above 848 mcg per day have not been studied in patients with PAH.

If a scheduled dose is missed, resume therapy as soon as possible at the usual dose.

## 3 DOSAGE FORMS AND STRENGTHS

YUTREPIA inhalation powder contained in capsule available in 4 strengths:

- 26.5 mcg: opaque yellow cap and clear body capsule with "LIQUIDIA 26.5" in black radial imprint on capsule cap.
- 53 mcg: opaque green cap and clear body capsule with "LIQUIDIA 53" in white radial imprint on capsule cap.
- 79.5 mcg: opaque blue cap and clear body capsule with "LIQUIDIA 79.5" in white radial imprint on capsule cap.
- 106 mcg: opaque purple cap and clear body capsule with "LIQUIDIA 106" in white radial imprint on capsule cap.

## 4 CONTRAINDICATIONS

None

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Symptomatic Hypotension

Treprostinil is a pulmonary and systemic vasodilator. In patients with low systemic arterial pressure, treatment with treprostinil may produce symptomatic hypotension.

### 5.2 Risk of Bleeding

Treprostinil inhibits platelet aggregation and increases the risk of bleeding.

### 5.3 Effect of Other Drugs on Treprostinil

Co-administration of a cytochrome P450 (CYP) 2C8 enzyme inhibitor (e.g., gemfibrozil) may increase exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of a CYP2C8 enzyme inducer (e.g., rifampin) may decrease exposure to treprostinil. Increased exposure is likely to increase adverse events associated with treprostinil administration, whereas decreased exposure is likely to reduce clinical effectiveness *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*.

### 5.4 Bronchospasm

Like other inhaled prostaglandins, YUTREPIA may cause acute bronchospasm. Patients with asthma or chronic obstructive pulmonary disease (COPD), or other bronchial hyperreactivity, are at increased risk for

bronchospasm. Ensure that such patients are treated optimally for reactive airway disease prior to and during treatment with YUTREPIA.

# 6 ADVERSE REACTIONS

The following potential adverse reactions are described in Warnings and Precautions (5):

- Decrease in systemic blood pressure *[see Warnings and Precautions (5.1)]*.
- Bleeding *[see Warnings and Precautions (5.2)]*.

## 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety and tolerability of YUTREPIA was evaluated in an open label study (INSPIRE) of 121 patients with PAH (WHO Group 1 and NYHA Functional Class II [80 patients] and Class III [41 patients]) followed for up to 2 months. The most commonly reported adverse reactions included cough, headache, throat irritation, dizziness, which are known side effects of treprostinil inhalation solution. Table 2 lists the adverse reactions that occurred at a rate of at least 4% of the overall INSPIRE safety population. The adverse reactions in the INSPIRE study were consistent with those observed in previous studies of inhaled treprostinil.

**Table 2: Adverse Reactions Occurring in ≥ 4% of Patients in the INSPIRE Study**

| | **Transition* N=55** | **Add-On† N=66** |
|---|---|---|
| **Adverse Reaction** | **n (%)** | **n (%)** |
| Cough | 15 (27) | 36 (55) |
| Headache | 14 (25) | 18 (27) |
| Throat Irritation | 5 (9) | 14 (21) |
| Dizziness | 6 (11) | 7 (11) |
| Diarrhea | 3 (6) | 8 (12) |
| Chest Discomfort | 5 (9) | 5 (8) |
| Nausea | 4 (7) | 5 (8) |
| Dyspnea | 3 (6) | 3 (5) |
| Flushing | 1 (2) | 5 (8) |
| Oropharyngeal Pain | 1 (2) | 4 (6) |

*Transition: Patients were on stable doses of treprostinil inhalation solution for at least 3 months prior to enrollment in the study and transitioned to treatment with YUTREPIA.

†Add-on: Patients were prostacyclin-naïve and were taking no more than 2 approved oral PAH therapies for at least 3 months at time of enrollment and addition of treatment with YUTREPIA.

