IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 23-975-RGA |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

Plaintiff United Therapeutics Corporation and Defendant Liquidia Technologies, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to file a stipulated final judgment is extended through and including October 13, 2026 while the parties continue to discuss the form of the judgment.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

DATED: October 9, 2026

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

**SO ORDERED** this 9 day of October, 2026.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE