IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 23-975 (RGA) |
| v. | ) | |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO STAY**

WHEREAS, the deadline for the parties to submit a form of judgment consistent with the Court's September 30, 2026 Trial Opinion (D.I. 475) is October 14, 2026;

WHEREAS, the parties have reached an agreement to settle this litigation; and

WHEREAS, in order to allow the parties time to complete performance under the agreement, the parties jointly request that the Court stay all deadlines for forty-five (45) days, within which time the parties expect to file a stipulation of dismissal;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that (1) all deadlines, including the deadline to submit a form of judgment, are stayed until November 30, 2026; and (2) if a stipulation of dismissal is not filed prior to November 30, 2026, the parties shall submit a joint status report with the Court on that date.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

October 14, 2026

**SO ORDERED** this 15 day of October, 2026.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE