IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 23-975 (RGA) (SRF) |
| v. | ) | |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff United Therapeutics Corporation ("UTC") and Defendant Liquidia Technologies, Inc. ("Liquidia") (together with UTC, "the Parties") have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims, counterclaims, and defenses asserted in the above-captioned case with prejudice;

NOW THEREFORE IT IS HEREBY STIPULATED by the Parties that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, defenses, and demands asserted in the above-captioned case by and between UTC and Liquidia are hereby dismissed with prejudice; and

2. Each Party will bear its own attorneys' fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

October 27, 2026

IT IS SO ORDERED this ____ day of ________, 2026.

______________________________
United States District Judge