## 6.2 Adverse Reactions Identified in Post-Marketing Experience

The following adverse reaction has been identified during the post-approval use of treprostinil inhalation solution. Because this reaction is reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate the frequency or establish a causal relationship to drug exposure:

- Angioedema

# 7 DRUG INTERACTIONS

## 7.1 Effect of Cytochrome P450 Inhibitors and Inducers

*In vitro* studies of human hepatic microsomes showed that treprostinil does not inhibit cytochrome P450 (CYP) isoenzymes CYP1A2, CYP2A6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, CYP2E1 and CYP3A.

Additionally, treprostinil does not induce cytochrome P450 isoenzymes CYP1A2, CYP2B6, CYP2C9, CYP2C19, and CYP3A.

Human pharmacokinetic studies with an oral formulation of treprostinil (treprostinil diolamine) indicated that co-administration of the cytochrome P450 (CYP) 2C8 enzyme inhibitor gemfibrozil increases exposure (both $C_{max}$ and AUC) to treprostinil. Co-administration of the CYP2C8 enzyme inducer rifampin decreases exposure to treprostinil. It is unclear if the safety and efficacy of treprostinil by the inhalation route are altered by inhibitors or inducers of CYP2C8 *[see Warnings and Precautions (5.3)]*.

## 7.2 Effect of Other Drugs on Treprostinil

Drug interaction studies have been carried out with treprostinil (oral or subcutaneous) co-administered with acetaminophen (4 g/day), warfarin (25 mg/day), and fluconazole (200 mg/day), respectively, in healthy volunteers. These studies did not show a clinically significant effect on the pharmacokinetics of treprostinil. Treprostinil does not affect the pharmacokinetics or pharmacodynamics of warfarin. The pharmacokinetics of R- and S- warfarin and the INR in healthy subjects given a single 25 mg dose of warfarin were unaffected by continuous subcutaneous infusion of treprostinil at an infusion rate of 10 ng/kg/min.

# 8 USE IN SPECIFIC POPULATIONS

## 8.1 Pregnancy

<u>Risk Summary</u>

Limited case reports of treprostinil use in pregnant women are insufficient to inform a drug-associated risk of adverse developmental outcomes. However, there are risks to the mother and the fetus associated with pulmonary arterial hypertension (see *Clinical Considerations*). In animal studies, no adverse reproductive and developmental effects were seen for treprostinil at ≥9 and ≥145 times the human exposure when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

The estimated background risk of major birth defects and miscarriage for the indicated populations is unknown. All pregnancies have a background risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively.

Clinical Considerations

*Disease-associated maternal and embryo-fetal risk*

Pulmonary arterial hypertension is associated with an increased risk of maternal and fetal mortality.

Data

Animal reproduction studies have been conducted with treprostinil via continuous subcutaneous administration and with treprostinil diolamine administered orally. In studies with orally administered treprostinil diolamine, no adverse effect doses for fetal viability/growth, fetal development (teratogenicity), and postnatal development were determined in rats. In pregnant rats, no evidence of harm to the fetus was observed following oral administration of treprostinil diolamine at the highest dose tested (20 mg/kg/day), which represents about 154 and 1479 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg. In pregnant rabbits, external fetal and soft tissue malformations and fetal skeletal malformation occurred. The dose at which no adverse effects were seen (0.5 mg/kg/day) represents about 9 and 145 times the human exposure, when based on $C_{max}$ and AUC, respectively, following a single YUTREPIA dose of 79.5 mcg. No treprostinil treatment-related effects on labor and delivery were seen in animal studies. Animal reproduction studies are not always predictive of human response.

## 8.2 Lactation

Risk Summary

There are no data on the presence of treprostinil in human milk, the effects on the breastfed infant, or the effects on milk production.

## 8.4 Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5 Geriatric Use

Placebo-controlled clinical studies of treprostinil inhalation solution did not include sufficient numbers of patients aged 65 years and over to determine whether they respond differently from younger patients. The open-label INSPIRE study in PAH patients included 28 patients aged 65 and over in which no age-related differences were noted. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of hepatic, renal, or cardiac dysfunction, and of concomitant diseases or other drug therapy.

## 8.6 Patients with Hepatic Insufficiency

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects with mild-to-moderate hepatic insufficiency. Uptitrate slowly when treating patients with hepatic insufficiency because of the risk of an increase in systemic exposure which may lead to an increase in dose-dependent adverse effects. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Clinical Pharmacology (12.3)]*.

### 8.7 Patients with Renal Insufficiency

No dose adjustments are required in patients with renal impairment. Treprostinil is not cleared by dialysis *[see Clinical Pharmacology (12.3)]*.

## 10 OVERDOSAGE

In general, symptoms of overdose with treprostinil include flushing, headache, hypotension, nausea, vomiting, and diarrhea. Provide general supportive care until the symptoms of overdose have resolved.

## 11 DESCRIPTION

YUTREPIA contains treprostinil sodium, a prostacyclin mimetic. The chemical name for tresprostinil sodium is 2-{[(1R,2R,3aS,9aS)-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1H,2H,3H,3aH,4H,9H,9aH-cyclopenta[b]naphthalen-5-yl]oxy}acetic acid, sodium salt with the structural formula:




Treprostinil sodium has a molecular formula of $C_{23}H_{33}O_5Na$ and a molecular weight of 412.49 daltons equivalent to 390.5 daltons of Treprostinil.

YUTREPIA inhalation powder contained in a capsule is intended for oral inhalation. The capsule contains white to off-white powder of treprostinil sodium and the inactive ingredients L-leucine, polysorbate 80, sodium chloride, sodium citrate, and trehalose. Each 5 mg of YUTREPIA inhalation powder contains 26.5 mcg of treprostinil, where 26.5 mcg of treprostinil is equivalent to 28 mcg of treprostinil sodium.

The accompanying inhalation device for delivery of YUTREPIA inhalation powder is a disposable plastic device used to inhale the dry powder contained in the HPMC capsule.

The amount of drug delivered to the lungs will vary depending on patient factors such as inspiratory flow and peak inspiratory flow through the inhalation device, which may vary from patient to patient.

Under standardized *in vitro* testing, the inhalation device delivers the following amounts of treprostinil for each of the YUTREPIA inhalation powder capsule strengths:

| **YUTREPIA Inhalation Powder Delivered Dose** | |
|---|---|
| **Capsule Strength (treprostinil)** | **Dose Delivered [a]** |
| 26.5 mcg | 15.1 mcg |
| 53 mcg | 36.0 mcg |
| 79.5 mcg | 56.6 mcg |
| 106 mcg | 75.7 mcg |
| [a] Amount of treprostinil delivered from the device mouthpiece under an *in vitro* flow rate of 99 L/min with a collection time of 1.2 seconds (2 L total volume). | |

# 12 CLINICAL PHARMACOLOGY

## 12.1 Mechanism of Action

The major pharmacologic actions of treprostinil are direct vasodilation of pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.

## 12.2 Pharmacodynamics

In animals, the vasodilatory effects reduce right and left ventricular afterload and increase cardiac output and stroke volume. Other studies have shown that treprostinil causes a dose-related negative inotropic and lusitropic effect. No major effects on cardiac conduction have been observed. Treprostinil produces vasodilation and tachycardia.

Cardiac Electrophysiology

In a clinical trial of 240 healthy volunteers, single doses of treprostinil inhalation solution 54 mcg (the target maintenance dose per session) and 84 mcg (supratherapeutic inhalation dose) prolonged the corrected QTc interval by approximately 10 ms. The QTc effect dissipated rapidly as the concentration of treprostinil decreased.

## 12.3 Pharmacokinetics

Absorption

In healthy volunteer studies, the systemic exposure (AUC and $C_{max}$) post-inhalation was shown to be proportional to the YUTREPIA doses administered (25 mcg – 150 mcg). The treprostinil mean $C_{max}$, mean $AUC_{inf}$ and median $T_{max}$ following a single inhaled target maintenance dose of 79.5 mcg YUTREPIA were 1.48 ng/mL, 1.04 hr.ng/mL and 0.13 hr, respectively.

Distribution

*In vitro* treprostinil is 91% bound to human plasma proteins over the 330-10,000 ng/mL concentration range.

Metabolism and Excretion

Of subcutaneously administered treprostinil, only 4% is excreted unchanged in urine. Treprostinil is substantially metabolized by the liver, primarily by CYP2C8. Metabolites are excreted in urine (79%) and feces (13%) over 10 days. Five apparently inactive metabolites were detected in the urine, each accounting for 10-15% of the dose administered. Four of the metabolites are products of oxidation of the 3-hydroxyloctyl side chain and one is a glucuroconjugated derivative (treprostinil glucuronide).

Elimination

Following inhaled administration of YUTREPIA, disposition and elimination is monophasic with a half-life of approximately 30 minutes.

Specific Populations

*Hepatic Insufficiency*

Plasma clearance of treprostinil, delivered subcutaneously, was reduced up to 80% in subjects presenting with mild-to-moderate hepatic insufficiency. Treprostinil has not been studied in patients with severe hepatic insufficiency *[see Use in Specific Populations (8.6)]*.

*Renal Insufficiency*

In patients with severe renal impairment requiring dialysis (n=8), administration of a single 1 mg dose of orally administered treprostinil pre-and post-dialysis resulted in AUC0-inf that was not significantly altered compared to healthy subjects *[see Use in Specific Populations (8.7)]*.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

A two-year rat carcinogenicity study was performed with treprostinil inhalation solution at target treprostinil doses of 5.26, 10.6, and 34.1 mcg/kg/day. There was no evidence for carcinogenic potential associated with treprostinil inhalation in rats at systemic exposure levels up to 35 times following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*. *In vitro* and *in vivo* genetic toxicology studies did not demonstrate any mutagenic or clastogenic effects of treprostinil. Treprostinil sodium did not affect fertility or mating performance of male or female rats given continuous subcutaneous (sc) infusions at rates of up to 450 ng treprostinil/kg/min. In this study, males were dosed from 10 weeks prior to mating and through the 2-week mating period. Females were dosed from 2 weeks prior to mating until gestational day 6.

Oral administration of treprostinil diolamine to Tg.rasH2 mice at 0, 5, 10 and 20 mg/kg/day in males and 0, 3, 7.5 and 15 mg/kg/day in females daily for 26 weeks did not significantly increase the incidence of tumors.

Treprostinil diolamine was tested *in vivo* in a rat micronucleus assay and did not induce an increased incidence of micronucleated polychromatic erythrocytes.

### 13.2 Animal Toxicology and/or Pharmacology

In a 2-year rat study with treprostinil inhalation at target doses of 5.26, 10.6, and 34.1 mcg/kg/day, there were more deaths (11) in the mid- and high-dose treprostinil groups during the first 9 weeks of the study, compared to 1 in control groups. At the high-dose level, males showed a higher incidence of inflammation in teeth and preputial gland, and females showed high incidences of inflammation and urothelial hyperplasia in the urinary bladder. The exposures in rats at mid- and high-dose levels were about 15 and 35 times, respectively, the clinical exposure following a single YUTREPIA dose of 79.5 mcg *[see Clinical Pharmacology (12.3)]*.

## 14 CLINICAL STUDIES

### 14.1 Pulmonary Arterial Hypertension (WHO Group 1)

TRIUMPH I was a 12-week, randomized, double-blind, placebo-controlled multi-center study of patients with PAH. The study population included 235 clinically stable patients with pulmonary arterial hypertension (WHO Group 1), nearly all with NYHA Class III (98%) symptoms who were receiving either bosentan (an endothelin receptor antagonist) or sildenafil (a phosphodiesterase-5 inhibitor) for at least three months prior to study initiation. Concomitant therapy also could have included anticoagulants, other vasodilators (e.g., calcium channel blockers), diuretics, oxygen, and digitalis, but not a prostacyclin. These patients were administered either placebo or treprostinil inhalation solution in four daily treatment sessions with a target dose of 9 breaths (equivalent to 79.5 mcg YUTREPIA) per session over the course of the 12-week study. Patients were predominantly female (82%), had the origin of PAH as idiopathic/heritable (56%), secondary to connective tissue diseases (33%) or secondary to HIV or previous use of anorexigens (12%); bosentan was the concomitant oral medication in 70% of those enrolled, sildenafil in 30%.

The primary efficacy endpoint of the trial was the change in six-minute walk distance (6MWD) relative to baseline at 12 weeks. 6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3-5 hours after bosentan or 0.5-2 hours after sildenafil. Patients receiving treprostinil inhalation solution had a placebo-corrected median change from baseline in peak 6MWD of 20 meters at Week 12 ($p<0.001$).

The distribution of these 6MWD changes from baseline at Week 12 were plotted across the range of observed values (Figure 1). 6MWD measured at trough exposure (defined as measurement of 6MWD at least 4 hours after dosing) improved by 14 meters. There were no placebo-controlled 6MWD assessments made after 12 weeks.




**Figure 1. Distributions of 6MWD Changes from Baseline at Week 12 during Peak Plasma Concentration of Treprostinil Inhalation Solution**

The placebo-corrected median treatment effect on 6MWD was estimated (using the Hodges-Lehmann estimator) within various subpopulations defined by age quartile, gender, geographic region of the study site, disease etiology, baseline 6MWD quartile, and type of background therapy (Figure 2).




**Figure 2. Placebo-Corrected Median Treatment Effect (Hodges-Lehmann estimate with 95% CI) on 6MWD Change from Baseline at Week 12 During Peak Plasma Concentration of Treprostinil Inhalation Solution for Various Subgroups**

## 16 HOW SUPPLIED/STORAGE AND HANDLING

YUTREPIA is supplied in a carton consisting of 1 capsule based, dry powder inhaler (referred to as “inhaler”), 28 capsules (7 foil blister cards of 4 capsules each), and 7 single-use cleaning brushes. The individual capsule well is connected by an air channel to a separate blister well containing a desiccant strip. Descriptions of YUTREPIA carton by capsule strength are provided in Table 3 below:

**Table 3: YUTREPIA Carton Contents by Capsule Strength**

| Capsule Strength (mcg treprostinil) | Capsule Description | NDC Number |
|---|---|---|
| 26.5 | Opaque yellow cap, clear body, imprinted with "LIQUIDIA 26.5" in black ink radially on cap | 72964-011-01 |
| 53 | Opaque green cap, clear body, imprinted with "LIQUIDIA 53" in white ink radially on cap | 72964-012-01 |
| 79.5 | Opaque blue cap, clear body, imprinted with "LIQUIDIA 79.5" in white ink radially on cap | 72964-013-01 |
| 106 | Opaque purple cap, clear body, imprinted with "LIQUIDIA 106" in white ink radially on cap | 72964-014-01 |

YUTREPIA inhalation powder capsules should only be delivered using the capsule-based inhaler. The off-white plastic inhaler consists of a blue protective cap marked with YUTREPIA and a base with a mouthpiece, capsule chamber, and two blue push buttons. Discard the inhaler device after 7 days of use or 56 actuations, whichever comes first.

Store at 20°C to 25°C (68°F to 77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature].

Capsules should remain in the blister to protect them from moisture and light, and each capsule should be removed only when ready to administer a dose.

Keep out of the reach of children.

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Instructions for Use).

Train patients in the administration process for YUTREPIA, including dosing, inhaler preparation, administration, cleaning, and maintenance, according to the instructions for use *[see Instructions for Use]*.

To avoid potential interruptions in drug delivery because of equipment malfunction, patients should have access to a back-up.

If a scheduled dose is missed, resume therapy as soon as possible at the usual dose.

©Copyright 2025 Liquidia Technologies, Inc. All rights reserved.

Distributed by: Liquidia Technologies, Inc. Morrisville, NC 27560

**Description of the Electronic Submission Including:**
**Statement that the Submission is Virus Free**
**Software Used to Check the Files for Viruses**
**Technical Point of Contact for the Electronic Component**

| | |
|---|---|
| **Virus Protection Statement and Software Information:** | This submission is virus free.<br>Files were checked for viruses using: CrowdStrike AntiVirus version 7.0 (or higher) as of January 26, 2026. |

The technical point of contact for the electronic component of this application is as follows:

Ana Barata
Supervisor, Regulatory Submissions Operations
Cardinal Health Regulatory Sciences
7400 W 110th St, Ste 150
Overland Park, KS 66210

Telephone: 913.661.3892
E-mail: ana.barata@cardinalhealth.com